ORIGINAL

Send __✓__
Enter __
Closed __
JS-5/JS-6 __
JS-2/JS-3 __
Scan Only __

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES - ARRAIGNMENT**

CASE NUMBER: **2:02 - CR - 220**    TAPE NUMBER: 02-10    DATE: March 11, 2002

PRESENT: **THE HONORABLE** CAROLYN TURCHIN , **U.S. MAGISTRATE JUDGE**

COURT CLERK: Maria Cortez    ASSISTANT U.S. ATTORNEY: Carol Peterson

COURT CLERK: Alex Silverio    ASSISTANT U.S. ATTORNEY:

INTERPRETER / LANGUAGE: Zoya Spivakovsky - RUSSIAN

| UNITED STATES OF AMERICA v. | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| 1. IOURI MIKHEL | 1. Victor Sherman |
| [X] PRESENT [X] CUSTODY [ ] BOND [ ] SUMMONS | [X] PRESENT [ ] CJA [X] RETAINED [ ] DFPD |
| 2. JURLIUS KADANOVAS | 2. Jeff Weiss |
| [X] PRESENT [X] CUSTODY [ ] BOND [ ] SUMMONS | [X] PRESENT [ ] CJA [X] RETAINED [ ] DFPD |
| 3. PETRO KRYLOV | 3. George Buehler |
| [X] PRESENT [X] CUSTODY [ ] BOND [ ] SUMMONS | [X] PRESENT [X] CJA [ ] RETAINED [ ] DFPD |
| [ ] PRESENT [ ] CUSTODY [ ] BOND [ ] SUMMONS | [ ] PRESENT [ ] CJA [ ] RETAINED [ ] DFPD |

PROCEEDINGS: **ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

[X] Court orders counsel appointed.    [ ] Possible contribution ordered.    [ ] Filed Waiver of Indictment

[X] Defendant is arraigned and states true name is [X] as charged [ ] _____
    [ ] Defendant is arraigned as: _____

[X] Defendant is given a copy of the [ ] _____
    [X] Indictment [ ] Information, acknowledges receipt of a copy and waives reading thereof.

[ ] Defendant consents to be tried by a U.S. Magistrate Judge and waives trial by jury and case is ordered assigned to Magistrate Judge _____ for plea and all further proceedings.

[ ] Court orders this case assigned to the calendar of _____ U.S. District Judge, for plea
    [ ] of guilty [ ] trial setting; and all further proceedings [ ] _____

[X] Defendant pleads not guilty to all counts of the [ ] _____
    [X] Indictment [ ] Information as charged.    [X] Court orders this case assigned to the calendar of
    CHRISTINA A. SNYDER _____ , U.S. District Judge, and further orders jury trial set for
    April 30, 2002 _____ at 9:30 a.m. . Defendant and his counsel are ordered to appear before said judge at the date and time indicated.

[ ] Court orders notice to counsel and discovery and inspection order issued.

[ ] Defendant's first appearance; Defendant posts a [ ] $ _____ unsecured Appearance Bond;
    [ ] Personal Recognizance Bond. Court orders Defendant to report to the U.S. Marshal's Office forthwith for processing.

[ ] Other:

MAR 14 2001

[ ] Trial estimate _____

[X] Status Conference [ ] Pre-Trial Conference [X] Motion hearing date is set for: April 8, 2002 1:30 pm

Initials of Deputy Clerk _MC_

**CRIMINAL MINUTES - ARRAIGNMENT**

CR-85 (09/01)

## NOTICE PARTY SERVICE LIST

CR02-220

Case No. _____ CASE NUMBER   Case Title USA -v- Iouri Mikhel et al DEFENDANT

Filed Date _____ Title of Document _____ PIA MINUTE ORDER _____

| | |
|---|---|
| | Atty Sttlmnt Officer |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | Calderon, Arthur - Warden, San Quentin |
| | CAAG (California Attorney General's Office - Susan Frierson, L.A. Death Penalty Coordinator) |
| | CA St Pub Defender (Calif. State PD) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Adm |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/ C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Fiscal Section |
| | Intake Supervisor |
| | Interpreter Section |
| X | PSA (Pretrial Services Agency) |
| X | Schnack, Randall (CJA Supervising Attorney) |
| X | Statistics Clerk |
| | Stratton, Maria - Federal Public Defender |
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |

| | |
|---|---|
| | US Marshal Service - Los Angeles (Summons) |
| | US Marshal Service - Santa Ana |
| | US Marshal Service - Riverside |
| | US Probation Office |
| | US Trustee's Office |

**ADD NEW NOTICE PARTY** (* *print name and address below*):

_____

_____

_____

* *Print name & address of the notice party if this is the first time this notice party is being served through Optical Scanning. Print **ONLY** the name of the notice party if documents have previously been served on this notice party through Optical Scanning.*

*JUDGE / MAGISTRATE JUDGE (list below):*

| | |
|---|---|
| | |
| | |
| | |
| | |

Initials of Deputy Clerk _____

G-75   (11/01)                    NOTICE PARTY SERVICE LIST