UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES-GENERAL

___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

Case No. CR 02-220-NM                          Date  5/7/02

### PRESENT:  HON. NORA M. MANELLA, JUDGE

| Judith Hurley | Sharon Seffens | Noune Oganessian | Carole Peterson<br>Kim Meyer |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

| U.S.A. v (Defendants listed below) | Attorney for Defendants |
|---|---|
| (1) Iouri Mikhel | (1)  None |
| X   present x  custody   bond   OR | present    appointed    retained |
| (2)  Jurlius Kadanovas | (2)  Jeffrey Weiss |
| X  present x  custody   bond   OR | x    present    appointed x  retained |
| (3)  Petro Krylov | (3)  George Buehler |
| X  present x  custody   bond   OR | x    present x  appointed    retained |

PROCEEDINGS: Status Conference (J/T 5/14/02)

Defendant Kadanovas reqst 30 day cont to retain new counsel.  Defendant Mikhel has not yet retained new counsel.  Reqst to proceed pro se until counsel is retained - denied.  Defendant Krylov reqst early trial date.  J/T cont 7/2/02 at 8:30 a.m.  All defendants give oral waivers.  AUSA to prepare Speedy Trial order.  Further status conf 6/3/02 at 1:30 p.m.  Defendant Kadanovas status conf 5/20/02 at 1:30 p.m., if new counsel is retained should be present, if not member of the panel to be appointed.  Attorney Weiss to inform the Court if new counsel has been retained.

E_____  ⎤
|  MAi · U 2002 |

cc: Counsel

MINUTES FORM 6                          INITIALS OF DEPUTY CLERK
CRIM-GEN                       D-M



received