UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES-GENERAL

Priority    Send ___ ✓
Enter    ___
Closed    ___
JS-5/JS-6    ___
JS-2/JS-3    ___
Scan Only___

Case No. CR 02-220-NM                                    Date 6/27/02

PRESENT: HON. NORA M. MANELLA, JUDGE

| Sandy Eagle | Sharon Seffens | Zoya Spivakovsky<br>Rimma Yuryeva | Kim Meyer<br>Susan DeWitt |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreters | Assistant U.S. Attorneys |

| U.S.A. v (Defendants listed below) | Attorneys for Defendants |
|---|---|
| (1) Iouri Mikhel<br>X present  X custody  bond | (1) Richard Callahan<br>     Dale Rubin            A<br>X present  X appt  retained |
| (2) Jurijus Kadamovas<br>X present  X custody  bond | (2) Marcia Brewer<br>     Richard Lasting     A<br>X present  X appt  retained |
| (3) Petro Krylov<br>X present  X custody  bond | (3) George Buehler<br>     David Evans         A<br>X present  X appt  retained |
| (4) Natalya Solovyeva<br>X present  X custody  bond | (4) Terry Amdur<br>     Michael Crain        A<br>X present  X appt  retained |
| (5) Aleksejus Markovskis<br>X present  X custody  bond | (5) Dominic Cantalupo<br>     Terrence Bennett     A<br>X present  X appt  retained |

HEARING: Status Conference

Hearing held; counsel state appearances. Defendants Mikhel, Kadamovas, and Krylov enter not guilty pleas to each of the counts of the First Superseding Indictment. Defendants waive reading of the First Superseding Indictment.

Upon motion from defense counsel, Court orders appointments of capital-qualified counsel for defendants as follows: Mr. Rubin for defendant Mikhel, Mr. Lasting for defendant Kadamovas, Mr. Evans for defendant Krylov, Mr. Crain for defendant Solovyeva, and Mr. Bennett for defendant Markovskis.

Court and counsel confer with respect to trial readiness. Court orders government counsel to file status report not later than 7/5/02 regarding scheduling of depositions for material witnesses and trial readiness procedures. Defendants waive time; Court orders government counsel to prepare Speedy Trial Order.

Court orders all parties to return to this courtroom for Further Status Conference/Trial Setting on August 26, 2002 at 1:30 p.m.

Court orders defense CJA attorneys shall receive compensation at the same rate as capital-qualified counsel, to be paid in interim payments.

MINUTES FORM 6                          INITIALS OF DEPUTY CLERK
CRIM-GEN

# NOTICE PARTY SERVICE LIST

Case No.    **CR 02-220-NM**          Case Title   **USA v. Iouri Mikhel, et. al.**

Filed Date   **6/27/02**          Title of Document   **CR Minute Order**

| | | |
|---|---|---|
| | Atty Sttlmnt Officer | |
| | BAP (Bankruptcy Appellate Panel) | |
| | Beck, Michael J (Clerk, MDL Panel) | |
| | Calderon, Arthur - Warden, San Quentin | |
| | CAAG (California Attorney General's Office - Susan Frierson, L.A. Death Penalty Coordinator) | |
| | CA St Pub Defender (Calif. State PD) | |
| | Case Asgmt Admin (Case Assignment Administrator) | |
| | Catterson, Cathy (9th Circuit Court of Appeal) | |
| | Chief Deputy Adm | |
| | Chief Deputy Ops | |
| | Clerk of Court | |
| | Death Penalty H/ C (Law Clerks) | |
| | Dep In Chg E Div | |
| | Dep In Chg So Div | |
| x | Fiscal Section | |
| | Intake Supervisor | |
| | Interpreter Section | |
| | PIA Clerk - Los Angeles (PIALA) | |
| | PIA Clerk - Santa Ana (PIASA) | |
| | PIA Clerk - Riverside (PIAED) | |
| | PSA - Los Angeles (PSALA) | |
| | PSA - Santa Ana (PSASA) | |
| | PSA - Riverside (PSAED) | |
| x | Schnack, Randall (CJA Supervising Attorney) | |
| | Statistics Clerk | |
| | Stratton, Maria - Federal Public Defender | |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles |
| | US Marshal Service - Santa Ana |
| | US Marshal Service - Riverside |
| | US Probation Office |
| | US Trustee's Office |

**ADD NEW NOTICE PARTY** (* print name and address below):

See attached Form G-70

_____

_____

*Print name & address of the notice party if this is the first time this notice party is being served through Optical Scanning. Print **ONLY** the name of the notice party if documents have previously been served on this notice party through Optical Scanning.*

**JUDGE / MAGISTRATE JUDGE (list below):**

| | |
|---|---|
| | |
| | |
| | |
| | |

Initials of Deputy Clerk _____