# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES-GENERAL

____ Priority
____ Send
____ Clsd
____ Enter
____ JS-5/JS-6
____ JS-2/JS-3

Case No. __CR   02-220(A)-NM__                    Date__7/22/02__

### PRESENT:  HON. NORA  M. MANELLA, JUDGE

| Judith Hurley | Sharon Seffens | Zoya Spivakovsky | Susan DeWitt |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

| U.S.A. v (Defendants listed below) | Attorney for Defendants |
|---|---|
| (1) Iouri Mikhel<br> X   present x custody   bond   OR | (1) Richard Callahan, Dale Rubin<br> X   present  x appointed   retained |
| (2) Jurlius Kadanovas<br> x   present x custody   bond   OR | (2) Marcia Brewer<br> X   present x appointed   retained |
| (3) Petro Krylov<br> x   present  x custody   bond   OR | (3) George Buehler<br> X   present  x appointed   retained |
| (4) Natalya Solovyeva<br> x   present  x custody   bond   OR | (4) Michael Crain<br> X   present  x appointed   retained |
| (5) Aleksejus Markovskis<br> x   present  x custody   bond   OR | (5) Terrence Bennett<br> X   present x appointed   retained |

PROCEEDINGS:  Status Conference Govt motn to take depositions of witnesses (Status Conf trial setting 8/26/02)

Objection to procedure for deposition testimony by deft Kadanovas.  Depositions to be taken 8/1 & 8/2 all defts to be present.

Separatee order - Court hears argument from defendants Mikhel & Kadanovas as to lifting the order.  Request is denied, Court will not lift the separatee order.

MINUTES FORM 6
CRIM-GEN                              D-M

INITIALS OF DEPUTY CLERK



JUL    2002