$\mathcal{SEND}$

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES-GENERAL

Case No.  CR 02-220(A)-NM                                    Date  8/26/02

PRESENT:  HON. NORA M. MANELLA, JUDGE

|  |  |  | Susan DeWitt |
|---|---|---|---|
| Judith Hurley | Sharon Seffens | Leon Ozeran | Kim Meyer |
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

| U.S.A. v (Defendants listed below) | Attorney for Defendants |
|---|---|
| (1) Iouri Mikhel | (1) Dale Rubin |
| X  present x custody  bond  OR | X  present  x appointed  retained |
| (2) Jurlius Kadamovas | (2) Marcia Brewer, Richard Lasting |
| x  present x custody  bond  OR | X  present x appointed  retained |
| (3) Petro Krylov | (3) George Buehler, David Evans |
| x  present x custody  bond  OR | X  present x appointed  retained |
| (4) Natalya Solovyeva | (4) Terry Amdur, Michael Crain |
| x  present x custody  bond  OR | X  present x appointed  retained |
| (5) Aleksejus Markovskis | (5) Dominic Cantalupo, Terrence Bennett |
| x  present x custody  bond  OR | X  present x appointed  retained |

PROCEEDINGS:  Status Conference/Trial Setting

Court confers with counsel. Defense counsel request more time to prepare their presentation regarding imposition of death penalty. Granted, as to defendant Kadamovas continued to 12/31/02, as all other defendants, continued to 11/15/02. Court sets further status conference 1/27/03, at 1:30 p.m. AUSA to prepare Speedy Trial order. Joint status report to be filed no later than 1/17/03.

If no objection has been filed, government may dispose of the cars no later than 9/26/02. Defendant Kadamovas requests face to face meeting with co-defendant Mikhel, Court hears argument from the government. Request denied. Separation order remains in effect.



MINUTES FORM 6                    AUG 27 2002                    INITIALS OF DEPUTY CLERK
CIM-GEN                                D-M

180