TERRY AMDUR, SBN 44780
Attorney at Law
1939 Rose Villa Street
Pasadena, California  91107

Telephone (626) 449-9254
Facsimile (626) 568-1277

Attorney for Defendant
NATALYA SOLOVYEVA

FILED

OCT - 4 2002

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
      v.                  )
                          )
                          )
                          )
NATALYA SOLOVYEVA,        )
                          )
            Defendants.   )
                          )

Case No. CR 02-220(A)-NM

**ORDER GRANTING EXTENSION OF TIME FOR SUBMISSION OF MITIGATION PRESENTATION TO OFFICE OF THE UNITED STATES ATTORNEY**

The matter having come before the Court on the ex parte application of counsel for defendant Natalya Solovyeva, and for good cause shown, IT IS HEREBY ORDERED that the time for submission of a mitigation presentation on her behalf to the local office of the United States Attorney is extended from November 15, 2002, to and until December 31, 2002

Dated: September , 2002

for: HONORABLE NORA MANELLA
UNITED STATES DISTRICT JUDGE

OCT 4 2002