UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES-GENERAL

Priority _____
Send ✓
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only_____

Case No. __CR 02-220(A)-NM__        Date __1/27/03__

PRESENT: HON. NORA M. MANELLA, JUDGE

| Sandy Eagle | Sharon Seffens | Leon Ozeran | Susan DeWitt<br>Beverly O'Connell |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

| U.S.A. v (Defendants listed below) | Attorney for Defendants |
|---|---|
| (1) Iouri Mikhel<br> X present x custody    bond    OR | (1) Richard Callahan, Dale Rubin<br> X present x appointed  retained |
| (2) Jurlius Kadanovas<br> x  present x custody    bond    OR | (2) Marcia Brewer, Richard Lasting<br> X  present x appointed  retained |
| (3) Petro Krylov<br> x  present x custody    bond    OR | (3) George Buehler, David Evans<br> X  present x appointed  retained |
| (4) Natalya Solovyeva<br> x  present x custody    bond    OR | (4) Michael Crain<br> X  present x appointed  retained |
| (5) Aleksejus Markovskis<br> x  present x custody    bond    OR | (5) Dominic Cantalupo, Terrence Bennett<br> X  present x appointed  retained |

**PROCEEDINGS:   STATUS CONFERENCE / TRIAL SETTING**

Court and counsel confer with respect to trial readiness. Defense counsel to provide Death Penalty submissions to U.S. Attorney's Office not later than March 28, 2003.

Court orders motions challenging wiretap issues filed not later than April 30, 2003; oppositions due not later that May 16, 2003; replies due not later than May 29, 2003.   Court schedules a motion hearing date for July 7, 2003 at 1:30 p.m.

MINUTES FORM 6
CRIM-GEN

INITIALS OF DEPUTY CLERK

ENTER ON ICMS
JAN 29 2003