ORIGINAL

MARCIA J. BREWER, ESQ.
STATE BAR NO. 74208
300 CORPORATE POINTE
SUITE 330
CULVER CITY, CA 90230
TELEPHONE (310) 670-5325
FAX: 310-670-3706

RICHARD P. LASTING, SBN 53950
1717 FOURTH STREET, THIRD FLOOR
SANTA MONICA, CA 90401-3319
TELEPHONE: (310) 576-6242
FACSIMILE: (310) 576-6247

ATTORNEYS FOR DEFENDANT
JURIJUS KADAMOVAS



FILED
CLERK. U.S. DISTRICT COURT

JUN - 4 2003

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR-02-220-NM |
|---|---|
| Plaintiff, | EX PARTE APPLICATION FOR APPOINTMENT OF MITIGATION INVESTIGATOR AT GOVERNMENT EXPENSE PURSUANT TO 18 U.S.C. §3006A(e)(1); AND AUTHORIZATION FOR INVESTIGATOR TO TRAVEL OUTSIDE THE CENTRAL DISTRICT OF CALIFORNIA |
| v. | |
| JURIJUS KADAMOVAS, | |
| Defendant. | [FILED UNDER SEAL] |
| | [WITHOUT SERVICE TO THE PARTIES] |



ENTER ON ICMS

JUN 5 2003

1

EX PARTE APPLICATION FOR APPOINTMENT OF MITIGATION INVESTIGATOR AT GOVERNMENT EXPENSE PURSUANT TO 18 U.S.C. §3006A(e)(1); AND AUTHORIZATION FOR INVESTIGATOR TO TRAVEL OUTSIDE THE CENTRAL DISTRICT OF CALIFORNIA
[FILED UNDER SEAL] [WITHOUT SERVICE TO THE PARTIES]



MARCIA J. BREWER, ESQ.
STATE BAR NO. 74208
300 CORPORATE POINTE
SUITE 330
CULVER CITY, CA 90230
TELEPHONE (310) 670-5325
FAX: 310-670-3706

RICHARD P. LASTING, SBN 53950
1717 FOURTH STREET, THIRD FLOOR
SANTA MONICA, CA 90401-3319
TELEPHONE: (310) 576-6242
FACSIMILE: (310) 576-6247

ATTORNEYS FOR DEFENDANT
JURIJUS KADAMOVAS

FILED
CLERK, U.S. DISTRICT COURT
JUN – 4 2003
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR-02-220-NM |
|---|---|
| Plaintiff, | EX PARTE APPLICATION FOR APPOINTMENT OF MITIGATION INVESTIGATOR AT GOVERNMENT EXPENSE PURSUANT TO 18 U.S.C. §3006A(e)(1); AND AUTHORIZATION FOR INVESTIGATOR TO TRAVEL OUTSIDE THE CENTRAL DISTRICT OF CALIFORNIA |
| v. | |
| JURIJUS KADAMOVAS, | |
| Defendant. | [FILED UNDER SEAL] |
| | [WITHOUT SERVICE TO THE PARTIES] |

1

EX PARTE APPLICATION FOR APPOINTMENT OF MITIGATION INVESTIGATOR AT GOVERNMENT EXPENSE PURSUANT TO 18 U.S.C. §3006A(e)(1); AND AUTHORIZATION FOR INVESTIGATOR TO TRAVEL OUTSIDE THE CENTRAL DISTRICT OF CALIFORNIA
[FILED UNDER SEAL] [WITHOUT SERVICE TO THE PARTIES]



DEFENDANT, JURIJUS KADAMOVAS by and through his attorneys of record, Marcia J. Brewer and Richard Lasting, moves this Court for an order appointing a mitigation investigator to assist the defense in preparation for the penalty phase at government expense, pursuant to 18 U.S.C. Section 3006A(e)(1).

Specifically, Defendant Kadamovas moves for the appointment of private investigator M.E. "Max" Hadley, License No. 17853, P.O. Box 90998, Long Beach, California 908009-0998 and for authorization of CJA funds in the sum of $15,000.00. This amount is required for the first stage of the mitigation investigation services necessary in this matter.

This motion is made on the ground that the Defendant is financially unable to obtain such investigative services himself, and that such services are necessary to the competent representation of the defendant at penalty phase of the trial.

This application is based on the attached Memorandum of Points and Authorities, Declaration of Marcia J. Brewer, the files and records in this case, and any further argument or evidence that may be presented at or before a hearing on this application.

Opposing counsel was notified on May 29, 2003 of this ex parte request to file a document under seal and is not being served with the under seal document.

DATED:        May 29, 2003                    Respectfully submitted,


                                              MARCIA J. BREWER
                                              Attorney for Defendant
                                              JURIJUS KADAMOVAS


2

EX PARTE APPLICATION FOR APPOINTMENT OF MITIGATION INVESTIGATOR AT GOVERNMENT EXPENSE PURSUANT TO 18 U.S.C. §3006A(e)(1); AND AUTHORIZATION FOR INVESTIGATOR TO TRAVEL OUTSIDE THE CENTRAL DISTRICT OF CALIFORNIA
[FILED UNDER SEAL] [WITHOUT SERVICE TO THE PARTIES]

## MEMORANDUM OF POINTS AND AUTHORITIES

"Counsel for a person who is financially unable to obtain investigative, expert or other services necessary for adequate representation, may request them in an ex parte application. Upon finding, after appropriate inquiry in an ex parte proceeding, that the services are necessary and that the person is financially unable to obtain them, the Court, or the United States Magistrate, if the services are required in connection with a matter over which he has jurisdiction, shall authorize counsel to obtain the services." 18 U.S.C. Section 3006A(e)(1).

DATED: May 29, 2003                    Respectfully submitted,

MARCIA J. BREWER
Attorney for Defendant
JURIJUS KADAMOVAS

3

EX PARTE APPLICATION FOR APPOINTMENT OF MITIGATION INVESTIGATOR AT GOVERNMENT EXPENSE PURSUANT TO 18 U.S.C. §3006A(e)(1); AND AUTHORIZATION FOR INVESTIGATOR TO TRAVEL OUTSIDE THE CENTRAL DISTRICT OF CALIFORNIA
[FILED UNDER SEAL] [WITHOUT SERVICE TO THE PARTIES]

## DECLARATION OF MARCIA J. BREWER

I, MARCIA J. BREWER, DECLARE AS FOLLOWS:

1.      I am an attorney licensed to practice in all  the Courts of the State of California and before this Court.  I was appointed to represent the Defendant, Jurijus Kadamovas in the above-entitled action.

2.      This declaration is made in support of Defendant Jurijus Kadamovas' request for an appointment of a mitigation investigator to assist him in preparation for the penalty phase of this case.

3.      As the Court is aware this case is potentially a capital murder case.  In the event that our client is convicted, and the Government seeks to impose the death penalty, it will be necessary to present a penalty phase case which argues against the imposition of the death penalty.  Therefore, it is necessary for the defense team to have the services of a mitigation specialist to assist in the investigation and preparation of the mitigation case.

4.      We are seeking the appointment of M.E. "Max" Hadley, License No. 17853, P.O. Box 90998, Long Beach, California 908009-0998, telephone 562-427-7187. Ms. Hadley has been an investigator for over 16 years.  In 1996 she was appointed to the Los Angeles County Superior Court Panel of approved investigators. She has been appointed on over 100 special circumstances cases.  At the current time, she is working with Bernard Rosen as a mitigation investigator in the United States v. Mills case  - the A.B. case.  Ms. Hadley's hourly rate ranges from $65.00 to $75.00.

5.      A declaration from Ms. Hadley setting forth her background  is attached to this Ex Parte Application.

6.      Ms. Hadley would investigate potential witnesses, and information to be used at the mitigation phase of the trial.  This would include traveling to Lithuana, which

4

is the Defendant's country of birth, and interviewing witnesses and gathering information on the Defendant's background in that country.  There is also a possibility that Ms. Hadley would be required to travel to other European countries to interview witnesses.  Also investigative work would be required in the Los Angeles area.

7.    It is estimated, at this time, that approximately 250 hours will be required for the first stage of the investigation.  Therefore, the request for $15,000.00.  We reserve the right to request additional funds for the mitigation investigation, if it becomes necessary.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of May 2003 at Culver City, California.

MARCIA J. BREWER

5

EX PARTE APPLICATION FOR APPOINTMENT OF MITIGATION INVESTIGATOR AT GOVERNMENT EXPENSE PURSUANT TO 18 U.S.C. §3006A(e)(1); AND AUTHORIZATION FOR INVESTIGATOR TO TRAVEL OUTSIDE THE CENTRAL DISTRICT OF CALIFORNIA
[FILED UNDER SEAL] [WITHOUT SERVICE TO THE PARTIES]

05/19/2003 08:22 5634276388 HADLEYINVESTIGATIO PAGE 02/02

Case 2:02-cr-00220-MCS    Document 332    Filed 06/04/03    Page 7 of 7    Page ID #:10822.

## DECLARATION OF M. E. HADLEY, PI 17853

I, Mary Ellen "Max" Hadley, declare as follows:

1. I began my work in investigations approximately 16 years ago as an Own Recognizance Investigator for the Santa Barbara County Superior Court.

2. In 1988 I began performing investigations for criminal defense attorneys in San Luis Obispo County. In 1992 I performed my first mitigation investigation for Attorney Gregory C. Jacobson in the case People v Krafick.

3. In 1992 I left the employment of criminal defense attorneys and formed my own Private Investigation Company performing criminal defense work and specializing in Mitigation Investigations.

4. I am a licensed private investigator and have been the owner of three investigation firms all performing investigative service solely in the criminal defense field since approximately 1992.

5. In 1993 I held an independent contract with the San Luis Obispo Public Defender's Office where I performed 50 % of all of their felony investigations.

6. In 1994 I moved to Los Angeles County where I had been commuting to work on the highly publicized "Japanese Student Carjacking Murders." Since that time, I have been performing Mitigation Investigations on State cases primarily in Los Angeles County and surrounding Counties.

7. In about 1996 I was appointed to Los Angeles County Superior Court Panel of approved investigators and have been appointed on over 100 special circumstance cases.

8. I was appointed and am currently working with Attorney Bernard Rosen as a Mitigation Investigator on a Federal Case (US v Mills) in which our client is death eligible.

9. I am currently the Second Vice-President of the Los Angeles County Criminal Defense Investigators Association.

I declare under penalty of perjury that the foregoing is true and correct, dated this 19th day of May, 2003 in Long Beach, California.

_____
M. E. "Max" Hadley PI 17853