UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES-GENERAL

_____ Priority
__/__ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

Case No.  CR  02-220(A)-NM              Date  7/7/03

### PRESENT:  HON. NORA  M. MANELLA, JUDGE

|  |  |  |  |
|---|---|---|---|
| | | | Beverly O'Connell |
| | | Ludmila Genn | Susan DeWitt |
| Judith Hurley | Sharon Seffens | Zoya Spivakovsky | Kim Meyer |
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

| U.S.A. v (Defendants listed below) | Attorney for Defendants |
|---|---|
| (1) Iouri Mikhel | (1) Richard Callahan, Dale Rubin |
| X   present x  custody      bond    OR | x   present x  appointed   retained |
| (2) Jurlius Kadanovas | (2) Marcia Brewer, Richard Lasting |
| x   present x  custody      bond    OR | x   present x  appointed   retained |
| (3) Petro Krylov | (3) George Buehler |
| x   present x  custody      bond    OR | x   present x  appointed   retained |
| (4) Natalya Solovyeva | (4) Terry Amdur, Michael Crain |
| X   present x  custody      bond    OR | x   present x  appointed   retained |
| (5) Aleksejus Markovskis | (5) Dominic Cantalupo, Terrence Bennett |
| x   present x  custody      bond    OR | x   present x  appointed   retained |

PROCEEDINGS:  Motion by defendant Mikhel to suppress electronic interceptions

Court hears further argument.  Motion is denied.

Government requests Court set a briefing schedule for any motions that may be filed regarding the search of residences.  Granted, motions to be filed no later than 8/18/03, opposition no later than 9/2/03, reply no later than 9/15/03.  Court will then set a hearing date (Marshal requests hearing on a non-Monday).  Court sets J/T for 8/3/04, at 8:30 a.m. Each defendant gives oral waiver.  AUSA to prepare Speedy Trial order.



MINUTES FORM 6
CRIM-GEN

INITIALS OF DEPUTY CLERK