ORIGINAL

MARCIA J. BREWER, ESQ.
STATE BAR NO. 74208
300 CORPORATE POINTE
SUITE 330
CULVER CITY, CA 90230
TELEPHONE (310) 670-5325

RICHARD P. LASTING, SBN 53950
1717 FOURTH STREET, THIRD FLOOR
SANTA MONICA, CA 90401-3319
TELEPHONE: (310) 576-6242
FACSIMILE: (310) 576-6247

ATTORNEY FOR DEFENDANT
JURIJUS KADAMOVAS

FILED
CLERK, U.S. DISTRICT COURT

SEP - 8 2003

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

DENIED
BY ORDER OF
NORA M. MANELLA
United States District Judge

ON _____ SEP - 8 2003

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR-02-220-NM |
|---|---|
| Plaintiff, | ORDER ~~APPOINTING~~ DENYING EXPERT AND AUTHORIZING TRAVEL OUTSIDE CENTRAL DISTRICT OF CALIFORNIA |
| v. | |
| JURIJUS KADAMOVAS, | [FILED UNDER SEAL] |
| Defendant. | |

ENTER ON ICMS

SEP - 9 2003

404

MARCIA J. BREWER, ESQ.
STATE BAR NO. 74208
300 CORPORATE POINTE
SUITE 330
CULVER CITY, CA 90230
TELEPHONE (310) 670-5325

RICHARD P. LASTING, SBN 53950
1717 FOURTH STREET, THIRD FLOOR
SANTA MONICA, CA 90401-3319
TELEPHONE: (310) 576-6242
FACSIMILE: (310) 576-6247

ATTORNEY FOR DEFENDANT
JURIJUS KADAMOVAS

> FILED
> CLERK, U.S. DISTRICT COURT
>
> SEP - 8 2003
>
> CENTRAL DISTRICT OF CALIFORNIA
> BY                    DEPUTY

**DENIED**
BY ORDER OF
NORA M. MANELLA
United States District Judge

ON _____ SEP - 8 2003 _____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JURIJUS KADAMOVAS,

    Defendant.

)
)
)
)
)
)
)
)
)
)

CASE NO. CR-02-220-NM

*DENYING*
ORDER APPOINTING
EXPERT AND AUTHORIZING
TRAVEL OUTSIDE CENTRAL
DISTRICT OF CALIFORNIA

[FILED UNDER SEAL]



GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that M.E. "Max" Hadley is appointed as a defense mitigation investigator in the above-entitled matter at an amount not to exceed $15,000.00, unless by further order of this Court.

IT IS FURTHER ORDERED that M.E. "Max" Hadley is authorized to travel outside the Central District of California to conduct her investigation at government expense. *Denied w/o prejudice as premature. Counsel may reapply if + when Govt gives notice of intent to seek death penalty*

DATED: 9/3/03

HONORABLE NORA M. MANELLA
United States District Judge