RICHARD M. CALLAHAN, JR.
260 S. Lake Avenue, Suite 130
Pasadena, CA 91101
Phone: (626) 202-4060
Bar No. 100446

DALE MICHAEL RUBIN
2555 Huntington Drive, Suite A
San Marino, CA 91108
Phone: (800) 695-3717
Bar No. 68595

Attorneys for Defendant
IOURI MIKHEL



FILED
CLERK, U.S. DISTRICT COURT

SEP 29 2003

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 02-220(A)-NM |
|---|---|
| Plaintiff, | ) **[PROPOSED] ORDER** |
| vs. | ) **AUTHORIZING APPOINTMENT** |
| | ) **OF ADDITIONAL INVESTIGATOR** |
| IOURI MIKHEL, *et al.*, | ) **FOR TRIAL PHASE** |
| Defendants. | ) |

GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED that the *ex parte* application of defendant Iouri Mikhel for appointment of an additional investigator to assist in trial preparation is granted/denied.

IT IS FURTHER ORDERED that Criminal Justice Act funds in an initial amount not to exceed $ ——→ ($7,500) are hereby authorized. ENTERED ON ICMS

Dated: September 28, 2003.

SEP 29 2003

NORA MANELLA
United States District Judge

LODGED

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen, and am not a party to the within action. My business address is 260 South Lake Avenue, Suite 130, Pasadena, California, 91101.

On September 25 2003, I served the foregoing document described as **[PROPOSED] ORDER AUTHORIZING APPOINTMENT OF ADDITIONAL INVESTIGATOR FOR TRIAL PHASE** on all interested parties in this action by:

___ hand delivery, addressed as follows:

✓ mail, by placing true copies thereof enclosed in a sealed envelope, postage prepaid, addressed as follows:

Beverly Reid O'Connell, Esq.
Susan DeWitt, Esq.
Kim Meyer, Esq.
Assistant United States Attorneys
1500 United States Courthouse
312 N. Spring Street
Los Angeles, CA  90012

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on September 25 2003, at Pasadena, California.

_____
RICHARD M. CALLAHAN, JR.