TERRENCE J. BENNETT, SBN 053149
Attorney at Law
215 North Marengo Avenue
Third Floor
Pasadena, California   91101
Mailing Address:
P. O. Box 709
Pasadena, CA 91102-0709
Phone:      (626) 792-5868
Fax:        (626) 798-6663

Attorney for Defendant ALEKSEJUS MARKOVSKIS

FILED
CLERK, U.S. DISTRICT COURT

APR - 1 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br><br>                        Plaintiff,  )<br>                                          )<br>        vs.                               )<br>                                          )<br>                                          )<br> ALEKSEJUS MARKOVSKIS,                     )<br>                                          )<br>                        Defendant.   )   | CASE NO. CR 02-220(A)-NM<br><br>(PROPOSED) ORDER<br>AUTHORIZING COUNSEL FOR<br>DEFENDANT TO OBTAIN<br>DUPLICATION SERVICES<br>OF DISCOVERY MATERIALS<br><br>[EX PARTE APPLICATION<br>FILED] |

Good cause therefore having been shown,

IT IS HEREBY ORDERED that:

ENTER ON ICMS

APR - 1 2004

> COPY PRO
> 1138 Wilshire Boulevard
> Suite 2-A
> Los Angeles, CA  90017
> Telephone:  213-250-9926

is authorized to provide duplication and production of discovery materials in this matter to attorney Terrence J. Bennett, counsel for Defendant Aleksejus Markovskis in an amount not to exceed $1500.00.

Any duplication services beyond that authorized amount will require a further and separate order of this court.

Dated: _____3/31_____, 2004    _____

HON. NORA M. MANELLA
United States District Judge