MARCIA J. BREWER, SBN 74208
300 CORPORATE POINTE, SUITE 330
CULVER CITY, CA 90230
TELEPHONE: (310) 670-5325
FACSIMILE:   (310) 370-3706

RICHARD P. LASTING, SBN 53950
1717 FOURTH STREET, THIRD FLOOR
SANTA MONICA, CA 90401-3319
TELEPHONE: (310) 576-6242
FACSIMILE: (310) 576-6247

Attorneys for Defendant
JURIJUS KADAMOVAS



FILED
CLERK, U.S. DISTRICT COURT

JUN 15 2004

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

LODGED
CLERK. U S DISTRICT COURT

JUN 7 2004

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

✓ Priority
— Send
— Clsd
— Enter
— JS-5/JS-6
— JS-2/JS-3

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JURIJUS KADAMOVAS,<br><br>Defendant. | CASE NO. CR-02-220-NM<br><br>[PROPOSED] ORDER FOR ADDITIONAL FUNDS FOR PARALEGAL |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that additional funds are authorized for Christina Larson Gits, as defense paralegal in the amount of $10,000.00.

///
///
///
///

ENTER ON ICMS

JUN 16 2004

1

IT IS FURTHER ORDERED that if additional funds are needed in the future for the services of Christina Larson Gits, counsel for defendant Kadamavos may file an application requesting additional funds. The Court will consider the appropriateness of the request at that time.

DATED: _____6/13/04_____, 2004

HONORABLE NORA M. MANELLA
United States District Judge

2

_____
[PROPOSED] ORDER FOR ADDITIONAL FUNDS FOR PARALEGAL