MARCIA J. BREWER, ESQ.
STATE BAR NO. 74208
300 CORPORATE POINTE, SUITE 330
CULVER CITY, CALIFORNIA 90230
TELEPHONE (310) 6720-5325
FAX NO.  (310) 670-3706

RICHARD P. LASTING, SBN 53950
1717 FOURTH STREET, THIRD FLOOR
SANTA MONICA, CA 90401-3319
TELEPHONE: (310) 576-6242
FACSIMILE: (310) 576-6247

ATTORNEY FOR DEFENDANT JURIJUS KADAMOVAS

FILED
CLERK, U.S. DISTRICT COURT

AUG 16 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-02-220-NM |
| Plaintiff, | [PROPOSED] ORDER FOR ADDITIONAL CJA FUNDS TO PAY COPIES OF DISCOVERY MATERIAL |
| vs. | |
| JURIJUS KADAMOVAS, | |
| Defendant. | |

**GOOD CAUSE APPEARING,** it is hereby ordered that additional CJA funds in the sum of $653.30 are authorized to be paid to Concord Document Service, Inc. to pay for discovery materials itemized in the statement of August 12, 2004.

///

///

///

///

///

ENTERED ON ICMS

AUG 18 2004

IT IS FURTHER ORDERED that Defendant Kadamovas may request additional CJA funds, if necessary, for purposes of purchasing additional discovery materials that may be deposited with Concord Document Service, Inc.

DATED: 8/16/04

NORA M. MANELLA
United States District Court Judge