UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES-GENERAL

_____ Priority
_____ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

SCANNED

Case No.  CR 02-220(B)-NM                     Date   9/2/04

PRESENT:  HON. NORA M. MANELLA, JUDGE

| Judith Hurley | N/A | N/A | N/A |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

| U.S.A. v (Defendants listed below) | Attorney for Defendants |
|---|---|
| (1) Iouri Mikhel, et al | (1) Dale Rubin, Richard Callahan |
| Not   present x custody   bond   OR | Not   present x appointed   retained |
| (2) _____ | (2) _____ |
| present   custody   bond   OR | present   appointed   retained |

PROCEEDINGS: IN CHAMBERS

The Court sets the following briefing schedule for the motion by the Government to take deposition of witness: opposition to be filed no later than 9/10/04, reply, if any to be filed no later than 9/16/04.  The hearing is re-set for 9/28/04, at 10:00 a.m.  The hearing will take place in courtroom 890, located in the Roybal Building, 255 E. Temple St., Los Angeles.

ENTERED ON ICMS

SEP - 3 2004

MINUTES FORM 6                          Initals of Deputy Clerk
Crim-Gen