# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES-GENERAL

_____ Priority
_____ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

Case No. __CR  02-220(B)-NM__                    Date__9/13/04__

### PRESENT:  HON. NORA  M. MANELLA, JUDGE

| Judith Hurley | N/A | N/A | N/A |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

| U.S.A. v (Defendants listed below) | Attorney for Defendants |
|---|---|
| (1) Iouri Mikhel | (1) Richard Callahan, Dale Rubin |
| Not   present x  custody     bond    OR | Not  present  x  appointed   retained |
| (2) Jurlius Kadanovas | (2) Marcia Brewer, Richard Lasting |
| Not  present x  custody     bond    OR | Not    present x  appointed   retained |
| (3) Petro Krylov | (3) George Buehler |
| Not   present  x  custody     bond    OR | Not   present x  appointed   retained |
| (4) Natalya Solovyeva | (4) Terry Amdur, Michael Crain |
| Not present  x  custody     bond    OR | Not    present x  appointed    retained |
| (5) Aleksejus Markovskis | (5)  Terrence Bennett |
| Not  present  x  custody     bond    OR | Not   present  x  appointed    retained |

PROCEEDINGS:  IN CHAMBERS

Counsel are notified that the motion by the Government to take deposition of witness, currently set for 9/28/04, is continued to 10/5/04, at 11:00 am.  The motion will be heard in Courtroom 890, located on the eighth floor of the Roybal Building, at 255 E. Temple St.

ENTER ON ICMS    55

SEP 1 7 2004

MINUTES FORM 6                                   INITIALS OF DEPUTY CLERK
CRIM-GEN                          D-M