DEBRA W. YANG
United States Attorney
STEVEN D. CLYMER
Special Assistant United States Attorney
Chief, Criminal Division
SUSAN J. DE WITT (SBN: 132642)
ROBERT E. DUGDALE (SBN: 167258)
KAREN I. MEYER (SBN: 220554)
Assistant United States Attorneys
        1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:  (213) 894-4496
        Facsimile:  (213) 894-3713

Attorneys for Plaintiff
UNITED STATES OF AMERICA

P- SEAT)

FILED
CLERK, U.S. DISTRICT COURT

SEP 1 3 2004

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )  CR No. 02-220(B)-NM
                                )
                Plaintiff,      )  [PROPOSED] ORDER REGARDING THE
                                )  GOVERNMENT'S EX PARTE APPLICATION
          v.                    )  FOR ADDITIONAL TIME TO RESPOND TO
                                )  MOTION FOR LEGAL VISITATION
IOURI MIKHEL, et al.,           )
                                )
                Defendants.     )
                                )
_____)

O R D E R

IT IS HEREBY ORDERED THAT:

The government's <u>ex parte</u> application for a one-week continuance of the hearing on Victor Sherman's Motion for Legal Visitation is granted.  The hearing is continued from September 28, 2004, to October __5__, 2004, at __11:00 am__. Opposition briefs shall be filed and served by personal

ENTER ON ICMS

SEP 21 2004

563

service or by facsimile on or before September 17, 2004. Reply briefs, if any, shall be filed and served by personal service or by facsimile on or before September 24, 2004.

DATED: September 10, 2004

NORA M. MANELLA
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

I, **RAQUEL PACHECO**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and I am not a party to the above-entitled action;

That I am employed by the United States Attorney's for the Central District of California who is a member of the Bar of United States District Court for the Central District of California, at whose discretion I served a copy of: **[PROPOSED] ORDER REGARDING THE GOVERNMENT'S EX PARTE APPLICATION FOR ADDITIONAL TIME TO RESPOND TO MOTION FOR LEGAL VISITATION**

service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a seal envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[X ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

SEE ATTACHED SERVICE LIST

This Certificate is executed on **September 9, 2004** Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

RAQUEL PACHECO

SERVICE LIST

Richard Callahan, Esq.
230 E. Colorado Blvd., Suite 1200
Pasadena, CA 91101
(626) 202-4060
fax: 626-794-4676

Dale Rubin, Esq. (capital counsel)
2275 Huntington Drive, Suite 902
San Marino, CA 91108
(800) 695-3717
fax: 413-228-0521

Victor Sherman, Esq.
Sherman & Sherman
2115 Main Street
Santa Monica, CA 90405