DEBRA W. YANG
United States Attorney
STEVEN D. CLYMER
Special Assistant United States Attorney
Chief, Criminal Section
SUSAN J. DEWITT (California State Bar No. 132462)
ROBERT E. DUGDALE (California State Bar No. 167258)
KAREN I. MEYER (California State Bar No. 220554)
Assistant United States Attorneys
Organized Crime and Terrorism Section
  1500 United States Courthouse
  312 North Spring Street
  Los Angeles, California 90012
  Telephone:  (213) 894-4685/4496
  Facsimile:  (213) 894-3713

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

OCT -5 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>                    Plaintiff, )<br><br>          v. )<br><br>IOURI MIKHEL,<br>JURIJUS KADAMOVAS,<br>PETRO KRYLOV,<br>NATALYA SOLOVYEVA and<br>ALEKSEJUS MARKOVSKIS,<br><br>                    Defendants. )<br>_____ ) | No. CR 02-220(B)-NM<br><br>~~[PROPOSED]~~ ORDER REGARDING THE PROCEDURES FOR CONDUCTING RULE 15 DEPOSITION OF WITNESS SAGIFA SAFIEV |

ENTER ON ICMS

OCT -5 2004

Pursuant to Rule 15 of the Federal Rules of Criminal Procedure and this Court's order issued on *October 4, 2004*, the deposition of witness Sagifa Safiev is hereby authorized.  The following procedures are hereby ordered to govern the

594

proceedings.

IT IS ORDERED that the deposition of Ms. Safiev shall take place as soon as practicable, on a date agreeable to the schedule of the witness, defense counsel, and the government, and all parties are to prepare accordingly.  Government counsel shall provide notice to defense counsel and to the Court of the exact date of the deposition once the parties agree to a mutually convenient date and time for the deposition.

IT IS FURTHER ORDERED that the deposition shall be governed by the Federal Rules of Evidence and Criminal Procedure;

IT IS FURTHER ORDERED that the witnesses will be deposed at the office of the United States Attorney, 312 North Spring Street, Los Angeles, California 90012.  Counsel for the government and for the defendants will be present during the deposition and will examine the witnesses.  Counsel for the government shall notify the defense of the precise floor and conference room in which the deposition will take place at the earliest opportunity;

IT IS FURTHER ORDERED that the government shall arrange for, and bear the cost of, an United States District Court approved Russian interpreter who will be present at all of the depositions and will translate all of the proceedings into English;

IT IS FURTHER ORDERED that a verbatim record of the English portion of the proceedings will be made by a court reporter.  The government will bear the costs of any stenographic recording and transcripts of proceeding;

IT IS FURTHER ORDERED that a videotape recording will be made of the proceedings. The government will bear the costs of any videotaping of the proceedings;

IT IS FURTHER ORDERED that unless a defendant waives in writing his or her right to be present at the depositions, each defendant will be present at the deposition; and

IT IS ORDERED that the parties are not to object to any line of questioning during the deposition, apart from objections as to the form of questioned asked. All objections, apart from objections to the form of a question, are deemed preserved by the parties and will be considered by this Court at a later scheduled hearing on the deposition.

IT IS SO ORDERED.

Dated: ~~September~~ October 4, 2004

HONORABLE NORA M. MANELLA
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

ROBERT E. DUGDALE
Assistant United States Attorney
Organized Crime and Terrorism Section

Attorneys for Plaintiff
United States of America

3

<u>CERTIFICATE OF SERVICE</u>

I, **SUSAN M. CRUZ,** declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **[PROPOSED] ORDER REGARDING THE PROCEDURES FOR CONDUCTING RULE 15 DEPOSITION OF WITNESS SAGIFA SAFIEV**

**service was:**

[] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[XX] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[] By hand delivery addressed as follows:

[] By facsimile as follows:

[] By messenger as follows:

[] By federal express as follows:

**SEE ATTACHMENT**

This Certificate is executed on **September 1, 2004,** at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

SUSAN M. CRUZ

4.

## SERVICE LIST

*Mikhel*

Richard Callahan, Esq.
230 E. Colorado Blvd., Suite 1200
Pasadena, CA 91101
(626) 202-4060
fax: 626-794-4676

Dale Rubin, Esq. (capital counsel)
2275 Huntington Drive, Suite 902
San Marino, CA 91108
(800) 695-3717
fax: 413-228-0521

*Kadamovas*

Marcia Brewer, Esq.
300 Corporate Pointe, Suite 330
Culver City, CA 90230
(310) 670-5325
fax: 310-670-3706

Richard Lasting, Esq. (capital counsel)
White & Lasting
1717 Fourth Street
Third Floor
Santa Monica, CA 90401
(310) 576-6242
fax: 310-576-6247

*Krylov*

George Buehler, Esq.
350 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
(213) 625-3900, x128
fax: 213-625-1600
    213-626-5800

5.

David Evans, Esq. (capital counsel)
202 South Lake Avenue
Suite 230
Pasadena, CA 91101
(626) 432-5100
fax: 626-432-5110

*Markovskis*

Terrence Bennett, Esq. (capital counsel)
P.O. Box 709
Pasadena, CA 91102-0709
(626) 792-5868
fax: 626-798-6663

*Solovyeva*

Terry Amdur
1939 Rose Villa Street
Pasadena, CA 91107
(626) 449-9254
fax: 626-568-1277

Michael M. Crain, Esq. (capital counsel)
P.O. Box 3730
Santa Monica, CA 90408
(310) 571-3324
fax: 310-571-3354