THE LAW OFFICES OF
RICHARD M. CALLAHAN, JR.
230 East Colorado Blvd., Suite 1200
Pasadena, CA  91101
Phone:  (626) 202-4060
Telecopier: (626) 794-4676
Bar No. 100446

DALE MICHAEL RUBIN
2275 Huntington Drive, Suite 902
San Marino, CA  91108
Phone:  (800) 695-3717
Telecopier: (626) 413-228-0521
Bar No. 68595

Attorneys for Defendant
IOURI MIKHEL



# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 02-220(B)-NM |
|---|---|
| Plaintiff, | ) |
|  | ) [~~PROPOSED~~] ORDER |
| vs. | ) AUTHORIZING FILING OF |
|  | ) EXHIBITS IN CAMERA AND |
| IOURI MIKHEL, *et al.*, | ) UNDER SEAL; DECLARATION OF |
|  | ) COUNSEL |
| Defendants. | ) |
|  | ) |

GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED that

defendant IOURI MIKHEL may file the previously designated exhibits in

support of his "Motion to Preclude Disclosure of Writings Found in Defendant's



Cell, Or in the Alternative, Motion to Suppress Such Evidence" in camera and Under Seal.

Dated: This _9_ day of March, 2005

_____
HONORABLE NORA MANELLA
United States District Judge

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen, and am not a party to the within action. My business address is 230 East Colorado Blvd., Suite 1200, Pasadena, California, 91101.

On March __7 2005, I served the foregoing document described as **[PROPOSED] ORDER AUTHORIZING FILING OF EXHIBITS IN CAMERA AND UNDER SEAL** on all interested parties in this action by the means of service stated below, unless otherwise noted:

___ hand delivery, addressed as follows:

___ mail, by placing true copies thereof enclosed in a sealed envelope, postage prepaid, addressed as follows:

___✓ telecopier/email attachment, addressed as follows:

Robert Dugdale, Esq. [hand-delivery]
Susan DeWitt, Esq.
Kim Meyer, Esq.
Assistant United States Attorneys
1500 United States Courthouse
312 N. Spring Street
Los Angeles, CA 90012

Dale Rubin, Esq.
2275 Huntington Drive, Suite 902
San Marino, CA 91108

Marcia Brewer, Esq.
300 Corporate Pointe, Suite 330
Culver City, CA 90230

Richard Lasting, Esq.
White & Lasting
1717 Fourth Street
Third Floor
Santa Monica, CA 90401

George Buehler, Esq.
350 South Grand Avenue, Suite 3900
Los Angeles, CA 90071

David Evans, Esq.
202 South Lake Avenue
Suite 230
Pasadena, CA 91101

Terry Amdur, Esq.
1939 Rose Villa Street
Pasadena, CA  91107

Terrence Bennett, Esq.
P.O. Box 709
Pasadena, CA  91102-0709

Michael M. Crain, Esq.
P.O. Box 3730
Santa Monica, CA  90408

Alka Sagar, Esq. [hand delivery]
Assistant United States Attorney
Taint Unit Coordinator
1100 United States Courthouse
312 N. Spring Street
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on March _7_ 2005, at Pasadena, California.

RICHARD M. CALLAHAN, JR.