MARCIA J. BREWER, ESQ.
STATE BAR NO. 74208
300 CORPORATE POINTE
SUITE 330
CULVER CITY, CA  90230
TELEPHONE (310) 670-5325
STATE BAR #74208

RICHARD P. LASTING, SBN 53950
1717 FOURTH STREET, THIRD FLOOR
SANTA MONICA, CA 90401-3319
TELEPHONE: (310) 576-6242
FACSIMILE: (310) 576-6247

ATTORNEY FOR DEFENDANT
JURIJUS KADAMOVAS

_____ Priority
_____ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

SEND

FILED
CLERK, U.S DISTRICT COURT

MAR 11 2005

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

              Plaintiff,

     v.

JURIJUS KADAMOVAS,

              Defendant.

)
)
)
)
)
)
)
)
)
)

CASE NO. CR-02-220-NM

EX PARTE APPLICATION TO
FILE DOCUMENT UNDER SEAL
[PROPOSED] ORDER

[FILED UNDER SEAL]

[WITH NOTICE TO THE PARTIES]

///
///
///
///
///
///

1

EX PARTE APPLICATION TO FILE DOCUMENT UNDER SEAL
[FILED UNDER SEAL] [WITH NOTICE TO THE PARTIES] ON ICMS

MAR 14 2005

658

Pursuant to the Court's Order which requires that a "separate application" requesting permission to file an under seal document be filed along with any under seal filing - - Defendant Kadamovas, by and through his attorney of record, Marcia J. Brewer, hereby applies to this court for permission to file Defendant's Ex Parte Application For Additional Funds For An Paralegal Services Pursuant To 18 U.S.C. §3006A(e)(1) under seal.

This request is made given the sensitive nature contained in the document.

Should the Court deny this application, counsel for Defendant Kadamovas' requests that the Defendant's Ex Parte Application For Additional Funds For Paralegal Services Pursuant To 18 U.S.C. §3006A(e)(1) and this application not be filed, but be returned to counsel, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

Opposing counsel was notified on March 7, 2005 of this ex parte request to file a document under seal without being served with a copy of the under seal document due to the sensitive nature contained therein.

DATED: March 7, 2005                    Respectfully Submitted,

MARCIA J. BREWER
Attorney for Defendant
Jurijus Kadamovas

2

EX PARTE APPLICATION TO FILE DOCUMENT UNDER SEAL
[FILED UNDER SEAL] [WITH NOTICE TO THE PARTIES]