MARCIA J. BREWER, ESQ.
STATE BAR NO. 74208
300 CORPORATE POINTE
SUITE 330
CULVER CITY, CA 90230
TELEPHONE (310) 670-5325
STATE BAR #74208

RICHARD P. LASTING, SBN 53950
1717 FOURTH STREET, THIRD FLOOR
SANTA MONICA, CA 90401-3319
TELEPHONE: (310) 576-6242
FACSIMILE: (310) 576-6247

ATTORNEY FOR DEFENDANT
JURIJUS KADAMOVAS

*SEND*

FILED
CLERK, U.S. DISTRICT COURT

MAR 11 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR-02-220-NM |
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO FILE DOCUMENT UNDER SEAL |
| JURIJUS KADAMOVAS, | |
| Defendant. | [FILED UNDER SEAL] |

///
///
///
///
///
///

ENTER ON ICMS

MAR 14 2005

1

[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL [FILED UNDER SEAL]



FOR GOOD CAUSE SHOWN, it is hereby ordered that Defendant Kadamovas' Ex Parte Application for sealed filing is GRANTED.  The document sought to be filed under seal shall be filed under seal.  Counsel for Defendant may produce the underlying document as permitted or required by applicable law.

DATED: 3/9/05

HONORABLE NORA M. MANELLA
JUDGE, UNITED STATES DISTRICT COURT

OR IN CASE OF DENIAL:

Defendant Kadamovas' application for sealed filing is DENIED.  The underlying document and the sealing application shall be returned to Defendant Kadamovas' counsel, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____

HONORABLE NORA M. MANELLA
JUDGE, UNITED STATES DISTRICT COURT

2

[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL [FILED UNDER SEAL]