DEBRA WONG YANG
United States Attorney
STEVEN D. CLYMER
Special Assistant United States Attorney
Chief, Criminal Section
SUSAN J. DEWITT (California State Bar No. 132462)
ROBERT E. DUGDALE (California State Bar No. 167258)
KAREN I. MEYER (California State Bar No. 220554)
Assistant United States Attorneys
Organized Crime and Terrorism Section
        1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:  (213) 894-4685/4496/8559
        Facsimile:  (213) 894-3713
        e-mail:   susan.dewitt@usdoj.gov
                  robert.dugdale@usdoj.gov
                  kim.meyer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S DISTRICT COURT

JUN 1 0 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY.

NOTE CHANGES MADE BY THE COURT.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 02-220(A)-NM |
| Plaintiff, ) | **STIPULATION REGARDING DEADLINE TO FILE MOTIONS TO SEVER** ✓ORDER |
| v. ) | |
| IOURI MIKHEL, et al., ) | Current Trial Date:  2/7/06 |
| Defendants. ) | Courtroom of the Honorable Nora Manella |

ENTERED CLMS

JUN 1 3 2005

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, defendant Iouri Mikhel, by and through his counsel of record, Richard Callahan, Esq., defendant Jurijus Kadamovas, by and through his counsel of record, Richard Lastings, Esq., and defendant Petro Krylov, by and through his

counsel of record, David Evans, Esq., hereby stipulate as follows:

1.    In January 2005, the United States and the defendants in this case against whom the United States is seeking the death penalty entered a stipulation dividing the anticipated motions to be filed in this case into four separate "phases."  On February 2, 2005, this Court adopted the scheduling order stipulated to by the parties.

2.    The first phase of anticipated motions to be filed by the parties set a deadline of March 7, 2005 by which defendants were to file motions regarding items seized during the search of their prison cells.  On that date, defendant Mikhel filed a motion to suppress the seizure of a handwritten letter seized at the Metropolitan Detention Center that Mikhel purportedly addressed to defendant Kadamovas ("defendant Mikhel's motion to suppress").  In this motion, defendant Mikhel argues that this letter should not be disclosed to the prosecution team, and should remain in the possession of a "taint" Assistant United States Attorney, because it is subject to the attorney-client privilege and a joint defense privilege. Defendant Mikhel further contends that this letter should be suppressed in any event because it was seized in violation of the Fourth Amendment.  This Court has taken defendant Mikhel's motion to suppress under submission pending the outcome of a case presently pending before the Ninth Circuit that may provide guidance concerning defendant's privilege argument.

2.    The second phase of anticipated motions described in the scheduling order requires defendants to file, by May 31,

2005, all "motions relating to technical aspects of the Second Superseding Indictment, including challenges based on F.R.C.P. 6, 8, 12, and 14." Such motions include motions for severance that are to be brought by any defendant.

3.   Defendants believe that they may have grounds to seek a severance in the event this Court denies defendant Mikhel's motion to suppress, depending, of course, on how the government decides it may use the evidence at issue in the event defendant Mikhel's motion to suppress is denied. Since a decision on defendant Mikhel's motion to suppress is currently pending, however, this issue is not ripe for litigation at this time.

4.   Accordingly, the parties agree that, notwithstanding the current deadline to file motions to sever by May 31, 2005, defendants may reserve the right to file a motion to sever based on the outcome of this Court's ruling as to defendant Mikhel's motion to suppress. Defendants agree that they will bring such a motion within 30 days after this Court rules on defendant Mikhel's motion to suppress, and they will notice such a motion pursuant to the local rules of this Court. *A hrg date will be set by the court*

5.   Defendants agree, however, that they will file any motion to sever not impacted by this Court's ruling on defendant

//

//

Mikhel's motion to suppress by the May 31, 2005 date set forth in the scheduling order.

**IT IS SO STIPULATED.**

DATED: May 24, 2005          Respectfully submitted,

DEBRA WONG YANG
United States Attorney

STEVEN D. CLYMER
Special Assistant U.S. Attorney
Chief, Criminal Division

ROBERT E. DUGDALE
Assistant United States Attorney

           Attorneys for plaintiff
           UNITED STATES OF AMERICA

DATED: May 28, 2005          *FOR RICHARD CALLAHAN*

Richard Callahan, Esq./   *PER HIS*
Dale Rubin, Esq.          *AUTHORIZATION*

           Attorneys for Defendant
           Iouri Mikhel

DATED: May 26, 2005          *FOR RICHARD LASTING*

Marcia Brewer, Esq./      *PER HIS*
Richard Lasting, Esq.     *AUTHORIZATION*

           Attorneys for Defendant
           Jurijus Kadamovas

DATED: May 31, 2005          *FOR DAVID EVANS*

George Buehler, Esq./     *PER HIS*
David Evans, Esq.         *AUTHORIZATION*

           Attorneys for Defendant
           Petro Krylov

                    O R D E R

     Based upon the stipulation of the parties, the record of this case, and for good cause shown, IT IS SO

ORDERED that, notwithstanding the scheduling order ordered by this Court on February 2, 2005, defendants Mikhel, Kadamovas, and Krylov may file a motion to sever based on the outcome of defendant Mikhel's pending motion to suppress within 30 days of the date this Court rules on that motion. Any such motion filed must be noticed for a hearing in accordance with the time limits set forth pursuant to the local rules of this Court. *The court may reset the hrg date*

DATED: ~~May~~ *June 10*, 2005

_____
HONORABLE NORA MANELLA
United States District Judge

5

CERTIFICATE OF SERVICE

I, **SUSAN M. CRUZ,** declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **STIPULATION REGARDING DEADLINE TO FILE MOTIONS TO SEVER**

**service was:**

[] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[√] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[] By hand delivery addressed as follows:

[√] By facsimile as follows:

[] By messenger as follows:

[] By federal express as follows:

**SEE ATTACHMENT**

This Certificate is executed on **May 31, 2005,** at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

SUSAN M. CRUZ

## SERVICE LIST
### United States v. Mikhel, et al.
### CR 02-220(B)-NM

*Mikhel*

Richard Callahan, Esq.
230 E. Colorado Blvd., Suite 1200
Pasadena, CA 91101
(626) 202-4060
fax: 626-794-4676

Dale Rubin, Esq. (capital counsel)
2275 Huntington Drive, Suite 902
San Marino, CA 91108
(800) 695-3717
fax: 413-228-0521

*Kadamovas*

Marcia Brewer, Esq.
300 Corporate Pointe, Suite 330
Culver City, CA 90230
(310) 670-5325
fax: 310-670-3706

Richard Lasting, Esq. (capital counsel)
White & Lasting
1717 Fourth Street
Third Floor
Santa Monica, CA 90401
(310) 576-6242
fax: 310-576-6247

## SERVICE LIST (continued)
### United States v. Mikhel, et al.
### CR 02-220(B)-NM

SCANNED

*Krylov*

George Buehler, Esq.
350 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
(213) 625-3900, x128
fax: 213-625-1600
    213-626-5800

David Evans, Esq. (capital counsel)
202 South Lake Avenue
Suite 230
Pasadena, CA 91101
(626) 432-5100
fax: 626-432-5110

*Solovyeva*

Terry Amdur
1939 Rose Villa Street
Pasadena, CA 91107
(626) 449-9254
fax: 626-568-1277

Michael M. Crain, Esq. (capital counsel)
P.O. Box 3730
Santa Monica, CA 90408
(310) 571-3324
fax: 310-571-3354