DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
KAREN I. MEYER (Cal Bar No. 220554)
Assistant United States Attorney
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-8559
     Facsimile:  (213) 894-3713
     Email: kim.meyer@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT

OCT - 5 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ____
Send ____ ✓
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 02-220(B)-NM |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER RE: |
| | ) | DEFENDANT'S APPLICATION |
| v. | ) | TO UNSHACKLE |
| JURIJUS KADAMOVAS, | ) | |
| Defendant. | ) | |

Upon consideration of the defendants' application to unshackle, filed October 3, 2005, and the government's opposition thereto, the defendants' application is hereby DENIED.

Defendant should continue to be given meals in accordance with the schedule established by the United States Marshal's Service.

Dated: October 4, 2005

_____
HONORABLE NORA MANELLA
United States District Judge

ENTER ON CMS

OCT - 6 2005

Presented by:

_____
KAREN I. MEYER
Assistant United States Attorney