UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES-GENERAL

_____ Priority
_____ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

Case No. CR 02-220(B)-NM                          Date 11/17/05

### PRESENT: HON. NORA M. MANELLA, JUDGE

| Judith Hurley | N/A | NA | N/A |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

| U.S.A. v (Defendants listed below) | Attorney for Defendants |
|---|---|
| (1)  Jurijus Kadamovas | (1) Richard Lasting |
| Not present x custody bond OR | Not present x appointed retained |

PROCEEDINGS: BRIEFING SCHEDULE

The Court has received the motion by defendant for court order for daily use of computer at Metropolitan Detention Center, filed 11/16/05 & noticed for 12/5/05.

The government is ordered to file its opposition no later than 11/21/05, any reply is to be filed no later than 11/23/05. The Court will set a date for oral argument, if necessary. The motion is taken off the 12/5/05 calendar.

NTER ON CMS

NOV 17 2005

CR-11 (9/98)                          Initials of Deputy Clerk
CRIMINAL MINUTES-GENERAL