DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Special Assistant United States Attorney
Chief, Criminal Division
ROBERT E. DUGDALE (SBN: 167258)
SUSAN J. DE WITT (SBN: 132462)
KAREN I. MEYER (SBN: 220554)
Assistant United States Attorneys
        1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:  (213) 894-4496/4685/8559
        Facsimile:  (213) 894-3713
        Email:  susan.dewitt@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. 02-220(B)-NM |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER RE: GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR TWO-DAY EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR COURT ORDER FOR DAILY USE OF COMPUTER AT METROPOLITAN DETENTION CENTER |
| v. | ) | |
| IOURI MIKHEL, et al., | ) | |
| Defendants. | ) | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's *ex parte* application for a two-day extension of time to file its opposition to the motion for court order for daily use of computer at Metropolitan Detention Center is GRANTED.  The government's opposition shall be filed on or before November 23, 2005.  Defendant's reply thereto, if any, shall be filed on or before November 30, 2005. *The parties are encouraged to attempt to resolve this without court intervention.*

**IT IS SO ORDERED.**

DATED: November _18_, 2005

HONORABLE NORA M. MANELLA
UNITED STATES DISTRICT COURT

ENTER ON CMS

NOV 21 2005

<u>CERTIFICATE OF SERVICE</u>

I, **LINDA KANTER**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**(PROPOSED) ORDER RE: GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR TWO-DAY EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR COURT ORDER FOR DAILY USE OF COMPUTER AT METROPOLITAN DETENTION CENTER** service was:

[] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ x] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[] By hand delivery addressed as follows:

[X] By facsimile as follows:

**Richard Lasting**
**White & Lasting**
**1717 Fourth Street 3rd Floor**
**Santa Monica, CA 90401**
**Fax: 310-626-9677**

This Certificate is executed on **November 18, 2005**, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

LINDA KANTER