MARCIA J. BREWER, ESQ.
STATE BAR NO. 74208
300 CORPORATE POINTE
SUITE 330
CULVER CITY, CA 90230
TELEPHONE (310) 670-5325
FAX: (310) 670-3706

ATTORNEY FOR DEFENDANT
JURIJUS KADAMOVAS

*SEND*

FILED
CLERK, U.S DISTRICT COURT

NOV 2 8 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff, <br><br> v. <br><br> JURIJUS KADAMOVAS, <br><br> Defendant. | CASE NO. CR-02-220-NM (B) <br><br> EX PARTE APPLICATION TO FILE DOCUMENT UNDER SEAL ~~[PROPOSED] ORDER~~ <br><br> ~~[FILED UNDER SEAL]~~ <br><br> [WITH NOTICE TO THE PARTIES] |

///
///
///
///
///
///
///
///
///
///
///

ENTER ON CMS

NOV 29 2005

1

EX PARTE APPLICATION TO FILE DOCUMENT UNDER SEAL
[FILED UNDER SEAL] [WITH NOTICE TO THE PARTIES]

Pursuant to the Court's Order which requires that a "separate application" requesting permission to file an under seal document be filed along with any under seal filing - - Defendant Kadamovas, by and through his attorney of record, Marcia J. Brewer, hereby applies to this court for permission to file Ex Parte Application To Be Relieved As Counsel Of Record Pursuant To 18 U.S.C. §3006A(e)(1) under seal.

This request is made given the sensitive nature contained in the document.

Should the Court deny this application, counsel for Defendant Kadamovas' requests that the Ex Parte Application Pursuant To 18 U.S.C. §3006A(e)(1) and this application not be filed, but be returned to counsel, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

Opposing counsel was notified on October 27, 2005 of this ex parte request to file a document under seal without being served with a copy of the under seal document due to the sensitive nature contained therein.

DATED: October 27, 2005                    Respectfully Submitted,

MARCIA J. BREWER
Attorney for Defendant
Jurijus Kadamovas

2

EX PARTE APPLICATION TO FILE DOCUMENT UNDER SEAL
[FILED UNDER SEAL] [WITH NOTICE TO THE PARTIES]