MARCIA J. BREWER, ESQ.
STATE BAR NO. 74208
300 CORPORATE POINTE
SUITE 330
CULVER CITY, CA 90230
TELEPHONE (310) 670-5325

ATTORNEY FOR DEFENDANT
JURIJUS KADAMOVAS

*SEND*

FILED
CLERK, U.S. DISTRICT COURT

NOV 28 2005

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NO. CR-02-220-NM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER TO FILE DOCUMENT UNDER SEAL |
| JURIJUS KADAMOVAS, | ) | |
| Defendant. | ) | [FILED UNDER SEAL] |

///
///
///
///
///
///
///
///
///
///
///

ENTER ON CMS

NOV 29 2005

1

[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL [FILED UNDER SEAL]

FOR GOOD CAUSE SHOWN, it is hereby ordered that Defendant Kadamovas' Ex Parte Application for sealed filing is GRANTED.  The document sought to be filed under seal shall be filed under seal.   Counsel for Defendant may produce the underlying document as permitted or required by applicable law.

DATED: _10/31/05_

_____
HONORABLE NORA M. MANELLA
JUDGE, UNITED STATES DISTRICT COURT

**OR IN CASE OF DENIAL:**

Defendant Kadamovas' application for sealed filing is DENIED.  The underlying document and the sealing application shall be returned to Defendant Kadamovas' counsel, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____

_____
HONORABLE NORA M. MANELLA
JUDGE, UNITED STATES DISTRICT COURT

2

[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL [FILED UNDER SEAL]