

MARCIA J. BREWER, ESQ.
STATE BAR NO. 74208
300 CORPORATE POINTE
SUITE 330
CULVER CITY, CA 90230
TELEPHONE: (310) 670-5325
FAX: (310) 370-3706

Attorneys for Defendant
JURIJUS KADAMOVAS

SEND

FILED
CLERK, U.S. DISTRICT COURT

NOV 28 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    Plaintiff,

    v.

JURIJUS KADAMOVAS,

    Defendant.

)
)
)
)
)
)
)
)
)
)

CASE NO. CR-02-220-NM *(B)*

[~~PROPOSED~~] ORDER RELIEVING MARCIA J. BREWER AS COUNSEL OF RECORD AND APPOINTING NEW COUNSEL

[~~FILED UNDER SEAL~~]

[WITHOUT SERVICE TO THE PARTIES]

///
///
///
///
///
///
///
///

ENTER ON CMS

NOV 29 2005

1

[~~PROPOSED~~] ORDER RELIEVING MARCIA J. BREWER
AS COUNSEL OF RECORD AND APPOINTING NEW COUNSEL
[FILED UNDER SEAL] [WITHOUT SERVICE TO THE PARTIES]

830

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Marcia J. Brewer is relieved as counsel of record for defendant Jurijus Kadamovas, and the Court appoints _____*Sonia Chahin*_____, an attorney from the CJA Panel, to represent Mr. Kadamovas's interests.

DATED: ___*11/28*___, 2005

HONORABLE NORA M. MANELLA
United States District Judge

2

[PROPOSED] ORDER RELIEVING MARCIA J. BREWER
AS COUNSEL OF RECORD AND APPOINTING NEW COUNSEL
[FILED UNDER SEAL] [WITHOUT SERVICE TO THE PARTIES]