UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES-GENERAL

_____ Priority
_____ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

Case No. CR 02-220(B)-NM                          Date 11/28/05

### PRESENT:  HON. NORA  M. MANELLA, JUDGE

| Judith Hurley | N/A | N/A | N/A |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

| U.S.A. v (Defendants listed below) | Attorney for Defendants |
|---|---|

(1)   Jurijus Kadamovas _____          (1) Marcia Brewer _____

Not  present  x  custody   bond   OR          Not present  x  appointed  retained

PROCEEDINGS: IN CHAMBERS ORDER APPOINTING NEW COUNSEL

At the request of counsel for defendant the request to be relieved is granted. The Court has been informed that attorney Sonia Chahin is available for appointment.  The Court substitutes panel attorney  Sonia E. Chahin 2222 Foothill Blvd., Ste E-278, La Canada, CA  91011, (818) 549-0149, fax (818)549-0990, in place of Marcia Brewer.  The clerk is directed to correct the information on the docket.

ENTER ON CMS

NOV 29 2005

CR-11 (9/98)                                   Initials of Deputy Clerk _____
                                        CRIMINAL MINUTES-GENERAL