RICHARD P. LASTING, SBN 53950
1717 Fourth Street, 3rd Floor
Santa Monica, California 90401-3319
Telephone: (310) 576-6242
Facsimile: (310) 626-9677
e-mail: rplasting@aol.com

Attorney for Defendant
Jurijus Kadamovas

ORIGINAL

LODGED

FILED
CLERK, U.S. DISTRICT COURT

NOV 30 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 02-220 (B)-NM |
| Plaintiff, | STIPULATION RE: MOTION FOR COURT ORDER FOR DAILY USE OF COMPUTER AT METROPOLITAN DETENTION CENTER; [PROPOSED ORDER] |
| v. | |
| JURIJUS KADAMOVAS | |
| Defendant. | |

TO THE HONORABLE NORA MANELLA, UNITED STATES DISTRICT COURT JUDGE:

Defendant Jurijus Kadamovas, by and through Richard P. Lasting, capital counsel for defendant in the above-entitled case, and the United States of America, by and through its undersigned counsel, hereby stipulate that defendant's Motion For Court Order For Daily Use Of Computer At Metropolitan Detention Center be taken off calender. This stipulation is based upon representations made on behalf of the Warden of the Metropolitan Detention Center that Mr. Kadamovas will, to the maximum practicable extent, be granted daily access to his laptop computer, Monday through Friday, excluding holidays, from approximately 7:00 a.m. to 3:15 p.m. It is the intention of the parties to maximize Mr. Kadamovas' access to the

DEC - 1 2005

computer, subject to the safety, security, management and operational needs of the Metropolitan Detention Center.

It is further stipulated by the parties that defendant may request a later hearing on his motion if needed.

IT IS SO STIPULATED

Dated: November 28, 2005.

Respectfully submitted,

RICHARD P. LASTING
Attorney for Defendant
JURIJUS KADAMOVAS

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

Dated: November    , 2005

SUSAN J. DE WITT
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

**ORDER**

IT IS SO FOUND AND ORDERED this _So+4_ day of NOVEMBER 2005.

HONORABLE NORA MANELLA
UNITED STATES DISTRICT JUDGE

2

computer, subject to the safety, security, management and operational needs of the Metropolitan Detention Center.

It is further stipulated by the parties that defendant may request a later hearing on his motion if needed.

IT IS SO STIPULATED

Dated: November 28, 2005.

Respectfully submitted,

RICHARD P. LASTING
Attorney for Defendant
JURIJUS KADAMOVAS

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

Dated: November 28, 2005

SUSAN J. DE WITT
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

**ORDER**

IT IS SO FOUND AND ORDERED this _____ day of NOVEMBER 2005.

HONORABLE NORA MANELLA
UNITED STATES DISTRICT JUDGE

2

**PROOF OF SERVICE**

STATE OF CALIFORNIA            )
                              )
COUNTY OF LOS ANGELES          )

I am an active member of the State Bar of California and not a party to the within action. My business address is 1717 Fourth Street, 3rd Floor, Santa Monica, California 90401-3319.

On November 28, 2005, I served the foregoing document described as **Stipulation Re: Motion For Court Order For Daily Use Of Computer At Metropolitan Detention Center; [Proposed Order]** on the parties interested in this action by placing a true copy thereof, enclosed in a seal envelope, addressed as follows:

Susan J. DeWitt
Assistant United States Attorney
1500 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Eliezer Ben-Shmuel
Legal Advisor
Metropolitan Detention Center
P.O. Box 1500
Los Angeles, CA 90053

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed November 28, 2005, at Santa Monica, California.

_Richard P. Lasting_
**Richard P. Lasting**