

DEBRA W. YANG
United States Attorney
THOMAS O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
ALKA SAGAR
Assistant United States Attorney
Deputy Chief, Major Frauds Section
State Bar Number 115860
Telephone:   (213) 894-6223
Facsimile:   (213) 894-6269
Email: alka.sagar@usdoj.gov
        1100 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S DISTRICT COURT
DEC 15 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )    NO. CR 02-220(B)-NM
                             )
              Plaintiff      )
                             )    [PROPOSED] ORDER SEALING
         v.                  )    DOCUMENT
                             )
JURIJUS KADAMOVAS,           )
                             )
         Defendant.          )
_____)

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's _ex parte_ application for sealed filing is GRANTED.  The document sought to be filed under seal and the government's _ex parte_ application for sealed filing shall both be filed under seal.  The government may produce the underlying document as permitted or required by applicable law.

DATED: _10/15/05_

ENTER ON ICMS
DEC 16 2005

_____
HONORABLE NORA M. MANELLA
UNITED STATES DISTRICT JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The underlying document nd the sealing application shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____

_____
HONORABLE NORA M. MANELLA
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

I, **MARIA A. R AMOS**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **[PROPOSED] ORDER SEALING DOCUMENT**
**service was:**

[] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[**XX** ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**Richard P. Lasting**
**Attorney at Law**
**1717 Fourth Street, 3rd Floor**
**Santa Monica, California 90401**

This Certificate is executed on **December 14, 2005,** at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

**MARIA A. RAMOS**