Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.  CR 02-220(B) NM                    Dated: January 12, 2006
================================================================

PRESENT:  HONORABLE NORA M. MANELLA, JUDGE

| Pamela Silence | None present. | Kim Meyer |
|---|---|---|
| Courtroom Deputy | Court Reporter | Carole C. Peterson |
| | | Asst. U.S. Attorney |

Language Interpreter:  Not applicable.
================================================================

| U.S.A. vs (Dfts listed below) | Attorneys for Defendants |
|---|---|
| JURIJUS KADAMOVAS | Sonia E. Chahin |
| NOT present    ✓in custody | NOT present    ✓ appointed |

PROCEEDINGS:    IN CHAMBERS

On January 10, 2006, Defendant Jurijus Kadamovas filed an ex parte application for a court order extending the dates related to the filing and hearing of all phase three motions. Pending a ruling from the court, parties are not required to file their phase three motions by January 17, 2006.

Initials of Preparer

ENTER ON CMS

JAN 17 2006                          856