RICHARD P. LASTING, (SBN 53950)
RPLasting@aol.com
1717 Fourth Street, 3rd Floor
Santa Monica, California 90401-3319
Telephone: (310) 576-6242
Facsimile:  (310) 576-6247

SONIA E. CHAHIN (SBN 136604)
SEChahin@aol.com
Attorney At Law
2222 Foothill Boulevard, #E-278
La Canada, California  91011
Telephone (818) 549-0149
Facsimile (818) 549-0990

Attorneys  for Defendant
JURIJUS KADAMOVAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

IOURI MIKHEL et al.,

                    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

CR No. 02-220 (B) -NM

[PROPOSED] ORDER EXTENDING THE DATES RELATED TO THE FILING AND HEARING OF ALL PHASE THREE MOTIONS

          GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the dates related to the filing and hearing of all Phase Three Motions are hereby extended as follows:

          All Phase Three Motions are to be filed by _Mar. 20, 2006_.

Oppositions to Phase Three motions are to be filed by _April 10, 2006_.

Replies to Phase Three Motions shall be filed by _April 17_, with the

/

/

/

/

hearing of all Phase Three motions to be held on  *May 8, 2006*  , at *10:00* a.m.. However, counsel shall file their notice of alibi + / mental defense no later than Jan. 27, 2006

DATED:  4/7/06

HONORABLE NORA M. MANELLA
United States District Judge

Presented by:

SONIA E. CHAHIN
Attorney at Law

2

## CERTIFICATE OF SERVICE

I, Sonia E. Chahin hereby state and declare:

That I am employed in the County of Los Angeles, State of California; that my business address is 2222 Foothill Blvd., #E-278, La Canada, California 91011; that I am over the age of eighteen and not a party to the within entitled action; that I am a member of the bar of this Court.

On January 10, 2006, I served a copy of:

PROPOSED ORDER

Service was:
[ ]    Placed in a sealed envelope and mailed via United States Mail, addressed as follows:
[x]    By hand delivery addressed as follows:
[x]    By facsimile as follows:
[ ]    By messenger as follows:

AUSA Robert E. Dugdale
AUSA Susan Dewitt
1500 United States Courthouse
312 North Soring Street
Los Angeles, CA 90012

Service was:
[ ]    Placed in a sealed envelope and mailed via United States Mail, addressed as follows:
[ ]    By hand delivery addressed as follows:
[ ]    By facsimile as follows:
[x]    By e-mail as follows

Michael M. Crain, Esq. (Capital Counsel)
Law Offices
P.O. Box 3730
Santa Monica, CA 90408
(310) 571-3324 Office
(310) 571-3354 FAX
michaelmcrain@aol.com

SEE ATTACHED SERVICE LIST
This Certificate is executed on January 10, 2006, at Glendale, California. I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
SONIA E. CHAHIN

United States v. Iouri Mikhel et al.

CR No. 02-220(B)-NM

Richard Lasting (Capital Counsel)
1717 4th Street, Suite 300
Santa Monica, CA 90401
(310) 576-6242 Office
(310) 576-6247 FAX
amyejacks@sbcglobal.net

Dale M. Rubin, Esq. (Capital Counsel)
Law Offices
2275 Huntington Drive, Suite 902
San Marino, CA 91108
(800) 695-3717 Office
(413) 228-0521 FAX
drubin@socal.rr.com

Richard Callahan, Esq.
230 E. Colorado Blvd., Suite 1200
Pasadena, CA 91101
(626) 202-4060 Office
(626) 794-4676 FAX
rmcallahanjr@earthlink.com

David R. Evans, Esq. (Capital Counsel)
202 South Lake Avenue, Suite 230
Pasadena, CA 91101
(626) 432-5100 Office
(626) 432-5110 FAX
drlbrty@sbcglobal.net

George W. Buehler, Esq.
350 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
(213) 625-3900 Office
(213) 625-1600 FAX
buehler@geragos.com

Terry Amdur, Esq.
1939 Rose Villa Street
Pasadena, CA 91107
(626) 449-9254 Office
(626) 568-1277 FAX
tamdur@msn.com