RICHARD P. LASTING, (SBN 53950)
RPLasting@aol.com
1717 Fourth Street, 3rd Floor
Santa Monica, California 90401-3319
Telephone:  (310) 576-6242
Facsimile:    (310) 576-6247

SONIA E. CHAHIN (SBN 136604)
SEChahin@aol.com
Attorney At Law
2222 Foothill Boulevard, #E-278
La Canada, California  91011
Telephone (818) 549-0149
Facsimile (818) 549-0990

Attorneys  for Defendant
JURIJUS KADAMOVAS

FILED
CLERK, U.S. DISTRICT COURT
JAN 19 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IOURI MIKHEL et al.,<br><br>Defendants, | ) CR No. 02-220 (B) -NM<br>) [~~PROPOSED~~] ORDER<br>) SETTING  RATE OF<br>) COMPENSATION OF COUNSEL<br>) AND PERMITTING  INTERIM<br>) VOUCHERS<br>)<br>)<br>) |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that CJA Counsel, Sonia E. Chahin, shall be compensated at a rate of $160.00 per hour, for work completed from the date of her appointment, up to and including work performed on December 31, 2005.

IT IS FURTHER ORDERED that both counsel, Sonia E. Chahin and Richard P. Lasting, shall be compensated at the rate of $163.00 per hour for work performed on or after January 1, 2006.  Interim vouchers shall be permitted in this matter.

DATED: 1/18/06

HONORABLE NORA M. MANELLA
United States District Judge

Presented by:

SONIA E. CHAHIN, Esq.

NTER ON CMS

JAN 2 0 2006

United States v. Iouri Mikhel et al.

CR No. 02-220(B)-NM

Richard Lasting (Capital Counsel)
1717 4th Street, Suite 300
Santa Monica, CA 90401
(310) 576-6242 Office
(310) 576-6247 FAX
amyejacks@sbcglobal.net

Dale M. Rubin, Esq. (Capital Counsel)
Law Offices
2275 Huntington Drive, Suite 902
San Marino, CA 91108
(800) 695-3717 Office
(413) 228-0521 FAX
drubin@socal.rr.com

Richard Callahan, Esq.
230 E. Colorado Blvd., Suite 1200
Pasadena, CA 91101
(626) 202-4060 Office
(626) 794-4676 FAX
rmcallahanjr@earthlink.com

David R. Evans, Esq. (Capital Counsel)
202 South Lake Avenue, Suite 230
Pasadena, CA 91101
(626) 432-5100 Office
(626) 432-5110 FAX
drlbrty@sbcglobal.net

George W. Buehler, Esq.
350 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
(213) 625-3900 Office
(213) 625-1600 FAX
buehler@geragos.com

Terry Amdur, Esq.
1939 Rose Villa Street
Pasadena, CA 91107
(626) 449-9254 Office
(626) 568-1277 FAX
tamdur@msn.com

# CERTIFICATE OF SERVICE

I, Sonia E. Chahin hereby state and declare:

That I am employed in the County of Los Angeles, State of California; that my business address is 2222 Foothill Blvd., #E-278, La Canada, California 91011; that I am over the age of eighteen and not a party to the within entitled action; that I am a member of the bar of this Court.    On January 17, 2006, I served a copy of:

PROPOSED ORDER

Service was:
[ ]    Placed in a sealed envelope and mailed via United States Mail, addressed as follows:
[x]    By hand delivery addressed as follows:
[ ]    By facsimile as follows:
[ ]    By messenger as follows:

AUSA Robert E. Dugdale
AUSA Susan Dewitt
1500 United States Courthouse
312 North Soring Street
Los Angeles, CA 90012

Service was:
[ ]    Placed in a sealed envelope and mailed via United States Mail, addressed as follows:
[ ]    By hand delivery addressed as follows:
[ ]    By facsimile as follows:
[x]    By e-mail as follows

Michael M. Crain, Esq. (Capital Counsel)
Law Offices
P.O. Box 3730
Santa Monica, CA 90408
(310) 571-3324 Office
(310) 571-3354 FAX
michaelmcrain@aol.com
SEE ATTACHED SERVICE LIST
    This Certificate is executed on January 17, 2006,  at

Glendale, California. I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*SONIA E. CHAHIN*

SONIA E. CHAHIN