UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES-GENERAL

_____ Priority
_____ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

Case No.  CR  02-220(B)-NM          Date  2/23/06

### PRESENT:  HON. NORA  M. MANELLA, JUDGE

| Judith Hurley | N/A | N/A | Robert Dugdale |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

| U.S.A. v (Defendants listed below) | Attorney for Defendants |
|---|---|
| (1) Iouri Mikhel <br> Not present x custody bond OR | (1) Richard Callahan, Dale Rubin <br> Not present x appointed retained |
| (2) Jurlius Kadanovas <br> Not present x custody bond OR | (2) Sonia Chahin, Richard Lasting <br> Not present x appointed retained |
| (3) Petro Krylov <br> Not present x custody bond OR | (3) George Buehler <br> Not present x appointed retained |
| (4) Natalya Solovyeva <br> Not present x custody bond OR | (4) Terry Amdur, Michael Crain <br> Not present x appointed retained |

PROCEEDINGS:  IN CHAMBERS

The Court sets the following briefing schedule for 1. Government's motion to preclude defendants from offering mental health & defect evidence during the guilt phase of the trial, etc.; 2. Government's motion to preclude alibi witnesses & to compel a further response from defendants to government's request for notice of alibi: oppositions filed no later than 3/15/06; replies if any filed no later than 3/29/06.  The motions will be set for hearing on 5/8/06, at 10:00 am.

ENTERED ON ICMS

FEB 2 4 2006

CR-11  (9/98)                                         Initials of Deputy Clerk
                        CRIMINAL MINUTES-GENERAL

