FILED
CLERK, U.S DISTRICT COURT

FEB 2 7 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
PLAINTIFF/APPELLEE )
)
V. )
)
IOURI MIKHEL, )
)
DEFENDANT/APPELLANT )
)
_____ )

Court of Appeals
Docket No. 06-50014

Docket Number(s) of Court of Appeals
Companion and/or Cross Appeals (if
known) _____

District Court
Docket No. CR 02-220-NM

Date Transcript(s)
Filed 2/10/06

## CERTIFICATE OF RECORD

In accordance with Rule 11-2 of the Local Rules of the U.S. Court of Appeals for the Ninth Circuit,
YOU ARE HEREBY NOTIFIED that all documents which comprise the Clerk's Record on Appeal
(pleadings, exhibits, and other papers filed and the reporter's transcript(s), if any, are available to parties in
the District Court Clerk's Office. Please be advised that the Clerk's Record is held in the Clerk's Office of
the division of the District Court in which the case was filed. All cases filed in Los Angeles (Western
Division) are located in Room G-8 at 312 N. Spring Street, Los Angeles, CA, 90012; cases filed in Riverside
(Eastern Division) are located in Room 134, 3470 Twelfth Street, Riverside, CA 92501; and cases filed in
Santa Ana (Southern Division) are located in Room 1053 at the Ronald Reagan Federal Bldg. and U.S.
Courthouse, 411 W. Fourth St., Santa Ana, CA 92701.

The briefing schedule, which has already been set by the U.S. Court of Appeals Time Schedule Order,
remains in effect. If you have not been informed of the dates for filing briefs, you must immediately contact
the U.S. Court of Appeals at 95 Seventh Street, San Francisco, CA, 94119-3939.

CLERK, U. S. DISTRICT COURT

2/27/06                          By G. HUNT
_____          _____
Date                                    Deputy Clerk

*NOTE: The case number includes the designation of the division it is filed in:*
*CV / CR designates cases filed in Los Angeles (Western Division);*
*SACV / SACR designates cases filed in Santa Ana (Southern Division); and*
*EDCV / EDCR designates cases filed in Riverside (Eastern Division)*

cc: Counsel of Record

I CERTIFY THAT THIS DOCUMENT WAS SERVED BY
CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
PARTIES AT THEIR RESPECTIVE, MOST RECENT, ADDRESS OF
RD, IN THIS ACTION, ON THIS DATE.

DATED: 2-27-06

DEPUTY CLERK

A-3 (6/01)                    CERTIFICATE OF RECORD - U.S.D.C.

Entered on ICMS 2/27/06 by 904