UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES-GENERAL

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

Case No.  CR  02-220(B)-NM          Date  3/24/06

PRESENT:  HON. NORA  M. MANELLA, JUDGE

| Judith Hurley | N/A | N/A | Susan DeWitt |
| Deputy Clerk | Court Reporter | Interpreter | Robert Dugdale |
| | | | Assistant U.S. Attorney |

| U.S.A. v (Defendants listed below) | MAR 24 2006 | Attorney for Defendants |
|---|---|---|
| (1) Iouri Mikhel | | (1) Richard Callahan, Dale Rubin |
| Not  present x custody  bond  OR | | Not—present x appointed  retained |
| (2) Jurlius Kadamovas | | (2) Sonia Chahin, Richard Lasting |
| Not  present  x custody  bond  OR | | Not  present x appointed  retained |
| (3) Petro Krylov | | (3) David Evans |
| Not  present  x custody  bond  OR | | Not  present x appointed  retained |
| (4) Natalya Solovyeva | | (4) Terry Amdur, Michael Crain |
| Not present  x custody  bond  OR | | Not  present x appointed  retained |

PROCEEDINGS: IN CHAMBERS, ORDER CONTINUING PHASE III MOTIONS FROM 5/8/06 to 5/22/06

On March 15, 2006, Defendant Jurijus Kadamovas filed an *ex parte* application for an order shortening time to hear his motion to continue the trial date from July 11, 2006 to January 9, 2007, and to extend the April 17, 2006 deadline for filing Phase IV motions.[1]

In light of the likelihood that this case will be reassigned, Defendant's application for an order shortening time is denied. The motion to continue the trial date is set for hearing May 1, 2006 at 1:30 p.m.  Any reply by Defendant Kadamovas is due March 31, 2006. No later than March 31,

---

[1] Defendant Kadamovas did not propose a new date for the filing of the Phase IV motions. A hearing on the previously filed Phase III motions is currently set for May 8, 2006.

USA -v- Iouri Mikhel, et al
CR02-220(B)-NM
Minute Order, 3/23/06
Page 2

2006, the remaining defendants shall file and serve papers setting forth their respective positions regarding Defendant Kadamovas' request to continue to the trial date. Any response by the Government is due April 10, 2006.

The hearing on the Phase III motions is continued to May 22, 2006 at 1:30 p.m. The Phase IV filing deadline is vacated, to be reset following a ruling on Defendant's motion to continue the trial

CR-11 (9/98)

Initials of Deputy Clerk

CRIMINAL MINUTES-GENERAL