DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Section
ROBERT E. DUGDALE (California State Bar No. 167258)
Deputy Chief – Organized Crime and Terrorism Section
SUSAN J. DEWITT (California State Bar No. 132462)
KAREN I. MEYER (California State Bar No. 220554)
Assistant United States Attorneys
Organized Crime and Terrorism Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4685/4496/8559
    Facsimile:  (213) 894-3713
    e-mail:  susan.dewitt@usdoj.gov
            robert.dugdale@usdoj.gov
            kim.meyer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 02-220(B)-NM |
| | ) | |
|         Plaintiff, | ) | **GOVERNMENT'S UNOPPOSED EX** |
| | ) | **PARTE APPLICATION TO FILE** |
|         v. | ) | **BRIEF IN EXCESS OF 25 PAGES;** |
| | ) | **DECLARATION OF ROBERT E.** |
| IOURI MIKHEL, | ) | **DUGDALE; [~~PROPOSED~~] ORDER** |
| JURIJUS KADAMOVAS, | ) | |
| PETRO KRYLOV, and | ) | [No hearing date] |
| NATALYA SOLOVYEVA, | ) | |
| | ) | TRIAL DATE:  7/11/06 |
|         Defendants. | ) | TIME:  9:00 a.m. |
| | ) | |
| | ) | Courtroom of the Honorable |
| | ) | Nora Manella |

FILED.
CLERK, U.S. DISTRICT COURT
APR - 7 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2006 APR 5 PM 3:51

DOCKETED ON CM
APR 1 0 2006
BY _____ 171

Plaintiff United States of America hereby applies ex parte for an order allowing it to file a brief -- a consolidated opposition to defendant Mikhel and defendant Kadamovas' separate motions to strike the uncharged acts of violence set forth as non-statutory aggravating factors in the notices of intent to seek the death penalty -- in excess of the 25-page limit set forth in Local Rule 11-6 and paragraph 7 of this Court's Criminal Motion and Trial Order. Counsel for defendants Mikhel and Kadamovas have informed government counsel that they do not object to this ex parte application. This application is based on the attached declaration of Robert E. Dugdale, the files and records of this case, and any additional argument made at any hearing on this application.

DATED: April 10, 2006     Respectfully submitted,

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

ROBERT E. DUGDALE
SUSAN DE WITT
KAREN I. MEYER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

1

<u>DECLARATION OF ROBERT E. DUGDALE</u>

I, Robert E. Dugdale, hereby declare and state as follows:

1.    I am an Assistant United States Attorney in the Central District of California.  I am one of the prosecutors responsible for prosecuting the instant case.

2.    The government has filed notice of it intent to seek the death penalty against defendants Iouri Mikhel, Jurijus Kadamovas, and Petro Krylov.  In the death penalty notices filed as to these defendants, the government has alleged as a "non-statutory aggravating factor," that defendants have been involved, in various combinations, in other murders and serious acts of violence that are not reflected in their respective criminal histories.  These previously unadjudicated crimes alleged in the death penalty notices are:  (1) the hostage taking resulting in death of Anton Popsuy-Shapko, which occurred in Turkey; (2) the hostage taking resulting in death of Valery Papou, which occurred in Cyprus; and (3) the hostage taking of Armen Gyurdzhiyants, which occurred in this district.[1]

3.    On March 20, 2006, defendant Mikhel filed a 15-page motion seeking to strike the uncharged acts of violence set forth as non-statutory aggravating factors in the notices of intent to seek the death penalty.  This motion raises no less than nine grounds that defendant Mikhel contends justify striking these non-statutory aggravating factors.  On that same date,

_____

[1]    Defendant Krylov is alleged to have only participated in the last of these crimes.

2

defendant Kadamovas filed a separate motion seeking the same relief.

4. Rather than responding separately to defendant Mikhel and defendant Kadamovas' motions on this identical topic by filing two lengthy oppositions, the government intends to file a consolidated response to these motions. The government's consolidated opposition to these motions is 36 pages in length. This response exceeds the 25-page limit provided under Local Rule 11-6 and paragraph 7 of this Court's Criminal Motion and Trial Order for two chief reasons: First, it exceeds this page limit because it is a response to two separate (although related) motions rather than one motion. Second, defendants motions require the government to explain to this Court why evidence relating to the three previously unadjudicated crimes described above meets the "heightened standard of reliability" relevant to evidence the government may introduce in the penalty phase of a capital case. This showing has required the government to include in its brief a relatively detailed summary concerning some of the evidence relating to these previously unadjudicated offenses. In light of the fact the evidence relating to these crimes is quite extensive and cannot be briefly summarized, the government could not describe this evidence within a consolidated opposition that meets the page limit established in Local Rule 11-6 and paragraph 7 of this Court's Criminal Motion and Trial Order.

5. On April 3, 2006, I contacted Richard Callahan, counsel

3

for defendant Mikhel, and Richard Lasting, counsel for defendant Kadamovas, to inform them that the government would be filing the instant ex parte application and to obtain their position on this matter. Both Mr. Callahan and Mr. Lasting informed me that they do not object to the instant application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this _____5th_____ of April, 2006, in Los Angeles, California.

_____
ROBERT E. DUGDALE

4

**[PROPOSED] ORDER**

Based on the representations of the government, the files and records of this case, and for good cause shown, IT IS HEREBY ORDERED THAT the government may file a consolidated opposition to defendant Mikhel and defendant Kadamovas' motions to strike the uncharged acts of violence set forth as non-statutory aggravating factors in the notices of intent to seek the death penalty that is in excess of 25 pages and that this consolidated opposition may be up to 36 pages in length.

Dated: April 6, 2006

HONORABLE NORA MANELLA
UNITED STATES DISTRICT COURT JUDGE

5

# CERTIFICATE OF SERVICE

I, **LINDA KANTER,** declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California, 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION TO FILE BRIEF IN EXCESS OF 25 PAGES; DECLARATION OF ROBERT E. DUGDALE; (PROPOSED) ORDER**
service was:

[] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope for collection and Mailing via United States Mail, addressed as follows:

[] By hand delivery addressed as follows:

[X] By facsimile as follows:

**SEE ATTACHED**

This Certificate is executed on , April 5, 2006 , Los Angeles, California    .

I certify under penalty of perjury that the foregoing is true and correct.

LINDA KANTER

## SERVICE LIST

*Mikhel*

Richard Callahan, Esq.
230 E. Colorado Blvd., Suite 1200
Pasadena, CA 91101
(626) 202-4060
fax: 626-794-4676

Dale Rubin, Esq. (capital counsel)
2275 Huntington Drive, Suite 902
San Marino, CA 91108
(800) 695-3717
fax: 413-228-0521

*Kadamovas*

Sonia Chahin, Esq.
2222 Foothill Blvd. #E278
La Canada, CA 91011
(818) 549-0149
fax: 818-549-0990

Richard Lasting, Esq. (capital counsel)
White & Lasting
1717 Fourth Street
Third Floor
Santa Monica, CA 90401
(310) 576-6242
fax: 310-626-9677

*Krylov*

George Buehler, Esq.
350 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
(213) 625-3900, x128
fax: 213-625-1600
      213-626-5800

David Evans, Esq. (capital counsel)
600 South Lake Avenue
Suite 506
Pasadena, CA 91106
(626) 432-5100
fax: 626-432-5110

*Solovyeva*

Terry Amdur
1939 Rose Villa Street
Pasadena, CA 91107
(626) 449-9254
fax: 626-568-1277

Michael M. Crain, Esq. (capital counsel)
P.O. Box 3730
Santa Monica, CA 90408
(310) 571-3324
fax: 310-571-3354