FILED
CLERK, U.S. DISTRICT COURT

APR 1 2 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CR 02-220-NM |
| v. | |
| Iouri Mikhel, et al | **ORDER TRANSFERRING CRIMINAL ACTION UNDER SECTION 9.1 OF GENERAL ORDER 224** |
| DEFENDANT(S). | |

Pursuant to Section 9.1 of General Order 224,

    IT IS HEREBY ORDERED that the above-entitled criminal action be transferred to the calendar of

Judge _Dickran Tevrizian_____ for all further proceedings as to:

☒ all defendants *All papers to be filed w/ Judge Tevrizian's initials*
☐ only as to defendant(s): *(DT) w/ courtesy copies to his chambers.*
ALL SCHEDULED DATES TO REMAIN ON CALENDAR.

4/7/06
Date

_____
United States District Judge

4/6/06
Date

_____
United States District Judge
**NORA M. MANELLA**

### Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials _____DT_____ after the case number, so that the case number will read_____CR 02-220-DT_____. This is very important because documents are routed to the assigned Judge by means of these initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☒ Western  ☐ Southern  ☐ Eastern Division.

**Subsequent documents must be filed at the  ☒ Western  ☐ Southern  ☐ Eastern Division. Failure to file at the proper location will result in your documents being returned to you.**

CR-71 (12/05)    **ORDER TRANSFERRING CRIMINAL ACTION UNDER SECTION 9.1 OF GENERAL ORDER 224**

ENTERED ON CM 4/12/06