ORIGINAL

P. Send
cc: USM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No.    CR-02-220(B)-DT                                    Date    4-26-06

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    n/a

| D.L. O'Neill | n/a | n/a |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | not | X | | 1) Richard Callahan<br>Dale Rubin | not<br>not | X<br>X | |
| 2) Jurlius Kadamovas | not | X | | 2) Sonia Chahin<br>Richard Lasting | not<br>not | X<br>X | |
| 3) Petro Krylov | not | X | | 3) George Buehler<br>David Evans | not<br>not | X<br>X | |
| 4) Natalya Solovyeva | not | X | | 4) Terry Amdur<br>Michael Crain | not<br>not | X<br>X | |

Proceedings:    **Defendant Mikhel's motion to modify conditions of confinement    (Filed 1-27-06)**

**The Court calendars the above motion for hearing on Tuesday, May 30, 2006 at 10:00 a.m.**

DOCKETED ON CM

APR 28 2006

BY _____ 171

Initials of Deputy Clerk    _____

cc:



---