ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Scan only

CRIMINAL MINUTES - GENERAL

| Case No. | CR-02-220(B)-DT | | Date | 5-03-06 |
|---|---|---|---|---|

Present: The Honorable   DICKRAN TEVRIZIAN

| Interpreter | Ludmilla Genn and Zoyer Spivakovsky–Russian Interpreters | Louis Perez, FBI |
|---|---|---|

| D.L. O'Neill | Ramona La Chapelle | Susan De Witt/Kim Meyer/Robert Dugdale |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | X | X | | 1) Richard Callahan<br>Dale Rubin | X<br>X | X<br>X | |
| 2) Jurlius Kadamovas | X | X | | 2) Sonia Chahin<br>Richard Lasting | X<br>X | X<br>X | |
| 3) Petro Krylov | X | X | | 3)George Buehler<br>David Evans | X<br>X | X<br>X | |
| 4) Natalya Solovyeva | X | X | | 4) Terry Amdur<br>Michael Crain | X<br>not | X<br>X | |

Proceedings:

**1)Defendant Kadamovas' motion to continue the trial date;**
**Joinders by defendants Mikhel and Krylov**

**2)Defendant Kadamovas' renewed motion for court order for daily use of computer at**
**MDC**
**Joinder by defendant Krylov**

Case called. Appearances made. Counsel Amdur standing in for counsel Crain.

The government counsel informs the Court that the respective consulate of each defendant has been notified of this case.

Court hears from counsel re: motion to continue and joinders thereto. Court DENIES said motion and joinders thereto. The Court informs counsel that the July 11, 2006 is a firm trial date.

Court hears from counsel re: renewed motion for court order for daily use of computer at MDC and joinder thereto. The Court DENIES said motion and the joinder thereto. The Court informs counsel that the current stipulation re: computer access remains in full force and effect.

Further counsel may file, not later than May 17, 2006, any motions re; motions in limine and jury.

DOCKETED ON CM

MAY 1 1

990

| | 2 : 15 |
|---|---|
| Initials of Deputy Clerk | |

cc: