ORIGINAL

send

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

SCANNED

| Case No. | CR-02-220(B)-DT | Date | 5-22-06 |
|---|---|---|---|

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Ludmilla Genn and Varvara Olson–Russian Interpreters

| D.L. O'Neill | Hilda Avila/Lori Muroaka | Susan De Witt/Kim Meyer/Robert Dugdale |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | X | X | | 1) Richard Callahan<br>Dale Rubin | X<br>X | X<br>X | |
| 2) Jurlius Kadamovas | X | X | | 2) Sonia Chahin<br>Richard Lasting | X<br>X | X<br>X | |
| 3) Petro Krylov | not waiver of appearance on file | X | | 3) George Buehler<br>David Evans | X<br>X | X<br>X | |
| 4) Natalya Solovyeva | X | X | | 4) Terry Amdur<br>Michael Crain | X<br>X | X<br>X | |

DOCKETED ON CM

JUN - 6 2006

BY _____ 002

HEARING:

**Government's Motions:**
**1. Govt's motion to preclude defendants from offering evidence of mental health or defect during the guilt phase of the trial; 2. Govt's motion to preclude alibi witnesses and to compel a further responses from defendants to government request for notice of alibi. 3. Govt motion regarding admissibility of foreign bank records.**

**Deft Krylov's motns:**
**1. To preclude the introduction of latent fingerprint identification evidence; 2. To suppress statements made to law enforcement after an alleged escape attempt**

1024

**Deft Kadamovas' motns:**
**1. To suppress statements obtained in violation of 5th Amendment; 2. For a bill of particulars with respect to uncharged murders, attempted murders, and other serious acts of violence in notice of intent to seek the death penalty; 3. To strike unadjudicated allegations of violence set forth as non-statutory factors in aggravation in the government notice of intent to seek the death penalty**

---

CR-11 (09/98)              CRIMINAL MINUTES - GENERAL              Page 1 of 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

CR-02-220(B)-DT: USA -v- Iouri Mikhel, et al                          **May 22, 2006**

**Deft Mikhel's motns:**
1. To preclude proposed "expert" testimony, request for Daubert hearing; 2.To strike unadjudicated allegations of violence set forth as non-statutory factors in aggravation in the government notice of intent to seek the death penalty;  3. to dismiss counts 1 - 4 of 2nd superseding indictment based upon the unconstitutionality of the hostage taking statutet; 4. To suppress statements made to law enforcement after an alleged escape attempt; 5. For penalty phase discovery, and

**Deft Solovyeva's Joinder in Deft Mikhel's Motion to Dismiss Counts 1 through 4 of the 2nd Superseding Indictment Based Upon Unconstitutionality of the Hostage Taking Statute (Filed 4-21-06)**

Case called.  Appearances made.

The Court hears from counsel and makes various rulings.  The AUSA DeWitt is to lodge a proposed order with the Court as to those rulings.

The Court having not received any objections to its proposed juror questionnaires orders the 2 questionnaires filed.

Any objections filed by any defendant is deemed to apply to all defendants unless otherwise noted.

Upon defendants' counsels' request the Court continues the current motion scheduled for Tuesday, May 30, 2006 to Wednesday, May 31, 2006 at 9:00 a.m..  All defendants are to appear at the Wednesday, May 31, 2006 hearing with the exception of defendant Natalya Solovyeva.  This request was made at defendant Solovyeva's counsels' request.

                                                                          2 : 50

                                          Initials of Deputy Clerk        AW

cc: