

DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
ROBERT E. DUGDALE (SBN: 167258)
Deputy Chief, Organized Crime and Terrorism Section
SUSAN J. DE WITT (SBN: 132642)
KAREN I. MEYER (SBN: 220554)
Assistant United States Attorneys
Organized Crime & Terrorism Section
      1500 United States Courthouse
      312 North Spring Street
      Los Angeles, California  90012
      Telephone: (213) 894-8559
      Facsimile: (213) 894-3713
      Email:    robert.dugdale@usdoj.gov
                susan.dewitt@usdoj.gov
                kim.meyer@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| IOURI MIKHEL, | ) | |
| JURIJUS KADAMOVAS, | ) | |
| PETRO KRYLOV, | ) | |
| NATALYA SOLOVYEVA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

On May 22, 2006, this Court held a hearing on various motions filed by the parties in the above-captioned case. Defendants Iouri Mikhel ("Mikhel"), Jurijus Kadamovas ("Kadamovas"), Petro Krylov ("Krylov"), and Natalya Solovyeva ("Solovyeva") were present at the hearing. At the hearing, after considering the parties' respective moving papers, oppositions,

and replies, and after hearing argument on the motions, THE COURT FINDS AND RULES AS FOLLOWS:

1. "Government's Motion Re Admissibility of Foreign Bank Records," filed on March 17, 2006, is GRANTED;

2. Defendant Krylov's "Motion to Suppress Statements Made to Law Enforcement Officer After Alleged Escape Attempt," filed on March 20, 2006, defendant Kadamovas' "Notice of Motion and Motion to Suppress Statement Obtained in Violation of Fifth Amendment," filed on March 20, 2006, and defendant Mikhel's "Notice of Motion and Motion to Suppress Statements Made to Law Enforcement After an Alleged Escape Attempt," filed on March 30, 2006, are GRANTED with respect to introduction of such statements in the government's case-in-chief, but reserved for further ruling;

3. Defendant Kadamovas' "Motion for a Bill of Particulars with Respect to Uncharged Murders, Attempted Murders, and Other Serious Acts of Violence in Notice of Intent to Seek the Death Penalty," filed on March 20, 2006, which defendant Krylov joined on April 10, 2006, are DENIED;

4. Defendant Kadamovas' "Notice of Motion and Motion to Strike Uncharged Acts of Violence Set Forth as Non-Statutory Aggravating Factors From Notice of Intent to Seek Death," filed on March 20, 2006, defendant Mikhel's "Notice of Motion and Motion to Strike Unadjudicated Allegations of Violence Set Forth as Non-Statutory Factors in Aggravation in the Government's Notice of Intent to Seek Death," filed on March 20, 2006, and defendant Krylov's joinder in these motions filed on April 10,

2

2006, are GRANTED, but only with respect to the exclusion of evidence in both the guilt and penalty phases of uncharged murders occurring in Turkey and Cyprus;

5. The government's "Motion to Preclude Defendants from Offering Mental Health and Defect Evidence During the Guilt Phase of the Trial or, in the Alternative, to Compel Defendant Mikhel to Provide Immediately Proper Notice and Discovery Concerning His Intent to Offer Such Evidence and to Permit the Government to Conduct a Mental Health Examination of Defendant Mikhel," filed on February 22, 2006, is GRANTED, unless filed by defense by May 31, 2006;

6. Defendant Mikhel's "Motion to Dismiss Counts One Through Four of the Second Superseding Indictment Based Upon Unconstitutionality of the Hostage-Taking Statute, 18 U.S.C. Section 1203," filed on March 20, 2006, joined by defendant Krylov on April 10, 2006, and by defendant Kadamovas on April 11, 2006, and defendant Solovyeva on April 21, 2006, is DENIED;

7. Government's "Motion to Preclude Alibi Witnesses and to Compel a Further Response from Defendants to the Government's Request for Notice of Alibi," filed on February 22, 2006, is GRANTED, unless filed by defense by May 31, 2006;

8. Defendant Mikhel's "Notice of Motion and Motion to Preclude Proposed "Expert" Testimony; Request for Daubert Hearing," filed on March 20, 2006, joined by defendant Krylov on April 10, 2006, and joined by defendant Kadamovas on April 11, 2006, is DENIED;

9. Defendant Krylov's "Motion of Defendant Petro Krylov to

3

Preclude the Introduction of Latent Fingerprint Identification Evidence (FRE 702 and 403); Request for Evidentiary Hearing," filed on March 20, 2006, is DENIED; and

10. Defendant Mikhel's "Motion for Penalty Phase Discovery," filed on March 20, 2006, joined by defendant Kadamovas on April 11, 2006, is DENIED. Government is ordered to produce all penalty phase evidence by May 31, 2006, including list of victim impact witnesses, Giglio evidence, any expert on future dangerousness, and summary of each victim impact witness' testimony.

IT IS SO ORDERED.

This _5th_ day of June, 2006.

DICKRAN TEVRIZIAN

HONORABLE DICKRAN TEVRIZIAN
United States District Judge

Presented by:

KAREN I. MEYER
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, **CAREY P. CRONIN**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California, 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action; That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: —

## [PROPOSED] ORDER

[] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] By hand deliver addressed as follows:

[ ] By messenger as follows:

[X] Placed in a sealed envelope, for collection and mailing via United States Mail, addressed as follows:

[X] By facsimile as follows:

[] By federal express as follows:

## SEE ATTACHED

This Certificate is executed on **June 1, 2006** at Los Angeles, California

I certify under penalty of perjury that the foregoing is true and correct

_____
CAREY P. CRONIN

## SERVICE LIST

*Mikhel*

Richard Callahan, Esq.
230 E. Colorado Blvd., Suite 1200
Pasadena, CA 91101
(626) 202-4060
fax: 626-794-4676

Dale Rubin, Esq. (capital counsel)
2275 Huntington Drive, Suite 902
San Marino, CA 91108
(800) 695-3717
fax: 413-228-0521

*Kadamovas*

Sonia Chahin, Esq.
2222 Foothill Blvd. #E278
La Canada, CA 91011
(818) 549-0149
fax: 818-549-0990

Richard Lasting, Esq. (capital counsel)
White & Lasting
1717 Fourth Street
Third Floor
Santa Monica, CA 90401
(310) 576-6242
fax: 310-626-9677

*Krylov*

George Buehler, Esq.
350 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
(213) 625-3900, x128
fax: 213-625-1600
      213-626-5800

David Evans, Esq. (capital counsel)
600 South Lake Avenue
Suite 506
Pasadena, CA 91106
(626) 432-5100
fax: 626-432-5110

*Solovyeva*

Terry Amdur
1939 Rose Villa Street
Pasadena, CA 91107
(626) 449-9254
fax: 626-568-1277

Michael M. Crain, Esq. (capital counsel)
P.O. Box 3730
Santa Monica, CA 90408
(310) 571-3324
fax: 310-626-9983