ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Send

### CRIMINAL MINUTES - GENERAL

Case No.    CR-02-220(B)-DT                                        Date    5-31-06

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Zoya Spivakovsky and Rimma Yuryeva Russian Interpreters

| D.L. O'Neill | Hilda Avila | Susan DeWitt/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | X | X | | 1) Richard Callahan<br>   Dale Rubin | X<br>X | X<br>X | |
| 2) Jurlius Kadamovas | X | X | | 2) Sonia Chahin<br>   Richard Lasting | X<br>X | X<br>X | |
| 3) Petro Krylov | X | X | | 3)George Buehler<br>   David Evans | X<br>X | X<br>X | |

Proceedings:    **Defendant Mikhel's motion to modify conditions of confinement    (Filed 1-27-06)**

Case called.  Appearances made by counsel.

The Court rules on said motion on the record.

The Court makes certain rulings re: parameters of visitations to defendants. The Court discusses various issues related to the defendants' housing.  The Court informs counsel of the manner in which defendants may be dressed for trial.  The Court discusses transportation issues as relating to defendant Mikhel.  The Court GRANTS counsels' oral request to bring in chairs for counsel ONLY during the duration of the trial.



DOCKETED ON CM

JUN - 8 2006

BY    VC    070

1 : 25

Initials of Deputy Clerk

cc: