# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.    CR-02-220(B)-DT | Date    June 12, 2006 |

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Ludmilar Genn and Alex Levoff - Russian Interpreters

| Jake Yerke | Lori Muraoka | Susan DeWitt/Kim Meyer/Robert Dugdale |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | X | X | | 1) Richard Callahan<br>Dale Rubin | X<br>X | X<br>X | |
| 2) Jurlius Kadamovas | X | X | | 2) Sonia Chahin<br>Richard Lasting | X<br>X | X<br>X | |
| 3) Petro Krylov | X | X | | 3)George Buehler | X | X | |
| 4) Natalya Solovyeva | X | X | | 4)Michael Crain | X | X | |

Deft Iouri Mikhel's Motion for Individual Sequestered Voir dire Penalty Qualification of Jurors (fld 5/17/06); Joinder by Defendant Kadamovas (filed 6/8/06)    957

Deft Iouri Mikhel's Renewed Motion for Severance, or in alt, Motion for "Sequential" Penalty Hearings if Found Guilty of a Capital Offense (fld 5/17/06); Joinder by Defendant Kadamovas (filed 6/8/06)    997

Deft Iouri Mikhel's Motion in Limine to Preclude "Other Act" Evidence During the Guilty Phase of Trial (fld 5/17/06);Joinder by Defendant Kadamovas (filed 6/8/06)

Deft Iouri Mikhel's Motion for Reconsideration of Order Denying Motion for Continuance of Trial Date, or, in alt, Motion to Stay Trial Proceedings Pending Resolution of Appeal (fld 5/17/06);Joinder by Defendant Kadamovas (filed 6/8/06)

Govt's Motion in Limine to Preclude Evidence of Alleged Misconduct on the Prt of the Victims in this Case (fld 5/17/06)    996

Govt's Motion to Permit Victim Witnesses to Observe this Trial (fld 5/17/06)

**Proceedings:**    Govt's Motion to Enpanel an Anonymous Jury (fld 5/17/06)

Case called.  Appearances made by counsel.

The Court rules on the above referenced motions on the record.



DOCKETED ON CM

JUN 19 2006

BY

| | | |
|---|---|---|
| CR-11 (09/98) | CRIMINAL MINUTES - GENERAL | Page 1 of 2 |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

The Court orders plaintiff's counsel to prepare a written summation of the Court's rulings and to lodge it with the Court.

The Court continues the government's Motion to Admit at Trial the Three Videotaped Depositions Authorized Pursuant to FRCP 15 (fld 5/17/06), government's Motion and Memo of Law Re: Selecting a Jury in a Capital Case (fld 5/17/06)and argument on the Court's proposed jury questionnaire to **June 26, 2006 at 1:30 p.m.**

_____2_____ : ____15____

Initials of Deputy Clerk    JY

cc: USPO
PTSLA
USM