DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
ROBERT E. DUGDALE (SBN: 167258)
Deputy Chief, Organized Crime and Terrorism Section
SUSAN J. DE WITT (SBN: 132642)
KAREN I. MEYER (SBN: 220554)
Assistant United States Attorneys
Organized Crime & Terrorism Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California  90012
    Telephone: (213) 894-8559
    Facsimile: (213) 894-3713
    Email:   robert.dugdale@usdoj.gov
             susan.dewitt@usdoj.gov
             kim.meyer@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                    )<br>          Plaintiff, )<br>                    )<br>          v.      )<br>                    )<br>IOURI MIKHEL,       )<br>JURIJUS KADAMOVAS,  )<br>PETRO KRYLOV,       )<br>NATALYA SOLOVYEVA,  )<br>                    )<br>          Defendants. )<br>                    )<br>_____ ) | CR No. 02-220(B)-DT<br><br>[PROPOSED] ORDER FOR HEARING HELD ON JUNE 12, 2006 |





    On June 12, 2006, this Court held a hearing on various motions filed by the parties in the above-captioned case. Defendants Iouri Mikhel ("Mikhel"), Jurijus Kadamovas ("Kadamovas"), Petro Krylov ("Krylov"), and Natalya Solovyeva ("Solovyeva") were present at the hearing.  At the hearing, after considering the parties' respective moving papers, oppositions,

and replies, and after hearing argument on the motions, THE COURT FINDS AND RULES AS FOLLOWS:

1.    Defendant Mikhel's "Motion for Order for Individual Sequestered Voir Dire Penalty Qualification of Jurors," filed on May 17, 2006, is GRANTED.  On July 11, 2006, the jury pool will assemble in the courtroom, the Court will read the Second Superseding Indictment to the jury pool, and the jurors will be given a jury questionnaire to complete.  Jurors will then be ordered to appear back in court in groups of 20 to 25 to undergo the process of individual voir dire for qualification to sit as jurors in a capital case.  The prosecution and the defense (as a group) each will receive 36 peremptory challenges during jury selection.  There will be a status conference in this matter on June 26, 2006, at 1:30 p.m. to further discuss the procedures for selecting a jury in this case;

2.    Ruling on defendant Mikhel's "Renewed Motion for Severance, or in the Alternative, Motion for 'Sequential' Penalty Hearings If Found Guilty of a Capital Offense," filed on May 17, 2006, is deferred until the guilt phase of trial is completed;

3.    Defendant Mikhel's "Motion in Limine to Preclude 'Other Act' Evidence During the Guilt Phase of Trial," filed on May 17, 2006, is MOOT with respect to evidence associated with the murders in Turkey and Cyprus and the kidnapping of Armen Gyurdzhiyants, and is DENIED with respect to the weapons found in defendant Mikhel's residence, defendant Mikhel's mobile kidnapping kit, and discussions among defendants about future hostage-taking efforts;

4. Defendant Mikhel's "Motion for Reconsideration of Order Denying Motion for Continuance of Trial Date, or in the Alternative, Motion to Stay Trial Proceedings Pending Resolution of Appeal," filed on May 17, 2006, is DENIED;

5. The government's "Motion in Limine to Preclude Evidence of Alleged Misconduct on the Part of the Victims in the Case," filed on May 17, 2006, is GRANTED, unless defendants can make an offer of proof demonstrating the relevance of the misconduct to the offenses charged. This ruling applies not only to defendants' case-in-chief but also to any cross-examination conducted by defendants;

6. Government's "Motion to Permit Victim Witnesses to Observe the Trial," filed on May 17, 2006, is DENIED. Any relative of a victim that will be called as a witness may observe parts of trial unrelated to the abduction and murder of their particular loved one, and they may observe the trial proceedings after they themselves have testified. The guilt and penalty phases shall be treated as separate hearings. After a witness testifies in the guilt phase, he or she may observe the remainder of the guilt phase. After a witness testifies in the penalty phase, he or she may observe the remainder of the penalty phase. To the extent a relative of a victim is scheduled to testify only in the penalty phase, he or she may still observe the guilt phase of the trial, except those portions of the guilt phase that relate to their particular loved one;

7. The government's "Motion to Impanel an Anonymous Jury," filed on May 17, 2006, is GRANTED;

8. The government's "Motion to Admit at Trial the Three Videotaped Depositions Authorized Pursuant to Federal Rule of Criminal Procedure 15," filed on May 17, 2006, is GRANTED. The parties are ordered to meet and confer about any potential objections associated with introduction of depositions, and any disputes will be resolved on June 26, 2006, at 1:30 p.m. The Court is to be provided with copies of the depositions, with disputed portions noted, no later than 10:00 a.m. on June 23, 2006;

9. Ruling on the government's "Motion and Memorandum of Law Re: Selecting a Jury in a Capital Case," filed on May 17, 2006, is deferred until June 26, 2006, at 1:30 p.m. Although the government filed a proposed jury questionnaire, the Court intends on using its own jury questionnaire;

10. Defendants are prohibited from introducing a mental health defense during the guilt phase of the trial because notice was not given of the intention to assert such a defense by May 31, 2006, as previously ordered by this Court. Defendants are required to provide notice of any mental health evidence they intend to introduce during the penalty phase prior to July 11, 2006;

11. Defendant Mikhel is to draft an order regarding Mikhel's <u>Ex Parte</u> Application Request for Modification of Special Administrative Measures, filed on June 2, 2006, subject to

4

approval by AUSA Robert Dugdale before being submitted to the Court.

IT IS SO ORDERED.

This ⎯16⎯ day of June, 2006.

HONORABLE DICKRAN TEVRIZIAN
United States District Judge

Presented by:

KAREN I. MEYER
Assistant United States Attorney
Organized Crime & Terrorism Section

## CERTIFICATE OF SERVICE

I, **CAREY P. CRONIN**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California, 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action; That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

## [PROPOSED] ORDER FOR HEARING HELD ON JUNE 12, 2006

[] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope, for collection and mailing via United States Mail, addressed as follows:

[ ] By hand deliver addressed as follows:

[X] By facsimile as follows:

[ ] By messenger as follows:

[] By federal express as follows:

### SEE ATTACHED

This Certificate is executed on **June 15, 2006** at Los Angeles, California

I certify under penalty of perjury that the foregoing is true and correct

_____

**CAREY P . CRONIN**

## SERVICE LIST

### *Mikhel*

Richard Callahan, Esq.
230 E. Colorado Blvd., Suite 1200
Pasadena, CA 91101
(626) 202-4060
fax: 626-794-4676

Dale Rubin, Esq. (capital counsel)
2275 Huntington Drive, Suite 902
San Marino, CA 91108
(800) 695-3717
fax: 413-228-0521

### *Kadamovas*

Sonia Chahin, Esq.
2222 Foothill Blvd. #E278
La Canada, CA 91011
(818) 549-0149
fax: 818-549-0990

Richard Lasting, Esq. (capital counsel)
White & Lasting
1717 Fourth Street
Third Floor
Santa Monica, CA 90401
(310) 576-6242
fax: 310-626-9677

### *Krylov*

George Buehler, Esq.
350 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
(213) 625-3900, x128
fax: 213-625-1600
    213-626-5800

David Evans, Esq. (capital counsel)
600 South Lake Avenue
Suite 506
Pasadena, CA 91106
(626) 432-5100
fax: 626-432-5110

*Solovyeva*

Terry Amdur
1939 Rose Villa Street
Pasadena, CA 91107
(626) 449-9254
fax: 626-568-1277

Michael M. Crain, Esq. (capital counsel)
P.O. Box 3730
Santa Monica, CA 90408
(310) 571-3324
fax: 310-626-9983