

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*Scan only*

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. CR-02-220(B)-DT | Date June 26, 2006 |

Present: The Honorable   DICKRAN TEVRIZIAN

Interpreter   Ludmilar Genn and Alex Levoff - Russian Interpreters/Louis Perez and James Davidson FBI agents

| Debra L. O'Neill | Tanya Durant | Susan DeWitt/Robert Dugdale |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | X | X | | 1) Richard Callahan<br>   Dale Rubin | X<br>X | X<br>X | |
| 2) Jurlius Kadamovas | X | X | | 2) Sonia Chahin<br>   Richard Lasting | X<br>X | X<br>X | |
| 3) Petro Krylov | X | X | | 3)George Buehler<br>   David Evans | X<br>not | X<br>X | |
| 4) Natalya Solovyeva | X | X | | 4)Michael Crain<br>   Terry Amdur | X<br>not | X<br>X | |

Defendant Kadamovas' request for reconsideration of motion for continuance (filed 6-9-06)
Joinder by defendant Mikhel (filed 6-22-06)

Government's filing re: unresolved objections to the videotaped depositions of Konstantinos Tezhik, Andrei Aqueev and Andrei Liapine (filed 6-23-06)

Government's motion and memo of Law re: selecting a jury in a capital case (filed 5-1...

Argument on Court's proposed jury questionnaire

**Proceedings:**

Case called.  Appearances made by counsel.
The hears argument on defendant Kamaovas' request for reconsideration of motion for continuance and the joinder by defendant Mikhel and DENIES said request and joinder.

Defendants' withdraw their objections to the videotaped depositions of Tezhik, Aqueev and Liapine.

The Court discusses with counsel how the jury will be selected re: government's motion and memo of law re: selecting a jury in a capital case (filed 5-17-06) .

The Court discusses with counsel the questionnaire which the jurors will be filling out and will allow defendants' counsel to submit supplemental questions.

*DOCKETED ON CM*

*JUN 3 0 2006*

*BY _____ 002*

*1070*

---

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

**CR-02-220(B)- DT**: USA -v- Iouri Mikhel, et al                    **June 26, 2006**

The Court reviews with defendant's counsel the parameters of defendants' access to computer and legal materials. Defendant Mikhel's counsel may lodge a proposed order re: defendant's access to computer/legal materials.

The Court DENIES defendant Krylov's ex parte application filed UNDER SEAL 6-26-06.

The Court calendars another Status Conference for Wednesday, July 5, 2006 at 1:30 p.m..

The Court orders government counsel to lodge a proposed order of the Court's rulings .

                                                                    :    55

                                        Initials of Deputy Clerk    _Hw_

cc: