ORIGINAL

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Scan only

SCANNED

**CRIMINAL MINUTES - GENERAL**

Case No.    CR-02-220(B)-DT                                                    Date    July 05, 2006

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Ludmilar Genn and Alex Levoff - Russian Interpreters/Louis Perez and James Davidson FBI agents

| Debra L. O'Neill | Tanya Durant | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | X | X | | 1) Richard Callahan<br>Dale Rubin | X<br>X | X<br>X | |
| 2) Jurlius Kadamovas | X | X | | 2) Sonia Chahin<br>Richard Lasting | X<br>X | X<br>X | |

**Proceedings:**    STATUS CONFERENCE

Case called. Appearances made by counsel.

The Court GRANTS the government's motion to place defendant Kadamovas' motion to continue the trial, filed this date, under seal. The Court DENIES said motion.

The Court reviews the procedure to be used regarding the prospective juror questionnaires.

Any discovery to be produced by defendants is to be done not later than July 11, 2006.

The Court GRANTS the government's motion to sever count 7 from the 2nd superseding indictment as to both defendants.

The Court orders government counsel to lodge a proposed order of the Court's rulings.

DOCKETED ON CM

JUL - 7 2006

BY _____ 014

109

1

Initials of Deputy Clerk    ____

cc:

CR-11 (09/98)                          **CRIMINAL MINUTES - GENERAL**                          Page 1 of 1