UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| In re: UNITED STATES OF AMERICA, | No. 06-73376 |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA,<br><br>Respondent,<br><br>IOURI MIKHEL; et al.,<br><br>Real Parties in Interest. | D.C. No. CR 02-220 DT<br>Central District of California,<br>Los Angeles<br><br>DISTRICT COURT'S RESPONSE TO ORDER FILED 7/5/06 TO PETITION FOR WRIT OF MANDAMUS |

Pursuant to the directive of the Ninth Circuit Court of Appeals filed July 7, 2006, the district court responds as follows:

1. The undersigned court received reassignment of the above-entitled case on April 12, 2006, subsequent to Judge Manella's nomination and appointment to the Appellate Court of the State of California. Over four (4) years have passed since the defendants were arraigned and a firm trial date set by Judge Manella.



2. Since the reassignment, this district court has diligently prepared itself to begin jury selection and commence this trial on July 11, 2006, as previously ordered by Judge Manella on July 28, 2005.

3. Subsequent to April 12, 2006, this district court has heard and decided a number of pretrial motions made by both the prosecution and the defense, including the government's Motion to Permit Victim Witnesses To Observe The Trial filed on May 17, 2006 and denied by the Court on June 12, 2006.

4. On June 12, 2006, this district court denied the government's Motion to Permit Witnesses To Observe The Trial on the basis that the district court was hesitant and uncomfortable in permitting victim witnesses to listen to the testimony of other witnesses in advance of testifying so as to avoid witness collusion and/or slanting or enhancement of their testimony due to the passage of time.

5. This district court has over 34 years as a member of the judiciary as a State of California municipal court and superior court judge, as well as the last 20 plus years as a United States District Court Judge, and has tried thousands of criminal cases, including several state capital cases. In an effort to avoid error and

2

collateral attack on any court proceeding, this district court felt compelled to sanitize and protect all witnesses from listening to the testimony of other witnesses in order to search for the truth and ensure a fair trial. As such, this district court is of the opinion that the ends of justice would be better served if victim witnesses were excluded until after they finished testifying under oath without any opportunity to have their testimony influenced or enhanced in any manner, especially where the government is seeking the impose the ultimate penalty and the victim witnesses may be naturally inclined to be vindictive.

6. One way, and the undersigned district court feels the only practicable solution, is to have all victim witnesses that are expected to testify remain segregated until their testimony is completed. Once they have testified, the victim witnesses would then be allowed to attend the trial. This procedure would be followed for the guilt phase and, if necessary, the penalty phase of the trial.

7. Nothing in the district court's Order of June 12, 2006, prevents any member of any of the crime victims' families not designated as a victim witness from observing the entire trial. In fact, this district court has observed on more than one occasion a number of victim witnesses present at many of the pretrial

3

proceedings presided over by this district court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California on this 6th day of July, 2006.

DICKRAN TEVRIZIAN

_____

DICKRAN TEVRIZIAN
Senior United States District Judge

4

## CERTIFICATE OF SERVICE

I, Collis K. Culbertson, hereby declare:

That I am a citizen of the United States and employed by the United States District Court, Central District of California; that my business address is 255 E. Temple Street, Suite 870, Los Angeles, California 90012; that I am over the age of eighteen and not a party to the within entitled action.

On July 6, 2006, I served a copy of: DISTRICT COURT'S RESPONSE TO ORDER FILED 7/5/06 TO PETITION FOR WRIT OF MANDAMUS.
Service was:

[X]  Placed in sealed envelope and mailed via United States Mail, addressed as follows:

[ ]  By hand delivery addressed as follows:

[ ]  By facsimile as follows:

[ ]  By messenger as follows:

> Richard P. Lasting, Esq.
> 1717 Fourth Street, 3rd Floor
> Santa Monica, CA 90401-3319
> Attorney for Jurijus Kadamovas
> Telephone: (310) 576-6242
> Facsimile: (310) 576-6247
> RPLasting@aol.com
> and Attached Service List.

This District Court's Response is executed on July 6, 2006, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Collis K. Culbertson

5

United States vs. Iouri Mikhel
File No. CR 02-220(B) DT

Sonia Chahin, Esq.
2222 Foothill Blvd., Suite E-278
La Canada, CA 91011
(818) 549-0149 Office
(818) 549-0990 FAX
Attorney for Jurijus Kadamovas
SEChahin@aol.com

Dale Rubin, Esq. (Capital Counsel)
2275 Huntington Drive, Suite 902
Pasadena, CA 91101
Attorney for Iouri Mikhel
(800) 695-3717 Office
(413) 228-3717 FAX
drubin@socal.rr.com

Richard M. Callahan, Esq.
230 E. Colorado Blvd., Suite 1200
Pasadena, CA 91101
Attorney for Iouri Mikhel
(626) 202-4060 Office
(626) 794-4676 FAX
rmcallahanjr@earthlink.net

David Evans, Esq. (Capital Counsel)
600 South Lake Avenue
Pasadena, CA 91106
Attorney for Petro Krylov
(626) 432-5100 Office
(626) 432-5100 FAX
dre@drelaw.com

6

George Buehler, Esq.
350 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Attorney for Petro Krylov
(213) 625-3900, X128 Office
(213) 625-1600 FAX
buehler@geragos.com

7