DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Section
ROBERT E. DUGDALE (California State Bar No. 167258)
Deputy Chief - Organized Crime and Terrorism Section
SUSAN J. DE WITT (California State Bar No. 132462)
KAREN I. MEYER (California State Bar No. 220554)
Assistant United States Attorneys
Organized Crime and Terrorism Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:   (213) 894-4685/4496/8559
    Facsimile:   (213) 894-3713
    e-mail:   susan.dewitt@usdoj.gov
              robert.dugdale@usdoj.gov
              kim.meyer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

RECEIVED
BUT NOT FILED

JUL 1 1 2006

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
                    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 02-220(B)-DT |
| Plaintiff, | ) | [PROPOSED] ORDER RE RULINGS AT JULY 5, 2006 STATUS CONFERENCE |
| v. | ) | |
| IOURI MIKHEL, JURIJUS KADAMOVAS, PETRO KRYLOV, and NATALYA SOLOVYEVA, | ) | |
| Defendants. | ) | |

On July 5, 2006, the Court held a status conference in this matter and considered additional motions made by the parties. Based upon the filings and arguments made in connection with those motions, **THE COURT HEREBY ORDERS:**

(1)   Defendant Jurijus Kadamovas's motion for continuance of the trial date is ordered to be filed under seal.

(2)   Defendant Jurijus Kadamovas's motion for a continuance of the trial date or in the alternative defendant's motion to preclude the trial testimony of Natalya Solovyeva is DENIED.

(3)   The government's motion to sever the asset forfeiture counts from the guilt phase of the trial is GRANTED.

(4)   The Court's orders that jury selection will commence on July 11, 2006, at which time the jury pool will be required to fill out the Court's jury questionnaire.  The government is to make copies of the questionnaires when completed and provide them to counsel for the defendants, with the originals returned to the Court.  The Court further orders that groups of 20-25 jurors will be asked to report back for individual voir dire starting on August 15, 2006.

(5)   The Court orders that the defendants will have 28 peremptory challenges and the government will have 28 peremptory challenges.

(6)   The Court orders the defendants to produce any and all reciprocal discovery by July 11, 2006.

(7)   The Court finds that the governments' notices filed to date regarding the introduction of business records pursuant to Federal Rule of Evidence 902(11) to be sufficient to establish the admissibility of the referenced documents.

(8) The Court further orders that the government does not need to provide addresses for the witnesses on its witness list.

**IT IS SO ORDERED.**

DATED: July 12, 2006

DICKRAN TEVRIZIAN

---
HONORABLE DICKRAN TEVRIZIAN
UNITED STATES DISTRICT COURT

3

<u>CERTIFICATE OF SERVICE</u>

I, <u>**DONNA L. FONSECA**</u>, declare:

That I am a citizen of the United States and resident of employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:
**[PROPOSED] ORDER RE RULINGS AT JULY 5, 2006 STATUS CONFERENCE service was:**

| | |
|---|---|
| [ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows: | [X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |
| [ ] By hand delivery addressed as follows: | [X] By facsimile as follows: |
| [ ] By messenger as follows: | [ ] By federal express as follows: |

**SEE ATTACHED LIST:**

This Certificate is executed on **July 11, 2006,** at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

**DONNA L. FONSECA**

SCANNED

**ATTACHMENT**

*MIKHEL*

RICHARD CALLAHAN, ESQ.
230 E. COLORADO BLVD., SUITE 1200
PASADENA, CA   91101
FAX: (626) 794-4676

DALE RUBIN, ESQ. (CAPITAL COUNSEL)
2275 HUNTINGTON DRIVE, SUITE 902
SAN MARINO, CA   91108
FAX: (413) 228-0521

*KADAMOVAS*

SONIA CHAHIN, ESQ.
2222 FOOTHILL BLVD., #E278
LA CANADA, CA 91011
FAX: (818) 549-0990

RICHARD LASTING, ESQ. (CAPITAL COUNSEL)
WHITE & LASTING
1717 FOURTH STREET, THIRD FLOOR
SANTA MONICA, CA 90401
FAX: (310) 626-9677

*KRYLOV*

GEORGE BUEHLER, ESQ.
350 SOUTH GRAND AVENUE, SUITE 3900
LOS ANGELES, CA   90071
FAX: (213) 625-1600

DAVID EVANS, ESQ. (CAPITAL COUNSEl)
600 SOUTH LAKE AVENUE, SUITE 506
PASADENA, CA   91106
FAX: (626) 432-5110