ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

*Scan only*

### CRIMINAL MINUTES - GENERAL

SCANNED

| Case No. | CR-02-220(B)-DT | Date | July 11, 2006 |
|---|---|---|---|

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Ludmilar Genn and Alex Levoff - Russian Interpreters/Louis Perez and James Davidson FBI agents

| Debra L. O'Neill | Tanya Durant | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| | | | | 1) Richard Callahan | X | X | |
| 1) Iouri Mikhel | X | X | | Dale Rubin | X | X | |
| | | | | 2) Sonia Chahin | X | X | |
| 2) Jurlius Kadamovas | X | X | | Richard Lasting | X | X | |

**Proceedings:**    JURY TRIAL (1ST DAY)

Case called.  Appearances made by counsel.

The Court speaks to counsel re: various matters.

Prospective jurors present and sworn.  Court reads 2nd superseding indictment to prospective jurors-they then fill out questionnaire and return questionnaires to court. Prospective jurors are given instruction by the Court as to their return date.



                                                                3        :

                        Initials of Deputy Clerk

cc:



DOCKETED ON CM

JUL 14 2006

BY _____ 029

1103

---

CR-11 (09/98)                          **CRIMINAL MINUTES - GENERAL**                          Page 1 of 1