U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

---

535 N. Alameda Street
Los Angeles, CA 90012
June 29, 2006

*Filed as letter from Warden*

FILED
CLERK, U.S. DISTRICT COURT

JUL _ 5 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Honorable Dickran Tevrizian
United States District Court
Central District of California
Roybal Federal Building, Courtroom 880
255 East Temple Street
Los Angeles, CA 90012

RE:    **U.S. vs. Iouri Mikhel, et al.**
       **Case No. CR 02-220 DT**

Dear Judge Tevrizian,

I write to provide you with an overview of the procedures that are being used here at the Metropolitan Detention Center in order to allow inmates Jurijus Kadamovas and Iouri Mikhel use of laptop computers to review discovery in the Special Housing Unit (SHU).

As the Court well knows, these inmates present significant security concerns which mandate the presence of three officers and a lieutenant whenever they are moved within the SHU. Despite these concerns, we recognize the inmates' need to review the voluminous discovery provided by the prosecution in order to assist in the preparation of their defense.

In an effort to provide these inmates with every opportunity to review their discovery, MDCLA staff asks these inmates every morning whether they wish to use the computer. The inmates will have the opportunity to use their respective laptops beginning at 7:00 a.m. and ending at 5:00 p.m. on weekdays, other than holidays. The inmates do, however, have to leave the room in which they are using their laptops in order to use the restroom.

The inmates' use of the laptops is subject to the availability of a visiting room or the SHU law library. In the event that another inmate needs to use the visiting room or the law library and no other rooms are available, one of the inmates may be required to vacate the room until the other inmate is through. Once the room becomes available, the inmate will again be afforded the opportunity to use his laptop.

DOCKETED ON CM

JUL 14 2006

BY _____ 168

1106



RECEIVED

JUN 2 9 2006

CHAMBERS OF
DICKRAN TEVRIZIAN

Honorable Dickran Tevrizian
June 29, 2006
Page 2


Currently, these are the only two inmates housed in the SHU who also use a laptop computer. The arrangement described above is subject to change in the event more SHU inmates request and obtain permission to use laptops. In that event, the scarce room available in SHU will have to be fairly apportioned among all inmates requesting time to use their laptops.

I trust that this letter contains sufficient details about the parameters of the inmates' use of their laptop computers in SHU. If you have any questions regarding the forgoing, please do not hesitate to contact me at (213)485-0439, ext. 100. Alternatively, you may direct your questions to Eliezer Ben-Shmuel, Supervisory Attorney of the Los Angeles Consolidated Legal Center at (213) 485-0439, ext. 428.


                              Sincerely,


                              Michael L. Benov
                              Warden