ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Scan only

CRIMINAL MINUTES - GENERAL

| Case No. | CR-02-220(B)-DT | | Date | July 26, 2006 |
|---|---|---|---|---|

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter

| Debra L. O'Neill | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | not | X | | 1) Richard Callahan | not | X | |
| | | | | Dale Rubin | not | X | |
| 2) Jurlius Kadamovas | not | X | | 2) Sonia Chahin | not | X | |
| | | | | Richard Lasting | not | X | |

**Proceedings:**    IN CHAMBERS

The Court calendars a Status Conference for Tuesday, August 1, 2006 at 9:30 a.m..

Counsel were notified telephonically of this Status Conference.

Initials of Deputy Clerk    _____ : _____

cc:



DOCKETED ON CM

JUL 28 2006

BY _____