ORIGINAL

Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No.   CR-02-220(B)-DT                                        Date   July 25, 2006

Present: The Honorable   DICKRAN TEVRIZIAN

Interpreter

| Debra L. O'Neill | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | not | X | | 1) Richard Callahan<br>   Dale Rubin | not<br>not | X<br>X | |
| 2) Jurlius Kadamovas | not | X | | 2) Sonia Chahin<br>   Richard Lasting | not<br>not | X<br>X | |

**Proceedings:**   IN CHAMBERS

This Court is in receipt of the following motions filed by the Government:
1. Motion to Compel Defendants Mikhel and Kadamovas to Submit to Mental Health Examinations and to Compel Defendants Mikhel and Kadamovas to Provide Proper Notice of Their Intent to Introduce Expert Mental Health Evidence During the Penalty Phase (filed 7-24-06)
2. Motion to Compel Defendants Mikhel and Kadamovas to Provide Proper Disclosures and Discovery Related to Their Intent to Call Expert Witnesses During the Guilt and Penalty Phases (filed 7-24-06)
3. Renewed Motion Following Remand to Permit Victim Witnesses to Observe the Trial (filed 7-24-06)
4. Motion in Limine to Admit Business Records Pursuant to the Self-Authentication Provisions (filed 7-24-06)

The Court hereby sets the following briefing schedule regarding these motions:

Opposition briefs, if any, are to be filed no later than July 31, 2006
Reply briefs, if any, are to be filed no later than August 7, 2006
The hearing date shall remain August 14, 2006 as noticed in the motions.

DOCKETED ON CM

AUG - 1 2006

BY 014

Initials of Deputy Clerk

cc: