# ORIGINAL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Scan only

### CRIMINAL MINUTES - GENERAL

| Case No. | CR-02-220(B)-DT | Date | July 31, 2006 |
|---|---|---|---|

Present: The Honorable   DICKRAN TEVRIZIAN

Interpreter   Ludmilar Genn and Alex Levoff - Russian Interpreters

| Debra L. O'Neill | Lori Muraoka/Rose Yapundjian | Robert Dugdale |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | X | X | | 1) Richard Callahan<br>Dale Rubin | X<br>X | X<br>X | |
| 2) Jurlius Kadamovas | X | X | | 2) Sonia Chahin<br>Richard Lasting | X<br>X | X<br>X | |

**Proceedings:**   STATUS CONFERENCE

Case called.  Appearances made by counsel.

The Court speaks to counsel re: various matters.

DOCKETED ON CM

AUG - 2 2006

BY _____ 014

:   30

Initials of Deputy Clerk _____

cc:

