

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Scan only

### CRIMINAL MINUTES - GENERAL

Case No.  CR-02-220(B)-DT                                      Date   August 15, 2006

Present: The Honorable   DICKRAN TEVRIZIAN

Interpreter   Ludmilar Genn and Alex Levoff - Russian Interpreters/James Davison and Louis Perez for the FBI

| Debra L. O'Neill | Lori Muraoka/Rose Yapundjian | Robert Dugdale/Susan DeWitt/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | X | X | | 1) Richard Callahan<br>Dale Rubin | X<br>X | X<br>X | |
| 2) Jurlius Kadamovas | X | X | | 2) Sonia Chahin<br>Richard Lasting | X<br>X | X<br>X | |

**Proceedings:**    JURY TRIAL (2nd day)

Case called.  Appearances made.  Court reviews prospective jurors and their questionnaires.

The Court informs counsel which jurors are to appear on  8-16-06.

-----

Trial continued to 8-16-06 at 9:00 a.m..

                                                                    6   :   18

                                 Initials of Deputy Clerk  _____

cc:

DOCKETED ON CM

AUG 17 2006

BY _____ 014

1156