ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Scan only

CRIMINAL MINUTES - GENERAL

| Case No. | CR-02-220(B)-DT | | Date | August 14, 2006 |
|---|---|---|---|---|

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Ludmilar Genn and Alex Levoff - Russian Interpreters/James Davison and Louis Perez for the FBI

| Debra L. O'Neill | Lori Muraoka/Rose Yapundjian | Robert Dugdale/Susan DeWitt/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | X | X | | 1) Richard Callahan | X | X | |
| | | | | Dale Rubin | X | X | |
| 2) Jurlius Kadamovas | X | X | | 2) Sonia Chahin | X | X | |
| | | | | Richard Lasting | X | X | |

HEARING:  Government's Motion to Compel Defts.  Mikhel and Kadamovas to Submit to Mental Health Examinations, and to Compel Defts. Mikhel and Kadamovas to Provide Proper Notice of  Their Intent to Introduce Expert Mental Health Evidence During the Penalty Phase of the Trial (fld 7/24/06); and ‹
Government's Motion to Compel Defts. Mikhel and Kadamovas to Provide Proper Disclosures and Discovery Related to Their Intent to Call Expert Witnesses During the Guilty and Penalty Phases of the Trial (fld 7/24/06); and
Government's Motion in Limine to Admit Business Records Pursuant to the Self-Authentication Provisions of Fed R. Evid. 902(11) (fld 7/24/06);
and
Government's Renewed Motion Following Remand to Permit Victim Witnesses to Observe the Trial (fld 7/24/06) and
Government's ex parte application regarding review of Special Agent 's personnel file (filed 7-25-06)

**Proceedings:**

Case called.  Appearances made.  The court GRANTS all the motions.  Government counsel to lodge a proposed order as to the parameters of the oral orders issued by  the Court this date..

The Court reviews the government's memorandum re: jury voir dire questions.

The Court informs counsel which jurors are to appear on  8-15-06.

1  :  25

DOCKETED ON CM

AUG 17 2006

BY _____ 014

Initials of Deputy Clerk    _____

cc: