ORIGINAL

Scan only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR-02-220(B)-DT | Date | August 16, 2006 |
|---|---|---|---|

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Ludmilar Genn and Alex Levoff - Russian Interpreters/James Davison and Louis Perez for the FBI

| Debra L. O'Neill | Tanya Durant | Robert Dugdale/Susan DeWitt/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | X | X | | 1) Richard Callahan<br>Dale Rubin | X<br>X | X<br>X | |
| 2) Jurlius Kadamovas | X | X | | 2) Sonia Chahin<br>Richard Lasting | X<br>X | X<br>X | |

JURY TRIAL (3ᵈ day)

**Proceedings:**

Case called. Appearances made. Court reviews prospective jurors and their questionnaires.

The Court informs counsel which jurors are to appear on 8-17-06.

Trial continued to 8-17-06 at 9:00 a.m.

|   |   |   |   |
|---|---|---|---|
|   | 5 | : | 15 |

Initials of Deputy Clerk

cc:

DOCKETED ON CM

AUG 21 2006

BY _____ 171

1160