ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Scan only

### CRIMINAL MINUTES - GENERAL

Case No.    CR-02-220(B)-DT                                    Date    August 17, 2006

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Ludmilar Genn and Alex Levoff - Russian Interpreters/James Davison and Louis Perez for the FBI

| Debra L. O'Neill | Lori Muraoka/Rosa Yapundjian | Robert Dugdale/Susan DeWitt/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
|  |  |  |  | 1) Richard Callahan | X | X |  |
| 1) Iouri Mikhel | X | X |  | Dale Rubin | X | X |  |
|  |  |  |  | 2) Sonia Chahin | X | X |  |
| 2) Jurlius Kadamovas | X | X |  | Richard Lasting | X | X |  |

JURY TRIAL (4th day)

**Proceedings:**

Case called.  Appearances made.  Court reviews prospective jurors and their questionnaires.

The Court informs counsel which jurors are to appear on  8-18-06.

Trial continued to 8-18-06 at 9:00 a.m..

                                                                    4        :        20

                            Initials of Deputy Clerk        Hu

cc:



DOCKETED ON CM

AUG 2 2 2006

BY _____ 172

1162