ORIGINAL

scan only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

SCANNED

| Case No. | CR-02-220(B)-DT | | Date | August 18, 2006 |
|---|---|---|---|---|

Present: The Honorable   DICKRAN TEVRIZIAN

Interpreter   Ludmilar Genn and Alex Levoff - Russian Interpreters/James Davison and Louis Perez for the FBI

| Debra L. O'Neill | Lori Muraoka/Rosa Yapundjian | Robert Dugdale/Susan DeWitt/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| | | | | 1) Richard Callahan | X | X . | |
| 1) Iouri Mikhel | X | X | | Dale Rubin | X | X | |
| | | | | 2) Sonia Chahin | X | X | |
| 2) Jurlius Kadamovas | X | X | | Richard Lasting | X | X | |

**Proceedings:**   JURY TRIAL (5th day)

Case called.  Appearances made.  Court reviews prospective jurors and their questionnaires.

The Court informs counsel which jurors are to appear on 8-22-06.

Trial continued to 8-22-06 at 9:00 a.m..

|  | 5 | : | 10 |
|---|---|---|---|
| Initials of Deputy Clerk | | Bn | |

cc:

DOCKETED ON CM

AUG 2 2 2006

BY _____ 172

1163