Scan only

FILED
CLERK, U S DISTRICT COURT

AUG 22 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 02-220(B) DT |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| IOURI MIKHEL, JURLIUS KADAMOVAS, | ) | |
| Defendants. | ) | |

The Court hereby orders that Defendants/Inmates, IOURI MIKHEL and JURLIUS KADAMOVAS, are permitted to bring to Court their computers and legal materials during the trial of their case.

DATED: 8/22/06

DICKRAN TEVRIZIAN
_____
DICKRAN TEVRIZIAN
Senior United States District Judge

DOCKETED ON CM

AUG 23 2006

BY _____ 171