# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*scan only*

### CRIMINAL MINUTES - GENERAL

Case No.    CR-02-220(B)-DT                                    Date    August 23, 2006

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Ludmilar Genn and Alex Levoff - Russian Interpreters/James Davison and Louis Perez for the FBI

| Debra L. O'Neill | Lori Muraoka/Rose Yapundjian | Robert Dugdale/Susan DeWitt/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | X | X. | | 1) Richard Callahan<br>   Dale Rubin | X<br>X | X<br>X | |
| 2) Jurlius Kadamovas | X | X | | 2) Sonia Chahin<br>   Richard Lasting | X<br>X | X<br>X | |

### JURY TRIAL (7th day)

**Proceedings:**

Case called. Appearances made. Court reviews prospective jurors and their questionnaires.

The Court informs counsel which jurors are to appear on 8-24-06.

Trial continued to 8-24-06 at 9:00 a.m..

5    :    35

Initials of Deputy Clerk    _____

cc:



DOCKETED ON CM

AUG 24 2006

BY _____ 172

CR-11 (09/98)                    **CRIMINAL MINUTES - GENERAL**                    Page 1 of 1