FILED
CLERK, U S DISTRICT COURT

AUG 24 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 02-220(B) DT |
| Plaintiff, ) | ORDER |
| vs. ) | |
| IOURI MIKHEL, JURLIUS KADAMOVAS, ) | |
| Defendants. ) | |

The Court hereby orders that Defendants/Inmates, IOURI MIKHEL and JURLIUS KADAMOVAS, be permitted to shower and shave each day before coming to Court.

DATED: Aug 24 2006

DICKRAN TEVRIZIAN
DICKRAN TEVRIZIAN
Senior United States District Judge

DOCKETED ON CM

AUG 25 2006

BY _____ 172