# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*Scan only*

### CRIMINAL MINUTES - GENERAL

SCANNED

| | |
|---|---|
| Case No.    CR-02-220(B)-DT | Date    August 24, 2006 |

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Ludmilar Genn and Alex Levoff - Russian Interpreters/James Davison and Louis Perez for the FBI

| Debra L. O'Neill | Tanya Durant | Robert Dugdale/Susan DeWitt/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | X | X | | 1) Richard Callahan<br>Dale Rubin | X<br>X | X<br>X | |
| 2) Jurlius Kadamovas | X | X | | 2) Sonia Chahin<br>Richard Lasting | X<br>X | X<br>X | |

**Proceedings:**        JURY TRIAL (8th day)

Case called.  Appearances made.  Court reviews prospective jurors and their questionnaires.

The Court informs counsel which jurors are to appear on  8-25-06.

Trial continued to 8-25-06 at 9:00 a.m..

|  | 3 | : | 50 |
|---|---|---|---|

Initials of Deputy Clerk        VM

cc:



DOCKETED ON CM

AUG 30 2006

BY _____ 014