MARC A. BECKER (State Bar No. 138872)
CARL H. MOOR (State Bar No. 138985)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Non-Party
Metro-Goldwyn-Mayer Studios Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>I ouri Mikhel, et al.,<br><br>Defendant(s). | CASE NO.  CR-02-220(B)-DT<br><br>[PROPOSED] ORDER GRANTING METRO-GOLDWYN-MAYER STUDIOS INC.'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL<br><br>Courtroom: 880<br>The Honorable Dickran Tevrizian |

The Court, having considered the application of Metro-Goldwyn-Mayer Studios Inc. for leave to file documents under seal, and good cause appearing, hereby grants the application and Orders the Clerk to permit Exhibits F and G to the Declaration of Christopher Miller to be filed under seal.

Date: 9-1-06

DICKRAN TEVRIZIAN

Honorable Dickran Tevrizian

Presented by:
MUNGER, TOLLES & OLSON LLP
MARC A. BECKER
CARL H. MOOR

By: _____
Marc a. Becker