# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*Scan only*

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.    CR-02-220(B)-DT | Date    August 29, 2006 |

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Ludmilar Genn and Alex Levoff - Russian Interpreters/James Davison and Louis Perez for the FBI

| Debra L. O'Neill | Pamela Seijas | Robert Dugdale/Susan DeWitt/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| | | | | 1) Richard Callahan | X | X | |
| 1) Iouri Mikhel | X | X | | Dale Rubin | X | X | |
| | | | | 2) Sonia Chahin | X | X | |
| 2) Jurlius Kadamovas | X | X | | Richard Lasting | X | X | |

JURY TRIAL (10th day)

**Proceedings:**

Case called. Appearances made. Court reviews prospective jurors and their questionnaires.

The Court informs counsel which jurors are to appear on 8-30-06.

Trial continued to 8-30-06 at 9:00 a.m..

| | 5 | : | 13 |
|---|---|---|---|

Initials of Deputy Clerk    DW

cc:

DOCKETED ON CM
SEP - 5 2006
BY

---