# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Scan only

### CRIMINAL MINUTES - GENERAL

| Case No. | CR-02-220(B)-DT | | Date | August 31, 2006 |
|---|---|---|---|---|

Present: The Honorable   DICKRAN TEVRIZIAN

Interpreter   Ludmilla Genn and Alex Levoff - Russian Interpreters–James Davidson and Louis Perez, FBI

| Debra L. O'Neill | Tanya Durant | Robert Dugdale/Susan DeWitt/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| | | | | 1) Richard Callahan | X | X | |
| 1) Iouri Mikhel | X | X | | Dale Rubin | X | X | |
| | | | | 2) Sonia Chahin | X | X | |
| 2) Jurlius Kadamovas | X | X | | Richard Lasting | X | X | |

Proceedings:        JURY TRIAL (12th day)

Case called.  Appearances made.  Court reviews prospective jurors and their questionnaires.

The Court informs counsel which jurors are to appear on  9-01-06.

Trial continued to  9-01-06 at 9:00 a.m..

| | 6 | : | 10 |
|---|---|---|---|
| Initials of Deputy Clerk | | | |

cc:

DOCKETED ON CM

SEP - 5 2006

BY

