# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Scan only

### CRIMINAL MINUTES - GENERAL

| Case No. | CR-02-220(B)-DT | Date | Sept.1, 2006 |
|---|---|---|---|

Present: The Honorable   DICKRAN TEVRIZIAN

Interpreter   Ludmilla Genn and Alex Levoff - Russian Interpreters–James Davidson and Louis Perez, FBI

| Debra L. O'Neill | Rose Yapundjian | Robert Dugdale/Susan DeWitt/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | X | X | | 1) Richard Callahan<br>Dale Rubin | X<br>X | X<br>X | |
| 2) Jurlius Kadamovas | X | X | | 2) Sonia Chahin<br>Richard Lasting | X<br>X | X<br>X | |

**Proceedings:**   JURY TRIAL (13th day)

Case called.  Appearances made.  Court reviews prospective jurors and their questionnaires.

The Court informs counsel which jurors are to appear on  9-05-06.

Trial continued to  9-05-06 at 9:00 a.m..

Court reviews video and photos exhibits of government which are objected to by the defendants.  The Court instructs the government which photos and in what way they are to be altered.  The Court instructs the government as to how the video is to be edited.

|  | 2 | : | 10 |
|---|---|---|---|

Initials of Deputy Clerk

cc:



DOCKETED ON CM

SEP - 5 2006

BY

1184

| CR-11 (09/98) | CRIMINAL MINUTES - GENERAL | Page 1 of 1 |
|---|---|---|