COPY

SEAN KENNEDY(No. 145632)
Acting Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
LARA A. BAZELON (No. 218501)
Deputy Federal Public Defender
(E-mail: Lara_Bazelon@fd.org)
321 East Second Street
Los Angeles, California 90012
Telephone (213) 894-4104
Facsimile (213) 894-0081

Attorneys for:
RAYMOND EIDAKS

FILED
CLERK, U S DISTRICT COURT

SEP 6 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Send

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>IOURI MIKHEL and JURIJUS KADAMOVAS,<br><br>    Defendants. | CASE NO. CR 02-220-DT<br>[PROPOSED] ORDER |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that

the Office of the Federal Public Defender is appointed to represent Raymond Eidaks.

DATED: September 6, 2006

DICKRAN TEVRIZIAN
_____
DICKRAN TEVRIZIAN
United States District Judge

Presented by:

_Lara A. Bazelon_
LARA A. BAZELON

DOCKETED ON CM

SEP 1 2 2006

BY _____ 014

<u>PROOF OF SERVICE</u>

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served a copy of the **[PROPOSED] ORDER.**

On September 5, 2006, following ordinary business practice, service was:

[X] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows:

[ ] By hand-delivery addressed as follows:

[] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By facsimile as follows:

Susan DeWitt
Assistant United States Attorney
United States Courthouse
312 N. Spring St., #
Los Angeles, CA  90012

This proof of service is executed at Los Angeles, California, on September 5, 2006.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Carmen I. Cardenas