# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*Send*

### CRIMINAL MINUTES - GENERAL

Case No.    CR-02-220(B)-DT                                    Date    September 5, 2006

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter

| Debra L. O'Neill | N/A | Not present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| | | | | 1) Richard Callahan | not | X | |
| 1) Iouri Mikhel | not | X | | Dale Rubin | not | X | |
| | | | | 2) Sonia Chahin | not | X | |
| 2) Jurlius Kadamovas | not | X | | Richard Lasting | not | X | |

IN CHAMBERS

**Proceedings:**

The Material Witness Raymond Eidaks has requested counsel to be appointed by the Court.    The Court appoints Laura Bazelon of the Public Defender's Office to represent said Raymond Eidaks.

Raymond Eidaks, pursuant to Court Order, is to be on call to testify in the trial of this matter.

Initials of Deputy Clerk    _____ : _____

DOCKETED ON CM

SEP 13 2006

BY _____ 014

cc: