UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

*Scan only*

## CRIMINAL MINUTES - TRIAL

Case No.    CR-02-220-(B)-DT                                        Date    9-5-06

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Ludmilla Genn/Zoyer Spivakosky/Alex Levoff Russian Interpreters; Louis Perez/James Davidson-FBI

| D.L. O'Neill | Tanya Durant | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Richard Callahan/Dale Rubin | X | X | |
| Jurlius Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

_____ Day <u>COURT TRIAL</u>              14   Day <u>JURY TRIAL</u>

**X**   The Jury is impaneled and sworn.

_____   Opening statements made by _____

_____   Witnesses called, sworn and testified.

DOCKETED ON CM

SEP 13 2006

BY _____ 014

_____   Exhibits identified          _____ Exhibits admitted

_____   Government rests.          Defendant(s) _____ rest.

_____   Motion for mistrial by _____   is _____ granted   _____ denied   _____ submitted

_____   Motion for judgment of acquittal (FRCrP 29)   is _____ granted   _____ denied   _____ submitted

_____   Closing arguments made          _____ Court instructs jury          _____ Bailiff sworn

_____   Alternates excused          _____ Jury retires to deliberate          _____ Jury resumes deliberations

_____   Finding by Court as follows:          _____ Jury Verdict as follows:

Dft # _____   _____ Guilty on count(s)          _____ Not Guilty on count(s)

_____   Jury polled          _____ Polling waived

_____   Filed Witness & Exhibit lists   _____ Filed Jury notes   _____ Filed Jury Instructions   _____ Filed Jury Verdict

_____   Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____   Dft # _____ remanded to custody.   Remand/Release# _____ issd.   Dft # _____ released from custody.

**X**   Case continued to    9-6-06 at 9:00am _____   for further trial.

Other: _____

                                                                    4   :   15

1195

Initials of Deputy Clerk    _____