# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Scan only

### CRIMINAL MINUTES - TRIAL

Case No.    CR-02-220-(B)-DT                                    Date    9-6-06

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Ludmilla Genn/Zoyer Spivakosky/ Alex Levoff Russian Interpreters; Louis Perez/James Davidson-FBI

| D.L. O'Neill | Lori Muraoka | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Richard Callahan/Dale Rubin | X | X | |
| Jurlius Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

____ Day COURT TRIAL                15    Day JURY TRIAL

____ The Jury is impaneled and sworn.

X    Opening statements made by        government and defendants' counsel

X    Witnesses called, sworn and testified.

X    Exhibits identified        X    Exhibits admitted

____ Government rests.        ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29)    is ____ granted ____ denied ____ submitted

____ Closing arguments made        ____ Court instructs jury        ____ Bailiff sworn

____ Alternates excused        ____ Jury retires to deliberate        ____ Jury resumes deliberations

____ Finding by Court as follows:        ____ Jury Verdict as follows:

Dft # ____ Guilty on count(s) ____        ____ Not Guilty on count(s)

____ Jury polled        ____ Polling waived

____ Filed Witness & Exhibit lists    ____ Filed Jury notes    ____ Filed Jury Instructions    ____ Filed Jury Verdict

Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ____ remanded to custody.    Remand/Release# ____ issd.    Dft # ____ released from custody.

X    Case continued to    9-7-06 at 9:00 am _____ for further trial.

Other: _____

DOCKETED ON CM
SEP 13 2006
BY _____ 014

1196

6 : 58

Initials of Deputy Clerk _____

CR-78 (01/05)                CRIMINAL MINUTES - TRIAL                Page 1 of 1