# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

Case No.  CR-02-220-(B)-DT                                      Date   9-7-06

Present: The Honorable   DICKRAN TEVRIZIAN

Interpreter   Ludmilla Genn/Zoyer Spivakosky Russian Interpreters; Louis Perez/James Davidson-FBI

| D.L. O'Neill | Lori Muraoka/Rose Yapundjian | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Richard Callahan/Dale Rubin | X | X | |
| Jurlius Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

Day COURT TRIAL          16   Day JURY TRIAL

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

X  Witnesses called, sworn and testified.

X  Exhibits identified          X   Exhibits admitted

___ Government rests.    ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29)    is ___ granted ___ denied ___ submitted

___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn

___ Alternates excused    ___ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:          ___ Jury Verdict as follows:

Dft # ___ ___ Guilty on count(s)    ___ Not Guilty on count(s)

___ Jury polled          ___ Polling waived

___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

___ Dft # ___ remanded to custody.    Remand/Release# ___ issd.    Dft # ___ released from custody.

X  Case continued to   9-8-06 at 9:00 am          for further trial.

Other: _____

___ : ___ 20

DOCKETED ON CM

SEP 1 3 2006  Initials of Deputy Clerk

BY ___ 014

CR-78 (01/05)                    CRIMINAL MINUTES - TRIAL                    Page 1 of 1