# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No.    CR-02-220(B)-DT                                    Date    September 11, 2006

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Varvara Olson/ Ludmilla Genn

| Jake Yerke | Lori Muraoka | Robert Dugdale/Susan DeWitt/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | X | X | | 1) Richard Callahan<br>Dale Rubin | not<br>X | X<br>X | |
| 2) Jurlius Kadamovas | X | X | | 2) Sonia Chahin<br>Richard Lasting | X<br>X | X<br>X | |

Proceedings:    **STATUS CONFERENCE**

**Court and counsel present, hearing held.**

**Court and parties discuss the order in which witnesses will testify during the week of September 12, 2006.**

DOCKETED ON CM

SEP 13 2006

BY ____ 014

                                                                    15
Initials of Deputy Clerk ____

cc:

CR-11 (09/98)                          **CRIMINAL MINUTES - GENERAL**                          Page 1 of 1