ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Star only

### CRIMINAL MINUTES - TRIAL

| Case No. | CR-02-220-(B)-DT | Date | 9-12-06 |
| --- | --- | --- | --- |

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Alex Levoff/Noune Oganessian Russian Interpreters; Louis Perez/James Davidson-FBI

| D.L. O'Neill | Tanya Durant | Susan DeWitt/Robert Dugdale/Kim Meyer |
| --- | --- | --- |
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Iouri Mikhel | X | X | | Richard Callahan/Dale Rubin | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

_____ Day COURT TRIAL         18   Day JURY TRIAL

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

__X__ Witnesses called, sworn and testified.

__X__ Exhibits identified          __X__ Exhibits admitted

_____ Government rests.    _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

_____ Motion for judgment of acquittal (FRCrP 29)    is ____ granted ____ denied ____ submitted

_____ Closing arguments made    _____ Court instructs jury    _____ Bailiff sworn

_____ Alternates excused    _____ Jury retires to deliberate    _____ Jury resumes deliberations

_____ Finding by Court as follows:    _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s)    _____ Not Guilty on count(s)

_____ Jury polled    _____ Polling waived

_____ Filed Witness & Exhibit lists    _____ Filed Jury notes    _____ Filed Jury Instructions    _____ Filed Jury Verdict

_____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # ____ remanded to custody.    Remand/Release# _____ issd.    Dft # ____ released from custody.

__X__ Case continued to    9-13-06 at 9:00 am    ____ for further trial.

Other: _____

DOCKETED ON CM

SEP 18 2006

1201

Initials of Deputy Clerk    _____

5 : 30