ORIGINAL

Scan only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

Case No.   CR-02-220-(B)-DT                                      Date   9-13-06

Present: The Honorable   DICKRAN TEVRIZIAN

Interpreter   Alex Levoff/Varvara Olson Russian Interpreters; Louis Perez/James Davidson-FBI

| D.L. O'Neill | Lori Muraoka/Rose Yapundjian | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Richard Callahan/Dale Rubin | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

____ Day COURT TRIAL              19  Day JURY TRIAL

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

X  Witnesses called, sworn and testified.

X  Exhibits identified          X  Exhibits admitted

____ Government rests.     ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29)     is ____ granted ____ denied ____ submitted

____ Closing arguments made     ____ Court instructs jury     ____ Bailiff sworn

____ Alternates excused     ____ Jury retires to deliberate     ____ Jury resumes deliberations

____ Finding by Court as follows:          ____ Jury Verdict as follows:

Dft # ____ Guilty on count(s)          ____ Not Guilty on count(s)

____ Jury polled          ____ Polling waived

____ Filed Witness & Exhibit lists   ____ Filed Jury notes   ____ Filed Jury Instructions   ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ____ remanded to custody.   ____ Remand/Release# _____ issd.   ____ Dft # ____ released from custody.

X  Case continued to   9-14-06 at 9:00 am   for further trial.

Other: _____

DOCKETED ON CM

SEP 18 2006

BY _____ 01M

1202

Initials of Deputy Clerk ____    4  :  25

---

CR-78 (01/05)                     CRIMINAL MINUTES - TRIAL                     Page 1 of 1