ORIGINAL

Scan only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

Case No.    CR-02-220-(B)-DT                                      Date    9-14-06

Present: The Honorable   DICKRAN TEVRIZIAN

Interpreter   Alex Levoff/Ludmilla Genn Russian Interpreters; Louis Perez/James Davidson-FBI

| D.L. O'Neill | Lori Muraoka | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Richard Callahan/Dale Rubin | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

_____ Day COURT TRIAL          20   Day JURY TRIAL

_____ The Jury is impaneled and sworn.

_____ Opening statements made by  _____

__X__ Witnesses called, sworn and testified.

__X__ Exhibits identified        __X__ Exhibits admitted

_____ Government rests.      Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29)   is _____ granted _____ denied _____ submitted

_____ Closing arguments made      _____ Court instructs jury      _____ Bailiff sworn

_____ Alternates excused          _____ Jury retires to deliberate _____ Jury resumes deliberations

_____ Finding by Court as follows:           _____ Jury Verdict as follows:

_____ Dft # _____ Guilty on count(s)          _____ Not Guilty on count(s)

_____ Jury polled                 _____ Polling waived

_____ Filed Witness & Exhibit lists  _____ Filed Jury notes  _____ Filed Jury Instructions  _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.  _____ Remand/Release# _____ issd.  Dft # _____ released from custody.

__X__ Case continued to   9-15-06 at 9:00 am  _____ for further trial.

Other: _____

DOCKETED ON CM

SEP 18 2006

Initials of Deputy Clerk                5 : 55

014