Amended

*plan only*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

Case No.    CR-02-220-(B)-DT                                    Date    9-12-06

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Alex Levoff/Noune Oganessian Russian Interpreters; Louis Perez/James Davidson-FBI

| D.L. O'Neill | Tanya Durant | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| | | | | Richard Callahan | Not | X | |
| Iouri Mikhel | X | X | | Dale Rubin | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

_____ Day <u>COURT TRIAL</u>                18    Day <u>JURY TRIAL</u>

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

X    Witnesses called, sworn and testified.

X    Exhibits identified            X    Exhibits admitted

_____ Government rests.        Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29)    is _____ granted _____ denied _____ submitted

_____ Closing arguments made        _____ Court instructs jury        _____ Bailiff sworn

_____ Alternates excused        _____ Jury retires to deliberate        _____ Jury resumes deliberations

_____ Finding by Court as follows:            _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s)            _____ Not Guilty on count(s)

_____ Jury polled                _____ Polling waived

_____ Filed Witness & Exhibit lists    _____ Filed Jury notes    _____ Filed Jury Instructions    _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.    _____ Remand/Release# _____ issd.    _____ Dft # _____ released from custody.

X    Case continued to    9-13-06 at 9:00 am        for further trial.

Other: _____

DOCKETED ON CM

SEP 2 2 2006

Initials of Deputy Clerk

(1208)

5 : 30

CR-78 (01/05)                    CRIMINAL MINUTES - TRIAL                    Page 1 of 1