# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

*Scan only*

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.  CR-02-220(B)-DT | Date  September 21, 2006 |

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Varvara Olson/ Zoya Spivakosky Russian Interpreters

| Jake Yerke | Lori Muraoka | Robert Dugdale/Susan DeWitt/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | X | X | | 1) Richard Callahan (by phone)<br>Dale Rubin | X<br>X | X<br>X | |
| 2) Jurlius Kadamovas | Not | X | | 2) Sonia Chahin<br>Richard Lasting | X<br>X | X<br>X | |

Proceedings:    **STATUS CONFERENCE**

**Court and counsel present, Status Conference held re: Defense Counsel Callahan's medical condition.**

**Witness David Hanpeter CST for the Court.**

**The Court calendars a further Status Conference for Friday, October 6, 2006 at 9:15 a.m..**

**The Court GRANTS defendant Mikhel's ex parte application to continue the trial and the Court continues the trial of this matter to Tuesday, October 10, 2006 at 9:15 a.m..**



DOCKETED ON CM

SEP 22 2006

BY _____ 014

| | |
|---|---|
| | 2    :  |
| | Initials of Deputy Clerk _____ |

cc: