*Amended*

*Scan only*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

Case No.    CR-02-220-(B)-DT                                    Date    9-15-06

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Alex Levoff/Ludmilla Genn Russian Interpreters; Louis Perez/James Davidson-FBI

| D.L. O'Neill | Rose Yapundjian | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| | | | | Richard Callahan | not | X | |
| Iouri Mikhel | X | X | | Dale Rubin | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

_____ Day COURT TRIAL        21    Day JURY TRIAL

DOCKETED ON CM

OCT - 5 2006

BY _____ 014

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

  X   Witnesses called, sworn and testified.

_____ Exhibits identified        _____ Exhibits admitted

_____ Government rests.        Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29)    is _____ granted _____ denied _____ submitted

_____ Closing arguments made        _____ Court instructs jury        _____ Bailiff sworn

_____ Alternates excused        _____ Jury retires to deliberate        _____ Jury resumes deliberations

_____ Finding by Court as follows:        _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s)        _____ Not Guilty on count(s)

_____ Jury polled        _____ Polling waived

_____ Filed Witness & Exhibit lists    _____ Filed Jury notes    _____ Filed Jury Instructions    _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody. _____ Remand/Release# _____ issd. Dft # _____ released from custody.

  X   Case continued to    9-26-06 at 9:00 am        for further trial.

Other:    Status Conf 9-21-06 9:30 am-. Court GRANTS deft Mikhel's ex parte application to cont trial to 9-26-06

                                                            2  :  40

                    Initials of Deputy Clerk _____