# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Case No.    CR-02-220(B)-DT                                      Date    October 6, 2006

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Ludmilla Genn/ Zoya Spivakosky Russian Interpreters

| D.L. O'Neill | Gail Peeples | Robert Dugdale/Susan DeWitt/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | X | X | | 1) Richard Callahan<br>Dale Rubin | X<br>X | X<br>X | |
| 2) Jurlius Kadamovas | Not | X | | 2) Sonia Chahin<br>Richard Lasting | X<br>X | X<br>X | |

Proceedings:    **STATUS CONFERENCE**

**Status Conference held.**





:    20

Initials of Deputy Clerk

cc: