# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

Case No.  CR-02-220-(B)-DT                                                    Date    10-12-06

Present: The Honorable  **DICKRAN TEVRIZIAN**

Interpreter  Alex Levoff/Ludmilla Genn /Varvara Olson/Zoya Spivakofsky Russian Interpreters;
Louis Perez/James Davidson-FBI; Ellen Barry on behalf of witness Altmanis

| D.L. O'Neill | Pamela Seijas/Gail Peeples | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | . X | |

_____ Day COURT TRIAL                    24    Day JURY TRIAL

_____ The Jury is impaneled and sworn.

_____ Opening statements made by

__X__ Witnesses called, sworn and testified.

__X__ Exhibits identified          __X__  Exhibits admitted

_____ Government rests.          Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Closing arguments made        _____ Court instructs jury        _____ Bailiff sworn

_____ Alternates excused        _____ Jury retires to deliberate        _____ Jury resumes deliberations

_____ Finding by Court as follows:        _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s) _____        _____ Not Guilty on count(s) _____

_____ Jury polled        _____ Polling waived

_____ Filed Witness & Exhibit lists    _____ Filed Jury notes    _____ Filed Jury Instructions    _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody. _____ Remand/Release# _____ issd. _____ Dft # _____ released from custody.

__X__ Case continued to    10-13-06 at 9:15 am    _____ for further trial.

Other: _____

                                                                        5  :  05

Initials of Deputy Clerk _____ _____