# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Scan only

## CRIMINAL MINUTES - TRIAL

SCANNED

| Case No. | CR-02-220-(B)-DT | | Date | 10-17-06 |
|---|---|---|---|---|

Present: The Honorable **DICKRAN TEVRIZIAN**

Interpreter: Alex Levoff/Ludmilla Genn /Varvara Olson/Zoya Spivakofsky Russian Interpreters; Louis Perez/James Davidson-FBI; Ellen Barry on behalf of witness Altmanis

| D.L. O'Neill | Gail Peeples/Rose Yapundjian | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

____ Day <u>COURT TRIAL</u>      26  Day <u>JURY TRIAL</u>

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

__X__ Witnesses called, sworn and testified.

__X__ Exhibits identified      __X__ Exhibits admitted

____ Government rests.    Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Closing arguments made    ____ Court instructs jury    ____ Bailiff sworn

____ Alternates excused    ____ Jury retires to deliberate    ____ Jury resumes deliberations

____ Finding by Court as follows:    ____ Jury Verdict as follows:

Dft # ____  ____ Guilty on count(s)    ____ Not Guilty on count(s)

____ Jury polled    ____ Polling waived

____ Filed Witness & Exhibit lists  ____ Filed Jury notes  ____ Filed Jury Instructions  ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ____ remanded to custody.    Remand/Release# ____ issd.  ____ Dft # ____ released from custody.

__X__ Case continued to   10-18-06 at 9:15 am _____ for further trial.

Other: _____

DOCKETED ON CM
OCT 19 2006
BY PL
014

|  |  | 5 | : | 20 |
|---|---|---|---|---|

Initials of Deputy Clerk _____ AW

1253

CR-78 (01/05)              CRIMINAL MINUTES - TRIAL              Page 1 of 1