FILED
CLERK, U S DISTRICT COURT

OCT 1 9 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   CASE NO. CR 02-220(B) DT
                                )
                    Plaintiff,  )   ORDER INCREASING PETIT
                                )   JUROR ATTENDANCE FEE
vs.                             )
                                )
IOURI MIKHEL, JURLIUS           )
KADAMOVAS,                      )
                                )
                    Defendants. )
_____)

DOCKETED ON CM

OCT 23 2006

BY                    014

IT IS ORDERED:

That pursuant to 28 U.S.C. § 1871 (b)(2), jury members of the above-mentioned criminal case, who have attended more than thirty days of actual service, are to be paid an increased attendance fee of $50.00 per day. Payment of the increased fee is to commence on the thirty-first day of actual service, and, if applicable, is to be applied retroactively.

DATED: 10·19·06

DICKRAN TEVRIZIAN

_____
DICKRAN TEVRIZIAN
Senior United States District Judge

1254