# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*Sign only*

### CRIMINAL MINUTES - TRIAL

Case No.   CR-02-220-(B)-DT                                      Date   10-19-06

Present: The Honorable   DICKRAN TEVRIZIAN

Interpreter   Alex Levoff/Ludmilla Genn /Varvara Olson/Zoya Spivakofsky Russian Interpreters; Louis Perez/James Davidson-FBI; Ellen Barry on behalf of witness Altmanis

| D.L. O'Neill | Gail Peeples/Rose Yapundjian | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

_____ Day <u>COURT TRIAL</u>     <u>28</u> Day <u>JURY TRIAL</u>

_____ The Jury is impaneled and sworn.

_____ Opening statements made by

 X   Witnesses called, sworn and testified.

 X   Exhibits identified     X   Exhibits admitted

_____ Government rests.     Defendant(s) _____ rest.

**DOCKETED ON CM**
**OCT 27 2006**
BY _____ 023

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Closing arguments made     _____ Court instructs jury     _____ Bailiff sworn

_____ Alternates excused     _____ Jury retires to deliberate     _____ Jury resumes deliberations

_____ Finding by Court as follows:     _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s)     _____ Not Guilty on count(s)

_____ Jury polled     _____ Polling waived

_____ Filed Witness & Exhibit lists   _____ Filed Jury notes   _____ Filed Jury Instructions   _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.   _____ Remand/Release# _____ issd.   _____ Dft # _____ released from custody.

 X   Case continued to   10-20-06 at 9:15 am   _____ for further trial.

Other: _____

_____  5  :  40

Initials of Deputy Clerk _____ \\