# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*Scan only*

### CRIMINAL MINUTES - TRIAL

Case No.   CR-02-220-(B)-DT                                    Date   10-20-06

Present: The Honorable   DICKRAN TEVRIZIAN

| Interpreter | Alex Levoff/Ludmilla Genn /Varvara Olson/Zoya Spivakofsky Russian Interpreters; Louis Perez/James Davidson-FBI; Ellen Barry on behalf of witness Altmanis |
|---|---|

| J. Yerke for D.L. O'Neill | Gail Peeples/Rose Yapundjian | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

_____ Day COURT TRIAL          29  Day JURY TRIAL

_____ The Jury is impaneled and sworn.

_____ Opening statements made by

__X__ Witnesses called, sworn and testified.

__X__ Exhibits identified          __X__ Exhibits admitted

_____ Government rests.          Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Closing arguments made     _____ Court instructs jury     _____ Bailiff sworn

_____ Alternates excused          _____ Jury retires to deliberate     _____ Jury resumes deliberations

_____ Finding by Court as follows:               _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s)               _____ Not Guilty on count(s)

_____ Jury polled                    _____ Polling waived

_____ Filed Witness & Exhibit lists   _____ Filed Jury notes   _____ Filed Jury Instructions   _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody. _____ Remand/Release# _____ issd. _____ Dft # _____ released from custody.

__X__ Case continued to   10-24-06 at 9:15 am   for further trial.

Other: _____

Initials of Deputy Clerk _____   4 : 55

DOCKETED ON CM

OCT 27 2006

BY _____ 023