# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*Scan only*

### CRIMINAL MINUTES - TRIAL

Case No.  CR-02-220-(B)-DT                                    Date   10-25-06

Present: The Honorable  DICKRAN TEVRIZIAN

Interpreter  Alex Levoff/Ludmilla Genn /Varvara Olson/Zoya Spivakofsky Russian Interpreters; Louis Perez/James Davidson-FBI; Ellen Barry on behalf of witness Altmanis

| D.L. O'Neill | Gail Peeples/Lori Muraoka | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

____ Day COURT TRIAL        31  Day JURY TRIAL

____ The Jury is impaneled and sworn.

____ Opening statements made by

DOCKETED ON CM
OCT 27 2006
BY _____ 023

**X** Witnesses called, sworn and testified.

**X** Exhibits identified        **X**  Exhibits admitted

____ Government rests.     Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Closing arguments made      ____ Court instructs jury      ____ Bailiff sworn

____ Alternates excused      ____ Jury retires to deliberate      ____ Jury resumes deliberations

____ Finding by Court as follows:      ____ Jury Verdict as follows:

Dft # ____ Guilty on count(s)      ____ Not Guilty on count(s)

____ Jury polled      ____ Polling waived

____ Filed Witness & Exhibit lists    ____ Filed Jury notes    ____ Filed Jury Instructions    ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ____ remanded to custody.    ____ Remand/Release# ____ issd.    ____ Dft # ____ released from custody.

**X** Case continued to  10-26-06 at 9:15 am      ____ for further trial.

Other: _____

                                                                    5  :  20

Initials of Deputy Clerk  _____