# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*scan only*

### CRIMINAL MINUTES - TRIAL

Case No.  CR-02-220-(B)-DT                                    Date  10-26-06

Present: The Honorable  DICKRAN TEVRIZIAN

Interpreter  Alex Levoff/Ludmilla Genn /Varvara Olson/Zoya Spivakofsky Russian Interpreters; Louis Perez/James Davidson-FBI; Ellen Barry on behalf of witness Altmanis

| D.L. O'Neill | Gail Peeples/Tanya Durant | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

_____ Day COURT TRIAL          32  Day JURY TRIAL

_____ The Jury is impaneled and sworn.

_____ Opening statements made by

X  Witnesses called, sworn and testified.

X  Exhibits identified          X  Exhibits admitted

_____ Government rests.     Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Closing arguments made     _____ Court instructs jury     _____ Bailiff sworn

_____ Alternates excused     _____ Jury retires to deliberate     _____ Jury resumes deliberations

_____ Finding by Court as follows:          _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s)          _____ Not Guilty on count(s)

_____ Jury polled          _____ Polling waived

_____ Filed Witness & Exhibit lists     _____ Filed Jury notes     _____ Filed Jury Instructions     _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.     _____ Remand/Release# _____ issd.     _____ Dft # _____ released from custody.

X  Case continued to  10-27-06 at 9:15 am  for further trial.

Other: _____

Initials of Deputy Clerk _____ 5 : 10 _____

CR-78 (01/05)                    CRIMINAL MINUTES - TRIAL                    Page 1 of 1