# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Scan only

### CRIMINAL MINUTES - TRIAL

| | | |
|---|---|---|
| Case No. | CR-02-220-(B)-DT | Date 10-27-06 |

Present: The Honorable **DICKRAN TEVRIZIAN**

Interpreter: Alex Levoff/Ludmilla Genn /Varvara Olson/Zoya Spivakofsky Russian Interpreters; Louis Perez/James Davidson-FBI; Ellen Barry on behalf of witness Altmanis

| D.L. O'Neill | Gail Peeples/Tanya Durant | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

| | | | | |
|---|---|---|---|---|
| ____ Day COURT TRIAL | | 33 | Day JURY TRIAL | |
| ____ The Jury is impaneled and sworn. | | | | |
| ____ Opening statements made by | | | | |
| X Witnesses called, sworn and testified. | | | | |
| X Exhibits identified | X Exhibits admitted | | | |
| ____ Government rests. | Defendant(s) _____ rest. | | | |
| ____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted | | | | |
| ____ Closing arguments made | ____ Court instructs jury | ____ Bailiff sworn | | |
| ____ Alternates excused | ____ Jury retires to deliberate | ____ Jury resumes deliberations | | |
| ____ Finding by Court as follows: | ____ Jury Verdict as follows: | | | |
| Dft # ____ Guilty on count(s) | ____ Not Guilty on count(s) | | | |
| ____ Jury polled | ____ Polling waived | | | |
| ____ Filed Witness & Exhibit lists | ____ Filed Jury notes | ____ Filed Jury Instructions | ____ Filed Jury Verdict |
| ____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing. | | | | |
| ____ Dft # ____ remanded to custody. ____ Remand/Release# ____ issd. ____ Dft # ____ released from custody. | | | | |
| X Case continued to 10-31-06 at 9:15 am for further trial. | | | | |

Other:

DOCKETED ON CM

OCT 3 1 2006

023

4 : 50

Initials of Deputy Clerk _____