

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

### AMENDED

| Case No. | CR-02-220(B)-DT | Date | November 3, 2006 |
|---|---|---|---|

Present: The Honorable   DICKRAN TEVRIZIAN

Interpreter    N/A

| Jake Yerke | N/A | Not Present |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| | | | | 1) Richard Callahan (by phone) | Not | X | |
| 1) Iouri Mikhel | Not | X | | Dale Rubin | Not | X | |
| | | | | 2) Sonia Chahin | Not | X | |
| 2) Jurlius Kadamovas | Not | X | | Richard Lasting | Not | X | |

Proceedings:   **(IN CHAMBERS)**

**Court orders that the Bureau of Prisons allow defendant Mikhel to exchange his current cd player for a new cd/mp3 player. The new cd/mp3 player has been mailed to the legal department at Metropolitan Department of Corrections.**

**It is so ordered.**

DOCKETED ON CM
NOV - 7 2006
BY _____ 014

Initials of Deputy Clerk    JY

cc:

1303