# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Case No.    CR-02-220(B)-DT                                      Date    November 3, 2006

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Varvara Olson/ Zoya Spivakosky Russian Interpreters

| Jake Yerke | Lori Muraoka | Robert Dugdale/Susan DeWitt/Kim Meyer |
|------------|--------------|--------------------------------------|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|-------------------------|---------|-------|------|---------------------------|---------|------|------|
| 1) Iouri Mikhel | X | X | | 1) Richard Callahan (by phone) | X | X | |
| | | | | Dale Rubin | X | X | |
| 2) Jurlius Kadamovas | Not | X | | 2) Sonia Chahin | X | X | |
| | | | | Richard Lasting | X | X | |

Proceedings:    **(IN CHAMBERS)**

**Court orders that the Bureau of Prisons allow defendant Mikhel to exchange his current cd player for a new cd/mp3 player. The new cd/mp3 player has been mailed to the legal department at Metropolitan Department of Corrections.**

**It is so ordered.**

DOCKETED ON CM.

NOV - 7 2006

BY 023

Initials of Deputy Clerk    JY

cc:

CR-11 (09/98)                    CRIMINAL MINUTES - GENERAL                    Page 1 of 1