☐ Appeals

☐ Civil Section

☒ Criminal Section

FILED
CLERK, U.S. DISTRICT COURT

NOV - 7 2006

CENTRAL DISTRICT OF CA
BY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| PLAINTIFF(S), | DC CASE NUMBER: CR 02-220(B)-DT |
| v. | |
| IOURI MIKHEL, JURLIUS KADAMOVAS, | CA CASE NUMBER: |
| DEFENDANT(S). | **RECEIPT FOR REPORTER'S TRANSCRIPT** |

The following reporter's transcripts have been received and filed:

| Date of Hearing | Date Filed | Reporter |
|---|---|---|
| 08/14/06 | 11/07/06 | Rose Yapundjian - 51 |
| | | |
| Toni Hudson/Except Rep Svcs | | |
| **Partial Transcript of proceedings*** | | |
| Sealed portion from 2:14:36 to 2:20:53 pm was omitted | | |

DOCKETED ON CM

NOV - 8 2006

BY ___ 067

Clerk, U. S. District Court

By _____
Deputy Clerk

☐ Check here if the filing of these transcripts satisfies the Transcript Designation and Ordering Form for the purposes of appeal. *(To be checked by Deputy Clerk in Appeals Section)*

| **WHITE - ORIGINAL FILE** | **YELLOW - APPEALS SECTION** | **BLUE - COURT REPORTER** |
|---|---|---|

G-80 (07/05)                    RECEIPT FOR REPORTER'S TRANSCRIPT

GPO  U.S. GPO: 2005-785-500/39154