☐ Appeals

☐ Civil Section

☒ Criminal Section

FILED
CLERK, U.S. DISTRICT COURT

NOV - 7 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF(S),

v.

IOURI MIKHEL,
JURLIUS KADAMOVAS,

DEFENDANT(S).

DC CASE NUMBER: CR 02-220(B)-DT

CA CASE NUMBER: _____

**RECEIPT FOR REPORTER'S TRANSCRIPT**

The following reporter's transcripts have been received and filed:

| Date of Hearing | Date Filed | Reporter |
|---|---|---|
| 10/17/06 | 11/07/06 | Rose Yapundjian - 137 |
| J/T -26th Day | | |
| 10/18/06 | " | Rose Yapundjian - 126 |
| J/T - 27th Day | | |
| 10/19/06 | " | Rose Yapundjian - 146 |
| J/T - 28th Day | | |
| 10/20/06 | " | Rose Yapundjian - 149 |
| J/T - 29th Day | | |
| Toni Hudson/Except Rep Svcs | | |

DOCKETED ON CM

NOV - 8 2006

BY            067

Clerk, U. S. District Court

By _____
Deputy Clerk

☐ Check here if the filing of these transcripts satisfies the Transcript Designation and Ordering Form for the purposes of appeal. *(To be checked by Deputy Clerk in Appeals Section)*