# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Scan only

### CRIMINAL MINUTES - TRIAL

| | | |
|---|---|---|
| Case No. | CR-02-220-(B)-DT | Date    11-03-06 |

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Alex Levoff/Ludmilla Genn /Varvara Olson/Zoya Spivakofsky/Raisa Danilova Russian Interpreters; Louis Perez/James Davidson-FBI; Michael M. Crain for witness Solovyeva

| D.L. O'Neill | Gail Peeples/Rose Yapundjian | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

| | | |
|---|---|---|
| ____ Day COURT TRIAL | 37 Day JURY TRIAL | |

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

X Witnesses called, sworn and testified.

X Exhibits identified    X Exhibits admitted

____ Government rests.    Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Closing arguments made    ____ Court instructs jury    ____ Bailiff sworn

____ Alternates excused    ____ Jury retires to deliberate    ____ Jury resumes deliberations

____ Finding by Court as follows:    ____ Jury Verdict as follows:

Dft # ____ Guilty on count(s)    ____ Not Guilty on count(s)

____ Jury polled    ____ Polling waived

____ Filed Witness & Exhibit lists    ____ Filed Jury notes    ____ Filed Jury Instructions    ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ____ remanded to custody.    ____ Remand/Release# ____ issd.    Dft # ____ released from custody.

X Case continued to    11-07-06 at 9:15 am _____ for further trial.

Other: _____

DOCKETED ON CM

NOV 15 2006

BY ____

Initials of Deputy Clerk ____

4 : 10