# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*Star only*

### CRIMINAL MINUTES - TRIAL

Case No. __CR-02-220-(B)-DT__                    Date    11-07-06

Present: The Honorable __DICKRAN TEVRIZIAN__

Interpreter: Alex Levoff/Ludmilla Genn /Varvara Olson/Zoya Spivakofsky/Raisa Danilova Russian Interpreters; Louis Perez/James Davidson-FBI; Fred McCurry for witness Solovyeva

| D.L. O'Neill | Gail Peeples/Rose Yapundjian | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

____ Day COURT TRIAL        38 Day JURY TRIAL

____ The Jury is impaneled and sworn.

____ Opening statements made by

X Witnesses called, sworn and testified.

X Exhibits identified        X Exhibits admitted

____ Government rests.        Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Closing arguments made        ____ Court instructs jury        ____ Bailiff sworn

____ Alternates excused        ____ Jury retires to deliberate        ____ Jury resumes deliberations

____ Finding by Court as follows:        ____ Jury Verdict as follows:

Dft # ____ ____ Guilty on count(s)        ____ Not Guilty on count(s)

____ Jury polled        ____ Polling waived

____ Filed Witness & Exhibit lists    ____ Filed Jury notes    ____ Filed Jury Instructions    ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ____ remanded to custody.    ____ Remand/Release# ____ issd.    Dft # ____ released from custody.

X Case continued to  11-0806 at 9:15 am _____ for further trial.

Other: _____

5 : 20

Initials of Deputy Clerk _____

1314

CR-78 (01/05)                    CRIMINAL MINUTES - TRIAL                    Page 1 of 1