# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*Scan only*

### CRIMINAL MINUTES - TRIAL

Case No.  CR-02-220-(B)-DT                                           Date  11-08-06

Present: The Honorable  DICKRAN TEVRIZIAN

Interpreter  Alex Levoff/Ludmilla Genn /Varvara Olson/Zoya Spivakofsky/Raisa Danilova Russian Interpreters; Louis Perez/James Davidson-FBI; Fred McCurry for witness Solovyeva

| D.L. O'Neill | Gail Peeples/Rose Yapundjian | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

____ Day COURT TRIAL            39  Day JURY TRIAL

____ The Jury is impaneled and sworn.

____ Opening statements made by

_X_ Witnesses called, sworn and testified.

DOCKETED ON CM

NOV 1 5 2006

BY _____ 014

_X_ Exhibits identified          _X_ Exhibits admitted

____ Government rests.          Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Closing arguments made      ____ Court instructs jury      ____ Bailiff sworn

____ Alternates excused          ____ Jury retires to deliberate ____ Jury resumes deliberations

____ Finding by Court as follows:          ____ Jury Verdict as follows:

Dft # ____ Guilty on count(s)          ____ Not Guilty on count(s)

____ Jury polled                ____ Polling waived

____ Filed Witness & Exhibit lists  ____ Filed Jury notes  ____ Filed Jury Instructions  ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ____ remanded to custody.  ____ Remand/Release# ____ issd.  ____ Dft # ____ released from custody.

_X_ Case continued to  11-09-06 at 9:15 am  ____ for further trial.

Other: _____

                                                        5   :   20

                        Initials of Deputy Clerk  _____

                                                        1315