# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Scan only

SCANNED

### CRIMINAL MINUTES - TRIAL

Case No.   CR-02-220-(B)-DT                                        Date   11-09-06

Present: The Honorable   DICKRAN TEVRIZIAN

Interpreter   Alex Levoff/Ludmilla Genn /Varvara Olson/Zoya Spivakofsky/Raisa Danilova Russian Interpreters; Louis Perez/James Davidson-FBI; Theresa A. Kristovich for witness Markovskis

| D.L. O'Neill | Gail Peeples/Rose Yapundjian | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

_____ Day COURT TRIAL                40   Day JURY TRIAL

_____ The Jury is impaneled and sworn.

_____ Opening statements made by   _____

  X   Witnesses called, sworn and testified.

  X   Exhibits identified          X   Exhibits admitted

_____ Government rests.        Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Closing arguments made        _____ Court instructs jury        _____ Bailiff sworn

_____ Alternates excused        _____ Jury retires to deliberate        _____ Jury resumes deliberations

_____ Finding by Court as follows:        _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s)        _____ Not Guilty on count(s)

DOCKETED ON CM
NOV 15 2006
BY 014

_____ Jury polled        _____ Polling waived

_____ Filed Witness & Exhibit lists   _____ Filed Jury notes   _____ Filed Jury Instructions   _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.   Remand/Release# _____ issd.   Dft # _____ released from custody.

  X   Case continued to   11-14-06 at 9:15 am   _____ for further trial.

Other: _____

                                                              4   :   55

                                   Initials of Deputy Clerk   _____

1316