# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*Scan only*

### CRIMINAL MINUTES - TRIAL

| | | |
|---|---|---|
| Case No. | CR-02-220-(B)-DT | Date  11-14-06 |

Present: The Honorable  **DICKRAN TEVRIZIAN**

Interpreter  Alex Levoff/Ludmilla Genn /Varvara Olson/Zoya Spivakofsky/Raisa Danilova Russian Interpreters; Louis Perez/James Davidson-FBI;

| D.L. O'Neill | Gail Peeples/Lori Muraoka | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

_____ Day <u>COURT TRIAL</u>  41 Day <u>JURY TRIAL</u>

**DOCKETED ON CM**
**NOV 16 2006**
BY ___ 023

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

**X** Witnesses called, sworn and testified.

**X** Exhibits identified    **X** Exhibits admitted

_____ Government rests.    Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Closing arguments made    _____ Court instructs jury    _____ Bailiff sworn

_____ Alternates excused    _____ Jury retires to deliberate    _____ Jury resumes deliberations

_____ Finding by Court as follows:    _____ Jury Verdict as follows:

_____ Dft # _____ Guilty on count(s)    _____ Not Guilty on count(s)

_____ Jury polled    _____ Polling waived

_____ Filed Witness & Exhibit lists    _____ Filed Jury notes    _____ Filed Jury Instructions    _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.    _____ Remand/Release# _____ issd.    Dft # _____ released from custody.

**X** Case continued to    11-15-06 at 9:15 am    for further trial.

Other: _____

_____ 4 : 15

Initials of Deputy Clerk _____