# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*scan only*

### CRIMINAL MINUTES - TRIAL

Case No.    CR-02-220-(B)-DT                                     Date    11-16-06

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Alex Levoff/Ludmilla Genn /Zoya Spivakofsky/ Russian Interpreters;
Louis Perez/James Davidson-FBI; Nick Pacheco for witness Paniouchkine

| D.L. O'Neill | Gail Peeples/Rose Yapundjian | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

\_\_\_\_ Day <u>COURT TRIAL</u>          43  Day <u>JURY TRIAL</u>

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made by  _____

X   Witnesses called, sworn and testified.

X   Exhibits identified          X   Exhibits admitted

\_\_\_\_ Government rests.          Defendant(s) _____ rest.

\_\_\_\_ Motion for mistrial by _____     is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Closing arguments made     \_\_\_\_ Court instructs jury     \_\_\_\_ Bailiff sworn

\_\_\_\_ Alternates excused     \_\_\_\_ Jury retires to deliberate     \_\_\_\_ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:          \_\_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_ Guilty on count(s)          \_\_\_\_ Not Guilty on count(s)

\_\_\_\_ Jury polled          Polling waived

\_\_\_\_ Filed Witness & Exhibit lists     \_\_\_\_ Filed Jury notes     \_\_\_\_ Filed Jury Instructions     \_\_\_\_ Filed Jury Verdict

\_\_\_\_ Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

\_\_\_\_ Dft # \_\_\_\_ remanded to custody.     \_\_\_\_ Remand/Release# \_\_\_\_ issd.     \_\_\_\_ Dft # \_\_\_\_ released from custody.

X   Case continued to    11-28-06 at 9:15 am \_\_\_\_ for further trial.

Other: _____

DOCKETED ON CM

NOV 17 2006

BY \_\_\_\_ 172

5  :  0

Initials of Deputy Clerk \_\_\_\_

1330

CR-78 (01/05)                    CRIMINAL MINUTES - TRIAL                    Page 1 of 1