DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Section
CAROLE C. PETERSON (California State Bar No. 173845)
ROBERT C. GANNON (California State Bar No. 064112)
BRIAN R. MICHAEL (California State Bar No. 240560)
ELIZABETH CARPENTER (California State Bar No. 243460)
Assistant United States Attorneys
Organized Crime and Terrorism Section
　　　1500 United States Courthouse
　　　312 North Spring Street
　　　Los Angeles, California 90012
　　　Telephone:　(213) 894-6920
　　　Facsimile:　(213) 894-3713
　　　e-mail:　　carole.peterson@usdoj.gov
　　　　　　　　robert.gannon@usdoj.gov
　　　　　　　　brian.michael@usdoj.gov
　　　　　　　　elizabeth.carpenter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. 02-220(B)-DT |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER RE SEALING OF DOCUMENT [AND RELATED ORDER] |
| IOURI MIKHEL and JURIJUS KADAMAVOS, | ) | |
| Defendants. | ) | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for sealed filing is

GRANTED.  The document sought to be filed under seal, the related

//

//

order, and the government's ex parte application for sealed filing shall all be filed under seal.

DATED: NOV 20 2006

DICKRAN TEVRIZIAN

UNITED STATES DISTRICT JUDGE

DICKRAN TEVRIZIAN

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____

UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I, JOAN MOON, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action; That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

[PROPOSED] ORDER RE SEALING OF DOCUMENT [AND RELATED ORDER]

service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ x] Placed in a sealed envelope for collection and mailing via U.S. Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

DALE RUBIN, ESQ.
2275 Huntington Dr., Ste. 902
San Marino, CA 91108

RICHARD LASTING, ESQ.
1717 Fourth Street, 3rd Floor
Santa Monica, California 90401

RICHARD CALLAHAN, Jr., ESQ.
230 E. Colorado Blvd., Ste. 1200
Pasadena, CA 91101

SONIA CHAHIN, ESQ.
2222 Foothill Blvd., Ste. E-278
La Canada, CA 91011

This Certificate is executed on November 17, 2006, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

JOAN MOON