# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*Scan only*

### CRIMINAL MINUTES - TRIAL

Case No. CR-02-220-(B)-DT          Date   11-30-06

Present: The Honorable   DICKRAN TEVRIZIAN

Interpreter   Alex Levoff/Ludmilla Genn /Zoya Spivakofsky/ Russian Interpreters; Louis Perez/James Davidson-FBI;

| D.L. O'Neill | Gail Peeples/Lori Muraoka | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

_____ Day COURT TRIAL          46   Day JURY TRIAL

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

__X__ Witnesses called, sworn and testified.

__X__ Exhibits identified     __X__  Exhibits admitted

_____ Government rests.     _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Closing arguments made     _____ Court instructs jury     _____ Bailiff sworn

_____ Alternates excused     _____ Jury retires to deliberate     _____ Jury resumes deliberations

_____ Finding by Court as follows:          _____ Jury Verdict as follows:

Dft # - _____ Guilty on count(s) _____          _____ Not Guilty on count(s) _____

_____ Jury polled          _____ Polling waived

_____ Filed Witness & Exhibit lists     _____ Filed Jury notes     _____ Filed Jury Instructions     _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody. _____ Remand/Release# _____ issd. _____ Dft # _____ released from custody.

__X__ Case continued to   12-01-06 at 12:00 noon   for further trial.

Other: _____

DOCKETED ON CM

DEC - 5 2006

BY _____ 040

Initials of Deputy Clerk   _____        5 : 20

1338