# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

SCAN

Case No.    CR-02-220-(B)-DT                                       Date    December 1, 2006

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter   Alex Levoff/Ludmilla Genn /Zoya Spivakofsky/ Russian Interpreters; Louis Perez/James Davidson-FBI;

| Wendy K. Hernandez for D.L. O'Neill | Gail Peeples/RoseYapundjian | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

____ Day COURT TRIAL          47   Day JURY TRIAL

DOCKETED ON CM

DEC - 5 2006

BY _____ 023

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

 X   Witnesses called, sworn and testified.

 X   Exhibits identified          X   Exhibits admitted

____ Government rests.     ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Closing arguments made    ____ Court instructs jury    ____ Bailiff sworn

____ Alternates excused    ____ Jury retires to deliberate    ____ Jury resumes deliberations

____ Finding by Court as follows:          ____ Jury Verdict as follows:

Dft # ____    Guilty on count(s) _____          ____ Not Guilty on count(s) _____

____ Jury polled          ____ Polling waived

____ Filed Witness & Exhibit lists    ____ Filed Jury notes    ____ Filed Jury Instructions    ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ____ remanded to custody.    ____ Remand/Release# ____ issd.    Dft # ____ released from custody.

 X   Case continued to    12-05-06 at 9:15 a.m.    for further trial.

Other: _____

1339

Initials of Deputy Clerk    3 : 0