# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

Case No.    CR-02-220-(B)-DT             Date    December 8, 2006

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Ludmilla Genn /Zoya Spivakofsky/ Russian Interpreters;
Louis Perez/James Davidson-FBI; Michael Shannon for witness Jose Avila

| Sandy Eagle for D.L. O'Neill | Rose Yapundjian/Lori Muraoka<br>Gail Peeples | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

_____ Day COURT TRIAL      51   Day JURY TRIAL

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

**X**   Witnesses called, sworn and testified.

**X**   Exhibits identified      **X**   Exhibits admitted

_____ Government rests.     _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Closing arguments made    _____ Court instructs jury    _____ Bailiff sworn

_____ Alternates excused    _____ Jury retires to deliberate    _____ Jury resumes deliberations

_____ Finding by Court as follows:      _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s)      _____ Not Guilty on count(s)

_____ Jury polled      _____ Polling waived

_____ Filed Witness & Exhibit lists   _____ Filed Jury notes   _____ Filed Jury Instructions   _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody. _____ Remand/Release# _____ issd. Dft # _____ released from custody.

**X**   Case continued to   12-12-06 at 9:15 a.m. _____ for further trial.

Other: _____

DOCKETED ON CM

DEC 13 2006

4   :   41

Initials of Deputy Clerk _____