# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Scan only

### CRIMINAL MINUTES - TRIAL

Case No.    CR-02-220-(B)-DT                                          Date    December 12, 2006

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Ludmilla Genn /Zoya Spivakofsky/ Russian Interpreters; Louis Perez/James Davidson-FBI; Michael Shannon for witness Jose Avila; Laura Bazelon for witness Raymond Eidaks.

| D.L. O'Neill | Rose Yapundjian<br>Gail Peeples | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

_____ Day <u>COURT TRIAL</u>                    52    Day <u>JURY TRIAL</u>

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

__X__ Witnesses called, sworn and testified.

__X__ Exhibits identified        __X__ Exhibits admitted

__X__ Government rests.        _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Closing arguments made        _____ Court instructs jury        _____ Bailiff sworn

_____ Alternates excused        _____ Jury retires to deliberate        _____ Jury resumes deliberations

_____ Finding by Court as follows:        _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s)        _____ Not Guilty on count(s)

_____ Jury polled        _____ Polling waived

_____ Filed Witness & Exhibit lists        _____ Filed Jury notes        _____ Filed Jury Instructions        _____ Filed Jury Verdict

__X__ Case continued to    12-13-06 at 9:15 a.m.        for further trial.

Other:    The Court DENIES defts' joint Rule 29 motion. The Court GRANTS the govt's motion to exclude testimony of Carl Knudsen. The Court DENIES deft Mikhel's mo for app't of add'll cnsl. Raymond Eidaks CST pursuant to deft subpoena.

DOCKETED ON CM

DEC 13 2006

BY _____

Initials of Deputy Clerk _____

2 : 55