# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| Case No. | CR-02-220-(B)-DT | Date | December 13, 2006 |
|---|---|---|---|

Present: The Honorable **DICKRAN TEVRIZIAN**

Interpreter: Ludmilla Genn /Zoya Spivakofsky/ Alex Levoff/Sophia Velen Russian Interpreters; Louis Perez/James Davidson-FBI

| D.L. O'Neill | Lori Muraoka / Gail Peeples | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

_____ Day COURT TRIAL       53 Day JURY TRIAL

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

X Witnesses called, sworn and testified.

X Exhibits identified       X Exhibits admitted

_____ Government rests.       Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

_____ Closing arguments made     ____ Court instructs jury     ____ Bailiff sworn

_____ Alternates excused     ____ Jury retires to deliberate     ____ Jury resumes deliberations

_____ Finding by Court as follows:       ____ Jury Verdict as follows:

Dft # ____ Guilty on count(s) _____       ____ Not Guilty on count(s) _____

_____ Jury polled       ____ Polling waived

_____ Filed Witness & Exhibit lists   ____ Filed Jury notes   ____ Filed Jury Instructions   ____ Filed Jury Verdict

X Case continued to   12-14-06 at 9:15 a.m.   for further trial.

Other: The Court DENIES deft Mikhel's mo to cont trial..

5 : 20

Initials of Deputy Clerk _____

DOCKETED ON CM

DEC 18 2006

CR-78 (01/05)       CRIMINAL MINUTES - TRIAL       Page 1 of 1