# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA



Scan only

### CRIMINAL MINUTES - TRIAL

| Case No. | CR-02-220-(B)-DT | Date | December 14, 2006 |
|---|---|---|---|

Present: The Honorable    DICKRAN TEVRIZIAN

| Interpreter | Ludmilla Genn /Zoya Spivakofsky/ Alex Levoff/ Russian Interpreters; Louis Perez/James Davidson-FBI |
|---|---|

| D.L. O'Neill | Rose Yapundjian Gail Peeples | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

_____ Day COURT TRIAL          54    Day JURY TRIAL

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

  X   Witnesses called, sworn and testified.

  X   Exhibits identified          X   Exhibits admitted

_____ Government rests.      _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Closing arguments made      _____ Court instructs jury      _____ Bailiff sworn

_____ Alternates excused      _____ Jury retires to deliberate      _____ Jury resumes deliberations

_____ Finding by Court as follows:          _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s) _____          _____ Not Guilty on count(s) _____

_____ Jury polled          _____ Polling waived

_____ Filed Witness & Exhibit lists    _____ Filed Jury notes    _____ Filed Jury Instructions    _____ Filed Jury Verdict

  X   Case continued to    12-15-06 at 9:15 a.m. _____ for further trial.

Other:

DOCKETED ON CM
DEC 26 2006
BY _____ 014

Initials of Deputy Clerk _____          5  :  15

1384