# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Scan only

### CRIMINAL MINUTES - TRIAL

Case No.    CR-02-220-(B)-DT                                   Date    December 15, 2006

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Zoya Spivakofsky/ Alex Levoff/ Russian Interpreters; Louis Perez/James Davidson-FBI

| Raymond Neal A. D.C. Oweil | Lori Muraoka / Gail Peeples | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

_____ Day <u>COURT TRIAL</u>            55  Day <u>JURY TRIAL</u>

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

__X__ Witnesses called, sworn and testified.

__X__ Exhibits identified          __X__ Exhibits admitted

_____ Government rests.        _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Closing arguments made      _____ Court instructs jury      _____ Bailiff sworn

_____ Alternates excused      _____ Jury retires to deliberate      _____ Jury resumes deliberations

_____ Finding by Court as follows:      _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s)            _____ Not Guilty on count(s)

_____ Jury polled            _____ Polling waived

_____ Filed Witness & Exhibit lists   _____ Filed Jury notes   _____ Filed Jury Instructions   _____ Filed Jury Verdict

__X__ Case continued to   1-3-07 at 9:15 a.m.        for further trial.

Other:   Defendant Kadamovas rests. Defendants Mikhel and Kadamovas renew their motion for judgment of acquittal pursuant to Federal Rules of Criminal Procedure Rule 29. The Court deems the motion made and denies the motion.

DOCKETED ON CM

DEC 26 2006

BY _____ 014

2 : 22

Initials of Deputy Clerk ___ RGN / PU

1385