GEORGE S. CARDONA
Acting United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Section
ROBERT E. DUGDALE (California State Bar No. 167258)
Deputy Chief - Organized Crime and Terrorism Section
SUSAN J. DE WITT (California State Bar No. 132462)
KAREN I. MEYER (California State Bar No. 220554)
Assistant United States Attorneys
Organized Crime and Terrorism Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-4685/4496/8559
     Facsimile:  (213) 894-3713
     e-mail:   robert.dugdale@usdoj.gov
               susan.dewitt@usdoj.gov
               kim.meyer@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>IOURI MIKHEL and JURIJUS KADAMOVAS,<br><br>          Defendants. | ) No. CR 02-220(B)-DT<br>)<br>) <u>GOVERNMENT'S REVISED PROPOSED</u><br>) <u>JURY INSTRUCTION NO. 10</u><br>)<br>) (ANNOTATED and CLEAN COPY)<br>)<br>)<br>)<br>)<br>) |

FILED
CLERK, U S DISTRICT COURT
DEC 2 8 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

DOCKETED ON CM
JAN - 3 2007
BY            029

1391

The government hereby files its revised proposed jury instruction No. 10.  The support for this instruction is set forth in a footnote at the bottom of the instruction.

Dated: December 28 , 2006

Respectfully submitted,

GEORGE S. CARDONA
Acting United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

SUSAN J. DE WITT
Assistant United States Attorney
Organized Crime & Terrorism Section

Attorneys for Plaintiff
United States of America

2

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. ___10___

A conspiracy is a kind of criminal partnership -- an agreement between two or more persons to commit one or more crimes. The crime of conspiracy is the agreement to do something unlawful.

Each member of the conspiracy is responsible for the actions of the other conspirators performed during the course and in furtherance of the conspiracy. If one member of a conspiracy commits a crime in furtherance of a conspiracy, the other members have also, under the law, committed the crime. Before you may consider the statements or acts of a co-conspirator, you must first determine whether the acts or statements were made during the existence of and in furtherance of an unlawful scheme, and whether any offense was one which could reasonably have been foreseen to be a necessary or natural consequence of the unlawful agreement.

Therefore, you may find a defendant guilty of hostage-taking resulting in death, as charged in Counts Two, Three and Four of the Indictment if the government has proved each of the following elements beyond a reasonable doubt:

1.  a person named in Counts Two, Three or Four of the Indictment committed the crime of hostage-taking resulting in death as alleged in those Counts;

2.  the person was a member of the conspiracy charged in Count One of the Indictment:

3.  the person committed the crime of hostage-taking resulting in death in furtherance of the conspiracy;

3

4.  the defendant was a member of the same conspiracy at the time the offense charged in Counts Two, Three or Four was committed; and

5.  the offense fell within the scope of the unlawful agreement and could reasonably have been foreseen to be a necessary or natural consequence of the unlawful agreement.[1]

---

[1] Authority:  Ninth Circuit Criminal Jury Instruction No. 8.20 (2003) [Conspiracy - Pinkerton Charge].

4

COURT'S INSTRUCTION NO. _____

A conspiracy is a kind of criminal partnership -- an agreement between two or more persons to commit one or more crimes. The crime of conspiracy is the agreement to do something unlawful.

Each member of the conspiracy is responsible for the actions of the other conspirators performed during the course and in furtherance of the conspiracy. If one member of a conspiracy commits a crime in furtherance of a conspiracy, the other members have also, under the law, committed the crime. Before you may consider the statements or acts of a co-conspirator, you must first determine whether the acts or statements were made during the existence of and in furtherance of an unlawful scheme, and whether any offense was one which could reasonably have been foreseen to be a necessary or natural consequence of the unlawful agreement.

Therefore, you may find a defendant guilty of hostage-taking resulting in death, as charged in Counts Two, Three and Four of the Indictment if the government has proved each of the following elements beyond a reasonable doubt:

1. a person named in Counts Two, Three or Four of the Indictment committed the crime of hostage-taking resulting in death as alleged in those Counts;

2. the person was a member of the conspiracy charged in Count One of the Indictment:

3. the person committed the crime of hostage-taking resulting in death in furtherance of the conspiracy;

4.    the defendant was a member of the same conspiracy at the time the offense charged in Counts Two, Three or Four was committed; and

5.    the offense fell within the scope of the unlawful agreement and could reasonably have been foreseen to be a necessary or natural consequence of the unlawful agreement.

6

## CERTIFICATE OF SERVICE

I, Susan J. De Witt, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S REVISED PROPOSED JURY INSTRUCTIONS NO. 10 (ANNOTATED and CLEAN COPY)**
service was:

| | |
|---|---|
| [] Placed in a closed envelope, for collection and interoffice delivery addressed as follows: | [ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |
| [X] By hand delivery addressed as follows: | [ ] By facsimile as follows: |

**SEE ATTACHED SERVICE LIST**

[ ] By messenger as follows:       [ ] By federal express as follows:

This Certificate is executed on **December 28, 2006**, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

## SERVICE LIST

*Mikhel*

Richard Callahan, Esq.
230 E. Colorado Blvd., Suite 1200
Pasadena, CA 91101
(626) 202-4060
fax: 626-794-4676

Dale Rubin, Esq. (capital counsel)
2275 Huntington Drive, Suite 902
San Marino, CA 91108
(800) 695-3717
fax: 413-228-0521

*Kadamovas*

Sonia Chahin, Esq.
2222 Foothill Blvd. #E278
La Canada, CA 91011
(818) 549-0149
fax: 818-549-0990

Richard Lasting, Esq. (capital counsel)
White & Lasting
1717 Fourth Street
Third Floor
Santa Monica, CA 90401
(310) 576-6242
fax: 310-626-9677