# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR-02-220(B)-DT | Date | December 28, 2006 |
|---|---|---|---|

Present: The Honorable   DICKRAN TEVRIZIAN

Interpreter   Alex Levoff Russian Interpreter

| D.l. O'Neill | Lori Muraoka/Gail Peeples | Robert Dugdale/Susan DeWitt |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | X | X | | 1) Richard Callahan (by phone)<br>   Dale Rubin | X<br>X | X<br>X | |
| 2) Jurlius Kadamovas | X | X | | 2) Sonia Chahin<br>   Richard Lasting | X<br>X | X<br>X | |

Proceedings:   **STATUS CONFERENCE**

**Court and counsel present, Status Conference held re: Jury Instructions and Jury Verdict.**

**The Court DENIES defendant Mikhel's oral motion to continue the trial.**

**The Court DENIES defendant Kadamovas' oral motion to continue the trial.**

|  | 2 | : | 40 |
|---|---|---|---|
| Initials of Deputy Clerk | dlo | | |

cc: