# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR-02-220(B)-DT | Date | December 28, 2006 |
|---|---|---|---|

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    n/a

| D L. O'Neill | n/a | Robert Dugdale/Susan DeWitt/Kim Meyer (not present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| | | | | 1) Richard Callahan | not | X | |
| 1) Iouri Mikhel | not | X | | Dale Rubin | not | X | |
| | | | | 2) Sonia Chahin | not | X | |
| 2) Jurlius Kadamovas | not | X | | Richard Lasting | not | X | |

**Proceedings:**    IN CHAMBERS

       The counsel in the trial of this matter before Judge Tevrizian are to file any criminal documents in the traditional manner.

       Counsel shall present their filings to the courtroom deputy who will in turn deliver said documents to the court's criminal section for scanning and docketing.

                                         _____  :  _____

Initials of Deputy Clerk    dlo

cc: