## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States | | CASE NUMBER: |
| | PLAINTIFF(S) | No. CR 02-220(B)-DT |
| v. | | |
| Iouri Mikhel,<br>Jurijus Kadamovas | | **NOTICE OF MANUAL FILING** |
| | DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case.  In accordance with General Order 05-01 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

Document Description:

☐    Administrative Record

☐    Exhibits

☑    Other <u>Government's Disclosure of Possible Rebuttal Expert for Penalty Phase; Ex.; Decl.,</u>
Notice of Filing Under Seal; Sealing Order; Ex Parte Application.
Reason:

☐    Per Court order

☐    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐    Electronic versions are not available to filer

☑    Other <u>General Order 06-07 s. VII.B (under seal filing)</u>

<u>January 10, 2007</u>
Date

<u>Assistant U.S. Attorney Brian R. Michael</u>
Attorney Name

<u>United States</u>
Party Represented