JAN-03-2007  16:36              +12139840293                                P.02

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 0 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | | CASE NUMBER |
|---|---|---|
| PLAINTIFF | | CR-02-220-B-DT |
| v. | | |
| 2) Jurlius Kademovas | | |
| DEFENDANT. | | **ABSTRACT OF COURT PROCEEDING** |

TO:   UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:

You are hereby notified that the Honorable __Dickran Tevrizian__,
☒ United States District Judge   ☐ United States Magistrate Judge, has this date   ☐ ordered   ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
　　　　☐ forthwith　　　　☐ as soon as possible　　　　☐ as requested, at suitable times

☐ Allowed social visits　　　☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☐ Provided with a medical examination and/or medical treatment for_____
A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before_____

☒ Other __shall be provided daily access, after court/evening until 10:00pm and on the weekends to his laptop computer, power cord and discovery materials between and including the dates of 1-4-07 thru 1-8-07. These materials and items shall be provided to him in his cell__

CLERK U.S. DISTRICT COURT

Dated: __1-3-07__　　　　　　　　　By: __Jeb Sowen__
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

---

### RETURN TO CLERK'S OFFICE
☒ Western Division-Los Angeles　　☐ Southern Division-Santa Ana　　☐ Eastern Division-Riverside

This abstract was received on __1/4/07__

☒ The aforementioned order(s) were or will be complied with on: __1/4/07__

☐ The aforementioned order(s) were not complied with for the following reasons: _____
_____
_____

| __B.R. Hoyt__ | __Associate Warden__ | __M. DeVore for__ |
|---|---|---|
| Name (Print) | Title | Signature |

cc: ☒ MDC, ☒ Cell block

CR-53 (12/03)　　　　　　　　**ABSTRACT OF COURT PROCEEDING**

Jan-03-07  05:42pm   From-US DISTRICT COURT   +12139840293   T-264  P.02/02  F-111