# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | CR-02-220-(B)-DT | Date | January 3, 2007 |

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter: Zoya Spivakofsky/ Alex Levoff/ Russian Interpreters; Louis Perez/James Davidson-FBI

| D.L. O'Neill | Tanya Durant / Gail Peeples | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

_____ Day <u>COURT TRIAL</u>    56 Day <u>JURY TRIAL</u>

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

X Witnesses called, sworn and testified.

X Exhibits identified    X Exhibits admitted

_____ Government rests.    _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Closing arguments made    _____ Court instructs jury    _____ Bailiff sworn

_____ Alternates excused    _____ Jury retires to deliberate    _____ Jury resumes deliberations

_____ Finding by Court as follows:    _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s)    _____ Not Guilty on count(s)

_____ Jury polled    _____ Polling waived

X Case continued to    1-4-07 at 9:15 a.m.    for further trial.

Other:    The Court DENIES deft Mikhel's motion in limine (filed 1-3-07) to preclude x-exam of deft Mikhel on 1) uncharged foreign allegations in Cyprus and 2) deft's statements regarding escape attempt . The Court DENIES w/o prejudice deft Kadamovas' renewal motion (filed 1-3-07) of his request for severance from codeft Iouri Mikhel.

5 : 20

Initials of Deputy Clerk    dlo