# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR-02-220-(B)-DT | Date | January 4, 2007 |
|---|---|---|---|

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Zoya Spivakofsky/ Alex Levoff/ Russian Interpreters; Louis Perez/James Davidson-FBI

| D.L. O'Neill | Tanya Durant / Gail Peeples | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

____ Day <u>COURT TRIAL</u>    57  Day <u>JURY TRIAL</u>

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

__X__ Witnesses called, sworn and testified.

__X__ Exhibits identified    __X__ Exhibits admitted

____ Government rests.    Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Closing arguments made    ____ Court instructs jury    ____ Bailiff sworn

____ Alternates excused    ____ Jury retires to deliberate    ____ Jury resumes deliberations

____ Finding by Court as follows:    ____ Jury Verdict as follows:

Dft # ____ Guilty on count(s)    ____ Not Guilty on count(s)

____ Jury polled    ____ Polling waived

__X__ Case continued to    1-5-07 at 9:15 a.m.    for further trial.

Other:    The Court DENIES deft Kadamovas' motion for mistrial.

4 : 55

Initials of Deputy Clerk    dlo