# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR-02-220-(B)-DT | Date | January 5, 2007 |
|---|---|---|---|

Present: The Honorable   DICKRAN TEVRIZIAN

Interpreter   Zoya Spivakofsky/ Alex Levoff/ Ludmilla Genn Russian Interpreters;
Louis Perez/James Davidson-FBI

| D.L. O'Neill | Lori Muraoka<br>Gail Peeples | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| Jurijus Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

_____ Day <u>COURT TRIAL</u>          58   Day <u>JURY TRIAL</u>

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

__X__ Witnesses called, sworn and testified.

__X__ Exhibits identified          __X__ Exhibits admitted

_____ Government rests.     _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Closing arguments made     _____ Court instructs jury     _____ Bailiff sworn

_____ Alternates excused     _____ Jury retires to deliberate     _____ Jury resumes deliberations

_____ Finding by Court as follows:          _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s) _____          _____ Not Guilty on count(s) _____

_____ Jury polled          _____ Polling waived

__X__ Case continued to   1-9-07 at 9:15 a.m.   for further trial.

Other: _____

|  | 3 | : | 05 |
|---|---|---|---|

Initials of Deputy Clerk          dlo