# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| Case No. | CR-02-220-B-DT | | | Date | 1-16-07 |
|---|---|---|---|---|---|

Present: The Honorable  DICKRAN TEVRIZIAN

Interpreter  Ludmilla Genn/Alex Levoff Russian Interpreters; James Davidson/Louis Perez FBI Agents

| D.L. O'Neill | Rose Yapundjian | Susan DeWitt/Kim Myer/Robert Dugdale |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | X | X | | Richard Callahan/Dale Rubin | X | X | |
| 2) Jurjius Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

_____ Day COURT TRIAL    63  Day JURY TRIAL    _____ Death Penalty Phase

_____ One day trial;  _____ Begun (1ˢᵗ day);  X  Held & continued;  _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made

_____ Witnesses called, sworn and testified.

_____ Exhibits identified    _____ Exhibits admitted

_____ Government rests.    _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29)  is _____ granted _____ denied _____ submitted

_____ Closing arguments made   X  Court instructs jury   (3)  Bailiff sworn

_____ Alternates excused   X  Jury retires to deliberate   _____ Jury resumes deliberations

_____ Finding by Court as follows:    _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s)    _____ Not Guilty on count(s)

_____ Jury polled    _____ Polling waived

_____ Filed Witness & Exhibit lists   _____ Filed Jury notes  _____ Filed Jury Instructions   _____ Filed Jury Verdict

_____ Dft # _____ remanded to custody.  _____ Remand/Release# _____ issd.  Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

X  Case continued to  1-17-07 @ 9:15am  _____ for further trial/further jury deliberation.

X  Other:  Counsel stipulate on the record as to exhibits in evidence given to jurors. See transcript re: alternates

|  | 1 | : | 25 |
|---|---|---|---|

Initials of Deputy Clerk _____ dlo