# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR-02-220-B-DT | | Date | 1-17-07 |
|---|---|---|---|---|

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Ludmilla Genn/Alex Levoff Russian Interpreters; James Davidson/Louis Perez FBI Agents

| D.L. O'Neill | Rose Yapundjian | Susan DeWitt/Kim Myer/Robert Dugdale |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | X | X | | Richard Callahan/Dale Rubin | X | X | |
| 2) Jurjius Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

\_\_\_\_\_ Day <u>COURT TRIAL</u>    64 Day <u>JURY TRIAL</u>    \_\_\_\_\_ Death Penalty Phase

\_\_\_\_\_ One day trial;    \_\_\_\_\_ Begun (1st day);    \_\_\_\_\_ Held & continued;    \_\_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_\_ Opening statements made

\_\_\_\_\_ Witnesses called, sworn and testified.

\_\_\_\_\_ Exhibits identified    \_\_\_\_\_ Exhibits admitted

\_\_\_\_\_ Government rests.    \_\_\_\_\_ Defendant(s) \_\_\_\_\_ rest.

\_\_\_\_\_ Motion for mistrial by \_\_\_\_\_ is \_\_\_\_\_ granted \_\_\_\_\_ denied \_\_\_\_\_ submitted

Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_\_ granted \_\_\_\_\_ denied \_\_\_\_\_ submitted

\_\_\_\_\_ Closing arguments made    \_\_\_\_\_ Court instructs jury    \_\_\_\_\_ Bailiff sworn

\_\_\_\_\_ Alternates excused    \_\_\_\_\_ Jury retires to deliberate    X Jury resumes deliberations

\_\_\_\_\_ Finding by Court as follows:    X Jury Verdict as follows:    see special verdicts

Dft # \_\_\_\_\_ Guilty on count(s)    \_\_\_\_\_ Not Guilty on count(s)

X Jury polled    \_\_\_\_\_ Polling waived

X Filed Witness & Exhibit lists    X Filed Jury notes    X Filed Jury Instructions    X Filed Jury Verdict

\_\_\_\_\_ Dft # \_\_\_\_\_ remanded to custody.    \_\_\_\_\_ Remand/Release# \_\_\_\_\_ issd.    Dft # \_\_\_\_\_ released from custody.

\_\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_\_

X Case continued to    1-24-07 @ 9:15am    for further trial/further jury deliberation.

X Other:    Guilt phase completed. Penalty phase to commence 1-24-07.

: 40

Initials of Deputy Clerk    dlo