**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  | CASE NUMBER: |
|---|---|
| PLAINTIFF(S)<br><br>v. | |
| | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case.  In accordance with General Order 05-01 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

Document Description:

☐    Administrative Record

☐    Exhibits

☐    Other _____

Reason:

☐    Per Court order

☐    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐    Electronic versions are not available to filer

☐    Other _____

_____

_____    _____

Date    Attorney Name

_____

Party Represented

G-92  (06/05)    **NOTICE OF MANUAL FILING**