GEORGE S. CARDONA
Acting United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Section
CAROLE C. PETERSON (California State Bar No. 173845)
ROBERT C. GANNON (California State Bar No. 064112)
BRIAN R. MICHAEL (California State Bar No. 240560)
ELIZABETH CARPENTER (California State Bar No. 243460)
Assistant United States Attorneys
Organized Crime and Terrorism Section
        1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:  (213) 894-6920
        Facsimile:  (213) 894-3713
        e-mail:   carole.peterson@usdoj.gov
                  robert.gannon@usdoj.gov
                  brian.michael@usdoj.gov
                  elizabeth.carpenter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S AMENDED** |
| | ) | **DISCLOSURE OF POSSIBLE** |
| v. | ) | **REBUTTAL EXPERT FOR PENALTY** |
| | ) | **PHASE; EXHIBIT** |
| IOURI MIKHEL, | ) | |
| JURIJUS KADAMOVAS, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

     Plaintiff United States of America, by and through its

Firewall Attorneys, Assistant United States Attorneys Carole C.

Peterson, Robert C. Gannon, Brian R. Michael and Elizabeth

Carpenter, previously disclosed that Gregory L. Hershberger is a

possible rebuttal expert for the government during the penalty phase of this case, and attached to the disclosure a copy of Mr. Hershberger's resume.

It has since come to the government's attention that the second page of Mr. Hershberger's two-page resume may have, inadvertently, not been included with the previously filed notice.  Accordingly, attached hereto as Exhibit A, is a complete copy of Mr. Hershberger's two-page resume.

Dated: January 22, 2007          Respectively submitted,

GEORGE S. CARDONA
Acting United States Attorney

THOMAS P. O'BRIEN
Assistant U.S. Attorney
Chief, Criminal Division


_____
CAROLE C. PETERSON
ROBERT C. GANNON
BRIAN R. MICHAEL
ELIZABETH CARPENTER
Assistant United States Attorneys

2