# Gregory L. Hershberger

5815 Shadow Lane
 Lincoln, Nebraska 68516-5225

## Work History

**Regional Director, Federal Bureau of Prisons, North Central Region, Kansas City, KS**
June, 1997 to October, 2004

Provided executive oversight and direction for 18 institutions and 5 community corrections offices in 12 mid-western states.  Institutions included five high security penitentiaries, two major medical facilities, five medium security, three low security, two minimum security institutions, and one metropolitan detention center.  Responsible for $570 Million annual budget, 6,700 staff, and 23,000 inmates.

Sponsored and directed two agency re-engineering groups involving institutional medical services,  and inmate skills development to prepare inmates for re-entry to the community.

Developed several programs for high security inmates with extensive institutional misconduct records, including disruptive group members from prison and street gangs.  Programs included CODE, KC Model, E-CODE, Axis-II Program, and residential drug programs.

Developed Bureau's response to terrorism, including modifying facilities, and provided executive oversight for housing terrorists within the Bureau of Prisons.

Provided executive direction and oversight to the housing, programing, and execution of Federal inmates with capital sentences.

Responsible for facilities management, including comprehensive review of older facilities, with consequent implementation of plans to repair and maintain older facilities.

Served as a member of the American Correctional Association's Standards Committee, representing the FBOP, for four year term(1998-2002).  The ACA Standards Committee took action on requests for changes, additions, and deletions of accreditation standards for the correctional profession.

**Warden, United States Penitentiary, Administrative Maximum, Florence, CO**
January, 1996 to June, 1997

**Warden, U.S. Medical Center for Federal Prisoners, Springfield, MO**
May, 1994 to January, 1996

**Warden, Metropolitan Detention Center, Brooklyn, NY**
June, 1992 to May, 1994

**Warden, Federal Correctional Institution, Otisville, NY**

June, 1989 to June, 1992

**Associate Warden, Federal Correctional Institution, El Reno, OK**
January, 1988 to June, 1989

**Associate Warden, Federal Correctional Institution, Petersburg, VA**
February, 1986 to January, 1988

**Other Bureau of Prison's Positions, July 1978 to February, 1986**
Inspector, Office of Inspections, Central Office, Washington, DC
Controller, United States Penitentiary, Terre Haute, IN
Controller, Metropolitan Correctional Center, Chicago, IL
Budget Analyst, Central Office, Washington, DC
Management Analyst, Central Office, Washington, DC

**State Probation Officer, State of Nebraska, McCook, Nebraska**
November, 1973 to June, 1977

## Honors and Awards

Presidential Management Intern, 1978-1980
Meritorious Executive, Senior Executive Service, U.S. Government, 2001

## Education

| | | |
|---|---|---|
| B.A. | Sociology | University of Nebraska - Lincoln, 1971 |
| M.A. | Criminal Justice | Washington State University, 1978 |

Contemporary Issues in Government, Brookings Institute, 1992
Senior Managers in Government, Kennedy School of Government, Harvard University, 1996
Crime and Society Seminar, Aspen Institute, 2003

## Associations

Member, American Correctional Association

## Publications

"The Development of the Federal Prison System," Federal Probation, (Vol 43, No.4), September, 1979.
"To the Max," Corrections Today, (Vol 59, No 1), February, 1998.