FILED
CLERK, U.S. DISTRICT COURT

JAN 19 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

2) JURIJUS KADAMOVAS

DEFENDANT.

CASE NUMBER

CR-02-220-B-DT

**ABSTRACT OF COURT PROCEEDING**

TO:    UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:

You are hereby notified that the Honorable __DICKRAN TEVRIZIAN__

☒ United States District Judge    ☐ United States Magistrate Judge, has this date ☒ ordered    ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
   ☐ forthwith         ☐ as soon as possible          ☐ as requested, at suitable times

☐ Allowed social visits         ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☐ Provided with a medical examination and/or medical treatment for_____
A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before_____

☒ Other shall be provided access on non-court days including Saturday, Sunday, and Monday, from 8:00 AM until 10:00 p.m. to his laptop computer, power cord, and discovery materials until the conclusion of all court proceedings in the district court. The material shall be provided in his cell.

Dated: 1-16-07

By: _____
       Deputy Clerk

CLERK U.S. DISTRICT COURT

---

### RETURN TO CLERK'S OFFICE

☒ Western Division-Los Angeles    ☐ Southern Division-Santa Ana    ☐ Eastern Division-Riverside

This abstract was received on 1/16/07

☒ The aforementioned order(s) were or will be complied with on: 1/16/07

☐ The aforementioned order(s) were not complied with for the following reasons: _____

B.R. Hoyt
Name (Print)

Associate Warden
Title

_____
Signature

cc: ☒ MDC, ☒ Cell block

CR-53 (12/03)                    ABSTRACT OF COURT PROCEEDING