# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR-02-220(B)-DT | Date | January 23, 2007 |
|---|---|---|---|

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Alex Levoff/Ludmilla Genn Russian Interpreters

| D.l. O'Neill | Lori Muraoka/Gail Peeples | Robert Dugdale/Susan DeWitt/Kim Meyer Carole Petersen/Brian Michael/Elizabeth Carpenter |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | X | X | | 1) Richard Callahan | X | X | |
| | | | | Dale Rubin | X | X | |
| 2) Jurlius Kadamovas | X | X | | 2) Sonia Chahin | X | X | |
| | | | | Richard Lasting | X | X | |

Proceedings:    **STATUS CONFERENCE**

**Court and counsel present, Status Conference held re: Various under seal filings by the government.
Government counsel to lodge proposed order.
The Court DENIES defendant Mikhel's motion re: proposed penalty phase procedures (filed 1-23-07);
Motion to strike or limit non-statutory aggravating factors, etc. (filed 1-23-07; and motion to continue
penalty phase in order to procure key witness attendance (filed 1-23-07.
The Court GRANTS defendants' oral motion to extend time to file motions for new trial to January 30,
2007.**

|  2  | : |  45  |
|---|---|---|

Initials of Deputy Clerk    dlo

: