# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR-02-220(B)-DT | Date | January 26, 2007 |
|---|---|---|---|

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Alex Levoff /Ludmilla Genn Russian Interpreters

| Jake Yerke | Lori Muraoka | Susan DeWitt/Robert Dugdale/Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | not | X | | 1) Richard Callahan<br>Dale Rubin | | X<br>X | |
| 2) Jurlius Kadamovas | not | X | | 2) Sonia Chahin<br>Richard Lasting | | X<br>X | |

Proceedings:    **STATUS CONFERENCE**

**Court and counsel present, status conference held.  Court makes rulings on admissibility of videos.**

|   | 3 | : | 20 |
|---|---|---|---|

Initials of Deputy Clerk    JY

cc:

---