Dale Rubin, Esq.        CSB# 68595
2275 Huntington Dr., Suite 902
San Marino, CA 91108
(800) 695-3717

Attorney for Defendant: Iouri Mikhel

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF | CR-02-220(B)-DT |
| v. | | |
| Iouri Mikhel, et. al., | | **SUBPOENA IN A CRIMINAL CASE** |
| | DEFENDANT(S). | |

TO:   SA Jonathan Bowman, FBI

☒ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: Roybal Federal Building, 255 E. Temple, 8th Flr, Los Angeles, CA 90012 , Courtroom: Tevrizian

Date: 1/30/07 , Time: 8:30AM .

☐ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

Note: You do not need to appear if you agree to appear within 12 hours of notification by phone.



_Sherri R. Carter_

Sherri R. Carter, Clerk of Court

1/22/07

Date

## PROOF OF SERVICE

| **Received by Server** | DATE | PLACE |
|---|---|---|
| **Served** | DATE | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ Yes ☐ No Amount $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
        *Date*                                        *Signature of Server*

Address of Server: _____

_____

ADDITIONAL INFORMATION