FILED
CLERK, U.S. DISTRICT COURT

JAN 1 0 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 02-220(B) DT |
| Plaintiff, | COURT'S JURY INSTRUCTIONS |
| vs. | |
| IOURI MIKHEL, JURIJUS KADAMOVAS, | |
| Defendants. | |



COURT'S INSTRUCTION NO. _____

Members of the jury, now that you have heard all the evidence, it is my duty to instruct you on the law which applies to this case. A copy of these instructions will be available in the jury room for you to consult.

It is your duty to find the facts from all the evidence in the case. To those facts you will apply the law as I give it to you. You must follow the law as I give it to you whether you agree with it or not. And you must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy. That means that you must decide the case solely on the evidence before you. You will recall that you took an oath promising to do so at the beginning of the case.

In following my instructions, you must follow all of them and not single out some and ignore others; they are all equally important. You must not read into these instructions or into anything the court may have said or done any suggestion as to what verdict you should return -- that is a matter entirely up to you.

COURT'S INSTRUCTION NO. _____

The instructions which I am now giving to you will be made available in written form if you so request for your deliberations.

You will find that the instructions may be typed, printed or handwritten. Portions may have been added or deleted. You must disregard any deleted part of an instruction and not speculate as to what it was or as to the reasons for its deletion. You are not to be concerned with the reasons for any modification.

Every part of the text of an instruction, whether typed, printed or handwritten, is of equal importance. You are to be governed only by the instruction in its final wording.

3

COURT'S INSTRUCTION NO. _____

If any reference by the Court or by counsel to matters of testimony or exhibits does not coincide with your own recollection of that evidence, it is your recollection which should control during your deliberations and not the statements of the Court or of counsel.

You are the sole judges of the evidence received in this case and the creditability of the witness that have testified in this case.

COURT'S INSTRUCTION NO. _____

If any rule, direction or idea in these instructions [is] repeated or stated in varying ways, no emphasis [is] intended and you must not draw any inference because of its repetition. You are not to single out any certain sentence or any individual point or instruction and ignore the others. You are to consider all the instructions as a whole and are to regard each in the light of all the others.

The order in which the instructions [are] given has no significance as to their relative importance.

COURT'S INSTRUCTION NO._____

It is proper to add the caution that nothing said in these instructions and nothing in any form of verdict prepared for your convenience is meant to suggest or convey in any way or manner any intimation  as to what verdict I think you should find.  What the verdict shall be is your sole and exclusive duty and responsibility.

COURT'S JURY INSTRUCTION NO. _____

It is the duty of the Court to admonish an attorney, witness or party who, out of zeal for his or her cause, does something which is not in keeping with the rules of evidence or procedure.

You are to draw no inference against the side to whom an admonition of the Court may have been addressed during the trial of this case.

Nothing the court may have said or done during the course of the trial was intended to indicate nor should be taken by you as indicating what your verdict or verdicts should be. No statement, ruling, remark or comment which I may have made during the course of the trial was intended to indicate my opinion as to how you should decide the case or to influence you in any way in your determination of the facts and the credibility of the witnesses.

If I have said or done anything during the course of this trial to so indicate, you are expressly instructed that you must disregard and reject my comments and form your own opinion.

Remember, at all times you, the jury, are the sole judges of the facts, evidence and credibility of the witnesses.

7

COURT'S JURY INSTRUCTION NO. _____

During the course of a trial, I may occasionally ask questions of a witness.  Do not assume that I hold any opinion on the matters to which my questions may relate.  The Court may ask a question simply to clarify a matter - not to help one side of the case or hurt another side.

Remember at all times that you, as jurors, are the sole judges of the facts of this case.

COURT'S JURY INSTRUCTION NO. _____

The word "defendant" applies equally to each defendant unless you are expressly instructed otherwise.

COURT'S INSTRUCTION NO. _____

The evidence from which you are to decide what the facts are consists of:

    (1) the sworn testimony of any witness;

    (2) the exhibits which have been received into evidence; and

    (3) any facts to which all the lawyers have stipulated.

10

COURT'S INSTRUCTION NO. _____

In reaching your verdict you may consider only the testimony and exhibits received into evidence. Certain things are not evidence and you may not consider them in deciding what the facts are. I will list them for you:

1. Arguments and statements by lawyers are not evidence. The lawyers are not witnesses. What they have said in their opening statements, ███████ in their closing arguments and at other times is intended to help you interpret the evidence, but it is not evidence. If the facts as you remember them differ from the way the lawyers state them, your memory of them controls.

2. Questions and objections by lawyers are not evidence. Attorneys have a duty to their clients to object when they believe a question is improper under the rules of evidence. You should not be influenced by the question, the objection, or the court's ruling on it.

3. Testimony that has been excluded or stricken, or that you have been instructed to disregard, is not evidence and must not be considered. In addition some testimony and exhibits have been received only for a limited purpose; where I have given a limiting instruction, you must follow it.

4. Anything you may have seen or heard when the court was

(Page One of Two)

not in session is not evidence. You are to decide the case solely on the evidence received at the trial.

(Page Two of Two)

COURT'S INSTRUCTION NO. _____

Evidence may be direct or circumstantial. Direct evidence is direct proof of a fact, such as testimony of an eyewitness. Circumstantial evidence is indirect evidence, that is, proof of a chain of facts from which you could find that another fact exists, even though it has not been proved directly. You are to consider both kinds of evidence. The law permits you to give equal weight to both, but it is for you to decide how much weight to give to any evidence.

COURT'S INSTRUCTION NO. _____

In certain instances evidence may be admitted only concerning a particular party or only for a particular purpose and not generally against all parties or for all purposes.

For the limited purpose for which this evidence has been received you may give it such weight as you feel it deserves. You may not, however, use this evidence for any other purpose or against any party not specifically mentioned.

COURT'S INSTRUCTION NO. _____

Inferences are simply deductions or conclusions which reason and common sense lead the jury to draw from the evidence received in the case.

15

COURT'S INSTRUCTION NO. _____

In deciding the facts in this case, you may have to decide which testimony to believe and which testimony not to believe. You may believe everything a witness says, or part of it, or none of it.

In considering the testimony of any witness, you may take into account:

1.   the opportunity and ability of the witness to see or hear or know the things testified to;

2.   the witness' memory;

3.   the witness' manner while testifying;

4.   the witness' interest in the outcome of the case and any bias or prejudice;

5.   whether other evidence contradicted the witness' testimony;

6.   the reasonableness of the witness' testimony in light of all the evidence; and

7.   any other factors that bear on believability.

The weight of the evidence as to a fact does not necessarily depend on the number of witnesses who testify.

COURT'S INSTRUCTION NO. _____

You have heard evidence that certain witnesses have been convicted of felonies. You may consider this evidence, along with other pertinent evidence, in deciding whether or not to believe these witnesses and how much weight to give to the testimony of these witnesses.

COURT'S JURY INSTRUCTION NO. _____

The testimony of a witness may be discredited or, as we sometimes say, impeached by showing that he or she previously made statements which are different than or inconsistent with his or her testimony here in court. The earlier inconsistent or contradictory statements are admissible only to discredit or impeach the credibility of the witness and not to establish the truth of these earlier statements made somewhere other than here during this trial. It is the province of the jury to determine the credibility of a witness who has made prior inconsistent or contradictory statements.

COURT'S JURY INSTRUCTION NO. _____

You are here only to determine whether a defendant is guilty or not guilty of the charge(s) in the indictment.  Your determination must be made only from the evidence in the case.  The defendants are not on trial for any conduct or offense not charged in the indictment.  You should consider evidence about the acts, statements, and intentions of others, or evidence about other acts of the defendants, only as they related to these charges against these defendants.

COURT'S INSTRUCTION NO. _____

The Russian language has been used during this trial.

The evidence you are to consider when the Russian language has been used is only that provided through the official court interpreters. Although some of you may know Russian, it is important that all jurors consider the same evidence presented in the English translation. You must disregard any different meaning.

COURT'S JURY INSTRUCTION NO. _____

Certain charts and summaries have been shown to you in order to help explain the facts disclosed by the books, records, and other documents which are in evidence in the case.  They are not themselves evidence or proof of any facts.  If they do not correctly reflect the facts or figures shown by the evidence in the case, you should disregard these charts and summaries and determine the facts from the underlying evidence.

COURT'S JURY INSTRUCTION NO. _____

Certain charts and summaries have been received into evidence to illustrate facts brought out in the testimony of some witnesses.  Charts and summaries are only as good as the underlying evidence that supports them.  You should, therefore, give them only such weight as you think the underlying evidence deserves.

22

COURT'S JURY INSTRUCTION NO. _____

[When a person is unavailable to testify at trial, the deposition of that person may be used at the trial.]  A deposition is the sworn testimony of a witness taken before trial.  The witness is placed under oath to tell the truth and lawyers for each party may ask questions.  The questions and answers are recorded.

The depositions of *certain witnesses* ████████████, which *were* ●*taken* ● *were previously* ████████████ presented to you.  Deposition testimony is entitled to the same consideration and is to be judged, insofar as possible, in the same way as if the witness had been present to testify.

████████████████████████████████████████

████████████████████████████████

COURT'S INSTRUCTION NO. _____

You have heard testimony from witnesses who:

a.    received immunity.  That testimony was given in exchange for a promise by the government that the testimony of that witness will not be used in any case against the witness;

b.    received benefits from the government in connection with this case;

c.    admitted to being an accomplice to one or more crimes against the defendants.  An accomplice is one who voluntarily and intentionally joins with another person in committing a crime; and

d.    pleaded guilty to one or more crimes arising out of the same events for which the defendants are on trial.  This guilty plea is not evidence against either defendant, and you may consider it only in determining the particular witness' believability.

For these reasons, in evaluating certain witness' testimony, you should consider the extent to which or whether the witness' testimony may have been influenced by any of these factors.  In addition, you should examine these witness' testimony with greater caution than that of other witnesses.

24

COURT'S JURY INSTRUCTION NO. _____

The testimony of A COOPERATING WITNESS ███████, someone who provides evidence against someone else for money, or to escape punishment for [his] [her] own misdeeds or crimes, or for other personal reason or advantage, must be examined and weighed by the jury with greater care than the testimony of a witness who is not so motivated.

████████████████████████████████████████ ███████.

The jury must determine whether the COOPERATING WITNESSES ███████ testimony has been affected by self-interest, or by the agreement [he] [she] has with the government, or [his own] [her own] interest in the outcome of this case, or by prejudice against the defendants.

COURT'S INSTRUCTION NO. \_\_\_\_\_

During this trial, you have heard recordings of conversations that were made by wiretaps placed on defendant Iouri Mikhel's telephones.  These conversations were legally recorded by the government; they are a proper form of evidence for this trial and may be considered by you, just as any other evidence. YOU ARE NOT TO DRAW ANY INFERENCE THAT A WIRE TAP AUTHORIZATION WAS OBTAINED IN THIS CASE.

26

COURT'S INSTRUCTION NO. _____

In any criminal case, the government must prove beyond a reasonable doubt that the defendant was the perpetrator of the crimes alleged.

You have heard testimony of eyewitness identification.  In deciding how much weight to give to this testimony, you may take into account the various factors mentioned in these instructions concerning credibility of witnesses.

In addition to those factors, in evaluating eyewitness identification testimony, you may also take into account:

1.    the capacity and opportunity of the eyewitness to observe the offender based upon the length of time for observation and the conditions at the time of observation;

2.    whether the identification was the product of the eyewitness' own recollection or was the result of subsequent influence or suggestiveness;

3.    any inconsistent identifications made by the eyewitness;

4.    whether the witness had known or observed the offender at earlier times; and

5.    the totality of circumstances surrounding the eyewitness' identification.

COURT'S INSTRUCTION NO. _____

You have heard testimony from persons who, because of education or experience, are permitted to state opinions and the reasons for their opinions.

Opinion testimony should be judged just like any other testimony. You may accept it or reject it, and give it as much weight as you think it deserves, considering the witness' education and experience, the reasons given for the opinion, and all the other evidence in the case.

28

COURT'S JURY INSTRUCTION NO. _____

You ~~█████████~~ *have heard* tape recordings that ~~██~~ *have* been received in evidence. ~~█████████████████~~ Each of you ~~███~~ *was* given a transcript of the *English language* recording to help you identify speakers and as a guide to help you listen to the *English language* tape. However, bear in mind that the *English language* tape recording is the evidence, not the transcript. If you heard something different from what appears in the transcript, what you heard *in the English language* is controlling. ~~███~~

~~████████████████████████~~

29

COURT'S JURY INSTRUCTION NO. _____

You have heard tape recordings in the Russian language that was admitted into evidence. Each of you was given a transcript of the recording which has been admitted into evidence. The transcript is a translation of the foreign language tape recording.

Although some of you may know the Russian language, it is important that all jurors consider the same evidence. Therefore, you must accept the English translation contained in the transcript and disregard any different meaning.

30

COURT'S JURY INSTRUCTION NO. _____

You have heard testimony of witnesses who have testified in a foriegn language. these witnesses have testified through the official court interpreter. Although some of you may know the foriegn language used, it is important that all jurors consider the same evidence. Therefore, you must accept the English translation of the witness's testimony. You must disregard any different meaning.

31

COURT'S INSTRUCTION NO. _ ____

In your consideration of this case you are expected to use your good sense, considering the evidence in the case for only those purposes for which it has been admitted, and giving it a reasonable and fair construction in the light of your common knowledge of the natural tendencies and inclinations of human beings.

If the defendants be proved guilty beyond reasonable doubt, say so. If not so proved, say so.

Keep constantly in mind that it would be a violation of your sworn duty to base a verdict of guilty upon anything other than the evidence in the case; and remember as well that the law never imposes on a defendant in a criminal case the burden or duty of calling any witnesses or producing any evidence.

32

COURT'S INSTRUCTION NO. _____

Proof beyond a reasonable doubt is proof that leaves you firmly convinced that a defendant is guilty.  It is not required that the government prove guilt beyond all possible doubt.

A reasonable doubt is a doubt based upon reason and common sense and is not based purely on speculation.  It may arise from a careful and impartial consideration of all the evidence, or from lack of evidence.

If after a careful and impartial consideration of all the evidence, you are not convinced beyond a reasonable doubt that a defendant is guilty, it is your duty to find that defendant not guilty.  On the other hand, if after a careful and impartial consideration of all the evidence, you are convinced beyond a reasonable doubt that a defendant is guilty, it is your duty to find that defendant guilty.

33

COURT'S INSTRUCTION NO. _____

A defendant in a criminal case has a constitutional right not to testify.  No presumption of guilt may be raised, and no inference of any kind may be drawn, from the fact that the defendant Jurijus Kadamovas did not testify.

34

COURT'S JURY INSTRUCTION NO. _____

Due to defendant Iouri Mikhel's refusal to subject himself to cross examination, the Court struck all of the testimony of defendant Iouri Mikhel on his direct examination. You are therefore specifically instructed that you are not to consider or discuss any statement made by defendant Iouri Mikhel here in court for any purpose whatsoever.

You are instructed as a matter of law that defendant Iouri Mikhel should be considered as not testifying in this matter. A defendant in a criminal case has a constitutional right not to testify. No presumption of guilt may be raised and no inference of any kind may be drawn from the fact that defendant Iouri Mikhel did not testify.

You are further instructed that you are not to draw any inference or inferences about the guilt or innocence of any other defendant from the testimony which was struck by the Court.

35

COURT'S INSTRUCTION NO. _____

The charges in this case are set forth in a Second Superseding Indictment, which I will refer to hereinafter simply as "the Indictment." As you can tell from the numbering of the counts, the Indictment contains several counts. For purposes of this trial at this time, however, only six counts are before you. Let me summarize them briefly.

Count One charges defendants Iouri Mikhel and Jurijus Kadamovas with conspiring to take hostages resulting in death, in violation of Title 18, United States Code, Section 1203.

Counts Two, Three, and Four charge defendants Mikhel and Kadamovas with three hostage-takings resulting in the deaths of Alexander Umansky, Nick Kharabadze, and George Safiev, in violation of Title 18, United States Code, Section 1203.

Count Five charges defendants Mikhel and Kadamovas with conspiring to launder monetary instruments in violation of Title 18, United States Code, Section 1956(h).

Count Six charges defendants Mikhel and Kadamovas with conspiring to escape from custody, in violation of Title 18, United States Code, Section 371.

The Indictment is not evidence. The defendants have pleaded not guilty to the charges. The defendants are presumed to be innocent and do not have to testify or present any evidence to

(Page One of Two Pages)

prove their innocence.   The government has the burden of proving every element of the charges beyond a reasonable doubt.

(Page Two of Two Pages)

COURT'S INSTRUCTION NO. _____

A separate crime is charged in each count. The charges have been joined for trial. You must decide the case of each defendant on each crime charged against that defendant separately. Your verdict on any count as to any defendant should not control your verdict on any other count or as to any other defendant.

All of the instructions apply to each defendant and to each count unless a specific instruction states that it applies only to a specific count.

COURT'S INSTRUCTION NO. _____

You will note the indictment charges that the offenses are alleged to have been committed "on or about" certain dates. The proof need not establish with certainty the exact dates of the alleged offenses. It is sufficient if the evidence in the case establishes beyond a reasonable doubt that the offenses were committed on dates reasonably near the dates alleged.

A redacted copy of the operative indictment is made available to you. Remember, at all times, that an indictment is merely an accusatory pleading which permits the matter to come before the Court. It does not prove anything. It is not evidence and no presumption of guilt shall be drawn from the fact that an indictment has been filed.

COURT'S INSTRUCTION NO. _____

I will now explain the law pertaining to the ████ charges in the Indictment you are to consider.

Count One charges defendants Iouri Mikhel and Jurijus Kadamovas with conspiring to take hostages -- in this case Meyer Muscatel, Rita Pekler, Alexander Umansky, Nick Kharabadze, and George Safiev -- in violation of 18 U.S.C. § 1203. In order for a defendant to be found guilty of that charge as alleged in Count One, the government must prove each of the following elements beyond a reasonable doubt:

First, there was an agreement between two or more persons to engage in hostage-taking, in violation of Title 18, United States Code, Section 1203;

Second, the defendant became a member of the conspiracy knowing of its object and intending to help accomplish it; and

Third, one of the members of the conspiracy performed at least one overt act for the purpose of carrying out the conspiracy, with all of you agreeing on a particular overt act that you find was committed.

I shall discuss with you briefly the law relating to each of these elements.

A conspiracy is a kind of criminal partnership -- an agreement of two or more persons to commit one or more crimes. The crime of conspiracy is the agreement to do something unlawful; it does not matter whether the crime agreed

(Page One of Three Pages)

upon was committed.

For a conspiracy to have existed, it is not necessary that the conspirators made a formal WRITTEN OR ORAL agreement or that they agreed on every detail of the conspiracy. It is not enough, however, that they simply met, discussed matters of common interest, acted in similar ways, or perhaps helped one another. You must find that there was a plan to commit a hostage taking crime alleged in the Indictment as an object of the conspiracy.

The conspiracy to take hostages charged in Count One alleges that each defendant conspired to knowingly seize and detain other persons (including Meyer Muscatel, Rita Pekler, Alexander Umansky, Nick Kharabadze, and George Safiev (hereinafter "victims")), and threaten to kill, injure, and continue to detain the victims, in order to compel third persons to do an act, specifically pay money, as an explicit OR implicit condition for the release of the victims, in violation of Title 18, United States Code, Section 1203.

I will instruct you on the elements of this offense next. In determining whether the government has proved beyond a reasonable doubt that a defendant conspired to commit the hostage taking crime alleged as the object of the conspiracy in Count One of the indictment, you must decide whether the defendant knowingly or intentionally agreed to commit each of the elements of the offense that I will describe for you next.

One becomes a member of a conspiracy by willfully participating in the unlawful plan with the intent to advance or

(Page Two of Three Pages)

further some object or purpose of the conspiracy, even though the person does not have full knowledge of all the details of the conspiracy. Furthermore, one who willfully joins an existing conspiracy is as responsible for it as the originators. On the other hand, one who has no knowledge of a conspiracy, but happens to act in a way which furthers some object or purpose of the conspiracy, does not thereby become a conspirator. Similarly, a person does not become a conspirator merely by associating with one or more persons who are conspirators, nor merely by knowing that a conspiracy exists.

An overt act does not itself have to be unlawful. A lawful act may be an element of a conspiracy if it was done for the purpose of carrying out the conspiracy. The government is not required to prove that the defendant personally did one of the overt acts. Once you have decided that the defendant was a member of a conspiracy, the defendant is responsible for what other conspirators said or did to carry out the conspiracy, whether or not the defendant knew what they said or did.

(Page Three of Three Pages)

COURT'S INSTRUCTION NO. _____

A conspiracy may continue for a long period of time and may include the performance of many transactions.  It is not necessary that all members of the conspiracy join it at the same time, and one may become a member of the conspiracy without full knowledge of all the details of the unlawful scheme or the names, identities, or locations of all of the other members.

Even though a defendant did not directly conspire with the other conspirators in the overall scheme, the defendant has in effect, agreed to participate in a charged conspiracy if it is proven beyond a reasonable doubt that:

(1) the defendant directly conspired with one or more conspirators to carry out at least one of the objects of the conspiracy;

(2) the defendant knew or had reason to know that other conspirators were involved with those whom the defendant directly conspired; and

(3) the defendant had reason to believe that whatever benefits the defendant might get from the conspiracy were probably dependent upon the success of the entire venture.

It is no defense that a person's participation in a conspiracy was minor or for a short period of time.

COURT'S INSTRUCTION NO. _____

A conspiracy is a kind of criminal partnership -- an agreement between two or more persons to commit one or more crimes. The crime of conspiracy is the agreement to do something unlawful.

Each member of the conspiracy is responsible for the actions of the other conspirators performed during the course and in furtherance of the conspiracy. If one member of a conspiracy commits a crime in furtherance of a conspiracy, the other members have also, under the law, committed the crime. Before you may consider the statements or acts of a co-conspirator, you must first determine whether the acts or statements were made during the existence of and in furtherance of an unlawful scheme, and whether any offense was one which could reasonably have been foreseen to be a necessary or natural consequence of the unlawful agreement.

Therefore, you may find a defendant guilty of hostage-taking resulting in death, as charged in Counts Two, Three and Four of the Indictment if the government has proved each of the following elements beyond a reasonable doubt:

1. a person named in Counts Two, Three or Four of the Indictment committed the crime of hostage-taking resulting in death as alleged in those Counts;

2. the person was a member of the conspiracy charged in Count One of the Indictment:

3. the person committed the crime of hostage-taking resulting in death in furtherance of the conspiracy;

4.  the defendant was a member of the same conspiracy at the time the offense charged in Counts Two, Three or Four was committed; and

5.  the offense fell within the scope of the unlawful agreement and could reasonably have been foreseen to be a necessary or natural consequence of the unlawful agreement.

COURT'S INSTRUCTION NO. _____

The government is not required to prove that the parties to or members of the agreement or conspiracy were successful in achieving any or all of the objects of the agreement or conspiracy.

46

COURT'S INSTRUCTION NO. _____

The government has charged that the deaths of Meyer Muscatel, Rita Pekler, Alexander Umansky, Nick Kharabadze, and George Safiev resulted from the hostage taking conspiracy alleged in Count One of the Indictment.  As a result, if you find a defendant guilty of the conspiracy charged in Count One of the Indictment, you will be asked to return a special verdict answering whether you find, beyond a reasonable doubt, that this crime committed by the defendant resulted in the death or deaths of Meyer Muscatel, Rita Pekler, Alexander Umansky, Nick Kharabadze, and/or George Safiev.  A crime committed by a defendant results in the death of a person if the death of that person occurred and was a foreseeable result of the defendant's criminal conduct.

COURT'S INSTRUCTION NO. _____

Count Two charges defendants Iouri Mikhel and Jurijus Kadamovas with taking Alexander Umansky hostage, in violation of Section 1203 of Title 18 of the United States Code. In order for a defendant to be found guilty of that charge the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant intentionally seized or detained Mr. Umansky;

Second, the defendant threatened to kill, injure, or continue to detain Alexander Umansky; and

Third, the defendant did so with the purpose and intention of compelling a third person to act, or refrain from acting, in some way, as an explicit or implicit condition for release of Alexander Umansky.

COURT'S INSTRUCTION NO. _____

The government has charged that the death of Alexander Umansky resulted from the hostage taking charge alleged in Count Two of the Indictment.  As a result, if you find a defendant guilty of the crime charged in Count Two of the Indictment, you will be asked to return a special verdict answering whether you find, beyond a reasonable doubt, that this crime committed by the defendant resulted in the death of Alexander Umansky.  A crime committed by a defendant results in the death of a person if the death of that person occurred and was a foreseeable result of the defendant's criminal conduct.

COURT'S INSTRUCTION NO. _____

Count Three charges defendants Iouri Mikhel and Jurijus Kadamovas with taking NICK KHARABADZE ▓▓▓▓▓▓ hostage, resulting in his death, in violation of Section 1203 of Title 18 of the United States Code.  In order for a defendant to be found guilty of that charge the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant intentionally seized or detained NICK ▓▓▓ KHARABADZE ▓▓▓;

Second, the defendant threatened to kill, injure, or continue to detain NICK KHARABADZE ▓▓▓▓; and

Third, the defendant did so with the purpose and intention of compelling a third person to act, or refrain from acting, in some way, as an explicit or implicit condition for release of NICK KHARABADZE ▓▓▓▓.

COURT'S INSTRUCTION NO. \_\_\_\_\_

The government has charged that the death of NICK KHARABADZE resulted from the hostage taking charge alleged in Count Three of the Indictment.  As a result, if you find a defendant guilty of the crime charged in Count Three of the Indictment, you will be asked to return a special verdict answering whether you find, beyond a reasonable doubt, that this crime committed by the defendant resulted in the death of NICK KHARABADZE.  A crime committed by a defendant results in the death of a person if the death of that person is a foreseeable result of the defendant's criminal conduct.

51

COURT'S INSTRUCTION NO. _____

Count Four charges defendants Iouri Mikhel and Jurijus Kadamovas with taking GEORGE SAFIEV hostage, resulting in his death, in violation of Section 1203 of Title 18 of the United States Code.  In order for a defendant to be found guilty of that charge the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant intentionally seized or detained GEORGE SAFIEV;

Second, the defendant threatened to kill, injure, or continue to detain GEORGE SAFIEV; and

Third, the defendant did so with the purpose and intention of compelling a third person to act, or refrain from acting, in some way, as an explicit or implicit condition for release of GEORGE SAFIEV.

52

COURT'S INSTRUCTION NO. _____

The government has charged that the death of GEORGE SAFIEV ▆▆▆▆▆▆ resulted from the hostage taking charge alleged in Count Four of the Indictment. As a result, if you find a defendant guilty of the crime charged in Count Four of the Indictment, you will be asked to return a special verdict answering whether you find, beyond a reasonable doubt, that this crime committed by the defendant resulted in the death of GEORGE SAFIEV ▆▆▆▆▆▆. A crime committed by a defendant results in the death of a person if the death of that person occurred and was a foreseeable result of the defendant's criminal conduct.

53

COURT'S INSTRUCTION NO. \_\_\_\_\_

A person is "seized" or "detained" when the person is held or confined against his or her will by physical restraint, fear, or deception for an appreciable period of time.

COURT'S INSTRUCTION NO. _____

A defendant may not be found guilty of a conspiracy to engage in hostage taking or hostage taking, the crimes charged in Counts One, Two, Three, and Four of the Indictment, if the conduct required for the offense occurred inside the United States, each alleged offender and each person seized or detained are nationals of the United States, and each alleged offender is found in the United States.

A "national of the United States" is (a) a citizen of the United States; or (b) a person, though not a citizen of the United States, who owes permanent allegiance to the United States.

55

COURT'S INSTRUCTION NO. _____

Defendants Iouri Mikhel and Jurijus Kadamovas are charged in Count Five of the Indictment with conspiring to launder monetary instruments in violation of Title 18, United States Code, Sections 1956(h).  In order for a defendant to be found guilty of that charge as alleged in Count Five, the government must prove each of the following elements beyond a reasonable doubt:

First, there was an agreement between two or more persons to launder monetary instruments in violation of Title 18, United States Code, Section 1956(a)(1)(B);

Second, the defendant became a member of the conspiracy knowing of its object and intending to help accomplish it.



The law pertaining to criminal conspiracies that I have described to you earlier in connection with Count One of the Indictment applies with equal force to this criminal conspiracy charged in Count Five of the indictment.

56

COURT'S INSTRUCTION NO. _____

In order for a defendant to be guilty of violating Title 18, United States Code, Section 1956(a)(1)(B), the money laundering offense defendants Iouri Mikhel and Jurijus Kadamovas are charged with conspiring to commit in Count Five of the indictment, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant conducted or intended to conduct a financial transaction involving property that represented the proceeds of unlawful activity, in this case a hostage taking;

Second, the defendant knew that the property represented the proceeds of some form of unlawful activity; and

Third, the defendant knew that the transaction was designed in whole or in part to conceal or disguise the nature, location, source, ownership, or control of the proceeds of some form of unlawful activity.

A financial transaction is a transaction involving the movement of funds by wire or other means which affects interstate or foreign commerce in any way.

COURT'S INSTRUCTION NO. _____

Knowing "that the property represented the proceeds of some form of unlawful activity" means that the person knew the property involved in the transaction represented proceeds from some form, though not necessarily which form, of activity that constitutes a felony offense under state, federal or foreign law. Thus, the government need not prove that the defendant specifically knew that the funds or monetary instruments involved in the financial transaction represented the proceeds from any specific offense; it need only prove that a defendant knew that they represented the proceeds of some form, though not necessarily which form, of felonious criminal activity under state, federal, or foreign law.

In this case, it is the government's theory that the defendants knew that the proceeds were derived from particular hostage takings charged in the indictment.

58

COURT'S INSTRUCTION NO. _____

The term "transfer" or "transfers" includes all means of carrying, sending, mailing, shipping or moving funds.  Thus, it includes the electronic transfer of funds by wire or other means as well as other non-physical means of transferring funds.

59

COURT'S INSTRUCTION NO. \_\_\_\_

"Interstate commerce" means commerce or travel between the states, territories, and possessions of the United States. Foreign commerce means commerce or travel between any part of the United States and any place outside the United States.

Commerce includes among other things: travel; trade; transportation and communication.

It is not necessary for the government to show that the defendant actually intended or anticipated an affect on interstate or foreign commerce, or that commerce was actually affected.  All that is necessary is that the natural and probable consequences of the defendant's actions would be to affect interstate or foreign commerce no matter how minimal.

60

COURT'S INSTRUCTION NO. ____

An act is done knowingly if the defendant is aware of the act and does not act through ignorance, mistake, or accident. The government is not required to prove that the defendant knew that his acts were unlawful. You may consider evidence of the defendant's words, acts, or omissions, along with all the other evidence, in deciding whether the defendant acted knowingly.

With respect to the offenses of money laundering charged in the indictment, the government must prove that a defendant knew that the proceeds being laundered through a particular financial transaction represented the proceeds of some unlawful felonious activity. However, the government need not prove that the defendant knew that his laundering of such proceeds was itself illegal.

COURT'S INSTRUCTION NO. _____

A defendant may be found guilty of money laundering, even if the defendant personally did not commit the act or acts constituting the crime but aided and abetted in its commission. To prove a defendant guilty of aiding and abetting, the government must prove beyond a reasonable doubt:

First, the crime of transporting funds for the purpose of money laundering was committed;

Second, the defendant knowingly and intentionally aided, counseled, commanded, induced or procured another person to transport monetary instruments for the purpose of money laundering; and

Third, the defendant acted before the crime was completed.

It is not enough that the defendant merely associated with the person or persons who committed the crime, or was present at the scene of the crime, or unknowingly or unintentionally did things that were helpful to the person who laundered the money.

The evidence must show beyond a reasonable doubt that the defendant acted with the knowledge and intention of helping another commit the offense of money laundering.

The government is not required to prove precisely which defendant actually committed the crime and which defendant aided and abetted.

62

COURT'S INSTRUCTION NO. _____

Count Six charges defendants Iouri Mikhel and Jurijus Kadamovas with conspiring to escape from custody, in violation of Section 751(a) of Title 18 of the United States Code.  In order for a defendant to be found guilty of that charge the government must prove each of the following elements beyond a reasonable doubt:

First, there was an agreement between two or more persons to escape from custody;

Second, the defendant became a member of the conspiracy knowing of its object and intending to help accomplish it;

Third, one of the members of the conspiracy performed at least one overt act for the purpose of implementing the agreement to escape from custody; and

Fourth, the defendant had the intent to knowingly and voluntarily leave custody without permission.

COURT'S INSTRUCTION NO. ____

An act is done knowingly if the defendant is aware of the act and does not act through ignorance, mistake, or accident. The government is not required to prove that the defendant knew that his acts were unlawful. You may consider evidence of the defendant's words, acts, or omissions, along with all the other evidence, in deciding whether the defendant acted knowingly.

COURT'S INSTRUCTION NO. _____

The intent of a person or the knowledge that a person possesses at any given time may not ordinarily be proved directly because there is no way of directly scrutinizing the workings of the human mind. In determining the issue of what a person knew or what a person intended as of a particular time, you may consider any statements made or acts done by that person and all other facts and circumstances received in evidence which may aid in your determination of that person's knowledge or intent.

You may infer, but you are certainly not required to infer, that a person intends the natural and probable consequences of acts knowingly done or knowingly omitted. It is entirely up to you, however, to decide what facts to find from the evidence received during this trial.

65

COURT'S INSTRUCTION NO. _____

When you begin your deliberations, you should elect one member of the jury as your foreperson.  That person will preside over the deliberations and speak for you here in court.

You will then discuss the case with your fellow jurors to reach agreement if you can do so.  Your verdict, whether guilty or not guilty, must be unanimous.

Each of you must decide the case for yourself, but you should do so only after you have considered all the evidence, discussed it fully with the other jurors, and listened to the views of your fellow jurors.

Do not be afraid to change your opinion if the discussion persuades you that you should. But do not come to a decision simply because other jurors think it is right.

It is important that you attempt to reach a unanimous verdict but, of course, only if each of you can do so after having made your own conscientious decision. Do not change an honest belief about the weight and effect of the evidence simply to reach a verdict.

66

COURT'S INSTRUCTION NO. _____

Your verdict must be based solely on the evidence and on the law as I have given it to you in these instructions.  However, nothing that I have said or done is intended to suggest what your verdict should be -- that is entirely for you to decide.

67

COURT'S INSTRUCTION NO. _____

Some of you have taken notes during the trial. Whether or not you took notes, you should rely on your own memory of what was said. Notes are only to assist your memory. You should not be overly influenced by the notes.

COURT'S INSTRUCTION NO. _____

The punishment provided by law for this crime is not for the jury to decide at this time. You may not consider punishment in deciding whether the government has proved its case against the defendant beyond a reasonable doubt.

69

COURT'S INSTRUCTION NO. _____

A verdict form has been prepared for you. After you have reached unanimous agreement on a verdict, your foreperson will fill in the form that has been given to you, sign and date it and advise the bailiff that you are ready to return to the courtroom.

COURT'S JURY INSTRUCTION NO. _____

If it becomes necessary during your deliberations to communicate with the Court, you may send a note by a bailiff, signed by your foreperson, or by one or more members of the jury.  No member of the jury should ever attempt to communicate with the Court by any means other than a signed writing; and the Court will never communicate with any member of the jury on any subject touching the merits of the case, otherwise than in writing, or orally here in open Court.

You will note from the oath about to be taken by the bailiffs that they to, as well as all other persons, are forbidden to communicate in any way or manner with any member of the jury on any subject touching the merits of the case.

Bear in mind also that you are never to reveal to any person - not even to the Court - how the jury stands, numerically or otherwise, on the question of the guilt or innocence of the accused, until after you have reached an unamimous verdict.

71