# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

Case No. _____   Date _____

Present: The Honorable _____

Interpreter _____

| _Deputy Clerk_ | _Court Reporter/Recorder, Tape No._ | _Assistant U.S. Attorney_ |
|---|---|---|

| U.S.A. v. Defendant(s): | Present  Cust.  Bond | Attorneys for Defendants: | Present  App.  Ret. |
|---|---|---|---|

_____ Day <u>COURT TRIAL</u>       _____ Day <u>JURY TRIAL</u>       _____ Death Penalty Phase

_____ One day trial;  _____ Begun (1st day);  _____ Held & continued;  _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified       _____ Exhibits admitted

_____ Government rests.       _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29)       is _____ granted _____ denied _____ submitted

_____ Closing arguments made       _____ Court instructs jury       _____ Bailiff sworn

_____ Alternates excused       _____ Jury retires to deliberate       _____ Jury resumes deliberations

_____ Finding by Court as follows:       _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s)       _____ Not Guilty on count(s)

_____ Jury polled       _____ Polling waived

_____ Filed Witness & Exhibit lists       _____ Filed Jury notes _____ Filed Jury Instructions _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.  Remand/Release# _____ issd.  Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

_____ Case continued to _____ for further trial/further jury deliberation.

_____ Other:

_____ : _____

Initials of Deputy Clerk _____

CR-78 (06/06)                    **CRIMINAL MINUTES - TRIAL**                    Page 1 of 1