# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR-02-220-B-DT |
| v. | |
| 27) Jurijus Kadomovas | |
| DEFENDANT. | ABSTRACT OF COURT PROCEEDING |

**TO:    UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:**

You are hereby notified that the Honorable ___Dickran Tevrizian___
☑ United States District Judge   ☐ United States Magistrate Judge, has this date ☑ ordered   ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
    ☐ forthwith    ☐ as soon as possible    ☐ as requested, at suitable times

☐ Allowed social visits    ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☑ Provided with a medical examination and/or medical treatment for ___F/u like symptoms___
A report regarding this examination/treatment is to be submitted to the court on or before ___n/a___

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Other _____

Dated: ___1-17-07___

CLERK U.S. DISTRICT COURT

By: ___Deb Ann___
Deputy Clerk

### RETURN TO CLERK'S OFFICE
☑ Western Division-Los Angeles  ☐ Southern Division-Santa Ana  ☐ Eastern Division-Riverside

This abstract was received on ___1/17/07___

☑ The aforementioned order(s) were or will be complied with on: ___1/18/07___

☐ The aforementioned order(s) were not complied with for the following reasons: _____

___Linda T. McGrew___    ___Associate Warden___
Name (Print)    Title    Signature

cc: ☒ MDC, ☒ Cell block

CR-53 (12/03)    ABSTRACT OF COURT PROCEEDING