JAN-24-2007  13:46

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Jurijus Kadamovas

DEFENDANT.

CASE NUMBER

CR-02-220-B-DT

FILED

2007 JAN 31  PM 2: 44

**ABSTRACT OF COURT PROCEEDING**

TO:    UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:

☒ You are hereby notified that the Honorable Dickran Tevrizian
☑ United States District Judge  ☐ United States Magistrate Judge, has this date ☒ ordered ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
   ☐ forthwith          ☐ as soon as possible          ☐ as requested, at suitable times

☐ Allowed social visits          ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for "Cold" symptoms; prior to returning to court
A report regarding this examination/treatment is to be submitted to the court on or before_____ n/a

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Other _____

Dated: 1-24-07

CLERK U.S. DISTRICT COURT

By: _____
Deputy Clerk

**RETURN TO CLERK'S OFFICE**

☑ Western Division-Los Angeles     ☐ Southern Division-Santa Ana     ☐ Eastern Division-Riverside

This abstract was received on 1/24/07

☑ The aforementioned order(s) were or will be complied with on: 1/25/07

☐ The aforementioned order(s) were not complied with for the following reasons: _____

Linda T. McEwen
Name (Print)

Associate Warden
Title

_____
Signature

cc: ☒ MDC, ☒ Cell block

CR-53 (12/03)

ABSTRACT OF COURT PROCEEDING