RICHARD P. LASTING, SBN 53950
1717 Fourth Street 3rd Floor
Santa Monica, California 9040-3319
Telephone:   (310) 576-6242
Facsimile:   (310) 576-6247
e-mail:       rplasting@aol.com

SONIA E. CHAHIN, SBN 136604
2222 Foothill Boulevard, #E-278
La Canada, California 91011
Telephone:   (818) 549-0149
Facsimile:   (818) 549-0990
e-mail:       sechahin@aol.com

Attorneys for Defendant
JURIJUS KADAMOVAS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JURIJUS KADAMOVAS,<br><br>Defendant. | CR. No. 02-220(B)-DT<br><br>DEFENDANT JURIJUS KADAMOVAS' PROPOSED SPECIAL VERDICT FORM |

Defendant JURIJUS KADAMOVAS, by and through his counsel of record, Richard P. Lasting and Sonia E. Chahin, hereby submits his proposed Special Verdict Form for the penalty phase of the trial lin this case.

DATED: February 2, 2007              Respectfully submitted,

RICHARD P. LASTING
Attorney for Defendant
JURIJUS KADAMOVAS

SONIA E. CHAHIN
Attorney for Defendant
JURIJUS KADAMOVAS

EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | **SPECIAL VERDICT FORM** |
| | ) | **FOR   DEFENDANT** |
| v. | ) | **JURIJUS KADAMOVAS** |
| | ) | |
| IOURI MIKHEL AND | ) | [Penalty Phase] |
| JURIJUS KADAMOVAS, | ) | |
| | ) | Courtroom of the |
| Defendants. | ) | Honorable Dickran Tevrizian |
| | ) | |

## Section I: Age of the Defendant:

Instructions: Answer "yes" or "no." Do you, the jury, unanimously find that the government has established beyond a reasonable doubt that defendant JURIJUS KADAMOVAS (the "defendant") was 18 years of age or older at the time of the offenses charged in Counts One, Two, Three, and Four of the Second Superseding Indictment?

Yes _____

No _____

Foreperson:

Instructions: If you answered "no" with respect to the determination in this Section, then stop your deliberations, cross out Sections II, III, IV, V, and VI of this form, and proceed to Section VII. Each juror should then carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which you reached your decision. You should then advise the Court that you have reached a decision.

If you answered "yes" with respect to the determination in this Section I, then proceed to Section II.

- 2 -

## Section II: Requisite Mental State

<u>Instructions</u>:  For each of the following, answer "yes" or "no."

A.    Do you, the jury, unanimously find that the government has established beyond a reasonable doubt that the defendant intentionally killed the following victim or victims?

| | | | |
|---|---|---|---|
| Meyer Muscatel | _____ YES | _____ | NO |
| Rita Pekler | _____ YES | _____ | NO |
| Alexander Umansky | _____ YES | _____ | NO |
| George Safiev | _____ YES | _____ | NO |
| Nick Kharabadze | _____ YES | _____ | NO |

B. Do you, the jury, unanimously find that the government has established beyond a reasonable doubt that the defendant intentionally inflicted serious bodily injury that resulted in the deaths of the following victims or victims?

| | | | |
|---|---|---|---|
| Meyer Muscatel | _____ YES | _____ | NO |
| Rita Pekler | _____ YES | _____ | NO |
| Alexander Umansky | _____ YES | _____ | NO |
| George Safiev | _____ YES | _____ | NO |
| Nick Kharabadze | _____ YES | _____ | NO |

C.    Do you, the jury, unanimously find that the government has established beyond a reasonable doubt that the defendant intentionally participated in an act, contemplating that the life of a person would be taken and/or that lethal force would be used in connection with a person, other than one of the participants in the offense, and that the following victims or victims died as a direct result of the act?

- 3 -

## <u>Section III: Statutory Aggravating Factors</u>

Instructions: For each of the following, answer "yes" or "no."

1.    Do you, the jury, unanimously find that the government has established beyond a reasonable doubt that the victims' deaths, or injuries resulting in death, occurred during the commission of an offense under 18 U.S.C. Section 1203, that is, conspiracy to engage in hostage taking resulting in death or hostage taking resulting in death?

Yes _____

No _____

2.    Do you, the jury, unanimously find that the government has established beyond a reasonable doubt that the defendant procured the commission of the offenses charged in Counts One, Two, Three, and Four by payment, and/or the promise of payment, of anything of pecuniary value?

Yes _____

No _____

3.    Do you, the jury, unanimously find that the government has proved beyond a reasonable doubt that the defendant committed the offenses charged in Counts One, Two, Three, and Four of the Second Superseding Indictment after substantial planning and premeditation to cause the death of a person?

Yes _____

No _____

4.    Do you, the jury, unanimously find that the government has proved beyond a reasonable doubt that the

- 5 -

defendant killed or attempted to kill more than one person in a single criminal episode?

         Yes _____

         No   _____

Foreperson:

Instructions: If you answered "no" with respect to all of the Statutory Aggravating Factors in this Section III, then stop your deliberations, cross out Sections IV, V, and VI, and proceed to Section VII of this form. Each juror should then read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which you have reached a decision. You should then advise the Court that you have reached a decision.

If you found the requisite age in Section I, the requisite mental state in Section II, and answered "yes" with respect to one or more of the statutory aggravating factors in this Section III, then proceed to Section IV.

- 6 -

## Section IV: Non-Statutory Aggravating Factors

Instructions: For each of the following questions, answer "yes" or "no" to the five numbered questions below.

1. Future Dangerousness of Defendant. Do you, the jury, unanimously find that the government has proved beyond a reasonable doubt that the defendant is likely to commit criminal acts of violence in the future that would constitute a continuing and serious threat to the lives and safety of others?

Yes _____

No _____

2. Contemporaneous Convictions. Do you, the jury, unanimously find that the government has proved beyond a reasonable doubt that the defendant faces contemporaneous convictions for multiple murders and other serious acts of violence?

Yes _____

No _____

3. Witness Elimination. Do you, the jury, unanimously find that the government has proved beyond a reasonable doubt that the defendant killed the victims of his crimes, specifically Meyer Muscatel, Rita Pekler, Alexander Umansky, Nick Kharabadze, and George Safiev, in order to eliminate these victims as possible witnesses to his crimes?

Yes _____

No _____

- 7 -

4. Emotional Suffering of the Victims. Do you, the jury, unanimously find that the government has proved beyond a reasonable doubt that the defendant displayed an indifference to the emotional suffering of the victims of his crimes, including Meyer Muscatel, Rita Pekler, Alexander Umansky, Nick Kharabadze, and George Safiev?

Yes _____

No _____

5. Victim Impact Evidence: Do you, the jury, unanimously find that the government has proved beyond a reasonable doubt that the defendant caused injury, harm, and loss to the families, friends, and co-workers of Meyer Muscatel, Rita Pekler, Alexander Umansky, George Safiev, and Nick Kharabadze as evidenced by their personal characteristics as human beings and the impact of their deaths on their families, friends, and co-workers?

Yes _____

No _____

Foreperson:

Instructions: Regardless of whether you answered "yes" or "no" with respect to the non-statutory aggravating factors in this Section IV, proceed to Section V.

## Section V: Mitigating Factors

Instructions: Indicate the number of Jurors who find that the defense has established the existence of each listed Mitigating Factors by a preponderance of the evidence.  For each of the following mitigating factors, please indicate, in the space provided, the number of jurors who have found the existence of the mitigating factor to be proven by a preponderance of the evidence:

1.    If JURIJUS KADAMOVAS is not put to death he will spend everyday of the rest of his life locked up in a Federal Prison.  He will die in a Federal Prison without ever enjoying freedom again.

Number of jurors who found this mitigating factor:  _____

2.    JURIJUS KADAMOVAS was raised under a communist system of government that devalued the life of the individual.

Number of jurors who found this mitigating factor:  _____

3.    JURIJUS KADAMOVAS performed honorable military service in the Soviet Union.

Number of jurors who found this mitigating factor:  _____

4.    Prior to meeting IOURI MIKHEL, JURIJUS KADAMOVAS had a history of hard work.

Number of jurors who found this mitigating factor:  _____

5.    AINER ALTMANIS, who is guilty of five hostage takings resulting in death, will not be sentenced to death.

Number of jurors who found this mitigating factor:  _____

- 9 -

6.    AINER ALTMANIS has an agreement with the State of California, that as punishment for five murders, his term of imprisonment will not exceed twenty years.

Number of jurors who found this mitigating factor: _____

7.    JURIJUS KADAMOVAS has no prior criminal record.

Number of jurors who found this mitigating factor: _____

8.    JURIJUS KADAMOVAS has not engaged in violent or assaultive behavior in almost five years of federal custody.

Number of jurors who found this mitigating factor: _____

9.    List on the lines below any additional mitigating factors found by at least one Juror, and the number of jurors who so found.  If you need space, ask for more paper:

a. _____

_____

_____

Number of jurors who found this mitigating factor: _____

b. _____

_____

_____

Number of jurors who found this mitigating factor: _____

Instructions: Regardless of whether you chose to make written findings for the Mitigating Factors of Section V above, proceed to Section VI and Section VII.

## Section VI: Determination

Based upon consideration of whether the aggravating factors found to exist sufficiently outweigh any mitigating factors found to exist, or in the absence of any mitigating factors, whether the aggravating factors are themselves sufficient to justify a sentence of death, and whether death is therefore the appropriate sentence in this case:

A.  Sentence of Life in Prison Without Possibility of Release

We determine, by unanimous vote, that a sentence of life imprisonment without the possibility of release shall be imposed.

    Yes  _____

    No   _____

If you answer "yes," the foreperson must sign here, and you must then proceed to Section VII. If you answer "no," the foreperson must sign and you must then proceed to Section VIB.


_____    Date: _____
    Foreperson

- 11 -

B. <u>Death Sentence</u>

We determine, by unanimous vote, that a sentence of death shall be imposed.

Yes _____

No  _____

If you answer "yes," the foreperson must sign here, and you must then proceed to Section VII. If you answer "no," the foreperson must sign and you must then proceed to Section VII.

_____          Date:_____
      Foreperson

## Section VII: Certification

By signing below, each juror certifies that consideration of the race, color, religious beliefs, national origin or sex of the defendants or any victims was not involved in reaching his or her individual decision, and that the individual juror would have made the same recommendation regarding a sentence for the crimes in question regardless of the race, color, religious beliefs, national origin, or sex of the defendants or the victims.

JUROR #1 _____

JUROR #2 _____

JUROR #3 _____

JUROR #4 _____

JUROR #5 _____

JUROR #6 _____

JUROR #7 _____

JUROR #8 _____

JUROR #9 _____

JUROR #10 _____

JUROR #11 _____

JUROR #12 _____


_____          Date:_____
Foreperson

- 13 -

CERTIFICATE OF SERVICE

I, Sonia E. Chahin hereby state and declare:

That I am employed in the County of Los Angeles, State of California; that my business address is 2222 Foothill Blvd., #E-278, La Canada, California 91011; that I am over the age of eighteen and not a party to the within entitled action; that I am a member of the bar of this Court.    On February 2, 2007, I served a copy of:

DEFENDANT JURIJUS KADAMOVAS' PROPOSED SPECIAL VERDICT FORM

Service was:
[ ]    Placed in a sealed envelope and mailed via United States Mail, addressed as follows:
[x]    By hand delivery addressed as follows:
[ ]    By facsimile as follows:
[ ]    By messenger as follows:

AUSA Robert E. Dugdale            [SERVED IN COURT]
AUSA Susan Dewitt
AUSA Kim Meyer
1500 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Service was:
[ ]    Placed in a sealed envelope and mailed via United States Mail, addressed as follows:
[ ]    By hand delivery addressed as follows:
[ ]    By facsimile as follows:
[x]    By e-mail as follows

Richard Callahan, Esq.
230 E. Colorado Blvd., Suite 1200        [SERVED IN COURT]
Pasadena, CA 91101
(626) 202-4060 Office
(626) 794-4676 FAX
rmcallahanjr@earthlink.com

SEE ATTACHED SERVICE LIST
This Certificate is executed on February 2, 2007, at Glendale, California. I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
SONIA E. CHAHIN

<u>United States v. Iouri Mikhel et al.</u>

CR No. 02-220(B)-DT

Richard Lasting (Capital Counsel)          [SERVED IN COURT]
1717 4th Street, Suite 300
Santa Monica, CA 90401
(310) 576-6242 Office
(310) 576-6247 FAX
<u>richardplasting@sbcglobal.net</u>

Dale M. Rubin, Esq. (Capital Counsel)      [SERVED IN COURT]
Law Offices
2275 Huntington Drive, Suite 902
San Marino, CA 91108
(800) 695-3717 Office
(413) 228-0521 FAX
<u>drubin@socal.rr.com</u>