RICHARD M. CALLAHAN, JR.
230 East Colorado Blvd., Suite 1200
Pasadena, CA  91101
Phone:  (626) 202-4060
Telecopier: (626) 794-4676
Bar No. 100446
rmcallahanjr@earthlink.net

DALE MICHAEL RUBIN
2275 Huntington Drive, Suite 902
San Marino, CA  91108
Phone:  (800) 695-3717
Telecopier: (413) 228-0521
Bar No. 68595
drubin@socal.rr.com

Attorneys for Defendant
IOURI MIKHEL

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 02-220(B)-DT |
| | ) |
| Plaintiff, | ) **OBJECTIONS AND** |
| | ) **MODIFICATIONS TO THE** |
| vs. | ) **GOVERNMENT'S SPECIAL** |
| | ) **VERDICT FORM FOR** |
| IOURI MIKHEL, *et al.*, | ) **DEFENDANT MIKHEL'S** |
| | ) **PENALTY PHASE** |
| Defendants. | ) |
| | ) |

Defendant Iouri Mikhel, by and through his counsel of record, hereby submits his objections and modifications to the government's Proposed Special Verdict Form to be used for the penalty phase of this case.

/

# EXHIBIT B

Dated:  January 29, 2007

Respectfully submitted,

By: _____

RICHARD M. CALLAHAN, JR.
Attorney for Defendant
IOURI MIKHEL

- 2 -

## OBJECTIONS, MODIFICATIONS AND ADDITIONS TO GOVERNMENT'S PROPOSED SPECIAL VERDICT FORM

While large sections of the Government's proposed special verdict form are acceptable to the defendant, certain language and Sections need to be revised, specifically:

**Section I:** No objection.

**Section II:** No objection.

**Section III:** No objection.

**Section IV:** Subsection 1 on "future dangerousness" appears argumentative and duplicative, as the subsections in the verdict form (continuing pattern of violence, escape risk, and lack of remorse) are already included in the jury instructions. Therefore, only the singular six-line question contained in subsection 1 should be included, along with the obligatory "yes" or "no" answer boxes. No subparts need be included.

**Section V:** This section is devoted to mitigating factors, which have not been provided formally to the government until recently. It is requested that the following be used as the contents of Section V:

"Indicate the number of Jurors who find that the defense has established the existence of each listed Mitigating Factors by a preponderance of the evidence. For each of the following mitigating factors, please indicate, in the space provided, the number of jurors who have found the existence of the mitigating factor to be proven by a preponderance of the evidence:

1. AINAR ALTMANIS was intimately involved in each of the murders for which IOURI MIKHEL faces the death penalty, but ALTMANIS has made deals with both the state and federal authorities to avoid capital punishment. He faces a maximum of twenty years in custody for his state conviction.

Number of jurors who found this mitigating factor: _____

2. IOURI MIKHEL has suffered catastrophic loss of close family members at a young age. His father died when Mr. MIKHEL was eleven years old, his grandmother died when Mr. MIKHEL was thirteen, his mother passed away when Mr. MIKHEL was 27 years old. In addition, Mr. MIKHEL's brother died at the age of 46.

Number of jurors who found this mitigating factor: _____

3. IOURI MIKHEL was neglected and abandoned for the first 18 years of his life, living in orphanage-like boarding schools, along with extended stays in hospitals for physical problems.

Number of jurors who found this mitigating factor: _____

4. IOURI MIKHEL suffered chronic respiratory illnesses, including pneumonia for the first twelve years of his life.

Number of jurors who found this mitigating factor: _____

5. IOURI MIKHEL grew up in communist Russia, and was impacted by the socio-economic changes, poverty, and political turmoil in his formative years.

Number of jurors who found this mitigating factor: _____

6. IOURI MIKHEL was raised in a politically bankrupt system in which little value was placed on human life.

Number of jurors who found this mitigating factor: _____

7. IOURI MIKHEL was raised in a political system in which citizens were forced to perform acts criminalized by the government in order to survive.

Number of jurors who found this mitigating factor: _____

8. IOURI MIKHEL was raised in an economic system which kept its citizens at the poverty level.

Number of jurors who found this mitigating factor: _____

9. IOURI MIKHEL was raised in a political system that punished economic crimes greater than violent crimes.

Number of jurors who found this mitigating factor: _____

10. IOURI MIKHEL was raised in a family that was dysfunctional by Russian society standards.

Number of jurors who found this mitigating factor: _____

11. Should the jury so direct, defendant MIKHEL will be sentenced to life imprisonment without any possibility of release if he is not executed.

Number of jurors who found this mitigating factor: _____

12. A sentence of life in prison would be substantial punishment for Mr. MIKHEL.

Number of jurors who found this mitigating factor: _____

13. IOURI MIKHEL has not engaged in any violent behavior in almost five years of federal custody.

Number of jurors who found this mitigating factor: _____

14. IOURI MIKHEL's likelihood for future dangerousness in federal maximum security prison is extremely low.

Number of jurors who found this mitigating factor: _____

15. Imposing a sentence of life imprisonment without the possibility of release yet preserving IOURI MIKHEL's life, protects society and at the same time shows a proper respect for life itself.

Number of jurors who found this mitigating factor: _____

16. A sentence of life imprisonment without the possibility of release is severe and exacts both significant and physical restraints and hardship as well as great psychological pain, particularly because defendant IOURI MIKHEL is left for years to contemplate his

wrongdoing and to feel the loss of his children, friends, and family.

Number of jurors who found this mitigating factor: _____

17. A sentence of life imprisonment without the possibility of release is an adequately harsh alternative punishment that will protect society from any further risk of criminal conduct by defendant IOURI MIKHEL.

Number of jurors who found this mitigating factor: _____

18. IOURI MIKHEL's family and friends, including the young and the elderly, will be adversely affected if he is executed.

Number of jurors who found this mitigating factor: _____

19. IOURI MIKHEL is the father of a daughter, and step-father of a son, both of whom will suffer greatly if he is executed;

Number of jurors who found this mitigating factor: _____

20. List on the lines below any additional mitigating factors found by at least one Juror, and the number of jurors who so found. If you need space, ask for more paper:

a. _____

_____

_____

Number of jurors who found this mitigating factor: _____

b. _____

_____

_____

Number of jurors who found this mitigating factor: _____"

Several additional mitigating factors may be propounded, including those relating to socio-economic aspects of Mr. Mikhel's upbringing, based upon the mitigation testimony.

**Section VI:** The only modification suggested is that the word "parole" under

- 6 -

Choice "B" should be replaced by the word "release."

Dated:  January 29, 2007.

By:  _____
RICHARD M. CALLAHAN, JR.
Attorney for Defendant
IOURI MIKHEL

- 7 -

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen, and am not a party to the within action. My business address is 230 East Colorado Blvd., Suite 1200, Pasadena, California, 91101.

On January 30 2007, I served the foregoing document described as **OBJECTIONS AND MODIFICATIONS TO THE GOVERNMENT'S SPECIAL VERDICT FORM FOR DEFENDANT MIKHEL'S PENALTY PHASE** on all interested parties in this action by the means of service stated below, unless otherwise noted:

___✓ hand delivery, addressed as follows:

___ mail, by placing true copies thereof enclosed in a sealed envelope, postage prepaid, addressed as follows:

___ fax/email, addressed as follows:

Robert Dugdale, Esq.
Susan DeWitt, Esq.
Kim Meyer, Esq.
Assistant United States    Attorneys
1500 United States Courthouse
312 N. Spring Street
Los Angeles, CA   90012

Sonia Chahin, Esq.
2222 Foothill Blvd., #E 278
La Canada, CA 91011

Dale Rubin, Esq.
2275 Huntington Drive, Suite 902
San Marino, CA   91108

Richard Lasting, Esq.
1717 Fourth Street
Third Floor
Santa Monica, CA   90401

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on January 30 2007, at Pasadena, California.

RICHARD M. CALLAHAN, JR.

- 8 -