FILED
CLERK, U.S. DISTRICT COURT

JAN 1 7 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 02-220(B)-DT |
| Plaintiff, | ) | |
| v. | ) | SPECIAL VERDICT FORM FOR |
| IOURI MIKHEL and JURIJUS KADAMOVAS, | ) | DEFENDANT JURIJUS KADAMOVAS |
| Defendants. | ) | |

COUNT ONE

1.   With respect to the charge of conspiracy to take hostages, in violation of 18 U.S.C. § 1203, we find defendant Jurijus Kadamovas:

Not Guilty _____

Guilty ✓_____

a.   If you find defendant Jurijus Kadamovas guilty of the above charge, do you also find, beyond a reasonable doubt, that this crime resulted in the death or deaths of:

| | | |
|---|---|---|
| Meyer Muscatel | Yes ✓ | No _____ |
| Rita Pekler | Yes ✓ | No _____ |
| Alexander Umansky | Yes ✓ | No _____ |
| Nick Kharabadze | Yes ✓ | No _____ |
| George Safiev | Yes ✓ | No _____ |

COUNT TWO

1.   With respect to the crime of the hostage-taking of Alexander Umansky, in violation of 18 U.S.C. § 1203, we find defendant Jurijus Kadamovas:

Not Guilty _____

Guilty ✓

a.   If you find defendant Jurijus Kadamovas guilty of the crime charged in Count Two, answer the following question:

(1)   Was the death of Alexander Umansky a foreseeable result of defendant Jurijus Kadamovas' criminal conduct?

Yes ✓

No _____

2

COUNT THREE

1.  With respect to the crime of the hostage-taking of Nick Kharabadze, in violation of 18 U.S.C. § 1203, we find defendant Jurijus Kadamovas:

Not Guilty _____

Guilty _____✓_____

a.  If you find defendant Jurijus Kadamovas guilty of the crime charged in Count Three, answer the following question:

(1)  Was the death of Nick Kharabadze a foreseeable result of defendant Jurijus Kadamovas' criminal conduct?

Yes _____✓_____

No _____

COUNT FOUR

1.  With respect to the crime of the hostage-taking of George Safiev, in violation of 18 U.S.C. § 1203, we find defendant Jurijus Kadamovas:

Not Guilty _____

Guilty _____✓_____

a.  If you find defendant Jurijus Kadamovas guilty of the crime charged in Count Four, answer the following question:

(1)  Was the death of George Safiev a foreseeable result of defendant Jurijus Kadamovas' criminal conduct?

Yes _____✓_____

No _____

3

COUNT FIVE

1. With respect to the charge of conspiracy to launder monetary instruments, in violation of 18 U.S.C. § 1956(h), we find defendant Jurijus Kadamovas:    Not Guilty    _____

Guilty    ___✓___

COUNT SIX

1. With respect to the charge of conspiracy to escape from custody, in violation of 18 U.S.C. § 371, we find defendant Jurijus Kadamovas:            Not Guilty    _____

Guilty    ___✓___

SEAT 10    Juror # 8    JANUARY 17, 2007
Jury Foreperson

4