FILED
CLERK, U.S. DISTRICT COURT
FEB 13 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF

v.

Jurijus Kadamovas DEFENDANT.

CASE NUMBER
CR-02-220-B-OT

## ABSTRACT OF COURT PROCEEDING

TO: UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:

You are hereby notified that the Honorable Dickran Tevrizian
☒ United States District Judge ☐ United States Magistrate Judge, has this date ☒ ordered ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ ____ social ☐ ____ legal telephone call(s) at prisoner's own expense;
☐ forthwith ☐ as soon as possible ☐ as requested, at suitable times

☐ Allowed social visits ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other ____

☐ Provided with a medical examination and/or medical treatment for ____
A report regarding this examination/treatment is to be submitted to the court on or before ____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before ____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before ____

☒ Other Immediate medical examination for sore throat. Deft is to be provided medicine/antibiotics if necessary

CLERK U.S. DISTRICT COURT

Dated: 2-7-07

By: [signature]
Deputy Clerk

RETURN TO CLERK'S OFFICE

☒ Western Division-Los Angeles ☐ Southern Division-Santa Ana ☐ Eastern Division-Riverside

This abstract was received on 2/7/07

☑ The aforementioned order(s) were or will be complied with on: 2/8/07

☐ The aforementioned order(s) were not complied with for the following reasons: ____

Linda T. McGrew
Name (Print)

Associate Warden
Title

[signature]
Signature

cc: ☒ *MDC*, ☒ *Cell block*