# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CR02-220(B)-DT | Date | February 7, 2007 |

Present: The Honorable    DICKRAN TEVRIZIAN, U.S. SENIOR DISTRICT JUDGE

Interpreter    Sophia Velen / Ludmilla Genn (Russian)

| D.L. O'Neill | Gail Peeples / Lori Muraoka | Susan DeWitt / Kim Meyer / Robert Dugdale |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Iouri Mikhel | X | X | | Dale Rubin/Richard Callahan | X | X | |
| 2. Jurlius Kadamovas | X | X | | Sonia Chahin/Richard Lasting | X | X | |

_____ Day <u>COURT TRIAL</u>    72 Day <u>JURY TRIAL</u>    X Death Penalty Phase

_____ One day trial; _____ Begun (1st day); _____ Held & continued; _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made _____

X Witnesses called, sworn and testified.

X Exhibits identified    X Exhibits admitted

_____ Government rests.    X Defendant(s)    Deft Kadamovas rests (penalty phase) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made    _____ Court instructs jury    _____ Bailiff sworn

_____ Alternates excused    _____ Jury retires to deliberate    _____ Jury resumes deliberations

_____ Finding by Court as follows:    _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s)    _____ Not Guilty on count(s)

_____ Filed Witness & Exhibit lists    _____ Filed Jury notes    _____ Filed Jury Instructions    _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

X Case continued to    2-9-07 @ 9:15am    for further trial/further jury deliberation.

X Other:    No govt' rebuttal. Court rules defts' motion re: 28USC455(d) is deemed MOOT due to defts' filing of emergency writ in 9th USCA. This Court defers to 9th USCA

2 : 45

Initials of Deputy Clerk    dlo