# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| Case No. | CR02-220(B)-DT | | Date | February 9, 2007 |
|---|---|---|---|---|

Present: The Honorable   DICKRAN TEVRIZIAN, U.S. SENIOR DISTRICT JUDGE

Interpreter   Sophia Velen / Ludmilla Genn (Russian)

| Raymond Neal | Gail Peeples / Tanya Durant | Susan DeWitt / Kim Meyer / Robert Dugdale |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Iouri Mikhel | X | X | | Dale Rubin / Richard Callahan | X | X | |
| 2. Jurlius Kadamovas | X | X | | Sonia Chahin / Richard Lasting | X | X | |

_____ Day <u>COURT TRIAL</u>          73rd  Day <u>JURY TRIAL</u>          X   Death Penalty Phase

_____ One day trial; _____ Begun (1st day); _____ Held & continued; _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made  _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified          _____ Exhibits admitted

_____ Government rests.          Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29)   is _____ granted _____ denied _____ submitted

X   Closing arguments made          _____ Court instructs jury          _____ Bailiff sworn

_____ Alternates excused          _____ Jury retires to deliberate          _____ Jury resumes deliberations

_____ Finding by Court as follows:          _____ Jury Verdict as follows:

Dft # _____ _____ Guilty on count(s) _____          _____ Not Guilty on count(s) _____

_____ Jury polled          _____ Polling waived

_____ Filed Witness & Exhibit lists     _____ Filed Jury notes     _____ Filed Jury Instructions     _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody. _____ Remand/Release# _____ issd. _____ Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

X   Case continued to   February 13, 2007 at 8:45 a.m.   for further trial/further jury deliberation.

_____ Other:

|  | 4 | : | 46 |
|---|---|---|---|

Initials of Deputy Clerk   RGN