+12138940293    JAN-23-2007  11:41

FILED
CLERK, U.S. DISTRICT COURT

FEB 1 3 2007

CENTRAL DISTRICT OF CALIFORNIA
BY ___ KV ___                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR·02·220·B·DT |
| v. | |
| Jurijus Kadamovas | |
| DEFENDANT. | ABSTRACT OF COURT PROCEEDING |

**TO:**   UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:

You are hereby notified that the Honorable __Dickran Tevrizian__

☒ United States District Judge    ☐ United States Magistrate Judge, has this date ☒ ordered    ☐ recommended that the above-named federal prisoner be:

☒ Allowed to make ☐ _____ social ☐ _X_ legal telephone call(s) at prisoner's own expense;
   ☐ forthwith               ☐ as soon as possible          ☒ as requested, at suitable times

☐ Allowed social visits          ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other_____

☐ Provided with a medical examination and/or medical treatment for_____
A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before_____

☒ Other _2  Telephone calls to The Lithuanian Consulate in · Washington DC. only_

Dated: _1-23-07_

CLERK U.S. DISTRICT COURT

By: _____ 213 894 3558
Deputy Clerk

### RETURN TO CLERK'S OFFICE

☒ Western Division-Los Angeles      ☐ Southern Division-Santa Ana      ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☒ The aforementioned order(s) were not complied with for the following reasons: _The FBI has taken responsibility for this order. It was assigned to ope case_

| BSM | AWP | B.T. |
|---|---|---|
| Name (Print) | Title | Signature |

cc: ☒ MDC, ☒ Cell block

CR-53 (12/03)                    ABSTRACT OF COURT PROCEEDING

F-164  T-280  P. 02/02  F-164    +12138940293    From-US DISTRICT COURT    12:46pm  Jan-23-07