DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Section
CAROLE C. PETERSON (California State Bar No. 173845)
ROBERT C. GANNON (California State Bar No. 064112)
BRIAN R. MICHAEL (California State Bar No. 240560)
ELIZABETH CARPENTER (California State Bar No. 243460)
Assistant United States Attorneys
Organized Crime and Terrorism Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6920
    Facsimile:  (213) 894-3713
    e-mail:    carole.peterson@usdoj.gov
               robert.gannon@usdoj.gov
               brian.michael@usdoj.gov
               elizabeth.carpenter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )    CR No.  02-220(B)-DT
                           )
            Plaintiff,     )
                           )
     v.                    )    [PROPOSED]  ORDER RE SEALING OF
                           )    DOCUMENT  [AND RELATED ORDER]
IOURI MIKHEL               )
and JURIJUS KADAMAVOS,     )
                           )
            Defendants.    )
                           )
_____)

For good cause shown, IT IS HEREBY ORDERED THAT:

     The government's ex parte application for sealed filing is

GRANTED.  The document sought to be filed under seal, the related

//

//

order, and the government's ex parte application for sealed filing shall all be filed under seal.

DATED: _____1-23-07_____

_____
UNITED STATES DISTRICT JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal.  The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I, TERESA GUZMAN, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

[Proposed] Order Re Sealing of Document [And Related Order]

SERVICE WAS:

[ ]Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery

[X]  By facsimile as follows:

[ ] By messenger as follows:

[ ] Emailed by

**Dale Rubin, Esq.**
**2275 Huntington Drive, Ste., 902**
**San Marino, CA 91108**
Fax:  (413) 228-0521

**Richard Callahan, Jr. , Esq.**
**230 East Colorado Blvd., Ste., 1200**
**Pasadena, CA 91101**
Fax:  (626) 794-4676

This Certificate is executed on January 22, 2007 in Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

TERESA GUZMAN