# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR-02-220(B)-DT | | Date | February 15, 2007 |
|---|---|---|---|---|

| Present: The Honorable | DICKRAN TEVRIZIAN |
|---|---|

| Interpreter | Irene Vianu / Ludmilla Genn (RUSSIAN) |
|---|---|

| Raymond Neal | Lori Muraoka | Robert Dugdale / Susan DeWitt / Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Recorder, CS* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | Not | X | | 1) | Richard Callahan | X | X | |
| | | | | | Dale Rubin | X | X | |
| 2) Jurlius Kadamovas | X | X | | 2) | Sonia Chahin | X | X | |
| | | | | | Richard Lasting | X | X | |

**Proceedings:   STATUS CONFERENCE**

The Court informs the parties of its acquaintance with one of the trial witnesses, the specifics of which are noted on the record.

The Court sets a further status conference for Tuesday, February 20, 2007 at 10:30 a.m.  At that time, the Government is to provide the Court with declarations of the individuals at issue.

The Court grants defendant Kadamovas' request that his appearance at the further status conference on February 20, 2007 be waived.

The Court orders that defendant Kadamovas be provided with a psychiatric evaluation, which is to be conducted with the assistance of a Russian language interpreter.

| | 00 | : | 33 | |
|---|---|---|---|---|
| Initials of Deputy Clerk | RGN | | | |