Penalty Phase

## LIST OF EXHIBITS AND WITNESSES   Kadamovas

| Case Number | CR-02-220-B-PT | Title USA v. Mitchel, etal | CLERK, U.S. DISTRICT COURT |
|---|---|---|---|
| Judge | Dickran Tevrizian | | FILED |
| Dates of Trial or Hearing | Jan 24, 2007 - Feb 13, 2007 | | |
| Court Reporters or Tape No. | Gail Peeples / Rose Yepurdjian / Lori Muradca / Tanya Durant | | CENTRAL DISTRICT OF CALIF. BY |
| Deputy Clerks | DConell / Raymond Neal / Jake Yerke | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Kim Meyer | Mitchel → Dale Kubin |
| Robert Dugdale | Richard Callahan |
| Susan DeWitt | Kadamovas → Sonia Chahin |
| | Richard Casting |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | 2071 | | | List of mitigation factors | |
| | | | | | | | |
| | | | | | | Mark Cunningham 2-6-07; 2-7-07 | |
| | | | | | | Richard Anderson 2-7-07 | |
| | | | 2101 | 2/7 | 2/7 | dtd 1-2-04; letter from Serdin Smaidzyte Embassy of Republic of Lithuania | |
| | | | 2102 | 2/7 | 2/7 | letter from L.A. Zalensky | |

G-65 (8/04)                    LIST OF EXHIBITS AND WITNESSES                    Page ___ of ___