FILED
CLERK, U.S. DISTRICT COURT

FEB 13 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )     CR No. 02-220(B)-DT
                                    )
                Plaintiff,          )     SPECIAL VERDICT FORM FOR
                                    )     DEFENDANT JURIJUS KADAMOVAS
        v.                          )
                                    )     (Penalty Phase)
IOURI MIKHEL and                    )
JURIJUS KADAMOVAS,                  )     Courtroom of the Honorable
                                    )     Dickran Tevrizian
                Defendants.         )
_____)

## Section I: Age of the Defendant:

Instructions: Answer "yes" or "no." Do you, the jury, unanimously find that the government has established beyond a reasonable doubt that defendant Jurijus Kadamovas (the "defendant") was 18 years of age or older at the time of the offenses charged in Counts One, Two, Three, and Four of the Second Superseding Indictment?

Yes ___✓___

No _____

Foreperson:

Instructions: If you answered "no" with respect to the determination in this Section, then stop your deliberations, cross out Sections II, III, IV, V, and VI of this form, and proceed to Section VII. Each juror should then carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which you reached your decision. You should then advise the Court that you have reached a decision.

If you answered "yes" with respect to the determination in this Section I, then proceed to Section II.

//

//

//

**Section II:  Requisite Mental State**

Instructions: For each of the following, answer "yes" or "no."

A.   Do you, the jury, unanimously find that the government has established beyond a reasonable doubt that the defendant intentionally killed the following victim or victims?

| | | |
|---|---|---|
| Meyer Muscatel | ✓ YES | _____ NO |
| Rita Pekler | ✓ YES | _____ NO |
| Alexander Umansky | ✓ YES | _____ NO |
| George Safiev | ✓ YES | _____ NO |
| Nick Kharabadze | ✓ YES | _____ NO |

IF YOU ANSWER YES TO ANY OF THE ABOVE, YOU NEED NOT ANSWER PART B OF THIS SECTION AND YOU SHOULD PROCEED TO SECTION III.  HOWEVER, IF ANSWERED NO TO ALL OF PART A, GO TO PART B OF THIS SECTION.

B.   Do you, the jury, unanimously find that the government has established beyond a reasonable doubt that the defendant intentionally participated in an act, contemplating that the life of a person would be taken and/or that lethal force would be used in connection with a person, other than one of the participants in the offense, and that the following victim or victims died as a direct result of the act?

| | | |
|---|---|---|
| Meyer Muscatel | _____ YES | _____ NO |
| Rita Pekler | _____ YES | _____ NO |
| Alexander Umansky | _____ YES | _____ NO |
| George Safiev | _____ YES | _____ NO |
| Nick Kharabadze | _____ YES | _____ NO |

Instructions: If you answered "no" with respect to each of the two determinations in this Section for each of the five victims, then stop your deliberations, cross out Sections III, IV, V, and VI of this form, and proceed to Section VII. Each juror should carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which you reached a decision.

If you answered "yes" with respect to one or more of the determinations in this Section II, then proceed to Section III.

## Section III: Statutory Aggravating Factors

Instructions:  For each of the following, answer "yes" or "no."

1.  Do you, the jury, unanimously find that the government has established beyond a reasonable doubt that the victims' deaths, or injuries resulting in death, occurred during the commission of an offense under 18 U.S.C. Section 1203, that is, conspiracy to engage in hostage taking resulting in death or hostage taking resulting in death?

Yes __✓__

No _____

2.  Do you, the jury, unanimously find that the government has established beyond a reasonable doubt that the defendant procured the commission of the offenses charged in Counts One, Two, Three, and Four by payment, and/or the promise of payment, of anything of pecuniary value?

Yes __✓__

No _____

3.  Do you, the jury, unanimously find that the government has proved beyond a reasonable doubt that the defendant committed the offenses charged in Counts One, Two, Three, and Four of the Second Superseding Indictment after substantial planning and premeditation to cause the death of a person?

Yes __✓__

No _____

5

4.    Do you, the jury, unanimously find that the government has proved beyond a reasonable doubt that the defendant killed or attempted to kill more than one person in a single criminal episode?

Yes ___✓___

No _____

Foreperson:

Instructions:  If you answered "no" with respect to all of the Statutory Aggravating Factors in this Section III, then stop your deliberations, cross out Sections IV, V, and VI, and proceed to Section VII of this form.  Each juror should then read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which you have reached a decision.  You should then advise the Court that you have reached a decision.

If you found the requisite age in Section I, the requisite mental state in Section II, and answered "yes" with respect to one or more of the statutory aggravating factors in this Section III, then proceed to Section IV.

6

**Section IV: Non-Statutory Aggravating Factors**

Instructions: For each of the following questions, answer "yes" or "no" to the five numbered questions below.  (You need not answer "yes" or "no" to the lettered statements contained in question number 1, which merely describe the government's allegation of how the existence of a non-statutory aggravating factor would be demonstrated.)

1.   Future Dangerousness of Defendant If Confined To A Federal Prison For The Rest Of His Life Without The Possibility Of Release.  Do you, the jury, unanimously find that the government has proved beyond a reasonable doubt that the defendant is likely to commit criminal acts of violence in the future that would constitute a continuing and serious threat to the lives and safety of others, including one or more of the following:

a.   Continuing Pattern of Violence.  The defendant has engaged in a continuing pattern of violence, attempted violence, and threatened violence, including, at least, the crimes charged in the Second Superseding Indictment.

b.   Escape Risk and Institutional Misconduct.  The defendant poses a future danger to the lives and safety of other persons, as demonstrated by his escape risk and institutional misconduct, including, at least:  defendant's participation in a conspiracy to escape from the Metropolitan Detention Center -- Los Angeles, California, which was detected by the government on or about March 7, 2003, and charged as Count Six in the Second

Superseding Indictment.

c. Lack of Remorse. The defendant has demonstrated a lack of remorse for the capital offenses committed in this case, as indicated by his statements and actions during the course of and following the offenses alleged in the Second Superseding Indictment.

ANSWER TO SECTION IV, QUESTION NUMBER 1:

Yes ___✓___

No _____

2. Contemporaneous Convictions. Do you, the jury, unanimously find that the government has proved beyond a reasonable doubt that the defendant faces contemporaneous convictions for multiple murders and other serious acts of violence?

ANSWER TO SECTION IV, QUESTION NUMBER 2:

Yes ___✓___

No _____

8

3.   Witness Elimination.  Do you, the jury, unanimously find that the government has proved beyond a reasonable doubt that the defendant killed the victims of his crimes, including Meyer Muscatel, Rita Pekler, Alexander Umansky, Nick Kharabadze, and George Safiev, in order to eliminate these victims as possible witnesses to his crimes?

ANSWER TO SECTION IV, QUESTION NUMBER 3:

Yes ___✓___

No _____


4.   Emotional Suffering of the Victims.  Do you, the jury, unanimously find that the government has proved beyond a reasonable doubt that the defendant displayed an indifference to the emotional suffering of the victims of his crimes, Meyer Muscatel, Rita Pekler, Alexander Umansky, Nick Kharabadze, and George Safiev?

ANSWER TO SECTION IV, QUESTION NUMBER 4:

Yes ___✓___

No _____

9

5.   Victim Impact Evidence

Do you, the jury, unanimously find that the government has proved beyond a reasonable doubt that the defendant caused injury, harm, and loss to the families, friends, and co-workers of Meyer Muscatel, Rita Pekler, Alexander Umansky, George Safiev, and Nick Kharabadze as evidenced by their personal characteristics as human beings and the impact of their deaths on their families, friends, and co-workers?

ANSWER TO SECTION IV, QUESTION NUMBER 5:

Yes __✓__

No _____

Foreperson:

Instructions: Regardless of whether you answered "yes" or "no" with respect to the non-statutory aggravating factors in this Section IV, proceed to Section V.

10

## Section V: Mitigating Factors

Instructions: Indicate the number of jurors who find that the defense has established the existence of each listed mitigating factor by a preponderance of the evidence.  For each of the following mitigating factors, please indicate, in the space provided, the number of jurors who have found the existence of the mitigating factor or factors to be proven by a preponderance of the evidence:

1.    If Jurijus Kadamovas is not put to death, he will spend every day of the rest of his life locked up in a Federal Prison.  He will die in a Federal Prison without ever enjoying freedom again.

Number of Jurors who found this mitigating factor: __0__

2.    Jurijus Kadamovas was raised under a communist system of government that devalued the life of the individual.

Number of Jurors who found this mitigating factor: __0__

3.    Jurijus Kadamovas performed honorable military service in the Soviet Union.

Number of Jurors who found this mitigating factor: __0__

4.    Prior to these offenses for which he has been convicted, Jurijus Kadamovas had a history of hard work.

Number of Jurors who found this mitigating factor: __0__

5.    Ainar Altmanis, who is guilty of five hostage takings resulting in death, will not be sentenced to death.

Number of Jurors who found this mitigating factor: __0__

11

6.    Ainar Altmanis has an agreement with the State of California, that as punishment for the killing of the same individuals, his term of imprisonment will not exceed twenty years.

Number of Jurors who found this mitigating factor:  O

7.    Jurijus Kadamovas has no prior criminal record.

Number of Jurors who found this mitigating factor:  O

8.    Jurijus Kadamovas has not engaged in violent or assaultive behavior in almost five years of federal custody.

Number of Jurors who found this mitigating factor:  O

9.    Jurijus Kadamovas' likelihood for future violence in federal prison is low.

Number of Jurors who found this mitigating factor:  O

Instructions: Regardless of whether you chose to make written findings for the Mitigating Factors of Section V above, proceed to Section VI and Section VII.

12

## Section VI: Determination

Based upon consideration of whether the aggravating factors found to exist sufficiently outweigh any mitigating factors found to exist, or in the absence of any mitigating factors, whether the aggravating factors are themselves sufficient to justify a sentence of death, and whether death is therefore the appropriate sentence in this case:

**A.   Death Sentence**

We determine, by unanimous vote, that a sentence of death shall be imposed.

Yes ___✓___

No _____

If you answer "yes," the foreperson must sign here, and you must then proceed to Section VII.  If you answer "no," the foreperson must sign and you must then proceed to Section VIB.

SEAT 10  Juror 8
Foreperson                              Date: February 13, 2007

**B.   Sentence of Life in Prison Without Possibility of Release**

We determine, by unanimous vote, that a sentence of life imprisonment without the possibility of release shall be imposed.

Yes _____

No _____

If you answer "yes," the foreperson must sign here, and you must then proceed to Section VII.

_____
Foreperson                              Date: _____

13

## Section VII: Certification

By signing below, each juror certifies that consideration of the race, color, religious beliefs, national origin (except as it may bear on mitigation), or sex of the defendants or any victims was not involved in reaching his or her individual decision, and that the individual juror would have made the same recommendation regarding a sentence for the crimes in question regardless of the race, color, religious beliefs, national origin, or sex of the defendants or the victims.

JUROR #1   #84

JUROR #2   #227

JUROR #3   #39

JUROR #4   JUROR 177

JUROR #5   Juror 31

JUROR #6   #239

JUROR #7   #36

JUROR #8   95

JUROR #9   #57

JUROR #10   #8

JUROR #11   #67

JUROR #12   #256

SEAT #10 Juror 8
Foreperson

Date: February 13, 2007

14