# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR-02-220(B)-DT | Date | February 20, 2007 |
|---|---|---|---|

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    Ludmilla Genn (RUSSIAN)

| Raymond Neal | Rose Yapundjian | Robert Dugdale / Susan DeWitt / Kim Meyer |
|---|---|---|
| *Deputy Clerk* | *Court Recorder, CS* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|---|
| 1) Iouri Mikhel | Not | X | | 1) | Richard Callahan | X | X | |
| | | | | | Dale Rubin | X | X | |
| 2) Jurlius Kadamovas | Not | X | | 2) | Sonia Chahin | X | X | |
| | | | | | Richard Lasting | X | X | |

**Proceedings:    FURTHER STATUS CONFERENCE**

At the previous hearing held in this Court, defendant Kadamovas waived his appearance at today's hearing.  Defendant Mikhel refuses to appear, and the Court does not find it prudent to force his appearance at this hearing.

The Court gives a detailed timeline of its acquaintance with one of the trial witnesses, as noted on the record.  The Government submits declarations made by the individuals at issue.  The Court determines that the declarations confirm the Court's timeline.

Counsel for Mikhel requests that the Court stay the proceedings and allow another U.S. District Judge to rule on its motion for a new penalty phase trial.  The Court is confident there is no appearance of impropriety and denies the request.

The Court grants the request made by counsel for defendant Kadamovas to extend the deadline to file its motion for new trial.  The motion is now due on or before February 26, 2007.  The Government's opposition to the motion is due on or before March 5, 2007.

All other dates on calendar for this case remain unchanged.

The parties waive opening statements at the forfeiture phase of trial.

| | 00 | : | 30 |
|---|---|---|---|
| Initials of Deputy Clerk | RGN | | |