GEORGE S. CARDONA
Acting United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Section
ROBERT E. DUGDALE (California State Bar No. 167258)
Deputy Chief - Organized Crime and Terrorism Section
SUSAN J. DE WITT (California State Bar No. 132462)
KAREN I. MEYER (California State Bar No. 220554)
Assistant United States Attorneys
Organized Crime and Terrorism Section
MONICA E. TAIT (California State Bar No. 157311)
Assistant United States Attorney
Asset Forfeiture Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:   (213) 894-4685/4496/8559/2931
     Facsimile:   (213) 894-3713
     e-mail:    robert.dugdale@usdoj.gov
                susan.dewitt@usdoj.gov
                kim.meyer@usdoj.gov
                monica.tait@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | MEMORANDUM REGARDING |
| v. | ) | FORFEITURE |
| | ) | |
| IOURI MIKHEL and | ) | |
| JURIJUS KADAMOVAS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

     The United States of America, by and through its counsel of record, respectfully submits this memorandum addressing forfeiture issues relevant to sentencing in this case.

## I.   INTRODUCTION

On January 17, 2007, defendants Iouri Mikhel and Jurijus Kadamovas were found guilty of hostage-taking and conspiracy to commit hostage taking, and other crimes.  On February 13, 2007, the jury sentenced them to death.  On February 21, 2007, the same jury rendered Special Verdicts of Forfeiture on Count 7 of the Second Superseding Indictment, finding that a total of $1,203,628.00 constitutes or is derived from proceeds traceable to the offenses set forth in Counts One through Four of the Second Superseding Indictment.[1]

In anticipation of the Court's imminent imposition of the defendants' sentences, the government has contemporaneously filed an ex parte application for entry of the government's proposed Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b) and lodged proposed Personal Money Judgments of Forfeiture against each defendant.  The Preliminary Order of Forfeiture orders the forfeiture of all proceeds traceable to the offenses set forth in Counts One through Four of the Second Superseding Indictment, and provides for the forfeiture of substitute assets of each defendant should the directly forfeitable proceeds not be recoverable.  The Personal Money

[1]   The jury found that the proceeds from Count One (the conspiracy to commit hostage taking of several victims, including Alexander Umansky, George Safiev, and Nick Kharabadze) were $1,203,628.00; the proceeds from Count Two (relating to Alexander Umansky) were $234,628.00; the proceeds from Count Three (relating to George Safiev) were $969,000.00; and the proceeds from Count Four (relating to Nick Kharabadze) were $969,000.00. The proceeds from Count One are equal to the sum of the proceeds of the the Umansky crime ($234,628.00) and the proceeds from the Safiev and Kharabadze crimes ($969,000.00).  To avoid double counting the proceeds from the crimes, the government bases its money judgment request upon the total amount of $1,203,628.00.

Judgment amount the government has proposed is $1,039,716.46. As fully explained in the government's accompanying Application for entry of the preliminary order and money judgments, this amount reflects deductions from the amount determined by the jury equal to the net amounts that have already been civilly and administratively forfeited as hostage taking proceeds.

## II.    FORFEITURE MUST BE PRONOUNCED AT SENTENCING

At sentencing, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the preliminary "order of forfeiture becomes final as to the defendant and shall be made a part of the sentence and included in the judgment."

The Court must pronounce orally the forfeiture of the defendant's interest in the property as part of the sentence imposed on the defendant, and must include language forfeiting the defendant's interest in the property as part of the sentence in the judgment order. See <u>United States v. Gaviria</u>, 116 F.3d 1498, 1530 (D.C. Cir. 1997) (forfeiture portion of the defendant's sentence must be announced in his presence pursuant to Fed. R. Crim. P. 43(a)).

The United States requests that the Court orally pronounce at sentencing, and enter in the "Forfeiture" section of the judgment order imposing sentence upon each defendant, the following:

Pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and Count Seven of the Second Superseding Indictment, defendant shall forfeit to the United States all right,

3

title, and interest in any and all property, real or personal, which constitutes or is derived from proceeds traceable to the violations of Title 18, United States Code, Section 1203 (i.e., Counts One through Four) for which defendant has been convicted.

Moreover, the jury, by Special Verdict, has found that a total of $1,203,628.00 constitutes or is derived from proceeds traceable to the violations of Title 18, United States Code, Section 1203 (i.e., Counts One through Four) for which defendant has been convicted. Pursuant to that Special Verdict, as reduced by the net amount already forfeited in related civil and administrative forfeiture proceedings, a Personal Money Judgment in the amount of $1,039,716.46 has been contemporaneously entered against defendant.

DATE: February 27, 2007        Respectfully submitted,

GEORGE S. CARDONA
Acting United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Section
ROBERT E. DUGDALE
Deputy Chief - Organized Crime and Terrorism Section
SUSAN J. DE WITT
KAREN I. MEYER
Assistant United States Attorneys
Organized Crime and Terrorism Section

_____
MONICA E. TAIT
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA