GEORGE S. CARDONA
Acting United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Section
ROBERT E. DUGDALE (California State Bar No. 167258)
Deputy Chief - Organized Crime and Terrorism Section
SUSAN J. DE WITT (California State Bar No. 132462)
KAREN I. MEYER (California State Bar No. 220554)
Assistant United States Attorneys
Organized Crime and Terrorism Section
MONICA E. TAIT (California State Bar No. 157311)
Assistant United States Attorney
Asset Forfeiture Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-4685/4496/8559/2931
     Facsimile:  (213) 894-3713
     e-mail:   robert.dugdale@usdoj.gov
               susan.dewitt@usdoj.gov
               kim.meyer@usdoj.gov
               monica.tait@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 02-220(B)-DT |
| ) | |
| Plaintiff, ) | NOTICE OF LODGING PERSONAL |
| ) | MONEY JUDGMENT OF FORFEITURE |
| v. ) | AGAINST JURIJUS KADAMOVAS |
| ) | |
| IOURI MIKHEL and ) | |
| JURIJUS KADAMOVAS, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     Plaintiff United States of America hereby gives notice of

the fact that it has lodged a Personal Money Judgment of

Forfeiture Against Jurijus Kadamovas in this matter.

DATE: February 27, 2007          Respectfully submitted,

GEORGE S. CARDONA
Acting United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Section
ROBERT E. DUGDALE
Deputy Chief - Organized Crime and
Terrorism Section
SUSAN J. DE WITT
KAREN I. MEYER
Assistant United States Attorneys
Organized Crime and Terrorism
Section

_____
MONICA E. TAIT
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2