# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR02-220(B)-DT | | Date | February 21, 2007 |
|---|---|---|---|---|

Present: The Honorable    DICKRAN TEVRIZIAN, U.S. SENIOR DISTRICT JUDGE

Interpreter    Ludmilla Genn (Russian)

| Raymond Neal | Gail Peeples / Lori Murakao | Susan DeWitt / Kim Meyer / Robert Dugdale |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Iouri Mikhel | X | X | | Dale Rubin / Richard Callahan | X | X | |
| 2. Jurlius Kadamovas | X | X | | Sonia Chahin / Richard Lasting | X | X | |

_____ Day COURT TRIAL    75th Day JURY TRIAL    X Forfeiture Phase

_____ One day trial; _____ Begun (1st day); _____ Held & continued; _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made

_____ Witnesses called, sworn and testified.

_____ Exhibits identified    _____ Exhibits admitted

_____ Government rests.    _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

X Closing arguments made    X Court instructs jury    X Bailiff sworn

_____ Alternates excused    X Jury retires to deliberate    _____ Jury resumes deliberations

_____ Finding by Court as follows:    X Jury Verdict as follows:

Dft # _____ Guilty on count(s): _____ Not Guilty on count(s) _____

X Jury polled    _____ Polling waived

_____ Filed Witness & Exhibit lists    X Filed Jury notes    X Filed Jury Instructions    X Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody. _____ Remand/Release# _____ issd. Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

_____ Case continued to _____ for further trial/further jury deliberation.

X Other:    Jurors and alternate jurors are discharged. Filed special verdict. Jury Trial completed as to these 2 defts.

1 : 02

Initials of Deputy Clerk    RGN