FILED
CLERK, U.S. DISTRICT COURT

FEB 21 2007

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-220(B)-DT |
| Plaintiff, | ) | |
| v. | ) | **SPECIAL VERDICT FORM FOR JURIJUS KADAMOVAS** |
| IOURI MIKHEL and JURIJUS KADAMOVAS | ) | (CRIMINAL FORFEITURE) |
| Defendants. | ) | |

We, the Jury, return the following Special Verdict with respect to Count Seven of the Second Superseding Indictment, alleging criminal forfeiture against the defendant JURIJUS KADAMOVAS pursuant to 18 U.S.C. § 981(a)(1)(C):

**Question 1**

COUNT ONE: JURIJUS KADAMOVAS

We, the Jury, unanimously find beyond a reasonable doubt that $1,203,628.00 constitutes or is derived from proceeds traceable to the offense of conspiracy to take hostages.

YES _____✓_____

NO _____

If you answer "YES," please proceed to Question 2.

Only if you answer "NO" above, fill in the statement below with the amount you find, then proceed to Question 2.

We, the Jury, unanimously find beyond a reasonable doubt that $_____ constitutes or is derived from proceeds traceable to the offense of conspiracy to take hostages.

**Question 2**

COUNT TWO: JURIJUS KADAMOVAS

We, the Jury, unanimously find beyond a reasonable doubt that $234,628.00 constitutes or is derived from proceeds traceable to the offense of hostage taking relating to Alexander Umansky.

YES _____✓_____

NO _____

If you answer "YES," please proceed to Question 3.

Only if you answer "NO" above, fill in the statement below with the amount you find, then proceed to Question 3.

We, the Jury, unanimously find beyond a reasonable doubt that $_____ constitutes or is derived from proceeds traceable to the offense of hostage taking relating to Alexander

Umansky.

**Question 3**

COUNT THREE:  JURIJUS KADAMOVAS

We, the Jury, unanimously find beyond a reasonable doubt that $969,000.00 constitutes or is derived from proceeds traceable to the offense of hostage taking relating to Nick Kharabadze.

YES ____✓____

NO _____

If you answer "YES," please proceed to Question 4.

Only if you answer "NO" above, fill in the statement below with the amount you find, then proceed to Question 4.

We, the Jury, unanimously find beyond a reasonable doubt that $_____ constitutes or is derived from proceeds traceable to the offense of hostage taking relating to Nick Kharabadze.

**Question 4**

COUNT FOUR:  JURIJUS KADAMOVAS

We, the Jury, unanimously find beyond a reasonable doubt that $969,000.00 constitutes or is derived from proceeds traceable to the offense of hostage taking relating to George Safiev.

YES ____✓____

NO _____

If you answer "YES," please proceed to signature block.

Only if you answer "NO" above, fill in the statement below with the amount you find, then proceed to signature block.

We, the Jury, unanimously find beyond a reasonable doubt that $_____ constitutes or is derived from proceeds traceable to the offense of hostage taking relating to George Safiev.

Foreperson, please sign and date the completed verdict form.

So, Say We All, this _21st_ day of _February_, 2007.

SEAT #10 Juror # 8
F O R E P E R S O N