NAME & ADDRESS

FILED
CLERK, U.S. DISTRICT COURT

FEB 26 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF(S),

v.

1) Iovi Mikhel
2) Jurijus Kadamovas

DEFENDANT(S).

CASE NUMBER:

CR-02-220-B-DT

## RECEIPT FOR RELEASE OF EXHIBITS
## TO COUNSEL UPON
## VERDICT / JUDGMENT AT TRIAL

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the ~~juror~~ plaintiffs exhibit list are hereby being returned to counsel for the ~~respective party(ies)~~ *except* the plaintiff following exhibit(s):

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

2-26-07
Date

ROBERT G. DUGDALE
Counsel for: ☒ Plaintiff ☐ Defendant ☐ _____  2/26/07

N. E. N.
Signature

(213) 894-4685
Telephone Number

Date

Counsel for: ☐ Plaintiff ☐ Defendant ☐ _____

Signature

Telephone Number

I hereby certify that the above-mentioned exhibits were returned to counsel as indicated above this date.

Clerk, U. S. District Court

2-26-07
Date

By _____
Deputy Clerk

cc: Judge    Exhibits Custodian    Counsel Signing Document

G-38 (06/98)    RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL