RICHARD P. LASTING, (SBN 53950)
RPLasting@aol.com
1717 Fourth Street, 3rd Floor
Santa Monica, California 90401-3319
Telephone:  (310) 576-6242
Facsimile:   (310) 576-6247

SONIA E. CHAHIN (SBN 136604)
SEChahin@aol.com
Attorney At Law
2222 Foothill Boulevard, #E-278
La Canada, California  91011
Telephone (818) 549-0149
Facsimile (818) 549-0990

Attorneys  for Defendant
JURIJUS KADAMOVAS

FILED
CLERK, U.S. DISTRICT COURT

FEB 21 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 02-220 (B) -DT |
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER DIRECTING THAT METROPOLITAN |
| JURIJUS KADAMOVAS, | ) DETENTION CENTER HAVE DEFENDANT JURIJUS |
| Defendant. | ) KADAMOVAS EVALUATED BY A PSYCHOLOGIST WITH THE ASSISTANCE OF A RUSSIAN LANGUAGE  INTERPRETER |

TO THE WARDEN OF THE METROPOLITAN DETENTION CENTER:

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Metropolitan Detention Center have defendant JURIJUS KADAMOVAS, Reg. No. 21050-112, evaluated by a Psychologist with the assistance of a Russian language interpreter.

Dated:  February 21, 2007

DICKRAN TEVRIZIAN

HONORABLE DICKRAN TEVRIZIAN
UNITED STATES DISTRICT JUDGE