Feb-15-07  03:29pm  From-US DISTRICT COURT  +12138940293  T-318  P.02/02  F-232

**NFPV**

FILED
CLERK, U.S. DISTRICT COURT

MAR 13 2007

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

FEB 15 2007

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | PLAINTIFF | CASE NUMBER 02-220(B)-DT |
| v. | | |
| JURIJUS KADAMOVAS | DEFENDANT. | ABSTRACT OF COURT PROCEEDING |

**TO:  UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:**

You are hereby notified that the Honorable _DICKRAN TEVRIZIAN_____,
☒ United States District Judge  ☐ United States Magistrate Judge, has this date  ☐ ordered  ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
    ☐ forthwith      ☐ as soon as possible      ☐ as requested, at suitable times

☐ Allowed social visits      ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other_____

☐ Provided with a medical examination and/or medical treatment for_____
A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before_____

☒ Other _provide a medical evaluation by a psychologist who is_
_assisted by a Russian language interpreter_

CLERK U.S. DISTRICT COURT

Dated:_2-15-07_____      By:_____
                                     Deputy Clerk

### RETURN TO CLERK'S OFFICE

☐ Western Division-Los Angeles    ☐ Southern Division-Santa Ana    ☐ Eastern Division-Riverside

This abstract was received on _2/16/07____

☒ The aforementioned order(s) were or will be complied with on: _2/23/07____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

_____

DOCKETED ON CM
MAR 14 2007
BY_____ 182

B. R. Hoyt
_____
Name (Print)

Associate Warden (l)
_____
Title

_____
Signature

cc: ☒ MDC, ☒ Cell block

CR-53 (12/03)          ABSTRACT OF COURT PROCEEDING