GEORGE S. CARDONA
Acting United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Section
ROBERT E. DUGDALE (California State Bar No. 167258)
Deputy Chief – Organized Crime and Terrorism Section
SUSAN J. DE WITT (California State Bar No. 132462)
KAREN I. MEYER (California State Bar No. 220554)
Assistant United States Attorneys
Organized Crime and Terrorism Section
MONICA E. TAIT (California State Bar No. 157311)
Assistant United States Attorney
Asset Forfeiture Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-4685/4496/8559/2931
     Facsimile:  (213) 894-3713
     e-mail:   robert.dugdale@usdoj.gov
               susan.dewitt@usdoj.gov
               kim.meyer@usdoj.gov
               monica.tait@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA


                    UNITED STATES DISTRICT COURT

               FOR THE CENTRAL DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. CR 02-220(B)-DT |
|---|---|---|
| Plaintiff, | ) | PERSONAL MONEY JUDGMENT OF FORFEITURE AGAINST JURIJUS KADAMOVAS |
| v. | ) | |
| IOURI MIKHEL and JURIJUS KADAMOVAS, | ) | |
| Defendants. | ) | |

     On January 17, 2007, defendant JURIJUS KADAMOVAS was found

guilty of Counts One through Six of the Second Superseding

Indictment ("Indictment") in this action.  Count One of the

Indictment charged JURIJUS KADAMOVAS and others with conspiracy to commit hostage taking, in violation of Title 18, United States Code, Section 1203.  Counts Two through Four of the Indictment charged JURIJUS KADAMOVAS and others with hostage taking, in violation of Title 18, United States Code, Section 1203.  Counts Five and Six do not give rise to this money judgment.

As charged in Count Seven of the Indictment, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), JURIJUS KADAMOVAS is required to forfeit to the United States all right, title, and interest in any and all property, real or personal, which constitutes or is derived from proceeds traceable to the offenses described in Counts One through Four.  In lieu of forfeiting specific property, JURIJUS KADAMOVAS may be required to forfeit to the United States a sum of money equal to the total value of the forfeitable property described above.

Following the findings of conviction described above, the jury, by Special Verdict, further found that a total of $1,203,628.00 constitutes or is derived from proceeds traceable to the offenses set forth in Counts One through Four.  Pursuant to that Special Verdict, and the government's memorandum in support of its application for entry of this Personal Money Judgment recommending a deduction representing the amount the government has separately forfeited under the hostage taking theory, a money judgment in the amount of $1,039,716.46 is hereby ORDERED against JURIJUS KADAMOVAS.

IT IS FURTHER ORDERED that this court shall retain

jurisdiction for the purpose of enforcing this Personal Money Judgment.  The United States may, at any time, move pursuant to Rule 32.2(e) to substitute specific property to satisfy this Personal Money Judgment in whole or in part.

The Clerk of the Court shall forward four certified copies of this order to Assistant U.S. Attorney Monica E. Tait.

DATED: March 12, 2007      _**Dickran Tevrizian**_____
                            THE HONORABLE DICKRAN TEVRIZIAN
                            UNITED STATES DISTRICT JUDGE

PRESENTED BY:

GEORGE S. CARDONA
Acting United States Attorney


_____
MONICA E. TAIT
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3