# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR-02-220(B)-DT | | Date | 3-19-07 |
|---|---|---|---|---|

Present: The Honorable    DICKRAN TEVRIZIAN

Interpreter    n/a

| D.L. O'Neill | n/a | n/a |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| | | | | 1) Richard Callahan | not | X | |
| 1) Iouri Mikhel | not | X | | Dale Rubin | not | X | |
| | | | | 2) Sonia Chahin | not | X | |
| 2) Jurlius Kadamovas | not | X | | Richard Lasting | not | X | |

**Proceedings:    IN CHAMBERS**


          The Court hereby deposits with the Clerk of the Court all of the following documents for safe keeping and preservation of the record to be kept UNDER SEAL :
          1. All copies of the completed original juror questionnaires;
          2. The names and addresses of all jurors; and
          3. The Court's original trial notes.


                                                                          :

Initials of Deputy Clerk          dlo

cc: