# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended _____ )

| Case No. | CR-02-0220-(B)-DT | Date | 3-12-07 |
|---|---|---|---|

Present: The Honorable _____ DICKRAN TEVRIZIAN

| D.L. O'Neill | Tanya Durant | Kim Meyer/Robert Dugdale/Susan DeWitt |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| Defendant | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|
| 2) Jurijus Kadamovas | Sonia Chahin/Richard Lasting | | | X | Alex Levoff-Russian |

**PROCEEDINGS:**          **SENTENCING AND JUDGMENT**

_____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.          __X__ Refer to separate Judgment Order.

_____ Imprisonment for __years/months__ on each of counts _____

_____ Count(s) _____ concurrent/consecutive to count(s) _____

_____ Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.

_____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

_____ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

_____ years/months Supervised Release/Probation imposed on count(s) _____ consecutive/concurrent to count(s) _____ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

_____ Perform _____ hours of community service.

_____ Serve _____ in a CCC/CTC.

_____ Pay $ _____ fine amounts & times determined by P/O.

_____ Make $ _____ restitution in amounts & times determined by P/O.

_____ Participate in a program for treatment of narcotic/alcohol addiction.

_____ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of BICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.

_____ Other conditions: _____

_____ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

_____ Pay $ _____ per count, special assessment to the United States for a total of $ _____

_____ Imprisonment for __months/years__ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within __days/months__ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

_____ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

_____ Defendant informed of right to appeal.

_____ ORDER sentencing transcript for Sentencing Commission.          _____ Processed statement of reasons.

_____ Bond exonerated _____ upon surrender _____ upon service of _____

_____ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

__X__ Other    Defendant Kadamovas' motion for new trial on both the guilt phase and penalty phase is DENIED on all grounds raised. The Court finds that there is no evidence before the Court from which the Court can conclude that the jury did not follow the instructions of the Court in arriving at verdicts on both phases of the trial.

|   | 1 | : | 23 |
|---|---|---|---|
| Initials of Deputy Clerk | | DLO | |

cc: