# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | CR-02-220(B)-DT | Date | March 27, 2007 |
|---|---|---|---|

Present: The Honorable   DICKRAN TEVRIZIAN

Interpreter   N/A

| D.L. O'Neill | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| | | | | 2) Sonia Chahin | | X | |
| 2) Jurlius Kadamovas | not | X | | Richard Lasting | not | X | |

**Proceedings:**   **IN CHAMBERS**

**The underlying indictment and first superseding are dismissed as to this defendant only.**

                                                                          :

Initials of Deputy Clerk   dlo

cc: