UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**

Please Fill Out Completely

**CASE INFORMATION:**

Short Case Title:

Court of Appeals No. (leave blank if unassigned)

U.S. District Court, Division & Judge Name

Criminal and/or Civil Case No.

Date Complaint/Indictment/Petition Filed:

Date Appealed order/judgment *entered*:

Date NOA *filed*:

Date(s) of Indictment _____    Plea Hearing _____    Sentencing _____

COA Status (check one):    ☐ granted in full (attach order)    ☐ denied in full (send record)
                                        ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: _____        Date Docket Fee Billed: _____
Date FP granted: _____        Date FP denied: _____
Is FP pending? ☐ yes  ☐ no        Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**
Appellate Counsel:                    Appellee Counsel:

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other _____    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID _____            Address:
Custody _____
Bail _____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid _____        9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form: