UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 1 2 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

                  Plaintiff-Appellee,

v.

JURIJUS KADAMOVAS,

                  Defendant-Appellant.

No. 07-99009

D.C. No. CR-02-220-DT-1
C.D. Cal.

ORDER



RECEIVED
CLERK, U.S. DISTRICT COURT
APR 1 6 2007
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Before: Appellate Commissioner Peter Shaw

The motion to withdraw in this capital case filed by Richard Lasting, Esq. and Sonia Chahin, Esq. is granted. Two attorneys will be appointed to represent appellant by separate order. The Clerk shall serve a copy of this order by facsimile transmission on Sean K. Kennedy, Federal Public Defender, 321 East Second Street, Los Angeles, California 90012-4206 (FAX: (213) 894-0081), who will locate two attorneys to represent appellant on appeal. The district court shall provide this court with the names and addresses of counsel by facsimile transmission (FAX: (415) 355-8111) within 14 days after both counsel are located.

The transcript designation is due May 30, 2007. The transcripts are due July 30, 2007. Appellant's opening brief and excerpts of record are due September 28, 2007. Appellee's answering brief is due November 20, 2007. Appellant's optional reply brief is due December 18, 2007.

*Peter L. Shaw*
General Order 6.3(e)

O:\AppComm\Orders\me\07\07-99009.wpd