# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge ___SJD___

From: ___S English_____, Deputy Clerk     Date Received: _6-21-07_

Case No.: _CR-02-220_     Case Title: _USA v kadamova_

Document Entitled: _Deft Notice of change of Atty info_

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1     Document not legible
☐ Local Rule 11-3.8     Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1     No copy provided for judge
☐ Local Rule 19-1       Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1       Proposed amended pleading not under separate cover
☐ Local Rule 11-6       Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8       Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1      No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1        Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1       Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2       Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1     Notice to other parties of ex parte application lacking
☐ Local Rule 16-6       Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)       No proof of service attached to document(s)
☑ Other: _Documents not filed pursuant to General Order 06-07, Section VI, electronic filing._

**FILED**
**CLERK, U.S. DISTRICT COURT**
**JUL - 2 2007**
**CENTRAL DISTRICT OF CALIFORNIA**
**BY ____ DEPUTY**

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____     _____
Date                        U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_6/30/07_                    _____
Date                        U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

---

CV-104A (12/03)          NOTICE OF DOCUMENT DISCREPANCIES

Name & Address
Barbara E. O'Connor
O'Connor & Kirby, P.C.
174 Battery St., 3d fl.
Burlington, VT 05401
(802) 863-0112

RECEIVED
BUT NOT FILED

Jun 21 2007

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY

RECEIVED AND RETURNED
CLERK, U.S. DISTRICT COURT

JUN - 30 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CR 02-220-DT-2  550 |
| v. | |
| Jurijus Kadamovas | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| DEFENDANT(S). | |

**The following information must be provided:**

I, _____ Barbara E. O'Connor _____ am counsel of record in the above-entitled cause of action for the following party(s) Jurijus Kadamovas _____

_____ and am requesting the following change(s):

CA State Bar ID number _____ 142800 _____          ☐ Out of state attorney

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ TO UPDATE NAME OR FIRM INFORMATION:

  ☑    I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to Barbara E. O'Connor

New Firm/Government Agency Name O'Connor & Kirby, P.C.

New Address 174 Battery St., 3d fl., Burlington, VT 05401

New Telephone Number 802 863 0112 _____ New Facsimile Number 802 865 5980

New E-mail address (provide only if you are enrolled in the Optical Scanning Program* and receiving court orders by e-mail or an authorized E-Filing attorney) barbara@kirbyoconnor.com

  *To receive orders and judgments by e-mail, complete an Optical Scanning Enrollment form G-76 (available from the court's website at www.cacd.uscourts.gov)*

☑ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX

  ☐    I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____

  ☑    This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____

Firm/Government Agency Name _____

Address: _____

Telephone Number _____ Facsimile Number _____