IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
CR NO. 02-220(B)-SJO

JUROR QUESTIONNAIRE

The questions on this form are asked to help the court and the lawyers learn something about your background and your views on issues that may be related to this case. Its use will avoid the necessity of asking each prospective juror every one of these questions in open court. This should help to shorten the jury selection process for everyone. The questions are not asked to invade your privacy, but to help select the best possible jury for this case. If there is any reason why you might not be able to give both sides a fair trial in this case, it is important that you say so. This questionnaire is to be filed out in INK.

All information contained in this questionnaire will be kept confidential. It will be reviewed only by the court and by the attorneys on each side. Neither your identities nor your answers will be released to the general public or the media without authority or express order of the Court.

Please respond to each question as fully and completely as possible. Because this questionnaire is part of the jury selection process, the questionnaires are to be answered under your oath as a prospective juror to tell the truth. Your complete honesty and candor is essential so that both the defense and the prosecution will have a meaningful opportunity to select a fair and impartial jury. Your cooperation is of vital importance. You are instructed not to discuss this case or the questionnaire with anyone, including your family and fellow jurors. Your answers must be your own.

If you require additional space for your answers or wish to make further comments regarding any of your answers, please use the extra sheets that are attached to the back of your questionnaire.

Please keep in mind that there are no "right" or "wrong" answers, only complete or incomplete answers. Complete answers are far more help than incomplete answers. They assist all parties in obtaining a fair and impartial jury. The fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case. As you read the questions, you are not to draw any inferences about the issues which must be decided in this case.

Please fill out the entire questionnaire **IN INK.** Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" rather than leaving the form blank.

Do not forget to affix your Juror Number and date the juror oath which is found at the end of the questionnaire. Please return the questionnaire to the Jury Clerk and you will be further instructed on the date you will return to Court.

DATED _____                    _____
                                       S. JAMES OTERO
                                       United States District Court Judge
                   JUROR QUESTIONNAIRE

PLEASE MAKE CERTAIN THAT YOUR ANSWERS ARE LEGIBLE

<u>GENERAL INFORMATION</u>

1.      Juror Number:_____

2.      Age:_____

3.      Are you: _____Married
                 _____Separated
                 _____Divorced
                 _____Single
                 _____Widowed

4.      In what city do you live? _____
        How long have you lived in this city? _____
        Do you own or rent your home?_____

5.      a.  Do you speak English? _____ Yes _____No
        b.  Do you read English? _____ Yes _____No

6.      If you are married or in a long-term relationship, either now or in the past, please give the
        following information about your spouse or significant other: occupation, work skills, education,
        special training.

        _____
        _____
        _____

7.      What are the occupations of the persons you live with, and how are they related to you?

        _____
        _____
        _____

8.      If you have any adult children or adult grandchildren, please give their occupation: _____

        _____
        _____
        _____

9.      Have you ever served in the armed forces? _____Yes _____No

1

a) Branch and highest rank: _____

b) Dates: _____

c) Duties:_____

d) Have you sat on a Military Court Martial? _____Yes _____No

10. Your current occupation or employment and the nature of the business activity: _____
_____
_____
_____

**DO NOT INCLUDE THE NAME OF YOUR SPECIFIC EMPLOYER OR THE LOCATION**

a) Length of employment: _____

b) Job description: _____

c) Do you have supervisory responsibilities?_____

d) What other types of jobs have you held as an adult?_____
_____
_____
_____
_____

11. What is the highest formal education level you have completed? (Please list any degrees with the field involved.)
_____
_____
_____

12. Have you had training or education in the following fields?
Law _____ Criminal Justice _____
Forensics (i.e., Ballistics, fingerprint identification, autopsies or any other forensic fields)_____
Firearms identification _____
Medicine _____ Psychology / Psychiatry _____
Other _____

13. Have you, a family member or a close friend ever served on a Grand Jury? _____Yes _____No
If yes, when did you / they serve on a Grand Jury? _____

2

14.     Have you ever served on a trial jury before? _____Yes _____No
        If yes, please answer the following:
        a)      _____ State Court              _____Number of times
                        _____ Civil Case              _____Number of times
                        _____ Criminal Case           _____Number of times

                _____ Federal Court              _____Number of times
                        _____ Civil Case              _____Number of times
                        _____ Criminal Case           _____Number of times

        b)      Were you ever the foreperson? _____Yes _____No
        c)      Was a verdict reached?          _____Yes _____No

15.     Have you or your spouse, relative or any close friend ever been associated with any federal, state
        or local law enforcement agency or other government office such as sheriffs, marshals, police
        (military or civilian), probation of parole officers, corrections officers, police reserve officers,
        security guards, IRS, FBI, ATF, Bureau of Prisons, California Department of Corrections, federal
        or state prosecutors, alcohol counseling, drug counselors, psychologists or psychiatrists, or prison
        outreach program?  Please explain.

        _____
        _____
        _____
        _____

        a)      Have you sought or do you plan to seek employment in any of the above fields?
                _____Yes _____No

16.     Have you heard or seen any information about this case? _____Yes _____No
        *"It is not at all improper for you to have heard or read about this case, or to have had discussions
        and expressed thoughts and opinions about it.  We simply need to know what you have read,
        heard, discussed, or thought about the case."*

        a)  If yes, check the option below that applies:
        _____ Local Newspapers
        _____ Magazines or other periodicals
        _____ TV/Radio
        _____ Friends
        _____ Other
        _____ The Internet
        _____ Never heard about it
        Please explain what information you have heard: _____
        _____
        _____
        _____

3

ATTITUDES REGARDING THE DEATH PENALTY

The Court is asking these questions regarding your feelings about the death penalty because one of the possible sentences for a person convicted of the charges the prosecution has filed is the death penalty. The other punishment is life imprisonment without the possibility of release. Therefore, the Court must know whether you could be fair to both the defense and the prosecution on the issue of punishment, if you reach that issue.

The law provides for a two-stage trial in cases where the death penalty may be an issue for the jury. In effect, this means there could be two trials in this case. In the first trial, the jury's job is the same as it would be in any other criminal case, to decide if an accused is guilty or not guilty. If and only if, the jury returns a verdict of guilty against the Defendant for any offense which carries a **possible** penalty of death, the same jury will have the task of considering the penalty. In that case, the jury may hear additional evidence and arguments in order to decide to impose one of two penalties: (1) life without possibility of release, or (2) death.

In any case in which the charge carries a **possible** penalty of death, the law requires that jurors answer questions regarding their thoughts, feelings and opinions about the possible penalties. This is true even though the accused might be found not guilty and thus the trial might not reach the second stage. You must not assume from any question asked that the accused Defendant will be found guilty of a crime.

17.    What are your GENERAL FEELINGS regarding the death penalty?
_____
_____
_____
_____
_____

18.    Are your views concerning the death penalty such that you would have substantial difficulty in voting for a verdict of **not guilty** even if the proof presented at trial by the Government did not convince you beyond a reasonable doubt of the guilt of a Death Eligible Defendant because you would want to make a decision regarding penalty? _____Yes _____No

19.    Are your views concerning the death penalty such that you would have substantial difficulty in voting for a verdict of **guilty** even if the proof presented at trial by the Government convinced you beyond a reasonable doubt of the guilt of a Death Eligible Defendant because you would want to avoid making a decision regarding penalty? _____Yes _____No

20.    Are your views concerning the death penalty such that, if you were to reach a penalty phase in this case, you would have substantial difficulty in voting for death as the appropriate penalty?

_____Yes _____No

4

21.     Are your views concerning the death penalty such that, if you were to reach a penalty phase in this case, you would have substantial difficulty in voting for life imprisonment as the appropriate penalty?
        _____Yes _____No

22.     Are your views expressed above, as set forth in questions 18 through 21, based on religious considerations:

        _____Yes _____No

23.     Are your views expressed above, as set forth in questions 18 through 21, based on other reasons, such as social or political considerations: _____Yes _____No

        If yes, please explain: _____
        _____
        _____

24.     Could you set aside your own personal feelings about what the law ought to be and follow the law as the Court explains it to you?

        _____Yes _____No

25.     Do you feel that the death penalty is used too often?  too seldom?  randomly?
        Please explain: _____
        _____
        _____

26.     If a person is sentenced to death, do you believe that in fact that person will be put to death?

        _____Yes _____No _____Unsure

5

CONCLUDING QUESTIONS

If chosen to sit as a juror, the Court will order you not to discuss this case amongst yourselves or with any others until it is submitted to you for decision.  This ban will extend to any subject connected with the trial.  The Court will also instruct you that you must neither form nor express any opinion on any subject connected with the case until it is finally submitted to you for your decision.

27.     If the Court instructs you not to read, listen to, view or discuss any news media coverage of this case, including the use of the Internet:

   a)     Will you follow these instructions? _____Yes _____No

   b)     Will you immediately inform the Court if you are accidentally exposed to any such coverage? _____Yes _____No

   c)     Do you feel you will have any difficulty following the Court's instructions? _____Yes _____No

28.     Is there anything that you would like to bring to the Court's attention that might in any way affect your ability to be a fair and impartial juror in this case?

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

29.     Is there anything about the charges against the Defendant that might bias you against or toward them?

_____
_____
_____
_____
_____

6

There is an explanation sheet attached.  If you feel that in the spaces provided you were unable to sufficiently answer any particular question, please use this sheet to provide that information. Thank you very much for your cooperation.

## JUROR'S OATH

I declare under penalty of perjury that all of my answers to this questionnaire are true and correct to the best of my knowledge.

Executed in Los Angeles, California, this _____ day of _____

_____
(JUROR NUMBER)

## EXPLANATION SHEET

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

CR02-220(B) SJO  Juror Questionnaire.wpd