UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| U.S.A.<br><br>PLAINTIFF(S),<br><br>v.<br><br>Iouri Mikhel<br>Jurijus Kadamovas<br><br>DEFENDANT(S), | CASE NUMBER<br><br>CR 02-00220(B) SJO<br><br>NOTICE OF CLERICAL ERROR |
| --- | --- |

TO:    U. S. District Judge(s)
       U. S. Magistrate Judge(s)
       Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☑ the following scanned document ☐ docket entry   have/has been corrected as indicated below.

Title of Scanned Document:  MINUTES OF Status Conference held before Judge Dickran Tevrizian as to Defendant Jurijus Kadamov

Filed Date: 07/31/02006                                    Document Number:  1122

☐    Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐    Case number has been corrected.  The correct case number is _____

☐    Incorrect judge's initials were indicated on this ☐ action ☐ document.  The correct judge's initials are _____

☐    Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document.  The correct  magistrate judge's initials are _____.

☐    Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to

       ☐ Judge ☐ Magistrate Judge _____.  The initials of the new judge(s) are _____

☐    Case was assigned  to ☐ Western ☐ Southern ☐ Eastern division.  Pursuant to General Order ☐ 349, ☐ 98-3 ☐ 02-06, the case has been reassigned to the  ☐ Western ☐ Southern ☐ Eastern division.  The former case number _____ has been reassigned to new case number _____

☐    Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.

☐    Case title is corrected from _____ to _____

☐    Document has been re-numbered as document number _____

☑    Incorrect ☑ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document.  The correct date is  August 1, 2006

☐    Document is missing page number(s): _____

☐    To ensure proper routing of documents, all documents filed  with the court must reflect the following case number and judge's initials: _____

☐    Other:

CLERK, U.S. DISTRICT COURT

Date  February 26, 2009                    By: _____
                                                  Deputy Clerk

*cc: Intake Supervisor / Deputy In Charge*

G-11 (06/05)                    **NOTICE OF CLERICAL ERROR**