1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

- - -

HONORABLE NORA MANELLA, JUDGE PRESIDING

- - -

UNITED STATES OF AMERICA,   :
     PLAINTIFF.   :
                   :
     VS.   :
                   :
JURIJUS KADAMOVAS,   :
     DEFENDANT.   :   NO. CR 02-220 SJO

REPORTER'S TRANSCRIPT OF PROCEEDINGS
LOS ANGELES, CALIFORNIA
MAY 21, 2002

_____

BETH E. ZACCARO
COURT REPORTER
C.S.R. 2489, R.P.R.
414 UNITED STATES COURTHOUSE
312 NORTH SPRING STREET
LOS ANGELES, CALIFORNIA   90012
(310) 521-8445

2

APPEARANCES:

FOR THE UNITED STATES OF AMERICA:

    THOMAS P. O'BRIEN
    UNITED STATES ATTORNEY
    CHRISTINE C. EWELL
    ASSISTANT UNITED STATES ATTORNEY
    CHIEF, CRIMINAL DIVISION
    BY: KAREN MYER
    ASSISTANT UNITED STATES ATTORNEY
    1400 UNITED STATES COURTHOUSE
    312 NORTH SPRING STREET
    LOS ANGELES, CALIFORNIA 90012

FOR THE DEFENDANT:
    MARCIA BREWER, ATTORNEY AT LAW

3

LOS ANGELES, CALIFORNIA, ON MAY 21, 2002

BEGINNING AT APPROXIMATELY 10:00 A.M.

(RUSSIAN INTERPRETER PRESENT.)

THE CLERK:  THE COURT IS NOW IN SESSION.

ITEM NUMBER ONE, CR 02-220-NM, UNITED STATES OF AMERICA VERSUS JURIJUS KADAMOVAS.

COUNSEL.

MS. MYER:  GOOD MORNING, YOUR HONOR, KAREN MYER FOR THE UNITED STATES.

THE COURT:  GOOD MORNING.

MS. BREWER:  GOOD MORNING, YOUR HONOR. I GUESS I AM ON STATUS SEEKING APPOINTMENT AT THE COURT'S DISCRETION TO BE APPOINTED, HOWEVER WE WANT TO CHARACTERIZE IT.

THE COURT:  I KNOW YOUR NAME IS MARCIA BREWER, BUT THE RECORD DOES NOT REFLECT THAT.

WE ARE IN THE PRESENCE OF THE DEFENDANT AND THE RUSSIAN INTERPRETER.

YES, MISS BREWER, THANK YOU FOR SHOWING UP AT OUR REQUEST.

YESTERDAY I INDICATED THAT CONTINGENT UPON APPOINTING YOU AS A PANEL MEMBER TO REPRESENT MR. KADAMOVAS, I WOULD RELIEVE MR. WEISS.

THE ONLY THING THAT REMAINS, HOWEVER, IS THE FILLING OUT OF THE FINANCIAL AFFIDAVIT WHICH I UNDERSTAND IS ON ITS WAY UP HERE.

4

MR. KADAMOVAS, YOU PREVIOUSLY WERE REPRESENTED BY RETAINED COUNSEL WHOM YOU OR YOUR FAMILY HIRED, AND IN ORDER FOR ME TO BE ABLE TO APPOINT MISS BREWER I MUST BE SATISFIED THAT YOU LACK THE FINANCIAL RESOURCES TO RETAIN NEW COUNSEL.

DO YOU UNDERSTAND THAT?

MS. BREWER:  I WILL BE GLAD TO HAVE HIM FILL THAT OUT, YOUR HONOR.  PROBABLY AFTER RETAINING COUNSEL HE HAS NO MONEY.

THE DEFENDANT:  YES.  I HAVE NO FUNDS AT ALL.  I HAVE JUST ONE ACCOUNT WHICH IS FROZEN, AND MY CAR HAS BEEN TAKEN.  I HAVE NOTHING AT ALL.

THE COURT:  ALL RIGHT.  WE WILL JUST NEED TO HAVE YOU FILL OUT A FORM TO THAT EFFECT, AND I AM GOING TO APPOINT MISS BREWER, YOU KNOW, AND HER APPOINTMENT WILL BE CONTINGENT UPON THE SUBMISSION OF THAT FORM.

MS. BREWER:  ALL RIGHT.

THE COURT:  BUT THAT SHOULD NOT BE A PROBLEM.  IF IT DOES TURN OUT THAT YOU HAVE ASSETS, YOU COULD BE REQUIRED TO REIMBURSE THE GOVERNMENT FOR THE COSTS OF HER REPRESENTATION, BUT IF YOU DO NOT, THEN OBVIOUSLY HER REPRESENTATION IS TO BE PROVIDED FREE OF COST.

DO YOU UNDERSTAND THAT?

THE DEFENDANT: YES.

THE COURT:  ALL RIGHT.

5

MISS BREWER, I AM PREPARED THEN TO APPOINT YOU.  MR. WEISS INDICATED I GUESS HE WAS CARRYING AROUND DISCOVERY IN THE TRUNK OF HIS CAR AS OF YESTERDAY AND THAT HE COULD COORDINATE WITH YOU TO GET THAT DISCOVERY TO YOU PROMPTLY.

MS. BREWER:  THE GENTLEMAN'S NAME IS JEFFREY WEISS, W E I S S?

THE COURT:  YES.  HE INDICATED HE KNEW YOU.

IT DOESN'T RING A BELL?

MS. BREWER:  YOU KNOW, I AM SO BAD WITH NAMES. IF I SAW HIM --

THE COURT: BEARDED GUY, YOU KNOW, SALT AND PEPPER BEARD, NOT TOO TALL.

MS. MYER:  GLASSES.

THE COURT:  HE WORE GLASSES? I WILL NEVER MAKE AN EYEWITNESS, YOU KNOW THAT. WHAT WE WILL DO FOLLOWING THIS -- ACTUALLY LET ME JUST PROVIDE TO YOU, IF I HAVE IT HERE.  JUDY, DO WE HAVE MR. WEISS'S NUMBER?

MS. BREWER:  I CAN GET THIS FROM MISS MYER.

THE COURT: OH, ALL RIGHT.

MS. MYER: THE GOVERNMENT HAS ALSO PROVIDED THE REST OF DISCOVERY TODAY TOO.

THE COURT:  OKAY.  IN ADDITION, THE COURT WILL FOLLOWING THIS HEARING ALSO PUT IN A CALL TO MR. WEISS CONFIRMING YOUR APPOINTMENT AND THAT HE IS TO TURN THE DISCOVERY OVER TO YOU.

6

WE CURRENTLY HAVE A STATUS CONFERENCE SET FOR 2 MONDAYS FROM YESTERDAY, JUNE 3RD AT 1:30, AND WE HAVE A TRIAL DATE OF JULY 2ND.

YOU MIGHT WANT TO BEFORE JUNE 3RD OR CERTAINLY AT THE BEGINNING OF THAT AFTERNOON CONSULT WITH COUNSEL FOR THE CO-DEFENDANTS WHO INCLUDE MR. BUEHLER, GEORGE BUEHLER FOR MR. KRYLOV, AND WE DON'T HAVE ONE FOR MR. MIKHEL YET.

MS. BREWER:  I WILL SPEAK WITH MISS MYER.

THE COURT: OKAY.

MS. BREWER: AND GET THE INFORMATION AND THEN CALL COUNSEL.  JULY 2ND IS NOT A GOOD DATE FOR ME.

THE COURT:  OKAY.

MS. BREWER:  IT IS SORT OF AN AWKWARD TIME TO START A TRIAL WITH JULY 4TH ON A THURSDAY.

THE COURT:  THAT IS TRUE.

MS. BREWER:  CONSIDERING THAT I JUST RECEIVED THIS STACK, AND APPARENTLY THERE IS A LIKE STACK, AND THERE IS A POSSIBILITY -- I GUESS THERE IS A POSSIBILITY OF ADDITIONAL DISCOVERY COMING THROUGH, SO I THINK WE ARE GOING TO NEED A LITTLE TIME.

THE COURT: AND WASN'T THE GOVERNMENT ALSO CONSIDERING SUPERCEDING, MISS MYER?

MS. MYER: THAT'S CORRECT. THAT ISSUE HAS NOT BEEN --

THE COURT: NOT BEEN RESOLVED.

MS. MYER: -- FINALLY RESOLVED YET.

7

THE COURT: ALL RIGHT.

MS. MYER:  BUT YES, WE ARE STILL IN DISCUSSIONS.

THE COURT:  MISS MYER, I THINK I'M MISSING A SPEEDY TRIAL ORDER IN THIS CASE.  I THINK I GOT ONE ON THE OTHER ONE.

MS. MYER:  YOUR HONOR, I WILL CHECK WITH MISS PETERSON ON THAT.

THE COURT: ALL RIGHT. THANK YOU.

MS. BREWER: WAIT.  A CLERK IS BRINGING UP THE --

THE COURT:  THAT WAS MY UNDERSTANDING.

MS. BREWER:  OKAY.

THE COURT:  IS THAT YOUR UNDERSTANDING?

THE CLERK:  YES, MARIA CORTEZ.

THE COURT: ALL RIGHT.  OKAY.  ALL RIGHT THEN.

MISS BREWER, I WILL APPOINT YOU TO REPRESENT MR. KADAMOVAS.

WE WILL CALL MR. WEISS, AND I WILL COUNT ON YOU TO CONTACT HIM INDEPENDENTLY TO GET THE REMAINING DISCOVERY AND TO COORDINATE WITH MISS MYER WITH RESPECT TO REMAINING COUNSEL, AND I'LL JUST ASK IF YOU WOULD JUST STAY BEHIND LONG ENOUGH UNTIL THAT FORM COMES UP AND WE CAN GET MR. KADAMOVAS TO FILL IT OUT.

ANYTHING FURTHER IN THIS MATTER?

MS. BREWER:  NO.

MS. MYER:  NO, YOUR HONOR.

8

THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

THANK YOU, MISS BREWER.

MS. BREWER: THANK YOU, YOUR HONOR.

THE COURT:  MR. KADAMOVAS, WE WILL SEE YOU ON MONDAY, JUNE 3RD FOR THE STATUS CONFERENCE.

9

C E R T I F I C A T E

STATE OF CALIFORNIA        :
                          : CR 02-220 SJO
COUNTY OF LOS ANGELES      :

          I HEREBY CERTIFY THAT THE FOREGOING MATTER ENTITLED UNITED STATES OF AMERICA VS. JURIJUS KADAMOVAS IS TRANSCRIBED FROM STENOGRAPHIC NOTES TAKEN BY ME AND IS A TRUE AND ACCURATE TRANSCRIPTION OF THE SAME.

_____
BETH ESTHER ZACCARO                    DATED:   2-26-09
OFFICIAL COURT REPORTER