## U.S. V. IOURI MIKHEL

## CR 02-220-SJO

## AMENDED TRANSCRIPT DESIGNATION AND ORDERING FORM

## ATTACHMENT

| HEARING DATE | PROCEEDINGS | COURT REPORTER |
|---|---|---|
| 3/18/02 | Post-Indictment (Altmanis) | Tape No. 02-11 |
| 4/8/02 | Status Conference | Sharon Seffens |
| 4/10/02 | Status Conference (Altmanis) | Sharon Seffens |
| 4/22/02 | Conflict Hearing | Sharon Seffens |
| 5/7/02 | Status Conference | Sharon Seffens |
| 5/20/02 | Status Conference | Sharon Seffens |
| 5/21/02 | Status Conference | Beth Zaccaro |
| 6/3/02 | Status Conference (Mikhel) | Sharon Seffens |
| 6/6/02 | Guilty Plea (Altmanis) | Sharon Seffens |
| 6/13/02 | Indictment Hearing (Solovyeva, Markovskis) | Tape No. 06-09 |
| 6/17/02 | Post-Indictment Hearing | Tape No. 02-24 |
| 6/27/02 | Status Conference | Sharon Seffens |
| 7/22/02 | Status Conference | Sharon Seffens |
| 8/26/02 | Status Conference | Sharon Seffens |
| 1/27/03 | Status Conference | Sharon Seffens |
| 7/7/03 | Motion to Suppress | Sharon Seffens |

| 8/25/03 | Evidentiary Hearing (Markovskis) | Sharon Seffens |
| 8/10/04 | Arraignment on 2nd Superceding Indictment | Jennifer Cheshire |
| 10/18/05 | Suppress Hearing (Mikhel) | Nancy Smith-Wells |
| 5/3/06 | Motion Hearing | Ramona La Chappelle |
| 5/22/06 | Motion Hearing | Hilda Avila/Lori Murouka |
| 5/31/06 | Mikhels Motion to Modify | Hilda Avila |
| 6/12/06 | Motion Hearing | Lori Muraoka |
| 6/26/06 | Motions Hearing | Tanya Durant |
| 6/30/06 | Guilty Plea (Solovyeva) | Tanya Durant |
| 7/5/06 | Status Conference | Tanya Durant |
| 7/11/06 | Jury Trial - Day 1 | Tanya Durant |
| 8/1/06 | Status Conference | Lori Muraoko/Rose Yapundjian |
| 8/14/06 | Motion Hearing | Lori Muraoka/Rose Yapundjian |
| 8/15/06 | Jury Trial - Day 2 | Lori Muraoka/Rose Yapundjian |
| 8/16/06 | Jury Trial - Day 3 | Tanya Durant |
| 8/17/.06 | Jury Trial - Day 4 | Lori Muraoka/Rose Yapundjian |
| 8/18/06 | Jury Trial - Day 5 | Lori Muraoka/Rose Yapundjian |
| 8/22/06 | Jury Trial - Day 6 | Tanya Durant |
| 8/23/06 | Jury Trial - Day 7 | Lori Muraoka/Rose Yapundjian |
| 8/24/06 | Jury Trial - Day 8 | Tanya Durant |
| 8/25/06 | Jury Trial - Day 9 | Gail Peeples |
| 8/29/06 | Jury Trial - Day 10 | Pamela Seijas |

| | | |
|---|---|---|
| 8/30/06 | Jury Trial - Day 11 | Rose Yapundjian |
| 8/31/06 | Jury Trial - Day 12 | Tanya Durant |
| 9/1/06 | Jury Trial - Day 13 | Rose Yapundjian |
| 9/5/06 | Jury Trial - Day 14 | Tanya Durant |
| 9/6/06 | Jury Trial - Day 15 | Lori Muraoka |
| 9/7/06 | Jury Trial - Day 16 | Lori Muraoka/ Rose Yapundjian |
| 9/8/06 | Jury Trial - Day 17 | Tanya Durant |
| 9/11/06 | Status Conference | Lori Muraoka |
| 9/12/06 | Jury Trial - Day 18 | Tanya Durant |
| 9/13/06 | Jury Trial - Day 19 | Lori Muraoka/Rose Yapundjian |
| 9/14/06 | Jury Trial - Day 20 | Lori Muraoka |
| 9/15/06 | Jury Trial - Day 21 | Rose Yapundjian |
| 9/21/06 | Status Conference | Lori Muraoka |
| 10/6/06 | Status Conference | Gail Peeples |
| 10/10/06 | Jury Trial - Day 22 | Gail Peeples |
| 10/11/06 | Jury Trial - Day 23 | Pamela Seijas/Gail Peeples |
| 10/12/06 | Jury Trial - Day 24 | Pamela Seijas/Gail Peeples |
| 10/13/06 | Jury Trial - Day 25 | Pamela Seijas/Gail Peeples |
| 10/16/06 | Show Cause Hearing (Krylov) | Rose Yapundjian |
| 10/17/06 | Jury Trial - Day 26 | Rose Yapundjian |
| 10/18/06 | Jury Trial - Day 27 | Rose Yapundjian |
| 10/19/06 | Jury Trial - Day 28 | Rose Yapundjian |

| 10/20/06 | Jury Trial - Day 29 | Rose Yapundjian |
| 10/24/06 | Jury Trial - Day 30 | Rose Yapundjian |
| 10/25/06 | Jury Trial - Day 31 | Lori Muraoka |
| 10/26/06 | Jury Trial - Day 32 | Tanya Durant |
| 10/27/06 | Jury Trial - Day 33 | Tanya Durant |
| 10/31/06 | Jury Trial - Day 34 | Rose Yapundjian |
| 11/01/06 | Jury Trial - Day 35 | Lori Muraoka |
| 11/2/06 | Jury Trial - Day 36 | Rose Yapundjian |
| 11/3/06 | Jury Trial - Day 37 | Rose Yapundjian |
| 11/7/06 | Jury Trial - Day 38 | Rose Yapundjian |
| 11/8/06 | Jury Trial - Day 39 | Rose Yapundjian |
| 11/9/06 | Jury Trial - Day 40 | Rose Yapundjian |
| 11/14/06 | Jury Trial - Day 41 | Lori Muraoka |
| 11/15/06 | Jury Trial - Day 42 | Rose Yapundjian |
| 11/16/06 | Jury Trial - Day 43 | Rose Yapundjian |
| 11/28/06 | Jury Trial - Day 44 | Rose Yapundjian |
| 11/29/06 | Jury Trial - Day 45 | Lori Muraoka |
| 11/30/06 | Jury Trial - Day 46 | Lori Muraoka |
| 12/01/06 | Jury Trial - Day 47 | Rose Yapundjian |
| 12/5/06 | Jury Trial - Day 48 | Rose Yapundjian |
| 12/6/06 | Jury Trial - Day 49 | Lori Muraoka |
| 12/7/06 | Jury Trial - Day 50 | Rose Yapundjian |

| | | |
|---|---|---|
| 12/8/06 | Jury Trial - Day 51 | Rose Yapundjian/Lori Muraoka |
| 12/12/06 | Jury Trial - Day 52 | Rose Yapundjian |
| 12/13/06 | Jury Trial - Day 53 | Lori Muraoka |
| 12/14/06 | Jury Trial - Day 54 | Rose Yapundjian |
| 12/15/06 | Jury Trial - Day 55 | Lori Muraoka |
| 12/28/06 | Status Conference | Lori Muraoka |
| 1/3/07 | Jury Trial - Day 56 | Tanya Durant |
| 1/4/07 | Jury Trial - Day 57 | Tanya Durant |
| 1/5/07 | Jury Trial - Day 58 | Lori Muraoka |
| 1/9/07 | Jury Trial - Day 59 | Tanya Durant |
| 1/10/07 | Jury Trial - Day 60 | Tanya Durant |
| 1//11/07 | Status Conference (Solovyeva) | Gail Peeples |
| 1/11/07 | Jury Trial - Day 61 | Lori Muraoka |
| 1/12/07 | Show Cause Hearing (Krylov) | Leandra Amber |
| 1/12/07 | Jury Trial - Day 62 | Lori Muraoka |
| 1/16/07 | Jury Trial - Day 63 | Rose Yapundjian |
| 1/17/07 | Jury Trial - Day 64 | Rose Yapundjian |
| 1/23/07 | Status Conference | Lori Muraoka |
| 1/24/07 | Jury Trial - Day 65 | Rose Yapundjian |
| 1/25/07 | Jury Trial - Day 66 | Rose Yapundjian |
| 1/26/07 | Status Conference | Lori Muraoka |
| 1/30/07 | Jury Trial - Day 67 | Lori Muraoka |

| | | |
|---|---|---|
| 1/31/07 | Jury Trial - Day 68 | Rose Yapundjian |
| 2/1/07 | Jury Trial - Day 69 | Lori Muraoka |
| 2/2/07 | Jury Trial - Day 70 | Rose Yapundjian |
| 2/6/07 | Jury Trial - Day 71 | Tanya Durant |
| 2/7/07 | Jury Trial - Day 72 | Lori Muraoka |
| 2/8/07 | Status Conference | Tanya Durant |
| 2/9/07 | Jury Trial - Day 73 | Tanya Durant |
| 2/13/07 | Jury Trial - Day 74 | Lori Muraoka |
| 2/15/07 | Status Conference | Lori Muraoka |
| 2/20/07 | Status Conference | Rose Yapundjian |
| 2/26/07 | Motion Hearing (Krylov) | Leandra Amber |
| 2/21/07 | Jury Trial - Day 75 | Lori Muraoka |
| 3/9/07 | Krylov Trial - Day 1 | Leandra Amber/Leslie King |
| 3/12/07 | Sentencing Hearing | Tanya Durant |
| 3/12/07 | Krylov Trial - Day 2 | Leandra Amber/Victoria Valine |
| 3/13/07 | Krylov Trial - Day 3 | Leandra Amber/Victoria Valine |
| 3/14/07 | Krylov Trial - Day 4 | Leandra Amber/Victoria Valine |
| 3/15/07 | Krylov Trial - Day 5 | Leandra Amber/Victoria Valine |
| 3/16/07 | Krylov Trial - Day 6 | Leandra Amber/Victoria Valine |
| 3/19/07 | Krylov Trial - Day 7 | Victoria Valine |
| 3/20/07 | Krylov Trial - Day 8 | Victoria Valine/Leslie King |
| 3/21/07 | Krylov Trial - Day 9 | Victoria Valine |

| | | |
|---|---|---|
| 3/22/07 | Krylov Trial - Day 10 | Leslie King/Victoria Valine |
| 3/23/07 | Krylov Trial - Day 11 | Leslie King/Victoria Valine |
| 3/26/07 | Krylov Trial - Day 12 | Leandra Amber |
| 3/27/07 | Krylov Trial - Day 13 | Leandra Amber |
| 3/28/07 | Krylov Trial - Day 14 | Leandra Amber |
| 3/29/07 | Krylov Trial - Day 15 | Leandra Amber/Victoria Valine |
| 3/30/07 | Krylov Trial - Day 16 | Leandra Amber |
| 4/2/07 | Krylov Trial - Day 17 | Leandra Amber/Victoria Valine |
| 4/3/07 | Krylov Trial - Day 18 | Leandra Amber/Victoria Valine |
| 4/4/07 | Krylov Trial - Day 19 | Leandra Amber/Victoria Valine |
| 4/10/07 | Krylov Trial - Day 20 | Leandra Amber |
| 4/11/07 | Krylov Trial - Day 21 | Leandra Amber/Victoria Valine |
| 4/12/07 | Krylov Trial - Day 22 | Leandra Amber/Victoria Valine |
| 4/13/07 | Krylov Trial - Day 23 | Leandra Amber/Victoria Valine |
| 4/16/07 | Krylov Trial - Day 24 | Leandra Amber/Victoria Valine |
| 4/17/07 | Krylov Trial - Day 25 | Leandra Amber/Victoria Valine |
| 4/18/07 | Krylov Trial - Day 26 | Leandra Amber |
| 4/19/07 | Krylov Trial - Day 27 | Leandra Amber/Victoria Valine |
| 4/20/07 | Krylov Trial - Day 28 | Leandra Amber |
| 4/23/07 | Krylov Trial - Day 29 | Leandra Amber |
| 4/24/07 | Krylov Trial - Day 30 | Leandra Amber |
| 4/25/07 | Krylov Trial - Day 31 | Leandra Amber |

| | | |
|---|---|---|
| 4/27/07 | Krylov Hearing | Leandra Amber |
| 4/30/07 | Krylov Trial - Day 32 | Leandra Amber |
| 5/3/07 | Krylov Status Conference | Leandra Amber |
| 5/14/07 | Krylov Status Conference | Leandra Amber |
| 5/15/07 | Krylov Trial - Day 33 | Leandra Amber |
| 5/16/07 | Krylov Trial - Day 34 | Leandra Amber |
| 5/17/07 | Krylov Trial - Day 35 | Leandra Amber |
| 5/18/07 | Krylov Hearing Re: Jury Instructions | Leandra Amber |
| 5/21/07 | Krylov Trial - Day 36 | Leandra Amber |
| 5/22/07 | Krylov Hearing | Leandra Amber |
| 5/22/07 | Krylov Trial - Day 37 | Leandra Amber |
| 1/11/08 | Krylov Sentencing | Margarita Lopez |
| 1/17/08 | Markovskis Sentencing | Margarita Lopez |
| 1/18/08 | Solovyeva Sentencing | Margarita Lopez |
| 2/20/08 | Altmanis/Solovyeva Sentencing | Margarita Lopez |