# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## *Amended* TRANSCRIPT DESIGNATION AND ORDERING FORM

| 07-99009 | CR 02-220-DT |
|---|---|
| U.S. COURT OF APPEALS CASE NUMBER | U.S. DISTRICT COURT CASE NUMBER |

| United States v. Jurijus Kadamovas | March 13, 2007 |
|---|---|
| SHORT CASE TITLE | DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT |

**SECTION A** – TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| See attached | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) |

ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☐ As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☒ As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof, will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

| NAME, ADDRESS AND TELEPHONE NUMBER: | | DATE TRANSCRIPT ORDERED: March 13, 2009 |
|---|---|---|
| Benjamin L. Coleman<br>Coleman & Balogh LLP<br>1350 Columbia Street, Suite 600<br>San Diego, CA 92101<br>(619) 794-0420 | Barbara E. O'Connor<br>O'Connor & Kirby, P.C.<br>174 Battery Street, 3rd Floor<br>Burlington, VT 05401<br>(802) 863-0112 | SIGNATURE<br>ATTORNEY/PRO PER LITIGANT |

THIS FORM IS DIVIDED INTO FIVE (5) PARTS. IT SHOULD BE USED TO COMPLY WITH THE FEDERAL RULES OF APPELLATE PROCEDURE AND THE LOCAL RULES OF THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT REGARDING THE DESIGNATION AND ORDERING OF COURT REPORTERS' TRANSCRIPTS.

PLEASE NOTE THE SPECIFIC INSTRUCTIONS BELOW. IF THERE ARE FURTHER QUESTIONS, CONTACT THE CLERK'S OFFICE, U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT AT (415) 556-9800

## SPECIFIC INSTRUCTIONS FOR ATTORNEYS/PRO PER LITIGANTS

1. Pick up form from District Court Clerk's Office when filing the notice of appeal.
2. Complete **Section A**. Place additional designations on blank paper, if needed.
3. Send **Copy One** to District Court.
4. Send **Copy Four** to opposing counsel. Make additional photocopies, if necessary.
5. Send **Copy Two** and **Copy Three** to court reporter. Contact court reporter to make further arrangements for payment.
6. Continue to monitor progress of transcript preparation.

### TRANSCRIPT DESIGNATION AND ORDERING FORM

A-9 (08/97)  CA9-036(10/01/82)                                                                COPY ONE

COLEMAN & BALOGH LLP
BENJAMIN L. COLEMAN
California State Bar No. 187609
1350 Columbia Street, Suite 600
San Diego, California  92101
Telephone No. (619) 794-0420
Facsimile No. (619) 652-9964
blc@colemanbalogh.com

O'CONNOR & KIRBY, P.C.
BARBARA E. O'CONNOR
California State Bar No. 142800
174 Battery Street, 3rd Floor
Burlington, Vermont 05401
Telephone No. (802) 863-0112
Facsimile No. (802) 865-5980
barbara@kirbyoconnor.com

Attorneys for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 02-220 |
| Plaintiff, | |
| v. | |
| JURIJUS KADAMOVAS, | **TRANSCRIPT DESIGNATION AND ORDERING FORM** |
| Defendant. | |

| **DATE** | **HEARING** | **COURT REPORTER** |
| --- | --- | --- |
| 2/19/02 | Arraign. (Mikhel) | Tape No. 02-17 |
| 2/20/02 | Arraignment | Tape No. 02-17 |
| 2/21/02 | Det. Hrg. (Mikhel) | Tape No. 02-16 |
| 2/25/02 | Det. Hrg. (Altmanis) | Tape No. 02-1 |
| 2/26/02 | Detention hrg. | Tape No. 02-21 |
| 3/1/02 | Detention hrg. | Tape No. 02-21 |
| 3/11/02 | Post-indictment | Tape No. 02-10 |
| 3/18/02 | Post-indict (Altmanis) | Tape No. 02-11 |
| 4/8/02 | Status conference | Seffens |

1                                                                                   CR 02-220

| 4/10/02 | Status (Altmanis) | Seffens |
| 4/22/02 | Conflict Hrg. | Seffens |
| 5/7/02 | Status conference | Seffens |
| 5/20/02 | Status conference | Seffens |
| 5/21/02 | Status conference | Zaccaro |
| 6/3/02 | Status (Mikhel) | Seffens |
| 6/6/02 | Guilty Plea (Altmanis) | Seffens |
| 6/13/02 | (Solovyeva, Markovskis) | Tape No. 06-09 |
| 6/17/02 | Post-indict Hrg. | Tape No. 02-24 |
| 6/27/02 | Status conference | Seffens |
| 7/22/02 | Status conference | Seffens |
| 8/26/02 | Status conference | Seffens |
| 1/27/03 | Status conference | Seffens |
| 7/7/03 | Motion to suppress | SeffenS |
| 8/25/03 | Evid. hrg. (Markovskis) | Seffens |
| 8/10/04 | Arraignment on 2nd SI | Cheshire |
| 10/18/05 | Supp. Hrg. (Mikhel) | Smith-Wells |
| 5/3/06 | Motion hearing | La Chappelle |
| 5/22/06 | Motion hearing | Avila/Murouka |
| 5/31/06 | Mikhel motion to modify | Avila |
| 6/12/06 | Motion hearing | Muraoka |
| 6/26/06 | Motions hearing | Durant |
| 6/30/06 | Guilty Plea (Solovyeva) | Durant |
| 7/5/06 | Status conference | Durant |
| 7/11/06 | Jury trial - day 1 | Durant |
| 7/31/06 | Status conference | Muraoko/Yapundjian |
| 8/1/06 | Status conference | Muraoko/Yapundjian |
| 8/14/06 | Motion hearing | Muraoka/Yapundjian |

2

CR 02-220

| 8/15/06 | Jury trial - day 2 | Muraoka/Yapundjian |
| 8/16/06 | Jury trial - day 3 | Durant |
| 8/17/06 | Jury trial - day 4 | Muraoka/Yapundjian |
| 8/18/06 | Jury trial - day 5 | Muraoka/Yapundjian |
| 8/22/06 | Jury trial - day 6 | Durant |
| 8/23/06 | Jury trial - day 7 | Muraoka/Yapundjian |
| 8/24/06 | Jury trial - day 8 | Durant |
| 8/25/06 | Jury trial - day 9 | Peoples |
| 8/29/06 | Jury trial - day 10` | Seijas |
| 8/30/06 | Jury trial - day 11 | Yapundjian |
| 8/31/06 | Jury trial - day 12 | Durant |
| 9/1/06 | Jury trial - day 13 | Yapundjian |
| 9/5/06 | Jury trial - day 14 | Durant |
| 9/6/06 | Jury trial - day 15 | Muraoka |
| 9/7/06 | Jury trial - day 16 | Muraoka/Yapundjian |
| 9/8/06 | Jury trial - day 17 | Durant |
| 9/11/06 | Status conference | Muraoka |
| 9/12/06 | Jury trial - day 18 | Durant |
| 9/13/06 | Jury trial - day 19 | Muraoka/Yapundjian |
| 9/14/06 | Jury trial - day 20 | Muraoka |
| 9/15/06 | Jury trial - day 21 | Yapundjian |
| 9/21/06 | Status conference | Muraoka |
| 10/6/06 | Status conference | Peoples |
| 10/10/06 | Jury trial - day 22 | Peoples |
| 10/11/06 | Jury trial - day 23 | Seijas/Peoples |
| 10/12/06 | Jury trial - day 24 | Seijas/Peoples |
| 10/13/06 | Jury trial - day 25 | Seijas/Peoples |
| 10/16/06 | Show Cause (Krylov) | Yapundjian |

CR 02-220

| 10/17/06 | Jury trial - day 26 | Peoples/Yapundjian |
| 10/18/06 | Jury trial - day 27 | Peoples/Yapundjian |
| 10/19/06 | Jury trial - day 28 | Peoples/Yapundjian |
| 10/20/06 | Jury trial - day 29 | Peoples/Yapundjian |
| 10/24/06 | Jury trial - day 30 | Peoples/Yapundjian |
| 10/25/06 | Jury trial - day 31 | Peoples/Muraoka |
| 10/26/06 | Jury trial - day 32 | Peoples/Durant |
| 10/27/06 | Jury trial - day 33 | Peoples/Durant |
| 10/31/06 | Jury trial - day 34 | Peoples/Yapundjian |
| 11/01/06 | Jury trial - day 35 | Peoples/Muraoka |
| 11/2/06 | Jury trial - day 36 | Peeples/Yapundjian |
| 11/3/06 | Jury trial - day 37 | Peeples/Yapundjian |
| 11/7/06 | Jury trial - day 38 | Peeples/Yapundjian |
| 11/8/06 | Jury trial - day 39 | Peeples/Yapundjian |
| 11/9/06 | Jury trial - day 40 | Peoples/Yapundjian |
| 11/14/06 | Jury trial - day 41 | Peoples/Muraoka |
| 11/15/06 | Jury trial - day 42 | Peoples/Yapundjian |
| 11/16/06 | Jury trial - day 43 | Peoples/Yapundjian |
| 11/28/06 | Jury trial - day 44 | Peoples/Yapundjian |
| 11/29/06 | Jury trial - day 45 | Peoples/Muraoka |
| 11/30/06 | Jury trial - day 46 | Peoples/Muraoka |
| 12/01/06 | Jury trial - day 47 | Peoples/Yapundjian |
| 12/5/06 | Jury trial - day 48 | Peoples/Yapundjian |
| 12/6/06 | Jury trial - day 49 | Peoples/Muraoka |
| 12/7/06 | Jury trial - day 50 | Peoples/Yapundjian |
| 12/8/06 | Jury trial - day 51 | Yapundjian/Muraoka/Peoples |
| 12/12/06 | Jury trial - day 52 | Yapundjian |
| 12/13/06 | Jury trial - day 53 | Muraoka/Peoples |

4

CR 02-220

| 12/14/06 | Jury trial - day 54 | Peeples/Yapundjian |
|----------|---------------------|--------------------|
| 12/15/06 | Jury trial - day 55 | Muraoka/Peoples |
| 12/28/06 | Status conference | Muraoka/PeoplesNo |
| 1/3/07 | Jury trial - day 56 | Durant/Peoples |
| 1/4/07 | Jury trial - day 57 | Durant/Peoples |
| 1/5/07 | Jury trial - day 58 | Muraoka/Peoples |
| 1/9/07 | Jury trial - day 59 | Durant/Peoples |
| 1/10/07 | Jury trial - day 60 | Durant/Peoples |
| 1//11/07 | Status (Solovyeva) | Peeples |
| 1/11/07 | Jury trial - day 61 | Muraoka/Peoples |
| 1/12/07 | Show Cause (Krylov) | Amber |
| 1/12/07 | Jury trial - day 62 | Muraoka/Peoples |
| 1/16/07 | Jury trial - day 63 | Yapundjian |
| 1/17/07 | Jury trial - day 64 | Yapundjian |
| 1/23/07 | Status conference | Muraoka/Peoples |
| 1/24/07 | Jury trial - day 65 | Peoples/Yapundjian |
| 1/25/07 | Jury trial - day 66 | Peoples/Yapundjian |
| 1/26/07 | Status conference | Muraoka |
| 1/30/07 | Jury trial - day 67 | Peoples/Muraoka |
| 1/31/07 | Jury trial - day 68 | Peoples/Yapundjian |
| 2/1/07 | Jury trial - day 69 | Peoples/Muraoka |
| 2/2/07 | Jury trial - day 70 | Peoples/Yapundjian |
| 2/6/07 | Jury trial - day 71 | Peoples/Durant |
| 2/7/07 | Jury trial - day 72 | Peoples/Muraoka |
| 2/8/07 | Status | Durant |
| 2/9/07 | Jury trial - day 73 | Peoples/Durant |
| 2/13/07 | Jury trial - day 74 | Peoples/Muraoka |
| 2/15/07 | Status conference | Muraoka |

5

CR 02-220

| 2/20/07 | Status conference | Yapundjian |
| 2/26/07 | Motion hrg. (Krylov) | Amber |
| 2/21/07 | Jury trial - day 75 | Peeples/Muraoka |
| 3/9/07 | Krylov trial - day 1 | Amber/King |
| 3/12/07 | Sentencing hearing | Durant |
| 3/12/07 | Krylov trial - day 2 | Amber/Velen |
| 3/13/07 | Krylov trial - day 3 | Amber/Velen |
| 3/14/07 | Krylov trial - day 4 | Amber/Velen |
| 3/15/07 | Krylov trial - day 5 | Amber/Velen |
| 3/16/07 | Krylov trial - day 6 | Amber/Velen |
| 3/19/07 | Krylov trial - day 7 | Velen |
| 3/20/07 | Krylov trial - day 8 | Velen/King |
| 3/21/07 | Krylov trial - day 9 | Velen |
| 3/22/07 | Krylov trial - day 10 | King/Velen |
| 3/23/07 | Krylov trial - day 11 | King/Velen |
| 3/26/07 | Krylov trial - day 12 | Amber |
| 3/27/07 | Krylov trial - day 13 | Amber |
| 3/28/07 | Krylov trial - day 14 | Amber |
| 3/29/07 | Krylov trial - day 15 | Amber/Valine |
| 3/30/07 | Krylov trial - day 16 | Amber |
| 4/2/07 | Krylov trial - day 17 | Amber/Valine |
| 4/3/07 | Krylov trial - day 18 | Amber/Valine |
| 4/4/07 | Krylov trial - day 19 | Amber/Valine |
| 4/10/07 | Krylov trial - day 20 | Amber |
| 4/11/07 | Krylov trial - day 21 | Amber/Valen |
| 4/12/07 | Krylov trial - day 22 | Amber/Velen |
| 4/13/07 | Krylov trial - day 23 | Amber/Velen |
| 4/16/07 | Krylov trial - day 24 | Amber/Velen |

6

CR 02-220

| 4/17/07 | Krylov trial - day 25 | Amber/Velen |
| 4/18/07 | Krylov trial - day 26 | Amber |
| 4/19/07 | Krylov trial - day 27 | Amber/Valine |
| 4/20/07 | Krylov trial - day 28 | Amber |
| 4/23/07 | Krylov trial - day 29 | Amber |
| 4/24/07 | Krylov trial - day 30 | Amber |
| 4/25/07 | Krylov trial - day 31 | Amber |
| 4/27/07 | Krylov Hearing | Amber |
| 4/30/07 | Krylov trial - day 32 | Amber |
| 5/3/07 | Krylov status | Amber |
| 5/14/07 | Krylov status | Amber |
| 5/15/07 | Krylov trial - day 33 | Amber |
| 5/16/07 | Krylov trial - day 34 | Amber |
| 5/17/07 | Krylov trial - day 35 | Amber |
| 5/18/07 | Krylov hearing | Amber |
| 5/21/07 | Krylov trial - day 36 | Amber |
| 5/22/07 | Krylov hearing | Amber |
| 5/22/07 | Krylov trial - day 37 | Amber |
| 1/11/08 | Krylov sentencing | Lopez |
| 1/17/08 | Markovskis sentencing | Lopez |
| 1/18/08 | Solovyeva sentencing | Lopez |
| 2/20/08 | Altmanis/Solovyeva sent. | Lopez |

All trial transcripts should include voir dire, opening statements, closing arguments, and jury instruction conferences.

7

CR 02-220