UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO(s): | 02-0313-M-2 |
| | ) | | CR-02-220 |
| Plaintiff, | ) | | |
| | ) | | CRIMINAL |
| vs. | ) | | |
| | ) | | Los Angeles, California |
| JURIJUS KADAMOVAS, | ) | | |
| | ) | Wednesday, February 20, 2002 | |
| Defendant. | ) | | |

ARRAIGNMENT

BEFORE THE HONORABLE STEPHEN J. HILLMAN,
UNITED STATES MAGISTRATE JUDGE

<u>APPEARANCES</u>:

| | |
|---|---|
| For the United States: | KEVIN ROSENBERG, ESQ<br>Assistant United States Attorney<br>312 North Spring Street<br>Los Angeles, CA 90012 |
| For the Defendant: | WILLIAM P. HEALY, ESQ<br>16 Audubon Lane<br>Flagler Beach, FL 32136 |
| Courtroom Deputy: | Sandra Butler |
| Court Reporter: | Taped; #02-17 |
| Transcribed by: | Exceptional Reporting Services, Inc.<br>14493 S. Padre Island Drive<br>Suite A-400<br>Corpus Christi, TX 78418-5940<br>361 949-2988 |

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

2

**Los Angeles, California; Wednesday, February 20, 2002**

**(Official interpreter utilized for translation)**

**(Call to Order)**

**THE COURT**:  I will advise all defendants present of their Constitutional and statutory rights in connection with these proceedings.

You are here because you were charged with a criminal offense against the United States.  If you were charged in this district, you have received or will receive a copy of the complaint and the affidavit.  You have the following Constitutional and statutory rights.  Please listen carefully.

You have the right to retain and be represented by an attorney of your own choosing at each and every stage of the proceedings.  If you cannot afford an attorney, you have a right to request that the Court appoint an attorney to represent you.  The appointed attorney will be paid by the government at no cost to you.

You must, however, submit a financial affidavit to the Court before counsel will be appointed.  If you make any false or misleading statements in the affidavit or if you willfully omit pertinent information, you will be subject to further prosecution for violating federal law.

Is there a problem with that defendant?

**INTERPRETER**:  Apparently the sound system for the Russian interpretation and, frankly, also for the Spanish

**EXCEPTIONAL REPORTING SERVICES, INC**

interpretation; so, I'm doing it directly.

**THE COURT:** All right. Where is the Russian interpreter?

**INTERPRETER:** Right here, your Honor.

**THE COURT:** All right. Would it be all right if the interpreter was to sit over there?

**(Court confers with interpreters)**

We've had a problem with this system from the beginning.

**INTERPRETER:** From the very beginning.

**THE COURT:** Yeah. Is someone looking into that?

**INTERPRETER:** I understood that they had that fixed last week, but apparently it continues to be a problem.

**THE COURT:** All right. I'll start at the beginning.

I will advise all defendants present of their Constitutional and statutory rights in connection with these proceedings.

You are here because you were charged with a criminal offense against the United States. You have received or will receive a copy of the complaint and affidavit. You have the following Constitutional and statutory rights. Please listen carefully.

You have the right to retain and be represented by an attorney of your own choosing at each and every stage of the proceedings. If you cannot afford an attorney, you have a

4

right to request that the Court appoint an attorney to represent you.  The appointed attorney will be paid by the government at no cost to you.

You must, however, first submit a financial affidavit to the Court before counsel will be appointed.  If you make any false or misleading statements in the affidavit or if you willfully omit pertinent information, you will be subject to further prosecution for violating federal law.

You have a right to remain silent.  Anything you say, sign or write which tends to incriminate you may be introduced against you in this or in any other court proceeding.

You have a right to have bail determined in accordance with the provisions of the Bail Reform Act.  If the government seeks detention, you have the right to a hearing on the first date of your appearance, or within three to five court days of your appearance, if a continuance is requested and granted.

In the event you are detained, you have a right upon application to have the matter reviewed by a district judge. You may be present at any subsequent hearing where further argument will be heard regarding detention.

You have a right to a preliminary hearing or to have the case presented to the Grand Jury within ten days of today, if you remain in custody; and 20 days, if you are released on bond.  A preliminary hearing is a proceeding where the

government presents its evidence and a decision is reached as to whether there is probable or reasonable cause to believe the offense charged has been committed and that you have committed it.

If probable cause is not found, the matter will be dismissed.  If probable cause is found, you will be required to enter a plea to the charges.

**(Court attends to other matters)**

**THE CLERK**:  Case Number 02-0313-M-2, *United States versus Kadamovas.*

**MR. HEALY**:  Good afternoon, your Honor, William Healy appearing with Mr. Jurijus Kadamovas, who is being assisted by the Russian language interpreter and seeks appointment of counsel.

**THE COURT**:  Okay.  We don't need this advice of rights at this point.

Sir, is your true name Jurijus Kadamovas?

**DEFENDANT KADAMOVAS**:  Yes.

**THE COURT**:  Sir, did you hear and understand your rights as I read them to you?

**DEFENDANT KADAMOVAS**:  Yes.

**THE COURT**:  Is this your signature on the financial affidavit?

**DEFENDANT KADAMOVAS**:  Yes.

**THE COURT**:  And has the affidavit been translated for

6

you by the Russian interpreter?

**DEFENDANT KADAMOVAS**:  Yes, thank you.

**THE COURT**:  And is the financial information you placed on here true and correct information?

**DEFENDANT KADAMOVAS**:  Yes.

**MR. HEALY**:  And your Honor, we're requesting that be filed under seal.

**THE COURT**:  All right.  It will be.  Can I ask you, Mr. Healy, what this one word --

**MR. HEALY**:  Oh, sure.  Emerald.

**THE COURT**:  Sir, is it your intention to hire an attorney after today's proceedings?  If you've given that any thought, I don't know, but do you think you might be in a position to hire an attorney?

**DEFENDANT KADAMOVAS**:  So far, I haven't given it any thought, but I'm quite satisfied with the government attorney.

**THE COURT**:  I'm able to appoint Mr. Healy with a possible order of contribution to be determined at a later date.

It appears to me, sir, that you're on the borderline. You might be in a position to retain counsel.  If you are in a position to retain counsel, then you should not be entitled, or you would not be entitled, for the services of a Court-appointed attorney.

So, I ask that you -- when you have a chance to

review your financial situation -- you consider whether or not you are in a position to retain counsel.

Sir, have the charges filed against you now been fully translated for you by the Spanish interpreter?

**INTERPRETER**:  Russian interpreter.

**THE COURT**:  Russian interpreter?

**DEFENDANT KADAMOVAS**:  Yes.  What's in my head, yes.

**THE COURT**:  And do you understand what the charges are that have been filed against you?

**DEFENDANT KADAMOVAS**:  I understand, but --

**THE COURT**:  That's all I need to know.  I'm not asking whether they're true or not.  I'm just asking you if you understand what the charges are.

**DEFENDANT KADAMOVAS**:  Yes.

**THE COURT**:  Thank you.  All right.  There is a detention request and I understand that you desire to put the matter over to the 26th?

**MR. HEALY**:  Is that Tuesday, your Honor?

**THE COURT**:  Yes.

**MR. HEALY**:  Yes, your Honor.

**THE COURT**:  All right.  Detention hearing, February 26th at 1:30 in my courtroom on the fifth floor of this building.  Preliminary hearing is set for Wednesday, March 6th at 4:30 in the afternoon; post-indictment arraignment Monday, March 11th at 8:30 in the morning; both in this courtroom and

the defendant is remanded pending the detention hearing.

**MR. HEALY:**  Your Honor, I just wanted to mention this.  At the detention hearing on Tuesday, one of the points I'm going to stress is the absolute thinness of this complaint and I ask if the Court does have the time to really carefully review it.

**THE COURT:**  I actually have read it with that being one of the purposes that I've read it.  And I will promise that I will study it more carefully and I appreciate your comment.

**MR. HEALY:**  Okay.  And also, perhaps, may I have a little in camera time to discuss his financial situation, which is quite unique?

**THE COURT:**  All right.

**MR. HEALY:**  Thank you, sir.

**THE COURT:**  All right.  Thank you.

**(Proceeding was adjourned)**

## CERTIFICATION


I certify that the foregoing is a correct transcript from the

electronic sound recording of the proceedings in the above-

entitled matter.



_____                    April 14, 2009

            Signed                                        Dated


                        *TONI HUDSON, TRANSCRIBER*