UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220 |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Monday, March 11, 2002 |
| JURIJUS KADAMOVAS, | ) | |
| PETRO KRYLOV, | ) | |
| | ) | |
| Defendants. | ) | |

ARRAIGNMENT
AND ASSIGNMENT OF CASE

BEFORE THE HONORABLE CAROLYN TURCHIN,
UNITED STATES MAGISTRATE JUDGE

Appearances:              (See next page)

Courtroom Deputies:    Maria Cortez, Alex Silverio

Court Reporter:        Recorded; Tape #02-10

Transcribed by:        Exceptional Reporting Services, Inc.
                       14493 S. Padre Island Drive
                       Suite A-400
                       Corpus Christi, TX 78418-5940
                       361 949-2988

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

2

APPEARANCES FOR:


The United States:        CAROL PETERSON, ESQ
                          Assistant United States Attorney
                          312 North Spring Street
                          Los Angeles, CA 90012


Iouri Mikhel:             VICTOR SHERMAN, ESQ
                          Sherman and Sherman
                          2115 Main Street
                          Santa Monica, CA 90405


Jurlius Kadanovas:        JEFFREY WEISS, ESQ
                          Murphy & Gold
                          4640 Lankershim Blvd., Suite 699
                          North Hollywood, CA 91602


Petro Krylov:             GEORGE BUEHLER, ESQ
                          Buehler & Kassabian
                          350 W. Colorado Blvd.
                          Pasadena, CA 91105


Russian Interpreter:      Zoya Spivakovsky

**<u>Los Angeles, California; Monday, March 11, 2002</u>**

**(Official interpreter utilized for translation)**

**(Call to Order)**

**THE COURT:**  Seeing that the interpreters are in place and interpreting, before the post-indictment arraignment calendar is called, I want to advise all defendants of their Constitutional rights and to explain the procedures followed in this court.

Each defendant is here because he or she has been charged with a violation of federal law.  The charge against you is contained in an indictment or an information.  A copy of the charge has been given to you.  Later, you will be called on to plead either guilty or not guilty to each count.  These are your Constitutional rights, among others.  Please listen carefully.

You are entitled to a speedy and public trial by jury or by a judge alone, if jury is waived.

You are entitled to be represented by a lawyer at all stages of the proceedings.  If you do not have the money or means to hire a lawyer, a judge will appoint a lawyer to represent you without cost or expense to you.  However, you are advised that you must demonstrate that you are unable to afford a lawyer by completing a financial statement before a lawyer will be appointed to represent you.  If you give a false or dishonest answer to any question contained in the financial

4

statement, or willfully fail to respond to the questions accurately, you may be prosecuted for a violation of federal law.

You have the right to remain silent.  Anything you saw, sign or write which tends to incriminate you may be introduced against you in this or in any other court proceeding.

You are entitled to see and hear the evidence and witnesses against you and to cross-examine those witnesses.

You are entitled to subpoena witnesses and have a judge order the production of other evidence on your own behalf.

You have a right to have a judge consider the conditions of your release in accordance with the Bail Reform Act of 1984.  If the government seeks detention, you have the right to a hearing on the first date of your appearance or within three to five days of your appearance, if a continuance is requested by either the defense or the prosecution and granted.

It is not necessary for you to prove your innocence. It is the burden of the government to prove your guilt beyond a reasonable doubt.

For your plea and for all further proceedings, your case will be transferred to a district judge of this court. The particular judge for your case will be selected by lot

after you are arraigned.

All motions are reserved and must be made before the judge to whom the case is transferred.  Where a particular case involves more than one defendant, all defendants are required to appear before the judge to whom that case is transferred.

If the district judge has requested that the magistrate judge receive a not guilty plea and you will be entering a not guilty plea at this time, you will be asked to plead and the trial date will be set.

The clerk has designated the federal public defender and members of the indigent panel to represent certain defendants and for those defendants for whom a financial affidavit is on file and a lawyer was previously appointed, the lawyers so designated are hereby appointed in the respective cases to which they have been assigned.

If a private lawyer is appearing for any defendant for whom a Court appointed lawyer was previously designated, the private lawyer should make his or her presence known and file his or her formal appearance with the Court.  The Court appointed lawyer will then be relieved.

When a case is transferred to a judge of this court, defendant and the lawyer of record are ordered to appear before that judge at the time specified.  If the lawyer has an appearance at the same time in more than one courtroom, the lawyer is directed to appear first in the courtroom of the

judge who has senior status on the court.  However, if a lawyer is directed to appear in two or more courtrooms at different times, the lawyer shall first appear in the courtroom which has set the earlier hours of convening.

For those defendants who are not in custody and who are making a first appearance today, following the procedures in front of me, you are to report to the United States Marshal Service on this floor for processing.  There you will fill out paperwork and so forth and you will be allowed to leave from that facility.

All right.  The clerk will call the matters in the order in which they checked in.

THE CLERK:  Yes, your Honor.  Calling Item Number 9, CR-02-220, *U.S.A. versus Iouri Mikhel, Jurlius Kadanovas and Petro Krylov.*

THE COURT:  Once again, counsel, please stand with your clients from my left to my right, which is your right to your left, in the order in which the names are called.

MS. PETERSON:  Good morning, your Honor, Carol Peterson for the government.

THE COURT:  Good morning, Ms. Peterson.

MR. SHERMAN:  Victor Sherman for Mr. Mikhel, who is present, your Honor.

THE COURT:  Good morning.

MR. WEISS:  Good morning, your Honor, Jeff Weiss for

7

Mr. Kadanovas, who is present.

THE COURT:  Good morning.

MR. BUEHLER:  Good morning, your Honor, George Buehler for Mr. Krylov.

THE COURT:  Good morning.  And I see that there's a Russian interpreter.  Which defendants is the interpreter interpreting for?

MS. SPEAKER:  All three, your Honor, present.

THE COURT:  All right.  We need to make sure all three of them are in a position to hear you, then.

All right.  Can each of the defendants understand the interpretation being provided this morning from English into Russian?

ALL DEFENDANTS:  Yes.

THE COURT:  All right.  Each defendant has answered affirmatively.

THE CLERK:  Is Iouri Mikhel your true name?

DEFENDANT MIKHEL:  Yes.

THE CLERK:  Is Jurlius Kadanovas your true name?

DEFENDANT KADANOVAS:  Yes.

THE CLERK:  Is Petro Krylov your true name?

DEFENDANT KRYLOV:  Yes.

THE CLERK:  Did you hear and understand the statements of this Court pertaining to your rights and the appointment of counsel?  Mr. Mikhel?

8

DEFENDANT MIKHEL:  (No audible response)

THE COURT:  Sir, did you understand your rights?

DEFENDANT MIKHEL:  Yes.

THE CLERK:  Mr. Kadanovas?

DEFENDANT KADANOVAS:  Yes.

THE CLERK:  Mr. Krylov?

DEFENDANT KRYLOV:  Yes.

THE CLERK:  Has a statement of rights been read to you in Russian?  Mr. Mikhel?

DEFENDANT MIKHEL:  Yes.

THE CLERK:  Mr. Kadanovas?

DEFENDANT KADANOVAS:  Yes.

THE CLERK:  Mr. Krylov?

DEFENDANT KRYLOV:  Yes.

THE CLERK:  Did you see and sign a statement of your rights?  Mr. Mikhel?

DEFENDANT MIKHEL:  Yes.

THE CLERK:  Mr. Kadanovas?

DEFENDANT KADANOVAS:  Yes.

THE CLERK:  Mr. Krylov?

DEFENDANT KRYLOV:  Yes.

THE CLERK:  Did you receive a copy of the indictment?  Mr. Mikhel?

DEFENDANT MIKHEL:  Yes.

THE CLERK:  Mr. Kadanovas?

**DEFENDANT KADANOVAS:** Yes.

**THE CLERK:** Mr. Krylov?

**DEFENDANT KRYLOV:** Yes.

**THE COURT:** Has the indictment been read to you in Russian? Mr. Mikhel?

**DEFENDANT MIKHEL:** Yes.

**THE CLERK:** Mr. Kadanovas?

**DEFENDANT KADANOVAS:** Yes.

**THE CLERK:** Mr. Krylov?

**DEFENDANT KRYLOV:** Yes.

**THE CLERK:** Do you want the indictment read to you at this time? Mr. Mikhel?

**DEFENDANT MIKHEL:** No.

**THE CLERK:** Mr. Kadanovas?

**DEFENDANT KADANOVAS:** No.

**THE CLERK:** Mr. Krylov?

**DEFENDANT KRYLOV:** No.

**THE COURT:** This matter has been assigned to the calendar of Judge Snyder. Trial is set for April 30 at 9:30 in the morning in front of Judge Snyder, who is located in Courtroom 5 on the Spring Street floor of the Spring Street Courthouse.

Motion calendar and status conference is set three weeks prior to the trial date. Is that the 8th of April?

**THE CLERK:** Yes, your Honor.

10

THE COURT:  All right.  April 8 at 1:30.  Are these going to be not guilty pleas at this time?

MR. SHERMAN:  Yes, your Honor.

MR. WEISS:  Yes, your Honor.

MR. BUEHLER:  Yes, your Honor.

THE CLERK:  Iouri Mikhel, how do you plead to the charges of the indictment?

DEFENDANT MIKHEL:  Not guilty.

THE CLERK:  Jurlius Kadanovas, how do you plead to the charges of the indictment?

DEFENDANT KADANOVAS:  Not guilty.

THE CLERK:  Petro Krylov, how do you plead to the charges of the indictment?

DEFENDANT KRYLOV:  Not guilty.

THE COURT:  Is there anything further on this matter at this time?  All right.  Thank you.

**(Proceeding adjourned)**

CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____                    April 15, 2009

        Signed                                    Dated


                TONI HUDSON, TRANSCRIBER

EXCEPTIONAL REPORTING SERVICES, INC