UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Wednesday, September 6, 2006 |
| JURIJUS KADAMOVAS, | ) | |
| | ) | (8:59 a.m. to 9:02 a.m.) |
| Defendants. | ) | (9:18 a.m. to 9:34 a.m.) |

** PARTIAL TRANSCRIPT **
PROCEEDINGS FROM 8:59 A.M. TO 9:34 A.M.

(SEALED PORTION FROM 9:02 A.M. to 9:18 A.M. OMITTED)

JURY TRIAL (15th DAY)
(Volume XV)

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

Russian Interpreters:    Ludmilla Genn
                         Alex J. Levoff
                         Zoya Spivakovsky

Court Recorder:          Lori Muraoka

Transcribed by:          Exceptional Reporting Services, Inc.
                         14493 S. Padre Island Drive
                         Suite A-400
                         Corpus Christi, TX 78418-5940
                         361 949-2988

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

2

**APPEARANCES FOR:**


United States:                DEBRA W. YANG, ESQ
                              United States Attorney
                              JACKIE CHOOLJIAN, ESQ
                              Assistant United States Attorney
                              Chief, Criminal Division
                              SUSAN DeWITT, ESQ
                              KIM MEYER, ESQ
                              ROBERT DUGDALE, ESQ
                              Assistant United States Attorney
                              312 North Spring Street
                              Los Angeles, CA 90012

Federal Bureau               James S. Davidson
of Investigation:            Louis Perez

Iouri Mikhel:                RICHARD M. CALLAHAN, JR, ESQ
                             230 E. Colorado Blvd., Suite 1200
                             Pasadena, CA 91101

                             DALE MICHAEL RUBIN, ESQ
                             2275 Huntington Dr., Suite 902
                             San Marino, CA 91108

Jurijus Kadamovas:           SONIA E. CHAHIN, ESQ
                             2222 Foothill Blvd., Suite E-278
                             La Canada, CA 91011

                             RICHARD P. LASTING, ESQ
                             1717 Fourth Street, Third Floor
                             Santa Monica, CA 90401

3

**Los Angeles, CA; Wednesday, September 6, 2006; 8:59 a.m.**

**(Entire Proceeding Recorded; Partially Transcribed)**

**(Portion of transcript from 9:02 a.m. to 9:18 a.m. sealed)**

**(Interpreter Utilized for Translation)**

**(Call to Order)**

**(Outside the presence of the jury)**

**THE CLERK:**  Please remain seated and come to order. This United States District Court is now in session, the Honorable Dickran Tevrizian presiding.

**THE COURT:**  All right, outside the presence of the jury.  The record will indicate all counsel are present. Mr. Kadamovas is present.  Mr. Mikhel is not present.

We've had some difficulties with Mr. Mikhel which have been reported to me.

**MR. RUBIN:**  Yes, sir.  Your Honor, at this point, based on what -- I've had a discussion with the U.S. Marshal and also with Mr. Benshule (phonetic) and the psychologist from MDC, and Mr. Callahan and I need an in chambers ex parte on the record discussion with the Court.  And I think we need to do that now.

**THE COURT:**  I don't have ex parte discussions in criminal cases.  I don't think it's proper.

**MR. RUBIN:**  Well, your Honor, I'm happy --

**THE COURT:**  Your client is refusing to come out. I've got a video camera set up so we can broadcast into the

4

room.  He refuses to dress.  If he does come out he wants to come out in his jail, prison garb; whatever it is.

MR. RUBIN:  It's not that simple, your Honor.

MR. LASTING:  Excuse me, your Honor.  I don't mean to interrupt, but the interpreter's not hearing the Court and can't translate to Mr. Kadamovas.

THE COURT:  Why isn't she hearing the Court?

MR. LASTING:  I don't know if the microphone's not on or what.

THE COURT:  How about now?

THE INTERPRETER:  Yes, your Honor.

THE COURT:  Okay.  Somebody's been touching my equipment up here.

MR. RUBIN:  It isn't that simple and we have a duty and responsibility that goes beyond whether or not he wants to come out as to what happened and what's going on and his mental state at this point.

THE COURT:  Well, I have checked on his mental state with the psychologist this morning and the prison psychologist says he's fit for trial.

MR. RUBIN:  Well, that's fine.  I don't know that that satisfies our concerns.  And, again, it's privileged information; I can't talk about it in front of the Government.

THE COURT:  Well I'll send the Government outside.

MR. RUBIN:  I appreciate it.  Thank you, your Honor.

**THE COURT:**  But I do not hold conferences in chambers.  That's been my policy in criminal cases ever since I took the bench in 1972.

**(Government counsel exits courtroom at 9:02 a.m.)**

**(Portion from 9:02 a.m. to 9:18 a.m. sealed by Order of the Court)**

**MR. RUBIN:**  Thank you very much.

**THE COURT:**  And by the way, I signed an order today regarding the transcripts.  The transcripts will be prepared on a daily basis after opening statements.

**MR. RUBIN:**  I'm sorry.  I thought it was to include opening statements, but thank you for signing it.

**THE COURT:**  Let's get Mr. Dugdale in here.

**MR. RUBIN:**  Can we be excused to go talk to Mr. Mikhel while the Russian interpreter issue is going on?

**THE COURT:**  Yes, because Mr. Lasting raised that.

**MR. RUBIN:**  Thank you very much, your Honor.

**(Pause)**

**(Discussions off the record)**

**(Government Counsel entered courtroom at 9:20 a.m.)**

**THE COURT:**  All right, with regard to an issue that was raised this morning that involves the Government, yesterday when I believe it was Mr. Dugdale mentioned that you're going to need some headsets for interpreters I thought that the interpreters were going to -- I mean the headsets were going to

be used for the victims' families so that they could listen to the interpretation that's going on.  Unfortunately you're going to have to get your own interpreter, because the two interpreters that are here are for interpreting for the Defendants and Defense counsel and they have indicated to me that if they don't have the ability to switch off they're going to be hampered in their defense of the case.  So if you want to get your own interpreters, you can do that, but I can't let these interpreters that are being used by the Court to interpret for the attorneys and the Defendants be used for any other purpose.

**MR. DUGDALE:**  That's fine.  Thank you, your Honor.

**(Court in recess from 9:22 a.m. to 9:32 a.m.)**

**THE CLERK:**  Please remain seated and come to order. This United States District Court is in session, the Honorable Dickran Tevrizian presiding.

**(Outside the presence of the jury)**

**THE COURT:**  All right, outside the presence of the jury.

Anything else the Government wishes to bring up at this time?

**MR. DUGDALE:**  No, your Honor.  Thank you.

**THE COURT:**  Anything Defendant Mikhel wishes to bring up?

**MR. CALLAHAN:**  Nothing right now, your Honor.  Thank

you.

THE COURT: Anything Defendant Kadamovas wishes to bring up?

MR. LASTING: Not at this time, your Honor.

THE COURT: All right, the record will indicate all counsel and parties are present. We'll bring the jury out at this time.

And who's going to make the opening statement? Ms. DeWitt?

MS. DeWITT: Yes, your Honor.

(Jurors enter courtroom at 9:34 a.m.)

(Transcription concluded at 9:34 a.m.; proceeding continued)

CERTIFICATION


I certify that the foregoing is a correct transcript from the

electronic sound recording of the proceedings in the above-

entitled matter.




_____                    April 14, 2009

             Signed                                     Dated


                    *TONI HUDSON, TRANSCRIBER*