<u>DECLARATION OF MONICA E. TAIT</u>

I, MONICA E. TAIT, do hereby declare as follows:

1.    I am an Assistant United States Attorney for the Central District of California.  Since 2002, I have been one of the attorneys responsible for handling forfeiture aspects of the investigation and prosecution of Iouri Mikhel and Jurijus Kadamovas for the matters at issue in this case.  This declaration is based on information and belief based on my review of the government's files and records in this case and my consultations with the FBI's Forfeiture and Asset Seizure unit.

2.    On March 12, 2007, the court entered judgment forfeiting all proceeds of the hostage-taking offenses and imposing a money judgment against defendants Mikhel and Kadamovas in the amount of $1,039,716.46.  The government considers $229,440.40 of the $1,039,716.46 to have been satisfied by the forfeiture of funds the government seized from the accounts of Sierra Technologies and Stenmark Ventures, entities controlled by defendant Mikhel. Accordingly, the outstanding uncollected amount of the money judgment is $810,276.06.

3.    Attached hereto as Exhibit 1 is a true and correct copy of the Preliminary Order of Forfeiture issued in CR 02-220 against Iouri Mikhel and Jurijus Kadamovas.  Attached hereto collectively as Exhibit 2 are true and correct copies of the Judgment and Commitment Orders issued in the same case against Iouri Mikhel and Jurijus Kadamovas (not including the sentencing transcripts attached to the filed versions of each order). Attached hereto collectively as Exhibit 3 are true and correct

copies of the personal forfeiture money judgments issued in the same case against Iouri Mikhel and Jurijus Kadamovas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of April, 2009, at Los Angeles, California.

_____
MONICA E. TAIT

19