

46