

GOVERNMENT EXHIBIT 1000E

47