

48