DECLARATION

I, Daniel M. Parker, hereby declare that:

1.    I am a Special Agent with the Federal Bureau of Investigation and am a signatory on the FBI FAST account at Bank of America.  This account, of which I am familiar,  is used to hold funds that are the subject of government seizure and forfeiture actions in cases investigated by the FBI in the Los Angeles area.

2.    I have reviewed a document from Bank of America dated November 1, 2007, showing a wire transfer of funds from Metropolitan Police Authority by way of National Westminster Bank to the FBI FAST account at Bank of America in the amount of 87,343.19 British Pounds.  The exchange rate on the document is noted as 2.0587 British Pounds per Dollar,  and the amount credited to the FBI FAST account is noted as $179,813.43.

3.    I affirm that $179,813.43 was credited to the FBI FAST account on or about November 1, 2007 as reflected in the document which I maintain along with other FBI FAST account records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed _March 31st_____, 2009 in Los Angeles, California.

DANIEL M. PARKER

49