THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Section
ROBERT E. DUGDALE (California State Bar No. 167258)
Chief, Violent and Organized Crime Section
SUSAN J. DE WITT (California State Bar No. 132462)
KAREN I. MEYER (California State Bar No. 220554)
Assistant United States Attorneys
MONICA E. TAIT (California State Bar No. 157311)
Assistant United States Attorney
Asset Forfeiture Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4685/4496/8559/2931
    Facsimile:  (213) 894-3713/7177
    e-mail:  robert.dugdale@usdoj.gov
         susan.dewitt@usdoj.gov
         kim.meyer@usdoj.gov
         monica.tait@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>IOURI MIKHEL<br>JURIJUS KADAMOVAS,<br><br>        Defendants. | No. CR 02-220 SJO<br><br>STIPULATION AND REQUEST FOR ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING DATE ON PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AN ORDER AMENDING FORFEITURE ORDER TO INCLUDE SUBSTITUTE ASSETS AND TRACEABLE ASSETS<br><br>CURRENT DATE: MAY 18, 2009<br>TIME: 10:00 A.M.<br><br>PROPOSED DATE: JUNE 15, 2009<br>TIME: 10:00 A.M. |

    IT IS HEREBY STIPULATED AND REQUESTED by and between plaintiff United States of America and defendants Iouri Mikhel

and Jurijus Kadamovas as follows:

1. Plaintiff has filed a Motion for an Order Amending Forfeiture Order to Include Substitute Assets and Traceable Assets, Pursuant to Fed. R. Crim. P. 32.2(e), and noticed the matter for hearing on May 18, 2009.

2. Counsel for defendants, who are presently handling defendants' appeals in this capital case, require additional time to respond to the motion than would otherwise be permitted under the Local Rules of this court, and plaintiff has no objection to granting such additional time, provided plaintiff receives a slight enlargement of time to file replies to any oppositions defendants may file.

3. Accordingly, the parties respectfully stipulate and request that the court enter an order setting the following briefing schedule and continuing the hearing on plaintiff's motion as follows:

Defendants' Oppositions due:    May 20, 2009

Plaintiff's Reply due:    June 1, 2009

//
//
//
//
//
//
//
//
//
//

2

Hearing date for motion:        June 15, 2009 at 10:00 a.m.

**SO STIPULATED AND REQUESTED.**

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Chief, Criminal Division
ROBERT E. DUGDALE
Chief, Violent and Organized Crime
Section
SUSAN J. DE WITT
KAREN I. MEYER
Assistant United States Attorneys

DATED: ___4/24/09___

MONICA E. TAIT
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: _____

G. MICHAEL TANAKA
Deputy Federal Public Defender

Attorney for defendant IOURI MIKHEL

DATED: ___4/24/09___

BARBARA E. O'CONNOR
BENJAMIN COLEMAN

Attorneys for defendant
JURIJUS KADAMOVAS

3-a

Hearing date for motion:        June 15, 2009 at 10:00 a.m.

**SO STIPULATED AND REQUESTED.**

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Chief, Criminal Division
ROBERT E. DUGDALE
Chief, Violent and Organized Crime Section
SUSAN J. DE WITT
KAREN I. MEYER
Assistant United States Attorneys

DATED: _____

_____
MONICA E. TAIT
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: April 24, 2009

_____
G. MICHAEL TANAKA
Deputy Federal Public Defender

Attorney for defendant IOURI MIKHEL

DATED: _____

_____
BARBARA E. O'CONNOR
BENJAMIN COLEMAN

Attorneys for defendant
JURIJUS KADAMOVAS

3 / D