THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Section
ROBERT E. DUGDALE (California State Bar No. 167258)
Chief, Violent and Organized Crime Section
SUSAN J. DE WITT (California State Bar No. 132462)
KAREN I. MEYER (California State Bar No. 220554)
Assistant United States Attorneys
MONICA E. TAIT (California State Bar No. 157311)
Assistant United States Attorney
Asset Forfeiture Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4685/4496/8559/2931
    Facsimile:  (213) 894-3713/7177
    e-mail:   robert.dugdale@usdoj.gov
          susan.dewitt@usdoj.gov
          kim.meyer@usdoj.gov
          monica.tait@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>IOURI MIKHEL<br>JURIJUS KADAMOVAS,<br><br>        Defendants. | No. CR 02-220 SJO<br><br>[proposed] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING DATE ON PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AN ORDER AMENDING FORFEITURE ORDER TO INCLUDE SUBSTITUTE ASSETS AND TRACEABLE ASSETS<br><br>NEW HEARING<br>DATE: JUNE 15, 2009, 10 A.M. |

The court having reviewed the stipulation between plaintiff United States of America and defendants Iouri Mikhel

and Jurijus Kadamovas requesting adjustment of the briefing schedule and continuance of hearing date, hereby ORDERS as follows:

The briefing schedule on plaintiff's Motion for an Order Amending Forfeiture Order to Include Substitute Assets and Traceable Assets, Pursuant to Fed. R. Crim. P. 32.2(e) is hereby set as follows:

Defendants' Oppositions due:  May 20, 2009

Plaintiff's Reply due:        June 1, 2009

The hearing date on the motion is hereby continued from May 18, 2009 to June 15, 2009 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: _____, 2009

_____
THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney

_____
MONICA E. TAIT
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2