UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

- - -

THE HONORABLE NORA M. MANELLA, JUDGE PRESIDING

```
UNITED STATES OF AMERICA,  )
               Plaintiff,  )
       vs.                 )
                           )  CR-02-220-NM
IOURI MIKHEL, et al.,      )
               Defendants. )
---------------------------)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Los Angeles, California

April 10, 2002

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Room 1-1053
Santa Ana, CA  92701
(714) 543-0870

APPEARANCES OF COUNSEL:

For the Plaintiff:

JOHN S. GORDON
United States Attorney
RONALD L. CHENG
Assistant United States Attorney
Acting Chief, Criminal Division
CAROLE C. PETERSON
KAREN I. MEYER
Assistant United States Attorneys
1100 United States Courthouse
312 North Spring Street
Los Angeles, CA  90012
(213) 894-2434


For Defendant AINAR ALTMANIS:

ELLEN M. BARRY
ELLEN M. BARRY LAW OFFICES
316 West 2nd Street, Suite 1202
Los Angeles, CA  90012
(213) 621-1662

ALSO PRESENT:

Russian Interpreter

LOS ANGELES, CALIFORNIA; APRIL 10, 2002; P.M. SESSION

THE CLERK:  Case No. CR-02-220-NM, United States of America versus Ainar Altmanis.

Counsel, please state your appearances.

MS. PETERSON:  Good afternoon, Your Honor.  Carole Peterson and Kim Meyer for the government.

MS. BARRY:  Good afternoon, Your Honor.  Ellen Barry on behalf of Ainar Altmanis, who is being assisted by the Russian language interpreter.

THE COURT:  Good afternoon.

Ms. Barry, I think this is the first time your client has appeared in this Court.  So you will know you have a trial date now set for May 14 at 8:30 a.m., which I am advised is unlikely to be realistic and a status conference for May 6 at 1:30 p.m.

Is there anything we should take up prior to that time?

MS. BARRY:  Your Honor, I would ask that if the Court wishes to have a status conference with Mr. Altmanis as well that it be held on a separate date the same week.  I am supposed to commence a trial before Judge Takasugi on the 23rd of April, which is expected to go for two months.  I know that that inconveniences the Court a bit, but if we could either have a status conference in the morning before Judge Takasugi's trial begins, which is about 9:30 in the

4

morning, or alternatively in the middle of the day, then I would be able to juggle both things.

THE COURT:  That's easy.  We start at 8:00, so you will have lots of time to get to Judge Takasugi.  Would you like something -- the only problem is I am going to be in trial that week.  We start trials at 8:00, and I take up pretrial matters at 7:30.  I am loath to order you in here at 7:00 particularly because your client would be awakended at 2:30.

When does Judge Takasugi tend to finish?

MS. BARRY:  You know, I don't know the answer to that.  Your Honor, I have never had a trial with Judge Takasugi, although I have been before him a number of time.

THE COURT:  What I would like to do is perhaps do it the week before, the week of the 29th.

MS. BARRY:  What about a lunch --

THE COURT:  The only problem is we take a rather weird lunch break.  I only give the lawyers an hour, which sometimes comes down to 45 minutes.

MS. BARRY:  Perhaps at the end of the day.

THE COURT:  Do you want to say 4:30?

MS. BARRY:  That's fine.

THE COURT:  Why don't we say 4:30 on May 1? That's a Wednesday.

MS. BARRY:  That's fine, Your Honor.

5

THE COURT:  So May 1 at 4:30.

THE COURT:  And you can then disregard the May 6 date.

MS. BARRY:  Thank you, Your Honor.

THE COURT:  If for any reason it looks like that's not going to work, feel free to call us, and we will try to accommodate you at some other time.  As we get closer to that time, we have a little bit more knowledge as to when we will be in court and when we will be out, but don't worry about the hour being odd.  We will try to accommodate you.

MS. BARRY:  Thank you.

THE COURT:  Anything further?

All right, thank you very much.

-oOo-

6

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  April 19, 2009


Sharon A. Seffens        4/19/09
_____
SHARON A. SEFFENS, U.S. COURT REPORTER