UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

- - -

THE HONORABLE NORA M. MANELLA, JUDGE PRESIDING

UNITED STATES OF AMERICA,  )
              Plaintiff,   )
    vs.                    )
                           )  CR-02-220-NM
IOURI MIKHEL, et al.,      )
              Defendants.  )
--------------------------)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Los Angeles, California

May 7, 2002

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Room 1-1053
Santa Ana, CA  92701
(714) 543-0870

APPEARANCES OF COUNSEL:

For the Plaintiff:

JOHN S. GORDON
United States Attorney
RONALD L. CHENG
Assistant United States Attorney
Acting Chief, Criminal Division
KAREN I. MEYER
Assistant United States Attorneys
1100 United States Courthouse
312 North Spring Street
Los Angeles, CA  90012
(213) 894-2434


For Defendant AINAR ALTMANIS:

ELLEN M. BARRY
ELLEN M. BARRY LAW OFFICES
316 West 2nd Street, Suite 1202
Los Angeles, CA  90012
(213) 621-1662


ALSO PRESENT:

Russian Interpreter

3

LOS ANGELES, CALIFORNIA; MAY 7, 2002; A.M. SESSION

THE CLERK: Item No. 1, CR-02-220-NM, United States of America versus Ainar Altmanis.

Counsel.

MS. MEYER: Good morning, Your Honor. Karen Meyer for the United States.

THE COURT: Good morning.

MS. BARRY: Good morning, Your Honor. Ellen Barry with Ainar Altmanis, who is being assisted by the Russian interpreter.

THE COURT: Good morning.

We're on for a status conference. Ms. Barry, what's your pleasure?

MS. BARRY: I understand that the trial date has been continued. We would join in a request for that same trial date.

THE COURT: All right.

MS. BARRY: We might want to set a status date in the interim. I am expected to be in this trial that I am currently in until I die.

THE COURT: For the rest of your natural life; right?

MS. BARRY: It's interminable, Your Honor. It's anticipated to go anywhere from six weeks to eight weeks unless we can beat the prosecutor down and make him shorten

SHARON SEFFENS, U.S. COURT REPORTER

it.

THE COURT:  I have every confidence in you, Ms. Barry.  The problem is I am only available to you -- set that for 5/20.  I set the trial for 7/2.  I set a status conference on June 3rd.  I could do a status conference the week before at some time convenient to you.  Obviously your trial would still be going on.  By the time you're out of trial, I will be unavailable to you, assuming your trial goes for another, what, six weeks or so.

MS. BARRY:  Yes, unless I beat down the prosecutor.

THE COURT:  Right.

MS. BARRY:  Judge Takasugi doesn't start until 9:30 in the morning.

THE COURT:  Well, that's easy, because I'll start at any hour of the morning.  If we put this over, say, to the week of the 28th of May, the 27th being -- I guess that's Memorial Day.  Would that help you at all?

MS. BARRY:  I think so.  Let me consult with government counsel for a minute.

THE COURT:  Sure.

MS. BARRY:  That's fine, Your Honor.  We can do that.

THE COURT:  Is 8:00 in the morning good for you? Is there another hour that's better?

5

MS. BARRY:  8:30 is a little better, Your Honor. I work out in the morning, and it takes a little while to get in here.

THE COURT:  That's fine.  How about, well, any day that week.  If later in the week is better, that's fine -- the 28th, 29th, 30th, or 31st.

MS. BARRY:  Anything besides Tuesday or Thursday. So, like, a Wednesday or Friday?

THE COURT:  Why don't we say Wednesday, the 29th, at 8:30 then.

MS. BARRY:  Okay.

THE COURT:  And just to confirm, since we have Mr. Altmanis here -- Mr. Altmanis, as you know, and as your counsel, I believe, has told you, the trial in this matter has been continued to July 2nd.  I am not sure what the speedy trial maximum was, although we had it yesterday.  Oh, the 14th of May.  Mr. Altmanis -- frankly, since it's been put over as to others, it would probably be put over as to him anyway.

But, Mr. Altmanis, I'll ask you:  Do you have any objection to the trial in your case being put over until July 2nd of this year?

THE DEFENDANT:  No.

THE COURT:  All right.  Ms. Peterson is already preparing the speedy trial order, Ms. Meyer, but obviously

6

it should include Mr. Altmanis as well.

MS. MEYER:  That's correct, Your Honor, and I will inform her of this.

THE COURT:  Okay.  So we're set for the 29th at 8:30 a.m.

Anything further?

MS. MEYER:  No, Your Honor.

MS. BARRY:  No, Your Honor.

THE COURT:  All right.  Thank you very much.

*(Thereupon, the proceeding was concluded.)*

-oOo-

7

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  April 19, 2009

Sharon A. Seffens        4/19/09
_____
SHARON A. SEFFENS, U.S. COURT REPORTER