1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

- - -

THE HONORABLE NORA M. MANELLA, JUDGE PRESIDING

```
UNITED STATES OF AMERICA,  )
               Plaintiff,  )
     vs.                    )
                            )  CR-02-220-NM
IOURI MIKHEL, et al.,       )
               Defendants.  )
--------------------------)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Los Angeles, California

May 20, 2002

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Room 1-1053
Santa Ana, CA  92701
(714) 543-0870

APPEARANCES OF COUNSEL:

For the Plaintiff:

JOHN S. GORDON
United States Attorney
RONALD L. CHENG
Assistant United States Attorney
Acting Chief, Criminal Division
KAREN I. MEYER
Assistant United States Attorneys
1100 United States Courthouse
312 North Spring Street
Los Angeles, CA  90012
(213) 894-2434


For Defendant JURIJUS KADAMOVAS:


JEFFREY WEISS
MURPHY & GOLD
4640 Lankershim Boulevard, Suite 699
North Hollywood, CA  91602-1818
(818) 509-0311


ALSO PRESENT:

Russian Interpreter

LOS ANGELES, CALIFORNIA; MAY 20, 2002; P.M. SESSION

THE CLERK:  Item No. 12, CR-02-220-NM, United States of America versus Jurijus Kadamovas.

Counsel.

MS. PETERSON:  Good afternoon, Your Honor.  Carole Peterson for the government.

MR. WEISS:  Good afternoon, Your Honor.  Jeffrey Weiss appearing.

THE COURT:  Mr. Weiss, because we didn't hear from you, we don't have alternate counsel here.  I understand that Mr. Kadamovas won't be retaining counsel; is that correct?

MR. WEISS:  That's correct, Your Honor.  I do apologize for the confusion.  I thought I was supposed to let the Court know if he had in fact retained counsel.  That's why I apologize for not informing the Court otherwise.

THE COURT:  Okay.  Our problem is we don't have new counsel here.

Mr. Kadamovas, I understand that you won't be retaining counsel to represent you and wish the Court to appoint counsel for you; is that correct?

THE DEFENDANT:  Yes.

THE COURT:  All right.  We have located a panel attorney who can be here at 11:15 tomorrow.

Mr. Weiss, before I can let you off, I have got to have new counsel here, so can you make it here tomorrow at 11:15?

MR. WEISS:  Not tomorrow, Your Honor.  I was wondering is Friday too late?

THE COURT:  Yes.

MR. WEISS:  I can do it on Wednesday, but I wouldn't be able to be here tomorrow at 11:15.

THE COURT:  You have discovery in the matter; right?

MR. WEISS:  Yes.  I can make it available -- in fact, I brought it with me.  It's in my car right now.  I can go ahead and make sure that I bring it to -- I will personally deliver it to whoever is the new counsel.

THE COURT:  Mr. Weiss, here is what I am going to do.  You don't have to be here tomorrow, but I am not going to relieve you as of today's date.  But I am not going to order you to appear.

We anticipate that Marcia Brewer will be taking on the defense of Mr. Kadamovas.  As soon as that has been done, which I expect to be done tomorrow morning, we will call and let you know.  And I will ask that in the next 48 hours you get the discovery to Ms. Brewer.  All right?

MR. WEISS:  Yes, I will make arrangements with her.

THE COURT:  Okay.  You may be able to deliver it in person or hand it off or something.  All right then, tomorrow at 11:15 for Ms. Peterson or Ms. Meyer and Mr. Kadamovas.

Your new counsel will be here tomorrow, Mr. Kadamovas, and will be officially appointed to represent you.  All right?

THE DEFENDANT:  Thank you.

THE COURT:  Thank you.  Okay.

*(Thereupon, the proceeding was concluded.)*

-oOo-

6

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  April 19, 2009

Sharon A. Seffens        4/19/09
_____
SHARON A. SEFFENS, U.S. COURT REPORTER