UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )
                           )
                           )
             Plaintiff,    )
                           )
                           )
                           )
        Vs.                )   No. CR 02-220 (B) SJO
                           )
                           )
                           )
PETRO KRYLOV,              )
                           )
                           )
                           )
             Defendant.    )
                           )
_____  )

REPORTER'S TRANSCRIPT OF DEPOSITION PROCEEDINGS

TESTIMONY OF IRINA PRISHEDKO

LOS ANGELES, CALIFORNIA

FRIDAY, APRIL 27, 2007

LEANDRA AMBER, CSR 12070, RPR
OFFICIAL U.S. DISTRICT COURT REPORTER
312 NORTH SPRING STREET, # 442
LOS ANGELES, CALIFORNIA 90012
(213) 613-0179

**A P P E A R A N C E S**

**IN BEHALF OF THE PLAINTIFF,
UNITED STATES OF AMERICA:**             U.S. DEPARTMENT OF JUSTICE
                                        U.S. ATTORNEY'S OFFICE
                                        BY:  SUSAN J. DeWITT, AUSA
                                             MR. DUGDALE, AUSA
                                             MS. MEYER, AUSA
                                        312 NORTH SPRING STREET
                                        12TH FLOOR
                                        LOS ANGELES, CALIFORNIA 90012
                                        (213) 894-4496
                                        susan.dewitt@usdoj.gov
                                        robert.dugdale@usdoj.gov
                                        kim.meyer@usdoj.gov


**IN BEHALF OF THE DEFENDANT,
PETRO KRYLOV:**                         LAW OFFICES OF GEORGE W.
                                        BUEHLER
                                        BY:  GEORGE W. BUEHLER, ESQ.
                                        350 SOUTH GRAND AVENUE
                                        SUITE 3900
                                        LOS ANGELES, CALIFORNIA 90071
                                        (213) 625-1600
                                        buehler@geragos.com


                                        LAW OFFICES OF DAVID R. EVANS
                                        BY:  DAVID R. EVANS, ESQ.
                                        600 SOUTH LAKE AVENUE
                                        SUITE 506
                                        PASADENA, CALIFORNIA 91106
                                        (626) 432-5100
                                        dre@drelaw.org


**ALSO APPEARING:**
        ALEX LEVOFF, COURT-CERTIFIED RUSSIAN INTERPRETER
        VARVARA OLSON, COURT-CERTIFIED RUSSIAN INTERPRETER
        JAMES S. DAVIDSON, FBI SPECIAL AGENT
        LOUIS PEREZ, FBI SPECIAL AGENT
        SCARLET NERAD, MITIGATION SPECIALIST

**I N D E X**

PAGE

EXAMINATION OF IRINA PRISHEDKO BY MS. MEYER          5

UNITED STATES DISTRICT COURT

LOS ANGELES, CALIFORNIA; FRIDAY, APRIL 27, 2007; 12:54 P.M.

-o0o-

THE CLERK:  Please come to order.  This Court is now in session.

This is Item Number 1, Case Number CR 02-220 SJO, United States of America versus Petro Krylov.

Counsel will you call your witness.

MS. MEYER:  The United States of America calls Irina Prishedko to the stand.

THE CLERK:  Irina, would you please raise your right hand to be sworn.

Do you solemnly swear that the testimony you are about to give in the matter now pending before this Court shall be the truth, the whole truth, and nothing but the truth so help you God?

THE WITNESS:  I do.

THE CLERK:  Thank you.

MS. MEYER:  This deposition is being conducted on April 27th, 2007.  The parties stipulate that Leandra Amber is the court reporter and can be the court reporter for this deposition.

MR. EVANS:  So stipulated.

///

///

UNITED STATES DISTRICT COURT

**DIRECT EXAMINATION**

BY MS. MEYER:

Q.   Ms. Prishedko, are you currently in New York?

A.   Excuse me?

Q.   Are you currently in New York?

A.   Yes.

Q.   And do you reside in New York?

A.   Yes.

Q.   Can you please tell the jury what your relationship was to Alexander Umansky.

A.   Alex was my fiance.

Q.   When did you first meet Alex?

A.   Where or when?

Q.   When.

A.   In 1999.  About eight years ago.

Q.   Can you describe the circumstances under which you met Alexander Umansky?

A.   Well, I went out with a couple of my friends, and Alex pulled up in a Corvette.  And he looked very funny.  He has big, furry hair standing up, and I was really laughing when I saw him and that's how we met.

Q.   Did you begin dating?

A.   Yes.

Q.   What kinds of things did you like to do when you were dating?

A.    Well, Alex worked a lot, but on the free time we used to travel.  We used to go travel around the United States, Mexico, big parties at home.  We had lots of fun.

Q.    Ms. Prishedko, now you said that you were Alex's fiance.

When did he propose?

A.    He proposed a year after we met.

Q.    Can you describe for the jury how he proposed.

A.    He took me to the restaurant called Crustacean in Beverly Hills, and he put the ring in my ice cream.  And he got on his knees in front of all the restaurant and proposed.

Q.    Do you remember the day that Alexander Umansky disappeared?

A.    Yes.

Q.    Now, when Alex disappeared, you received some phone calls from him while he was being held hostage; is that right?

A.    Correct.

Q.    Can you describe for the jury what that was like.

A.    It was hard.  It was hard to relive all those phone calls.  It felt unreal.  I was very worried what's going to happen next.

Q.    Now, at some point those phone calls stopped; is that right?

A.    Yes.

Q.    And how did you feel when those phone calls stopped?

A.   I -- I had to believe that everything was going to be all right.  All that worry and then one night I had a dream that Alex was just walking away from me, and I'm walking after him trying to talk it him and he keeps walking away, and I can't connect.  So I woke up, and I thought something bad has probably happened.

Q.   When did you find out that Alex's body had been identified and that he had been murdered?

A.   In March.

Q.   And when you received that news that your fiance had been murdered, how did that affect you?

A.   It was hard.  My whole life changed after that.  It was hard to believe because I never saw him dead.  It's still hard to believe that he's not around.  But everything changed since that day.

Q.   Now, prior to testifying here in this deposition, Ms. Prishedko, did you have an opportunity to write something about Alex that you'd like to share with the jury?

A.   Yes.  Because I would like to share something very personal, and it's really hard to put my thoughts together and answer all your questions.  So I wrote something last night about how Alex was and how our life was.  And I would like to read from it with your permission.

Q.   Please go ahead.

A.   When I met Alex for the first time, I smiled and I

started to laugh.  He pulled up in his antique, bright yellow convertible Corvette with his very blond hair standing up really high and with a big smile.  But then on the night I was in love with him, and then the next three years it just grow deeper and stronger.  I was 19, and it was my first true love, the kind of love when you lose your head and do anything to be with this person.

Alex asked me to marry him the year after we met. He put the ring in my ice cream.

I'm sorry.

He placed the ring in my ice cream and got on his knees in front of the whole restaurant in Beverly Hills.  He asked me if I will not regret to start family and miss all the young fun growing up and dating life and I told him never.  Alex worked day and night.  He would leave home around 6:00 in the morning and very often came back home between 12:00 and 3:00 a.m., I would go to school and come back to his office and would do my homework there until it was the time to go home.

Even though he was so busy, he made sure I had a great life.  We traveled around the U.S. and Mexico and went to local clubs a lot, had many parties at home.  Our parties were the best.  He had -- we had food, drinks, dancing, karaoke.  Alex was the best host and entertainer.

We always had a full house of friends.  I was

living a life that I can never forget.  I was in love, and I was extremely happy.  Then we moved to a big house in Sherman Oaks.  He told me he wanted a big house.  Here's the house.  And for the next six months we were remodeling and buying furniture.  He wanted every room to have a sofa that opens up so we can have enough place for people to stay over.  He wanted to have a room with a big TV to watch movies with our friends.  He wanted to have a room with a bar and karaoke to have parties, everything to make people happy around him.

And within a month after we were done with everything he was gone.  We had only -- we had one only party in that house.  His 30th birthday was on October 1st, and then in December he was taken from me.

It has been five years since my Alex is gone, and I'm still lying in bed and can't sleep, thinking of what happened, wishing -- wishing it had never happened, thinking how nice Alex was and how he doesn't deserve to die in such torture.

I often imagine that Alex is around and he is in my life.  I feel his presence, and it makes me feel good and safe.  I'm asking him almost every night to come to me and talk to me.  I'm still trying to understand what happened.  It looks like it's not real.  It looks like it's a horrible movie, but it hurts like crazy every time he comes in my mind.

I still want to talk about him, tell people how great he was and how everything was like, but how can I start telling people about Alex?  That's what I would do, and they look at me with disbelief and/or and pity.  And then I look like an idiot because I don't have any more tears to cry about it.  Apparently I still do.

People who knew Alex tried to tired of hearing this and people need to move on.

There are so many good things I can tell about Alex.  There is so many stories I can tell about our happy time together and about what I went through when he was gone.  Then I can probably write a book.

I was looking for a castle on the Internet for our wedding.  We wanted to have a wedding in the new year with people dressed up as in 18th century, with wigs beautiful ballroom dresses and many people.

But unfortunately, because of Krylov, as well as Mikhel Kadamovas at and others, at 22 years old I had to look for a casket for my fiance.  I had to choose the color, the type, the size.  And instead of choosing a place for a honeymoon, I had to choose a place at the cemetery.  Would you like a place with a view?  Would you like a garden, the guy was asking me.

Instead of flying and going away for a honeymoon, I had to pack, and I had no idea where I was going and what am

I going to do with myself.  My education wasn't completed and I couldn't get a good job.  I didn't have the strong hand and warm heart of Alex to support me.  Those people took him from me.  I was broken.  I was looking for that warm heart and strong hand but couldn't find it.  No one was like Alex, singing and smiling all the time, screaming, "What's up?" and shaking his hands like in the Roxbury night.

When I go to LA I can't take the stone off my chest.  Everything reminds me of the happy days with Alex.  When I hear '70s, '80s '90s songs that Alex used to sing the heavy stone falls right back in my chest.  When I see cars with navigation TV's and other technologies my chest is compressing again.

I could never even imagine before how much grief can hurt.  Sometimes I have dreams that these people escape from jail and are trying to kill me.  Sometimes I get scared by a stranger that comes to me to talk to me.  I'm having hard time trusting people, and I'm extra careful all the time.

I'm always watching my back.  It is not easy to live like this sometimes.

I'm done.

Q.   Ms. Prishedko, what is it that you miss the most about Alex?

12

A.   I miss the kind of person Alex was because he was very different.  You know how people say God takes the best people?  So he was -- he was very, very different.  He was nice.  He was -- I just miss him as a person.  I miss my friend.  I miss my love.

MS. MEYER:  No further questions.

MR. EVANS:  No questions.

MS. MEYER:  For the record, that concludes the deposition of Irina Prishedko.

(Whereupon, at 1:32 p.m., the proceeding concluded.)