**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s), | CR 02-220 (B) SJO |
| v. | |
| PETRO KRYLOV | **NOTICE OF FILING OF**<br>☑ **OFFICIAL** ☐ **REDACTED  TRANSCRIPT** |
| Defendant(s). | |

TO ALL COUNSEL OF RECORD:

☑   Notice is hereby given that an official transcript of a proceeding, document number(s)
2165                                                                                                          ,
has been filed by the court reporter/electronic court recorder in the above-captioned matter.  The parties
have seven (7) business days from the filing of the official transcript to file with the court a Notice of Intent
to Request Redaction of this transcript and/or 21 calendar days from the filing of the official transcript to
file with the court a Redaction Request.  If no such Notice or Redaction Request is filed, the transcript will
be made electronically available to the public without redaction after 90 calendar days.  Any party needing
a  copy  of  the  transcript  to  review  for  redaction  purposes  may  purchase  a  copy  from  the  court
reporter/electronic court recorder or view the document at the clerk's office public terminal.

☐   Notice is hereby given that a redacted transcript of a proceeding, document number(s)

                                                                                                                ,
has been filed by the court reporter/electronic court recorder in the above-captioned matter.

CLERK U.S. DISTRICT COURT

Date:  06-10-09                                    LEANDRA AMBER
                                                   Court Reporter/Deputy Clerk

G-46 (5/08)                    **NOTICE OF FILING OF OFFICIAL TRANSCRIPT**