UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE S. JAMES OTERO, JUDGE PRESIDING

UNITED STATES OF AMERICA,       )
                                )
                                )
                                )
                Plaintiff,      )
                                )
                                )
                                )
        Vs.                     )   No. CR 02-220 (B) SJO
                                )
                                )
                                )
PETRO KRYLOV,                   )
                                )
                                )
                                )
                Defendant.      )
                                )
_____ )

REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS

LOS ANGELES, CALIFORNIA

TUESDAY, APRIL 24, 2007

LEANDRA AMBER, CSR 12070, RPR
OFFICIAL U.S. DISTRICT COURT REPORTER
312 NORTH SPRING STREET, # 442
LOS ANGELES, CALIFORNIA 90012
(213) 613-0179

**A P P E A R A N C E S**

**IN BEHALF OF THE PLAINTIFF,**
**UNITED STATES OF AMERICA:**          U.S. DEPARTMENT OF JUSTICE
                                      U.S. ATTORNEY'S OFFICE
                                      BY:  SUSAN J. DeWITT, AUSA
                                           MR. DUGDALE, AUSA
                                           MS. MEYER, AUSA
                                      312 NORTH SPRING STREET
                                      12TH FLOOR
                                      LOS ANGELES, CALIFORNIA 90012
                                      (213) 894-4496
                                      susan.dewitt@usdoj.gov
                                      robert.dugdale@usdoj.gov
                                      kim.meyer@usdoj.gov


**IN BEHALF OF THE DEFENDANT,**          LAW OFFICES OF GEORGE W.
**PETRO KRYLOV:**                        BUEHLER
                                      BY:  GEORGE W. BUEHLER, ESQ.
                                      350 SOUTH GRAND AVENUE
                                      SUITE 3900
                                      LOS ANGELES, CALIFORNIA 90071
                                      (213) 625-1600
                                      buehler@geragos.com


                                      LAW OFFICES OF DAVID R. EVANS
                                      BY:  DAVID R. EVANS, ESQ.
                                      600 SOUTH LAKE AVENUE
                                      SUITE 506
                                      PASADENA, CALIFORNIA 91106
                                      (626) 432-5100
                                      dre@drelaw.org


**ALSO APPEARING:**
          SOPHIA VELEN, COURT-CERTIFIED RUSSIAN INTERPRETER
          VARVARA OLSON, COURT-CERTIFIED RUSSIAN INTERPRETER
          JAMES S. DAVIDSON, FBI SPECIAL AGENT
          LOUIS PEREZ, FBI SPECIAL AGENT
          SCARLET NERAD, MITIGATION SPECIALIST

**I N D E X**

                                                                    **PAGE**

JURY NOTE 5, 6, 7                                                      4

UNITED STATES DISTRICT COURT

LOS ANGELES, CALIFORNIA; TUESDAY, APRIL 24, 2007; 8:40 A.M.

-o0o-

(Out of the presence of the jury.)

THE COURT:  Okay.  We're back on the record on United States of America versus Krylov.  Counsel is present. The defendant is present with the interpreters.

Let me see where we start.

The jury on April 23, '07 at 1:45 sent a note regarding the following:

"Please clarify the content and intent of the Court's Instruction Number 41 on page 47.  It appears that it may be a typographical error, slash, line number three, sentence number one," sent by Juror Number 32, the foreperson.

As referenced yesterday, I was not available in the afternoon.  The note was copied and made available to Mr. Buehler and counsel -- all the lawyers for the Government.  Apparently, the Government has responded to that note by offering a proposed instruction to Jury Note Number 5, explaining Instruction Number 41, and I think the explanation is accurate.

However, this morning at 8:30 the Juror Number 32 sent a Jury Note Number 6 which reads, "Please disregard the request for interpretation and advice regarding Note Number 5."

So it appears, that Instruction Number 41 is no longer at issue, and the jury has requested no further comment by the Court.

I have instruction -- I'm sorry -- Note Number 7, sent at 8:30 this morning:  "Request copy of defendant's testimony on 16th and 17th of April," signed by Juror Number 32.  It's dated 4-27-07, which is inconsistent with the date at the top of the document.  Apparently that's simply a mistake.

Okay.  Does counsel wish to comment?

MR. DUGDALE:  Yes, your Honor.  I don't think the jury can be furnished with a transcript of any testimony in the case.  It would give undue influence to that particular testimony.  And there is, in fact, is a Ninth Circuit jury instruction -- I'm not sure if the Court gave it or not.  I don't recall -- in which the Court instructs the jury that transcripts won't be made available to them.

THE COURT:  I pre-instructed on that, at the beginning of the case.

MR. DUGDALE:  Yes, your Honor.  It's Ninth Circuit jury instruction 1.10 entitled "No Transcript Available to Jury."  Of course, the jury can have testimony read back. They could be advised of that fact, but they probably should try and more specifically nail down what they want read back, or we'll be sitting here for two days reading back testimony.

But I'll leave that to the Court's discretion on how to act on that.

THE COURT:  Mr. Buehler, do you wish to comment on that?

MR. BUEHLER:  No.  I agree with Government's counsel.  I think the jury should be advised that they can't have a transcript.  If they would like to have read back testimony, that's obviously available to them.

THE COURT:  Okay.  Let's get the jury out, please.

(Whereupon, at 8:44 a.m., the jury entered the courtroom.)

THE COURT:  I have Note Number 5, which was sent yesterday at 1:45, dated April 23rd, from Juror Number 32. It reads, "Please clarify the content and intent of the Court's Instruction Number 41 on page 47.  It appears that it may be a typographical error, slash, line number 3, sentence number 1."

A proposed instruction has been prepared for the jury following that request.  However, this morning at 8:30 there was a Jury Note Number 6 which reads, "Please disregard the request for interpretation and advice regarding Note Number 5."

I just want to make sure that everyone is satisfied that whatever question you had regarding Instruction Number 41 -- that you resolved that issue.

Is everyone in agreement that that issue has been resolved?  Yes?

JURY PANEL:  Yes.

THE COURT:  If anyone disagrees, raise their hand.

No hands.

I have a Jury Note Number 7, which reads, "Please request copy of the defendant's testimony on 16th and 17th of April."

When we started the case, when -- after we had selected the jury and the alternates, I read an instruction to the jury -- it's called a pre-instruction -- which reads as follows:  "At the end of the trial you will have to make your decision based on what you recall of the evidence.  You will not have a written transcript of the trial.  I urge you to pay close attention to the testimony as it is given."

You will not have a written transcript.

There is read back that could be provided, but you've requested two days of testimony.  So I would ask the jury to see if you could narrow the portions that you're interested in.  If you want it all read back, it can be done, but it will take approximately two days to accomplish.

So with that, let me have the jury go back into the jury room and see if you can focus a request.

(Whereupon at 8:48 a.m. the jury exited the courtroom. )

THE COURT:  Anything further?

MR. DUGDALE:  No, your Honor.

MR. BUEHLER:  No, your Honor, we'll stay close by.

(Whereupon, from 8:46 A.M. to 1:42 P.M., a break was taken.)

(Out of the presence of the jury.)

THE CLERK:  Please come to order.  This Court is again in session.

THE COURT:  We're back on the record on United States versus Krylov.

Counsel are present.  The defendant is present with the interpreters.  We have Jury Question No. 8.  Has a copy been provided to counsel?

MR. DUGDALE:  Yes, your Honor.

MR. BUEHLER:  Yes, your Honor.

THE COURT:  It reads as follows, "In the Court's Instruction 57, a guilty or not guilty verdict must be unanimous.  Question, do the yes-or-no questions on the counts also need to be answered unanimously by the jury?"

Signed by -- I'm sorry.  Authored by Juror Number 32, 4-24-07, 1:15 P M.

Who wishes to respond?

MR. DUGDALE:  The answer is yes.  I think that's --

THE COURT:  I think we all agree.

MR. BUEHLER:  Agreed, your Honor.  We agree.

UNITED STATES DISTRICT COURT

THE COURT:  In reference to the deliberations by the jury, I'm inclined to allow the jury to have a free lunch tomorrow on their own and also on Wednesday.  So that they can have time to separate during the noon hour.

And also, I'd like to hear from counsel as to whether the jury should be asked to continue their deliberations, not today, but commencing tomorrow so they can have some notice beyond 4:00 o'clock.  Anybody wish to comment?

MR. BUEHLER:  I'm sorry.  So they can have some --

THE COURT:  Deliberations beyond 4:00 o'clock.  Now they're released at 4:00 o'clock.

MR. BUEHLER:  Yes.

THE COURT:  They expect to be released today at 4:00 o'clock.  So I think it would probably not be a good idea to have them continue their deliberations today beyond 4:00 but to allow them to make arrangements so that they can continue deliberating beyond 4:00 o'clock tomorrow.

MR. BUEHLER:  Oh, yes.  Certainly it should be up to them.

THE COURT:  Any -- Government wish to be heard?

MR. DUGDALE:  No, your Honor, thank you.

THE COURT:  Let me bring the jury back.

I'm surprised that they would ask this question.  I think it was obvious but --

10

MS. DeWITT:  Nothing surprises me anymore.  In juries generally.

(Whereupon at 1:48 P.M. the jury entered the courtroom.)

THE COURT:  Okay.  We have the jury reassembled with the alternates.  Everyone remains present.  We have one juror -- we have all jurors here.  I'm sorry.

We have Question No. 8:  "In the Court's Instruction number 57, guilty or not guilty verdict must be unanimous.  Do the yes-or-no questions in the counts also need to be answered unanimously by the jury?"

The answer is yes.

Tomorrow, the jury will have -- the jury will not be taken to lunch.  You'll be free tomorrow to spend the time however which way you would like to spend it other than in deliberation.  On Wednesday the same.  Tomorrow expect to deliberate beyond 4:00 o'clock.  Tomorrow beyond 4:00 o'clock you'll be released today at 4:00.  Tomorrow expect to remain beyond 4:00 o'clock.

Any questions?

JUROR NUMBER 32:  I have -- I have I question.

THE COURT:  Yes.

JUROR NUMBER 32:  Juror Number 32, may I please have a copy of all the questions so I can keep track of them numerically?

THE COURT:  We can provide that, yes.

And then how long after?

JUROR NUMBER 32:  Yes.

THE COURT:  I would -- well, I think it's probably in part, up to the jury in terms of whether you're making any headway.  But I would suggest at least until 5:00 o'clock.

JUROR NUMBER 32:  Thank you.

THE COURT:  Anything further?

JUROR NUMBER 106:  Does that include the alternates?  Do we have to be here after 5:00?

THE COURT:  We'll discuss that separately.  Okay.  Thank you very much.

JUROR NUMBER 106:  Would you mind if I went home at --

THE COURT:  We'll discuss that separately.

JUROR NUMBER 106:  Okay.

THE COURT:  You could -- the alternates could remain.  Please the alternates remain.

(Whereupon, at 1:49 P.M., the jury exited the courtroom.)

THE COURT:  The jury's been excused.  The alternates remain.

Yes, may I have the number of the first juror.

JUROR NUMBER 92:  92.

THE COURT:  I'm sorry?

JUROR NUMBER 92:  92.

THE COURT:  92 and your request is?

JUROR NUMBER 92:  I wanted to go home at 3:45 today to pick up a rental car.

THE COURT:  To take --

JUROR NUMBER 92:  Pick up a rental car.

THE COURT:  A rental car.  Is there any --

MR. DUGDALE:  No, your Honor.

THE COURT:  -- any objection?

MR. BUEHLER:  No, your Honor.

THE COURT:  Okay.  And then we have the other alternate number.

JUROR NUMBER 106:  106.

And I just wanted to know did we have to stay until 5:00 tomorrow as well?

THE COURT:  I would be prepared to do that, yes.

JUROR NUMBER 106:  Okay.

THE COURT:  Okay.  Thank you.

And the alternates are excused.

I guess all of the alternates -- this is a good question -- all the alternates could leave at 3:45 today.

ALTERNATE JURORS:  Thank you.

(Whereupon, at 1:49 P.M., the alternate jurors exited the courtroom.)

THE COURT:  Anything further?

MR. DUGDALE:  Nothing from the Government, your Honor.

THE COURT:  Thank you.

MR. BUEHLER:  No, your Honor.

THE CLERK:  Court's in recess.

(Whereupon, at 1:50 P.M., the proceeding concluded.)

UNITED STATES DISTRICT COURT