**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES - GENERAL**

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

**CASE NO.:**  CR 02-00220 SJO          **DATE:** June 10, 2009

**TITLE:**   USA v. Iouri Mikhel (1) and Jurijus Kadamovas (2)

=====================================================================
**PRESENT:  THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                         Not Present
Courtroom Clerk                          Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**    **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                              Not Present

=====================================================================
**PROCEEDINGS:**

The parties are advised that **MOTION FOR AN ORDER AMENDING FORFEITURE ORDER TO INCLUDE SUBSTITUTE ASSETS AND TRACEABLE ASSETS, PURSUANT TO FED. R. CRIM. P. 32.2(e) [2141] filed 4/22/09**, scheduled for hearing on June 15, 2009, is taken under submission.  Accordingly, the hearing date is vacated.  Order will issue.

MINUTES FORM 11                                                    ___ : ___
CIVIL GEN                          Page 1 of  1          Initials of Preparer _____