UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE S. JAMES OTERO, JUDGE PRESIDING

UNITED STATES OF AMERICA,             )
                                      )
                                      )
                                      )
                  Plaintiff,     )
                                      )
                                      )
                                      )
        Vs.                      )   No. CR 02-220 (B) SJO
                                      )
                                      )
                                      )
PETRO KRYLOV,                         )
                                      )
                                      )
                                      )
                  Defendant.     )
                                      )
_____    )

REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS

LOS ANGELES, CALIFORNIA

THURSDAY, MAY 3, 2007

LEANDRA AMBER, CSR 12070, RPR
OFFICIAL U.S. DISTRICT COURT REPORTER
312 NORTH SPRING STREET, # 442
LOS ANGELES, CALIFORNIA 90012
(213) 613-0179

UNITED STATES DISTRICT COURT

**A P P E A R A N C E S**

**IN BEHALF OF THE PLAINTIFF,**
**UNITED STATES OF AMERICA:**          U.S. DEPARTMENT OF JUSTICE
                                       U.S. ATTORNEY'S OFFICE
                                       BY:   SUSAN J. DeWITT, AUSA
                                             ROBERT DUGDALE, AUSA
                                             KIM MEYER, AUSA
                                       312 NORTH SPRING STREET
                                       12TH FLOOR
                                       LOS ANGELES, CALIFORNIA 90012
                                       (213) 894-4496
                                       susan.dewitt@usdoj.gov
                                       robert.dugdale@usdoj.gov
                                       kim.meyer@usdoj.gov


**IN BEHALF OF THE DEFENDANT,**        LAW OFFICES OF GEORGE W.
**PETRO KRYLOV:**                      BUEHLER
                                       BY:   GEORGE W. BUEHLER, ESQ.
                                       350 SOUTH GRAND AVENUE
                                       SUITE 3900
                                       LOS ANGELES, CALIFORNIA 90071
                                       (213) 625-1600
                                       buehler@geragos.com


                                       LAW OFFICES OF DAVID R. EVANS
                                       BY:   DAVID R. EVANS, ESQ.
                                       600 SOUTH LAKE AVENUE
                                       SUITE 506
                                       PASADENA, CALIFORNIA 91106
                                       (626) 432-5100
                                       dre@drelaw.org


**ALSO APPEARING:**
          ALEX LEVOFF, COURT-CERTIFIED RUSSIAN INTERPRETER
          VARVARA OLSON, COURT-CERTIFIED RUSSIAN INTERPRETER
          JAMES S. DAVIDSON, FBI SPECIAL AGENT
          LOUIS PEREZ, FBI SPECIAL AGENT
          SCARLET NERAD, MITIGATION SPECIALIST

**I N D E X**

|  | **PAGE** |
|---|---|
| **HEARING:**  WAIVER OF APPEARANCE | 4 |

UNITED STATES DISTRICT COURT

LOS ANGELES, CALIFORNIA; THURSDAY, MAY 3, 2007; 1:30 P.M.

-o0o-

THE CLERK:  Please come to order.  This Court is now in session.  Counsel for the record would you please state your appearances.

MR. DUGDALE:  Yes, your Honor.

Robert Dugdale and Susan DeWitt, on behalf of the United States of America.

MR. EVANS:  Good afternoon, your Honor.

David Evans, appearing on behalf of Petro Krylov.

THE COURT:  Good afternoon.  The record should reflect that Mr. Krylov is present with the interpreters also.

Just a couple of matters.  We had set a hearing for tomorrow, regarding certain issues that may present itself -- certain issues that may be presented in the penalty phase of the trial.

I had to vacate the hearing date because I'm going to be unavailable tomorrow, due to circumstances beyond my control.

In reference to the matter today, we brought Mr. Krylov to Court to get a waiver of his appearance regarding a witness who is going to be deposed this evening in this Court.

And, Mr. Dugdale, would you just identify the

UNITED STATES DISTRICT COURT

person who is going to be deposed?

MR. DUGDALE:  Yes, your Honor.  This is the deposition that we tried to do before that was interrupted by the May Day holiday.  Her name is Tamara Alimunadova.  That's A-l-i-m-u-n-a-d-o-v-a, and this witness is George Safiev's sister --

THE COURT:  And who will be representing Mr. Krylov at the video deposition?

MR. EVANS:  I believe it will be Mr. Buehler, your Honor.

THE COURT:  And I understand it's going to take place this evening at approximately 10:30, in this Court.

MR. DUGDALE:  Correct.  There is an 11-hour time difference between here and Moscow.  We could only get people who worked for the Russian Government during the daytime hours.  So the direct should be between 20 and 30 minutes, at the most.

THE COURT:  Okay.  And you've identified the witness as a victim-impact witness; is that correct?

MR. DUGDALE:  Correct.  And that's exclusively what she will be testifying to.

THE COURT:  And the Court has not made a final determination of whether she is a victim-impact witness.

Mr. Krylov, we could make arrangements for you to -- to attend and be present with your Counsel during the

UNITED STATES DISTRICT COURT

videotape deposition.  You can give up the right to be present and allow your Counsel to proceed on your behalf.

The videotape may be played to the jury at the penalty stage.  At that time your Counsel will have the opportunity to object to the entire video being played or certain portions of it.

Do you give up your right, sir, Mr. Krylov, to be present when the video -- when the testimony is actually presented via videotape?

THE DEFENDANT:  Yes.

THE COURT:  Okay.

Have you discussed that right with your Counsel?

THE DEFENDANT:  Yes.

THE COURT:  Do you understand that right?

THE DEFENDANT:  Yes.

THE COURT:  And you give it up?

And, Mr. Evans, you join?

MR. EVANS:  I do, your Honor.

THE COURT:  Are there any other issues to be discussed?

MR. DUGDALE:  No, your Honor.

THE COURT:  There are several matters that the Court has to review in terms of orders that have been filed with the Court or lodged with the Court.

MR. DUGDALE:  Your Honor, I guess the only issue

and maybe the Court doesn't know this now, is we're going to have a status conference on Monday when we came back.

Do you know what time that's going to be at?

THE COURT:  When I come back, it's going -- it's going to be a very difficult calendar.  We have a lot of matters to handle, and I'm not coming -- I'm not returning until Sunday --

MR. DUGDALE:  It's fine.

THE COURT:  -- Sunday evening.

MR. DUGDALE:  We'll make ourselves available at 8:30 in the morning on -- or whenever the Court wants.

THE COURT:  The point being, that once we resume the penalty phase, we're going to continue with the penalty phase until it's concluded.  We have to -- we have to get the case concluded.  The jury has waited, I think, a significant amount of time for the penalty phase.

Has Mr. Krylov changed his views or position regarding presenting a defense at that stage?

MR. EVANS:  We're still in discussion, your Honor.

THE COURT:  Okay.  If there's anything that the Court can do to assist Counsel for the defendant in encouraging Mr. Krylov to offer defense, feel free to again raise the issue.

MR. EVANS:  Thank you.

THE COURT:  Let me know.

MR. EVANS:  I appreciate the Court's offer of its assistance.

THE COURT:  Thank you.

MR. DUGDALE:  Thank you, your Honor.  Have a good trip.

(Whereupon, at 1:37 P.M., the proceeding concluded.)