COLEMAN & BALOGH LLP
BENJAMIN L. COLEMAN
California State Bar No. 187609
1350 Columbia Street, Suite 600
San Diego, California  92101
Telephone No. (619) 794-0420
Facsimile No. (619) 652-9964
blc@colemanbalogh.com

O'CONNOR & KIRBY, P.C.
BARBARA E. O'CONNOR
California State Bar No. 142800
174 Battery Street, 3rd Floor
Burlington, Vermont 05401
Telephone No. (802) 863-0112
Facsimile No. (802) 865-5980
barbara@kirbyoconnor.com

Attorneys for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JURIJUS KADAMOVAS,<br><br>Defendant. | No. CR 02-220<br><br>**STATEMENT OF PROCEEDINGS WHEN TRANSCRIPT IS UNAVAILABLE PURSUANT TO FED. R. APP. P. 10(c)** |

Defendant, Jurijus Kadamovas, respectfully submits the following statement of proceedings for approval pursuant to Fed. R. App. P. 10(c).  The government does not object to this statement.

1. Mr. Kadamovas has been informed that the recording of proceedings on February 25, 2002 cannot be located.

2.  The docket sheet for Case No. 02CR00220-SJO, *United States v. Mikhel, et al.* reflects at entry 28 that, on February 25, 2002, co-defendant Ainar Altmanis was arraigned before the Honorable Carolyn Turchin, United States Magistrate Judge, on a complaint.

3.  Altmanis stated his true name as charged.

4.  The Court scheduled a preliminary hearing for March 11, 2002 and also scheduled post-indictment arraignment proceedings for March 18, 2002.

5.  Altmanis was appointed counsel.

6.  A Russian language interpreter was required to assist Altmanis.

                                        Respectfully submitted,


Dated:   July 31, 2009                  *s/Benjamin L. Coleman, Barbara E. O'Connor*
                                        BENJAMIN L. COLEMAN
                                        BARBARA E. O'CONNOR

                                        Attorneys for Mr. Kadamovas


## **APPROVAL**

The foregoing statement is approved pursuant to Fed. R. App. P. 10(c).  It is so ordered.


Dated:_____

                                        _____
                                        UNITED STATES DISTRICT JUDGE