# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | LA 02 CR 220 SJO | Date | October 16, 2009 |
|---|---|---|---|

Present: The Honorable    S. James Otero, United States District Judge

Interpreter    N/A

| Chris Silva for Victor Cruz | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present Cust. Bond | Attorneys for Defendants: | Present App. Ret. |
|---|---|---|---|

N/A

**Proceedings:**    **(IN CHAMBERS) ORDER SEALING JUROR QUESTIONNAIRES**

The parties are advised that on the court's own motion, the juror questionnaires, issued by this court on February 27, 2007, and completed by prospective jurors on or around that time, shall be placed under seal and not for public viewing. The questionnaires shall be maintained in the custody of the Clerk's Office until further order from the court.

**IT IS SO ORDERED**.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CSI | |

cc: