**FILED**

UNITED STATES COURT OF APPEALS

DEC 29 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff-Appellee,<br><br>v.<br><br>JURIJUS KADAMOVAS,<br><br>          Defendant-Appellant. | No. 07-99009<br><br>D.C. No. 2:02-cr-00220-DT<br>Central District of California<br><br>ORDER |

Before:  Peter L. Shaw, Appellate Commissioner



RECEIVED
CLERK, U.S. DISTRICT COURT

DEC 30 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Appellee shall file, by January 19, 2010,  a response to Appellant's Motion

For Computer Resources To Allow Reasonable Translation Services.  Appellant

may file a reply by January 29, 2010.