**FILED**

UNITED STATES COURT OF APPEALS

FEB 24 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff-Appellee,<br><br>  v.<br><br>JURIJUS KADAMOVAS,<br><br>               Defendant-Appellant. | No. 07-99009<br><br>D.C. No. 2:02-cr-00220-DT<br>Central District of California<br>Los Angeles<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

RECEIVED
CLERK, U.S. DISTRICT COURT

FEB 2 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Appellant's Motion For Computer Resources To Allow Reasonable Translation Services is granted in part and denied in part as follows:

1. Appellant's motion for an order directing the prison to provide Appellant with a laptop computer in his cell is denied.

2. Appellant's motion for an order directing the prison to ensure that the out-of-cell computer -- which the prison has agreed to provide for the exclusive use of Appellant, apart from security inspections by prison staff -- also has word processing function is denied.

3. The prison shall provide Appellant with access to the out-of-cell computer 20 hours per week, with the understanding that if Appellant declines computer access on any day then his scheduled time for that day has been forfeited and is deducted from the weekly 20-hour total.

4. By March 24, 2010, the parties shall confer and file a status report with this Court regarding the status of: (a) the adoption of a regular 20-hour per week schedule for Appellant to have access to an out-of-cell computer, without any requirement that Appellant make a written request for computer access; (b) provision of adequate work space with a chair, a writing surface, sufficient paper, and a writing utensil for the Appellant at his out-of-cell computer location; and (c) repairing or replacing the handheld scanning translation device that Appellant previously used at FCC Terre Haute.