**FILED**

UNITED STATES COURT OF APPEALS

MAR 09 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JURIJUS KADAMOVAS,<br><br>Defendant - Appellant. | No. 07-99009<br><br>D.C. No. CR-02-00220-DT-2<br>Central District of California,<br>Los Angeles<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT

MAR - 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before:  Peter L. Shaw, Appellate Commissioner.

Attorney Barbara O'Connor's motion for payment of airfare expenses is granted.

cb /Pro Mo