**FILED**

UNITED STATES COURT OF APPEALS

MAR 29 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JURIJUS KADAMOVAS,

Defendant - Appellant.

No. 07-99009

D.C. No. CR-02-00220-DT-2
Central District of California,
Los Angeles

ORDER

RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 29 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before:  Peter L. Shaw, Appellate Commissioner.

Appellant's ex parte motion for payment of storage expenses is granted.

Appellant may bill the court for $373 to initiate storage and $157 on a monthly

basis.  The monthly storage fee is authorized during the pendency of proceedings

before this Court and during the pendency of any petition for a writ of certiorari.  A

Criminal Justice Act Form 21 shall be provided to counsel along with this order;

that form may be used to claim reimbursement for costs of the storage initiation

and the initial month's fee.  Counsel may thereafter bill no more frequently than

every 120 days.

cb /Pro Mo