**FILED**

UNITED STATES COURT OF APPEALS

MAR 29 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JURIJUS KADAMOVAS,<br><br>Defendant - Appellant. | No. 07-99009<br><br>D.C. No. CR-02-00220-DT-2<br>Central District of California,<br>Los Angeles<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 2 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before:   Peter L. Shaw, Appellate Commissioner

The motion of Barbara O'Connor, Esq., and Benjamin Coleman, appointed counsel for appellant under the Criminal Justice Act, for advance authorization for both attorneys and paralegal Olga Matrosova to travel to Terre Haute, Indiana during the April 13-16 period to meet and confer with appellant is granted. Round trip airfare, two nights' lodging, meals, car rental, and necessary incidental expenses are authorized.

Counsel is instructed to make travel arrangements through the court's travel coordinator, Keith Bell, who can be reached at (415) 355-7993.

opps/07-99009