**FILED**

UNITED STATES COURT OF APPEALS

MAR 31 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff-Appellee,<br><br>    v.<br><br>JURIJUS KADAMOVAS,<br><br>            Defendant-Appellant. | No. 07-99009<br><br>D.C. No. 2:02-cr-00220-DT<br>Central District of California<br>Los Angeles<br><br>ORDER |

Before:  Peter L. Shaw, Appellate Commissioner

> RECEIVED
> CLERK, U.S. DISTRICT COURT
>
> MAR 3 1 2010
>
> CENTRAL DISTRICT OF CALIFORNIA
> BY                              DEPUTY

The Court on March 29, 2010 received Appellant's pro se Motion To

Withdraw Counsel(s) And Seeking Leave Of The Court To Proceed Pro Se, dated

March 16, 2010.

Because Appellant is represented by counsel, he may communicate with the

Court only through his counsel.  After conferring with Appellant, Appellant's

counsel shall file a response in this Court by April 27, 2010 addressing Appellant's

pro se motion.