**FILED**

UNITED STATES COURT OF APPEALS

APR 02 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>JURIJUS KADAMOVAS,<br><br>        Defendant - Appellant. | No. 07-99009<br><br>D.C. No. CR-02-00220-DT-2<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

APR 2 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Before:  Peter L. Shaw, Appellate Commissioner.

Appellant's motion for additional advance authorization for paralegal services is granted.  The Court approves an additional $7,500 authorization for Olga Matrosova's paralegal services.  The $45.00 rate per hour remains in place.

opps/cb

cb /Pro Mo