**FILED**

UNITED STATES COURT OF APPEALS

APR 29 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff-Appellee,<br><br>   v.<br><br>JURIJUS KADAMOVAS,<br><br>           Defendant-Appellant. | No. 07-99009<br><br>D.C. No. 2:02-cr-00220-DT<br>Central District of California<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

APR 29 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before:  Peter L. Shaw, Appellate Commissioner

Appellant's counsel's motion to extend the time to May 27, 2010 to respond to this Court's March 31, 2010 order is granted.