**FILED**

UNITED STATES COURT OF APPEALS

MAY 11 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JURIJUS KADAMOVAS,<br><br>Defendant - Appellant. | No. 07-99009<br><br>D.C. No. CR-02-00220-DT-2<br>Central District of California,<br>Los Angeles<br><br>ORDER |



Before: Peter L. Shaw, Appellate Commissioner

The motion of Barbara O'Connor, appointed counsel for appellant under the Criminal Justice Act, for advance authorization for herself and paralegal Christina Larsen Gits to travel to Terre Haute, Indiana to meet and confer with appellant is granted. Round trip airfare, two nights' lodging, meals, car rental and necessary incidental expenses are authorized.

Counsel is instructed to make travel arrangements through the court's travel coordinator, Keith Bell, who can be reached at (415) 355-7993.

opps/07-99009