**FILED**

UNITED STATES COURT OF APPEALS

JUN 21 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff-Appellee,<br><br>    v.<br><br>JURIJUS KADAMOVAS,<br><br>                    Defendant-Appellant. | No. 07-99009<br><br>D.C. No. 2:02-cr-00220-DT<br>Central District of California<br>Los Angeles<br><br>ORDER |

Before:  Peter L. Shaw, Appellate Commissioner

RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 2 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

On June 4, 2010 the Court received Appellant's pro se motion, dated May 25, 2010, which raises additional issues concerning Appellant's laptop computer, the translation device, and alleged interference with and neglect of Appellant's legal materials by prison staff members.

Because Appellant is represented by counsel, Appellant may not communicate with the Court directly, but only through his counsel of record.

Pursuant to this Court's June 3, 2010 order, Appellant's counsel has a status report due July 1, 2010 in this Court.  On its own motion, the Court extends the due date of the status report to July 22, 2010 so that Appellant's counsel may also address in the status report the concerns raised in Appellant's June 4, 2010 pro se motion.