**FILED**

UNITED STATES COURT OF APPEALS

JUL 21 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff-Appellee,<br><br>  v.<br><br>JURIJUS KADAMOVAS,<br><br>                    Defendant-Appellant. | No. 07-99009<br><br>D.C. No. 2:02-cr-00220-DT<br>Central District of California<br>Los Angeles<br><br>ORDER |



Before:  Peter L. Shaw, Appellate Commissioner

On June 28, 2010 the Court received Appellant's pro se motion for reconsideration for withdrawal of counsel and to proceed pro se, dated June 15, 2010.

Pursuant to this Court's June 21, 2010 order, Appellant's counsel has a status report due in this Court on July 22, 2010.  On its own motion, the Court extends the due date of the status report, which shall also address the June 28, 2010 pro se submission.  The status report is due August 13, 2010.

Appellant's counsel shall serve Appellant with a copy of counsel's May 27, 2010 response if counsel has not already done so.