IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
      v.                             )      CR 02-220 SJO
                                     )
Iouri Mikhel, et al.,                )
                                     )
            Defendants.              )

### DECLARATION OF PUBLICATION

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 22, 2010 and ending on July 21, 2010.  Attachment 1, consists of a copy of the actual notice as seen on the www.forfeiture.gov website.  Attachment 2, is a copy of the Advertisement Certification Report, which documents that the notice was posted on the www.forfeiture.gov website for at least 18 hours a day for the required 30 consecutive days.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 23, 2010 at Los Angeles, CA.

Ricardo Reyes

Records Examiner

Attachment 1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
COURT CASE NUMBER: CR 02-220; NOTICE OF FORFEITURE

Notice is hereby given that on June 18, 2009, in the case of U.S. v. Iouri Mikhel, et al., Court Case Number CR 02-220, the United States District Court for the Central District of California entered an Order condemning and forfeiting the following property to the United States of America:

$179,813.43 in funds at Bank of America, formerly in the custody of Marina Karagodina and transferred to the custody of the FBI by government officials in the United Kingdom, plus interest earned on the entire amount transferred to the FBI;(08-FBI-005685) which was seized on November 01, 2007.

$2,228.84 in funds seized from account #XXXXX-X1517 held in the name of Iouri Mikhel and Natalia Alifanova at Bank of America, Los Angeles, California (08-FBI-005978) which was seized on September 24, 2009.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (June 22, 2010) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 255 E. Temple St., Room 178, Los Angeles, CA 90012, and a copy served upon Assistant United States Attorney Monica Tait, 312 N. Spring St., 14th Floor, Los Angeles, CA 90012. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

Attachment 2

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between June 22, 2010 and July 21, 2010. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Iouri Mikhel, et al.

**Court Case No:**     CR 02-220
**For Asset ID(s):**    See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 06/22/2010 | 23.6 | Verified |
| 2 | 06/23/2010 | 23.6 | Verified |
| 3 | 06/24/2010 | 23.6 | Verified |
| 4 | 06/25/2010 | 23.6 | Verified |
| 5 | 06/26/2010 | 23.5 | Verified |
| 6 | 06/27/2010 | 23.6 | Verified |
| 7 | 06/28/2010 | 23.6 | Verified |
| 8 | 06/29/2010 | 24.0 | Verified |
| 9 | 06/30/2010 | 23.6 | Verified |
| 10 | 07/01/2010 | 23.6 | Verified |
| 11 | 07/02/2010 | 23.6 | Verified |
| 12 | 07/03/2010 | 23.6 | Verified |
| 13 | 07/04/2010 | 23.5 | Verified |
| 14 | 07/05/2010 | 23.6 | Verified |
| 15 | 07/06/2010 | 23.6 | Verified |
| 16 | 07/07/2010 | 23.6 | Verified |
| 17 | 07/08/2010 | 23.5 | Verified |
| 18 | 07/09/2010 | 23.6 | Verified |
| 19 | 07/10/2010 | 23.6 | Verified |
| 20 | 07/11/2010 | 23.6 | Verified |
| 21 | 07/12/2010 | 23.6 | Verified |
| 22 | 07/13/2010 | 23.6 | Verified |
| 23 | 07/14/2010 | 23.6 | Verified |
| 24 | 07/15/2010 | 23.6 | Verified |
| 25 | 07/16/2010 | 23.6 | Verified |
| 26 | 07/17/2010 | 23.6 | Verified |
| 27 | 07/18/2010 | 23.6 | Verified |
| 28 | 07/19/2010 | 23.6 | Verified |
| 29 | 07/20/2010 | 23.6 | Verified |
| 30 | 07/21/2010 | 23.5 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.