**FILED**

UNITED STATES COURT OF APPEALS

AUG 27 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> JURIJUS KADAMOVAS, <br><br> Defendant-Appellant. | No. 07-99009 <br><br> D.C. No. 2:02-cr-00220-DT <br> Central District of California <br> Los Angeles <br><br> ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT

AUG 2 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Before:  Peter L. Shaw, Appellate Commissioner

Appellant's August 13, 2010 motion to appoint Margaret Hills O'Donnell, Attorney at Law, P.O. Box 4815, Frankfurt, Kentucky 40604-4815, (ph) 502-320-1837, as third counsel for Appellant, subject to the parameters set forth at pages six and seven of the motion for appointment, is granted.  In light of the limited role of third counsel, and taking into account the Ninth Circuit Guidelines for Budgeting Capital Habeas Cases, counsel O'Donnell shall be compensated at $135 per hour for reasonable hours spent in the representation.