## DECLARATION OF MONICA E. TAIT

## CONCERNING COMPLIANCE WITH PUBLICATION

## AND NOTICE TO THIRD PARTIES

I, Monica E. Tait, am an Assistant United States Attorney for the Central District of California.  I have primary responsibility for representing the government in connection with the criminal forfeiture aspects of the case United States v. Iouri Mikhel and Jurijus Kadamovas, CR 02-220.  After reviewing plaintiff's file and records in this case, I am informed, believe, and declare that:

1.  On June 18, 2009, the court entered an Amended Preliminary Order of Forfeiture, and instructed the government to commence the process of notifying third parties of the forfeiture of the following specific property listed in Section I of the Amended Preliminary Order:

a.   $179,813.43 formerly in the custody of Marina Karagodina and transferred to the custody of the FBI by government officials in the United Kingdom, plus interest earned on the entire amount transferred to the FBI ("UK funds");

b.   all funds in account no. 1-469-0010392-0001 at Aizkraukles Banka, Latvia in the name of Glenstream Ventures, or all funds held by the government of Latvia traceable to this account ("Latvia funds"); and

c.   all funds in account no. 03868-01517 at Bank of America in the name of Iouri Mikhel and Natalia Alifanova ("BOFA funds").

A true and correct copy of the Amended Preliminary Order of Forfeiture in this matter is attached hereto as Exhibit 1.

2.   Notice of the forfeiture of the UK funds and the BOFA funds was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 22, 2010 and ending on July 21, 2010.  The notice described in this paragraph satisfies the requirements of Title 21, United States Code, section 853(n)(1).  A true and correct copy of the proof of publication is attached as Exhibit 2.  I have learned from one of the staff members responsible for Internet publication at the United States Attorney's Office that the government's Internet publication system prevented it from publishing notice of the Latvia funds, because the funds have not yet been seized.

3.   The government sent direct notice of the Amended Preliminary Order of Forfeiture to the following persons (all residential addresses have been redacted from the exhibits to this public filing):

a.   Notice was sent to Ruven Umansky on or about February 25, 2010, by certified mail, return receipt requested, at his last known address (in the Los Angeles area). Attached hereto as Exhibit 3 is a true and correct copy of the Notice letter, and the completed return receipt confirmation card.

b.   Notice was sent on or about February 25, 2010 by registered mail, return receipt requested, to Svetlana Safiev at her last known address in the United Kingdom. Attached hereto as Exhibit 4 is a true and correct copy of the Notice letter and proof of mailing. Although the United States did not receive back the return receipt card from the post office, based on the files of this

10

case, the envelope in which the notice letter was mailed was not returned undelivered.

c.  Notice was sent on or about March 24, 2010 by registered mail, return receipt requested, to Marina Karagodina at her last known address in the United Kingdom.  Attached hereto as Exhibit 5 is a true and correct copy of the letter and proof of mailing. Although the United States did not receive back the return receipt card from the post office, based on the files of this case, the envelope in which the notice letter was mailed was not returned undelivered.

d.  Notice was sent on or about March 24, 2010, to Natalia Natalia Alifanova to her last known addresses in St. Petersburg, Russia and Beverly Hills, California.  A true and correct copy of the letter is attached as Exhibit 6.  The envelope addressed to Russia was returned undelivered and marked "Inconnu."  The letter sent to Beverly Hills was also returned, and the envelope was marked "attempted, not known."  Copies of both returned envelopes are included in Exhibit 6. Before mailing these notices, I asked the lead case agent for this matter, Federal Bureau of Investigation Special Agent Louis Perez, whether he knows of any other address for Ms. Alafinova, and he indicated he was not aware of any other potential addresses for her.

Each of the above letters notified the addressees of the ancillary proceeding and the government's intent to forfeit the specific property.  The letters also advised that if a person desired to contest the forfeiture, he or she had to file a

11

petition in the district court within 30 days after receipt of the letter or after completion of publication, whichever was earlier.

4.   As of the date and time I signed this declaration, no third party has served the United States with any petition to claim the subject funds described in the Notice of Forfeiture in the ancillary proceeding, nor filed any petition with the court.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of September, 2010, at Los Angeles, California.

/s/  *Monica E. Tait*
MONICA E. TAIT

12