

U. S. Department of Justice

MET:tm

*United States Attorney*
*Central District of California*

U.S. Courthouse, 14th Floor
312 North Spring Street
Los Angeles, California 90012

February 25, 2010

**BY REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Ruven Umansky



    Re:   Notice of Third Party Claimant Procedure for
              Property Forfeited in United States v. Iouri Mikhel and Juris Kadamovas
              Criminal No. CR 02-220-SJO

Dear Mr. Umansky:

    The United States District Court for the Central District of California has ordered that certain property belonging to the defendants in the above criminal case be forfeited to the United States. The enclosed Notice of Forfeiture and Order Amending Preliminary Order of Forfeiture to Include Substitute Assets describes the properties subject to forfeiture and the procedure for filing a claim to any of those properties in which you may have a legal right, title or interest.

    By receipt of this letter, you are given actual notice of the forfeiture of the properties referred to in the Notice of Forfeiture and of your right to assert a claim to them. Neither a defendant in the criminal case, nor his agent, is entitled to file a claim. This Notice is intended only to apprize you of your rights; service of this Notice in no way is intended to imply that the United States believes that you would have a valid claim to any of the forfeited property.

    The procedure for filing a claim is set forth more fully in Title 21, United States Code, Section 853(n). Under Section 853(n)(2) a person intending to file a claim must do so in the above criminal case within thirty (30) days of his receipt of the Notice of Forfeiture by mail or within 30 days of the last publication of the Order of Forfeiture in a newspaper of general circulation, whichever is earlier.

    Your petition must be filed under the above case name and number in the United States District Court for the Central District of California with a copy to the undersigned attorney for the Government. The appropriate addresses appear in the enclosed Notice of Forfeiture. Pursuant to 21 U.S.C. § 853(n)(3), the petition must be signed by the petitioner under penalty of perjury and must identify the particular property or properties in which the petitioner claims a

20



legal right, title or interest; the nature and extent of the right, title or interest claimed for each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought that you may wish to submit.

Pursuant to General Order 08-02 of the United States District court for the Central District of California, you are further notified that this action is subject to the Electronic Case Filing System ("ECF"). An ECF User Registration form is also enclosed with this letter.

Sincerely,

GEORGE S. CARDONA
Acting United States Attorney

MONICA E. TAIT
Assistant United States Attorney

Enclosures



**U.S. Postal Service** ™
**CERTIFIED MAIL™ RECE**
(Domestic Mail Only; No Insurance Cover

For delivery information visit our website at w

OFFICIAL

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endors | |
| Restri (Endors | Ruven Umansky |
| Total | |

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006

7006 2760 0000 8083 9356

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ruven Umansky

2. Article Number
(Transfer from service label)

7006 2760 0000 8083 9356

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Ruen Umansky    3/10/10

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2/25/10    Re: Mikhel et al.