

**U. S. Department of Justice**

MET:tm

***United States Attorney***
***Central District of California***

*U.S. Courthouse, 14th Floor*
*312 North Spring Street*
*Los Angeles, California 90012*

February 25, 2010

**BY REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Svetlana Safiev

� , England

      Re:     Notice of Third Party Claimant Procedure for
              Property Forfeited in <u>United States v. Iouri Mikhel and Juris Kadamovas</u>
              Criminal No. CR 02-220-SJO

Dear Ms. Safiev:

      The United States District Court for the Central District of California has ordered that certain property belonging to the defendants in the above criminal case be forfeited to the United States. The enclosed Notice of Forfeiture and Order Amending Preliminary Order of Forfeiture to Include Substitute Assets describes the properties subject to forfeiture and the procedure for filing a claim to any of those properties in which you may have a legal right, title or interest.

      By receipt of this letter, you are given actual notice of the forfeiture of the properties referred to in the Notice of Forfeiture and of your right to assert a claim to them. Neither a defendant in the criminal case, nor his agent, is entitled to file a claim. This Notice is intended only to apprize you of your rights; service of this Notice in no way is intended to imply that the United States believes that you would have a valid claim to any of the forfeited property.

      The procedure for filing a claim is set forth more fully in Title 21, United States Code, Section 853(n). Under Section 853(n)(2) a person intending to file a claim must do so in the above criminal case within thirty (30) days of his receipt of the Notice of Forfeiture by mail or within 30 days of the last publication of the Order of Forfeiture in a newspaper of general circulation, <u>whichever is earlier</u>.

      Your petition must be filed under the above case name and number in the United States District Court for the Central District of California with a copy to the undersigned attorney for the Government. The appropriate addresses appear in the enclosed Notice of Forfeiture. Pursuant to 21 U.S.C. § 853(n)(3), the petition must be signed by the petitioner under penalty of

23

EXHIBIT 4

perjury and must identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of the right, title or interest claimed for each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought that you may wish to submit.

Pursuant to General Order 08-02 of the United States District court for the Central District of California, you are further notified that this action is subject to the Electronic Case Filing System ("ECF"). An ECF User Registration form is also enclosed with this letter.

Sincerely,

GEORGE S. CARDONA
Acting United States Attorney

MONICA E. TAIT
Assistant United States Attorney

Enclosures

**U.S. Department of Justice**

United States Attorney
*Central District of California*

*300 North Los Angeles Street, Room 7516*
*Los Angeles, California 90012*

Official Business

RB 345 974 739 US

Svetlana Safiev

England

| Item Description (Nature de l'envoi ) | Registered ☐ Article (Envoi recommandé) | ☑ Letter (Lettre) | Printed ☐ Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery ☐ (Envoi à livraison attestée) | Express ☐ Mail International |
|---|---|---|---|---|---|---|
| Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number **RB 345 974 739 US** | | | | ☐ 1A |
| Office of Mailing (Bureau de dépôt) | | | Date of Posting (Date de dépôt) | | | |

Add: Svetlana Safiev

Str... England

tinataire)

Pla...

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form 2865, February 1997 (Reverse)

MET   2 Shoulder   Re: Mikhel, et al.