U. S. Department of Justice



MET:tk

**United States Attorney**
**Central District of California**

*U.S. Courthouse, 14th Floor*
*312 North Spring Street*
*Los Angeles, California 90012*

March 24, 2010

**BY REGISTERED MAIL** ✓
and via regular mail

Marina Karagodina

United Kingdom

Re:     Notice of Third Party Claimant Procedure for Property Forfeited in
        <u>United States v.Mikhel and Kadamovas, et al.</u>, CR 02-220 SJO

Dear Ms. Alifanova:

     The United States District Court for the Central District of California has ordered that certain property belonging to the defendants in the above criminal case be forfeited to the United States. The enclosed Notice of Forfeiture describes the property subject to forfeiture and the procedure for filing a claim to that property in which you may have a legal right, title or interest.

     By receipt of this letter, you are given actual notice of the forfeiture of the properties referred to in the Notice of Forfeiture and of your right to assert a claim to them. Neither a defendant in the criminal case, nor his agent, is entitled to file a claim. This Notice is intended only to apprize you of your rights; service of this Notice in no way is intended to imply that the United States believes that you would have a valid claim to any of the forfeited property.

     The procedure for filing a claim is set forth more fully in Title 21, United States Code, Section 853(n). Under Section 853(n)(2), if you intend to file a claim you must do so in the above criminal case within thirty (30) days of your receipt of this notice by mail.

     Your petition must be filed under the above case name and number in the United States District Court for the Central District of California with a copy to the undersigned attorney for the Government. The appropriate addresses appear in the enclosed Notice of Forfeiture. Pursuant to 21 U.S.C. § 853(n)(3), the petition must be signed by the petitioner under penalty of perjury and must identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of the right, title or interest claimed for each property; the time and circumstances of the petitioner's acquisition of the right, title and interest

EXHIBIT 5

26

in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought that you may wish to submit.

Pursuant to General Order 08-02 of the United States District court for the Central District of California, you are further notified that this action is subject to the Electronic Case Filing System ("ECF").  An ECF User Registration form is also enclosed with this letter.

Sincerely,

ANDRÉ BIROTTE JR.
United States Attorney

MONICA E. TAIT
Assistant United States Attorney

Enclosures

Item Description
(Nature de l'envoi)

Registered
☐ Article (Envoi recommandé)

☑ Letter
(Lettre)

Printed Matter
(Imprimé)

☐ Other
(Autre)

Recorded Delivery
☐ (Envoi à livraison attestée)

Express Mail International

Completed by the office of origin.
(A remplir par le bureau d'origine.)

☐ Insured Parcel
(Colis avec valeur déclarée)

Insured Value (Valeur déclarée)

Article Number
RB 345 974 742 US

Office of Mailing (Bureau de dépôt)

Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Marina Karagodina

Street and No. (Rue et No.)

Place and Country (Localité et pays)
United Kingdom

Completed at destination.
(A compléter à destination.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature
(Signature de l'agent du bureau du destination)

MET

PS Form 2865, February 1997 (Reverse) U.S. v. Mikhel, et al.





Marina Karagodina
United Kingdom

U.S. Department of Justice
United States Attorney
Central District of California
312 North Spring Street
Los Angeles, California 90012

Official Business

GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Section
ROBERT E. DUGDALE (California State Bar No. 167258)
Chief, Violent and Organized Crime Section
SUSAN J. DE WITT (California State Bar No. 132462)
KAREN I. MEYER (California State Bar No. 220554)
Assistant United States Attorneys
MONICA E. TAIT (California State Bar No. 157311)
Assistant United States Attorney
Asset Forfeiture Section
        1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:   (213) 894-4685/4496/8559/2931
        Facsimile:   (213) 894-3713/7177
        e-mail:    robert.dugdale@usdoj.gov
                   susan.dewitt@usdoj.gov
                   kim.meyer@usdoj.gov
                   monica.tait@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 02-220(B)-SJO |
| | ) | |
| Plaintiff, | ) | NOTICE OF PRELIMINARY ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| IOURI MIKHEL and JURIJUS KADAMOVAS | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
|———————————————| ) | |

Notice is hereby given that on June 18, 2009, in the above-captioned case, the Honorable S. James Otero, United States District Judge for the Central District of California, entered a

an Order Amending the Preliminary Order of Forfeiture condemning and forfeiting the following specified properties to the United States of America:

 a. $179,813.43 formerly in the custody of the custody of Marina Karagodina and transferred to the custody of the FBI by government officials in the United Kingdom, plus interest earned on the entire amount transferred to the FBI;

 b. all funds in account no. 1-469-0010392-0001 at Aizkraukles Banka, Latvia in the name of Glenstream Ventures, or all funds held by the government of Latvia traceable to this account; and

 c. all funds in account no. 03868-01517 at Bank of America in the name of Iouri Mikhel and Natalia Alifanova.

(Properties listed above, shall be referred to collectively herein as the "specific property.")

The Amended Preliminary Order of Forfeiture having been entered, the United States hereby gives notice of its intention to dispose of the specific property in such manner as the Attorney General of the United States may direct, consistent with the Court's Amended Preliminary Order of Forfeiture. Any persons or entities, other than the defendants, having or claiming a legal right, title, or interest in any of the aforementioned properties must, within thirty (30) days of the publication of this notice, petition the United States District Court for the Central District of California for a hearing without a jury to adjudicate the validity of his or her alleged interest in the specific property, and for an amendment of the order of

forfeiture, pursuant to 21 U.S.C. § 853(n). Petitioners will bear the burden of proof in all such cases.

The petition shall be signed by the petitioner under penalty of perjury and shall identify the particular property or properties in which the petitioner claims a legal right, title, or interest; the nature and extent of such right, title, or interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought.

A hearing on the petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of the petition. The Court may consolidate that hearing on the petition with a hearing on any other petition filed by a person other than any of the defendant named above.

The petitioner may testify and present evidence and witnesses on his behalf and cross-examine witnesses who appear at the hearing.

The petition must be filed with the United States District court for the Central District of California, Western Division, in case number CR 02-00220-SJO at the following address:

United States Courthouse
Central District of California, Western Division
312 North Spring Street
Los Angeles, California 90012

//
//
//
//
//

31

Furthermore, the petitioner must serve the United States Department of Justice with the petition at the following address:

United States Attorney's Office
312 N. Spring Street, 14th Floor
Los Angeles, CA 90012
Attn.: AUSA Monica E. Tait

FAILURE TO FILE A PETITION TO ASSERT A RIGHT, TITLE, OR INTEREST IN THE SPECIFIC PROPERTY WITHIN THIRTY (30) DAYS OF THIS NOTICE WILL RESULT IN THE LOSS OF ANY RIGHT, TITLE, OR INTEREST IN  THE SPECIFIC PROPERTY, AND THE SPECIFIC PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES.  THE UNITED STATES SHALL THEN HAVE CLEAR TITLE TO THE SPECIFIC PROPERTY HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

DATED: February 25, 2010.

GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent and Organized Crime
Section
SUSAN J. DE WITT
KAREN I. MEYER
Assistant United States Attorney

_____
MONICA E. TAIT
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

32