

U. S. Departme̲   ᴼf Justice

MET:tk

*United States Attorney*
*Central District of California*

*U.S. Courthouse, 14ᵗʰ Floor*
*312 North Spring Street*
*Los Angeles, California 90012*

March 24, 2010

**BY CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
and via regular mail

Natalia Alifanova

Re:   Notice of Third Party Claimant Procedure for Property Forfeited in
      <u>United States v.Mikhel and Kadamovas, et al.</u>, CR 02-220 SJO

Dear Ms. Alifanova:

       The United States District Court for the Central District of California has ordered that certain property belonging to the defendants in the above criminal case be forfeited to the United States.  The enclosed Notice of Forfeiture describes the property subject to forfeiture and the procedure for filing a claim to that property in which you may have a legal right, title or interest.

       By receipt of this letter, you are given actual notice of the forfeiture of the properties referred to in the Notice of Forfeiture and of your right to assert a claim to them.  Neither a defendant in the criminal case, nor his agent, is entitled to file a claim.  This Notice is intended only to apprize you of your rights; service of this Notice in no way is intended to imply that the United States believes that you would have a valid claim to any of the forfeited property.

       The procedure for filing a claim is set forth more fully in Title 21, United States Code, Section 853(n).  Under Section 853(n)(2), if you intend to file a claim you must do so in the above criminal case within thirty (30) days of your receipt of this notice by mail.

       Your petition must be filed under the above case name and number in the United States District Court for the Central District of California with a copy to the undersigned attorney for the Government.  The appropriate addresses appear in the enclosed Notice of Forfeiture. Pursuant to 21 U.S.C. § 853(n)(3), the petition must be signed by the petitioner under penalty of perjury and must identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of the right, title or interest claimed for each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the

42

EXHIBIT 7

relief sought that you may wish to submit.

Pursuant to General Order 08-02 of the United States District court for the Central District of California, you are further notified that this action is subject to the Electronic Case Filing System ("ECF"). An ECF User Registration form is also enclosed with this letter.

Sincerely,

ANDRÉ BIROTTE JR.
United States Attorney

MONICA E. TAIT
Assistant United States Attorney

Enclosures



43

GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Section
ROBERT E. DUGDALE (California State Bar No. 167258)
Chief, Violent and Organized Crime Section
SUSAN J. DE WITT (California State Bar No. 132462)
KAREN I. MEYER (California State Bar No. 220554)
Assistant United States Attorneys
MONICA E. TAIT (California State Bar No. 157311)
Assistant United States Attorney
Asset Forfeiture Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-4685/4496/8559/2931
     Facsimile:  (213) 894-3713/7177
     e-mail:   robert.dugdale@usdoj.gov
               susan.dewitt@usdoj.gov
               kim.meyer@usdoj.gov
               monica.tait@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | CR 02-220(B)-SJO |
|---|---|---|
| Plaintiff, | ) | NOTICE OF PRELIMINARY ORDER OF FORFEITURE |
| v. | ) | |
| IOURI MIKHEL and JURIJUS KADAMOVAS | ) | |
| Defendants. | ) | |

Notice is hereby given that on June 18, 2009, in the above-captioned case, the Honorable S. James Otero, United States District Judge for the Central District of California, entered a

44

an Order Amending the Preliminary Order of Forfeiture condemning and forfeiting the following specified properties to the United States of America:

    a.   $179,813.43 formerly in the custody of the custody of Marina Karagodina and transferred to the custody of the FBI by government officials in the United Kingdom, plus interest earned on the entire amount transferred to the FBI;

    b.   all funds in account no. 1-469-0010392-0001 at Aizkraukles Banka, Latvia in the name of Glenstream Ventures, or all funds held by the government of Latvia traceable to this account; and

    c.   all funds in account no. 03868-01517 at Bank of America in the name of Iouri Mikhel and Natalia Alifanova.

(Properties listed above, shall be referred to collectively herein as the "specific property.")

The Amended Preliminary Order of Forfeiture having been entered, the United States hereby gives notice of its intention to dispose of the specific property in such manner as the Attorney General of the United States may direct, consistent with the Court's Amended Preliminary Order of Forfeiture.  Any persons or entities, other than the defendants, having or claiming a legal right, title, or interest in any of the aforementioned properties must, within thirty (30) days of the publication of this notice, petition the United States District Court for the Central District of California for a hearing without a jury to adjudicate the validity of his or her alleged interest in the specific property, and for an amendment of the order of

45

forfeiture, pursuant to 21 U.S.C. § 853(n).  Petitioners will bear the burden of proof in all such cases.

The petition shall be signed by the petitioner under penalty of perjury and shall identify the particular property or properties in which the petitioner claims a legal right, title, or interest; the nature and extent of such right, title, or interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought.

A hearing on the petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of the petition.  The Court may consolidate that hearing on the petition with a hearing on any other petition filed by a person other than any of the defendant named above.

The petitioner may testify and present evidence and witnesses on his behalf and cross-examine witnesses who appear at the hearing.

The petition must be filed with the United States District court for the Central District of California, Western Division, in case number CR 02-00220-SJO at the following address:

United States Courthouse
Central District of California, Western Division
312 North Spring Street
Los Angeles, California 90012

//
//
//
//
//

46

Furthermore, the petitioner must serve the United States Department of Justice with the petition at the following address:

       United States Attorney's Office
       312 N. Spring Street, 14th Floor
       Los Angeles, CA 90012
       Attn.: AUSA Monica E. Tait

       FAILURE TO FILE A PETITION TO ASSERT A RIGHT, TITLE, OR INTEREST IN THE SPECIFIC PROPERTY WITHIN THIRTY (30) DAYS OF THIS NOTICE WILL RESULT IN THE LOSS OF ANY RIGHT, TITLE, OR INTEREST IN  THE SPECIFIC PROPERTY, AND THE SPECIFIC PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES.  THE UNITED STATES SHALL THEN HAVE CLEAR TITLE TO THE SPECIFIC PROPERTY HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

DATED: February 25, 2010.

                          GEORGE S. CARDONA
                          Acting United States Attorney
                          CHRISTINE C. EWELL
                          Assistant United States Attorney
                          Chief, Criminal Division
                          ROBERT E. DUGDALE
                          Assistant United States Attorney
                          Chief, Violent and Organized Crime
                          Section
                          SUSAN J. DE WITT
                          KAREN I. MEYER
                          Assistant United States Attorney

                          _____
                          MONICA E. TAIT
                          Assistant United States Attorney

                          Attorneys for Plaintiff
                          United States of America

47



CERTIFIED MAIL™

**U.S. Department of Justice**
*United States Attorney*
*Central District of California*
312 North Spring Street
Los Angeles, California 90012

Official Business

7006 2760 0000 8181 7629

045J763116
$5.71⁰
neopost
03/24/2010
Mailed From 90012

US OFFICIAL MAIL
$300 Penalty
For Private Use
US POSTAGE

RETURNED TO SENDER

☐ Insufficient Address
☐ No Such Number
☐ Unclaimed  ☐ Refused
☐ Attempted - Not Known
☐ No Such Street
☐ Vacant
☐ No Mail Receptacle
☐ Not Deliverable As Addressed
Unable To Forward

Natalia Alifanova

RETURNED TO SENDER

☐ Insufficient Address
☐ No Such Number
☐ Unclaimed  ☐ Refused
☒ Attempted - Not Known
☐ No Such Street
☐ Vacant
☐ No Mail Receptacle
☐ Not Deliverable As Addressed
Unable To Forward



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Natalia Alifanova

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7006 2760 0000 8181 7629

PS Form 3811, February 2004    Domestic Return Receipt    U.S. v. Mikhel, et al. 102595-02-M-1540

49