ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
SUSAN J. DE WITT (California State Bar No. 132462)
KAREN I. MEYER (California State Bar No. 220554)
Assistant United States Attorneys
MONICA E. TAIT (California State Bar No. 157311)
Assistant United States Attorney
Asset Forfeiture Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4685/4496/8559/2931
    Facsimile:  (213) 894-3713/7177
    e-mail:   susan.dewitt@usdoj.gov
            kim.meyer@usdoj.gov
            monica.tait@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 02-220(B)-SJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | PURSUANT TO RULE 32.2(C)(2) |
| | ) | AFTER TERMINATION OF ANCILLARY |
| IOURI MIKHEL and | ) | PROCEEDING, AS TO CERTAIN FUNDS |
| JURIJUS KADAMOVAS, | ) | ADDED TO FORFEITURE ORDER ON |
| | ) | JUNE 18, 2009 |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

WHEREAS, on June 18, 2009, this court entered an Amended Preliminary Order of Forfeiture adding certain specific assets to the prior forfeiture order as substitute assets; and

WHEREAS, in compliance with the publication requirement of Rule 32.2(b)(6), Federal Rules of Criminal Procedure, and pursuant to 21 U.S.C. § 853(n)(1), the government caused notice of the Amended Preliminary Order and its intent to dispose of the specific property identified below to be published on an official

government internet site (www.forfeiture.gov) for 30 consecutive days, beginning on June 22, 2010 and ending on July 21, 2010; and

WHEREAS, the government sent direct notice of the ancillary proceeding and the forfeiture of the assets identified below to third parties as required by Rule 32.2(b)(6)(A), notifying them of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the specific property; and

WHEREAS, no timely petition has been filed; and

WHEREAS, the Court finds that defendants Iouri Mikhel and/or Jurijus Kadamovas had an interest in the specific property that is subject to forfeiture pursuant to Fed. R. Crim. P. 32.2(c)(2),

IT IS THEREFORE HEREBY ORDERED, ADJUDGED AND DECREED that all right, title and interest to the following property described in the Amended Preliminary Order of Forfeiture is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law:

a.   $179,813.43 formerly in the custody of Marina Karagodina and transferred to the custody of the FBI by government officials in the United Kingdom, plus interest earned on the entire amount transferred to the FBI; and

//
//
//
//
//
//

2

b.    all funds in account no. 03868-01517 at Bank of America in the name of Iouri Mikhel and Natalia Alifanova.

DATED: ___9/30/10_____    _____
The Honorable S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney

/S/    *Monica E. Tait*
MONICA E. TAIT
Assistant United States Attorney

Attorneys for Plaintiff

3