**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 01 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>IOURI MIKHEL,<br><br>Defendant - Appellant. | No. 07-99008<br><br>D.C. No. CR-02-00220-DT-2<br>Central District of California |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JURIJUS KADAMOVAS,<br><br>Defendant - Appellant. | No. 07-99009<br><br>D.C. No. CR-02-00220-DT-1<br>Central District of California |

RECEIVED
CLERK, U.S. DISTRICT COURT

DEC - 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before:  Peter L. Shaw, Appellate Commissioner

Appellants' opposed motion to stay briefing pending the Supreme Court's

decision in *Bond v. United States*, No. 09-1227 (cert. granted Oct. 12, 2010) is

denied.

Appellants' unopposed motion to extend the time to March 21, 2011 to file

Appellants' joint opening brief and any individual supplemental opening briefs is

granted.  Any further motion to extend the time to file an opening brief is

Nos. 07-99008, 07-99009

disfavored. The Government's answering brief is due July 21, 2011. Appellants'

joint reply brief and any supplemental individual reply briefs are due October 21,

2011. Appellants are encouraged to join in a single brief and to avoid repetition in

the briefs to the greatest extent practicable. *See* 9th Cir. R. 28-4, -5.