USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

#:5265

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

2010 NOV -8 PM 2: 22

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CR 02-220-SJO |
| DEFENDANT | TYPE OF PROCESS |
| Iouri Mikhel and Jurijus Kadamovas | Execute Final Order of Forfeiture |

CLERK. U.S. DISTRICT
DEC - 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| AUSA MONICA E. TAIT<br>U.S. COURTHOUSE<br>312 NORTH SPRING STREET, 14TH FLOOR<br>LOS ANGELES, CA 90012 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold     Fold

CATS ID: 08-FBI-005685 ($179,813.43); 08-FBI-005978 ($2,228.84)
Pursuant to the accompanying Final Order of Forfeiture, 08-FBI-005685 and 08-FBI-005978 are hereby forfeited to the U.S. government. The USMS shall dispose of in accordance with law, in consultation with seizing agency, and with reference to Petitions for Remission to victims, already granted by the Department of Justice

| Signature of Attorney other Originator requesting service on behalf of: | ✓ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(213) 894-2931 | DATE<br>11/4/10 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 12 | District to Serve No. 12 | Signature of Authorized USMS Deputy or Clerk | Date 11/9/10 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ✓ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date 11/24/10   Time 11:00   ✓ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: FORFEITED $179,813.43 (08-FBI-005685) & $2,228.84 (08-FBI-005978) ON 11/05/10. RETURNED $144,767.79 & $35,045.64 (08-FBI-005685) & $1,794.44 & $434.40 (08-FBI-005978) ON 11/12/10.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00