SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail:  Sean_Kennedy@fd.org)
MICHAEL TANAKA (No. 85026)
Deputy Federal Public Defender
(E-mail:  Michael_Tanaka@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-4140
Facsimile (213) 894-0081

Attorneys for Defendant
IOURI MIKHEL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 02-220-SJO |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| IOURI MIKHEL, JURIJUS KADAMOVAS, | ) | |
| Defendants. | ) | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that: (1) the transcripts for sealed portion of the proceedings held in this case on September 6, 2006, November 14, 2006, November 30, 2006, December 12, 2006, December 13, 2006, and January 24, 2007 April 23, 2008, December 8, 2008, and January 13, 2009 be unsealed and provided only to counsel on appeal for Iouri Mikhel; (2) the transcripts for sealed portion of the proceedings held in this case on July 5, 2006, August 14, 2006, and November 14, 2006 be unsealed and provided only to counsel on appeal for Iouri Mikhel and Jurijus Kadamovas; and (3) the transcripts for the sealed portions for the sentencing hearing for Natalya Solovyeva held on June 30, 2006 and sealed portions of the sentencing hearing for Aleksejus Markovskis be

unsealed and provided only to counsel on appeal for Iouri Mikhel, Jurijus Kadamovas, and the Government.

DATED: December 9, 2010

_S. James Otero_
HONORABLE S. JAMES OTERO
United States District Judge

Presented by:

_/s/ Michael Tanaka_
MICHAEL TANAKA
Deputy Federal Public Defender