**FILED**

## UNITED STATES COURT OF APPEALS

DEC 20 2010

### FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-99009 |
| Plaintiff - Appellee, | D.C. No. CR-02-00220-DT-2 Central District of California, Los Angeles |
| v. | |
| JURIJUS KADAMOVAS, | ORDER |
| Defendant - Appellant. | |



RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 20 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before:  Peter L. Shaw, Appellate Commissioner.

Attorney Margaret O'Donnell's motion for monthly travel authorization for visits to the client is granted in part and denied in part.  Authorization for mileage, meals, and lodging expenses incurred to date is granted retroactive to May 2010. Attorney O'Donnell is granted authorization for mileage, meals, and, when appropriate, lodging, for further visits to the client once every 60 days until the opening brief is filed.  Attorney O'Donnell is authorized without further request to incur these travel expenses for one additional visit after the answering brief is filed, and for one additional visit after the court issues its decision.

cb /Pro Mo