**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 20 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

v.

JURIJUS KADAMOVAS,

        Defendant-Appellant.

---

No. 07-99009

D.C. No. 2:02-cr-00220-DT
Central District of California
Los Angeles

ORDER



RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 20 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

Before:  Peter L. Shaw, Appellate Commissioner

Appellant's counsel's request for leave to file a combined status report and oversized renewed motion for computer access is granted. By February 18, 2011, Appellee shall file a response, not to exceed 8400 words, addressing Appellant's counsel's motion and enclosed exhibits, in particular Appellant's counsel's December 28, 2010 declaration and Appellant's October 22, 2010 pro se letter addressed to the Ninth Circuit.