

**TERRY NAFISI**
District Court Executive and
Clerk of Court

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
U.S. COURTHOUSE
312 NORTH SPRING STREET, ROOM G-8
LOS ANGELES, CA 90012

---

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

---

### RECORD TRANSMITTAL FORM

Date: 3/16/11

To:  **U.S. Court of Appeals**
     **for the Ninth Circuit**
     Office of the Clerk
     95 Seventh Street
     San Francisco, California 94103

**Attention:**  ☐ Civil
              ☐ Criminal
              ☐ Docketing
              ☒ Records Unit

From:  **U.S. District Court**
       **Central District of California**
       312 North Spring Street, Room G-8
       Los Angeles, California 90012

D C No. 2:02CR00220-SJO                Appeals No. 08-50033

Short Title USA v Krylov

### Composition of Record

Clerk's files in 28 _____ volumes  ☒ original  ☐ certified copy
Bulky docs. in _____ volumes *(folders)*   Docket No. _____
Reporter's Transcripts in 174 ____ volumes  ☒ original  ☐ certified copy
Exhibits:  in _____  ☐ envelopes  ☐ under seal
           in _____  ☐ boxes  ☐ under seal
Other: See Attachment. 18 boxes total. Sent to: Judge Jay S. Bybee, Las Vegas NV.

*Note: Please note any document filed under seal are listed on Form A-22.*

By K. Tien
                                    Deputy Clerk

Acknowledgment: _____    Date: _____

A-26 (09/08)

**APPEALS TRANSMITTAL LETTER**
ORIGINAL FILE(S)

| Fed Ex # | | | | |
| --- | --- | --- | --- | --- |
| | 818 | 1401 | 1647 | 1808 |
| 870489557040 | 886 | 1402 | 1648 | 1913 |
| 870489557051 | 1077 | 1403 | 1649 | 1914 |
| 870489557062 | 1078 | 1404 | 1650 | 1915 |
| 870489557073 | 1079 | 1413 | 1651 | 1920 |
| 870489557084 | 1109 | 1416 | 1652 | 1930 |
| 870489557095 | 1111 | 1417 | 1653 | 1931 |
| 870489557100 | 1120 | 1430 | 1654 | 1932 |
| 870489557110 | 1225 | 1442 | 1655 | 1933 |
| 870489557121 | 1226 | 1446 | 1656 | 1934 |
| 870489557132 | 1227 | 1454 | 1658 | 1935 |
| 870489557143 | 1228 | 1455 | 1660 | 1936 |
| 870489557154 | 1230 | 1456 | 1661 | 1965 |
| 870489557165 | 1231 | 1457 | 1662 | 2053 |
| 870489557176 | 1232 | 1458 | 1663 | 2054 |
| 870489557187 | 1233 | 1459 | 1664 | 2068 |
| 870489557198 | 1236 | 1460 | 1665 | 2070 |
| 870489557202 | 1256 | 1461 | 1666 | 2071 |
| 870489557213 | 1258 | 1484 | 1670 | |
| | 1267 | 1515 | 1671 | |
| | 1268 | 1516 | 1672 | |
| Missing | 1270 | 1576 | 1673 | |
| TR001 | 1272 | 1577 | 1674 | |
| TR002 | 1276 | 1579 | 1675 | |
| 1076 | 1278 | 1580 | 1676 | |
| 1306 | 1299 | 1585 | 1677 | |
| 1343 | 1308 | 1589 | 1705 | |
| 1453 | 1309 | 1590 | 1706 | |
| | 1310 | 1591 | 1707 | |
| | 1311 | 1592 | 1708 | |
| | 1318 | 1593 | 1709 | |
| | 1319 | 1594 | 1712 | |
| | 1320 | 1607 | 1737 | |
| | 1321 | 1608 | 1738 | |
| | 1323 | 1609 | 1746 | |
| | 1344 | 1610 | 1747 | |
| | 1345 | 1611 | 1748 | |
| | 1347 | 1612 | 1765 | |
| | 1348 | 1613 | 1767 | |
| | 1349 | 1614 | 1768 | |
| | 1351 | 1615 | 1769 | |
| | 1352 | 1616 | 1770 | |
| | 1353 | 1617 | 1771 | |
| | 1354 | 1618 | 1772 | |
| | 1393 | 1619 | 1773 | |
| | 1394 | 1620 | 1774 | |
| | 1395 | 1621 | 1775 | |
| | 1396 | 1622 | 1776 | |
| | 1397 | 1623 | 1777 | |
| | 1398 | 1624 | 1778 | |
| | 1399 | 1645 | 1806 | |
| | 1400 | 1646 | 1807 | |