

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
U.S. COURTHOUSE
312 NORTH SPRING STREET, ROOM G-8
LOS ANGELES, CA 90012

**TERRY NAFISI**
District Court Executive and
Clerk of Court

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### RECORD TRANSMITTAL FORM FOR SEALED DOCUMENTS

Date:  3/16/11

To:     **U.S. Court of Appeals**          **Attention:**   ☐   Civil
        **for the Ninth Circuit**                          ☐   Criminal
        Office of the Clerk                                ☐   Docketing
        95 Seventh Street                                  ☒   Records Unit
        San Francisco, California 94103

From:   **U.S. District Court**
        **Central District of California**
        312 North Spring Street, Room G-8
        Los Angeles, California 90012

D C No. 2:02CR00220-SJO _____ Appeals No. 08-50033 _____

Short Title  USA v Krylov _____

Sealed documents in 475 _____ envelopes   ☒ under seal

Sealed documents in 1 _____ Boxes   ☒ under seal

Other: See Attachment. 18 boxes total. Sent to: Judge Jay S. Bybee, Las Vegas NV.

*Note: Please return sealed documents in same manner as received.*

By K. Tien _____
                              Deputy Clerk

Acknowledgment: _____     Date: _____

APPEALS TRANSMITTAL LETTER
SEALED DOCUMENT(S)

<u>Fed Ex #</u>

870489557040
870489557051
870489557062
870489557073
870489557084
870489557095
870489557100
870489557110
870489557121
870489557132
870489557143
870489557154
870489557165
870489557176
870489557187
870489557198
870489557202
870489557213

<u>Missing</u>
532

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 48 | 226 | 448 | 624 | 773 | 1100 | 1506 | 1793 | 1898 | 2076 |
| 56 | 227 | 449 | 627 | 774 | 1131 | 1507 | 1794 | 1899 | 2077 |
| 59 | 228 | 458 | 628 | 775 | 1133 | 1508 | 1795 | 1919 | 2078 |
| 60 | 229 | 459 | 631 | 778 | 1137 | 1509 | 1833 | 1922 | 2081 |
| 62 | 236 | 461 | 635 | 779 | 1138 | 1510 | 1834 | 1928 | 2082 |
| 72 | 241 | 465 | 636 | 782 | 1145 | 1511 | 1835 | 1938 | 2084 |
| 73 | 242 | 466 | 641 | 786 | 1148 | 1512 | 1836 | 1940 | 2085 |
| 77 | 243 | 469 | 642 | 789 | 1149 | 1548 | 1837 | 1941 | 2194 |
| 78 | 244 | 474 | 643 | 790 | 1150 | 1597 | 1838 | 1942 | |
| 84 | 245 | 475 | 644 | 791 | 1180 | 1598 | 1839 | 1943 | |
| 86 | 248 | 478 | 646 | 795 | 1187 | 1599 | 1840 | 1944 | |
| 98 | 249 | 479 | 647 | 796 | 1190 | 1667 | 1841 | 1945 | |
| 129 | 254 | 507 | 653 | 803 | 1191 | 1668 | 1842 | 1947 | |
| 133 | 255 | 511 | 660 | 814 | 1192 | 1679 | 1843 | 1948 | |
| 134 | 258 | 512 | 661 | 829 | 1193 | 1680 | 1844 | 1964 | |
| 137 | 259 | 513 | 662 | 837 | 1205 | 1701 | 1845 | 1966 | |
| 138 | 267 | 518 | 663 | 838 | 1206 | 1702 | 1846 | 1967 | |
| 140 | 268 | 519 | 665 | 847 | 1218 | 1703 | 1847 | 1968 | |
| 141 | 272 | 523 | 667 | 850 | 1222 | 1704 | 1861 | 1979 | |
| 148 | 273 | 526 | 673 | 851 | 1244 | 1713 | 1862 | 1980 | |
| 149 | 287 | 527 | 674 | 857 | 1259 | 1714 | 1863 | 1981 | |
| 150 | 289 | 528 | 675 | 858 | 1260 | 1715 | 1864 | 1987 | |
| 160 | 290 | 530 | 677 | 859 | 1261 | 1716 | 1865 | 1990 | |
| 168 | 302 | 531 | 684 | 868 | 1262 | 1717 | 1866 | 1991 | |
| 169 | 303 | 534 | 685 | 869 | 1263 | 1718 | 1867 | 1992 | |
| 170 | 304 | 538 | 691 | 872 | 1290 | 1728 | 1868 | 2014 | |
| 175 | 305 | 539 | 692 | 873 | 1291 | 1729 | 1869 | 2015 | |
| 176 | 308 | 540 | 695 | 887 | 1300 | 1730 | 1870 | 2016 | |
| 177 | 316 | 545 | 696 | 895 | 1301 | 1731 | 1871 | 2017 | |
| 178 | 321 | 546 | 697 | 897 | 1302 | 1732 | 1872 | 2018 | |
| 179 | 327 | 564 | 698 | 907 | 1326 | 1733 | 1873 | 2021 | |
| 183 | 329 | 565 | 699 | 908 | 1328 | 1734 | 1874 | 2022 | |
| 184 | 332 | 569 | 702 | 911 | 1331 | 1735 | 1875 | 2023 | |
| 185 | 333 | 570 | 704 | 913 | 1333 | 1752 | 1876 | 2035 | |
| 190 | 339 | 572 | 705 | 965 | 1337 | 1753 | 1877 | 2036 | |
| 193 | 348 | 574 | 707 | 1010 | 1356 | 1754 | 1878 | 2037 | |
| 196 | 349 | 576 | 709 | 1013 | 1359 | 1755 | 1879 | 2038 | |
| 197 | 351 | 577 | 710 | 1017 | 1361 | 1757 | 1880 | 2039 | |
| 206 | 352 | 582 | 713 | 1019 | 1366 | 1758 | 1881 | 2040 | |
| 207 | 376 | 583 | 714 | 1021 | 1372 | 1759 | 1882 | 2041 | |
| 208 | 377 | 585 | 715 | 1023 | 1373 | 1760 | 1883 | 2042 | |
| 209 | 388 | 587 | 717 | 1044 | 1375 | 1782 | 1884 | 2044 | |
| 211 | 389 | 588 | 718 | 1059 | 1387 | 1783 | 1885 | 2045 | |
| 212 | 391 | 591 | 719 | 1060 | 1389 | 1784 | 1886 | 2046 | |
| 213 | 397 | 592 | 721 | 1062 | 1406 | 1785 | 1887 | 2047 | |
| 214 | 399 | 593 | 725 | 1069 | 1409 | 1786 | 1888 | 2048 | |
| 215 | 403 | 601 | 734 | 1071 | 1433 | 1787 | 1891 | 2049 | |
| 219 | 404 | 602 | 736 | 1080 | 1436 | 1788 | 1892 | 2050 | |
| 220 | 411 | 604 | 758 | 1087 | 1444 | 1789 | 1894 | 2051 | |
| 221 | 412 | 612 | 759 | 1089 | 1503 | 1790 | 1895 | 2052 | |
| 222 | 432 | 620 | 760 | 1090 | 1504 | 1791 | 1896 | 2074 | |
| 223 | 444 | 623 | 772 | 1098 | 1505 | 1792 | 1897 | 2075 | |