**FILED**

UNITED STATES COURT OF APPEALS

MAR 21 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>IOURI MIKHEL,<br><br>    Defendant - Appellant. | No. 07-99008<br><br>D.C. No. CR-02-00220-DT-2<br>Central District of California |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>JURIJUS KADAMOVAS,<br><br>    Defendant - Appellant. | No. 07-99009<br><br>D.C. No. CR-02-00220-DT-1<br>Central District of California |

RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 2 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Before:  Peter L. Shaw, Appellate Commissioner

Appellants' unopposed motion to extend the time to June 20, 2011 to file

Appellants' joint opening brief and any individual supplemental opening briefs is

granted.  Any further motion to extend the time to file the opening brief is

disfavored.  Appellants are encouraged to join in a single brief and to avoid

repetition in the briefs to the greatest extent practicable. *See* 9th Cir. R. 28-4, -5.

Nos. 07-99008, 07-99009

The Government's answering brief is due October 18, 2011.  Appellants'

joint reply brief and any supplemental individual reply briefs are due January 16,

2012.