# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## RETURN OF RECORDS TRANSMITTAL
## FROM 9TH CIRCUIT

Routed to Santa Ana, Southern Division:  ☐

Routed to Riverside, Eastern Division:  ☐

Routed to Laguna Niguel,  ☐
National Archives & Records Administration:

Date Received  4/26/11

Time Received  _____

---

Case File Number:  2:02CR00220-SJO

Title Case Name:  USA vs Krylov

Volume Number:  1  through  28

Transcripts (number received):  174

Other Court Documents:  1 sealed box.  475 sealed envelopes.  See attachment

---

Case File Underseal:  ☐ Yes  ☐ No   Case File Restricted:  ☐ Yes  ☐ No

Exhibits Received (number of boxes):  _____

Sealed documents routed to Exhibits:  ☒ Yes ☐ No

Case File routed to Re-file area:  ☒ Yes ☐ No   Transcripts routed to Re-file area: ☒ Yes ☐ No

Case File routed to NARA:  ☐ Yes ☐ No   Transcripts routed to NARA:  ☐ Yes ☐ No

Case File routed to B-47 area:  ☐ Yes ☐ No   Transcripts routed to B-47 area:  ☐ Yes ☐ No

Received by Records Clerk:  K. Tien

---

# Transcripts

| | | | |
|---|---|---|---|
| 818 | 1401 | 1647 | 1808 |
| 886 | 1402 | 1648 | 1913 |
| 1077 | 1403 | 1649 | 1914 |
| 1078 | 1404 | 1650 | 1915 |
| 1079 | 1413 | 1651 | 1920 |
| 1109 | 1416 | 1652 | 1930 |
| 1111 | 1417 | 1653 | 1931 |
| 1120 | 1430 | 1654 | 1932 |
| 1225 | 1442 | 1655 | 1933 |
| 1226 | 1446 | 1656 | 1934 |
| 1227 | 1454 | 1658 | 1935 |
| 1228 | 1455 | 1660 | 1936 |
| 1230 | 1456 | 1661 | 1965 |
| 1231 | 1457 | 1662 | 2053 |
| 1232 | 1458 | 1663 | 2054 |
| 1233 | 1459 | 1664 | 2068 |
| 1236 | 1460 | 1665 | 2070 |
| 1256 | 1461 | 1666 | 2071 |
| 1258 | 1484 | 1670 | |
| 1267 | 1515 | 1671 | |
| 1268 | 1516 | 1672 | |
| 1270 | 1576 | 1673 | |
| 1272 | 1577 | 1674 | |
| 1276 | 1579 | 1675 | |
| 1278 | 1580 | 1676 | |
| 1299 | 1585 | 1677 | |
| 1308 | 1589 | 1705 | |
| 1309 | 1590 | 1706 | |
| 1310 | 1591 | 1707 | |
| 1311 | 1592 | 1708 | |
| 1318 | 1593 | 1709 | |
| 1319 | 1594 | 1712 | |
| 1320 | 1607 | 1737 | |
| 1321 | 1608 | 1738 | |
| 1323 | 1609 | 1746 | |
| 1344 | 1610 | 1747 | |
| 1345 | 1611 | 1748 | |
| 1347 | 1612 | 1765 | |
| 1348 | 1613 | 1767 | |
| 1349 | 1614 | 1768 | |
| 1351 | 1615 | 1769 | |
| 1352 | 1616 | 1770 | |
| 1353 | 1617 | 1771 | |
| 1354 | 1618 | 1772 | |
| 1393 | 1619 | 1773 | |
| 1394 | 1620 | 1774 | |
| 1395 | 1621 | 1775 | |
| 1396 | 1622 | 1776 | |
| 1397 | 1623 | 1777 | |
| 1398 | 1624 | 1778 | |
| 1399 | 1645 | 1806 | |
| 1400 | 1646 | 1807 | |

Sealed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 48 | 226 | 448 | 624 | 773 | 1100 | 1506 | 1793 | 1898 | 2076 |
| 56 | 227 | 449 | 627 | 774 | 1131 | 1507 | 1794 | 1899 | 2077 |
| 59 | 228 | 458 | 628 | 775 | 1133 | 1508 | 1795 | 1919 | 2078 |
| 60 | 229 | 459 | 631 | 778 | 1137 | 1509 | 1833 | 1922 | 2081 |
| 62 | 236 | 461 | 635 | 779 | 1138 | 1510 | 1834 | 1928 | 2082 |
| 72 | 241 | 465 | 636 | 782 | 1145 | 1511 | 1835 | 1938 | 2084 |
| 73 | 242 | 466 | 641 | 786 | 1148 | 1512 | 1836 | 1940 | 2085 |
| 77 | 243 | 469 | 642 | 789 | 1149 | 1548 | 1837 | 1941 | 2194 |
| 78 | 244 | 474 | 643 | 790 | 1150 | 1597 | 1838 | 1942 | |
| 84 | 245 | 475 | 644 | 791 | 1180 | 1598 | 1839 | 1943 | |
| 86 | 248 | 478 | 646 | 795 | 1187 | 1599 | 1840 | 1944 | |
| 98 | 249 | 479 | 647 | 796 | 1190 | 1667 | 1841 | 1945 | |
| 129 | 254 | 507 | 653 | 803 | 1191 | 1668 | 1842 | 1947 | |
| 133 | 255 | 511 | 660 | 814 | 1192 | 1679 | 1843 | 1948 | |
| 134 | 258 | 512 | 661 | 829 | 1193 | 1680 | 1844 | 1964 | |
| 137 | 259 | 513 | 662 | 837 | 1205 | 1701 | 1845 | 1966 | |
| 138 | 267 | 518 | 663 | 838 | 1206 | 1702 | 1846 | 1967 | |
| 140 | 268 | 519 | 665 | 847 | 1218 | 1703 | 1847 | 1968 | |
| 141 | 272 | 523 | 667 | 850 | 1222 | 1704 | 1861 | 1979 | |
| 148 | 273 | 526 | 673 | 851 | 1244 | 1713 | 1862 | 1980 | |
| 149 | 287 | 527 | 674 | 857 | 1259 | 1714 | 1863 | 1981 | |
| 150 | 289 | 528 | 675 | 858 | 1260 | 1715 | 1864 | 1987 | |
| 160 | 290 | 530 | 677 | 859 | 1261 | 1716 | 1865 | 1990 | |
| 168 | 302 | 531 | 684 | 868 | 1262 | 1717 | 1866 | 1991 | |
| 169 | 303 | 534 | 685 | 869 | 1263 | 1718 | 1867 | 1992 | |
| 170 | 304 | 538 | 691 | 872 | 1290 | 1728 | 1868 | 2014 | |
| 175 | 305 | 539 | 692 | 873 | 1291 | 1729 | 1869 | 2015 | |
| 176 | 308 | 540 | 695 | 887 | 1300 | 1730 | 1870 | 2016 | |
| 177 | 316 | 545 | 696 | 895 | 1301 | 1731 | 1871 | 2017 | |
| 178 | 321 | 546 | 697 | 897 | 1302 | 1732 | 1872 | 2018 | |
| 179 | 327 | 564 | 698 | 907 | 1326 | 1733 | 1873 | 2021 | |
| 183 | 329 | 565 | 699 | 908 | 1328 | 1734 | 1874 | 2022 | |
| 184 | 332 | 569 | 702 | 911 | 1331 | 1735 | 1875 | 2023 | |
| 185 | 333 | 570 | 704 | 913 | 1333 | 1752 | 1876 | 2035 | |
| 190 | 339 | 572 | 705 | 965 | 1337 | 1753 | 1877 | 2036 | |
| 193 | 348 | 574 | 707 | 1010 | 1356 | 1754 | 1878 | 2037 | |
| 196 | 349 | 576 | 709 | 1013 | 1359 | 1755 | 1879 | 2038 | |
| 197 | 351 | 577 | 710 | 1017 | 1361 | 1757 | 1880 | 2039 | |
| 206 | 352 | 582 | 713 | 1019 | 1366 | 1758 | 1881 | 2040 | |
| 207 | 376 | 583 | 714 | 1021 | 1372 | 1759 | 1882 | 2041 | |
| 208 | 377 | 585 | 715 | 1023 | 1373 | 1760 | 1883 | 2042 | |
| 209 | 388 | 587 | 717 | 1044 | 1375 | 1782 | 1884 | 2044 | |
| 211 | 389 | 588 | 718 | 1059 | 1387 | 1783 | 1885 | 2045 | |
| 212 | 391 | 591 | 719 | 1060 | 1389 | 1784 | 1886 | 2046 | |
| 213 | 397 | 592 | 721 | 1062 | 1406 | 1785 | 1887 | 2047 | |
| 214 | 399 | 593 | 725 | 1069 | 1409 | 1786 | 1888 | 2048 | |
| 215 | 403 | 601 | 734 | 1071 | 1433 | 1787 | 1891 | 2049 | |
| 219 | 404 | 602 | 736 | 1080 | 1436 | 1788 | 1892 | 2050 | |
| 220 | 411 | 604 | 758 | 1087 | 1444 | 1789 | 1894 | 2051 | |
| 221 | 412 | 612 | 759 | 1089 | 1503 | 1790 | 1895 | 2052 | |
| 222 | 432 | 620 | 760 | 1090 | 1504 | 1791 | 1896 | 2074 | |
| 223 | 444 | 623 | 772 | 1098 | 1505 | 1792 | 1897 | 2075 | |