**FILED**

APR 29 2011

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>JURIJUS KADAMOVAS,<br><br>Defendant-Appellant. | No. 07-99009<br><br>D.C. No. CR-02-0220-DT<br>C.D. Cal.<br><br>ORDER |



Before:  Peter L. Shaw Appellate Commissioner

1. Kadamovas's renewed motion to keep a computer, a translation device, and all of his digital files *in his cell* is denied.

2. To the extent that Kadamovas requests that the Government provide software so that Kadamovas can open his digital legal files that are not in pdf or Windows Media format,[1] Kadamovas's request is denied for the reasons that follow.

> (a) Kadamovas's counsel does not dispute that Kadamovas has used his out-of-cell computer just once in the last six months.  Indeed, Kadamovas's counsel characterizes Kadamovas's lack of interest in his out-of-cell computer as an "adamant and principled refusal to work with a government issued computer."  Until Kadamovas states, in writing, that he will continue to work at least ten hours per week on his out-of-cell computer, this Court is inclined to conclude that

---

[1] Kadamovas does not dispute that the computer provided by the Government for his out of cell use is able to open files in either pdf format or Windows Media format.

any requests to add greater function to Kadamovas's out-of-cell prison-provided computer are moot.

(b) In addition, until Kadamovas's counsel proposes to the Government in writing specific software programs that are both consistent with the prison's legitimate security concerns and can translate materials from English to Russian or can open (or convert) non-pdf and non-Windows Media files, Kadamovas has made no showing that the Government has refused to voluntarily accommodate specific software requests made by Kadamovas.

Any renewed motion for a computer with software that can open digital legal files that are not in pdf or Windows Media format, should address the considerations in paragraphs (a) and (b) above.

3. Kadamovas's request for a case management conference is denied.

4. Kadamovas's request to stay briefing pending translation of all of his case materials from English to Russian is denied.

5. The Court shall address Kadamovas's request for the appointment of a computer expert by separate order, under seal and ex parte.

6. Kadamovas's March 14, 2011 motion for leave to file an oversized reply is granted.

7. Any contentions concerning conditions of confinement,[2] should be brought in a separate action in the appropriate district court.

---

[2] For example:  non-legal correspondence restrictions; no Russian language books, newspapers, CDs, or TV programs; forced feeding during hunger strike; and discrimination based on national origin and foreign language.

8. Kadamovas's February 4, 2011 motion for leave to file a letter from the Lithuanian Embassy is referred to the merits panel for whatever consideration it deems appropriate.

3