**FILED**

UNITED STATES COURT OF APPEALS

JUN 07 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br>v.<br><br>IOURI MIKHEL,<br><br>        Defendant - Appellant. | No. 07-99008<br><br>D.C. No. CR-02-00220-DT-2<br>Central District of California |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br>v.<br><br>JURIJUS KADAMOVAS,<br><br>        Defendant - Appellant. | No. 07-99009<br><br>D.C. No. CR-02-00220-DT-1<br>Central District of California |

CLERK, U.S. ...

JUN 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Before:   Peter L. Shaw, Appellate Commissioner

Appellants' unopposed motion to extend the time to September 19, 2011 to file Appellants' joint opening brief and any individual supplemental opening briefs is granted.  Any further motion to extend time to file the opening briefs is strongly disfavored.

The Government's answering brief is due January 17, 2012.  Appellants' joint reply brief and any supplemental individual reply briefs are due April 17,

Nos. 07-99008, 07-99009

2012. Appellants are encouraged to join in a single brief and to avoid repetition in

the briefs to the greatest extent practicable. *See* 9th Cir. R. 28-4, -5.