SEAN K. KENNEDY (145632)
Federal Public Defender
MICHAEL TANAKA (85026)
STATIA PEAKHEART (200363)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
michael_tanaka@fd.org
statia_peakheart@fd.org
SEAN J. BOLSER (250241)
Federal Capital Appellate Resource Counsel Project
Federal Public Defender for the District of New Jersey
1002 Broad Street
Newark, New Jersey 07102
sean_bolser@fd.org
ATTORNEYS FOR IOURI MIKHEL

BENJAMIN L. COLEMAN (187609)
Coleman & Balogh LLP
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0420
blc@colemanbalogh.com
BARBARA E. O'CONNOR (142800)
O'Connor & Kirby, P.C.
174 Battery Street, 3rd Floor
Burlington, Vermont 05401
Telephone: (802) 863-0112
barbara@kirbyoconnor.com
MARGARET O'DONNELL (KY 83889)
Attorney at Law
P.O. Box 4815
Frankfort, Kentucky 40604-4815
Telephone: (502) 320-1837
mod@dcr.net
ATTORNEYS FOR JURIJUS KADAMOVAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 02-220 SJO |
|---|---|
| Plaintiff-Appellee, | [Proposed] Order Directing the Office of the Clerk to Permit Appellate Counsel or Their Agents to Obtain Copies of Matters Filed under Seal |
| v. | |
| IOURI MIKHEL, JURIJUS KADAMOVAS, | |
| Defendants-Appellants. | |

Good Cause having been shown:

The Clerk of the District Court is ordered to permit counsel for defendant-appellants Iouri Mikhel and Jurijus Kadamovas, or their agents, to obtain copies of the documents following filed in camera and under seal, and all orders relating to such documents.

As requested, where a notice-of-under-seal was filed, the Office of the Clerk is to provide Mr. Mikhel's and Mr. Kadamovas' counsel with the substantive document, not the notice.

The documents the Office of the Clerk is to provide to both Mr. Mikhel and Kadamovas are as follows:

| B. MIKHEL AND KADAMOVAS' JOINT REQUEST | | |
|---|---|---|
| **DATE** | **NO.** | **EVENT** |
| 05/16/2002 | 78 | Altmanis' notice of under seal filing |
| 04/21/2003 | 287 | Notice re Document withheld from the case file and placed in a restricted area. [defendant unknown] |
| 09/28/2004 | 575 | Order by Judge Manella re: Markovskis: ordering document sealed. |
| 03/06/2006 | 911 | Notice re document withheld from case file re Markovskis |
| 05/04/2006 | 988 | Krylov's notice of document withheld from case file |
| 06/26/2006 | none | Sealed document placed in file – not used – Krylov's proposed order for filing ex parte application regarding issuance of subpoenas; memorandum of points and authorities |
| 07/25/2006 | 1133 | Sealed document – Government ex parte submission regarding review of agent personal file. |
| 11/13/2006 | 1326 | Sealed document – Government's ex parte application for order sealing document and related order. [Likely Mikhel and Kadamovas]] |
| 11/13/2006 | 1328 | Sealed document – Government's motion for mental health examination and penalty phase discovery and request for expedited hearing no later than 11/16/2006. |

| B. | | MIKHEL AND KADAMOVAS' JOINT REQUEST | |
|---|---|---|---|
| **DATE** | **NO.** | **EVENT** | |
| 11/17/2006 | 1701 | Sealed document – minutes tape no: cr 06–12. | |
| 11/17/2006 | 1702 | Sealed document – bond and conditions of release filed | |
| 11/17/2006 | 1703 | Sealed document – commitment and order specifying as place of confinement material witness **RESTRICTED FROM VIEWING | |
| 11/17/2006 | 1704 | Sealed document – affidavit of sureties (no justification – pursuant to local criminal rule 46–5.2.8) | |
| 01/03/2007 | 1406 | Sealed and in camera document – Petro Krylov's application to preserve evidence in camera and under seal | |
| 01/03/2007 | 1407 | Sealed and in camera – Krylov's order in the alternative; application to seal [1406] by Judge Otero | |
| 01/03/2007 | 1409 | Sealed document – Krylov's ex parte application for order to preserve evidence | |
| 01/11/2007 | 1436 | Sealed document – order by Judge Tevrizian re sealing of document ; ex parte application to seal [1433] re: Jurijus Kadamovas, Iouri Mikhel | |
| 02/06/2007 | 1511 | Sealed document – stipulation regarding sentencing date for Ainar Altmanis | |
| 02/06/2007 | 1512 | Sealed document – stipulation regarding sentencing date for Ainar Altmanis | |

///

///

///

2

The documents the Office of the Clerk is to provide to counsel for **Mr. Mikhel only** are as follows:

| | **C.    MR. MIKHEL ONLY** | |
|---|---|---|
| **DATE** | **NO.** | **EVENT** |
| 05/12/2006 | 1019 | Mikhel's notice of document withheld from case file |
| 05/12/2006 | 1044 | Sealed Document - order  [Likely re: Mikhel] |
| 06/05/2006 | 1044 (dupl #) | Mikhel's notice of document withheld from case file |
| 06/19/2006 | 1087 | "Sealed document – order" |
| 09/06/2006 | 1187 | Sealed Document-letter William Vicary J.D. M.D. regarding Defendant Iouri Mikhel |
| 09/14/2006 | 1205 | Sealed Document-Dr. Ihle's Report |
| 09/13/2006 | 1206 | Sealed Document-Dr Ihle Regarding Iouri Mikhel |
| 12/07/2006 | 1361 | Sealed document– order re: production of 09/14/2006 forensic evaluation by Dr. Ihle |
| 01/23/2007 | 1503 | Sealed document – Government's ex parte application for order sealing document and related order; memorandum of points and authorities; declaration of Carole C. Peterson |
| 01/23/2007 | 1504 | Sealed document – Government's ex parte application for order sealing document and related order; memorandum of points and authorities; declaration of Carole C. Peterson. |
| 01/23/2007 | 1505 | Sealed document – order regarding sealing of document and related order |
| 01/23/2007 | 1506 | Sealed document – Government's request for expedited hearing on 01/22/2007 regarding: reaffirmation of Mikhel's penalty phase mental health evidence and existence of firewall |
| 01/23/2007 | 1507 | Sealed document – status report regarding mental health evidence at the penalty phase and existence of firewall |
| 02/01/2007 | 1508 | Sealed document – Iouri Mikhel's declaration |

///

///

3

The documents the Office of the Clerk is to provide to counsel for **Mr. Kadamovas only** are as follows:

| | D. | MR. KADAMOVAS ONLY |
| --- | --- | --- |
| **DATE** | **NO.** | **EVENT** |
| 05/13/2003 | 306 | Kadamovas' ex parte application for additional CJA funds to pay for discovery material. |
| 05/30/2003 | 319 | unknown |
| 05/30/2003 | 320 | unknown |
| 06/04/2003 | 326 | ex parte to file under seal |
| 06/04/2003 | 330 | order granting |
| 09/08/2003 | Not on dkt, but #402 | Order by Judge Manella re: Kadamovas: Granting ex parte application motion to file document under seal [401–1]. |
| 09/08/2003 | Not on dkt, but #404 | Order by Judge Manella denying appointment of expert and authorizing travel outside C.D. Cal. re: Kadamovas |
| 07/22/2004 | 484 | under-seal filing; granted |
| 08/31/2004 | 525 | under-seal filing |
| 09/01/2004 | 535 | under-seal filing |
| 09/20/2004 | 557 | under-seal filing |
| 09/29/2004 | 578 | under-seal filing |
| 09/29/2004 | 579 | under-seal filing |
| 10/15/2004 | 596 | under-seal filing |
| 11/02/2004 | 607 | under-seal filing |
| 01/27/2005 | 630 | under-seal filing |
| 02/02/2005 | 631 | Notice re: document withheld from case file, re Kadamovas |
| 03/08/2005 | 651 | under-seal filing |
| 03/11/2005 | 658 | under-seal filing |
| 04/06/2005 | 681 | under-seal filing |
| 04/15/2005 | 686 | under-seal filing |

|  |  | **D.   MR. KADAMOVAS ONLY** |
| --- | --- | --- |
| **DATE** | **NO.** | **EVENT** |
| 04/15/2005 | 687 | under-seal filing |
| 04/15/2005 | 690 | under-seal filing |
| 04/21/2005 | 701 | under-seal filing |
| 06/08/2005 | 739 | under-seal and in camera filing |
| 10/28/2005 | 816 | under-seal filing |
| [Fall 2005] |  | Letter from Kadamovas to Judge Manella re: Attorney Brewer; later, Brewer removed from case on 11/28/05 |
| 11/28/2005 | 827 | under-seal filing re: Atty. Brewer and Chahin |
| 03/15/2006 |  | motion to continue |
| 05/09/2006 | 991 | under-seal and in camera filing |
| ~06/12/2006 |  | Kadamovas' letter about computer problems |
| 06/16/2006 | 1056 | under-seal filing (experts) |
| 06/19/2006 | 1071 | Order sealing doc; dec of Richard Lasting |
| 07/05/2006 | 1089 | motion to continue |
| 07/05/2006 | 1090 | order denying motion to continue |
| 10/18/2006 | 1259 | sealed medical report as to Kadamovas |
| 10/24/2006 | 1264 | 9th Circuit order sealed as to Kadamovas |
| 02/06/2007 | 1509 | Sealed document – Government's ex parte application for order sealing document; declaration of AUSA Dugdale |
| 02/06/2007 | 1510 | Sealed document – order sealing document |

///

///

///

**E.    COUNSEL IS AUTHORIZED TO VIEW ALL MATERIAL FILED UNDER SEAL AND OBTAIN COPIES WHERE NECESSARY.**

The Office of the Clerk is directed to permit appellate counsel for Messrs. Mikhel and Kadamovas to review the Clerk's record of all material filed under seal, and obtain copies of necessary material.

Counsel shall maintain all documents as confidential, and not release or disclose, except for the purpose of appellate and/or post-conviction proceedings, and only upon further order of the Court to unseal.

Dated: ___9/23/11_____    _____
HON. S. JAMES OTERO
District Judge, United States District Court

6