SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail:  Sean_Kennedy@fd.org)
MICHAEL TANAKA (No. 85026)
Deputy Federal Public Defender
(E-mail:  Michael_Tanaka@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-4140
Facsimile (213) 894-0081

Attorneys for Defendant
IOURI MIKHEL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 02-220-SJO |
| Plaintiff, | ) ) | STIPULATION RE EXHIBIT A MOTION FOR CONTINUANCE |
| v. | ) ) | OF TRIAL DATE FILED MARCH 15, 2006 NOT LISTED ON THE |
| IOURI MIKHEL, JURIJUS KADAMOVAS, | ) ) | DOCKET |
| Defendants. | ) ) ) | |

Defendant Jurijus Kadamovas, Defendant Iouri Mikhel, and Plaintiff, United States of America, by and through their counsel of record, hereby stipulate that Exhibit A attached hereto is a true and accurate copy of Defendant Jurijus Kadamovas's Notice of Motion; Motion for a Continuance of the Trial Date, Memorandum of Points and Authorities, Declarations of Counsel, Exhibits that was

filed with the Clerk for the Central District of California on March 15, 2006, but is not listed on the docket nor currently in the court record.

So stipulated.

Dated:  February 9, 2012          */s/ Margaret O'Donnell per authorization*
                                  Benjamin L. Coleman
                                  Barbara E. O'Connor
                                  Margaret O'Donnell
                                  Attorneys for Jurijus Kadamovas

Dated:  February 9, 2012           */s/ Michael Tanaka*
                                  Sean K. Kennedy
                                  Sean J. Bolser
                                  Statia Peakheart
                                  Michael Tanaka
                                  Attorneys for Iouri Mikhel

Dated:  February 9, 2012          */s/ Robert Dugdale per authorization*
                                  Robert Dugdale
                                  Assistant United States Attorney

2