# EXHIBIT A



RICHARD P. LASTING, (SBN 53950)
RPLasting@aol.com
1717 Fourth Street, 3rd Floor
Santa Monica, California 90401-3319
Telephone: (310) 576-6242
Facsimile:  (310) 576-6247

SONIA E. CHAHIN (SBN 136604)
SEChahin@aol.com
Attorney At Law
2222 Foothill Boulevard, #E-278
La Canada, California  91011
Telephone (818) 549-0149
Facsimile (818) 549-0990

Attorneys  for Defendant
JURIJUS KADAMOVAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

          v.

IOURI MIKHEL et al.,

                Defendants,

_____

) CR No. 02-220 (B) -NM
)
) DEFENDANT JURIJUS
) KADAMOVAS'  NOTICE OF
) MOTION; MOTION FOR A
) CONTINUANCE OF THE TRIAL
) DATE; MEMORANDUM OF POINTS
) AND AUTHORITIES;
) DECLARATION OF COUNSEL;
) EXHIBITS
)
)Hearing Date:  TBD
)Hearing Time:  TBD

## TABLE OF CONTENTS

I.    INTRODUCTION AND STATEMENT OF FACTS . . . . . . . . . . . . . . . . . .3

II.   FACTORS WARRANTING A CONTINUANCE  . . . . . . . . . . . . . . . . . . .4

            a.    Factual and Legal  Complexity and  Seriousness of the Charges
                  at Guilt and Penalty Phase . . . . . . . . . . . . . . . . . . . . . . . . . . .4

            b.    Voluminous Nature of Discovery Materials and Time Required
                  To Review Materials in Foreign Languages  . . . . . . . . . . . . . .5

            c.    Defense Counsel's Obligations and Responsibilities in Other
                  District Court Cases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9

            d.    Severity of Penalty Sought and  Resources Available to All
                  Parties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

III.  APPLICABLE LAW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

IV.   CONCLUSION  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

## TABLE OF AUTHORITIES

Avery v Alabama,
        308 U.S. 444 (1940) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Lockett v. Ohio,
        438 U.S. 586 (1978) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Powell v Alabama,
        287 U.S. 45 (1932) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Strickland v. Washington,
        466 U.S. 688 (1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Ungar v. Sarafite,
        376 U.S. 575 (1964) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 12

United States v. Shirley,
        884 F.2d 1130 (9th Cir. 1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Dillon v. Duckworth,
        751 F.2d 895 (7th Cir. 1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Newberry v. Wingo,
        449 F.2d 344 (6th Cir. 1971) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

United States v. Fessel,
        531 F.2d 1275 (5th Cir. 1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

United States v. Gallo,
        763 F.2d 1504 (6th Cir. 1985) cert. denied, 474 U.S. 1068 (1986) . . . . . . . 12

United States v. King,
        664 F.2d 1171 (10th Cir. 1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

United States v. Poston,
        902 F.2d 90 (D.C. Cir. 1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

United States v. Verderame,
        51 F.3d 249 (11th Cir.1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Fugate v. Commonwealth,
        72 S.W. 2d 47 (Ky. 1934) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

## RULES, STATUTES, AND OTHER AUTHORITIES

Fifth Amendment of the Constitution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Sixth Amendment of the Constitution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

RICHARD P. LASTING, (SBN 53950)
RPLasting@aol.com
1717 Fourth Street, 3rd Floor
Santa Monica, California 90401-3319
Telephone:  (310) 576-6242
Facsimile:   (310) 576-6247

SONIA E. CHAHIN (SBN 136604)
SEChahin@aol.com
Attorney At Law
2222 Foothill Boulevard, #E-278
La Canada, California  91011
Telephone (818) 549-0149
Facsimile (818) 549-0990

Attorneys  for Defendant
JURIJUS KADAMOVAS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. 02-220 (B) -NM |
|  Plaintiff, | ) DEFENDANT JURIJUS KADAMOVAS' NOTICE OF |
| v. | ) MOTION; MOTION FOR A CONTINUANCE OF THE TRIAL |
| IOURI MIKHEL et al., | ) DATE; MEMORANDUM OF POINTS AND AUTHORITIES; |
|  Defendants, | ) DECLARATION OF COUNSEL; ) EXHIBITS |
| | ) Hearing Date:  TBD ) Hearing Time:  TBD |

TO: UNITED STATES ATTORNEY DEBRA WONG YANG AND ASSISTANT UNITED STATES ATTORNEYS ROBERT E. DUGDALE, SUSAN J. DE WITT, KAREN I. MEYER:

PLEASE TAKE NOTICE that on April 3, 2006, at 1:30 p.m., or at some other date to be set by this Court, defendant JURIJUS KADAMOVAS, by and through his counsel, Richard P. Lasting and Sonia E. Chahin, will bring on for hearing the following motion:

## MOTION

Defendant KADAMOVAS hereby requests that this Honorable Court grant a continuance of the trial date in this matter from July 11, 2006, to January 9,

4

2007, or as soon thereafter as the Court may be available. He also requests that this Honorable Court enter an order extending the dates related to the filing and hearing of all remaining Phase Four motions. According to the Court's order currently in place, the Phase Four motions are currently scheduled to be filed by April 17, 2006.

As further explained in the attached declaration of counsel, the basis for this request is defense counsel's need for additional time to prepare based on the complexity of the case, the voluminous amount of discovery materials, and the quantity of materials reviewed to date, and the substantial investigation and preparation which must be done to prior to the Capital trial in this matter. As further outlined in the attached declaration, defense counsel does not believe that she can be prepared to proceed in this matter on the current date trial date of July 11, 2006.

This motion is based upon the attached Memorandum of Points and Authorities, Exhibits, the Declarations of Counsel, all files and records in this case, and any such further information as may be adduced to the Court prior to ruling hereon.

Respectfully submitted,

DATED: March 15, 2006

SONIA E. CHAHIN
Attorney for Defendant
JURIJUS KADAMOVAS

RICHARD P. LASTING
Attorney for Defendant
JURIJUS KADAMOVAS

2

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### INTRODUCTION AND STATEMENT OF FACTS[1]

Defendant JURIJUS KADAMOVAS is presently pending trial before this Honorable Court on July 11, 2006, at 9:00 a.m.  Defendant KADAMOVAS is charged in a Second Superceding Indictment with offenses which, if convicted, subject him to the Federal Death penalty.  He is charged with Conspiracy to Engage in Hostage Taking Resulting in Death and three counts of Hostage Taking Result in Death related to the alleged abductions and subsequent murders of Meyer Muscatel, Rita Pekler, Alexander Umanksky, Nick Kharabadhze, and George Safiev.  He is also charged with additional counts, including Conspiracy to Launder Money and a Conspiracy to Escape from Custody.

On August 3, 2004, the Government filed its Notice of Intent to Seek the Death Penalty Against Defendant JURIJUS KADAMOVAS.  The Notice states that the Government proposes to prove that a sentence of death is justified based on the factors outlined therein, which include the following additional serious charges:  Defendant KADAMOVAS' alleged participation in two additional uncharged foreign murders, and one additional hostage taking in Los Angeles county.   The Notice states that the Government will seek to prove that Defendant  KADAMOVAS participated in the hostage taking resulting in death of Anton Popsuy-Shapko in Istanbul Turkey in November of 2000; that he participated in the hostage taking resulting in death of Valery Papou, in Pathos

---

[1]     The information contained in this section is based on the attached Declaration of Counsel.

Cyprus and elsewhere in November of 2001; and that he participated in the hostage taking of Armen Gyurdzhiyants in Los Angeles County in November of 2001. In sum, defendant KADAMOVAS must be prepared to defend himself at trial to charges alleging no less than 7 murders, two of which occurred outside of the United States, one hostage taking within the United States, in addition to the conspiracies described above.

Defense counsel Sonia E. Chahin was appointed to represent Mr. KADAMOVAS in this matter on November 28, 2005, after this Honorable Court relieved his prior attorney, Marcia Brewer, of her appointment. Mr. KADAMOVAS is also represented by Capital Counsel Richard Lasting. Based on the factors identified above, and further outlined below, both of Mr. KADAMOVAS' defense counsel have serious concerns regarding the adequacy of the time for pretrial preparation permitted to newly appointed counsel Sonia E. Chahin. Both counsel submit that in light of the current trial date, and the other complexities unique to this case, recently appointed counsel Sonia E. Chahin cannot be adequately prepared for the current trial date, and they are therefore requesting a six month continuance.

II.

FACTORS WARRANTING A CONTINUANCE

a.    Factual and Legal Complexity and Seriousness of the Charges at Guilt and Penalty Phase

Although the indictment charges only seven counts, the most serious charges at the heart of the indictment include 7 murders and one hostage taking. The fact that one indictment charges seven murders, without more, renders this case atypical in regard to the factual and legal complexities and the amount of preparation required prior to trial in this matter. Defendant' KADAMOVAS' preparation for trial will require that he be prepared to defend against each one of

those murders, in much the same manner as if he were tried in 7 separate murder cases. This complexity is further compounded because two of the killings alleged occurred outside of the United States, and therefore will require investigation outside of the country.

One demonstrable example of the resulting complexity based on the number of murders charged and the type of evidence which the Government will seek to present can be gleaned from reviewing the Government's Notice of Expert Witnesses. In its 25 page notice, the Government advises that it will be calling the following types of experts at trial: a Mitochondrial DNA Expert, two Nuclear DNA Experts, a Trace Evidence Expert, two Handwriting Experts, two Fingerprint Experts, a Chemistry Expert, a Toolsmark Expert, four Coroners, a Forensic Dental Examination Expert, a Toxicologist, a Money Laundering Expert, a Russian Language Specialist, various Forensic Audio, Video, and Image Analysts, various Cryptographic and Electronic Analysts and several Forensic Examiners from the Computer Analysis Response Team ("CART"). Defense counsel must not only review the discovery materials and reports prepared by these government experts, but must also determine whether any additional review or testing should be done by an expert hired by the defense. If the case proceeds to trial in July 2006, as scheduled, recently appointed counsel will have only have had approximately 8 months to prepare for trial in this matter. Based on factual and legal complexities of the charges, and the other factors outlined herein, this amount of time is simply insufficient, and additional time is required.

      b.    <u>Voluminous Nature of Discovery Materials and Time Required To Review Materials in Foreign Languages</u>

To say that the discovery materials provided by the Government in this matter are voluminous seems quite insufficient to describe the magnitude of the

5

materials which defense counsel must review to prepare this case for trial. The documentary materials exceed 75,000 (seventy-five thousand) pages. These 75,000 pages, however, are simply a fraction of the total materials which defense counsel must review. Defense counsel has attached a 51 (fifty-one) page master index of the non-documentary discovery materials provided by the Government[2]. These other non-documentary discovery materials include CD ROMs, electronic media, floppy disks, information from numerous computer hard drives[3], as well as audiotapes, videotapes, and DVDs.

As best as defense counsel has been able to ascertain to date, the non-documentary discovery materials include the following: approximately 121 (one hundred and twenty-one) audiotapes, 139 (one hundred and thirty-nine) CD ROMS, 29 (twenty-nine) DVDs, 117 (one hundred and seventeen) videotapes and information seized from the hard drives of numerous computers seized during the course of the investigation in this case. The quantity of information contained on each one of these pieces of media varies. For example, each one of the 139 CD ROMs provided, contains varying types and quantities of discovery materials, which may range from a few pictures, to several hundreds of pages of documents. As an illustrative example, one entry on page 25 of the 51 page index labeled 281-LA-229714-GJ-FA 72- Subpoenaed bank documents of

---

[2]   See 51 page Master Discovery Index attached as Exhibit A

[3]   Although defense counsel has not been able to ascertain the volume of the materials contained on the computer hard drives, she would note that the Government requested each defense counsel to provide 19 computer hard drives ranging in size from 1 GB to 39 GB. Based on this request, defense counsel believes that the discovery materials also include information copied from 19 computer hard drives seized during the investigation. Further based on the information contained in the Government's Notice of Expert Witnesses, it is apparent the Government will seek to introduce information seized from these computer hard drives at the trial in this matter. Defense counsel's preparation therefore must also include review and analysis of the information on the 19 computer hard drives.

Mikhel, Kadamovas is a CD ROM containing 866 pages of financial documents. Another entry on page 39 of the index, labeled 281H-1B 350 consists of 2 CD ROMS containing telephone calls of Alexsejus Markovskis. These two CD ROMs contain 124 audio files of telephonic conversations of varying lengths. These 3 CD ROMs alone contain materials which would require a substantial amount of time to review, yet these are only 3 of the 139 CD ROMS which must be reviewed, without accounting for all the additional media described in the 51 page index.

Further, there are also additional materials which must be reviewed which are not contained in the 51 page Master Discovery index. These materials include the transcripts and DVD's of the depositions of Government witnesses Andrei Liapine, Andrei Agueev, and Konstantinos Tezhik. The Government has also advised the defendants that it possess additional materials which are available to be reviewed, which the Government does not consider the be relevant. These materials include 3 boxes of Jamaican Bank documents.

An additional complication related to the review of the discovery materials is that there are a substantial number of documents and audio conversations in several foreign languages. Defense counsel's review to date has identified conversations in Russian, as well as Latvian. While it is impracticable to have all of the non-English materials translated into English, it has been necessary for counsel to meet with the foreign language interpreters to attempt to identify the materials which are pertinent to the defense and must be translated. This in and of itself is a cumbersome and time consuming process which adds to the time required to prepare for trial in this matter.

Based on the sheer quantity of materials to be reviewed in preparation of trial, defense counsel cannot be prepared to proceed on the date currently set in this case. Defense counsel would note that at the time of her appointment in this

matter she was aware of the quantity of the documentary discovery materials in this matter, i.e. approximately 70,000 pages of documents, but she was not aware of the quantity of non-documentary discovery materials which form a large part of the discovery in this case.   Further, even if defense counsel could somehow complete review of all of these materials prior to the July 11, 2006, trial date, there would be insufficient time for analysis of the materials, investigation and formulation of a theory of defense.  A complete review of the discovery materials does not mark the completion of defense counsel's work, but rather the beginning.  Indeed, based on the materials reviewed to date, defense counsel and Capital counsel have already identified substantial additional investigation which must be completed in this and in other countries.

Further, the preparation of this matter for trial requires a multi-tasking approach.   Defense counsel's preparation cannot simply be limited to sitting in a room and reviewing the discovery materials.   Adequate preparation requires that time be devoted to numerous tasks simultaneously.  These other tasks including meeting with Capital Counsel, meeting with paralegals and investigators, meeting with potential experts, meeting with the client to review discovery materials and discuss case status, conducting investigation, preparing motions and other filings, as well as traveling to view crime scenes and other remote locations.

Finally, defense counsel would also ask the Court to take into consideration that a substantial portion of the non-documentary discovery materials were only recently ordered from Copy Pro[4] and have yet to be reviewed by either counsel .  Upon appointment, defense counsel Sonia E. Chahin spent

---

[4]    As explained in a Declaration of Richard Lasting previously filed in conjunction with the Defendant's Request to Extend the Dates Related to the Filing of the Phase Three Motions, former counsel Marcia Brewer had undertaken the primary responsibility for obtaining the discovery materials from Copy Pro.

numerous hours organizing the discovery materials to ascertain whether all necessary discovery materials were included in the file obtained from prior counsel. That review disclosed that there were substantial additional discovery materials which needed to be obtained from Copy Pro and reviewed by both counsel in preparation of the trial in this matter. On January 16, 2006, defense counsel requested that Copy Pro duplicate additional discovery materials which included approximately 9 videotapes, 70 CD ROMS, and 505 pages of discovery materials. Although, Copy Pro gave counsel an estimate that it would take approximately 2 weeks to produce the materials, Copy Pro still has <u>not</u> provided all of the materials which were ordered on January 16, 2006. Based on the most recent conversation with the Owner/ manager of Copy Pro James Alegre, defense counsel were advised that all of the outstanding materials would be provided within the next week. Mr. KADAMOVAS submits that these facts further justify his request for additional time to prepare for trial.

> c.  <u>Defense Counsel's Obligations and Responsibilities in Other District Court Cases</u>

Defense counsel are both dedicating themselves to this case and are working as quickly as possible to prepare for trial in this matter. However, it would be unrealistic to believe that counsel have no prior commitments or obligations to fulfill to other courts. In that regard, defense counsel Sonia E. Chahin, is scheduled to begin trial on May 30, 2006, before the Honorable Percy Anderson in another complex matter, alleging two homicides and other serious charges. Although Government counsel in that matter previously gave a trial estimate of three weeks, he has recently stated that his estimate may be longer. This is an additional basis for requesting a continuance in Mr. KADAMOVAS' case.

d.    Severity of Penalty Sought and Resources Available to All Parties

As the Court is aware, the Government is seeking the ultimate penalty of death if Mr. KADAMOVAS is convicted of the charges alleged against him in this matter.  Further, the Government has had several years to prepare this case for trial and has three Assistant United States Attorneys assigned to assist in the prosecution of this case, as well as the assistance of numerous agents at their disposal to assist in the investigation.  Under all of the circumstances described above, Mr. KADAMOVAS submits that it is not unreasonable that he be granted an additional six moths to prepare for the trial in this matter.

III.
APPLICABLE LAW

The trial court has discretion to grant a defendant's request to continue a previously-scheduled trial date where it finds the interests of justice require such a continuance.  Factors the court may consider in determining whether such a continuance is necessary are: (1) the extent of the defendant's diligence in readying a defense; (2) the likelihood the continuance would have satisfied the defendant's need; (3) the inconvenience to the court; (4) the extent to which the defendant may be harmed if no continuance is granted.  United States v. Shirley, 884 F.2d 1130, 1134 (9th Cir. 1989)

The right to "due process of law", as guaranteed in the Fifth Amendment, and to "have the assistance of counsel", as stated in the Sixth Amendment, have been interpreted to mean effective assistance of counsel. See, Newberry v. Wingo, 449 F.2d 344 (6th Cir. 1971). It is not an accident that the Supreme Court has often addressed the issue of the effectiveness of counsel in the context of capital cases. See Strickland v. Washington, 466 U.S. 688 (1984).

10

13

To render effective assistance of counsel, there must be adequate time to prepare for a case. See Powell v Alabama, 287 U.S. 45 (1932). The duty to appoint counsel "is not discharged by an assignment at such time or under such circumstances as to preclude the giving of effective aid in the preparation and trial of the case." Id. The Supreme Court has said that while "the Constitution nowhere specifies any period which must intervene between the required appointment of counsel and trial, the denial of opportunity for appointed counsel to confer, to consult with the accused and to prepare his defense, could convert the appointment of counsel into a sham and nothing more than a formal compliance with the Constitution's requirement that an accused be given the assistance of counsel." Avery v Alabama, 308 U.S. 444, 446 (1940). See generally Dillon v. Duckworth, 751 F.2d 895 (7th Cir. 1985) (trial judge arbitrarily denied defense counsel's request for continuance, supported by affidavit attesting to his own incompetence, due to inexperience and personal crisis, and so abrogated petitioner's right to effective assistance of counsel that a retrial was warranted in capital murder case); United States v. Fessel, 531 F.2d 1275 (5th Cir. 1976) (refusal to grant continuance to permit defendant to secure materials necessary to insanity defense warranted reversal where continuance would have permitted defendant to secure his psychiatric records).

Obtaining time to properly prepare for representing a person facing death is essential. The necessary review of the materials, investigation, and preparation cannot be accomplished without the an additional time requested. Defense counsel face difficult and time-consuming tasks in capital cases. Since a person's life is at stake, counsel are required to exhaustively explore every factual and legal aspect of the "defendant's character...and any of the circumstances of the offense..." Lockett v. Ohio, 438 U.S. 586, 604 (1978), preparing in effect for two trials. A capital trial is different from all other cases, not just by degree, but by kind. In Ungar v. Sarafite, 376 U.S. 575

11

14

(1964), the Supreme Court explained:

> The matter of continuance is traditionally within the discretion of the trial judge, and it is not every denial of a request for more time that violates due process even if the party fails to offer evidence or is compelled to defend without counsel.... Contrariwise, a myopic insistence upon expeditiousness in the face of justifiable request for delay can render the right to defense with counsel an empty formality... Id. at 849-50.

Denial of a motion for continuance raises constitutional concerns "if there is an unreasoning and arbitrary insistence upon expeditiousness in the face of a justifiable request for delay." United States v. Gallo, 763 F.2d 1504, 1523 (6th Cir. 1985) (citation omitted), cert. denied, 474 U.S. 1068 (1986). See, e.g., United States v. King, 664 F.2d 1171, 1173 (10th Cir. 1981); United States v. Verderame, 51 F.3d 249 (11th Cir.1995); see also United States v. Poston, 902 F.2d 90, 96 (D.C. Cir. 1990) ("denial of a continuance to allow new counsel to prepare implicates the sixth amendment right to counsel.").

The granting of a continuance and affording reasonable time for preparation is "of special importance where the accused is represented by appointed counsel" in a capital case. Fugate v. Commonwealth, 72 S.W. 2d 47, 48 (Ky. 1934)

In this case, based on all of the factors outlined in Section I above, a continuance of the currently scheduled trial date is warranted in this matter. The primary concern that drives this request is defense counsel's need for sufficient enough time to adequately review the discovery materials, prepare a defense, and provide "effective assistance of counsel." See Strickland v. Washington, 466 U.S. 688 (1984).

## IV.
## CONCLUSION

For all of the foregoing reasons, defendant JURIJUS KADAMOVAS, hereby requests that this Honorable Court grant a continuance of the trial date in this matter from July 11, 2006, to January 9, 2007. He also requests that this Honorable Court enter an order extending the dates related to the filing and hearing of all remaining Phase Four motions.

Respectfully submitted,

DATED: March 15, 2006

SONIA E. CHAHIN
Attorney for Defendant
JURIJUS KADAMOVAS

RICHARD P. LASTING
Attorney for Defendant
JURIJUS KADAMOVAS

13

16

CERTIFICATE OF SERVICE

I, Sonia E. Chahin hereby state and declare:

That I am employed in the County of Los Angeles, State of California; that my business address is 2222 Foothill Blvd., #E-278, La Canada, California 91011; that I am over the age of eighteen and not a party to the within entitled action; that I am a member of the bar of this Court.

On March 15 2006, I served a copy of:

DEFENDANT JURIJUS KADAMOVAS' NOTICE OF MOTION; MOTION FOR A CONTINUANCE OF THE TRIAL AND EXTENDING THE DATE FOR FILING THE PHASE FOUR MOTIONS

Service was:

[ ]    Placed in a sealed envelope and mailed via United States Mail, addressed as follows:
[x]    By hand delivery addressed as follows:
[ ]    By facsimile as follows:
[ ]    By messenger as follows:

AUSA Robert E. Dugdale
AUSA Susan Dewitt
1500 United States Courthouse
312 North Soring Street
Los Angeles, CA 90012

Service was:

[ ]    Placed in a sealed envelope and mailed via United States Mail, addressed as follows:
[ ]    By hand delivery addressed as follows:
[ ]    By facsimile as follows:
[x]    By e-mail as follows

Michael M. Crain, Esq. (Capital Counsel)
Law Offices
P.O. Box 3730
Santa Monica, CA 90408
(310) 571-3324 Office
(310) 571-3354 FAX
michaelmcrain@aol.com

SEE ATTACHED SERVICE LIST

This Certificate is executed on March 15, 2006, at Glendale, California. I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

SONIA E. CHAHIN

United States v. Gilbert Saldana et al.
CR No. 04-415(A)-PA

Richard Lasting (Capital Counsel)
1717 4th Street, Suite 300
Santa Monica, CA 90401
(310) 576-6242 Office
(310) 576-6247 FAX
RPLasting@sbcglobal.net

Dale M. Rubin, Esq. (Capital Counsel)
Law Offices
2275 Huntington Drive, Suite 902
San Marino, CA 91108
(800) 695-3717 Office
(413) 228-0521 FAX
drubin@socal.rr.com

Richard Callahan, Esq.
230 E. Colorado Blvd., Suite 1200
Pasadena, CA  91101
(626) 202-4060 Office
(626) 794-4676 FAX
rmcallahanjr@earthlink.com

David R. Evans, Esq.  (Capital Counsel)
202 South Lake Avenue, Suite 230
Pasadena, CA 91101
(626) 432-5100 Office
(626) 432-5110 FAX
drlbrty@sbcglobal.net

George W. Buehler, Esq.
350 S. Grand Avenue, Suite 3900
Los Angeles, CA  90071
(213) 625-3900 Office
(213) 625-1600 FAX
buehler@geragos.com

Terry Amdur, Esq.
1939 Rose Villa Street
Pasadena, CA 91107
(626) 449-9254 Office
(626) 568-1277 FAX
tamdur@msn.com

## DECLARATION OF SONIA E. CHAHIN

I, Sonia E. Chahin, hereby state and declare as follows:

1.      I am an attorney in the Central District of California appointed to represent defendant JURIJUS KADAMOVAS in the above entitled action.

2.      Mr. Kadamovas is charged with offenses that potentially subject him, if convicted, to the death penalty. The Attorney General of the United States has authorized the seeking of the death penalty against the defendant.

3.      I was appointed to represent Mr. KADAMOVAS in this matter on November 28, 2005, after this Honorable Court relieved his prior attorney, Marcia Brewer, of her appointment. Mr. KADAMOVAS is also represented by Capital Counsel Richard Lasting.

4.      I have prepared this declaration in support of a request that this Honorable Court grant a continuance of the trial date in this matter from July 11, 2006, to January 9, 2007 and enter an order extending the dates related to the filing and hearing of all remaining Phase Four motions.

5.      Based on the factors identified in the motion, Richard Lasting and I both have serious concerns regarding the adequacy of the time for pretrial preparation permitted to me if the case proceeds as currently scheduled on July 11, 2006.  I believe that in light of the current trial date, and the other complexities unique to this case, I cannot be adequately prepared for the current trial date, and they are therefore requesting a six month continuance.

6.      I believe that the fact that this one indictment charges seven murders, without more, renders this case atypical in regard to the factual and legal complexities and the amount of preparation required prior to trial in this matter.

7.      The Government has filed its Notice of Expert Witnesses which states that it will be calling the following types of experts at trial: a Mitochondrial DNA

Expert, two Nuclear DNA Experts, a Trace Evidence Expert, two Handwriting Experts, two Fingerprint Experts, a Chemistry Expert, a Toolsmark Expert, four Coroners, a Forensic Dental Examination Expert, a Toxicologist, a Money Laundering Expert, a Russian Language Specialist, various Forensic Audio, Video, and Image Analysts, various Cryptographic and Electronic Analysts and several Forensic Examiners from the Computer Analysis Response Team ("CART"). For purposes of preparation, defense counsel must not only review the discovery materials and reports prepared by these government experts, but must also determine whether any additional review or testing should be done by an expert hired by the defense. If the case proceeds to trial in July 2006, as scheduled, I will have only have had approximately 8 months to prepare for trial in this matter. Based on factual and legal complexities of the charges, and the other factors outlined herein, this amount of time is simply insufficient, and additional time is required.

8. Defense counsel must review voluminous materials to prepare this case for trial. The documentary materials exceed 75,000 (seventy-five thousand) pages. These 75,000 pages, however, are simply a fraction of the total materials which defense counsel must review. The attached 51 (fifty-one) page master index of the non-documentary discovery materials was provided by the Government. The list identifies the other non-documentary discovery materials which include CD ROMs, electronic media, floppy disks, information from numerous computer hard drives, as well as audiotapes, videotapes, and DVDs.

9. As best as I have been able to determine, the non-documentary discovery materials include the following: approximately 121 (one hundred and twenty-one) audiotapes, 139 (one hundred and thirty-nine) CD ROMS, 29 (twenty-nine) DVDs, 117(one hundred and seventeen) videotapes and information seized from the hard drives of numerous computers seized during the course of the investigation in this case. The quantity of information contained on each one of

these pieces of media varies. For example, each one of the 139 CD ROMs provided, contains varying types and quantities of discovery materials, which may range from a few pictures, to several hundreds of pages of documents. As an illustrative example, one entry on page 25 of the 51 page index labeled 281-LA-229714-GJ-FA 72- Subpoenaed bank documents of Mikhel, Kadamovas is a CD ROM containing 866 pages of financial documents. Another entry on page 39 of the index, labeled 281H-1B 350 consists of 2 CD ROMS containing telephone calls of Alexsejus Markovskis. These two CD ROMs contain 124 audio files of telephonic conversations of varying lengths. These 3 CD ROMs alone contain materials which would require a substantial amount of time to review, yet these are only 3 of the 139 CD ROMS which must be reviewed, without accounting for all the additional media described in the 51 page index.

10.    Although I have not been able to ascertain the volume of the materials contained on the computer hard drives, based on my review of the discovery letters, I have seen that the Government requested each defense counsel to provide 19 computer hard drives ranging in size from 1 GB to 39 GB. Based on this request, I believe that the discovery materials also include information copied from 19 computer hard drives seized during the investigation. Further based on the information contained in the Government's Notice of Expert Witnesses, it appears that the Government will seek to introduce information seized from these computer hard drives at the trial in this matter. Therefore I believe that my preparation must also include review and analysis of the information on the 19 computer hard drives.

11.    I have also determined that there are also additional materials which must be reviewed which are not contained in the 51 page Master Discovery index. These materials include the transcripts and DVD's of the depositions of Government witnesses Andrei Liapine, Andrei Agueev, and Konstantinos Tezhik. The Government has also advised the defendants that it possess additional

- 3 -

materials which are available to be reviewed, which the Government does not consider the be relevant. These materials include 3 boxes of Jamaican Bank documents.

12. An additional complication related to the review of the discovery materials is that there are a substantial number of documents and audio conversations in several foreign languages. My review to date has identified conversations in Russian, as well as Latvian. While it is impracticable to have all of the non-English materials translated into English, it has been necessary for Richard Lasting and I to meet with a foreign language interpreter to attempt to identify the materials which are pertinent to the defense and must be translated. This in and of itself is a cumbersome and time consuming process which adds to the time required to prepare for trial in this matter.

13. Based on the sheer quantity of materials to be reviewed in preparation of trial, I do not believe I can be prepared to proceed on the date currently set in this case. At the time of my appointment in this matter, I was aware of the quantity of the documentary discovery materials in this matter, i.e. approximately 70,000 pages of documents, but I was not aware of the quantity of non-documentary discovery materials which form a large part of the discovery in this case. Further, even if I could somehow complete review of all of these materials prior to the July 11, 2006, trial date, there would be insufficient time for analysis of the materials, investigation and formulation of a theory of defense. A complete review of the discovery materials does not mark the completion of my work, but rather the beginning. Indeed, based on the materials reviewed to date, Richard Lasting and I have already identified substantial additional investigation which must be completed in this and in other countries.

14. Further, the preparation of this matter for trial requires a multi-tasking approach. My preparation cannot simply be limited to sitting in a room

-4-

and reviewing the discovery materials. Adequate preparation requires that time be devoted to numerous tasks simultaneously. These other tasks including meeting with Capital Counsel, meeting with paralegals and investigators, meeting with potential experts, meeting with the client to review discovery materials and discuss case status, conducting investigation, preparing motions and other filings, as well as traveling to view crime scenes and other remote locations.

15.    I would also ask the Court to take into consideration that a substantial portion of the non-documentary discovery materials were only recently ordered from Copy Pro[1] and have yet to be reviewed by either counsel . Upon appointment, I spent numerous hours organizing the discovery materials to ascertain whether all necessary discovery materials were included in the file obtained from prior counsel. That review disclosed that there were substantial additional discovery materials which needed to be obtained from Copy Pro and reviewed by both counsel in preparation of the trial in this matter.  On January 16, 2006, Richard Lasting and I  requested that Copy Pro duplicate additional discovery materials which included approximately 9 videotapes, 70 CD ROMS, and 505 pages of discovery materials. Although, Copy Pro gave counsel an estimate that it would take approximately 2 weeks to produce the materials, Copy Pro still has not  provided all of the materials which were ordered on January 16, 2006. Based on the most recent conversation I had with the Owner/ manager of Copy Pro James Alegre, I was advised that all of the outstanding materials would be provided within the next week.

16.    I am working as quickly as possible to prepare for trial in this matter, but I do have prior commitments and obligations to fulfill to other courts. In that

---

[1]    As explained in a Declaration of Richard Lasting previously filed in conjunction with the Defendant's Request to Extend the Dates Related to the Filing of the Phase Three Motions, former counsel Marcia Brewer had undertaken the primary responsibility for obtaining the discovery materials from Copy Pro.

-5-

regard, I am scheduled to begin trial on May 30, 2006, before the Honorable Percy Anderson in another complex matter, alleging two homicides and other serious charges.

17. For all the foregoing reasons, I am hereby requesting that this Honorable Court grant a continuance of the trial date in this matter from July 11, 2006, to January 9, 2007. I am also requesting that the Court enter an order extending the dates related to the filing and hearing of all remaining Phase Four motions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this **15** day of March of 2006, at Glendale, California.

_____
SONIA E. CHAHIN

- 6 -

EXHIBIT A

25

# MASTER SET

*update*
1/9/06

## 281H-LA-229714

1A 149: PHOTOGRAPHS & NEGATIVES DOCUMENTING THE SEARCH OF: 2002 MERCEDES M155 VIN 4JGAB74E62A290234

1A 150: PHOTOGRAPHS & NEGATIVES DOCUMENTING THE SEARCH OF 1992 NISSAN QUEST VIN 4N2DN11W2PD801010

1A 151: PHOTOGRAPHS & NEGATIVES DOCUMENTS THE SEARCH OF BMW 850I VIN WBAEG2310NCB74240

1A 152: PHOTOGRAPHS & NEGATIVES DOCUMENTING THE SEARCH OF JEEP CHEROKEE SPORT VIN NUMBER 1J4FT68S0SL616836

1A 153: PHOTOGRAPHS & NEGATIVES DOCUMENTING THE SEIZURE & TRANSPORT OF 2002 MERCEDES ML55-VIN 4JGAB74E62A290234 1992 NISSAN QUEST VIN 4N2DN11W2PD801010

1A 158: PHOTOS FROM SURVEILLANCE 02/17/02 VENTURA BLVD ENCINO CA

1A 172: ONE SET PHOTOGRAPHS AND ARREST OF NEGATIVES FOR AUTOPSY OF JOHN DOE, CONDUCTED AT THE STOCKTON MORGUE

1A 175: PHOTOGRAPHS & NEGATIVES OF THE SEARCH OF THE TURNOUT AT NEW MELONES RD & HWY 49 ON 03/01/02

1A 178: 1 ROLL OF FILM, 1 SET OF PHOTOS & 1 PHOTO LOG OF THE 2ND BODY RECOVERED AT NEW MELONES RESERVOIR AT THE HWY 49 BRIDGE ON 3/17/02 (PHOTOS OF BODY BEING RECOVERED)

1A 179: PHOTO LOG, NEGATIVES, 1 SET OF PHOTOGRAPHS OF AUTOPSY -UNSUB#1; ROLL NUMBER 3

1A 180: PHOTO LOG, NEGATIVES AND 1 SET OF PHOTOS OF AUTOPSY ON UNSUB#1; ROLL NUMBER 2

1A 181: PHOTO LOG, NEGATIVES AND 1 SET OF PHOTOS OF AUTOPSY ON UNSUB#1 AND #2; ROLL #1

1A 182: PHOTO LOG, NEGATIVE, 1 SET OF PHOTOS OF BODY-UNSUB #3 AT MORGUE

1A 183: ONE SET OF PHOTOGRAPHS & ONE SET OF NEGATIVES OF AUTOPSY FOR JANE DOE #1, CONDUCTED AT STOCKTON MORGUE; ROLL#4

1A 186: PHOTO LOG, 1 SET OF PHOTOS, NEGATIVES FROM BODY RECOVERY, NEW MELONES LAKE, PARROTS FERRY BRIDGE

1A 187: ONE SET OF PHOTOGRAPHS AND ONE SET OF NEGATIVES FOR AUTOPSY OF JANE DOE, CONDUCTED AT THE STOCKTON MORGUE; ROLL# 5

26

1A 188: ONE SET OF PHOTOGRAPHS AND ONE SET OF NEGATIVES FOR AUTOPSY OF JANE DOE #1, CONDUCTED AT THE STOCKTON MORGUE ROLL#6

1A 189: 1 SET PHOTOS, PHOTO LOG & NEGATIVES ON BODY RECOVERY AT NEW MELONES RESERVOIR PARROTS FERRY BRIDGE ON 3/18/02

1A 190: PHOTO LOG, 1 SET OF PHOTOGRAPHS AND NEGATIVES FROM BODY RECOVERY, PARROTS FERRY BRIDGE, NEW MELONES LAKE-MORGUE

1A 191: PHOTO LOG, NEGATIVES & 1 SET OF PHOTOS OF AUTOPSY OF UNSUB#2; ROLL #5

1A 192: PHOTO LOG, NEGATIVES & 1 SET OF PHOTOGRAPHS OF AUTOPSY, UNSUB #1 & #2; ROLL #4

1A 193: 2 ROLLS OF FILM & 1 SET OF PRINTS & PHOTO LOGS-OF THE RECOVERY OF THE 1ST BODY AT NEW MELONES RESERVOIR AT THE HWY 49 BRIDGE

1A 194: ONE SET OF PHOTOGRAPHS AND NEGATIVES OF AUTOPSY FOR JOHN DOE #3, CONDUCTED AT STOCKTON MORGUE; ROLL #3

1A 195: ONE SET OF PHOTOS AND ONE SET OF NEGATIVES FOR AUTOPSY OF JOHN DOE #3, CONDUCTED AT THE STOCKTON MORGUE; ROLL #7

1A 196: ONE SET OF PHOTOS AND ONE SET OF NEGATIVES FOR AUTOPSY OF JOHN DOE #3, CONDUCTED AT THE STOCKTON MORGUE; ROLL 5

1A 217: PHOTOS OF FLEX CUFF (BROKEN) FOUND NEAR NEW MELONES LAKE

1A 218: PHOTOS OF 3RD SUBJECT RECOVERED FROM NEW MELONES LAKE (NEGATIVES INCLUDED)

1A 219: PHOTOS OF FIRST SUBJECT RECOVERED FROM NEW MELONES LAKE (NEGATIVES INCLUDED)

1A 246: PHOTOS-SEARCH OF 2001 YUKON-UMANSKY; ONE OF TWO

1A 247: PHOTOS-SEARCH OF 2001 YUKON-UMANSKY; TWO OF TWO

1A 249: PHOTOS AND NEGS OF SEARCH WARRANT EXECUTED AT 1243 NORTH MANSFIELD AVENUE, APT 6, LOS ANGELES, CA 2/19/02

1A 264: PHOTOS OF 4320 MAMMOTH # 103 SHERMAN OAKS, CA; 2 OF 2

1A 265: PHOTOS OF 4320 MAMMOTH #103 SHERMAN OAKS, CA

1A 266: SEARCH PHOTOS OF RED LINCOLN TOWN CAR CA LIC PLATE 35N2009

1A 267: PHOTOS OF WHITE LINCOLN NAVIGATOR WITH LIC PLATE 4NRY544 FROM SEARCH

27

1A 291: PHOTOS-SEARCH OF DABBS RESIDENCE

1A 302: FILM DEVELOPED FROM EVIDENCE, HOME OF IOURI MIKHEL

1A 303: FILM DEVELOPED FROM EVIDENCE, HOME OF IOURI MIKHEL

1A 304: FILM DEVELOPED FROM EVIDENCE; HOME OF IOURI MIKHEL

1A 305: FILM DEVELOPED FROM EVIDENCE, HOME OF IOURI MIKHEL

1A 306: FILM DEVELOPED FROM EVIDENCE, HOME OF IOURI MIKHEL

1A 307: FILM DEVELOPED FROM EVIDENCE, HOME OF IOURI MIKHEL

1A 308: FILM DEVELOPED FROM EVIDENCE, HOME OF IOURI MIKHEL

1A 309: FILM DEVELOPED FROM EVIDENCE, HOME OF IOURI MIKHEL

1A 310: FILM DEVELOPED FROM EVIDENCE, HOME OF IOURI MIKHEL

1A 311: FILM DEVELOPED FROM EVIDENCE , HOME OF IOURI MIKHEL

1A 312: FILM DEVELOPED FROM EVIDENCE, HOME OF IOURI MIKHEL

1A 313: FILM DEVELOPED FROM EVIDENCE, HOME AT IOURI MIKHEL

1A 314: FILM DEVELOPED FORM EVIDENCE HOME OF IOURI MIKHEL

1A 315: FILM DEVELOPED FROM EVIDENCE, HOME OF IOURI MIKHEL

1A 316: FILM DEVELOPED FROM EVIDENCE, HOME OF IOURI MIKHEL

1A 320: PHOTOS DURING SURVEILLANCE OF ALTMANIS IS, KADAMOVAS AND KRYLOV ON 2/18/02

281H-LA-229714-1B

1B Evidence @ Copy Pro (Photo A)

1B-12:    (Photo of Original) PHOTOGRAPH OF ENVELOPE SEIZED FROM
          WESLIN, ENCINO, CA, WITH "(818) 259-1740" WRITTEN ON
          IT.

1B-291:   (Photo of original) SAFIEV'S DRIVER'S LICENSE

1B-292:   (Photos of original) VISA CARD - SAFIEV (front/back)

1B-294:   (Photos of original) WALLET (inside/outside)

1B-295:   (Photo of original) PLASTIC BAG

1B-296:   (Photo of original) KHARABADZE DRIVER'S LICENSE

1B-297:   (Photos of original) AMERICAN EXPRESS CARD - SAFIEV
          (front/back)

29

281H-LA-229714

1B Evidence @ Copy Pro (Photo B)

1B-34:      Item 48-(Photo of original) DUBAI BANK INSTRUCTIONS
            USED DURING UMANSKY'S KIDNAPPING

1B-42:      Item 30-(Photo of original) HANDWRITTEN NOTE WITH MONEY
            BREAKDOWN INCLUDING "PETRO" (P1/P2)

1B-42:      Item 69-(Photos (2) of original) COPY OF THOMAS GUIDE
            MAP/WOODMAN AND VENTURA MARKED

1B-52:      Item 3-(Photos of original) HANDWRITTEN NOTE W/EMAIL
            ADDRESS; "RAUL135" AND "EOTLEM" & FAX #'S & 095 PHONE
            #'S ON BACK (front/back)

1B-52:      Item 5-(Photo of original) HANDWRITTEN RANSOM NOTE IN
            RUSSIAN

1B-52:      Item 6-(Photo of original) HANDWRITTEN LIST WITH NAMES
            OF GEORGIOS SAFIEV'S BANK ACCOUNTS, ACCOUNT #'S AND
            PINS

1B-52:      Item 7-(Photo of original) HANDWRITTEN LIST WITH
            W/SAFIEV'S NAME & LA & FOREIGN ADDRESSES

1B-52:      Item 8-(Photo of original) HANDWRITTEN LIST WITH NICK
            KHARABADZE'S ADDRESSES & PHONE #'S

1B-52:      Item 9-(Photo of original) HANDWRITTEN NOTE W/NAME URAL
            VISHNEVSKY, RON SHELTON, AND STRINGFELLOW

1B-52:      Item 17-(Photos of original) QUALEX CUSTOMER RELATIONS
            ACTION REQUEST RECEIPT FOR ALEX BENDER 23523 CALVERT
            ST., (310) 993-6748, FOR FILM DEVELOPING & TEAR OFF
            RECEIPT

1B-113:     Item 14-(Photo of original) THOMAS GUIDE MAP PAGE WITH
            "MARGARITA" MARKED AND ADDRESS OF "222559 MARGARITA"
            AND CAR MAKES ON BACK (back only)

1B-119:     Item 14-(Photo of original) PAPER WITH "CREDIT AGRICOLE
            INDOSUEZ SA ZURICH SWITZERLAND 14.02.02" WRITTEN ON IT

281H-LA-229714

1B Evidence @ Copy Pro (Photo C)

1B-197:    (Photos (3) of Original) CROSS-CHAIN/KHARABADZE

1B-188:    (Photo of Original) 45 LB. WEIGHT/KHARABADZE

1B-212:  · (Photo of Original) ROPE/UMANSKY

1B-211:    (Photos (2) of Original) FLEX CUFF-RIGHT LEG/UMANSKY

1B-206:    (Photos (2) of Original) ROPE/SAFIEV

1B-200:    (Photos (2) of Original) FLEX CUFF-ANKLE/SAFIEV

1B-222:    (Photos (2) of Original) 25 LB WEIGHT/PEKLER

1B-221:    (Photo of Original) ROPE/PEKLER

1B-221:    (Photos (2) of Original) ROPE-WEIGHT/PEKLER

1B-220:    (Photos (2) of Original) RECOVERY ROPE/PEKLER

1B-206:    (Photos (2) of Original) ROPE/KHARABADZE

1B-200:    (Photos (2) of Original) FLEX CUFF/KHARABADZE

1B-224:    (Photos (3) of Original) ROPE-WRISTS-ARMS/PEKLER

1B-65:    (Photos (2) of Original) TWO (2) RIFLES

1B-64:    (Photos (2) of Original) TWO (2) RIFLES

1B-63:    (Photo of Original) AIR RIFLE

1B-61:    (Photo of Original) MOSSBERG 12 GAUGE

1B-62:    (Photo of Original) REMINGTON RIFLE W/SCOPE

1B-54:    (Photo of Original) WALTHER .380

1B-53:    (Photo of Original) H&K .45 CALIBER

1B-50:    (Photo of Original) BERRETTA 9MM

1B-49:    (Photo of Original) SIG SAUER .40

1B-48:    (Photo of Original) GLOCK 22 CONVERSION KIT

1B-47:    (Photo of Original) GLOCK 19/22/23 CONVERSION KIT

1B-46:    (Photo of Original) TAURUS .38 CALIBER REVOLVER

31

```
1B-45:      (Photo of Original) RAVEN .25 CALIBER

1B-44:      (Photo of Original) GLOCK .45 CALIBER

1B-88:      (Photo of Original) SMITH & WESSON .38 SPECIAL

1B-84:      (Photo of Original) RUGER P89DC w/MAG

1B-60:      (Photo of Original) GLOCK 23 w/HOLSTER

1B-59:      (Photo of Original) SMITH & WESSON 9mm

1B-58:      (Photo of Original) COLT .380

1B-57:      (Photo of Original) SIG SAUER P226

1B-56:      (Photo of Original) H&K 9mm

1B-55:      (Photo of Original) BERETTA

1B-294:     (Photo of Original) WALLET REC'D FROM PANIOUCHKINE

1B-295:     (Photo of Original) PLASTIC BAG REC'D FROM PANIOUCHKINE

1B-314:     (Photo of Original) PLASTIC CUFF FOUND AT COLUMBIA INN

1B-176:     (Photo of Original) HEATER (BOX ONLY)

1B-175:     (Photo of Original) Item 3-PLASTIC TIES

1B-175:     (Photo of Original) Item 3-PLASTIC TIES

1B-175:     (Photo of Original) Item 23-ROPE

1B-175:     (Photo of Original) Item 23-ROPE

1B-140:     (Photo of Original) TARP

1B-148:     (Photo of Original) CARDBOARD

1B-177:     (Photo of Original) 23 AUDIO TAPES

1B-154:     (Photo of Original) HEATER

1B-240:     (Photo of Original) Item 1,2,3-PEKLER's ROBE, NAIL
            FILE, and HAIR BAND

1B-240:     (Photo of Original) Item 1-PEKLER's ROBE


1B-126:     (Photo of Original) DVD SCREEN
```

```
1B-126:     (Photo of Original) DVD SCREEN
```

1B-125:    (Photo of Original) DVD SCREEN

1B-125:    (Photo of Original) DVD SCREEN

1B-124:    (Photo of Original) DVD SCREEN

1B-124:    (Photo of Original) DVD SCREEN

1B-124:    (Photo of Original) DVD SCREEN

1B-121:    (Photo of Original) DVD SCREEN

1B-121:    (Photo of Original) DVD SCREEN

1B-122:    (Photo of Original) DVD SCREEN

1B-122:    (Photo of Original) DVD SCREEN

1B-123:    (Photo of Original) DVD SCREEN

1B-123:    (Photo of Original) DVD SCREEN

1B-248:    (Photo of Original) ITEMS FROM MUSCATEL's FORD EXPLORER

1B-248:    (Photo of Original) ITEMS FROM MUSCATEL's FORD EXPLORER

1B-248:    (Photo of Original) ITEMS FROM MUSCATEL's FORD EXPLORER

1B-248:    (Photo of Original) ITEMS FROM MUSCATEL's FORD EXPLORER

1B-248:    (Photo of Original) ITEMS FROM MUSCATEL's FORD EXPLORER

1B-248:    (Photo of Original) ITEMS FROM MUSCATEL's FORD EXPLORER

1B-248:    (Photo of Original) ITEMS FROM MUSCATEL's FORD EXPLORER

1B-248:    (Photo of Original) ITEMS FROM MUSCATEL's FORD EXPLORER

1B-248:    (Photo of Original) ITEMS FROM MUSCATEL's FORD EXPLORER

1B-248:    (Photo of Original) ITEMS FROM MUSCATEL's FORD EXPLORER

1B-172:    (Photo of Original) WEIGHTS

1B-172:    (Photo of Original) WEIGHTS

1B-172:    (Photo of Original) WEIGHTS

1B-172:    (Photo of Original) WEIGHTS

1B-172:    (Photo of Original) WEIGHTS

1B-111:    (Photo of Original) FAX MACHINE

33

1B-70:      (Photo of Original) FAX MACHINES

1B-71:      (Photo of Original) PDA AND ACCESSORIES

1B-71:      (Photo of Original) PDA AND ACCESSORIES

1B-150:     (Photo of Original) 2 VACUUM FILTERS

1B-286:     (Photo of Original) SHOES

1B-285:     (Photo of Original) SHOES

1B-283:     (Photo of Original) FLIP FLOPS

1B-282:     (Photo of Original) HIKING BOOTS

1B-281:     (Photo of Original) SNEAKERS

1B-280:     (Photo of Original) FLIP FLOPS

1B-279:     (Photo of Original) BOOTS

1B-278:     (Photo of Original) BOOTS

1B-277:     (Photo of Original) BOOTS

1B-284:     (Photo of Original) SNEAKERS

1B-31:      (Photo of Original) CIGARS, HAT, SNEAKERS

1B-31:      (Photo of Original) DAGGER

1B-31:      (Photo of Original) WEAPON

1B-100:     (Photo of Original) 3 BAGS

1B-100:     (Photo of Original) 3 BAGS

1B-99:      (Photo of Original) 2 BAGS

1B-98:      (Photo of Original) 2 BAGS

1B-97:      (Photo of Original) 2 BAGS

1B-95:      (Photo of Original) 4 BAGS

1B-94:      (Photo of Original) 4 BAGS

1B-167:     (Photo of Original) CLOSET ROD

1B-167:     (Photo of Original) CLOSET ROD

1B-67:      (Photo of Original) ONE ROLL OF PLASTIC W/TORN EDGE

1B-67:      (Photo of Original) ONE ROLL OF PLASTIC W/TORN EDGE

1B-158:     (Photo of Original) CARPET FRAGMENT

1B-15:      (Photo of Original) DIRT DEVIL

1B-16:      (Photo of Original) SNEAKERS

1B-118:     (Photo of Original) HEAD REST/UMANSKY's VEHICLE

1B-27:      (Photo of Original) FAX MACHINE

1B-18:      (Photo of Original) VACUUM CLEANER

1B-18:      (Photo of Original) VACUUM CLEANER

35

281H-LA-229718

1B Evidence @ Copy Pro (Photo D)

1B-20:      (Photo of Original) Item #7 TORN NOTE

1B-20:      (Photo of Original) Item #7 TORN NOTE

1B-20:      (Photo of Original) Item #9 TORN NOTE

1B-20:      (Photo of Original) Item #10 TORN NOTE

1B-20:      (Photo of Original) Item #8 TORN NOTE

1B-20:      (Photo of Original) Item #11 PHONE BILL

1B-119:     (Photo of Original) Item #14 MAP (FRONT-CLOSEUP)

1B-119:     (Photo of Original) Item #14 MAP (FRONT)

1B-119:     (Photo of Original) Item #14 MAP (BACK)

1B-119:     (Photo of Original) Item #14 MAP (BACK)

1B-20:      (Photo of Original) Item #9 TORN NOTE

1B-20:      (Photo of Original) Item #9 TORN NOTE

1B-20:      (Photo of Original) Item #9 TORN NOTE

1B-20:      (Photo of Original) Item #9 TORN NOTE

1B-20:      (Photo of Original) Item #8 TORN LETTER

1B-43:      (Photo of Original) Item #36 TOOTH IN MATCHBOX

1B-43:      (Photo of Original) Item #36 TOOTH IN MATCHBOX

1B-35:      (Photo of Original) Item #17,18,25,26 CELLPHONES

1B-30:      (Photo of Original) CELLPHONE

1B-14:      (Photo of Original) 3 CELLPHONES

1B-30:      (Photo of Original) CELLPHONE

1B-30:      (Photo of Original) Item #41 RECORDER

1B-30:      (Photo of Original) CELLPHONES

1B-35:      (Photo of Original) DIGITAL RECORDERS/TAPE

1B-35:      (Photo of Original) DIGITAL RECORDERS/TAPE

1B-35:      (Photo of Original) Item #2 2-WAY RADIOS

1B-35:      (Photo of Original) Item #24 CAMERA

1B-34:      (Photo of Original) Item #52 STAMPS

1B-34:      (Photo of Original) Item #52 METAL CASE

1B-42:      (Photo of Original) Item #53

1B-42:      (Photo of Original) Item #60

1B-42:      (Photo of Original) Item #34 TRANSMITTER

1B-342:     (Photo of Original) Footprint on BMW car mat

1B-343:     (Photo of Original) Mark on BMW car mat

37

7A-LA-229216

1B Evidence @ Copy Pro (Photo E)

1B-45:        (Photo of Originals) Item 1

1B-45:        (Photo of Originals) Item 2

1B-41:        (Photo of Originals) Item 6

1B-41:        (Photo of Originals) Item 3

1B-41:        (Photo of Originals) Item 7

1B-41:        (Photo of Originals) Item 7

1B-41:        (Photo of Original) Item 7

1B-43:        (Photo of Original) Item 4

1B-43:        (Photo of Original) Item 8

1B-43:        (Photo of Original) Item 2

1B-43:        (Photo of Originals) Item 5

1B-43:        (Photo of Original) Item 1

1B-43:        (Photo of Originals) Item 9

1B-43:        (Photo of Originals) Item 11

1B-43:        (Photo of Original) Item 11

1B-119':     Item 14-(Photo of original) THOMAS GUIDE MAP PAGE WITH
             "MARGARITA" MARKED AND ADDRESS OF "222559 MARGARITA"
             AND CAR MAKES ON BACK (front only)

38

2B1H-LA-229714

1A & 1B Evidence @ Copy Pro (Photo F)

1A-428 - Muscatel Crime Scene

1A-429 - Muscatel Crime Scene

1A-430 - Muscatel Crime Scene

1A-431 - Muscatel Crime Scene

1B-344 - Photos of Items Purchased at Home Depot by SA Perez, which reflect receipt found in Petro Krylov's car.

REVISED (1 of 3)

1D A/V Evidence @ CopyPro

281H-LA-229714

1D-1.   Cassette recording of Nick Kharabadze's voicemail messages left on (818) 731-4324.

1D-2.   Title III

1 cassette tape of calls to/from (818) 262-9422.

63 cassette tapes of calls to/from (818) 404-1088.

20 cassette tapes of calls to/from (310) 993-6748.

1 CD-ROM of calls to/from (818) 789-8581. (Two (2) produced from one (1) for recipients)

1D-3.   Video tape of 03/17/2002 victim recovery from New Melones Reservoir. (Part 1 of 2).

1D-4.   Video tape of 03/17/2002 victim recovery from New Melones Reservoir. (Part 2 of 2).

1D-5.   Video tape of 03/16/2002 victim recovery from New Melones Reservoir.

1D-6.   Audio cassette of LAPD interview with Ainar Altmanis (Tape #279476).

1D-7.   Audio cassette of LAPD interview with Ainar Altmanis (Tape #279477).

1D-8.   Two (2) audio cassettes of LAPD interview with Ainar Altmanis (A-Tape #279478 and B-Tape #279480).

1D-9.   Audio cassette of LAPD interview with Ainar Altmanis (Tape #279479).

1D-11. Video tape of Natalya phone purchase at Affordable Portables on 01/12/2002.  (NAVCO system.  Cannot be viewed on conventional VCRs.)

1D-12. Audio cassette of Irina Prishedko making kidnapping complaint to LAPD West Valley on 12/14/2001.

Umansky ransom demand telephone calls - 26 cassette tapes

40

REVISED (2 8 9)

1D-13. Tape 1 - December 15, 2001
1D-14. Tape 2 - December 15, 2001
1D-15. Tape 3 - blank (accidently erased by SA Davidson)
1D-16. Tape 4 - December 15, 2001
1D-17. Tape 5 - December 15, 2002
1D-18. Tape 6 - blank (accidently erased by SA Davidson)
1D-19. Tape 7 - December 16, 2002
1D-20. Tape 8 - December 16, 2002
1D-21. Tape 9 - December 16, 2002
1D-22. Tape 10 - December 16, 2002
1D-23. Tape 11 - December 16, 2002
1D-24. Tape 12 - December 16, 2002
1D-25. Tape 13 - December 16, 2002
1D-26. Tape 14 - December 16, 2002
1D-27. Tape 15 - December 16, 2002
1D-28. Tape 16 - December 16, 2002
1D-29. Tape 17 - December 17, 2002
1D-30. Tape 18 - December 17, 2002
1D-31. Tape 19 - December 18, 2002
1D-32. Tape 20 - December 19, 2002
1D-33. Tape 21 - December 19, 2002
1D-34. Tape 22 - December 21, 2002
1D-35. Tape 23 - December 21, 2002
1D-36. Tape 24 - December 27, 2002
1D-37. Tape 25 - December 27, 2002
1D-38. Tape 26 - January 16, 2002

1D-39. Video tape of 03/16/2002 surveillance of Alexei Markovskis

1D-40. Video tape of 12/31/2001 from LAX CCTV of Parking Lot C depicting drop-off of Umanksy vehicle.

1D-41. Video tape of 12/12/2001 purchase of Ian Polack cell phone at AT&T Wireless, 21108 Ventura Blvd., Woodland Hills, CA.

1D-42. Video tape of 03/17/2002 recovery of bodies in Tuolumne County, CA.

1D-43. Video tape of 03/18/2002 recovery of bodies in Tuolumne County, CA.

1D-44. Two (2) video tapes of 03/19/2002 recovery of bodies in Tuolumne County, CA.

1D-45. Video tape of recovery location - 02/28/2002.

1D-46. Video tape of recovery location - 03/16/2002.

41

REVISED (3 of 3)

1D-47. Video tape of recovery of Umansky and Pekler - 03/18/2002 and 03/19/2002.

7A-LA-229216

Title III (1D2-1D5)

1D-2.   Cassette tape of telephone interceptions for telephone number: (818) 259-1740 (There were no outgoing or incoming telephone calls.)

1D-3.   Cassette tape of telephone interceptions for telephone number: (818) 266-2281 (There were no outgoing or incoming telephone calls.)

1D-4.   CD-ROM of telephone interceptions for telephone number: (818) 516-3198.

1D-5.   Video tape of Agueev/Liapine at Standard Chartered Bank, (Sharjah branch) on 12/22/2001.

1D-6.   Video tape of Agueev/Liapine at Standard Chartered Bank, (Sharjah branch) on 12/22/2001, 12/24/2001, 01/01/2002, and 01/08/2002.

42

281H-LA-229714

1B-1C-1D A/V Evidence @ CopyPro

1B-35:      Item 27 [video - #1]

1B-35:      Item 27 [audio - #6, #7, #8].

1B-35:      Item 40 [audio - #1]

1B-35:      Item 41 [video - #4, #5, #10, #12, #13]

1B-35:      Item 41 [audio - #16]

1B-35:      Item 23 Audio-tape of mini-disc - Safiev's voice

1B-114:     Item 6      #17 - [video-Altmanis family hiking in
                        California; touring Las Vegas; partial movie
                        entitled, "Once Upon A Time in America"]

            Item 6      #18 - [video-Altmanis family; Elena's
                        birthday party at restaurant-in attendance
                        are Iouri Mikhel, Jurijus Kadamovas, and
                        Natalya Solovyeva]

            Item 6      #19 - [video-Altmanis family at pool; at
                        home; at water park; at pool; at home w/Iouri
                        Mikhel, Jurijus Kadamovas, and Natalya
                        Solovyeva]

            Item 6      #20 - [video-Pornography]

            Item 6      #21 - [video-Altmanis family in 1998; in NYC;
                        in Florida]

            Item 6      #22 - [video-Altmanis family in 1998;
                        birthday party; in/around Los Angeles]

            Item 6      #23 - [video-Pornography; home video-Altmanis
                        family]

            Item 6      #24 - [video-Pornography]

            Item 6      #25 - [video-Altmanis family]

            Item 6      #26 - [video-Altmanis family at home and at
                        family store]

            Item 6      #27 - [video-Altmanis family trips in July
                        1998 to NYC, LA, Las Vegas, an Arizona
                        airport, and Florida;  Elena's obstetrical
                        exams; Altmanis family at home; cartoons]

            Item 6      #28 - [video-Russian cartoons]

43

Item 6      #29 - [Movie entitled, "Once Upon A Time In America"]

Item 6      #30 - [video-Russian movie]

Item 6      #31 - [video-Altmanis family; birthday party; new vehicles; trip to Las Vegas]

Item 6      #32 - [video-Altmanis family; Las Vegas trip, Altmanis talking; car trip]

Item 6      #33 - [video-Altmanis family; Las Vegas trip]

1B-177:    Twenty-three (23) audio cassette tapes

1B-248:    Item 3 - Cassette Tape Entitled:

        a.   Kaballah For Beginners
        b.   Personal Astrological Profile
        c.   Create A Miracle In Your Family
        d.   Ten Luminous Emanations #1
        e.   Ten Luminous Emanations #2
        f.   Kaballah and Medicine
        g.   The Traveling

1B-266:    One (1) VHS RCA Video Tape T-120H

1C-1:      MDC recordings of Serge Mezeritsky

1D-52:     One (1) CD-ROM of Tezhik's phone conversations

1D-53:     Enhanced version of 1B-35, Item 41, MARKED #11 - [video of Armen Gyurdzhiyants]

1D-54:     Enhanced version of 1B-35, Item 41, MARKED #3

1D-55:     Enhanced version of 1B-35, Item 41, MARKED #15

1D-56:     Enhanced version of 1B-35, Item 41, MARKED #14

7A-LA-229216

1B-36:     Video tape from Washington Mutual Bank

281H-LA-229714

1B & 1D A/V Evidence @ Copy Pro

281H-LA-229714-1B.

1B-114, Item 6

Q398    Altmanis family/kids at wildlife park

Q399    Elena and kids at zoo and on vacation

Q400    Altmanis family; party, possibly at Russian Roulette
        w/Mikhel and Kadamovas present/tape ends during filming of
        party

Q401    Altmanis family footage w/kids

Q402    Altmanis family in Las Vegas and at home

Q403    Altmanis family and Raymond Eidaks in Las Vegas

Q404    Elena's birthday party at restaurant, Kadamovas, Mikhel,
        possibly Raymond Eidaks in attendance; home video Altmanis
        family

Q405    Altmanis family in Las Vegas

Q406    Altmanis family trip to Europe, video of tourist spots

Q407    Altmanis family, kids swimming in a pool at a resort
        environment; family at home

Q408    Altmanis and family, including newborn, and family trip to
        Santa Monica; lavish New Year's party at a club

Q409    Ainar Altmanis and his brother, Raymond, in Ainar's
        apartment, having dinner; Altmanis family traveling in
        Europe; family/friends in Europe, at the opera, and at
        various homes.

Q410    November 20, 2000-sleeping baby, children running around
        in house; November 21, 2000-children running around house;
        November 25, 2000-child at home; December 1, 2000-cat and
        Elena; December 3, 2000-child at home; December 4, 2000-
        child playing in leaves outside; December 20, 2000-Ainar
        and family, child eating, children and Elena at home,
        Ainar sitting in front of camera while music is playing at
        home, Elena; December 24, 2000-children decorating
        Christmas tree, Elena and children by the tree; December
        25, 2000-children playing at home; December 26, 2000-
        children at home; December 28, 2000-children at home

45

Q411    December 8, 2001 through January 15, 2002-Altmanis family
        home video

Q412    May 5, 2001-parking lot, Asian woman and Elena (Riga,
        Latvia?), driving through foreign city; May 6, 2001-
        cemetery, eating at house; May 7, 2001-Altmanis relatives?
        in Riga at residence; Elena, child and relatives at
        airport; May 8, 2001-Elena, child, filming on/from tour
        bus, scenery; Ainar w/luggage in parking lot, child in
        stroller

Q413    January 26, 2002-Ainar, Raymond Eidaks, Mikhel, Kadamovas,
        Solovyeva, Natalya Solovyeva, Karagodina, Elena, and
        others at restaurant; January 27, 2002-nightclub; children
        at Altmanis home; January 30, 2002-baby asleep on bed,
        baby awake; January 31, 2002-Elena and baby, close-up of
        Elena's diamond stud earring; February 2, 2002-daughter;
        February 8, 2002-baby; February 10, 2002-children at home,
        Elena w/children, unidentified woman w/children

Q414    April 4, 2000-video of Altmanis family (Russian dialogue)
        on a hill, hiking, sightseeing in mountains surrounding
        Los Angeles; April 5, 2000-young female playing w/baby in
        house or apartment; April 13, 2000-mother playing w/baby
        in front of mirror; April 15, 2000-baby being fed; May 1,
        2000-baby playing

Q415    Altmanis family store; family home video

Q416    September 10, 2001-new child; September 11, 2001-rose
        tattoo on left arm, kid's birthday; September 21, 2001-new
        apartment complex, new Lincoln Navigator; October 7, 2001-
        friend getting married in Las Vegas

Q417    July 27, 2001-home video of Altmanis family in hospital
        for birth of third child

Q418    October 13, 2001-Altmanis family touring a house in the
        hills

Q419    Altmanis family home video

Q420    Altmanis family home video

Q421    Family video taken in foreign country/possibly relatives
        of Altmanis

Q422    Altmanis family video

Q423    Altmanis family video

Q424    Altmanis family video

46

Q425        Altmanis family video

281H-LA-229714-1D

1D-50  (2-CD set)        16MB memory stick from Sony Digital Recorder
                        Containing Telephone Conversations of
                        Kidnappers

1D-51  (2-CD set)        16MB memory stick from Sony Digital Recorder
                        Containing Telephone Conversations of
                        Kidnappers

1D-59                    Video tape entitled "Ultimate Protection, Crash
                        Course in Self-Defense"

1D-61                    Digital Photos, Muscatel Crime Scene

281N-LA-229714

1A Evidence & Copy Pro

363         Photos taken 3/15/2002 and 3/17/2002 - Recovery of
            bodies from New Melones Reservoir

366         Photos of Columbia Inn, Tuolumne County

374         Photos of search of 1441 N. Vista, Apt. 18, Los
            Angeles, CA - Petro Krylov's residence

398         Photos of items found in Safiev's and Kharabadze's
            vehicles

442         Photographic stills from Affordable Portables
            surveillance video on 11/10/2001

<u>281H-LA-229714</u>

1A & 1B Evidence @ Copy Pro (Photo G)

<u>281H-LA-229714-1A</u>

| | |
|---|---|
| 380 | Photos of Vladimir Paniouchkine |
| 382 | Photos of Jeff Dabb's car pursuant to search warrant |
| 397 | Photos of Ainar Altmanis on 2/12/2002 |
| 518 | Photos of 1B-52 (Lab Exhibit Q64) |
| 521 | Photos of Ainar Altmanis' tattoos (taken while in custody) |

<u>281H-LA-229714-302-1A</u>

3      Still images from 1D-11 [video surveillance tape of purchase of (818) 268-9422 "Natalya phone" from Affordable Portables on 1/12/2002]

<u>281H-LA-229714-1B</u>

34      (Item 48, Folder 25 [in part]) Note: This is a better than what has already been provided.

281-LA-229714

## 281-LA-229714-GJ-FA (CD-ROM)

69    Subpoenaed bank docs re Pavlov, Mikhel, Kadamovas, Karagodina, Alifanova, DWW
70    Subpeonaed bank docs re Gregoryi Chvartsman, Sierra Technologies
71    Subpoenaed bank docs re Sierra Tech., Bonicho Guentchev
72    Subpoenaed bank docs re Mikhel, Kadamovas
73    Subpoenaed bank docs from Citibank re Gitte Lellan
74    Subpoenaed bank docs from Asia Europe Americas Bank re Stenmark Ventures
75    Subpoenaed bank docs from Washingotn Mutual re Kadamovas, Natalya Vasilyena
76    Subpoenaed bank docs from Wells Fargo re Anton Popsuy-Shapko

RECEIVED SEP 1 3 2004

50

90C-LA-233614

Items Related to Mikhel's Second Escape Attempt from
San Bernardino County Jail in January 2004

1D63 - audiotape of Jouri Mikhel's 1/22/04 interview with San Bernardino County Deputy
Sheriff's Detectives

1D64 - audiotape of Jason Stivers' 1/22/04 interview with San Bernardino County Deputy
Sheriff's Detectives

1D65 - videotape of Jason Stivers' 1/22/04 interview with San Bernardino County Deputy
Sheriff's Detectives

1D66, #1 - audiotape of Sandra Gruce's 1/22/04 interview with San Bernardino County Deputy
Sheriff's Detectives

1D66, #2 - audiotape of Sandra Gruce's 1/22/04 (continued) interview with San Bernardino
County Deputy Sheriff's Detectives

1D67, #1 - videotape of Sandra Gruce's 1/22/04 interview with San Bernardino County Deputy
Sheriff's Detectives

1D67, #2 - videotape of Sandra Gruce's 1/22/04 (continued) interview with San Bernardino
County Deputy Sheriff's Detectives

1D68 - audiotape of Hector Lopez' 1/23/04 interview with San Bernardino County Deputy
Sheriff's Detectives

51

281H-LA-229714

### 281H-LA-229714-1D

62  Two (2) video tapes of Gelson Market's parking lot on 10/12/2001

63  Photographs (consensual) of Alexander Afonin, Vladimir Sobolev, Natalia Alifanova. Photograph of the Cyrus Villa rented by Iouri Mikhel via an alias. (by SA Davidson)

64  SSA Bryan Tepper's notes related to an analysis of seized telephones

65  Tape recording of Vladimir Sobolev's voice (consensual)

### 281H-LA-229714-1B

428  Photographs seized from Vladimir Sobolev's residence in St. Petersberg, Russia pursuant to legal process served by Russian authorities



1A-1B-1D AV Evidence & Copy Pro

### 7A-LA-229216

1B-31 - Eank of America surveillance tape of ATM at Ventura
Blvd. and Cedris on 1/21/02 10:08 p.m.

### 281B-LA-229714

1D-57 - Pen Register Data on CD-ROM.

1D-58 - Pen Register Data on Floppy Disc (view in Notepad):

           (818)  259-1740
           (818)  262-3235
           (818)  266-2281
           (214)  673-1297

53

281H-LA-229714

1A, 1B, 1C, 1D, and Serial A/V Evidence @ CopyPro

281H-LA-229714-LAB

77        1 CD-ROM of PDF - "FBI Insert" denoting receipt from FBI Laboratory of latent prints lifted during various searches of subject-controlled locations & scanned latent prints denoted in Insert

281H-LA-229714-GJ-FA

78        1 CD-ROM of PDF - "FBI Insert" enclosing of copies of checks from BoA re the following accounts:

Pavlov; Mikhel/Karagodina; Karagodina; Kadamovas/DWW; Alifinova; Designed Water World

281H-LA-229714-GJ-FA - 1 CD-ROM of IRS-CID bank-related docs

79        Kadamovas/Amex
80        "
81        Kadamovas/Household Credit
82        DWW/Western Financial
83        Mikhel/Providian
84        Pavlov/Chase
85        Solovyeva/Chase
86        Krylov/Chase
87        Kadamovas/Capital One

281H-LA-229714-GJ-FA - 1 CD-ROM of IRS-CID bank-related receipts

88        Mikhel/Capital One
89        Mikhel/Capital One
90        Tsesas/BoA
91        Krylov/Citibank
92        Solovyeva/Citibank
93        Krylov/Discover
94        Mikhel/Citibank
95        Mikhel/Discover
96        Kadamovas/Providian
97        Kadamovas/Providian

281H-LA-229714-1A

406        1 CD-ROM of photos of 1B-406 (boot covers)

54

281H-LA-229714 - 1 CD-ROM

1C-6       Latent lifts from torn paper

281H-LA-229714 - 1 CD-ROM

LAB-61     Lab Report
1C-7       Certified copy of Alexander Umansky fingerprints

281H-LA-229714-1C

10         1 CD-ROM containing Cypriot Police Report & Photograph of
           photo i.d. of Mikhel by Popov's wife (Note: Upon opening
           cd-rom you'll notice filename of 1C-4. This is
           incorrectly titled and could not be changes as the disc is
           "Read-Only").

281H-LA-229714-1C

12         1 CD-ROM containing---LAB Serial 79, Enclosure 1---an
           analysis of Kadamovas phones (Lab Specimens Q474, Q475,
           Q477 & Q480)

281H-LA-229714-1D

66         1 CD-ROM containing AT&T Cellsite Data for (310) 993-6748
           (Mikhel's mobile) received pursuant to Court Order No. 02-
           2117M (Reference GJ-TEL Serial 192).

55

REVISED (1 of 2)

## 7A-1A-229216/281H-LA-229714
### 1A & 1B Evidence @ CopyPro

**7A-1A-229216**

1A-119:       B&W photos of latent prints lifted from Nissan CA
              Lic. Plate 3CMT104, VIN 1N4EB32A3NC781633 at 11647
              Balboa Ave.

1A-120:       B&W photos of latent prints lifted from 1994
              Plymouth Voyager, CA Lic. Plate 3J4A996 at 1629 N.
              Formosa, Hollywood, CA.

1A-130:       Two (2) CD-ROMs of CART data (corresponds with
              handwritten data provided separately via the same 1A
              number).

1A-154:       Photos of Aleksejus Markovskis.

**281H-LA-229714**

1A-445:       Photos of Jeff Dabb's car taken during execution
              of 6/18/2002 search warrant.

1A-558:       CD-ROM containing 17 still photos made from 1B-
              266, (a video of Safiev's Crest Court home made by
              Natalya Solovyeva).

1A-570:       Photos of boot cover (1B-360) obtained from
              Muscatel's mouth during autopsy.

1A-571:       Photos of items purchased by SA Perez at Home
              Depot (1B-421) that correspond to Cyprus murder of
              Popav and Mikhel's credit card.

1A-572:       Photos:

| Lab Item # | 1B# |
|---|---|
| Q54 | 1B-39, Item 131 |
| Q48 | 1B-66, Item  89 |
| Q60.1 | 1B-86, Item 114 |
| Q61 | 1B-86, Item 114 (syringe) |
| Q61 | "           " |
| Q59-Q61 | "           " |
| Q59-Q61 | "           " |
| Q59-Q61 | "           " |
| Q55 | 1B-39, Item 126 |
| Q55 | "           " |
| Q52 | 1B-39, Item  93 * |
| Q54 | 1B-39, Item 131 |

56

REVISED (2 of 2)

| | | |
|---|---|---|
| Q49 | 1B-66, Item 90 | |
| Q50 | 1B-66, Item 134 | |
| Q52 | 1B-39, Item 129 * | |
| Q60.1 | 1B-86, Item 114 | |
| Q60.1.1 | " " | |
| Q51 | 1B-39, Item 92 * | |
| Q52 | 1B-39, Item 93 * | |
| Q52 | 1B-39, Item 129 * | |
| Q52 | " " * | |

1A-573:      Photos:

| Lab Item # | 1B# |
|---|---|
| Q50 | 1B-66, Item 134 |
| Q50 | 1B-66, Item 134 |
| Q48 | 1B-66, Item 89 |
| Q48 | " " |
| Q49 | 1B-66, Item 66 |
| Q49 | " " |
| Q51 | 1B-39, Item 92 |
| Q51 | " " |
| Q52 | 1B-39, Item 93 |
| Q52 | " " |
| Q53 | 1B-39, Item 129 |
| Q53 | " " |
| Q54 | 1B-39, Item 131 |
| Q54 | " " |

1A-576:      Photos of Altmanis' tattoos (2nd Attempt-clearer photos).

1A-579:      Two color photos of Anton Popsuy-Shapko.

1A-583:      CD-ROM of 1C-15, 29 photos of recovered bodies from Turkey.

1B-432:      8 Photos of Developed Latent Prints (Q483) from 1B-42.


KEY
* photo mislabled as 1B-33 -- s/b 1B-39

59

281H-LA-229714

1A

614    CD-R containing photo of Parrott's Ferry Bridge/Muscatel crime scene by Det. Jack Smith, Calaveras County Sheriff's Department

615    CD-R containing autopsy photos of Meyer Muscatel

620    CD-R containing photos of selected 1B items

621    CD-R containing Cingular Wireless data for (310) 908-9353, (323) 426-1630, and (818) 731-4324 as the files listed below:

    1.  File: '310170206247995.zip'
        a.    File: '310170206247995'
        b.    File: '310170207654320'
        c.    File: '310170313032598'

    2.  File: '310170207654320.zip'
        a.    File: '310170207654320.txt'

    3.  File: '310170313032598.zip'
        a.    File: '310170313032598.txt'

    4.  File: 'DecodingCallRecs.txt'

622    CD-R containing Cingular Wireless data files (identical to the files described in 1A621, above) and files created by Alex Baroian based on this data, described as follows:

    1.  Folder: 'ORIGINAL VERSIONS'
        a.    Folder: '(310)908-9993' (Safiev's cellphone)
          i.    File: '310170313032598.txt' (original data)
          ii.   File: '(310)908-9993.doc' (converted data)
        b.    Folder: '(323)426-1630' (Kadamovas' cellphone)
          i.    File: '310170207654320.txt' (original data)
          ii.  File: '(323)426-1630.doc' (converted data)

        c.    Folder: '(818)731-4324' (Kharabadze's cellphone)
          i.    File: '310170206247995.txt' (original data)
          ii.  File: '(818)731-4324.doc' (converted data)

    2.  Folder: 'FINAL VERSIONS'
        a.    File: '(310)908-9993 (format).doc'
        b.    File: '(323)426-1630 FORMAT.doc'
        c.    File: '(818)731-4324 FORMAT.doc'
        d.    File: 'Master List (version 1).xls'

    3.  File: 'allWestRegionsites.xls'

    4.  File: 'CellSiteSectordsc.xls'

58

+A 620

## 281H-LA-229714-1B

Note: All alpha designations appearing in the list below (i.e., the "a" in 107-a) were added to delineate between multiple photographs of the same object(s).

| | |
|---|---|
| 1B360 vs 1B344-a | Tyvek booty/Muscatel vs. Tyvek booty/Home Depot |
| 1B360 vs 1B344-b | Tyvek booty/Muscatel vs. Tyvek booty/Home Depot |
| 1B344 vs 1B358-a | Cable Tie/Home Depot vs. Cable Tie/Bridge |
| 1B344 vs 1B358-b | Cable Tie/Home Depot vs. Cable Tie/Bridge |
| 1B175-a | Cable Ties/Oak View Dr. |
| 1B175-b | Cable Ties/Oak View Dr. |
| 1B175 vs 1B-357-a | Cable Tie/Oak View Dr. vs. Cable Tie/Muscatel hands |
| 1B175 vs 1B-357-b | Cable Tie/Oak View Dr. vs. Cable Tie/Muscatel hands |
| 1B344 vs 1B211-a | Cable Tie/Home Depot vs. Cable Tie/Umankry |
| 1B344 vs 1B211-b | Cable Tie/Home Depot vs. Cable Tie/Umankry |
| 1B237 | Partial Flex-cuff/dirt SE area Parrots Ferry Bridge |
| 1B189-a | Cable Ties (7)/Kharabadze |
| 1B189-b | Cable Tie/Kharabadze neck |
| 1B149-a Q191-Q192 | Two (2) plastic bags/green trash can-Weslin |
| 1B149-b Q191-Q192 | Two (2) plastic bags (other side)/green trash can-Weslin |
| 1B76, Item 4 Q170 & 1B156 Q171 | Holmes Ceramic Heater Box/Oak View & Holmes Ceramic Heater/Weslin |
| 1B121, Item 1 Q216 | DVD monitor & wire/4320 Mammoth #103 |
| 1B145 | piece of black duct (or electrical) tape/brown trash can/Weslin |
| 1B165 | One (1) grey colored zip tie (cable tie) w/head removal/New Melones-Moccasin Pt. |

<u>Muscatel Murder Book</u>

Two (2) CDs
- UC Santa Cruz Anthropology Photos
- C272606, C272607, C272610, C272611, C272612, C272613, 021013839

CD-R of 23 JPEG photos from Muscatel Murder Book (previously produced at Bates Nos. 45438-45464)

60

281B-LA-229714

1B-1D A/V Evidence @ CopyPro

## 281H-1A

609 - CD-ROM - photos of multiple 1B items

610 - CD-ROM - photos of places in Tuolumne County

611 - Photos of 1B-360 (plastic bag and tape), 1B-355 (photo of blue shirt) - Muscatel crime scene

612 - Photos of 1B-360 (Tyvek boot cover taken from Muscatel's mouth) - Muscatel crime scene

## 281H-1D

69 - VHS of "shopping cart" (New Melones Reservoir) - prov. by L.A. Dive Team

70 - DVD of 4320 Mammoth Ave,, Apt. 103, Sherman Oaks, CA (Altmans' apt.) - 02/19/2002 -
prov. by San Bernardino Sheriff's Dept.

71 - CD-ROM containing sonar image of "target" (shopping cart) on 04/18/2005 @ 10:22 am PDST -
at New Melones Reservoir - prov. by Gene Ralston

_IA-609_

## 281H-LA-229714-1B

Note 1: All alpha designations appearing in the list below (i.e., the "a" in 107a) were added to delineate between multiple photographs of the same object or between multiple photographs of different objects classified with the same 1B#, Item #, and/or E#.

Note 2: Items pertaining to 7A-LA-229216 are designated in parenthesis.

1B-106 Items 1 & 4
1B-106 Items 1-4
1B-110
1B-141 - E01938762
1B-141a - E01938762
1B-141b - E01938762
1B-141c - E01938762
1B-238 Items 2 & 3 - E01879868
1B-40 Item 104
1B-40 Item 105
1B-40 Item 106
1B-40 Item 107
1B-40 Item 108
1B-40 Item 109
1B-40 Item 110
1B-40 Item 113
1B-40 Item 122
1B-40 Item 122a
1B-40 Item 122b
1B-40 Item 122c
1B-40 Item 123
1B-40 Item 127
1B-40 Item 128
1B-40 Item 132
1B-40 Item 133
1B-40 Item 135
1B-40 Item 94
1B-40 Item 94a
1B-40 Item 95
1B-75
1B-75a
1B-75b
1B-75c
1B-83 Item 32 cigarette box
1B-83 Item 32 - Q62 & Q62.1

1B-83 Item 32 - Q62.1
1B-83 Item 32 - Q62
1B-85 Item 125
1B-85 Item 125a
1B-85 Item 125b
1B-87
1B-92
1B-34 (7A-LA-229216)
1B-34a (7A-LA-229216)

62

281H-LA-229714
JSD:jsd

1

     SA James S. Davidson conducted the following investigation on April 19, 2005:

     Photographs were taken of landmarks described in 281H-LA-229714-302, Serial 161. These photographs will be maintained on a CD-ROM in 1A-610, and are described below:

     1. PIC0001.JPG - Looking approximately east at the sign to the "Houseboat Mini-Mart, located at 5021 La Grange Rd. (also known as the corner of County Road J59, and Las Armonitas Rd.)

     2. PIC0002.JPG - Looking approximately east-northeast at the signs to two businesses located within the Houseboat Mini-Mart complex.

     3. PIC0003.JPG - Looking approximately east into the Houseboat Mini-Mart complex.

     4. PIC0004.JPG - Looking approximately east-southeast into the Houseboat Mini-Mart complex.

     5. PIC0005.JPG - Looking approximately north-northeast into the Houseboat Mini-Mart complex.

     6. PIC0006.JPG - Looking approximately northwest at the sign to the Sonora Gold Lodge. (This location is either inaccurately described in Serial 161 as the Sonora Motel, or there has been a name change since the date of that report).

63

281B-LB-229714

1B-1C-1D A/V Evidence @ CopyPro

<u>281B-1A</u>

462    SIDE-SCAN SONAR IMAGE-JANUARY 2003 (OF AS YET TO BE
       IDENTIFIED SHOPPING CART/GENE RALSTON)

592    PHOTOS OF MULTIPLE 1B#S (SEE ENVELOPE CONTAINING CD-R)

<u>281H-1B</u>

34 Item 48    VALERIY POPOV'S PERSONAL EFFECTS

309    TWO (2) VIDEO TAPES FROM WELLS FARGO BANK - 12251 Ventura Blvd.
       STUDIO CITY, CA

310    (13 diskettes-Note: 1B 310 notes the collection of 14 diskettes--one was blank)

323    ONE (1) CD OF AOL FILES FROM SEARCH WARRANT ON MIHKEL AND
       GOTLEM ACCOUNTS

324    FIVE (5) COMPACT DISCS WITH SONAR IMAGES OF THE KIDNAP
       VICTIMS AT THE BOTTOM OF NEW MELROSE RESERVOIR--IMAGES
       WERE TAKEN BY "GENE AND SANDY RALSTON", (RALSTON
       AND ASSOCIATES)

325    FOUR (4) COMPACT DISKS W/ DIGITAL PHOTOGRAPHS AND (6) SHEETS
       OF PHOTOGRAPHS (PHOTOGRAPHS WERE TAKEN BY SAN
       BERNANDINO SHERIFF'S DEPT)

339    35 CD'S WHICH CONTAIN COPIES OF CONVERSATIONS BY SUBJECTS
       WHILE INCARCERATED AT KERN COUNTY JAIL

350    TWO (2) COMPACT DISCS OF CALLS MADE BY ALEXSEJUS
       MARKOVSKIS

362    ONE (1) 3 1/2 FLOPPY DISK ITEM NUMBER, 0003, IS INDICATED IN
       CALAVERAS COUNTY SHERIFF'S REPORT, DATED 1/16/2002

365    1. ONE FLOPPY DISK (0001)
       2. ONE FLOPPY DISK (0002)



3. ONE FLOPPY DISK (0003)
4. ONE FLOPPY DISK (0004)
5. ONE FLOPPY DISK (0005)
6. ONE FLOPPY DISK (0006)   (ITEM NUMBERS 0001-0006 ARE REFERENCED IN CALAVERAS COUNTY SHERIFF'S REPORT, DATED 11/13/2001)
7. ONE FLOPPY DISK (0001)   (ITEM NUMBER 0001, IS INDICATED IN CALAVERAS COUNTY SHERIFF'S REPORT DATED12/3/2001)

428        ONE (1) VIDEO TAPE SEIZED AT VLADIMIR SOBOLEV'S RESIDENCE

433        PHOTOS OF WEIGHTS PURCHASED BY FBI TO DUPLICATE SUBJECTS PURCHASE

8, 119, 180, 320 (Provided as individual .pdf files on one CD-ROM--See 1B sheets for descriptions--Note that the items in these files represents production of photo/media-based part of each 1B number-Photocopied portion of each 1B number has been produced separately)

281H-1C

1        CD-R OBTAINED FROM THE CALAVERAS COUNTY CORONER, CONTAINING PHOTOGRAPHS OF MEYER MUSCATEL

3        (1 cassette tape)

11        PHOTOS FROM CYPRIOT POLICE FILE RE MURDER OF VALERY PAPOU

281H-1D

60        HI-8 VIDEO OF ENTRY/EXIT DURING 11/12/03 SEARCH OF 1441 N VISTA ST., APT. 18, LOS ANGELES, CA

68        MICRO-CASSETTE RECORDING OF AINAR ALTMANIS BY L.A. COUNTY SHERIFF'S DEPUTY DURING TRAFFIC STOP

NOT PROVIDED BUT NOTED HERE

35-Bar Code E02127652 (4 Digital Mini-Disks)(just music, see attached descriptions)

# 6 tracks

## Music

① Reviewed
3/10/02  RR

7 tracks → Music

⑦
1: "RAIN"      5: "Womanizer"
2: "Limits"    6: "The One who"
3: "Hop Hey"   7: "Soul"
4: "TANBOV"    | Reviewed 3/10/02 by RR

8 tracks → KADAMOVAS's Music

③
1: RAIN      5: WOMANIZER
2: Limits    6: The One Who
3: Hop HEY   7: Soul
4: Tanbov    8: VAMPIRE

without VOCALS  Rev. 3/10/0 RR

9 tracks → MUSIC

④
1+2: "Limits"    Revie 3/10 by
3+4: "RAIN"
5: [just a few notes]
6: "Soul"
7: [nothing]
8: "..."   9: [nothing

— 281H-LA-229714 1535

4 Digital Mini DISCS

## 281H-LA-229714-1B

Note 1. All alpha designations appearing in the list below (i.e., the 'a' in 107a) were added to delineate between multiple photographs of the same object or between multiple photographs of different objects classified with the same IB#, Item #, and/or E#.

Note 2: Items pertaining to 7A-LA-229216 are designated in paranthesis.

Note 3: 1B-128 Items 10 thru 10f are marked as "Item 9" in the photo itself. This is an error.

107
107a
107 - Q480
139 Item 18
139 Item 21
119 - E019377724 - Q472 & Q473
119a - E019377724 - Q472 & Q473
119 - E019377724 - Q474 & Q475
119a - E019377724 - Q474 & Q475
264 - Q42 & Q43
265 - Q46 & Q47
409
409a
409b
71 - Q18
21a - Q18
117 - E01937747 - Q215
117a - E01937747 - Q215
115 - front
115 - back
115a
115b
115c
115d
115e
115f
115g
115h
115i
115j
116 - E01937746 - Q213 & Q214
116 - E01937746 - Q213
116 - E01937746 - Q214
52 Item 17 - E01937558 - Q69
52 Item 12a - E01937558 - Q69
52 Item 17 - E01937558 - Q70 & Q70.1
52 Item 17 - E01937558 - Q70
52 Item 17a - E01937558 - Q70
52 Item 17 - E01937558 - Q70.1
52 Item 17a - E01937558 - Q70.1
82
104
104a
39 (7A-LA-229216)
39a (7A-LA-229216)
39b (7A-LA-229216)
39c (7A-LA-229216)
20 - E01937735
239
113
37 (7A-LA-229216)
172 Item 13 - Q173-Q177
172 Item 34 - Q177.2

172 Item 22 - Q177.1
172 Item 14 - Q178-Q183
22 Item A4
38
128 Item 1 - K66
128 Item 1a - K66
128 Item 2 - K67
128 Item 2a - K67
128 Item 3 - K68
128 Item 3a - K68
128 Items 4-5-6
128 Item 7
128 Item 8
128 Item 9 - Q263-Q266
128 Item 10
128 Item 10a
128 Item 10b
128 Item 10c
128 Item 10d
128 Item 10e
128 Item 10f
128 Item 11
128 Item 12
128 Item 13 - Q270 & Q271
128 Item 14
128 Item 15
128 Item 16
17 Item 1 - Q208
272
474
424a
436
262
262a
262b
262c
262d
262e
256
256a
256b
256c
256d
255
255a
255b
255c
255d
260
40

67

<u>281H-LA-229714</u>

1A, 1B, 1C & 1D A/V Evidence

<u>1A</u>

122    (7A-LA-229714) - One (1) CD-R (For description of this item, refer to 1A122-hardcopy of notes re lab report 01:231003, which will be produced separately)

608    One (1) CD-R of "enclosure one" pertaining to lab report 041014251SH

631    One (1) CD-R of still photographs from ATM at Wells Fargo Bank on 12/14/2001

<u>1B</u>

441    One (1) CD-R, which is an enhanced copy of 1D51: 4MB MEMORY STICK FROM SONY DIGITAL RECORDER CONTAINING TELEPHONE CONVERSATIONS WITH KIDNAPPERS (TEZHIK & RAUL) - (ref lab report #050525256 re: enhancement)

<u>1C</u>

17    One (1) CD-R of 1B35, Item 23 (already provided as casette tape) - copy of mini-disc recording of Safiev and Kadamovas

<u>1D</u>

72    TAPES #1-7 OF 7 OF INTERVIEW OF MARINA KARAGODINA ON 3/23/2005, BY SA DAVIDSON, FBI, SA GOGLEY, IRS-CID, AUSA DE WITT, AND DETECTIVE CONSTABLES JOHN RICHARDSAND TONY MORRIS, LONDON METROPOLITAN POLICE

# SEARCH PHOTOS

Note: Photos pertaining to the 1As described below are contained on the enclosed CD-ROM. They are grouped by search location. Some of the descriptions below include items other than photos. These items are not on the enclosed CD-ROM, but were provided with the original and earlier production of the same 1A, which may have contained b&w photos. The scanned photos include the back as well as the front of the photo. This was not the preferred method of production, but it will have to suffice. It may make it a bit more difficult to sort through, but the difference should be negligible. Also, many photos have vertical red lines through them. This is a function of the method of scanning, which was automated and saved time. If a hard copy of any photo is desired, it can easily be retrieved and produced for the requesting party.

## 281H-LA-229714

### 17055 Oak View Dr., Encino, CA

| 1A 100 | PHOTOS OF SEARCH PART 1 OF 4 - OAK VIEW  (ROLLS 4 & 5) - 2/19/02 |

1A 100      PHOTOS OF SEARCH PART 1 OF 4 - OAK VIEW  (ROLLS 4 & 5) - 2/19/02

1A 101      PHOTOS OF SEARCH PART 2 OF 4 - OAK VIEW  (ROLL 2) - 2/19/02

1A 102      PHOTOS OF SEARCH PART 3 OF 4 - OAK VIEW  (ROLL 3) - 2/19/02

1A 103      PHOTOS OF SEARCH PART 4 OF 4 - OAK VIEW  (ROLL 1) - 2/19/02

1A 73       SEARCH PHOTOS & NEGATIVES OF 17055 OAK VIEW, ENCINO, CA
            ERT - 3/1/02

1A 74       SEARCH PHOTOS & NEGATIVES OF 17055 OAK VIEW, ENCINO
            ERT - 3/1/02

### BMW 850I and Jeep Cherokee Sport - Mikbel's vehicles

1A 151      PHOTOGRAPHS & NEGATIVES DOCUMENTS THE SEARCH OF A BMW
            850I VIN  WBAEG2310NCB74240

1A 152      PHOTOGRAPHS & NEGATIVES DOCUMENTING THE SEARCH OF JEEP
            CHEROKEE SPORT VIN NUMBER 1J4FT68S0SL616836

### 13605 Ventura Blvd., Sherman Oaks, CA - Designed Water World

1A 46       PHOTOS, LOGS, AND NEGATIVES FOR 13605 VENTURA BLD
            SHERMAN OAKS, CA - 2/19/02

69

<u>17337 Ventura Blvd., #200, Ancien, CA - Mikhail Zadoyan's office</u>

1A 60       PHOTOS OF SEARCH WARRANT AT ZADOYAN ACCOUNTING & TAX
SERVICE - 2/19/02

<u>4320 Mammoth, Apt. 103, Sherman Oaks, CA - Alfmanis' apartment</u>

1A 264       4320 MAMMOTH # 103 SHERMAN OAKS, CA (2 OF 2) - 2/20/02

1A 265       PHOTOS OF 4320 MAMMOTH #103 SHERMAN OAKS, CA (1 OF 2) - 2/20/02

1A 266       SEARCH PHOTOS OF RED LINCOLN TOWN CAR CALIF LICENSE PLATE
35N2009 (2 OF 2) - 2/27/02

1A 267       PHOTOS OF WHITE LINCOLN NAVIGATOR WITH LIC PLATE 4NRY544
FROM SEARCH - 2/27/02

1A 268       PHOTOS OF RED LINCOLN TOWN CAR CALIF LICENSE PLATE CA
35N2009 (1 OF 2) - 2/27/02

<u>1441 North Vista St., Los Angeles, CA- Krylov's apartment</u>

1A 47       PHOTOGRAPHS FROM SEARCH CONDUCTED ON 2/19/02 AT 1441 NORTH
VISTA ST., APT. 18, LOS ANGELES, CA - 2/19/02

<u>5440 Lindley Ave., Unit 202, Ancien, CA- Kadamovas/Solovyeva apartment</u>

1A 51       PHOTOS OF ENTRY/EXIT 5440 LINDLEY AVE., Unit 202, ANCIEN,
KADAMOVAS - 2/19/02

<u>Mercedes Benz & Nissan Quest - Kadamovas vehicles</u>

1A 149       PHOTOGRAPHS & NEGATIVES DOCUMENTING THE SEARCH OF: 2002
MERCEDES M155 VIN 4JGAB74E62A290234

1A 150       PHOTOGRAPHS & NEGATIVES DOCUMENTING THE SEARCH OF 1992
NISSAN QUEST VIN 4N2DN11W2PD801010

1A 153       PHOTOGRAPHS & NEGATIVES DOCUMENTING THE SEIZURE &
TRANSPORT OF 2002 MERCEDES ML55-VIN 4JGAB74E62A290234
1992 NISSAN QUEST VIN 4N2DN11W2PD801010

<u>9461 Charleville, Unit 578, Beverly Hills, CA - Mail Box Times/Mikhel mailbox</u>

1A 61          MAIL BOX TIMES, 9461 CHARLEVILLE, UNIT 578, BEVERLY HILLS, CA -
2/19/02
1. SEARCH PHOTOS
2. PHOTO LOG

<u>3534 Weslin Ave., Sherman Oaks, CA- Kadamovas property</u>

1A 45          PHOTOGRAPHS, NEGATIVES, AND LOG FOR 3534 WESLIN AVE,
SHERMAN OAKS - 2/19/02

1A 75          ERT SEARCH PHOTOS & NEGATIVES OF 3534 WESLIN AVE. (3 OF 3) -
3/01/02

1A 71          ERT SEARCH PHOTOS & NEGATIVES OF 3534 WESLIN AVE. (2 OF 3) -
3/01/02

1A 72          ERT SEARCH PHOTOS & NEGATIVES OF 3534 WESLIN AVE. (1 OF 3) -
3/01/02

<u>14538 Benefit St. - Mikhel apartments</u>

1A 157        SEARCH WARRANT PHOTOS - SEARCH OF 14538 BENEFIT ST. - 2/19/02
(1A description mistakenly denotes search as being conducted on 2/20/02)

<u>12038 Crest Ct., Beverly Hills, CA - Safjev residence</u>

1A 104        PHOTOS AND NEGATIVES RE SEARCH OF SAFIEV'S RESIDENCE - 2/08/02

<u>2615 Colorado Ave., Ste. B, Santa Monica, CA - Matador Media</u>

1A 94          PHOTOS & NEGATIVES RE SEARCH AT MATADOR MEDIA - 2/08/02

<u>Turnout at Stevenot Bridge/Hwy 49</u>

1A 175        PHOTOGRAPHS & NEGATIVES OF THE SEARCH OF THE TURNOUT AT
NEW MELONES RD & HWY 49 - 03/01/02

<u>GMC Yukon-Umansky vehicle</u>

1A 246        PHOTOS-SEARCH OF 2001 YUKON VIN 3GKGK26G0193731 (1 OF 2)

1A 247        PHOTOS-SEARCH OF 2001 YUKON VIN 3GKGK26G0193731 (2 OF 2)

### 8832 Sale Ave., Canoga Park, CA - Dabbs' residence

1A 291        PHOTOS-SEARCH OF DABBS RESIDENCE - 6/18/02

### ReMax Real Estate Office - Dabbs' office

1A 382  -      DABBS SEARCH WARRANT PHOTOS & NEGATIVES REMAX IN
              CALABASAS, CA - 6/18/02

### Dabbs' Vehicle

1A 445        NEGATIVES AND PHOTOS FROM DABBS CAR DURING SEARCH
              WARRANT - 6/18/02

### 1243 North Mansfield Ave., Apt. 6, Los Angeles, CA

1A 249        PHOTOS AND NEGS OF SEARCH WARRANT EXECUTED AT 1243 NORTH
              MANSFIELD AVENUE, APT 6, LOS ANGELES, CA - 2/19/02

## 7A-LA-229216

### Safiev's and Kharabadze's vehicles

1A 109        PHOTOS; SEARCH OF BMW (4SWM838) BELONGING TO NICK
              KHARABADZE; PHOTOS; SEARCH OF MERCEDES (4SWA367)
              BELONGING TO GEORGE SAFIEV

### 1629 North Formosa Ave., Unit 5, Los Angeles, CA - Mikhaylov's apartment

1A 72         ROLL #1 PHOTOGRAPHS OF SEARCH AT 1629 N. FORMOSA, #5,

1A 72         ROLL #2 (mislabeled with filename of '1A73ROLL1')

## 281H-LA-229714

1A, 1B, 1C, 1D A/V Evidence @ Copy Pro

__1A__

277    CD-ROM containing photographs provided by Geroge Petrishvili (Reference 281H-LA-229714 302 dated 5/28/02 by SA Sipos/b&w stills previously provided)

655    Kinko telephone toll records (Reference 281H-LA-229714-302, Serial 587)

__1C__

23    ONE CD (DEHQ1) TAKEN FROM 1B22 (A SONY DIGITAL CAMERA)

__1D__

76    Cassette (1/4) of 5/16/05 interview of Marina Karagodina (Ref 281H-LA-229714-302, Serial 591 for transcript).

77    Cassette (2/4) of 5/16/05 interview of Marina Karagodina (Ref 281H-LA-229714-302, Serial 591 for transcript).

78    Cassette (3/4) of 5/16/05 interview of Marina Karagodina (Ref 281H-LA-229714-302, Serial 591 for transcript).

79    Cassette (4/4) of 5/16/05 interview of Marina Karagodina (Ref 281H-LA-229714-302, Serial 591 for transcript).

73

281H-LA-229714

Copy Pro 1A & 1D A/V Evidence

1A-641      Photographs of multiple 1B items (See Attached)

1D-73      ENHANCED VERSION OF 1D-10, WHICH IS COMPOSED OF TWO
           VIDEO TAPES REGARDING UMANSKY-12/14/2001 ATM TRANSACTIONS
           ONLY ONE TAPE WAS ENHANCED AND MOVED TO DVD-R:
           VIDEO 1 - NAVCO AU#0629, TAPE #7, SYSTEM #2 (00049947)
           LOOKING SOUTH FROM ATM MACHINE, WHICH FACES SOUTH


1D-74      COPY OF RECORDING CONTAINED ON 1B30, ITEM 41 (Q355) SONY
           DIGITAL RECORDER FROM IOURI MIKHEL'S RESIDENCE ON 2/19/02
           RECORDING TRANSFERRED TO CD MEDIA.BY FBI LAB, CEAU,
           JASON ABRAMOWITZ: Q355 ASSINGED BY LAB; LAB # 021125015 QD

74

1A-641

## 281H-LA-229714-1B

Note 1: All alpha designations appearing in the list below (i.e., the "a" in 273a) were added to delineate between multiple photographs of the same item #

Note 2. Due to mistake of the photographer, the photo of 1B-35, E01937628, Item 10 incorrectly displays "Q478." It should be "Q476."

Note 3: Due to mistake of the photographer, the photo of 1B-35, E01937628, Item 13 incorrectly displays "Q478." It should be "Q478."

1B-21
1B-130, Items 6 (Q223), 15 (Q234), 21 (Q243-245), 22 (Q246-249), 23 (Q250)
1B-130, Items 11 (Q228), 13 (Q232), 18 (Q240), 20 (Q242), 28 (Q256)
1B-130, Items 8 (Q225), 10 (Q227), 16 (Q235-237), 17 (Q238-239)
1B-130, Item 3 (Q220)
1B-130, Item 3a (Q220)
1B-130, Item 14 (Q233)
1B-35 - E01937628
1B-35 - E01937628, Item 12 (Q478)
1B-35 - E01937628, Item 11 (Q477)
1B-35 - E01937628, Item 13 (Q479)
1B-35 - E01937628, Item 10 (Q476)
1B-337 (Q361)
1B-120
1B-273
1B-273a
1B-338
1B-338a
1B-35, Item 37(B)
1B-35, Item 37(B)a

281H-LA-229714

1A & 1D Evidence @ Copy Pro

281H-LA-229714-1A

656         Photos of New Melones Visitor Center & Columbia Inn - 4/28/2005
657         DVD of New Melones Bridges (Stevenot and Parrott's Ferry) - 4/28/2005
663         Photos from Cyprus MLAT Response
665         CD-ROM of Aerial Photographs of Relevant Los Angeles Locations:
            a. 17055 Oak View Dr., Encino, CA
            b. 5440 Lindley Ave., Encino, CA
            c. 13605 Ventura Blvd., Sherman Oaks, CA
            d. 13719 Ventura Blvd., Sherman Oaks, CA
            e. 4320 Mammoth Ave., Sherman Oaks, CA
            f. 3534 Weslin Ave., Sherman Oaks, CA
            g. Coldwater Canyon/Ventura Blvd., Sherman Oaks, CA
            h. 12265 Ventura Blvd., Studio City, CA
            i. 22559 Margarita Drive, Woodland Hills, CA

281H-LA-229714-1D

80          CD 1 of 7 - Enhanced version of 1D - 72, Tape 1 (3/23/2005 interview of Marina Karagodina)

80          CD 2 of 7 - Enhanced version of 1D - 72, Tape 2 (3/23/2005 interview of Marina Karagodina)

80          CD 3 of 7 - Enhanced version of 1D - 72, Tape 3 (3/23/2005 interview of Marina Karagodina)

80          CD 4 of 7 - Enhanced version of 1D - 72, Tape 4 (3/23/2005 interview of Marina Karagodina)

80          CD 5 of 7 - Enhanced version of 1D - 72, Tape 5 (3/23/2005 interview of Marina Karagodina)

80          CD 6 of 7 - Enhanced version of 1D - 72, Tape 6 (3/23/2005 interview of Marina Karagodina)

80          CD 7 of 7 - Enhanced version of 1D - 72, Tape 7 (3/23/2005 interview of Marina Karagodina)

TOTAL P.52