SEAN K. KENNEDY (145632)
Federal Public Defender
MICHAEL TANAKA (85026)
STATIA PEAKHEART (200363)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone:  (213) 894-2854
michael_tanaka@fd.org
statia_peakheart@fd.org
SEAN J. BOLSER (250241)
Federal Capital Appellate Resource Counsel Project
Federal Defenders of New York
One Pierrepont Plaza – 16th Floor
Brooklyn, New York 11201
Telephone:  (718) 330-1200, x298
ATTORNEYS FOR IOURI MIKHEL

BENJAMIN L. COLEMAN (187609)
Coleman & Balogh LLP
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone:  (619) 794-0420
blc@colemanbalogh.com
BARBARA E. O'CONNOR (142800)
O'Connor & Kirby, P.C.
174 Battery Street, 3rd Floor
Burlington, Vermont 05401
Telephone:  (802) 863-0112
barbara@kirbyoconnor.com
MARGARET O'DONNELL (KY 83889)
Attorney at Law
P.O. Box 4815
Frankfort, Kentucky 40604-4815
Telephone:  (502) 320-1837
mod@dcr.net
ATTORNEYS FOR JURIJUS KADAMOVAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 02-220 SJO |
| Plaintiff-Appellee, | **[Proposed] Order Directing the Office of the Clerk to Permit Appellate Counsel, or Their Agents, to Obtain Copies of All CJA Documents Submitted And/or Filed Under Seal** |
| v. | |
| IOURI MIKHEL, JURIJUS KADAMOVAS, | |
| Defendants-Appellants. | |

**DEATH PENALTY CASE**

Good Cause having been shown:

The Court grants the application filed by appellate counsel for Iouri Mikhel and Jurijus Kadamovas.  The Clerk of the District Court and/or the CJA Supervising Attorney are ordered to permit appellate counsel for defendant-appellants Iouri Mikhel and Jurijus Kadamovas, or their agents, to obtain copies of all CJA material filed under seal by all trial counsel for Ainar Altmanis, Jurijus Kadamovas, Petro Krylov, Aleksejus Markovskis, Iouri Mikhel, and Natalya Solovyeva.  In addition to both Mikhel's and Kadamovas' appellate counsel receiving the CJA trial documents for those four co-defendants, counsel for Mikhel is to receive only his/Mikhel's trial counsel's CJA trial documents, and Kadamovas is to receive only his/Kadamovas' trial counsel's CJA trial documents.

Counsel shall maintain all documents as confidential, and not release or disclose, except for the purpose of appellate and/or post-conviction proceedings, and only upon further order of the Court to unseal.

Dated: _____

_____
HON. S. JAMES OTERO
District Judge, United States District Court

2