7A-LA-229216

1B Evidence @ Copy Pro (Photo E)

1B-45:      (Photo of Originals) Item 1

1B-45:      (Photo of Originals) Item 2

1B-41:      (Photo of Originals) Item 6

1B-41:      (Photo of Originals) Item 3

1B-41:      (Photo of Originals) Item 7

1B-41:      (Photo of Originals) Item 7

1B-41:      (Photo of Original) Item 7

1B-43:      (Photo of Original) Item 4

1B-43:      (Photo of Original) Item 8

1B-43:      (Photo of Original) Item 2

1B-43:      (Photo of Originals) Item 5

1B-43:      (Photo of Original) Item 1

1B-43:      (Photo of Originals) Item 9

1B-43:      (Photo of Originals) Item 11

1B-43:      (Photo of Original) Item 11

1B-119:     Item 14-(Photo of original) THOMAS GUIDE MAP PAGE WITH
            "MARGARITA" MARKED AND ADDRESS OF "222559 MARGARITA"
            AND CAR MAKES ON BACK (front only)

281H-LA-229714

1A & 1B Evidence @ Copy Pro (Photo F)

1A-428 - Muscatel Crime Scene

1A-429 - Muscatel Crime Scene

1A-430 - Muscatel Crime Scene

1A-431 - Muscatel Crime Scene

1B-344 - Photos of Items Purchased at Home Depot by SA Perez,
         which reflect receipt found in Petro Krylov's car.

REVISED (1 of 3)

1D A/V Evidence @ CopyPro

281H-LA-229714

1D-1.  Cassette recording of Nick Kharabadze's voicemail messages left on (818) 731-4324.

1D-2.  Title III

    1 cassette tape of calls to/from (818) 262-9422.

    63 cassette tapes of calls to/from (818) 404-1088.

    20 cassette tapes of calls to/from (310) 993-6748.

    1 CD-ROM of calls to/from (818) 789-8581. (Two (2) produced from one (1) for recipients)

1D-3.  Video tape of 03/17/2002 victim recovery from New Melones Reservoir. (Part 1 of 2).

1D-4.  Video tape of 03/17/2002 victim recovery from New Melones Reservoir. (Part 2 of 2).

1D-5.  Video tape of 03/16/2002 victim recovery from New Melones Reservoir.

1D-6.  Audio cassette of LAPD interview with Ainar Altmanis (Tape #279476).

1D-7.  Audio cassette of LAPD interview with Ainar Altmanis (Tape #279477).

1D-8.  Two (2) audio cassettes of LAPD interview with Ainar Altmanis (A-Tape #279478 and B-Tape #279480).

1D-9.  Audio cassette of LAPD interview with Ainar Altmanis (Tape #279479).

1D-11. Video tape of Natalya phone purchase at Affordable Portabies on 01/12/2002.  (NAVCO system.  Cannot be viewed on conventional VCRs.)

1D-12. Audio cassette of Irina Prishedko making kidnapping complaint to LAPD West Valley on 12/14/2001.

Umansky ransom demand telephone calls - 26 cassette tapes

40

REVISED (2 ᵒ₤ ᵒ)

```
1D-13.  Tape 1 - December 15, 2001
1D-14.  Tape 2 - December 15, 2001
1D-15.  Tape 3 - blank (accidently erased by SA Davidson)
1D-16.  Tape 4 - December 15, 2001
1D-17.  Tape 5 - December 15, 2002
1D-18.  Tape 6 - blank (accidently erased by SA Davidson)
1D-19.  Tape 7 - December 16, 2002
1D-20.  Tape 8 - December 16, 2002
1D-21.  Tape 9 - December 16, 2002
1D-22.  Tape 10 - December 16, 2002
1D-23.  Tape 11 - December 16, 2002
1D-24.  Tape 12 - December 16, 2002
1D-25.  Tape 13 - December 16, 2002
1C-26.  Tape 14 - December 16, 2002
1D-27.  Tape 15 - December 16, 2002
1D-28.  Tape 16 - December 16, 2002
1D-29.  Tape 17 - December 17, 2002
1D-30.  Tape 18 - December 17, 2002
1D-31.  Tape 19 - December 18, 2002
1D-32.  Tape 20 - December 19, 2002
1D-33.  Tape 21 - December 19, 2002
1D-34.  Tape 22 - December 21, 2002
1D-35.  Tape 23 - December 21, 2002
1D-36.  Tape 24 - December 27, 2002
1D-37.  Tape 25 - December 27, 2002
1D-38.  Tape 26 - January 16, 2002
```

1D-39. Video tape of 03/16/2002 surveillance of Alexei Markovskis

1D-40. Video tape of 12/31/2001 from LAX CCTV of Parking Lot C depicting drop-off of Umanksy vehicle.

1D-41. Video tape of 12/12/2001 purchase of Ian Polack cell phone at AT&T Wireless, 21108 Ventura Blvd., Woodland Hills, CA.

1D-42. Video tape of 03/17/2002 recovery of bodies in Tuolumne County, CA.

1D-43. Video tape of 03/18/2002 recovery of bodies in Tuolumne County, CA.

1D-44. Two (2) video tapes of 03/19/2002 recovery of bodies in Tuolumne County, CA.

1D-45. Video tape of recovery location - 02/28/2002.

1D-46. Video tape of recovery location - 03/16/2002.

41

REVISED (3 & 3)

1D-47. Video tape of recovery of Umansky and Pekler - 03/18/2002 and 03/19/2002.

**7A-LA-229216**

Title III (1D2-1D5)

1D-2.  Cassette tape of telephone interceptions for telephone number: (818) 259-174C (There were no outgoing or incoming telephone calls.)

1D-3.  Cassette tape of telephone interceptions for telephone number: (818) 266-228; (There were no outgoing or incoming telephone calls.)

1D-4.  CD-ROM of telephone interceptions for telephone number: (818) 516-3198.

1D-5.  Video tape of Agueev/Liapine at Standard Chartered Bank, (Sharjah branch) on 12/22/2001.

1D-6.  Video tape of Agueev/Liapine at Standard Chartered Bank, (Sharjah branch) on 12/22/2001, 12/24/2001, 01/01/2002, and 01/08/2002.

281H-LA-229714

1B-1C-1D A/V Evidence @ CopyPro

1B-35:      Item 27 [video - #1]

1B-35:      Item 27 [audio - #6, #7, #8].

1B-35:      Item 40 [audio - #1]

1B-35:      Item 41 [video - #4, #5, #10, #12, #13]

1B-35:      Item 41 [audio - #16]

1B-35:      Item 23 Audio-tape of mini-disc - Safiev's voice

1B-114:     Item 6      #17 - [video-Altmanis family hiking in
                        California; touring Las Vegas; partial movie
                        entitled, "Once Upon A Time in America"]

            Item 6      #18 - [video-Altmanis family; Elena's
                        birthday party at restaurant-in attendance
                        are Iouri Mikhel, Jurijus Kadamovas, and
                        Natalya Solovyeva]

            Item 6      #19 - [video-Altmanis family at pool; at
                        home; at water park; at pool; at home w/Iouri
                        Mikhel, Jurijus Kadamovas, and Natalya
                        Solovyeva]

            Item 6      #20 - [video-Pornography]

            Item 6      #21 - [video-Altmanis family in 1998; in NYC;
                        in Florida]

            Item 6      #22 - [video-Altmanis family in 1998;
                        birthday party; in/around Los Angeles]

            Item 6      #23 - [video-Pornography; home video-Altmanis
                        family]

            Item 6      #24 - [video-Pornography]

            Item 6      #25 - [video-Altmanis family]

            Item 6      #26 - [video-Altmanis family at home and at
                        family store]

            Item 6      #27 - [video-Altmanis family trips in July
                        1998 to NYC; LA, Las Vegas, an Arizona
                        airport, and Florida;  Elena's obstetrical
                        exams; Altmanis family at home; cartoons]

            Item 6      #28 - [video-Russian cartoons]

43

Item 6    #29 - [Movie entitled, "Once Upon A Time In America"]

Item 6    #30 - [video-Russian movie]

Item 6    #31 - [video-Altmanis family; birthday party; new vehicles; trip to Las Vegas]

Item 6    #32 - [video-Altmanis family; Las Vegas trip, Altmanis talking; car trip]

Item 6    #33 - [video-Altmanis family; Las Vegas trip]

1B-177:   Twenty-three (23) audio cassette tapes

1B-248:   Item 3 - Cassette Tape Entitled:

    a.  Kaballah For Beginners
    b.  Personal Astrological Profile
    c.  Create A Miracle In Your Family
    d.  Ten Luminous Emanations #1
    e.  Ten Luminous Emanations #2
    f.  Kaballah and Medicine
    g.  The Traveling

1B-266:   One (1) VHS RCA Video Tape T-120H

1C-1:     MDC recordings of Serge Mezeritsky

1D-52:    One (1) CD-ROM of Tezhik's phone conversations

1D-53:    Enhanced version of 1B-35, Item 41, MARKED #11 - [video of Armen Gyurdzhiyants]

1D-54:    Enhanced version of 1B-35, Item 41, MARKED #3

1D-55:    Enhanced version of 1B-35, Item 41, MARKED #15

1D-36:    Enhanced version of 1B-35, Item 41, MARKED #14

## · 7A-LA-229216

1B-36:    Video tape from Washington Mutual Bank

281H-LA-229714

IB & 1D A/V Evidence @ Copy Pro

281H-LA-229714-1B.

1B-114, Item 6

Q398    Altmanis family/kids at wildlife park

Q399    Elena and kids at zoo and on vacation

Q400    Altmanis family; party, possibly at Russian Roulette w/Mikhel and Kadamovas present/tape ends during filming of party

Q401    Altmanis family footage w/kids

Q402    Altmanis family in Las Vegas and at home

Q403    Altmanis family and Raymond Eidaks in Las Vegas

Q404    Elena's birthday party at restaurant, Kadamovas, Mikhel, possibly Raymond Eidaks in attendance; home video Altmanis family

Q405    Altmanis family in Las Vegas

Q406    Altmanis family trip to Europe, video of tourist spots

Q407    Altmanis family, kids swimming in a pool at a resort environment; family at home

Q408    Altmanis and family, including newborn, and family trip to Santa Monica; lavish New Year's party at a club

Q409    Ainar Altmanis and his brother, Raymond, in Ainar's apartment, having dinner; Altmanis family traveling in Europe; family/friends in Europe, at the opera, and at various homes.

Q410    November 20, 2000-sleeping baby, children running around in house; November 21, 2000-chlidren running around house; November 25, 2000-child at home; December 1, 2000-cat and Elena; December 3, 2000-child at home; December 4, 2000-child playing in leaves outside; December 20, 2000-Ainar and family, child eating, children and Elena at home, Ainar sitting in front of camera while music is playing at home, Elena; December 24, 2000-children decorating Christmas tree, Elena and children by the tree; December 25, 2000-children playing at home; December 26, 2000-children at home; December 28, 2000-children at home

Q411    December 8, 2001 through January 15, 2002-Altmanis family
home video

Q412    May 5, 2001-parking lot; Asian woman and Elena (Riga,
Latvia?), driving through foreign city; May 6, 2001-
cemetery, eating at house; May 7, 2001-Altmanis relatives?
in Riga at residence; Elena, child and relatives at
airport; May 8, 2001-Elena, child, filming on/from tour
bus, scenery; Ainar w/luggage in parking lot, child in
stroller

Q413    January 26, 2002-Ainar, Raymond Eidaks, Mikhel, Kadamovas,
Solovyeva, Natalya Solovyeva, Karagodina, Elena, and
others at restaurant; January 27, 2002-nightclub; children
at Altmanis home; January 30, 2002-baby asleep on bed,
baby awake; January 31, 2002-Elena and baby, close-up of
Elena's diamond stud earring; February 2, 2002-daughter;
February 8, 2002-baby; February 10, 2002-children at home,
Elena w/children, unidentified woman w/children

Q414    April 4, 2000-video of Altmanis family (Russian dialogue)
on a hill, hiking, sightseeing in mountains surrounding
Los Angeles; April 5, 2000-young female playing w/baby in
house or apartment; April 13, 2000-mother playing w/baby
in front of mirror; April 15, 2000-baby being fed; May 1,
2000-baby playing

Q415    Altmanis family store; family home video

Q416    September 10, 2001-new child; September 11, 2001-rose
tattoo on left arm, kid's birthday; September 21, 2001-new
apartment complex, new Lincoln Navigator; October 7, 2001-
friend getting married in Las Vegas

Q417    July 27, 2001-home video of Altmanis family in hospital
for birth of third child

Q418    October 13, 2001-Altmanis family touring a house in the
hills

Q419    Altmanis family home video

Q420    Altmanis family home video

Q421    Family video taken in foreign country/possibly relatives
of Altmanis

Q422    Altmanis family video

Q423    Altmanis family video

Q424    Altmanis family video

46

Q425        Altmania family video

281H-LA-229714-1D

1D-50 (2-CD set)        16MB memory stick from Sony Digital Recorder
                       Containing Telephone Conversations of
                       Kidnappers

1D-51 (2-CD set)        16MB memory stick from Sony Digital Recorder
                       Containing Telephone Conversations of
                       Kidnappers

1D-59                   Video tape entitled 'Ultimate Protection, Crash
                       Course in Self-Defense"

1D-61                   Digital Photos, Muscatel Crime Scene

281H-LA-229714

## 1A Evidence & Copy Pro

363            Photos taken 3/15/2002 and 3/17/2002 - Recovery of
               bodies from New Melones Reservoir

366            Photos of Columbia Inn, Tuolumne County

374            Photos of search of 1441 N. Vista, Apt. 18, Los
               Angeles, CA - Petro Krylov's residence

398            Photos of items found in Safiev's and Kharabadze's
               vehicles

442            Photographic stills from Affordable Portables
               surveillance video on 11/10/2001

## 281H-LA-229714

### 1A & 1B Evidence & Copy Pro (Photo G)

## 281H-LA-229714-1A

| | |
|---|---|
| 380 | Photos of Vladimir Paniouchkine |
| 382 | Photos of Jeff Dabb's car pursuant to search warrant |
| 397 | Photos of Ainar Altmanis on 2/12/2002 |
| 518 | Photos of 1B-52 (Lab Exhibit Q64) |
| 521 | Photos of Ainar Altmanis' tattoos (taken while in custody) |

## 281H-LA-229714-302-1A

| | |
|---|---|
| 3 | Still images from 1D-11 [video surveillance tape of purchase of (818) 268-9422 "Natalya phone" from Affordable Portables on 1/12/2002] |

## 281H-LA-229714-1B

| | |
|---|---|
| 34 | (Item 48, Folder 25 [in part]) Note: This is a better than what has already been provided. |

49

281-LA-229714

281-LA-229714-GJ-FA (CD-ROM)

69    Subpoenaed bank docs re Pavlov, Mikhel, Kadamovas, Karagodina, Alifanova, DWW
70    Subpeonaed bank docs re Gregoryi Chvartsman, Sierra Technologies
71    Subpoenaed bank docs re Sierra Tech., Bontcho Guentchev
72    Subpoenaed bank docs re Mikhel, Kadamovas
73    Subpoenaed bank docs from Citibank re Gitte Lellan
74    Subpoenaed bank docs from Asia Europe Americas Bank re Stenmark Ventures
75    Subpoenaed bank docs from Washingotn Mutual re Kadamovas, Natalya Vasilyena
76    Subpoenaed bank docs from Wells Fargo re Anton Popsuy-Shapko

RECEIVED SEP 1 3 2004

50

<u>90C-LA-233614</u>

<u>Items Related to Mikhel's Second Escape Attempt from
San Bernardino County Jail in January 2004</u>

1D63 - audiotape of Jouri Mikhel's 1/22/04 interview with San Bernardino County Deputy
    Sheriff's Detectives

1D64 - audiotape of Jason Stivers' 1/22/04 interview with San Bernardino County Deputy
    Sheriff's Detectives

1D65 - videotape of Jason Stivers' 1/22/04 interview with San Bernardino County Deputy
    Sheriff's Detectives

1D66, #1 - audiotape of Sandra Gruce's 1/22/04 interview with San Bernardino County Deputy
    Sheriff's Detectives

1D66, #2 - audiotape of Sandra Gruce's 1/22/04 (continued) interview with San Bernardino
    County Deputy Sheriff's Detectives

1D67, #1 - videotape of Sandra Gruce's 1/22/04 interview with San Bernardino County Deputy
    Sheriff's Detectives

1D67, #2 - videotape of Sandra Gruce's 1/22/04 (continued) interview with San Bernardino
    County Deputy Sheriff's Detectives

1D68 - audiotape of Hector Lopez' 1/23/04 interview with San Bernardino County Deputy
    Sheriff's Detectives

51

## 281H-LA-229714

### 281H-LA-229714-1D

62      Two (2) video tapes of Gelson Market's parking lot on 10/12/2001

63      Photographs (consensual) of Alexander Afonin, Vladimir Sobolev, Natalia Alifanova. Photograph of the Cyrus Villa rented by Iouri Mikhel via an alias. (by SA Davidson)

64      SSA Bryan Tepper's notes related to an analysis of seized telephones

65      Tape recording of Vladimir Sobolev's voice (consensual)

### 281H-LA-229714-1B

428     Photographs seized from Vladimir Sobolev's residence in St. Petersberg, Russia pursuant to legal process served by Russian authorities



## 1A-1B-1D AV Evidence & Copy Pro

### 7A-LA-229216

1B-31 - Bank of America surveillance tape of ATM at Ventura
Blvd. and Cedris on 1/21/02 10:08 p.m.

### 281B-LA-229714

1D-57 - Pen Register Data on CD-ROM.

1D-58 - Pen Register Data on Floppy Disc (view in Notepad):

          (818) 259-1740
          (818) 262-3235
          (818) 266-2281
          (214) 673-1297

53

281H-LA-229714

1A, 1B, 1C, 1D, and Serial A/V Evidence @ CopyPro

281H-LA-229714-LAB

77                1 CD-ROM of PDF - "FBI Insert" denoting receipt
                  from FBI Laboratory of latent prints lifted during
                  various searches of subject-controlled locations &
                  scanned latent prints denoted in Insert

281H-LA-229714-GJ-FA

78                1 CD-ROM of PDF - "FBI Insert" enclosing of copies of
                  checks from BoA re the following accounts:

                  Pavlov; Mikhel/Karagodina; Karagodina; Kadamovas/DWW;
                  Alifinova; Designed Water World

281H-LA-229714-GJ-FA - 1 CD-ROM of IRS-CID bank-related docs

79                Kadamovas/Amex
80                "
81                Kadamovas/Household Credit
82                DWW/Western Financial
83                Mikhel/Providian
84                Pavlov/Chase
85                Solovyeva/Chase
86                Krylov/Chase
87                Kadamovas/Capital One

281H-LA-229714-GJ-FA - 1 CD-ROM of IRS-CID bank-related receipts

88                Mikhel/Capital One
89                Mikhel/Capital One
90                Tsesas/BoA
91                Krylov/Citibank
92                Solovyeva/Citibank
93                Krylov/Discover
94                Mikhel/Citibank
95                Mikhel/Discover
96                Kadamovas/Providian
97                Kadamovas/Providian

281H-LA-229714-1A

406               1 CD-ROM of photos of 1B-406 (boot covers)

54

<u>281H-LA-229714 - 1 CD-ROM</u>

<u>1C-6</u>        Latent lifts from torn paper

<u>281H-LA-229714 - 1 CD-ROM</u>

<u>LAB-61</u>    Lab Report
<u>1C-7</u>      Certified copy of Alexander Umansky fingerprints

<u>281H-LA-229714-1C</u>

10        1 CD-ROM containing Cypriot Police Report & Photograph of
          photo i.d. of Mikhel by Popov's wife (Note: Upon opening
          cd-rom you'll notice filename of 1C-4. This is
          incorrectly titled and could not be changes as the disc is
          "Read-Only").

<u>281H-LA-229714-1C</u>

12        1 CD-ROM containing---LAB Serial 79, Enclosure 1---an
          analysis of Kadamovas phones (Lab Specimens Q474, Q475,
          Q477 & Q480)

<u>281H-LA-229714-1D</u>

66        1 CD-ROM containing AT&T Cellsite Data for (310) 993-6748
          (Mikhel's mobile) received pursuant to Court Order No. 02-
          2117M (Reference GJ-TEL Serial 192).

55

REVISED (1 of 2)

### 7A-LA-229216/281H-LA-229714
### 1A & 1B Evidence @ CopyPro

**7A-1A-229216**

1A-119:   B&W photos of latent prints lifted from Nissan CA Lic. Plate 3CMT104, VIN 1N4EB32A3NC781633 at 11647 Balboa Ave.

1A-120:   B&W photos of latent prints lifted from 1994 Plymouth Voyager, CA Lic. Plate 3J4A996 at 1629 N. Formosa, Hollywood, CA.

1A-130:   Two (2) CD-ROMs of CART data (corresponds with handwritten data provided separately via the same 1A number).

1A-154:   Photos of Aleksejus Markovskis.

**281H-LA-229714**

1A-445:   Photos of Jeff Dabb's car taken during execution of 6/18/2002 search warrant.

1A-558:   CD-ROM containing 17 still photos made from 1B-266, (a video of Safiev's Crest Court home made by Natalya Solovyeva).

1A-570:   Photos of boot cover (1B-360) obtained from Muscatel's mouth during autopsy.

1A-571:   Photos of items purchased by SA Perez at Home Depot (1B-421) that correspond to Cyprus murder of Popav and Mikhel's credit card.

1A-572:   Photos:

| Lab Item # | 1B# |
|---|---|
| Q54 | 1B-39, Item 131 |
| Q48 | 1B-66, Item 89 |
| Q60.1 | 1B-86, Item 114 |
| Q61 | 1B-86, Item 114 (syringe) |
| Q61 | " " |
| Q59-Q61 | " " |
| Q59-Q61 | " " |
| Q59-Q61 | " " |
| Q55 | 1B-39, Item 126 |
| Q55 | " " |
| Q52 | 1B-39, Item 93 * |
| Q54 | 1B-39, Item 131 |

56

REVISED (2 of 2)

| | | |
|---|---|---|
| Q49 | 1B-66, Item 90 | |
| Q50 | 1B-66, Item 134 | |
| Q52 | 1B-39, Item 129 | * |
| Q60.1 | 1B-86, Item 114 | |
| Q60.1.1 | " " | |
| Q51 | 1B-39, Item 92 | * |
| Q52 | 1B-39, Item 93 | * |
| Q52 | 1B-39, Item 129 | * |
| Q52 | " " | * |

| 1A-573: | Photos: | |
|---|---|---|
| | Lab Item # | 1B# |
| | Q50 | 1B-66, Item 134 |
| | Q50 | 1B-66, Item 134 |
| | Q48 | 1B-66, Item 89 |
| | Q48 | " " |
| | Q49 | 1B-66, Item 66 |
| | Q49 | " " |
| | Q51 | 1B-39, Item 92 |
| | Q51 | " " |
| | Q52 | 1B-39, Item 93 |
| | Q52 | " " |
| | Q53 | 1B-39, Item 129 |
| | Q53 | " " |
| | Q54 | 1B-39, Item 131 |
| | Q54 | " " |

1A-576:    Photos of Altmanis' tattoos (2nd Attempt-clearer photos).

1A-579:    Two color photos of Anton Popsuy-Shapko.

1A-583:    CD-ROM of 1C-15, 29 photos of recovered bodies from Turkey.

1B-432:    8 Photos of Developed Latent Prints (Q483) from 1B-42.

KEY
* photo mislabled as 1B-33 -- s/b 1B-39

57

281H-LA-229714

**1A**

614   CD-R containing photo of Parrott's Ferry Bridge/Muscatel crime scene by Det. Jack Smith, Calaveras County Sheriff's Department.

615   CD-R containing autopsy photos of Meyer Muscatel

620   CD-R containing photos of selected 1B items

621   CD-R containing Cingular Wireless data for (310) 908-9353, (323) 428-1630, and (818) 731-4324 as the files listed below:

    1.  File. '310170206247995.zip'
        a.   File: '310170206247995'
        b.   File: '310170207654320'
        c.   File: '310170313032598'

    2.  File: '310170207654320.zip'
        a.   File: '310170207654320.ext'

    3.  File: '310170313032598.zip'
        a.   File: '310170313032598.txt'

    4.  File: 'DecodingCallRecs.txt'

622   CD-R containing Cingular Wireless data files (identical to the files described in 1A621, above) and files created by Alex Baroian based on this data, described as follows:

    1.  Folder: 'ORIGINAL VERSIONS'
        a.   Folder: '(310)908-9993' (Safiev's cellphone)
            i.   File: '310170313032598.txt' (original data)
            ii.   File: '(310)908-9993.doc' (converted data)
        b.   Folder: '(323)428-1630' (Kadamovas' cellphone)
            i.   File: '310170207654320.txt' (original data)
            ii.  File: '(323)428-1630.doc' (converted data)

        c.   Folder: '(818)731-4324' (Kharabadze's cellphone)
            i.   File: '310170206247995.txt' (original data)
            ii.  File: '(818)731-4324.doc' (converted data)

    2.  Folder: 'FINAL VERSIONS'
        a.   File. '(310)908-9993 (format).doc'
        b.   File: '(323)428-1630 FORMAT.doc'
        c.   File: '(818)731-4324 FORMAT.doc'
        d.   File: 'Master List (version 1).xls'

    3.  File: 'allWestRegionsites.xls'

    4.  File: 'CellSiteSectordsc.xls'

58

+A 620

213 444 3713    p.35

## 281H-LA-229714-1B

Note: All alpha designations appearing in the list below (i.e., the "a" in 107-a) were added to delineate between multiple photographs of the same object(s).

| | |
|---|---|
| 1B360 vs 1B344-a | Tyvek booty/Muscatel vs. Tyvek booty/Home Depot |
| 1B360 vs 1B344-b | Tyvek booty/Muscatel vs. Tyvek booty/Home Depot |
| 1B344 vs 1B358-a | Cable Tie/Home Depot vs. Cable Tie/Bridge |
| 1B344 vs 1B358-b | Cable Tie/Home Depot vs. Cable Tie/Bridge |
| 1B175-a | Cable Ties/Oak View Dr. |
| 1B175-b | Cable Ties/Oak View Dr. |
| 1B175 vs 1B-357-a | Cable Tie/Oak View Dr. vs. Cable Tie/Muscatel hands |
| 1B175 vs 1B-357-b | Cable Tie/Oak View Dr. vs. Cable Tie/Muscatel hands |
| 1B344 vs 1B211-a | Cable Tie/Home Depot vs. Cable Tie/Umanksy |
| 1B344 vs 1B211-b | Cable Tie/Home Depot vs. Cable Tie/Umanksy |
| 1B237 | Partial Flex-cuff/dirt SE area Parrots Ferry Bridge |
| 1B189-a | Cable Ties (7)/Kharabadze |
| 1B189-b | Cable Tie/Kharabadze neck |
| 1B149-a Q191-Q192 | Two (2) plastic bags/green trash can-Weslin |
| 1B149-b Q191-Q192 | Two (2) plastic bags (other side)/green trash can-Weslin |
| 1B76, Item 4 Q170 & 1B156 Q171 | Holmes Ceramic Heater Box/Oak View & Holmes Ceramic Heater/Weslin |
| 1B121, Item 1 Q216 | DVD monitor & wire/4320 Mammoth #103 |
| 1B145 | piece of black duct (or electrical) tape/brown trash can/Weslin |
| 1B165 | One (1) grey colored zip tie (cable tie) w/head removed/New Melones-Moccasin Pt. |

Muscatel Murder Book

Two (2) CDs
  - UC Santa Cruz Anthropology Photos
  - C272606, C272607, C272610, C272611, C272612, C272613, 021013839

CD-R of 23 JPEG photos from Muscatel Murder Book (previously produced at Bates Nos. 45438-45464)

60

2818-LA-229714

1B-1D A/V Evidence @ CopyPro

## 281H-1A

609 - CD-ROM - photos of multiple 1B items
610 - CD-ROM - photos of places in Tuolumne County
611 - Photos of 1B-360 (plastic bag and tape), 1B-355 (photo of blue shirt) - Muscatel crime scene
612 - Photos of 1B-360 (Tyvek boot cover taken from Muscatel's mouth) - Muscatel crime scene

## 281H-1D

69 - VHS of "shopping cart" (New Melones Reservoir) - prov. by L.A. Dive Team
70 - DVD of 4320 Mammoth Ave., Apt. 103, Sherman Oaks, CA (Altmans' apt.) - 02/19/2002 - prov. by San Bernardino Sheriff's Dept.
71 - CD-ROM containing sonar image of "target" (shopping cart) on 04/18/2005 @ 10:22 am PDST - at New Melones Reservoir - prov. by Gene Ralston

61

_ 1A-609

...

## 281H-LA-229714-1B

Note 1: All alpha designations appearing in the list below (i.e., the "a" in 107a) were added to delineate between multiple photographs of the same object or between multiple photographs of different objects classified with the same 1B#, Item #, and/or E#.

Note 2: Items pertaining to 7A-LA-229216 are designated in parenthesis.

1B-106 Items 1 & 4
1B-106 Items 1-4
1B-110
1B-141 - E01938762
1B-141a - E01938762
1B-141b - E01938762
1B-141c - E01938762
1B-238 Items 2 & 3 - E01879868
1B-40 Item 104
1B-40 Item 105
1B-40 Item 106
1B-40 Item 107
1B-40 Item 108
1B-40 Item 109
1B-40 Item 110
1B-40 Item 113
1B-40 Item 122
1B-40 Item 122a
1B-40 Item 122b
1B-40 Item 122c
1B-40 Item 123
1B-40 Item 127
1B-40 Item 128
1B-40 Item 132
1B-40 Item 133
1B-40 Item 135
1B-40 Item 94
1B-40 Item 94a
1B-40 Item 95
1B-75
1B-75a
1B-75b
1B-75c
1B-83 Item 32 cigarette box
1B-83 Item 32 - Q62 & Q62.1

1B-83 Item 32 - Q62.1
1B-83 Item 32 - Q62
1B-85 Item 125
1B-85 Item 125a
1B-85 Item 125b
1B-87
1B-92
1B-34 (7A-LA-229216)
1B-34a (7A-LA-229216)



281H-LA-229714
JSD:jsd

1

SA James S. Davidson conducted the following investigation on April 19, 2005:

Photographs were taken of landmarks described in 281H-LA-229714-302, Serial 161. These photographs will be maintained on a CD-ROM in 1A-610, and are described below:

1. PIC0001.JPG - Looking approximately east at the sign to the "Houseboat Mini-Mart, located at 5021 La Grange Rd. (also known as the corner of County Road J59, and Las Armonitas Rd.)

2. PIC0002.JPG - Looking approximately east-northeast at the signs to two businesses located within the Houseboat Mini-Mart complex.

3. PIC0003.JPG - Looking approximately east into the Houseboat Mini-Mart complex.

4. PIC0004.JPG - Looking approximately east-southeast into the Houseboat Mini-Mart complex.

5. PIC0005.JPG - Looking approximately north-northeast into the Houseboat Mini-Mart complex.

6. PIC0006.JPG - Looking approximately northwest at the sign to the Sonora Gold Lodge. (This location is either inaccurately described in Serial 161 as the Sonora Motel, or there has been a name change since the date of that report).

263

281B-LB-229714

1B-1C-1D A/V Evidence & CopyPro

**281B-1A**

462        SIDE-SCAN SONAR IMAGE-JANUARY 2003 (OF AS YET TO BE
          IDENTIFIED SHOPPING CART/GENE RALSTON)

592        PHOTOS OF MULTIPLE 1B#S (SEE ENVELOPE CONTAINING CD-R)

**281B-1B**

34 Item 48  VALERIY POPOV'S PERSONAL EFFECTS

309        TWO (2) VIDEO TAPES FROM WELLS FARGO BANK - 12251 Ventura Blvd.
          STUDIO CITY, CA

310        (13 diskettes-Note: 1B 310 notes the collection of 14 diskettes--one was blank)

323        ONE (1) CD OF AOL FILES FROM SEARCH WARRANT ON MIHKEL AND
          GOTLEM ACCOUNTS

324        FIVE (5) COMPACT DISCS WITH SONAR IMAGES OF THE KIDNAP
          VICTIMS AT THE BOTTOM OF NEW MELROSE RESERVOIR--IMAGES
          WERE TAKEN BY "GENE AND SANDY RALSTON", (RALSTON
          AND ASSOCIATES)

325        FOUR (4) COMPACT DISKS W/ DIGITAL PHOTOGRAPHS AND (6) SHEETS
          OF PHOTOGRAPHS (PHOTOGRAPHS WERE TAKEN BY SAN
          BERNANDINO SHERIFF'S DEPT)

339        35 CD'S WHICH CONTAIN COPIES OF CONVERSATIONS BY SUBJECTS
          WHILE INCARCERATED AT KERN COUNTY JAIL

350        TWO (2) COMPACT DISCS OF CALLS MADE BY ALEXSEJUS
          MARKOVSKIS

362        ONE (1) 3 1/2 FLOPPY DISK ITEM NUMBER, 0003, IS INDICATED IN
          CALAVERAS COUNTY SHERIFF'S REPORT, DATED 1/16/2002

365        1. ONE FLOPPY DISK (0001)
          2. ONE FLOPPY DISK (0002)



3. ONE FLOPPY DISK (0003)
4. ONE FLOPPY DISK (0004)
5. ONE FLOPPY DISK (0005)
6. ONE FLOPPY DISK (0006)  (ITEM NUMBERS 0001-0006 ARE
REFERENCED IN CALAVERAS COUNTY SHERIFF'S REPORT, DATED
11/13/2001)
7. ONE FLOPPY DISK (0001)  (ITEM NUMBER 0001, IS INDICATED IN
CALAVERAS COUNTY SHERIFF'S REPORT DATED12/3/2001)

428        ONE (1) VIDEO TAPE SEIZED AT VLADIMIR SOBOLEV'S RESIDENCE

433        PHOTOS OF WEIGHTS PURCHASED BY FBI TO DUPLICATE SUBJECT'S
           PURCHASE

8, 119, 180, 320 (Provided as individual .pdf files on one CD-ROM--See 1B sheets for descriptions--
Note that the items in these files represents production of photo/media-based part of each 1B number-
Photocopied portion of each 1B number has been produced separately)

### 281H-1C

1          CD-R OBTAINED FROM THE CALAVERAS COUNTY
           CORONER, CONTAINING PHOTOGRAPHS OF MEYER MUSCATEL

3          (1 cassette tape)

11         PHOTOS FROM CYPRIOT POLICE FILE RE MURDER OF VALERY PAPOU

### 281H-1D

60         HI-8 VIDEO OF ENTRY/EXIT DURING 11/12/03 SEARCH OF 1441 N
           VISTA ST., APT. 18, LOS ANGELES, CA

68         MICRO-CASSETTE RECORDING OF AINAR ALTMANIS BY L.A. COUNTY
           SHERIFF'S DEPUTY DURING TRAFFIC STOP

### NOT PROVIDED BUT NOTED HERE

35-Bar Code E02127652 (4 Digital Mini-Disks)(just music, see attached descriptions)

Case 2:02-cr-00220-MCS    Document 2266-1    Filed 02/14/12    Page 29 of 39    Page ID #:5689

6 tracks

**Music**



①      Reviewed
3/10/02 RR

7 tracks → Music

1: "RAIN"    5: "Womanizer"

②   2: "Limits"    6: "The One Who"

      3: "Hop Hey"   7: "Soul"

      4: "TANBOV"    | Reviewed
3/10/02 by RR

8 tracks → KADAMOVAS's Music

      1: RAIN      5: WoMANIZER

③   2: Limits    6: The One Who

      3: Hop Hey   7: Soul

      4: Tanbov    8: VAMpire

    Without VOCALS / Rev. 3/10/0, RR.

9 tracks → MUSIC

④   1 & 2: "Limits"   | Revie 3/10/ by

      3 & 4: "RAIN"

      5: [just a few notes]

      6: "Soul"

      7: [nothing]

      9: [nothi

— 281H-LA-229714 1335

4 Digital Mini DISKS



## 281H-LA-229714-1B

Note 1. All alpha designations appearing in the list below (i.e., the 'a' in 107a) were added to delineate between multiple photographs of the same object or between multiple photographs of different objects classified with the same 1B#, Item #, and/or E#.

Note 2: Items pertaining to 7A-LA-229216 are designated in parenthesis.

Note 3: 1B-128 Items 10 thru 10f are marked as "Item 9" in the photo itself. This is an error.

| | |
|---|---|
| 107 | 172 Item 22 - Q179-1 |
| 107a | 172 Item 14 - Q171-Q183 |
| 107 - Q480 | 22 Item A4 |
| 139 Item 18 | 34 |
| 139 Item 21 | 128 Item 1 - K66 |
| 119 - E019377724 - Q472 & Q473 | 128 Item 1a - K66 |
| 119a - E019377724 - Q472 & Q473 | 128 Item 2 - K67 |
| 119 - E019377724 - Q474 & Q475 | 128 Item 2a - K67 |
| 119a - E019377724 - Q474 & Q475 | 128 Item 3 - K68 |
| 264 - Q42 & Q43 | 128 Item 3a - K68 |
| 265 - Q46 & Q47 | 128 Items 4-5-6 |
| 409 | 128 Item 7 |
| 409a | 128 Item 8 |
| 409b | 128 Item 9 - Q263-Q266 |
| 71 - Q18 | 128 Item 10 |
| 71a - Q18 | 128 Item 10a |
| 117 - E01937747 - Q215 | 128 Item 10b |
| 117a - E01937747 - Q215 | 128 Item 10c |
| 115 - front | 128 Item 10d |
| 115 - back | 128 Item 10e |
| 115a | 128 Item 10f |
| 115b | 128 Item 11 |
| 115c | 128 Item 12 |
| 115d | 128 Item 13 - Q270 & Q271 |
| 115e | 128 Item 14 |
| 115f | 128 Item 15 |
| 115g | 128 Item 16 |
| 115h | 17 Item 1 - Q208 |
| 115i | 272 |
| 115j | 424 |
| 116 - E01937746 - Q213 & Q214 | 424a |
| 116 - E01937746 - Q213 | 426 |
| 116 - E01937746 - Q214 | 262 |
| 52 Item 17 - E01937558 - Q69 | 262a |
| 52 Item 12a - E01937558 - Q69 | 262b |
| 52 Item 17 - E01937558 - Q70 & Q70.1 | 262c |
| 52 Item 17 - E01937558 - Q70 | 262d |
| 52 Item 17a - E01937558 - Q70 | 262e |
| 52 Item 17 - E01937558 - Q70.1 | 256 |
| 52 Item 17a - E01937558 - Q70.1 | 256a |
| 82 | 256b |
| 104 | 256c |
| 104a | 256d |
| 39 (7A-LA-229216) | 255 |
| 39a (7A-LA-229216) | 255a |
| 39b (7A-LA-229216) | 255b |
| 39c (7A-LA-229216) | 255c |
| 30 - E01937735 | 255d |
| 239 | 263 |
| 113 | 40 |
| 37 (7A-LA-229216) | |
| 172 Item 13 - Q173-Q177 | |
| 172 Item 34 - Q171.2 | |

67

281H-LA-229714

## 1A, 1B, 1C & 1D A/V Evidence

### 1A

122   (7A-LA-229714) - One (1) CD-R (For description of this item, refer to 1A122-hardcopy of notes re lab report 01:231003, which will be produced separately)

608   One (1) CD-R of "enclosure one" pertaining to lab report 041014251SH

631   One (1) CD-R of still photographs from ATM at Wells Fargo Bank on 12/14/2001

### 1B

441   One (1) CD-R, which is an enhanced copy of 1D51: 4MB MEMORY STICK FROM SONY DIGITAL RECORDER CONTAINING TELEPHONE CONVERSATIONS WITH KIDNAPPERS (TEZHIK & RAUL) - (ref lab report #050525256 re: enhancement)

### 1C

17   One (1) CD-R of 1B35, Item 23 (already provided as casette tape) - copy of mini-disc recording of Safiev and Kadamovas

### 1D

72   TAPES #1-7 OF 7 OF INTERVIEW OF MARINA KARAGODINA ON 3/23/2005, BY SA DAVIDSON, FBI, SA GOGLEY, IRS-CID, AUSA DE WITT, AND DETECTIVE CONSTABLES JOHN RICHARDSAND TONY MORRIS, LONDON METROPOLITAN POLICE

68

# SEARCH PHOTOS

Note: Photos pertaining to the 1As described below are contained on the enclosed CD-ROM. They are grouped by search location. Some of the descriptions below include items other than photos. These items are not on the enclosed CD-ROM, but were provided with the original and earlier production of the same 1A, which may have contained b&w photos. The scanned photos include the back as well as the front of the photo. This was not the preferred method of production, but it will have to suffice. It may make it a bit more difficult to sort through, but the difference should be negligible. Also, many photos have vertical red lines through them. This is a function of the method of scanning, which was automated and saved time. If a hard copy of any photo is desired, it can easily be retrieved and produced for the requesting party.

## 281H-LA-229714

### 17055 Oak View Dr., Encino, CA

1A 100      PHOTOS OF SEARCH PART 1 OF 4 - OAK VIEW  (ROLLS 4 & 5) - 2/19/02

1A 101      PHOTOS OF SEARCH PART 2 OF 4 - OAK VIEW  (ROLL 2) - 2/19/02

1A 102      PHOTOS OF SEARCH PART 3 OF 4 - OAK VIEW  (ROLL 3) - 2/19/02

1A 103      PHOTOS OF SEARCH PART 4 OF 4 - OAK VIEW  (ROLL 1) - 2/19/02

1A 73       SEARCH PHOTOS & NEGATIVES OF 17055 OAK VIEW, ENCINO, CA
            ERT - 3/1/02

1A 74       SEARCH PHOTOS & NEGATIVES OF 17055 OAK VIEW, ENCINO
            ERT - 3/1/02

### BMW 850I and Jeep Cherokee Sport - Mikhel's vehicles

1A 151      PHOTOGRAPHS & NEGATIVES DOCUMENTS THE SEARCH OF A BMW
            850I VIN WBAEG2310NCB74240

1A 152      PHOTOGRAPHS & NEGATIVES DOCUMENTING THE SEARCH OF JEEP
            CHEROKEE SPORT VIN NUMBER 1J4FT68S0SL616836

### 13605 Ventura Blvd., Sherman Oaks, CA - Designed Water World

1A 46       PHOTOS, LOGS, AND NEGATIVES FOR 13605 VENTURA BLD
            SHERMAN OAKS, CA - 2/19/02

69

<u>17337 Ventura Blvd., #200, Ancien, CA - Mikhail Zadoyan's office</u>

1A 60        PHOTOS OF SEARCH WARRANT AT ZADOYAN ACCOUNTING & TAX
             SERVICE - 2/19/02

<u>4320 Mammoth, Apt. 103, Sherman Oaks, CA - Altmanis' apartment</u>

1A 264       4320 MAMMOTH # 103 SHERMAN OAKS, CA (2 OF 2) - 2/20/02

1A 265       PHOTOS OF 4320 MAMMOTH #103 SHERMAN OAKS, CA (1 OF 2) - 2/20/02

1A 266       SEARCH PHOTOS OF RED LINCOLN TOWN CAR CALIF LICENSE PLATE
             35N2009 (2 OF2) - 2/27/02

1A 267       PHOTOS OF WHITE LINCOLN NAVIGATOR WITH LIC PLATE 4NRY544
             FROM SEARCH - 2/27/02

1A 268       PHOTOS OF RED LINCOLN TOWN CAR CALIF LICENSE PLATE CA
             35N2009 (1 OF 2) - 2/27/02

<u>1441 North Vista St., Los Angeles, CA- Krylov's apartment</u>

1A 47        PHOTOGRAPHS FROM SEARCH CONDUCTED ON 2/19/02 AT 1441 NORTH
             VISTA ST., APT. 18, LOS ANGELES, CA - 2/19/02

<u>5440 Lindley Ave., Unit 202, Ancien, CA- Kadamovas/Solovyeva apartment</u>

1A 51        PHOTOS OF ENTRY/EXIT 5440 LINDLEY AVE., Unit 202, ANCIEN,
             KADAMOVAS - 2/19/02

<u>Mercedes Benz & Nissan Quest - Kadamovas vehicles</u>

1A 149       PHOTOGRAPHS & NEGATIVES DOCUMENTING THE SEARCH OF: 2002
             MERCEDES M155 VIN 4JGAB74E62A290234

1A 150       PHOTOGRAPHS & NEGATIVES DOCUMENTING THE SEARCH OF 1992
             NISSAN QUEST VIN 4N2DN11W2PD801010

1A 153       PHOTOGRAPHS & NEGATIVES DOCUMENTING THE SEIZURE &
             TRANSPORT OF 2002 MERCEDES ML55-VIN 4JGAB74E62A290234
             1992 NISSAN QUEST VIN 4N2DN11W2PD801010

70

**9461 Charleville, Unit 578, Beverly Hills, CA - Mail Box Times/Mikhel mailbox**

1A 61        MAIL BOX TIMES, 9461 CHARLEVILLE, UNIT 578, BEVERLY HILLS, CA -
             2/19/02
             1. SEARCH PHOTOS
             2. PHOTO LOG

**3534 Weslin Ave., Sherman Oaks, CA- Kadamovas property**

1A 45        PHOTOGRAPHS, NEGATIVES, AND LOG FOR 3534 WESLIN AVE,
             SHERMAN OAKS - 2/19/02

1A 75        ERT SEARCH PHOTOS & NEGATIVES OF 3534 WESLIN AVE. (3 OF 3) -
             3/01/02

1A 71        ERT SEARCH PHOTOS & NEGATIVES OF 3534 WESLIN AVE. (2 OF 3) -
             3/01/02

1A 72        ERT SEARCH PHOTOS & NEGATIVES OF 3534 WESLIN AVE. (1 OF 3) -
             3/01/02

**14538 Benefit St. - Mikhel apartments**

1A 157       SEARCH WARRANT PHOTOS - SEARCH OF 14538 BENEFIT ST. - 2/19/02
             (1A description mistakenly denotes search as being conducted on 2/20/02)

**12038 Crest Ct., Beverly Hills, CA - Safiev residence**

1A 104       PHOTOS AND NEGATIVES RE SEARCH OF SAFIEV'S RESIDENCE - 2/08/02

**2615 Colorado Ave., Ste. B, Santa Monica, CA - Matador Media**

1A 94        PHOTOS & NEGATIVES RE SEARCH AT MATADOR MEDIA - 2/08/02

**Turnout at Stevenot Bridge/Hwy 49**

1A 175       PHOTOGRAPHS & NEGATIVES OF THE SEARCH OF THE TURNOUT AT
             NEW MELONES RD & HWY 49 - 03/01/02

**GMC Yukon-Umansky vehicle**

1A 246       PHOTOS-SEARCH OF 2001 YUKON VIN 3GKGK26G0193731 (1 OF 2)

1A 247          PHOTOS-SEARCH OF 2001 YUKON VIN 3GKGK26G0193731 (2 OF 2)

### 8832 Sale Ave., Canoga Park, CA - Dabbs' residence

1A 291          PHOTOS-SEARCH OF DABBS RESIDENCE - 6/18/02

### ReMax Real Estate Office - Dabbs' office

1A 382          DABBS SEARCH WARRANT PHOTOS & NEGATIVES REMAX IN
                CALABASAS, CA - 6/18/02

### Dabbs' Vehicle

1A 445          NEGATIVES AND PHOTOS FROM DABBS CAR DURING SEARCH
                WARRANT - 6/18/02

### 1243 North Mansfield Ave., Apt. 6, Los Angeles, CA

1A 249          PHOTOS AND NEGS OF SEARCH WARRANT EXECUTED AT 1243 NORTH
                MANSFIELD AVENUE, APT 6, LOS ANGELES, CA - 2/19/02

## 7A-LA-229216

### Safiev's and Kharabadze's vehicles

1A 109          PHOTOS; SEARCH OF BMW (4SWM838) BELONGING TO NICK
                KHARABADZE; PHOTOS; SEARCH OF MERCEDES (4SWA367)
                BELONGING TO GEORGE SAFIEV

### 1629 North Formosa Ave., Unit 5, Los Angeles, CA - Mikhaylov's apartment

1A 72           ROLL #1 PHOTOGRAPHS OF SEARCH AT 1629 N. FORMOSA, #5,

1A 72           ROLL #2 (mislabeled with filename of '1A73ROLL1')

<u>281H-LA-229714</u>

1A, 1B, 1C, 1D A/V Evidence @ Copy Pro

<u>1A</u>

277       CD-ROM containing photographs provided by Geroge Petrishvili (Reference 281H-LA-229714 302 dated 5/28/02 by SA Sipos/b&w stills previously provided)

655       Kinko telephone toll records (Reference 281H-LA-229714-302, Serial 587)

<u>1C</u>

23       ONE CD (DEHQ1) TAKEN FROM 1B22 (A SONY DIGITAL CAMERA)

<u>1D</u>

76       Cassette (1/4) of 5/16/05 interview of Marina Karagodina (Ref 281H-LA-229714-302, Serial 591 for transcript).

77       Cassette (2/4) of 5/16/05 interview of Marina Karagodina (Ref 281H-LA-229714-302, Serial 591 for transcript).

78       Cassette (3/4) of 5/16/05 interview of Marina Karagodina (Ref 281H-LA-229714-302, Serial 591 for transcript).

79       Cassette (4/4) of 5/16/05 interview of Marina Karagodina (Ref 281H-LA-229714-302, Serial 591 for transcript).

73

## 281H-LA-229714

### Copy Pro 1A & 1D A/V Evidence

1A-641      Photographs of multiple 1B items (See Attached)

1D-73       ENHANCED VERSION OF 1D-10, WHICH IS COMPOSED OF TWO
            VIDEO TAPES REGARDING UMANSKY-12/14/2001 ATM TRANSACTIONS
            ONLY ONE TAPE WAS ENHANCED AND MOVED TO DVD-R:
            VIDEO 1 - NAVCO AU#0629, TAPE #7, SYSTEM #2 (00049947)
            LOOKING SOUTH FROM ATM MACHINE, WHICH FACES SOUTH

1D-74       COPY OF RECORDING CONTAINED ON 1B30, ITEM 41 (Q355) SONY
            DIGITAL RECORDER FROM IOURI MIKHEL'S RESIDENCE ON 2/19/02
            RECORDING TRANSFERRED TO CD MEDIA BY FBI LAB, CEAU,
            JASON ABRAMOWITZ: Q355 ASSINGED BY LAB; LAB # 021125015 QD

74

1A-641

## 281H-LA-229714-1B

Note 1: All alpha designations appearing in the list below (i.e., the "a" in 273a) were added to delineate between multiple photographs of the same item #

Note 2. Due to mistake of the photographer, the photo of 1B-35, E01937628, Item 10 incorrectly displays "Q478." It should be "Q476."

Note 3: Due to mistake of the photographer, the photo of 1B-35, E01937628, Item 13 incorrectly displays "Q478." It should be "Q478."

1B-21
1B-130, Items 6 (Q223), 15 (Q234), 21 (Q243-245), 22 (Q246-249), 23 (Q250)
1B-130, Items 11 (Q228), 13 (Q232), 18 (Q240), 20 (Q242), 28 (Q256)
1B-130, Items 8 (Q225), 10 (Q227), 16 (Q235-237), 17 (Q238-239)
1B-130, Item 3 (Q220)
1B-130, Item 3a (Q220)
1B-130, Item 14 (Q233)
1B-35 - E01937628
1B-35 - E01937628, Item 12 (Q478)
1B-35 - E01937628, Item 11 (Q477)
1B-35 - E01937628, Item 13 (Q479)
1B-35 - E01937628, Item 10 (Q476)
1B-337 (Q361)
1B-120
1B-273
1B-273a
1B-338
1B-338a
1B-35, Item 37(B)
1B-35, Item 37(B)a

75

## 281H-LA-229714

1A & 1D Evidence @ Copy Pro

### 281H-LA-229714-1A

| | |
|---|---|
| 656 | Photos of New Melones Visitor Center & Columbia Inn - 4/28/2005 |
| 657 | DVD of New Melones Bridges (Stevenot and Parrott's Ferry) - 4/28/2005 |
| 663 | Photos from Cyprus MLAT Response |
| 665 | CD-ROM of Aerial Photographs of Relevant Los Angeles Locations: |

      a. 17055 Oak View Dr., Encino, CA
      b. 5440 Lindley Ave., Encino, CA
      c. 13605 Ventura Blvd., Sherman Oaks, CA
      d. 13719 Ventura Blvd., Sherman Oaks, CA
      e. 4320 Mammoth Ave., Sherman Oaks, CA
      f. 3534 Weslin Ave., Sherman Oaks, CA
      g. Coldwater Canyon/Ventura Blvd., Sherman Oaks, CA
      h. 12265 Ventura Blvd., Studio City, CA
      i. 22559 Margarita Drive, Woodland Hills, CA

### 281H-LA-229714-1D

| | |
|---|---|
| 80 | CD 1 of 7 - Enhanced version of 1D - 72, Tape 1 (3/23/2005 interview of Marina Karagodina) |
| 80 | CD 2 of 7 - Enhanced version of 1D - 72, Tape 2 (3/23/2005 interview of Marina Karagodina) |
| 80 | CD 3 of 7 - Enhanced version of 1D - 72, Tape 3 (3/23/2005 interview of Marina Karagodina) |
| 80 | CD 4 of 7 - Enhanced version of 1D - 72, Tape 4 (3/23/2005 interview of Marina Karagodina) |
| 80 | CD 5 of 7 - Enhanced version of 1D - 72, Tape 5 (3/23/2005 interview of Marina Karagodina) |
| 80 | CD 6 of 7 - Enhanced version of 1D - 72, Tape 6 (3/23/2005 interview of Marina Karagodina) |
| 80 | CD 7 of 7 - Enhanced version of 1D - 72, Tape 7 (3/23/2005 interview of Marina Karagodina) |

TOTAL 4.52