SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
MICHAEL TANAKA (No. 85026)
Deputy Federal Public Defender
(E-mail: Michael_Tanaka@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-4140
Facsimile (213) 894-0081

Attorneys for Defendant
IOURI MIKHEL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 02-220-SJO |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| IOURI MIKHEL,<br>JURIJUS KADAMOVAS, | ) | |
| Defendants. | ) | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Exhibit A is a true and correct copy of Defendant Jurijus Kadamovas' Notice of Motion; Motion for Continuance of the Trial Date; Memorandum of Points and Authorities; Declaration of Counsel; Exhibits filed with the Clerk for the Central District of California on March 15, 2006, and that it be docketed in the court record.

DATED: February 10, 2012.

_S. James Otero_
HONORABLE S. JAMES OTERO
United States District Judge

Presented by:

_/s/ Michael Tanaka_
MICHAEL TANAKA
Deputy Federal Public Defender