**FILED**

UNITED STATES COURT OF APPEALS

FEB 22 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff - Appellee,<br>     v.<br><br>IOURI MIKHEL,<br><br>              Defendant - Appellant. | No. 07-99008<br><br>D.C. No. CR-02-00220-DT-2<br>Central District of California |
| UNITED STATES OF AMERICA,<br><br>              Plaintiff - Appellee,<br>     v.<br><br>JURIJUS KADAMOVAS,<br><br>              Defendant - Appellant. | No. 07-99009<br><br>D.C. No. CR-02-00220-DT-1<br>Central District of California |



RECEIVED
CLERK, U.S. DISTRICT COURT

FEB 2 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before:  Peter L. Shaw, Appellate Commissioner

Appellants' motion to extend the time to April 16, 2012 to file Appellants' joint opening brief and any individual supplemental opening brief is granted.  Any further motion to extend the time to file the opening brief is strongly disfavored.

The Government's answering brief is due August 16, 2012.  Appellants' joint reply brief and any supplemental individual reply brief are due November 14, 2012.

Appellants are encouraged to join in a single brief and to avoid repetition in the briefs to the greatest extent practicable.  *See* 9th Cir. R. 28-4, 28-5.