**FILED**

UNITED STATES COURT OF APPEALS

MAY 10 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff - Appellee,<br><br>   v.<br><br>IOURI MIKHEL,<br><br>          Defendant - Appellant. | No. 07-99008<br><br>D.C. No. CR-02-00220-DT-2<br>Central District of California |
| UNITED STATES OF AMERICA,<br><br>          Plaintiff - Appellee,<br><br>   v.<br><br>JURIJUS KADAMOVAS,<br><br>          Defendant - Appellant. | No. 07-99009<br><br>D.C. No. CR-02-00220-DT-1<br>Central District of California |



RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Before:  Peter L. Shaw, Appellate Commissioner

Appellants' unopposed motion to extend the time to June 6, 2012 to file Appellants' joint opening brief and any individual supplemental opening brief is granted.  The Government's answering brief is due October 11, 2012.  Appellants' joint reply brief and any supplemental individual reply brief are due January 14, 2013.  Appellants are encouraged to join in a single brief and to avoid repetition in the briefs to the greatest extent practicable.  *See* 9th Cir. R. 28-4, 28-5.