**FILED**

UNITED STATES COURT OF APPEALS

MAY 02 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff-Appellee,<br><br>v.<br><br>JURIJUS KADAMOVAS,<br><br>             Defendant-Appellant. | No. 07-99009<br><br>D.C. No. 2:02-cr-00220-DT<br>Central District of California<br>Los Angeles<br><br>ORDER |

Before:   Peter L. Shaw, Appellate Commissioner

RECEIVED
CLERK, U.S. DISTRICT COURT

MAY − 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

The letter from the Lithuanian Embassy, received April 30, 2012, is referred

to the merits panel for whatever consideration it determines is appropriate.