UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 02-220 |
|---|---|
| Plaintiff-Appellee, | Application for an Order Allowing Counsel for Jurijus Kadamovas to Copy and Inspect All Sealed Pleadings, Orders and Transcripts Regarding Co-Defendant Iouri Mikhel |
| v. | |
| IOURI MIKHEL, JURIJUS KADAMOVAS, | |
| Defendants-Appellants. | |

Defendant-Appellant Jurijus Kadamovas, through his counsel, requests this Court for an Order directing the Clerk of the Court to allow counsel for Mr. Kadamovas to copy and inspect all documents pertaining to co-defendant/co-appellant Iouri Mikhel that were filed under seal, and all orders relating to such sealed documents, as well as (2) sealed portions of the transcripts for hearings pertaining to Mr. Mikhel held on September 6, 2006, November 14, 2006, November 30, 2006, December 12, 2006, December 13, 2006, January 24, 2007, and February 1, 2007. *Cf.* Local Civ. Rule 79-5.3 (Procedure for Disclosure of Confidential Court Records).

Undersigned counsel for Mr. Kadamovas are in the process of finalizing their arguments on appeal, and have determined that in order to adequately and competently represent Mr. Kadamovas on appeal they must review certain sealed documents and sealed transcripts relating to co-defendant Mikhel as they appear to be relevant to at least one issue Mr. Kadamovas intends to raise on appeal, specifically whether the trial judge erred in not severing Mr. Kadamovas's case from that of his co-defendant after Mr. Mikhel testified in the guilt phase of their joint trial. Accordingly, the requested order, permitting counsel to copy and

inspect the documents is necessary to permit Mr. Kadamovas to effectuate fully his right to appeal the district court's judgment.

Undersigned counsel will keep all requested materials confidential and will return to the Court with a motion to unseal if after review, undersigned counsel determine that the materials are, in fact, necessary for the appeal.

Counsel have conferred with counsel for the Government who has advised that if Mr. Mikhel does not object to unsealing these transcripts and documents and sharing them with Mr. Kadamovas, the government does not object to that approach. With that exception, the government takes no position on the matter and is not in a position to do so given that it does not have access to the contents of the requested materials. (*See* Declaration of Margaret O'Donnell, ¶ 8).

Undersigned counsel have conferred with counsel for Mr. Mikhel who have advised that they intend to rely upon sealed portions of the record in Mr. Mikhel's brief, and, intend to provide the government with an unredacted version of the brief, and counsel for Mr. Kadamovas with only a redacted version of the brief. Counsel for Mr. Mikhel have further advised that they object, on grounds of privilege, to Mr. Kadamovas's request to be allowed to inspect and copy these sealed pleadings, orders and transcripts. (*See* Declaration of Margaret O'Donnell, ¶ 7). A court order is, therefore, necessary.

This application is based on this notice and motion, the following memorandum of points and authorities, the declaration of Margaret O'Donnell, and any pleadings and papers on file in this action.

/

/

/

/

2

Undersigned counsel for Mr. Kadamovas will submit a proposed order concurrently with this notice and motion.

DATED: May 21, 2012

Respectfully submitted,

*Barbara E. O'Connor*
Barbara E. O'Connor
CA Bar No. 142800
O'Connor & Kirby, P.C.
174 Battery St., 3d fl.
Burlington, VT 05401
(802) 863-0112
(802) 865-5980 (facsimile)

Benjamin L. Coleman
Coleman & Balogh, LLP
1350 Columbia St., Ste. 600
San Diego, CA 92101
(619) 794-0420
(619) 652-9964 (facsimile)

Margaret O'Donnell
Attorney at Law
P.O. Box 4815
Frankfort, KY 40604
(502) 320-1837
(502) 227-4669 (facsimile)

ATTORNEYS FOR JURIJUS KADAMOVAS

3