UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 02-220 |
|---|---|
| Plaintiff-Appellee, | Declaration of Counsel in Support of an Application for an Order Allowing Counsel for Jurijus Kadamovas to Copy and Inspect All Sealed Pleadings, Orders and Transcripts Regarding Co-Defendant Iouri Mikhel |
| v. IOURI MIKHEL, JURIJUS KADAMOVAS, | |
| Defendants-Appellants. | |

**Declaration of Margaret O'Donnell**

I, Margaret O'Donnell, hereby state and declare as follows:

1.     I have personal knowledge of the following, and I can, and would if called upon, testify to the truth and accuracy thereof.

2.     I am an attorney at law, who is appointed, along with Benjamin L. Coleman and Barbara O'Connor, to represent Defendant-Appellant Jurijus Kadamovas on his appeal from the judgment and sentence in this case.

3.     The appeal has been consolidated with the appeal of Iouri Mikhel. Mr. Mikhel is represented on appeal by Sean Bolser, Michael Tanaka and Statia Peakheart.

4.     Our review of the record on appeal discloses that several proceedings under seal and/or in camera pertaining to co-defendant Mr. Mikhel are relevant to Mr. Kadamovas's appeal as follows:

1

| DATE | NO. | EVENT |
|------|-----|-------|
| 09/06/2006 | 1187 | Sealed Document-letter William Vicary J.D. M.D. Regarding Defendant Iouri Mikhel |
| 09/14/2006 | 1205 | Sealed Document-Dr. Ihle's Report |
| 09/13/2006 | 1206 | Sealed Document-Dr Ihle Regarding Iouri Mikhel |
| 12/07/2006 | 1361 | Sealed document– order re: production of 09/14/2006 forensic evaluation by Dr. Ihle |

5. Our review of the record on appeal has additionally disclosed that several transcripts of proceedings pertaining to Mr. Mikhel were under seal and/or in camera. This Court, on December 9, 2010 ordered the transcripts be unsealed and provided only to counsel for Mr. Mikhel as follows:

a. September 6, 2006 from 9:02 a.m. to 9:18 a.m. - proceedings related to Mr. Mikhel's mental health.

b. November 14, 2006 from 9:42 a.m. to 10:16 a.m. - proceedings related to Mr. Mikhel's mental health.

c. November 30, 2006 from 4:16 p.m. to 4:27 p.m. - proceedings related to Mr. Mikhel's representation by counsel.

d. December 12, 2006 from 11:17 a.m. to 11:30 a.m. - proceedings related to Mr. Mikhel's decision to testify.

e. December 13, 2006 from 9:34 a.m. to 9:40 a.m. - proceedings related to Mr. Mikhel's representation.

f. January 24, 2007 from 9:09 a.m. to 9:12 a.m. - proceedings related to Mr. Mikhel's representation.

Counsel for Mr. Kadamovas have subsequently determined that there is at least one additional sealed transcript, February 1, 2007 from 9:30 a.m. to 9:46 a.m., proceedings related to Mr. Mikhel's representation.

6. I believe review of the above proceedings is necessary to ensure the effective representation of Mr. Kadamovas. These proceedings as well as the sealed documents are relevant to an issue that Mr. Kadamovas intends to advance on appeal,

specifically whether the trial judge erred in not severing Mr. Kadamovas's case from that of his co-defendant after Mr. Mikhel testified in the guilt phase of their joint trial.

      7.    Counsel for Mr. Mikhel have advised that:

      a.    They will rely upon and cite to some of these sealed documents and portions of the sealed transcripts in Mr. Mikhel's appellate brief;

      b.    Relevant portions of these sealed documents and transcripts will be included in a separate sealed excerpt of record;

      c.    Mr. Mikhel's publicly filed brief will redact those portions of his brief that rely on the sealed documents and transcripts; and,

      d.    They intend to serve the government with an unredacted version of Mr. Mikhel's brief, but intend only to serve a redacted version of the brief on counsel for Mr. Kadamovas.

Counsel for Mr. Mikhel have further advised counsel for Mr. Kadamovas that they object, on grounds of the attorney/client privilege and the Fifth Amendment privilege, to Mr. Kadamovas's request to unseal these sealed pleadings, orders and transcripts.

      8.    I have communicated with Assistant United States Attorney Robert Dugdale who represents the Government in this matter. He has advised that if Mr. Mikhel does not object to unsealing these transcripts and documents and sharing them with Mr. Kadamovas, the government does not object to that approach. With that exception, the government takes no position on the matter and is not in a position to do so given that it does not have access to the contents of the requested materials.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 21, 2012

*Margaret O'Donnell*

MARGARET O'DONNELL

3