UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>        v.<br>IOURI MIKHEL, JURIJUS KADAMOVAS,<br><br>    Defendants-Appellants. | No. CR 02-220<br><br>**[Proposed] Order Directing the Office of the Clerk to Permit Counsel for Mr. Kadamovas to Obtain Copies of Matters Filed under Seal Pertaining to Iouri Mikhel** |

Good Cause having been shown:

The Clerk of the District Court is ordered to permit appellate counsel for Jurijus Kadamovas to copy and inspect all documents pertaining to co-defendant/co-appellant Iouri Mikhel that were filed under seal, and all orders relating to such sealed documents, as well as (2) sealed portions of the transcripts for hearings pertaining to Mr. Mikhel held on September 6, 2006, November 14, 2006, November 30, 2006, December 12, 2006, December 13, 2006, January 24, 2007, and February 1, 2007.

The Office of the Clerk is directed to permit appellate counsel for Mr. Kadamovas to review the Clerk's record of all material filed under seal, and obtain copies of necessary material.

Counsel for Mr. Kadamovas shall maintain all documents as confidential, and not release or disclose, except for the purpose of appellate and/or post-conviction proceedings, and only upon further order of the Court to unseal.

Dated: _____

_____
HON. S. JAMES OTERO
District Judge, United States District Court