UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br>IOURI MIKHEL, JURIJUS KADAMOVAS,<br><br>Defendants-Appellants. | No. CR 02-220<br><br>**[Proposed] Order Directing Counsel for Iouri Mikhel to Prepare and Submit a Privilege Log Concerning All Materials Filed under Seal Pertaining to Mr. Mikhel** |

Good Cause having been shown:

Counsel for Iouri Mikhel are ordered to prepare and submit a privilege log concerning all materials filed under seal pertaining to Mr. Mikhel.   This privilege log should identify each entry or specific transcript with sufficient explanation along with the specific reasons Mr. Mikhel is objecting to Jurijus Kadamovas's request to copy and inspect all materials filed under seal pertaining Mr. Mikhel.


Dated: _____        _____
                               HON. S. JAMES OTERO
                               District Judge, United States District Court