UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.   CR 02-00220 SJO |
|---|---|
| Plaintiff-Appellee, | **ORDER DIRECTING COUNSEL FOR IOURI MIKHEL TO PREPARE AND SUBMIT A PRIVILEGE LOG FOR SPECIFICALLY IDENTIFIED MATERIALS FILED UNDER SEAL PERTAINING TO MR. MIKHEL** |
| v. | |
| IOURI MIKHEL, JURIJUS KADAMOVAS, | |
| Defendants-Appellants. | |

Good Cause having been shown:

Counsel for Iouri Mikhel are ordered to prepare and submit a privilege log by not later than June 18, 2012, for the following specifically identified documents filed under seal which pertain to Mr. Mikhel:

- Docket No. 1187: Sealed Dcoument - letter William Vicary J.D. M.D. Regarding Defendant Iouri Mikhel. (09/06/2006.)

- Docket No. 1205: Sealed Document - Dr. Ihle's Report. (09/14/2006.)

- Docket No. 1206: Sealed Document - Dr. Ihle Regarding

Iouri Mikhel.  (09/13/2006.)

• Docket No. 1361: Sealed Document - order re: production of 09/14/2006 forensic evaluation by Dr. Ihle.  (12/07/2006.)

Counsel for Iouri Mikhel are also ordered to prepare and submit a privilege log for the following specifically identified sealed transcripts

• September 6, 2006 from 9:02 a.m. to 9:18 a.m. (proceedings related to Mr. Mikhel's mental health);

• November 14, 2006 from 9:42 a.m. to 10:16 a.m. (proceedings related to Mr. Mikhel's mental health):

• November 30, 2006 from 4:16 p.m. to 4:27 p.m. (proceedings related to Mr. Mikhel's representation by counsel);

• December 12, 2006 from 11:17 a.m. to 11:30 a.m. (proceedings related to Mr. Mikhel's decision to testify) and/or related to Mr. Mikhel's representation by counsel);

• December 13, 2006 from 9:34 a.m. to 9:40 a.m. (proceedings related to Mr. Mikhel's representation);

• January 24, 2007 from 9:09 a.m. to 9:12 a.m. (proceedings related to Mr. Mikhel's representation and/or related to Mr. Mikhel's mental health);

• February 1, 2007 from 9:30 a.m. to 9:46 a.m. (proceedings related to Mr. Mikhel's representation).

\ \ \ \

\ \ \ \

\ \ \ \

The privilege log should identify each document or specific transcript with sufficient explanation along with the specific reasons Mr. Mikhel is objecting to Mr. Kadamovas's request to copy and inspect these materials, which were filed under seal and pertain to Mr. Mikhel.

IT IS SO ORDERED.

Dated: June 3, 2012

_S. James Otero_

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE