SEAN K. KENNEDY (145632)
Federal Public Defender
MICHAEL TANAKA (85026)
STATIA PEAKHEART (200363)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone:  (213) 894-2854
michael_tanaka@fd.org
statia_peakheart@fd.org
SEAN J. BOLSER (250241)
Federal Capital Appellate Resource Counsel Project
Federal Defenders of New York
One Pierrepont Plaza – 16th Floor
Brooklyn, New York  11201
Telephone:  (718) 330-1200, x298
ATTORNEYS FOR IOURI MIKHEL

BENJAMIN L. COLEMAN (187609)
Coleman & Balogh LLP
1350 Columbia Street, Suite 600
San Diego, California  92101
Telephone:  (619) 794-0420
blc@colemanbalogh.com
BARBARA E. O'CONNOR (142800)
O'Connor & Kirby, P.C.
174 Battery Street, 3rd Floor
Burlington, Vermont  05401
Telephone:  (802) 863-0112
barbara@kirbyoconnor.com
MARGARET O'DONNELL (KY 83889)
Attorney at Law
P.O. Box 4815
Frankfort, Kentucky  40604-4815
Telephone:  (502) 320-1837
mod@dcr.net
ATTORNEYS FOR JURIJUS KADAMOVAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> IOURI MIKHEL, JURIJUS KADAMOVAS, <br><br> Defendants-Appellants. | No. CR 02-220 SJO <br><br> **[Proposed] Amended Order Directing the Office of the Clerk to Permit Appellate Counsel to Obtain Copies of Criminal Justice Act Vouchers, Applications and Related Worksheets** |

**DEATH PENALTY CASE**

Good Cause having been shown:

The Court grants the application filed by appellate counsel for Iouri Mikhel and Jurijus Kadamovas. The Clerk of the District Court is directed to permit appellate counsel for defendant-appellants Iouri Mikhel and Jurijus Kadamovas, or their agents, access to CJA records for the above-entitled case for all defendants, including CJA vouchers (CJA 20s/30s), applications for authorization for investigative, expert or other services (CJA 29s) and authorization and vouchers for investigative, expert or other services (CJA 21s).

This access will be accomplished as follows: In order to safeguard the confidentiality of the records relating solely to defendant Kadamovas, it is ORDERED that Ms. Tatiana Craven and Ms. Gail Ivens from the Office of the Federal Public Defender will conduct the review and sorting of the records. They shall be authorized to view *only* the first page of each document in order to determine if it relates to one of the co-defendants in this matter. If the document relates to Defendant Kadamovas, it will be placed in a separate stack of documents and any further handling of documents in that stack will be by employees or agents of the Legal Services Unit or independent contractors arranged by appellate counsel for Defendant Kadamovas. If the document relates to Ainar Altmanis, Petro Krylov, Aleksejus Markovskis, Natalya Solovyeva or Iouri Mikhel, it will be placed in a stack of documents separate from those of Defendant Kadamovas. If it cannot be determined from the first page whether the document relates solely to Defendant Kadamovas, it will be placed in a separate third stack and provided for review to the Legal Services Unit.

When the sorting is completed, employees of the Federal Public Defender's Office, specifically individuals from the Office Services Unit, will be allowed access to the non-Kadamovas stack of documents and will be allowed to scan those records for the use of the Mikhel appellate counsel. The Legal Services Unit

will handle the Kadamovas documents in consultation with appellate counsel for Mr. Kadamovas.

Counsel shall maintain all documents as confidential, and not release or disclose, except for the purpose of appellate and/or post-conviction proceedings, and only upon further order of the Court to unseal.


Dated: _____          _____
                                 HON. S. JAMES OTERO
                                 District Judge, United States District Court