**FILED**

UNITED STATES COURT OF APPEALS

OCT 30 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff - Appellee,<br><br>    v.<br><br>IOURI MIKHEL,<br><br>                    Defendant - Appellant. | No. 07-99008<br><br>D.C. No. CR-02-00220-DT-1<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff - Appellee,<br><br>    v.<br><br>JURIJUS KADAMOVAS,<br><br>                    Defendant - Appellant. | No. 07-99009<br><br>D.C. No. CR-02-00220-DT-2<br>Central District of California,<br>Los Angeles |

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 3 0 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

Appellants' unopposed motion for a further extension of time to file the joint opening brief and supplemental opening briefs is granted. The joint opening brief and supplemental opening briefs are due December 3, 2012. The answering brief

amt/Pro Mo commish 29Oct2012

is due July 1, 2013.  The optional reply brief is due within 30 days after service of the answering brief.

amt/Pro Mo commish 29Oct2012