**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 13 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-99008 |
| Plaintiff - Appellee, | D.C. No. CR-02-00220-DT-1 Central District of California, Los Angeles |
| v. | |
| IOURI MIKHEL, | ORDER |
| Defendant - Appellant. | |
| UNITED STATES OF AMERICA, | No. 07-99009 |
| Plaintiff - Appellee, | D.C. No. CR-02-00220-DT-2 Central District of California, Los Angeles |
| v. | |
| JURIJUS KADAMOVAS, | |
| Defendant - Appellant. | |

**RECEIVED**
**CLERK, U.S. DISTRICT COURT**

3/13/13

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____CR_____ DEPUTY

Before:  Peter L. Shaw, Appellate Commissioner.

The joint motion for a further extension of time to file the joint opening brief and the individual briefs is granted.  The joint brief and any supplemental brief(s) are due April 18, 2013.  The answering brief is due September 16, 2013. The optional reply brief is due within 14 days after service of the answering brief.

03.11.13/cag/Appellate Commissioner

The appellants' motion to stay appellate proceedings pending the Supreme Court's decision in *Bond v. United States,* __S. Ct. __No. 12-158, 2013 WL 203551 shall be addressed in a separate order.  Within 7 days after the date of this order the Government shall file a response to the appellants' motion to stay.

03.11.13/cag/Appellate Commissioner