FILED

UNITED STATES COURT OF APPEALS

MAR 13 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-50213 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-01013-SJO-2 Central District of California, Los Angeles |
| v. | |
| TARYN JOHNSTON, | ORDER |
| Defendant - Appellant. | |



**RECEIVED**
**CLERK, U.S. DISTRICT COURT**

3/13/13

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____CR_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-50286 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-01013-SJO-1 Central District of California, Los Angeles |
| v. | |
| FRANK EUGENE JOHNSTON, | |
| Defendant - Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner.

The appellants' unopposed motion for a third extension of time in which to file the opening brief(s) is granted. The opening brief(s) are due May 27, 2013; the consolidated answering brief is due June 26, 2013; and the optional reply briefs are due within 14 days after service of the answering brief.

03.11.13/cag/Appellate Commissioner