FILED

UNITED STATES COURT OF APPEALS

APR 18 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>IOURI MIKHEL,<br><br>   Defendant - Appellant. | No. 07-99008<br><br>D.C. No. CR-02-00220-DT-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>JURIJUS KADAMOVAS,<br><br>   Defendant - Appellant. | No. 07-99009<br><br>D.C. No. CR-02-00220-DT-2<br>Central District of California,<br>Los Angeles |



**RECEIVED**
CLERK, U.S. DISTRICT COURT

4/18/13

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____MAT_____ DEPUTY

Before:  Peter L. Shaw, Appellate Commissioner.

  The unopposed joint motion for a further extension of time to file the joint opening brief and the individual briefs is granted.  The joint brief and any supplemental brief(s) shall be due May 2, 2013. The answering brief is due June 3, 2013.   The optional reply brief is due within 14 days after service of the answering brief.

cb /Pro Mo

cb /Pro Mo