FILED

UNITED STATES COURT OF APPEALS

AUG 07 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff - Appellee,<br><br>  v.<br><br>JURIJUS KADAMOVAS,<br><br>              Defendant - Appellant. | No. 07-99009<br><br>D.C. No. CR-02-00220-DT-2<br>Central District of California,<br>Los Angeles<br><br>ORDER |



**FILED**
**CLERK, U.S. DISTRICT COURT**

8/7/14

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____MAT_____ **DEPUTY**

Before:  Peter L. Shaw, Appellate Commissioner.

        Appellant's request for advance authorization for travel costs is granted. Round trip air fare, two nights' lodging means, car rental and incidental expenses are approved for Attorneys O'Connor and O'Donnell for the period of August 27-29, 2014.  Attorney O'Connor's travel may originate from and conclude in New York.

        Counsel shall contact Keith_Bell@ca9.uscourts.gov., the court's travel coordinator, with regard to travel logistics.

promo/cb/07-99009