COURT'S INSTRUCTION RESPONDING TO JUROR NOTE #2

The term "overt act" means some type of outward, objective action performed by one of the members of the conspiracy which evidences that agreement.

An overt act may, but for the alleged illegal agreement, appear totally innocent and legal.