COURT'S RESPONSE TO JURY NOTE #10

"Foreseeable" means being such as may be reasonably anticipated.