COURT'S RESPONSE TO JURY NOTE #5

Court's Instruction No. 41 was intended to advise the jury of the fact that there are certain circumstances when a hostage-taking is not a violation of federal law.

A hostage-taking is not a violation of federal law under Title 18, United States Code, Section 1203, if each of the following three things are true: (1) the conduct required for the offense occurred inside the United States; (2) each offender and each person detained or seized was a national of the United States; and (3) each alleged offender was found in the United States.

If any one of these things is not true, a violation of 18 U.S.C. § 1203 can be found.  For instance, a violation of 18 U.S.C. § 1203 can be found if any one of the alleged offenders or alleged victims of the hostage taking was not a national of the United States.

