COURT'S RESPONSE TO JURY NOTE #4

No. You are to consider each count charged against the defendant separately. There is a difference between conspiring to commit a crime and committing a crime, although a person who becomes a member of a criminal conspiracy may be held accountable for crimes committed by his coconspirators during the course and in furtherance of the conspiracy in the manner described in Court's Instruction Number 31.

The instructions that relate specifically to the elements and theories of liability you must consider as to Counts Two, Three, and Four of the indictment are instructions 31, 34, 35, 36, 37, 38, 39, 40, 41, and 42.

NOT USED
COURT & COUNSEL AMEND