FILED

UNITED STATES COURT OF APPEALS

APR 21 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>JURIJUS KADAMOVAS,<br><br>Defendant-Appellant. | No. 07-99009<br><br>D.C. No. CR-02-00220-DT<br>Central District of California,<br>Los Angeles<br><br>Order |

Before:  Peter L. Shaw, Appellate Commissioner.

On April 17, 2017, this court received appellant Jurijus Kadamovas's pro se notification of intent to withdraw appeal (Docket Entry No. 339), which the court electronically served on appellant's appointed counsel of record.  Because appellant is represented by counsel, only counsel may file motions.  This court therefore declines to entertain the pro se submission without prejudice to renewal by counsel.

Within 14 days after the date of this order, counsel shall file in this court a response to appellant's pro se submission.

In addition to serving this order on counsel of record, the Clerk shall also serve this order on appellant Kadamovas at Reg. No. 21050-112, United States Penitentiary Terre Haute, P.O. Box 33, Terre Haute, Indiana 47808.