FILED

UNITED STATES COURT OF APPEALS

JUN 12 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br>v.<br><br>IOURI MIKHEL,<br><br>        Defendant-Appellant. | No.   07-99008<br><br>D.C. No. CR-02-00220-DT-1<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br>v.<br><br>JURIJUS KADAMOVAS,<br><br>        Defendant-Appellant. | No.   07-99009<br><br>D.C. No. CR-02-00220-DT-2<br>Central District of California,<br>Los Angeles |

Before:  CANBY and MURGUIA, Circuit Judges.

Appellant Jurijus Kadamovas, sentenced to death in the Central District of California after being convicted of multiple offenses including three counts of hostage taking resulting in death and conspiracy to escape, is currently confined in the Special Confinement Unit (SCU) at the United States Penitentiary in Terre Haute, Indiana.

The Court has reviewed Kadamovas's counsel's May 5, 2017 response, Appellee's May 18, 2017 response, and Kadamovas's counsel's May 25, 2017 reply.

Kadamovas requests in his counsel's May 5, 2017 response that this Court issue an order:  (1) stating that Kadamovas's use of the Bureau of Prisons (BOP) computer will not be construed as a waiver of the attorney-client or work-product protections; and (2) requiring that a firewall or taint safeguards be instituted prohibiting disclosure of protected information to the prosecution team from those individuals who may review work that Kadamovas may perform on the BOP computer.  Appellee's May 18, 2017 response adequately addresses both concerns. Kadamovas's request for an order is denied.

Kadamovas, in his counsel's May 25, 2017 reply, requests that this Court issue an order requiring the prison to permit Kadamovas to use his laptop computer which does not have internet capability.  The request for an order for a laptop computer is denied.

Appellee's counsel is directed to remind prison officials at Terre Haute to open properly designated "special mail" sent to Kadamovas by his counsel in Kadamovas's presence.  *See* 28 CFR § 540.18.

The schedule set on May 8, 2017 (Docket Entry No. 344) remains in effect. The joint reply brief, Kadamovas's individual reply brief, and any opposition to Appellee's request for judicial notice remain due on June 15, 2017.  The Clerk shall file a copy of this order in both 07-99009 and 07-99008, and a copy of this order shall be electronically served on all counsel of record for both Kadamovas and for his co-defendant Iouri Mikhel.