FILED

UNITED STATES COURT OF APPEALS

JUN 27 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>IOURI MIKHEL,<br><br>Defendant-Appellant. | No. 07-99008<br><br>D.C. No. CR-02-00220-DT<br>Central District of California,<br>Los Angeles |
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>JURIJUS KADAMOVAS,<br><br>Defendant-Appellant. | No. 07-99009<br><br>D.C. No. CR-02-00220-DT<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before:  Peter L. Shaw, Appellate Commissioner.

The motion of appellant Iouri Mikhel in consolidated appeal No. 07-99008

for appointment of co-counsel (Docket Entry No. 183) is granted.  Counsel Statia

Peakheart, Esq., is appointed as appellant Mikhel's co-counsel of record effective

April 19, 2013.  The Clerk shall amend this court's docket in consolidated appeal

No. 07-99008 to reflect counsel Peakheart's appointed status.

The motions of appellant Jurijus Kadamovas to file an oversized reply brief and pro se supplemental reply brief (Docket Entry Nos. 187 and 189) in consolidated appeal No. 07-99009 will be addressed by separate order.

Principal briefing is completed.

The Clerk shall serve this order on all counsel of record for both Kadamovas and co-defendant Iouri Mikhel.