FILED

UNITED STATES COURT OF APPEALS

FEB 05 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br>    v.<br><br>IOURI MIKHEL,<br><br>        Defendant-Appellant. | No.    07-99008<br><br>D.C. No. CR-02-00220-DT-1<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br>    v.<br><br>JURIJUS KADAMOVAS,<br><br>        Defendant-Appellant. | No.    07-99009<br><br>D.C. No. CR-02-00220-DT-2<br>Central District of California,<br>Los Angeles |

Before:  BYBEE, M. SMITH, and FRIEDLAND, Circuit Judges.

The Government's Motion for Leave to Transmit Digital Exhibits is

**GRANTED.**