FILED

UNITED STATES COURT OF APPEALS

JUL 16 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff-Appellee,<br><br>v.<br><br>IOURI MICHEL,<br><br>       Defendant-Appellant. | No.   07-99008<br><br>D.C. No. CR-02-00220-DT-1<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>       Plaintiff-Appellee,<br><br>v.<br><br>JURIJUS KADAMOVAS,<br><br>       Defendant-Appellant. | No.   07-99009<br><br>D.C. No. CR-02-00220-DT-2<br>Central District of California,<br>Los Angeles |

Before:  BYBEE, M. SMITH, and FRIEDLAND, Circuit Judges.

Appellants' Motion for Extension of Time to File Petition for Rehearing and Rehearing En Banc is GRANTED.  Any petition for rehearing or rehearing en banc must be filed by August 13, 2018.