FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 07 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>JURIJUS KADAMOVAS,<br><br>Defendant-Appellant. | No.   07-99009<br><br>D.C. No. CR-02-00220-DT-2<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

Before:  BYBEE, M. SMITH, and FRIEDLAND, Circuit Judges.

The panel judges have voted to deny Appellant's petition for rehearing.  The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc.  Fed. R. App. P. 35.

Appellant's petition for rehearing and rehearing en banc (Dkt. No. 459) is **DENIED**.

Appellant's Renewed Motion for Miscellaneous Relief (Dkt. No. 438) is **DENIED** without prejudice to Kadamovas raising the issues contained therein before the district court.