UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 17 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>IOURI MIKHEL,<br><br>Defendant - Appellant. | No. 07-99008<br><br>D.C. No. CR-02-00220-DT-1<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JURIJUS KADAMOVAS,<br><br>Defendant - Appellant. | No. 07-99009<br><br>D.C. No. CR-02-00220-DT-2<br>U.S. District Court for Central California, Los Angeles |

The judgment of this Court, entered May 09, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7