BENJAMIN L. COLEMAN
California State Bar No. 187609
COLEMAN & BALOGH LLP
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone No. (619) 794-0420
Facsimile No. (619) 652-9964
blc@colemanbalogh.com

Attorneys for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  CR 02-00220-SJO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING EX PARTE APPLICATION FOR APPOINTMENT OF COUNSEL FOR PROCEEDINGS PURSUANT TO 28 U.S.C. § 2255 |
| JURIJUS KADAMOVAS, | ) | |
| Defendant. | ) | |

This Court, having read and considered the Ex Parte Application for Appointment of Counsel for Proceedings Pursuant to 28 U.S.C. § 2255 submitted on July 16, 2019, and finding good cause, hereby grants the application and appoints the Indiana Federal Community Defenders office and attorney Timothy J. Foley to represent Jurijus Kadamovas in 28 U.S.C. § 2255 and post-conviction proceedings.

IT IS SO ORDERED.

Dated: July 18, 2019

_S. James Otero_
_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

cc:  CJA