# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR02-220 SJO-2 | | Date | August 9, 2019 |
|---|---|---|---|---|

| Present: The Honorable | S. James Otero, United States District Judge |
|---|---|

| Interpreter | Not required |
|---|---|

| Stephen Montes Kerr | Not Present | Unassigned |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jurijus Kadamovas, | | X | | Timothy J. Foley | | X | |

**Proceedings:** **IN CHAMBERS (No Proceedings Held)**

The Court is in receipt of a Motion to Revoke Order Granting ex Parte Application for Appointment of Counsel for Proceedings Pursuant to 28 U.S.C. Section 2255, sent directly to Judge Otero from the defendant on July 30, 2019. Because defendant is not represented by counsel, and only counsel may submit filings, this Court therefore declines to entertain said letter. Pursuant to the direction of the Court, said letter shall be forwarded to defense counsel, for determination of its filing.

|  | : |
|---|---|
| Initials of Deputy Clerk | SMO |

cc: Benjamin L. Coleman
    Timothy J. Foley
    Victoria Bailey Casanova