TIMOTHY J. FOLEY
Attorney at Law
California State Bar No. 111558
1017 L. Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501
Email: tfoley9@earthlink.net

Counsel for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.    02-CR-00220-SJO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | EX PARTE APPLICATION FOR LEAVE FOR APPOINTED COUNSEL TO APPEAR *PRO HAC VICE* IN THIS CASE |
| JURIJUS KADAMOVAS, | ) | |
| Defendant. | ) | |

Defendant Jurijus Kadamovas, through his counsel, files this ex parte application for leave for appointed counsel, Victoria Bailey Casanova, to appear *pro hac vice* in this case.  This application is based upon the attached memorandum and files and records in this case.

Respectfully submitted,

*s/Timothy J. Foley*

Dated: August 19, 2019                TIMOTHY J. FOLEY
*Counsel for Defendant*

1

MEMORANDUM OF POINTS AND AUTHORITIES

On July 16, 2019, Mr. Kadamovas' direct appeal attorneys filed their Ex Parte Application to Appoint Counsel for Proceedings Pursuant to 28 U.S.C. § 2255 with this Court (ECF 2327).  That Application requested the Court appoint attorney Timothy J. Foley and the Indiana Federal Community Defenders office, to appear by attorney Victoria Bailey Casanova, as post-conviction counsel for Mr. Kadamovas.  On July 18, 2019, this Court granted that application (ECF 2330).

Undersigned counsel filed his Notice of Appearance on Mr. Kadamovas' behalf on July 31, 2019 (ECF 2331).  Counsel now respectfully requests this Court issue an Order permitting attorney Victoria Bailey Casanova to appear *pro hac vice* on Mr. Kadamovas' behalf.  In support of this request, undersigned counsel states the following:

1.    Attorney Victoria Bailey Casanova, Chief of the Capital § 2255 Unit at the Indiana Federal Community Defenders office, is not a member of the bar of this Court.

2.    Attorney Casanova's contact information is as follows:

> Casanova, Victoria B.
> Indiana Federal Community Defenders, Inc.
> 111 Monument Circle, Suite 3200
> Indianapolis, IN 46204
> (317) 383-3520  (phone)
> (317) 383-3525  (fax)

3.    Attorney Casanova has been appointed to represent Mr. Kadamovas in pursuing post-conviction remedies, including those available pursuant to 28 U.S.C. § 2255.

4.    Attorney Casanova is a member in good standing of the following courts:

| JURISDICTION | ADMISSION DATE |
| --- | --- |
| a.    Indiana Supreme Court | October 20, 2003 |
| b.    U.S. District Court for the Southern District of Indiana | October 20, 2003 |
| c.    U.S. District Court for the Northern District of Indiana | October 20, 2003 |
| d.    U.S. Court of Appeals for the 7th Circuit | June 24, 2004 |
| e.    Supreme Court of the United States | March 19, 2007 |
| f.    U.S. Court of Appeals for the 10th Circuit | July 24, 2007 |
| g.    U.S. District Court for the Western District of Oklahoma | September 11, 2007 |
| g.    U.S. District Court for the Eastern District of Oklahoma | September 21, 2007 |
| h.    U.S. District Court for the Northern District of Oklahoma | November 7, 2007 |

5.    A Certificate of Good Standing from the Indiana Supreme Court is attached as Exhibit 1.

6.      Attorney Casanova has never previously applied to this Court for *pro hac vice* status.

7.      Attorney Casanova does not have Local Counsel as apparently required by L.R. 83-2.1.3.4.  Although undersigned counsel is a member of the Bar of this court, he does not maintain an office in this district.

8.      As an Assistant Federal Community Defender from an out-of-district office, attorney Casanova is similarly situated and comparable to a Special Assistant United States Attorney described in L.R. 83-2.1.4.2.  However, as attorney Casanova is not employed by the United States Department of Justice, the exception to the *pro hac vice* admission requirement set out in L.R. 83-2.1.4.2 does not apply to her.

9.      Accordingly, and so attorney Casanova may fully engage in her role as appointed counsel for Mr. Kadamovas, undersigned counsel respectfully requests this Court issue an Order granting attorney Casanova leave to appear *pro hac vice* on Mr. Kadamovas' behalf.

10.      This Court's General Order No. 18-01 establishes a $400.00 fee for *pro hac vice* applications.  However, this Court's Form G-64 explains that "Out-of-state federal government attorneys are not required to pay the $400 fee."  Although attorney Casanova is employed by a Federal Community Defender office, rather than a Federal Defender Office, and is therefore not employed directly by the federal government, the Federal Community Defender office is a functional equivalent of a

4

Federal Defender's Office for this purpose, and we therefore request that the Court waive the $400.00 *pro hac vice* fee for attorney Casanova.

11.     Attorney Casanova has communicated with Assistant United States Attorney Ashley Aull.  AUSA Aull stated the government has no opposition to the Court granting this application.

WHEREFORE, undersigned counsel for Mr. Kadamovas respectfully requests this Court permit Victoria Bailey Casanova to appear *pro hac vice* on Mr. Kadamovas' behalf and waive the $400 *pro hac vice* application fee.

Respectfully submitted,

Dated:  August 19, 2019                    /s/ Timothy J. Foley
                                           Timothy J. Foley
                                           Attorney at Law
                                   California State Bar No. 111558
                                        1017 L. Street, #348
                                       Sacramento, CA 95814
                                   Telephone No. (916) 599-3501
                                       tfoley9@earthlink.net