TIMOTHY J. FOLEY
Attorney at Law
California State Bar No. 111558
1017 L. Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501
Email: tfoley9@earthlink.net

Counsel for Defendant Jurijus Kadamovas

FILED
CLERK, U.S. DISTRICT COURT

August 22, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.     CR 02-00220-SJO |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING |
| v. | ) | EX PARTE APPLICATION FOR |
| | ) | LEAVE FOR APPOINTED COUNSEL |
| JURIJUS KADAMOVAS, | ) | TO APPEAR *PRO HAC VICE* |
| | ) | IN THIS CASE |
| Defendant. | ) | |
| | ) | |

This Court, having read and considered the *Ex Parte* Application for Leave for Appointed Counsel to Appear *Pro Hac Vice* in this case, submitted on August 16, 2019, and finding good cause, hereby grants the application. Attorney Victoria Bailey Casanova may appear *pro hac vice* on Mr. Kadamovas' behalf and is not required to pay the $400 *pro hac vice* fee set out in General Order 18-01.

IT IS SO ORDERED.

Dated: August 22, 2019

S. James Otero
_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

1