Timothy J. Foley
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Victoria Bailey Casanova
victoria_casanova@fd.org
Indiana State Bar No. 24082-49
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520

Counsel for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.    CR 02-00220-SJO |
| ) | |
| Plaintiff, ) | NOTICE OF MOTION FOR LIMITED |
| ) | DISCLOSURE OF JUROR NAMES |
| v. ) | |
| ) | MOTION FOR LIMITED |
| IOURI MIKHEL, and ) | DISCLOSURE OF JUROR NAMES |
| JURIJUS KADAMOVAS. ) | |
| ) | DATE: JULY 15, 2020 |
| Defendants. ) | TIME: 10:00 AM |
| _____ ) | COURT: To Be Determined |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1

PLEASE TAKE NOTICE THAT on July 15, 2020 at 10:00 a.m. in a Courtroom to be determined, United States District Court, Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California, defendant Jurijus Kadamovas, through his appointed counsel, will move and hereby does move for an order allowing a limited disclosure of juror names, requesting that the names of the jurors in this capital case be revealed to appointed defense counsel so that counsel may investigate the substantial possibility that constitutional error occurred during the trial.

This motion is based on the accompanying Memorandum of Points and Authorities in Support of Motion for Limited Disclosure of Juror Names, the pleadings and file in this matter, and such other authorities and evidence as may be presented in any reply or supplemental briefing or at any hearing on this motion.

This motion is made following the telephonic conference of counsel pursuant to L.R. 7-3 which took place on June 8, 2020.

Dated: June 15, 2020

_____
*/s/Timothy J. Foley*
TIMOTHY J. FOLEY
Counsel for Defendant
Jurijus Kadamovas

2