AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
C. PAMELA GÓMEZ (Bar No. 233848)
(E-Mail:  Pamela_Gomez@fd.org)
AJAY V. KUSNOOR (Bar No. 273929)
(E-Mail:  Ajay_Kusnoor@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-2854
Facsimile:  (213) 894-0081

Attorneys for Defendant
IOURI MIKHEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IOURI MIKHEL, et al.,<br><br>Defendants. | No. CR 02-00220-SJO<br><br>**DEATH PENALTY CASE**<br><br>**NOTICE OF JOINDER IN DEFENDANT KADAMOVAS'S MOTION FOR LIMITED DISCLOSURE OF JUROR NAMES**<br><br>**Date: July 15, 2020**<br><br>**Time: 10:00 a.m**<br><br>**Court: To Be Determined** |
| --- | --- |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Iouri Mikhel, by and through his counsel of record, hereby joins in Defendant Jurijus Kadamovas's Motion For Limited Disclosure of Juror Names, with a hearing noticed for July 15, 2020 at 10:00 a.m. in a Courtroom to be determined, United States District Court, Los Angeles, California.

For the same reasons as explained by Kadamovas's motion, Defendant Mikhel moves this Court for an order releasing the names of jurors and alternate jurors to appointed counsel for Mikhel.

Respectfully submitted,

AMY M. KARLIN
Interim Federal Public Defender

DATED:  June 16 2020                    By:    */s/ C. Pamela Gómez*
                                               C. PAMELA GÓMEZ
                                               AJAY V. KUSNOOR
                                               Deputy Federal Public Defenders

                                               Attorneys for Defendant
                                               IOURI MIKHEL

1