UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | CR 02-00220-SJO | | Date | June 18, 2020 |
|---|---|---|---|---|

| Present: The Honorable | CORMAC J. CARNEY, CHIEF UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Gabriela Garcia | Not Reported | Not Present:<br>Carole C. Peterson; Karen I. Mayer; Monica E. Tait; Susan Jeanne DeWitt; Robert E. Dugdale |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel | Not | X | | Timothy J. Foley<br>Victoria Bailey Casanova | Not | X | |
| Jurijus Kadamovas | Not | X | | Amy M. Karlin<br>C. Pamela Gomez<br>Ajay V. Kusnoor | Not | X | |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER CONTINUING HEARING FROM JULY 15, 2020 TO JULY 27, 2020**

---

        Before the Court are Defendants' Motions for Limited Disclosure of Juror Names.   (Dkt. 2337; Dkt. 2338.)   The hearing on the Motions is currently noticed for July 15, 2020 at 10:30 a.m.   (*Id.*) The Court, on its own motion, **CONTINUES** the hearing on the Motions to **July 27, 2020** at **9:00 a.m.**

                                                                                           -        :      -

                                                                Initials of Deputy Clerk    gga

cc: