Jurijus Kadamovas
#21050-112
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808



FILED
CLERK, U.S. DISTRICT COURT

JUN - 3 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

<u>UNITED STATES DISTRICT COURT</u>
<u>CENTRAL DISTRICT OF CALIFORNIA</u>

UNITED STATES OF AMERICA,

PLAINTIFF,

v.

Jurijus Kadamovas,

DEFENDANT.

| Case No. CR. 02-00220
|       SJO
|
| Appeal Withdraw
| Notification

I Jurijus Kadamovas, writing this letter to notify the court that I am droping my appeals for 28 U.S.C. 2255 relief of my conviction and death sentence.

Because of actions of the Bureau of Prisons officials and the U.S Prosecutors, I will be unable to present a full, correct and meaningful case for 28 U.S.C 2255 relief in my circumstances the proceedings under section 2255 will be inadequate or inefective and will not afford me a reasonable opportunity

Cc: appeals

TO ADDRES MY ACTUAL INNOCENT CLAIM, AND OBTAIN A RELIABLE JUDICIAL DETERMINATION OF MY WRONG CONVICTION AND DEATH SENTENCE.

FOR DETAILS SEE MY 28 U.S.C. 2241 PETITION KADAMOVAS v. WATSON CAUSE No: 2:19-cv-00540 JPH-MJD FILED TO THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA TERRE HAUTE DIVISION.

FOR REASONS EXPLAINED IN MY 2241 PETITION I WITHDRAW MY APPEALS FOR 28 USC, 2255 RELIEF.

DATED: 28 MAY, 2020

RESPECTFULLY SUBMITED

JURIYUS KADAMOVAS
# 21050-112 /SCU
USP TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN 47808

5/28/20

CORY SHEPHERD
My Commission Expires
April 22, 2027
Commission Number Np07199003
Vigo County
SEAL

## DECLARATION OF MAILING

THE UNDERSIGNED DOES ATTEST UNDER PAINS OF PURGURY THAT HE DID MAIL THIS ORIGINAL APPEAL WITHDRAW NOTIFICATION TO: THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, U.S. COURTHOUSE 312 NORTH SPRING STREET ROOM G-8 LOS ANGELES, CA 90012-4701 VIA U.S MAIL SUFFICIENT FIRST CLASS POSTAGE ATTACHED THERETO AND MAIL ON THIS 28 MAY 2020 WHEREAS I ATTEST TO SUCH MAILING UNDER 28 U.S.C. 1746

USPS TRACKING # & CUSTOMER RECEIPT  **9114 9023 0722 4291 8251 48**  For Tracking or inquiries go to USPS.com or call 1-800-222-1811.

JARIJOS UADANOUAS

JARIJOS UADANOUAL

#41050-112
USP TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN 47808

USPS TRACKING #

9114 9023 0722 4291 8251 48

Label 400 Jan 2013
7690-16-000-7948

UNITED STATES
POSTAL SERVICE

LEGAL SPECIAL
MAIL

Unassigned
DJ Clerk

US DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
UNITED STATES COURTHOUSE
312 NORTH SPRING STREET
ROOM G-8
LOS ANGELES, CA 90012-4701