TIMOTHY J. FOLEY
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L. Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Victoria Bailey Casanova
victoria_casanova@fd.org
Indiana State Bar No. 24082-49
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520

Counsel for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.    02-CR-00220-SJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | EX PARTE APPLICATION FOR |
| v. | ) | LEAVE FOR APPOINTED COUNSEL |
| | ) | TO APPEAR *PRO HAC VICE* |
| IOURI MIKHEL, and | ) | IN THIS CASE |
| JURIJUS KADAMOVAS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendant Jurijus Kadamovas, through his counsel, files this ex parte

application for leave for appointed counsel, Jean E. Giles and Florence Italia Patti, to

1

appear *pro hac vice* in this case.  This application is based upon the attached memorandum and files and records in this case.

Respectfully submitted,

Dated: June 29, 2020

*s/Timothy J. Foley*
TIMOTHY J. FOLEY
*Counsel for Defendant*

MEMORANDUM IN SUPPORT OF APPLICATION

On July 16, 2019, Mr. Kadamovas' direct appeal attorneys filed an Ex Parte Application to Appoint Counsel for Proceedings Pursuant to 28 U.S.C. § 2255. Doc. # 2327.  That Application requested the Court appoint attorney Timothy J. Foley and the Indiana Federal Community Defenders office, to appear by attorney Victoria Bailey Casanova, as post-conviction counsel for Mr. Kadamovas.  On July 18, 2019, this Court granted that application. Doc. #2330.

Undersigned counsel filed his Notice of Appearance on Mr. Kadamovas' behalf on July 31, 2019. Doc. # 2331. Attorney Casanova filed an Ex Parte Application to Appear Pro Hac Vice.  Doc # 2333. The Court granted that application (Doc. # 2334), and Attorney Casanova entered her Notice of Appearance (Doc. # 2335). Attorney Casanova has resigned from the Indiana Federal Community Defenders office, and her last day is June 30, 2020.

Due to the departure of attorney Casanova from the IFCD office, counsel now respectfully requests this Court issue an Order permitting Assistant Federal Defenders

2

Jean E. Giles and Florence Italia Patti to appear *pro hac vice* on Mr. Kadamovas' behalf.  In support of this request, undersigned counsel states the following:

1.    Attorneys Jean E. Giles & Florence Italia Patti, Assistant Federal Defenders in the Capital § 2255 Unit at the IFCD office, are not members of the bar of this Court.

2.    Attorney Giles' contact information is as follows:

> Jean E. Giles
>
> jean_giles@fd.org
>
> Indiana Federal Community Defenders, Inc.
>
> 111 Monument Circle, Suite 3200
>
> Indianapolis, IN 46204
>
> (317) 383-3520  (phone)
>
> (317) 383-3525  (fax)

3.    Attorney Patti's contact information is as follows:

> Florence Italia Patti
>
> italia_patti@fd.org
>
> Indiana Federal Community Defenders, Inc.
>
> 111 Monument Circle, Suite 3200
>
> Indianapolis, IN 46204
>
> (317) 383-3520  (phone)
>
> (317) 383-3525  (fax)

4.    The office of the IFCD has been appointed to represent Mr. Kadamovas in pursuing post-conviction remedies, including those available pursuant to 28 U.S.C. § 2255. Doc. # 2330.

3

5.    Attorney Giles is a member in good standing of the following courts:

| JURISDICTION | | ADMISSION DATE |
|---|---|---|
| a. | Indiana Supreme Court | November 15, 1999 |
| b. | U.S. District Court for the Northern District of Indiana | November 22, 1999 |
| c. | U.S. Court of Appeals for the 9th Circuit | November 26, 1999 |
| d. | U.S. Court of Appeals for the 10th Circuit | September 26, 2014 |
| e. | U.S. District Court for the Southern District of Indiana | December 17, 2015 |
| f. | U.S. Court of Appeals for the 5th Circuit | June 26, 2020 |

6.    A Certificate of Good Standing from the Indiana Supreme Court for Attorney Giles is attached as Exhibit 1.

7.    Attorney Patti is a member in good standing of the following courts:

| JURISDICTION | | ADMISSION DATE |
|---|---|---|
| a. | Indiana Supreme Court | October 19, 2017 |
| b. | Pennsylvania Supreme Court | October 27, 2014 |
| c. | U.S. Court of Appeals for the 5th Circuit | April 8, 2020 |
| d. | U.S. Court of Appeals for the 6th Circuit | June 13, 2017 |
| e. | U.S. Court of Appeals for the | December 29, 2017 |

|  |  | 7th Circuit |  |
|---|---|---|---|
| f. | U.S. Court of Appeals for the 9th Circuit | | March 15, 2020 |
| g. | U.S. District Court for the Northern District of Indiana | | December 11, 2017 |
| h. | U.S. District Court for the Southern District of Indiana | | November 28, 2017 |
| i. | U.S. District Court for the Northern District of Texas | | June 16, 2020 |
| j. | U.S. District Court for the Western District of Texas | | April 16, 2020 |

8.      A Certificate of Good Standing from the Indiana Supreme Court for Attorney Patti is attached as Exhibit 2. A Certificate of Good Standing from the Pennsylvania Supreme Court for Attorney Patti is attached as Exhibit 3.

9.      Neither Attorney Giles or Attorney Patti has ever previously applied to this Court for *pro hac vice* status.

10.      Attorneys Giles and Patti do not have Local Counsel as apparently required by L.R. 83-2.1.3.4.  Although undersigned counsel is a member of the Bar of this Court, and is a resident of California, he does not maintain an office in this district.

11.      As Assistant Federal Community Defenders from an out-of-district office, attorneys Giles and Patti are similarly situated and comparable to a Special Assistant United States Attorney described in L.R. 83-2.1.4.2.  However, as attorneys

Giles and Patti are not employed by the United States Department of Justice, the exception to the *pro hac vice* admission requirement set out in L.R. 83-2.1.4.2 does not technically apply to them.

12. Accordingly, and so attorneys Giles and Patti may fully engage in their role as appointed counsel for Mr. Kadamovas, undersigned counsel respectfully requests this Court issue an Order granting attorneys Giles and Patti leave to appear *pro hac vice* on Mr. Kadamovas' behalf.

13. This Court's General Order No. 20-01 establishes a $500 fee for *pro hac vice* applications. However, this Court's Form G-64 explains that "Out-of-state federal government attorneys are not required to pay the $400 fee." Although attorneys Giles and Patti are employed by a Federal Community Defender office, rather than a Federal Defender Office, and are therefore not employed directly by the federal government, the Federal Community Defender office is a functional equivalent of a Federal Defender's Office for this purpose, and therefore request that the Court waive the $500.00 *pro hac vice* fee for attorneys Giles and Patti.

14. Attorney Foley has communicated with Assistant United States Attorney Karen Meyer. AUSA Meyer stated the government has no opposition to the Court granting this application.

WHEREFORE, undersigned counsel for Mr. Kadamovas respectfully requests this Court permit Jean E. Giles and Florence Italia Patti to appear *pro hac vice* on Mr. Kadamovas' behalf and waive the $500 *pro hac vice* application fee.

6

Respectfully submitted,

Dated:  June 29, 2020

/s/ Timothy J. Foley
Timothy J. Foley
Attorney at Law
California State Bar No. 111558
1017 L. Street, #348
Sacramento, CA 95814
Telephone No. (916) 599-3501
tfoley9@earthlink.net

7