# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

FLORENCE ITALIA PATTI

is a member of the bar of said Court since admission on October 19, 2017 , and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 23rd day of June , 20 20 .

GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA