

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Florence Italia Patti, Esq.*

DATE OF ADMISSION

*October 27, 2014*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  June 25, 2020

Patricia A. Nicola
Chief Clerk