TIMOTHY J. FOLEY
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L. Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Victoria Bailey Casanova
victoria_casanova@fd.org
Indiana State Bar No. 24082-49
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520

Counsel for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.    CR 02-00220-SJO |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING |
| v. | ) | EX PARTE APPLICATION FOR |
| | ) | LEAVE FOR APPOINTED COUNSEL |
| IOURI MIKHEL, and | ) | TO APPEAR *PRO HAC VICE* |
| JURIJUS KADAMOVAS, | ) | IN THIS CASE |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This Court, having read and considered the *Ex Parte* Application for Leave for Appointed Counsel to Appear *Pro Hac Vice* in this case, submitted on June 29, 2020, and finding good cause, hereby grants the application.  Attorneys Jean E.

1

Giles and Florence Italia Patti may appear *pro hac vice* on Mr. Kadamovas' behalf and are not required to pay the $500 *pro hac vice* fee set out in General Order 20-01.

IT IS SO ORDERED.

Dated: June \_\_\_\_, 2020

_____

JUDGE OF THE UNITED STATES
DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA

2