## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| United States of America<br><br>PLAINTIFF(S)<br>v. | 2:02-cr-00220-DT-2 |
| Jurijus Kadamovas<br><br>DEFENDANT(S). | **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 6/29/2020 | / | 2341 | / | EX PARTE APPLICATION |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

| | / | | / | |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

☐ Document submitted in the wrong case
☑ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected. Correct event is _____
☐ Case number is incorrect or missing
☐ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☐ Proposed Document was not submitted as separate attachment
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☑ Other:  As noted in the Notice to Filer of Deficiencies [2342], incorrect document attached to the docket entry. Local Rule 5-4.3.4 Application not hand-signed. Each applicant must submit their own G-64 with a proposed order. Application is unsigned by applicants. Unclear as to who fees have been paid for.

Dated:  6/30/2020

By: _____
U.S. District Judge /~~U.S. Magistrate Judge~~

*cc: Assigned District and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G-106 (6/12)   ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)