NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JOANNA M. CURTIS (Cal. Bar No. 203151)
Assistant United States Attorney
Violent & Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0298
     Facsimile: (213) 894-3713
     E-mail:    joanna.curtis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 02-220-PSG |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| IOURI MIKHEL, et al., | |
| Defendants. | |

Plaintiff United States of America, hereby advised the Court that the above-captioned criminal case has been assigned to an additional Assistant United States Attorney Joanna M.Curtis as follows:

| | Name | E-mail Address |
|---|---|---|
| Assigned AUSA | Joanna M. Curtis | Joanna.Curtis@usdoj.gov |

Please make all necessary changes to the court's Case/Management/Electronic Case Filing system to ensure that the assigned AUSA Joanna Curtis is associated with this case as an attorney of record for the United States and that she receive all

e-mails relating to filings in this case.  Please remove the following former AUSAs from the case:

|  | Name | E-mail Address |
|---|---|---|
| Assigned AUSA | Susan Jeanne DeWitt | Usacac.criminal@usdoj.gov |
| Assigned AUSA | Carole Peterson | Usacac.criminal@usdoj.gov |

Dated: July 6, 2020                      Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


_____/s/_____
JOANNA CURTIS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2