# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR02-00220 SJO | | Date | July 7, 2020 |
|---|---|---|---|---|

| Present: | The Honorable Philip S. Gutierrez, Chief United States District Judge |
|---|---|

| Interpreter | n/a |
|---|---|

| Wendy Hernandez | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jurijus Kadamovas (2) | not | | | Timothy J. Foley; Victoria Bailey Casanova | not | x | |

**Proceedings:**   **(In Chambers) Order Regarding Defendant Jurijus Kadamovas's Pro Se Motion**

The Court is in receipt of a Motion to Revoke Attorneys' Motion for Limited Disclosure of Juror Names, sent directly to the Court from Defendant Jurijus Kadamovas.  Because Defendant is represented by counsel, and only counsel may submit filings, the Court declines to entertain this Motion.  *See, e.g.*, *Krongkiet v. Beard*, 597 F. App'x 416, 417 (9th Cir. 2015) (holding that the district court did not need to entertain a pro se motion while defendant remained represented by counsel); *United States v. Ortiz Martinez*, 593 F. App'x 649, 650 n.2 (9th Cir. 2015) ("This court, however, does not entertain pro se motions from parties represented by counsel.").

Pursuant to the direction of the Court, this Motion shall be forwarded to defense counsel, for determination of its filing.

IT IS SO ORDERED.