

### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Florence Italia Patti, Esq.*

#### DATE OF ADMISSION

#### *October 27, 2014*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  June 25, 2020**

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk