## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| Plaintiff(s) | |
| v. | |
| Defendant(s). | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE _PRO HAC VICE_** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case _Pro Hac Vice_ filed by**

_____ of

_Applicant's Name (Last Name, First Name & Middle Initial)_

_____     _____

_Telephone Number_          _Fax Number_

_____

_E-Mail Address_            _Firm/Agency Name & Address_

**for permission to appear and participate in this case on behalf of**

_____

_____

_Name(s) of Party(ies) Represented_        ☐ _Plaintiff(s)_  ☐ _Defendant(s)_  ☐ _Other:_ _____

**and designating as Local Counsel**

_____

_Designee's Name (Last Name, First Name & Middle Initial)_        of

_____  _____  _____

_Designee's Cal. Bar No._   _Telephone Number_   _Fax Number_

_____

_E-Mail Address_            _Firm/Agency Name & Address_

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

_____

**U.S. District Judge/U.S. Magistrate Judge**