Name and address:

JEAN E. GILES
jean_giles@fd.org
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, Indiana 46204

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>IOURI MIKHEL, and<br>JURIJUS KADAMOVAS,<br><br>Defendant(s), | CASE NUMBER<br><br>02-CR-00220-SJO | |

**APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE
*PRO HAC VICE***

## INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. ELECTRONIC SIGNATURES ARE NOT ACCEPTED. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

## SECTION I - INFORMATION

Giles, Jean E.

*Applicant's Name (Last Name, First Name & Middle Initial)*                    *check here if federal government attorney* ☐

Indiana Federal Community Defenders, Inc.

*Firm/Agency Name*

| | | |
|---|---|---|
| 111 Monument Circle | 317-383-3520 | 317-383-3525 |
| Suite 3200 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Indianapolis, Indiana 46204 | jean_giles@fd.org | |
| *City, State, Zip Code* | *E-mail Address* | |

*appointed JAG*

I have been ~~retained~~ to represent the following parties:

Jurijus Kadamovas                    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

                                     ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Indiana Supreme Court | November 15, 1999 | Member in Good Standing |
| Northern District of Indiana | November 22, 1999 | Member in Good Standing |
| 9th Circuit Court of Appeals | November 26, 1999 | Member in Good Standing |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court ~~and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business,~~ as local counsel *JFG* ~~pursuant to Local Rule 83-2.1.3.4~~.

Dated    7-10-2020

Jean E. Giles
_____
Applicant's Name (please type or print)

_____
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Foley, Timothy J.
_____
*Designee's Name (Last Name, First Name & Middle Initial)*

CJA Attorney
_____
*Firm/Agency Name*

1017 L. Street,                                    916-599-3511
_____     _____     _____
*Street Address*                                   *Telephone Number*        *Fax Number*

#348
_____
*Street Address*                                   tfoley9@earthlink.net
                                                   _____
Sacramento, California, 95814                      *Email Address*
_____
*City, State, Zip Code*                            111558
                                                   _____
                                                   *Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated     7/10/20                              Timothy J. Foley
        _____                    _____
                                               *Designee's Name (please type or print)*

                                               _____
                                               *Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

U.S. Court of Appeals for the 10th Circuit, September 26, 2014, Member in Good Standing
U.S. District Court for the Southern District of Indiana, December 17, 2015, Member in Good Standing
U.S. Court of Appeals for the 5th Circuit, June 26, 2020, Member in Good Standing
Oklahoma Supreme Court. Admitted 2009 and was in good standing when resigned membership in 2019 due to permanent move out of state.

# SUPREME COURT OF
# THE STATE OF INDIANA



*Certification*

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

JEAN ELIZABETH GILES

is a member of the bar of said Court since admission on November 15, 1999 , and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 23rd day of June , 20 20 .

GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA