Name and address:

Florence Italia Patti
italia_patti@fd.org
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, Indiana 46204

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff(s), v. IOURI MIKHEL, and JURIJUS KADAMOVAS, Defendant(s), | CASE NUMBER 02-CR-00220-SJO |
| --- | --- |
| | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

## INSTRUCTIONS FOR APPLICANTS

(1)  *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV.  The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application.  Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2)  *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $400 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status.  See L.R. 83-2.1.4.)  A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address.  L.R. 5-4.4.2.*

## SECTION I - INFORMATION

Patti, Florence I.

*Applicant's Name (Last Name, First Name & Middle Initial)* — *check here if federal government attorney* ☐

Indiana Federal Community Defenders, Inc.

*Firm/Agency Name*

| 111 Monument Circle | 317-383-3520 | 317-383-3525 |
| --- | --- | --- |
| Suite 3200 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Indianapolis, Indiana 46204 | italia_patti@fd.org | |
| *City, State, Zip Code* | *E-mail Address* | |

appointed (FIP)

I have been ~~retained~~ to represent the following parties:

| Jurijus Kadamovas | ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____ |
| --- | --- |
| | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership.  Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
| --- | --- | --- |
| Indiana Supreme Court | October 19, 2017 | Member in Good Standing |
| U.S. Court Northern District of Indiana | December 11, 2017 | Member in Good Standing |
| 9th Circuit Court of Appeals | March 15, 2020 | Member in Good Standing |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.
(2)  I am not a resident of the State of California.  I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3)  I am not currently suspended from and have never been disbarred from practice in any court.
(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court ~~and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel~~ (FIP) ~~pursuant to Local Rule 83-2.1.3.4~~.

Dated  July 16, 2020

Florence Italia Patti
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Foley, Timothy J.
_____
*Designee's Name (Last Name, First Name & Middle Initial)*

CJA Attorney
_____
*Firm/Agency Name*

1017 L. Street,

#348
_____
*Street Address*

Sacramento, California, 95814
_____
*City, State, Zip Code*

916-599-3511
_____
*Telephone Number*          *Fax Number*

tfoley9@earthlink.net
_____
*Email Address*

111558
_____
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated ____7/10/20____

Timothy J. Foley
_____
*Designee's Name (please type or print)*

_____
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Pennsylvania Supreme Court, October 27, 2014, Member in Good Standing
U.S. Court of Appeals for the 5th Circuit, April 8, 2020, Member in Good Standing
U.S. Court of Appeals for the 6th Circuit, June 13, 2017 Member in Good Standing
U.S. Court of Appeals for the 7th Circuit, December 29, 2017, Member in Good Standing
U.S. District Court for the Southern District of Indiana, November 28, 2017, Member in Good Standing
U.S. District Court for the Northern District of Texas, June 16, 2020, Member in Good Standing
U.S. District Court for the Western District of Texas, April 16, 2020, Member in Good Standing

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

### FLORENCE ITALIA PATTI

is a member of the bar of said Court since admission on __October 19, 2017__, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this __23rd__ day of __June__, 20 __20__.

_____
GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Florence Italia Patti, Esq.*

DATE OF ADMISSION

*October 27, 2014*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  June 25, 2020

Patricia A. Nicola
Chief Clerk