TIMOTHY J. FOLEY
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L. Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501
Counsel for the Defendant Jurijus Kadamovas

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 02-CR-00220-DT-2 |
| v. | |
| IOURI MIKHEL, and JURIJUS KADAMOVAS | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [2351] |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Patti, Florence I
*Applicant's Name (Last Name, First Name & Middle Initial)*

317.383.3520                    317.383.3525
*Telephone Number*          *Fax Number*

italia_patti@fd.org
*E-Mail Address*

Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianpolis, Indiana 46204

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Jurijus Kadamovas

*Name(s) of Party(ies) Represented*          ☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other: _____

**and designating as Local Counsel**

Foley, Timothy J.
*Designee's Name (Last Name, First Name & Middle Initial)*

111558               (916) 599-3501
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

tfoley9@earthlink.net
*E-Mail Address*

Timothy J. Foley
1017 L. Street, #348
Sacramento, CA 95814

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____ July 13, 2020 _____

_____
U.S. District Judge/U.S. Magistrate Judge