TIMOTHY J. FOLEY
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L. Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

VICTORIA BAILEY CASANOVA
victoria_casanova@fd.org
Indiana State Bar No. 24082-49
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520

Counsel for Defendant Jurijus Kadamovas

FILED
CLERK, U.S. DISTRICT COURT

JULY 16, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ JRE _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   CR 02-00220-SJO |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER REGARDING |
| | ) | MOTION TO FILE SUPPLEMENTAL |
| v. | ) | MEMORANDUM OF POINTS |
| | ) | AND AUTHORITIES IN SUPPORT |
| | ) | OF MOTION FOR LIMITED |
| IOURI MIKHEL, and | ) | DISCLOSURE OF JUROR NAMES, |
| JURIJUS KADAMOVAS, | ) | AND SUPPORTING DECLARATION |
| | ) | UNDER SEAL |
| Defendants. | ) | |
| | ) | |

This Court, having read and considered the Motion to File Supplemental Memorandum of Points and Authorities in Support of Motion for Limited Disclosure of Juror Names, and Supporting Declaration Under Seal, submitted on July 14, 2020,

1

and finding good cause, grants the motion and orders that said documents be filed
under seal.

IT IS SO ORDERED.

Dated: July 16 , 2020

JUDGE OF THE UNITED STATES
DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA

2

Timothy J. Foley
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Victoria Bailey Casanova
victoria_casanova@fd.org
Indiana State Bar No. 24082-49
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520

Counsel for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.    CR 02-00220-SJO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | DECLARATION OF D. SCOTT SUBICK REGARDING SERVICE OF FILINGS |
| JURIJUS KADAMOVAS, | ) | |
| Defendant. | ) | |

I, D. Scott Subick, do hereby declare:

    1.    I am employed by the Indiana Federal Community Defender's Office, located in Indianapolis, Indiana, as a paralegal in the Office's Capital § 2255 Unit.

1

2.      On July 14, 2020, I sent (1) Supplemental Memorandum of Points and Authorities in Support of Motion for Limited Disclosure of Juror Names, and Supporting Declaration; (2) Motion to File Supplemental Memorandum of Points and Authorities in Support of Motion for Limited Disclosure of Juror Names, and Supporting Declaration Under Seal; and (3) Proposed Order Regarding Motion to File Supplemental Memorandum of Points and Authorities in Support of Motion for Limited Disclosure of Juror Names, and Supporting Declaration Under Seal via United States Postal Service and via email to

Karen I Meyer
AUSA - Office of US Attorney
Violent and Organized Crime Section
312 North Spring Street 13th Floor
Los Angeles, CA 90012-4700
USACAC.Criminal@usdoj.gov

Ajay Kusnoor
Federal Public Defender Office
321 East 2nd Street
Los Angeles, CA 90012-4202
ajay_kusnoor@fd.org

Executed by me this 14th day of July, 2020, in Indianapolis, Indiana.

D. Scott Subick