Timothy J. Foley
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Victoria Bailey Casanova
victoria_casanova@fd.org
Indiana State Bar No. 24082-49
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520

Counsel for Defendant Jurijus Kadamovas

FILED
CLERK, U.S. DISTRICT COURT

JULY 16, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY:_____JRE_____DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>JURIJUS KADAMOVAS, )<br><br>Defendant. ) | Case No.    CR 02-00220-SJO<br><br>DECLARATION OF D. SCOTT SUBICK REGARDING SERVICE OF FILINGS |

I, D. Scott Subick, do hereby declare:

　　1.　　I am employed by the Indiana Federal Community Defender's Office, located in Indianapolis, Indiana, as a paralegal in the Office's Capital § 2255 Unit.

1

2.    On July 14, 2020, I sent (1) Supplemental Memorandum of Points and Authorities in Support of Motion for Limited Disclosure of Juror Names, and Supporting Declaration; (2) Motion to File Supplemental Memorandum of Points and Authorities in Support of Motion for Limited Disclosure of Juror Names, and Supporting Declaration Under Seal; and (3) Proposed Order Regarding Motion to File Supplemental Memorandum of Points and Authorities in Support of Motion for Limited Disclosure of Juror Names, and Supporting Declaration Under Seal via United States Postal Service and via email to

> Karen I Meyer
> AUSA - Office of US Attorney
> Violent and Organized Crime Section
> 312 North Spring Street 13th Floor
> Los Angeles, CA 90012-4700
> USACAC.Criminal@usdoj.gov
>
> Ajay Kusnoor
> Federal Public Defender Office
> 321 East 2nd Street
> Los Angeles, CA 90012-4202
> ajay_kusnoor@fd.org

Executed by me this 14th day of July, 2020, in Indianapolis, Indiana.

D. Scott Subick

2