# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR02-00220 SJO | Date | July 17, 2020 |
|---|---|---|---|

| Present: | The Honorable Philip S. Gutierrez, Chief United States District Judge |
|---|---|

| Interpreter | n/a |
|---|---|

| Wendy Hernandez | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iouri Mikhel (1) | not | | | Cuauhtémoc Ortega; C. Pamela Gomez; Ajay V. Kusnoor | not | x | |
| Jurijus Kadamovas (2) | not | | | Timothy J. Foley; Victoria Bailey Casanova | not | x | |

**Proceedings:**     **(In Chambers) Order Regarding the Supplemental Memorandum of Points and Authorities in Support of Defendants' Motion for Limited Disclosure of Juror Names**

On July 14, 2020, counsel for Defendant Jurijus Kadamovas submitted a Motion to File Supplemental Memorandum of Points and Authorities in Support of Defendants' Motion for Limited Disclosure of Juror Names, and Supporting Declaration Under Seal.  Dkt. # 2358.  On July 16, 2020, the Court granted the request and ordered that the documents be filed under seal.  Dkt. # 2359.

Any response to the Supplemental Memorandum of Points and Authorities shall be filed no later than July 21, 2020.  The Court, on its own motion, **CONTINUES** the hearing on the Motion for Limited Disclosure of Juror Names to **August 5, 2020** at **10:00 a.m.**

IT IS SO ORDERED.