Karen I. Meyer (Cal. Bar No. 220554)
Assistant United States Attorney
Violent & Organized Crimes Section
312 N. Spring Street, 13th Floor
Telephone: (213) 894-8559, Facsimile: (213) 894-3713

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | CR 02-220-PSG |
| v. | |
| IOURI MIKHEL, and JURIJUS KADAMOVAS, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

UNDER SEAL APPLICATION AND ORDER TO SEAL DOCUMENT AND UNDER SEAL DOCUMENT

**Reason:**

☑ Under Seal and/or In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated: _____

☐ Administrative Record

☐ Other:

July 21, 2020
Date

KAREN I. MEYER
Attorney Name

UNITED STATES OF AMERICA
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)    NOTICE OF MANUAL FILING OR LODGING