Timothy J. Foley
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Jean E. Giles
jean_Giles@fd.org
Indiana State Bar No. 21643-49
F. Italia Patti
italia_patti@fd.org
Indiana State Bar No. 34725-02
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520

Counsel for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.    CR 02-00220-SJO |
| | ) | |
| Plaintiff, | ) | PROFFER REGARDING THE |
| | ) | EFFECTS OF THE PANDEMIC |
| v. | ) | |
| | ) | |
| IOURI MIKHEL, and | ) | |
| JURIJUS KADAMOVAS. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

1

Counsel for defendant Jurijus Kadamovas submit this Proffer Regarding the Effects of the Pandemic.

The defendant is facing an extraordinary, unprecedented situation. The United States and the state of California are in the grip of a medical health emergency caused by the novel coronavirus, known as COVID-19.  Courthouses, schools, restaurants, theaters, and stores have been closed. Access to government buildings and prisons is severely restricted. Thousands have died; thousands more are expected to die.

Defendant Kadamovas is currently under sentence of death, incarcerated in the United States Penitentiary in Terre Haute, Indiana. His judgment has been affirmed in the Ninth Circuit. *United States v. Mikhel & Kadamovas*, 889 F.3d 1003 (9th Cir. 2018), cert. denied 140 S.Ct. 157 (2019). Current counsel is tasked with representing Mr. Kadamovas in his post-conviction review. As described in the two declarations attached to this Proffer, the pandemic has prevented counsel and the defense team from performing the fundamental tasks necessary to provide competent, zealous representation.  Attached are:

1.     Declaration of Jean E. Giles in Support of Proffer Regarding the Effects of the Pandemic.

2.     Declaration of Jenna C. Murphy in Support of Proffer Regarding the Effects of the Pandemic.

In order to set forth the nature of the effects of the pandemic on this case, the declarations attached necessarily discuss, in general, aspects of the investigation,

2

organization, and review of the case by counsel for Mr. Kadamovas. These discussions are not intended to waive, and do not waive, the work-product, attorney-client, or any other applicable privileges. All applicable privileges relating to the defense function, the investigation of the case, the assessment of the case and potential issues, the information and materials collected, the witnesses identified or interviewed, and the communications with and between the client, attorneys, experts, investigators, and individuals involved are reserved.

Respectfully Submitted,

Dated: August 14, 2020                          */s/Timothy J. Foley*
                                                TIMOTHY J. FOLEY
                                                Counsel for Defendant
                                                Jurijus Kadamovas

3