Timothy J. Foley
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Jean E. Giles
jean_Giles@fd.org
Indiana State Bar No. 21643-49
F. Italia Patti
italia_patti@fd.org
Indiana State Bar No. 34725-02
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520

Counsel for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.    CR 02-00220-SJO |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION |
| | ) | AND |
| v. | ) | MOTION FOR EQUITABLE |
| | ) | TOLLING OF THE STATUTE |
| IOURI MIKHEL, and | ) | OF LIMITATIONS FOR THE |
| JURIJUS KADAMOVAS. | ) | SECTION 2255 MOTION |
| | ) | |
| | ) | DATE: September 14, 2020 |
| Defendants. | ) | TIME: 10:00 AM |
| _____ | ) | COURT: To Be Determined |

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on September 14, 2020 at 10:00 a.m. in a Courtroom to be determined, United States District Court, Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California, defendant Jurijus Kadamovas, through his appointed counsel, will move and hereby does move for an order granting six months of equitable tolling of the running of the statute of limitations for the filing of the motion under 28 U.S.C. § 2255 in this matter, and an order stating that the statute of limitations will not run before April 7, 2021.

This motion is based on the accompanying Memorandum of Points and Authorities in Support of Defendant Kadamovas' Motion for Equitable Tolling of the Statute of Limitations for the Section 2255 Motion, the Proffer Regarding the Effects of the Pandemic, the pleadings and file in this matter, and such other authorities and evidence as may be presented in any reply or supplemental briefing or at any hearing on this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 4, 2020.

Dated: August 14, 2020

_____
*/s/Timothy J. Foley*
TIMOTHY J. FOLEY
Counsel for Defendant
Jurijus Kadamovas

2