TIMOTHY J. FOLEY
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L. Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Jean E. Giles
jean_giles@fd.org
Indiana State Bar No. 21643-49
F. Italia Patti
italia_patti@fd.org
Indiana State Bar No. 34725-02
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520

Counsel for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, ) | Case No.    CR 02-00220-SJO |
|---|---|
| Plaintiff, ) | [PROPOSED] |
| v. ) | |
| ) | ORDER GRANTING SIX MONTHS |
| ) | OF EQUITABLE TOLLING TO |
| IOURI MIKHEL, and ) | FILE SECTION 2255 MOTION |
| JURIJUS KADAMOVAS, ) | |
| Defendants. ) | |

For Good Cause, and in light of the extraordinary circumstances caused by the COVID-19 virus, this Court grants defendant Jurijus Kadamovas six months of

1

equitable tolling of the statute of limitations for the motion under 28 U.S.C. § 2255

and the statute of limitations shall extend to April 7, 2021.

IT IS SO ORDERED.

Dated: _____, 2020

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA

2