## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR02-00220-DT-2 | Date | August 17, 2020 |
|---|---|---|---|

| Present: | The Honorable Philip S. Gutierrez, Chief United States District Judge |
|---|---|

| Interpreter | n/a |
|---|---|

| Wendy Hernandez | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jurijus Kadamovas (2) | not | | | Timothy J. Foley; Jean E. Giles; F. Italia Patti | not | x | |

**Proceedings:** **(In Chambers) Order Setting Briefing Schedule as to Defendant Jurijus Kadamovas's Motion for Equitable Tolling of the Statute of Limitations for the Section 2255 Motion**

On August 14, 2020, Defendant Jurijus Kadamovas filed a Motion for Equitable Tolling of the Statute of Limitations for the Section 2255 Motion. Dkt. # 2377.

Having reviewed the motion, the Court hereby orders any opposition to the motion to be filed no later than August 24, 2020. Any reply in support of the motion shall be filed no later than August 31, 2020. The Court will then take the matter under submission. Accordingly, the Court, on its own motion, hereby vacates the September 14, 2020 hearing. If a hearing is necessary, the parties will be notified.

**IT IS SO ORDERED.**