Timothy J. Foley
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Jean E. Giles
jean_giles@fd.org
Indiana State Bar No. 21643-49
F. Italia Patti
italia_patti@fd.org
Indiana State Bar No. 34725-02
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520

Counsel for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.    CR 02-00220-SJO |
|---|---|---|
| | ) | |
| Plaintiff, | ) | NOTICE OF WITHDRAWAL OF |
| | ) | |
| v. | ) | MOTION FOR EQUITABLE |
| | ) | TOLLING OF THE STATUTE |
| IOURI MIKHEL, and | ) | OF LIMITATIONS FOR THE |
| JURIJUS KADAMOVAS. | ) | SECTION 2255 MOTION |
| | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT defendant Jurijus Kadamovas, through his appointed counsel, hereby withdraws the Motion for Equitable Tolling of the Statute of Limitations for the Section 2255 Motion (Doc. # 2377) filed on August 14, 2020. The reason for the withdrawal is set forth in the following Declaration of Counsel Regarding Withdrawal of Motion for Equitable Tolling.

Dated: August 21, 2020

_____

*/s/Timothy J. Foley*
TIMOTHY J. FOLEY
Counsel for Defendant
Jurijus Kadamovas

2

<u>Declaration of Counsel Regarding Withdrawal of Motion for Equitable Tolling</u>

I, Timothy J. Foley, do hereby declare:

1.    I am an attorney licensed to practice law in the State of California and a member of the Bar of this Court. I am appointed to represent Jurijus Kadamovas in this matter.  Doc. # 2330, 2331.  On August 14, 2020, I caused to be filed a Motion for Equitable Tolling of the Statute of Limitations for the Section 2255 Motion. Doc. # 2377.

2.    On August 17, 2020, I received, via e-mail, a copy of a letter dated August 15, 2020, from L. Ashley Aull, Assistant United States Attorney and Chief of the Criminal Appeals Section. The letter stated that, while the plaintiff maintains that the district court does not have jurisdiction to entertain requests for extending the time limits for filing under 28 U.S.C. § 2255, "plaintiff agrees not to pursue, and to affirmatively waive, any statute of limitations defense pursuant to 28 U.S.C. § 2255(f)(1) for any . . . 2255 motion defendants file on or before April 7, 2021."

3.    On August 19, 2020, plaintiff filed an opposition to the Motion for Equitable Tolling (Doc. # 2379) reiterating that the government has agreed not to pursue any statute of limitations defense if the § 2255 motion is filed on or before April 7, 2021, and asserting that the Motion for Equitable Tolling is moot.

4.    In light of these developments, defendant Kadamovas withdraws the pending Motion for Equitable Tolling. *See Wood v. Milyard*, 566 U.S. 463 (2012).

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 21st day of August, 2020, in Sacramento, California.

/s/Timothy J. Foley
TIMOTHY J. FOLEY

4