UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
        PLAINTIFF,
        V.
IOURI MIKHEL, AND
JURIJUS KADAMOVAS
        DEFENDANTS.

CASE No.

CR 02-0220-SJO

FILED
CLERK, U.S. DISTRICT COURT

SEP. 1 4 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

MOTION TO TAKE ACTION ON KADAMOVAS's "APPEAL WITHDRAW NOTIFICATION" PRO-SE

ON MAY 28, 2020 KADAMOVAS FILED HIS APPEAL WITHDRAWAL NOTIFICATION" WITH USPS TRACKING # 9114 9023 0422 4291 8251 48 WHICH COURT RECEIVED ON JUNE 3, 2020 ENCLOSED PLEASE FIND THE COPY OF "APPEAL WITHDRAW NOTIFICATION" AS EXHIBIT W1."

ON JULY 22, 2020 KADAMOVAS SENT LETTERS TO ATTORNEYS TIMOTHY J. FOLEY AND JEAN E. GILES AND AUTHORIZE THEM TO FILE ALL NECESSARY DOCUMENTATION FOR FINALIZE WITHDRAWING PROCEDURES ON MY BEHALF. SEE ATTACHED AS EXHIBIT W2.

IN LATTER DATED JULY 29, 2020 ATTORNEY

Foley inform Kadamovas that he will not withdraw the 2255 proceedings.

On August 24, 2020 Kadamovas find out that his attorneys received six months of equitable tolling and the statue of Limitation small extend to April 8, 2021.

Kadamovas have irreconcilable differences with his attorney, an atmosphere of mistrust, misgivings and conflicting interests and a total breakdown of the attorney-client relationship since the begining in October 2019.

Kadamovas file his 2241 Habeas Corpus petition Pro se, to U.S. District court Southern District of Indiana Terre Haute Division see Kadamovas v. Watson cause No: 2:19-cv-00540 JPH-MJD which is now on Appeal for the Seventh Circuit case No: 20-1889. On the Appeal for Seventh Circuit Kadamovas explained five reasons why he will be unable to present a full, correct and meaningful case for 28 U.S.C. 2255 relief, the proceedings under section 2255 will be inadequate or inefective or fair, and will not afford him a reasonable opportunity to address his actual innocent claim and obtain a reliable judicial determination of my wrong conviction and death sentence.

2.

## CONCLUSION

THEREFORE KADAMOVAS ASKING THIS COURT TO: 1) HOLD THAT KADAMOVAS'S "APPEAL WITHDRAW NOTIFICATION" SATISFIED HIS RIGHTS TO WITHDROW HIS 2255 APPEALS.

2) FOLLOWING ANY HEARINGS THAT THIS COURT DEEMS NECESSARY TO FINALIZE WITHDRAWING PROCEDURES.

DATED SEPTEMBER 8, 2020

RESPECTFULLY SUBMITED PRO SE

JULIUS KADAMOVAS
#21060-112
USP TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN 47808

## DECLARATION OF MAILING

THE UNDERSIGNED DOES ATTEST UNDER PAINS OF PORGERY THAT HE DID MAIL THIS ORIGINAL "MOTION TO TAKE ACTION." ON SEP. 8, 2020 TO THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA COURTHOUSE 255 EAST TEMPLE STREET LOS ANGELES, CA 90012. VIA US MAIL SUFFICIENT FIRST CLASS POSTAGE ATTACHED THERETO.

JULIUS KADAMOVAS

3.

EXHIBIT w/ 1

Juriyos Kadamovas

#21050-112

USP Terre Haute

P.O. Box 33

Terre Haute, IN 47808


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,    | Case No. CR. 02-00220
    PLAINTIFF    |    STO
    v.    |
JURIYOS KADAMOVAS,    | APPEAL WITHDRAW
    DEFENDANT.    | NOTIFICATION


I Juriyos Kadamovas, writing this letter to notify the Court that I am droping my appeals for 28 USC 2255 relief of my conviction and death sentence.

Because of actions of the Bureau of Prisons officials and the U.S. prosecutors, I will be unable to present a full, correct and meaningful case for 28 USC 2255 relief in my circumstances the proceedings under section 2255 will be inadequate or inefective and will not afford me a reasonable opportunity

To address my actual innocent claim, and obtain a reliable judicial determination of my wrong conviction and death sentence.

For details see my 28 USC. 2241 petition KADAMOVAS v. WATSON cause No. 2:19-cv-00540 JPH-MJD filed to the United States District court Southern District of Indiana Terre Haute Division.

For reasons explained in my 2241 petition I withdraw my appeals for 22 USC. 2255 relief.

Dated **28 May, 2020**

Respectfully submitted

Jurijus Kadamovas
# 21050-112 / SCU
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808

5/28/20

CORY SHEPHERD
My Commission Expires
April 22, 2027
Commission Number Np0719903
Vigo County

SEAL

## DECLARATION OF MAILING

THE UNDERSIGNED DOES ATTEST UNDER PAINS OF PURGORY THAT HE DID MAIL THIS ORIGINAL APPEAL WITHDRAW NOTIFICATION TO: THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, US COURTHOUSE 312 NORTH SPRING STREET ROOM G-8 LOS ANGELES, CA 90012-4701 VIA US MAIL SUFFICIENT FIRST CLASS POSTAGE ATTACHED THERETO AND MAIL ON THIS 28 MAY 2020 WHEREAS I ATTEST TO SUCH MAILING UNDER 28 U.S.C. 1746

USPS TRACKING #  **9114 9023 0722 4291 8251 48**
& CUSTOMER      For Tracking or inquiries go to USPS.com
RECEIPT         or call 1-800-222-1811

Jariyos Urbanouas

Jariyos Urbanoual

#41050-112

USP TERRE HAUTE

P.O. BOX 33

TERRE HAUTE, IN 47808

DELIVERED

AT THE MAILBOX AT 11:41 AM
ON JUNE 3 2020 IN
LA, 90012-4701

EXHIBIT w/2.

UNITED STATES FEDERAL DEATH ROW INMATE

ART AGAINST
DEATH

TIMOTHY J FOLEY
1017 "L" STREET
NUMBER 348
SACRAMENTO, CA 95814

JURIJUS KADAMOVAS
REG. No. 21 050-112
USP TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN 47808
WEBPAGE: YURIKADAMOV.COM

JULY 22 2020

USPS TRACKING #    **9114 9023 0722 4293 0892 03**
& CUSTOMER    For Tracking or inquiries go to USPS.com
RECEIPT    or call 1-800-222-1811.

DEAR MR. FOLEY;

TODAY I RECEIVED ORDER DOC. 2348 FILED ON
07/08/20 (IN CHAMBERS) ORDER REGARDING MY
PRO SE MOTION. THE DISTRICT COURT REFUSE TO
ENTERTAIN A PRO SE MOTION WHILE DEFENDANT REMA-
INED REPRESENTED BY COUNSEL, AND FORWARDED TO
DEFENSE COUNSEL FOR DETERMINATION OF MY FILING.

I JURIJUS KADAMOVAS DEFENDANT IN A CASE
2:02-CR-00220 AT AUTHORIZE YOU, AS MY
COUNSEL, TO INFORM THE INDIANA FEDERAL COM-
MUNITY DEFENDERS, AS MY CO-COUNSEL, AND THE
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF
CALIFORNIA THE HONORABLE PHILIP S. GUTIERREZ
THAT I AM WITHDRAW MY APPEALS OF 28 U.S.C
2255 TO THIS COURT, AND FILE ALL NECESSARY
DOCUMINTATION FOR FINALIZE WITHDRAWING
PROCEDURES ON MY BEHALF.

SINCERELY

JURIJUS KADAMOVAS

CORY SHEPHERD
My Commission Expires
April 22, 2027
Commission Number Np0719903
Vigo County
NOTARY PUBLIC SEAL STATE OF INDIANA

IFCD
III Monument Circle
Suite 3200
Indianapolis, IN 46204

Juritus Kadanovas
#21050-112
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808

July 22 2020

Dear Indiana Federal Community Defenders,
and Jean E. Giles;

A year ago I am inform Attorney Victoria Bailes Casanova and Attorney Timothy J. Foley that I will not be able to file 2255 appeal. Now I asking you and Attorney Foley to finalize withdrawal proceedings on my behalf. Please find enclosed notarized request to do so. If you need any other documents or authorization from my self, let me know, as soon it possible, if you like to see my reasons to withdraw my 28 U.S.C. 2255, please see my appeal No. 20-1889 to the United States court of appeals for the Seventh Circuit Doc. #4 dated 06/09/2020.

Sincerely
Juritus Kadanovas

NOTARY PUBLIC · SEAL · STATE OF INDIANA
CORY SHEPHERD
My Commission Expires
April 22, 2027
Commission Number Np0719903
Vigo County

