UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR02-00220 SJO | | Date | September 24, 2020 |
|---|---|---|---|---|

| Present: | The Honorable Philip S. Gutierrez, Chief United States District Judge |
|---|---|

| Interpreter | n/a |
|---|---|

| Daisy Rojas | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jurijus Kadamovas (2) | not | x | | Timothy J. Foley; Jean E. Giles | not | x | |

**Proceedings:    (In Chambers) Order Regarding Defendant Jurijus Kadamovas's Pro Se Appeal Withdraw Notification and Motion to Take Action on Kadamovas's Appeal Withdraw Notification**

On September 14, 2020, Defendant directly filed a pro se motion with the Court titled "Motion to Take Action on Kadamovas's Appeal Withdraw Notification." Dkt. # 2382. The Appeal Withdraw Notification referenced in this motion is another pro se filing that Defendant directly filed with the Court on June 3, 2020. *See* Dkt. # 2340. As the Court has previously held with respect to Defendant's other pro se filings, because Defendant is represented by counsel, and only counsel may submit filings, the Court declines to entertain Defendant's Appeal Withdraw Notification and Motion to Take Action on Kadamovas's Appeal Withdraw Notification. *See* Dkts. # 2332, 2348; *see also Krongkiet v. Beard*, 597 F. App'x 416, 417 (9th Cir. 2015) (holding that the district court did not need to entertain a pro se motion while defendant remained represented by counsel); *United States v. Ortiz-Martinez*, 593 F. App'x 649, 650 n.2 (9th Cir. 2015) ("This court, however, does not entertain pro se motions from parties represented by counsel.").

Accordingly, the Court orders that Defendant's Appeal Withdraw Notification and Motion to Take Action on Kadamovas's Appeal Withdraw Notification be stricken from the record.

**IT IS SO ORDERED.**