**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America<br><br>v.<br><br>Iouri Mikhel, et al | CASE NUMBER<br><br>2:02-cr-00220 SJO |
| PLAINTIFF(S), | |
| DEFENDANT(S). | **NOTICE OF REASSIGNMENT OF CASE** |

To:  ALL COUNSEL APPEARING OF RECORD

☑  Pursuant to  the 2255 Motion filed in 2:20-cv-09591 MCS

☐  In accordance with the Court's policy pertaining to the assignment of 8 U.S.C. § 1326 case related to a prior matter, case no. _____

You are hereby notified that this case has been transferred to the calendar of Judge Mark C. Scarsi for:

☑  all further proceedings;

☐  any discovery matters that are or may be referred by the District Judge;

☐  any matters that are referred pursuant to General Order 05-07.

☐  other: _____

On all documents subsequently filed in this case, please substitute the initials _____ MCS _____ after the case number in place of the initials of the prior judge so that the case number will read: _____ 2:02-cr-00220 MCS _____ . This is very important because documents are routed to the assigned judge by means of these initials.

Clerk, U.S. District Court

Date  10/26/2020 _____

By  Robert R. Nadres _____
      Deputy Clerk

*cc:*    ☐ *Previous Judge*    ☐ *Statistics Clerk*

G-41 (04/14)                                    **NOTICE OF REASSIGNMENT OF CASE**