Timothy J. Foley
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Jean E. Giles
jean_giles@fd.org
Indiana State Bar No. 21643-49
F. Italia Patti
italia_patti@fd.org
Indiana State Bar No. 34725-02
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520

Counsel for Defendant Jurijus Kadamovas

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.    CR 02-00220-MCS |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | EX PARTE APPLICATION FOR |
|  | ) | ORDER TO RE-DESIGNATE |
|  | ) | PLEADING AND CORRECT |
| v. | ) | DOCKET |
|  | ) |  |
| IOURI MIKHEL, and | ) |  |
| JURIJUS KADAMOVAS. | ) |  |
|  | ) |  |
|  | ) |  |
| Defendants. | ) |  |
| _____ | ) |  |

1

Defendant Jurijus Kadamovas, an incarcerated federal prisoner under sentence of death, through his appointed counsel, files this ex parte application for order to re-designate pleading and correct docket. Counsel for Mr. Kadamovas ask the Court to order that Doc. # 2386, currently docketed as a "Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (28 USC 2255)", be re-designated as a Motion to Proceed Pro Se and that the docket be corrected to reflect this re-designation. Counsel further request that civil case 2:20-cv-9591 be administratively closed unless and until a motion is filed pursuant to 28 U.S.C. § 2255.

This application is based on the accompanying Memorandum of Points and Authorities in Support of Application for Order to Re-Designate Pleading and Correct Docket, and the pleadings and file in this case.

Co-counsel Timothy J. Foley has communicated with Assistant United States Attorney Kim Meyer. AUSA Meyer's contact information is as follows:

Karen I. Meyer
AUSA - Office of US Attorney
Violent and Organized Crime Section
312 North Spring Street 13th Floor
Los Angeles, CA 90012-4700
213-894-8559
Email: Kim.Meyer@usdoj.gov

AUSA Meyer stated that the government has no opposition to re-designating the pleading.

2

Respectfully submitted,

Dated: October 28, 2020

_____

*/s/Jean E. Giles*
JEAN E. GILES
Counsel for Defendant
Jurijus Kadamovas

3