Timothy J. Foley
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L. Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Jean E. Giles
jean_giles@fd.org
Indiana State Bar No. 21643-49
F. Italia Patti
italia_patti@fd.org
Indiana State Bar No. 34725-02
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520

Counsel for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.    CR 02-00220-MCS |
| | ) | |
| Plaintiff, | ) | [PROPOSED] |
| v. | ) | |
| | ) | ORDER GRANTING APPLICATION |
| | ) | TO RE-DESIGNATE PLEADING |
| IOURI MIKHEL, and | ) | AND CORRECT DOCKET |
| JURIJUS KADAMOVAS, | ) | |
| Defendants. | ) | |
| _____ | ) | |

1

For good cause, the Application for Order to Re-Designate Pleading and Correct Docket is Granted. The Clerk is directed to re-designate Doc. # 2386, currently docketed as a "Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (28 USC 2255)", as a Motion to Proceed Pro Se.  Case number 2:20-cv-9591 shall be administratively closed.

IT IS SO ORDERED.

Dated: _____, 2020          _____
                                   HONORABLE MARK C. SCARSI
                                   JUDGE OF THE UNITED STATES
                                   DISTRICT COURT,
                                   CENTRAL DISTRICT OF CALIFORNIA