UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.    CR 02-00220-MCS |
| | ) | CV 20-09591-MCS |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER GRANTING APPLICATION |
| | ) | TO RE-DESIGNATE PLEADING |
| IOURI MIKHEL, and | ) | AND CORRECT DOCKET |
| JURIJUS KADAMOVAS, | ) | |
| Defendants. | ) | |
| _____ | ) | |

1

For good cause, the Application for Order to Re-Designate Pleading and Correct Docket is Granted. The Clerk is directed to re-designate Doc. # 2386, currently docketed as a "Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (28 USC 2255)", as a Motion to Proceed Pro Se.  Case number 2:20-cv-9591 shall be administratively closed.

IT IS SO ORDERED.

Dated: October 30, 2020

_____
HONORABLE MARK C. SCARSI
JUDGE OF THE UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA