Timothy J. Foley
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Jean E. Giles
jean_giles@fd.org
Indiana State Bar No. 21643-49
F. Italia Patti
italia_patti@fd.org
Indiana State Bar No. 34725-02
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520

Counsel for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.    CR 02-00220-MCS |
| | ) | |
| Plaintiff, | ) | EX PARTE APPLICATION FOR |
| | ) | ORDER SEALING CONFIDENTIAL |
| v. | ) | DOCUMENT |
| | ) | |
| IOURI MIKHEL, and | ) | |
| JURIJUS KADAMOVAS. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

1

In response to a pro se submission of defendant Kadamovas, the Court has requested that counsel for Mr. Kadamovas "communicate with the Court about Kadamovas's assertions about the attorney-client relationship." Order, Nov. 6, 2020. The Court states that "The response may be filed under seal."

Accordingly, counsel has prepared a Confidential Response to Motion to Proceed Pro Se. This document concerns the relationship between appointed counsel and Mr. Kadamovas, and alludes to communications between counsel and the defendant. Because such matters are confidential and privileged, the Confidential Response should be sealed and designated as confidential, inaccessible to the government or counsel for Iouri Mikhel or any co-defendant.

Undersigned counsel has communicated with Assistant United States Attorney Kim Meyer. AUSA Meyer's contact information is as follows:

Karen I. Meyer
AUSA - Office of US Attorney
312 North Spring Street 13th Floor
Los Angeles, CA 90012-4700
213-894-8559
Email: Kim.Meyer@usdoj.gov

AUSA Meyer has indicated that the government has no objection the sealing of the Confidential Response.

Counsel for Mr. Kadamovas requests the Court issue an order sealing the Confidential Response.

Dated: November 19, 2020.

Respectfully Submitted,

/s/Timothy J. Foley
TIMOTHY J. FOLEY

Attorney for Jurijus Kadamovas