Timothy J. Foley
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Jean E. Giles
jean_giles@fd.org
Indiana State Bar No. 21643-49
F. Italia Patti
italia_patti@fd.org
Indiana State Bar No. 34725-02
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520

Counsel for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.    CR 02-00220-MCS |
| | ) | |
| Plaintiff, | ) | [Proposed] |
| | ) | |
| v. | ) | ORDER SEALING CONFIDENTIAL |
| | ) | DOCUMENT |
| IOURI MIKHEL, and | ) | |
| JURIJUS KADAMOVAS. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The application for sealed filing is GRANTED. The Confidential Response to

Motion to Proceed Pro Se filed by counsel for defendant Kadamovas shall be deemed

confidential and shall be filed under seal. Neither the Government nor co-defendant

Mikhel shall have access.

Dated:_____        _____

HONORABLE MARK C. SCARSI

Judge of the United States District Court,
Central District of California

[In Case of Denial]

The application for sealed filing is DENIED.  The Confidential Response to Motion

to Proceed Pro Se shall be returned to counsel for Kadamovas, without filing of the

document.

Dated:_____         _____

HONORABLE MARK C. SCARSI

Judge of the United States District Court,
Central District of California