Timothy J. foley
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L Street #348
Sacramento, CA95814

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S)<br>v.<br>IOURI MIKHEL, and<br>JURIJUS KADAMOVAS<br><br>DEFENDANT(S). | CR-02-00220-MCS<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed  ☐ Lodged:  (**List Documents**)

Confidential Response to Motion to Proceed Pro Se

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated:  _____

☐ Other:

11/20/2020
_____
Date

Timothy J. Foley
_____
Attorney Name

Jurijus Kadamovas
_____
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING