UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>IOURI MIKHEL AND JURIJUS<br>KADAMOVAS,<br><br>Defendants. | Case No. CR02-220 MCS<br><br>ORDER SEALING CONFIDENTIAL<br>DOCUMENT |
|---|---|

For good cause shown, IT IS HEREBY ORDERED THAT:

The application for sealed filing is GRANTED. The Confidential Response to Motion to Proceed Pro Se filed by counsel for defendant Kadamovas shall be deemed confidential and shall be filed under seal. Neither the Government nor co-defendant Mikhel shall have access.

**IT IS SO ORDERED.**

Dated: November 20, 2020

_Mark C. Scarsi_

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1