UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 02-00220-MCS | Date | January 12, 2021 |
|---|---|---|---|
| Title | United States v. Iouri Mikhel and Jurijus Kadamovas | | |

Present: The Honorable    MARK C. SCARSI, U.S. DISTRICT JUDGE

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**            IN CHAMBERS (No Proceedings Held)

The Court is in receipt of a Motion for Reconsideration sent directly to the Court from Defendant Jurijus Kadamovas. Because Defendant is represented by counsel, and only counsel may submit filings, the Court declines to entertain this motion. *See, e.g., Krongkiet v. Beard*, 597 F.App'x 416, 417 (9th Cir. 2015) (holding that the district court did not need to entertain a pro se motion while defendant remained represented by counsel); *United States v. Ortiz Martinez*, 593 F.App'x 649, 650 n.2 (9th Cir. 2015) ("This court, however, does not entertain pro se motions from parties represented by counsel.").

Pursuant to the direction of the Court, this Motion shall be forwarded to defense counsel for determination of its filing.

In addition to serving this order on counsel of record, the Clerk of Court shall serve a copy of this order on Kadamovas at Reg. No. 21050-112, United States Penitentiary Terre Haute, P.O. Box 33, Terre Haute, Indiana 47808.

IT IS SO ORDERED.

_____  :  _____

Initials of Deputy Clerk                SMO

_____