Timothy J. Foley
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Jean E. Giles
jean_giles@fd.org
Indiana State Bar No. 21643-49
F. Italia Patti
italia_patti@fd.org
Indiana State Bar No. 34725-02
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520

Attorneys for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>IOURI MIKHEL, and )<br>JURIJUS KADAMOVAS. )<br><br>Defendants. )<br>_____ ) | Case No.   CR 02-00220-SJO<br><br>NOTICE OF MOTION<br>AND<br>MOTION FOR DISCLOSURE OF<br>DOCUMENTS RELATING TO<br>THE CONSPIRACY TO ESCAPE,<br>AND VISA DENIALS<br><br>DATE:   March 1, 2021<br>TIME:   3:00 P.M.<br>COURT:   Hon. Mark C. Scarsi<br>Courtroom 7C<br>350 S. First Street<br>Los Angeles, CA 90012 |

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on March 1, 2021 at 3:00 p.m. before the Honorable Mark C. Scarsi, in Courtroom 7C, 350 S. First Street, Los Angeles, California 90012, defendant Jurijus Kadamovas, through his appointed counsel, will move and hereby does move for an order compelling disclosure of documents relating to two matters: (1) the charge of conspiracy to escape and (2) visa denials.

Specifically, and as more fully explained in the Memorandum of Points and Authorities in Support of Motion for Disclosure of Documents Relating to the Conspiracy to Escape and Visa Denials, defendant Kadamovas requests disclosure of the following:

1. The Confidential Informant file relating to J.A.[1], including the suitability reports, the suitability reviews, evaluations, interviews, reports of activities, monetary disbursements, and any other documents held by the DEA, the FBI, and/or any other federal law enforcement agency.

2. The Criminal Division's Office of Enforcement Operations file relating to J.A. and any operation or investigation involving J.A., including all requests from law enforcement agencies, reports, summaries, evaluations, and any other documents.

3. Unredacted copies of BOP memorandum produced in discovery during the trial relating to the attempted escape, including:

   A. Battley Memorandum to Warden Benov (redacted), 4/29/2003, 9 pages. Discovery Bates 38762-38770.

   B. Inmate Investigative Report by Harlien to Wanamaker (redacted), 4/29/2003, 15 pages. Discovery Bates 38747-38761.

---

[1] As explained in the Memorandum of Points and Authorities, the identity of J.A. is known to all parties.

C.  Memorandum to Wanamaker, from MDC staff member (redacted), 7/2/2003, 1 page. Discovery Bates 38993.

D.  Memorandum report by Battley (redacted), 3/8/2003, 3 pages. Discovery Bates 38865-38867.

E.  FD 340, Sotelo handwritten notes (redacted), 3/13/03, 7 pages. Discovery Bates 40166-40172.

4.  Unredacted versions of 302s involving interviews with witnesses to the attempted escape.

A.  Report of interview of witness (redacted), 3/13/2003, 4 pages. Discovery Bates 39111-39114.

B.  Report of interview of witness (redacted), 6/9/2004, 4 pages. Discovery Bates 62006-62009.

C.  Report of interview of witness (redacted), 4/11/2003, 3 pages. Discovery Bates 39108-39110.

D.  Report of interview of witness (redacted), 8/3/2004, 3 pages. Discovery Bates 62003-62005.

E.  Report of interview of witness (redacted), 4/3/03, 1 page. Discovery Bates 38136.

F.  Report of interview of witness (redacted), 3/08/03, 3 pages. Discovery Bates 38129-38131.

G.  Report of interview of witness (redacted), 3/12/03, 4 pages. Discovery Bates 38132-38135.

5.  All documents related to visa applications of Lithuanian citizens Svetlana Kadamovas, Jurate Kadamovas, and Gabriel Kadamovas (possible alternative spellings: Kadamov and Kadamoviene), in January-February 2007 in possession of the United States Attorney, the FBI, the Department of Justice, the Department of State, the United States Embassy (or Consulate) in Vilnius, Lithuania, or any other government agency.

3

6.      All documents, correspondence, including e-mails, or other communications exchanged between Special Agent Louis Perez, or other members of the prosecution team, and the United States Embassy (or Consulate) in Vilnius, Lithuania, regarding the visa applications of Lithuanian citizens Svetlana Kadamovas, Jurate Kadamovas, and Gabriel Kadamovas (possible alternative spellings: Kadamov and Kadamoviene), in January-February 2007, the visa application process in general, or the visa applications of any other witnesses, potential or actual, in this case.

7.      All documents, correspondence, e-mails, or other communications exchanged between Special Agent Louis Perez and the FBI Legal Attaché covering Lithuania, relating to the visa applications of Lithuanian citizens Svetlana Kadamovas, Jurate Kadamovas, and Gabriel Kadamovas (possible alternative spellings: Kadamov and Kadamoviene), in January-February 2007, the visa application process in general, or the visa applications of any other witnesses in this case.

This motion is based on the accompanying Memorandum of Points and Authorities in Support of Motion for Disclosure of Documents Relating to the Conspiracy to Escape and Visa Denials, the pleadings and file in this matter, and such other authorities and evidence as may be presented in any reply or supplemental briefing or at any hearing on this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 20, 2021.

Dated: January 29, 2021.

_____

*/s/Timothy J. Foley*
TIMOTHY J. FOLEY
Counsel for Defendant
Jurijus Kadamovas

4