Exhibit A:

Portions of J.A. Plea Agreement,

May 20, 2002

for service of sentence, (iii) obey all conditions of any bond, and (iv) obey any other ongoing court order in this matter.

d) Not to commit any crimes.

e) To not knowingly and willfully fail to be truthful at all times with Pretrial Services, the U.S. Probation Office, and the Court.

f) To pay the applicable special assessments at or before the time of sentencing unless defendant lacks the ability to pay.

19. Defendant further has expressed an interest in the future to cooperate fully with the USAOS, the Federal Bureau of Investigation and the Drug Enforcement Administration, and, as directed by the USAOS, with any other federal, state, or local law enforcement agency. This cooperation requires defendant to:

a) Respond truthfully and completely to all questions that may be put to defendant, whether in interviews, before a grand jury, or at any trial or other court proceeding.

b) Attend all meetings, grand jury sessions, trials or other proceedings at which defendant's presence is requested by the USAOS or compelled by subpoena or court order.

c) Produce voluntarily all documents, records, or other tangible evidence relating to matters about which the USAOS, or its designee, inquires.

d) Act, if requested to do so, in an undercover capacity, including the wearing a recording device and consensual recording of telephone conversations, to the best of defendant's

8

76897

ability in connection with criminal investigations by federal, state, or local law enforcement authorities, in accordance with the instructions of those law enforcement authorities. The decision to engage in any undercover activities rests with the sound discretion of those law enforcement authorities. Further, defendant agrees not to act undercover, tape record any conversations, or gather and evidence unless expressly instructed or authorized to do so by federal, state, or local law enforcement authorities.

## THE USAOS' OBLIGATIONS

20. If defendant complies fully with all defendant's obligations under this agreement, the USAOS agrees:

a)    To abide by all sentencing stipulations contained in this agreement.

b)    At the time of sentencing, provided that defendant demonstrates an acceptance of responsibility for the offense up to and including the time of sentencing, to recommend a two-level reduction in the applicable sentencing guideline offense level, pursuant to U.S.S.G. § 3E1.1, and an additional one-level reduction if available under that section.

c)    Not to offer as evidence in its case-in-chief in the above-captioned case or any other prosecution that may be brought against defendant by the USAOS, or in connection with any sentencing proceeding in any case that may be brought against defendant by the USAOS, any statements made by defendant or tangible evidence provided by defendant pursuant to this

9

76898