# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>JURIJUS KADAMOVAS, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:02–cr–00220–MCS<br><br>---<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __1/29/2021__

Document Number(s):   __2399__

Title of Document(s):   __Motion for disclosure by Jurijus Kadamovas filed on all defendants' cases__

**ERROR(S) WITH DOCUMENT:**

Case number is incorrect or missing.

Other:

Incorrect Judge's initials as "SJO". SEE 10/26/20 reassignment order to Judge Scarsi. Correct case number is to read as: 2:02–cr–00220 MCS

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: __February 1, 2021__          By:  _/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov_
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**