**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CR02-220 MCS |
| v. | |
| Mikhel, et al., | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 1/29/2021 | 2399 | Notice of Motion and Motion for Discovery |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☑ The document is accepted as filed

☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .

☐ The hearing date has been rescheduled to _____ at _____

☑ Other

Any future filings must include the correct judge's initials of "MCS" for Judge Mark C. Scarsi and not "SJO."

Clerk, U.S. District Court

Dated: February 2, 2021

By: Stephen Montes Kerr (213) 894-0051
Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

G-112B  (01/07)