# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **Case No.** | CR 02-00220-MCS | **Date** | February 12, 2021 |
| **Title** | United States v. Iouri Mikhel and Jurijus Kadamovas | | |

**Present: The Honorable**    MARK C. SCARSI, U.S. DISTRICT JUDGE

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**            IN CHAMBERS (No Proceedings Held)

The Court finds that Defendant's Motion for Disclosure of Documents Relating to the Conspiracy to Escape, and Visa Denials (Dkt. No. 2399) presently scheduled for hearing on March 1, 2021, is appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. L.R. 7-15. Accordingly, the motion is taken UNDER SUBMISSION and the hearing is vacated.

IT IS SO ORDERED.

_____ : _____

SMO

Initials of Deputy
Clerk

_____