## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 02-00220-MCS | Date | June 7, 2021 |
| --- | --- | --- | --- |

| Title | United States v. Iouri Mikhel and Jurijus Kadamovas |
| --- | --- |

Present: The Honorable    MARK C. SCARSI, U.S. DISTRICT JUDGE

| Stephen Montes Kerr | Not Reported |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

The Court is in receipt of a pro se document entitled "Motion to Replace Appointed Counsels for Proceedings Pursuant to 28 U.S. §2255," sent directly to the Court from Defendant Jurijus Kadamovas. For the reasons stated in the Court's December 1, 2020 minute order [Dkt. No. 2396], rejecting Kadamovas's October 13, 2020 motion to proceed pro se, the Court declines to entertain this motion.

Pursuant to the direction of the Court, the present motion shall not be filed, but instead shall be rejected, stricken from the file, and returned to Defendant.

In addition to serving this order on counsel of record, the Clerk of Court shall serve a copy of this order on Kadamovas at Reg. No. 21050-112, United States Penitentiary Terre Haute, P.O. Box 33, Terre Haute, Indiana 47808.

IT IS SO ORDERED.

|  | : |
| --- | --- |
| Initials of Deputy Clerk | SMO |