Timothy J. Foley
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Jean E. Giles
jean_giles@fd.org
Indiana State Bar No. 21643-49
F. Italia Patti
italia_patti@fd.org
Indiana State Bar No. 34725-02
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520

Counsel for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.    2:02-cr-00220-MCS |
| ) | |
| Plaintiff, ) | SECOND SUPPLEMENTAL |
| v. ) | PROFFER REGARDING |
| ) | THE EFFECTS OF |
| IOURI MIKHEL, and ) | THE PANDEMIC |
| JURIJUS KADAMOVAS. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## DECLARATION OF JEAN E. GILES IN SUPPORT OF SECOND SUPPLEMENTAL PROFFER REGARDING THE EFFECTS OF THE PANDEMIC

I, Jean E. Giles, upon information and belief, declare and state the following:

1. I am an Assistant Federal Defender in the capital § 2255 unit of the Indiana Federal Community Defenders office ("IFCD"). Along with Timothy Foley, IFCD represents Jurijus Kadamovas.

2. This Declaration updates the previous Declarations submitted to this Court in support of the Proffer Regarding the Effects of the Pandemic on August 14, 2020 (Doc. # 2376) and December 16, 2020 (Doc # 2397). Mr. Kadamovas incorporates those prior declarations by reference.

3. Since the date of the previous Declaration, the COVID-19 pandemic has continued to significantly hinder our representation of Mr. Kadamovas. In particular, the pandemic has greatly impeded our ability to investigate the issues in this case, contact witnesses, interview witnesses, gather evidence, travel, collect records, and gather information.[1]

4. International travel is necessary in this case. However, due to COVID restrictions, travel outside the United States has not been possible. The CDC warns that "international travel poses additional risks, and even fully vaccinated travelers

---

[1] Counsel has compiled information about travel to foreign countries from the following source: https://travel.state.gov/content/travel/en/traveladvisories/COVID-19-Country-Specific-Information.html

might be at increased risk for getting and possibly spreading some COVID-19 variants."[2]

**Lithuania**

5.  Mr. Kadamovas' defense team still has been unable to travel to Lithuania. The United States State Department still categorizes Lithuania as being Level 4: Do Not Travel due to COVID-19.

6.  A nationwide quarantine was introduced by the Lithuanian government on November 7, 2020, and is in effect through June 30, 2021.[3]  While the quarantine is scheduled to be lifted on July 1, 2021, the emergency situation and restrictions will remain in force.[4]

7.  In early June 2021, the government announced that vaccinated citizens from the United States were now permitted to travel to Lithuania without being required to quarantine once they arrived.

**England**

8.  Mr. Kadamovas' defense team also needs to travel to England but has been unable to do so. The State Department has issued a Level 3: Reconsider Travel advisory for the United Kingdom due to COVID-19.

---

[2] https://www.cdc.gov/coronavirus/2019-ncov/travelers/international-travel-during-covid19.html

[3] Counsel has complied information regarding coronavirus in Lithuania from the following sources: 1. https://lt.usembassy.gov/; 2. https://urm.lt/default/en/important-covid19;  3. http://koronastop.lrv.lt/en/news/

[4] https://www.lrt.lt/en/news-in-english/19/1440684/lithuania-to-lift-quarantine-this-week-but-most-restrictions-remain

9. The United States is on the United Kingdom's amber list, which requires even fully vaccinated travelers to quarantine for a minimum of five full days before obtaining a COVID test.[5]

**Russia, Latvia, and Turkmenistan**

10. Additionally, Mr. Kadamovas' defense team needs to travel to Russia, Latvia, and Turkmenistan, but has been unable to do so. The State Department categorizes these countries as Level 4: Do Not Travel.

11. Moreover, the Russian government does not currently allow United States citizens to enter (with a few inapplicable exceptions).[6]

12. The Center for Disease Control and Prevention advises that United States citizens should avoid travel to Turkmenistan and that "[b]ecause the current situation in Turkmenistan is unknown, even fully vaccinated travelers may be at risk for getting and spreading COVID-19 variants."[7]

**Conclusion**

13. The extraordinary circumstances of the COVID-19 global pandemic continue to severely hamper our efforts on Mr. Kadamovas' behalf.

---

[5] https://www.gov.uk/guidance/red-amber-and-green-list-rules-for-entering-england
[6] https://ru.usembassy.gov/covid-19-information/#:~:text=Anyone%20testing%20positive%20for%20COVID,directly%20after%20arrival%20in%20Russia (see "Entry and Exit Requirements")
[7] https://wwwnc.cdc.gov/travel/notices/covid-unknown/coronavirus-turkmenistan

4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed by me this 30th day of June, 2021, in Indianapolis, Indiana.

*s/ Jean. E. Giles*
Jean E. Giles

5