Timothy J. Foley
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Jean E. Giles
jean_giles@fd.org
Indiana State Bar No. 21643-49
F. Italia Patti
italia_patti@fd.org
Indiana State Bar No. 34725-02
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520

Counsel for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.    2:02-cr-00220-MCS |
| Plaintiff, | THIRD SUPPLEMENTAL |
| v. | PROFFER REGARDING |
| | THE EFFECTS OF |
| IOURI MIKHEL, and | THE PANDEMIC |
| JURIJUS KADAMOVAS, | |
| Defendants. | |

## DECLARATION OF JEAN E. GILES IN SUPPORT OF THIRD SUPPLEMENTAL PROFFER REGARDING THE EFFECTS OF THE PANDEMIC

I, Jean E. Giles, upon information and belief, declare and state the following:

1. I am an Assistant Federal Defender in the capital § 2255 unit of the Indiana Federal Community Defenders office ("IFCD"). Along with Timothy Foley, IFCD represents Jurijus Kadamovas.

2. This Declaration updates the previous Declarations submitted to this Court in support of the Proffer Regarding the Effects of the Pandemic on August 14, 2020 (Doc. # 2376); December 16, 2020 (Doc. # 2397); and June 30, 2021 (Doc. # 2409). Mr. Kadamovas incorporates those prior declarations by reference.

3. Since the date of the previous Declaration, the COVID-19 pandemic has continued to significantly hinder our representation of Mr. Kadamovas. In particular, the pandemic has greatly impeded our ability to investigate the issues in this case, contact witnesses, interview witnesses, gather evidence, travel, collect records, and gather information.

4. International travel, including travel to Lithuania and Russia, is necessary in this case. However, due to COVID conditions, travel to those countries currently is extremely dangerous. The CDC continues to warn that "international travel poses

additional risks, and even fully vaccinated travelers might be at increased risk for

getting and possibly spreading some COVID-19 variants."[1]

**Lithuania**

5. Since September 13, 2021, the State Department has categorized Lithuania as

Level 4: Do Not Travel due to COVID 19.[3] The CDC also indicates that

Lithuania is a Level 4 and that travel to Lithuania should be avoided due to

COVID-19.[4]

6. Currently, Lithuania has among the highest coronavirus infection rates in the

world, with 99 new cases per 100,000 people over the last 7 days.[5] Lithuania's

---

[1] https://www.cdc.gov/coronavirus/2019-ncov/travelers/international-travel-during-covid19.html (last visited Nov. 11, 2021)

[2] https://graphics.reuters.com/world-coronavirus-tracker-and-maps/countries-and-territories/lithuania/ (last visited Nov. 11, 2021)

[3] https://travel.state.gov/content/travel/en/international-travel/International-Travel-Country-Information-Pages/Lithuania.html (last visited Nov. 11, 2021)

[4] https://wwwnc.cdc.gov/travel/notices/covid-4/coronavirus-lithuania (last visited Nov. 11, 2021)

[5] https://www.nytimes.com/interactive/2021/world/covid-cases.html (last visited Nov. 11, 2021)

chief epidemiologist has warned that the number of cases is continuing to rise, and the current wave has not peaked.[6]

**Russia**

7. The State Department also has categorized Russia as Level 4: Do Not Travel. The CDC also indicates that Russia is a Level 4 and that travel to Russia should be avoided due to COVID-19.[8]

8. Due to high COVID numbers, nearly all of Russia was under a lockdown from October 30 to November 7, 2021. Nonetheless, the number of new COVID cases and deaths is near the all-time high.[9] Further, the numbers of officially reported cases likely underrepresents the true extent of the severity of the situation.[10]

---

[6] https://www.lrt.lt/en/news-in-english/19/1536278/lithuania-looks-to-tighten-covid-certificate-rules-another-lockdown-a-distant-possibility (last visited Nov. 11, 2021)

[7] https://graphics.reuters.com/world-coronavirus-tracker-and-maps/countries-and-territories/russia/ (last visited Nov. 11, 2021)

[8] https://wwwnc.cdc.gov/travel/notices/covid-4/coronavirus-russia (last visited Nov. 11, 2021)

[9] https://www.reuters.com/world/russia-ends-workplace-shutdown-covid-numbers-stay-high-2021-11-08/ (last visited Nov. 11, 2021)

[10] https://www.washingtonpost.com/world/europe/russia-covid-count-fake-statistics/2021/10/16/b9d47058-277f-11ec-8739-5cb6aba30a30_story.html (last visited Nov. 11, 2021)

**Conclusion**

9.   The extraordinary circumstances of the COVID-19 global pandemic continue to

severely hamper our efforts on Mr. Kadamovas' behalf.


I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct. Executed by me this 11th day of

November, 2021, in Indianapolis, Indiana.

*s/ Jean. E. Giles*
Jean E. Giles
