UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.    2:02-cr-00220-MCS-2                                    Date: June 9, 2022

Present: The Honorable:    Mark C. Scarsi, United States District Judge

Interpreter _____

| Stephen Montes Kerr | N/A | |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Jurijus Kadamovas | N/A | | | | N/A | | |

**Proceedings:**        **(In Chambers) Order Re: Motion for Appointment of Counsel**

The Court received a document entitled "Motion for Appointment of Counsel" directly from Defendant Jurijus Kadamovas. For the reasons stated in the Court's December 1, 2020 minute order rejecting a prior motion (ECF No. 2396), the Court declines to entertain the motion.

The Court directs the Clerk not to file the motion and instead reject it, strike it from the file, and return it to Kadamovas.

In addition to serving this Order on counsel of record, the Clerk shall serve this Order on Kadamovas at Reg. No. 21050-112, United States Penitentiary Terre Haute, P.O. Box 33, Terre Haute, Indiana 47808.

**IT IS SO ORDERED.**

                                                                                    _____ : _____
                                        Initials of Deputy Clerk _____ SMO _____