# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Mark C. Scarsi

From: Stephen Montes Kerr                        , Deputy Clerk      Date Received: 6/6/2022

Case No.: 2:02-cr-00220-MCS-2          Case Title: USA v. Jurijus Kadamovas

Document Entitled: Motion for Appointment of Counsel

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 5-4.1       Documents must be filed electronically
☐ Local Rule 6-1        Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 7-19.1      Notice to other parties of ex parte application lacking
☐ Local Rule 7.1-1       No Certification of Interested Parties and/or no copies
☐ Local Rule 11-3.1      Document not legible
☐ Local Rule 11-3.8      Lacking name, address, phone, facsimile numbers, and e-mail address
☐ Local Rule 11-4.1      No copy provided for judge
☐ Local Rule 11-6       Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8       Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 15-1       Proposed amended pleading not under separate cover
☐ Local Rule 16-7       Pretrial conference order not signed by all counsel
☐ Local Rule 19-1       Complaint/Petition includes more than 10 Does or fictitiously named parties
☐ Local Rule 56-1       Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2       Statement of genuine disputes of material fact lacking
☐ Local Rule 83-2.5      No letters to the judge
☐ Fed. R. Civ. P. 5      No proof of service attached to document(s)
☑ Other:    Defendant Kadamovas is represented by counsel, all communications to the Court shall be
             presented through his attorney of record.

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐  The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____          _____
Date                             U.S. District Judge / U.S. Magistrate Judge

☑  The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

June 13, 2022                    Mark C. Scarsi  *Mark C. Scarsi*
Date                             U.S. District **Judge** / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE     COPY 2 -JUDGE     COPY 3 -SIGNED & RETURNED TO FILER     COPY 4 -FILER RECEIPT

CV-104A (06/13)                 NOTICE OF DOCUMENT DISCREPANCIES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF

v.

IOURI MIKHEL, AND
JURIJUS KADAMOVAS

DEFENDANTS.

CASE No

CR02 - 00220 SJO

## MOTION FOR

## APPOINTMENT OF COUNSEL

THIS IS A PRO SE MOTION TO THE COURT FROM DEFENDANT JURIJUS KADAMOVAS.

DEFENDANT MOVES FOR AN ORDER APPOINTING COUNSEL TO REPRESENT HIM IN MOTION FOR COMPASSIONATE RELEASE UNDER THE FIRST STEP ACT SECTION 3582 (c)(1)(A) OF TITLE 18 OF THE UNITED STATES CODE.

IN SUPPORT OF THIS MOTION, DEFENDANT STATES:

1) KADAMOVAS IS UNABLE TO AFFORD COUNSEL.
2) KADAMOVAS'S MEDICAL CONDITIONS IS RAPIDLY DETERIORATING.

3) KADAMOVAS don't have MEANINGFUL ACCESS TO his DISCOVERY MATERIALS, COURT TRANSCRIPTS, AND OTHER DOCUMENTS THAT MUST BE SUBMITTED TO THIS COURT AS A BURDEN OF PROOF DEMONSTRATING EXTRAORDINARY AND COMPELLING REASONS. It's PLAINTIFF's RESPONSIBILITY TO DO SO.

## CRIMINAL LAW & PROCEDURE > SENTENCING > CORRECTIONS, MODIFICATIONS & REDUCTIONS > ELEGIBILITY CIRCUMSTANCES & FACTORS.

A COURT's REDUCTION OF A SENTENCE UNDER 18 U.S.C.S § 3582 (c) (1) (A) is EXTRAORDINARY AND RESERVED FOR COMPELLING CIRCUMSTANCES WHICH COULD NOT REASONABLY HAVE BEEN FORESEEN BY THE COURT AT THE TIME OF SENTENCING. 28 C.F.R § 571. 60. THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT HAS INTERPRETED THE FIRST STEP ACT AS NOT PERMITTING A PLENARY RESENTENCING HEARING BUT INSTEAD ALLOWING A DISTRICT COURT TO ENGAGE IN A LIMITED COUNTERFACTUAL INQUIRY, THE ACT ITSELF GRANTS FEDERAL COURTS BROAD DISCRETION IN DETERMINING WHETHER TO GRANT COMPASSIONATE RELEASE.

PRESUMABLY THESE FACTORS MAY ALSO INFORM A DISTRICT COURT's DISCRETION FOR 18 USCS 3582 MOTIONS FILED BY A DEFENDANT. THE FACTORS INCLUDE:

2.

... (2) THE WEIGHT OF THE EVIDENCE AGAINST THE PERSON; (3) THE HISTORY AND CHARACTERISTICS OF THE PERSON; ...

AS A GENERAL MATTER, PRINCIPLES AS TO THE ALLOCATION OF BURDEN OF PROOF REST ON GOALS AND ACCESS IF THE DEFENDANT SEEKS DECREASED PUNISHMENT, HE OR SHE HAS THE BURDEN OF SHOWING THAT THE CIRCUMSTANCES WARRANT THAT DECREASE. THE DEFENDANT HAS THE BURDEN OF SHOWING THAT EXTRAORDINARY AND COMPELLING REASONS TO REDUCE HIS SENTENCE. SEE <u>UNITED STATES V. FLOREZ, U.S. DISTRICT COURT FOR THE DISTRICT OF ARIZONA. 2021 U.S. Dist. LEXIS 116356 No. CR-11-03577-001-TUC- CKJ (BPV)</u>

KADAMOVAS DO NOT HAVE A MEANINGFUL ACCESS TO HIS LEGAL MATERIALS AND WILL BE NOT ABLE TO PRESENT ALL INFORMATION THAT THE EVIDENCE AGAINST HIM WAS FABRICATED AND MISLEAD BY PROSECUTORS. SEE <u>KADAMOVAS V. T.J. WATSON CASE No. 20-1889 TO THE U.S. COURT OF APPEALS FOR THE SEVENTH CIRCUIT</u> APPELANT BRIEF, AS WELL LAST " MOTION FOR COURT TO TAKE ACTION ON APPELANT BRIEF" DOCK #19 FILED MARCH 28, 2022.

WITHOUT AN ATTORNEY, KADAMOVAS WILL BE NOT ABLE TO PRINT OUT AND PRESENT COMPELLING

3.

EVIDENCE OF PROSECUTORIAL MISCONDUCT, BRADY VIOLATIONS — PROSECUTION SUPPRESSION OF EVIDENCE, AND OTHER COMPELLING CIRCUMSTANCES WHICH COULD NOT REASONABLY HAVE BEEN FORESEEN BY THE COURT AT THE TIME OF MY SENTENCING.

4) ATTORNEY TIMOTHY J. FOLEY AND IFCA, VICTORIA CASANOVA APPOINTED FOR PROCEEDINGS PURSUANT TO 28 US.C. 2255 ON JULY 16, 2019, FAIL TO ASSIST IN ANY WAYS. OUR ATTORNEY-CLIENT RELATIONSHIP WAS HULKY FROM THE BEGINNING, AND NOW IS BROKEN BEYOND REPAIR. SEE ATTACHED LETTERS FROM KADAMOVAS TO HIS ATTORNEYS DATED; 25 OCTOBER 2021, 15 NOVEMBER, 2021, 6 DECEMBER 2021, 9 MAY, 2022 AND 19 MAY 2022. KADAMOVAS ASK HIS ATTORNEY TO FILE MOTION TO THE COURT AND TELL TO THE COURT THAT OUR ATTORNEY-CLIENT RELATIONSHIP BROKEN BEYOND REPAIR AND THAT I ASKING COURT TO APPOINT A NEW ATTORNEYS FOR 2255 MOTION, SEE ALSO KADAMOVAS's PRO SE MOTIONS TO PROCEED PRO SE ON 2255 MOTION DATED OCTOBER 6, 2020. ALSO, MOTION TO TAKE ACTION ON KADA- MOVAS's APPEAL WITHDRAW NOTIFICATION DKT #2382 AND COURT RESPONSE DKT # 2383.
BECAUSE ATTORNEY WAS APPOINTED FOR

4.

THE 2255 MOTIONS AND REFUSE TO HELP ME WITH ANY OTHER ISSUES RELATED TO MY APPEALS LIKE PARDON APPLICATION TO THE US PRESIDENT MR. BITEN IN THE PAST, ALSO EXTREME INEFFE-CTIVENES IN GETING ME MEANINGFUL ACCESS TO MY LEGAL MATERIALS IN CASE I CAN PARTISAPATE IN MY 2255 MOTION OR ANY OTHER APPEALS. BECAUSE THE MOTION UNDER 18 USC 3582 (C)(1)(A) DO NOT RELATED TO MOTION UNDER 2255, I DO NOT EXPECT THEM TO HELP ME, NOR I THINK THAT THEY ARE CAN DO GOOD AND TIMELY WORK. I ASKING THIS COURT APPOINTED NEW ATTO-RNEY FOR THE FIRST STEP ACT MOTION UNDER SECTION 3582 (C)(1)(A).

5) KADAMOVAS HAS MADE REPEADED EFFORTS TO OBTAIN AN ATTORNEY TO REPRESENT HIM FOR THE FIRST STEP ACT, WHICH INCLUDE CONTACTING: RUTH E. FRIEDMAN, THE DIRECTOR FEDERAL CAPITAL HABEAS PROJECT, JEREMY GORDON, ATTORNEY, SEE ATTACHED LETTERS AS ATTACHMENT #2, AS WELL KADAMOVAS WAS ASK HIS ATTORNEYS FOR 2255 MOTION TO FILE PROPER MOTION TO THIS COURT FOR APPOINTMENT OF COUNSEL RE-GARDING A COMPASSIONATE RELEASE UNDER THE FIRST STEP ACT, SEE ATTACHMENT #1 LETTER

5.

DATED 05/19/2022.

6) ON 24 MAY 2022 KADAMOVAS FILE ADMINIST-RATIVE REMEDY-REQUEST TO WARDEN KALLIS FOR COMPASSIONATE RELEASE UNDER THE FIRST STEP ACT. THE SECTION 3582 (c) REQUIRES THE DEFENDANT TO EITHER FULLY EXHAUST HIS ADMINISTRATIVE REMEDIES BEFORE THE BOP OR WAIT 30 DAYS AFTER PETITIONING THE WARDEN OF HIS FACILITT BEFORE FILING A MOTION IN COURT. I BELIVE THAT ON JUNE 23, OR AFTER I WILL BE EXHAUST MY REMEDT AND CAN MOVE A MOTION TO THIS COURT, AND BECAUSE MY MEDICAL CONDITIONS IS RAPIDLY DETERIORATING I WISH TO FILE MOTION TO THE COURT WITHOUT DELAY.

WHEREFOR, KADAMOVAS REQUEST THAT THE COURT APPOINT COUNSEL TO REPRESENT HIM IN THE MOTION UNDER 18 USC 3582 (c)(1)(A)

DATED: MAY 31, 2022

RESPECTFULLY SUBMITED,

JURIJUS KADAMOVAS
#21050-112
USP TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN 47808

6.

CERTIFICATE OF SERVICE
DECLARATION OF MAILING

I HEREBY CERTIFY THAT ON JUNE 1, 2022 I MAIL THIS ORIGINAL "MOTION FOR APPOINT OF COUNSEL" TO THE U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, 255 EAST TEMPLE STREET, LOS ANGELES, CA 90012. VIA US MAIL SUFFICIENT FIRST CLASS POSTAGE ATTACHED THERETO. THE UNDERSIGNED DOES ATTEST UNDER PAINS OF POKERY.

JULIUS KARAMOUAS

ATTACHMENT # 1

JURIJUS KADAMOVAS
Register number: 21050-112
USP Terre Haute
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808 USA
www.yurikadamov.com

ART AGAINST DEATH

IFCA
INDIANA FEDERAL
COMMUNITY DEFENDERS
111 MONUMENT CIRCLE
SUITE 3200
INDIANAPOLIS, IN 46204

25 OCTOBER, 2021

DEAR ATTORNEY TIMOTHY J. FOLEY,
ANGELA S. ELLEMAN, JEAN GILES AND
OTHER IN IFCA,

I REQUESTING YOU TO FILE A MOTION
TO THE COURT IN CALIFORNIA INFORMING THE
COURT THAT OUR ATTORNEY-CLIENT RELATIONSHIP
IS BROKEN BEYOND REPAIR. REQUEST THE COURT
TO RELIEVE YOU FROM THIS CASE AND APPOINT
NEW COUNSELS TO REPRESENT ME.

THANK YOU FOR YOUR ATTENTION TO
MY REQUEST

SINCERELY,

JURIJUS KADAMOVAS

C.C. EMBASSY OF LITHUANIA
COURTS

ART AGAINST
DEATH

JURIJUS KADAMOVAS
Register number: 21050-112
USP Terre Haute
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808 USA
www.yurikadamov.com

IFCA
III MONUMENT CIRCLE
SUITE 3200
INDIANAPOLIS, IN 46204

15 NOVEMBER, 2021

DEAR ATTORNEY TIMOTHY J. FOLEY,
ANGELA S. ELLEMAN, JEAN GILES AN
OTHER IN IFCA ASSIGNED TO MY CASE.

IT IS OBVIOUS THAT WE ARE UNABLE TO HAVE
A WORKING ATTORNEY-CLIENT RELATIONSHIP. FOR ONE
MORE TIME I ASKING YOU TO FILE THE MOTION
TO THE COURT IN CALIFORNIA AND INFORM THE
COURT THAT OUR ATTORNEY-CLIENT RELATIONSHIP
IS BROKEN BEYOND REPAIR AND THAT I ASKING
THE COURT TO RELIEVE YOU ALL FROM MY
CASE AND APPOINT NEW COUNSELS TO REPRE-
SENT ME.

THANK YOU FOR YOUR ATTENTION TO MY
REQUEST.

SINCERELY,

JURIJUS KADAMOVAS.

C.C. EMBASSY OF LITHUANIA,

COURTS.

JURIJUS KADAMOVAS
Register number: 21050-112
USP Terre Haute
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808 USA
www.yurikadamov.com

IFCA
III Monument Circle
Suite 3200
Indianapolis, IN 46204

6 December, 2021

Dear Attorney Angela S. Elleman,
Timothy Foley, Yean Giles and other
in IFCA assignet to my case.

Our conversation with Attorney Angela S.
Elleman on Dec. 6, 2021 reveal that you have
very limited knowledge about issues that must
be presented on appeal to my case. In particularly
issues about prosecutorial misconduct before
during the trial and after, claim of my actual
innocent and ineffective assistant of consul, that
I was already had have debated in great dethics
with previous chief of capital 2255 unit for
IFCA Victoria Casanova. Who also promise that
she will file motions to the Court for obtain
for me full and meaningful access to my legal
materials as well addless to the Court ongoing
issues with my legal mail which the BOP
officials opening without my presence and keep
keeping big part of my legal materials on car
and hums in ther position without allowing me
to ao inventory.

I have to notice that in a few of letters
from Attorney Elleman bated August 13, 2021
and September 16, 2021 she mantioned that she
intend to take action to help me have access to
all of the discovery, but in my understanding not
any motion was filed at this time. So... Victoria
Casanova, two and a half years ago, dia promise
that it will be don, in first thing, and I still
do not have meaningful, and complite access to
any of my legal materials!

1 of 3

I CAN NOT TRUST TO YOU ANY MORE IN ANYTHING! YOU DENY ME OPPORTUNITY TO PRESENT TO THE COURT MY COMPLETE DEFENSE EVIDENCE OF THIRD-PARTY GUILT, MY INNOCENCE CLAIM, PROSECUTORIAL MISCONDUCT AND OTHER ISSUES THAT MATERS TO ME. IT IS ABSOLUTELY OBVIOUSLY TO ME, THAT WE CAN NOT WORK TOGETHER, IN PART BECAUSE YOU DO NOT KEEP YOUR PROMISES AND IN PART BECAUSE YOU ARE ABSOLUTELY AND TOTALLY INCOMPETENT.

THE LIMITATION FOR FILE 2255 APPEAL IS ONE YEAR. WITHOUT EVEN CONSULTING WITH ME YOU ISSUED, AND GOT AN EXTENSION THREE TIMES FOR ONE AND A HALF YEARS AND PLANNING TO ASK MORE TIME AGAIN. YOU DENY ME APPORTUNITY TO BE HEARD BY THE COURT TIMELY ABOUT MY ISSUES, BECAUSE YOU WISH TO KEEP ME HERE ON DEATH ROW, AS LONG, AS YOU CAN KEEP MAKE A MONEY ON MY MISERY IN THIS TORTUROUS CONDITIONS OF SOLITARY CONFINEMENT WITHOUT ANY ATTEMPT TO IMPROVE IT! NOT MY BODY, NOR MY MIND CAN AFFORD THIS PROLONGED SITUATION AND DELAYS ANY MORE!

WE CAN NOT AGREE ON WHAT, AND WHEN TO FILE ANY THING. YOU HAD REFUSE TO HELP ME WITH ARRANGEMENT OF MY PARDON APPLICATION TO THE US PRESIDENT BECAUSE YOU HAVE NO ANY IDEA ABOUT INTERNATIONAL LAW, AND MY RIGHTS AND OPPORTUNITY, THAT I HAVE TO TAKE AS A LITHUANIAN CITIZEN. YOU HAVE LOST THE VIDEO TAPES AND CD's FROM LITHUANIA THAT WAS PROVIDED BY MY FAMILY FOR MY MITIGATION. YOU HAD HAVE HIRE A LAWYER IN LITHUANIA WHO HARASSTED MY FAMILY MAMBERS AND TRY TO MAKE THEM SIGNED UNTRANSLATED DOCUMENT IN ENGLISH LANGUAGE THAT THEY CAN UNDERSTAND. I CAN CONTINUE TO TALK ABOUT YOUR FAILURE, BUT SEE NO REASON IN THAT, BUT I WOULD LIKE TO ASK YOU: HOW ANY ONE CAN PROVE AN UNFAIR TRIAL ON APPEAL, WHEN AN APPEAL WITH ATTORNEYS LIKE YOU, CAN NOT BE FAIR OR COMPLETE AT ALL?!

How it iven possible, to file ineffective assistant of trile counsel, with ineffective assistance of appeal counsel?!

To me it obviously that we never will have a working attorney-client relationship and you will not able to address to the court, all what must be addressed. Therefore for last time I asking you to file motion to the court in California and inform the court that our attorney-client relationship is broken beyond repair and that I asking the court to replace you with new counsels.

Shere this my request with all attorneys who thinking that they are working on my casse.

Sincerely,

Juritus Kaanbuas

C.C. Embassy of Lithuania
Courts

3 of 3

Jurijus Kadamovas
#21050-112
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808

IFCA
111 Monument Circle
Indianapolis, IN 46204

9 May 2022

Dear Attorney, Timothy J. Foley Angela S. Ellenam and all other in IFCA who still thinking that they are my attorneys;

I asking you again to file the Motion to the Court in California and inform the Court that our attorney-client relationship is broken beyond repair and that I asuing the Court to relieve you all, from my case and appoint new counsels to represent me in my appeals.

Thank you for your attention to my request

Sincerely

Jurijus Kadamovas

C.C. Embassy of Lithuania.

Courts.

TRULINCS 21050112 - KADAMOVAS, JURIJUS - Unit: THP-X-A

----------------------------------------------------------------------------------------------------

FROM: 21050112
TO:
SUBJECT:
DATE: 05/19/2022 07:49:59 AM

To attorneys:
Timothy J. Foley
Angela S. Elleman
And all in IFCD who think they are representing me on 2255

I am furious. Yesterday I found out from my sister that my only son had been found death on Friday 13th and that you'd been to Lithuania to meet my family two weeks ago. And yet none of you had notified me about this. None of you had told me that such a trip had been planned, had been scheduled. None of you had attempted to discuss any of this with me.

Your actions--your continuation in disregarding and disrespecting the so-called attorney-client relationship--is appalling. What you did was neither ethical nor moral, but wrong on all levels of legal assistance on my behalf. You flat-out denied me a meaningful opportunity to provide you with ANY information that could have helped you in Lithuania for my defense/appeal, such as whom to look for or talk to. Most importantly, I could have given you a letter for those individuals, vouching for you, in the hopes that they would be more forthcoming in communications with you.

I would have also asked you to take with you to Lithuania those 258 artworks in Judith possession (which I sent to her a year or so ago). I would have wanted you to help my son meet with a few galleries in Vilnius or some artists who could have helped me obtain gallery representation. I would have wanted my son engaged in the Art Industry, which might have saved his life, knowing that he would have been able to help me, his father. See attached, A Guide to Modern Vilnius, which the Embassy sent to me for such an occasion.

But given that you had kept me in the dark about your travels to Lithuania on my behalf, which, in turn, denied me an opportunity to participate in my case, we will never know whether my input would have made a difference in the life of my son. Perhaps he still would be alive.

This is your fault. You have not provided me with any meaningful representation for almost 3 years as you were appointed by courts to do so. You are evil people, unethically disregarding me ASSISTANCE OF COUNSEL, driven by your OWN agenda.

Numerous times I have asked you to file motion to the Central District of California and notify the judge that our attorney-client relationship is broken beyond repair, and that I would like new attorneys appointed. But you pay heed to nothing I say, as you're only concerning about your own agenda, which in effect undermine my right to the assistance of counsel. From the beginning, you hijacked my case, sabotaged my appeal.

Once again I'm asking you to notify the district court in California that I want new attorneys now. I'm also asking you to file an additional motion to the district court for appointment of counsel regarding a Compassionate Release Motion under the First Step Act pursuant to 18 USC section 3582(c)(1)(A), which is not part of section 2255. Time is of the essence, my medical condition is rapidly deteriorating, so do this as soon as possible.

Sincerely,

c.c. Embassy of Lithuania, courts.

ATTACHMENT # 2



**ART AGAINST DEATH**

UNITED STATES FEDERAL DEATH ROW INMATE

RUTH E. FRIEDMAN
DIRECTOR FEDERAL
CAPITAL HABEAS PROJECT
6411 IVY LANE
SUITE 710
GREENBELT, MD 20770

JURIJUS KADAMOVAS
Register number: 21050-112
USP Terre Haute
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808 USA
www.yurikadamov.com

15 MAY 2022

DEAR MRS. FRIEDMAN,

I WOULD LIKE TO MOVE FOR COMPASSIONATE RELEASE UNDER THE FIRST STEP ACT, 18 USC 3582 (c)(1)(A). THE REASON FOR THAT, IS THAT MY MEDICAL CONDITIONS RADICLY DETERIORATED. AS YOU KNOW I HAVE BROKEN BETOND REPAIR ATTORNEY-CLIENT RELATIONSHIP WITH ATTORNEYS APPOINTED TO MOTION UNDER SECTION 2255 AND THEY ARE REFUSE TO HELP ME WITH ANY OTHER OPTIONS FOR MY APPEALS LIKE PARDON APLICATION, 2241 MOTION, LEGAL ACTIONS UNDER APA OR SOLITARY CONFINEMENT AND OTHERS. BECAUSE THE FIRST STEP ACT IS NOT RELATED TO MOTION UNDER 2255, I DO NOT EXPECT, NOR I WANT THIS SAME ATTORNEYS TO BE PART OF MY MOTION FOR COMPASSIONAT RELEASE I ASKING YOU TO FIND AN ATTORNEY WHO WILL ASSIST ME TO FILE THE FIRST STEP ACT MOTION OR ASK COURT THAT ATTORNEY FOR THIS MOTION WILL BE APPOINTED.

PLEASE FIND COPY OF MY LETTERS TO ATTORNEYS APOINTED FOR 2255 MOTION, DATED 8 MAY AND 15 MAY OF 2022 THAT WILL HELP YOU TO UNDERSTEND MY SITUATION AND REASONS THAT I HAVE FOR COMPASSIONATE RELEASE.

SINCERELY,

C.C. EMBASSY OF LT
COURTS
ATTORNEYS



**ART AGAINST DEATH**

UNITED STATES FEDERAL DEATH ROW INMATE

JEREMY GORDON, ESQ
P.O. BOX 2275
MANSFIELD, TEXAS 76063

JURIJUS KADAMOVAS
Register number: 21050-112
USP Terre Haute
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808 USA
www.yurikadamov.com

15 MAY 2022

DEAR JEREMY GORDON,

MY NAME IS JURIJUS KADAMOVAS. I AM A LITHUANIAN CITIZEN UNDER A SENTENCE OF DEATH FOR CRIMES I DID NOT COMMIT AS A RESULT OF AN UNFAIR TRIAL REPLETE WITH FALSE TESTIMONEY AND MISLEADING ARGUMENTS. I AM THE ONLY CITIZEN OF ANY EUROPEAN UNION NATION TO BE ON FEDERAL DEATH ROW IN THE U.S.

I WOULD LIKE TO MOVE FOR COMPASSIONATE RELEASE UNDER THE FIRST STEP ACT. I HAVE MANY "EXTRAORDINARY AND COMPELLING REASONS FOR SUCHE RELEASE, BUT MAIN REASON IS THAT MY MEDICAL CONDITIONS RAPIDLY DETERIORATED.

I WOULD LIKE ASK YOU IF YOU WILL BE WILLING TO ASSIST ME IN THIS MOTION PRO BONO OR I CAN ASK DISTRICT COURT TO APPOINTING YOU.

FOR MORE INFORMATION ABOUT MY ISSUES AND SOME OF THE REASONS FOR COMPASSIONATE RELEASE SEE MY PRO SE MOTION TO 7TH CIR. COURT OF APPEALS UNDER 2241. KADAMOVAS V WATSON CASE No. 20-1889 FILED 06/09/2020. FOR MORE INFORMATION ABOUT MYSELF PLEASE GO TO WWW.YURIKADAMOV.COM

I LOOKING FORWARD TO YOUR RESPONSE. THANK YOU FOR YOUR TIME.

SINCERELY,

JURIJUS KADAMOVAS

Julius Kabaalouas
#21050-112
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808

Legal Special
Mail

INMATE
IDENTIFICATION
CONFIRMED

CR

INMATE
IDENTIFICATION
CONFIRMED

CSO
X 90012

United States District Co...
Central District of Californ...
Office of the Clerk
255 East Temple Street
Room 180
Los Angeles, CA 90012

UNITED STATES
POSTAL SERVICE

USPS TRACKING #

9114 9022 0078 9646 1480 78

Label 400  Jan. 2013
7690-16-000 7948

RECEIVED
CLERK, U.S. DISTRICT COURT

JUN - 6 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

LEGAL SPECIAL MAIL

FEDERAL CORRECTIONAL COMPLEX
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 47802
DATE:_____

The enclosed letter was processed through special mailing procedures for
forwarding to you. The letter has been neither opened nor inspected.
If the writer raises a question or problem over which this facility has
jurisdiction, you may wish to return the material for further information
or clarification. If the writer encloses correspondence to be forwarded
to another individual, please return to the above listed address.



RECEIVED
MAY 3 1 2022
BY:_____