Timothy J. Foley
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Jean E. Giles
jean_giles@fd.org
Indiana State Bar No. 21643-49
F. Italia Patti
italia_patti@fd.org
Indiana State Bar No. 34725-02
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520
Fax: (317) 383-3525

Attorneys for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.    CR 02-00220-SJO |
| ) | |
| Plaintiff, ) | NOTICE OF MOTION |
| ) | AND |
| v. ) | KADAMOVAS' MOTION FOR |
| ) | ORDER DIRECTING THE BUREAU |
| IOURI MIKHEL, and ) | OF PRISONS TO PERMIT |
| JURIJUS KADAMOVAS, ) | ACCESS TO LEGAL MATERIALS |
| ) | |
| Defendants. ) | DATE:    August 1, 2022 |
| _____ ) | TIME:    3:00 P.M. |
| | COURT:    Hon. Mark C. Scarsi |
| | Courtroom 7C |
| | 350 W. First Street |
| | Los Angeles, CA 90012 |

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on August 1, 2022, before the Honorable Mark C. Scarsi, in Courtroom 7C, 350 W. First Street, Los Angeles, California 90012, defendant Jurijus Kadamovas, through his appointed counsel, will move for an order from the Court directing the Bureau of Prisons to:

(1) Allow Mr. Kadamovas access to his own computer with all the necessary software to review the materials relevant to his case, including the ability to translate all documents from English to Russian and to create new documents and transfer his work product to his attorneys, time sufficient to meaningfully work on his case, and access to a toilet; or

(2) Provide Mr. Kadamovas a dedicated computer with all the necessary software to review the materials relevant to his case, including the ability to translate all documents from English to Russian and to create new documents and transfer his work product to his attorneys, time sufficient to meaningfully work on his case, and access to a toilet; or

(3) Provide Mr. Kadamovas with a separate cell dedicated solely to his use in which he can keep and meaningfully work on the tens of thousands of actual pages of documents pertaining to his case (including discovery and trial and appeal transcripts and other records) as well as audio and video records, a cell separate and apart from the one in which Mr. Kadamovas lives in light of the BOP limits on storage in

2

prisoners' cells, and time in the separate cell sufficient to meaningfully work on his case.

The relief contemplated in this motion was previously requested from the Ninth Circuit Court of Appeals during the pendency of Mr. Kadamovas' appeal. *United States v. Mikhel & Kadamovas*, Ninth Cir. No. 07-99009, Dkt. No. 438. In response, the Ninth Circuit stated that the motion "is DENIED without prejudice to Kadamovas raising the issues contained therein before the district court." Ninth Cir. No. 07-99009, Dkt. No. 465.

This motion is based on the accompanying Memorandum of Points and Authorities in Support of Kadamovas' Motion for Order Directing the Bureau of Prisons to Permit Access to Legal Materials, Exhibit A (the Declaration of Margaret O'Donnell), the Declaration of Timothy J. Foley in Support of Kadamovas' Motion for Order Directing the Bureau of Prisons to Permit Access to Legal Materials, the pleadings and file in this matter, the pleadings and file in the Ninth Circuit proceeding, Cir. No. 07-99009, and such other authorities and evidence as may be presented in any reply or supplemental briefing or at any hearing on this motion.

This motion is made following the telephonic conference of counsel pursuant to L.R. 7-3 which took place on June 21, 2022. The government opposes this motion.

Dated: June 29, 2022.

/s/Timothy J. Foley
TIMOTHY J. FOLEY
Counsel for Defendant
Jurijus Kadamovas

3