Timothy J. Foley
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Jean E. Giles
jean_giles@fd.org
Indiana State Bar No. 21643-49
F. Italia Patti
italia_patti@fd.org
Indiana State Bar No. 34725-02
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520
Fax: (317) 383-3525

Attorneys for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   CR 02-00220-SJO |
| | ) | |
| Plaintiff, | ) | [PROPOSED] |
| | ) | |
| v. | ) | |
| | ) | ORDER DIRECTING THE BUREAU |
| IOURI MIKHEL, and | ) | OF PRISONS TO PERMIT |
| JURIJUS KADAMOVAS, | ) | ACCESS TO LEGAL MATERIALS |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

1

With regard to federal prisoner Jurijus Kadamovas, number 21050-112, currently housed in the United States Penitentiary in Terre Haute, Indiana, the Court, having reviewed and considered the pleadings and arguments of counsel, GRANTS Kadamovas' Motion for Order Directing the Bureau of Prisons to Permit Access to Legal Materials and directs the Bureau of Prisons to:

(1) Allow Mr. Kadamovas access to his own computer with all the necessary software to review the materials relevant to his case, including the ability to translate all documents from English to Russian and to create new documents and transfer his work product to his attorneys, time sufficient to meaningfully work on his case, and access to a toilet; or

(2) Provide Mr. Kadamovas a dedicated computer with all the necessary software to review the materials relevant to his case, including the ability to translate all documents from English to Russian and to create new documents and transfer his work product to his attorneys, time sufficient to meaningfully work on his case, and access to a toilet; or

(3) Provide Mr. Kadamovas with a separate cell dedicated solely to his use in which he can keep and meaningfully work on the tens of thousands of actual pages of documents pertaining to his case (including discovery and trial and appeal transcripts and other records) as well as audio and video records, a cell separate and apart from the one in which Mr. Kadamovas lives in light of the BOP limits on storage in

2

prisoners' cells, and time in the separate cell sufficient to meaningfully work on his case.

IT IS SO ORDERED.

Dated:_____      _____

HONORABLE MARK C. SCARSI

Judge of the United States District Court, Central District of California