STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KAREN I. MEYER (Cal. Bar No. 220554)
Assistant United States Attorney
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8559
    Facsimile: (213) 894-3713
    E-mail:    kim.meyer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 02-220-MCS-2 |
|---|---|
| Plaintiff, | STIPULATION FOR BRIEFING SCHEDULE RE: NOTICE OF MOTION AND KADAMOVAS' MOTION FOR ORDER DIRECTING THE BUREAU OF PRISONS TO PERMIT ACCESS TO LEGAL MATERIALS |
| v. | |
| JURIJUS KADAMOVAS, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant Jurijus Kadamovas ("defendant"), individually and by and through his counsel of record, Timothy Foley, Esq., hereby stipulate as follows:

1.  On June 29, 2022, defendant filed a Notice of Motion and Kadamovas' Motion for Order Directing the Bureau of Prisons to Permit Access to Legal Materials.  (CR 2420.)  Defendant requested a hearing date of August 1, 2022, at 3:00 p.m.

2.   Based on that noticed hearing date, and Local Civil Rule 7-9, the government's opposition was due on July 11, 2022.

3.   As set forth in the attached declaration, government counsel was on leave from June 29, 2022, through July 10, 2022, returning to the office on July 11, 2022.

4.   As also set forth in the attached declaration, the press of business upon returning from leave has prevented the government from filing its opposition to defendant's motion since returning to the office.

5.   Government counsel has conferred with defense counsel and the parties request that this Court set a hearing on defendant's motion for August 22, 2022, at 3:00 p.m.

6.   Based on a hearing date of August 22, 2022, the parties propose the following briefing schedule in accordance with Local Civil Rules 7-9 and 7-10:

a.   The government's opposition is due by August 1, 2022;

b.   Defendant's reply is due by August 8, 2022.

IT IS SO STIPULATED AND AGREED.

_____          ___July 19, 2022_____
KAREN I. MEYER                            DATE
Assistant United States Attorney


*Timothy Foley (per email authorization)*   ___July 19, 2022_____
TIMOTHY FOLEY, ESQ.                        DATE
Counsel for defendant
Jurijus Kadamovas

2

<u>DECLARATION OF KAREN I. MEYER</u>

I, Karen I. Meyer, declare and state as follows:

1.    On June 29, 2022, defendant Jurijus Kadamovas ("defendant") filed his Notice of Motion and Kadamovas' Motion for Order Directing the Bureau of Prisons to Permit Access to Legal Materials ("Motion"), (CR 2420).  In that Motion, defendant set a hearing date of August 1, 2022.

2.    I was on leave from the office from June 29, 2022, to July 10, 2022, returning to the office on July 11, 2022.

3.    According to Local Civil Rule 7-9 and defendant's noticed hearing date, the government's opposition to defendant's Motion was due on July 11, 2022, the first day I was back in the office.

4.    Since returning to the office, I have had two filings (one minor) and have addressed other matters that arose while I was on leave.

5.    On July 19, 2022, I spoke to defense counsel Timothy Foley to discuss the possibility of continuing the hearing date to another date in August and of setting a briefing schedule in accordance with the local rules.  The proposed hearing date and briefing schedule is set forth in the parties' stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 19, 2022.

_____
KAREN I. MEYER

3