STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KAREN I. MEYER (Cal. Bar No. 220554)
Assistant United States Attorney
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8559
     Facsimile: (213) 894-3713
     E-mail:    kim.meyer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 02-220-MCS-2 |
|---|---|
| Plaintiff, | XXXXXXXX [PROPOSED] ORDER FOR BRIEFING SCHEDULE RE: NOTICE OF MOTION AND KADAMOVAS' MOTION FOR ORDER DIRECTING THE BUREAU OF PRISONS TO PERMIT ACCESS TO LEGAL MATERIALS |
| v. | |
| JURIJUS KADAMOVAS, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, this Court orders as follows:

The government's opposition to defendant's Notice of Motion and Kadamovas' Motion for Order Directing the Bureau of Prisons to Permit Access to Legal Materials is due by August 1, 2022.  Defendant's reply is due by August 8, 2022.  The hearing on the motion is set for August 22, 2022, at 3:00 p.m.

IT IS SO ORDERED.

DATE: July 20, 2022

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE