STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KAREN I. MEYER (Cal. Bar No. 220554)
Assistant United States Attorney
Violent & Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-8559
     Facsimile:  (213) 894-3713
     E-mail:     kim.meyer@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 02-220-MCS-2 |
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR REQUEST FOR ONE-DAY EXTENSION OF TIME TO OPPOSE DEFENDANT'S NOTICE OF MOTION AND KADAMOVAS' MOTION FOR ORDER DIRECTING THE BUREAU OF PRISONS TO PERMIT ACCESS TO LEGAL MATERIALS |
| v. | |
| JURIJUS KADAMOVAS, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Karen I. Meyer, hereby submits this ex parte application to request a one-day extension of time for the government to oppose defendant Kadamovas' ("defendant's") Notice of Motion and Motion for Order Directing the Bureau of Prisons to Permit Access to Legal Materials, filed June 29, 2022.  (CR 2420.)

//

//

The ex parte application is based upon the attached Declaration of Karen I. Meyer.


Dated: August 1, 2022                    Respectfully submitted,

                                         STEPHANIE S. CHRISTENSEN
                                         Acting United States Attorney

                                         SCOTT M. GARRINGER
                                         Assistant United States Attorney
                                         Chief, Criminal Division


                                         _____
                                         KAREN I. MEYER
                                         Assistant United States Attorney

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

ii

<u>DECLARATION OF KAREN I. MEYER</u>

I, Karen I. Meyer, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California, and represent the United States of America in this matter.

2.    On June 29, 2022, defendant Jurijus Kadamovas ("defendant") filed a Notice of Motion and Kadamovas' Motion for Order Directing the Bureau of Prisons to Permit Access to Legal Materials.  (CR 2420.)  On July 20, 2022, this Court set a briefing schedule, requiring the government to file its opposition to defendant's motion by August 1, 2022.  (CR 2423.)

3.    In preparing the government's opposition, government counsel has been in contact with personnel at the Federal Correctional Complex in Terre Haute, Indiana, where defendant is housed.  In support of its opposition, the government intends on filing a declaration from the Unit Manager of the Special Confinement Unit ("SCU") where defendant is housed.  The Unit Manager was out of the office the week of July 25, 2022.  Government counsel was under the impression that the Unit Manager was returning to work today, August 1, 2022.  Apparently the Unit Manager will not be back at work until August 2, 2022.  Thus, government counsel is requesting a one-day continuance up to and including August 2, 2022, to file its opposition to defendant's motion.

4.   Today government counsel spoke to Tim Foley, Esq., counsel for defendant, to determine whether he opposes this request.  Mr. Foley had no objection.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: August 1, 2022

Karen I. Meyer
Assistant United States Attorney

2