# EXHIBIT A

<u>DECLARATION OF DIANE QUINONES</u>

I, Diane Quinones, do hereby declare and state as follows:

1.    I am currently employed as the Supervisor of Education at FCC Terre Haute.  I have been employed in this capacity since approximately December 1998.  I began my career with the Federal Bureau of Prisons ("BOP") in May 1989, and I have been stationed at FCC Terre Haute since December 1998.

2.    As the Supervisor of Education, I am responsible for meeting the educational programming needs of the inmates at FCC Terre Haute.  This includes providing English Proficiency education and testing to those inmates who require such assistance.  I also have access to inmates' educational records and can review their progress and whether or not they are programming.

3.    I am aware that inmate Jurijus Kadamovas ("Kadamovas") speaks Russian as his first language.  I and other education staff have offered him the English proficiency exam twice, and he has requested the exam twice.  All four times when it has come time to take the test, inmate Kadamovas has refused the exam. Inmate Kadamovas was advised that the test would determine whether or not he could comprehend English on an 8th grade level. He then refused the test.  When I questioned why he requested it in the first place, he informed me that he wanted the $25.00 placed in his commissary account.  (Inmates who study and pass

1

the test receive $25.00 for passing the test.)  Inmate Kadamovas told me that he did not want it known that he could read and write English and that he just wanted the $25.00.

4.    All of my communications with Kadamovas have been in English, and I have personally observed Kadamovas write in English.  On one occasion that I recall, for instance, he made a request to me, and I asked him to write it down so I would not forget it.  I then waited by his cell door while he wrote down the request in English and provided it to me.

5.    Inmate Kadamovas has requested the services of a female Russian interpreter to help him with his legal work.  However, once he found out that he could not hand-pick an interpreter for any reason, he stated that he was no longer interested in using an interpreter.

6.    To my knowledge, inmate Kadamovas has never requested materials to assist him in learning the English language.

I declare, under penalty of perjury, that the foregoing is true and correct.

EXECUTED:  This 18th day of February 2011, in Terre Haute, Indiana.

DIANE QUINONES
Supervisor of Education
Federal Correctional Complex
Terre Haute, Indiana

2