STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KAREN I. MEYER (Cal. Bar No. 220554)
Assistant United States Attorney
Violent & Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-8559
    Facsimile:  (213) 894-3713
    E-mail:     kim.meyer@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>JURIJUS KADAMOVAS,<br><br>    Defendant. | No. CR 02-220-MCS-2<br><br>[PROPOSED] ORDER FOR ONE-DAY EXTENSION OF TIME TO OPPOSE DEFENDANT'S NOTICE OF MOTION AND KADAMOVAS' MOTION FOR ORDER DIRECTING THE BUREAU OF PRISONS TO PERMIT ACCESS TO LEGAL MATERIALS |

The Court has read and considered the Ex Parte Application for Request for Extension of Time to Oppose Defendant's Notice of Motion and Kadamovas' Motion for Order Directing the Bureau of Prisons to Permit Access to Legal Materials, filed August 1, 2022.  The Court hereby finds that the ex parte application and declaration of Karen I. Meyer demonstrate sufficient facts to support granting the government's request.

THEREFORE, FOR GOOD CAUSE SHOWN, the government's request is GRANTED and it is hereby ordered that the government's response is due August 2, 2022.

IT IS SO ORDERED.

Dated: August 3, 2022

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

Presented by:

_____
KAREN I. MEYER
Assistant United States
Attorney

ii