Timothy J. Foley
tfoley9@earthlink.net
California State Bar No. 111558
1017 L Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Jean E. Giles
jean_giles@fd.org
Indiana State Bar No. 21643-49
F. Italia Patti
italia_patti@fd.org
Indiana State Bar No. 34725-02
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520
Fax: (317) 383-3525

Attorneys for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.    2:02-cr-00220-MCS |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION |
| | ) | AND |
| v. | ) | KADAMOVAS' MOTION TO |
| | ) | UNSEAL FOUR FUNDING |
| | ) | DOCUMENTS |
| IOURI MIKHEL, and | ) | |
| JURIJUS KADAMOVAS, | ) | DATE:       February 27, 2023 |
| | ) | TIME:       3:00 P.M. |
| Defendants. | ) | COURT:    Hon. Mark C. Scarsi |
| | ) | Courtroom 7C |
| | | 350 W. First Street |
| | | Los Angeles, CA 90012 |

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on February 27, 2023, at 3:00 p.m., before the Honorable Mark C. Scarsi, in Courtroom 7C, 350 W. First Street, Los Angeles, California 90012, defendant Jurijus Kadamovas, through his appointed counsel, will move for an order from the Court unsealing the following four documents relating to the funding of the defense in this case: (1) Dkt. No. 332, application for funding; (2) Dkt. No. 333, Order of the Court; (3) Dkt. No. 403, application for funding; (4) Dkt. No. 404, Order of the Court.

The documents should be unsealed because they are relevant to proceedings under 28 U.S.C. § 2255 and good cause supports the unsealing.

This motion is based on the accompanying Memorandum in Support of Kadamovas' Motion to Unseal Four Funding Documents, and such other authorities and evidence as may be presented in any reply or supplemental briefing or at any hearing on this motion.

This motion is made following the telephonic conference of counsel pursuant to L.R. 7-3 which took place on January 18, 2023. The Government does not oppose this motion.

Dated: January 25, 2023.

/s/Timothy J. Foley
TIMOTHY J. FOLEY
Counsel for Defendant
Jurijus Kadamovas

2