Timothy J. Foley
tfoley9@earthlink.net
California State Bar No. 111558
1017 L Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Jean E. Giles
jean_giles@fd.org
Indiana State Bar No. 21643-49
F. Italia Patti
italia_patti@fd.org
Indiana State Bar No. 34725-02
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520
Fax: (317) 383-3525

Attorneys for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.    2:02-cr-00220-MCS |
| ) | |
| Plaintiff, ) | MEMORANDUM IN SUPPORT |
| ) | OF KADAMOVAS' MOTION TO |
| ) | UNSEAL FOUR FUNDING |
| v. ) | DOCUMENTS |
| ) | |
| IOURI MIKHEL, and ) | DATE:      February 27, 2023 |
| JURIJUS KADAMOVAS, ) | TIME:      3:00 P.M. |
| ) | COURT:    Hon. Mark C. Scarsi |
| Defendants. ) | Courtroom 7C |
| ) | 350 W. First Street |
| | Los Angeles, CA 90012 |

1

Defendant Jurijus Kadamovas, through his appointed counsel, submits the Motion to Unseal Four Funding Documents, requesting that the Court unseal four pleadings currently under seal: Dkt. Nos. 332, 333, 403, and 404. These documents consist of two motions for the appointment and funding of a mitigation specialist filed by Mr. Kadamovas' trial counsel and the corresponding court orders regarding those motions. The documents should be unsealed because they are relevant to proceedings under 28 U.S.C. § 2255. The Government does not oppose this motion.

A.    Background.

Mr. Kadamovas was arrested on February 19, 2002. On March 5, 2002, the Government filed an indictment charging him, along with a number of codefendants, with two counts of hostage taking, violations of 18 U.S.C. § 1203. Dkt. No. 33. A First Superseding Indictment was filed on June 12, 2002, charging Kadamovas, and others, with conspiracy to take hostages resulting in death and three counts of hostage taking resulting in death, also violations of 18 U.S.C. § 1203. Dkt. No. 100. The charges in the superseding indictment made the defendants potentially subject to the death penalty.

Pursuant to 18 U.S.C. § 3599, because of the death penalty allegations, Mr. Kadamovas qualified for, and received an appointment of a second, learned, counsel. Second counsel was appointed for Mr. Kadamovas on June 27, 2002. Tr. 6/27/02 at 8-9.

Counsel for defendant Kadamovas twice filed applications asking for funding for a mitigation specialist to investigate and develop the defense case for penalty phase mitigation in 2003: Dkt. Nos. 332 and 403. The Court's orders responding to those applications are Dkt. Nos. 333 and 404. The applications were filed ex parte and under seal, and the orders were also under seal. Proceedings and documents under 18 U.S. § 3006A(e)(1) are properly kept under seal to protect the defense function. *See generally, United States v. Wells*, 879 F.3d 900, 913 (9th Cir. 2018); *United States v. Gonzales*, 150 F.3d 1246, 1258-66 (10th Cir. 1998).

B.    The Need to Unseal.

These documents suggest a possible constitutional violation: the denial of resources and funding for the defense in violation of due process under the Fifth and Fourteenth Amendments, the right to present a defense under the Sixth Amendment, and the right to a reliable penalty determination under the Eighth Amendment. *McWilliams v. Dunn*, 137 S.Ct. 1790 (2017); *Ake v. Oklahoma*, 490 U.S. 68 (1985); *United States v. Kreutzer*, 61 M.J. 293, 298-305 (C.A.A.F. 2005).

Counsel is presently engaged in the review, investigation, and preparation of the motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, currently due on April 7, 2023. In order to present this issue to the Court, and allow the Government a meaningful opportunity to explore the issue, the documents should be unsealed.

3

Counsel for defendant Kadamovas requests that the Court issue an order unsealing the four documents: Dkt. Nos. 332, 333, 403, 404.[1]

Dated: January 25, 2023.                    Respectfully Submitted,

*/s/Timothy J. Foley*
TIMOTHY J. FOLEY
Counsel for Defendant
Jurijus Kadamovas

---

[1] This motion to unseal four specific documents should not be construed as a suggestion, or waiver, regarding the status of the other sealed documents and proceedings in this case. Defendant reserves the right and requests the opportunity to object to the unsealing of any other document or transcript presently sealed.