Timothy J. Foley
tfoley9@earthlink.net
California State Bar No. 111558
1017 L Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Jean E. Giles
jean_giles@fd.org
Indiana State Bar No. 21643-49
F. Italia Patti
italia_patti@fd.org
Indiana State Bar No. 34725-02
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520
Fax: (317) 383-3525

Attorneys for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   2:02-cr-00220-MCS |
| | ) | |
| Plaintiff, | ) | [PROPOSED] |
| | ) | |
| v. | ) | ORDER UNSEALING |
| | ) | DKT NOS. 332, 333, 403, 404 |
| IOURI MIKHEL, and | ) | |
| JURIJUS KADAMOVAS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

1

Kadamovas' Motion to Unseal Four Funding Documents (ECF No. 2437) is granted. The following documents are unsealed:

(1) Dkt No 332, application for funding;

(2) Dkt. No. 333, Order of the Court;

(3) Dkt. No. 403, application for funding;

(4) Dkt. No. 404, Order of the Court.

IT IS SO ORDERED.

Dated: January 30 , 2023

HONORABLE MARK C. SCARSI
JUDGE OF THE UNITED STATES
DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA

2