JEAN E. GILES (Bar No. 21643-49)
jean_giles@fd.org
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:02-cr-00220-MCS |
| v. JURIJUS KADAMOVAS, et al., | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

-Ex Parte Application to file Documents In
Camera; Proposed Order

**Reason:**

☐   Under Seal

☑   In Camera

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Per Court order dated: _____

☐   Other:

June 12, 2023 _____

Date

Jean E. Giles _____

Attorney Name

Jurijus Kadamovas

Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING