Timothy J. Foley
tfoley9@earthlink.net
California State Bar No. 111558
1017 L Street, #348 Sacramento, CA 95814
Tel: (916) 599-3501

Jean E. Giles
jean_giles@fd.org
Indiana State Bar No. 21643-49
F. Italia Patti
italia_patti@fd.org
Indiana State Bar No. 34725-02
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200 Indianapolis, IN 46204
Tel: (317) 383-3520
Fax: (317) 383-3525

Attorneys for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,　) | Case No.　　2:02-cr-00220-MCS |
| 　　　　　　　　　　　　　　) | |
| 　　　　Plaintiff,　　　　　) | KADAMOVAS' NOTICE OF MOTION AND |
| 　　　　　　　　　　　　　　) | MOTION FOR ORDER |
| 　　　　　　v.　　　　　　　) | ALLOWING UNRESTRAINED |
| 　　　　　　　　　　　　　　) | CONTACT VISIT |
| IOURI MIKHEL AND　　　　　) | WITH VIDEOGRPAHERS AT |
| JURIJUS KADAMOVAS,　　　　) | USP TERRE HAUTE |
| 　　　　　　　　　　　　　　) | |
| 　　　　Defendants.　　　　) | DATE:　　　July 31, 2023 |
| ＿＿＿＿＿＿＿＿＿＿＿＿＿＿) | TIME:　　　3:00 P.M. |
| | COURT:　　Hon. Mark C. Scarci |
| | 　　　　　　Courtroom 7C |
| | 　　　　　　350 W. First Street |
| | 　　　　　　Los Angeles, CA 90012 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT defendant Jurijus Kadamovas, through his appointed counsel, moves for an order from the Court directing officials at USP Terre Haute to allow an unrestrained contact visit with videographers Elyse Frenchman and Joshua Lucas, along with counsel for Mr. Kadamovas, and to permit videographers Frenchman and Lucas to bring with them the necessary equipment for making a video, as listed in Exhibit A.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place by telephone and subsequent email on June 21, 2023. The government objects on the grounds that there is no jurisdiction for a judge in Los Angeles to order injunctive relief against the Warden at Terre Haute in Indiana.

As explained in Ms. Giles' declaration, personnel at USP Terre Haute have indicated that they are willing to accommodate visits for the purpose of taking a video to use in a clemency application, and they have done so for a number of other death-sentenced inmates housed in the Special Confinement Unit at USP Terre Haute. However, USP personnel have requested that Mr. Kadamovas' counsel provide a court order for the video. Personnel at USP Terre Haute have indicated that July 11 and 12, 2023, would be convenient dates for these visits, and they will accommodate the visits on those dates so long as they have a court order authorizing the video visits.

Pursuant to L.R. 6-1, undersigned counsel notices this motion for Monday, July 31, at 3:00 p.m. However, this motion can be resolved without a hearing. Holding a hearing on this motion would require personnel at USP Terre Haute to reconfigure the visiting schedule, as they arranged with counsel for the proposed visits to occur on July 11 and 12, 2023, contingent on this Court issuing an order for the visits.

This motion is based on the accompanying Declaration in Support of Kadamovas' Motion for Order Allowing Unrestrained Contact Visit with Videographers at USP Terre Haute by attorney Jean E. Giles, and evidence as may be presented in any reply or supplemental briefing or at any hearing on this motion, should the Court determine that a hearing is necessary.

Dated June 28, 2023                    Respectfully Submitted,

                                       */s/ Jean E. Giles*
                                       Jean E. Giles
                                       Counsel for Defendant
                                       Jurijus Kadamovas

3