Exhibit A: Equipment List

**Video Gear**
(1) C300mii Canon Camera
(1) Sony A7Siii Camera
(2) Tripods (with cases)
(4) Lenses
(5) Camera Batteries:
    (2) Canon Batteries
    (4) Sony Batteries
(2) Battery Chargers
(1) AC Power Adaptors (for camera)
(4) CF Memory Cards
(4) SD Memory Cards
(1) Clapboard
(2) Small External Camera Monitors, (with (4) batteries, (1) AC Power Adaptor, (2) battery chargers) monitor is *mounted on camera w/ arm and HDMI cord)*
(2) Small light panels, (1) stand and (6) batteries with charger, diffusion hood & barn doors
(1) Small, fabric collapsible reflector for light
(1) Sheet for blocking light (duvetyne)
(2) Sets of lens-cleaning accessories (*includes lens pen, wipe, spray, puffer)*
Misc.: Gaff tape, gels for lights, spring clamps for gels & duvetyne

**Audio Gear**
(2) Shotgun Microphones
(2) XLR Cables
(1) 1.5ft XLR (to connect mic to camera)
(1) Boompole, with shockmount (for microphone)
(1) C-Stand with clamp (to hold boompole)
(1) Set of Wireless Lavalier Microphones *(includes 2 microphones, 1 transmitter, 1 receiver pack, and 1 short XLR & 1 jack cable)*
(1) H4N Zoom Audio Recorder
(2) Headphones
(12) AA Batteries

(1) Laptop computer
(1) Charging cable for laptop computer