UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.    2:02-cr-00220-MCS |
| | ) | |
| Plaintiff, | ) | [PROPOSED] |
| | ) | |
| v. | ) | ORDER GRANDING |
| | ) | KADAMOVAS' MOTION FOR |
| IOURI MIKHEL AND | ) | ORDER ALLOWING UNRESTRAINED |
| JURIJUS KADAMOVAS, | ) | CONTACT VISIT |
| | ) | WITH VIDEOGRPAHERS AT |
| Defendants. | ) | USP TERRE HAUTE |
| | ) | |

This Court grants Jurijus Kadamovas' Motion for Unrestrained Contact Visit with Videographers at USP Terre Haute and orders officials at United States Penitentiary Terre Haute:

1. To allow Mr. Kadamovas an unrestrained contact visit with videographers Frenchman and Lucas for the purpose of filming a video for clemency;

2. To allow videographers Frenchman and Lucas to bring with them to the visit the necessary equipment listed in Exhibit A.

Dated June _____, 2023

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE