KAREN I. MEYER (Cal. Bar No. 220554)
312 N. Spring Street,
Los Angeles, CA 90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>JURIJUS KADAMOVAS<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 02-220-MCS<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged:  (**List Documents**)
EX PARTE APPLICATION TO SEAL, SEALING ORDER, UNDER SEAL DOCUMENTS

**Reason:**

☑ Under Seal and/or In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated: _____

☐ Administrative Record

☐ Other:

July 10, 2023
_____
Date

KAREN I. MEYER
_____
Attorney Name

United States of America
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)                          NOTICE OF MANUAL FILING OR LODGING