F. Italia Patti

italia_patti@fd.org

Indiana State Bar No. 34725-02

Indiana Federal Community Defenders, Inc.

111 Monument Circle, Suite 3200 Indianapolis, IN 46204

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:02-cr-00220-MCS |
| v. | |
| JURIJUS KADAMOVAS, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged:  (**List Documents**)

EX PARTE APPLICATION TO SEAL, SEALING ORDER, UNDER SEAL DOCUMENTS

**Reason:**

☑ Under Seal

☑ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

July 14, 2023
_____
Date

F. Italia Patti
_____
Attorney Name

Jurijus Kadamovas
_____
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING