JEAN E. GILES (IN Bar No. 21643-49)
jean_giles@fd.org
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:20-cr-00220-MCS |
| v. | |
| IOURI MIKHEL & JURIJUS KADAMOVAS | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  (**List Documents**)

Ex Parte Application For Leave to file Documents In Camera
Declaration in support
Proposed order

Ex Parte and In Camera Motion for Unrestrained Contact Visit for Neuropsychological Evaluation
Declaration in Support
Proposed Order

**Reason:**

☐    Under Seal
☑    In Camera
☐    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐    Per Court order dated: _____
☐    Other:

July 19, 2023
Date

Jean E. Giles
Attorney Name

Jurijus Kadamovas
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                     NOTICE OF MANUAL FILING OR LODGING