Timothy J. Foley
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Jean E. Giles
jean_giles@fd.org
Indiana State Bar No. 21643-49
F. Italia Patti
italia_patti@fd.org
Indiana State Bar No. 34725-02
Joshua B. Pickar
josh_pickar@fd.org
New York State Bar No. 5579768
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520

Attorneys for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JURIJUS KADAMOVAS, ) | Case No. 2:23-cv-08289 |
| ) | |
| Movant, ) | Related Case No. 2:02-cr-00220-MCS |
| ) | |
| v. ) | EXHIBITS IN SUPPORT |
| ) | OF MOTION TO VACATE, |
| ) | SET ASIDE, OR CORRECT |
| UNITED STATES OF AMERICA, ) | THE CONVICTION AND SENTENCE |
| ) | PURSUANT TO 28 U.S.C. § 2255 |
| Respondent. ) | |
| _____ | |

## INDEX TO EXHIBITS

Exhibit 1    Declaration of Dr. Irina Volynsky (redacted)

Exhibit 2    Declaration of Dr. Neringa Klumbytė

Exhibit 3    Declaration of Dr. Bradley Woodworth

Exhibit 4    Declaration of Russell Stetler

Exhibit 5    Declaration of Amy Nguyen

Exhibit 6    Declaration of Alina Khuda

Exhibit 7    Declaration of Pavelas Ravluševičius dated 8/2/2022 (redacted)

Exhibit 8    Declaration of Pavelas Ravluševičius dated 8/22/2023 (redacted)

Exhibit 9    Declaration of Gary Krausz

Exhibit 10    Declaration of Richard Lasting

Exhibit 11    Declaration of Sonia Chahin

Exhibit 12    Declaration of John Brock

Exhibit 15    Declaration of Mark Cunningham

Exhibit 16    Declaration of Benjamin Coleman

Exhibit 17    Declaration of Svetlana Kadamova (redacted)

Exhibit 18    Declaration of Jurate Kadamoviene (redacted)

Exhibit 19    Declaration of Zinaida Kovalchuk

Exhibit 20    Declaration of Venarii Kanopkin

Exhibit 21    Declaration of Anatoly Kovalchuk

Exhibit 22    Declaration of Ina Gorshanenko

Exhibit 23    Declaration of Jelena Aleksandrovich

Exhibit 24    Declaration of Vadim Aleksandrovich

Exhibit 25    Declaration of Larisa Jakovleva

Exhibit 26    Declaration of Andrey Baranchik

Exhibit 27    Declaration of Michael Chernykh

Exhibit 28    Declaration of Robertas Nagrockis

Exhibit 29    Declaration of Romualdas Pinkovski

Exhibit 30    Declaration of Ilja Vatkin

Exhibit 31    Declaration of Gerard Daletsky

Exhibit 32    Declaration of Vladimir Rabkin (redacted)

Exhibit 33    Declaration of Stanislav Zadorozny

Exhibit 34    Psychiatric Records of Aimuchamed Kadamovas (redacted)

Exhibit 35    Medical records of Tatiana Kanopkina from trial file (redacted)

1

Exhibit 36    KGB Archive file of Tatiana Kanopkina (redacted)

Exhibit 37    Jurijus Kadamovas School Records from the Builders Training College (redacted)

Exhibit 38    Jurijus Kadamovas School Records from School 46

Exhibit 39    Jurijus Kadamovas Military Records (redacted)

Exhibit 40    107th Mechanized Infantry Division Document

Exhibit 41    Tatiana Kanopkina birth certificate (redacted)

Exhibit 42    Marriage certificate Tatiana Kanopkina and Aimuchamed Kadamovas (redacted)

Exhibit 43    Divorce certificate Tatiana Kadamova and Aimuchamed Kadamovas (redacted)

Exhibit 44    Marriage certificate Tatiana Kadamova and Tadeush Aleksandrovich (redacted)

Exhibit 45    Tatiana Kanopkina death certificate

Exhibit 46    Birth certificate Jurijus Kadamovas (redacted)

Exhibit 47    Marriage certificate Jurijus Kadamovas/ Jurate Kadamoviene (redacted)

Exhibit 48    Komsomol Characteristics letter for Jurijus Kadamovas

Exhibit 49    Letter regarding Jurijus Kadamovas' lack of criminal history in Lithuania (redacted)

Exhibit 50    Document about Land Management of Lithuania between 1939-1942

Exhibit 51    Document about ownership of land in Palekovas family

Exhibit 52    Document with Passport data for Marfa Palekovene

Exhibit 53    Palekovas German Census 1

Exhibit 54    Document listing family of Makar Kanopkin

Exhibit 55    Document about Land Classification of Grigoriy Kanopkin

Exhibit 56    Palekovas German Census 2

Exhibit 57    Document of Laginas Kanopkin & Family Trip to Brazil through Germany

Exhibit 58    Document about Palikarpas Kanopkinas admission to the military

Exhibit 59    Military Route of Bartolomei Kanopkin WWII.

Exhibit 60    Document about land owned by Kirill Palekov

Exhibit 61    Document of Polyakvov relatives from 1915

Exhibit 62    Document related to the Marka Palekova family

Exhibit 63    Census 1897 Registration of Grigoriy Kanopkin

Exhibit 64    Census 1897 Document related to Kanopkin Family

Exhibit 65    Protection of the Holy Virgin Russian Orthodox Church document

Exhibit 66   Census 1948 (Skreblinu) entry of Kanopkin Bartolomej, Alexandra, Tatjana,

Exhibit 67   Kanopkin, Bartholomei Passport

Exhibit 68   Nikolai Kanopkin entry in military record book

Exhibit 69   Birth Certificate of Antonijus (Anton Kanopkin)

Exhibit 70   Birth Certificate of Nikolai (brother of Bartolomej)

Exhibit 71   Birth Certificate of Polikarp (brother of Bartolomej)

Exhibit 72   Birth Certificate of Ivan (brother of Bartolomej)

Exhibit 73   Birth Certificate of Tadik Aleksdandrovich

Exhibit 74   Baptism Certificate of Tadik Aleksdandrovich

Exhibit 75   Family tree as generated from documents collected.

Exhibit 76   Translation of "My Soul" by Jurijus Kadamovas

Exhibit 77   Portion of docket from *U.S. v. Martinez*, 2:04-cr-415 (C.D. Cal.)

Exhibit 78   Solovyeva sentencing documents

Exhibit 79   Diary of Natalya Solovyeva English summaries from time of trial

Exhibit 80   Declaration of Michael Crain

Exhibit 81   Diary of Natalya Solovyeva in Russian (redacted)

Exhibit 82   Diary of Natalya Solovyeva English translation (redacted)

Exhibit 83   Declaration of Thomas Tynan

Exhibit 84   Tynan 302 07/11/2003 (redacted)

Exhibit 85   Tynan interview notes 07/11/2003

Exhibit 86   Declaration of Eric Mason

Exhibit 87   302 of CI re escape, 04/11/03

Exhibit 88   Battley Memo, 04/29/03

Exhibit 89   Battley Memo, 07/15/03

Exhibit 90   Trial Exhibit 900 (Mikhel cell locations)

Exhibit 91   Trial Exhibit 901 (Kadamovas cell locations)

Exhibit 92   Trial Exhibit 907 (Jose A cell locations) (redacted)

Exhibit 93   Chahin letter to Meyer 11/28/06 (redacted)

Exhibit 94   Meyer letter to defense counsel 12/14/06 (redacted)

Exhibit 95   Meyer letter to defense counsel with discovery 12/12/06 (redacted)

Exhibit 96   Mikhel 302 04/11/10 [sic: should be 4/11/03] (redacted)

Exhibit 97   Krylov Trial 04/26/07 escape verdict

Exhibit 98   Excerpt from Jose A plea agreement

Exhibit 99   Krylov Trial 04/16/07 excerpt

Exhibit 100  Krylov duress instruction

3

Exhibit 101  Krylov Trial 04/19/07 (afternoon) excerpt

Exhibit 102  Krylov Trial Tr. 05/22/07 excerpt

Exhibit 103  Dkt. No. 332, Mot. for Appointment Mitigation Specialist

Exhibit 104  Dkt. No. 333, Denial Mot. Mitigation Specialist

Exhibit 105  Dkt. No. 403, Second Mot. for Appointment Mitigation Specialist

Exhibit 106  Dkt. No. 404, Second Denial Mot. Mitigation Specialist

Exhibit 107  Declaration of Louis Perez, Dkt. No. 1578-2 (redacted)

Exhibit 108  Declaration of Kevin McNally

Exhibit 109  U.S. District Court for the Central District California General Order 03-12

Exhibit 110  Ninth Circuit Jury Trial Improvement Committee First Report on Goals and Recommendations May 2004

Exhibit 111  U.S. District Court for the Central District California General Order 13-13 (Oct. 25, 2013)

Exhibit 112  Declaration of Zoya Spivakovsky

Exhibit 113  Complaint from ACLU of Indiana lawsuit 01/12/23

Exhibit 114  Testimony of Craig Haney from *U.S. v. Fell*

Exhibit 115  ACLU National Prison Project letter about Special Confinement Unit 10/15/2008

Exhibit 116  Kupers, "Waiting to Die Alone"

Exhibit 117  Dkt. No. 824, Ex. 1 (Lasting letter to Benov 12/28/2004)

Exhibit 118  Dkt. No. 824, Ex. 2 (Lasting letter to Benov 04/25/2004)

Exhibit 119  Dkt. No. 939, Ex. 4 (Lasting letter to Benov 01/06/2006)

Exhibit 120  Declaration of Margaret O'Donnell, Ninth Cir. Dkt. No. 438-1

Exhibit 121  Declaration of Jurijus Kadamovas, Ninth Cir. Dkt. No. 438-2

Exhibit 122  Kadamovas letter to court 04/30/2002

Exhibit 123 L.A. Times article re Judge Tevrizian

Exhibit 124  Compilation of FOIA materials (redacted)

Exhibit 125 FOIA request 21-OIG-014 final response 09/30/22

Exhibit 126 6/25/03 FBI record received 9/12/22 through FOIA

Exhibit 127  Declaration of Grigor Bedirian

Exhibit 128  Kadamovas administrative appeal SCU conditions 12/01/17

Exhibit 129  Faktorovich 302, 03/06/02

Exhibit 130  Declaration of Dr. John Weeks

Exhibit 131 Amended Complaint from *Kadamovas v. USA et al.* 08/02/2023

Exhibit 132 Meyer letter regarding discovery, 10/22/02

Exhibit 133 BOP responses regarding confidential mail (redacted)

Exhibit 134 Chart of Translations to Russian

Exhibit 135  Government Chart of Jury Strikes submitted in Ninth Circuit Brief

Dated this 3rd day of October, 2023.

Respectfully submitted,

*/s/ Jean E. Giles*
Jean E. Giles
Assistant Federal Defender
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN  46204
Phone: 317-383-3520
E-Mail: jean_giles@fd.org