## Declaration of Irina Volynsky, PhD

I, Irina Volynsky, hereby declare,

1. I have been asked by Jurijus Kadamovas's lawyers to prepare a biopsychological history of Jurijus ("Yuri", in Russian) Kadamovas and to identify factors that shaped and influenced his development, level of functioning, and trajectory of his decision-making process.

2. In doing so, I reviewed declarations, records, photos, video and audio files presented to me by his legal team and I am offering my findings and clinical impressions based on the above sources.

3. I am licensed by the State of New York and State of New Jersey Boards of Psychological Examiners to practice psychology, including in-depth assessment and testing, therapy and diagnostics. I am also licensed by Psychology Interjurisdictional Compact (PSYCHPACT) to practice in 34 other States, including State of Indiana. I hold a Doctor of Philosophy (Ph.D.) degree in Psychology from City University of New York (2007) and Master in Psychology from Kyiv State University (1996).

4. I also hold a bi-lingual certification by the State of New York to provide services to the Russian-speaking population. I have over twenty years of experience in delivering psychological services to adults and children with focus on evaluations, developmental assessment, psychological and neuropsychological testing, and learning disability testing. As such, I had conducted over 300 psycho-educational and neuropsychological testing batteries and assessments.

### Family Background and Yuri's Early Childhood Years

5. Yuri's father, Imuhammed (or Aimuhammed) Kadamovas was born in 1941 and raised in the Turkmen Soviet Socialist Republic, an area now known as Turkmenistan. The area where he lived suffered a devastating earthquake in 1948.  Due to censorship by the press, not much was known about the extent of the devastation, but estimates are that between 10,000 and 110,000 people were killed in the disaster.[1]  Imuhammed was sent to an orphanage to live following the earthquake, where he completed seven years of

---

[1] https://en.wikipedia.org/wiki/1948_Ashgabat_earthquake

IFCD003265

schooling, what would be an incomplete middle school education in the US educational system equivalent.

6. Imuhammed came to Vilnius, Lithuania where he was stationed during his two years of mandatory military service.  In Vilnius he met and married Yuri's mother.  Imuhammed worked as an apprentice at a cotton factory and was performing other simple menial labor during his marriage to Yuri's mother, which corresponded to his level of education.

7. There were family stories of Imuhammed's mother's high social standing in the Turkmen Soviet Socialist Republic. Svetlana, Yuri's sister, believed that Imuhammed's mother was a head of a kolkhoz (Soviet Union collective farm), an exceptionally rare position for a woman in Turkmenistan at that time. When a person had such a high status, one would not expect her to have the material hardships or hunger following the earthquake that would require her to send her children to an orphanage.

8. The type of economic arrangements heads of collective farms had was such that food was brought to them directly in the form of produce, eggs, and meat by peasants who were reporting to them and who were at the mercy of collective farms officials. Yet, Imuhammed was sent to an orphanage, which could only be an act of his mother's deliberate decision to do so.

9. Yuri's father idealized his life in Turkmenistan and sought to abduct Yuri to Turkmenistan when his own mental status deteriorated and the marital situation with Yuri's mother became impossible for him to handle. Imuhammed appeared to have a very strong emotional attachment to his son, which was immediately and permanently interrupted by his abandonment of Yuri and departure to Turkmenistan when Yuri was a pre-teen.

10. Culturally, Turkmenistan was very different from more westernized republics of the Soviet Union, such as Lithuania, Latvia, or Estonia.

11. In Turkmenistan, its patriarchal traditions idealized the role of the male in the family and the importance of a father-son bond. Leaving a male child behind is an immense decision in this light. Yet, Yuri was left abandoned by his father with only a few letters sent to him between the ages of 11 and 21. Imuhammed's ability to break this attachment and abandon his son is most commonly seen in people who suffered early attachment trauma themselves.  It perpetuates a cycle where Yuri is also a victim of attachment trauma.

IFCD003266

Early attachment trauma may result in anxious or depressive reactions to life stress that are impairing in terms of interfering with work or school performance, interpersonal relationships, or other areas of living.[2]

12. The stories of having a grandmother with high social status and power appeared to be permeating the air during Yuri's early years while his actual life was full of deprivation and instability. This type of dynamic nurtures escapism and a fantasy of being saved by powerful figures, which was played out later in Yuri's life.

13. Yuri's mother, Tatiana Kanopkina was born in  1945, in a small village in Lithuania.

14. Tatiana's family was extremely poor and both of her parents were illiterate. Her father was a World War II veteran who was wounded in action and came home a year before the war was over because he was considered not fit for service any more.

15. Tatiana was the eldest of four children and saddled with all the child-care responsibilities because her parents had to work day and night in the fields as it was the only source of livelihood for the family.

16. There was a family tragedy during Tatiana's childhood when lightning struck their tiny hut and it burned to the ground. No one died in the fire but all of the family possessions were gone, jeopardizing their survival.

17. Tatiana was from a conservative ultra-religious Russian orthodox (Old Believers or staro-obryadtsy) family. This religious denomination was considered a dangerous sect, and its members were frequently prosecuted by the Soviet government. They proclaimed education as evil, which led to negating and forbidding education, especially denying women any level of education. They were also dead set against using modern appliances, accepting medical procedures, and otherwise integrating into modern life.

18. The Soviets fiercely persecuted all branches of Old Believers; the Soviet government tried to undermine this particular group by passing out pamphlets that accused them of being reactionary and feudal. In the 1950s, KGB arrested many Old Believers for belonging to an "anti-Soviet organization."

---

[2] Friedman, M. J. et al., 2011. Classification of Trauma and stressor-related disorders in DSM-5. Depression and Anxiety, 28(9), 737-749, Strain, J. J., Friedman, M. J., 2011).

IFCD003267

19. Many Old Believers tried to flee the persecution by moving into distant areas in Siberia where they lived in total isolation, made fires with flints, wore clothes they wove from homegrown hemp and ate homegrown vegetables only.[3]

20. Old Believers were not allowed to choose names for their children.  This task was delegated to priests, so Tatiana and her three siblings were named by a Russian ultra-orthodox priest.

21. It was highly unusual for a woman from such a family to marry a Muslim. It appeared that Imuhammed was not particularly observant, but it was still breaking the unwritten rules for a young woman born into an ultra-religious Russian Orthodox family to marry someone so culturally different. Her marrying outside her faith and her culture under such circumstance could be a sign of extreme rebellion or extreme desperation to leave her family.

22. The parents met when Yuri's father was in the army, serving his 2-year conscription term in the Lithuanian Soviet Socialist Republic. Tatiana Kanopkina worked at an electric meter factory according to her Communist Party records.


*Photo of Tatiana*

---

[3] V. Peskov, Lost in Taiga, 1980

IFCD003268

23. Stationing soldiers had extremely limited free time available to them. This makes it unlikely that the future parents of Yuri were able to spend a great deal of time together prior to their marriage.

24. The grandparents on both sides were against their marriage. Imuhammed was supposed to be in an arranged marriage with a girl who was chosen for him when both of them were still children.

25. Imuhammed broke his arrangement and married Tatiana instead, which, once again could be an act of rebellion but, in any case, was an impulsive act given the time frames of their encounters.



*Wedding Photo of Tatiana and Imuhammed*

26. Indeed, their marriage was extremely tumultuous. Their first child died at birth, which, according to younger sister of Tatiana, Zinaida, was especially traumatic for Imuhammed. She recalled him crying a lot during those times while Tatiana was much calmer.

## Birth of Jurijus Kadamovas

27. Yuri was born in late 1966.

IFCD003269



*Yuri, as a small child*

28. Yuri's first days coincided with Imuhammed checking himself into a sober house.

29. During Yuri's early years, they lived in a small hut with no amenities, including no running water, no electricity, and a stove that needed to be fed wooden logs. They ate their meals outside due to not having enough space in the hut.

30. His full immediate family lived in one room, while all three generations of at least seven people shared the home of approximately 250 square feet. Given that Vilnius was the capital of Lithuania, and Baltic countries overall had higher quality of life than the vast majority of other Soviet Republics, this deep lack of amenities and level of poverty was very unusual.

31. Vilnius had a reputation of a "western city" with more access to comfort, education, and culture than other parts of the Soviet Union. The environment of Yuri's dwelling during his childhood years was highly unusual for that geographical location. Given this, it is impossible to imagine him not comparing his situation to that of other children and him not feeling like an outcast, like someone who has it worse than everybody else.

32. In addition, issues with alcohol and severe mental illness plagued the family, which made their situation even more precarious. Such a trajectory of his early development and lack

IFCD003270

of support and care Yuri received as a child would have predisposed him to look for validation and protection from strong figures in his life as his deep sense of inadequacy had to be quieted down at all times.

33. Yuri's childhood appears to be marked by general neglect. For example, as a one-year-old toddler he fell from the windowsill onto a clock key and the hit was so strong that his eye was pushed out of its socket. He bore the scar from that incident and there were issues later on in Yuri's life with vision that were not fully explored but he complained about not seeing well frequently.

34. The children were hungry at times. The family had a little vegetable garden. In Svetlana's words, "We were growing potatoes, cucumbers, and strawberries but our garden could not keep us fed."

35. Yuri was noted to have eaten wallboard and ashes as a toddler, which may have brought about the extreme teeth sensitivity that he suffers from as an adult.

36. It is also clear that nothing was done about that worrisome tendency, which in the US, for example, warrants a diagnosis of Pica disorder and various evaluations and interventions. Pica disorder is correlated with malnutrition and anemia, which appeared to directly relate to Yuri's early childhood situation, given how poor his family was and how scarce the resources were.

37. It should also be noted that wallboards in old houses and wall paint routinely contained lead and other toxic substances.  Yuri's learning disability (LD) (discussed more below) could have stemmed from toxic exposure during childhood. It is well established in the medical literature that there is a strong connection between lead exposure and learning disabilities. Increased lead amounts in blood correlate with learning disabilities.

38. Imuhammed began expressing jealousy of his wife and conflicts of their different backgrounds began to rise when Yuri was just one year old.

39. These instances of neglect took place during Yuri's toddlerhood, which was according to the customs of the former Soviet Union a time in child's life where children were mostly taken care of by the mother or other female family members.

40. In spite of Yuri's family's financially dire situation, both maternal grandparents were making home-made alcohol, the process that was using up their already extremely meager resources.

Ex. 1 pg.7 of 64

IFCD003271

**Jurijus Youth**

41. During later pre-school years, fathers usually started playing more of a role in parenting. Yuri appears to have had a strong connection with his father during that period of his life. These are also the years when Yuri was taught any skills that his parents taught him at all. Imuhammed was perceived as a harsher (strogiy) parent, but he was relatively involved and present.



*Imuhammed, Yuri, Svetlana and unknown child*

42. Imuhammed taught Yuri how to tie his shoes, how to iron his pants; he took him fishing and even some amount of homework was, reportedly, done under the father's supervision. He recalled his father teaching him how to not shuffle his feet. Yuri's father tried to get him involved in several sports, such as skating, judo, boxing.

43. Yuri's grandmother and father were central figures in his early childhood, with his mother more absent from a care-taking role at this time.

44. Yuri's sister Svetlana recalled that their maternal grandparents, grandmother Alexandra and grandfather Varfolomey played an important role in Yuri's life; he spent his summers with them, and it was extremely traumatic for Yuri when his grandmother died when he was about 16 years old. Yuri cried for days and was unable to function.

IFCD003272



*Photo from Yuri's maternal grandmother's funeral*

45. While they did not know their paternal grandparents, Svetlana recalls her maternal grandparents as caregivers when the situation with her parents was difficult, which was frequently.

46. Svetlana recalled an incident of the father coming home drunk at night and requesting that Yuri remove his shoes, which is, generally speaking, a job done by the closest, most trustworthy member of the family. We should remember here the idealized bond between the father and his eldest son, which, in Turkmen culture, is very significant. When Yuri's mother, instead of Yuri himself, tried to remove the shoes, which is a physically demanding task when a drunk person is concerned, the father pushed her away with anger, using his booted foot.

47. There were other physical altercations between his parents, including ones where his mother sported a black eye following the encounter. Yet, his maternal grandmother did her best to shield Yuri and his sister from witnessing such episodes.

                                                   IFCD003273

48. The parents got divorced, reportedly, after infidelity.  While Svetlana would have received this history from her mother's continuing presence in her life, she relays that her father's affairs were to blame. Imuhammed himself believed his wife was having affairs. Their fights were loud and intense. Yuri's uncle, Tatiana's younger brother Venarii, who was an adult at that point, recalled those fights as difficult to bear: "The house only had two rooms and everyone could hear their yelling from their room. Svetlana and Yuri were very scared, they ran and sought solace and refuge with our grandparents."

49. Tatiana's younger sister, Zinaida, recalled that Tatiana was scared that Imuhammed was going to kill her with an ax that he kept under his bed. The most intense fights were happening when Yuri was between five to eight years old.

50. Yuri's father was intensely emotive and unable to maintain emotional control and regulation.  He wanted to take Yuri with him to Turkmenistan.  A combination of Imuhammed's cultural background with its special father/eldest son bond and the fact that Yuri's mother was distant and cold with the child amplified the importance of their connection.

51. The mother refused to allow the father to see the son, possibly after the father threatened to take Yuri away and leave to Turkmenistan with him. This prompted a fierce, if informal, custody battle between the parents. At one point the father simply took Yuri to his apartment where he lived separately from his wife at that point.

52. Yuri remembers those few days very fondly. The father worked, then came home and took Yuri swimming daily. He taught the child how to swim with the river current, which was a useful skill in the geographical area with many fast rivers and a significant lack of general oversight early in childhood. Yuri appeared to feel safe and cared for when he was with his father during the period of time.

53. It should be noted, however, that this time-period immediately preceded a chain of Imuhammed's psychiatric hospitalizations. The mother then came and retrieved Yuri, who remembered the trip home very well because he got to ride in a car, which was a huge luxury at that time for a boy from his socio-economic background.

54. The father did not give up on him then and attempted to take Yuri to Turkmenistan by kidnapping him but was stopped by the police in the airport.

IFCD003274

55. A second kidnapping attempt was stopped at the train station during Imuhammed's attempt to board a train to Turkmenistan with both children.

56. Until his final move to Turkemenistan, then still the Turkmen Soviet Socialist Republic, for good, Yuri's maternal grandmother would still occasionally let Imuhammed see the children over the objections of Tatiana. She would do this sneakily, as Svetlana recalled, feeling sorry for him and for them because of their forced separations.

57. The father's mental health was deteriorating, with periods of heightened paranoia, drinking, and general not functioning that culminated in multiple psychiatric hospitalizations with the diagnoses of obsessive-compulsive disorder, paranoid psychopathy and alcoholism. He was homicidal and suicidal upon admission to a hospital.

58. A note in the psychiatric records Imuhammed wrote as translated to English reads:

Deceased Tanya

If you start making noise it will not be in your favour

Today, on the 18th of October I will become 34 years old and if today together we do not decide how to live and how to behave in terms of our children then either I will kill you or both of us.

I wrote this note at the beginning of October, I started preparing weapons of death.

[drawing of a lamp about to be plugged in – translator's remark]

On the 13th of October I already had this aggregate and was thinking if I cannot die together with her then I will accompany her home

*Excerpt from Psychiatric Records (translation)*

59. After Tatiana asked him to leave the family, Imuhammed became extremely hyper-focused on two ideas. He was preoccupied with losing access to the children and with Tatiana's real and/or imagined lovers. Tatiana had to call the police, which led to his involuntary hospitalization.

IFCD003275

60. Hospital records documented, illustrated with his own drawings, Imuhammed's plots at killing Tatiana and himself. Imuhammed said that only the thought of his children becoming full orphans stopped him.



*Excerpt from Psychiatric Record- drawing of electrical device designed to kill Tatiana*

61. During that time (mid to late seventies in the former Soviet Union) psychiatric hospitalizations, unless for political reasons, were only happening in the most severe acute cases while the vast majority of mental health issues were grossly overlooked. This demonstrates the gravity of Imuhammed's disturbance.

62. The presentation as described in Imuhammed's records closely resembles what would today likely be diagnosed as severe bipolar one disorder with psychotic features. The co-morbidity with alcoholism and other substance abuse is quite high for this disorder and the prognosis for untreated illness is poor.[4]

63. One therapy note details Imuhammed's continuing struggle: "It became clear during the interview that the present mental state of the patient is unsatisfactory as his mood is always low, he thinks about past experiences, though subjectively he feels well and

[4] Coryell, W. et al (2003). The long-term course of rapid-cycling bipolar disorder. *Archives of General Psychiatry, 60,* 914-920. Angst, J. (2009). Course and prognosis of mood disorders. *New Oxford textbook of psychiatry* (2nd ed., Vol. 1, pp. 665-669). Oxford, UK: Oxford University Press. American Psychiatric Association (2013). *Diagnostic and statistical manual of mental disorders* (5th ed. pp. 123-132). Washington, DC.

IFCD003276

would like to leave the hospital. Bad relationships, divorce, he explains them as natural and blames his wife's parents and his wife for them. His mood is low, a little bit gloomy."

64. The father returned to Turkmenistan after a 1975 hospitalization.  He was released from the acute mental ward in Vilnius into the custody of his brother to be taken to Ashgabat for further psychiatric treatment.

65. Imuhammed came back to Vilnius in the spring of 1977, he relapsed and the doctors resumed treatment at the polyclinic. Doctors note in December 1977 records that "AK mood is low, he wants to get treatment because he is afraid that his condition can even get worse. His thoughts make him tired, they are mainly about his past, he blames himself for the disintegration of his family. Sleeps poorly. He manages his job well, but towards the evening he gets very tired, he gets shivers and headaches."

66. Svetlana stated that neither she nor Yuri has not seen their father since 1977, when she was about 7 years old and he was about 11 years old.  Regular contact ended when she was 4 and her brother was 8 years old.

67. After he permanently returned to the Turkmen Soviet Socialist Republic, Imuhammed reportedly remarried and had eight more children with his new wife. There were a few letters from Imuhammed to Yuri, with the last one received when Yuri was in the army.

IFCD003277





*Photo of Imuhammed in Turkmenistan with unknown child – post 1980*

IFCD003278

68. Yuri's first wife, Jurate, recalled how flabbergasted Yuri was at the age of 21 when his father called him to congratulate them on their wedding. Yuri apparently had not heard from his father for many years prior.

69. In 1975, Tatiana and her two children received a one-bedroom apartment in an apartment building. While the extended family had lived together until this time, the family home was demolished to make room for new houses to be built.  This apartment was provided by the government because their old house needed to be demolished to allow space for new houses to be built. Yuri's maternal grandparents received a different apartment and lived away from Yuri for the first time, denying Yuri the nurturing of his grandparents he had always received.  This occurred just on the heels of his father's departure from his life.

70. Yuri lost the parent who was the nurturer (relatively speaking) at the age of 7-8, when his father's mental health deteriorated to the point of needing hospitalizations. In all of Yuri's narrative, the examples of being truly parented or nurtured by the mother are absent while the father's role appeared to be significant in Yuri's otherwise barren emotional landscape of childhood.

71. The father's affairs, him being incapacitated due to mental illness, and the father's preoccupation with Tatiana's infidelity must have been detrimental to the young boy's ability to feel cared for and protected by anyone. The psycho-social picture in combination with the clinical understanding of the trajectory of family dynamic provides a very high probability explanation as to why Yuri's yearning for the father-figure originates in his early childhood experiences of emotional and then physical abandonment.

72. Possibly due to his privileged position as eldest son and a blatant favoritism from his father, the siblings (Yuri and his sister Svetlana who was four years younger) did not develop a close relationship. Upon his father's departure, the only people he felt close to were his grandparents. His sister was hospitalized for a long stretch of time due to rheumatism and his mother visited her, leaving him behind.

73. There was a closer alliance between his mother and his sister but even within this relationship, Yuri said that his grandmother was more nurturing while his mother was still distant towards his sister who was the mother's favorite.

IFCD003279

74. Yuri threatened to go to an orphanage on multiple occasions, which was a forsaken and intensely horrible place in the Soviet Union, ridden with extreme poverty, abuse, and deprivation. To have a child threaten his mother to leave for an orphanage gives out a powerful sense of just how alone, deprived, and devastated Yuri felt once his father left the family.

75. Lack of connection to his sister and him feeling like the mother loved his sister more was a point of view expressed by Yuri.

76. Svetlana remembers him as a caring and kind brother who looked after her and cooked for her. According to Svetlana, they spent plenty of time together when the mother was binge drinking or at work. She recalled them eating sunflower seeds that Yuri fried with salt and watching hours of TV together in peace. It is not a rare occurrence when a younger sibling remembers an older one with fondness while the older sibling remembers injustice and deprivation they suffered because of their position in the family.

77. Yuri provided care and love that his sister needed while he himself remained uncared for and deprived of nurturing all during his pre-adolescence and teenage years.

**Yuri's Teenage Years**

78. Yuri's early teen years were associated with two best friends. Yuri and one of his best friends were the worst students in his entire grade. They both skipped school a lot but, as opposed to many others, they did "good things" like printing photos and drawing pictures.

IFCD003280



*Photo of Jurijus and Friends*

79. The second friend was a better student because he had a strict father who made him attend school. Yuri's mother, apparently, did not care about him going to school or him coming home in time or at all.

80. His first friend spent some time in jail for a fight during his late teen years. He then became a drug addict and died. The second friend visited Yuri in the US at some point.

81. Yuri was a very poor student but a creative person who could draw well. A pattern of visual giftedness is not an unusual occurrence among students with learning disabilities. It is also very clear that Yuri had a perception of himself as an overall peaceful child and teenager who was not looking for troubles, nor was he aggressive or violent in any way.

82. When Yuri was about 11 years of age, his mother became romantically involved with Tadeush ("Tadik") Aleksandrovich.who almost immediately moved in with the family. Tadik was a welder of the sixth category, which connoted a skilled worker.

83. One of his teachers recalled that Yuri was very proud when his stepfather became a part of his family. Initially, Tadik seemed to attempt to get closer to his step-son. Tadik taught Yuri how to develop photos. Tadik had two children by his first marriage close in age to Yuri, as well as other family members that became part of Yuri's extended family.

IFCD003281

84. Jelena Aleskandrovich, Yuri's step cousin, described her uncle Tadik's household with Tatiana as extremely difficult to grow up in. She was a neighbor of Yuri and observed Yuri's family at that time. She described both Tadik and Tatiana as very heavy drinkers and smokers. She remembered Yuri as being strikingly different from his other family members in that he loved music, played guitar and was extremely interested in aquariums and fish.

85. Jelena presented a piercing picture of a dreamer-boy living in an extremely harsh, cold, and unhealthy home. Yet, Yuri somehow managed at that time to have enough in him to care for others. Vadim, his younger step brother who said that Yuri was "like a brother to him" recalling feeling protected from bullying when he was around Yuri. Yuri did not let Vadim drink when older boys around them were drinking.

86. Yuri also took young Vadim for camping and fishing trips with him where both boys appeared to derive comfort in each other, Yuri teaching and protecting Vadim and Vadim cooking for both of them.

87. Vadim also recalled Yuri having a lot of fish at home and taking excellent care of them. Yuri also had cats and a dog at that time, which were identified by Vadim as Yuri's pets as he was taking care of them.

88. Svetlana also recalled Yuri spending hours between ages 12 and 13 drawing backgrounds for his aquarium fish so that the fish had something stimulating to look at. She also recalled him never going to sleep without his cat, who was always curled by his side.

89. Around that time Yuri learned how to play guitar from a friend. He practiced for hours a day and found comfort in this activity.

90. Yuri was an extremely poor student due to a learning disability combined with parental neglect in the form of absence of any oversight.

IFCD003282

| Eight years of science<br>CERTIFICATE | | Geography | 3 (handwritten) |
|---|---|---|---|
| | | Physics | 3 (handwritten) |
| Note that Kadamovas | | Chemistry | 3 (handwritten) |
| (surname, | | Biology | 4 (good) |
| Jurijus Aimuchamedoirc | | Foreign language | (prana ........) x (handwritten) |
| First name) | | Drawing | 4 (good) |
| born: ......... 1966 year, studying Vilnius city 46th high school | | Drawing | 4 (good) |
| | | Music | 5 (see well) |
| | | Physical education | 4 (good) |
| (full school name) | | Works | 4 (good) |
| and, being satisfactory in behavior, 1982 year completed eight classes. | | | |
| Kadamovas Jurijus | | School principal | [signature] |
| (name and surname) | | | |
| | | Deputy Directors | [signature] |
| knowledge is assessed as follows: | | | |
| | | To the teacher | [signature] |
| | | | [signature] |
| Mother language | (handwritten) 3<br>(handwritten) | | [signature] |
| Literature | 3 (handwritten) | | |
| Lithuanian language and literature | 4 (handwritten) | Certificate issued 1982 August 24 | |
| (Russian and Polish lang. in schools) | | | |
| Russian language and literature | _____ | [Seal: [illegible]] | |
| (Lithuanian and Polish lang. in schools) | | | Б N: 088750 |
| Algebra | 3 (handwritten) | | |
| Geometry | 3 (handwritten) | | |
| History | 3 (handwritten) | | |
| Soviet states and legal basics | 3 (handwritten) | | |

*Excerpt of School Records – School 46 – Translated*

91. His life at home was unpredictable and cold due to the absence of the father and chronic alcoholism and severe mental illness in pretty much all adult family members.

92. He was described to be not particularly assertive among his more aggressive friends but rather as kind and pleasant. Upon stumbling into music, he seemed to feel at home for the first time.

93. He mentioned that music made him feel "special, like athletes were special, and also popular with women." Yuri also said that his mother became proud of his music and she has never been proud of him before because he was a very poor student and because he would always come home dirty and scraped up after playing outside.

94. His sister was, on the contrary, much neater and a better student hence earning a little more of maternal affection or, at least, less scorn. It seems that his mother who was,

IFCD003283

reportedly, a straight A student in her past, could not understand or forgive his academic struggles.

95. Yuri struggled intensely with literacy and math, while he was somewhat better in geometry, which is a visually organized subject. Yuri also recalled his mother being proud of him when he embroidered a triangular scarf that she kept. Again, the topic of never being good enough and on rare occasions receiving some praise and acknowledgement remains prevalent in Yuri's life, even though, due to apparent lack of insight, he was not able to summarize or even just verbalize this tendency.

96. Yuri recalled having two types of teachers throughout his middle school, the urban strict type and a "villager" type, simpler and more nurturing. He very much preferred the second type, likely feeling less judged and intimidated given his learning deficiency.

97. Yuri was not apathetic but rather not able to learn in a regular classroom. He recalls feeling like music made him special, as it "saved his childhood as he was no longer just a stupid kid really bad at math and Russian but someone who could make good music." Soon after starting to play guitar, Yuri switched to percussion as his primary instrument. He started making some money, too, and his first pay for just one night of performing at a wedding was about one quarter of the average salary of an engineer during those years.

98. Yuri went to a trade school after 8th grade because the academic route was clearly too difficult for him. There, he studied design carpentry and did well in professional subjects as he was handy.

99. Yuri recalled being respected in trade school because he was also a good musician. His academic subject grades remained barely passing ones because, however non-demanding they were there were still elements of academics in his curriculum that remained unattainable for him.

100.	Yuri's grades in trade school do confirm him having a very troublesome outlook in terms of personal aptitude and achievements. The transcript from his trade school shows his final exam grades for 10 subjects consisting of seven marks of "3" and three marks of "4".

IFCD003284

Exams passed by Jurijus Kadamovas in a five – point system:

| Exam | Year of passing the exam | Evaluation |
|---|---|---|
| History | 1984 | 3 (three) |
| Geometry | 1984 | 3 (three) |
| Physics | 1984 | 3 (three) |
| Chemestry | 1984 | 3 (three) |
| Russian language | 1985 | 4 (four) |
| Russian literature | 1985 | 4 (four) |
| Algebra and analysis basics | 1985 | 3 (three) |
| Social science | 1985 | 4 (four) |
| Special technology | 1985 | 3 (three) |
| Carpenter / woodworker qualifying examination | 1985 | 3 (three) |

*Excerpt from BTC Records – Translation*

101.     The grade system of the former Soviet Union should be explained here. Marks were on a scale of 1 to 5. A mark of "1" was never or almost never used and it meant a combination of a complete academic failure and a very significant level of behavioral problems. Very rarely a "1" was used even as an ongoing assessment tool but especially as a final mark.

102.     A "2" is a failing grade, therefore, a person who had a "2" as a final grade had failed for the school year. Unless a school was prepared to offer the student a repeat-a-year option, they would not give this grade to a student, even if the student was actually failing a class.

103.     The trade schools were never interested in students repeating a year, so in order to pass the student who was not making any academic effort, the mark of "3" was routinely given. Among the staff, the above was a well-known code of grading and students who had "3"s were not expected to exercise any effort or amount to anything academically. In addition, the overall academic expectations in trade schools in the former Soviet Union were extremely low.  The majority of children who were not able to withstand the relative academic rigor of regular high schools tended to be counseled and channeled into trade schools like the one Yuri attended. Given the above, the fact that over two thirds of Yuri's grades were "3", his level of academics was expected to be well below any passing standards.

IFCD003285

104.    With all of the above taken into account, it appears that Yuri only struggled academically, but was nonetheless well liked by his teachers. His younger step-brother who went to the same trade school but was three years his junior, recalled teachers being truly fond of Yuri, especially humanity teachers.

105.    Given the extent of Yuri's academic difficulties, to earn affection from the teachers likely demonstrates that he showed respect and effort, which is especially striking and sad as it apparently did not amount to any level of academic success. This situation is relatively frequent when the academic difficulty is stemming from a neurological or hereditary weakness rather than from behavioral or emotional dysregulation.

106.    Yuri spent his mid-teen years under the same roof with his mother and his stepfather. By this time his mother was drinking heavily and Yuri was witnessing her decline in functioning.

107.    Yuri began dating Jurate, his future wife, when he was 15 years old. Jurate recalled him coming over to her mother's house and her mother inviting him to a fish dinner. He ate a lot, it appeared that he had not eaten for days. Yuri himself talked about his mother not caring whether he was hungry or not; he also recalled washing his own clothes (by hand, as washing machines were a luxury item not accessible for a family like his) from early on.

108.    He was acutely aware of his mother not caring whether he came home or not at all. Yuri recalled that those were years when he really was in love with Jurate; he recalled those years as the peak of their relationships.

109.    He found a person who cared for him and was thankful for this.

## Yuri's Late Teenage and Young Adulthood Years

110.    Due to the structure of the educational system in the former Soviet Union in the 1980s, the vast majority of youth were members in Komsomol, a Young Communist Organization. This membership happened between the ages of 14 and 16 in children. The schools had certain norms and were evaluated by the totality of the number of Komsomol members; therefore, they had an incentive to make sure that the whole student body joined this organization.

111.    Given that Yuri came of age before the start of Perestroika and change of regime, he was expected to do the same and to join Komsomol in his 7th or 8th grade. For children

IFCD003286

who showed very significant behavioral or academic issues or both, this process was delayed by a few years. Only in rare exceptions were students not pushed to join the ranks of this organization before their 18th birthday or before they were done with high school or trade school.

112.    Yuri did not become a member of Komsomol until he was 20 years of age, after he began his mandatory military conscription. This suggests a recognition of his significant academic issues that would warrant making such an exception. It appeared, given the absence of any evidence of criminality or physical altercations and aggression, that Yuri's extremely poor grades were the deciding factor of him not being accepted in Komsomol earlier.

*April 1987 to present.*
*During the period of time in the primary Komsomol unit of the battery of the military unit Kadamovas proved himself to be in full compliance with the political and disciplinary requirements. Kadamovas is a hard working soldier. During a short period of time acquired a military profession.*
*Has earned well-deserved respect among his comrades. Constantly provides assistance to his comrades. Takes active participation in the volunteering activity of the subunit and the unit. Has had multiple awards for participation in the amateur performing arts of the unit. Has very good organizational skills. Was in charge of the work of the performing arts sector.*
*Is constantly improving the level of his ideological and theoretical knowledge. Has correct understanding of the policy of the Communist Party of the Soviet Union and constantly promotes it among his comrades.*
*Can keep military and government secret. Pays his membership dues on time.*

*Excerpt from Komsomol Letter*

113.    Given his level of grades in middle school and trade school, and his own account of being extremely poor student in Russian and math, it become clear that Yuri's learning disability, (which, of course, was not identified as such back then) prevented him from being a viable candidate to Komsomol. Such a situation was an extremely rare occurrence.

114.    Yuri's Komsomol recommendation letter ("characteristic"), a sole documented basis for his acceptance into this all-encompassing Komsomol organization, is striking in its blandness. It does not possess a single word, except for Yuri's engagement into a

IFCD003287

musical program, that would add anything personal to his description as a "good friend …who has a correct understanding of the policies of the Communist Party." These formulations were a staple of every single of such recommendation letters and lack of anything else in his letter is a strong indication of not having anything even mildly notable or strong about his character or behavior, according to his superiors in the army.

115.      With that said, Yuri's position during his mandatory two-year term in the army was quite privileged because they needed a drummer in his unit, and he filled this position almost immediately upon his conscription into the army. His military records are free from any disciplinary or other problems.



*Yuri during his military service*

116.      Yuri's mother and stepfather started drinking even before he left to go to the army.  However when he came home on vacation from the army, they were drunk at all times. Jurate recalled Yuri's mother complaining to her that her second husband Tadik would get extremely drunk and abuse her during those episodes. After Yuri left for the army his teenage sister witnessed and bore the brunt of his mother and stepfather's alcoholism. Once Yuri returned from the army, Yuri was 20 years old. At this time his family not only was falling apart but also relying on him, fully, for financial support.

                                                                IFCD003288

117.      Yuri bought his mother and his stepfather food but did not give them money because they would have spent it all on alcohol. His stepfather had an accident that may or may not be related to him drinking but, as a result of that accident and foot injury he soon became incapacitated and unable to work, which brought about further exacerbation of his alcoholism. They would only ever stop drinking briefly when they ran out of money, but they would also be hungry because they would buy alcohol before and instead of buying food.

118.      Yuri described them as non-violent at that time at all; they were just "quietly going mad." This was an atmosphere a 20-year-old Yuri came home to after being a successful musician in the army orchestra, hence, a person who mattered, who meant something to others. He did not have contact with his biological father at that time and he was completely alone. His teenage sister was not doing well herself caring for two alcoholics.  She was financially dependent on them.

119.      Yuri suspected that his sister frequently needed money because she was not really provided for by the parents and she was still a teen but she rarely asked him. He gave her money when he could.

120.      Many people close to Yuri also mentioned how tenderly Yuri cared for his grandfather, Bartholomei, who was already at a very advanced age during that time period. Yuri could have perceived caring for his grandfather as just an extra burden as he was already caring for his parents and his teen sister. Instead, Svetlana recalled how proud Yuri was of his grandfather and tender towards him.

IFCD003289



*Photo of young Jurijus and his Maternal Grandfather*

121.    Svetlana, Yuri's sister, sees the parents' alcoholism as a factor that pushed her and Yuri into their respective first unsuccessful marriages. This is very common. Where the family of origin is full of conflict and lacks appropriate supports, young adults will flee into relationships seeking connection and support. Additionally, difficult families of origin generally do not model or instill good skills of impulse control, delayed gratification and planning.

122.    Tatiana and Tadik were extremely drunk at Svetlana's wedding. They were very drunk when Yuri and Jurate were visiting. They were drunk much of the time.

IFCD003290

123. Svetlana recalled Yuri getting into an argument with Tadik about their drinking. Yuri blamed Tadik for their extreme drinking, stating that his mother did not drink that much prior to their relationship. Svetlana witnessed one argument between the two men during which Yuri, out of anger and in an attempt to restrain himself, broke a glass in his hand. Even in an emotional state of anger and despair, showing extreme concern for his mother's well-being, Yuri did not become interpersonally violent.

124. Svetlana recalled multiple arguments between Yuri and Tatiana where Yuri was trying to convince her to curb her drinking.

125. She also recalled that Yuri drank with Tadik on occasions. Moreover, Svetlana noted that while Yuri appeared to have an overall civil relationship with Tadik, even as she knew how much Yuri had blamed Tadik for their mother's horrible degree of alcoholism that eventually killed her.

126. Just before Yuri's and Jurate's wedding, as per custom, both sets of parents had met and Tadik and Tatiana came drunk to that meeting.  This would have been a sign of great disrespect to the other set of parents and to the occasion. Jurate recalled that her parents paid for the wedding while Yuri's parents, because of their inability to hold on to any amount of money and because of their extreme poverty, could only pay for his wedding suit.  The general tradition is between the parents to split the expenses equally, and only some unusual circumstances can tilt that balance.

127. During the wedding itself, Jurate recalled that Tatiana was not in any of the wedding pictures because she broke a leg due to a drunken incident a few days prior. She was wearing a cast and felt she was not sufficiently presentable. This made her unwilling to get into any of the pictures in order to not be commemorated with a cast. Culturally taking and being in the wedding pictures is an extremely important and memorable milestone, especially in regards to the eldest child.

IFCD003291



*Jurate and Jurijus Wedding Photo*

128.     Svetlana also recalled an ugly scene during their son Gabriel's baptism, which is an occasion many ethnically Russian families celebrate to the fullest. Such an event is especially meaningful given that Gabriel was a first-born for Yuri and he was a boy.

129.     Tadik and Tatiana came in already drunk, they created a scene where Tatiana accused Yuri of living a charmed life topped with a great spread with caviar, while she herself could not afford slippers. Their behavior was so abhorrent that Yuri took his mother to the next-door neighbor, called a taxi and sent her home.

130.     It appears that every single meaningful event in Yuri's life during his early adult years was peppered with distress and shame. His biological father, so evidently present during his early years of life, disappeared from Yuri's life completely at this point, while a substitute father figure, his step-father whom Yuri was initially very proud of due to

IFCD003292

Tadik's status of a skilled worker, had proven to be a source of constant humiliation and disappointment.

131.     It is a well-known tendency for youth to imprint what they see from the elder generation, and there were no positive or productive behaviors to imprint. Yet, the members of his extended family and his friends described Yuri as generous and giving, as someone who enjoyed giving more than receiving. A multitude of people also commented on his mild temperament and lack of confrontational tendencies.

132.     When Tadik's father died, his house was sold and a significant amount of money was inherited by Tadik and Tatiana. They spent it all on food and alcohol very quickly, which upset the children by Tadik's first marriage greatly.

133.     Vadim Alexandrovich, Tadik's son and Yuri's step-brother, noted that with more money and more time on their hands, Tadik's and Tatiana's drinking became much worse. They wasted all the money and had to move to a smaller apartment, which quickly became dilapidated because no one was taking care of it.

134.     According to Vadim, Yuri was helping Tadik and his mother, trying to make sure they fix the apartment to the extent that it became livable. He was fully supporting them at that time. After Yuri moved to the United States, he continued to support them, pay his mother's medical expenses and, once she died, pay for her funeral. Even after his mother's death Yuri was financially supporting his step-father Tadik and his sister Svetlana.

135.     Yuri and Svetlana blamed Tadik for their mother's exacerbation of drinking.  Their older step-sister and daughter of Tadik, Larisa Jakovleva, predictably blamed Tatiana for Tadik's drinking, stating that at the beginning of the relationship Tadik almost never drank while Tatiana drank on holidays, hence, more frequently than him. She also said that Tatiana's sister Zinaida had a drinking problem and that they drank together.

136.     Regardless of 'who started first,' all the siblings and step-siblings agree that the situation in Tadik and Tatiana's family deteriorated to a terrible state rather rapidly and that this family was much poorer and in a much more dire situation even compared to their already quite impoverished neighborhood during the financially troublesome nineties.

IFCD003293

137.    Yuri's first wife, Jurate, never saw Tatiana sober.

138.    Yuri's mother's health was rapidly deteriorating when he was in his early twenties. Tatiana Kadamova's medical records contain a curtailed description of multiple ailments, most notably including pancreatitis, gallstones, and advanced hypertension. When the above was noted, she was only 46 years of age, and her diseases were progressing at a high pace.  There is a well-established connection between alcoholism and high blood pressure. [5]

139.    Closer to her fiftieth birthday, Tatiana developed cirrhosis of the liver, a disease routinely associated with advanced stages of alcoholism.[6] It is not fully clear whether cirrhosis of the liver or cancer of the liver killed her just a few years later, in 2001.

140.    Jurate recalled Yuri helping his mother, paying for private clinic, and driving her there, while Jurate was talking to the doctors, trying to make sense of what was happening.

141.    Yuri paid for his sister's wedding. Yuri could not recall her ex-husband's name even though he had met him once or twice prior to the wedding and "10-20 times after the wedding."  When they were living under the same roof or nearby, Yuri experienced and expressed empathy and concern by trying his best to help her out financially.

142.    When Yuri immigrated to the US and Svetlana was not physically present in his immediate circle, she also disappeared from his interpersonal radar. He was aware that she got divorced and was seemingly dating another man. In any case, there appeared to be very distant and sporadic communication between them and Yuri had a very vague perception of what was happening in Svetlana's life due to the above.

143.    Yuri's level of low interpersonal competency and lack of sophistication was also well illustrated by his choice of a life partner. They were introduced to each other by a mutual friend when both of them were 15 years old.

---

[5] Tasnim 2020: A meta-analysis of 32 Randomized Controlled Trials including 767 participants, studying the effects of alcohol consumption on blood pressure on adults over 18 years of age, was conducted. High-dose consumption of alcohol was found to be associated with higher blood pressure afterwards. High-dose consumption of alcohol was also found to increase heart rate consistently after 24 hours

[6] Lelbach Cirrhosis 1975: A meta-analysis of 90+ studies were conducted on existing research in an attempt to clarify the relationship between alcohol use and liver cirrhosis. The author concluded that genetic or ethnic factors seem to play the largest role in the differing prevalence of liver cirrhosis in heavy drinkers, with cultures known to regularly consume alcohol heavily to have drastically higher prevalence of liver cirrhosis

IFCD003294

144.     Yuri recalled that his years of intense romance were over between him and Jurate even before he was conscripted to the army at 18. However, upon his return from the army he decided to marry her because it was expected of him to marry a girl who waited for his return from the army. After all, he had a suitcase full of letters between them during the period of time he was in the army, and that suitcase was "proof of the seriousness of their relationship."

145.     In addition, she was neat, she was brought up well, and she was capable of "keeping a clean house and pickling vegetables." In other words, she was there and she met some basic criteria that were not even established by Yuri, but rather, some general criteria he was expected to follow. More likely than not, this marriage was largely predetermined by Yuri feeling lonely and desperate for some level of normalcy due to his mother and step-father's heavy drinking and the lack of family support he received from his family of origin.

146.     Svetlana recalled that Jurate engaged in intense drinking even before and right after the wedding. Svetlana reported Jurate being a loud and angry drunk, unpleasant to be around. This, however, did not raise a flag for Yuri and he proceeded to marry Jurate.

147.     Yuri recalled the birth of his first son as an important event in his life. Jurate remembered how when she gave birth, he ran to their balcony door on the fifth floor where they lived, threw it open and screamed to the "whole wide world" that he became a father and that everyone should congratulate him. She also recalled fondly how he used to kneel by newborn Gabriel and profess his love to his son. Yuri clearly felt a deep sense of love and devotion to his son.

148.     At that time, the young family lived with Jurate's parents and Yuri reported that her father was an electrician, and he drank a lot. Jurate's mother "was a wonderful woman." Jurate also confirmed that her father drank a lot. Yet again, there seemed to be a glaring absence of older stable male figures in Yuri's life at any stage of development.

149.     Jurate talked about Yuri as a truly devoted and soft-hearted father. She remembered that at the beginning they did not have much money and she used to sew make-up bags. She stayed home with little Gabriel while Yuri and her parents worked. She also cooked. Jurate said that they never discussed the topic of money but that Yuri tried his hardest to earn as much as he could.

IFCD003295

150.	Yuri paid for his sister's extravagant wedding, even though it was an expensive event. He felt like the head of his whole extended family and fully responsible for everyone, and he factually was the head of the household consisting of many people when Yuri was only 21.

151.	Jurate reported that Svetlana's marriage to her husband Gennady (she, as opposed to Yuri, was able to recall his name) was short-lived because Gennady was violent. When Svetlana's son was born, she had to raise him by herself and Yuri was helping her a lot, taking care of her and his nephew financially.

152.	Jurate talked about how once she and her son were out, looking at shoes, and there was one expensive pair that she could not afford but wanted badly. When they got home, Yuri enquired why Gabriel looked upset and the little boy said that he was sad because his mother could not buy the shoes she wanted. Yuri went back to the city and bought her those shoes and she felt very touched by this because she knew that it was a big expense for their young family.

153.	Jurate recalled Yuri being a kind husband and a good provider. She did not remember him starting any arguments at all and on those occasions when she wanted to argue, he was a peace-maker, always the one to placate her. It appears that even if Yuri was not particularly happy in the relationship, he primarily used avoidance, never confronting Jurate much on her drinking or anything else for that matter.

154.	The picture of the early years of marriage appeared to be calm and peaceful from Jurate's perspective. However, Yuri commented that after those early years of marriage, he noticed that he stopped being invested in the relationship at all.

155.	Based on Svetlana's recollection, Yuri was still extremely devoted to making sure that his son Gabriel and her son Maxim, whom she was raising by herself, had a different childhood and he himself and Svetlana had due to extreme poverty their family lived in.

156.	Jurate started drinking more intensely during the last few years of their living together in Lithuania.  She began drinking heavily when the young family moved out of her parents' home into their separate apartment.

157.	On the one hand, it was a sign of their growing financial independence. On the other hand, at the parents' home Jurate did not drink because her mother kept her company and her mother was not a drinker at all. Upon them moving to their own

IFCD003296

apartment, Jurate seemingly felt lonely and started to drink very heavily. Yuri was frequently absent from home, then he went to the US and Jurate was alone with their son.

158.	On more than one occasion Jurate was so heavily intoxicated that she failed to open the door to Gabriel when he came home from playing outside (the children were free to roam starting at a very young age in the former Soviet Union). The child was forced to stay with the neighbors overnight.

159.	Yuri's life path was haunted by and peppered with crucial people being sick with alcoholism. Jurate's drinking was getting very much out of hand. Right before his visit to the US, Yuri came home to pick up Jurate to go to his sister's birthday party and found her already blind drunk so that she ended up missing that birthday party. When Yuri was already in the US, he called his wife and his mother while they were at another family's birthday party and found them both extremely drunk to such an extent that Jurate ended up cutting herself and needed to be taken to a hospital. Reportedly, Yuri stopped calling them much after that distressing incident.

160.	The reason that both Svetlana and Yuri tend to remember their family members' excessive drinking on festive family occasions is that such occasions are memorable in general. In addition, proper behavior is traditionally valued more during formal family occasions. Both Jurate and Tatiana's heavy drinking and ruining the expected decorum thus became so much more meaningful and problematic. It was one thing to drink quietly behind closed doors or to be a functional alcoholic who is able to work and attend to family responsibilities. It was a completely different level of dysfunction to scandalize formal family occasions, such as a child's birthday party, a wedding, or a baptism.

161.	On one occasion, Svetlana and Tatiana came to visit Jurate and Jurate could not or did not want to open the door to them. According to Svetlana, Jurate sounded extremely drunk and slurry over the InterCall. Svetlana commented that at that moment, the level of Jurate's alcoholism appeared to be even more serious compared to Tatiana's, who began to cut down on her drinking somewhat due to grave health issues.  Svetlana let Yuri know about the situation. Yuri was already in the US, so he called Jurate's parents and informed them about the seriousness of the situation. The parents made Jurate come back to live with them right away.

IFCD003297

**Evidence of a Learning Disability**

162.　This section will be organized less in a narrative form and more as a compilation of direct and circumstantial evidence of a presence of a neurological issue that has limited Yuri throughout his life and impacted his life trajectory.

163.　Yuri has been an extremely poor student, "the worse student in the class," according to him. Based on Yuri's report cards, in middle school he had gotten passing grades (the equivalent of Ds in the United States) for the vast majority of the main subjects, especially those relying heavily on literacy and math skills. Given that no one ever mentioned any behavioral issues, he would have received a passing grade regardless of whether his level of demonstrated academic knowledge was below or at the passing level.

164.　The schools in capitals of former soviet republics were overflowing with students, frequently having 42-46 students per class per one teacher. The children moved up from elementary to high school with the same group of students. If a teacher or a principal were to make a student repeat the grade, it increased the number of students in the grade below, adding to an already burdensome situation for a teacher.

165.　Therefore, children were held back only in most extreme cases and it was never based solely on pure academic failure but almost aways by a combination of severe academic and severe behavioral issues. Frequently, children with juvenile criminal records were held back.

166.　Given that Yuri lived in poor neighborhood of Vilnius, the capital of Lithuania, his local school was likely to be underfunded and also dealing with more severe situations than a boy with academic difficulties.

167.　Yuri did mention many children in his neighborhood being aggressive or getting into legal troubles. He described himself as a child who would skip school to "do good things," such as draw or decorate aquariums, or develop films. From the perspective of an extremely macho atmosphere of survival of the fittest that was wide-spread in poor neighborhoods among boys in late seventy's -early eighty's, such a characteristic of

IFCD003298

himself was not flattering but rather self-deprecating, as lack of aggression was equalized with weakness.

168.     His step-brother mentioned how loved he was by his trade school teachers; he was likely to be no less personable during his earlier school years. A child like Yuri had all the chances to be passed from grade to grade without concerns for his actual level of knowledge.

169.     As a pre-teen and teen, he described himself and others described him as "good with his hands," "artistic," "into design."

170.     Being an extreme visual thinker is a very frequent occurrence among children with dyslexia or other reading disabilities. For example, they tend to be terrible phonetic spellers but can spell words forward and backward if taught how to do this visually.[7]

171.     Yuri got higher than the passing grades in geometry, which is a visually organized subject. No matter how much his mother shamed and scolded him for his poor grades, he could not do better at school. "School did not make sense."

172.     Yuri reported not understanding science at all but enjoyed the hands-on nature of the experiments. He enjoyed shop and PE and actually got good grades in those classes, which means that he was not fully apathetic but rather unable to learn. His essays and math tests were full of "red ink" (corrections from the teacher) when he was actually trying to do any work.

173.     As a result of getting critiqued by his teachers and his mother for academic issues, he became discouraged and simply withdrew. No academic or remediation help was provided to Yuri at any point in school.

174.     Despite that Yuri was a musician in the army and professionally, he did not read music.  He played by ear.  This is also consistent with a learning disability.

175.     There were other multiple instances of Yuri exhibiting issues with remembering dates, names, and other concrete but arbitrary informational bits that rely on rote memory.

176.     For example, Yuri did not remember the name of his sister's ex-husband whom he had met repeatedly. He did not remember the date of his arrival to the US. He did not

---

[7] Gregg, N. (2013) Adults with learning disabilities: Factors contributing to persistence.  In H. L. Swanson, K. R. Harris & S. Graham (Eds.), *Handbook of learning disabilities* (2nd ed., pp 85-103). New York, NY: Guilford

IFCD003299

remember his girlfriend's date of birth even though they were together for several years and she was the mother of his daughter.

177. Yuri did not remember the name of the moving company where he worked for two years. He thought they paid about $6,000-$7,000 in taxes last year (same reference) but did not know if that represented income or sales tax.

178. I was able to understand the degree of Yuri's learning disability by analyzing his written work that he produced over the years in prison. Analyzing written production is one of the standard ways of determining the presence or absence of a learning disability during a neuropsychological evaluation as well as the degree of such.

179. In Yuri's letter to Jurate and Gabriel (Gabrusha) the first paragraph consists of 105 words. This same paragraph also contains 32 grammar mistakes, about one third of those are extremely obvious, beginning of elementary school-level mistakes. Several sentences in one paragraph contain 2-3 mistakes.

180. Russian is Yuri's primary and dominant language and a language of his education, given that he received his education while Lithuania was still a part of the Soviet Union and Russian was a primary official language of communication. Yuri received 11 years of education, combining primary, middle, and trade schools but his ability to spell correctly corresponds to that of a child in elementary school.

181. It should be noted, however, that in his letters Yuri also demonstrated an ability to express his thoughts in written form in a relatively clear way, which points to the presence of a learning disability but not to a language disorder. Yuri's concreteness of thinking, his inability to deal with numbers and his lack of understanding of any financial operations, any degree of bookkeeping, or difficulties with thinking through any independent project are all stemming from a combination of him having un-remediated learning disabilities and a pronounced degree of educational neglect.

182. His childhood trauma of severe parental neglect is also a contributing but not a decisive factor in the limitations of his functioning.

**Business Ventures in Yuri's twenties and thirties**

IFCD003300

183.        Yuri recalled working as a carpenter at a candy factory right after the army, and then mostly making money through musical gigs. Musical gigs had a tendency to be received through the word of the mouth; no organizational skills were involved.



*Photo of Jurijus in mid 1980s*

184.        Yuri grew up and was shaped under a totalitarian regime in a soviet Lithuania. When perestroika (a change of a political regime from a socialistic stagnation under Brezhnev to a more democratic and economically capitalistic turn of events under Gorbachev) started to take real roots in his region in 1988, Yuri was 22. He already completed his extremely limited education in trade school and served his two-year term in the army. He already had experience working as a carpenter for a few months and as a musician for almost six years. It appeared that only his musical gigs provided a stable source of income for him.

185.        Based on his friends' and business partners' accounts, Yuri was aways full of ideas, some good, some bad. However, his ability to execute those and to understand even the basics of creating a proper scheme of a successful trade was well beyond his capabilities. His book-keeping was limited to just writing down what he could remember from the steps he had undertaken.

IFCD003301

186.     Yuri's very first small business attempt was selling audio-cassettes in several kiosks. He was making some amount of money but then dropped that endeavor. Yuri's second so-called business was him becoming a driver to auctions.

187.     During those auctions, former state companies were selling out what they owned or produced to capture profit. He was paid for his service as a driver in gasoline that was a hot commodity in the early 1990s in Lithuania, given that the supply of oil was practically cut off by Russia in their attempt to 'persuade' Lithuania to not become independent.

188.     Yuri recalled the whole country put on hold where "nobody and nothing was moving" due to lack of energy source or service. The fact that he was paid in fuel made him feel powerful. Another business enterprise was basically organized by Boris Shiglik who was from Moldova and who was interested in importing goods to Moldova. He organized a channel of importing goods to Kishinev from various geographical locations. Shiglik introduced Yuri to a potential business partner, Shmulevich.

189.     Shmulevich lived in the US, and that was how Yuri's trips to the US started in 1991-1992. Shmulevich was interested in selling goods in Lithuania; they opened a company named Flamingo International, and made a few sales US-Lithuania before Shiglik and Yuri were promptly eliminated out of the deal when their business contact in Lithuania and their business contact in the US struck a deal between themselves. It has to be clear that Yuri's role in this enterprise was extremely secondary while the whole process was not thought through sufficiently if at all in order to ensure Yuri and Shiglik's ability to remain a part of the sales chain.

190.     Yuri's next unsuccessful attempt at becoming an entrepreneur involved initially lending expensive cars for celebratory occasions and then selling cars with another business partner, Roman Pinkowski. Apparently, this line of business worked briefly and brought in a sufficient amount of money to support Yuri's family and to afford to live in a two-bedroom apartment for a little while.  However, soon the government started to impose some regulations and Yuri and his partner could not adjust to a changing landscape and alter their business model, therefore, they could not continue.

191.     Another long-term friend Robertas Nagrockis said about Yuri that he was generating business ideas faster than Robertas (who actually owned a successful business

                    IFCD003302

for years) could follow them. He also mentioned that during those extremely creative periods of time, Yuri would talk very fast and did not need to sleep much.

192. Such symptoms tend to be red flags for such mood disorder as bipolar II, which has a strong hereditary component to it. Given Yuri's family history and his father's multiple hospitalizations for delusional thinking and erratic behavior, such mood disorder diagnosis in Yuri becomes even more plausible.

193. Yuri's last three attempts at creating a business, this time, an aquarium-selling business, occurred in the mid-nineties. His first attempt featured a business partner, his cousin, who already was selling aquariums and was willing to do this with Yuri but then became dissatisfied with his share of the profit.

194. Yuri's second attempt featured Shiglik once again, as well as Shiglik's wife and another friend. They created a company, Creative Tropical, and began selling aquariums some time in 1997. This enterprise ended in a dispute between Shiglik and Yuri when Shiglik demanded some amount of money immediately upon Yuri's arrival in the US in 1998. Because Yuri's arrival was a few days delayed, it created some problems with the company's tight finances, leading to a dispute and terminating of the business process.

195. Yuri's friend, Robertas Nagrockis, talked about how devastated Yuri was by his fall out with Shiglik as apparently Shiglik was the main person who Yuri deemed as his business and social support in the US, and Shiglik not only was not supportive but also played a key role in Yuri ending up without any money in the US. Robertas, who kept in touch with Yuri during his first years in the US, noted that this betrayal brought Yuri down very significantly; he gained a lot of weight and seemed depressed.

196. Yuri made a third and final solo attempt at creating a business when he became a distributor to Ukraine and other Eastern European countries of a Texan company to only find out that he did not have a monopoly on a distribution process for that region. It is not clear whether he was ever even promised to be an exclusive distributor or he misunderstood his role, which is entirely possible, given his lack of business acumen.

197. In any case, it appears that he stopped trying to sell aquariums as just a business. Instead, it became obvious to Yuri that he was interested in aquariums as art. Robertas helped Yuri create a design for what would become a Designed Water World (DWW)

IFCD003303

business that was focused on the art component of exclusive and very expensive aquariums.

198. Robertas recalled the complexity and beauty of one piece Yuri designed. He recalled the double-layered glass, the bottom lighting and other interesting features that made the aquarium unique. Robertas talked about Yuri looking for investors at that time in order to make that business possible. He was also holding four different odd menial jobs at that time in the US, working in a restaurant, doing stage lighting, selling vacuums, and working at a moving company.

199. This last job led him to meeting Iouri Mikhel who almost immediately became an "investor" in DWW and took the business into his own hands. Robertas recalled that Yuri was extremely limited in his resources and had those grandiose plans about the scale at which his business should be operating, meanwhile he was unable to actually obtain and begin renovations on a location without financial help by Mikhel.

200. Pinkowski, Yuri's former business partner, suggested his point of view on Yuri's lack of success in business. According to him, Yuri generated ideas without any regard to whether those were realistic in any economic landscape. Yuri could not compute the numbers. Their car business failed because they were not able to guarantee sufficient sales in order to become an exclusive distributor.

201. Another idea of Yuri's, a jet ski business in Lithuania, failed because Yuri could not figure out how to prevent renting customers from stealing the jet ski. In addition, the demand for jet-skies was extremely low. Pinkowski described Yuri as someone who would work extremely hard to make his ideas a reality but his true ability to build a business, foresee and change with the changing demands, was non-existent. He, reportedly, communicated easily with people and was persuasive but lacked the ability to analyze particularities of personalities of others and lacked any ability to foresee whether someone was trustworthy or not. It appears that all of Yuri's business associates talked about the same phenomenon of his being a hardworking and creative person but also impulsive and unable to execute his ideas.

202. The geo-political and especially economic landscape of the late eighties and then nineties was extremely fluid, complicated, at times dangerous, given the number of racketeers leading turf wars and absence of law and order in the former Soviet Union.

IFCD003304

203.     In addition to Yuri's significant lack of education and absence of any appropriate experience, he also suffered from a learning disability, which made his dealing with any numbers, even on basic level, especially difficult, which was promptly noticed by his business partners.

204.     According to his own account, Yuri's exposure to western values and economical possibilities was non-existent during his early twenties. He said that because the cover of a KISS album was excellent, he suspected there was something good about the West. His level of cultural isolation appeared to be pretty extreme, even if we take into account that he was born in 1966 and raised in the USSR. Lithuania, out of all republics of the USSR, was the most westernized.

205.     Some information was leaking through informational boarders; there was Golos Americi (Voice of America), an informational broadcasting that was possible to listen to on certain wave-length and Samizdat, an illegal but wide-spread printing efforts, which made some form of banned literature accessible.

206.     The black market itself, fueled by people who had relatives abroad and by *speculanti* (entrepreneurial souls who were smuggling clothes, music, etc., and selling them at a great profit) also provided a form of resistance to the informational and economical iron curtain. In other words, people who were truly interested in getting at least some information about the West or who were truly interested in business and had business acumen, were able to have some exposure.

207.     Yuri did not belong to either of those categories in any shape or form. In fact, during several interviews with mental health professionals during his first several years in prison Yuri reported being the happiest during three periods of his life. He recalled being happy and completely care-free during the year right before his army service, at seventeen, when he was done with school and did not have any other obligations.

208.     His other happy period occurred when his time was completely structured during his army service. His third, and likely the last period of happiness was when Natalya, his girlfriend, was pregnant and he worked four menial simple jobs that did not allow for any freedom and did not pose any intellectual challenge. He was also recording songs at that last period of time.

IFCD003305

209. It is also extremely important to note that in spite of very high criminalization rates during the nineties and Yuri's multiple attempts at creating businesses, he has no criminal record in Lithuania. In his step-brother Vadim's words, "there were many shady characters in Vilnius at that time but Yuri was a good guy trying to keep his distance from those shady characters (of the nineties)."

210. Yuri thrived on simplicity, on having a concrete task at hand, on playing music, on being an obedient and diligent worker with a strong need for a reliable and relatable father-figure. In other words, he was ripe for his meeting with Mikhel.

## A Brief Description of Mikhel's Path and His Type of Criminality

211. Mikhel had a college degree in interior design. At 20, he received a prison term of eight years in Russia for forging the documents, bribery, avoiding the draft, and willful appropriation of a title or an authority of an official. He started serving time at the age of 21. He was released early.

212. In 1992, at the age of 27 Mikhel, as a part of organized group, kidnapped two people and, under a threat of death, demanded a certain highly valued medical preparation from them. The price for that medical preparation was 1.5 million dollars per gram for a total of 7.5 million US dollars. Mikhel was discovered to be the mastermind behind the process, and he was also personally executing the plan.

213. On many occasions and to several people, Mikhel mentioned that he was a wanted man in Russia and he could never go back there. He also told people that he owned casinos, was in the Olympic trials for boxing, had an import/export business in the Soviet Union, and owned a business that transported sick people.

214. Soon upon arriving to the US in the mid-nineties, Mikhel met Elizabeth Taddy who was a single pregnant woman working at "Auto Access", an auto shop in Thousand Oaks, CA. They started dating soon after, in September of 1995, and they got married in February of 1996. She worked in that store for only six months and was unemployed when she began dating Mikhel. She was aware of his lack of legal status but denied that this was marriage for immigration purposes.

215. Immediately upon getting married to her, Mikhel started his legalization process. Taddy lived with her grandparents until she married Mikhel, who was living in an

                                    IFCD003306

apartment in San Fernando Valley area. Before getting married, Mikhel and Taddy rented a house together in Woodland Hills but only Taddy moved into the house when they got married. Taddy felt that Mikhel was extremely secretive about himself.

216. He told her that he attended college to learn how to make furniture, and then started to make money exporting metals from Russia. He told her that his parents were dead and that he had not spoken to his brother for many years. Based on Taddy's recollection, Mikhel seemed to not have friends but would frequently run into people he knew when they were dining out.

217. Mikhel travelled a lot to the UK and Turkey and, according to Taddy, their phone bills ran over a thousand dollars a month. They were not compatible as a couple and Taddy, reportedly, suggested separation and he immediately agreed. They remained civil throughout all the legal proceedings and Mikhel supported her and her son in order for them to not go on welfare until the divorce was finalized. Then he stopped his financial support.

218. This marriage appears to have been structured purely as a marriage of convenience for Mikhel while Taddy was under the impression that he was genuine in his desire to marry her. Mikhel fulfilled his material obligations and Taddy's financial situation became less dire for the time she was married to him. Usually, however, such marriages are a relatively transparent process for both parties involved, which seemed to not be the case in Mikhel's dealings with Taddy.

219. Mikhel had a relationship with an attorney, Mark Rabinovich. Rabinovich handled Mikhel's divorce from Taddy in 1999. Rabinovich loaned Mikhel $10,000, giving him his BMW as collateral. Mikhel repaid this loan in just three months, repaying him the loaned money plus $8,000 as "interest."

220. Rabinovich incorporated businesses for Mikhel that would be used as shell businesses in laundering money. Rabinovich also incorporated Designed Water World, Kadamovas' business in its iteration once Mikhel entered his life and business.

221. Rabinovich also opened bank accounts for Mikhel abroad.

222. Mikhel showered Rabinovich with gifts. Mikhel took him to a luxury resort villa vacation in Jamaica. Mikhel gifted him front row tickets to see the Three Tenors at a cost of over $3,000.

IFCD003307

223.  Mikhel would brag to Rabinovich about making a million in his business in a matter of months, being engaged in exotic hunting experiences, an a lavish lifestyle. Mikhel impressed upon him his access to fame, money, and influence and accruing favors through his generous gifts.

224.  Mikhel used his connections to Rabinovich to get to his wealthy clients and friends. Rabinovich discontinued his relationship with Mikhel because of his concerns that Mikhel was involved in illegal and unsavory activities

225.  Mikhel met Marina Karagodina in October of 2000 in London where Mikhel was vacationing. They spent some time together, he left and started communicating with her long distance. In the summer of 2001, she came to the US with her young son and they stayed at Mikhel's home.

226.  In November 2001 Marina and her son Anton moved in with Mikhel to his residence at Oak View Drive. During her questioning after Mikhel's arrest, she denied knowing anything about Mikhel's activities except that he worked for a company named Designed Water World and that he had a co-worker Yuri who "takes care of the fish." She acknowledged that she did not know him well but fell in love and also got pregnant by him very fast. She was still married at that time but unhappy in her marriage and because of this unhappiness, her friend had introduced her to Mikhel.

227.  Upon getting pregnant, she came home to her husband and told him that she was leaving him. According to Marina's report, Mikhel had a "very good connection with her son."

228.  Marina did not know much about him; she mentioned that Mikhel did not have formal education but that he was from a very good family. His mother was a teacher, his father was an engineer and his grandmother was a doctor. He went to a music school and could play piano. According to Marina, she only learned that he did eight years in prison from the officers that were questioning her after his arrest.

229.  Some parts of his biography were more familiar to her, for example, he mentioned that his mother was a victim of the St. Petersburg's food blockade during WWII and that she was constantly in a state of hunger for 5 years straight. His mother reportedly did not "like him very much or at all." His father was strict and Mikhel was getting beatings for

IFCD003308

bad marks and for misbehaving. Mikhel had a brother who became an alcoholic and Mikhel lost touch with him. Mikhel speculated that quite possibly the brother had died.

230. According to Marina, Mikhel mentioned being attracted to her because she was motherly, she cooked, she knit him a sweater and a scarf, she baked a cake for his birthday. Before, Mikhel appeared to have a marriage of convenience in order to come to UK, at least that was Marina's understanding of some parts of his biography.

231. It is important to be aware that to each participant of this drama, Mikhel presented a different version of his life. The version he presented to Marina, as illustrated above, was of a good piano-playing boy from a good intelligentsia family, of someone whose grandparents even had a higher education.

232. Ruben Khachatryan came to the US in 1988, when he was 16 years old because his parents had gotten a status of political asylum, being from Armenia. He obtained his Private, Commercial and Certified Flight Instructor (CFI) license. After gaining flight experience, he was hired by a prestigious company, Ameriflight. Later he gained employment at Presidential Aviation, a leading firm in jet management and aircraft sales, with the headquarters in Fort Lauderdale, Florida. He was sufficiently educated and gainfully employed pilot when he met Mikhel in a health club.

233. Ruben found Mikhel to be cocky but also engaging and charismatic. Such a characteristic allows us a glimpse into the presence of good level of interpersonal analytical skills that Ruben possessed and was able to exercise. This, in combination with healthy level of personal stability and absence of legal vulnerabilities in the form of being in the country illegally, for example, brought about vastly different results upon "befriending" Mikhel. Interestingly enough in comparison, Ruben's perception of Yuri was that he was a kind man who was very handy.

234. Ruben started to spend time with Mikhel relatively frequently after being introduced to him in the gym. About a year into this "friendship," Mikhel shared that he is interested in buying a jet that, unsurprisingly, Ruben would be then flying. The style of the grooming process is very similar to what Mikhel employed when grooming Yuri, for example. It consists of dream fulfillment. Yuri spent all of his adult life trying to build a business, unsuccessfully, and Mikhel made this dream come true by investing money and attention into Designed Water World, which was an ultimate dream fulfillment for Yuri.

 IFCD003309

235. Similarly, when luring in Altmanis in the wake of his family business going bankrupt and him having to survive on making pillows out of scraps of fabric and selling them, Mikhel presented him with a vision of a hotel on an island which he could be managing if not owning it.

236. This strategy of dream fulfilment, after getting to know the person well, almost worked for Ruben as well. He recalled considering working for Mikhel at some point. Maybe buying a jet seemed like a too far-fetched idea for Mikhel to keep Ruben interested and to be used as a carrot, so, being a man of many ideas, he decided to switch the tunes and suggested that he buys a car cleaning service which Ruben would then manage. Given that Ruben's family owned many car washes, it was a smart step.

237. Another part of the grooming process was giving Ruben an opportunity to drive a Lexus, which belonged to Mikhel's friend. Ruben's use of the Lexus was arranged after Mikhel noticed that Ruben was driving an old Toyota Corolla. Unsurprisingly, Ruben accepted this offer.

238. Mikhel continued the grooming process quite actively for a few years with this particular target as Ruben appeared to be valuable for Mikhel. Mikhel took Ruben on a hunting trip to Canada and purchased him a rifle.

239. Mikhel employed a classic move of trying to break up Ruben from his fiancé (who later became his wife) because it seemed that Ruben's fiancé was able to understand Mikhel's personality pretty well, thought of him as arrogant, and was, probably, unable to hide her distaste. It could also be that Mikhel saw enough internal strength in Ruben's fiancé for her to be a threat and a deviation from the general submissiveness the female partners of his accomplices appeared to exhibit.

240. Exercising control over choosing his accomplices' mates and social circles is a classic move of establishing control. However, Ruben refused to break up with her. Ruben and his friend Alex Ostrovsky noted that Mikhel enjoyed driving on Ventura Blvd (of the wealthiest and prestigious neighborhoods of LA) because it made him feel successful and they laughed at this. Mikhel told Ruben that he was an orphan in Russia of German background and Ruben recalled perceiving him as sort of a "James Bond" character, underlining the artifice of an image Mikhel was trying to create but also acknowledging his charisma.

IFCD003310

241.      Ruben got a job as a pilot at a prestigious company, Ameriflight.  Mikhel attempted to lure him into something he cast as a lucrative deal.  Ruben was taken in enough that he lied to his company to collaborate with Mikhel over this alleged deal.  However, Ruben began to get suspicious and worry about his own safety.  He backed out of deal and lied to Mikhel that his company demanded his return in an attempt to avoid confrontation.

242.      Mikhel tried to convince Ruben of the legitimacy of the effort and to stay.  Ruben recalled Mikhel being convincing but also knowing that he already made up his mind about leaving the next day.  Once Ruben made it clear he was no longer going to participate in Mikhel's schemes, Mikhel stopped talking to him.

243.      The trajectory of Ruben's relationship with Mikhel and him being able to stay away from the serious crimes Mikhel was committing at that time were all a result of several factors. Ruben had a sufficient amount of critical reasoning to be able to analyze Mikhel's behavior towards others, his personality traits, and gaps and discrepancies in his stories. In addition, Ruben had a legal status in this country, profession that provided financial stability, and healthy level of social support.

244.      A version presented to a 'cool' young potential accomplice Ruben was that of an orphan of a German descent, a descent widely despised in Russia. The German part was a spin-off from the actual name of his father, German. The underlining meaning was of someone who does not belong, who infiltrates, a powerful and influential spy. This image almost achieved the desired results. Ruben did take him as such, at least initially, until he felt he himself was put in grave danger by Mikhel.

**Yuri's Move to the US, and His First Few Years in the US. His Relationship with Natalya Solovyeva Within the Context of her Personality**

245.      According to Yuri, the initial plan for him was to come to the US and establish some basis for his family and then bring them to the US as well, which was an ambitious enterprise for someone from his socio-economic and educational background.

246.      According to his step-brother Vadim, "Yuri used to be a simple guy when both of us were growing up. In the nineties, he was no longer that simple guy, he wanted a better life for himself and his family, that is why he moved to the US."

                    IFCD003311

247. Yuri's cousin on a maternal side, Ina Gorshanenko, recalled him being the only one out of this family who wanted to do something, to amount to something, the only one with some drive and ambition.

248. In spite of Yuri's issues with Jurate and his emotional disconnect from her, he attempted to bring her and their son to the US, just like he promised. He tried to bring them over just after his own arrival and prepared a refrigerator full of food in anticipation for his son to enjoy.  Devastatingly, just before the trip, his wife and his son were denied entry. They were denied an entry visa because of the suspicion of the US government that she would have overstayed if she were allowed to come as a guest.  It appears that the hopes of them reuniting or saving their relationship ended.

249. Yuri met Natalya Solovyeva while on a trip to Las Vegas in May of 1999. She was in the US for a few months, staying with friends there. Natalya spent her first months in the US hanging out with friends and getting favors (dinners at restaurants, tickets to somewhat glamorous events) in exchange for sex. From her diary it is clear that she would get introduced to guys through friends, they immediately invited her out and their intentions were very clear for Natalya. She seemed to oblige most of the time except for when she was banned from having sex by a doctor after having an abortion. She mentions several men engaged in the above relations with her, more or less at the same time. She also had a boyfriend who she appeared to be fond of and hateful towards, in rapid successions.

250. When Yuri met Natalya, he gave her his business card and offered to help if she was ever in LA. She then came to LA with a friend and stayed in Yuri's apartment. She was 23 at that time and he was 32 years of age. She did not know any English and Yuri offered to help her with a job. She worked very hard, several jobs, such as waitress, technical help in an Armenian restaurant together with Yuri, a TV audience at a show. She also worked at a jewelry store, and as a nanny. All of those jobs were short-term and low paying.

251. What Natalya truly wanted was to stay in the US, to such an extent that she filed a fraudulent asylum application under a different name of a person from Armenia or Azerbaijan, with a help of an immigration paralegal in the spring of 2001. Even before

IFCD003312

that, after she overstayed her guest visa,  Natalya attempted to get a student visa legally but the services of a lawyer cost money that neither she nor Yuri could afford at the time.

252.     For the first year of living together they were barely surviving financially in spite of both of them working several menial jobs each. Natalya recorded in her diary not having enough food a few times a month. Yuri worked as a mover, he also cleaned and painted apartments for people who were moving in. He sold vacuum cleaners but, apparently, not very successfully.

253.     Natalya shoplifted several times, stealing small items from the drug store and a jacket from a clothing store.  On at least one occasion, her friend brought in someone else's credit card (stolen or fraudulent) and with another couple they used the credit card to buy clothing for themselves. Natalya had diary entries dated during the first three weeks of them being together about Yuri's excessive drinking and about something "not being right with the relationship."

254.     Yuri and Natalya welcomed a child, Anastasia, in 2001. Jurate remained his legal wife and learned about the existence of Natalya and Anastasia only after Yuri's arrest. This level of conflict-avoidance is similar to what Yuri had exhibited towards Tadik where he despised the guy for his role in Yuri's mother's drinking but he primary kept his opinion about Tadik to himself and preserved the civility of the relationship. He squashed a glass in his hand in order to not hurt Tadik, at the very height of their conflict.

## Yuri as a Father

255.     Yuri is tender towards his children. He taught his son how to walk a dog and how to walk to school on his own by following the boy behind, making sure he was safe. He taught Gabriel how to fish and fishing was something they shared.

256.     It is extremely striking to observe that Yuri comments on the differences between his relationship with his son and his father's relationship with him but fails to note stark similarities there. It is likely that Yuri was looking for the differences because he felt abandoned by his own father while he does not recognize that his separation from his son, when he left to the US, was a de-facto abandonment.



*Photo of Jurate, Jurijus, Gabriel*

257.     After moving to the US he continued to financially support his son and kept calling and writing to him.

258.     Yuri did not use corporal punishment on his son, which was a relatively customary approach in his socio-economic class but instead disciplined him by just using a certain type of stare. Jurate recalled only one occasion when Gabriel wandered into the woods on his own and they were afraid they had lost the child. Upon finding Gabriel, Yuri spanked him with a belt, and then felt extremely remorseful. Jurate recalled finding them both in a room, hugging each other and crying. Yuri had never used a belt on his boy, before or after that incident.

259.     Yuri talked about his daughter fondly, very upset by his separation from her when he went to prison. He also experienced his separation from his daughter more acutely but his level of understanding why that was the case was concrete and grossly lacking insight, "Anastasia was an easier child; more organized; she slept until 9am."

260.     Overall, it appears that the relationships between Yuri and his children were more about hanging out with them and playing with them rather than disciplining them.

IFCD003314

Analyzing non-staged videos of care-givers interacting with children is frequently a part of the child attachment work and parent-child corrective dyadic work.[8]

261.    Based on videos of Yuri and Natalya playing and interacting with Anastasia, it becomes very clear that level of Yuri's attunement with the child is quite impressive and far exceeds that of Natalya's level of attunement with her daughter. More specifically, four main videos were analyzed in this regard of a home celebration, of unwrapping Christmas presents, of Yuri jamming for and with Anastasia, and of Natalya's mall trip with Anastasia. In all of those, Yuri's ability to join in with the child's mood and his ability to read her non-verbal cues was strong. He followed her lead in all of those situations, offering help or assistance when the child clearly needed it but also allowing her to try new things and to explore.

262.    Natalya, on the contrary, missed the vast majority of child's cues or saw them and chose to ignore or counteract them with her agenda. Instead of following Anastasia's lead, she interrupted her exploratory behaviors suggesting new activities, clearly overwhelming the child and distracting her.

263.    Natalya concentrated on concrete details of the surroundings while filming her daughter at a clothing store and then at the indoor play space; she appeared to be utterly uninterested, not curious about the child, the child just was there and definitely not at the center of her mother's attention. Natalya's intoning was artificial, exaggerated. There was lack of natural flow to her interactions with Anastasia. Natalya focuses excessively on the signs of the riches, like the number of presents under the Christmas tree; the size of the apartment where the video is filmed; the decorum of the store. In the video unwrapping Christmas presents, she shows lack of attunement.  When the child is listening to Yuri's playing the keyboard, she listens attentively but the mother starts unpacking another toy, and the child switches the focus. Yuri looks a bit sad but then joins them in looking at the other toy. Yuri follows the child's cues and checks in with her to monitor her reaction and alter his behavior accordingly. He comments on his actions while opening the presents at an assessable for Anastasia level.

[8] Gleason, M. M. et al. (2011).  Validity of evidence-derived criteria for reactive attachment disorder. *Journal of the American Academy of Child and Adolescent Psychiatry, 50*(3), 216-231

IFCD003315

264.     In those videos, Anastasia demonstrated mild signs of avoidant attachment when around her mother. For example, the level of 'reaching for the mother' or 'reaching for the mother's belongings' types of behaviors was much lower than expected of a child this age, even when the child was clearly tired or upset. Such behavior demonstrates lack of expectations for attunement or fulfillment of attachment needs when a child is around her mother.

265.     On the contrary, when Anastasia was hanging out with her father, the amount of physical contact he provided for her was plentiful and she was clearly relying on him for being there, physically and emotionally, when she needed him or reached out for him. His body language and body positions were intuitively well adjusted to her needs.

266.     Unfortunately, Yuri's level of understanding of his children' needs beyond their immediate physical necessities remained primitive and concrete. His ability to relate to them on a more symbolic level, to experience empathy while they are physically absent in his immediate surroundings is significantly lacking. The examples of such limitations would be Yuri's inability to understand why his two-year old daughter is going to be scared and extremely uncomfortable during a visit to a prison or why his teenage son may need a father in his life. In addition, the level of a socio-economic jump appeared to be truly disorienting for both parents as they moved within two years from pretty extreme poverty to the financial upper class. The number of presents under the Christmas tree for an 18-month-old child is overwhelming for the child but it appears that the parents are trying to compensate for their materially deprived childhoods and recent past.

267.     Some of the best and also viscerally the saddest examples of concreteness of Yuri's relational abilities and Natalya's true lack of understanding and rapport with Anastasia come from their post-arrest experiences with their daughter.

268.     Yuri's and Natalya's parenting rights over Anastasia Solovyeva were terminated in July of 2003. She had been declared a Dependent Child of the Court in November of 2002. While incarcerated it was deemed that the parents "failed to make provisions or an appropriate plan for the child's ongoing care and supervision." It was noted by the clinical social worker and, apparently, by the daycare workers that she demonstrated clinging behavior, difficulty with social interactions, and serious crying sessions, which

IFCD003316

all were expected in light of her separation from her parents and significant prior symptoms of avoidant attachment.

269.    On Anastasia's visitations schedule, it was noted that she was taken to see her mother by a caregiver once a month during the mother's incarceration in San Bernardino, CA and twice a month when the mother was in Santa Ana Jail. Once the child was so sick, that the caregiver had to leave with her before seeing the mother.

270.    On another occasion, the wait time before the visit was three hours and the caregiver decided that it was too overwhelming for the child to wait. There was a visit attempted with Yuri on in October 2002, but the child physically refused to be walked or carried through the doors to the visiting area. The caregiver reported the child being truly afraid of large metal doors that are loud. She was also afraid of the cold and bare visiting rooms. The caregiver described a two-year-old having difficulty with communication through the glass partition while talking had to be accomplished over the phone. The child was forbidden to stand on the chair or sit on the counter, thus, her view was obstructed almost fully. The social worker attempted to have the child visit the father and the child refused to go through the metal detector.

271.    The father in the conversation after the incident and in the absence of the child, could not understand the fear and fright of his daughter. The mother, reportedly, also expressed lack of understanding why the child could not hold the phone (that was plainly way too large for her, which the mother could see) and communicate for any prolonged period of time. The child was two years old at that time and the caregiver expressed exasperation with both parents.

272.    Given Yuri's past parenting experiences, if he were trying to get the child through a metal detector or if he were to observe her fright at the loud noises the prison doors make, his reaction would have been appropriate, soothing and gentle. Unfortunately, given the concreteness of his thought process and underdeveloped theory of mind, he could not understand his child's feelings *in the absence* of being present with the child.

273.    The mother, on the other hand, could *see* her daughter struggling with the phone or not being tall enough to see anything through the glass partition. And still, Natalya expressed lack of understanding and lack of empathy.

IFCD003317

**Yuri's Grooming process by Mikhel and the Nature of the Power Dynamics Between Them**

274.    Yuri met Mikhel on his job as a mover; Yuri moved Mikhel's belongings from Palm Beach to Los Angeles in January of 2000. That was during the time when Yuri worked several menial jobs and was also trying to start an aquarium business once again.

275.    Yuri had the hope to rent a space for a store to show his work. Yuri was desperately looking for investors and Mikhel became one right away. Mikhel put a large amount of money (by some claims $180,000) into the Designed Water World business beginning just six months after meeting Yuri. Mikhel was not getting any money from this business, he was an "investor" into the business.

276.    Fish and aquariums had been an interest to Yuri since his early teens. He had been attempting to run this business from his apartment at the time he met Mikhel.  Initially after the investment from Mikhel, a location for the business was rented and Yuri began extensive renovations to prepare the space.  Yuri coordinated with other experts in electrical and other work but did much of the sweaty work of laying floors, tiling, and building an indoor water feature himself.

277.    While Yuri was living out a lifelong dream of building his aquarium business, Mikhel intended to use this business for nefarious purposes.

278.    Robertas Nagrockis had been a friend of Yuri's.  He met Mikhel but said "Mikhel stopped by my diner once. He did not have time for me because he was from a different social class; I was way beneath him. He looked down at me."

279.    Robertas was helping Yuri with his business a little and lending him an ear when Yuri complained how overworked and abandoned by a business partner he felt during his first year in the US. Robertas noted a very rapid change in Yuri's demeanor almost immediately after he met Mikhel. Yuri became constantly worried, extremely preoccupied and "looked scared."  He also stopped returning Robertas' calls.

280.    Robertas also noted that Yuri was losing interest in developing his aquarium business and was low energy, something he had been interested in all of his adult life. Natalya also collaborated that Yuri's personality had changed significantly after meeting Mikhel and he was not in touch with his friends.

281.    Indeed, in her diary entries the number of times Natalya mentions spending days with Yuri and his friends diminishes drastically by the end of 2000. Before that, friends

IFCD003318

were visiting them several times a week if not daily. It appears that Natalya derived pleasure from socializing with them as she felt less isolated in a new country.

282. Nevertheless, the socializing stopped almost fully in the fall of 2000, at least the socializing where Yuri participated. In fact, she complained non-stop in her diary over many entries how inseparable Yuri became with Mikhel and how she felt Yuri lost interest in her. She expressed a good amount of jealousy towards Mikhel.

283. They moved to a large expensive apartment in December of 2000, for which Mikhel prepaid rent for Yuri for a full year, 11 months after meeting Yuri. Yuri's dream of a business Designed Water World acquired rental space and was fully remodeled using Mikhel's money.



*Jurijus working on the Designed Water World location*

IFCD003319



*Mikhel at Designed Water World with one of Jurijus' aquariums on display*

284. Yuri's actions became fully dependent on Mikhel's decisions. It was Mikhel's decision for Yuri to no longer work in the moving business. This allowed Mikhel to acquire greater control over Yuri and his family.

285. Mikhel had a key and garage door opener for Yuri's apartment.

286. Even his lifestyle was controlled by Mikhel, Yuri's mortgage as of September 2001 became $6,500 a month and rent for the apartment was $1,375. Yuri quit all the jobs he was working before, his expenses grew exponentially, he had a toddler and a girlfriend who was avidly interested in money.

287. Mikhel was in charge of all the financial transactions for the business, although Yuri acknowledged that he wrote checks from the company's checking account. He acknowledged his ignorance about the finances. Mikhel was the only one withdrawing money on all occasions, seemingly because he did not trust or could not rely on Yuri's skills with numbers.

IFCD003320

288. However, way more important than the financial control was the emotional attachment and devotion Yuri exhibited.  For the first time in his life Yuri had a male who was by his side, who took interest in him and took care of him.

289. Legally they, reportedly, were equal partners and that was how it was presented to Yuri by Mikhel. However, to everyone involved, including Mikhel's business lawyer Rabinovich, it was crystal clear that Yuri was a helper to Mikhel, while Mikhel was making all the decisions. Yuri was described as the one doing the hands-on work at the shop.

290. There was even a life insurance policy bought for Yuri with a death benefit of $3,750,000 in January, 2002 because Mikhel insisted upon it. Yuri stated during questioning that he did not want to buy this policy, but Mikhel said it would be a good idea as they would be able to borrow money against the insurance. Interestingly, his life insurance beneficiary was Mikhel, and not his daughter, the mother of his child, his wife, or his son. In the life insurance application, Yuri needed an interpreter and Mikhel interpreted. Mikhel interpreted through much of the business and financial decisions, as his English was significantly better than Yuri's.  This was another way that Yuri was dependent on Mikhel.

IFCD003321

| FULL NAME OF INSURED | | | | | | |
| Iouri  Mikhel | | | | X  MALE | FEMALE | |

| ●  STREET | | CITY, STATE & ZIP CODE | | | HOW LONG? |
| | | Encino CA   91436 | | | |

| D●  OF BIRTH | MARITAL STATUS | SOCIAL SECURITY NO. | DRIVER'S LICENSE/STATE | |
| 1965 | M | | | CA |

| NAME OF PAYOR | RELATIONSHIP |
| | |

| NO. & STREET | CITY, STATE & ZIP CODE |
| | |

**JOB TITLE & DUTIES**
DIRECTOR / OWNER

| EMPLOYER | BUSINESS ADDRESS |
| DESIGNED WATER WORLD | SHERMAN OAKS, CA |

NAME & RELATIONSHIP OF BENEFICIARY (IF BUSINESS OR OWNERSHIP SEE BUSINESS INSURANCE INSTRUCTIONS.)
MARINA MIKHEL - SPOUSE

SPECIAL ATTENTION TO (IF MONTHLY DISABILITY INCOME APPLIED, SEE SPECIAL ATTENTION INSTRUCTIONS.)

***PLEASE CONDUCT CRIMINAL RECORD CHECK***

| FULL NAME OF INSURED | | | | | | |
| ●urijus  Kadamovas | | | | X  MALE | FEMALE | |

| ●REET | | CITY, STATE & ZIP CODE | | | HOW LONG? |
| | | Los Angeles CA   90038 | | | |

| DATE OF BIRTH | MARITAL STATUS | SOCIAL SECURITY NO. | DRIVER'S LICENSE/STATE | |
| , 1966 | M | | | CA |

| NAME OF PAYOR | RELATIONSHIP |
| | |

| NO. & STREET | CITY, STATE & ZIP CODE |
| | |

**JOB TITLE & DUTIES**
PRESIDENT / OWNER

| EMPLOYER | BUSINESS ADDRESS |
| DESIGNED WATER WORLD, INC. | SHERMAN OAKS, CA |

NAME & RELATIONSHIP OF BENEFICIARY (IF BUSINESS OR OWNERSHIP SEE BUSINESS INSURANCE INSTRUCTIONS.)
IOURI MIKHEL - FRIEND

SPECIAL ATTENTION TO (IF MONTHLY DISABILITY INCOME APPLIED, SEE SPECIAL ATTENTION INSTRUCTIONS.)

***PLEASE CONDUCT CRIMINAL RECORD CHECK***

291.    In the phone conversations between Yuri and Mikhel, Mikhel calls Yuri "Yurok", a diminutive reserved to small children, while Yuri calls Mikhel "Ioura", an adult form of the same name. Then in some other conversations they call each other "Yurok" interchangeably, seemingly as a sign of affection.

292.    From the transcripts of the phone conversations, it is clear that Mikhel gives Yuri small orders, and Yuri completes them but asks for step-by-step instructions. In those recorded conversations, there is no two-way information flow but only Mikhel giving simple orders (check if the money arrived, with instructions on how to check; find a letter

that contains information about the amount of money needs to be sent, with instructions on where the letter is located; telling Yuri that he will explain him later how to look up information using a code Yuri already has; repeating the process twice, even on paper sounding a bit irritated with Yuri, etc.).

293.     These conversations do not contain an equal exchange of ideas, or Yuri telling Mikhel what to do or Yuri sharing his thoughts that are of any consequences for Mikhel in any shape or form. For example, Yuri attempted to create a list of what to buy in Home Depot to prepare for carrying out the crimes but even this task was done under Mikhel's direct supervision all the while nudging Yuri along.

294.     Mikhel also checks and approves on Yuri's schedule, with the precision of up to "before lunch, after lunch" type of details. At the end, Mikhel himself bought what appeared to be the most important components of that shopping list, the gloves and rakes, apparently not trusting Yuri to do that. He also did not allow Yuri to do any transfers of money, only verify if money arrived.

295.     In comparison, Mikhel's girlfriend, Marina, was performing various bank operations without his direct supervision, seemingly fully capable and trustworthy in this regard. The trustworthiness part pertained to cognitive capabilities rather than Mikhel suspecting that Yuri was dishonest with him.

296.     In another conversation, Yuri reports that he is in the office, and Mikhel retorts with "of course, you are in the office," showing very clear signs of frustration and exasperation with Yuri's level of reasoning. Mikhel also enquires if Yuri is over his hangover already, clearly concerned with his ability to deliver work.

297.     Mikhel provided Yuri with significant amounts of money.  He also bought him a Mercedes in early 2002 that Yuri had been "dreaming about".  Yuri had attempted to buy the same car about a year prior, but his credit was not good enough.

298.     During the video recording of a Christmas celebration including the codefendants, Mikhel poses for a picture with Yuri and Altmanis. In a joking manner Mikhel bosses Krylov around to such an extent that that Altmanis steps aside, clearly stunned. Mikhel's pose is very domineering during all of that video episode. The moment Krylov aims his camera at Mikhel, Mikhel aims his at Krylov, seemingly jokingly but taking control over

IFCD003323

the situation. Every single other person in that video is acquiescent to Mikhel's control and power.

299.        Mikhel also used Yuri's poor English skills to his advantage.  Nagrockis noted that Yuri's inability to speak English limited the jobs he could take to within the Russian speaking community of Los Angeles. Businessmen who only spoke English would communicate with Mikhel, who would then relay the information to Yuri. Mikhel acted as the interpreter at the medical examination for the life insurance policy.  All of Yuri's information was coming through Mikhel's filter.

**The Nature of Yuri's Relationships with Other Accomplices and their Roles in the Crime as it Pertains to Yuri's Narrative**

300.        Petro Krylov was in the United States illegally, having overstayed his visa after he entered the country in 1996.  He worked low wage jobs, initially at a car wash and then installing audio equipment in cars.  He was not financially stable, did not speak much English, and had no legal status. He felt like he had to go on trips with Mikhel because Mikhel paid for them. These factors made him a likely target for Mikhel's grooming.

301.        Krylov met Mikhel when he was asked to illegally install a satellite dish at Mikhel's home.  He was recruited by Mikhel directly and in 'line of command' he also was directly under him. Krylov's level of criminality and his intellectual characteristics were likely predetermining his lack of intermingling with Yuri.

302.        Ainar Altmanis was an acquaintance of Yuri, who knew him through his brother. Yuri and Altmanis were not in touch frequently, though, until 2001 when Yuri, already tied up fully with Mikhel, stopped by Altmanis's family store and told him that he had an opening in his aquarium business. Altmanis's family store business was not doing well but still Altmanis initially refused. It appeared that for several months Yuri visited Altmanis in his store to buy something but did not make any other offers.

303.        Once, when Altmanis was not in the store, Yuri brought in Mikhel there, and Altmanis's wife saw them. Altmanis started visiting both of them at the DWW where there was a pool table and they were playing and hanging out. Both of them started conversing with Altmanis about how great their business was doing and that he should join.

IFCD003324

304.    Altmanis was then able to observe the apparent financial success that Yuri and Mikhel displayed through their spending and travelling.  At the same time, Altmanis's family business failed and he and his wife had to close the store. They were living on buying fabric and making pillows from it for sale. Altmanis observed Mikhel being able to falsify any stamps that allowed entry or departure to any country. Altmanis asked Mikhel for help in bringing his children from Latvia to the US. Mikhel stamped the children's Latvian passports with a seal that stated "permanent resident England." The strategy employed by Mikhel was to make Altmanis comfortable through spending ample time with him all the while demonstrating his riches and parading them in from of the eyes of this bankrupt business owner.

305.    Aleksejus Markovskis is a distant family member of Yuri by marriage and they met for the first time in 1996 at a wedding in Lithuania. They had not seen each other for years when, in June of 2001 Markovskis arrived in the US on tourist visa and did not know anyone.

306.    Yuri was very adamant about Markovskis not giving away his number to anyone in Lithuania as some of his former connections were in significant legal troubles there and he did not want to associate with them. Markovskis spent some time staying with Yuri, Natalya and their little daughter in June of 2001 after Yuri's association with Mikhel was well developed.

307.    Markovskis reported being very impressed by the level of Yuri's success.  Yuri helped Markovskis in getting a job as a mover and a carpet cleaner, he also helped him get an apartment. Markovskis' family, his wife and his mother came from Seattle to live with him.

308.    Yuri said that he may need some help with fish tank cleaning and other type of cleaning at his business DWW. At one point Yuri told Markovskis that he has a friend who can get Markovskis a job, apartment, work papers, and a driver's license. Markovskis knew that Yuri had an office at Ventura boulevard. Markovskis knew that Yuri had a partner Mikhel in his "fish business" and that this partner was a "higher" one than Yuri.

IFCD003325

309.    Markovskis had barely any access to Mikhel as Markovskis was beneath him and all the orders were conducted through Yuri. He also felt obligated to help Yuri because of the real help Yuri provided to his family.

310.    It was absolutely clear to Markovskis that Mikhel was in charge of Yuri's business and in charge of all operations. Mikhel offered to get Markovskis legal papers but Markovskis declined. Mikhel explained that the job that Yuri talked about will become available later but for now they need a "babysitter of sorts" because there were "certain people" who needed to talk to some other "certain person" and that Markovskis will be just "keeping them company." Markovskis did not like the idea and said that he can't take weeks off his work. Mikhel then requested that he should be able to take a day off work in the next week.

311.    The trajectory of Markovskis' involvement in this case was similar to that of Altmanis in terms of lack of legal status and dire situation at work. In this case, Yuri knew him from the previous life, was his distant relative, and overall played a role of a helper, especially in a new country. He was brought to Mikhel when any decision needed to be made, was instructed by Mikhel, and held accountable by him.

312.    Mikhel mentioned once to Altmanis that he was a wanted man in Russia and he can't go back there. He was, apparently, planning to live in Europe. He also mentioned that he had business dealings with aluminum in Estonia. Altmanis saw Mikhel as an educated and cultured guy "who can talk to people."

313.    Yuri was seen by Altmanis as someone who can't talk to people but can pretend to be someone he is not. In his interview in April of 2002, Altmanis stated that he believed Mikhel to be some kind of special agent, former KGB or special forces.

314.    He described Mikhel as intelligent, well educated, and "he knows how to kill people." He described Mikhel as a very calm person, even when he is killing people.

315.    It is important to remember that none of the victims were found directly by Yuri as he lacked the capacity for this level of decision-making process or initiative.

316.    During each of kidnappings and each of the murders, Mikhel was the one arranging for every single decisive details of the process. He was the one giving the instructions to his accomplices, including Yuri.

IFCD003326

317.    Yuri was spending more time with Mikhel than any of the others and he knew Mikhel the longest. He also pointed to Altmanis and Markovskis as someone who can help. He was not able on his own accord to get others to participate in crime but he was with Mikhel on every step of the recruitment process. Because of the above, Altmanis, for example, saw Mikhel and Yuri both as bosses in this process. He, however, was very clear on the fact that Mikhel was the ultimate decisive and physical force behind the killings while the rest of the accomplices did as he told them.

318.    Mikhel managed to fully protect his fiancé, Marina Karagodina, and made sure she was completely out of harm's way, while Yuri, lacking a foresight and any power in the situation, pulled his girlfriend in, in spite of her caring for their infant daughter. Karogodina's responses during the interview in London have a very trained character to them; she appeared to be well taught in addition to being smart and the impression she left was that of an innocent person who was not aware of any dealings.

319.    Mikhel, the brain behind the whole operation, designated a role for Natalya Solovyeva, Yuri's girlfriend, of luring in Kharabadze to the "private social club" to be seized.

320.    Before that, in the summer of 2001, he orders her to get the metal boxes from Altmanis's house and dictate him the bank account information. The process was supposed to be kept in secret; therefore, he asked her to leave the house and do this outside.

321.    Natalya was asked to bring food, including extra portions for the kidnapped, and medication to the house where people were kept captives in October of 2021.

322.    It was either not in Yuri's power or not within his intellectual capabilities to protect Natalya, the mother of his young daughter. In spite of Yuri being a loving father, he did not manage to predict the predicament of an infant without both parents.

323.    This poor level of shrewdness, determination, and will does not presuppose that Yuri, a person manifesting symptoms of a learning disability and concrete cognitive functioning, significant lack of flexibility, and no previous history of legal involvement, could be an equal partner in crime or could have any weight in the decision-making process at any point of their interactions.

IFCD003327

324.        Mikhel was, however, a person who, through the process of complete domination, could provide Yuri with a false sense of security and safety, substituting for the male father figure Yuri was yarning for, and ensuring complete obedience and reverence.

Respectfully Submitted,

Irina Volynsky, PhD                                        September 22, 2023