**Declaration of Neringa Klumbytė, Ph.D.**

**I, Neringa Klumbytė, declare that the following declaration is true based on my knowledge and expertise and available information on the Jurijus Kadamovas case**

**1.   N. Klumbytė's professional experience, education, background, training and research work, basis for expertise**

I am a sociocultural anthropologist specializing in Lithuania and a broader region of Russia and Eastern Europe. My major research focuses on the Lithuanian society, its transformation during the Soviet authoritarian rule after WWII and then democratization and transition to market economy after the collapse of the USSR. I have also researched nationalism, memory politics, and life of ethnic minorities, including Lithuanian Russians; electoral politics, popular culture, and consumption; and social and historical justice after the collapse of the USSR. I am a native speaker of Lithuanian and fluent in Russian. I was born in Lithuania and lived there during the collapse of the USSR, the nationalist movement leading to Lithuania's secession from the USSR, and turbulent transition from communism to democracy and market capitalism in the early 1990s. Since 1996 my major residence has been the United States where I went to graduate schools and worked at different universities. Since 1996 I spent five full years in Lithuania. Since 1997 I visited Lithuania every summer except for the summer of 2020.

My educational background includes a B.A. in Lithuanian studies at Vytautas Magnus University, Lithuania. I have a M.A. in Slavic and Baltic studies from the University of Illinois at Chicago. At this university I was enrolled in a graduate program focused on Lithuanian studies. Until 2012 the University of Illinois at Chicago offered a graduate degree in Lithuanian studies, the only such a program in the Western hemisphere. I have a four-year training at a graduate level in Sociology from Vytautas Magnus University in Lithuania, and a Ph.D. in Anthropology from the University of Pittsburgh. I also have certificates in Psychology, Eastern European Studies, Western European Studies, and European Union Studies. Currently I am an Associate Professor of Anthropology and Director of the Lithuania Program at the Havighurst Center for Russian and Post-Soviet Studies at Miami University.

For fifteen years I have taught at Miami University, Ohio, courses on political history of Russia and Eastern Europe, transition to democracy, authoritarianism, nationalism, and ethnic difference, propaganda and censorship, state security, historical justice and memory in post-conflict societies, and food consumption. In 2015 I received the Miami University College of Arts and Science Distinguished Educator Award. I have published two monographs (one co-authored) on Soviet and post-Soviet Lithuania and a co-authored edited volume on societies in the USSR and Eastern Europe; 40 articles or book chapters (21 articles in peer reviewed scholarly journals), all of them focusing on Soviet or post-Soviet Lithuania. Most of my publications appeared in first tier academic journals. My recent book *Authoritarian Laughter: Political Humor and Soviet Dystopia in Lithuania* (2022) was published by Cornell University Press, one of the major academic publishers in social sciences. Currently, it is being translated into the Lithuanian language and will be published in Lithuania. I serve as a reviewer of research projects for major federal foundations in my field including the National Science Foundation and Fulbright. I am also a member of the Academic Council, Department of National Minorities of the Government of the Republic of

1

IFCD002863

Lithuania and an expert at the Lithuanian Research Council. I have had 20 public appearances on international and national media. I have also served on the executive boards of major organizations in my field, including the American Anthropological Association and the Association for Slavic, East European, and Eurasian Studies. I was an editor of the Council for European Studies journal *Perspectives on Europe* from 2013 to 2015. I am on the editorial board of four international and one national journal. I regularly give lectures on my research to the academic institutions in the USA and abroad. I gave one presentation on my research at the Memorial International in Moscow, the Russian human rights institution currently banned by the Russian government. I have given multiple presentations at the Lithuanian History Institute and Vilnius University. In 2022 I gave a lecture to the US State Department's Foreign Service Institute for the future diplomats to the region. During my scholarly career I have given over 80 conference presentations at national and international meetings of scholarly societies.

In this declaration I cover a variety of topics that are within my area of expertise and that I have researched and wrote about in my books and peer-reviewed articles. I worked at the Institute for Ethnic Studies, the Lithuanian Center for Social Sciences for two years (2016–2018) and have a co-authored monograph and publications on Russian-Lithuanian ethnic relations in Lithuania. In this monograph as well as peer reviewed articles I explored topics of memory of WWII and life in communist regime, historical justice, ethnic conflict and coexistence, and ethnic marginalization. I also have published an edited volume on society and state communism in the Soviet Union in post-Stalinist era (1953–1991), which addressed topics from propaganda and state ideology to literary works. My single authored book on Soviet era everyday life, political participation, propaganda, authoritarianism, and politics came out in 2022. In my previous peer-reviewed articles I have also researched transition to democracy and market economy. Some of my research focused specifically on consumption.

My research has been carried out in Lithuania, some in Russia. I had spent significant amounts of time interviewing people, participating in their everyday life, observing political behavior, and working in archives. During many years of my research, I have collected almost 500 interviews in the region. Among the archives I worked at are the Communist Party archives, KGB, and the Soviet era Internal Affairs archives. In the Soviet era Internal Affairs archives I researched documents on crimes in Lithuania. This archival work was significant to understand how the communist regime and the KGB functioned. Even if the USSR had signed the Helsinki Accords in 1975 where it promised to respect human rights, authorities abused human rights and fundamental freedoms. When hired to serve as a cultural expert for the Jurijus Kadamovas case, I also researched information on Šnipiškės, the Vilnius area where the Kadamovas family lived. I visited Šnipiškės and the Old Believers Church where the wake of Tatiana Kadamova, Jurijus Kadamovas's mother, took place. My work in the last decade also have focused on violence, Soviet terror and the Holocaust during WWII and the postwar period. My expertise on various above-mentioned topics was relevant in this declaration.

## 2. Political environment of Jurijus Kadamovas's childhood, adolescence, and youth

### 2.1. Life in an authoritarian communist state and lasting traumas among large strata of population

2

IFCD002864

Jurijus Kadamovas (in Russian Yurii Kadamov, informally Yura) grew up in an authoritarian communist Lithuania. The occupation of Lithuania in 1940 and reoccupation in 1944 resulted in mass killings, deportations to Gulag, depopulation, massive outmigration, and immigration of Russians and other nationalities from the USSR. Between 1945 and 1953 there were 34 mass deportations of Lithuanian citizens to the depths of the Soviet Union. In his book *Teroras* ("Terror"), Lithuanian historian Arvydas Anušauskas estimates that no fewer than 456,000 people were Soviet "genocide and terror victims and experienced violence." That translates into "every third adult Lithuanian or every second man, every eighth woman, and every fifteenth child." Moreover, during the Nazi occupation in 1941–1944 about 95% of the Lithuanian Jewish population were killed in the primarily "Holocaust by bullets," mass shootings of men, women, and children. While Western Europe celebrated the end of the war in 1945, for Lithuanian the war continued for almost another decade. Guerilla resistance that extended to the entire Lithuania lasted until 1953 when its major leaders were captured and executed. Lithuanians recognize Soviet war and post-war crimes as "genocide" (Article 99 of the Lithuanian Criminal Code). In this context, many ethnic Lithuanians developed anti-Russian sentiments and engaged in covert everyday resistance that lasted until Lithuania's liberation.

This history is relevant in understanding the Kadamovas family life. Social science research suggests that war traumas are transferred from parents to children and even grandchildren. Jurijus Kadamovas's grandfather served in WWII and was injured. Aimuchamedas Kadamovas, Jurijus Kadamovas's father, lost his father during WWII. We know little about how the war specifically affected Jurijus Kadamovas's other family members. Lithuanian psychologists who researched traumatic WWII experiences argue that in Lithuania both groups of people, people who were deported to Siberia and experienced Soviet terror as well as people who stayed in Lithuania, were traumatized.

The Kadamovas family relocated to Vilnius since after WWII people were encouraged by the government to move to cities. In Vilnius there were many empty houses because Jewish people were killed in the Holocaust, and many Polish citizens left for Poland. Jurijus Kadamovas was born 21 years after WWII and 13 years after Lithuanian armed resistance was suppressed and Stalinist terror subsided. At that time people still lived with memories of WWII and Soviet and Nazi violence. While the war was over, its impact on society was present and shaped his life. He grew up gin a society where there was less security, trust, and wellbeing and more violence compared to, for example, the United States. This was aggravated by the fact that Lithuania under the new Soviet Union regime underwent political, economic, and social restructuring by an authoritarian government. While people are resilient, their resilience is also strongly dependent on social support and an ability to act. Growing up, Jurijus Kadamovas did not have a strong social support network while his parents' family was disintegrating. His striving to create a good life for his own family was an action taken to overcome hardships; it was also influenced by the new opened opportunities in an emerging market economy after the collapse of the USSR. However, since Lithuania underwent post-Soviet transformations with deleterious effects to his family and since he did not have necessary social and cultural competences such as higher education, he was not successful.

Social science studies show that political, economic, and social contexts shape individuals' lives. In the case of the Kadamovas family we know about conflicts between parents, about their divorce,

3

IFCD002865

mother's remarriage, mother's and stepfather's exuberant drinking, life in poverty, and food insecurity. These developments were shaped by political, economic, and social contexts discussed in this declaration. Jurijus Kadamovas reflects on his family that "It was somewhat of an average Soviet family absent a father." To understand his words, we have to take into account that in Soviet Lithuania there were high divorce rates, drinking at home and at a workplace was common, many people lived in crowded houses and apartments, and there were high rates of domestic violence. From 1940 to 1984 the number of divorce rates increased from 2.7 for 100 people in 1950 to 33.4 in 1984. It meant that every third family got divorced in Lithuania. I will argue, however, that the Kadamovas family was not an average family even if poverty, drinking, divorce, and conflicts defined many families. The Kadamovas family faced higher poverty, ethnic marginalization, higher food insecurity and vulnerability than an average family in Soviet Lithuania. Moreover, in childhood Jurijus Kadamovas lived in one of the poorest industrial areas of Vilnius. He had limited opportunities to seek higher education, social advancement, and career. In his late youth he became a single provider for his own, his mother's, his sister's, and his in-laws' families. In his adolescence and youth he did not have family support to seek education. Moreover, in the late 1980s and early 1990s Lithuania was defined by high inflation rates, high crime rates, nationalism, and lawlessness. In this environment Jurijus Kadamovas was not able to secure employment and succeed in business ventures.

## 2.2. Abuse of human rights, absence of religious, political, and other freedoms in the communist regime

The Soviet Constitution advanced ideas about human rights and fundamental freedoms. It was a document that served state propaganda purposes. It intended to show Western democracies that the Soviet Union was a democratic society. In the Soviet Union (and Soviet Lithuania) human rights were abused and political opposition was suppressed. There were no free and fair elections. Soviet citizens had no political, religious, or other freedoms. Media was controlled by the state. People were not allowed to travel outside the USSR, chose jobs after graduation. Social mobility was restricted to the Communist Party members.

The Soviet Union was known for its human rights abuses. As it was mentioned, large strata of population experienced the effects of WWII and the postwar era. Their traumas were amplified by insecurities of everyday living (lack of food and material goods, crime rates, KGB networks), unpredictability of the future, distrust of others (in workplaces and schools there were KGB informants), and everyday violence (domestic violence, open humiliation of individuals in schools and workplaces, impunity of authorities). The Communist Party had a monopoly on power, and violence against citizens was always a possibility. Citizens could not criticize anyone above the local government or question the communist ideology. As in other authoritarian states, human life had little value; the state interests were above individual interests. When the Chernobyl nuclear power plant collapsed in 1986, some citizens from Lithuania were transported to clean up the site without their consent. Many of them died of cancer afterwards. Information about disease outbreaks, chemical or biological contamination, military operations, or crime rates was a state secret. In the Soviet Union the disabled people were locked up in special institutions; political dissidents and homosexuals in psychiatric hospitals. The government concealed a lot of information from citizens. Employment rates, education rates, crime rates were fabricated officially to show that communist states were doing better than capitalist states. Citizens did not

4

IFCD002866

trust authorities or the government and relied on informal connections for services and consumption.

### 2.3. Crime in Soviet Lithuania and distrust of higher authorities

According to the Communist Party ideology, crime was destined to disappear in a communist society. In Soviet times there was no public reliable statistics on crime in the USSR or Soviet Lithuania. Crime rates were a state secret and only limited information about criminality was available to citizens. The government and journalists spoke about terrible crimes in the West, while in Soviet Lithuania crimes were presumably minor, vestiges of the past withering away. Claiming that crime rates were very low in the USSR emphasized the superiority of the Soviet Union against the USA or Western countries, communism against capitalism.

Generally, in Soviet Lithuania the rule of law did not function. The Courts were not independent from the state. The Communist Party leadership or the KGB influenced court decisions. Moreover, bribery was not ruled out among judges as well as the police. In many cases connections and mutual favors were very important. Power and justice were often used arbitrarily. Large embezzlement cases could go unpunished, while lawsuits were sometimes opened on minor issues, such as stolen jars of jam. This is not to say that there was no justice at all. The legal system provided justice to citizens in many cases unless it was a political case. The Criminal Code, though, emphasized the importance of crimes against the state and the communist social order. The interests of the state were superior to the interests of individual citizens. Moreover, Soviet justice was undermined by corruption of government officials, judges, and the police, state control and inefficiency of the Internal Affairs Ministry work. In case of political "crimes," Soviet courts served as state tools of oppression. There was also a system of "Friendly courts," voluntary people's patrols, and work or neighborhood activists who contributed to public order.

The Soviet secret files on crimes report that from 1972 to 1982 crime rates in Vilnius on average were higher than in Lithuania. From 1981 to 1985 in Vilnius, at the time of Jurijus Kadamovas's adolescence, crime rates rose by 65.3%. In the 1980s in their complaint letters to the Internal Affairs ministry citizens asked to shoot thieves or hang them in public places. Some individuals complained that they called the police during the robbery, and nobody showed up. These letters register ineffectiveness of the police work as well as citizens' experience of rising crime rates. Since the mid 1980s (the time of relative liberalization under the USSR new leader M. Gorbachev) new crimes like drug use, prostitution, crimes against foreigners were included into crime statistics. In Gerard Daletsky's declaration, he mentions that Jurijus Kadamovas did not use drugs despite their availability in the city. It suggests that Gerard Daletsky knew about others who used them.

Increasing crime rates meant that many people lived in a less secure environment and were subjects to crime. Everyday crimes coexisted with state crimes. For example, at the intersection of current Žalgiris and Kalvarijų street, a Catholic priest, active in the Lithuanian committee for the defense of human rights, was pushed under the truck and killed. It happened in 1981, only a block away from the Kadamovas's family home. It was several years after the Kadamovas family moved to another housing district. This kind of information did not end up in newspapers or evening news. It was secret, but it spread in the form of rumors. The Kadamovas family might have heard about

5

IFCD002867

it if they kept in touch with their former neighbors. For citizens, such events confirmed that the state can do anything, they have no power and must be quiet to survive.

Among the big part of the population distrust of the state was prominent. Citizens considered stealing from the state institutions to be justifiable while stealing from individual people was a crime. In canteens forks and knives would have holes to mark them as a canteen property and discourage customers from stealing them. Soviet media would publish about stealing from factories—workers stole meat from meat factories, cigarettes from tobacco factories, or wood from furniture factories. Many people also purchased goods in illegal markets. If they needed a coat, which they could not get at a store, they would buy it in the black market. They may bribe doctors to get services. It was difficult, but people could still get apartments or permissions to buy cars, which were allocated by the state, informally. In the Soviet law trading or buying goods in the illegal market was criminalized. But since it was a shortage economy, it was impossible to have at least a minimal life quality without engaging in informal activities. Shortages and inefficiencies defined the economic system. Michael Gorbachev who became the First General Secretary of the CP of the USSR in 1985 aimed to reform the inefficient economy with his policies of Perestroika (Restructuring).

The government perspective on crime and citizens' understanding of crime were different. From the state perspective stealing from factories would be considered a crime, while many citizens did not consider it a crime, but a way of "getting by" in a shortage economy. Productive labor was at the center of communist ideology and the state expected people to work. Unemployment was a crime from the government standpoint, but not necessarily from people's perspective. According to the 240 article of the Penal Code of the Lithuanian Soviet Socialist Republic (1961), "adult people of working age if they engage in vagrancy and begging after administrative organs repeatedly warn them, will be imprisoned up to two years, or deported up to five years, or sent to correction works up to one year." In Soviet police documents vagrancy (Rus. тунеядство) was often mentioned together with other transgressions: drinking and crime.

In authoritarian states it is common that the rights of the state are protected against its citizens rather than vice versa. Thus, anti-Soviet agitation and propaganda (Article 68) were among the most serious crimes punishable for up to 10 years of prison. In 1961 the New Criminal Code of the Lithuanian Soviet Socialist Republic claimed to protect the rights of the citizens as well. However, the New Code still emphasized the importance of crimes against the state and the communist social order. For example, in the case of the collapse of the Chernobyl nuclear power plant on April 26, 1986, in Ukraine, people were not informed about it for several weeks. Nuclear fallout affected Lithuania and Western European countries. Children in Kyiv, the capital of Ukraine, were ordered to go to May parade just five days after the collapse of Chernobyl. In these cases the international reputation of the state was of utmost importance. In a similar way epidemiological crises, disease breakouts, food or water contamination, military disasters were covered up. In the interview report with Jurijus Kadamovas there is a statement that he did not know "of any problems with chemicals or contamination causing illnesses." Such information was not available to citizens in Soviet times, it was a state secret. It is very unlikely that he would have known it even if there was any. The devaluation of human life, abuse of human rights, disrespect of fundamental freedoms, including freedom of thought, conscience, religion, and belief contributed to growing distrust and feelings of injustice among Soviet citizens.

6

IFCD002868

Jurijus Kadamovas grew up in an authoritarian system, where state interests were above individual and human rights, where there was a lot of corruption and injustice, and the government was protected by impunity. It contributed to Kadamovas' experience of overall injustice towards people and distrust of higher authority (the state, the police). In this case, family, community, schoolteachers, or sports coaches were very important people who could have protected children and served as role models. Kadamovas does not mention anybody who was important in his life outside the family in his interview report. (Declarations by his family members mention that he was loved by teachers.) Families in authoritarian states are usually very important since they provide security and support to its members.

## 2.4. Everyday violence and domestic violence in the extended Kadamovas family

In authoritarian society such as the Soviet Union, everyday violence was widespread. Many people disregarded certain forms of violence and punishments in everyday life; they did not consider certain actions as violent or morally unacceptable. Children could be physically punished in day care centers and schools. Domestic violence and abuse of children was often not addressed by the police since it was considered a private matter. Moreover, since citizens distrusted state institutions, they did not seek help from authorities. In cases of domestic violence, neighbors could interfere and try to solve the conflict.

There is no accurate statistics on domestic violence in Soviet Lithuania because it was underreported. Nevertheless, many children grew up without experience of corporal punishment. It was not, though, Jurijus Kadamovas's case. Jurijus Kadamovas claims that he was punished by his parents on a few occasions. Moreover, he witnessed domestic violence in his family and extended family. He mentions several occasions when his father abused his mother. In the documents from a psychiatric hospital it is stated that his father Aimuchamedas Kadamovas is characterized by impulsivity, changing moods, jealousy, and losing control. It is mentioned in the records that he beats his wife (Aimuchamedas Kadamovas was admitted to the hospital three times in 1975, 1977, and 1978. Jurijus Kadamovas was 9, 11, and 12 years old). Several other people from Jurijus Kadamovas's close family were violent. Jurijus Kadamovas's aunt's Zinaida's husband drank, cheated with other women, and was violent when drunk. Jurijus Kadamovas's father's admission to a psychiatric hospital in 1975 was related to an intent to murder his wife and commit suicide, in 1978 after attempted suicide.

Growing up in an authoritarian system meant that Jurijus Kadamovas experienced various other forms of everyday violence in society. He got involved into fights and was knocked out "once boxing and perhaps once or twice fighting." He mentions that he looked after her sister in school, so "no one would hurt her." Vadim, Jurijus Kadamovas's stepbrother claimed that Jurijus was like an older brother to him who made sure he does not get into trouble. Jurijus Kadamovas himself remembered that a teacher at his school "as a joke, told him to lick a frozen pipe and his tongue stuck." Such experience could have contributed to his distrust of teachers in the early age. In his childhood, they lived near a military installation with a tank division nearby. There were machine gun carrying soldiers in watch towers who "shot their slingshots at them." Jurijus Kadamovas is said to had stayed away from fights on the street, that he was not violent. Gerard Daletsky, Jurijus

7

IFCD002869

Kadamovas's childhood friend, in his declaration noted that "Jurijus <…> was not argumentative nor angry. He got over disagreements quickly. He did not complain about things."

### 3. Sociocultural and economic environment of Jurijus Kadamovas's childhood, adolescence, and youth

### 3.1. Life and poverty in the one of the most marginalized industrial city parts of Vilnius

Lithuania is part of the region that historian Timothy Snyder called "bloodlands." In this region, which includes Poland, the Baltic states, Belarus, Ukraine, and Western Russia, 14 million people were killed by the Soviet and Nazi regime between 1932–1945. These people were not soldiers and did not die in action. Their death cause was government inflicted hunger, executions of civilians, etc. In Vilnius, a city where Jurijus Kadamovas was born and grew up in, the regimes changed nine times during the XX century, that is, Vilnius was part of nine states just in one hundred years. From 1920 to 1939 Vilnius was a far east province of Poland. The Polish invested little in its infrastructure and modernization of the city. Many parts of the city, including downtown, had no sewage, no running water, gas, or electricity. In 1939 after the Soviet Union occupied Poland, Vilnius became part of Lithuania. Due to changes in power during WWII, the population of Vilnius changed dramatically. Before the WWII it was primarily a Polish and Jewish city, after WWII it became predominantly Lithuanian and Russian since Jewish people were killed in the Holocaust and the Polish were killed or left after Vilnius became part of Lithuania.

In Šnipiškės, where Jurijus Kadamovas lived since he was born until 10 years old, like in many other districts of Vilnius there empty houses due to depopulation after WWII. New Soviet immigrants from different Soviet republics moved to Vilnius in search of new opportunities and available housing. The Soviet Lithuanian government planned to renovate Šnipiškės in 1968. It was anticipated that 56, 000 people will live closer to the center and workplaces. However, the government abandoned its project leaving Šnipiškės a village-like enclave within Vilnius, an area of unpaved streets and single-story wooden houses until post-Soviet times.

In Soviet times Šnipiškės was known as the district of some block houses and wooden houses with gardens, sheds, and outhouses. There were total 1398 houses in Šnipiškės. Among them 889 were communal houses (kitchen and bathroom is shared by several families); they include 571 wooden houses, and 318 brick houses. 509 houses were individually owned; they include 296 wooden houses and 213 brick houses. A large part of Šnipiškės were also called Shanghai for poor, village-like and even slum-type living conditions. In other cities in Lithuania the districts that are downtrodden, illegally developed, or undeveloped were also called "Shanghai." In late Soviet times many houses had "emergency housing" status. However, people continued to live in these houses because of housing shortages. Some of the houses in Soviet times were known as Jewish houses in Šnipiškės, most likely vacant after Jews were killed during the Holocaust. There were also houses populated by Roma. Roma have been associated with the poorest stratum in the region.

Jurijus Kadamovas grew up in one of the wooden houses without running water, central heating, or toilet. They used a well outside and an outhouse. The house was heated by woodburning fireplace. It had electric lights. The family used public baths and toilets. When Jurijus Kadamovas

8

IFCD002870

was a child, in a small house lived his mother, his father, his sister, and mother's parents and his mother's brother Venarii. Jurijus Kadamovas shared a small room with his mother, father, and his sister. Even by Soviet standards he lived in a crowded house. In the USSR the established living area per person was 9 $m^2$ (~ 97 $ft^2$) until 1980s. In Lithuanian cities according to the official statistics there were 15,3 $m^2$ (164,7 $ft^2$) per person in 1984.

When Nikita Khrushchev came to power in 1953, the Soviet state initiated a plan to provide an apartment for every family. The Kadamovas family did not benefit from this policy until much later when they moved to Viršuliškės around 1976, into a newly built apartment building. In Viršuliškės they had modern conveniences. In the beginning, they lived in a two-room apartment and then moved into a three-room apartment when their grandfather joined them. According to Jurijus Kadamovas's family declarations, their house in Šnipiškės had to be demolished and they were given a new apartment in Viršuliškės. By 1979 the numbers of families with children and grandparents in one household was decreasing. Thus, the Kadamovas family housing situation compared to general population was more difficult.

Šnipiškės, where Jurijus Kadamovas spent his childhood, was home for several industrial factories, also the Thermal plant, the Kalvarijų Market, and the Military Base. The Kalvarijų market and the Fuel Equipment Plant shaped the view of Dzeržinskis street (the Kadamovas lived a few houses away from it) as industrial, working-class, and delinquent. In Šnipiškės there was also the Fuel Equipment Plant (Kuro aparatūros gamykla), one such a type of factory in the Baltic countries. In 1959–2004 this factory produced equipment for tractors, parts for diesel engines and possibly for military industry. It was the biggest industry in Vilnius—the plant employed 7,000 workers. This factory was located approximately 1.2 km (0.8 miles) from where the Kadamovas family lived. The Thermal plant that supplied heat to neighboring districts, was approximately 1.4 km. (0.86 miles) away from the Kadamovas's home. The plant was active the entire time when the Kadamovas family resided in Šnipiškės. The "Sigma" factory, founded in 1966, the year Jurijus Kadamovas was born, was approximately 1 km (0.6 miles) away the Kadamovas's home. It was a computation and information technology factory. It produced electronic calculation machines and parts. The Kalvarijų Market was among the biggest in Vilnius, it sold food and various things. It was to the south approximately 0.5 km (~0.3 miles) away from where the Kadamovas family lived. Close to where their home there was also the Soviet Military Base that housed tanks and living quarters for Soviet soldiers. The known disaster in Šnipiškės in which many people died was the collapse of the pontoon bridge on April 13, 1975. There were no parks in Šnipiškės when Jurijus Kadamovas was growing up, but many gardens by individual houses and individual trees. Not too far from his home there was the river Neris where he went fishing with his father.

The Mindaugas Bridge connecting Šnipiškės to Vilnius downtown was built in 2003. Since 2000s Šnipiškės is becoming an upper scale major business district. In Soviet times the center of Vilnius could have been reached in 15–20 minutes by bus, the old town in about 20 minutes. While people could live in Šnipiškės without traveling to the center, the center was the area of various events, culture, and commerce. Music and movie theaters were in the center; major shopping stores; major parks; schools, libraries, and bookstores. Attending theaters, visiting libraries or bookstores defined the middle-class lifestyle in Soviet times. The district of Viršuliškės, where the Kadamovas family lived after they moved out of Šnipiškės, was much farther away from the center of Vilnius as well as the Old Town. It must have taken at least half an hour to reach the center of the city

IFCD002871

from Viršuliškės by bus. In declarations there are no mention that Jurijus Kadamovas would have attended movie or theater shows, libraries or bookstores, with his family. It was due to their lower status in society, poverty, parents' health and drinking issues. Lack of the integration into the Lithuanian society could have also played a role. The primary language of communication in society was Lithuanian, although many people were bilingual and spoke both, Lithuanian and Russian. Jurijus Kadamovas's mother's family, as mentioned in Zinaida's, Jurijus Kadamovas's aunt's declaration, were so poor that they could not afford a movie ticket which was 25 kopeiks during the daytime on weekdays, a price of a loaf of bread.

If we apply US standards of poverty, we will need to conclude that most of the people in the USSR lived below the poverty line. It would apply to doctors and engineers who were paid less than some workers. Declarations and data gathered about the Kadamovas's family living conditions confirm that the Kadamovas family were very poor even by the Soviet standards.

### 3.2. Generation experience of food insecurity in the Kadamovas family

The Soviet era in Lithuania was characterized by food insecurity. Scholars extensively refer to the economy of shortages when people had to line up for meat or vegetables. Generally, people did not have to starve. However, even for the Soviet middle class procuring food took significant amounts of time and effort. It required connections to get meat and other foods in many cases; in stores people lined up to purchase bread, flour, milk, eggs, and other basic items. Many other items, such as sausages or coffee were luxury items because they were in short supply. Some received vegetables from their relatives who had garden plots in villages; others bought them in large amounts for winter from acquaintances. It was common to prepare preserves of jam, pickles, tomatoes, can fruit and juices for winter. Canned vegetables and fruit as well as potatoes, carrots or apples stored in dark cool cellars were an "organic capital" that could mediate food shortages in winter or be used as tokens of exchange. There were no fresh fruit and vegetables available during the long winter months in Lithuania. Many children grew up without ever tasting a banana. The smell of oranges or tangerines was associated with the New Years because at that time kids received a few tangerines or an orange through their parents' workplaces. Staples like butter, bread, cheese, eggs, candies, etc. were available, but there was no variety. In declarations members of the Kadamovas's family mention that their garden was too small to grow food for the entire family. Other people in Šnipiškės shared their gardens between several families, some also kept domestic animals. Based on this data we can conclude that Jurijus Kadamovas lived in conditions of food insecurity in his childhood. In his sister's declaration it was claimed that he ate ash from inside the stove and paint chips from the walls. These memories most likely illustrate that children came up with such ideas in the context of food shortages and food insecurity.

The food insecurity was reported in other generations that preceded Jurijus Kadamovas. When Jurijus Kadamovas's mother Tatiana was growing up in Skroblynai, they were very poor and sometimes had only potatoes to eat. Before Jurijus Kadamovas's greatgrandparents' home was hit by lightning and burned down, his grandparents' family relied on food from Skroblynai, a village where greatgrandparents lived. It suggests that they experienced food insecurity after they moved to Vilnius.

10

IFCD002872

### 3.3. Excessive alcoholism in the Kadamovas family during Jurijus Kadamovas's childhood and adolescence

In Soviet times alcohol was available for purchase in grocery stores. Drinking was very widespread in the region and was widely used for socializing. It was common to drink in some workplaces. When Mikhail Gorbachev came to power in 1985, he initiated an anti-alcoholism campaign responding to heavy drinking in the USSR.

Men often used to drink beer, wine or vodka, women drank champagne, wine, or strong sweet drinks. The declarations mention that Jurijus Kadamovas's stepfather and mother drank cheap alcohol and smoked cheap tobacco (the cheapest cigarettes in Lithuania were without filters). According to Svetlana, Jurijus Kadamovas's sister, their mother started drinking more when she married to Tadik when Jurijus Kadamovas was 12 or 13. Jurijus Kadamovas's mother drank homemade vodka, as they could not afford to buy vodka from the shops. Jurijus Kadamovas's mother and stepfather would make alcohol from various available substances including tomato sauce. According to declarations, they would drink until they passed out. They would sell anything for alcohol. It means they had no money to purchase safe alcohol available in stores, not even moonshine available illegally. Jurijus Kadamovas's mother died of liver failure in her 50s.

Although Aimuchamedas Kadamovas, Jurijus Kadamovas's father is not remembered as a drunk by his children, from medical records we known that he used to drink heavily. His drinking must have exacerbated his mental health. Aimuchamedas Kadamovas was hospitalized three times (in 1975, 1977, and 1978) in the National Naujosios Vilnios Psychiatric hospital near Vilnius. His psychiatric diagnosis was affective psychopathy. The failure of his treatment was attributed to exuberant drinking. Alcoholism was mentioned many times in his medical documents. It was also mentioned that before hospitalization he was once taken to a drunk tank. Generally, only very drunk people who caused public safety issues, who were disoriented, or unable to return home would be taken to a drunk tank.

Drinking women were stigmatized in society. In Soviet times people who used to drink were denounced and humiliated publicly in factory news boards or city news media. Children would make fun at other children whose parents used to drink. Jurijus Kadamovas's care for his mother in the context of societal stigmas about excessive drinking shows his commitment to his family. The fact that Jurijus Kadamovas got into arguments with his mother about her drinking, that he helped her financially as well as in other ways when she was sick also illustrates that he cared for her. Because of her drinking she was not able to support him when he was very young and when he was getting married. It has been customary in Lithuania for parents to support their children until they get married. Based on these facts Jurijus Kadamovas would be considered to have been a "good son" in his extended family and social circles.

### 3.4. Communist schools, organizations, and limited career opportunities

Jurijus Kadamovas's grades were very low in the middle and vocational schools. In Soviet Lithuania some subjects, such as physical education, were usually not subject to rigorous grading standards. One could anticipate that most students unless they put very little effort or missed school would get excellent or good grades for physical education, arts, or economy classes. In the middle

11

IFCD002873

school Jurijus Kadamovas had only one 5 (excellent) grade, equivalent to an A, for music. His behavior was rated as "satisfactory" ("patenkinamas") in his middle school graduation diploma. In Soviet times there was a four-level rating of behavior—excellent (A), good (B), satisfactory (C–D level), and unsatisfactory (F). Satisfactory was the lowest positive evaluation. From declarations we know that Jurijus Kadamovas skipped school, did not perform well at school, and forged doctors' notes. In declarations it is reported that Jurijus Kadamovas did not engage in fights or was known for other disruptive behavior. If he missed many classes during his last year of school and did not respond to teachers' requests to improve his behavior, he could have received "satisfactory" in his graduation diploma just for these reasons. In Soviet Lithuania children who fell behind did not have any special support or counseling. There was no position of a school counselor at schools. Every grade had an assigned teacher who was responsible for students in his or her grade. Children who were not good students could had been stigmatized by teachers as well as peers which contributed to their further marginalization. Even if Jurijus Kadamovas was loved by teachers, it did not translate into continuous support to Jurijus Kadamovas that would have helped him to improve academically.

The communist grade schools required recognition of teachers' authority and abiding by the school rules. In the elementary school children were expected to join the communist state by becoming the young October's children, i.e., children of the Bolshevik Revolution that took place in October (November, according to the current calendar). At the end of the elementary school they had to join the Pioneers, and in the high school they joined the Komsomol (the Communist Youth). These organizations meant that you are a communist citizen from your childhood. Many students joined the Komsomol because it was a venue for self-expression for a more active youth. Importantly, for many students it was a path to college (your chances to be admitted to college if you were not a Komsomol member were lower). Because of his low grades, Jurijus Kadamovas could not expect to be accepted to college. Joining the Komsomol in 1987 most likely was related with his interest to pursue a career in a music school.

Boys who did not continue their education in college had to serve in the Soviet Army for two or three years. Lithuanians were especially concerned about letting their sons serve in the Army since it was known for *dedovshchina*, a brutal hazing of the first-year conscripts, which in some cases resulted in death. In the Soviet Union some people tried to bribe military recruiters to get their sons stationed closer to Lithuania or in Lithuania. Some families also bribed doctors to receive a medical excemption from the Army. Some conscripts, for example, without their or their family's agreement were sent to Afghanistan during the war, where they died. In the case of Jurijus Kadamovas, none of his family most likely tried to save him from serving in the Soviet armed forces. Luckily, Jurijus Kadamovas got a very good appointment in Moscow where he played in a military orchestra. Jurijus Kadamovas returned from the Army in 1987 with a goal to study in a music school. However, the collapse of the Soviet regime, change of values in an emerging market economy, opportunities for easy enrichment must have influenced his turn to business rather than seek education.

Social science studies show that children usually follow their parents' footsteps in making decisions about their careers. He had no examples to follow in his extended family or support from his family to seek higher education. His mother and stepfather were drinking heavily, his father was in Turkmenistan, they lived in poverty, he had no income and became the only provider.

12

IFCD002874

Svetlana, his sister, claimed that while "at a heart he was a musician," "when he came back from his service, things were changing very rapidly. Things were bad economically in the country, but things were not good in our family." In this precarious situation Jurijus Kadamovas sought various forms of employment and got married at 22.

Getting married early was quite common in Lithuania at that time. In case of Jurijus Kadamovas, getting married also meant being able to move out of his mother's home and live with his wife and her parents. His sister Svetlana testified that "By marrying Yura could escape our family home and live instead with Jūratė's parents." It was common to live with parents for extended periods of time in Soviet and early post-Soviet times in Lithuania. Young couples had no possibilities to rent their own apartment usually because of financial reasons. In the early 1990s citizens were not able to take loans. In first years of his marriage Jurijus Kadamovas with his wife and a son lived in conditions of social insecurity, having only some extended family support on his wife's side, and no support from his own mother. He relied on random jobs he was able to get and was a main provider for his own family and his own mother and sister.

### 4. Ethnic marginality of Kadamovas's family in Soviet and post-Soviet times

### 4.1. Multicultural Vilnius and marginality of Russian speakers

The Kadamovas family were a minority in Lithuania and a minority (as the descendants of the Old Believers) among Soviet Russians, the new immigrants from the Soviet Union. As it was mentioned, the Kadamovas family had little social advancement opportunities, lived in poverty, and were the lowest strata of the population. These factors were related to their minority status as well as to general political, economic, and social processes.

In Lithuania in 1970 there were 24.5% Russians, 18.3% Poles, 6.5 %, Belorussians, 2.5% Ukrainians, 4.4 % Jewish and 42.8% Lithuanians. In 1979 there were 22.2% Russians, 18.0% Poles, 6.4 %, Belorussians, 2.3% Ukrainians, 2.3 % Jewish and 47.3% Lithuanians. Vilnius had a much higher percentage of Russians. In 1959 in Vilnius there were 29.4% Russians, 20% Poles, Lithuanians were a majority. Many Russian speakers of different nationalities lived in Šnipiškės.

While post-Soviet Vilnius may seem a multicultural city where different nationalities coexisted, in real life there were a lot of tensions. In the 1970s Lithuanians tended to marry Lithuanians, while Russians married Russians and other nationalities. Russians tended to have lower status and less valued jobs in industry. Compared to Russians, in the 1970s twice as many Lithuanians of both genders had a college degree. Thus, Lithuanians overall were more educated than Russians. Lithuanians tended to occupy more prestigious positions and hire Lithuanians rather than Russians in workplaces. The KGB documents of the Soviet era testify that there were widespread anti-Soviet and anti-Russian sentiments.

Jurijus Kadamovas's mother's family immigrated to Lithuania long before the Soviet period, they were local Lithuanian Russians, not Soviet Russians who came to Lithuania after the WWII (like his stepfather's Tadik's family). Jurijus Kadamovas interacted with Soviet Russians as well as Lithuanians.

13

IFCD002875

**4.2. Ethnic discrimination as a factor limiting social advancement and integration in society**

As we know from scholarship, minorities are often disadvantaged socially, economically, and politically. Jurijus Kadamovas grew up in a Russian-speaking area, many of his friends spoke Russian. He also went to a Russian school. Moreover, many Lithuanians spoke the Russian language and he could communicate with Lithuanians even without any knowledge of Lithuanian. The Russian language was taught in Lithuanian schools starting in the first grade. There were many TV programs in Lithuanian and Russian. The language of bureaucracy was Lithuanian and Russian.

In 1988 a nationalist pro-independence movement was launched in Lithuania following M. Gorbachev's policies of political openness and economic restructuring. After the collapse of the Soviet Union over 100 million people found themselves living in new states, 30 million of them were Russians. The period from 1988 to 1990 was characterized by nationalistic anti-Soviet and anti-Russian rhetoric. In peaceful protests in Lithuania, Russians could see signs: "Russians go home" or "Lithuania for Lithuanians." Peaceful protesters denounced Stalinist crimes (deportation and killings of citizens of Lithuania during the WWII and in the postwar era) and occupation of Lithuania by the Soviet Union. Jurijus Kadamovas also had positive reflections on Lithuanian and Russian relations. One of his best friends in teenage years was a Lithuanian, later his wife was a Lithuanian, too.

Lithuania seceded from the USSR in 1990. In January, 1991, the Soviet Army attacked Lithuania killing 14 peaceful protestors and injuring many others. At this time Jurijus Kadamovas's father contacted Jurijus Kadamovas and invited them to come to Turkmenistan. In the fall of 1991 Lithuania was recognized by the US, the USSR, and the United Nations. During the years of Soviet occupation from 1940 to 1991, the United States did not recognize that Lithuania is a territory of the Soviet Union. In December, 1991, the USSR ceased to exist. It was split into fifteen independent states, Lithuania was one of them. Since Lithuania had a smaller Russian minority than other Baltic states (Latvia and Estonia) and felt less threatened, in 1989 it accepted the citizenship law that granted citizenship on a single requirement of residency at the time the law was crafted. At that time the Kadamovas family became Lithuanian citizens. The name "Jurijus Kadamovas" is Lithuanized. In Russian it would be "Yurii Kadamov." Jurijus Kadamovas's business engagements show that he largely stayed in the Russian speaking former Soviet nationalities circles.

In Lithuania the post-1991 social integration has been primarily promoted through a shared language (i.e., Lithuanian) and institutions that operate in that language. In 1992, the Constitution of Lithuania defined the Lithuanian language as the official state language. Laws on the status of languages in the 1990s favored Lithuanian speakers. They recognized some Russian language rights, such as the right to pre-school and school education in this language. Press and religious rituals could be in Russian as well. In 1995, the State Language Law stated that the Lithuanian language has to be used in the public sphere, for official correspondence. It was mandatory to use the Lithuanian language at state and municipal institutions, courts, transport, and health sector. The state language policies generally were exclusionary toward Russians and other minorities because they prioritized the majority Lithuanian language competence. The Kadamovas family who were Russian speakers (Jurijus Kadamovas spoke some Lithuanian) were at a disadvantage.

14

IFCD002876

Jurijus Kadamovas's sister Svetlana spoke about post-Soviet exclusion of Russian minorities and prejudices in society at large: "Some people in Lithuania feel very negatively toward ethnic Russians like me and my family because of this. When Lithuania became independent, those of us who did not speak Lithuanian had a harder time in the new society. There was prejudice in society against Russian speakers, and it was more difficult to find work than in the Soviet period. Access to higher education could also be restricted if you did not speak Lithuanian." As a Russian speaker Jurijus Kadamovas did not have the same opportunities as ethnic Lithuanians for employment in a public sector and for education where the Lithuanian language skills were required.

### 4.3. Experience of generational marginality

Maternal Grandparents
Baltramiejus Kanopkinas, Jurijus Kadamovas's maternal grandfather, was born in 1917 during WWI. As we learn from his foreign passport, he was an illiterate peasant from a large family. There was no school in the village he grew up. Moreover, he could not attend school since he had to work helping his parents. He had a 2nd type disability in 1948. In late Soviet times the 2nd type disability was granted to a person who was not able to take care of himself or herself and needed help in everyday life. People with the 2nd type disability could not work or worked very little.

Jurijus Kadamovas's maternal grandmother had only two years of schooling and signed her name with an "X." Jurijus Kadamovas's maternal grandparents were very poor and never travelled. When they lived in Vilnius, his grandfather worked as a prison guard. In 1965 his grandmother is listed as a housewife in Jurijus Kadamovas's mother's application to join the Communist Party.

Jurijus Kadamovas's greatgrandparents were illiterate.

Jurijus Kadamovas had a loving relationship with his grandmother who was very protective of him. Grandparents' close involvement in raising their grandchildren was common in Soviet Lithuania. The retirement age for women was fifty five years, according to the Soviet policy. Grandmothers, thus, were available as well as expected culturally to take care of their grandchildren. His grandmother passed away when Jurijus Kadamovas was 16–17.

Old Believers are a traditional religious group who settled in the territory of contemporary Lithuania at the end of the 17th century. In the Russian Empire in the 17th century the Russian Church implemented religious reforms and those who practiced the old religion (Old Believers) were repressed and persecuted. Many communities settled in the territory of contemporary Lithuania, then the Polish-Lithuania Commonwealth, escaping repressions. Old Believers could practice their religion in the Polish-Lithuanian Commonwealth because of religious freedoms there. At the end of the 18th century there were 180, 000 Old Believers in the territory of contemporary Lithuania. In 1795 the territory of contemporary Lithuania became incorporated into the Russian empire. Depending on who was in power, Old Believers were either discriminated against or given relative freedoms. In the Russian Empire Old Believers religion was recognized as a separate religion in 1905. Old Believers were deported to Siberia in 1940s like other Lithuanian citizens. During the Nazi rule in 1941–1944, groups of Old Believers were executed or deported to Germany for work. The Soviet government (from 1945 to 1990), although officially recognized religious freedoms, promoted atheism and discriminated against religious communities.

15

IFCD002877

Jurijus Kadamovas's greatgrandparents were Old Believers and very active in Church. Their local church was a small wooden building and only a handful of families attended services. Jurijus Kadamovas's grandparents were devout believers in God. They went to church, prayed, and had religious icons in their apartment. It may be one of the reasons why Jurijus Kadamovas did not join Komsomol earlier; communists were against religion and religious families discouraged their children from joining communist youth organizations. His mother, however, was a Communist Party member. It is likely that Tatiana's family was secularized in Soviet times and returned to Old Believers traditions in post-Soviet times when religious freedoms were returned. Old Believers recognized their minority status in Lithuania as well as identified themselves as a different group from Russians who immigrated to Lithuania in Soviet times. They socialized primarily with other Soviet Russian-speaking people primarily because of the language. Tatiana had a religious funeral in 2001.

Jurijus Kadamovas has not met his paternal grandparents. There were no borders in the USSR. Turkmenistan is about 2,000 miles away from Lithuania. Maybe this is the major reason why the Kadamovas Turkmen family never visited their grandchildren in Lithuania. Jurijus Kadamovas's mother and father were too poor to travel and maybe Jurijus Kadamovas's mother did not want to visit because of cultural prejudices about Turkmenistan.

Mother

Tatiana, Jurijus Kadamovas's mother, was born in a very small village Skroblynai in 1945. She was born when her mother was 24, her father was 28 years old. When Tatiana was growing up there was still active guerrilla resistance, people were deported to Gulag, and Stalinist transformations were taking place (collectivization, requisition of lands and property). She was the oldest child in the family. Tatiana was in charge of other children. After the war her family moved to an empty apartment in Vilnius on Tujų street leaving Tatiana's grandparents in Skroblynai village. When their house in Skroblynai was destroyed by lightning, Tatiana's grandparents resettled with them in Tujų street. Eight people (two grandparents, two parents, and four siblings including Jurijus Kadamovas's mother) lived in the apartment that was about 24 square meters and had two rooms.. The children slept together on the floor because there were not enough beds.

Tatiana Kadamova was a blue-color worker. She was a machinist in a factory. She got divorced from Jurijus Kadamovas's father when Jurijus Kadamovas was 8 years old. She remarried when he was 12 or 13. She died at the age of 55 on February 4, 2001. Her funeral was very modest.

Mother's care and love are cultural, shaped by history and society. Studies show that in societies defined by poverty and economic and/or political instability, mothers' care for physical wellbeing of children is their primary responsibility. Jurijus Kadamovas claimed that "there was no tenderness [from his mother] except when you were sick." He also remembered that his mother took him to the Baltic sea, which is about 200 miles away from Vilnius, for good air because of his chronic tonsilitis; gave him fish oil (since fresh vegetables and fruits were not available in winter and kids lacked vitamins and other nutrients); or took care of his sister when she was in the hospital.

Father

16

IFCD002878

Jurijus Kadamovas's father was Aimuchamedas Kadamovas from Turkmenistan. He was a metal worker or welder. He met Tatiana, Jurijus Kadamovas's mother, during his military service in Vilnius. They both could communicate in the Russian language. While Russian was native for Tatiana, Aimuchamedas Kadamovas must have either spoken Russian since childhood or learned it at school since Soviet republics taught children Russian.

Although there is no evidence that Aimuchamedas Kadamovas was a practicing Muslim, the cultural differences contributed to conflicts in the family. Jurijus Kadamovas's sister Svetlana testified about cultural differences between her mother and her father (she did not provide specific information). As we know from declarations, Tatiana's decision to marry a Muslim was not a self-evident choice and was disproved by her parents initially. We know that Tatiana's parents opposed to Tatiana's marriage to a Muslim. Lithuanians and Russians often looked down to people from the Central Asia and promoted themselves as a Westernized and civilized people. The term "Asiatic" had a negative connotation and referred to backwardness, lack of culturedness, and religious conservatism. Islam was associated with various negative stereotypes, such as having multiple wives.

**5. The collapse of the Soviet Union and the effects of economic and social disintegration on the Kadamovas's family in the 1980s and 1990s**

**5.1. Effects of criminality on Kadamovas's life and business in late Soviet and post-Soviet times**

In the early 1990s, after the collapse of the USSR, Lithuania underwent transition from the communist command economy and one-Party system to market economy and democracy. The state underwent rapid liberalization, deregulation of prices, and privatization of state property. The transition process was defined by the collapse of state institutions, bank pyramid schemes, corruption, and inflation. It took several years to reestablish a functioning state again. Jurijus Kadamovas mentions that the country's economic changes devalued his mother's and stepfather's pensions. Workers' pensions would have been sufficient to buy food and pay bills in Soviet times. In post-Soviet times workers' pensions were not enough to pay bills due to privatization of the economy and cancelation of state subsidies.

Late Soviet times and early post-Soviet times were characterized by growing crime rates. In Vilnius crimes increased from 36 registered crimes per 10 000 people in 1970 to 205 in 1997. Vilnius had the highest crime rates in 1995–1997 compared to other cities in Lithuania. In the post-Soviet era new crimes became prominent. Such crimes as drug trafficking were little known in Soviet times. When borders opened, drug use became a new social issue. Jurijus Kadamovas's family and friends remember that he did not drink or use drugs which means it was common and known in his friend circles.

The era of the late 1980s and early 1990s in Lithuania is popularly known as "wild capitalism." It was a time when legal and state security systems were not functioning properly, when corruption was widespread, when some political elites and state security had links to the organized crime groups, and when organized crime leaders controlled parts of the major cities. In 1994–1996 banks collapsed, and people and companies lost 56 mln. Euros.

17

IFCD002879

In the early 1990s many citizens engaged in various businesses hoping to make money, some anticipated to make easy money in a short time. Buying cars in Germany and reselling in Lithuania or reselling scrap metal could have yielded very good income. Some people chose to do business instead of going to college in a hope of good life. Jurijus Kadamovas like many others tried various business ventures including opening of a video rental, reselling merchandise, renting jet skis and limousines.

In the early 1990s it was impossible to engage in business without encountering the criminal world. In the absence of law and order criminals controlled some newly emerging economic spheres. Jurijus Kadamovas's jet skis were stolen causing him lose money. In those cases not only various middlemen, but also border guards had to be bribed. In one known widely publicized case of 1996, an owner of a shop in the city of Panevėžys shot four racketeers and injured other four when they requested to pay 10,000 US dollars for protection of his business and family. While generally the organized crime was contained in 1995, some organized crime leaders were in freedom until 2000.

In declarations Jurijus Kadamovas's family and friends mention that it was impossible to run any business without paying for "protection." His sister Svetlana claimed that "Yura was threatened with extortion and physical violence if he did not comply. It was impossible to engage in business activities at the time without drawing attention from these shady characters." Gerard Daletsky, Jurijus Kadamovas's childhood friend, confirmed that Jurijus paid money for protection. "Everyone in business had to do this in order to survive and keep their business running." Vadim, Tadik's son, Jurijus Kadamovas's stepbrother, stated that "Jurijus was a good guy who tried to keep his distance as much as possible from these characters." Jurijus Kadamovas was able to prevail in this environment to make enough money to travel to the USA with his family, which could hardly be possible for a state sector employee. He also purchased an apartment in a newly developed area.

In 1995 Lithuania became an associate member of the European Union (EU). It also applied for the NATO membership. It meant that the country had a goal now—to join European economic and security structures. It had to accept EU legal regulations, institute democratic reforms, curb corruption, and criminality. Jurijus Kadamovas left to the USA before Lithuania joined the EU and before its economic and political transition was finalized.

**5.2. Changing labor market and meanings of wealth in post-Soviet times**

In Soviet times most of the population lived in poverty by the USA standards. The economy was defined by chronic shortages, there was not enough variety and quality clothing, food, or home merchandise in stores. Some foods, clothing items, and home merchandise were rarely or never available. People relied a lot on connections to procure goods or secure services. There were even jokes that children were accepted to the day care centers based on what their parents could contribute: plumbers could fix pipes; painters could paint walls. Some people earned money by what was called speculation, i.e., reselling goods they were able to procure.

To be wealthy in Soviet times would mean to be able to build a three- or four-bedroom family house (for many it took decades because building materials were in shortage and funds were

18

IFCD002880

limited), have a new car, go on vacation to a Soviet resort once a year, have food that was in shortage, and have some merchandise from Western countries. Traveling abroad was limited to people who were in the government, KGB, or were important and loyal Communist Party members.

A Soviet middle-class family in the late 1970s or 1980s would live in an apartment building with one, two, three or four rooms (not bedrooms), would have a car, could afford to buy some items and foods in shortage, go on vacation once a year. The Kadamovas family when they lived in Šnipiškės until he was 10 years old could not be described as a middle-class family. They were poor by Soviet standards. When they moved to a new apartment in Viršuliškės, their housing situation improved, but since his mother and stepfather were drinking, their overall situation most likely were not much better.

The time after the collapse of the Soviet Union coincided with Jurijus Kadamovas's young adulthood. The period from 1988 to 1995 (Jurijus Kadamovas was 22–29 years old) was described by transition from the centrally planned Communist Party run economy to market economy followed by deregulation and liberalization of economy, and privatization of state property. In a new democratic regime, people could enjoy freedoms of speech, religion, and movement. However, transition was not without repercussions. The Communist Party and the KGB had access to state property and knowledge how to privatize and manage it. Privatization of the property and land was seen as unjust by a large stratum of society. In Russia, the new oligarchs had background in the government and KGB apparatus system. In Lithuania corruption decreased after the integration into the EU. However, from 1988 to 1995 when Jurijus Kadamovas lived in Vilnius, corruption among political and new business elites was prevalent.

The collapse of the USSR was followed by the collapse of the labor market. In Soviet times various colleges and vocational schools prepared the young people for the Soviet centrally planned rather than demand driven market economy. The state decided how many jobs are needed in engineering, medical care, carpentry, etc. When students graduated, they were assigned position based on their education. After the collapse of the USSR and the dissolution of the Soviet economy, many jobs that were demanded by the Soviet economy were not needed. We could compare this transition to the shift to postindustrial era in the USA which happened in the 1970s. Like in the US, manual factory jobs lost their significance and a middle-class lifestyle became much more difficult to achieve. In Lithuania, the Soviet industry became dismantled, factories and rural collective farms were closed or privatized. The private sector needed differently skilled workers like computer specialists. Jobs became scarce, insecurities prominent, and unemployment skyrocketed. In this context, Jurijus Kadamovas skills as a carpenter were not very useful, especially since he had almost no job experience that could make him competitive in a new post-Soviet economy. Svetlana, Jurijus Kadamovas's sister noted that "Yura and I went to school during the Soviet period when it was assumed we would have a communist life. But then we had to find a way to make life in a very different world from what we were trained to live in." Moreover, in the early 1990s job ads asked for candidates with a college education even for various low level administrative positions or vocational careers. The new forms of exclusion from the work force, and the retreat of the Soviet collective dependence were perceived by people as disintegration of the collective, emergence of materialism, and, in general, decay of social relations.

19

IFCD002881

Social disintegration entailed changing relations among people, growing social stratification, definition of status based on income rather than education and connections. The Kadamovas family was not among those who benefited from economic transition. Neither Jurijus Kadamovas, nor his mother, stepfather, or his sister had relevant cultural (skills such as college education) or social capital (social networks) for social advancement in a new economy. In Soviet times they could at least be guaranteed employment and some social safety benefits (such as retirement benefits). They faced employment insecurity. Jurijus Kadamovas tried to start various businesses, as was common among young entrepreneurial men at that time. Moreover, Jurijus Kadamovas dreams to become a musician became not a prestigious career path in a money-oriented economy. In declarations it is mentioned that he was a talented musician and that he planned to make a proper career out of being a musician. Such a career would have been much more valued in Soviet times.

During the disintegration of the Soviet Union, when the economy collapsed many people resorted to various secondary jobs from growing vegetables to reselling homemade clothing or goods purchased in Turkey or other regions where they were cheaper. In the early 1990s it was possible to accumulate wealth, but many people did not know how to do it. Engaging in individual business was criminalized and morally disproved in Soviet times. Most people did not have entrepreneurship skills to establish and run business in an emerging market economy. Some earned lots of money by reselling scrap metal. In the early 1990s some people thought that they could become millionaires overnight if only they knew right people and got into right business. At that time some high school graduates, especially men, chose not to go to college in favor of starting business in a hope to make money. Jurijus Kadamovas abandoned his ideas to go to the music school and started businesses like many others. Jurijus Kadamovas was described in declarations as somebody who worked very hard, had big aspirations, and was ambitious unlike his family. However, because of the lack of skills, experience, and economic downturn, he was not successful.

In the late 1980s and the early 1990s a new status group—the "New rich" (or New Russians, New Lithuanians) emerged. They would wear golden chains on their necks and golden bracelets. Traditionally, in Soviet times it was not common for men to wear any rings, chains, or bracelets. The New rich style had been commonly associated with a lack of good taste, exuberant lifestyle, and criminality. These connotations are well articulated in jokes about New Russians. New Russians were also associated with particular body culture that emphasized muscular, athletic, and strong bodies. They would also engage in a particular lifestyle—partying at restaurants with women, drinking, and engaging in exuberant spending.

These "New rich" were derided in society as morally corrupt. In the Kadamovas's family video we see that Jurijus Kadamovas does not wear any golden chains or other accessories associated with the New Rich status (Krylov (?) in the video wears a golden chain with a cross). Gerard Daletsky, Jurijus Kadamovas's childhood friend, claimed that "Jurijus was not flashy or showy" at the time he was running his business in Lithuania.

**5.3. The impact of post-Soviet social and economic downturn on the Kadamovas's family**

In his youth Kadamovas lived through the processes of social disintegration. They included the rising ethnic tensions discussed earlier; increasing poverty levels of large strata of the population, unemployment, outmigration, increasing crime rates, and low birth rates. The 1988–1995 period

20

IFCD002882

is also defined by raising death and suicide rates. In 2016 Lithuania was declared to have the highest suicide rates in Europe. The suicide rates were especially prominent among men. Alcoholism and unemployment among the male population contributed to suicide numbers. Some scholars called the depth and scale of the socioeconomic collapse in Eastern Europe –"disaster capitalism" or "the worst economic crisis in peacetime ever experienced" (Ghodsee and Orenstein, 2021). They claimed that neoliberal economic reforms had not served the interest of the populations but rather benefited a small Eastern and Western elite. I would argue that in the case of Lithuania we do see the rise of the middle class that has significantly higher living standards than the Soviet middle class and can enjoy various freedoms. However, a significant part of the population did experience deleterious effects of the transition. They lost social securities, guaranteed employment, and were subjected to social and economic insecurity and uncertainty. In some Lithuanian villages and towns, the collapsing farm and industry buildings, unused former kolkhoz fields, depopulated areas, abandoned spaces and lack of any new investment reminded of a total collapse people experience during wars.

In Lithuania demography has been among the major national concerns since the 1990s. Large outmigration of young population caused a brain drain and demographic, labor, or social security crisis. From 1992 till 2017 the population of Lithuania decreased by 23%. At the same time the population over 65 years old increased from 15.8% in 2005 to 19.3% in 2017. Many people have emigrated for economic reasons; other important reasons included lack of social security and justice, and better work opportunities abroad. Jurijus Kadamovas's seeking out job opportunities abroad is very consistent with the migration patterns in Lithuania. Western European states and the USA in people's imagination were countries of plenty, where you could earn a lot of money (especially compared to Lithuanian salaries) and live a good life. Outmigration in Lithuania disrupted families leaving one spouse with children, or leaving children without both parents. The migration in Lithuania stabilized only in 2019 (the economic situation stabilized in the mid 1990s).

Jurijus Kadamovas left Lithuania at the time when the economy was stabilizing, organized crime was almost eradicated. In 2004 Lithuania joined the European Union and NATO, which had a strong positive impact by making it socially, economically, and politically an integral part of European nations.

### 6. Kadamovas's individual morality and Soviet and post-Soviet morality standards

### 6.1. Moral ideals in a communist society; state vs. people morality. Kadamovas's notions of responsibility to the family

In Soviet times school children were taught communist morality. It required love for the Soviet homeland, recognition and respect of authority, compliance with communist moral principles of collectivism and devotion to the homeland. In Soviet schools, teachers taught good behavior: respect for each other, respect for parents, teachers, and any other authority, and commitment to community values. Various children's books or animated stories advanced moral visions of collectivism, empathy towards others, commitment to a higher cause (e.g., through work for your homeland), importance of work, industriousness, and responsibility. Teachers were expected to ensure that children learn in a safe environment. If a child did not show up at school, teachers were expected to call or even visit families. Jurijus Kadamovas was considered a bad kid and a poor

IFCD002883

student. However, people were impressed by his music and it must have given him confidence and positive self-esteem (Jurijus Kadamovas mentioned that "I did respect myself for that."). In Lithuania knowing how to play an instrument generally was associated with education and higher status. Kadamovas claims to have been one of the worst students. He also noted that "Music saved me as a child."

In references supplied in support of her Communist Party membership in 1965, Jurijus Kadamovas's mother is described as a good wife and a good worker. It is likely that she complied with the workplace good behavior standards since Communist Party membership required good behavior. It could mean that she did not miss workdays, did not show up drunk at work, was in good relations with coworkers and authorities, did not have complaints from neighbors and the family (in Soviet times, husbands and wives or neighbors could complain to person's workplace if there was an issue they wanted to address). Exuberant drinkers were not accepted to the Party.

Soviet authoritarian society, although claiming equality for the people, was built on a hierarchical status-based system. The Communist Party elites had access to special stores, could travel abroad, vocation in the best resorts, and enjoy various other privileges from the best health care or the best living conditions. Intellectual elites, industrial, educational, social and health care authorities, constituted a lower, but more privileged strata. Status was also based on connections. The Kadamovas family were the lowest status group. They could earn respect in society through their hard work and being good citizens.

While we tend to think about morality as connected to *one* religion or a belief system, in some regions, including Soviet Lithuania, morality is contextual, that is, it is generally not immoral to have different values in different contexts or situations. In Soviet Lithuania people's public and private behavior often was informed by different moral standards. For example, publicly they could express devotion to the Communist Party, while privately condemn communism. Jurijus Kadamovas's mother joined the Communist Party most likely not because of her beliefs in communism (most people did not believe in communism in late socialism). Morality was also shaped by what people observed in everyday life—hypocrisy of the Communist Party elites and the government, inability to live a good life by following communist principles (corruption was widespread in Soviet times), humiliating hierarchical relations between citizens and authorities, and everyday violence discussed above. In Soviet times it was also common to adhere to moral values in a circle of family, close friends, and coworkers, while these same moral standards were not applied to outgroups. There was general distrust of the government, alienation from communist ideas, and disbelief in news in newspapers and other media. In early post-Soviet times cynicism towards the government derived from the informants' experience of poverty, marginalization, and insecurity. Distrust of the government authorities was also shaped by citizen's knowledge that every school has teachers who report students to the KGB, every workplace had informers who could report students to the KGB for an anti-Soviet joke.

In Soviet times people were loyal to members of their in-groups since loyalty was their security mechanism against corrupt and/or criminal state. Jurijus Kadamovas's distrust of the US state authorities has roots in Soviet and post-Soviet distrust of the state. His loyalty to Mikhel has roots in Soviet and post-Soviet culture when you had to be loyal to an in-group for security and protection.

22

IFCD002884

When the Soviet Union collapsed morality was in flux. Generally, the new rich were condemned, but young men might have adored them for their abilities to use the time of chaos in the state for their own advantage. When religious freedoms were restored, religion filled in the moral vacuum. It is likely that Jurijus Kadamovas's mother, although not a practicing Old Believer, preserved religious morality in Soviet times and most likely adhered to it in post-Soviet times. Jurijus Kadamovas's mother was buried according to the Old Believers' traditions.

The fact that Jurijus Kadamovas was accepted to the Komsomol Youth League while in the Army testifies to his good behavior in the Army setting. It is mentioned that he complied with the political and disciplinary requirements, he was a hard-working soldier, earned well-deserved respect among his comrades, had very good organizational skills, and was a caring friend and a reliable comrade. The Komsomol Youth League did not accept people who would be negatively characterized, who would have a criminal record, so it is likely that the reference letters speak about actual positive traits of Jurijus Kadamovas. Interestingly, he also reports that his time at the Army was one of the happiest times in his life. Both references mention that he could keep state secrets which was an important recognition. People who received such evaluation could be even recruited to work for the KGB, they were reliable to authorities and trustworthy.

Jurijus Kadamovas's sister, wife, and other relatives and friends speak about his exceptional commitment to the family. Jurijus Kadamovas lived with his grandparents, took care of them. He also lived with his wife's parents and supported them. His commitment to his extended family is exceptional since the cultural rule is that parents have to provide for children, not vice versa. As a single major provider for so many people in the late 1980s and the early 1990s, he took up a very important role that secured his worth as a male breadwinner. In declarations he is also defined as a loving and gentle husband, a loving and good father, son, and brother. Aspiration to live a good life and give a good life to his son were his life goals. It documents his morality to live a better life different from the life he experienced living in poverty, domestic violence, and parents drinking. His wife Jūratė claimed that "Jurijus wanted his son to have a good life, a better life than he had."

In declarations Jurijus Kadamovas was described as caring and generous. His wife Jūratė described him as a good father and a good family man. In "Chrono Kadamovas" dated 7/20/05 it is stated that Jūratė was aware that Jurijus Kadamovas had extramarital relations. Most of the interviewed talked about how he supported his family. Jurijus Kadamovas cared for his drinking mother, which testifies to his deep commitment to his family since generally drinking parents were socially condemned. He also supported his sister Svetlana and her son Maxim, his mother and stepfather. He helped with funeral expenses and even supported his stepfather Tadik after his mother Tatiana Kadamova died. He also paid for his sister's Svetlana's wedding enacting her father's role.

An example of a good family relations Jurijus Kadamovas could have observed in case of his maternal grandparents. Jurijus Kadamovas's grandparents were described in declarations as a very close and loving couple. Jurijus Kadamovas was close to his grandmother and grandfather. Jurijus Kadamovas was 16–17 when grandmother died. When his grandfather lived with Tatiana and Tadik, Jurijus Kadamovas would bathe his grandfather, shave him and cut his hair. His grandfather died at 81, in 1998.

**7. Comments on Dr. Richard Anderson's testimony May 18, 2021**

23

IFCD002885

In the Dr. Anderson's testimony there is no distinction between different periods of the Soviet era. Stalin died in 1953. Post-Stalinist period was followed by relative liberalization under the General Secretary of the Communist Party of the Soviet Union Nikita Khrushchev. Leonid Brezhnev's period is known as the time or relative stability and stagnation.

Dr. Anderson claims that "There was a body of normally about 10 to 15 men who controlled everything that the Communist Party did." (p. 68-69) Or "The Politburo, this group of 10 to 15 men, always – there was always one man who was the most powerful member of that group. During the period 1966 until his death in 1982 that man was a man named Leonid Brezhnev." It should be qualified that the USSR had a functioning government. Moreover, what is not mentioned in the testimony, each Soviet Socialist Republic (there were 15 republics that constituted the USSR) had a separate local government and certain autonomy in their republics. Soviet Lithuanian government promoted local cadres, the Lithuanian language and culture. During Soviet times, Lithuania was 80% Lithuanian unlike other Baltic republics, Latvia and Estonia with large Russian minorities. Moreover, Soviet Lithuania was considered among the richest and Westernized republics of the USSR.

Dr. Anderson was asked "And what was the Communist doctrine with regard to morality?" He answered that "If the -- an act might be moral or immoral. The standard for whether it was moral or immoral was did it serve the goals of the Communist Party. If it advanced the objectives of the Communist Party it was moral, if it did anything else it was immoral." (p. 74). In the Soviet Union the Communist Moral Code was published in 1961. The very first principle was "Devotion to the cause of communism." It also advocated collectivism, good relationships between human beings, mutual respect in a family, and care for upbringing of the children, intolerance to injustice, friendship, and brotherhood with the nations of the USSR, intolerance to racial and national discrimination, conscious work, social responsibility, etc. Thus, if a person enacted these moral values, some of which overlap with Christian values, he was considered a good Soviet citizen. In Dr. Anderson's vocabulary it means serving the Communist Party. His statement makes us think that citizens blindly followed an illegal and corrupt regime since it is not explained what the "Communist moral doctrine" entailed.

Relatedly, answering the question what the lawlessness and the chaos that Dr. Anderson described in post-Soviet times is attributable to, Dr. Anderson states that "Another reason for it was that if you teach people in schools, which this Communist morality I talked about was actively taught, there was a special class in school on how to be a moral Communist person, if you teach them that group goals are what count and they're only important to the degree that they serve group goals, they grow up with a kind of attitude that "I'm really not responsible." I mean some people figure out responsibility anyway, but you're just encouraging them to feel like, "Okay, I'm simply part of this group and whatever the group does I do and it's really not my choice." " (p. 82–83). If an individual worked in a group, maybe it would be a possible scenario, however, the Soviet Union did not erase individuality and personal responsibility. Social research shows that we cannot think of individuals as brainwashed automatons fulfilling state ideology or orders. Their actions are influenced by various factors, different communities, and people around them. Moreover, as I mentioned above, people officially and in public institutions were also encouraged to be responsible citizens.

24

IFCD002886

Dr. Anderson was asked "And did the Soviet system, the Soviet regime, value or devalue the individual citizen?" He responded that "Oh, well it treated the individual citizen as a cog in the machine, so you could say that it reduced the individual citizen to simply a kind of mechanical device. So it devalued him, in answer to your question." (p. 75) It is correct that the needs and interests of the state were higher than individual rights or human rights. Epidemiological crises, disease breakouts, food or water contamination, military disasters were covered up. However, at the everyday level many people could enjoy forms of recognition, seek career, etc.

Lithuanian society was not like the rest of the Soviet Union. It had its own national language, national culture, and it was more Westernized than other republics. Soviet republics were subject to the USSR Central Committee governance, the Communist Party decrees and resolutions even if they had their own governance and some economic and cultural autonomy.

To conclude, it is important to consider that Lithuania was different from other USSR republics or Russia. The declaration provides a too general explanation of many aspects of governance and everyday life in Soviet Lithuania, including criminality, morality of citizens, a sense of individual responsibility, and state-citizen relations. It does not discuss important aspects of Lithuania's path to the EU starting 1995, which democratized society and integrated it into political, economic, and cultural zone of the EU. Russia since 2000 has become more authoritarian. It is also important to emphasize that late socialist period (1960–1980s) which is the most relevant to this case, was different from the Stalinist period in respect to violence, criminality, and state governance.

Neringa Klumbyte

03/10/2023

25

IFCD002887