**Declaration of Bradley D. Woodworth**

**Name, Background, Education, Expertise**

1. My name is Bradley Davis Woodworth, and I am Associate Professor of History at the University of New Haven and Program Manager of Baltic Studies at Yale University. At the University of New Haven I teach undergraduate courses in history, with a focus on the history of Russia, the USSR, and post-Soviet Russia. At Yale University I direct an academic program whose focus is research in the lands and peoples of the three countries of Lithuania, Latvia, and Estonia. I have published numerous book chapters on the history of the Baltic region, primarily pertaining to the nineteenth century and early twentieth century. I am also author of a number of articles in peer-reviewed academic journals on the history of the Baltic region, including articles in the Estonian and Russian languages. I am also co-editor of two books on the Baltic region while under Russian tsarist rule, and the co-author of a book on the history of St. Petersburg, the imperial capital.

2. I have extensive personal experience living in the Baltic region, having spent over three years there, primarily in Estonia. From April 1990 to September 1991, I studied and worked in the Estonian Soviet Socialist Republic (now independent Estonia). In the summer of 1990 I was a student in a summer school run by the then-existing Estonian Humanities Institute (later subsumed into the University of Tallinn). From September 1990 to September 1991 I worked in Tallinn, the capital of what was then the Estonian Soviet Socialist Republic (after August 1991 the capital of the Republic of Estonia) as a

IFCD002809

journalist for an English-language weekly newspaper named the *Estonian Independent* (later, the *Baltic Independent*) published by the Estonian state news agency (formerly, the Estonian branch of TASS, the Soviet state news agency). In this capacity I wrote articles not only on events in the Estonian Soviet republic, but also the Latvian Soviet republic and Lithuanian Soviet republic. In December 1990 I reported from Vilnius, Lithuania, on a joint meeting of the parliaments (former Supreme Soviets) of the Lithuania, Latvia, and Estonian republics.

3. I lived in the Baltic region again from the spring of 1997 to the fall 1998 as a Fulbright-Hayes Fellow conducting dissertation research in Estonia. After 1998 I made nearly yearly trips to the region to conduct research or to attend conferences. These included visits to Lithuania and Latvia.

4. I also serve as a board member in the world's largest Baltic Studies academic organization, the Association for the Advancement of Baltic Studies (AABS). In April 2022 I was elected as this body's Vice-President for Conferences. I previously held this same position from 2012 to 2014. In this role I was director of a major international conference of Baltic and Scandinavian Studies held at Yale University in March 2014. From 2008 to 2012 I was the AABS's Vice-President for Publications.

5. I have been asked by the Indiana Federal Community Defenders office to review materials connected to the trial in 2006 and 2007 of Jurjius Kadamovas, as well as material collected more recently, and to compose this declaration with the end of

IFCD002810

Ex. 3 pg.2 of 54

providing expert opinion on conditions in Lithuania in the late Soviet period and in the 1990s.

6.   Pursuant to this request, I have read various documents from the original trial and documents highlighting aspects of Mr. Kadamovas's life obtained in Lithuania and in the United States, and I have read extensively in English, Russian, and Lithuanian-language materials on Mr. Kadamovas. I have also conducted in-depth research specifically into social and economic conditions in Lithuania in the 1990s.

Signed March 3, 2023

IFCD002811

**Contacted by Kadamovas legal team; referral question**

7. I was contacted by Jurijus Kadamovas's legal team and asked to provide information about the history and economic changes of Lithuania as it gained independence from the Soviet Union.

8. I was asked to give my opinion about the cultural relevance of these changes in relation to its citizens, specifically Jurijus Kadamovas, and the challenges faced amid the turbulence of a new nation and in a quickly evolving society and economy.

**Social and economic position of Lithuania within the Soviet Union**

Lithuania in general

*Background up to end of World War II*

9. Like its counterpart Baltic states Estonia and Latvia, Lithuania was militarily occupied by the USSR in June 1940. In August 1939, Soviet and German officials had met in Moscow to sign a treaty of non-aggression (popularly known as the Molotov-Ribbentrop Pact). They also signed a secret additional protocol dividing the countries of eastern Europe between Germany and the USSR into German and Soviet spheres of influence. Lithuania was initially to be in the German sphere, but in a supplement to the treaty signed in September 1939 put Lithuania into the Soviet sphere.

10. The lands of these three countries had been within the tsarist Russian Empire. The Lithuanian lands had become part of the Russian Empire in the last partition of Poland in 1795, and the territories that later became Estonia and Latvia entered the Russian

IFCD002812

Empire in 1710. Lithuania, Latvia, and Estonia all became independent states after the collapse of the tsarist empire, though it took until 1920 for that independence to be secured. The city of Vilnius (Pol. Wilno) had been seized by Polish forces in 1920 and then was annexed. As Soviet forces moved eastward into Poland in September 1939 and took Vilnius, Stalin "gave" Vilnius to Lithuania in exchange for allowing Soviet troops to be garrisoned in Lithuania.

11.  With Lithuania occupied by Soviet forces in June 1940, the following month new pro-Soviet assemblies were quickly formed to formally request incorporation into the USSR. Formal  annexation into the USSR came in August. Lithuania (like Estonia and Latvia) were under Soviet rule for nearly a year before Nazi Germany invaded the USSR in June 1941. It should be pointed out that while the Germans conducted forced labor conscription among Lithuanians, Latvians, and Estonians, and German-led military units of Latvians and Estonians were formed, it was the Baltic Jewish population that was directly targeted for destruction. In Lithuania, which had the largest Jewish population, no fewer than 190,000 Jews were murdered – over 95% of the country's Jewish population. Many ethnic Lithuanians, for whom material and ethno-national advancement were motivations, became murderous German collaborators; most of the rest were not rescuers, but remained bystanders. All three countries were under German occupation until the summer of 1944, when advancing Soviet troops pushed the Germans out in July and August (Riga was abandoned only in October).

IFCD002813

*Lithuania as Soviet Socialist Republic (SSR)*

12. With German forces gone, Lithuania was, and remained, occupied by Soviet troops. The
reestablishment of Soviet rule was brutal. In 1948 40,000 Lithuanians including men,
women, and children were deported to Siberia; another 33,500 were deported in 1949,
and 20,300 in 1951.[1] Deportees were transported via train in cattle cars, and the
journey to varying final stops in Siberian gulag camps lasted several weeks. The forced
deportations had two purposes: to coerce peasants into leaving their private farms and
enter collective farms run by the state (known as *kolkhozy* in Russian); and second, to
discourage support for underground armed anti-Soviet resistance fighters, known as
"forest brothers" due to their most common place of hiding. The forced reconstruction
of the Lithuanian rural economy away from privately held land to the *kolkhozy* came not
only through the real threat of deportation, but also through taxation. Between 1948
and 1951 taxes owed by peasants were raised fivefold and by that latter year 94
percent of peasants had joined a collective farm.[2]

13. Resistance of Sovietization of society was strongest in the rural areas. Armed
underground organized resistance to Soviet rule was present in all three Baltic Soviet
republics, but the movement was strongest in Lithuania. The number of armed fighters
between 1945 and 1952 is to have totaled 50,000 and those providing logistical support

[1] Alfonsas Edintas, et al., *The History of Lithuania*. Revised 2nd edition (Vilnius: Eugrimas, 2016), 249.
[2] Zigmantas Kiaupa, *The History of Lithuania*. 2nd supplemented edition (Vilnius: Baltos Lankos, 2005), 303.

IFCD002814

and supplies numbered just as many. [3] The deportations to Siberia, which took place also in Latvia and Estonia and specifically targeted families, were aimed at ending support to these partisan fighters. In 1948, no fewer than 70,000 special Soviet internal security troops were deployed in Lithuania against the forest brothers, and regular Soviet army forces were at times used.[4] The number of partisan fighters killed is estimated at 20,000 and with civilian supporters, a total of 34,000 killed.[5] The number of people killed by partisans in the Lithuanian SSR – both Soviet officials and Lithuanian collaborators – is estimated at 19,000.[6] The forest brothers movement gradually declined due to the intervention of Soviet forces and to gradual acceptance of Soviet rule by the population.[7] By 1952 only 700 Lithuanian forest brothers were believed to exist, and most of these re-entered civilian life when an amnesty was granted in 1955.[8]

14. Among the three Baltic countries, Lithuania suffered the most in the violence connected with the Sovietization of society following World War II. An estimated 128,000 Lithuanians were deported to Siberia between 1944 and 1953. [9] An even larger number of Lithuanians who in these years found themselves in Soviet-run prisons in these years

---

[3] Kiaupa, 305; Romuald Misiunas and Rein Taagepera, *The Baltic States: Years of Dependence, 1940-1990*, expanded and updated edition (Berkeley: University of California Press, 1993), 88.
[4] Misiunas and Taagepera, 91.
[5] Kiaupa, 307 and Arvydas Anušauskas et al., *Lithuania in 1940-1991: The History of Occupied Lithuania* (Vilnius: The Genocide and Resistance Research Centre of Lithuania, 2015), 348.
[6] Kiaupa, 307.
[7] Arvydas Anušauskas et al., 313; Misiunas and Taagepera, 92-93.
[8] Misiunas and Taagepera, 93.
[9] Andres Kasekamp, *A History of the Baltic States*, 2nd edition (London: MacMillan, 2019), 133 and Kiaupa, 308.

IFCD002815

were sent outside of Lithuania to prison camps spread throughout the USSR in the country's forced labor Gulag camp system. Over 142,000 such prisoners were sent out of Lithuania in the years 1944-1952.[10] At the end of the war Lithuania also saw a large number of its people leave for Poland rather than remain in the new re-Sovietized Lithuanian republic. This was primarily Poles, including 80% of the population of Vilnius. In 1945-1946 some 197,200 people arrived in Poland from Lithuania.[11] Pre-war Lithuania had a large German population, particularly in the town Klaipeda; nearly all its German population left the city by 1945. Deportations to the USSR in the first Soviet occupation of 1940-1941, and then between 1944 and 1953 are estimated at 275,000. The numbers of Lithuania's citizens who fled west during the years 1942 to 1945 are estimated at 50,000.[12] Lithuania's total population losses over the course of the war are estimated at 500,000, or nearly 17% of the country's population.[13]

*Lithuania within the wider USSR*

15. Territorially the post-war USSR consisted of 15 republics, and the lands that has been the Republics of Lithuania, Latvia, and Estonia before 1939 became the Lithuanian, Latvian, and Estonian Soviet Socialist Republics.[14] The republics were fully constitutive parts of the USSR, though Lithuanians, Latvians, and Estonians were able to keep their

---

[10] Anušauskas et al., 249.
[11] Anušauskas et al., 348.
[12] Misiunas and Taagepera, 354.
[13] Anušauskas et al., 347.
[14] Some territorial changes between the interwar republics and the post-war Soviet republics included for Lithuania the gain of lands in western Lithuania that had been held by Poland, including Vilnius; in 1944 Latvia and Estonia both lost to the Russian Soviet Federative Socialist Republic some territories on their western borders with Russia.

IFCD002816

own ethnic identity – though in all areas of life this identity and its manifestations were limited to what was permissible to Soviet authorities in Moscow and to their local representatives. The head of the Lithuanian Communist Party – and thus local head of the Lithuanian Soviet Republic – from 1940 until his death in 1974 was the Lithuanian Antanas Sniečkus, but for the entire Soviet period with the exception of 1954-1956, the second party secretary was an ethnic Russian. In the years after the end of World War II, Vilnius – dominated by Poles and Jews before the war – was newly populated by Lithuanians. It should be noted that in these terms here referring to ethnicity – "Poles," "Jews," and "Lithuanians" – and, below, "Latvians" and "Estonians" – are ethnonyms. They do not indicate citizenship in an eponymous state but were used in official state records and by the population at large in the USSR.) While after 1940 Lithuania, Latvia, and Estonia no longer existed as independent states, this declaration will nevertheless use the place names "Lithuania," as well as "Latvia" and "Estonia." The precise meaning of these toponyms in the Soviet is thus somewhat ambiguous, but roughly speaking they refer to the territories of the Lithuanian Soviet Socialist Republic, the Latvian Soviet Socialist Republic, and the Estonian Soviet Socialist Republic.

16. Soviet Lithuania differed from Soviet Latvia and Estonia in that while large numbers of non-Latvians and non-Estonians – overwhelmingly, though not exclusively Russians – were brought to Latvia and Estonia to work in new industrial factories constructed in the post-war years, this happened to a much lesser degree in Lithuania. There were several reasons for this. The vast majority of newly arrived Russian speakers (this document uses the term "Russophone" to refer to Soviet citizens whose everyday-

IFCD002817

language of choice was Russian, regardless of any officially designated or unofficially

held nationality) came to work in industry, but Lithuania had been less urbanized than

the other two countries before World War II and remained so in the post-war decades;

this led to significantly less immigration from Russian parts of the USSR. Secondly, it is

believed that the strong forest brothers movement in Lithuania discouraged Russian

immigration. Finally, though Lithuanian Communist Party head Antanas Sniečkus was

completely loyal to USSR party chiefs in Moscow, it is believed he was aware of the

strong nationalist feelings of many Lithuanians and pragmatically would not have seen

heavy Russian immigration as solidifying the position of Lithuania in the USSR.[15]

17. In the three decades from the mid-1950s to the mid-1970s, the Lithuanian SSR was a

place where most local issues were dealt with by decision makers within Soviet

Lithuanian administrative and party structures rather than always directly by officials

in Moscow. This was due in large part to the strength of the head of the Communist

Party in Lithuania, Antanas Sniečkus. After Stalin's death in 1953, Sniečkus increased

the portion of ethnic Lithuanians in Soviet state and party positions. While in 1952

ethnic Lithuanians made up less than a third of members of the Communist Party of the

Lithuanian SSR, by 1965 Lithuanians made up two-thirds of the party.[16]

18. Urbanization increased in the 1950s and 1960s. For Lithuania, the growth of the urban

population came primarily from the countryside. Compared to Latvia and Estonia,

[15] See Misiunas and Taagepera, 206.
[16] Kasekamp, 135.

IFCD002818

Ex. 3 pg.10 of 54

however, much of Lithuania remained quite rural, passing the mark of 50% rural vs. 50% urban only in the mid-1970s.[17] While immigration from other parts of the USSR to Lithuania was much lower than in Latvia and Estonia, the numbers of immigrants to Lithuania – nearly all of whom were Russophones – was still significant, with some 160,000 arriving between 1945 and 1955.[18]

*Economic issues in the Lithuanian SSR, 1960s-1970s*

19. In the economy, there was even some degree of autonomy. In the 1960s, aspects of local self-management were introduced in industrial production throughout the Soviet economy, and these was eagerly championed in the three Baltic republics. The new approaches involved some administrative autonomy and some freeing of enterprises from an economic straightjacket within the wider Soviet economy, making possible the linking of payment to workers with enterprises' profitability. (Prices and the cost/value of labor in the Soviet economy did not exist on reliable scales as the economy – other than the black market – did not function within free markets.) The economies in the Lithuanian SSR – as well as the Latvian and Estonian SSRs – were notably more efficient than elsewhere in the Soviet Union, and this was particularly noteworthy in the agricultural sector. State-run collective farms (the *kolkhozy*) often produced at much

---

[17] In Lithuania, 24.0% of the population lived in towns and cities in 1940, while the percentage of urban dwellers in Estonia was 33.6% and in Latvia 35.2%. By 1960, the urban-rural gap had increased: in that year 39.3% of Lithuania's population was urban, while 57.1% of Estonia's population was then urban and an estimated 54% of Latvia's population. It was not until the second half of the 1970s that the gap between Lithuania's and, on the other hand, Latvia's and Estonia's urban population dropped below 10%. See Misiunas and Taagepera, 192 and 364.

[18] Misiunas and Taagepera, 358. During the same period immigration to Latvia from elsewhere in the USSR totaled 535,000 and to Estonia 230,000.

IFCD002819

higher levels than in state farms in other Soviet republics, though there were not as efficient as agricultural enterprises in Scandinavia. Though the collective farms did relatively well, much of the total of agricultural goods in Lithuania were produced in small, privately owned plots of lands. In 1975, 39% of the entire agricultural product of the Lithuanian SSR came not from lands farmed state-run enterprises but by private initiative, on privately-held land, this despite the fact that the collective farms held the vast majority of arable land and included – at least on paper – the bulk of labor inputs.[19]

20. While light industry and agriculture remained the dominant sectors of the economy in Soviet Lithuania, the republic also saw in investment from the central Soviet economy in heavy industry. Jurijus Kadamovas's father, Aimukhamed Kadamov, was born in the Turkmen SSR and came to Lithuania as a soldier in the Soviet Army. He was stationed there for two years, likely beginning in late 1959 or early 1960. He remained in Lithuania and worked as a machine operator – a worker in the expanding industrial economy. By the end of the 1960s, nearly one third of workers in all areas of industry were in machine construction.[20]

21. It was also in this period that the relative degree of autonomy in economic decision-making began to end. Centrally organized all-Soviet industries expanded their reach into the Lithuanian SSR, and "command administrative" approaches in the economy directed from Moscow grew in the 1970s. By the mid-1980s, only 10-12 percent of

---

[19] Misiunas and Taagepera, 231-232, 234.
[20] Misiunas and Taagepera, 110

IFCD002820

industrial production in Lithuania was under the control of decision-makers in the Lithuanian Soviet republic.[21]

22. Some immigration of non-Lithuanians continued to buttress the labor force as labor shortages became a problem in the 1970s, but immigration did not occur at the same levels as in the decade after World War II. In the 1970s, particularly after Sniečkus's death in 1974, Moscow's direction and control of economic production in Lithuania grew. One group of Lithuanian historians conclude that by the mid-1980s, decision makers in Lithuania had control over only 10 to 12 percent of the republic's industrial output.[22]

23. Though the numbers of Russians and Russophones brought to the Lithuanian Soviet republic were smaller than in Estonia and Latvia, arguably Russification of Lithuanian society continued and perhaps even strengthened in the 1970s and into the 1980s. The continuing dominance of the Communist Party in Lithuania meant that the Lithuanian Soviet republic was far from anything one could call a Lithuanian nation state. Directives from Moscow increased the presence of the Russian language in Lithuanian daily life. Instruction in the Russian language in Lithuanian-language schools, which had begun in the third year of instruction was in the 1970s pushed to beginning in the first year, and in 1984 a program begun in which selected Lithuanian schools had more enhanced instruction in Russian. In addition, the amount of television and radio

---

[21] Anušauskas et al., 473.
[22] Anušauskas et al., 470-473; Misiunad and Taagepera, 228-229.

IFCD002821

programming in Russian increased in the 1970s. One particularly significant result of the emphasis on Russian in the Lithuanian (and other non-Russian Soviet republics) is that while nearly all non-Russians tended to learn Russian to one degree of another, Russophones generally did not learn Lithuanian as well. In 1979, 37 percent of Russians in Lithuania considered themselves fluent in Lithuanian.[23] Finally, it should not be forgotten that in the Soviet Union all young men at the age of 19 were obliged to serve in the Soviet armed forces. The language of everyday use in the Soviet military throughout the USSR was Russian. In official, government settings in Lithuania Russian was overwhelmingly used, and in Vilnius one could easily live and work without knowing Lithuanian. This all helps explain why Jurijus Kadamovas speaks little Lithuanian.

*Economy and society in late-Soviet Lithuania*

24. Throughout the USSR in the late 1970s and into the 1980s, economic growth slowed, and shortages of goods became increasingly common. This influenced the Lithuanian SSR as well, though even in the 1980s a number of large power-generating projects were completed in Lithuania in this decade, including a nuclear power plant that came online in 1983 at Ignalina (with nuclear reactors similar to the nuclear plant at Chernobyl).

25. Economic activity outside of approved, legal bounds expanded rapidly and deception within by workers and managers grew. The late Lithuanian historian Vytautas Tininis

[23] Misiunas and Taagepera, 283; Anušauskas et al., 445-447.

IFCD002822

explains: "The USSR leaders attempted to solve the economic problems by halting the rates of the real growth of workers' compensation. However, this affected the economic motivation of workers and work productivity declined further. In the mid-1970s some of the Soviet leaders realised the impending danger but did not do anything to avoid economic disasters – they were more concerned with the implementation of Communist ideology in society. It was believed that socialist competition and a conscious Communist attitude toward work would improve the performance indicators. In each work collective team compulsory socialist competition, controlled by party committees, had to be organised. However, the results were the opposite: such 'competition' encouraged misrepresentations in the books and deliberate deception. After checking all Lithuanian companies in 1984, misrepresentations were found in 37% of them."[24]

26. By the early 1980s it was clear that wide-spread economic reforms were needed throughout the entire Soviet Union as economic growth had slowed. Production targets were routinely missed in agricultural production, production of consumer items, and in labor productivity. Two areas where growth continued were heavy industry and military industry.[25] At the same time, the period of the mid-1960s to the mid-1980s was one of social stability and economic security for the USSR overall, in comparison with the first two post-war decades. It was Mikhail Gorbachev who in early 1986, less than one year after coming to power, began using the term "stagnation" (Rus. застой, *zastoi*)

---

[24] Anušauskas et al., 473-474.

[25] Nicholas V. Riasanovsky and Mark D. Steinberg, *A History of Russia*, 9th edition (New York: Oxford University Press, 2019), 523-524.

IFCD002823

to refer to the Soviet Union of the years from the mid-1960s on. The slowing of the Soviet economy by the early 1980s should not cloud the truth that this period gave Soviet citizens an economy and conditions of daily life that were much improved over those of the years immediately following World War II. Anthropologist Neringa Klumbytė and political scientist Gulnaz Sharafutdinova write in their recent study of Soviet society in this period: "In contrast with earlier Soviet periods, this era distinguishes itself as relatively stable, prosperous, and non-violent, with governing methods involving negotiation, dialogue, and moral upbringing as well as control and discipline."[26]

*Underground economy not directed by the state and everyday illegal economy*

27. On the other hand, throughout the Soviet Union, an underground economy developed and grew in the 1960s and into the 1970s and 1980s – one that was not directed by the state, which managed and directed all legal economic activity. It is difficult to know its extent, as official statistics were not kept. The illegal economy involved everyday ordinary things like paying a repairman off the books so he would fix your refrigerator, or purchasing on the black market goods not available in stores –  things such as clothing, medicines, household goods, cigarettes funneled off illegally by workers – or paying a bribe to get your child into a selected school, or to get medical care outside of the established system of care and its lines. This all was part of Soviet citizens' daily life – small illegal acts. Such acts were done, in the Russian turn of phrase, *nalevo*, "on the

[26] Neringa Klumbyte and Gulnaz Sharafutdinova, eds., *Soviet Society in the Era of Late Socialism* (Lanham, MD: Lexington Books, 2012), 7.

IFCD002824

left-hand side." And if you had special contacts that allowed you go around the

established order, get something done under the table, this illegal access was called

*blat*. Historian of Russian organized crime Mark Galeotti writes: "Bribery, connections

and *blat* were ways in which citizens could exert some personal control over their lives

and a world which were otherwise shaped by the Plan, the command economy and

scarcity."[27]

*Goods and services of Lithuania economy/imports and exports*

28. Despite the slowing of the economy and despite black market activity and intentional

misreporting, the Lithuanian SSR – like the Latvian and Estonian SSRs – were notably

more prosperous economically than other parts of the USSR. In the late Soviet period,

Lithuania produced more than twice the average amount of meat for all the USSR (311

pounds vs. 137 pounds), more than twice as much milk per capita, and over three and a

half times as much butter. With a population that accounted for 1.3 percent of the

population of the entire USSR, Lithuania produced 5.6 percent of all Soviet-made

refrigerators and 6.8% of all televisions, 5.2% of all socks, and 4.7% of all butter.[28] In

the later years of the USSR, 43% of all goods produced in the Lithuanian Soviet republic

were exported to other Soviet republics, and 43% of all goods imported to Lithuania

came from other Soviet republics.[29]

---

[27] Mark Galeotti, *The Vory: Russia's Super Mafia* (New Haven: Yale University Press, 2018), 91.
[28] Anušauskas et al., 474.
[29] Anušauskas et al., 475.

IFCD002825

29. Urbanization in the 1950s and 1960s changed the demographic face of Lithuania, and by 1980 an estimated 62 percent of the population were urban. Between 1970 and 1983, Jurijus Kadamovas's childhood and early teen years, Vilnius grew from a city of 370,000 to 535,000. Living in the city was a significantly more attractive alternative than living in the countryside, where many houses were decades old (including ones from the nineteenth century) and lacked running water and sewer systems.[30] Several suburbs with high-rise apartment buildings in Vilnius were constructed in this period, including the Viršuliškės section of the city, where Kadamovas with his mother and sister moved in 1976, into a two-room, spartan apartment provided by the state.

30. In the 1970s, over a third (38 percent) of Vilnius's workforce was employed in industry, and close to 16 percent in education, culture, and the arts. Transportation accounted 8.9 percent of the workforce, trade and services 8.8 percent, and building construction 7.5 percent. Ethnic Lithuanians comprised 47.3 percent of the city's population in 1979, Russians 22.2 percent, Poles 18.0 percent, and Belarusians 6.4 percent.[31]

Jurijus Kadamovas's family

31. Jurijus Kadamovas's family history is not exceptional within the ambit of  Lithuania's history after its loss of independence in 1940. Neither of his parents are ethnically Lithuanian in the sense that neither spoke Lithuanian as their native language, but this

---

[30]  Misiunas and Taagepera, 232.
[31] Theodore R. Weeks, *Vilnius Between Nations, 1795-2000* (DeKalb: Northern Illinois University Press, 2015), 212.

IFCD002826

was common in the multiethnic lands that are eastern Europe and the empires of Russia and the USSR. It was empire and war that produced the conditions that brought his parents together. Moreover, both of their families came to where they were in the twentieth century as a result of the violent, expansionist, and repressive power of the Russian state.

32. A comment here on the varying forms of names of individuals in this document is perhaps in order. The grammatical rules inherent in the Lithuanian and the Russian languages dictate how a name, particularly a surname, appears in that language. The name "Jurijus Kadamovas" is a grammatically "Lithuanianized" form of the linguistically Russian name Yuriy Kadamov (Юрий Кадамов).[32]

*Jurijus Kadamovas's father and his family*

33. Kadamovas's father, Aimukhamed Kadamov was born in the Turkmen SSR in 1941 in a village not far from the republic capital Ashkhabad (today, Ashgabat). This part of Central Asia was brutally annexed into the Russian Empire in the early 1880s, after the Russian assault of a nearby Turkmen stronghold in 1881 that came at the cost of no

---

[32] To go further, the surname of Kadamovas's father, Aimukhamed Kadamov, is a slavicized form of the Turkic surname "Kadam." One of the paternal forebears of Aimukhamed, who was born in Soviet Turkmenistan, adopted the form of the name. A separate issue is variant spellings of a name. The birth surname of Jurijus's mother appears in documents with the spellings Konopkina" and "Kanopkina" (transliterated from the Cyrillic alphabet). The variance in the initial vowel merely reflects the fact that as the first syllable of this name is not stressed, its pronunciation in spoken Russian is here virtually identical to the sound for "a." "Konopkina" is the grammatically feminine form of "Kanopkin," which is grammatically masculine.

IFCD002827

fewer than 14,000 Turkmen lives.[33] Little is known about Aimukhamed's parents. His daughter Svetlana wrote in a declaration that his father was killed in World War II and that his mother had been the head of a collective farm in the Turkmen Soviet Republic, a position of unexpected prestige and responsibility for a woman in Turkmenistan. Aimukhamed Kadamov came to Soviet Lithuania as a soldier in the Soviet Army and was stationed there for two years, likely beginning in late 1959 or early 1960. During his service he met a young girl, Tatiana Konopkina, likely just 16 years old when they met. In 1964 he and Tatiana were married in Vilnius. He was employed as a machine operator – a worker in the expanding industrial economy of Lithuania. There was a worker shortage in Lithuania in the 1960s were needed in Lithuania, and so his labor was welcome. Tatiana worked in a factory in Vilnius that produced electric meters. By the end of the 1960s, nearly one third of workers in all areas of industry in Lithuania were in machine construction.[34]

34. Aimukhamed spent most of his time in Lithuania in Russophone environments – the Soviet Army and then the factory in which he worked, which, given the fact that many other workers would have likewise come from other parts of the Soviet Union, was undoubtedly one in which Russian was the language primarily used.

---

[33] Adeeb Khalid, *Central Asia: A New History from the Imperial Conquests to the Present* (Princeton: Princeton University Press, 2021), 83-84.
[34] Misiunas and Taagepera, 110.

IFCD002828

*Jurijus Kadamovas's mother and her family*

35. Jurijus Kadamovas's mother, Tatiana Varfolomeevna Konopkina (Kadamova after 1965), was born in 1945, in the village Skrebuliai about 35 miles north of Vilnius. Her family had a small farm, with two cows and one horse. They grew their own food and lived extremely frugally. Tatiana's family was Russian, and the language they used at home was Russian. It should be noted that the family attended church services in an Old Believer congregation, doing so for religious holidays, but apparently did not otherwise regularly. This affiliation with Old Believers came through the family of Tatiana's mother, Aleksandra Kirillovna Poliakova. Old Believers are Russian Eastern Orthodox Christians who saw themselves as completely separate from the rest of Russian Eastern Orthodoxy. In the last third of the seventeenth century, some Russian Orthodox believers left the official Orthodox establishment after it undertook a set of ecclesiastic reforms, particularly in liturgical services. The tsarist state fully backed the reforms. Persecution of Old Believers, who were seen by the state as politically dangerous schismatics, was violent. Old Believers saw the reforms in apocalyptic terms. Believing themselves to be holding to the Orthodox faith, many were willing to die rather than give in. It is believed that between 1672 and 1691 more than 20,000 Old Believers burned themselves to death in communal fires they themselves set.[35] It is not known when Aleksandra Poliakova's family came to Lithuania, but overall, Russian Old Believers arrived in present-day Lithuania in the later seventeenth century, fleeing from areas in north-west Russia into the Polish-Lithuanian Commonwealth. A century later, these lands were seized by Russia in the third, and final partition of the Polish-

[35] Riasanovsky and Steinberg, 171.

IFCD002829

Lithuanian Commonwealth in 1795, a result of which the commonwealth (Poland) was seized by Austria, Prussia, and Russia.

36. Tatiana Konopkina's father, Varfolomei Makarovich Konopkin, was from the nearby town of Ukmergė. He too seems to have been an Old Believer, or at least of Old Believer background. Ukmergė was a town whose population in the late tsarist period was over half Jewish, with Poles and Russians making up most of the rest. (Lithuanians until after World War I and independence were overwhelmingly rural.)  Varfolomei Konopkin fought in the Soviet Army in World War II in the 16th Lithuanian Rifle Division. The soldiers and officers of this division comprised roughly equally by Lithuanians, Russians, and Jews. Konopkin survived the war, though with an injury that gave him pain to the end of his life. Tatiana Konopkina's brother, Venarii Konopkin, in a 2022 declaration wrote about their parents: "My parents' relationship was the kind that most people can only dream about. They were a close couple who were in love with each other."

37. In 1950, Tatiana's family – her parents and then two children (two additional children would be born later) – moved from the countryside to Vilnius, the capital of the Lithuanian SSR. Tatiana was then five years old. This family moving to the city was part of the urbanization process in Lithuania of the 1950s and 1960s described above. In Vilnius, Tatiana's father was employed as a prison guard and her mother worked in the city post office.

IFCD002830

38. Life was difficult in the 1950s and food was often in short supply. The family lived at first in an apartment building. Space was very tight, especially when Tatiana's parents came to live with them after a fire destroyed their home in Skrebuliai. In time, the family was able to move to a two-room apartment within a separate house, but one without running water or even toilets. Here the family had a small garden plot where they raised potatoes and cucumbers, as well as a summer-time luxury: strawberries. This was Jurijus Kadamovas's home from his birth to the age of 10.

*Jurijus Kadamovas's nuclear family*

39. Tatiana and Aimukhamed's marriage was solid for a couple of years. Aimukhamed was reported to be a loving and attentive father. They lived in the house of Tatiana's parents. Their son Jurijus was born in 1966 and then a daughter, Svetlana, in 1971.

40. In 1965 Tatiana successfully applied for membership in the Communist Party through the party organization at her factory. It is difficult to assess the causes and significance of this step by Tatiana. It was widely understood that the path to professional advancement, as well as any foreign travel, necessitated becoming a party member. But many, especially ethnic Lithuanians, viewed joining the party with distaste, seeing it as a violation of good taste or even as crossing a moral boundary. Most likely, Tatiana had hopes for career advancement, hopes that did not materialize.

41. Tensions arose in the marriage, and by about 1975 Tatiana and Aimukhammed had separated, followed by divorced. Aimukhamed returned to the Turkmen Soviet

IFCD002831

Republic, coming back for a time to Lithuania. But then returned again to Turkmenistan, never to return. Jurijus Kadamovas's sister Svetlana reports that their mother had fears their father wanted to take them with him to Turkmenistan without her permission. Tatiana remarried in 1980 to Tadeush ("Tadik" to family members) Aleksandrovich, who moved into the family apartment. Family instability continued though; by the mid-1980s both Tatiana and Tadeush increasingly drank heavily.

**Social and Economic Problems of Lithuania in transition, 1980s to 1990**

Lithuania in general

*Gorbachev era and the Soviet economy*

42. The reforms introduced by Mikhail Gorbachev throughout the USSR in beginning 1987, focused on introducing more freedom into the country. Individuals and the press were given more freedom to speak, write, and publish as they wished – the word in Russian for this kind of openness is *glasnost'*. In the economy, individuals in 1988 were given the freedom to open self-owned "cooperatives" and thus both to produce, buy, and sell goods on the open market, independent of the state-run economy.  State enterprises were also freed to respond to market forces, loosening the straight jacket of the centrally planned economy. These economic reforms and loosening of previous bureaucratic norms Gorbachev called *perestroika*, or "restructuring."

43. Throughout the USSR the reforms did not have the hoped-for effect of improving the slowing Soviet economy, and shortages became common. These problems were also felt in Lithuania, though Gorbachev's reforms of *glasnost'*, or opening up, and *perestroika*, or

IFCD002832

restructuring opened the doors to broad reform in Lithuania and institutional de-Sovietization of much of public life. Changes were not immediate; for instance, some press publications did not immediately cast off long-held views and practices.

*Lithuanian independence movement*

44. By 1987, a multi-centered movement in the Lithuanian Soviet republic sought to do away with Soviet practices, norms, and laws that controlled and limited expressions of Lithuanian nationalist feeling. In June 1988 a reform group that became known as Sąjūdis (originally, Lietuvos Persitvarkymo Sąjūdis / "Lithuanian Movement for *Perestroika*") formed and quickly became a mass movement advocating for democratization. By 1989 members of Sajūdis were calling for independence from the USSR.

45. The overwhelming majority of ethnic Lithuanians were in favor of the reform movement and Sąjūdis; similarly, ethnic Estonians in the Estonian SSR and ethnic Latvians in the Latvian SSR were enthusiastic about reform movements that had formed in their republics, paralleling developments in Lithuania. By early 1990 the reform movements in each of the Baltic republics were aimed at more than achieving a greater autonomy from Moscow but instead at full restoration of the independent interwar states – that is, they wanted to leave the USSR. While the independence movements were dominated by ethnic Lithuanians, Latvians, and Estonians, their goals were not based on an exclusionary nationalism – a "Lithuania for Lithuanians" was not the aim. The independence movements recognized that the Baltic republic were multiethnic and

IFCD002833

that the Baltic lands for centuries had had multiethnic populations. What they wanted was democracy and full local control.

46. For the vast majority of ethnic Lithuanians, Latvians, and Estonians the independence movements were of immense significance as they were aimed at reversing historical injustice – the occupation of the independent Baltic republics by the Soviet Union. The satisfaction, if and even euphoria that these movements brought to most Lithuanians, Latvians, and Estonians compensated for the economic difficulties that the perestroika era brought. For those who lived in these Soviet republics who did not have an emotional attachment to the interwar independent republics, the economic hardship went hand-in-hand with the drive for independence.

47. Mikhail Gorbachev made a well-publicized visit to Lithuania in January 1990 to assess the path the republic was on. He saw that it was headed toward independence. He did not threaten the Lithuanians with the use of force. In February 1990 open, multi-party, democratic elections were held to the Lithuanian Supreme Council. Candidates from Sąjūdis won 98 of the 141 seats. Many of the remaining seats were won by candidates from the Lithuanian Communist Party, which in December 1989 had voted to leave the Communist Party of the Soviet Union.

48. On March 11 the Supreme Council declared the restoration of independence for Lithuania. Moscow responded with measures aimed at pressuring the elected Lithuanian authorities to abandon their aim of establishing full independence for

IFCD002834

Lithuania from the Soviet Union. A block on import of oil and nearly all gas from elsewhere in the USSR to Lithuania was implemented. The standoff was eased when in June the Lithuanian Supreme Council suspended putting into effect the declaration of independence of March, though tensions remained high between Soviet central authorities and the elected governments in Lithuania as well as in Latvia and Estonia.

49. Soviet military force was used in Lithuania several months later. On January 11, 1991, Soviet troops seized key defense buildings in Lithuania and on the night of January 12-13, 1991, Soviet troops surrounded the television tower outside the capital Vilnius where hundreds of people had gathered to protect the building. Troops fired on the crowd, killing 14 and wounding more than 140. Independence for Lithuania did not become a practical reality until after the failed coup against Gorbachev in August 1991.

*Resistance to the Lithuanian national movement*

50. It understandable that there was some unease on the part of non-Lithuanians concerning the drive for Lithuanian national renewal as well as for independence for Lithuania. Many Russophones in Lithuania had come from elsewhere in the Soviet Union for employment – or were the children of recent newcomers – and saw themselves more as citizens of the USSR than of a nationalizing Lithuania. Russophones could function fully in society and in local government in Soviet Lithuania without any fluency in Lithuanian. But the Lithuanian national movement sought to change the status quo and bring Lithuanian language and culture to more prominent positions. In 1988 the Lithuanian Supreme Council (what had been the Supreme Soviet) raised the

IFCD002835

status of Lithuanian to that of a state language, making it equal to that of Russian, and declaring Lithuanian as a language used "in the activities of state and public bodies, education, culture, science, production, etc. in institutions, companies and organizations."[36] Only two months later, in early 1989, the Supreme Council passed legislation obliging managers to use Lithuanian and requiring companies, institutions, and organizations to switch from Russian to Lithuanian in their correspondence within two years.[37]

51. Organized groups had formed in Lithuania in 1988 that opposed the growing distance in public life from previously dominant Soviet norms and rising Lithuanian national sentiment. In Lithuania this group called itself "Unity" (Rus. Единство, *Edinstvo*). This group was made up of Russians, and also some Poles. Its adherents were primarily employees in large industrial enterprises whose output was directed toward other parts of the Soviet Union. Similar groups opposed to the national movements in Estonia and Latvia were formed in those republics.

52. These groups, including "Unity" in Lithuania, were, however, supported only by a small minority of Russophones. While some Russophones in Lithuania supported the Lithuanian reform movement, many more either took a wait-and-see attitude or were openly supportive of Lithuanian independence. During the perestroika years, many Russians in the Russian Soviet republic likewise were increasingly opposed to the

[36] https://vlkk.lt/veikla/istorija/vlkk-istorija
[37] https://vlkk.lt/naujienos/kitos-naujienos/pries-25-metus-lietuvoje-atkurtos-lietuviu-kalbos-teises

IFCD002836

Soviet state itself and this likely influenced many Russophones in the Baltic region, making it easier for them to welcome independence from the USSR.[38]

Jurijus Kadamovas and his family, 1980s to 1990

53. The late 1980s in Lithuania was a period of turmoil in the family of Jurijus Kadamovas. Testimony from immediate and extended family members attests to the heavy use of alcohol by his mother. Svetlana recalled that when Kadamovas returned from his obligatory two-year period of military service in November 1987, his mother and her second husband, Tadeush (known as "Tadik" in the family) Aleksandrovich, were drinking heavily. The Gorbachev reforms and opening up of economic life in Soviet Lithuania made it easier for Kadamovas to work in new ways not dictated by a state-run planned economy. Kadamovas found employment as a musician for hire, making money for the household by playing the drums with bands in restaurants, especially in the historic resort town of Trakai, located on a lake some 17 miles from Vilnius.

54. At some point in the late Soviet period Kadamovas seems to have begun a business renting VHS videotapes. This kind of economic activity was made possible because of Gorbachev's reforms. This kind of personal initiative aimed raising one's economic as well as social standing in society was fully in line with the aims of Gorbachev's reforms.

---

[38] See Una Bergmane, *Politics of Uncertainty: The United States, the Baltic Question, and the Collapse of the Soviet Union* (Oxford: Oxford University Press, forthcoming in 2023).

IFCD002837

Ex. 3 pg.29 of 54

55. There are two views of the social and economic landscape in the USSR – including the Soviet Lithuanian republic – in the last years this state was in existence. The years before the installation of Mikhail Gorbachev as Communist Party chief in 1985 was a period of relative stability and security for the country's population. The slowing of the Soviet economy by the early 1980s and Gorbachev's labelling of these decades as an era of "stagnation" should not cloud the truth that this period gave Soviet citizens an economy and conditions of daily life that were much improved over those of the years immediately following World War II. Gorbachev's reforms aimed on building upon the fundamental strengths within Soviet society. Lithuanian anthropologist Neringa Klumbytė and Russian political scientist Gulnaz Sharafutdinova write in their recent study of the final years of the USSR: "In contrast with earlier Soviet periods, this era distinguishes itself as relatively stable, prosperous, and non-violent, with governing methods involving negotiation, dialogue, and moral upbringing as well as control and discipline."[39]

56. However, through the years during which elected Lithuanian representatives and the democratic Lithuanian government took steps to achieve complete independence, increased economic difficulties for most people in Lithuania soon arose. In a country where industry and manufacturing had been part of a Soviet-wide economy controlled from Moscow, many factories and enterprises were forced to close. Many people were forced to search for new employment and unemployment was high. In the last several years of the Soviet Union's existence, inflation also made it increasingly difficult for

[39] Klumbyte and Sharafutdinova, 7.

IFCD002838

people to make ends meet. Life was hard for many. Jurijus Kadamovas's sister Svetlana writes in her declaration: "When Lithuania declared independence, things got much better for some people, but things got worse for other people. You had to try and make your own way much more. Yura [BDW: this is a diminutive form from the Russian name Yuriy] and I went to school during the Soviet period when it was assumed we would have a communist life. But then we had to find a way to make life in a very different world from what we were trained to live in."

57. The overall economic downturn affected Jurijus Kadamovas directly as opportunities to perform music decreased, and he was then unable to earn enough money to live on his own. In 1988 he moved in with his mother's parents. Even when he married Jurate Čepulytė in that same year, the couple lived with Jurijus's grandparents for a period.

**Social and Economic Problems of Lithuania as Independent State, 1990 to 2000**

In Lithuania in general

    *Economic chaos*

58. Though Lithuania declared independence from the Soviet Union in March 1990, in a practical sense independence was not achieved until after the failed coup against Gorbachev by Soviet hardliners in August 1991. While de facto independence was the primary goal of the Lithuanian national and independence movement, in everyday life challenges immediately arose as independence did not ease the economic difficulties in Lithuania that had begun during the *perestroika* years. Nearly everyone in independent Lithuania experienced significant economic setbacks in the early 1990s.

IFCD002839

*GDP fluctuations*

59. The country's economy contracted, with gross domestic product (GDP) falling precipitously already in 1991 and through 1992.[40] The GDP continued to decline, by 16.2% in 1993 and 9.8% in 1994. Hyperinflation hit the economy, and inflation in 1992 was 410.5%; this eased to 72.3% in 1994, 39.6% in 1995 and 24.6% in 1996.[41] GDP growth began in 1995, but even in 1998 Lithuania's GDP was still just over two-thirds (68.5%) of what it had been in 1990.[42]

*Personal income insufficient*

60. Personal income did not adequately cover people's basic needs in the first half of the 1990s. In 1995, individuals' real average income was the equivalent of 37 percent of their income in 1990. Average monthly income in 1994 was 225 Litas (USD 56.30) in urban areas and 154 Litas (USD 38.50) in rural areas. Well over half of Lithuania's population (68.4 percent) earned less than USD 50 per month at their regular salaried employment. Gross and disposable income did increase from 1990 to 1995, but not at the rate that the cost of goods and services rose. For most households, food and utilities took up the bulk of income. In 1993, food accounted for 50.9% of household expenses,

---

[40] Reliable data for 1991 and 1992 are not readily available. See comments on this by Lithuanian economic Eduardas Vilkas in his article "Comparative Advantages and Long Run Development of Lithuanian Economy," in Rosa Morkunaiti, ed., *Lithuania: From Transition to Convergence* ([Vilnius]: Economic Research Centre, 1999), 131.

[41] https://www.macrotrends.net/countries/LTU/lithuania/inflation-rate-cpi

[42] Vaidievutis Geralavičius, "Lithuanian Economy: Present and Short-Term Prospects," in *Lithuania: From Transition to Convergence* ([Vilnius]: Economic Research Centre, 1999), 89.

IFCD002840

followed by utilities (18.6% for non-food commodities and 11.3% for services).[43]

Moreover, unemployment hit the country, peaking at 17.4% in 1994.

*Changes in food consumption and prices*

61. Patterns of food consumption changed in the 1990s. Per capital consumption of milk, for instance, declined by 50% between 1989 and 1990. This was the result of lower incomes, but also increase of prices of milk due to a decline in production – 47.3% less milk was produced in 1998 than in 1990.[44]

*Opening a small business*

62. An estimated 20,000 small businesses were registered yearly in Lithuania in the early to mid-1990s. The sources of capital are not clear. Cesnavicius and Meilute write: "Of course, some variants of answers are possible: personal savings (but what are their sources?), help from friends (but who are those 'rich friends', if they are?), bank loan (indeed, but the cost of loan-financed investment capital is high: real interest rates remain high, reflecting the scarcity of capital, the immaturity of [the] banking sector, and perceptions of risk), capital from other entrepreneurs, etc."[45]

[43] Aleksandras Cesnavicius and Meilute Taljunaite, "Household Incomes and Expenses: 'The Survival Strategies,'" in Meilute Taljunaite, ed., *Everyday Life in the Baltic States* (Vilnius: Lithuanian Institute of Philosophy and Sociology and Center for Russian and East European Studies, University of Goteborg, Sweden, 1998), 31-32.

[44] Angele Kedaitiene and Hockmann, Heinrich, "Milk and milk processing industry in Lithuania: an analysis of horizontal and vertical integration," Discussion Paper, No. 44, Institute of Agricultural Development in Central and Eastern Europe (IAMO), Halle (Saale), https://nbn-resolving.de/urn:nbn:de:gbv:3:2-231968, 8 and 12.

[45] Cesnavicius and Taljunaite, 42-43. Lithuania's "Law on Small Enterprises" from 1995 defined a "small enterprise" as one with no more than 50 employees and total annual income of no more than 500,000 litas (equivalent to $125,000 in 1995).

IFCD002841

*Trading in open-air market*

63. A large open-air marketplace known as "Gariūnai market," situated in one of Vilnius's

outlying districts, was a place where many who had become unemployed in the 1990s

found a means to earn some money. Often traders would travel to Poland to purchase

quantities of goods, such as clothing, and then sell them in the market, which was often

visited by people from other parts of the former USSR. In her 2003 study of the Gariūnai

market, Danish anthropologist Pernille Hohnen writes of a social stigmatization that

many traders felt as a result of their work. It is noteworthy that Hohnen also saw at the

market what she called  "trans-ethnicity": Russian was the lingua franca in the market,

but other forms of ethnic differential was minimal.[46]

*Marginally legal activities and shadow economies*

64. It is clear that a shadow economy existed in Lithuania in the 1990s. In 1995, various

income groups showed higher average expenditures than income, pointing to economic

activities that were kept hidden, covered by income that was not reported to the state,

either so as to avoid paying taxes or following required regulations.[47]  As much as a

quarter of the workforce were paid "off the books" for work done for private employers.

[46] Pernille Hohnen, *A Market Out of Place? Remaking Economic, Social and Symbolic
Boundaries in Post-Communist Lithuania* (New York: Oxford University Press, 2003), 48-49;
92-94. Hohnen writes: "Not only the use of Russian in the market, but also the lack of ethnic
spatial organization and the prevalent 'locality' discourse of difference ('we are all locals')
in the market have contributed to the creation of a conceptualization of the market as
ethnic in the sense of 'trans-ethnic'. The 'ethnic' market cannot therefore be understood
literally in the sense of a place dominated by non-Lithuanian 'others', but rather signifies ad
confusion of ethnic identities and a trespassing of ethnic (and national) boundaries" (93).
[47] Cesnavicius and Taljunaite, 41.

IFCD002842

Corruption grew, particularly in the process of privatization of formerly state-owned property and enterprises. A result was a "gray economy," in which the lines of what was legal and illegal, and even moral and immoral, were fuzzy.

65. Cesnavicius and Taljunaite describe the survival strategies of one Lithuanian household in the mid-1990s that walked the line between legal and illegal activity: "[The husband] hasn't worked anywhere officially since 1987, but has not registered as unemployed. About his current 'work' he says he cannot say anything. He does say that he works alone and calls himself a 'middleman' – he knows who can produce and who can buy. His activity is closer to buying and selling than it is to criminal activity, but he does not stand in the Gariunai market, though he 'worked' in markets previously. There is constant risk that his money-making activity can end. He is not too happy about his work, though it is not difficult and there is money."

66. "The husband's activity ensures a high material standard of living for the family, though he takes risks with the finances and his earnings are irregular. But the family can afford to spend at least for food and clothing as much money as they need at that time. They have savings, but will not state the amount; these funds they do not keep in a bank. How much is left at the end of each month is also kept in secret. They do not have debts. The income the wife receives from her workplace goes to their two-year-child – 'It is only pennies,' she says."[48]

---

[48] Cesnavicius and Taljunaite, 48. Note: slight edits in this text have been made from the original to correct for grammar and usage.

IFCD002843

67. Understanding people's experience of the later Soviet period helps contextualize illegal activities in areas of the economy in the early independence period. Corruption and participation in illegal, underground trading was often seen as acceptable. Kareniauskaitė writes:

68. "Currency speculation, illegal production and trading of goods, *blat* [illegal use of personal connections] and related activities were widely practiced in Soviet Lithuania and other places of the Eastern bloc. . . Soviet individuals were in a constant moral dilemma, caught between respecting Soviet norms and ensuring at least the partial well-being of their family. A conflict arose between legal norms and social norms, shaping the core identity of Soviet citizens."[49]

69. Typical was what one Lithuanian worker is recorded telling interviewers: "Everyone stole . . . it wasn't a bad thing, it was normal." An engineer reported: "the engineers who were taking things [from production] held leading positions in the factory, or were foremen."[50]

70. Another aspect to the economy of Lithuania and other post-Soviet states in the 1990s was the presence of criminal economic activity. Entrepreneurs often faced extortion,

[49] Monika Kareniauskaitė, "Understandings of crime and deviance in Soviet and post-Soviet Lithuania," in Laima Zilinskiene and Melanie Ilic, eds., *Soviet and Post-Soviet Lithuania,* 39.
[50] Ibid., 40.

IFCD002844

and many in order to keep and run their businesses were obliged to pay bribes and even protection money.

*Female householding*

71. One notable trend in the 1990s in Lithuania was the emergence of households in which women were the primary breadwinner. The women heading these households "have some stability of residence and status in society, the inherited resources and practical skills to support themselves and their families comfortably."[51] Cesnavicius and Taljunaite describe a less than "comfortable" case of a husband-wife household in which the woman brought in most of the money:

72. "The husband should officially get the minimum salary of 54 litas per month [$13.50 in 1995] majority of the husband's work colleagues have left [the factory] and are already employed somewhere with new contracts. The husband's main source of income is his trade in the Garunai market. He sells 'metal,' though he does not want to name what he sells. We learn from his wife that that this is items turned out in his factory: screws, bolts, screw nuts, and other small items used in plumbing, etc., or he sells the things he is given to sell in the market. He also hires his labor as a part-time worker: helps to move things such as furniture, or works as a loader or carries mortar. His greatest wish is to be discharged from work within a regular staff reduction – and so compensated – or to be given full-time paid work at the factory again, though he does not believe this is possible."

[51] Cesnavicius and Taljunaite, 49.

IFCD002845

Ex. 3 pg.37 of 54

73. [Continuation of quoted material] "In a practical sense, the family is maintained by the wife from her salary. They had some savings from her earlier work in a kiosk. Five hundred USD that they invested in one firm disappeared. They have no savings left. The wife knits, selling what she produces in order to 'append' her salary. She even knits to order. She does not get help from relatives or take charity. She grows vegetables in their garden."[52]

*Working official and unofficial jobs*

74. In this model, at least one spouse holds down two jobs. Cesnavicius and Taljunaite describe a family with two children which is getting by, but only with one of the spouses working a tremendous amount. They write that for this family "[t]he major source of income [is the] husband's second position (1000-1500 Litas [250-375 USD]). The husband earns about 200 Litas per month in his main job as well; the wife in her main job earns about 200 Litas also. So the general monthly family income is about 1400-1800 Litas [350-450 USD]. This income is sufficient only for everyday purchases, but from time to time they have more expensive purchases, such as an automatic washer. Other people's help, if there is such, is not financial: clothing for children, small amounts of vegetables from gardens, etc. These people, most often, are relatives… Because the husband's salary from his main workplace is not sufficient, he works in an additional work-place in a private [arrangement]. His workday can last up to 12 hours per day,

[52] Cesnavicius and Taljunaite, "Household Incomes and Expenses: 'The Survival Strategies,'" 50. Edits in this text have been made from the original to correct for grammar and usage.

IFCD002846

and sometimes he must sacrifice weekends as well. He and his wife think that too little time remains for family. However, he imagines and hopes that this is a temporary situation and will change in the future, even if he has to sacrifice his main job."

75. [Quoted material continues] "The wife's specialty as a programmer is complicated and hard. An opinion has formed in society that this is not feminine work, that a man would do the same work better. So lots of time has to be spent to prove that this is not so. She would like to find another job, but there is none to be found as many employers are scared by the fact she is a woman with two children, though this reason for a man but not a woman with the same qualifications to be accepted is not officially mentioned anywhere. As a woman she spends lots of time on housekeeping. As a mother she wants to devote as much time as possible for her children, and at least from time to time tries to find some time for self-education. So the speed of life is very high."[53]

*Poverty rates*

76. Though on the aggregate the economy of Lithuania saw improvement in the second half of the 1990s, many people in these years continued to experience significant hardship. One study of poverty in Lithuania in the 1990s found that poverty did decrease in the second half of the 1990s, but not significantly. (A measurement of 50% of average consumer expenditure was used as the line for relative poverty.) The groups in the population that most frequently experienced poverty were the unemployed of working

---

[53] Cesnavicius and Taljunaite, 56. Edits have been made from the original to correct for grammar and usage.

IFCD002847

age and those who for unstated reasons were not working. In 1997 and 1998, poverty among within the working population was highest among famers (39.5% and 40.8%). It was lowest among people categorized as "businessmen" – 7.7% and 5.7%. Poverty was nearly twice as frequent in rural than in urban areas, and lowest (9.7% and 8.5%) in the largest cities in Lithuania.[54]

77. The incidence of poverty was also affected by the demographic structure of the household. Households with children under 18 saw poverty rates in 1997 and 1998 of 15.5% and 13.9%; households with only one parent and children under 18 experienced poverty at rates of 21.6% and 22.0%. When children in the household numbered three or more, poverty rates reached 37.2% and 34.5%. The frequency of poverty was also influenced by education: those without higher education were much more likely to experience poverty that those with university degrees (24.4%-24.7% for those with nine year's education or less) and 2.8%-3.5% for individuals with a university degree. Households in which women were the primary income earners were three times as likely to be under the poverty line that those with men as the primary earners.[55] Writing about the situation in Lithuania in from 1991 to 1999, economist Romas Lazukta summarized: "[T]he main reasons for poverty in Lithuania are the combination of low GDP and a high level of income inequality, insufficiently developed social security due to the allocation of a low level of resources for this purpose, and insufficient

[54] Romas Lazutka, "Poverty and Strategies for Its Reduction," in Morkunaiti, ed., 243-245.
[55] Lazutka, in Morkunaite, ed., 246-247.

IFCD002848

targeting of social security. Lithuania belongs to the group of countries where inequality increased markedly within a period of economic downswing."[56]

*Young people entering workplace at a disadvantage*

78. With structural changes in many sectors of the Lithuanian economy in the early 1990s, particular groups of employees were often the first to become redundant. These included older women working in industry, those with disabilities, and younger people without professional experience. Employment was all the more onerous in Lithuanian society given the lack of labor protection, such as unemployment insurance, and the low levels of spatial mobility in the country. This last circumstance was a result of the very low cost of housing in the Soviet period: local governments maintained this low cost, but only for those who remained in the housing they had had.

79. Young people entering the workplace in the early 1990s thus faced serious challenges that earlier generations during the Soviet period had not. In the Soviet Lithuanian republic – as throughout the USSR – there had been guaranteed employment following the completion of one's education. This was gone after 1991. The social consequences of the disintegration of this system were profound.

80. Lithuanian sociologist Sigita Kraniauskienė writes: "Following the collapse of this career governance system and with the start of transition from the planned to a market economy, young people had to throw their former normative life scenarios into "the

[56] Lazutka, in Morkunaite, ed., 253.

IFCD002849

dustbin of history" and try to create something new… Many people from the last Soviet generation started work without any employment contracts in companies that teetered on the verge of legality. A significant proportion created businesses on their own, which was a completely new experience in their families."[57]

81. Not only was there palpable, measurable economic and other employment-related problems, but there was an increased sense of greater precariousness of life in the late 1980s and continuing into the early 1990s. Lithuanian legal historian Monika Kareniauskaitė notes that the "transition" generation – those born between 1970 and 1979 – saw their lives as characterized by risk. Those born in the previous three decades were highly influenced by state-driven narratives on crime in Soviet society and thus tended to see their lives as safer and society as relatively free of crime, even though these assumptions were not factually correct.[58]

*The marginalized, lower middle class*

82. Overall, new social strata were developing in Lithuania in the 1990s as a result of varying survival strategies. One was a rising middle class that found ways to cope with the vast economic changes the country was undergoing through activity in new, legal – "official" – economic activities and avoidance of indebtedness. The second group was workers (rural farmers were also part of this group); this group remained very poor.

---

[57] Sigita Kraniauskienė, "Life course as an identity component of the last Soviet generation in Lithuania," in Laima Zilinskiene and Melanie Ilic, eds., *Soviet and Post-Soviet Lithuania – Generational Experiences* (London: Routledge, 2022), 74.
[58] Monika Kareniauskaitė, "Understandings of crime and deviance in Soviet and post-Soviet Lithuania," in Zilinskiene and Ilic, eds., 43.

IFCD002850

The third group is what Cesnavicius and Taljunaite call the "most marginalized middle class." These are people whose survival strategies were influenced by lower educational levels and less stable households, and who tended, more than others, to resort to economic activities of a marginally legal and sometimes illegal nature.

*Economic divisions continue as economy improves*

83. The Lithuanian economy improved in the second half of the 1990s, though there were still significant problems. The GDP overall began to grow in 1995, reaching 8.3% in 1997. Unemployment gradually fell, though it continued to remain over 10%. Many goods and services began to be available that previously not or had been difficult to find. By 1997, conveniences taken for granted in economically developed countries began appearing. Restaurants – still uncommon in the first few years after independence – now were more numerous and Vilnius saw a nightlife develop. A consumer-oriented economy had been established, and as a result, a greater diversity of food, clothing, and services were available.

84. However, economic inequality was still significant. Many Lithuanians were not able to enjoy the increase in goods and services as their income level did not make these affordable. The overall economic growth of the second half of the 1990s helped produce a slight decrease in the level of inequality; however, expenditures by the state on social security in these years was lower than in other countries of Eastern Europe.[59]

[59] Lazutka, "Poverty and Strategies for Its Reduction," 250-251.

IFCD002851

85. Individuals with high-level skills employed by the state often turned to the private sector for work, even if this meant leaving positions that carried social and professional prestige. Work that involved levels of illegality was for many very tempting. Canadian scholar Maeve McMahon describing Lithuania of the late 1990s wrote: "norms are confused." She continued (writing in 2002):

86. "Expressed sociologically, Lithuanian society – like others in the Baltics and Eastern Europe more generally – reflects an acute case of anomie, and many people have experienced a growing sense of relative deprivation. This socioeconomic situation is in dramatic contrast to that which existed as recently as 1990. Then, although Soviet occupation may have been resented, most people were also assured of a home, work, food, and other social supports. Now, classes are emerging, and the gap between rich and poor has rapidly increased."[60]

*Ethno-linguistic cleavages in post-Soviet Lithuania*

87. In the lands of the former USSR, the concept of ethnicity and nationality are understood differently on the popular level than in most areas of the West, including North America and Western Europe. In Soviet-era personal documents such as one's "passport" – the primary identity document, not a document for foreign travel – each individual had an identified "nationality" (in Russian, национальность, *natsional'nost'*). (In his Soviet-era documents Jurijus Kadamovas was identified as "Russian.") In passports of citizens of

---

[60] Maeve McMahon, *Everyday Life After Communism: Some Observations from Lithuania* (Pittsburgh, PA : Center for Russian & East European Studies, University Center for International Studies, University of Pittsburgh, 2002), 41-42.

IFCD002852

the Republic of Lithuania today there is a space for indicating nationality, but one is not obliged to report, or claim, a nationality, in which case the space in the passport is left blank. Reportedly, native Lithuanian speakers who are of a more nationalist leaning tend to state their nationality, while those with more liberal personal politics tend not to state a nationality. The approach of citizens who are not native Lithuanian speakers varies.

88. In 1989, 79.6% of the population were ethnic Lithuanians (Lithuanian by "nationality") and 9.4% ethnic Russians. Some Russians learned Lithuanian, but many did not. Of the Russians in Lithuania, only 49.7% in 1989 were born in the Lithuanian SSR. Also, the vast majority of Russians (95%) retained Russian as their native language. In Vilnius, where Jurijus Kadamovas was born and lived, the size of the Russian population was larger: in 1989, 20.2% of the city's residents were Russians.

89. The newly independent Lithuanian state granted citizenship to all permanent residents in the country, doing so in 1990, even before de facto independence from the USSR had been secured. But in the 1990s, new laws regarding issues of language distinctly favored Lithuanian speakers. From 1995, Lithuanian was the sole official state language. Lithuanian was required for events in the public sphere, and in state institutions and the courts. In the evaluation of Neringa Klumbytė and Kristina Šliavaitė, in the 1990s: "state language policies were exclusionary toward national minorities

IFCD002853

Ex. 3 pg.45 of 54

because they prioritize the majority language competence as a major linguistic principle for coexistence in society."[61]

90. Russians were poorly situated to adapt to the new capitalist economy in Lithuania in the 1990s, particularly if they did not speak Lithuanian, and the economy was marked by a significant degree of ethnic fragmentation. Failure to integrate into the new economy resulted in non-Lithuanians experiencing persistent marginalization. When Lithuanian in 1995 was made the state language in the country, and fluency in the language was required for positions in government and in municipal administration. An ambitious Russophone in Lithuania needed fluency in Lithuanian to succeed in many spheres of life.

91. A leading Lithuanian sociologist summarizes: "Russian language speakers opposed themselves to Lithuanians. The former group considered themselves as victims or losers in the post-Soviet period with diminished social opportunities in the post-Soviet period. The Lithuanians, on the contrary, were seen as those with increased social opportunities. Knowing Lithuanian was considered necessary for economic success. Obviously, native Lithuanians were seen as having an advantage over Russian speakers in the current job market. . . ."

[61] Neringa Klumbytė and Kristina Šliavaitė, "Sovereignty and political belonging in post-Soviet Lithuania: ethnicity, migration, and historical justice," *Journal of Baltic Studies* 52:3 (2021): 43.

IFCD002854

92. [Quoted material continues] "The boundaries of these groups are perceived as marked by the criterion of language and by such social criteria as education, social status. Russian language speaking informants perceived these groups as located in different socio-economic situations due to the laws passed after independence which made Lithuanian the national language and made knowledge of Lithuanian a state requirement for holding certain public positions. The social opportunities of these two groups were perceived as unequal: Lithuanians were perceived as occupying high positions at the municipality level and other state institutions. This situation was perceived by the non-Lithuanian informants as illegitimate because they argued that Lithuanians have command of the state language, but lack other qualifications such as intelligence and education."[62]

93. Recent years have seen an easing of some of the ethnic tensions in Lithuania. Some convergence is taking place, for instance, in views toward the World War II era, which traditionally diverged between Lithuanians and Lithuanian Russophones, founded on the notion of "shared suffering." Similarly, a discourse of "coexistence" with regard to the late Soviet period is making some headway. The Lithuanian language is taught in schools where Russian is the main language of instruction. Nevertheless, it is safe to conclude that a Russophone with little integration in the wider society and economy in Lithuania today would still feel like an outsider.

---

[62] Kristina Sliavaite [Šliavaite], *From Pioneers to Target Group: Social Change, Ethnicity, and Memory in a Lithuanian Nuclear Power Plant Community* (Lund, Sweden: Department of Sociology, Lund University, 2005), 57 and 59.

IFCD002855

*Ethnic Russians leaving Lithuania*

94. Many ethnic Russians chose to leave Lithuania after 1991. It should be noted that many people emigrated from Lithuania in the 1990s, primarily in response to the country's economic problems. Over the past thirty years Lithuanians often have chosen Great Britain, Ireland, Norway, and Germany as destinations, with Israel and the United States also in the 1990s. Many of the Russians who wanted to leave Lithuania in the 1990s looked to Russia as a destination. In 1992, one fifth reportedly wanted to emigrate to Russia. Reasons cited were a sense of a lack of freedom and problems with employment, housing, or education, and also family concerns. In the 1990s, 13.5% percent of Russians in Lithuania migrated to Russia. The portion of the population that was Russian fell from 9.4% in 1989 to 6.3% in 2001.

95. The overall number of Lithuania's residents who left the country in the three decades since 1990 is large. The population today has diminished by some 900,000 since 1990, or nearly one quarter of the population. Some of this was a result of natural causes, and there even was a small dip in life expectancy in the 1990s, but the majority of this decrease in the size of the population was due to emigration. It is estimated that 710,000 people emigrated from Lithuania between 1990 and 2020.[63]

[63] "Emigration-immigration statistics," Migration Information Center [Lithuania], https://www.renkuosilietuva.lt/en/emigration-immigration-statistics/.

IFCD002856

Jurjis Kadamovas in independent Lithuania

*A native in a unfamiliar home*

96. As Lithuania was reaching for and establishing its independence from the USSR Jurijus Kadamovas was already an adult. As the drive for independence among most Lithuanians and other determined opponents of the Soviet order picked up steam in 1988, he was already 22 years old. When the Lithuanian Supreme Council declared the country's de jure independence in March 1990 he was 23, and when independence was definitively achieved after the collapse of the attempted coup against Gorbachev in August 1991 he was nearly 25 years old. Throughout his adolescence and early years of adulthood, his expectations for the future was colored by life in the USSR. In the phrase of American-Russian sociologist Alexei Yurchak, in the USSR "Everything was forever until it was no more."[64] Now in his mid-twenties, Kadamovas found himself in a different country than the one he had grown up in – the nation-state of Lithuania, not the Soviet Union, and in a dynamically changing social and economic environment, one that that neither he nor most of those around him as he grew up were at all prepared for. Kadamovas's sister Svetlana wrote in her declaration: "When Lithuania declared independence, things got much better for some people, but things got worse for other people. You had to try and make your own way much more. Yura and I went to school during the Soviet period when it was assumed we would have a communist life. But then we had to find a way to make life in a very different world from what we were trained to live."

[64] Alexei Yurchak, *Everything Was Forever, Until It Was No More* (Princeton, NJ: Princeton University Press, 2006).

IFCD002857

97. One of the musicians who in the late Soviet period played with Kadamovas in a band (Ilja Vatkin) in the waning years of the USSR and the first years of Lithuania's independence wrote in his declaration that Kadamovas had difficulties in adjusting: "We were moving toward independence; from a communist system to a market system. This made it hard financially for many people, but creative types like Yuri had it especially hard."

98. Kadamovas tried his hand at several trades in the early 1990s in Lithuania, including renting limousines and, improbably for Lithuania with its northern climate and brief summers, jet-skis. Ilja Vatkin wrote in his declaration: "Going into business in the early 1990s in Vilnius was exciting and scary. There were opportunities to make a lot of money, but it came with danger. Every business at the time was forced to pay kickbacks to survive and operate. Yuri was not smart enough or savvy enough to be successful in Vilnius's business environment. He was not good in business situations, and he was unable to easily navigate the social world of Vilnius at the time."

*Kadamovas as a Russian in Lithuania*

99. For Jurijus Kadamovas, his Soviet documents identified him as "Russian," but in post-Soviet Lithuania he was by law as fully a citizen of the Republic of Lithuania as any ethnic Lithuanian. On the popular level, Lithuanians and other non-Russians in Lithuania see a difference between ethnic Russians living in Lithuania who have been there since the Soviet period and on the other hand, Russians from the Russian

IFCD002858

Republic. This difference is borne out in the common term in Lithuanian for Russians and others whose native language is Russian, though they may self-identify as some other nationality – *rusakalbiai*, or "Russophone" (This term is borrowed from Russian: русскоязычные, russkoyazychnye, or "Russian speakers.")

100.    Nevertheless, Kadamovas undoubtedly sensed he was a member of an ethnic minority group – he was a non-Lithuanian in Lithuania, and as a "Russian," he was someone whose "nationality" and native language carried some negative meanings, at least to some Lithuanians. This status as a minority was very palpable to him; he told an interviewer in 2005 that he felt like a "second-class citizen."

*Kadamovas and leaving Lithuania*

101.    Although Jurijus Kadamovas identified as Russian, he apparently did not consider leaving Lithuania for the Russian Federation. With a father born in Turkmenistan, Kadamovas would have been aware that many in Russia would have not seen him as fully Russian. (People of Central Asian background commonly experience racism in Russia.)

102.    Kadamovas did make several trips to the United States and at least one other country beginning in 1994. One might ask whether he could have had plans one day to return permanently to Lithuania, where he was born. Over the past decade, the state of Lithuania has made a concerted effort to try to attract emigrants out of the country back

IFCD002859

to Lithuania – "re-migration" to the homeland.[65] It is safe to guess, though, that once Kadamovas felt he could establish himself securely outside of Lithuania, he likely would not have returned out of motivations that could be defined as "national" or patriotic, favoring Lithuania as his homeland. He could certainly have wanted to make trips to see family members.

103.   Jurijus Kadamovas experienced the economic troubles in Lithuania that plagued the country from the late Soviet period to the mid-1990s. Had he remained in Lithuania in the second half of the 1990s into the second half of the 2000s, he would have been living in a country undergoing a significant economic recovery. Nevertheless, he may have continued to feel some discomfort on ethnic grounds.

**Lithuania early 2000s to today**

Lithuania in general

104.   Moving into the new millennium, there was steady improvement in Lithuania's economy until the European-US recession of 2008-2009. The country's GDP grew, reaching 10.6% in 2003 and then 11.1% in 2007. Unemployment dropped steeply beginning in 2001 when it was still at 16.85%, falling steadily to 4.25% in 2007. Lithuania became a member of the European Union in 2004, which aided economic growth and outside investment.

---

[65] See Klumbytė and Šliavaitė, 442-444.

IFCD002860

105.    The crisis of 2008-2009 hit Lithuania quite hard, and GDP fell sharply – by 15 percent – in 2009. However, Lithuanians were able to respond with great flexibility in managing fluctuations in wages and prices. Already by 2010 the GDP was growing again, and it has hovered around 5 percent per year since 2010. An additional element in Lithuania's economic resilience in the wake of the 2008-2009 crisis was increased emigration, mainly to countries of the European Union. This lowered unemployment and Lithuanians working abroad sent remittance payments back home.

Jurijus Kadamovas in today's Lithuania

106.    Had Jurijus Kadamovas, as conjectured above, remained in Lithuania into the 2000s, he may have been highly attracted to emigration in 2008 or 2009. Had he and his family been able to weather that economic downturn, he in all likelihood would be managing reasonably well in today's Lithuania with its growing economy. Concerns he had about fitting in in Lithuania in ethnic terms possibly would be eased given Lithuania's open acceptance of refugees from Ukraine. After Russia's invasion of Ukraine in February 2022, Lithuania in 2022 accepted some 62,000 refugees from Ukraine and 9,900 from Belarus.  This population increase compensated for the continuing negative natural population increase and accounts for the first increase in Lithuania's overall population growth rate since 1987.

IFCD002861

Pursuant to 28 U.S.C. §1746, I, Bradley Woodworth, declare under penalty of perjury under the laws of the United States that the above is true and correct.


March 3, 2023, West Haven, Connecticut


Bradley D. Woodworth

IFCD002862