<u>DECLARATION OF AMY B. NGUYEN</u>

I, Amy B. Nguyen, state as follows:

1. I am over 18 years of age and am competent to make this declaration.

2. I am a Geographic Information Systems (GIS) Analyst who specializes in community demographics. I studied Geography at Texas A&M University where my coursework included classes in Physical Geography, Astronomy, Cartography, Geology, Economic Geography, Human Geography, and GIS. I graduated with a bachelor's degree in physical science from the University of Houston at Clear Lake (UHCL) in 1993. At UHCL I studied Physical Geology, Environmental Science, Urban Geography and Statistics. I hold master's level certification in GIS from the University of Texas at Dallas. Course work included Fundamentals of GIS, Advanced GIS, Applied GIS, and a GIS Workshop. I have been a GIS Analyst for fifteen years.

3. I am an analyst and the owner of Capital Maps, LLC. Capital Maps provides maps and demographic analysis as mitigation evidence during the penalty phase of capital trials, juvenile resentencing, change of venue, and jury venire work.

4. I use GIS to generate maps, which has long been a valuable tool in crime mapping. GIS is the integration of data with software and hardware that allows the user to capture, analyze and display geographically referenced data.

5. Maps are visual tools that answer the questions of where and when, and even help identify patterns. I use census, crime, and demographic data to create maps that aid decision makers. They illustrate complex community issues such as poverty, exposure to violence, exposure to toxins, community disorganization, suicide rates and substandard education.

6. Such considerations are critical to decision makers when contemplating a capital sentence. One of the greatest challenges experts face when participating in sentencing is providing decision makers with visual mitigating evidence.

7. Most experts must rely on statistics, resulting in graphs and charts, which require individual interpretation. Maps can provide a visual snapshot of what is happening in a defendant's life.

1

Declaration of Amy B. Nguyen

IFCD003329

8. Sixty-five percent (65%) of the population are visual learners. Maps provide these learners with valuable visual data for decision making at capital sentencing.

9. I have generated maps as exhibits in twenty-six (26) federal cases and eighty-five (85) state cases to support the mitigation presentation.

10. I was contacted by the Indiana Federal Community Defender to assist their team with research and mapping related to Jurijus Kadamovas and his life. I was provided with materials detailing his life history in Lithuania and Russia.

11. Through my research on Mr. Kadamovas's case, I generated maps/charts that illustrate the following:

   a. Historical Changes in Lithuanian Political Control Between 1500s and 1990s

   b. Historical Changes in Languages in Lithuania

   c. Male Suicide Rates in Lithuania 1961-1995.

   d. Changes in Rates of Marriage, Divorce, and Live Births in Lithuania 1961-1996

   e. Crude Death Rate – per 1,000 Population Lithuania vs. USA

   f. Male Mortality Rate – per 1,000 Adult Male Population Lithuania vs. USA

   g. Life Expectancy at Birth Lithuania vs. United States

   h. Apartments in Vilnius, Lithuania -1969-1998

   i. Šnipiškės Neighborhood – Vilnius

   j. Lithuania vs. Vilnius Crime

12. I relied on the following articles and research materials:

   a. The History of Lithuania, Alfonsas Eidintas, Alfredas Bumblauskas, Antanas Kulakauskas, and Mindaugas Tamosaitis. Published on behalf of the Ministry of Foreign Affairs of the Republic of Lithuania. Revised 2nd edition. 2013

   b. "The Development of Scandinavian and Post-Soviet Baltic Countries in a Postindustrial-County Context" by Stepokonis, Faustas, *Yearbook of Population Research in Finland;* 1997, p.35-46

   c. World Data Bank, United Nations Population Division, https://data.worldbank.org/indicator/; Accessed October 12, 2022

   d. "Morbidity and Death Rates in Estonia, Latvia, and Lithuania in the 1980s" by P. Zvidrins and J. Krumins. https://www.semanticscholar.org/paper/Morbidity-and-

Declaration of Amy B. Nguyen

2

IFCD003330

Mortality-in-Estonia%2C-Latvia-and-in-Zvidri%C5%86%C5%A1-
Krumins/3905c4d66d6209548cf35b2a0a84ddd3edab6517

  e. "Time Trends in Suicide Mortality in Lithuania" by R. Kaladiene. Acta Psychiatr.
     Scand. 1999: 99; 419-422.

13. I received permission from the Lithuanian Archives to use the photographs for Mr.
    Kadamovas's case.

Pursuant to 28 U.S.C. §1746, I, Amy B Nguyen, declare under penalty of perjury under the laws
of the United States that the above is true and correct.

9-29-23 Coppell, TX

Date and Place

Amy B. Nguyen

Declaration of Amy B. Nguyen

3

IFCD003331

# Male Suicide Rates in Lithuania 1961-1995



Source: Stepokonis, F.,  The Development of Scandivian and Post-Soviet Baltic Countries in a Postindustrial-County Context, *Yearbook of Population Research in Finland;* 1997. 34 p.35-46

Ex. 5 pg.4 of 15

## Historical Changes in Lithuanian Political Control Between 1500s and 1990s

| Year | Event |
|---|---|
| 1563 | Polish language adopted by the nobility, as well as Polish culture and lifestyle – only Lithuanian preserved by minor gentry & peasantry. |
| 1795 | Last partition of the Polish-Lithuanian state by Russia, Austria & Prussia; most of Lithuania becomes part of Russian Empire. |
| 1830 | November Uprising against Russian Rule. |
| 1863 | January Uprising against Russian Rule. |
| 1918 | February 16th, while under German occupation, the Council of Lithuania, chaired by Jonas Basanavicius, proclaims restoration of an independent state of Lithuania. |
| 1920 | Soviet-Lithuanian Peace treaty signed; the Vilnius region seized by Polish General Želigowski. |
| 1940 | June 15th – In compliance with the Molotov-Ribbentrop Pact, Soviet Union occupies Lithuania, puppet government formed, Soviet Union annexes Lithuania; Soviet terror & deportations begin. |
| 1941-1944 | Occupied by Nazi Germany and Holocaust in Lithuania. |
| 1944-1953 | Period of Soviet-organized repressions, deportations, mass collectivization, and Lithuanian armed resistance. |
| 1966 | Yuri Kadamovas is born. |
| 1990 | March 11th - Supreme Counsel of SSR declares re-establishment of Lithuanian independence and becomes Supreme Council of the Republic of Lithuania. |
| 1998 | Yuri Kadamovas leaves Lithuania for the United States. |

■ Russian Control      ■ Polish Control      ■ German Control      ■ Lithuanian Control

## Historical Changes in Languages in Lithuania

| Year | Event |
|------|-------|
| 1547 | First book written in Lithuanian |
| 1563 | Polish adopted by the nobility, as well as Polish culture and lifestyle – only Lithuanian preserved by minor gentry & peasantry |
| 1697 | Polish language legitimized by Lithuanian nobles |
| 1760 | first Lithuanian newspapers began publishing – but in Polish |
| 1905 | Polish replaced by Russian as the most frequently spoken language |
| 1922 | Lithuanian State Constitution was created and for the first time Lithuanian became the official national language. |
| 1938 | Munich Agreement - Nazi sympathizers predominated in German firms and in almost all schools the lessons were in German. Attempts to provide lessons in Lithuanian for students of Lithuanian origin were not successful, nor were attempts to have Lithuanian spoken in the workplace. |
| 1944 | Lithuania absorbed into Soviet Union. Russian was spoken. In the schools, the teaching of Stalin's Constitution and the Russian language became compulsory. |
| 1945-1948 | Post-war Lithuania experienced the exile of 1,200 teachers in addition to those it lost during the war and became fully integrated into the Soviet Union's educational system. |
| 1975-1979 | Tashkent conferences agreed to strengthen the study of Russian in the USSR: aimed not only at improving communication among the country's inhabitants, but also had the effect of promoting Russian cultural expansion. |
| 1988-1990 | Various voluntary clubs were formed to discuss environmental, cultural, political and other relevant issues, in the name of perestroika, activities tolerated by authorities. Writers organized to demand that Lithuanian, which was being pushed out of public use by Russian, become the official language in Lithuania. |
| 1988 | October 6th - Presidium of the Supreme Soviet of the Lithuanian SSR designated Lithuanian as the official national language, legalized the pre-Soviet Lithuanian national anthem and coat of arms. |

🟥 Russian Control        🟨 Polish Control        🟦 German Control        🟩 Lithuanian Control

Ex. 5 pg.6 of 15

# Changes in Rates of Marriage, Divorce, and Live Births in Lithuania 1961-1996

Table 2. Development in marriage, divorce and live births in Lithuania, 1961–1996.

| Year | Marriages per 1,000 population | Diverces per 1,000 population | Live births per 1,000 population |
|---|---|---|---|
| 1961–65 | 9.0 | 0.9 | 19.9 |
| 1966–70 | 9.4 | 2.0 | 17.2 |
| 1971–75 | 8.9 | 2.4 | 14.8 |
| 1976–80 | 9.2 | 3.1 | 13.6 |
| 1981–85 | 9.5 | 3.2 | 14.8 |
| 1986–90 | 9.7 | 3.3 | 16.3 |
| 1991–95 | 7.2 | 3.4 | 14.1 |
| 1996 | 5.5 | 3.0 | 12.1 |

Source: Stepokonis, F.,  The Development of Scandivian and Post-Soviet Baltic Countries in a Postindustrial-County Context, *Yearbook of Population Research in Finland;* 1997. 34 p.35-46

Ex. 5 pg.7 of 15



Source: World Data Bank, United Nations Population Division, https://data.worldbank.org/indicator/ Accessed 10/12/2022

Ex. 5 pg.8 of 15



Male Mortality Rate - per 1,000 Adult Male Population
Lithuania vs. USA

Source: World Data Bank, United Nations Population Division, https://data.worldbank.org/indicator/ Accessed 10/12/2022

Ex. 5 pg.9 of 15



Source: World Data Bank, United Nations Population Division, https://data.worldbank.org/indicator/ Accessed 10/12/2022

Ex. 5 pg.10 of 15

Apartments in Vilnius, Lithuania - 1966-1998

Military Service in Russian at Belyye Stolby or Belyye Stolby II 1985-1987

39 Justiniškių Street Apt. 40
Dates Unknown
Tadic & Tatiana's last address, 2 room apartment

87 Viršuliškių Street, Apt. 41
Dates Unknown
3 room apartment

103 Kalvariju Street Apt. 15
1988 – with Jurate's parents for a few years.

9 Bitėnų Street, Apt. 12
1996-1998
Two story apartment with 4 rooms. Jurijus did a lot of renovations himself.

9 Justiniškių Street Apt. 9
1976-1985? – Age 10 to 18
5 story building with more modern conveniences.

40 Trimitu Street Apt. 2
1966-1976 – Birth to age 9
No running water.  7 family members living here.

Sources: Esri, HERE, Garmin, USGS, Intermap, INCREMENT P, NRCan, Esri Japan, METI, Esri China (Hong Kong), Esri Korea, Esri (Thailand), NGCC, (c) OpenStreetMap contributors, and the GIS User Community

Ex. 5 pg.11 of 15



Šnipiškės Neighborhood - Vilnius

Ex. 5 pg.12 of 15

# Thermal Power Plant



Ex. 5 pg.13 of 15

# Soviet Military Base



Ex. 5 pg.14 of 15

