## DECLARATION OF ALINA KHUDA

I, Alina Khuda, state as follows:

1. I am over the age of 18 and competent to make this declaration.

2. I speak English, German, Russian, Ukrainian, and Polish.

3. I am an expert genealogist. I have more than ten years of experience conducting genealogy research, and more than eight years of conducting probate research.

4. I received a master's degree in Political Science from the Taras Shevchenko National University of Kyiv, as well as a bachelor's degree in Political and Social Studies completed through the National University of Kyiv – Mohyla Academy.

5. During the past decade I have collaborated with over a dozen genealogical societies. Eastern Europe is my area of genealogical expertise.

6. My background in journalism facilitates my efforts to locate historical documents and build out family trees.

7. I was hired by the Indiana Federal Community Defender to assist their legal team with locating native documents from Lithuania and other former Soviet territories. I assisted them in locating documents illustrating three generations of family members related to Mr. Jurijus Kadamovas.

8. I was asked to utilize my genealogical expertise to locate and retrieve records related to Mr. Kadamovas and any of his family members dating back to the 1930s. The Indiana Federal Community Defenders communicated to me that they sought to illustrate the lived experience of his immediate and extended family.

9. In my search for records related to Mr. Kadamovas, I researched religious and state archives, and traveled in-person, when the coronavirus pandemic allowed, to meet with records custodians and conduct searches.

10. In my work on the Mr. Kadamovas's case, I conducted a review of documents relating to the Kadamovas family, consulted with his legal team, and then located additional records and relatives of Mr. Kadamovas.

11. The efforts of my investigation into Mr. Kadamovas's extended family culminated in the documents listed below.

12. Each document I collected was created and available before 2002.

1

IFCD003080

Pursuant to 28 U.S.C. §1746, I, Alina Khuda, declare under penalty of perjury under the laws of the United States that the above is true and correct.

19 04. 2023 Dublin

*Alina Khuda*

_____

Date and Place                                    Alina Khuda

## DOCUMENTS OBTAINED

a. Document about Land Management of Lithuania between 1939-1942
b. Document about ownership of land in Palekovas family
c. Document with Passport data for Marfa Palekovene
d. Palekovas German Census 1
e. Document listing family of Makar Kanopkin
f. Document about Land Classification of Grigoriy Kanopkin
g. Palekovas German Census 2
h. Document of Laginas Kanopkin & Family Trip to Brazil through Germany
i. Document about Palikarpas Kanopkinas admission to the military
j. Military Route of Bartolomej Kanopkin WWII.
   o   From Pamyat Naroda, original document is in the Russian Military Archives in Podolsk, Moscow Oblast
k. Document about land owned by Kirill Palekov
l. Document of Polyakvov relatives from 1915
m. Document related to the Marka Palekova family
n. Census 1897 Registration of Grigoriy Kanopkin
o. Census 1897 Document related to Kanopkin Family
p. Protection of the Holy Virgin Russian Orthodox Church document
q. Census 1948 (Skreblinu) entry of Kanopkin Bartolomej, Alexandra, Tatjana,
r. Kanopkin, Bartholomei Passport
s. Nikolai Kanopkin entry in military record book
t. Birth Certificate of Antonijus (Anton Kanopkin)
u. Birth Certificate of Nikolai (brother of Bartolomej)
v. Birth Certificate of Polikarp (brother of Bartolomej)
w. Birth Certificate of Ivan (brother of Bartolomej)
x. Birth Certificate of Tadik Aleksandrovich
y. Baptism Certificate of Tadik Aleksdandrovich
z. Family tree as generated from documents collected

IFCD003081

Ex. 6 pg.2 of 148

# Land Management in Lithuania 1939-1942

**Žemės tvarkymo projektui įsiteisėjus pažymėt *am* savinink *ui*
privalomos šios priedermės:**

a) visi projekto plane nurodyti keliai, gatvės ir aikštės yra skirtos viešai naudotis;

b) gatves ir kelius, kurie eina per visą žemės tvarkomąjį vienetą, iaiko ir taiso visi žemės savininkai, gatves ir kelius, reikalingus keliems žemės savininkams, taiso tie savininkai, o kelius, reikalingus vienam žemės savininkui,—šitas savininkas. Vieškelių ir sodkelių taisymas tvarkomas pagal Vidaus Reikalų Ministerijos išleistas taisykles;

c) nuo 19 *39* m. rugsėjo mėn. *10* d. kiekvienas žemės savininkas savo prieš skirstymą valdytus rėžius turi užleisti valdyti tiems savininkams, į kurių sklypus tie rėžiai teko, o pats pradeda valdyti tik tą žemę, kuri šiuo projektu yra jam nurodyta;

d) vienasėdžiuose likę svetimi trobesiai turi būti tų trobesių savininkų nusikelti iki 19 *42* m. *birželio* mėn. *24* d. Per tą laiką turi būti sumokėtas ir atlygínimas už trobesių nusikėlimą. Nenukeltus trobesius, šitam laikui išėjus, žemės savininkas gali nugriauti, gavęs tam žemės tvarkymo komisijos vykdomąjį raštą. Ligi išeina nustatytas trobesiams nusikelti laikas, jų savininkas gali naudotis trobesiais ir būtinai reikalingu prie jų žemės plotu ir privažiavimu, bet jis už tai turi leisti žemės savininkui naudotis atitinkamu žemės plotu su privažiavimu savo vienasėdyje. Dėl šio kylančius ginčus sprendžia žemės tvarkymo įstaigos;

e) vienasėdžiuose likę medžiai, krūmai, tvoros, akmens ir kiti daiktai turi būti jų savininkų atsiimti iki 19 *40* m. *birželio* mėn. *24* d. Neatsiimti medžiai ir kiti daiktai, šitam laikui išėjus, lieka žemės savininkui be atlyginimo;

Kopija tikra
Rašytinių dokumentų skyriaus
patarėja
Elžbeta Šimelevičienė
20*11* -06-23

IFCD000858

*Inž.*
*Žemės Tvarkymo Departamento*
*Direktorius*

*Inž.*
*Referentas*

Lietuvos centrinis valstybės archyvas
1250 Ap. 2 B 1002

**Once the land management project has entered into force, the marked landowner
the following obligations shall apply:**

a) All roads, streets and squares shown on the project plan are for public use;

b) Streets and roads which run through the whole of the land management unit shall be maintained and repaired by all the owners of the land, streets and roads required by several owners of the land shall be repaired by those owners, and streets and roads required by a single owner shall be repaired by the owner of the land. The management of roads and gardens shall be in accordance with the rules issued by the Ministry of the Interior;

c) As from *10* September 19*39*, each landowner shall put the land which he owned before the subdivision under the control of the owners on whose parcels the land was located, and he shall take possession of the land which he has been given in this project;

d) Any alien huts remaining in the homesteads must be moved out by the owners of those huts by Circle. *24 June* 19*42*. The payment of the remuneration for the removal of the huts shall also be made within that period. Any huts not moved after that time may be demolished by the landowner on receipt of an order to that effect from the Land Management Commission. Until the time allowed for the removal of the huts has elapsed, the owner of the huts may use the huts and the necessary land and access to them, but in return he must allow the landowner to use the relevant land and access within his homeland. Disputes arising from this shall be settled by the land management authorities;

e) Trees, shrubs, fences, stone and other objects remaining in the homesteads shall be taken back by their owners before *24 June* 19*40*. Trees and other objects not taken back by this time shall remain with the landowner without compensation;

--------------------------------------------------------------------------------------------------------------

[Stamp:]
A real copy
Written Documents Unit
Adviser
[Signature]
**Elžbeta Simelevičienė**
*2021-06-23*

[Seal:]
CENTRAL STATE ARCHIVES OF
LITHUANIA

*Eng.*
*Department of Land Management*
*Director*

*Eng.*
*Referrals*

[Stamp:]
Lithuanian Central State Archives
P  *1250*  Ap.  *2* B *1882*

**IFCD000859**

Ex. 6 pg.4 of 148

Ownership of Land in Palekovas Family



Gretimosios žemės

Nuo A ligi B *1938 m. išsk. vsd. Sadeimų k. skl. Nr. Nr. 2 ir 1.*
„ B „ C *Čembariškių k. Malėtų v. ūkininkų žemė.*
„ C „ D *Skooblinių k. skl. 3 Nr. sav. Karaliunienės Stefanijos.*
„ D „ E *„ „ „ 7 „ „ Slavinskienes Stefanijos.*
„ E „ F *„ „ „ 6 „ „ Vasčiūnienės Malvinos.*
„ F „ A *„ „ „ 5 „ „ Verikų: Jono ir Petro.*

MASTELIS 1:5000

Ištrauką darė *Mat. Schit*

Ištrauką tikrino *A. Keschorskas*

**Kopija tikra** *fu*

Lietuvos centrinis valstybes archyvas
1250 Ap. 2 B. 1182

IFCD000856

Ex. 6 pg.5 of 148

**Adjacent lands**

From A to B *1938 from Sadeimiai K. skl. vz. vz 2 and 1 .*

"    B    "  C *Čembariškės village land of Valetu v. farmers.*

"    C    "  D *Skroblinių k. skl. 3 vz. sau. Karaliuniene Stefania.*

"    D    "  E *"                "    7 "    "    Slavinskienė Stefania.*

"    E    "  F *"                "    6 "    "    Vasciūnienės Valvinos.*

"    F    "  A *"                "    5 "    "    Verikų  :  [illegible]  and Peter.*

Excerpted by *[illegible]*

Excerpt verified by *[illegible]*

[Stamp: A real copy]

MASTEL 1:5000

[Image]

[Stamp:]
Lithuanian Central State Archives
P *1250*  Ap. *2*  B *1882*

IFCD000857

Ex. 6 pg.6 of 148

# Passport Data for Marfa Palekovene



## LIETUVOS CENTRINIS VALSTYBĖS ARCHYVAS

Biudžetinė įstaiga, O. Milašiaus g. 21, LT-10102  Vilnius, tel. (8 5) 247 7830, faks. (8 5) 276 5318, el. p. lcva@archyvai.lt
Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 19076418

Alina Khuda

### PAŽYMA
### APIE M. DEREŠKEVIČIŪTĖS POLIAKOVIENĖS PILIETYBĘ IR GYVENIMĄ LIETUVOJE

2021-06-23    Nr. R4-2341

Utenos apskrities viršininko archyviniame fonde, duotųjų pasų žinių lapų byloje, Malėtų (taip dokumente) valsčiaus 1930 m. duotųjų pasų žinių lape eil. Nr. 193 įrašyta Skrablino (taip dokumente) kaimo gyventoja Marfa Poliakovienė Dereškevičiutė (pavardė – taip dokumente), kuriai 1930-02-25 išduotas vidaus pasas; paso blanko Nr. 911493; į pasą įrašyti 3 (trys) neįvardinti asmenys.

PAGRINDAS. F. 1021, ap. 1, b. 550, l. 91.

PASTABA. Daugiau žinių Marfos Dereškevičiutės (Deresceviciute) Poliakovienės (Polekova) gyvenimą Utenos apskrityje, daugiau dokumentų, patvirtinančių jos turėtą Lietuvos Respublikos pilietybę, jos vidaus arba užsienio pasų, pasų registracijos kortelių bei dokumentų, patvirtinančių Lietuvos Respublikos pilietybės netekimo (nustojimo) iki 1940-06-15 faktą, archyve saugomuose fonduose nerasta.

Lietuvos gyventojų surašymo iki 1940 m. dokumentai į archyvą saugojimui neperduoti.

Atkreipiame dėmesį, kad duomenų gavėjas privalo naudoti gautus asmens duomenis Bendrojo duomenų apsaugos reglamento (ES) 2016/679 ir Lietuvos Respublikos asmens duomenų teisinės apsaugos įstatymo nustatyta tvarka.

Direktorius                                                                                    Dalius Žižys

Rašytinių dokumentų skyriaus
patarėja                                                                                        Elžbeta Simelevičienė

IFCD000852

Ex. 6 pg.7 of 148

[Emblem]

## LITHUANIAN CENTRAL STATE ARCHIVES

Budgetary body, O. Milašiaus g. 21, LT-10102 Vilnius, tel. (8 5) 247 7830, fax (8 5) 276 5318, email: leva@archyvai.lt
Data collected and stored in the Register of Legal Entities. code 19076418

Alina Khuda

**PAGE
ON THE NATIONALITY OF M. DEREŠKEVIČIŪTĖ POLIAKOVIENĖ AND
LIFE IN LITHUANIA**

2021-06-*23*          No R4-*2341*

In the archival foundation of the Utena County Chief, in the file of the knowledge sheets of the given passports, in the knowledge sheet of the state of Maltai (yes) in 1930. No 193 includes Marfa Poliakovienė Dereškevičius, a resident of the village of Skrablino (also in the document), who was issued with an internal passport on 02-25-1930; passport form No 911493; 3 (three) unnamed persons entered in the passport.

BACKGROUND. F. 1021, ap. 1, b. 550, l. 91.

NOTE: No further information about the life of Marfa Dereskeviciute Poliakoviene (Polekova) in Utena county, no further documents confirming her citizenship of the Republic of Lithuania, no further documents confirming the fact of her loss (termination) of citizenship of the Republic of Lithuania prior to June 15, 1940, or any other documents, passports or passport registration cards, could be found in the archive's holdings.

The documents of the Lithuanian census before 1940 have not been transferred to the archive for preservation.

Please note that the recipient is obliged to use the personal data received in accordance with the procedures set out in the General Data Protection Regulation (EU) 2016/679 and the Law on Legal Protection of Personal Data of the Republic of Lithuania.

Director                          [Signature]          Dalius Žižys

[Seal:]
CENTRAL STATE ARCHIVES
OF LITHUANIA

Written Documents Unit
Adviser                          [Signature]          Elžbeta Šimelevičienė

IFCD000853

Ex. 6 pg.8 of 148

Palekovas German Census 1

**VOR DEM AUSFUELLEN DIE ERLAEUTERUNGEN LESEN!**

| Lfd. Nr. — Eil. Nr. | Name und Vorname (die Mitglieder jeder Haushaltung werden in folgender Reihe eingetragen: Haushaltungsvorstand, seine Ehefrau, Kinder, Anverwandten, Söldlinge, Zimmermieter u. a.) Pavardé ir vardas (kiekvienos šeimynos gyventojai rašomi tokia eile: šeimynos galva, jo žmona, vaikai, giminės, samdiniai, kambariu nuomotojai ir kiti) | Stellung zum Haushaltungsvorstand (Haushaltungsvorstand, Ehefrau, Sohn, Söldling, u. a.) Santykis su šeimynos galva (šeimynos galva, žmona sūnus, samd. ir t. t.) | Geschlecht Lytis | | Geburtsdatum (Tag, Monat, Jahr) Gimimo data (metai, mėnuo, diena) | Geburtsort (Amtsbezirk oder Stadt sowie Kreis anzugeben; falls im Auslande geboren, so ist Staat bzw. Land anzugeben) Gimimo vieta (nurodyti valsčiu ar miesta ir apskriti; jei gimęs užsienyje — valstybę, kraštą) | Falls nicht innerhalb der Grenzen des Generalbezirks Litauen geboren, so ist anzugeben wovon und wann zugezogen. Jei gimęs ne Lietuvos generalinės srities riboše, tai iš kur atvyko ir kada | Familienstand (ledig, verheiratet, verwitwet). Šeiminé padétis (nevedęs, netekėjusi, vedęs, ištekėjusi, našlys-lé, persiskyręs-usi). | Konfession Tikyba | Volkszugehörigkeit Tautybė | Sprache Kalba |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

**I. Sämtliche Wohnbevölkerung der Wohnung-Haushaltung — Visi nuolatiniai buto-ūkio gyventojai.**

| | | | män. vyr. | weib. mot. | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Palekovas Karolis | šeimos galva | 1 | – | 1871-II-13 | Malitai. Utena | ~ | vedęs | sentikis | Rusijos | rusų |
| 2. | Palekoviené Marta | žmona | – | 1 | 1882-VI-23 | Malitai. Utena | — | ištekėjusi | sentikė | Rusijos | rusų |
| 3. | Polekovas Stanasas | šeimos galva | 1 | – | 1908-VI-10 | Malitai. Utena. | | vedęs | sentikis | Rusijos | rusų |
| 4. | Palikoviene Marija | žmona | – | 1 | 1908-3-20 | Jonava. Kaunas. | — | ištekėjusi | sentikė | Rusijos | rusų |
| 5. | Pelekovas Simaliijus | sūnus | 1 | – | 1936-3-2 | Malitai. Utena. | ~ | nevedęs | sentikis | Rusijos | rusų |
| 6. | Pelekovaitė Taciana | dukté | – | 1 | 1937-I-8 | Malitai. Utena. | — | netekéjusi | sentikė | Rusijos | rusų |
| 7. | Palikovaité Stefanija | dukté | – | 1 | 1939-II-19 | Kauno miestas. | | netekéjusi | sentikė | Rusijos | rusų |

**II. Sämtliche zur Zeit der Zählung vorübergehend Anwesende (nicht ständig wohnhafte) Personen (z. B. zum Besuch, auf Urlaub, auf Geschäftsreise) —**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Kanapkinas Baltramiejus | šeim. galva | 1 | – | 1917-VII-10 | Širvintai. Ukmergé | — | vedęs | sentikis | Rusijos | rusų |
| 2. | Kanapkiniené Aleksandra | žmona | – | 1 | 1921-III-15 | Malitai. Utena. | — | ištekėjusi | sentikė | Rusijos | rusų |

**III. Zusatzfrage für Kinderhabende Frauen — Motinoms papildomai nurodyti:**

| Name und Vornahme Pavardé ir vardas | Wann wurde die erste Ehe geschlossen (ledige mit „ledig" angeben) Kada pirmą kartą susituoké (netekéjusios rašo „netekéjusi") | Gesamtzahl der geborenen Kinder (mit Totgeborenen) Bendras gimusiu vaiku skaičius (su negyv. gimusiais) | Zahl der noch lebenden Kinder Kiek vaiku dábar gyvena |
|---|---|---|---|
| | | | 8 (trys) |
| Palekoviene Marta (Dereškaviūté) | 1905 – II – 15. | 9 | 3 |
| Pelekoviené Marija (Kanapinskaité) | 1931 – V – 3 | 3 | |

IFCD002954

Ex. 6 pg.9 of 148

Document listing family of Makar Kanopkin

Lietuvos centrinis valstybės archyvas
F. 504 Ap. 1 B. 135 84ap.

| 8. | Tikyba . . . . . . . | Sentikis. | | |
|---|---|---|---|---|
| | Tautybė . . . . . . | Rūsas. | | |
| | Vedęs, našlys nevedęs ar gyvi tėvai, . . | nevedęs | | |
| | kiek turi brolių, seserų ir jų amžius, ir | Tėvas Makaras | 58 | m |
| | jeigu turi vaikus — vardai vaikų, žmonos | motina | | |
| | ir jų amžius, kokį turi turtą kas tą turtą | brolis Jonas | 23 | |
| | valdo: pats ar artimiausis giminė. | „ Nikolas | 19 | |
| | | „ Klemas | 15 | |
| | . | sesuo Ona | 8 | |
| | | Turi apie Cha. žemės valdo t vas | | |
| 9. | Mokslo cenzas . . . . . . | rašyti namoka | | |
| | Kokį amatą moka ir kuo užsiiminėjo prieš | | | |
| | pastojant karo tarnybon . . . | Dailydė. | | |
| 10. | Ar turi teisę sutrumpintos tarnybos, kokią | | | |
| | mokyklą baigęs, kas ir kada išdavė liūdy- | | | |
| | mą, liūdymo Nr. | | | |

Komisijos Pirmininkas _____ Sekretorius _____

Tarnybon atvyko *lapkričio* mėn. 3 d. ir pridalinamas algai nuo *lapkričio* mėn. 3 d. 19 30 met. maitinimui nuo *lapkričio* mėn. 3 d. 19 30 met.

Remiantis Naujokų Šaukimo Instrukcijų § _____ išduota _____

Nuskirtas _____ pulkan.

Pulkininkas Leitenantas
Apskrities Komendantas

Kapitonas
Raštvedys

Tarnauja 1am pėstininkas D. L. K. Gedimino pulkė.

Rašymų dokumentų Pulko Vadas
skyriaus vedėja
Loreta Čiulkinienė
Adjutantas
20. 21. 07. 20.

[Stamp:]
Lithuanian Central State Archive
F [HW:] 504   Ap. [HW:] 1   B. [HW:] 135
L. [HW:]  84 ap

| 8. | Religion…………………………………………………….. | Orthodox. |
| | Nationality…………………………………………………… | Russian |
| | Married, widowed, single or parents alive, | Not married |
| | how many brothers and sisters does he have and their ages; if he | Father   Makar ————————— 58 |
| | | mother   --- |
| | has children, their names; wife's and his age, what property do they | brother  Jonas ————————— 25 |
| | | "         Nikolas ———————— 19 |
| | have, who manages that property: himself or closest relative. | "         Klemas ———————— 15 |
| | | " |
| | | sister    Ona ————————— 8 |
| | | " |
| | | " |
| | | " |
| | | He has about 6 hectares of land and it is managed by the father |
| 9. | Training censorship | Does not know how to ——— write |
| | What trade does he know and what did he do before | A carpenter. |
| | enlisting for the military service | |
| 10. | Is he entitled to a shortened service, what school did he graduate from, who | |
| | and when issued the certificate, certificate No. | |

| **Head of the Committee**  [Signature] | **Secretary** [Signature] |
|---|---|

Reported to the service  on [HW:] November… 3 d. and shall be added to the payroll from [HW:] November 3…1930 and added to receive meals feeding from [HW:] November 3…1930 .

Based on the Paragraph for the Recruitment Instructions of the New Soldiers ———————————— issued

————————————————————————————————————————————

Appointed to   [HW:] I-st Infantry ———————————— Regiment.

| [Stamp:] [illegible] | [Stamp :] Lieutenant Colonel [Signature] |
| [Stamp:] LITHUANIAN CENTRAL STATE ARCHIVE | [Stamp :] District **Commander** [Signature] |
| | [Stamp :] Captain [Signature] |
| | **Clerk** [Signature] |

Serving [HW: at the I-st Infantry Regiment of the Grand Duke of Lithuania Gediminas
[Stamp: illegible]
[Stamp: Lithuanian Central State Archive]

| [Stamp: I-st Infantry Regiment of the Grand Duke of Lithuania Gediminas] | [illegible] Head of Written Document Department [Signature] Loreta Čiuikinienė [HW :] 07 28 2021 | [Signature] [Stamp:] **Regiment Commander** [Stamp:] *Regiment Commander* [Signature] [Stamp:] Captain [Stamp:] Sergent [Signature] [Stamp:] Sergent **Adjutant** |

IFCD000889

# Land Classification of Grigoriy Kanopkin



IFCD000890

[HW:] [illegible] 186

To the Principal Land Classification Committee

Received

2/8/1939

No. 45

[Stamp:] Mark [Emblem: THE REPUBLIC OF LITHUANIA 1937] Litas sign

[Stamp:] Mark [Emblem: THE REPUBLIC OF LITHUNIA 1938] Litas sign

> Citizen Grigorijus Kanopkinas's,
>
> residing at Šateikiškiai town
>
> Širvintai county, Ukmergė
>
> District

> To the Notification No. 186 [illegible]

Appeal

[1]938… Ukmergė District Land Classification Committee classified my land parcel K 51, total area of 6.08 hectares, and assigned a grade that was too high. Namely, I-st grade 2.70, II-nd grade 2.73 and III-d grade 0.50 hectares. As our village and area do not have I-st grade land in general, I can have only sections of II-nd grade land, there are no land parcels much better than my land and it is not [illegible word]. Therefore I knidly ask the Land Classification Committee to re-classify my land.

Appealer respectfully. I signed for the illiterate person Grigorijus Kanopkinas under his personal request.

[illegible] [Signature]

Approved instead I-st grade on the farm [illegible text] [illegible text] II-nd grade.

[Stamp:] Lithuanian Central State Archive          [Stamp: True copy]      [Signature]
F. [HW:] 1251 Ap. [HW:] 1 B. [HW:] 5061 L. _____

IFCD000891

Palekovas German Census 2



**Originalas nebus siunčiamas**

### VILNIAUS REGIONINIO VALSTYBĖS ARCHYVO
### UTENOS FILIALAS

Biudžetinė įstaiga, O. Milašiaus g. 23, LT-10102, Vilnius.
Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 193171427.
Filialo duomenys: biudžetinės įstaigos filialas, J. Basanavičiaus g. 114, LT-28214, Utena,
tel./faks. (8 389) 61 896, el. p. utena@archyvai.lt, filialo kodas 304440391.

Alina Khuda                                    2021-02-_01_   Nr. SP-_197_
3 Barry Avenue                                 Į 2021-01-29  prašymą
Finglas West Dublin 11
Airija
El. p. khudalina@gmail.com

#### APIE KIRILO PALIAKOVO (PALEKOVO) ŠEIMOS SUDĖTĮ

Siunčiame 1955–1957 metų asmeninės sąskaitos Nr.683 (žr. kopiją Nr.1), 1958–1960 metų asmeninės sąskaitos Nr.484 (žr. kopiją Nr.2) bei 1961–1963 metų asmeninės sąskaitos Nr.641 (žr. kopiją Nr.3) įrašų (lapų) apie šeimos galvos **Paliakovo (Palekovo) Kirilo** šeimos sudėtį filialo patvirtintas kopijas (pridedamos) iš Molėtų rajono Inturkės apylinkės Liaudies (iki 1977-10-07 – Darbo žmonių) deputatų tarybos vykdomojo komiteto dokumentų fonde saugomų Skreblinių (Skroblynų) kaimo 1955–1957, 1958–1960 ir 1961–1963 metų ūkinių knygų (Šaltinis. F. 238, ap. 2, b. 29, l. 1; b. 50, l. 3; b. 73, l. 2).

Informuojame, kad Molėtų rajono Inturkės apylinkės Skreblinių (Skroblynų) kaimo 1964–1966 metų ūkinėje knygoje žinių (įrašų) apie Paliakovų (Palekovų) ūkį nerasta.

Filialo vedėjas                                           Gediminas Šeštokas

Sigita Sadaunikienė, tel. (8 389) 61 897, sigita.sadaunikiene@archyvai.lt

IFCD002955

Ex. 6 pg.14 of 148



IFCD002956



KOPIJA Nr. 2

IFCD002957

Ex. 6 pg.16 of 148



IFCD002958

Ex. 6 pg.17 of 148

# Document of Laginas Kanopkin & Family
# Trip to Brazil through Germany

Išeivybės Biūras

# „Hamburg-Südamerikanische Dampfschifffahrts-Ge:

## Kaunas, Laisvės Alėja 22

## Kelionės sutartis

№ 01

Siuo yra susitarta, šiame kontrakte minėtus keleivius nugabenti nuo *Kai*
iki *Hamburg* (?) kl. geležinkeliu, o paskui laivu „ *Cah Na*
iš *Hamburg* 193_ m. *Liepos* mėn. *7* d. iki *9*

*III* kl. ir toliau geležinkeliu ____ kl. iki ____ prisilaikant antroje pusėje emigracijos ist

Sutartis įgyja galios nuo 1936 m. *Liepos* mėn. *3* d.

| Pavardė ir vardas | Amžius |
|---|---|
| *Kanofmenas Lazmas* | 44 |
| *Stefanida* | 40 |
| *Tatjana* | 16 |
| *Jonas* | 03 |
| *Josepas* | 12 |

| Gauta nuo emigranto | |
|---|---|
| Europos geležinkelis | . . . . . |
| Jūrų kelionė | . . . . . |
| Amerikos ir Kanados geležinkelis | . . . |
| Amerikos pagalvinis mokestis | ____ |

V

Gau

Lieka primo

Antrašas Lietuvoje *Naujaezjun* kaimas
*Lazun* valsč. *Trani* apskr.

Antrašas imigracijos krašte *Januks*

Gauta (žodžiais) *Du tres tu*
*sintu penriodesmu*

Kurio pilnamečio emigranto priežiūroje važiuoja ____

Pas ką keliauja ____

Žyminiu mokesčiu apmokėta. Lt. 26.

Apsiimu prižiūrėti (parašas) *J. Konojkus*

Emigranto parašas

Emigracijos įsta

IFCD000892

Ex. 6 pg.18 of 148

**Emigration Office**

**"Hamburg - Südamerikanische Dampfschifffahrts** – [cut off]

**Kaunas, Laisvės Alėja 22**

| [Image] | **Travel Contract** | N° 01 [cut off] |

It is hereby agreed to transport the passengers referred to in this contract from [HW:] <u>Kaunas [?]</u> [cut off]

to [HW:] <u>Hamburg</u>  by rail and then by boat [HW:] Cap No [cut off]

from [HW:] <u>Hamburg</u>  [HW:] July 7, 193[HW:] <u>6</u>  month. [illegible] to [cut off]

[HW:]  III class and then by rail [HW:]  - class to [HW:]  -.  By [illegible] in accordance with the

emigration law [cut off].

The Contract shall enter into force on [HW:]  July 3, 193[HW:] <u>6</u>.

| Last and first name | Age |
|---|---|
| [HW:]  Kanopkinas [illegible] | [HW:] 44 |
| [illegible] | [HW:] 40 |
| [HW:] Tatjana | [HW:] 16 |
| [HW:]  Jonas | [HW:] 13 |
| [HW:]  Vasylius | [HW:] 12 |
|  |  |
|  |  |
|  |  |

| Received from the emigrant |
|---|
| European railway |
| A sea voyage |
| American and Canadian railway |
| American pillow tax |

V[cut off]

<u>Received [?]</u> [cut off]

Remaining payment [cut off]

Received (in words) [HW:] Two thousand [cut off]

[HW:] <u>hundred and fifty</u>

_____

Stamp duty paid.  Lt. <u>26</u>.-

Caption in Lithuania [HW:] <u>Naujaežerių</u> village [HW:] <u>Žąslių</u> county, [HW:] <u>Trakai</u> district [illegible].

Caption in the country of immigration [illegible].

Under which adult supervision he/she is going

_____

Who he/she is traveling to

_____

I undertake to look after (signature)

<u>[Signature]</u>
Emigrant's signature

[Stamp: Hamburg [illegible]]

<u>[Signature]</u>
Emigration law [cut off]

IFCD000893

Ex. 6 pg.19 of 148

# Document about Palikarpas Kanopkinas admission to the Military

84

(Ši pusė, atvykus naujokui dalin, tvirtinama ir grąžinama Karo Komendantui)

193 0 metais.

Ukmergės apskr. Naujokų Šaukimo Komisijos

# Priėmimo formuliaras.

Naujoko Konopkino Palikarpo          sūn. Makaro.

ŠAUKIMO SĄRAŠO Nr. 20.                     FORMULIARO Nr. 319

| | |
|---|---|
| Pavardė ir vardas priimtojo tarnybon. . . | Konopkinas Palikarpas. |
| Nuolatinė gyvenamoji vieta, artimiausio . . | taškuniškių k. Širvintų valsč. |
| giminės antrašas. | Ukmergės apskrities |
| Priėmimo tarnybon laikas: | |
| metai, mėnuo, diena . . . . . | 193 0 m. Spalis mėn. 2 d. |
| Tarnybos pradžia . . . . . | 193 0 m. lapkričio mėn. 1 d. |
| Gimimo laikas ir vieta . . . . | Staškuniškkų k. Širvintų, Ukmergės ap. |
| metai, mėnuo, diena . . . . | 1909 m. Ipusm. mėn. d. |
| Ūgis . . . . . . . | 163 c./m. svoris 77 klgr. |
| Storumas krūtinėj . . . . . | 94 c./m. |
| Kokion rūšin ginklų tinka . . . . | Pestm. |
| Kokiai tarnybai tinka . . . . . | rikiuotėn. |
| čia aprašomi visi ktino trukumai, taipogi pažymima, jeigu priimtas ne vienbalsai arba priešingai gydytojo nuomonės | |
| Kopija tikr. | |
| Pareiškimas apie sveikatos stovį | Sveikas |

Lietuvos centrinis valstybės archyvas
F. 504 Ap. 1 B. 135 84

mskio, ap. Ukmergej 190/a30.

IFCD000894

Ex. 6 pg.20 of 148

*84*

**(This side shall be approved and returned to the Military Commandant on the arrival of the recruit)**
in year 193[HW:] <u>0</u>.
Ukmergė County New Recruit Commission's

# Admission form.

**Recruit** <u>Konopkinas Palikarpas</u>          **son of** <u>Makaras.</u>

RECRUITMENT LIST No. 20.                    FORM No. 319

| | |
|---|---|
| Recruit's first and last name. | <u>Konopkinas Palikarpas.</u> |
| Permanent place of residence, listed closest family member. | <u>Staškuniškių</u> village   <u>Širvintai</u>   county <br> Ukmergė district |
| Date of the acceptance to the service: <br> year, month, day | [HW:] October 2, 193[HW:] <u>0</u> |
| Start of the service | <u>November</u> <u>1,</u> 193[HW:] <u>0</u> |
| Date and place of birth <br> year, month, day | <u>Staškuniškių</u> v.. Širvintai county  Ukmergė district <br> <u>1909</u> m. <u>I-st half of the year</u> month ___ d. |
| Height <br><br> Chest circumference | <u>163</u> c./m. <br><br> <u>94</u> c/m.              Weight <u>77</u> kg. |
| Type of weapon  the individual is suitable for. | [HW:] <u>Infantry</u> |
| Service the individual is suitable for. <br><br> [HW:] [illegible] <br> Here are all the defects of the body, as well as notes, if not unanimously admitted or contrary to the opinion of the doctor <br><br><br> [Stamp:] A true copy [Signature] | _____ to line up. |
| Statement about health condition | Healthy |

[Stamp:]
Lithuanian Central State Archive
F. [HW:] *504*  Ap. [HW:] *1*  B. [HW:] *135*  L. [HW:] *84*.

[cut off] inskio, printing shop in Ukmergė 19$^{6}/_{3}$30.

IFCD000895

Ex. 6 pg.21 of 148

# Military Route of Bartolomei Kanopkin in World War II

# Боевой путь

## для всех формирований части



IFCD000844

**Campaign record**

of all formations of the unit



IFCD000845

Ex. 6 pg.23 of 148

# Document about land owned by

# Kirill Palekovas

## Eksplikacija

| Sklypų Nr. | NAUDOJAMOS ŽEMĖS | | | | | | | | | | Iš viso | | NENAUDOJAMOS ŽEMĖS | | | | | | | | Iš viso | | Iš viso naudojamos ir nenaudoja-mos žemės | | Bendrosios nuosavybės dalis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sodybinės | | Ariamos | | Pievos | | Ganyklos | | | | | | Kelių | | | | | | | | | | | | |
| | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | |
| 4 | 0 | 49 | 2 | 47 | 2 | 00 | 0 | 50 | - | - | 5 | 46 | 0 | 25 | - | - | - | - | 0 | 25 | 5 | 71 | | | |



Kopija tikra

Lietuvos centrinis valstybės archyvas
F. 1250 Ap. 2 B. 1882

IFCD000854

Ex. 6 pg.24 of 148

## Explore

| Plot No. | LAND IN USE | | | | | | | | | | | LAND IN USE | | | | | | | | Total utilised and unused land | | Share of common property |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Homesteads | | Arable | | Meadows | | *Janykles* | | | | In total | | Kells | | | | | | In total | | | | |
| | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | |
| 4 | 0 | 49 | 2 | 47 | 2 | 00 | 0 | 50 | - | - | 5 | 46 | 0 | 25 | - | - | - | - | 0 | 25 | 5 | 21 | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |

[Image]

It would kill him

To Sadeiniai

[Stamp: A real copy] [Signature]

[Stamp:]
Central State Archives of Lithuania
P *1250*   Ap. *2*   B. *1882*

IFCD000855

Ex. 6 pg.25 of 148

Document of Polyakov relatives from 1915

| № | Родившіеся въ 1915-мъ году. | | | | | | |
|---|---|---|---|---|---|---|---|
| | Мѣсяцъ, число и мѣсто рожденія. (Число означать прописью). | Мѣсяцъ и число крещенія или связаннаго съ рожденіемъ обряда. | Имя младенца. | Мужскаго пола. / Женскаго пола. | Званіе, имя, отчество, фамилія, исповѣданіе и мѣстожительство родителей или незаконной матери. | Званіе, имя, отчество и фамилія воспріемниковъ. | Подпись родителей, воспріемниковъ и духовнаго лица, совершавшаго обрядъ. |
| 12 | Марта третьяго во застянки Наша линии Малят- ской волости Вилейскаго уѣзда | Апрѣля пятнад- цатаго дня | Алексан- дра | ♀ | Малятскіе люди по Евфросинья Никитьевичъ и Соломанда Ива- новна Поляковы старообрядцы проживающи въ застянки На малянии ма лятской волости Вилейскаго уѣзда | Крестьянинъ Аширмарской волости Марія Ива- новичъ Него- тинъ, и малятская мѣщанка Марія Ива- нова Вавре- нова. | [подписи] |
| 13 | Апрѣля одинадца- го въ деревни Рым лемъ Перхайской во- лости Вилейскаго уѣзда. | Апрѣля двадцать- девятаго дня | Иванъ | ♂ | Крестьяна Гедой- ской волости Гавріилъ Васильевъ жена Прас- ковія Карповна По- лоросы старооб- рядцы прожива́ю щи въ деревни Рым лемъ Перхайской во- лости. | Вилейскій мѣ- щанинъ Иванъ Игнатьевъ Кор- тинъ, и малянская мѣщанка Мар фа Евсеева Афреимова. | [подписи] |

Накоснованіи 24 и 42 ст. Закона 17 октября 1906 г., вышеизначенныхъ записи съ № 12–13 включительно записаны правильно нѣтъ по правахъ ... подистки; про- вѣрена Совѣтомъ Гайменской старо- обрядческой Общины и свидѣтельству- ются подписями и приложеніемъ уста- новленной печати 30 Апрѣля 1915 года с. Гаймо...

Предсѣдатель Совѣта К. О. Канопкинъ
Членъ Совѣта М. Андреевъ

IFCD000896

Ex. 6 pg.26 of 148

*172*                                                                                    *173*  9

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | Born in 1915 |
| No. | Month, day, and place of birth (Write out the numbers in words) | Month and date of baptism or other birth-related rite | Name of infant | Male gender | Female gender | Title, first name, patronymic name, last name, congregation, and place of residence of parents or unmarried mother | Title, first name, patronymic name, and last name of godparents | Signature of parents, godparents, and a clergyman who performed the rite |
| 12 | On the third of March, at redoubt [illegible] Moletai Township, Vilnius County | The fifteenth of April | Aleksandera | - | 7 | Moletai suburbanites [illegible] Nikitovich and [illegible] Ivanovna Polyakovs, Old Ritualists, residing at redoubt [illegible], Moletai Township, Vilius County | Mark Ivanovich Nechatin, a peasant from Žiežmariai Township, and Maria Ivanovna [illegible], a suburbanite from Moletai | Reverend D. [illegible ] |
| 13 | On the eleventh of April, at village [illegible], Giedraičiai Township, Vilnius County | The twenty-ninth of April | Ivan | 6 | - | Gavriil son of Vasiliev, a peasant from Giedraičiai Township, and wife Praskovya Karlovna, the Tarasovs, Old Ritualists, residing at Village [illegible], Giedraičiai Township | Ivan Ignatievich Karetnikov, a Vilius suburbanite, and Marfa Evseevna Efremova, a peasant from Moletai | Signed for illiterate parents and godparents, at their request, by [illegible]  Reverend D. [illegible ] |
| | Pursuant to Articles 24 and 42 of the Law of October 17, 1906, the above entries No. 12 - 13, inclusive, were recorded correctly without revisions and erasures; they were verified by the Chairman of the Board of Giedraičiai Old Ritualists Community and are certified by signatures and by the attachment of proper seal. Giedraičiai Village | | | | | Chairman of the Board  Board Members  [Seal:] [illegible] | [Signature]  [Signature] | |

IFCD000897

Ex. 6 pg.27 of 148

Document related to the Marfa Palekova Family



Originalas nebus siunčiamas

**VILNIAUS REGIONINIO VALSTYBĖS ARCHYVO**
**UTENOS FILIALAS**

Biudžetinė įstaiga, O. Milašiaus g. 23, LT-10102, Vilnius.
Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 193171427.
Filialo duomenys: biudžetinės įstaigos filialas, J. Basanavičiaus g. 114, LT-28214, Utena,
tel. 8 674 74 975, el. p. utena@archyvai.lt, filialo kodas 304440391.

Alina Khuda                                  2021-04-10    Nr. SP-777
                                             Į 2021-04-20  prašymą

**APIE MARFOS PALEKOVOS ŠEIMĄ**

Vilniaus regioninio valstybės archyvo Utenos filialas, atsakydamas į ankstesnius Jūsų prašymus, kartu su 2021-02-01 raštu Nr.SP-197 „Apie Kirilo Paliakovo (Palekovo) šeimos sudėtį" ir 2021-03-30 raštu Nr.534 „Apie Kirilo Polekovo ir Varfalomiejaus Kanopkino ūkį" Jums pateikė ir Molėtų rajono (1947-11-06 – 1950-06-20 laikotarpiu – Utenos apskrities Inturkės valsčiaus) Bijutiškio apylinkės Darbo žmonių deputatų tarybos vykdomojo komiteto dokumentų fonde saugomos Skreblynių kaimo 1948 metų ūkinės knygos bei Molėtų rajono Inturkės apylinkės Liaudies (iki 1977-10-07 – Darbo žmonių) deputatų tarybos vykdomojo komiteto dokumentų fonde saugomų Skreblinių (Skroblynų) kaimo 1955–1957, 1958–1960 ir 1961–1963 metų ūkinių knygų kopijas. Atkreipiame dėmesį, kad Paliakovo (Palekovo) Kirilo šeimos narių sąraše yra įrašyta žmona Poliakovienė (Palekovienė) Marfa Demiano (Demjano).

Informuojame, kad Molėtų rajono Inturkės apylinkės Skreblinių (Skroblynų) kaimo 1964–1966 ir vėlesnių metų ūkinėse knygose žinių (įrašų) apie Paliakovų (Palekovų) ūkį nerasta.

Filialo vedėjas                                              Gediminas Šeštokas

Sigita Sadaunikienė, tel. 8 674 74 975, sigita.sadaunikiene@archyvai.lt

IFCD000850

Ex. 6 pg.28 of 148

**The original will not be sent**

[Emblem]

## VILNIUS REGIONAL STATE ARCHIVE
## UTENA BRANCH

Budgetary body, O. Milašiaus g. 23, LT-10102, Vilnius.
The data is collected and stored in the Register of Legal Entities, code 193171427.
Branch data: branch of the budgetary institution, J. Basanavičiaus g. 114, LT-28214, Utena,
tel. 8 674 74 975, e-mail: utena@archyvai.lt, branch code 304440391.

Alina Khuda                                      2021-04-*20*          No. SP-*777*
                                                 In 2021-04-20 request

### ABOUT THE MARFA PALEKOVA FAMILY

In response to your previous requests, the Utena Branch of the Vilnius Regional State Archive, together with the letter No.SP-197 dated 02/01/2021 "About the family composition of Kiril Paliakov (Palekov)" and the letter No.534 dated 03/30/2021 "About the farm of Kirill Polekov and Varfalomiej Kanopkin", you were also provided with the following documents of Molėtai District (in the period from 11-06-1947 to 06-20-1950) The farm books of Skreblyni village for 1948 kept in the document fund of the Executive Committee of the Executive Committee of the Council of Deputies of the Working People of the Bijutiškis district of the Inturke district of the Moletai district (until 10-07-1977 - the Council of Deputies of the Working People of the Moletai district), as well as the farm books of the village of Skreblyni (Skroblyni) from 1955-1957 kept in the document fund of the Executive Committee of the Council of Deputies of the Working People of the Moletai district (the Executive Committee of the Council of the Working People), Copies of the farm books of the village of Skroblinės for the years 1958-1960 and 1961-1963. Please note that in the list of members of the family of Kirill Paliakov (Palekov) there is a wife Poliakova (Palekova) Marfa Demian (Demian).

Please be informed that in the farm books of Skrebliniai (Skroblynai) village, Inturke district, Moletai district, 1964-1966 and subsequent years, no information (entries) about the farm of the Paliakovs (Palekovs) was found.

Branch Manager                    [Signature]                    Gediminas Šeštokas

Sigita Sadaunikienė, tel. 8 674 74 975, sigita.sadaunikiene@archyvai.lt

IFCD000851

Ex. 6 pg.29 of 148

Census 1987 Registration of Grigory Kanopkin



IFCD002959

Census 1897 Document related to Kanopkin Family



IFCD002960

Protection of the Holy Virgin Russian Orthodox Church document

2/18/2021                                    Интурке|Церковь Покрова Пресвятой Богородицы



**СОБОРЫ.РУ**
Народный каталог
православной архитектуры

ОГЛАВЛЕНИЕ    КАРТА    РОЗЫСК    ФОРУМ    ДОПОЛНИТЕЛЬНО

Расширенный поиск    Поиск по фильтрам          Поиск по сайту                    НАЙТИ

# Интурке. Церковь Покрова Пресвятой Богородицы.

≡ / Литва / Утенский уезд / Интурке
Епархия неизвестна / Благочиние неизвестно



**Церковь. Действует.**
**Престолы**:                    Покрова Пресвятой Богородицы
**Год постройки**:        Между 1865 и 1868.
**Адрес**:                         Местечко Интурке, Молетский район
**Координаты**:              55.159527, 25.556245

---

**Зарасай. Моленная Покрова Пресвятой Богородицы**                    **Паежяряй. Старообрядческая моленная Успения Пресвятой Богородицы**

*Добавить фотографию*



Иван Бай
10 сентября 2009



Иван Бай
10 сентября 2009



Иван Бай
10 сентября 2009

---

Развернуть                                    Фильтр объектов      Яндекс-карты      дороги

IFCD002961

Ex. 6 pg.32 of 148

2/18/2021                                                  Интурке|Церковь Покрова Пресвятой Богородицы

**Статьи (2)**   Комментарии (0)                                                        Добавить статью/комментарий

Статью добавил(а): ⭐Галина Борисовна Климочкина,  3 января 2015

Интурский приход – Виленского благочиния. Церковь утварью достаточна. Земли усадебной 3 десятины, пахотной и сенокосной 30 десятин; есть озеро, приносящее аренды 325 руб. Причтовые дома есть, но ветхи, а у псаломщика холодный пристроек совсем нет. Есть приписная церковь. Дворов 75, прихожан муж. пола 296 и жен. пола 276.

*Н. Извеков «Статистическое описание православных приходов Литовской епархии». - г. Вильна, типография И. Блюмовича, 1893 г.*

Статью добавил(а): прот. Александр,  7 января 2021

В 1865 г. казенная ферма на берегу Интуркского озера была отдана 30 семьям безземельных православных. Для них по инициативе военного начальника Виленского уезда князя Хованского и с разрешения начальника края М.Н. Муравьева была построена каменная Покровская церковь на 200 человек на 10 000 руб., выделенных из казны. Храм был заложен 4 июля 1865 г. и освящен 18 августа 1868 г. епископом Ковенским Александром (Закладка православной церкви в с. Покровском // Литовские ЕВ. 1865. № 13. С. 495-498; Сидорский Иоанн, свящ. Десятилетие Интуркского прихода // Литовские ЕВ. 1879. № 8. С. 60-61). Одновременно были построены дома для священника и диакона, для прихода выделены 36 га земли и несколько озер. Местечко Интурки получило название Покровское.

Архитектура храма в русском стиле основана на образцовом проекте церкви в имении Синявина К.А. Тона. К главному кубическому объему примыкают полуциркульная в плане апсида и низкая трапезная в две оси. Над притвором возвышается колокольня в виде приземистых восьмерика на четверике, завешенных шатром с луковичной главкой. Навершия оконных наличников решены в виде рустованных полудуг, оригинальны орнаментальные пояса в виде миниатюрных нишек с килевидным или щипцовым верхом.

В память о спасении царской семьи в катастрофе при ст. Борки в 1888 г. в Вильно была заказана новая храмовая икона (1889 г.). С 1919 г. до своей кончины в 1933 г. приход возглавлял прот. Алексий Соколов. Могила о. Алексия сохранилась рядом с церковью. Его преемником (1934–1949 гг.) был сын, свящ. Петр Соколов. Он был арестован и отбыл срок в лагерях с 1949 по 1956 гг., после чего снял с себя сан.

В 1939 г. был проведен капитальный ремонт храма. В 1938 г. в приходе насчитывалось 613 человек, включая бывших прихожан ликвидированной соседней Лазарцевской церкви, в 1946 г. - 285 прихожан. В августе 1947 г. были конфискованы два церковных дома и оставшиеся 1,4 га земли. С 1990 г. по 2003 г. храм был ограблен 5 раз. Сохранился двухъярусный иконостас в стиле классицизма. В настоящее время настоятелем является священник Фёдор Гурилёв.

*Прот. Александр Берташ*

 

Ex. 6 pg.33 of 148



СТРАНИЦЫ ИСТОРИИ ИНТУРКСКОГО СВЯТО – ПОКРОВСКОГО ХРАМА

1868  -  2018 г. г.

IFCD002963

Ex. 6 pg.34 of 148

### *Из истории местечка Интурке*

В 70 километрах от Вильнюса, между Молетай и Пабраде, среди красивейших литовских озер расположилось местечко Интурке. Название Интурке (Антурке) означает "У озера Урке". Земля интуркская поистине охраняема Божиею Матерью. В центральной части местечка, у проезжей дороги, которая когда-то была торговым трактом между Укмергес и Швянченисом, стоит деревянный костел в честь Успения Божией Матери и часовня. На юго-западе поселка, рядом с берегом озера Галуонай, – православный храм в честь Покрова Божией Матери. В исторических летописях Интурке (Антурке) впервые упоминается в 1373 году.

По преданию это место связано с именем жены Великого Литовского князя Сигизмунда I "Старого" – Великой княгини Литовской Боны Сфорца. В книге литовского географа – краеведа Ч. Ф. Кудабы "Холмистая Аукштайтия"[1] упоминается, что с 16 века земли вокруг Интурке принадлежали литовскому великокняжескому двору. Однажды здесь охотилась Королева Польши, Великая княгиня Литовская Бона Сфорца. Увлекшись погоней за зверем, заблудилась. Стала горячо молиться Богу с просьбой о помощи, обещая, что в том месте, где ее найдут, она построит храм. В том месте, где нашли королеву Бону, к 1555 году был построен Интуркский католический деревянный костел в честь Успения Божией матери и часовня. А вокруг храма вырос поселок, первыми жителями которого стали строители храма, королевские крепостные.

С конца 17 века интуркские земли перешли в частные руки. Вначале Роману и Екатерине Данилявичюсам, затем Тизенгаузам, с 1757 г. - Антанасу и Ангелине Тауянскасам. В середине 19 века землей управляли Контримасы (историческая информация из публицистической книги "(Не)известный Интурке", 2018 г., составитель Онуте Цесюлиене [2]). За участие в восстании 1863 года земля, принадлежавшая помещикам Контримасам, была конфискована.

### *Строительство храма*

Литовские Епархиальные Ведомости N 13 за 15 июля ( по ст.ст. ) 1865 года [3] в разделе ,,Сведения о движении церковных построек" сообщили о закладке православного храма в

местечке Интурки Виленского уезда.

- 1 -

IFCD002964

Торжественная церемония закладки православного храма в честь Покрова Божией Матери состоялась 4 июля ( по ст.ст.) 1865 года. Селу, которое выросло рядом с храмом, дали название Покровское. А позднее в народе стали называть Покровкой.





Старая и новая Покровка. 8 марта 2020 г. Фото Т. С. Завадской

По сведениям Виленских губернских ведомостей после крестьянской реформы 19 февраля 1861 г. по Виленской губернии без жилья и постоянных заработков пребывало до 1000 семейств православных и старообрядцев. А по губернии пустовало около 300 казенных ферм, которые находились в ведении Палаты государственных имуществ.

- 2 -

IFCD002965

Ex. 6 pg.36 of 148

Министерство люстрационной комиссии приняло решение о заселении пустующих земель скитающимися семействами . В Интурке пустовала заброшенная ферма (в 300 десятин), которая прежде принадлежала Контримасам. По указу бывшего Главного Начальника края ( графа Михаила Николаевича Муравьева ) было решено переселить на эту ферму,  с правом пожизненного пользования, 30 православных семейств, скитавшихся в поисках пропитания и жилья по Виленскому уезду. Члены этих семейств числились прихожанами Виленского Николаевского храма. До Николаевского храма г. Вильны было 74 версты, а ближайший – в Вилкомире (Укмерге), в 60 верстах. Посему бывший Начальник Виленского уезда князь Н. Н. Хованский дал разрешение построить на территории интуркской фермы каменную церковь на  200 человек. И для переселяющихся семейств, и для православных, раннее поселившихся в округе.

Церемония закладки фундамента храма проходила при большом стечении народа более, чем торжественно.

" На закладку этой церкви прибыли в субботу вечером из Вильны кафедральный протоиерей Виктор Гомолицкий с причтом Никольской церкви и певчими, Начальник Губернии, военный Начальник Виленского уезда, некоторые из членов церковно-строительного комитета, члены губернского по крестьянским делам присутствия, все мировые посредники уезда, губернский люстратор и другие православные. В воскресенье **4-го июля 1865 г.** день был такой жаркий, что службу начали в 9-ом часу утра. По совершении закладки храма во имя Покрова Пресвятой Богородицы, священник Николаевской церкви Петр Бернадский произнес приличное случаю слово. Все православные, собравшиеся из ближайших деревень, клали сами камни, одна женщина с грудным ребенком, положивши камень, попросила другой; на вопрос сделанный ей, для чего ей другой камень? Она отвечала: " Я прошу камень для своего младенца, пусть и он его положит для Божиего храма нашего". По окончании службы, все отправились в казенный дом, где раньше жил арендатор фермы и который ныне предназначается для причта вновь строящегося храма; Близ этого дома военным начальником были приготовлены для народа булки, пиво и другое угощение. К осени, по обеим сторонам храма Покрова, на берегу озера, будет красоваться село Покровское, Интурки тоже", - так описывали событие Виленские губернские ведомости в июле 1865 года.

Интуркская церковь относится к так называемому феномену - ,,церкви-муравьевки", т. е. церквей, построенных по инициативе Виленского генерал-губернатора Н. Муравьева. Строилась по проекту из ,,Собрания типовых проектов постройки православных храмов в Белорусских губерниях", разработанному Санкт-Петербургским архитектором  Александром Резановым и Виленским архитектором Николаем Чагиным Проект был опубликован в 1863 г.(4).

- 3 -

IFCD002966

До этого, 22 октября 1846 г. был утвержден ,,Атлас планов и фасадов церквей, иконостасов к ним и часовен, одобренных для руководства при церковных постройках в селениях". Проекты носили характер не обязательный, а рекомендательный. Местные архитекторы могли вносить изменения.

Церкви-,,муравьевки"



Церковь Петра и Павла в Косуте, Минская обл. Фото Сергея Яроховича.



Интуркский Свято-Покровский храм. Январь 2019 года. Фото Т. С. Завадской.

Первая литургия и освящение храма состоялась **18 августа (по ст.ст.) 1868 года.**

- 4 -

IFCD002967

Ex. 6 pg.38 of 148



Ведомость о Церкви
Свято-Покровской состоящей в М. Интуркахъ
Виленской губернiи и уѣзда, Виленскаго благочинiя за 1875 годъ.

1. Построена сiя Церковь въ 1867 году, иждивенiемъ казны.
2. Зданiемъ каменная съ таковою же колокольнею.
3. Престолъ въ ней одинъ во Имя Покрова Пресвятыя Богородицы.
4. Утварью достаточна.
5. Церковь сiя по штату, сообразно числу принадлежащихъ къ ней прихожанъ состоитъ въ классѣ.
6. Причта при ней по штату 13 апрѣля 1868 года Высочайше утвержденному, положено Священникъ и Дьячекъ.
7. Земли при сей Церкви усадебной три десятины, а пахатной и сѣнокосной тридцать десятинъ. Въ обеспеченiе причта, назначено озеро Инмора, означенною землею и озеромъ пользуются Священно и Церковно служители.
8. Домъ на Церковной Землѣ находится каменный, но совершенно ветхiй.
9. На содержанiе Священно и Церковно служителей по штату 13 апрѣля 1868 года Высочайше утвержденному, получается жалованья 396 руб.
10. Богоявленiи и домовъ не находится.
11. Разстоянiемъ сiя Церковь отъ Консисторiи, уѣзднаго города и Благочиннаго въ 60 верстахъ.
12. Ближайшая къ сей Церкви Подберезская Церковь въ 50 верстахъ.
13. Приписная къ сей Церкви — Св. Космо-Дамiановская Церковь, о которой въ вѣдомости на слѣдующемъ листѣ.

- 5 -

IFCD002968

Ex. 6 pg.39 of 148



Клировые ведомости за 1875 г. Литовский Государственный исторический архив(5).

- 6 -

IFCD002969



Клировые ведомости за 1875 г. Литовский Государственный исторический архив(5).

Прихожанами храма в честь Покрова Божией Матери стали православные жители Дубингяй, Биютишкес, Гедрайчяй, Молетай, Йонишкес, Видянишкес и их окрестностей. Согласно статистике Клировых ведомостей за 1875 г. к храму причислено 59 ½ дворов и 454 душ мужского и женского пола. Прихожане проживали на расстоянии от 1 до 12 км. до церкви.

- 7 -

IFCD002970



Клировые ведомости за 1875 г. Литовский Государственный исторический архив(5).

По воспоминаниям старых прихожан на большие праздники собиралось более 600 человек. Во время Первой Мировой войны в Лазарцах (Гайлюнай) сгорела единоверческая православная церковь в честь кн. Владимира. С 1923 г. прихожане этой церкви стали посещать Интуркский Свято-Покровский храм. Еще в 40-ые годы 20-ого столетия храм посещало около 300 прихожан.

- 8 -

IFCD002971

Ex. 6 pg.42 of 148



Интуркский Свято-Покровский храм, 70-80-ые г. 20-ого века. Фото из архива Виленской Епархии.

## Священнослужители

**Первыми священнослужителями храма стали о. Иоанн Семенович Сидорский и о. Иоанн Рыбцевич.**

**О. Иоанн Семенович Сидорский**, священнический сын из города Бельска Гродненской губернии, 1838 г. рождения. В 1859 году закончил  курс наук в Литовской Духовной Семинарии. Был уволен с аттестатом второго разряда. 26 февраля 1861 года рукоположен Его Высокопреосвященством Иосифом, Митрополитом Литовским и Виленским, в иерея к Цехановецкой церкви. По своему прошению в 1868 г. переведен в Интуркскую церковь настоятелем, где прослужил до января 1887 года. В 1871 году назначен законоучителем в Интуркскую народную школу, где Закон Божий преподавал безвозмездно. Награжден в память усмирения польского восстания 1863 − 64 г. г. − темно бронзовою медалью, в 1867 г. - за усердие к благополучию Церкви − набедренником, 13 апреля 1875 г. − бархатною фиолетовою скуфьею. камилавкой − в 1882 году.

- 9 -

IFCD002972

Ex. 6 pg.43 of 148

В 1873 году  получил благодарность Виленской дирекции народных училищ за усердное преподавание Закона Божьего; признательность епархиального начальства за ревностное и усердное преподавание Закона Божьего – в 1882 и в 1891 годах. Благословение епархиального архиерея за устройство в Интуркской церкви общецерковного пения – в 1886 году; благословение Святейшего Синода – в 1890 году. Искренняя благодарность попечителя Виленского учебного округа за весьма успешное и примерно-усердное ведение учебно-воспитательного дела – в 1896 году; архипастырское блаагословение за усердие и полезную деятельность по школьному делу – в 1897 году. В 1875, 1896 и 1898 годах отмечалось, что священник Слово Божье проповедует усердно, поведения отлично-хорошего.

**Псаломщик при о. Иоанне Сидорском – Иван Федорович Каллистов, сын дьякона.**



Клировые ведомости за 1875 г. Литовский Государственный исторический архив.

IFCD002973

Ex. 6 pg.44 of 148

22 (26) января 1887 г. по прошению был переведен к Бакштанской Покровской церкви, где и прослужил до 1911 года. Протоиерей Иоанн Сидорский скончался 22 сентября 1911 года. Похоронен на территории Бакштанской церкви. Покровская церковь сгорела в 1950 году. Нынешний храм построен в 1995 г. из кирпича в виде креста и назван в честь св. Пантелеимона.

О. Иоанн Сидорский Указом Литовской духовной консистории от 19 (24) апреля 1887 года был назначен членом благочиннического совета Воложинского благочиния. Был воложинским благочинным в 1904-1911 годах. Награжден Библией за особое усердие и ревность в деле устройства церковно-приходской школы в Бакштах – в 1893 г., синодальным наперсным крестом – 15 мая 1893 г., орденом Святой Анны III степени за 25-летние труды по народному образованию – 3 февраля 1896 г. В "Гродненском историческом калейдоскопе". В. Н. Черепицы, в Главе 3 – 3.6 "Коронационные награждения духовенства белорусских епархий 1896 года" сообщается: "В преддверии коронационных торжеств в «Церковном вестнике» от 20 апреля 1896 г. стали публиковаться сообщения о «Высочайших наградах» православному духовенству страны, включая и белорусские епархии. Первыми среди местного духовенства и церковности жителей (по епархиям) Высочайшим повелением «за заслуги, в статье 459 статута сего ордена изъясненное» орденом Св. Анны 3-й степени были награждены (по епархиям): Литовской – церкви села Бакшты, Ошмянского уезда, священник Иоанн Сидорский". 24 апреля 1902 года был возведен в сан протоиерея(6).

**О. Иоанн Рыбцевич служил в Интуркском Свято-Покровском храме с 1887 по 1899 г.. Псаломщик при о. Иоанне Рыбцевиче – Матвей Бруякин.**

Об о. Иоанне Рыбцевиче упоминается в Литовских Епархиальных ведомостях за 1888 год, N 47. О. Иоанн, настоятель Свято-Покровского Интуркского храма, принимал участие в освящении Лазарцевского православного единоверческого храма в честь князя Владимира. Сослужил в первой литургии, которая состоялась 16 октября (по ст. ст.) 1888 года. До этого, по сведениям Минских епархиальных ведомостей, 1868 N 10, отд.офиц., с. 140, Минских епархиальных ведомостей, 1869 N 3, отд. офиц., с. 43 – 44, о. Иоанн Рыбцевич в 1868 году служил священником в Вознесенской церкви м. Еремичи Новогрудского уезда Минской губернии. 24 апреля 1868 года был награжден правом ношения скуфьи. С 27 февраля 1887  г. служил в Свято-Покровском храме в Прилуках Берестского уезда. Так же есть информация из метрических книг 2-го сводного Бобруйского госпиталя, в дальнейшем 727 Сводного полевого госпиталя за 1915 г., что отпевания проводил священник Иоанн Рыбцевич.

**В начале 20 – го века (1900 - 1909 г. г.) служил о. Николай Дружиловский. Псаломщики при о. Николае – Василий Федоров, Никодим Деринг.**

- 11 -

IFCD002974

До назначения в Интуркский храм о. Николай служил  с 1881 (?)-1889 г. г. в приходской церкви в честь Рождества Пресвятой Богородицы в селе Ляховичи Дрогичинского Благочиния, Брестской епархии(8). Старая деревянная церковь, построенная в конце 18 века, сгорела в 1881 г. Новая деревянная церковь была построена на новом месте на средства государства и прихожан во время настоятельства священника Николая Дружиловского, в 1883 году.

**В 1909  – 1915 г. г. – о. Евдоким Павлович Ракецкий. Псаломщик при о. Евдокиме – Никодим Деринг.**

Евдоким Павлович Ракецкий родился 1 августа (по ст.ст.) 1867 года. Образование получил в Молодечнинской учительской семинарии, по окончании которого в 1887 г.  получил звание народного учителя. Учителем служил с 1887 г. по 1898 г. С 1898 г. по 1909 г. служил комнатным надзирателем (воспитателем) средних учебных заведений г. Вильны. В 1909 году при Литовской Духовной Семинарии  выдержал экзамен на священника. В том же году Архиепископом Литовским и Виленским Никандром был рукоположен в священника к Интуркской церкви Виленского уезда, где и прослужил до эвакуации в Ориенбургскую губернию в 1915 году.

В 1916 г., вернувшись из эвакуации, согласно прошению был назначен настоятелем Свято-Троицкого Княгининского храма Вилейского уезда, где прослужил до 1921 г.. ,,Вестник Виленского Свято-Духовского братства” N 12 за 1916 г. сообщает о посещении Княгининской церкви Архиепископом Литовским и Виленским Тихоном.

С 1921 по 1932 год служил в Кривической церкви Вилейского уезда. С 1932 г. перемещен в Замошье Браславского уезда, где прослужил до 1942 г.  С 1942 г. по 1945 г. перемещен в Иодскую церковь Святого Пророка Илии Браславского благочиния Шарковского района. С 1945 по 1948 г. – настоятель Еремической церкви Мирского благочиния в сане протоиерея.

Состоял:

1. В 1911 году членом благочиннического Совета Виленского уездного благочиния.
2. С 1917 по 1936 г.г.  помощником благочинного благочиний Вилейского, Доминовского и Браславского.
3. С 1936 по 1945 г., до перемещения в Еремичи, был назначен духовником Браславского благочиния.
Награжден:

1. в 1912 г . – скуфьей
2. в 1916 г. – камилавкой
3. в 1936 г. – наперстным крестом
4. в 1939 г.  получил сан протоиерея.
5. В 1947 г.  к 80-летнему юбилею – палицей (8).

IFCD002975

Ex. 6 pg.46 of 148



Священником стал и сын о. Евдокима – **Федор Ракецкий**.



12 июля 1926 г. В 1935 г. поступил в Варшавский университет на богословский факультет. Посвящен в сан Архиепископом Виленским и Лидским Феодосием. Целибатный священник (дал обет безбрачия) В 1942 г. был возведен в сан протоиерея и награжден палицей. В 1945 г. служил вторым священником Виленского Кафедрального Собора, в 1947 г. – настоятель Клайпедской церкви, в 1949 г. – второй священник Виленской кладбищенской церкви(9) , с 1956 г. по 1978 г. – настоятель Рокишкской церкви в честь святого благоверного князя Александра Невского, благочинный Паневежского округа. Умер 21 апреля 1978 года. Похоронен на Рокишкском кладбище.

- 13 -

IFCD002976

Ex. 6 pg.47 of 148

Имя протоиерея Феодора Евдокимовича Ракецкого внесено в список жертв политических репрессий в СССР. Первый раз был арестован 6 сентября 1939 года в Польше. Месяц содержался в лагере для военнопленных. Второй раз был арестован 31 декабря 1949 года за "систематическое проведение антисоветской, клеветнической и пораженческой агитации". 31 марта был осужден сроком на 10 лет 58-10 ч. 1 УК РСФСР, место отбывания -  Кировская о., Вятлаг (1950—29.09.1955 гг.)  **Источники данных:** БД «Новомученики и исповедники Русской Православной Церкви ХХ века» Заявители:

1.  Арефьева Ирина Степановна, Шлевис Герман Петрович
2.  Устименко Светлана, редактор газеты " Живоносный источник"(37).


**Псаломщик Никодим Арсеньевич Деринг** (13.04.1889 – 15.10.1937) -  сын псаломщика Арсения Ивановича Деринга из Поставской церкви Дисненского уезда. В 1906 году закончил Виленское Духовное училище и был переведен в первый класс Виленской Духовной семинарии. 15 декабря 1908 года назначен псаломщиком в Интуркскую церковь, прослужил до июля  1915 года (эвакуация всей семьей в Россию в связи с военными действиями). Его отец Арсений вернулся из эвакуации в Поставы 1 сентяря 1920 года, где и прослужил до своей кончины 5 октября 1931 года. Похоронен на приходском кладбище в Поставах. В рапорте  Вильнюсской духовной консистории от 10.05.1927 г. Арсений был охарактеризован как ,,тип образцового старожитного псаломщика и доброго христианина. В полной мере исполнителен,аккуратен, добросовесен и честен. Отличается трудолюбием и бережливостью, вежлив и миролюбив"(22). Никодим Деринг вместе с женой Надеждой Андреевной и детьми остановился в Торжке. Работал разъездным работником отдела связи. В семье росли сыновья Анатолий, Сергей, Георгий, Владимир. Все, кроме Георгия, погибли в годы Великой Отечественной войны(36). Проживал по адресу г. Торжок, Пролетарская ул. дом 30.

   22 августа 1937 года ( на второй день после выхода приказа) Никодим Деринг был арестован. 12 октября был обвинен на основании приказа НКВД N 00485 (как польский шпион). Расстрелян 15 октября 1937 г. в городе Калинине. 07 июля 1958 года реабилитирован определением № Н-4869/ДВТ МВО. Никодим Арсеньевич Деринг занесен в Книгу Памяти жерт политических репрессий Калининской области(8).


   Во время Первой Мировой войны с 1915 по 1919 г. г. храм сиротствовал.


- 14 -

IFCD002977

**С 1919 года по 1933 год служил о. Алексий Соколов**. **Псаломщики- Михаил Мацкевич** (01.13.1928 г. был убит, похоронен на Интуркском кладбище**), А. Жиглевич, Александр Волосенко. Павел Заянковский (?), Федор Федорович Головацкий.**



Протоиерей Алексей Соколов. 1933 год. Фото С. М. Кленевского.

- 15 -

IFCD002978

Ex. 6 pg.49 of 148



Протоиерей Алексей Соколов. 1933 год. Фото С. М. Кленевского.

О судьбе протоиерея Алексия и его сына Петра Соколова очень подробно рассказала Ирина Стома, историк, прихожанка Спасо-Преображенского храма в Язнах Дисненского района Витебской области. В этом храме отец Алексий служил с 1908 по 1918 год.

- 16 -

IFCD002979

*Подвиг веры протоиерея Алексия Соколова*

"Волю Его все мы знаем.

По воле Его должны жить."

протоиерей Филипп Лузгин

*Три года назад при подготовке к празднованию 110-летнего юбилея церкви, автору этих строк было поручено собрать   материал по истории храма, его настоятелях. В церкви сохранился небольшой архив. Самые ранние документы датированы 1-ой половиной X1X века.*

*В семье священника о.Серафима Гоголушко сохранилась Летопись Язненского прихода, которая велась священниками нашей церкви  с 1880 по 1936 годы.*

*Доподлинно известно,что с 1908 по 1918/1919год настоятелем Язненской церкви был о.Алексий Соколов. Дальнейшие поиски подтвердили, что именно протоиерей Соколов и был тем священником, который с Божьей помощью избежал мученической кончины, постигшей о.Константина Жданова.*

*У меня был особый интерес к поискам. В нашей семье с детства я слышала давнюю историю о том, как моя бабушка Баньковская Фекла Антоновна, имея на руках новорожденную мою маму, спасала местного священника Соколова от расправы со стороны советских властей в 1919 году. Ночью вывезла его за м.Лужки к литовской границе. Сестры мамы подтвердили эту историю. Встретив в документах знакомое имя, стало интересно, каким был он о.Алексий Соколов, из-за которого рисковала своей жизнью и жизнью своей семьи моя бабушка? Как  сложилась его дальнейшая судьба и судьба его семьи?*

Дети  о. Алексия родились в  селе Язно Дисненского уезда Виленской губернии:
Нина – 22 июня 1909 года, Петр – 29 июня 1913 года.
 Упоминание о церкви в селе Язно имеется в **"Ревизии Полоцкого воеводства" 1552 года:** *"...На Язне церковь св.Спаса, попы в ней два Михайло, а Фёдор, а диакон Андеей мают пашни свое и два человеки".*

 

- 17 –

IFCD002980

Ex. 6 pg.51 of 148

Современная Спасо-Преображенская церковь – ровесница XX столетия полного противоречий: гибели самодержавия, революционных переворотов, воинственного атеизма, военных лихолетий, новых гонений на веру и оттепели. Как удалось ей выстоять, быть всегда действующей в этом вихре событий, встречать своих прихожан открытыми дверьми?

Возможно в этом огромная заслуга ее священников, людей неординарных, талантливых, смиренно несших тяжелые испытания судьбы, праведно и с честью исполняющих свое предназначение – служить Господу и людям.

Один из них – протоиерей Алексий Соколов.

В 1908 году настоятелем Язненской Спасо-Преображенской церкви *"был назначен вновь рукоположенный Его Высокопреосвященством Архиепископом Никандром Литовским и Виленским священник Алексий Соколов. Священник Алексий Дмитриев Соколов сын псаломщика Горсплянской церкви Полоцкого уезда Витебской губернии. Окончил Витебскую Духовную семинарию 16 мая 1905 года. В том же году 20 мая назначен епископом Серафимом Полоцким и Витебским псаломщиком к Борковской церкви Дриссенского уезда Витебской губернии. В том же году 4 октября по прошению перемещен на ту же должность к Горсплянской Св- Ильинской церкви Полоцкого уезда Витебской губернии. В 1907 году 1 октября по прошению уволен за штат и назначен Витебской Дирекцией народных училищ учителем в Плиговское народное училище Полоцкого уезда. В этом же училище с назначения Епархиального начальства состоял Законоучителем. В 1908 году 10 ноября по прошению назначен, а в декабре рукоположен Его Высокопреосвященством Преосвященнейшим Никандром Архиепископом Литовским и Виленским к Язненской Свято-Преображенской церкви Дисненского уезда и Благочиния Витебской губернии в село Язно. Грамоту имеет. 11 марта 1909 года за № 2508 назначен Законоучителем Язненского и Павловичского народных училищ».* (Собственноручно запись сделана о.Алексием в Летопись Язненского прихода в 1908 г.)

Молодой священник заботился о крепости православной веры, здравии своей паствы. Так, во время эпидемии в 1909 году по просьбе всех прихожан, священник с крестным ходом побывал у каждого на дому, отслужил молебен о здравии и освятил дома и постройки.

Его беспокоило, что многие старики православные знали молитвы больше на польском языке. Боролся с появлением баптизма во вверенном ему приходе.

Он с удовлетворением отмечал, что *«во все воскресные и праздничные дни прихожане с особым усердием посещают свой приходский храм, внимательно выслушивают наставления и нравственно – руководительные поучения своего пастыря. Аккуратно отбывают свой нравственный долг Исповеди и Святого причастия. Уклоняющихся от исполнения христианского врачевания не было. К бедным внимательны, между собой прихожане дружественны; в горе помогают друг другу, чем могут.*

*…В народе развито паломничество по святым местам и обителям, например, 23 мая многие из прихожан даже с малыми детьми отправляются в гор. Полоцк на поклонение мощам преподобной Ефросиньи княжны Полоцкой. Ходят также и в гор.Вильну на поклонение мощам святых трех мучеников Антонию, Иоанну и Евстафию, не говоря уже о тех храмовых праздниках в соседних приходах, куда на богомолье они отправляются целыми семьями; строго соблюдают посты, к молитве усердны …».*

Интересны записи о.Алексия о роли церкви в общественной жизни прихожан:

- 18 -

IFCD002981

Ex. 6 pg.52 of 148

1911 г. « С самого начала года начали поговаривать о предстоящем торжестве пятидесятилетии 19 февраля, память освобождения крестьян от крепостной зависимости. Ещё остались в живых в моем приходе два крестьянина: некто крестьянин села Язно Иван Синькевич и безземельный крестьянин Афанасий Щербицкий, проживающий в имении Язно, которые очень наглядно и правдиво изображают в своих рассказах жизнь крепостного крестьянина. В самый день, 19 февраля, рано, еще до благовеста, начали собираться богомольцы, особенно пожилые, помолиться Господу Богу за царя освободителя Императора Александра II. После Божественной Литургии и торжественного благодарственного молебна Господу Богу, народу было предложено чтение с туманными картинами на тему об освобождении крестьян от крепостной зависимости. В память же этого события и в благодарность царю – освободителю Императору Александру II, волостным сходом постановили, воздвигнуть памятник в селе Язно, вблизи церкви. Самое же торжество открытия и освящение памятника было совершено 28 октября 1911 года. В этот день церковь была полна молящимися, после Божественной Литургии и благодарственного молебна, с провозглашением вечной памяти царю-освободителю императору Александру II с крестным ходом двинулись к месту открытия памятника. Здесь же около памятника совершена панихида и торжественное открытие памятника в присутствии местных властей г.Дисны и депутата от Виленского Губернатора –Иванова.

1913г. «Нынешний знаменательный год в истории нашего отечества начался молитвою к Богу; с самого начала этого года начали поговаривать о предстоящем торжестве – трехсотлетие царствования Дома Романовых. В самый день этого торжества, 21 февраля, которое праздновалось в Язно с редким всенародным торжеством и единодушием. Церковь была полна молящимся народом, который собрался поутру в храме и до вечера оставался , не уходя домой, любуясь вечером иллюминацией храма, училища, волостного правления и дома священника. Пред началом Божественной Литургии был получен в тот же день манифест, прочитанный народу пред началом торжественного благодарственного молебна. После Божественной Литургии и молебна крестный ход был совершен в Язненское Волостное Правление для торжественного молебна и в народное училище, в котором, после молебна, было народу предложено чтение. Так как чтение было произнесено самим священником с особым воодушевлением, то и выслушано было оно с особым вниманием народом, который единогласно пропел Гимн Боже Царя Храни! И Многая лета. Редкое воодушевление было в народе в этот знаменательный и полный радости день. « ( Это была последняя запись о.Алексия Соколова в Летописи Язненского прихода)

За 1914 – 1919 гг. записи отсутствуют. Почему?  Сейчас сложно ответить. Время не простое: Первая мировая война, революции.  В метрических книгах за 1917 – 1930 годы последние записи сделаны о. Алексием в ноябре-декабре 1918 года и возобновлены с 10 сентября по 25 декабря 1919 года. В конце 1918 года священник Соколов был арестован и препровожден в тюрьму г. Дисна, потом в Витебск, позже вновь возвращен в Дисну для приведения приговора (расстрела)  в исполнение. Храм возобновил своё священно служение, похоже, с приходом в нашу местность польских войск в конце лета 1919 года.

Вот как об этих событиях записал в Летопись прихода преемник о. Алексия протоиерей Филипп Лузгин: *«19 марта 1920 года в Язно прибыл вновь назначенный епископом Виленским Еливфериемъ, от 28 февраля 1920 года, настоятель церкви, Протоиерей Филипп Лузгин,*

- 20 -

IFCD002982

*перемещенный сюда из м .Мереи Трокского уезда, где он пробыл с 21 ноября 1918 года по 28 февраля 1920 г., как беженец из Витебской губернии, г.Лепеля, где он прослужил 30лет, из них 16 лет в сане протоиерея, как настоятель Лепельского городского собора.*

*... Прихожане сердечно радовались о назначении и прибытии к ним причта, так как более полугода у них такового не было и приходилось им с требами обращаться к священникам соседних приходов: Блошницкой, Черневичской и Цветинской церквей и по временам приглашать их для совершения Богослужений в Язненской церкви. Но почему так долго не назначался священник к Язненской церкви?*

*Бывший священник Алексий Соколов, оклеветанный некоторыми прихожанами, а в особенности католиком Альхимовичем, сводившим с ним личные счеты, сначала был заключен большевиками в тюрьму в г. Витебске, где несколько месяцев томился, а потом переслан в г. Дисну и тут был осужден на расстрел. А когда под вечер его вели вместе с другими 10 осужденными за город на расстрел, то он решился бежать и Бог помог ему убежать и избежать наглой смерти. Но большевики, озлобленные его бегством, расстреляли одного из прихожан Язненской церкви Лабодя, у которого священник Соколов в период бегства переночевал одну ночь Епископ не спешил с назначением, как бы подвергая прихожан Язненской церкви некоему наказанию за позор и скорбь, причиненную священнику Соколову.»*

В конце 80-х годов протоиерей Серафим Гоголушко, благочинный церквей Глубокского округа по поручению епархии занимался сбором материала о мученической кончине о.Константина Жданова. К расстрелу в тот день был приговорен и настоятель Язненской церкви о. Алексий Соколов, которому с Божьей помощью удалось избежать страшной участи. Сведения, собранные о. Серафимом основаны «*на рассказах лиц, знавших о. Константина: его сослуживцев, священников – соседей, прихожан Шарковщинского прихода, жителей г. Дисны и Язно, рассказанных в свое время автору (о.Серафиму) этих строк».* Отец священника Серафима о. Адам Гоголушко был настоятелем храма в Шарковщине после смерти о. Константина. Протоиерей С. Гоголушко был убежден, что именно о. Алексий Соколов, настоятель Язненской церкви избежал расстрела в Дисне в 1919 году и последние годы своей жизни священствовал в Прибалтике.

В материалах Виленской и Литовской епархии есть сведения о протоиерее Алексии Соколове, священнике из Язно:

*« В 1918 году (здесь ошибка: в 1908году) Алексия Соколова рукоположили во иерея, и он получил назначение в Язненскую церковь Дисненского уезда Виленской губернии (на территории нынешней Белоруссии). Случилось так, что молодой священник оказался в гуще революционных событий. В Дисну пришли большевики, и революционным Комитетом о. Алексий был арестован. Его, как и многих людей, не угодных новым «хозяевам жизни», ждала скорая расправа. Однажды ночью группу арестованных, в которой находился и священник, повели на расстрел. Под покровом темноты о. Алексию удалось бежать. С большими сложностями он добрался до Вильнюса, где встретился с владыкой Елевферием. Какое-то время, пока оставалась неясной ситуация на фронтах, о. Алексий находился в Вильнюсе. Затем Указом архиепископа Виленского и Литовского Елевферия (Богоявленского) от 18 ноября 1919 года священник Алексий Соколов был назначен главой сиротствовавшего Покровского прихода в Интурке.*

- 21 -

IFCD002983

Прибыв на место службы, о.Алексий нашел там полное разорение: неухоженную церковь, не пригодный для жилья дом священника. Прихожане, пострадавшие от войны, при всем желании не могли оказать материальную помощь своему новому пастырю. Батюшке оставалось надеяться только на то, что хоть какое-то пропитание даст не возделывавшаяся в последние годы приходская земля. Но на семью Соколовых обрушилось новое несчастье: скоропостижно скончалась матушка о. Алексия, оставив вдовцу дочь и сына - подростков. Нужно было ставить их на ноги, дать им образование. Интуркский священник сам взялся за обработку земли. Окружающие отмечали, что редко кто из потомственных хлеборобов трудился с таким же рвением, как о .Алексий.  Со временем усадьба священника обновилась, земля начала плодоносить.

С помощью прихожан удалось отремонтировать и украсить церковь. Выполнил о.Алексий свою миссию и как воспитатель собственных детей. Его сын Петр, так же как и отец, впоследствии посвятил себя служению церкви и стал священником. Протоиерей Алексий Соколов возглавлял приход в Интурке в течение 14 лет до своей кончины от туберкулеза 30 октября 1933 года. В епархии он пользовался авторитетом как пастырь-труженик. Правящий митрополит Елевферий (Богоявленский), назначенный и управляющим Западно-Европейскими приходами Русской Православной Церкви, получил известие о кончине протоиерея Алексия Соколова, находясь зарубежом. В телеграмме соболезнования на имя Литовского Епархиального Совета по случаю преставления клирика владыка Елевферий отмечал: **«Каждый о.настоятель нашей Литовской епархии сочтет своим долгом отслужить по новопреставленном служителе нашей церкви хотя бы одну Божественную литургию и внесет его имя в поминальный синодик для всегдашнего поминовения, помня, что и для каждого из нас придет время, когда и мы будем жаждать такого же отношения к себе».**

Фамильную традицию духовного служения на благо Интуркской общины продолжил сын протоиерея Алексия Соколова – Петр Соколов. Он закончил Каунасскую русскую гимназию, затем в 1930 -1932 годах был слушателем каунасских Пастырских курсов, а после их окончания работал школьным учителем. 2 мая 1934 года митрополитом Елевферием Петр Соколов был рукоположен во иерея и назначен на Покровский приход в Интурке.

…В 1939 году в Покровской церкви произвели капитальный ремонт: на куполе водрузили новые кресты, покрыли главы оцинкованной жестью, настелили новую крышу, отреставрировали колокольню. В годы Второй Мировой войны службы в Покровском храме не прекращались. В 1944 году митрополитом Виленским и Литовским Сергием (Воскресенским) священник Петр Соколов был назначен благочинным Панявежского округа.

В первые послевоенные годы Интуркская община была еще достаточно многочисленной и насчитывала около двухсот человек. На службах в Покровском храме пел хор мирян – местных жителей. В церковь съезжались люди из окрестных деревень. И после воскресных литургий богомольцы долго не расходились, шли вместе с детьми к озеру, располагались семьями на берегу, обменивались житейскими новостями.

В 1949 году о.Петр Соколов был арестован. Это случилось среди бела дня на глазах сегодняшней прихожанки Елизаветы Владовны Мисюнене, тогда еще девочки, живешей в соседнем с семьей Соколовых доме. До сего дня в ее памяти стоит эта картина: двое в штатском провожают о.Петра к машине. Возможно, главной причиной ареста было то, что о.Петр и во время немецкой оккупации продолжал исполнять пастырские обязанности в своем храме.

- 22 -

IFCD002984

*Особым совещанием священник Петр Соколов был осужден на 10 лет лагерей по статье 58 УК РСФСР: «антисоветская агитация и пропаганда». Так трагично пресеклось тридцатилетнее служение династии священников Соколовых в Интурке. После XX съезда КПСС, разоблачившего культ Сталина, в 1956 году о. Петр Соколов был освобожден из заключения и реабилитирован. О.Петр вернулся из северных краев в Литву, но здоровье и воля его были надломлены, он сложил с себя священнический сан и устроился работать электромонтером.»*

На сайте Витебской епархии в разделе «Подвиг веры, новомученики и исповедники Витебской епархии» есть следующие сведения о священнике Соколове Алексее: **«Место служения - Виленская губерния, Дисненский уезд, Язненская церковь. Арестован 17 декабря 1918 г. Сначала заключен в тюрьму г. Дисна, потом – Витебск, подвал ЧК, затем губернская тюрьма». И ссылка на документ ГА РФ .Ф.353. Оп.3. Д.737.** Возможно тот, кто сделал в свое время запись в дело под № 737 не очень стремился обнародовать факт, что священник А.Соколов сбежал из - под расстрела.

Готовя этот материал, мне хотелось воздать должное памяти о.Алексия Соколова, которого почитали в семье моих предков.

При подготовке статьи были использованы материалы Летописи Язненского прихода с 1880 года, Клировых ведомостей, Виленской и Витебской епархий, метрических книг из районного архива, записи протоиерея Серафима Гоголушко, Благочинного церквей Глубокского округа.

И. Стома(13)



**Из жития священномученика Константина Жданова:**

„Весной 1919 года иерея Константина арестовали. По воспоминаниям очевидцев, он, совершив требу, возвращался домой от одного из своих прихожан и по дороге был задержан большевиками. Узнав об аресте своего батюшки, прихожане пытались спасти его: просили отпустить, предлагали даже выкуп. Их прогоняли, оскорбляли, но они продолжали настаивать на своем. Среди старошарковщинских жителей начался сбор подписей с просьбой освободить отца Константина. Принимая во внимание создавшуюся обстановку, большевики побоялись расстрелять в Старо-Шарковщине священника, пользовавшегося столь высоким авторитетом среди местного населения. Поэтому для исполнения своего злого умысла они отправили иерея Константина в Дисну, где вместе с ним содержался и настоятель Язненской Спасо-Преображенской церкви священник Алексий Соколов. Их ожидала общая участь.

- 23 -

IFCD002985

Ex. 6 pg.56 of 148

Поскольку арестованных в Дисне было очень много, большевики старались побыстрее от них избавиться. Ночью 29 (по ст. ст.) апреля[14] заключенных после пыток и издевательств предали смерти. Среди обреченных на казнь был и отец Константин Жданов. Женщин, находившихся вместе с ними, конвоиры расстреляли в спешке неподалеку от города Дисны, а священнослужителей повели дальше через кустарник. Все трое конвоиров – Фома Ботвиненок, Александр Липский и Михаил Ваштай – были в нетрезвом состоянии. Священник Алексий Соколов предложил отцу Константину бежать, на что последний ответил: «Я никому ничего плохого не сделал. Что Бог пошлет, то и буду терпеть». Тогда отец Алексий, воспользовавшись нерасторопностью конвоиров, скрылся в кустарнике. Он-то и рассказал людям о предсмертных страданиях отца Константина"(14).



Первый день Рождества Христова. В гостях у батюшки. 7 января 1932 года.

Фото С. М. Кленевского.

- 24 –

IFCD002986

Ex. 6 pg.57 of 148



У батюшки Алексия Соколова. Пасха Христова. 1 мая 1932 года. Фото С. М. Кленевского.

- 25 -

IFCD002987

Ex. 6 pg.58 of 148



Место захоронения протоиерея Алексия и его жены Ольги Николаевны (урожд. Жиглявичюте) Соколовых  на территории Интуркского Свято-Покровского храма.

Фото Т. С. Завадской.



Интуркский Свято-Покровский храм. Фото Т. С. Завадской.

- 26 –

IFCD002988



Надгробная надпись на памятнике О. Н. Соколовой. Фото А. Ориентайте, 22.12.2004.

**С 1933 г. по 1934 г. служил о. Геннадий Романюк. Псаломщик Петр Соколов.**

Честно, добросовестно, благочестиво служил **священник Петр Соколов с 1934 по 1949 г. (до ареста)**. **Псаломщики Федор Головацкий, а с 1937 г. – Петр Кизин.** На счету прихода – более 600 человек. Прихожане 30 – 40 годов прошлого века вспоминали, как на рождественские и пасхальные ночные службы батюшка принимал их, малых детей, у себя дома. Поил горячим чаем, укладывал спать на печи. Приходили они на праздничные службы издалека, за 20 – 30 км.

Вспоминают соседи, ныне здравствующие, внуки, как о. Петр Соколов принимал у себя в доме во время войны беженцев. Кормил, лечил, укладывал спать, рискуя здоровьем и жизнью своих детей, жены. Жена, Ольга Ивановна, все-таки заразилась сыпным тифом. Переболела, но выздоровела. Ее сын Владимир Петрович вспоминает, что спал рядом с больной матерью, но, к счастью, не заразился. Добрая память о Петре Соколове осталась у прихожан Свято-Покровского храма и жителей Интурке. Владимир Петрович видел архивный документ описи имущества Соколовых при аресте: из ценных вещей – только письменный стол. После ареста мужа Ольга Ивановна Соколова вынуждена была уехать из Интурке. Как жене врага народа, ей, учительнице Интуркской школы, было отказано в рабочем месте. В 1950 г. Ольга Ивановна вместе с малолетними сыновьями Павлом и Владимиром. уезжает к отцу в Аникщяйский район, недалеко от Куркляй.

- 27 -

IFCD002989

Ex. 6 pg.60 of 148



Священник Петр Соколов

Из личного архива сыновей Петра и Ольги Соколовых, Павла и Владимира.



9. 1932 metų Šv.Velykos S.Kleniausko šeimoje

10. 1933 metai. Prie Inturkės klebonijos sėdi (pirmas iš kairės) šventikas Sokolovas, kunigai S.Šlamas ir Verikas

11. Kipras Petrauskas Inturkėje 1933 m. rugpjūčio 6 d. po medžioklės. Trečias iš kairės - S.Kleniauskas

12. Inturkės pradinė mokykla 1948 metais

13. Žeimių pieninės įsteigimo dešimtmetis - 1937 metų kovo 14 diena

Священник Петр Соколов. 1933 год. Фото С. М. Кленевского(15).

- 28 –

IFCD002990



Священник Петр Соколов. 8 мая 1938 года. Фото С. М. Кленевского



Петр и Ольга Соколовы                    В верхнем левом углу в шляпе Петр Соколов.

Из личного архива сыновей Петра и Ольги Соколовых, Павла и Владимира.

- 29 –

IFCD002991

Ex. 6 pg.62 of 148

Внуки  Алексея Соколова ныне здравствуют. Павел Петрович и Владимир Петрович Соколовы – пенсионеры, живут в Вильнюсе. Сын Нины (Янины) профессор Ромульдас Швиедрис живет и трудится и в Америке, и в Литве.

**После ареста о. Петра Соколова настоятелем храма был назначен о. Феодосий Алексеевич Самойлюк**.

 В сан был рукоположён в 1949 г. В Интурке прослужил с 20. 12.1949 г. по 24. 07 1953 г. В 1953 г. переведен настоятелем прихода в Расейняй.

   23 октября 1953 года на должность настоятеля Интуркского Свято-Покровского храма был назначен **о. Петр Николаевич Палюшкевич**. Умер 18 августа 1963 года.

   Благочинный Паневежского округа протоиерей Феодор Ракецкий в своем рапорте на имя Архиепископа Виленского и Литовского Его преосвященства Алексия так писал об отце Петре Палюшкевиче: ,,Счастлив Интуркский приход, что послал им Господь доброго пастыря, а не наемника, С таким пастырем приход не пропадет и такого пастыря всегда надо поддержать”.

   При отце Петре Палюшкевиче в 1958 году был построен церковный дом. Старый дом был не пригоден для нормального проживания. О. Петр предложил перенести купленный деревянный амбар без крыши на территорию церкви и переделать в жилой дом. Работы выполнялись силами прихожан и самого настоятеля. В рапорте от 11.06.1958 г. на имя Владыки Алексия протоиерей Феодор Ракецкий писал: ,,Поставлен домик в церковной ограде и в хорошем месте. Домик получается вместительный и очень приличный. Священник будет жить в уютном уголке и я думаю, что ему позавидовал бы не один схимник. Здесь только спасаться.”

 

Церковный дом. Февраль 1966 г.                     8 марта 2020 г. Фото Т. С. Завадской.

Фото из архива Виленской Епархии.

- 30 –

IFCD002992

Ex. 6 pg.63 of 148

После смерти о. Петра Палюшкевича храм был без пастыря два года. Но всегда безотказно помогал протоиерей Феодор Ракецкий, Благочинный Паневежского округа. Из его рапорта Виленскому Епархиальному управлению от 16.04.1964 г.: ,,Из Интурок я получил телеграмму и письмо. ... Как явствует из этих документов, положение там сложилось весьма сложное. Поддержать Интурки я готов.... Что касается Интурок, я всегда готов услужить им, если благословит Владыка. Помочь той или иной приходской общине – это моя обязанность. Это приятный труд, ибо это для Бога". Староста Ф. Ф. Головацкий ходатайствовал перед Виленским Епархиальным управлением (11.11.1964 г.), предлагал: ,,О. Федор Ракецкий говорил, что в Аникштах тоже нет священника. Так нельзя ли сделать так, чтобы был один священник и обслуживал два прихода. Там нет квартиры, и они могут дать священнику деньгами, а у нас дом, и он мог жить у нас и от нас получать натурой. Так и ему было бы не очень тяжело прожить и нам было бы хорошо. Одно воскресенье служил бы у нас, а другое в Аникштах". Новому священнику была назначена зарплата в 15 рублей. Протоиерей Ф. Ракецкий (19.10.1964 г.): ,,Счастье прихожан, что Господь послал им хорошего старосту. Такой человек, как Федор Федорович Головацкий, преодолеет все трудности. Прихожане горят большим желанием иметь своего пастыря. Если Интурки объединить с Аникщяем, тогда будет замечательно".

Светлана Устименко писала в газете ,, Живоносный источник": ,,Он (о. Феодор Ракецкий – от автора) часто наведовался в Покровский храм в Интурке, к которому у него было особое отношение, т. к. Когда – то настоятелем храма был его отец, В 1968 г. о. Феодор Ракецкий возглавил торжественное богослужение в Покровской церкви по случаю ее столетия. В Слове за литургией, вкратце напомнив историю храма, отметил, что ,,промыслом Божиим он совершает службу буквально ,, на следах отца"(37).



Фото из Открытого списка жертв политических репрессий в СССР.

- 31 –

IFCD002993

Ex. 6 pg.64 of 148

20 июля 1965 года Интуркский приход встречал своего нового,  уже постоянного, пастыря – игумена Никодима ( Миронова).

В Интуркском храме **игумен Никодим (Николай Иванович Миронов)** прослужил с 20 07 1965 г. по 01 03 1987 г.



Из архива Псковского Епархиального управления.

В своей автобиографии Архимандрит Никодим писал:

„Я, Архимандрит Никодим (Миронов Николай Иванович), родился 1924 года 12 апреля в Псковской обл. Качановского р-она дер. Подсевы в семье крестьянина. Начальное образование – 7 классов.

Застала война. В 1942 году был взят от родителей немцами и увезен в Германию на разные работы.

В 1945 году был освобожден Красной Армией в городе Гдыня, а через две недели был принят в армию в 676 полк, где один год служил санитаром, а второй год полковым шофером в Армении.

- 32 -

IFCD002994

Ex. 6 pg.65 of 148

В 1947 году был демобилизован из армии, а в 1948 году поступил в Ленинградскую Духовную Семинарию, окончил ее в 1952 году и перешел без отрыва в Духовную Академию там же. На первом курсе Духовной Академии, по благословению Святейшего Патриарха Алексия, был пострижен в монашество на 32-м году, а через две недели был рукоположен во Иеродиакона. В этом сане окончил Духовную Академию в 1956 г. действительным студентом. В этом же 1956 году осенью в Псково-Печерском монастыре был рукоположен во Иеромонаха и назначен 3-м священником в Свято-Троицкий кафедральный собор в город Псков. Здесь служил до 1960 года.

В 1960 году был переведен в Псково-Печерский монастырь и зачислен в число братии, где и подвизался до 1964 года 10 ноября. После чего был переведен в Свято-Духов монастырь в город Вильнюс. Но из-за непрописки в монастыре, по вине властей, мне Архиепископ Антоний предложил три бедных прихода в разных районах, и я согласился их обслуживать по праздничным и другим дням. Жил в монастыре, почти нелегально, без прописки. Нес чреду и клиросные послушания со всею братиею.

В 1987 году Архиепископом Викторином был переведен из приходов в Свято-Духов монастырь и одновременно был прописан и зачислен в число братии, где и служу по сей день.

1992 года 24 марта                                                      Архим. Никодим"(17).

30 октября 1964 Года о. Никодим был уволен из числа братии Псково-Печерского монастыря с правом перехода в Виленский Свято-Духов монастырь, где и проходил монашеское послушание с 20 ноября 1964 года.

А 20 июля 1965 года назначен настоятелем Интуркского Свято-Покровского храма с одновременным обслуживанием приходов в г. Аникщяе и в м. Ужпаляе.

В 1982 году назначен благочинным Паневежского округа.

1 марта 1987 года  был освобожден от приходского служения и назначен в число братий Виленского Свято-Духова монастыря.

В 1980 году награжден крестом с украшением, в 1986 году посвящен в сан Архимандрита.

12 мая 1992 года отчислен из состава братии Свято-Духова монастыря г. Вильнюса с правом перехода в клир Псковской епархии. 27 мая 1992 года принят в клир Псковской епархии и назначен настоятелем Рождество-Богородицкого храма п. Старый Изборск Печорского р-она(16).

В 1920 -1930 -ых годах в Изборске жил и работал его академический профессор А. И. Макаровский. В 80-ые годы здесь служил известный псковский старец Валентин Мордасов(20).

С 29 ноября 1995 года принят насельником Святогорского мужского монастыря. . В последние годы жизни Архимандрит Никодим был первым духовником (после восстановления монастыря) Свято-Успенского Святогорского монастыря.

Архимандрит Никодим скончался 11 октября 2001 года. В день памяти о. Никодима, 11 октября 2017 года, на сайте монастыря опубликовано сообщение: " Ровно 16 лет назад тихо и мирно отошел ко Господу скромный воин Христов, истинный монах и первый духовник

- 33 –

IFCD002995

Святогорского монастыря архимандрит Никодим (Миронов). В день его блаженной кончины 11 октября 2017 года иеромонах Иов (Вологжанин) отслужил панихиду на могилке старца, обретшего свое упокоение в стенах нашей обители. Братия монастыря, духовные чада батюшки и все, кому отец Никодим был образцом для подражания, собрались, чтобы едиными устами помолиться о его блаженном упокоении и попросить отца архимандрита помолиться у Престола Божия об оставшихся сиротами духовных чадах"[20,21].



Из личного архива старосты Интуркского храма Елизаветы Мисюнене.

С сердечной теплотой и любовью вспоминают архимандрита Никодима и сейчас прихожане Интуркского храма, собратья по Свято-Духову монастырю, игуменья женского монастыря матушка Серафима.

- 34 –

IFCD002996

Ex. 6 pg.67 of 148







Просим и мы, прихожане Свято-Покровского Интуркского храма, его святых молитв.

Отче Никодиме!  Моли Бога о душах наших!

- 35 –

IFCD002997

Ex. 6 pg.68 of 148

В 1987 году место настоятеля Интуркского храма о. Никодим передал собрату по монастырю **иеромонаху Никону Ворошилову** (ныне здравствующему ).



Иеромонах Никон (Ворошилов). Похороны Евдокии Латвене, матери старосты Елизаветы Мисюнене (вторая справа в цветами). *Из личного архива старосты Интуркского храма Елизаветы Мисюнене.*



Иерей Никон (Ворошилов). Крестины. Помогает староста храма Елизавета Мисюнене. *Из личного архива старосты Интуркского храма Елизаветы Мисюнене.*

- 36 –

IFCD002998

Ex. 6 pg.69 of 148

В 90- ые прошлого столетия село Покровское стало вымирать. Жители покинули родные места в поисках работы и лучшей жизни. Опустел и храм. Остались только прихожане пожилого возраста. Если в 1937 году было 613 прихожан, в 1964 г. – 285, то к 2015 г. – до 10 человек.

После служения о. Никона несколько лет храм оставался без священника Из-за малочисленности прихожан **с 2001 года** храм присоединили к Висагинскому благочинию, к Паневежскому приходу храма в честь Воскресения Христова. 15 лет на службу в Интурке приезжал **о. Алексий Смирнов.**



Священник Алексей Смирнов. Фото Виктории Казлиене. Из архивов Молетского краеведческого музея.

С 2015 года и по сей день храм окормляет настоятель Паневежского храма в честь Воскресения Христова **о. Федор Гурилев.**



Иерей Федор Гурилев. 2019 г. Фото Т. С. Завадской.

IFCD002999

Ex. 6 pg.70 of 148

- 37 –

---

*Старосты Интуркского Свято-Покровского храма*

---

В 1965 году староста Интуркского Свято-Покровского храма Федор Федорович Головацкий был награжден ,,Благословенной грамотой" . Обращаясь к Его Высокопреосвященству Антонию, Архиепископу Виленскому и Литовскому, Федор Федорович в своем письме от 20.07.1965 г. писал: ..Считаю своим святым долгом выразить Вам сыновнюю благодарность за Ваш священный для меня дар - ,,Благословенной грамоты", которую я получил через благочинного о. Федора Ракецкого. Это первая награда за мою долголетнюю 42-х летнюю службу при Интуркской св. Покровской церкви."

Федор Федорович Головацкий родился  в 1892 году в селе Покровском в семье отставного старшего унтер-офицера 105-ого Ориенбургского пехотного полка, жандармского унтер-офицера Федора Михайловича Головацкого и Степаниды Васильевны (урожд. Лакомкиной).



Федор Михайлович, Степанида Васильевна, Федя Головацкие. Из семейного альбома Головацких.

Во время Первой мировой войны служил рядовым 5 роты 34 пехотного запасного полка, В 1916 году успешно закончил курс учебной команды военного времени при 34 пехотном запасном полку. В июле 1917 года прослушал краткосрочные курсы по строительно-дорожному делу и получил звание младшего десятника. Об этом свидетельствует удостоверение, выданное

IFCD003000

Ex. 6 pg.71 of 148

Строительно-Дорожным отделом Екатеринославского Комитета Военно-Технической Помощи 6 июля  1917 года.

- 38 –



Федор Федорович Головацкий с однополчанином.

Симферополь, 15 августа 1916 г. Из семейного альбома Головацких.

Учился в Духовном училище на псаломщика, но не закончил. Несмотря на зто служил псаломщиком  Интуркского Свято-Покровского храма в 1932 – 1933 г. г. при отце Алексии Соколове и в 1934 – 1937 г. г. - при отце Петре Соколове. Старостой был избран с 1923 года.

IFCD003001

Ex. 6 pg.72 of 148

- 39 –



Слева направо верхний ряд: Федор Михайлович, Степанида Васильевна, Федор Федорович, Любовь Головацкие, Феня (?); нижний ряд – дети Федора И Любови Головацких. Село Покровское. 1928 год. Из семейного альбома Головацких.

Все годы своего служения он заботился о нуждах прихода, был правой рукой священников. Особенно сложно было в то время, когда приход остался без настоятеля. Такой период наступил после смерти священника Петра Николаевича Палюшкевича, с 1963 по 1965 год. В архиве Виленской и Литовской епархии сохранилась переписка старосты Интуркского храма Федора Головацкого с протоиереем Антонием Керковичем, секретарем епархиального управления. В них беспокойство за приход; забота, чтобы службы в храме совершались; мольба, чтобы прислали священника; о финансовых трудностях, бедноте и нищете прихожан (в 50-60-ые годы 20-ого столетия Интуркский приход был самым бедным и захудалым); об уплате страховок, налогов за церковь и погост. Приходилось ходить по домам с протянутой рукой. Староста решал и финансовые, и хозяйственные, и юридические вопросы. Благодаря его стараниям храм был не закрыт и в 1965 году приход получил нового, уже постоянного священника, игумена Никодима (Миронова). Из письма Ф. Головацкого протоиерею Антонию от 02.02.1966 г.:,, Спасибо Вам за батюшку о. Никодима, служит (молится) хорошо“.

IFCD003002

- 40 -

Федор Федорович был очень начитанным, образованным, грамотным человеком. В доме Головацких была большая библиотека, много духовной литературы. Благодаря ему и его семье сохранились старинные издания Библии, Евангелия, Псалтири (внучка Головацкого передала Клайпедскому и Палангскому храмам),  печатное издание „Голос Литовской Православной Епархии" с 1924 по 1939 год (избранное благочестивое чтение). Сочинял стихи, рисовал. Сохранился альбом „Сборник Духовных стихотворений в светлые и грустные минуты" - тетрадь с 1933 года, куда записывал красивейшим каллиграфическим почерком  свои стихи, стихи и рассказы других авторов, духовные размышления. Федор Федорович разбирался и в медицине, был местным ветеринаром. Сохранились учебники по медицине, анатомии человека.

 Умер Федор Федорович Головацкий в 1984 году, в возрасте 92 лет. Похоронен на Интуркском кладбище.

В начале 90-ых годов прошлого века ключи от храма были переданы Елизавете Владимировне Мисюнене. Елизавета Владимировна родилась 17 февраля 1938 года в местечке Интурке. Крестили ее, венчалась в Интуркской церкви. Закончила местную школу. В 1977 году уехала жить, работать и растить двух дочерей, Наталию и Людмилу, в Вильнюс. Когда состарилась мать, Евдокия Яковлевна Латвиене, Елизавета Владимировна вернулась на родину, в 1993/94 г. г. Тогда и доверили ей ключи от храма и должность старосты. Служить было нелегко. Ремонтные работы выполняли дети, зятья, внуки. Елизавета и брат Виктор летом косили траву на церковной территории, зимой – чистили снег. Прихожан почти не осталось. Перед службой ходила по домам, обзванивала. На клиросе пели она и 85-летняя старушка. На службу приходили 5- 6 человек. Но служили, храм не закрывался даже в лютые зимние морозы, когда, как вспоминал игумен Никодим, руки примерзали к кресту.



IFCD003003

Ex. 6 pg.74 of 148

Староста Елизавета Владимировна Мисюнене. Из семейного альбома.

- 41 –

Честно и добросовестно выполняла свой долг до осени 2017 года (около 25-ти лет), пока тяжело не заболела. Долго скрывала свой недуг от детей и близкий, терпеливо несла свой крест. Елизавета Мисюнене скончалась в вильнюсской больнице 25 мая 2018 года. Отпевали ее в Вильнюсском храме в честь Архангела Михаила -  о. Владимир Селявко, в Интуркском Свято-Покровском храме -  о. Алексий Смирнов и о. Федор Гурилев. Похоронена на Интуркском кладбище.

Любили и уважали Елизавету за ее бескорыстную доброту, отзывчивость, гостеприимство, любовь к людям священники, жители Интурке, прихожане церкви, близкие, друзья, знакомые. Всех накормит, напоет, спать уложит.  Благодаря ее воспоминаниям восстановлена история храма с  1956 по 2000 год, служения священников П. Н. Палюшкевича, игумена Никодима (Миронова), иеромонаха Никона (Ворошилова).

Такие были старосты Интуркского Свято-Покровского храма, о которых нельзя было не вспомнить, о которых необходимо было написать. На годы их самоотверженного служения церкви достались самые тяжелые времена: война, голод, разруха, нищета, бедность, лихолетие, годы безбожия, атеизма. Их смело можно назвать Исповедниками веры.

IFCD003004

- 42 –

IFCD003005

## *Стеблин-Каменские*

41 год члены семьи Стеблин-Каменских  были прихожанами Интуркского Свято-Покровского храма (с 1868 г. по 1909 г.).

В 1868 году Правитель канцелярии Виленской губернии, действительный статский советник, со 2 ноября 1869 года Виленский гражданский губернатор, Егор Павлович Стеблин-Каменский (17.04.1815 – 04.05.1882, предполагаемое место захоронения – Биютишкес, Молетский р-он, Литва) приобретает усадьбу в Биютишкес Виленского уезда. После смерти губернатора (4 мая 1882 года) в том же году имение переходит по наследству вдове губернатора Елизавете Павловне, сыновьям Егору и Ивану, дочерям Наталии и Ольге (Неклюдовой по мужу).

Семья губернатора прожила в усадьбе с 1868 года по 1909 год. Согласно архивным документам Молетского краеведческого музея сын губернатора Егор Георгиевич Стеблин – Каменский сдал имение в аренду с 1909 по 1916 г. г. управителю имения Юозасу Пипирасу(25).. По-видимому, имение опустело в связи со смертью Елизаветы Павловны (урожденная Жандр, 1823 – 20.09.1909, паралич сердца, похоронена на кладбище Биютишкес, Литва), вдовы действительного статского советника, виленского губернатора Егора Павловича Стеблин-Каменского. В Биютишском имении долгое время жила и Ольга Александровна Стеблин – Каменская, урожденная Жандр (20.02.1860 – 17.08.1902, похоронена на кладбище Биютишкес, Литва). Ольга Александровна – жена сына губернатора, действительного статского советника Егора Георгиевича Стеблин-Каменского (08.04.1855 – между 1935 – 1945 г. г.), мама священномученика Иоанна Стеблин- Каменского. Елизавета Павловна была родной сестрой, а Ольга Александровна родной дочерью участника Крымской войны, адъютанта адмирала Корнилова, вице-адмирала, сенатора Александра Павловича Жандра (22,25,26,27). (в отчете по археологическим раскопкам – жена отставного тайного советника Рклицкого Михаила Васильевича).

В результате археологических раскопок на территории Биютишкского костела летом 2002 года в шурфе N 3 найден склеп с захоронениями, 4 гроба. Идентификация произведена на основании метрических записей Интуркской Свято-Покровской церкви.

1. В металлическом гробу – отставной советник Рклицкий Михаил Васильевич, 06.04.1902, хроническое воспаление легких.

2. В деревянном гробу – жена действительного тайного советника Егора Георгиевича Стеблин - Каменского (в Отчете результатов археологических раскопок – жена отставного тайного советника Рклицкого М. В.), 21.08.1902, паралич мозга.

3. В деревянном гробу – вдова Виленского губернатора Елизавета Павловна Стеблин-Каменская, 23.09.1909, паралич сердца.

4. Деревянный маленький детский гроб. Личность не установлена(23-24).

IFCD003006

С левой стороны от костела в первом ряду захоронений стоят 2 памятника и части крестов: каменный (с надписью) и из белого мрамора (без надписей). По рассказам здешнего кладбищенского смотрителя это единственные русские памятники, и стояли они по преданию на „ горке". По-видимому, это Алтарная гора, на которой стоял православный храм, а теперь, и раньше (до 1874 г.), католический костел. После частичной очистки камня удалось прочитать надгробную надпись. Это памятник Марие Егоровне, дочере  Виленского губернатора Егора Павловича и Елизаветы Павловны Стеблин-Каменских. В замужестве – Рклицкая, жена Прокурора Виленского военного округа Михаила Васильевича Рклицкого. Здесь же похоронена и их дочь, младенец Мария. Мария Егоровна скончалась в Вильно 18 марта 1878 г., младенец Мария – 30 марта 1878 г.

Согласно надписи на памятнике и метрическим записям можно предположить, что на кладбище и в подземном склепе находятся захоронения:

1. дочери Егора Павловича и Елизаветы Павловны Стеблин-Каменских – Марии Егоровны Рклицкой (1850 -1878.03.18), от родов;
2. дочери Марии Егоровны и Михаила Васильевича Рклицких, внучки Стеблин-Каменских, младенца Марии (1878 г.), от рожи;
3.  Виленского гражданского губернатора Егора Павловича Стеблин-Каменского   (17.04.1815-04.05.1882), скоропостижно, предположительно, от разрыва сердца;
4. Отставного советника, бывшего прокурора Виленского военного округа Михаила Васильевича Рклицкого (умер 06 04 1902 г.), хроническое воспаление легких;
5. жены действительного статского советника Ольги Александровны Стеблин-Каменской, урожд. Жандр (1860.02.20 – 1902.08.17), паралич мозга;
6. вдовы тайного советника, Виленского губернатора Елизаветы Павловны Стеблин-Каменской, урожд. Жандр (1823 – 1909.09.20), паралич сердца.



Костел в Биютишкес и кладбище, где похоронены Стеблин-Каменские. Фото Т. С. Завадской.

- 44 -

IFCD003007

Ex. 6 pg.78 of 148



Биютишкское кладбище. Углубление в земле. Здесь находится подземный склеп Стеблин-Каменских с захоронениями. Фото Т. С. Завадской.



Биютишкское кладбище, в середине памятники, каменный и из белого мрамора, стоявшие на месте православного захоронения (конец 19 в. -  начало 20 в.). Фото Т. С. Завадской.

- 45 -

IFCD003008



Надгробная надпись на памятнике Марии Егоровне Рклицкой (р. Стеблин-Каменской).

Фото Т. С. Завадской.

- 46 -

IFCD003009

Ex. 6 pg.80 of 148

В Отчете по археологическим раскопкам указано, что Егор Павлович Стеблин – Каменский в 1874 году направил Прошение на имя генерал – губернатора Виленской губернии о строительстве приписной церкви на собственные средства с использованием строительных материалов бывшего на этом месте каменного католического костела, закрытого в 1867 году. Прошение было удовлетворено. В 1875 году была построена маленькая церковь в честь святых бессребреников и чудотворцев Космы и Дамиана (на 30- 50 чел.), приписная к Интуркскому Свято- Покровскому храму(23-24).



Клировые ведомости за 1875 г. Литовский Государственный исторический архив.

Но из-за недовольства местных жителей  церковь была недействующей. Стеблин – Каменские посещали Интуркский Свято – Покровский храм. В эти годы на территории церкви кладбища не существовало. Оно находилось на расстоянии „1 000 шагов". Стеблин-Каменские хоронили в подземном склепе, у стен Биютишкской церкви.

Около 1927 года церковь снесли и на этом месте опять построили католический костел. С 1929 года появилось и кладбище.

IFCD003010

По словам археологов, проводивших раскопки, после археологических работ захоронения оставлены на прежнем месте.



Подпись на фотографии **"Семья Стеблин-Каменских и Неклюдовых на балконе дома в Биютишках** *(31)*
**(бабушка, отец, мать, дядя Жорж с детьми, учительница французского языка)"**

*"Иван Стеблин-Каменский в кругу семьи в Биютишках (родство указано по нему).*
*Верхний ряд:*
*бабушка - Елизавета Петровна Стеблин-Каменская (урожденная Жандр), отец – Георгий Георгиевич (Егор Егорович) Стеблин-Каменский;*
*Средний ряд:*
*тетя Ольга Егоровна Неклюдова (урожденная Стеблин-Каменская), двоюродная сестра Елизавета Петровна Неклюдова (в платье с полосками), учительница французского языка, сестра Ольга (?) Егоровна Стеблин-Каменская (1891 г.р.), неизвестная женщина, Иван Стеблин-Каменский (в морской форме).*
*Нижний ряд:*
*двоюродный брат Дмитрий Петрович Неклюдов, брат (Александр Егорович Стеблин-Каменский, 1885 г.р. или Георгий Георгиевич (Егор Егорович) Стеблин-Каменский, 1886 г.р.), сестра Елизавета (?) Стеблин-Каменская (1892 г.р.) и дядя Петр Петрович Неклюдов (камергер, действительный статский советник, вице-губернатор, вр. управляющий Лифляндской губернией).*

*- 48 -*

IFCD003011

Ex. 6 pg.82 of 148





Биютишкское поместье в наши дни. 2020 г. Фото Т. С. Завадской.

- 49 -

IFCD003012

Ex. 6 pg.83 of 148



Биютишкское поместье в наши дни. 2020 г. Фото Т. С. Завадской.

IFCD003013

Ex. 6 pg.84 of 148



Биютишкское поместье в наши дни. 2020 г. Фото Т. С. Завадской.

### *СВЯЩЕННОМУЧЕНИК ИОАНН СТЕБЛИН-КАМЕНСКИЙ*

Священномученик родился в 1887 году в Санкт – Петербурге, но детство его прошло в Биютишкском имении, которое приобрел его дед, будучи виленским губернатором. В Житие святого Иоанна говорится, что ,, Дед Ивана, Георгий Павлович Стеблин-Каменский, в последние годы своей жизни был Виленским губернатором в чине тайного советника. В это время он приобрел имение Биюцишки в Виленском уезде, где прошло детство Ивана. Здесь в имении была погребена его мать, Ольга Александровна, дочь вице-адмирала Александра Павловича Жандра, умершая 17 августа 1902 года.

Первоначальное образование Иван получил дома. Ольга Александровна оказала огромное влияние на него и на двух его сестер, Ольгу и Елизавету, – это были благочестивые девицы строгой

- 51 -

IFCD003014

Ex. 6 pg.85 of 148

и праведной жизни; они умерли в 1981 году в городе Кашине Тверской области. С детства мальчик чувствовал тепло материнской любви и силу ее благословения. "Ты ведь мой?" – говорила мама, и это было для него самой дорогой лаской. Но она умерла рано, когда Ивану исполнилось четырнадцать лет. Глядя на мать и переживая ее потерю в день ее смерти, он чувствовал, как два понимания совершившегося захватывают его целиком: первое – это острая боль от безвозвратной потери того, что было самым ярким, самым теплым в золотые дни детства, и второе – что дальнейшая его жизнь без матери будет свидетельствовать о том, какое движение души она в нем развила. Ему тогда казалось, что каждый дурной поступок его последующей жизни явится оскорблением ее светлой памяти и нарушением обязательств по отношению к ней. После смерти матери Иван окончил четыре класса гимназии и, в соответствии с семейной традицией, выбрал службу на флоте, поступив в Морской кадетский корпус, который окончил в 1908 году со званием корабельного гардемарина ".



Протоиерей Иоанн (Стеблин-Каменский). Ист.: drevo-info.ru

Служил на крейсере "Богатырь" в заграничном плавании; с 1909 — в 1-м Балтийском флотском экипаже в дивизионе испытывающихся миноносцев мичманом, с 1909-1910 — ротный командир на крейсере "Адмирал Макаров", с 1912 — лейтенант, преподавал в Морском корпусе. В 1914 — участник Первой мировой войны, в 1917 — уволился по состоянию здоровья, в 1918 — участник научной экспедиции, с 1919 — по мобилизации служил помощником директора маяков Балтфлота; одновременно исполнял обязанности псаломщика в Свято-Троицком храме в Петрограде. В 1920 — посвящен во диакона. В 1921 — арестован по обвинению в укрывательстве контрразведчика, но позднее был освобожден. В 1923 — посвящен во иерея, служил настоятелем храма Святой Троицы; позднее — протоиерей. 2 февраля 1924 — арестован по групповому «делу о православных братствах», 26 сентября приговорен к 3 годам концлагеря и отправлен в Соловецкий лагерь особого назначения. Ходил в лагере в священнической одежде и посещал службы, пока это дозволялось. 1 октября 1927 — по окончании лагерного срока приговорен к 3

 годам ссылки с прикреплением и отправлен в Воронеж. Служил там в церкви Девичьего женского монастыря. После Декларации митрополита Сергия (Страгородского) — в оппозиции к нему,

- 52 -

IFCD003015

Ex. 6 pg.86 of 148

примкнул к оппозиционной группе епископа Алексия (Буя), с марта 1928 — после ареста епископа назначен благочинным епархии. 19 мая 1929 — арестован по групповому делу "буевцев". 16 августа 1929 — приговорен к 3 годам концлагеря и отправлен в Соловецкий лагерь особого назначения. 12 февраля 1930 — арестован в лагере, вывезен в Воронеж и привлечен к следствию «по делу Воронежского филиала "ИПЦ"». 28 июля приговорен к к смертной казни. Расстрелян вечером 2 августа 1930 года в окрестностях Воронежа в числе одиннадцати обвиняемых - архимандрита Тихона (Кречкова), иеромонахов Георгия (Пожарова) и Космы (Вязникова), священников Александра Архангельского, Сергия Гортинского, Феодора Яковлева, Георгия Никитина, мирян Евфимия Гребенщикова, Петра Вязникова и Марка Тымчишина.

Причислен к лику святых новомучеников и исповедников Российских на Юбилейном Архиерейском Соборе Русской Православной Церкви в августе 2000 года для общецерковного почитания.

*«Интересно, что человек, по греховной немощи своей всё-таки слишком отдающийся впечатлениям переживаемого момента, вместе с тем ощущает неудовлетворяющую его неполноту своих переживаний, интуитивно чувствуя временность их. В детстве мы говорим «когда я буду большой», в зрелом возрасте мы тоже всё считаем временно неполноценным и говорим «когда я кончу то или иное дело» или «достигну того или иного положения», «когда я женюсь», «когда я выйду на свободу» и так далее. Ведь это тоже ошибка. Жизнь наша в теле на земле (подобно утробной жизни младенца по отношению к жизни в теле) является подготовительным процессом к вечной жизни, но все этапы этой подготовительной жизни равно полноценны как части общего процесса. Не прав тот, кто вычеркивает из своей жизни отдельные её периоды: болезнь, усиленную работу, заключение… Ты вычёркиваешь, а жизнь идёт непрерывно и неизменно запечатлевает в душе твоей непрерывную кривую твоего делания, твоего духовного напряжения. Ты вычёркиваешь потому, что хочешь оправдать свою леность: ты вычёркиваешь и не отдаёшь себе отчёта в том, что каждый отдельный период твоей жизни открывает тебе особые возможности духовного возрастания и что ожидание желаемых тобой условий не должно способствовать пренебрежению возможностями уже не имеющего повториться переживаемого момента…»,* - священномученик Иоанн Стеблин –Каменский (28).

IFCD003016



Отче Иоанне, моли Бога о душах наших!

- 54 -

IFCD003017

*Прихожане Интуркского храма*

По метрическим книгам Интуркского Свято-Покровского храма восстановлены (но не все удалось прочитать) имена, фамилии прихожан по деревням, прикрепленных к Интуркской церкви. На сегодняшний день не сохранились названия деревень. Поэтому считаю своим долгом записать названия деревнь, прикрепленных к церковному приходу и имена, фамилии некоторых прихожан.

Из старых прихожан только Константин и жена его Ольга Кублицкие,  Степанида Кублицкая. Степанида – старообрядка, но замужем за православным. Ее свекровь, умирая, завещала не забывать храм. Так Степанида посещает каждую службу, молится за здравие близких и упокой усопших родных. Старики поумирали, а молодые разъехались еще в 90-ые годы. Но на 150-летний юбилей храма, который состоялся 18 августа 2018 года, приехали многие.

Начиная с 1868 года в храме венчались, крестили, отпевали, посещали службы жители сел и деревень. В скобках указана дата записи имени, отчества, фамилии в метрических записях [22]:

1. **ПОКРОВСКОЕ**

**Лакомкины**

Гавриил Максимович, жена его Христина, дочь Евфросиния,Марк Васильевич, Параскева Максимовна, Никита Максимович и жена его Параскева Карповна, Степан и жена его Анна Антиповна (1881 – 1882 г.г.), Егор Васильевич (1914 г.), Клавдия Михеевна.

**Головацкие**

Иван Михайлович и его жена Матрона Ивановна (1881 г., 1892 г.), уволенный в запас унтер-офицер 105-ого пехотного Ориенбургского полка, жандармский унтер-офицер Федор Михайлович Головацкий и его жена Степанида Васильевна (Лакомкина) (1881, 1889 г.г.).

**Журенковы**

Уволенный в запас рядовой 95-ого Орловского полка рядовой Антон Николаевич Журенков, Павел Антипович (1881 г.), Варвара Ивановна (1882 г.).

**Трукшины**

Фекла (1880 г.),  Максим Иванович его жена Иулиания Михайловна (урожд.Головацкая) (1892, 1914 г.г.) , Яков Максимович (1892 г.) и его жена Анжия Самсоновна (Рутковская из Замостья) (1893 г.).

Александр Трукшин  (1881-1945) и Ольга Трукшина (1883-1929) похоронены на кладбище в Интурке.

IFCD003018

Дети Александра и Ольги Трукшиных:

1. Леонид Трукшин (1914–1995). Жил в деревне Покровское с женой Верой в родительском доме. Детей не было. Оба похоронены на кладбище в Интурке.
2. Борис Трукшин (1917–?).
3. Лев Трукшин (1921–1983). Похоронен  с женой Серафимой (1924–1999) на кладбище в Интурке.
4. Нина Трукшина (1923–2013). Жила в деревне Покровское до 1949 г. 15 октября 1949 г. вышла замуж за Петра Суходымцева, венчалась в Покровской церкви.
5. Сергей Трукшин (1926–1999).
6. Клавдия Трукшина (1928) умерла в младенчестве. Похоронена на кладбище в Интурке.



Венчание Петра Суходымцева и Нины Трукшиной в Интуркской Свято-Покровской церкви, 15 октября 1949 г. Фото из семейного альбома Суходымцевых.

- 56 -

IFCD003019

**Волковы**

Анастасия Степановна, Николай Иванович и его жена Параскева Максимовна (1882 г.),, Михаил.

**Медведевы**

Степан, Иван Григорьевич.

**Макаровы**

Михей Петрович и его жена Параскева Михайловна (1909 г.).

**Фомченко**

Мария Степановна (1889 г.), Надежда Степановна (1909 г.), Анастасия Васильевна (1935 г.),

Максим Иванович (1895 г.).

**Тимофеевы**

Параскева Максимовна (1892 г.), Марк Васильевич и его жена Дария Яковлевна (1885 г. 1902 г.), Харитон Степанович (1928 г.).

**Логины**

Егор Петрович и его жена Матрона Тимофеевна (+/- 1880 г.), Петр Петрович и его жена Мария Емельяновна (1902 г.).


2. **НИКОЛЬСКОЕ**

**Рутковские**

Тимофей Андреевич, Евдокия Созантовна,

**Игнатовичи**

Степан Степанович и его жена Мария Александровна (1903 г.), Осип Степанович (1889 г.), Александр Степанович и его жена Анастасия Казимировна (Сосновская (1901 г.).

**Чадовичи**

 Александр Лукьянович (1889 г., 1904 г.), Софрон Лукьянович (1894 г.).


- 57 -

IFCD003020

Ex. 6 pg.91 of 148

**Церашкевичи**

Вячеслав Адольфович и его жена Александра Григорьевна (1909 г.), Владимир Адольфович (1909 г.),

**Головацкий** Степан Степанович и его жена Евдокия Павловна (1892 г.).

**Валюкевич** Мария Игнатьевна (1892 г.).

**Журенков** Осип Иванович и его жена Елена Осиповна (1892 г.).

**Кублицкий** Григорий Демьянович и его жена Анна Демьяновна (1894 г.).


3. **ТРОИЦКОЕ**

**Рутковские** Антон Михайлович и его жена Ирина Карповна (Зыбникова) (1882 г.), Екатерина Яковлевна (1882 г.).

**Орлов** Афанасий.

**Рыбниковы**

Дмитрий Карпович и его жена Степанида Лазаровна, Иван Карпович и его жена Павла Лукьяновна.

**Антонов** Семен Антонович

**Журенкова** Мария**.**

**Кублицкие** Григорий, Василий Романович.

4. **ГРЕБЕНЦЫ**

**Балада** Григорий Сергеевич и его жена Стефанида Николаевна (1902 г.), Наталия Демьяновна (1894 г.).

**Гороховы**: Василиса Михайловна, Павел Косьмин и его жена Ксения Ивановна (1909 г.),Константин Антипович и его жена Ксения Ивановна (1909 г.), Иван Михеевич (1901 г.), Мария Косьминовна.

**ЗАМОСТЫ (ЗАМОСТЬЕ)**

**Головацкие** Тимофей, Стефан.

**Рутковские** Тимофей Самсонович**,** Яков Самсонович (1933 г.).

**Матейко** Степан Антонович (1930 г.)

- 58 -

IFCD003021

### 5. **ИНТУРКЕ**

**Сосновские** Анна Стефановна, Казимир Игнатьевич.

**Бруякины** Феодор (псаломщик), Ольга

### 6. **(НОВО)РОЖДЕСТВЕНСКАЯ**

**Кривицкие**

Артемий и его жена Дария, Оьга Степановна,

**Журенковы**

Василий Егорович, Павел Егорович, Иосиф Васиьевич, Осип Васильевич,  Егор Федорович, Матвей Федорович, Мария, Параскева Андреевна (1901-1904 г.г.)Хеврония Павловна (1930 г.), Павел Андреевич.

**Кудалевы (Куделевы)**

Емельян Ефремович, Исаия Емельянович, Илларион Емельянович и его жена Феодосия Антиповна, Парфений Емельянович, Анастасия Емельяновна, Владимир Парфеньевич и его жена Любовь Никаноровна (1932 г.).

**Однопаловы**



Покровские парни.  Фото из семейного альбома Суходымцевых.

- 59 -

IFCD003022

Ex. 6 pg.93 of 148



Покровские девушки. Фото из семейного альбома Суходымцевых.



Прихожане Интуркского храма, 60-70-ые г. 20 века.   Из семейного архива старосты Елизаветы Мисюнене.

- 60 –

IFCD003023

Ex. 6 pg.94 of 148



Последние жители Покровки Леонид и Вера Трукшины. Фото из семейного альбома Суходымцевых.



Крестный ход. Игумен Никодим (Миронов). 1970 г. семейного архива семьи Головацких.

- 61 -

IFCD003024



Интуркский Свято-Покровский храм, ноябрь 1956 года. Из архива Виленской и Литовской епархии.

- 62 -

IFCD003025



Интуркский Свято-Покровский храм, 30.01.1966 г. Из семейного архива семьи Головацких.

---

*Культурное наследие.*

---

С 2018 года Свято-Покровский Интуркский храм включен в список Литовского Фонда культурного наследия и охраняется государством.

В 1987 году сотрудниками Всесоюзного научно – исследовательского института реставрации при Министерстве Культуры (работниками Эрмитажа) была составлена " Опись произведений искусства Покровской церкви Молетский р-он, Интуркский апилинковый совет, д. Интурки на 26 марта

1987 года". В списке – 62 позиции, сегодня большая часть произведений искусства отсутствует. Храм был несколько раз обворован.

- 63 -

IFCD003026

Ex. 6 pg.97 of 148

Особую ценность имели иконы:

- икона Саввы Вишерского в металлическом окладе (середина 19 века – 3 четверть 19 века);



- икона Избранных святых (Марии Магдалины, Александра Невского, пророка Илии, св. Николая) в металлическом окладе. На киоте таблица: " От крестьян Виленской губернии Виленского уезда Малятской волости в память чудесного избавления его императорского величества государя императора Александра III его августейшей семьи от опасности при крушении поезда на Харьково – Азовской дороге 17 октября 1888 года" (1889 г.). Киот изготовлен Виленским скульптором Зимодро. В 1881 г. скульптор Зимодро изготовил иконостас для церкви во имя святых бессеребренников Космы и Дамиана Виленского военного училища.

-



- икона Митрофана Воронежского( последняя треть 19 века);

- 64 -

IFCD003027

Ex. 6 pg.98 of 148



- икона князя Владимира (на обратной стороне надпись:"Благословение сию иконою любимому внуку 11 месячному Владимиру Михайловичу До-мнк (?) от его Дедушки Ивана Петровича Амосова и Бабушки Варвары Дмитриевны Амосовой 5 –го Сентября 1867 года";



- алтарная икона ,, Моление о чаше" (конец 19 века – начало 20 века).



- 65 -

IFCD003028

Ex. 6 pg.99 of 148

Две иконы внесены в Энциклопедию культурных памятников Восточной Литвы: икона св. Саввы Вишерского и иконы Избранных святых Марии Магдалины, пророка Илии, Александра Невского, святителя Николая. Из перечисленных икон сохранилась только алтарная – «Моление о чаше»(29).

У храма было много жертвователей. В Литовских Епархиальных ведомостях N 14 от 3 апреля 1888 года сообщалось: " Неизвес. Триста руб.; помянуть за упокой раб. Бож. Димитрия, Параскевы, Иоанна, Николая и сродников 25 руб.; о здравии и спасении монахини Анастасии и сродников 25 руб.; о здравии монахини Антонии, Константина и Марии от неизвестного 15 руб.; от неизвестного 300 руб.; От Д. Ф. Самарина 100 р.; из Зачатьевского монастыря бархатная риза; за упокой Георгия, Надежды, Александра, Софии – 10 р.; за упокой игуменьи Веры, Ирины и сродн. 10 р.; за здравие графини Анны 10 р.; от неизвестного 5 р.; об упокоении Николая, Дарии, Иоанна – 50 р., и о здравии игуменьи Магдалины 10 р.

Кроме денежных пожертвований, поступивших от разных благотворителей в Интуркскую церковь, для той же церкви получены следующие вещи: 1) от управления Московского Зачатьевского девичьего монастыря – полное священническое облачение малинового бархата и 2) от лиц — благотворителей, пожелавших остаться неизвестными: а) священническое облачение с дьяконским стихарем темно – синего бархата, б) священническое облачение розового полубархата, шитое серебром, в) священническое облачение со стихарем белой мишурной парчи, г) пелена на св. престол и жертвенник, малинового шелка. д) три пелены на аналои, мишурной парчи, е) облачение на св. престол, жертвенник и панихидный столик и ж)воздухи – мишурной парчи". По тем временам и 5 рублей были очень большой суммой (3).



### *Заключение*

18 августа 2018 года состоялась торжественная литургия в честь 150- летия Свято-Покровского Интуркского храма. При большом стечении народа Божественную литургию служил Митрополит Виленский и Литовский Иннокентий, сослужили священники благочинный Висагинского округа Иосиф Зетеишвили, секретарь архиепископии по внешним связям прот. Владимир Селявко,прот. Алексий Смирнов, настоятеля храма свящ. Федор Гурилев, свящ. Сергий Казаринов, диакон Константин Томан. Присутствовали представители Молетской мэрии, староста Интурке, журналисты районной газеты.

Виленский-Литовский Епархиальный журнал N 3 за 2018 год сообщает: ,,Богослужение совершилось при большом стечении молящихся, среди которых были паломники из Вильнюса, Паневежиса, Висагинаса и других городов, а также представители Молетской и Интуркской городских администраций. По окончании литургии было совершено славословие и благодарственная молитва Божией Матери и возглашено многолетие. Владыко тепло поздравил прихожан и гостей с 150-летним юбилеем храма"(35).

- 66 -

IFCD003029



Божественная литургия. 18 августа 2018 г. Интуркский Свято-Покровский храм.

. Фото из Виленско-Литовского журнала ,,Вестник" N3 за 2018 год.

- 67 -

IFCD003030

Ex. 6 pg.101 of 148



Митрополит Виленский и Литовский Его Преосвященство Иннокентий и диакон Константин Томан. 18 августа 2018 года. Фото из Виленско-Литовского журнала ,,Вестник" N3 за 2018 год.

По молитвам служивших здесь раннее, ушедших в мир иной и служащих в настоящее время священников и прихожан храм переживает свое возрождение.

Староста Интуркского Свято-Покровского храма

Татьяна Завадская

6 марта 2020 года

- 68 –

IFCD003031

Ex. 6 pg.102 of 148





- 69 -

IFCD003032



Помощь молодежи перед Престольным праздником. 14 10 2018. Фото Т.С.Завадской.

IFCD003033

Ex. 6 pg.104 of 148



Престольный праздник в честь Покрова Божией Матери. 15 10 2018 г. Фото Т. С. Завадской.

- 71 -

IFCD003034

Ex. 6 pg.105 of 148

СПИСОК СВЯЩЕННИКОВ И ПСАЛОМЩИКОВ, СЛУЖИВШИХ { СЛУЖАЩИХ} В ИНТУРКСКОМ СВЯТО – ПОКРОВСКОМ ХРАМЕ

1868 - 2018 г. г.

| | Имя, фамилия | Годы служения | Сан | Псаломщики |
|---|---|---|---|---|
| 1 | О. Иоанн Семенович Сидорский | 1868-1887 01 22 (26) | | Иван Федорович Каллистов, сын дьякона |
| 2 | О. Иоанн Рыбцевич | 1887.02(03) – 1892.04.01 | | Матвей Бруякин |
| 3 | О. Гавриил Андреевич Колединский, жена Елена Михайловна,ум.30.01.1895,от тяжелых родов, похоронена на интурском кладбище | 1892,04.17 – 1898 09(10) | | Матвей Бруякин, Константин Гайдамович |
| 4 | О. Николай Дружиловский, Жена Степанида Адамовна | 1898.10(11) – 15.12.1908 Н. Деринг | | Василий Федоров, Никодим Деринг |
| 5 | О. Евдоким Павлович Ракецкий | 1909-1915.07. Последняя метрическая запись | иерей | Никодим Деринг (15.08. 1908 – 07. 1915) |
| | **I мировая война, эвакуация священнослужителей** | **1915 - 1919** | | |
| 6 | О. Алексей  Соколов | 1919-1933 | протоиерей | |
| | | 1923-1926.01(?) | | Михаил Мацкевич |
| | | 1926. 02.-1927 | | А.Жиглевич |
| | | 1927-1930 | | Александр Волосенко |
| | | 1930 | | Павел Заянковский(?) |
| | | 1931-1932 | | Федор Головацкий |
| 7 | О. Геннадий Романюк | 1933-1934.08. | иеромонах | Петр Соколов |
| 8 | О. Петр Алексеевич Соколов | 1934-1949 | иерей | |
| | | 1934.09.-1937 | | Федор Головацкий |
| | | - 72 - | | |

IFCD003035

Ex. 6 pg.106 of 148

| | | 1937-1939 | | Петр Кизин |
|---|---|---|---|---|
| 9 | О. Феодосий Алексеевич Самойлюк | 1949.12.20-1953.07.24 | Иерей | |
| | | | | |
| 10 | О. Петр Николаевич Палюшкевич | 23.10.1953 – умер 18.08.1963 | Иерей | |
| 11 | О. Никодим { Николай Иванович Миронов} | 1965.07.20-01.03.1987 | Игумен, архимандрит | |
| 12 | О. Никон Ворошилов | 01.03.1987 – 17.03.1997 | иеромонах | |
| 13 | О. Алексий Смирнов | 2001-2015 | протоиерей | |
| 14 | О. Федор Гурилев | 2015- | иерей | |

**Литература:**

1. Ч. Ф. Кудаба. Холмистая Аукштайтия. Вильнюс. 1988 г.
2. Онуте Цесюлиене. (Не)известный Интурке. Утена. Камонада. 2018.
3. Литовские епархиальные ведомости N 13 за 15 июля 1865 г., N 14 за 3 апреля 1888 г.
4. „Церкви - „муравьевки" как исторический феномен в Гродненской губернии во второй половине XIX века" Ю. В. Кейко (Гродно, Баларусь). Министерство Республики Беларусь. www.lib.vsu.by
5. Клировые ведомости за 1875 г. Литовский Государственный исторический архив. Фонд 605, опись 6, N 17, 35.
6. Стренковский С. П. Священно- и церковнослужители православных приходов Лидского и Ошмянского уездов в XIX – начале XX века. Стр. 183 – 184.
7. Гродненский православно-церковный календарь за 1899 г. 1 том. Стр.
8. Послужной спсок настоятеля Еремичской церкви Мирского благочиния Минской епархии Мирского р-на Барановичской обл. Евдокима Павловича Ракецкого, 22.03.1957. Виленский Епархиальный архив.
9. Послужной список протоиерея Федора Ракецкого, 22.03.1957. Виленский Епархиальный архив.
10. Вестник Виленского Свято-Духовского братства N 1 за 1909 г.
11. Вестник Виленского Свято-Духовского братства N 12 за 1916 г.
12. Виленско-Литовский епархиальный журнал „Вестник"N 3 за 2018 г.
13. Ирина Стома. Подвиг веры протоиерея Алексия Соколова. 2012 г.

IFCD003036

14. Житие священномученика Константина Жданова. Полоцкий Спасо-Евфросиниевский женский монастырь.

15. С. Антанавичюс. Колхоз Интурке Молетского района (исторические очерки). Вильнюс. 1990 г.

16. Послужной список Архимандрита Никодима (Николая Ивановича Миронова). Из архивов Псковского епархиального управления.

17. Автобиография Арминандрита Никодима (Николая Ивановича Миронова). Из архивов Псковского епархиального управления.

18. Фотография Архимандрита Никодима (Николая Ивановича Миронова). Из архивов Псковского епархиального управления.

19. Сайт Псковской епархии. www.pskov-eparhija.ellink.ru.

20. Статья. Церковь Рождества Пресвятой Богородицы. 04.11.2017. Храмы Псковской обл. www.vidania.ru

21. Свято-Успенский Святогорский мужской монастырь. 11 октября – день кончины духовника монастыря архимандрита Никодима Миронова. 11.10.2017 www.svyatogorsky.org

22. Метрические записи Интуркского Свято-Покровского храма. ЛГИА, фонд 605, опись 14, 4 -10,98 - 114, 18, 26, 29, 32; опись 20, 372, 379, 380, 391 – 401 (кроме 396), 499 – 504 (кроме 501); опись 13, 58;  фонд 572, опись 1, 164-166,240,275; фонд 1882, опись 1 – 5.

23. LEM. VU Bibliotekininkystės ir informacijos mokslų institutas. Rimvydas Laužikas. Senosios Bijutiškio bažnyčios. Lietuvių katalikų mokslo akademijos metraštis. T 21. Vinius. 2004 . Psl.75 – 86

24. Rimvydas Laužikas. Žvalgomųjų archeologinių tyrimų Molėtų raj. Bijutiškio katalikų bažnyčios šventoriuje ir altarijos kalnelyje. 2002 metų ataskaita. Kulionys.2002. Psl 8 – 17.

25. Копия архивных документов Молетского краеведческого музея о Биютишкском имении.

26. В. В. Коротенко, М. И. Стеблин-Каменский, А. А. Шумков. Стеблин-Каменские (Стеблинские , Стеблин-Каменские). Опыт историко-генеалогического исследования. СПб.; ВИРД. 2005.

27. Родословная таблица Стеблин-Каменских. www.rodovid.org

28. Священномученик Иоанн Стеблин-Каменский, пресвитер. Житие. www.azbuka.ru

29. Опись произведений искусства Покровской церкви Молетского района. Интуркский апилинковый совет, дер. Интурки. На 26 марта 1987. Всесоюзный НИИ реставрации при Министерстве культуры СССР. Литовский центр культурного наследия.

30. Фотографии из архива интуркского фотографа С. М. Кленевского.

31. Фотография В кругу семьи в Биюцишках. Ист.: fond.ru (церковный историк Виктор Котт).

32. Фотографии Т. С. Завадской.

33. Фотографии из семейного архива семьи Головацких.

34. Фотографии из семейного альбома старосты храма Елизаветы Мисюнене.

35. Православная церковь в Литве. Вестник. Квартальный религиозно-нравственный журнал N 3 за 2018 г.

IFCD003037

36. Владимир Иванович Соколов. Я ничего не придумал. Биография, мемуары. ЛитРес (электронная книга), 2018 г.

37. Книга Памяти Калининской области. www.bessmertnybarak.ru


38. https://ru.openlist.wiki/ Ракецкий Федор Евдокимович (1904). Поиск по открытому списку жертв политических репрессий в СССР.
Категория: Новомученики и исповедники РПЦ XX века (база данных); Открытый список; Фотографии; Вятлаг.

IFCD003038

Ex. 6 pg.109 of 148

ФОТОГАЛЕРЕЯ ИНТУРКСКОГО СВЯТО-ПОКРОВСКОГО ХРАМА



- 76 -

IFCD003039

Ex. 6 pg.110 of 148



- 77 -

IFCD003040

Ex. 6 pg.111 of 148



- 78 -

IFCD003041

Ex. 6 pg.112 of 148



- 79 -

IFCD003042



- 80 -

IFCD003043

Ex. 6 pg.114 of 148



- 81 -

IFCD003044





- 82 –

IFCD003045

Ex. 6 pg.116 of 148

ПРИЧТОВЫЙ ДОМИК





- 83 -

IFCD003046

- 1 –

14 октября 2019 года, на Покров Пресвятой Богородицы, на заброшенном православном кладбище у деревни Гайлюнай (Лазарцы) Молетского района, состоялась лития по усопшим и здесь погребенным. Возможно впервые за последние 80-90 лет. Панихиду отслужил настоятель Паневежского прихода о. Феодор Гурилев. Если бы не память старожилов, не потомки семьи Матыженков, получивших от своего отца строгий наказ – ухаживать за могилами предков, от кладбища не осталось бы и следа.



Православное Лазарцевское кладбище. Фото Т.С. Завадской. 14 октября 2019 года

IFCD003047

Ex. 6 pg.118 of 148

- 2 –



Православное Лазарцевское кладбище. Фото Т.С. Завадской. 14 октября 2019 года

Проложенная асфальтовая дорога разделила два кладбища: старообрядческое и бывшее православное, от которого остались Поклонный крест и 6 могил. На старообрядческом кладбище захоронения происходят и по сей день. Рядом находится старообрядческая церковь (построена в 1918 году). А когда-то, еще сто лет назад, здесь стояли два храма: православный Лазарцевский единоверческий храм в честь Равноапостольного князя Владимира и старообрядческая моленная в честь Успения Божией Матери (обе деревянные церкви сгорели во время Первой мировой войны). Когда-то здесь существовали две деревни, Гайлюнай и Лазарцы, которые со временем слились воедино.

Впервые Гайлюнай упоминаются в Видянишкских метрических книгах в 1655 году, а Лазарцы – в 1653 году. Оба названия возникли от личных имен: Гайлюнас и Лазарь.1. По преданию старожилов 1888 года в этих местах первоначально поселился русский богатый мужик по имени Лазарь, около которого стали селиться и другие жители. Поэтому поселение и стали называть Лазарцами. 2. В 1704 году в Молетских метрических книгах деревня записывается двумя названиями: Гайлюнай или Лазарцы.1.

IFCD003048

- 3 -



Гайлюнай, Молетский район. Старообрядческие кладбище и церковь Успения Божией Матери. Фото Т.С. Завадской. 12 декабря 2019 года

Мои корни, по материнской линии, в деревне Антапусни Молетского района { 12-15 км от Гайлюнай}. В детстве меня очень часто привозили в деревню. Обычно собиралась почти вся большая, дружная родня. Любили, уважали и почитали своих родителей, обращались на «Вы», что для меня было необычно. Деда, Никанора Григорьевича Суходымцева, знали и уважали далеко за пределами деревни как умелого плотника, печника. Да и просто как хорошего человека. Что особенно запомнилось с детства о дедушке и бабушке, это глубокая, непоколебимая православная вера, жизненный уклад по старым дедовским законам. До 1924 года их родители, они сами были прихожанами Лазарцевской единоверческой православной церкви. Дед Никанор и родной брат бабушки Николай Маркович Матыженок были в приходском совете. На дворе 60-е годы, а здесь утренние и вечерние молитвы, молитва перед едой и перед началом работы, Пасха, Рождество Христово. Дед по памяти сам читал молитвы, был безграмотным. Действующий храм находился довольно-таки не близко – километров за 30, в Интурке. В церковь ездили только по большим праздникам.

В детстве я любила расспрашивать дедушку Никанора и бабушку Надежду об их родословной. Толком дед и сам не знал. Но нам, современному поколению - Суходымцевых (в метрических книгах 19 века – Суходынцовы), ВОПРОС: откуда мы родом? как оказались в Литве? - был актуален и интересен.

IFCD003049

Ex. 6 pg.120 of 148

- 4 –

В августе 2019 года мне передали старые подшивки «Голоса Литовской Православной Епархии» за 1925–1939 годы. На обложке было написано от руки - «Душеполезные чтения». Меня интересовала информация по Свято–Покровскому Интуркскому храму. Просматривая подшивку за 1925 год, я неожиданно для себя наткнулась на Некролог – извещение о смерти священника Лазарцевского единоверческого православного храма Иакова Константиновича Анкудинова {в других источниках – Акундинова}. Этот Некролог стал не только ключом к разгадке истории наших предков, но и открыл подзабытую, для для меня лично неизвестную, страницу истории Литовской православной церкви. В Некрологе был указан конкретный источник информации – «Литовские Епархиальные ведомости». 1888. № 47.

«Глухое по своему положению место это и по природе своей является одним из суровых виленской губернии – с почвой каменистой и песчаной, что, вероятно, и было причиной охотной отдачи его владельцами – польскими панами – под земледельческие раскольнические поселения за малую арендую плату. Поселения эти, как и многие другие раскольничьи поселки виленской и ковенской губернии, стали заводиться здесь в 30–60 гг. прошлого столетия, когда зарубежные новгородские безпоповцы феодосийского согласия все более и более оттеснялись государством через Литву в Пруссию по нынешним ковенской и виленской губерниям, пока, наконец, прочно не утвердились здесь с 70 годов того же столетия после милостиваго для раскольников указа Екатерины II. Будучи одного происхождения с остальными раскольниками литовской епархии, лазарцевские феодосеевцы не отличаются от них и по своему характеру и по своим отношениям к православной церкви и вообще к православным. Отношения эти несколько иныя, чем какия существуют у раскольников – феодосеевцев центральных губерний: у них не замечается ни страстной фанатичности, ни стремления к пропаганде. Причиной того и другого было и есть с одной стороны продолжительное, спокойное и открытое существование здешних раскольников, а с другой - полнейшее равнодушие и даже пренебрежение местных православных к расколу старообрядства, как явление для них совершенно чуждому, и даже странному» - писалось о старообрядцах Молетского края в «Виленском вестнике» в 1888 году (Литовские Епарх. Ведомости. № 47). 3.

С начала 19 века в Лазарцах (Гайлюнай) действовала старообрядческая моленная в честь Успения Божией Матери. Гайлюнская (Лазарцевская) старообрядческая община существует и по сей день. Первое упоминание в „Дегутском летописце“:„В сем 1832 году отец Савва Иванович в Лазарцах представился“2. Моленная пользовалась большим уважением среди раскольников – феодосеевцев. Насчитывала более 1000 прихожан. Кроме того, на Успенский праздник сюда съезжались старообрядцы не только с Виленской, Ковенской губерний, но и из других регионов. Здесь проходили собрания наставников; из клирошан назначались головщики, уставщики и даже наставники в другие здешние моленные. Здесь (не исключая г. Вильны) образовался просветительский центр феодосеевского раскола северо–запада Виленской губернии.2.

16 октября 1888 года рядом  с этим центром Высокопреосвященнейший Архиепископ Виленский и Литовский Алексий освятил новый православный единоверческий храм в честь Равноапостольного кн. Владимира, устроенный с его же благословения.

Единоверие – направление в старообрядчестве, зародившееся в конце 18 века по инициативе инока Никодима, настоятеля Успенского старообрядческого монастыря на р. Каменке в Стародубье (Черниговская губ.).4. Единоверие позволяло служить по старопечатным книгам и обрядам в отдельных православных приходах. На северо–западе Российской империи, т.е. в Виленской и Ковенской губерниях, единоверческое движение появилось благодаря миссионерской деятельности настоятеля Никольского единоверческого монастыря в Москве игумена Павла Прусского (Петра Ивановича Леднева), автора книги «Царский путь».

По благословению Преосвященного Владыки Виленского и Литовского Макария (Булгакова) о. Павел с 1869 по 1871 годы проповедовал среди старообрядцев Литвы возможность их соединения с Матерью – Церковью. Маршрут его передвижения по старообрядческим общинам свидетельствует о его миссионерской последовательности и трудоспособности. Будучи в Виленской и Ковенской губерниях он побывал в Вильно, Новоалександровске (Зарасай), Каролишках (в наст. время Молетский р-он), Вилкомире (Укмергес), Перелазы (Ионавский р-он), Рубишки (дер. Дарюс Клайпедского р-она), Ковно, Страшуны (Тракайский р–он), Свенцяны (Швянченис). В 1880 году за миссионерские труды на благо Церкви отмечен возведением в сан архимандрита.

IFCD003050

- 5 –

Ближайшими к о. Павлу Прусскому и наиболее влиятельными из старообрядческих наставников северо-западного края были: наставник деревни Рымков (а затем ковенский) инок Иоанн, деревни Перелаз – Мартемиан Афанасьевич Тихомиров, брат его Павел Афанасьевич, наставник новоалександровский, и Василий Семенович Дарандов, наставник деревни Каролишек. Они явились ревностными проповедниками Павлово (Прусского) учения. Еще над о. Павлом Прусским и его учениками не был совершен обряд присоединения {из-за болезни и кончины митрополита Филарета (Дроздова), «когда по убеждению перелазовского наставника Мартемиана Афанасьева около 200 старообрядцев приняли православие. ...В то же время и каролишский наставник Василий Семенов успел склонить также не менее 200 человек к принятию единоверия. ...При наступлении 1869 года число желавших оставить раскол по разным местам было уже так значительно, что Василий Семенов вместе с двумя другими наставниками – перелазовским и новоалександровским, решился возобновить дело об открытии единоверческих приходов в заселенных раскольниками местностях северо–западного края» (Лит. Епарх. Ведомости. 1870. 31 июля. № 14. С. 576-577). 5.

В первый раз подачи прошения наставники потерпели неудачу.

Чин присоединения, согласно ходатайству Архиепископа Макария (Булгакова), по распоряжению Санкт-Петербургского митрополита Исидора, было поручено совершать священнику единоверческой церкви на Волковом кладбище в Петербурге Алексию Троицкому. В октябре 1869 года в Литву приехал и сам о. Павел Прусский. В ноябре «,пользуясь данным ему полномочием, о. Павел над всеми изъявившими твердое желание присоединиться к церкви совершил обряд присоединения по чину изложенному митрополитом Платоном (миропомазание). Присоединения происходили главным образом в городах Новоалександровске, Ковне и в двух значительных селениях Каролишках и Перелазах» (Лит. Епарх. Ведомости. 1870. 31 июля. № 14. С. 582).5.

В Литовских Епархиальных Ведомостях № 6 (1870. 31 марта) Неофициальный отдел сообщил об учреждении единоверческих приходов в Литовской епархии в г. Новоалександровске и в деревне Каролишках Вилкомирского уезда и рукоположении в диаконы Преосвященным Епископом Ковенским Иосифом, а затем в священники старообрядских наставников Артемия Сухорукина, из мещан гор. Якобштата для Новоалександровской церкви, Василия Дарандова из крестьян д. Каролишек Вилкомирского уезда. Третий единоверческий приход намечался в Ковне.

5 апреля (по стар. ст) 1870 года был рукоположен в священники перелазовский наставник Мартемиан Афанасьев Тихомиров для ковенской единоверческой церкви. Также сообщалось, что на устройство церквей (в гор. Ковно и в дер. Каролишках) с причтовыми помещениями для начала выделено 5 000 рублей. Новоалександровская единоверческая церковь была построена на средства и пожертвования петербургских единоверцев.

В Литовских Епархиальных ведомостях № 14 (1870. 31 июля) в разделе «Пожертвования на церкви» сообщалось, что сам Государь Император Александр II пожертвовал три иконы для новостроящихся единоверческих церквей в Ковне, Новоалександровске и дер. Каролишках Вилкомирского уезда.6.

Под влиянием общения и религиозных бесед с соседними единоверцами (дер. Каролишки находилась в 30 верстах от Лазарц) первым проповедником необходимости присоединения к православной церкви среди лазарцевских старообрядцев стал Андрей Несторович Плотников, бывший головщик лазарцевской моленной. Убедившись в пагубности и душевредности раскола, он вначале убедил членов своей семьи, затем соседей, а потом и наставника лазарцевской моленной Иакова Анкудинова (Акундинова). Это произошло в 1885 году. Вместе со своим наставником приняли решение соединиться с православной церковью и 160 старообрядцев, которые подали прошение Преосвященному архиепископу Виленскому и Литовскому Алексию, но с условием устройства единоверческой церкви в их селении – в Лазарцах, по примеру Каролишского.

На страстной неделе (21 апреля по стар. ст. 1888 г.) Плотников и его единомышленники вернулись из Вильно с радостной вестью. Преосвященный Алексий не только удовлетворил их прошение, но и благословил на незамедлительное строительство церкви. Вопрос местоустроения храма (в Лазарцах не было казенной земли) разрешился, благодаря участию начальника края И.С. Каханова и виленского губернатора барона Николая Александровича Гревеница, который сам ездил выбирать место. Средства на строительство храма собирали всем миром. Главным жертвователем явилось Виленское православное Свято-Духовское братство, которое выделило на постройку 800 рублей (вся постройка обошлась в 1245 рублей). Пожертвования шли от каролишской единоверческой церкви, ближайших сельских православных церквей и православных церквей, монастырей г. Вильны. Благодаря усилиям наставника Анкудинова, Плотникова, Суходымцева и Платова, церковь была построена за четыре месяца.

IFCD003051

- 6 –

За строительством следил сам Преосвященный Владыка Алексий. 27 августа 1888 года он прибыл в Лазарцы. Внимательно осмотрел храм, отслужил молебен Равноапостольному кн. Владимиру, в честь которого он строился, и изволил самолично освятить храм, назначив это событие на воскресенье – 16 октября.

На освящение Лазарцевской единоверческой церкви прибыли так же Виленский благочинный, настоятель Виленского Никольского приходского храма о. Иоанн Шверубович (отец знаменитого русского актера В.И. Качалова), архиерейские певчие, протодиакон с тремя диаконами, уездный исправник, мировой посредник А. Антипов. Соборно служили священники православных церквей Гелванской (о. Иоанн Давидович) и Интуркской (о. Иоанн Рыбцевич), Каролишской единоверческой церкви (о. Василий Дарендов). На правом клиросе пели архиерейские певчие, на левом – единоверцы под руководством Иакова Анкудинова. Весь чин освящения престола и храма был совершен по старопечатным неисправленным книгам. После службы Преосвященный Владыка посетил дом бывшего наставника Анкудинова, где долго беседовал с вновь присоединившимися к православию старообрядцами.3.

А 25 февраля 1889 года Преосвященным Епископом Ковенским Антонином был рукоположен в священники к Лазарцевской церкви Иаков Константинович Анкудинов.

В метрических книгах Лазарцевского единоверческого и старообрядческого храмов начиная с 1882 года и до переписи населения Российской империи 1897 г., рядом с именами, отчеством и фамилиями указано место прописки прихожан этих храмов. В основном, это Виленские, Вилкомирские (Укмерге), Шавельские (Шяуляй) мещане, а также - Риги, Шлока (Слока), Митавы (Елгавы), Якобштадта (Екабпилса). Таким образом выяснилось, наши предки, Суходымцевы (Суходынцовы), - Шлокские мещане Лифляндской губернии (г. Слока – часть современной Юрмалы). Дальнейший путь исследования – Ревизские Сказки (перепись населения) Лифляндской губернии. Здесь Суходымцевы (в Ревизских Сказках – Суходынцовы) прожили около 130 лет.7.

Изучая исследовательские работы о старообрядчестве в Латвии в 17-18 веках, можно только предположить, как Суходымцевы, Ивановы, Далговы Соколовы, Пуркины, Анкудиновы и другие жители Гедройцской волости Виленского уезда Виленской губернии оказались в Латвии, а потом и в Литве.8.

По семейному преданию – наш прадеды родом из Новгородчины. Раскольники-феодосеевцы, которые покинули родные земли вслед за своим наставником-учителем, основоположником раскольнического движения Феодосием Васильевым в 1699 году. Десять лет прожили в Польше, под городом Невель (теперь это Псковская область), в общежительных монастырях, основанных Феодосием Васильевым. В мужском монастыре – 600 человек, в женском – 700 человек. По мере того, как монастыри начали богатеть, жить становилось все затруднительнее. Грабили как польские, так и русские солдаты. В 1710 году перебрались в Ряпину мызу Юрьевского уезда, отданную во владение Феодосию Васильеву князем Алексеем Даниловичем Меньшиковым. Добрались не все. Большая часть умерла от моровой язвы – холеры. Феодосий был казнен 18 июля 1711 года в Новгороде.9.

В Ряпиной мызе жили под предводительством сына Феодосия – Евстрата Васильева. Плодородная земля, обширные леса, река благоприятствовали процветанию. Но в 1719 году по доносу бывшего наставника Константина Федорова обитель разорили, жителей разогнали. Так в первой четверти 18 века в Лифляндии оказалось более двух тысяч феодосеевцев.10.

В 40-50 годы 19 века опять начались гонения на старообрядцев, теперь уже в Лифляндской губернии.. В Ревизских Сказках 1851 года появляются отметки – выбыл в Виленскую губернию, выбыл в Молетский уезд и т.д.7.Старообрядцы стали массово покидать обжитые места и перебираться в Литву, где было к ним более лояльное отношение. Селились на окраинах Виленской губернии, на заброшенных, неплодородных землях, подальше от властей.

После переписи населения Российской империи 1897 года Рижские, Митавские, Шлокские, Виленские и другие мещане становятся жителями Гедройцской и Молетской волостей Виленского уезда

25 февраля 1889 года Преосвященным Епископом Ковенским Антонином был рукоположен в священники к Лазарцевской церкви Иаков Константинович Анкудинов, где он прослужил до 1923 года.

IFCD003052

- 7 -



† Настоятель Лазарцевскаго и.Каро
лишскаго приходовъ священникъ
о. Іаковъ Анкудиновъ.

авла Прусскаго, впослѣдствіи
дѣсь въ Литвѣ многіе изъ
аблужденіе и возвратились
охраненіемъ своихъ обрядовъ

Священник Лазарцевского и Каролишского единоверческих храмов Яков Константинович Анкудинов. Фото из „Голос Литовской Православной Епархии" за 1925 год.


В 1923 году приход посетил Преосвященный Архиепископ Виленский и Литовский Елевферий. После посещения Владыки о. Иаков подал прошение о переводе его в соседний единоверческий Каролишский приход. Но служить уже по старческой немощи не мог. Через год, 8 сентября (по ст.ст.) 1924 г. ( в других источниках 1926 г.), в праздник Рождества Пресвятой Богородицы последний раз причастился и через полчаса тихо отошел к Господу.

С кончиною бывшего старообрядческого наставника и неизменного настоятеля священника Иакова Константиновича Анкудинова закончилась история Лазарцевского единоверческого храма в честь Равноапостольного кн. Владимира – приход присоединился к Интуркскому православному храму, сам храм сгорел во время Первой мировой войны.11.

IFCD003053

Ex. 6 pg.124 of 148

- 8 -

**P.S.**

Судьба остальных единоверческих храмов.

Новоалександровская (ныне Зарасайска) единоверческая церковь в честь Покрова Пресвятой Богородицы, возведенная в 1872 году на средства петербургского купца Василия Мартынова. В 1905 года большая часть общины вернулась в старообрядчество. В 1922 году церковь была преобразована в костел для учащихся - католиков, в 1934 здание снесено.

Каролишская (теперь Молетский р-он, Бальнинкай) единоверческая церковь в честь Покрова Пресвятой Богородицы построена в 1871 году. С 1924 по 1937 год собственного священника не было, приход окормлял настоятель Вилкомирской (Укмергской) церкви. В 1937 году настоятелем назначен новообрядческий иеромонах Агафангел (Федоров), на тот момент приход насчитывал 273 человека. После войны прихожан осталось около 180 человек. Последний настоятель - о. Федор Калиничук, был арестован работниками КГБ в 1946 году. Некоторое время общину окормлял новообрядческий священник, приезжавший из Интурок. В 1964 году храм из-за аварийного состояния был закрыт, а в 1968 году община снята с регистрации. Помещение храма было передано Аникщяйскому винзаводу, который переделал его в дом отдыха. В настоящее время названия деревни Каролишки на карте не существует.

Ковенская (теперь Каунасская) единоверческая церковь св. ап. Андрея Первозванного, построенная в 1871 году, действовала до 1915 года. Приход насчитывал 65 человек. С 1915 по 1921 годы закрыта. В 1921 году обращена в новообрядческую. В советское время храм снесли, на его месте теперь стоят жилые дома.

Староста Свято – Покровского Интуркского храма
Татьяна Завадская

Декабрь 2019 года

Источники:

1. Gailiūnai. Molėtai. Vikipedija
2. www.kopajglubze.ucoz.ru
3. Литовские Епархиальные Ведомости. 1888 год, № 47,
4. Единоверие. Википедия
5. Литовские Епархиальные Ведомости 1870 год, 31 июля. № 14. Стр.. 576-577, 582
6. Литовские Епархиальные Ведомости 1870 год, № 6, 31 марта
7. Рижский Государственный исторический архив, Ревизские Сказки г. Шлока. 1811, 1831, 1851 г.г.
8. Старообрядчество в Латвии: вчера и сегодня. Aleksij Žilko, Eduard Mekšs.
9. Феодосий Василий. Википедия.
10. Невская обитель – Староверы в Рыыбацком.www.pomorian.ru
11. «Голос Литовской Православной Епархии» 1925 – 1939 г.г.

IFCD003054

# *СТРАНИЦЫ ИСТОРИИ*

# *ЛАЗАРЦЕВСКИЙ ЕДИНОВЕРЧЕСКИЙ ПРАВОСЛАВНЫЙ ХРАМ В ЧЕСТЬ РАВНОАПОСТОЛЬНОГО КН. ВЛАДИМИРА*

IFCD003055

Census 1948 (Skreblinu) entry of Kanopkin Bartolomej, Alexandra, Tatjana

Valstietis

KOPIJA Nr. 2

Šeimos galva: Pavardė _Kanapkivos_ vardas _Vaclovas_ tėvavardis _Makovie_
Adresas: Apskritis _____ valsčius _____ apylinkė _Bijesiškis_ cietovė (kaimas) _Streblynis_

## 1. ŽINIOS APIE ŠEIMOS SUDĖTĮ

PAVARDĖ, VARDAS, TĖVAVARDIS (pilnas)

## 2. SAMDOMŲ DARBININKŲ ŪKYJE SKAIČIUS

## 3. ŽEMĖS ŪKIO VERSLO INVENTORIUS

## 4. ŽEMĖ (ha)

IFCD003056

Ex. 6 pg.127 of 148

Kanopkin, Bartholomei Passport

# Vidaus Reikalų Ministerijos
## Užsienio Pasų Skyriui

Prašau duoti man užsienio pasą su viza.

Paduodu žinias apie save:                    ir apie savo žmoną.

Pavardė *Ranoshinos*

Vardas *Baltramiejus*

Pilietybė *Liet.*

Tautybė *Rusy*

Tikyba *Stačiatikių*

Gimęs *1912* mt. *II* mėn *X.* d.

Gimimo vieta *Ukmergės*
*Širvintų stačiu—*

Gyvenamoji vieta *Ukmergei*
*Širvintų stačiuvišky*

Užsiėmimas: *Žemdirbis*

Veidas *Bovalu* spalva akių *pilkos*            akys

Spalva plaukų: *šviesu*

Ypatingos žymės:

Šeimos padėtis *Nevedęs*

Drauge keliaujančių vaikų vardai ir amžius

Kelionės tikslas

Pavadinimas valstybių, į kurias keliaujama:

Prie šio pridedu:
    asmens tapatybei įro-  Vidaus pasą(us) Nr.*57815* duotą(us)
    dyti . . .

a) liudijimą, rodantį laisvą esant nuo mobilizacijos Nr. .......... duotą 19..... m.
   ........ mėn. ....... d. .......... *1938 m. II*

b) ....... polic. ....... nuov. virš-ko liudijimą Nr. .......... duotą 19..... m.
   ........ mėn. ....... d.

c) ....... mokesčių inspektoriaus liudijimą Nr. .......... duotą 19..... m.
   ........ mėn. ....... d.

d) ....... apskr. ....... valsč. valdybos liudijimą Nr. ..........
   duotą 19..... m. ....... mėn. ....... d.

Duodamosioms žinioms patvirtinti pasirašau

Užsienio pasą Nr. *820* 19*36* m. *III* m. *31* d. duotą su galio-
jimo laiku iki 19*36* m. *VII* m. *30* d. gavau

+++                                          (Parašas)

Kv. *536 902*

Lietuvos centrinis valstybės archyvas
F. *410*   Ap. *6*   B. *1031*   L. *2*

IFCD003057



IFCD003058

Ex. 6 pg.129 of 148



IFCD003059

Ex. 6 pg.130 of 148



IFCD003060

Ex. 6 pg.131 of 148



IFCD003061

Ex. 6 pg.132 of 148



IFCD003062

Ex. 6 pg.133 of 148



IFCD003063

Ex. 6 pg.134 of 148

Nikolai Kanopkin entry in military record book

IFCD003064

| 159 | -„- | Сенько Никифор Васильевич | 1900 |
| 160 | -„- | Дядюк Василий Демянович | 1911 |
| 161 | -„- | Юшковец Григорий Ионович | 1905 |
| 162 | -„- | Кулаков Михаил Михайлович | 1915 |
| 163 | -„- | Марза Иван Петрович | 1917 |
| 164 | -„- | Курочка Алексей Герасимович | 1914 |
| 165 | -„- | Леонов Матвей Леонович | 1906 |
| 166 | -„- | Малиновский Леонид Михайлович | 1923 |
| 167 | -„- | Яцкий Александр Ионович | 1923 |
| 168 | -„- | Жилко Викентий Федорович | 1903 |
| 169 | -„- | Гладкий Александр Иванович | 1933 |
| 170 | -„- | Поддубецкий Павел Федорович | 1906 |
| 171 | -„- | Голодурда Павел Владимирович | 1904 |
| 172 | -„- | Гринвальд Григорий Семенович | 1920 |
| 173 | -„- | Губанов Георгий Георгиевич | 1896 |
| 174 | -„- | Кононков Николай Макарович | 1911 |
| 175 | -„- | Савельев Иосиф Акиндзевич | 1919 |
| 176 | -„- | Кравченко Петр Константинович | 1904 |
| 177 | -„- | Гончаров Агафон Архипонович | 1922 |
| 178 | -„- | Шпунтов Павел Егорович | 1923 |
| 179 | -„- | Руденков Панкратий Нефантисович | 1909 |
| 180 | -„- | Миляровский Юрий Владимирович | 1925 |
| 181 | -„- | Кук Иван Ярошович | 1907 |
| 182 | -„- | Никонович Николай Васильевич | 19~~ |
| ~~183~~ | ~~-„-~~ | ~~Лотерянов Александр Владимирович~~ | ~~1901~~ |
| 184 | -„- | Клюкионок Василий Павлович | 1908 |
| 185 | -„- | Шершень Андрей Павлович | 1905 |
| 186 | -„- | Горицкий Михаил Иванович | 1913 |
| 187 | -„- | Некало Иван Матвеевич | 1926 |
| 188 | -„- | Говель Степан Герасимович | 1911 |

IFCD003065

Ex. 6 pg.136 of 148

Birth Certificate of Antonijus (Anton Kanopkin)



# LIETUVOS VALSTYBĖS ISTORIJOS ARCHYVAS

Biudžetinė įstaiga, Mindaugo g. 8, 03107 Vilnius, tel. (8 5) 219 53 20, (8 5) 213 74 82, faks. (8 5) 278 43 69, el.p. istorijos.archyvas@lvia.lt. Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 190764568

Alina Khuda

## ARCHYVO PAŽYMA APIE GIMIMĄ

2021-12-29  Nr. (P1-8707) P2-15300

Lietuvos sentikių centro tarybos archyviniame fonde, Gailiūnų sentikių bendruomenės gimimo metrikų knygoje įrašyta, kad 1938 m. birželio 7 d. pakrikštytas Jono ir Marinos iki santuokos Kirilovaitės Kanopkinų sūnus vardu Antonijus, gimęs 1938 m. kovo 30 d. Staškūniškių kaime.

PAGRINDAS. F. 1832, ap. 2, b. 85, l. 132, eilės Nr. 17.

Direktoriaus pavaduotojas                                              Aleksej Pozniakov

Sandra Žverelytė, tel. (8 5) 213 7902

IFCD003066

Ex. 6 pg.137 of 148

Birth Certificate of Nikolai (brother of Bartolomej)



## LIETUVOS VALSTYBĖS ISTORIJOS ARCHYVAS

Biudžetinė įstaiga, Mindaugo g. 8, 03107 Vilnius, tel. (8 5) 219 53 20, (8 5) 213 74 82, faks. (8 5) 278 43 69, el.p. istorijos.archyvas@lvia.lt. Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 190764568

Alina Khuda

### ARCHYVO PAŽYMA APIE GIMIMĄ

2021-12-29  Nr. (P1-8483) P2-15293

Sentikių bendruomenių archyviniame fonde, Gailiūnų sentikių bendruomenės gimimo metrikų knygoje įrašyta (įrašas rusų kalba), kad 1909 m. gegužės 3 d. pakrikštytas Makarijaus (Макарiй) ir Jevdokijos (Евдокiя) iki santuokos (pavardė nenurodyta) Kanopkinų (Канобкины, taip dokumente) sūnus vardu Nikolaj (Николай), gimęs 1909 m. gegužės 1 d. Šateikiškių (в заст. Шитайкишки) kaime.

PAGRINDAS. F. 662, ap. 1, b. 161, l. 20v.-21, eilės Nr. 16.

Direktoriaus pavaduotojas                                    Aleksej Pozniakov

Sandra Žverelytė, tel. (8 5) 213 7902

IFCD003067

Ex. 6 pg.138 of 148

Birth Certificate of Polikarp (brother of Bartolomej)



## LIETUVOS VALSTYBĖS ISTORIJOS ARCHYVAS

Biudžetinė įstaiga, Mindaugo g. 8, 03107 Vilnius, tel. (8 5) 219 53 20, (8 5) 213 74 82, faks. (8 5) 278 43 69, el.p. istorijos.archyvas@lvia.lt. Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 190764568

Alina Khuda

## ARCHYVO PAŽYMA APIE GIMIMĄ

2021-12-29  Nr. (P1-8485) P2-15297

Sentikių bendruomenių archyviniame fonde, Gailiūnų sentikių bendruomenės gimimo metrikų knygoje įrašyta (įrašas rusų kalba), kad 1907 m. (data nenurodyta) pakrikštytas Makarijaus (Макарій) ir Jevdokijos (Евдокія) iki santuokos (pavardė nenurodyta) Kanopkinų (Канобкины, taip dokumente) sūnus vardu Polikarp (Поликарпъ), gimęs (gimimo data nenurodyta) Šateikiškių (в дер. Шатайкишки) kaime.

PAGRINDAS. F. 662, ap. 1, b. 152, l. 101v., eilės Nr. -.

Direktoriaus pavaduotojas                                      Aleksej Pozniakov

Sandra Žverelytė, tel. (8 5) 213 7902

IFCD003068

Ex. 6 pg.139 of 148

Birth Certificate of Ivan (brother of Bartolomej)



## LIETUVOS VALSTYBĖS ISTORIJOS ARCHYVAS

Biudžetinė įstaiga, Mindaugo g. 8, 03107 Vilnius, tel. (8 5) 219 53 20, (8 5) 213 74 82, faks. (8 5) 278 43 69, el.p. istorijos.archyvas@lvia.lt. Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 190764568

Alina Khuda

## ARCHYVO PAŽYMA APIE GIMIMĄ

2021-12-29  Nr. (P1-8484) P2-15296

Sentikių bendruomenių archyviniame fonde, Gailiūnų sentikių bendruomenės gimimo metrikų knygoje įrašyta (įrašas rusų kalba), kad 1905 m. (data nenurodyta) pakrikštytas Makarijaus (Макарій) ir Jevdokijos (Евдокія, taip dokumente) iki santuokos (pavardė nenurodyta) Konopkinų (Конобкины, taip dokumente) sūnus vardu Ivan (Иванъ), gimęs 1905 m. gruodžio 16 d. Šateikiškių (в дер. Шатайкишки) kaime.

PAGRINDAS. F. 662, ap. 1, b. 152, l. 91, eilės Nr. 49.

Direktoriaus pavaduotojas                                                   Aleksej Pozniakov

Sandra Žverelytė, tel. (8 5) 213 7902

IFCD003069

Ex. 6 pg.140 of 148

Tadik Aleksdandrovich Birth Certificate



| Дэпартамент па архівах і справаводству Міністэрства юстыцыі Рэспублікі Беларусь | Департамент по архивам и делопроизводству Министерства юстиции Республики Беларусь |
|---|---|
| Дзяржаўная ўстанова **«Нацыянальны гістарычны архіў Беларусі»** | Государственное учреждение **«Национальный исторический архив Беларуси»** |
| вул. Крапоткіна, 55, 220002, г. Мінск тэл. (017) 317 75 23, тэл./факс 352 75 22 niab@niab.by | ул. Кропоткина, 55, 220002, г. Минск тел. (017) 317 75 23, тел./факс 352 75 22 niab@niab.by |

_31.05.2022_ № _04-09/1518_

На № _____ ад _____

Худа А.П.

## АРХИВНАЯ КОПИЯ

Метрическая запись о рождении по Воложинскому костелу Воложинского повета Новогрудского воеводства за 1936 г.:

| N-rus cognomen. | Quando, ubinam, quis et quem baptizavit? Nomina et cognomina parentum nati. Tempus et locus nativitatis. Nomina et cognomina patrinorum. |
|---|---|
| 67 Aleksandrowicz | Roku 1936 dnia 29 listopada w Wołożyńskim rz. kat. par. kościele X. Antoni Udalski proboszcz wołożyński ochrzcił imieniem Tadeusz niemowlę płci męskiej, urodzone z małżonków ślubnych Eugenjusza Aleksandrowicza i Walentyny z Żurkiewiczów dnia czternastego listopada tysiąc dziewięcset trzydziestego szóstego roku w mieście Wołożynie* parafii wołożyńskiej. Trzymali do chrzty: Paweł Trosiński i Pelagia Rożakowa żona Andrzeja. |

Дописано: выдано свидетельство о рождении серия ПЯ № 401940 15/VI 48 г.

Основание: Ф. 1781. Оп. 49. Д. 183. Л. 237.

Директор                                    О.Л.Воинов

* В настоящее время г. Воложин – районный центр Минской области Республики Беларусь.

Коренькова 379 76 92
04-09/1518, Худа А.П.

IFCD003070

# Baptism Certificate of Tadik Aleksdandrovich



| N-rus cognomen. | Quando, ubinam, quis et quem baptizavit? Nomina et cognomina parentum nati. Tempus et locus nativitatis. Nomina et cognomina patrinorum. | Adnotationes de confirmatione, matrimonio (quando, ubi, quocum contractum vel forte nullum declaratum) de subdiaconatus ordine, professione solemni etc. |
|---|---|---|
| 67. | Roku 1936 dnia 29 listopada w wołożyńskim rz. kat. par. Kościele ś. Antoni Udalski proboszcz wołożyński ochrzcił imieniem Tadeusz niemowlę płci męskiej urodzone z małżonków ślubnych Eugeniusza Aleksandrowicza i Walentyny z Żurkiewiczów dnia czternastego listopada tysiąc dziewięćset trzydziestego szóstego roku w mieście Wołożynie parafii wołożyńskiej trzymali do chrztu Paweł Trosiński i Pelagia Rozakowa żona Andrzeja. | |

IFCD003071

Ex. 6 pg.142 of 148

Family tree as generated from documents collected



IFCD003332

Ex. 6 pg.143 of 148



pg. 2

IFCD003333

Ex. 6 pg.144 of 148



Ex. 6 pg.145 of 148



IFCD003335

Ex. 6 pg.146 of 148

Page 1

Pg 4



Nikolajus/Nikol..
**1912**

Olimpiada ?

Klemas/Klemka..
**1915**

? Kanopkina

Ona/Anna Kano..
**1922**

Piman Kanop..

? Kanopkina

unknown

Gintautas ?

? Kanopkin

? Kanopkin

? Kanopkin

? Kanopkin

pg. 5

IFCD003336

Ex. 6 pg.147 of 148

Page 1



IFCD003337

Ex. 6 pg.148 of 148