## Declaration of Mr. Pavelas Ravluševičius

I, Pavelas Ravluševičius, state as follows:

1. I am over 18 years of age and am competent to make this declaration.
2. I can read and write in the English language.
3. I am an attorney at law in Vilnius, Lithuania who specializes in European Union Law, Private and Public Law, Criminal Law, Public Administration, and International Law.
4. I graduated from the Vilnius University School of Law and the Heidelberg University School of Law (PhD).
5. I am a member of the Lithuanian Bar Association.
6. I obtained the following records on behalf of Jurijus Kadamovas and his legal team:
   a. Birth Certificate Record of Tatjiana Kanopkinaite from the Specialist of Vilnius City Civil Registration Division (one page)
   b. Record of Birth of Jurij Kadamov from the Administration of Vilnius City Municipality Civil Registration Division No.2 (one page)
   c. Marriage Certificate Record of Tatjana Kanopkina Kadamova and Aimuchamed Kadamovas from the Administration of Vilnius City Municipality Civil Registration Division No. 2 (one page)
   d. Marriage Certificate of Tat'iana Baltrameevna Kadamova and Tedush Evgen'evich Aleksandrovich from the Civil Records Department (two pages)
   e. Certificate of Marriage of Jurijus Kadamovas and Jurate Cepulyte Kadamoviene from the Civil Registry Office of the Administrative Law Department of the Municipality of the City of Vilnius No. 2 (one page)
   f. Divorce Record of Tatjana Kadamova and Aimuchamedas Kadamovas from the Vilnius City Municipality Administration Civil Record Division (one page)
   g. Hospital Records of Aimuchamed Kadamovas from the Vilnius Psychiatric Hospital (seventy-nine pages)
   h. Death Certificate of Tadeus Aleksandrovic from the Vilnius City Civil Registration Division (one page)
   i. Death Certificate of Tatjana Kadamova from the Vilnius City CM Department (one page)

Declaration of Pavelas Ravluševičius

_(Initial)_  1

IFCD002395

Ex. 7 pg.1 of 195

    j.  Letter from the Information Technology and Communications Department under the Ministry of Interior of the Republic of Lithuania that finds no administration penalties for Jurijus Kadamovas (one page)

    k.  Lithuanian Armed Forces of War Obligations and Manning Service for Yuri Aimukhamedovich Kadamov from the Vilnius Regional Military Service and Staffing Division (three pages)

    l.  School Nr. 46 Certificate of Jurijus Kadamovas from the Lithuanian Ministry of Education (two pages)

    m.  Confirmation Statement of Acquired Education of Mr. Jurijus Kadamovas from the Builders Training Centr Vilnius (two pages)

    n.  Certificate on the Provision of Data that no records were found from Vilnius Juoz Tallat-Kelpsas Conservatory (one page)

7.  In 2005, if I or another lawyer licensed in Lithuania had been contacted and engaged on behalf of Mr. Kadamovas, all of these records could have been obtained at that time.

Pursuant to 28 U.S.C. §1746, I, Pavelas Ravluševičius, declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed this 2 of August, 2022 in Vilnius, Lithuania.

Pavelas Ravluševičius

IFCD002396

Ex. 7 pg.2 of 195

Birth Certificate Record

of

Tatjiana Kanopkinaite from the Specialist of Vilnius

Civil Registration Division

Forma patvirtinta
Lietuvos Respublikos teisingumo ministro
2016 m. gruodžio 28 d. įsakymu Nr. 1R-334

**Gimimo įrašą liudijantis išrašas**

Molėtų valsčius
(civilinės metrikacijos ar konsulinės įstaigos pavadinimas)

# GIMIMO ĮRAŠAS

1945 m. vasario 20 d.    Nr.    32
(data)

Lietuva, Molėtai
(sudarymo vieta)

Civilinės metrikacijos ar konsulinės įstaigos kodas  02222

| | DUOMENYS APIE KŪDIKĮ | | |
|---|---|---|---|
| 1. | Asmens kodas | **Nenurodytas** | |
| 2. | Vardas | **TATJIANA** | |
| 3. | Pavardė | **KANOPKINAITĖ** | |
| 4. | Lytis | MOTERIS | |
| 5. | Gimimo data | 1945 m. ███████ | |
| 6. | Gimimo vieta | Lietuva, Molėtų rajono sav., Dubingių sen., Skroblynų k. | |
| 7. | Tautybė | Nenurodyta | |
| 8. | Pilietybė | Nenurodyta | |
| | | **Duomenys apie motiną** | **Duomenys apie tėvą** |
| 9. | Asmens kodas | **Nenurodytas** | **Nenurodytas** |
| 10. | Vardas | **ALEKSANDRA** | **BALTRAMĖJUS** |
| 11. | Pavardė | **KONOPKINIENĖ-POLEKOVA** | **KONOPKINAS** |
| 12. | Gimimo data | sukako 25 m. | sukako 27 m. |
| 13. | Tautybė | RUSĖ | RUSAS |
| 14. | Pilietybė | | |
| 15. | Pastabos | Asmuo miręs | |

**Gimimo įrašą liudijantis išrašas tikras**

Vilniaus miesto civilinės metrikacijos skyriaus specialistė
(gimimo įrašą liudijantį išrašą išdavusios įstaigos pavadinimas, pareigų pavadinimas)

(parašas)

Saulė Daunytė
(vardas ir pavardė)

2021-01-27  G-21-01000-669
(data ir registracijos numeris)

IFCD000157

The form was approved by the order No. IR-334 of the Minister of Justice of the Republic of Lithuania on December 28, 2016

**Extract certifying Birth Certificate**

Moletai county
(name of the civil registration bureau or consular institution)

**BIRTH CERTIFICATE RECORD**

February 20, 1945,   No.  32
(date)

Lithuania, Moletai
(place where the document was written)

Civil registration bureau or consular institution code 02222

| INFANT INFORMATION | | | |
|---|---|---|---|
| 1. | Individual number | **Not indicated** | |
| 2. | Given name | **TATJIANA** | |
| 3. | Last name | **KANOPKINAITE** | |
| 4. | Sex | FEMALE | |
| 5. | Date of birth | ███████ 1945 | |
| 6. | Place of birth | Lithuania, Moletai district municipality, Dubingiai county, Skroblynai village | |
| 7. | Nationality | Not indicated | |
| 8. | Citizenship | Not indicated | |
| | | **Information about mother** | **Information about father** |
| 9. | Individual number | **Not indicated** | **Not indicated** |
| 10. | Given name | **ALEKSANDRA** | **BALTRAMEJUS** |
| 11. | Last name | **KONOPKINIENE-POLEKOVA** | **KONOPKINAS** |
| 12. | Date of birth | is 25 years old | is 27 years old |
| 13. | Nationality | RUSSIAN | RUSSIAN |
| 14. | Citizenship | | |
| 15. | Comments | The person is dead | |

**The excerpt certifying Birth Certificate record is authentic**

Specialist of Vilnius city Civil Registration Division
(Name of  institution issuing the excerpt certifying the Birth Certificate record, title of the person)

[Signature]
(signature)

Saule Daunyte
(first and last name)

01/27/2021 G-21-01000-669
(date and registration number)

[Stamp:]
ADMINISTRATION  OF VILNIUS CITY MUNICIPALITY
CIVIL REGISTRATION DIVISION
No. 2

IFCD000158

Ex. 7 pg.4 of 195

Record of Birth of Jurij Kadamov
from the Administration of Vilnius City
Municipality Civil Registration Division No.2

Forma patvirtinta
Lietuvos Respublikos teisingumo ministro
2016 m.  gruodžio 28 d. įsakymu Nr. 1R-334

**Gimimo įrašą liudijantis išrašas**

Vilniaus miesto civilinės metrikacijos skyrius

(civilinės metrikacijos ar konsulinės įstaigos pavadinimas)

# GIMIMO ĮRAŠAS

1966 m. lapkričio 15 d.    Nr. ___ 4263

(data)

Lietuva, Vilnius

(sudarymo vieta)

Civilinės metrikacijos ar konsulinės įstaigos kodas  01000

| | DUOMENYS APIE KŪDIKĮ | | |
|---|---|---|---|
| 1. | Asmens kodas | **Nenurodytas** | |
| 2. | Vardas | **JURIJ** | |
| 3. | Pavardė | **KADAMOV** | |
| 4. | Lytis | VYRAS | |
| 5. | Gimimo data | 1966 m. ▉▉▉▉▉. | |
| 6. | Gimimo vieta | Lietuva, Vilnius | |
| 7. | Tautybė | Nenurodyta | |
| 8. | Pilietybė | Nenurodyta | |
| | | **Duomenys apie motiną** | **Duomenys apie tėvą** |
| 9. | Asmens kodas | **Nenurodytas** | **Nenurodytas** |
| 10. | Vardas | **TATJANA** | **AIMUCHAMED** |
| 11. | Pavardė | **KADAMOVA** | **KADAMOV** |
| 12. | Gimimo data | sukako 21 m. | sukako 25 m. |
| 13. | Tautybė | RUSĖ | TURKMĖNAS |
| 14. | Pilietybė | | |
| 15. | Pastabos | | |

**Gimimo įrašą liudijantis išrašas tikras**

Vilniaus miesto civilinės metrikacijos skyriaus specialistė

(gimimo įrašą liudijantį išrašą išdavusios įstaigos pavadinimas, pareigų pavadinimas)

A.V.

(parašas)

Saulė Daunytė

(vardas ir pavardė)

2021-01-05  G-21-01000-78

(data ir registracijos numeris)

IFCD000098

Ex. 7 pg.5 of 195

The form was approved
by the order No. IR-334 of the Minister of Justice of the
Republic of Lithuania on December 28, 2016

**Extract certifying Birth Certificate record**

Vilnius City Civil Registration Division

(Name of the civil registration bureau/consular institution)

# RECORD OF BIRTH

November 15, 1966      No. 4263

(date)

Lithuania, Vilnius

(Place where the document was written)

Code of the civil registration bureau/consular institution  01000

| | INFANT INFORMATION | | |
|---|---|---|---|
| 1. | Individual number | **Not indicated** | |
| 2. | Given name | **JURIJ** | |
| 3. | Last name | **KADAMOV** | |
| 4. | Sex | MALE | |
| 5. | Date of birth | ███████  1966 | |
| 6. | Place of birth | Lithuania, Vilnius | |
| 7. | Nationality | Not indicated | |
| 8. | Citizenship | Not indicated | |
| | | **Information about mother** | **Information about father** |
| 9. | Individual number | **Not indicated** | **Not indicated** |
| 10. | Given name | **TATJANA** | **AIMUCHAMED** |
| 11. | Last name | **KADAMOVA** | **KADAMOV** |
| 12. | Date of birth | 21 years old | 25 years old |
| 13. | Nationality | RUSSIAN | TURKMEN |
| 14. | Citizenship | | |
| 15. | Comments | | |

**The excerpt certifying Birth Certificate record is authentic**

Specialist of Vilnius city Civil Registration Division

(Name of institution issuing the excerpt certifying the Birth Certificate record, title of the person)

[Signature]

(Signature)

Saule Daunyte

(First and last name)

01/05/2021 G-21-01000-78

(Date and registration number)

[Stamp:]
ADMINISTRATION OF VILNIUS CITY
MUNICIPALITY
CIVIL REGISTRATION DIVISION
NO. 2

IFCD000099

Ex. 7 pg.6 of 195

Marriage Certificate Record

of

Tatjana Kanopkina Kadamova

and

Aimuchamed Kadamovas

Forma patvirtinta
Lietuvos Respublikos teisingumo ministro
2016 m.  gruodžio 28 d. įsakymu Nr. 1R-334

**Santuokos sudarymo įrašą liudijantis išrašas**

Vilniaus miesto civilinės metrikacijos skyrius
(civilinės metrikacijos ar konsulinės įstaigos pavadinimas)

# SANTUOKOS SUDARYMO ĮRAŠAS

1964 m. spalio 31 d.   Nr.   2294
(data)

Lietuva, Vilnius
(sudarymo vieta)

Civilinės metrikacijos ar konsulinės įstaigos kodas  01000

|   |   | **JIS** | **JI** |
|---|---|---|---|
| 1. | Asmens kodas | **Nenurodytas** | **Nenurodytas** |
| 2. | Vardas | **AIMUCHAMED** | **TATJANA** |
| 3. | Pavardė prieš santuoką | **KADAMOV** | **KANOPKINA** |
| 4. | Pavardė po santuokos | **KADAMOV** | **KADAMOVA** |
| 5. | Gimimo data | 1941■■■ | 1945-■■■ |
| 6. | Gimimo vieta | Turkmėnistanas, Aščhabado r., Bagir | Lietuva, Molėtų r., Skroblynų k. |
| 7. | Pilietybė | Nenurodyta | Nenurodyta |
| 8. | Santuokos sudarymo data ir vieta | *1964-10-31, Lietuva, Vilnius* | |
| 9. | Pastabos | Santuoka pasibaigusi | |

**Santuokos sudarymo įrašą liudijantis išrašas tikras**

Vilniaus miesto civilinės metrikacijos skyriaus specialistė
(santuokos sudarymo įrašą liudijantį išrašą išdavusios įstaigos pavadinimas, pareigų pavadinimas)

A.V.

(parašas)

Saulė Daunytė
(vardas ir pavardė)

2021-01-05  S-21-01000-40
(data ir registracijos numeris)

IFCD000155

Ex. 7 pg.7 of 195

The form was approved
by the order No. IR-334 of the Minister of Justice of
the Republic of Lithuania on December 28, 2016

**Extract certifying Marriage Certificate**

Vilnius City Civil Registration Division
(name of the civil registration bureau or consular institution)

**MARRIAGE CERTIFICATE RECORD**

October 31, 1964,   No.   2294
(date)

Lithuania, Vilnius
(place)

Civil registration bureau or consular institution code 01000

|  |  | **HE** | **SHE** |
|---|---|---|---|
| 1. | Individual number | **Not indicated** | **Not indicated** |
| 2. | Given name | **AIMUCHAMED** | **TATJANA** |
| 3. | Last name before marriage | **KADAMOV** | **KANOPKINA** |
| 4. | Last name after marriage | **KADAMOV** | **KADAMOVA** |
| 5. | Date of birth | ███/1941 | ███ 1945 |
| 6. | Place of birth | Turkmenistan, Ashgabat district, Bagir | Lithuania, Moletai district, Skroblynai village |
| 7. | Citizenship | Not indicated | Not indicated |
| 8. | Date and place of marriage | *10/31/1964, Lithuania, Vilnius* | |
| 9. | Comments | Marriage is over | |

**The excerpt certifying Marriage Certificate is authentic**

Specialist of Vilnius city Civil Registration Division
(name of  institution issuing the excerpt certifying the Marriage Certificate, title of the person)

[Signature]
(signature)

Saule Daunyte
(name)

01/05/2021 S-21-01000-40
(date and registration number)

[Stamp:]
ADMINISTRATION  OF VILNIUS CITY
MUNICIPALITY
CIVIL REGISTRATION DIVISION
No. 2

IFCD000156

Ex. 7 pg.8 of 195

# Marriage Certificate Record

## of

## Tatjana Kanopkina Kadamova

## and

## Tadeush Aleksandrovich

Marriage Certificate _ Tadeush Aleksandrovich

1. Page



IFCD000068

2. Page



IFCD000069

Ex. 7 pg.10 of 195

*THIS DOCUMENT IS CONFIDENTIAL AND PROTECTED BY THE ATTORNEY/CLIENT PRIVILEGE AND ATTORNEY WORK PRODUCT DOCTRINE*

## M E M O R A N D U M

To: Kadamovas File
From: Judith Mazdra
Re: Translation of  KADAMOVA, Tatiana and ALEKSANDROVICH, Tadeush – СВИДЕТЕЛЬСТВО О ЗАКЛЮЧЕНИИ БРАКА – 1980-06-12 (2 pages)
Date: October 8, 2020

**[IFCD000068]**

[*Left side of document*]

MT Goznaka [*Goznak printing house, Moscow*], 1977.

[*Right side of document*]

USSR
MARRIAGE CERTIFICATE

**[IFCD000069]**[1]

[*Left side of page*]

MARRIAGE CERTIFICATE

Citizen: (Family name) Aleksandrovich (First name, patronymic) Tadeush Evgen'evich
Born: ▉▉▉▉▉ 1936
place of birth: Volozhin city [*located in the Minsk region of Belarus*]
And citizen: (Family name) Kadamova (First name, patronymic) Tat'iana Baltrameevna Born: ▉▉▉▉
1945
Place of birth: Vilnius region
Were married: 12 June 1980. Twelfth of June one thousand nine hundred eightieth year.

[*Right side of page*]

About which [*marriage*] record number 1940 was produced in the marriage registration book on 1980 (year) June (month) 12 (date).

After marriage, the following family names were assigned:
To the husband: Aleksandrovich
To the wife: Kadamova
Place of registration (place, name and location of the registry office): Department of the registry office, Vilnius city
Date of issue: 12 June 1980.

---

[1] The printed text on the inside of this document is written in both Russian and Lithuanian. The handwritten portions of the document are all in Russian.

Page **1** of **2**

IFCD000070

Ex. 7 pg.11 of 195

*THIS DOCUMENT IS CONFIDENTIAL AND PROTECTED BY THE ATTORNEY/CLIENT PRIVILEGE AND ATTORNEY WORK PRODUCT DOCTRINE*

Head of department (bureau)
Civil records
[*Signature*]

II-OK Number 499967

IFCD000071

Ex. 7 pg.12 of 195

# Marriage Certificate Record

## of

## Jurijus Kadamovas
### and

## Jurate Kadamoviene

Forma patvirtinta
Lietuvos Respublikos teisingumo ministro
2016 m.  gruodžio 28 d. įsakymu Nr. 1R-334

**Santuokos sudarymo įrašą liudijantis išrašas**

Vilniaus miesto civilinės metrikacijos skyrius
(civilinės metrikacijos ar konsulinės įstaigos pavadinimas)

# SANTUOKOS SUDARYMO ĮRAŠAS

1988 m. liepos 2 d.   Nr.  2564
(data)

Vilnius
(sudarymo vieta)

Civilinės metrikacijos ar konsulinės įstaigos kodas  01000

| | DUOMENYS APIE SUSITUOKIANČIUOSIUS | | |
|---|---|---|---|
| | | **JIS** | **JI** |
| 1. | Asmens kodas | Nenurodytas | Nenurodytas |
| 2. | Vardas | JURIJUS | JŪRATĖ |
| 3. | Pavardė prieš santuoką | KADAMOVAS | ČEPULYTĖ |
| 4. | Pavardė po santuokos | KADAMOVAS | KADAMOVIENĖ |
| 5. | Gimimo data | 1966-███ | 1966-███ |
| 6. | Gimimo vieta | Lietuva, Vilnius | Lietuva, Vilnius |
| 7. | Pilietybė | Nenurodyta | Nenurodyta |
| 8. | Santuokos sudarymo data ir vieta | | |
| 9. | Pastabos | | |

**Santuokos sudarymo įrašą liudijantis išrašas tikras**

Vilniaus miesto civilinės metrikacijos skyriaus vedėjo pavaduotoja
(santuokos sudarymo įrašą liudijantį išrašą išdavusios įstaigos pavadinimas, pareigų pavadinimas)

(parašas)

Jolanta Kuzmienė
(vardas ir pavardė)

2018-07-27  S-18-01000-3248
(data ir registracijos numeris)

IFCD000031

Ex. 7 pg.13 of 195

Form approved
by order No. IR-334 of 28 December 2016 of the
Minister of Justice of the Republic of Lithuania

**Extract Certifying the Entry in the Marriage Records**

Civil Registry Office of the City of Vilnius
(name of the civil registry office or consular institution)

**CERTIFICATE OF MARRIAGE**

2 July 1988 No. 2564
(date)

Vilnius
(place of marriage)

Code of the civil registry office or consular institution: 01000

| | INFORMATION REGARDING THE BRIDE AND GROOM | | |
|---|---|---|---|
| | | **HIM** | **HER** |
| 1. | Personal ID | **Not specified** | **Not specified** |
| 2. | Name | **JURIJUS** | **JŪRATĖ** |
| 3. | Surname prior to marriage | **KADAMOVAS** | **ČEPULYTĖ** |
| 4. | Surname after marriage | **KADAMOVAS** | **KADAMOVIENĖ** |
| 5. | Date of birth | ▮▮/1966 | ▮▮/1966 |
| 6. | Place of birth | Vilnius, Lithuania | Vilnius, Lithuania |
| 7. | Nationality | Not specified | Not specified |
| 8. | Date and place of the conclusion of marriage | | |
| 9. | Notes | | |

**The extract certifying the records of the conclusion of marriage is genuine**

Deputy Head of the Civil Registry Office of the City of Vilnius
(name of the institution issuing the certificate certifying the marriage license, position)

[Signaure]
(signature)

Jolanta Kuzmienė
(name and surname)

07/27/2018 S-18-01000-3248
(date and registration number)

[Round seal]: CIVIL REGISTRY OFFICE OF
THE ADMINISTRATIVE LAW
DEPARTMENT OF THE MUNICIPALITY
OF THE CITY OF VILNIUS
[Emblem]
No. 2

IFCD000032

Ex. 7 pg.14 of 195

# Divorce Record of Tatjiana Kadamova
## and
## Aimuchamedas Kadamovas

P. 4
(Pirmas egzemplionius)
KOPIJA

### IŠTUOKOS AKTO ĮRAŠAS Nr. 1527

19 76 m. spalio mėn. 28 d.

ŽINIOS APIE IŠSITUOKIANČIUS

|  |  | Jis | Ji |
|---|---|---|---|
| Pavardė | iki ištuokos | Kadamovas | Kadamova |
|  | po ištuokos | Kadamovas | Kadamova |
| Vardas |  | Aimuchamedas | Tatjana |
| Tėvavardis |  |  | Baltramejevna |
| Gimimo laikas | 19 41 m. ████ d. | 19 45 m. ████ mėn. █ d. |
| Amžius | sukako 35 m. | sukako 31 |
| Tautybė |  | turkmenas | rusė |

Nuolatinė gyvena-moji vieta:
- respublika | respublika
- rajonas (miestas) Vilnius, 9 | rajonas (miestas) Vilnius
- g-vė Kareivų Nr. 9 bt. 52 | g-vė Trimitų Nr. 40 bt. 2
- apylinkė | apylinkė
- kaimas | kaimas

Kur ir kuo dirba (jei nedirba, nurodyti pragyvenimo šaltinį): Vilnius, „Vilnas" fabrikas, tekintojas | Duonos fabrikas Nr. 2, kepėja-meistrė

Kelintą kartą buvo susituokę: pirmą | pirmą

Kur buvo sudaryta nutraukiamoji santuoka, santuokos akto įrašo data ir numeris: Vilnius, 1964.10.31    2294

Ištuokos įrašo pagrindas:

a) 19 Lenino mėn. d. sutuoktinių bendras pareiškimas Nr.

b) 75 07 rajono (miesto), 24 srities, krašto respublikos teismo 19 75 m. 07 mėn. 24 d. sprendimas dėl ištuokos

c) rajono (miesto), srities, krašto, respublikos teismo 19 m. mėn. d. sprendimas dėl pripažinimo nežinia kur esančiu arba neveiksniu

d) Pavardė, vardas, tėvavardis rajono (miesto) srities, krašto, respublikos teismo 19 m. mėn. d. nuosprendis dėl nuteisimo laisvės atėmimu metams

Pavardė, vardas, tėvavardis

| | Jis | Ji |
|---|---|---|
| Valstybinio mokesčio suma, etkalinga mokėti, ir žyma apie įmokėjimą | 50 rub | atl. rub. |

Valstybinio banko skyriaus, taupomosios kasos pavadinimas | Valstybinio banko skyriaus, taupomosios kasos pavadinimas

19 73 m. 06 mėn. 13 d. | 19 m. mėn. d.
kvitas Nr. 2920 Valstybinio mokesčio ženklas kap. | kvitas Nr. Valstybinio mokesčio ženklas kap.

Asmens tapatybę patvirtinantys dokumentai: XX VII-J3 655110 Lenino RMS 1974.01.23 | P:XXIII-TE 733796 Lenino RMS 1970.04.23

Išsituokiančiųjų parašai (santuokinės pavardės):

Išduoti liudijimai serija I-OK Nr. 34/479 | serija I-OK Nr. 314969

Pastabos: Papild. 1973.06.13

KOPIJA TIKRA

V. Specialistė
Saulė Daunytė
2021-03-15

Civilinės metrikacijos (biuro) skyriaus vedėjas

O. Novikova

Rašteodys

IFCD000842

Ex. 7 pg.15 of 195

[Stamp:] [illegible]

F. 4
(First copy)
[Stamp: COPY]

| Stamp |

**DIVORCE RECORD No. 1527**
October 28, 1976

| | DIVORCEE INFORMATION | |
|---|---|---|
| | He | She |
| Last name | before divorce   Kadamovas | Kadamova |
| | after divorce   Kadamovas | Kadamova |
| Given name | Aimuchamedas | Tatjana |
| Patronymic name | - | Baltramajevna |
| Date of birth | ████/1941 ☐ | ████ 1945 ☐ |
| Age | is 35 years old ☐ | is 31 years old ☐ |
| Nationality | Turkmen ☐ | Russian ☐ |
| Permanent place of residence: | republic _____ ☐ region, (city) *Vilnius* street *Kareivių 9-52* district _____ village _____ | republic _____ ☐ region, (city) *Vilnius* street *Trimitų 40-2* district _____ village _____ |
| Employer and occupation, if not employed, specify the means for living | *Vilnius, Vilma Factory, welder* ☐ | Bread factory No. 2, baker-master ☐ |
| Marriage No. | one ☐ | one ☐ |
| Where was the discontinued marriage made, marriage record date and number | Vilnius, 10/31/1964 | 2294 ☐ |

Divorce record basis:
 a)  Joint spouse application No. dated ___ month, ___ day, 19___ year.
 b)  <u>Leninas</u> region (city), _____ district, area, republic
     Court's ruling of <u>07/24/19</u>75 regarding the divorce
     region (city), _____ district, area, republic
 c)  Court's ruling regarding unknown whereabouts or mental
     incapability_____
     last name, given name, patronymic name or being mentally incapable,
 d)  dated ___ month, ___ day, 19___ year region (city), district, area, republic
     Court's ruling regarding _____ last name, given name, patronymic name _____
     Sentenced to imprisonment for _____ years

| State tax amount to be paid and verification of payment | 50 rubles _____ savings account name _____ of the national bank 06 month, 13 day, 1978 year. Check No. 2920 State tax sign ____ cop. | paid rubles. _____ savings account name _____ of the national bank ___ month, ___ day, 19___ year. Check no. _____ State tax sign ____ cop. |
|---|---|---|
| Identity verifying documents | [HW:] *XX VII-TE 655110 Leninas region 01/23/1974* | P: XXIII-TE 733796 Leninas region militia division 04/23/1970 |
| Signatures of divorcees (marital last names) | [Signature] | [Signature] |
| Certificates issued, series *I-OK* No. *341479* | | Series I-OK No. 314969 |
| Comments | *Addition. 06/13/1978* | |

[Stamp: TRUE COPY]

Place for stamp
Specialist
[Signature]
Saule Daunyte
*03-15-2021*

[Stamp:]
Vilnius city municipality administration
Civil Record Division
No. 2

*Civil Record (bureau) division head*     O. Novikova

*Clerk*

IFCD000843

# Hospital Records of Aimuchamed Kadamovas from the Vilnius Psychiatic Hospital

This is to certify that the attached 2 to 79 page translation of Imuhamed Kadamov's medical records in 39 Word Documents is a true and correct translation from Lithuanian and Russian (Russian page Nos 4, 5, 6, 7, 8, 9, 10, 25, 26, 39, 40, 41, 42, 63, 79 ) into English, performed to the best of my knowledge and ability.

Handwritten initials and dates have been rendered in *italics*.

As a member of the UK National Register of Public Service Interpreters in the Lithuanian Language, I am a qualified and experienced translator.  I have Certificates for translation for the Metropolitan Police (UK) and the Immigration Appellate Courts. Further, I am a rejoining member of the Institute of Linguists and have diplomas in Public Service Interpreting in both Health and Law.

Signature of Rasa Cuckson, Translator

Signed this 21 day of August, 2022



IFCD002031

Ex. 7 pg.18 of 195

Когда приехал обратно в Вильнюс только без детей мне сдал в милицию и хотел узнать где дети. Никому не говорил, а дежурному милиционеру сказал, если спокойно отпустишь то жена завтра будет самый детей.

Что и была она послали в Ашмяны и она забрала детей. После она раза два приезжала с детьми ко мне.

2

IFCD002032

Ex. 7 pg.19 of 195



IFCD002033

Ex. 7 pg.20 of 195



24го Июня был в Вильнюсе на суде, до суда, бз жена спросила, мои дела, как здоровя, ответил хорошо. Судья нас развел. После всего этого я подумал, что жена и любовником развод был подготовленым.

Конечно этого доказать я немогу но они до развода встречались очень часто а он безприпятственно мог приходить домой и всего что делолось у нас дома видели и родители моей жены и мои дети.

"Когда дядя Витья приходит и ночует у нас что мама ему покупает Водку и они в месте пьют!" - говорил мне сын.

Как то случилась так, что приехов в Вильнюс я не нашел жену дома и мне не допустили к детям ее родители, время было поздната и согласился подождать до утра.

Подозревало!

Именно этот вечер она была дома и он оказался у них по этому мне не открыл двери.

До утра я с извозом выпили 2 бутылку Водки и легли спать а когда проснулся дети мои были наулице играли, жена небыло (понятное дело - пораньше ушли). Одел детей и увез в Алитус. Когда приехал обратно в Вильнюс только бездетей мне сдал в милицало и хотели узнать где дети. Николу не говрил, а дежурному милиционеру сказал, если спокойно отпустит то жена завтра будет иметь ребят.

Что и была ми послали в Алитус ы она забрала детей. После она раза два приежала с детьми ко мне.

4

IFCD002034

Ex. 7 pg.21 of 195



IFCD002035

Ex. 7 pg.22 of 195



убийства после подготовленного развода.

...покойна. Таня!

Если начнешь подымать шум то это не в твою пользу.

сегодня 18-го Октября мне исполняется 24 года. И если сегодня совместно 2 решим как нам жить и как нам поступать с детьми либо я убью, тебя сам обоих

Смерти

...ую записку написал в начале октября надал готовить оружие смерти

13-го Октября уже имел это оружие и думал если с ней не смогу вместе умереть то когда приеду домой

6

IFCD002036

Ex. 7 pg.23 of 195



...что самого себя. Почему я пошёл
к земле огромному.
Но постоянно прощался с родителя-
ми как будут нас хранить
и смеялся при этом как отец над
желеющим про чуда.
        А как дети?
Вот этот мне и спасла ее Танька
а Танька не покачиваясь я б
убила ее и себя.
А сам не мог умереть
потому, что напился и с
этим концами заснул.
А потом пошел к врачу
за что благодарен, что мне
люди и мыслями правят ...

7

IFCD002037

Ex. 7 pg.24 of 195



8

IFCD002038



IFCD002039

Ex. 7 pg.26 of 195



10

IFCD002040

Ex. 7 pg.27 of 195



11

IFCD002041



12

Ex. 7 pg.29 of 195



13

IFCD002043

Ex. 7 pg.30 of 195



14

IFCD002044



15

IFCD002045

Ex. 7 pg.32 of 195



16

IFCD002046

Ex. 7 pg.33 of 195



17

IFCD002047



IFCD002048

Ex. 7 pg.35 of 195



19

IFCD002049



IFCD002050

Ex. 7 pg.37 of 195



21

IFCD002051

Ex. 7 pg.38 of 195



22

IFCD002052

Ex. 7 pg.39 of 195



23

IFCD002053

Ex. 7 pg.40 of 195



24

IFCD002054

Ex. 7 pg.41 of 195



IFCD002055

Ex. 7 pg.42 of 195



26

IFCD002056

Ex. 7 pg.43 of 195



27

IFCD002057

Ex. 7 pg.44 of 195



IFCD002058

Ex. 7 pg.45 of 195



29

IFCD002059

Ex. 7 pg.46 of 195



IFCD002060

Ex. 7 pg.47 of 195



31

IFCD002061

Ex. 7 pg.48 of 195

LTSR
SVEIKATOS APSAUGOS
MINISTERIJA

ĮNVPApn

įstaigos pavadinimas

skyrius

Kraujo grupė _____

Rezus priklausomybė _____

Transportavimo būdai: vežimėliu, tё-
dėję, gali eiti (pabraukti)

Išrašymo data ir laikas

1978. VII. 31

Apskaitos forma Nr.

Patvirtinta TSRS Sveikatos apsaugos
ministerijos 1957 XI 16

Į stacionarą priėmimo data ir laikas

1977 XII 26

Gulėjo dienų 95

a Nr. _____
gtas į skyrių _____

**STACIONARINIO LIGONIO KORTELĖ Nr. 7461 / 86530**

Pavardė, vardas ir t. v. _____ Kadamov Ainuekamed, —

Amžius 1941 (pilnų metų; vaikams iki metų—mėnesio; iki mėnesio—dienų)

Pastovi gyvenvietė: miestas, kaimas (pabraukti) Alytus   Jemeljenovo
gyv. vietos   adresą, siųsti   iš kitų respublikų   29-43

Darbovietė, profesija arba pareigos gyvenvietė, gimimo adresą Nr.) Lermontovo g. 13

Berdejev Bairam, kolėadas apyl. Gisi

Alytaus   Miestu   statybos   q-la   Satkalvi

mokyklos; invalidams—invalidumo grupę ir t. t.

Kas siuntė ligonį _____ INVPApn   dispanser
(gyd. įstaigos pavadinimas)

Pristatytas į stacionarą pagal ekstra indikacijas: taip, ne per _____ valandų nuo susirgimo
mos) pradžios; hospitalizuotas planine tvarka (pabraukti)

Siuntimo įstaigos diagnozė _____ Neurastenija

Diagnozė hospitalizuojant _____ ta pats ,

Klinikinė diagnozė _____ Psichopatija, afektu XI. 2 Nr. nustatymo datos

Klinikinė (galutinė) diagnozė
a) pagrindinė: Psichopatija, afektu   301,1

b) komplikacijos pagrindinė: 

c) gretutinės: 

 trivyto pasacopas   sudsvas
 schordia   eboaforsocija pa   galvss
 drvuaom, cholalicia idoluboaja us
 rocialvia aflvlogliz   debra puclo.
 dotuca afloldua   sudsva. Neu-
 nologicus istyvia,

32

Ex. 7 pg.49 of 195

11. Šiais metais hospitalizuotas dėl šio susirgimo: pirmą kartą, pakartotinai (pabraukti), viso __2__ kartų.

12. Chirurginės operacijos, nuskausminimo būdai ir pooperacinės komplikacijos.

| | | Nuskausminimo būdai | Komplikacijos |
|---|---|---|---|
| | 2 935 | | Žaid .940 |
| 1. | Pažas 655110 | + | 8. m 5kg |
| 2. | Laikrodis su saum | | ligonių |
| 3. | | | |
| 4. | | | |
| 5. | | | |

, Operavo

13. Kiti gydymo būdai (ligonių, sergančių piktybiniais navikais, specialus gydymas: chirurginis, spindu-
li015, kombinuotas, kompleksinis, chemioterapinis; paliatyvus; simtominis (pabraukti).

14. Gretutinis vaistų veikimas _____ (preparato pavadinimas, gretutinio veikimo pobūdis)

N/I niekas

15. Pažymėjimai apie nedarbingumo lapelio išdavimą

Nr. 032106 nuo 77 XII 29 iki III 31          Nr. _____ nuo _____ iki

Nr. _____ nuo IV 1 iki IV 7          Nr. _____ nuo _____ iki

IV 8 skorta

16. Liga pasibaigė; išrašytas—pasveikęs, pagerėjęs, be pakitimų, pablogėjęs; išrašytas pagal laidavima—
liečia psichinius ligonius; perkeltas į kitą ligoninę _____

_____ (gydymo įstaigos pavadinimas) _____
Mirė, mirė priėmimo skyriuje, mirė nėščia iki 28 savaičių nėštumo, mirė nėščia po 28 savaičių nėš-
tume, gimdyvė pagimdžiusi.

17. Apdraustiems: darbingumas pilnai atstatytas, sumažintas, laikinai nustotas, pastovus nedarbingumo nu-
stojimas dėl šio susirgimo, dėl kitų priežasčių (pabraukti).

18. Atvykusiems ekspertizei—išvados _____

19. Ypatingi pažymėjimai _____

Gydantysis gydytojas _____     Skyriaus vedėjas _____

33

IFCD002063

Ex. 7 pg.50 of 195



34

IFCD002064

Ex. 7 pg.51 of 195



35

IFCD002065

Ex. 7 pg.52 of 195



36

IFCD002066

Ex. 7 pg.53 of 195



IFCD002067

Ex. 7 pg.54 of 195



38

IFCD002068

Ex. 7 pg.55 of 195



IFCD002069

Ex. 7 pg.56 of 195



IFCD002070

Ex. 7 pg.57 of 195



41

IFCD002071



42

IFCD002072



43

IFCD002073

Ex. 7 pg.60 of 195



44



45

IFCD002075



IFCD002076

Ex. 7 pg.63 of 195



47

IFCD002077

Ex. 7 pg.64 of 195



48

IFCD002078

Ex. 7 pg.65 of 195



49

IFCD002079

Ex. 7 pg.66 of 195



50

IFCD002080

Ex. 7 pg.67 of 195



51

IFCD002081

Ex. 7 pg.68 of 195



52

IFCD002082

Ex. 7 pg.69 of 195



# EPIKRIZÉ

53

IFCD002083



54

IFCD002084

Ex. 7 pg.71 of 195



IFCD002085

Ex. 7 pg.72 of 195



56

IFCD002086

Ex. 7 pg.73 of 195



IFCD002087

Ex. 7 pg.74 of 195



58

IFCD002088

Ex. 7 pg.75 of 195



59

IFCD002089



60

IFCD002090

Ex. 7 pg.77 of 195

Suicidos - skibit !!!

СССР

Министерство здравоохранения

................................
название учреждения

................................
отделение

Палата №2
Переведен в отделение

Группа крови ........................

Резус принадлежность ..................

Виды транспортировки: на каталке,
на кресле, может идти (подчеркнуть)

Дата и время выписки (с ...........)

Учетная форма № 3

Утверждена Министерством здравоохранения СССР 16/XI 1967 г.

Дата и время поступления

КАРТА № .............  стационарного больного   М Ж

Проведено койко-дней .......

1. Фамилия, имя, отчество .............................................................
2. Возраст ................ (полных лет, для детей: до 1 года—месяцев, до 1 месяца—дней)
3. Постоянное местожительство: город, село (подчеркнуть) ...........................
.........................................................................................
............ вписать адрес, указав для приезжих—область, район, населенный пункт ...........
4. Место работы, профессия или должность .............. адрес родственников и № телефона .........
.........................................................................................
для учащихся—место учебы; для детей—название детского сада, школы; для инвалидов—род и группа инвалидности, ИОВ, из них (подчер.)
5. Кем направлен больной .............................. название лечебного учреждения ...........
6. Доставлен в стационар по экстренным показаниям: да, нет через ............... часов после начала заболевания, получения; травмы, госпитализирован в плановом порядке (подчеркнуть)
7. Диагноз направившего учреждения .....................................................
8. Диагноз при поступлении ............................................................
9. Диагноз клинический ...............................................  Даты установления
.........................................................................................
.........................................................................................
10. Диагноз заключительный клинический
а) основной: .............................................................................
.........................................................................................
б) осложнение основного: ...............................................................
.........................................................................................
в) сопутствующий: .......................................................................
.........................................................................................

61



IFCD002092

Ex. 7 pg.79 of 195



IFCD002093

Ex. 7 pg.80 of 195



IFCD002094

Ex. 7 pg.81 of 195



65

IFCD002095

Ex. 7 pg.82 of 195



IFCD002096

Ex. 7 pg.83 of 195



67

IFCD002097



IFCD002098

Ex. 7 pg.85 of 195



IFCD002099

Ex. 7 pg.86 of 195



IFCD002100

Ex. 7 pg.87 of 195



IFCD002101

Ex. 7 pg.88 of 195



72

IFCD002102

Ex. 7 pg.89 of 195



73

IFCD002103

Ex. 7 pg.90 of 195

Л이 урумы. вер

Lietuvos TSR
...kalos apsaugos ministerija

...rą atliкusios įstaigos pavadinimas

**Kraujo analizė Nr.** 4452

Kadamov A

...on

...usas, skyrius  V Vy Vy                    gydytojui

| ...trocitai | Hemó-globinas | Spalvinis indeksas | Storas lašas | | Retikulo-citai | Trombo-citai | Parazitai |
|---|---|---|---|---|---|---|---|
| | | | Poli-chrom. | Bazofii. | | | |
| kub. mm ...μ ⅍ mm | 80—100 | 0,8—1,0 | + | — | 0,6—0,8 | 250—400 tūkst. | |
| | 15g₂ | | | | | | |

...oratorija ........................                                 ...aterijos ₁₉₀₇ m. vasario ₁₀ ₆.

**SLAPIMO ANALIZĖ Nr.** .........4878

Kadamov A
(pavardė, vardas, t. v.)                              ...D. Vy Vy
                                                        (skyrius)

...kis ........                                   **Mikroskopinė analizė**

...va ..... gelfota               Epitelis: plokštus .novu. pereinamas.gove.

...drumas ...... ...t..  no         cilindrinis .......... kubinis

...svoris .. 1.044.  ...          Leukocitai .... 0-2-3 u.

...kcija ..... w.g.b.             Eritrocitai: nepakit 1.9. preku. u.

...ymas % .. 0.033.               Cilindrai: hialininiai .........

...us ...... neia                 grūdėti .......... vaškiniai .........

...onas .......                   epiteliniai ....... cilindroidai .....

...es pigmentas ..... neia        Gleivės ....... udaut

...ilinas .. +(kug.)              Bakterijos .........

...anas .........                 Druskos .........

...... .........                  Grybeliai .........

...nta ..... 98 tv u.

...00.000. ...-75                 Paraša ..........

                                                                    42

**PAŽYMA APIE ASMENS GYDYMĄ**

2021 -12- 27     Nr. K6-8947

TATJANA KADAMOVA, gim. 1945-███  VšĮ Respublikinėje Vilniaus psichiatrijos ligoninėje negydyta.

L. e. p. Dokumentų valdymo skyriaus vadovė                              Svajūnė Klemkienė

Primename, kad visa informacija apie pacientą yra konfidenciali. Už šių žinių konfidencialumą atsako įstaigos, kurios gavo informaciją.

Renata Žvikaitė, tel. (8 5) 267 0531

74

IFCD002104

Ex. 7 pg.91 of 195



IFCD002105

Ex. 7 pg.92 of 195



IFCD002106

Ex. 7 pg.93 of 195



IFCD002107

Ex. 7 pg.94 of 195



78

IFCD002108

Ex. 7 pg.95 of 195



IFCD002109

Ex. 7 pg.96 of 195

[BLANK PAGE]

1

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002110

Translator's remark: relevant hand written form parts with appropriate printed phrases have been translated.


USSR, Ministry of Healthcare, Vilnius Republican Psychiatric Hospital, 4th male ward

Date and time of admission: 22/10/1975

Date and time of release (death): 8/07/1975

Translator's remark: probably mixed up the order of entries

Days spent in hospital: 77


Patient's record number: 6302/71715

1.  Name, surname, patronymic:  Kadamovas Aimuhomedas
2.  Age: 1941
3.  Permanent place of residence: Alytus town, Petkevičiaus Street, 30 – 413, wife lives at the address Vilnius, Trimitų Street 40 – 2
4.  Place of work, profession or position: Alytus Cotton factory, apprentice
5.  Referred by Alytus Polyclinic
6.  (not relevant – translator's remark)
7.  Diagnosis of referring body: obsessive-compulsive disorder neurosis
8.  Diagnosis at the time of admission: same
9.  Clinical diagnosis: psychopathy with obsessive compulsive syndrome
10. Final clinical diagnosis:
    a) main one: paranoid psychopathy
    b) complications of the main one: 301.01.D1
    c) co-diagnosis: alcohol addiction

    A separate note (translator's remark):

    When I came back to Vilnius, but without the children, I was taken to the police and asked where the children were. I did not speak to anyone, but just told the police officer on duty that if they let me go quietly then my wife tomorrow can have the children. This is what happened – she was sent to Alytus and collected the children. Afterwards she did visit me a couple of times with the children.

2

*Translation – Aimuchamed Kadamovas Psychiatric Records*


IFCD002111

Ex. 7 pg.98 of 195

11. Hospitalisation that particular year with that particular illness: first time, once
12. Surgeries, anaesthetic methods and post – operative complications:
    (this part is used for listing property items instead – translator's remark)

    1.  Passport No █████
    2.  Communist party card No 2935466
    3.  Watch kept by patient (brand „sviet", yellow metal)

        Doctor on duty: Balčiūnienė

13. (not relevant – translator's remark)
14. Side effects of medication: did not have outpatient treatment
15. Record of sick bulletin
    No 055082, from 22/10 to 13/12, to resume work on 14/12.
16. Treatment resulted in improvement, the patient was entrusted to the care and escort of his brother for further treatment to (illegible) Neurological Hospital

Doctor's signature

3

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002112

Ex. 7 pg.99 of 195

5

On the 24th of July I was in Vilnius at court, before the court (illegible) my wife asked me how I was, how my health was. The court granted us divorce. After all of that I thought that my wife and her lover arranged that divorce. Certainly, I cannot provide proof of that but before our divorce they used to meet very often and he could come to our house with no obstacles and everything thar was happening at our house could be seen by my wife's parents and my children. "When uncle Vitya comes to our house and sleeps overnight mother buys vodka and both of them drink together", they would tell me.

It happened that I came to Vilnius and did not find my wife at home, and her parents would not allow me to see the children. It was rather late and I agreed to wait till morning.

I suspect

that precisely on that evening she was at home and he was with them and that's why they did not open the door for me. Till morning my brother-in-law and I drank 2 bottles of vodka and went to sleep, and when we woke up my children were in the street playing, and my wife was not there (it's understandable – she left earlier). I dressed the children and took them to Alytus. When I came back to Vilnius without the children I was reported to the police  and they wanted to find out where the children were.  I did not tell anyone but told to the police officer on duty that if I was quietly released, then my wife could collect the children tomorrow. That's what happened – she was sent to Alytus and collected the children. Afterwards she came to me twice with the children.

4

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002113

Ex. 7 pg.100 of 195

After everything that happened and all the frivolity, even after the divorce I forgive all the infidelity, I forgive everything and I ask you to come to Alytus and live with me for the sake of the children. I apologise I cannot write.

It was a mockery to speak to me like that, it was impossible, how could I get a flat straight away.

In general I could not persuade [her] to live together for the sake of the children. And that was the time when I decided to do that and the heading would be this

5

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002114

Ex. 7 pg.101 of 195

Murder after a premeditated divorce

Deceased Tanya

If you start making noise it will not be in your favour

Today, on the 18th of October I will become 34 years old and if today together we do not decide how to live and how to behave in terms of our children then either I will kill you or both of us.

---

I wrote this note at the beginning of October, I started preparing weapons of death.

[drawing of a lamp about to be plugged in – translator's remark]

On the 13th of October I already had this aggregate and was thinking if I cannot die together with her then I will accompany her home

6

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002115

Ex. 7 pg.102 of 195

and [then] kill myself.

I remember very little why I was ready for huge [illegible]. But I was constantly bidding farewell to my parents, was telling them how they would be burying us and laughing at how they would be missing us.

And what about the children?

This was the thought that saved Tanya, otherwise I would not have hesitated to kill her and myself.

And I could not die by myself because I got drunk and fell asleep with those rings.

Then I went to the doctor, I am very grateful for that [visit] because we people [illegible] in the right way.

7

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002116

Ex. 7 pg.103 of 195

I do not know what what possesed me [I] read my farewell letters for my family and friends and parents and never [you] could think that i was not a normal person.

Is there a possibility to read three lettersv once more

To my

Son

My daughter

My Wife

Tanya collected them and took them home with her.

So that is, I think, everything.

Is it possible to write down everything everything?

Maybe at that time I was thinking more in one hour than in a month while I did not know what death, life was and an instant between them.

8

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002117

Ex. 7 pg.104 of 195

Maybe even now I cannot remember everything, I do not even want to remember a lot of things but [illegible] that it's a must to live for the sake of everything that is in the world or at least for revenge. It' s a must to remain alive.


Signature

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002118

Ex. 7 pg.105 of 195

Ministry of Health of Lithuanian Soviet Socialist Republic


Alytus [illegible] Polyclinic


Referral for consultation and to auxiliary healthcare offices


Health record number


Name, surname Kadamovas Aimuhamedas, b. 1941


Diagnosis – obsessive compulsive disorder neurosis


Address        Petkevičiaus 30 – 413


Referred to Vilnius Republican Psychoneurological Hospital for consultatiojn and treatment.


Signature


Date  20/10/1975

10

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002119

Conclusions

The patient the patient had major stressful experiences a year ago, divorced his wife. He cannot bear the stress and sees only one way out – he constructed two metal rings to be connected to electrical source. He cannot live through his stressful experience, [illegible], he does not deny [illegible], he does not deny that he drank some vodka.

Signature

11

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002120

Ex. 7 pg.107 of 195

Temperature 36,6                           blood pressure 130/75


Diary


The patient arrived by himself (possibly accompanied by his wife whom he divorced 4 months ago). Apparently, she stayed outside, and he told her to go home because today is their son's birthday. The patient divorced his wife because of the flat. In January he went to Alytus (from Vilnius where he stayed with his mother - in – law) in order to get a job and a flat, his wife stayed in Vilnius at that time. It appeared to him that she was having too much fun without him, that she had another man, therefore they started getting into arguments. When his wife applied for divorce and eventually, they did divorce officially, he got obsessed by the thought "to take revenge on wife", to kill her with electric current and commit suicide. He started drinking so that to drown his sorrow in vodka and feel more courage. He's been sleeping not well for about a month.


Medicines:          sol Tizercini 2,0  at night

                    [illegible]


Sanitary  cleaning performed


Doctor on duty Balčiūnienė

12

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002121

Ex. 7 pg.108 of 195

23/10/1975

Subj au vitae

Was born in 1941 in Turkmen SSR, in the family of collective farmers. There were 5 children in the family, a 5 – year – old brother died (One brother is a farmer, another brother works as a purveyor in the collective farm, sister is a housewife). Father divorced mother, [the patient] does not know why. [Father] lived alone, died in 1957 from heart attack. Mother is a quiet woman, a pensioner. During the earthquake in 1948 the patient was sent to the orphanage where he completed 7 classes. He wanted to enter a road engineering technical school but was not able to do that because of trachoma. He was working in the collective farm until military service. He did his military service in internal [home] military units. Afterwards he worked at a geological expedition as explosives operator.

He got married in 1964 and joined his wife in Vilnius. There he worked as a turner at the computing machine factory, and for 3 years he worked as a [illegible] turner.

He has been living with the in-laws. He has two children already. In order to get an apartment, he changed his profession and got a job a job at Alytus cotton factory.

13

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002122

Ex. 7 pg.109 of 195

Male ward IV

Urine analysis No 11080

Citizen Kadamov A.

Colour           yellowish          reaction          [illegible]

Comparative weight 1,025          transparency     transparent

Vilnius Republican Neurological Hospital

17/11/1975

Citizen          Kadamov

Ward             IV male ward

Analysis performed by            (signature)

14

*Translation – Aimuchamed Kadamovas Psychiatric Records*

USSR

Ministry of Health

VRPNH  male ward IV                                doctor Sruoga

Serological blood test

Citizen Kadamov Aimuch. b 1941

Wasserman reaction        negative

Treponemas                negative

Kan reaction              negative

Cito cholic reaction      negative

Date 23/10/1975

Stool analysis

Negative

Sediment microscopy

Polymorphic        little

Leukocytes         3 – 4,8

Analysis performed        (signature)

17/11/1975

*Translation – Aimuchamed Kadamovas Psychiatric Records*

15

IFCD002124

Ex. 7 pg.111 of 195

Blood analysis No 10 – 578


Kadamovas


Male ward IV


Haemoglobin          13,3


Coprological  analysis No 8634


Name, surname            Kadamovas


Male ward IV


Blood analysis No 10 – 578


16

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002125

Ex. 7 pg.112 of 195

Leukocytes – norm in absolute figures        7800

 Eosinophils                                2

Neutrophils                                2

Segment.                                   60

Lymphocytes                                33

Monocytes                                  3

Erythrocyte deposition                     26

Analysis performed by              (signature)

Date:

23/10/1975

------------------------------------------------------------------------------------------------------

Microscopic analysis

Worm eggs                                absent

17

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002126

[Repeated page] with urine and blood tests

18

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002127

Ex. 7 pg.114 of 195

The patient has had radiculitis and trachoma.

He started using alcoholic drinks since 1960 when he was 19 years old while in service. He's been drinking rarely but copious amounts until amnesia sets in. He denies that he experiences hangovers. He found himself in the sober house [a place where drunks used to be delivered to sober up in the USSR – translator's remark] on 22/10/1966. He's been smoking since the age of 8. There have been plenty of unrecorded absences.

Heredity is uncomplicated.

His character is sudden, irascible, uncontrollable, he speaks the truth in the face.

Started sexual life at the age of 14 (with a 20-year-old woman).

After 3 – 4 years of marriage he started getting jealous of his wife due to his Eastern culture upbringing, he was not able to bear his wife's immodesty with men. It started after an old friend of his wife came to visit (and went with him to the maternity home to visit his wife after childbirth). After this [visit] his wife cooled down to him sexually. Later on, his wife started coming home late after work. On 8/5/0972 his wife got very drunk, her friend visited again, and it became clear that they were meeting up. He left his wife and went to Turkmenistan and purposefully stayed faithful to her there. When he came back, they made up and the second child was born. The wife started drinking, the patient himself as well. Loud conflicts started flaring up in the house.

He left his family in 1971, he wanted to separate his wife from his mother-in-law who was hiding everything from the patient. He started getting worried that everything was being concealed from him, that he was living among people like that. After receiving his wife's letter, he came back again. They were living together rather well only for about a year or two. She started being unfaithful to him again – new men around, she would not sleep at home, started avoiding sexual intercourse.

19

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002128

Ex. 7 pg.115 of 195

On 24/07/1975 his wife applied for divorce and child support. He was upset that he had only been needed for her for putting the family on their feet, bringing up children, and later on he was just thrown out like somebody useless.

## Description of the patient's state of health

24/10/1975                 State of chest

Chest without changes.

[Doctor's signature]

24/10/1975        Ophthalmologist examination

V1 –   1.0

      0,3

Fundus of the eyes without changes.

[Doctor's signature]

## Status praesens

Medium height, dark skinned, adequate nutrition. Palms tattooed.

Heartbeat rhythmical, =72, heartbeat tone clear. Blood pressure 125/180.

In the whole area of lungs vesicul. [word cannot be seen on the page because it has been bent – translator's remark]

Stomach area soft.

CNS without focal pathology.

20

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002129

Ex. 7 pg.116 of 195

Status psychicus

The patient is sightly excited, a little bit tense, his facial expression gloomy.
Easily accessible for contact, he is talking about his (in his opinion, objective)
jealousy of his wife willingly, albeit with some worry and wandering off the
topic, about "premeditated divorce", about how he decided to forgive his
wife's infidelity for the sake of the children. He is offended that after having
put his family on their feet, after helping them to deal with domestic drudgery,
he was thrown out of the house. He had been suicidal in the past when he was
drunk. At the moment he is fully critical of that and feels sorry about it.

Conclusion: in his childhood because of incorrect upbringing a psychopathic
personality formed; because of early life alcohol use and related to it jealousy
he gradually developed character traits of overestimation and obsessive urges.

1. Planned analysis
2. Objective anamnesis
3. Character evaluation

24/25 – 10 – 1975

Noisy, furious, a little bit tense, sticks to the regime, is not upset by regime
restrictions. Easily approachable, freely pours his heart out to the vicinity of
the internist about his

21

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002130

Ex. 7 pg.117 of 195

premeditated murder and suicide adding that it was good that he was drunk and fell asleep with the gadget, and his wife was saved after uttering one sentence, "What will happen to our children". It was then that a thought occurred to him who will bring up the children left without the father and 11

[Doctor's signature]

26 – 30/10/1975    Actively gets involved in work therapy – knits nets though rather unsuccessfully. He feels free on his ward, socialises with other patients and staff, easily approachable for contact. Speaks about his previous urges in a calm manner and is justifying himself by saying that he is ashamed to remember his previous stupidity.

1 – 3/11/1975        Days off with no dynamics. His wife may have visited him, she is happy that he is agreeing to have treatment and "if you are a  patient then it's completely another matter"…

4 – 6/11/1975        Obnoxious, noisy, nosy albeit polite, his mood is even but slightly gloomy. Easily accessible to contact. Critical enough. Takes part in official hospital's artistic activities – he sings two songs.

7 – 10/11    During the days off – no dynamics. Made up with his wife.

11 – 15/11   His mood is down a little, he is a little gloomy, [illegible], but his contact with other patients and hospital staff remains active. He started complaining about feelings of numbness, his arms and legs were aching, he was getting stiff. He said he was experiencing especially bad pain in the right temple area.

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002131

13/11/1975 [another doctor's entry] – the patient says he is experiencing pain in the area above his right eyebrow, especially where there is pulsation, and where it corresponds with the exit of the top branch of the [illegible] nerve. [illegible] of observed pathology.

Neuralgy of [illegible] nerve.

1) Analgini 0,5 X 3
2) [illegible] on the forehead.

16 – 21/11/1975   Slightly stiffened, hyponymic but takes active part in the life of the ward, mood even, easily accessible to contact. Only complains of weakness in hands and legs. Keeps phoning his wife and wants to reconcile.

22 – 23/11/1975   Days off.

24/11             Obj. anamnesis according to his wife

--------------------------------------------------

Right from the first day of their life together the patient was very jealous: she looked [at someone] in a wrong way, why did she stop, she did not speak in the right way, or even she greeted someone in a wrong way. Then he started checking on her and following her, why she was late from work, he was getting suspicious of her old classmate. He's been drinking all the time and during the last 3 months he has been drinking almost every day. After getting drunk he becomes even more jealous, gets excited very quickly, starts [illegible] attacking

23

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002132

Ex. 7 pg.119 of 195

with a knife. She decided not to live with him anymore, plus her parents do not allow her [to live with him]. The patient is rude to the children, especially to the son. He was unfaithful to her for a time – he had plenty of mistresses. He would not bring home his salary.

25/11        The case of this patient was discussed at a training seminar for doctors (candidate of medical sciences J. Šliapkin) – conclusion – pathopsychopathy (paranoid).

27/11/1975  The patient's case was taken over by doctor [illegible]

It became clear during the interview that the present mental state of the patient is unsatisfactory as his mood is always low, he thinks about past experiences, though subjectively he feels well and would like to leave the hospital.

Bad relationships, divorce, he explains them as natural and blames his wife's parents and his wife for them.

His mood is low, a little bit gloomy.

He emphasises that his wife's and his own sexual temperaments differ. He considers that his wife is sexually cold. During the interview it becomes clear that though the patient is aroused by active, hypersexual relationship he had premature ejaculation, though he could repeat the sexual act.

The patient needs further medical and psychotherapeutic treatment.

24

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002133

Diary

8/12/1975   At the request of the patient's brother and at the request of the patient himself, he was transferred to the Ashgabat Psychoneurological Hospital for further inpatient treatment, because the dysphoric state has now disappeared, and partial criticism of the past experiences and wrong behaviour has appeared.

He was discharged to the custody of his brother and sent to Ashgabat Psychoneurological Hospital, Turkmen SSR for further inpatient treatment.

The medical record was given to the brother.

The medical receipt was given to the brother.

Doctor's signature

8/12/1975

I am the brother of Kadamov Aimuhamed Gadamov Aimuhamed residing at the address at Ashgabat city Tachirova street house no 100. I am asking to give me custody of my brother so that I can accompany him for further treatment in Ashgabat city.

25

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002134

Ex. 7 pg.121 of 195

End of doctor's note and signature.

26

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002135

Ex. 7 pg.122 of 195

EPICRISIS

Patient Kadamovas Aimuhamedas b. 1941 was getting tests and treatment in RNVPNH, male ward IV b between 22/10/1975 and 8/12/1975.

Diagnosis psychopathy, paranoid, [illegible] aggravated by alcoholism. Heredity is unclear. He was born in Turkmen SSR. Finished 7 classes. Served in in the units of the Ministry of Internal Affairs. Married since 1964. He has 2 children. Character traits: he is abrupt, irascible, uncontrollable. His wife says he has been jealous right from the beginning of the marriage. For the last 3 years he's been drinking nearly every day. After drinking he is even more jealous, ride, even aggressive. He beats his wife, attacks her with the knife.

On 24/07/1975 his wife applied for divorce and child support. The patient was very upset about it. His drinking became even more intense. He thought of murdering his wife with electric current and only because of he was drunk he was not able to execute his plan.

When he arrived in the hospital his mood was rather low, slightly dysphoric, spoke about his wife with lots of exaggerated jealousy.

On the ward he remained dysphoric for some time, as well as egoistic, tense.

Treatment: [illegible] strengthening neuroleptic medicine, tranquilizers, psychotherapy.

Due to demands of the patient's brother and the wishes of the patient himself the patient will be released to the in-patient treatment to Ashgabat psychoneurological hospital.

The patient has been released into his brother's care to be accompanied to Turkmen SSR. The hospital record has been given into the hands of the patient's brother.

Signatures of 3 doctors

27

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002136

Ex. 7 pg.123 of 195

Doctor's prescribed treatment list

Regime: strict observation [of the patient]

Diet 15

Sol glucosi 40% - 20,0 N20

Sol vit C   9% - 51        N20

Sol vit B6   6% 3,0X2    N20

Methonini 0,25X3

Haloperidoli 5 lesX3

Elenii 20 mg /

Cyclodoli  0,002

Sol Aminazini 2,5%, 2,0 v/n

Aminazini  25 mg (18.00 and 20.00 hours)

Analgini 0,5X3 from 12/11 onwards

Aminazini 25 mg

Haloperidoli 5 uX3 times per day

Cyclodoli   2 uX 2 times a day

Methonini 0,25 X 3

28

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002137

Ex. 7 pg.124 of 195

Temperature chart [empty]

29

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002138

Ex. 7 pg.125 of 195

Temperature record of Kadamovas

[Between 14/11 and 8/12 Kadamovas' temperature is below 37 degrees C –
normal]

[His weight fluctuates between 65 and 62 kg during the same period]

30

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002139

Ex. 7 pg.126 of 195

Temperature record of Kadamovas

[illegible] Male ward, room 9

[Between 22/10 and 13/11 Kadamovas' temperature is below 37 degrees C –
normal]

[His weight fluctuates between 62,5 and 65 kg during the same period]

31

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002140

Ex. 7 pg.127 of 195

IN PATIENT RECORD No 7461/86530

Ministry of Health of Lithuanian SSR

RNVP hospital

Ward IV

Time of release from hospital or time of death –    31/03/1978

Time of in – patient admission                -    26/12/1977

Days spent in hospital – 75


Surname, name Kadamov Aimuhamed

Age 1941

Permanent place of residence   Alytus, Jemeljenovo Street 29 – 43

Lives alone

Brother Berdejev Bairam, Ashgabat, Kisi district, Lermontov Street 13


 Alytus machinery building factory, turner


Who sent the patient – RNVP Hospital's dispensary


Diagnosis by the dispensary -    neurasthenia

Diagnosis on admission            same

Clinical diagnosis            affective psychopathy, 27/11

Final clinical diagnosis    affective psychopathy

32

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002141

Ex. 7 pg.128 of 195

11.  Hospitalisation that particular year with that particular illness: first time, once
12.  Surgeries, anaesthetic methods and post – operative complications:
     (this part is used for listing property items instead – translator's remark)

     Communist party card No 2935466
     1.  Passport No █████
     2.  Watch kept by patient

          Doctor on duty:

13.  (not relevant – translator's remark)
14.  Side effects of medication: did not have outpatient treatment
15.  Record of sick bulletin
     No 032606, from 20/12/77 to 31/03
                 from 01/04    to   07/04
     , to resume work on 08/04.
16.  Treatment resulted in improvement


Doctor's signature

33

IFCD002142

Ex. 7 pg.129 of 195

Ministry of Health of Lithuanian Soviet Socialist Republic

Republican Naujoji Vilnia psychiatric hospital

Referral for consultation and to auxiliary healthcare offices

Health record number

Name, surname Kadamovas Aimuhamedas, b. 1941

Diagnosis – neurasthenia

Address        Alytus district

Referred to Naujoji Vilnia Psychiatric Hospital for in - patient treatment

Male Ward IV

Signature

Date  26/12/1977

34

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002143

Ex. 7 pg.130 of 195

Diary

Temperature 36,1 C

Blood pressure 120/80

Arrived by himself with outpatient referral. Arrived recurrently and wants to get treatment because he "experiences shivering", his sleep is poorly, lowered mood, he worries about his disintegrated marriage and thinks that all of these worries lead him back to hospital. He denies his addiction to alcohol.

During the time of admission his mood is low, he wants to get treatment because he is afraid that his condition can even get worse. His thoughts make him tired, they are mainly about his past, he blames himself for the disintegration of his family. Sleeps poorly. He manages his job well, but towards the evening he gets very tired, he gets shivers and headaches.

[illegible]

Has been give sanitary cleanliness procedure

Doctor on duty Dzienaite

35

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002144

Ex. 7 pg.131 of 195

22/12/1977


Subjective anamnesis


Left the hospital in 1975. Arrived at the hospital. Worked as a turner at a trolley bus park. Was feeling well.


Lived separately [from wife].


Got into fight with brother (he registered his place of residence in the inherited flat where his brother lived). In 1977 received treatment in Ashgabat psychiatric hospital for 3 months in the beginning of 1977. He was very offended, did not speak to other patients. Afterwards he felt well. In May

36

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002145

Ex. 7 pg.132 of 195

Laboratory RNVPH

Male ward IV

Urine analysis No 1690

Citizen Kadamov A.

Colour            yellowish          reaction            [illegible]

Comparative weight 1,020          transparency      transparent

Reaction          acid

Protein            absent
Sugar              absent
Bile pigment      absent
Urobilin           absent

Microscopic analysis

Epithelium          parl. proparatis

Leukocytes 00          [illegible]

07/II/1978

Citizen          Kadamov

Ward            IV male ward

37

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002146

Ex. 7 pg.133 of 195

2                                                    7.00

Bacterial laboratory

Naujoji Vilnia Psychiatric Hospital

Referred by Male Ward IV

Stool sample

By Kadamov

Age 1941

For preventative purposes

Date 1/II                                Signature

Result

No of sample 2013 -902

Pathogenic microbes of the rectum                    absent

38

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002147

Ex. 7 pg.134 of 195

5        Male ward IV

Kadamovas

SA quantity in the blood = 5.25 [illegible]

9/1/78

16

Bacterial laboratory

Naujoji Vilnia Psychiatric Hospital

Referred by Male Ward IV

Stool sample

By Kadamov

Age

For preventative purposes

Date 27/12                                    Signature

Result

No of sample 16518 - 8342

Pathogenic microbes of the rectum                    absent

29/12/1977

39

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002148

RPNVH

Wasserman

Citizen Kadamov for Dr Pažerienė

Male Ward IV

Result        negative

Date   29/12/1977

40

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002149

Blood analysis No 10


Kadamovas                    Male Ward IV



Hemoglobin                    14.6

41

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002150

Ex. 7 pg.137 of 195

RNVPH

Blood analysis No 12847

Kadamov

Male Ward IV                              Doctor Pozeriene

Leukocytes                               11 000

[the file is not clear]

42

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002151

Ex. 7 pg.138 of 195

Laboratory RNVPH

Urine analysis No 14002

Citizen Kadamov A.                Male ward IV

Colour            yellowish          reaction            [illegible]

Comparative weight 1,020            transparency        transparent

Reaction         acid

Protein          absent

Sugar            absent

Bile pigment     absent

Urobilin         present

Microscopic analysis

Epithelium flat

Leukocytes       1.3

Date        27/II/1977                    Signature

43

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002152

Ex. 7 pg.139 of 195

Leukocytes          11 800

Eosinophils         3

Neutrophils         rod neutrophils      1

                    Segment.             64

Lymphocytes                              28

Monocytes                                4

Erythrocyte sedimentation                1

Analysis performed by

                         signature

26/12/1977

44

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002153

Ex. 7 pg.140 of 195

(In May) he had a lot to drink one day. He was beaten and robbed. He was getting treatment from neuropathologist at a polyclinic for concussion. At that time he was very angry, it seemed to him that any man was the one who beat him up. [illegible] He was again referred to the psychiatric hospital. He was treated for 3 months. He was on Tizercine and the like. He started feeling better.

However at work and during journeys he was hearing the voice of his daughter that was calling him, crying (he was missing his daughter a lot). Upon advice from his doctor he arrived at Alytus again and the voice disappeared. He's been living in Alytus since September 1977, is working as a turner at a machinery factory.

At the end of November he attended a wedding and had drinks. After that he could not sleep, he started feeling fatigued, he would get tired quickly at work. He was sitting at home because he did not have clothes to wear (they were not posted from Ashgabat). He started having suicidal thoughts,

45

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002154

Ex. 7 pg.141 of 195

writing farewell letters (communist party leader at the plant he was working assumed it was because of his wife).

He lives with another person in a two – room flat.

Status praesens

[illegible], blood pressure 140/90. Tendon reflexes are raised. Left arm and left side of the chest have tattoos.

46

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002155

Status psychicus

Acts correctly in the doctor's office. [illegible], is tactful. Actively takes part in the conversation, explains his [illegible]. A little artistic, tends to make a good impression about himself, to arise sympathy. Complains about headaches, sleeplessness, spasms of fingers and toes before falling asleep, shaking of the whole body. At night thoughts visit him that there is no point in living, he does not want anything. Paralogical syndrome encapsulated, no longer relevant at all. [illegible] was forcing to bring up son again. Egocentric.

Conclusion

[illegible] psychopathic character features, later alcohol abuse resulting in paranoid syndrome. [illegible] after head trauma, alcoholic intoxication, and social circumstances. Psychopathic objective syndrome observed. Neurological testing

47

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002156

Ex. 7 pg.143 of 195

1. Analysis of lungs
2. Chest [illegible]
3. Ophthalmologist
4. Neuropathologist

Bernadišius

| | | |
|---|---|---|
| 29/12/77 | | Ophthalmologist's inspection |
| V1 | 1,0 | fundus without changes |
| | 0,4 | |

30/28 – 30    Behaves on the ward correctly, socialises with patients.

Moves around actively, his mood remains slightly lowered, rather gloomy.

Some subjective improvement is observed.

3/1/78    Chest x-ray

Thoracic organs without changes

5/1    Therapist consultation

Blood pressure 120/80

Therapeutic diseases are not observed

2 – 6/1    [illegible] Behaves correctly on the ward. [illegible]

48

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002157

Ex. 7 pg.144 of 195

Neuropathologist Consultation

Complains of occasional headaches. Anamnesis – trauma of the head, tremor of both eyelids, eyeballs, raised tendon reflexes.

EGS - safe rhythm of calm amplitude. (Many artefacts due to tremor), there are no asymmetries and pathological waves.

9 – 13/01     Slightly thin, socialises with other patients passively and reservedly. Is furious with his relatives who have not sent his things to him. [illegible] Complains of headaches, irritability.

16/01     Head of the ward consulted the patient. [illegible] affective psychopathy.

17 – 20/1     Mood even. Socialises with other patients. [illegible] artistic.

24/1     Complains of headaches, [illegible], pain in the chest.

[illegible]. Pain in chest area.

25/1     Temperature 37,3.

49

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002158

Ex. 7 pg.145 of 195

26 – 27/01   Prominent subjective improvement. [The patient] is happy about his relatives' help, they promised to send him things. [The patient] behaves correctly on the ward. His socialising habits are good.

30/1 – 3/2   Started communicating with his relatives though he had pledged not to have anything to do with them. His mood is even. Sometimes he gets slightly irritated about little things.

6/2         He was allowed to go to town to make a phone call to Ashgabat. He came back at 6.30 after having had some drinks. The next day he behaved in a demonstratively dismissive way, was dysphoric, "do whatever you want to do, I do not want to live."

7 – 10/2     His mood has evened out. He has a headache. He has been included into self – performing arts group. Takes active part in it.

13 – 17/2    Feels free. Does not feel that he violated some rules [of the hospital]. Is working, participating in the self – performing arts group. At the time of the doctor's visit he complains of weakness, tiredness, headaches.

20 – 24/2

During the day he feels a little dysphoric, is offended that his wife is not visiting, he wants to pass some presents to grandchildren. Egocentric. He complains of constant cough. Vesicular …. in the lung area.

50

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002159

14/1   Temperature 37,5

Therapist

[The patient] is coughing, is complaining about heaviness in the chest, has fever.

Obj. there is vesicular breathing in the lungs. Moist and sporadic it is more prominent on the right side.

Diagnosis:    acute bronchitis.

Medication: Oletetrini 0,5 X 4

Theophedrini 1t X 3

Proceed with other medication.

2 – 3/2       Subjective improvement. However, there is still some coughing. He complains of headaches. His mood is rather gloomy.

Vesicular breathing in the lung area.

6 – 10/3       Is feeling better. Coughs less frequently. Looks a little more perky, his mood is better, he socialises with other patients more.

Vesicular breathing in the lung area.

13 - 17/3      His mood is even. He is not active, likes to lie down more. He is not making any particular complaints but at the same time he is not asking to be released from the hospital.

20 – 24/3      Sometimes talks about [issues]. His mood is low. He is upset about his life issues; he regrets coming back here [to Lithuania]. […] He is not happy about his wife who acts like "tsaritsa" during their phone conversations. He is preparing for being released from hospital.

51

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002160

25 – 30/3    His mood is even. He behaves correctly on the ward. He evaluates his possibilities realistically, his outlook is objective, but he starts hesitating whether to remain in Lithuania or go to Turkmenistan. Active psychopathology not observed.


31/3    He has been released from hospital as per his own request. His mood is even, without psychotic features.

52

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002161

Ex. 7 pg.148 of 195

EPICRISIS

Kadamov Aimuhamed, born in 1941, was getting treatment at the Republican psychiatric hospital of Naujoji Vilnia between 26/12/1977 and 31/3/1978.

Diagnosis - affective psychopathy.

Since childhood he has been abrupt, intemperate, with fast changing mood. He got married in 1964. He was jealous right from the beginning of his marriage, especially after having had drinks. In 1975 paranoid jealousy syndrome became apparent, for which he was treated at RN hospital of Naujoji Vilnia. He divorced his wife and moved to live in Ashgabat. Over there he got treated in the psychiatric hospital again (after the conflict with his brother and trauma of the head). He returned to Lithuania. After having had drinks, he started losing sleep, was feeling tired, his mood was low. He consulted a psychoneurologist and was directed to RNHNV.

[After tests} on the ward no prominent pathology of his internal organs was observed, EGS – of low amplitude, slow L rhythm.

53

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002162

Ex. 7 pg.149 of 195

The patient has been fully orientated on the ward, maintains good contact. He is active in conversation, he describes his complaints and history of his illness in detail, he tries to make a good impression about himself. In the beginning he was a little dysphoric, he demonstratively showed his low mood. He was complaining of headaches, insomnia, thoughts of his life without purpose. Paranoid syndrome incapsulated, does not bear relevance. Egocentric. Changing moods. He tends to get offended about little things. Not always complacent to the internal rules of the hospital regime. He participated in work therapy.

He received vitamins, bromides, tazepam, [illegible], tizercine. After the treatment his mood became more even, subjective improvement was noticed. He got released from hospital after his own request.

Doctor's signature

54

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002163

Ex. 7 pg.150 of 195

Medication list of Kadamov

*December*

Vit C   III d. 11/10   1 dose on the 27th

Vit B   III d. 11/10   1 dose on the 27th

Vit B6 III d. 11/10    1 dose on the 27th

M Brodnono 15,0  3 doses between Dec 27 and 31

Tazepam 0,01       3 doses between Dec 27 and 31

Tizercini 0,025      1 dose  between Dec 27 and 31


*January*

M Brodnono 15,0  3 doses between Jan 1 and 31

Tazepam 0,01       3 doses between Jan 1 and 24

Tizercini 0,025      1 dose between Jan 1 and 31 except on the 20th (0,05)

Elenii 0,01          3 doses between Jan 24 and 31

Aceetyltriptilini 0,5     3 doses between Jan 24 and 27

Aethasoli        1,0     3 doses between Jan 24 and 30

Dimedroli        0,05    2 doses between Jan 25 and 31


*February*

M Brodnono 15,0        3 doses between Feb 1 and 23

Tizercini 0,05          1 dose between Feb 1 and 28

Elenii 0,01             3 doses between Feb 1 and 28

Dimedroli     0,05      2 doses between Feb 1 and 28

Aethasoli        1,0     3 doses between Feb 6 and 10 and between 24 and 28

Codterpini              absent

55

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002164

Ex. 7 pg.151 of 195

Medication list of Kadamov

*March*

Tizercini 0,025      1 dose between March 1 and 31 except on the 20th (0,05)

Elenii 0,01            3 doses between March 1 and 31

Dimedroli 0,05      1 doses between March 1 and 19

Haloperidol 1,0      3 doses between March 1 and 3

Oletetrini 0,5         4 doses between March 1 and 10

Teophedrini 1 tab    3 doses between march 1 and 20

56

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002165

Ex. 7 pg.152 of 195

Temperature list

Kadamovas

January/February

Temperature normal all days except   Jan 22 – 37,2 (evening)

Jan 23 – 37,7 (morning)

Weight on   22/1   70,5 kg

29/1   72,7 kg

57

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002166

Ex. 7 pg.153 of 195

Temperature list

Kadamovas

December/January

Dec 26 – Jan 17 – temperature all normal

Weight on    1/1    68 kg

8/2    68,5 kg

15/2    69,1

58

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002167

Ex. 7 pg.154 of 195

Temperature list

Kadamovas

February/ March

Temperature normal all days except    Feb 23 – 37,3 (morning)

Feb 23 – 37,1 (evening)


Feb 26 – 38,3 (morning)

March 1 – 37,6 (morning)



Weight on    12/2    74 kg

19/3    73,6 kg

26/3    75,5 kg

59

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002168

Ex. 7 pg.155 of 195

Temperature list

Kadamovas

March

Temperature normal between March 5 p- 31

Weight on    5/3    76,7 kg

12/3    78 kg

19/3    78,5

26/3    76

60

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002169

Ex. 7 pg.156 of 195

On suicide watch


RNHNV

Sent to the wards on 22.00 hours

Was released from hospital on 19/4/1978

Admitted to hospital on 13/4/1978 at 19.00 hours


Hospital record No 3173/ 89845


Name          Kadamov Aimuhamed

B. 1941, place of residence Alytus town, Jemeljanovo Street 29 . Kadamov's wife Tatyana lives in Vilnius Preiksto Street 40 – 2.


Place of work – Alytus machinery factory , turner

Who referred the patient – [illegible]

Diagnosis – schizophrenia

Diagnosis on admission – Psychopathic suicidal tandem

Clinical diagnosis – Affective psychopathy, decompensation – 14/01/78

> Demonstrative suicidal attempt under the influence of alcohol 301.1

Main clinical diagnosis     Psychopathy affective type, decompensation


61

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002170

Ex. 7 pg.157 of 195

Has been admitted repeatedly

Passport No 655110                                        Dr Stropus


Passport received – Kadamov's signature


Sick bulletin –

No 4237   13/4/1978 to 19/4/1978


Has been released after improvement.

Full working capacity restored.


Doctor's signature

62

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002171

Ex. 7 pg.158 of 195

RNHNV

Emergency department

13/4/1978

Kadamov Aimuhamed

1941

From Alytus town

Diagnosis – schizophrenia

Doctor's signature

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002172

Ex. 7 pg.159 of 195

L/D 140/95

Diary

On the 31/03 was discharged from Ward IV. He went to Alytus, he did not work there because he was on sick leave, he was preparing to go to his motherland – Turkmenistan. In Vilnius he met his mates and had alcohol. 3 days ago he swallowed 30 tablets of Tizercini because he was fed up with life. He went to his ex – wife and fell asleep there. Today the wife called an ambulance and they delivered him to our hospital.

On admission he is sleepy, calm, his behaviour is appropriate to the situation, he is oriented in place and time, he told exactly when he was discharged from Ward IV and why he had been treated there. His mood is low, he says that he does not want to live, he thought he would not wake up anymore. He knows the diagnosis given to his condition on Ward IV – psychopathy. He is not resisisting hospital admission. He asks his wife to bring him a shaving razor and some cigarettes. Apparently he is not getting ready to commit suicide now. Destructive tendencies not being observed anymore at this moment. He speaks about his bad experiences of the past, he drank in the past and now drinks because he lost family.

His somatic condition is satisfactory.

Attention: do not change any medication because he feels very sleepy.

Follow his blood pressure, pulse, tenperature.

Keep him on suicide watch.

Give him lots of liquid to drink.

Dr. V. Stropus

64

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002173

Ex. 7 pg.160 of 195

14/04

## Subjektyvi katamnezė

The patient left the RNVP hospital on the 31st of April this month. Whenhe returned to Alytus he found his room occupied and his things with dormitory commandant. He did not return to work, he only collected the money for his sick leave. That money was not enough for his journey to Turkmenistan where he was ready to go. He reurned his debts, he posted an application for unpaid leave from Vilnius and spent the rest of his time with his mates drinking. 3 days ago he went to his ex – wife, said farewell to his children, swallowed 30 tablets of Tizercini and fell asleep. As he did not wake up for a long time his wife called an ambulance and he was taken to RNVP hospital for treatment.

65

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002174

Ex. 7 pg.161 of 195

## Somatic and neurological status

The patient is of correct physique, proper nutrition. His sclera is infected, lips are rather dry, his tongue has got a slight white coating. Heart tones are clear, rythmic. Blood pressure is 130/90. Vesicular breathing in lungs. Stomach is soft, not painful when palpated. No symptoms of focal CNS pathology. Slight tremor of hands.

## Mental state

Slightly sleepy. Can have meaningful contact. Enough oriented in time, place and his own self. Hallucinations and delusional ideas are absent. Takes active part in the conversation

66

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002175

Ex. 7 pg.162 of 195

however, he is still slightly lost, he mixes up the chronology of the events of the last days. Rather theatrical in his speech and demeanour. He aims to appear from his better side, to arouse sympathy. He blames his wife for ruining his life, that at the age of 37 he has neither family nor home, not even a corner where he can sleep. He has not been brought up for this and he cannot go on living like this therefore he attempted suicide. He speaks very theatrically how he was waiting for his death to come, how he woke up still alive and still expecting to die he fell asleep. He feels upset what will happen now, he bade everyone good-bye, and now he remained alive. When told that it happened more than once he gets angry and

67

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002176

Ex. 7 pg.163 of 195

quickly changes the topic. He avoids speaking about his drinking and all the time emphasises that he may not take a single drop into his mouth for a few months, though it does happen. And he agrees that his family broke up partly because of his drinking. He is critical of his suicide attempt, but he does not deny that he if the situation remains the same, he may repeat it in the future.

Conclusion: his personality is clearly psychopathic since childhood. He was treated twice for decompensations in RNVP hospital in patient department. Alcoholic intoxication and unfavourable living conditions again provoked decompensation and a rather demonstrative suicide attempt.

68

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002177

Ex. 7 pg.164 of 195

Diagnosis: Psychopathy, affective type, decompensation.


Doctor's signature


15 – 16/4    Days off. The staff on duty did not report any incorrect behaviour
of the patient.


17/4        The patient feels bad about his behaviour. At the time he was
drunk and does not remember much. He keeps asking his wife whether he has
done anything bad, critically looks at his suicide attempt.


18/4        No depression and psychosis. Mood even. Adequate behaviour.
Calm, tidy. Critical regarding his alcoholism and suicide attempt. He keeps
explaining

69

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002178

Ex. 7 pg.165 of 195

that he would never have done such a thing had he been sober. He was very drunk and does not remember how he visited his ex – wife.

As there are no symptoms of depression and psychosis the patient is discharged from hospital.

Doctor's signature

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002179

Ex. 7 pg.166 of 195

[Empty list]

71

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002180

Epicrisis

Patient Kadamov Aimuhamed, b. 1941 was treated in RNVP hospital in – patient department from 13/4/1973 to 19/4/1973.

Diagnosis: Psychopathy, affective type. Demonstrative attempt of suicide while under the influence of alcohol.

Last time he was discharged from RNVP hospital in – patient department on 30/3/1978. Right up to the time he was repeatedly admitted to the hospital he was drinking constantly, and while being drunk, he came to his ex – wife and took about 50 tablets of Tizercini at her place, then fell asleep. He was sleeping for a few days. Because he would not wake up his wife called an ambulance, and he was taken to RNVP hospital in – patient department for treatment. When he arrived at the in – patient department, no psychotic symptoms were observed. He takes active part in the conversation; he is fully oriented in his surroundings and the situation. He looks very demonstrative, theatrical, his affects are labile. He is prone to dysphoria. Not critical as far as his harmful habit is concerned. He is critical of his suicide attempt, he does not deny its demonstrative nature.

He was treated with vitamins, glucose, neuroleptic.

As there was no psychosis and after the intoxication passed the patient was discharged home.

Doctor's signature

72

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002181

Ex. 7 pg.168 of 195

Blood Test Wasserman 722

Kadamov Aimuhamed – for Dr Vasiliauskas

RMVP Hospital            Male Ward V

Negative

Date 17/4/1978

Preventative for dysentery

RNVP Hospital Male Ward V

Date 14/4/1978

No of the test: 5708 – 2983

Negative

Date of the result:  19/4/1978

Doctor's signature

73

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002182

Ex. 7 pg.169 of 195

Blood Test No 4452

Kadamov A

Male Ward V

Hemoglobin         15

Urine analysis No 4879

Kadamov A                    Male Ward V

Microscopic analysis

| | | |
|---|---|---|
| Colour | yellow | the epithelium is flat and transitional |
| Transparent | | leukocytes 0 – 2 - 3 |
| Weight | 1078 | erythrocytes unchanged |
| Acid | | mucus medium |
| Protein | 0,033% | |
| Sugar | absent | |
| Date | 14/4/1978 | Clinician's signature |

## Certificate about the treatment of a person

### 27/12/2021 Nr. K6Do - 8947

TATJANA KADAMOVA, b. ███ /1945 has never been treated at the Republican Vilnius Psychiatric Hospital.

Manager of the Department of the Documentation         Svajūnė Klemkienė

Reminder – all the information about the patient is confidential. Offices that have received this information are responsible for its confidentiality.

Renata Žvikaitė, tel. number         (8 5) 267 0531

Leukocytes            12500         eosinophils  3

74

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002183

Ex. 7 pg.170 of 195

| neurophiles rods | 4 | neurophilic segments | 73 |
| lymphocytes | 19 | monocytes | 1 |

| erythrocyte sedimentation | 13 |

Date   14/4/1978

75

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002184

Ex. 7 pg.171 of 195

Stool test No 2995

Citizen kadamovas A              Male Ward V

No occult bleeding was found

Date 17/4/1978

Hospital

Date 14/4/1978

Male Ward V

Quantity of prothrombin in the blood – 100%

Analysis performed by     (signature)

76

Kadamov

Doctor's prescribed medication list

April

| Glucosis 40% 10,0 | 1 dose between 14 and 19 |
| [illegible] vitamins 5% | between 14 and 19 |
| Vit B1 6% | same as above |
| 4.0 | |
| Vit B12 | |
| 500 [illegible] | same as above |
| Vit B6 6% | same as above |
| 2,0 | |
| Cordiamini | |
| .0X3 | 3 doses between 14 and 17 5% |
| [Illegible] | 2 doses between 14 and 19 |

In the morning 10 mg in the evening

77

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002186

Ex. 7 pg.173 of 195

Doctor's prescribed medication list

78

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002187

Ex. 7 pg.174 of 195

Receipt of acceptance of the patient's clothes and footwear

13/4/1978

R Naujoji Vilnia Psychiatric Hospital doctor on duty Stropus and reception nurse [illegible] admitted patient Kadamov Aimuhamed

| | | | |
|---|---|---|---|
| Cufflinks | 1 pair | 1 roub | 20% |
| Old socks | 1 pair | 0.3 roub | 30% |
| Woolen scarf | 1 | 3 roub | |
| Overcoat brown striped | 1 | 30 roub | |
| Keys | 2 | | |
| Trousers grey striped | 1 | 15 roub | |
| Sweater woolen | | | |
| brown/black stripes | 1 | 20 roub | |
| Overshirt crème colour | 1 | 10 roub | |
| Vest simple white | 1 | 2 roub | |
| Slacks | 1 | 2 roub | |
| Underpants black | 1 | 1 roub | |
| Socks simple | 1 pair | 1 roub | |
| [illegible] gray | 1 | 20 roub | |
| Shoes brown | 1 pair | 15 roub | |

Clothes given and agreed to evaluation [patient signature]

Clothes accepted by [signature]

Clothes retrieved from warehouse [nurse's signature]

Clothes received    [patient signature]

79

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002188

Ex. 7 pg.175 of 195

Death Certificate of Tadeus Aleksandrovic
from the Vilnuis City Civil Registration Division



IFCD000042

Ex. 7 pg.176 of 195

[Emblem]

THE REPUBLIC OF LITHUANIA

## DEATH CERTIFICATE

**TADEUŠ**
name

**ALEKSANDROVIČ**
surname

personal code         **33611140887**

Died May 14, 2013 (May two thousand and thirteen years on the fourteenth day)

year, month, day

76         years old.

it is written in words and numbers

A record of this has been recorded

2013  years              in May              month     15    day.

In writes no.    **2433**

Cause of Death C18.6

Place of death Lithuania Vilnius

Registration place Vilnius City Civil Registration Division
civil registration or consular offices, name of the eldership

Date of issue. 2013     m              May                    15    d.

[Seal:]
Vilnius City Municipality
Administration Rights Department
Cvil Divisions of Registration

Head of a civil registry office, consular officer or elder

AA Nr.    731471

2012 UAB_GARSU PASAULIST 01218

IFCD000043

Ex. 7 pg.177 of 195

# Death Certificate of Tatjana Kadamova from the the Vilnius City CM Department



LIETUVOS RESPUBLIKA

## MIRTIES LIUDIJIMAS

Pilietis (-ė) **TATJANA KADAMOVA** vardas

asmens kodas **44502060808**

mirė 2001 02 04 (Du tūkstančiai pirmų metų vasario mėnesio ketvirtą dieną)

55 metų amžiaus

Įrašas apie tai mirties metrikų knygoje įrašytas 2001 metų vasario mėnesio 5 dieną

Įrašo Nr. **547**

Mirties priežastis Mikro-makronodulinė kepenų cirozė

Mirties vieta Vilnius

Registracijos vieta Vilniaus miesto CM skyrius

Išdavimo data 2001 m. vasario mėn. 5 d.

Metrikacijos įstaigos vedėjas

XA Nr. 060778

AB „Spindulys" 2000

IFCD000044

Ex. 7 pg.178 of 195

[Emblem]

## THE REPUBLIC OF LITHUANIA
# DEATH CERTIFICATE

**TATJANA**

Name _____ name _____

**KADAMOVA**

_____ surname _____

personal code **44502060808** _____

died 02.04.2001 (Two thousand and one, fourth day of February)

_____ year, month, day _____

_____ 55 years old

written in words and numbers

A record of this is recorded in the book of death metrics

2001 years _____ February _____ month _____ day

Record no. | **547**

Cause of death:  Micro-macronodular cirrhosis of the liver

Place of death, Vilnius

Registration place  Vilnius City CM Department
Plant name

Date of issue___2001___ m. ____February____ months_5_ d.

[Seal:]
Vilnius City Municipality
Administration Rights
Department

[Signature]

Metrics
institutions carriers

AA Nr. 060778

AB Range. 2000

IFCD000045

Ex. 7 pg.179 of 195

Letter from the Information Technology and Communications Department under the Ministry of  Interior of the Republic of Lithuania that finds no adminstration penalties for Jurijus Kadamovas



Originalas nebus siunčiamas

**INFORMATIKOS IR RYŠIŲ DEPARTAMENTAS**
**PRIE LIETUVOS RESPUBLIKOS VIDAUS REIKALŲ MINISTERIJOS**

Biudžetinė įstaiga, Šventaragio g. 2, LT-01510 Vilnius, tel. (8 5) 271 7177,
faks. (8 5) 271 8921, el. p.  ird@vrm.lt
Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 188774822

| | |
|---|---|
| Advokatui Pavelui Ravluševičiui | 2020-08-*18*    Nr. 39R-*1064* |
| Advokato Ravluševičiaus kontora | Į 2020-08-14    Prašymą |
| Žemaitės g. 11-24 | |
| LT-03118 Vilnius | |

El. p. info@juremaw.lt

**DĖL INFORMACIJOS PATEIKIMO**

Informatikos ir ryšių departamentas prie Lietuvos Respublikos vidaus reikalų ministerijos informuoja, kad Administracinių nusižengimų registro 2020 m. rugpjūčio 17 d. duomenimis Jurijus Kadamovas, gim. 1966-1███, nebaustas administracine tvarka.

Direktoriaus pavaduotoja,
atliekanti direktoriaus funkcijas     Alvyda Pupkovienė

Danguolė Bareikienė, tel. (8 5) 271 8328, el. p. danguole.bareikiene@vrm.lt





Tikime laisve

1990 KOVO 11

IFCD000130

Ex. 7 pg.180 of 195

Original will not be sent

[National emblem of Lithuania]

## THE INFORMATION TECHNOLOGY AND COMMUNICATIONS DEPARTMENT UNDER THE MINISTRY OF INTERIOR OF THE REPUBLIC OF LITHUANIA

Budgetary enterprise, Šventaragio g. 2, LT-01510 Vilnius, phone No. (8 5) 271 7177, Fax (8 5) 271 8921 e-mail ird@vrm.lt
Data is collected and stored at the Register of Legal Entities, code 188774822

To the Attorney Pavelas Ravluševičius          08-*18*-2020     No.39R-*1064*
Attorney Pavluševičius Office                  to 08-14-2020   Request
Žemaitės g. 11-24
LT-03118 Vilnius

E-mail: info@juremaw.lt

**REGARDING INFORMATION PROVISION**

The Information Technology and Communications Department under the Ministry of Interior of the Republic of Lithuania informs that based on the data of Administrative Violation Register on August 17, 2020, Jurijus Kadamovas, DOB ████-1966, has had no administrative penalties.

Acting director                    [Signature]                    Alvyda Pupkovienė

Danguolė Bareikienė, phone No. (8 5) 271 8328, e-mail: danguole,bareikiene@vrm.lt

[Seal:]
TUV International Certification
TUV [Emblem]
THURINGEN
CERT
ISO/IEC 27001                                                    [Logo]
15 121 19119                                              **We believe in freedom**
TIC                                                          MARCH 11, 1990

IFCD000131

Ex. 7 pg.181 of 195

Lithuanian Armed Forces of War Obligations and Manning Service for Yuri Aimukamedovich Kadamov for the Vilnius Regional Military Service and Staffing Division



## LIETUVOS KARIUOMENĖS
## KARO PRIEVOLĖS IR KOMPLEKTAVIMO TARNYBA

Biudžetinė įstaiga, Šv. Ignoto g. 8, LT-01144 Vilnius.
Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 188732677, PVM mokėtojo kodas LT887326716.
Tarnybos duomenys: biudžetinės įstaigos filialas, Mindaugo g. 26, LT-03215 Vilnius,
tel. 8 706 76801, el. p. LKKPKT@mil.lt, filialo kodas 304290155

Advokatui Pavelui Ravluševičiui                  Į 2020-07-17  prašymą
Advokato Ravluševičiaus kontora
Žemaitijos g. 11-24, Vilnius

### PAŽYMA
### APIE JURIJAUS KADAMOVO KARO TARNYBOS SOVIETINĖJE ARMIJOJE TRUKMĘ

2020-07-*20*  Nr. VS-*154*

    Pažymime, kad Jurijus Kadamovas, gim. 1966 m. ███████., karo tarnybą sovietinėje armijoje atliko nuo 1985 m. lapkričio 11 d. iki 1987 m. lapkričio 10 d.
    Pagrindas: karinės įskaitos kortelė.
    PRIDEDAMA. Jurijaus Kadamovo karinės įskaitos kortelės kopija, 2 lapai.

*Saugoti ir ginti tai, kas brangu, Tėvynę mylinčius kviečiu!*

Tarnybos direktoriaus įgaliotas
Vilniaus regioninio karo prievolės
ir komplektavimo skyriaus vyresn. specialistas,
vykdantis skyriaus viršininko funkcijas                      vyr. ltn. Pranas Vedeikis

Vidutė Narauskienė, tel. (8 5) 210 3733, el. p. vidute.narauskiene@mil.lt



**Tikime laisve**

1990 KOVO 11

IFCD000005

Приложение № 2
к Инструкции о порядке
проведения переучета

**УЧЕТНАЯ КАРТОЧКА**

к воинскому билету серия НР

Степень годности

1966

250

917 917271-А

Жадамов
Юрий
Лимухамедович
(фамилия, имя, отчество)

(1) Число, месяц, год и
место рождения 22.10.1966
г. Вильнюс
лит. ССР

(2) Национальность
русский

(3) Партийность и стаж
беспартийный

(4) Состоит ли в ВЛКСМ
не состоит

(5) Образование Вильн.
ПТУ-35 по спец.
столяр-плотник 6 разр.

(6) Основная гражданская
специальность
столяр-плотник 6 р.

Место работы (адрес пред-
приятия и должность)
кооператив Меркис

работа илину 3
Телефон №
Адрес места жительства

(7) Семейное положение и
место жительства семьи

(8) Призывной комиссией

при военном комиссариате
г. Вильнюс обл.
признан строевой

призван на действ. в/службу
(зачислен в запас)
11 ноября 19__ г.

Отметка представителя
в/части об вручении
предназначенного

(Звание и подпись)

(20) Воинское
звание сержант

(23) Катего-
рия учета 1

(24) Группа
учета СА

(25) Состав сержант

(27) Наименование долж-
ности и ВУС
(должностная квалифи-
кация)
музыкант воен-
ного оркестра

**ПРЕДНАЗНАЧЕН.**

| | № команды и литер | по ВУС |
|---|---|---|
| на должность | | |
| Воинское звание по штату | | |
| № маршрута | | |
| Дни и часы явки | | |
| Пункт явки | | |
| Моборедписание выдано | | |
| № допуска | | |

**(15) ПРОХОЖДЕНИЕ ВОЕННОЙ СЛУЖБЫ**

| Наименование воинской части, должность и тип техники | № ВУС | С какого времени | По какое время |
|---|---|---|---|
| в/ч 11282 музыкант военного оркестра | 917 | VI 1985 | VI 1987 |
| в/ч Дзержинского 103-15 | | | |

(12) «10» ноября 1987 г. на основании
др. МО СССР № 261 от 28.05.87г.
уволен (демобилизован) в запас

(16) Заключение командования в/части об использовании в
военное время (по какой ВУС, должности, особым при-
знакам службы, на каком вооружении и технике и их код)
ВУС-917 музыкант военного
оркестра

Заключение (рай(гор)) военкома об использовании в военное
время ВУС-917 музыкант военного
оркестра
«16» ноября 1987 г.

KOPIJA TIKRA
Vilniaus RKPKS
archyvo tvarkytoja
Vidutė Narauskienė
2020-07-20
VILNIAUS RKPKS


IFCD000006

Ex. 7 pg.183 of 195

| Рост | Окружн. головы | Размер противо- газа | Размер обмундирова- ния (ростовка) | Размер обуви |
|---|---|---|---|---|
| 167 | 56 | 2 | 46/4 | 40 |

(18) Участие в боях, боевых походах, партизанских отрядах, истребительных батальонах

(19) Военную присягу принял «15» ноября 1975 г. в б/ч 11282

(21) Государственные награды и награждения нагрудными знаками и ценными подарками

(22) Ранения и контузии (дата и характер ранения, контузии) не имеет

(28) ПРОХОЖДЕНИЕ УЧЕБНЫХ СБОРОВ

| В каком году | Сколько дней | При какой войсковой части или организации | По какой должности | № ВУС |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(У) СВЕДЕНИЯ О МЕДИЦИНСКИХ ОСВИДЕТЕЛЬСТВОВАНИЯХ:

«   » ............... 19    г. комиссией прк      «   » ............ 19    г. комиссией прк

признан                                          признан
по гр.        ст.     Расписания болезней        по гр.        ст.     Расписания болезней
                     (приказ МО СССР                                 (приказ МО СССР
от ............... 19    г. №        )           от .................. 19    г. №        )
Подлежит переосвидетельствованию                 Подлежит переосвидетельствованию
«   » ............... 19    г.                   «   » ............... 19    г.

(VII) ОСОБЫЕ ОТМЕТКИ (дополнительные сведения)

Военный билет выдан «11» ноября 1975 г. ........... РВК, .......... обл.
(VIII) ОТМЕТКИ О ПРИЕМЕ И СНЯТИИ (исключении) С ВОИНСКОГО УЧЕТА

| Принят на учет «16» ноября 19 75 г. | Снят (исключен с учета «   » ...... 19    г. |
|---|---|
| Прибыл из ............. | Убыл в |
| Извещение Ф № 11 выслано в | Извещение Ф № 11 поступило «   » ...... |
| PBK        обл. (Подпись) | 19    г. из        PBK        обл. (Подпись) |
| Принят на учет «   » ............ 19    г. | Снят (исключен с учета «   » ...... 19    г. |
| Прибыл из | Убыл в |
| Извещение Ф № 11 выслано в | Извещение Ф № 11 поступило «   » ...... |
| PBK        обл. (Подпись) | 19    г. из        PBK        обл. (Подпись) |

LAD тр. 100.000, 1603-82

KOPIJA TIKRA
Vilniaus RKPKS
archyvo tvarkytoja
Vidutė Narauškienė
2020-07-20

IFCD000007

Ex. 7 pg.184 of 195

*THIS DOCUMENT IS CONFIDENTIAL AND PROTECTED BY THE ATTORNEY/CLIENT PRIVILEGE AND ATTORNEY WORK PRODUCT DOCTRINE*

**M E M O R A N D U M**

Updated 08/27/2020

To: Kadamovas File

From: Judith Mazdra

Re: Translation of KADAMOVAS, Jurijus - LIETUVOS KARIUOMENES KARO PRIEVOLES IR KOMPLEKTAVIMO TARNYBA - 2020-07-20 (3 pages) – IFCD000005-IFCD000007

Date: July 22, 2020

**[IFCD000006]**

SV. [*Likely: Ground Forces*] September 1988
SV. [*Likely: Ground Forces*] 1988
Supplement number 2
to the instructions on the procedure
of taking inventory

[*Left side of page*]

Birth year: 1966

(26) VUS [*Military Registration Specialty*] number: ~~917~~ 250

VUS [*Military Registration Specialty*] code: 917271-A[1] [*Code signifies musician in the military orchestra]*

Kadamov Yuri Aimukhamedovich (last name, first name, patronymic)

(1) Date, month, year and place of birth: ▮▮▮▮▮▮ 1966 Vilnius Lithuanian Soviet Socialist Republic

(2) Nationality: Russian

(3) Party membership and standing: Not in the [*Communist*] party

(4) Membership in the Komsomol [*Communist youth organization*]: Not a member

(5) Education: Vilnius. PTU [*Vocational school*] 55 – carpentry specialization in 1985

(6) Main civilian profession: carpenter 5[*illegible*]

　　Place of work (address of company and position): Cooperative Merkis, 3 [*illegible street name*]

　　Telephone number: [*blank*]

　　Residential address: 87-41 Virshchulischkyu Street [*87-41 Viršuliškių gatvė*]

　　Telephone number: 41-04-79

　　[*Handwritten note*] He lives at 103-15 Dzerzhinsky Street

(7) Family situation and place of familial residence: [*illegible*] mother – Kadamova Tatiana Baltrameevna 87-41 Virshchulischkyu Street

(8) By which recruitment commission: Leninskiy district

　　Military commissariat: Vilnius region

　　Recognized as a combatant

　　Conscripted <u>into service</u> (into the reserves): November 11, 1985

　　Military unit representative's mark on the study of the designated [*individual*]: [*blank*]

　　(Rank in signature)

---

[1] https://pravobez.ru/articles/voenno-uchyotnaya-specialnost-vus.html

Page **1** of **3**

IFCD000008

*THIS DOCUMENT IS CONFIDENTIAL AND PROTECTED BY THE ATTORNEY/CLIENT PRIVILEGE AND ATTORNEY WORK PRODUCT DOCTRINE*

[*Right side of page*]

November 16, 1987          November 30, 1987          January 30, 1989
Degree of qualification/Suitability for service: combatant
Registration card for military ID series NR number 1917364
(20) Military rank: sergeant
(23) Record category: 1
(24) Record group: SA [*Soviet Army*]
(25) Member of: sergeants
(27) Post title and VUS [*Military registration specialty*] (post qualifications): Military orchestra musician

Destined for:
Command number and characters: [*blank*]
At VUS [*Military Registration Specialty*]: [*blank*]
From post: [*blank*]
Military rank by state: [*blank*]
Route number: [*blank*]
Days and hours of attendance: [*blank*]
Mobilization prescription issued by: [*blank*]
Admission number: [*blank*]

(15) Term of military service
Name of military unit, post, and type of equipment: Military unit 11282 military orchestra musician
VUS [*Military registration specialty*] number: 917
From what time: November 1985
To what time: November 1987

(12) [*Juri was*] dismissed (demobilized) to the reserve on November 10, 1987 based on the order of the USSR Ministry of Defense [*illegible*] 261 from September 29, 1987.

(16) Concluding remarks of the military unit command about use in wartime (according to which VUS [*Military registration specialty*], post, special characteristics of service, which weapons and equipment and their code):  VUS [*Military registration specialty*] – 917 military orchestra musician
> Concluding remarks (region(city) of the military commissar about use in wartime: VUS [*Military registration specialty*] – 917 military orchestra musician

November 16, 1987 [*Illegible handwriting – might be initials*]

Page **2** of **3**

IFCD000009

Ex. 7 pg.186 of 195

***THIS DOCUMENT IS CONFIDENTIAL AND PROTECTED BY THE ATTORNEY/CLIENT PRIVILEGE AND ATTORNEY WORK PRODUCT DOCTRINE***

**[IFCD000007]**

Height: 167 [*centimeters. Converts to slightly shorter than 5 feet 5 inches*]

Head circumference: 56 [*centimeters. Around the 25th percentile for adult males in 1992[2]*]

Gas mask size: 2

Uniform size: 46/4

Shoe size: 40 [*Converts to U.S. men's size 7*]

(18) Participation in battles, military campaigns, partisan detachments, destroyer battalions: [*blank*]

(19) Took military oath on December 15, 1985 in military unit 11282

(21) State awards and the bestowal of lapel badges and valuable gifts: [*blank*]

(22) Injuries and contusions (date and nature of the injury, contusion): None

(28) Transmission of scholarly fees

    Which year: [*blank*]

    How many days: [*blank*]

    For which military unit or organization: [*blank*]

    VUS [*Military registration specialty*] number: [*blank*]

(U) Medical examination information: [*blank*]

(UP) Special notes (additional information): [*blank*]

Military ID issued: November 11, 1985 Leninskiy Military Commissariat Vilnius region

(USH) Notes on admission and removal (exclusion) from military registration

    Registered on: November 16, 1987

    Arrived from: the Soviet Army

    Notice F number 11 sent to: [*blank*]

    [*Illegible signature*] (Signature)

    Cleared (excluded from the record): [*blank*]

    Departure to: [*blank*]

    Notification F no. 11 received [*blank*]

LAD sp. 100.000. 1603-82

---

[2] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1793909/?page=2

IFCD000010

Ex. 7 pg.187 of 195

# School Nr. 46 Certificate of Jurijus Kadamovas from the Lithuanian Ministry of Education

**Jurijus Kadamovas**

School Nr. 46 Certificate





IFCD000048

Ex. 7 pg.188 of 195

**Jurijus Kadamovas**

School Nr. 46 Certificate

[Image]

| | [Emblem] |
|---|---|
| | LITHUANIAN USSR MINISTRY OF EDUCATION<br>МИНИСТЕРТВО ЛРОСВЕЩЕНКЯ<br>ЙИТОВСЙ ССР |
| | EIGHT YEARS OF SCIENCE<br>CERTIFICATE |
| | СВИДЕТЕЛЬСТВ0<br>0 В0СЬМИЛЕТНЕМ 0БРА30ВАНИИ |
| MT Ґознака. 1981 | 79 |

[Image]

| Eight years of science<br>CERTIFICATE | | | |
|---|---|---|---|
| Note that Kadamovas<br>(surname,<br>Jurijus Aimuchamedoirc<br>First name)<br>born: .......... 1966 year, studying Vilnius city 46th high school<br>(full school name)<br>and, being satisfactory in behavior,<br>1982 year completed eight classes.<br>Kadamovas Jurijus<br>(name and surname) | Geography | 3 (handwritten) | |
| | Physics | 3 (handwritten) | |
| | Chemistry | 3 (handwritten) | |
| | Biology | 4 (good) | |
| | Foreign language | (prana ........) x (handwritten) | |
| | Drawing | 4 (good) | |
| | Drawing | 4 (good) | |
| | Music | 5 (see well) | |
| | Physical education | 4 (good) | |
| | Works | 4 (good) | |
| knowledge is assessed as follows: | | | |
| Mother language | (handwritten) 3<br>(handwritten) | School principal | [signature] |
| Literature | 3 (handwritten) | | |
| Lithuanian language<br>and literature | 4 (handwritten) | Deputy Directors | [signature] |
| (Russian and Polish lang. in schools) | | | |
| Russian language<br>and literature | _____ | To the teacher | [signature]<br>[signature]<br>[signature] |
| (Lithuanian and Polish lang. in schools) | | | |
| Algebra | 3 (handwritten) | Certificate issued | |
| Geometry | 3 (handwritten) | 1982 August 24 | |
| History | 3 (handwritten) | | |
| Soviet states<br>and legal basics | 3 (handwritten) | [Seal: [illegible]] | |
| | | | Б N: 088750 |

IFCD000049

Ex. 7 pg.189 of 195



## VIEŠOJI ĮSTAIGA VILNIAUS STATYBININKŲ RENGIMO CENTRAS

Laisvės pr. 53, 07191 Vilnius, tel. (8 5) 242 3581, faks. (8 5) 240 7079, el. p. direktorius@vsrc.lt, www.vsrc.lt. Duomenys kaupiami ir saugomi
Juridinių asmenų registre, kodas 111963657

### PAŽYMA
### APIE JURIJAUS KADAMOVO (JURIJ KADAMOV) ĮGYTO IŠSILAVINIMO PATVIRTINIMĄ

2020-07-13  Nr. D5- 26

VšĮ Vilniaus statybininkų rengimo centras, vadovaudamasis VšĮ Vilniaus statybininkų rengimo centro Viršuliškių skyriaus (anksčiau – 55-osios profesinės vidurinės mokyklos) archyvo duomenimis, patvirtina, kad Jurij Kadamov, gimęs 1966-███, 1982–1985 metais mokėsi Vilniaus 55-ojoje profesinėje vidurinėje mokykloje pagal 3 metų trukmės vidurinio ugdymo ir staliaus dailidės profesinio mokymo programą, įgijo vidurinį išsilavinimą ir staliaus (III kategorijos), dailidės (III kategorijos) kvalifikaciją.

1985-07-24 Jurijui Kadamovui išduotas diplomas Nr. Д 619407, registracijos numeris 193.

Jurijaus Kadamovo  mokymosi rezultatai :

Pažymiai, įrašyti į diplomą:

| Dalykas | Valandų skaičius | Įvertinimas penkių balų sistemoje |
|---|---|---|
| Gamybinis mokymas | 2040 | 5 (penki) |
| Specialioji technologija | 268 | 3 (trys) |
| Medžiagų mokslas | 88 | 3 (trys) |
| Statybinė braižyba | 97 | 4 (keturi) |
| Ekonominių žinių pagrindai | 34 | 3 (trys) |
| Programavimo pagrindai | 34 | 3 (trys) |
| Rusų kalba | 139 | 4 (keturi) |
| Rusų literatūra | 85 | 4 (keturi) |
| Lietuvių kalba ir literatūra | 169 | 4 (keturi) |
| Algebra ir analizės pradmenys | 329 | 3 (trys) |
| Geometrija | | 3 (trys) |
| TSRS istorija | 238 | 4 (keturi) |
| Visuotinė istorija | | 3 (trys) |
| Visuomenės mokslas | 71 | 4 (keturi) |
| Fizika | 269 | 3 (trys) |
| Astronomija | 17 | 3 (trys) |
| Chemija | 194 | 3 (trys) |
| Biologija | 64 | 3 (trys) |
| Geografija | 54 | 3 (trys) |
| Užsienio kalba (anglų) | 114 | 4 (keturi) |
| Estetinis lavinimas | 40 | 3 (trys) |
| Pradinis karinis parengimas | 142 | 4 (keturi) |
| Fizinis lavinimas | 183 | 5 (penki) |

IFCD000001

| Teisės pagrindai | Nėra duomenų | 4 (keturi) |
|---|---|---|
| Tarybų Lietuva broliškų tautų šeimoje | Nėra duomenų | 4 (keturi) |
| Naujųjų laikų istorija | Nėra duomenų | 3 (trys) |
| Elgesys | | patenkinamas |

Jurijaus Kadamovo išlaikyti egzaminai penkių balų sistemoje:

| Egzaminas | Egzamino išlaikymo metai | Įvertinimas |
|---|---|---|
| Istorija | 1984 | 3 (trys) |
| Geometrija | 1984 | 3 (trys) |
| Fizika | 1984 | 3 (trys) |
| Chemija | 1984 | 3 (trys) |
| Rusų kalba | 1985 | 4 (keturi) |
| Rusų literatūra | 1985 | 4 (keturi) |
| Algebra ir analizės pradmenys | 1985 | 3 (trys) |
| Visuomenės mokslas | 1985 | 4 (keturi) |
| Specialioji technologija | 1985 | 3 (trys) |
| Staliaus (statybininko) - dailidės kvalifikacinis egzaminas | 1985 | 3 (trys) |

Gimnazijos skyriaus vedėja                                      Alma Briedienė

Alma Briedienė, tel. +37067170131, el. p. info@vsrc.lt

IFCD000002

Ex. 7 pg.191 of 195

# Confirmation Statement of Acquired Education
## of
## Mr. Jurijus Kadamovas from the Builders Training Center

**Translation / Lithuanian / English**

## Public Institution „Builders Training Centr Vilnius"

Laisves pr. 53, 07191, tel. (8 5) 242 3581, faks (8 5) 240 70 79, el. m. direktorius@vsrc.lt,
www.vsrc.lt

Code in the Register of Legal Entities 111963657

## Confirmation statement of acquired education of Mr. Jurijus Kadamovas

## (Jurij Kadamov)

2020 – 07 – 13 Nr. D5-26

Public Institution „Builders Training Centr Vilnius" gives confirmation, which is based on the dates of the archive of Virsuliskiu Department of the Public Institution „Builders Training Centr Vilnius" (previously -  profesional secondary school Nr. 55), that Mr. Jurij Kadamov, birth date ████/1966 participated 1982-1985 in the 3 years professional learning programm of carpenter / woodworker in the profesional secondary school Nr. 55 of Vilnius  and received secondary education and qualification of carpenter (III kategory), woodworker (III kategory).

Diploma Nr. D 619407 was awarded by the Jurijus Kadamovas on 24 / 07 / 1985, registration nr. 193.

Learning outcommes of Jurijus Kadamovas

Grades in the diploma

| Subject | Numbers of houres | Evaluation in the five grade system |
| --- | --- | --- |
| Production training | 2040 | 5 (five) |
| Special technologie | 268 | 3 (three) |
| Materials training | 88 | 3 (three) |
| Construction drawing | 97 | 4 (four) |
| Basics of economic knowledge | 34 | 3 (fhree) |
| Programming basics | 34 | 3 (fhree) |
| Russian language | 139 | 4 (four) |
| Russian literature | 85 | 4 (four) |
| Lithuanian language and literature | 169 | 4 (four) |
| Algebra and analysis basics | 329 | 3 (fhree) |
| Geometry | | 3 (fhree) |

IFCD000003

Ex. 7 pg.192 of 195

| | | |
|---|---|---|
| UdSSR History | 238 | 4 (four) |
| General history | | 3 (fhree) |
| Social science | 71 | 4 (four) |
| Physics | 269 | 3 (fhree) |
| Astronomy | 17 | 3 (fhree) |
| Chemestry | 194 | 3 (fhree) |
| Biology | 64 | 3 (fhree) |
| Geography | 54 | 3 (fhree) |
| Foreign language (English) | 114 | 4 (four) |
| Aesthetics education | 40 | 3 (fhree) |
| Elementary military training | 142 | 4 (four) |
| Physical education | 183 | 5 (five) |
| Basics of law | No data | 4 (four) |
| Soviet Lithuania in the Union of fraternal nations | No data | 4 (four) |
| Modern History | No data | 3 (fhree) |
| Behaviour | | Satisfactory |

Exams passed by Jurijus Kadamovas in a five – point system:

| Exam | Year of passing the exam | Evaluation |
|---|---|---|
| History | 1984 | 3 (three) |
| Geometry | 1984 | 3 (three) |
| Physics | 1984 | 3 (three) |
| Chemestry | 1984 | 3 (three) |
| Russian language | 1985 | 4 (four) |
| Russian literature | 1985 | 4 (four) |
| Algebra and analysis basics | 1985 | 3 (three) |
| Social science | 1985 | 4 (four) |
| Special technology | 1985 | 3 (three) |
| Carpenter / woodworker qualifying examination | 1985 | 3 (three) |

| | | |
|---|---|---|
| Head of the gymnasium departament | Stemp/ Signature | Alma Briediene |

Alma Briediene, tel.  + 37067170131, el. m. info@vsrc.lt

IFCD000004

Ex. 7 pg.193 of 195

# Certification of the Provision of Data that no records were found from Vilnius Juoz Tallat-Kelpas Conservatory



# VILNIAUS JUOZO TALLAT-KELPŠOS KONSERVATORIJA

Biudžetinė įstaiga, Gerosios Vilties g. 19, LT-03147 Vilnius
Tel.(8~5) 262 97 32, el. p. rastine@konservatorija.lt
Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 300033284

Advokatui Pavelui Ravluševičiui
Advokato Ravluševičiaus kontora
Žemaitijos g. 11-24, Vilnius

## PAŽYMA

### DĖL DUOMENŲ SUTEIKIMO

**2020-07-30**
**VILNIUS**

Pažymime, kad duomenų apie Jurijaus Kadamovo mokymąsi Vilniaus J. Tallat-Kelpšos aukštesniojoje muzikos mokykloje mūsų įstaigos archyve nerasta.

Direktoriaus pavaduotojas administracijai ir ūkiui,
pavaduojantis direktorių                                                      Mindaugas Česnulaitis

Rita Vinslovaitė, 8 65 21 36 92, el.p. rita.vinslovaite@konservatorija.lt

IFCD000046

Ex. 7 pg.194 of 195

[Emblem]

# VILNIUS JUOZ TALLAT-KELPŠAS CONSERVATORY

Budgetary Institution, Gerosios Vilties str. 19, LT-03 147 Vilnius
Phone (8~5) 262 97 32, el. p. rastine@konservatorija.lt
Data are collected and stored in the Register of Legal Entities, code 300033284

To the lawyer Pavel Ravluševičius
Law Office of Ravluševičius
Žemaitijos st. 11-24, Vilnius

## CERTIFICATE

## ON THE PROVISION OF DATA

## 2020-07-30
## VILNIUS

We note that data on the study of Jurijus Kadamovas at the Vilnius J. Tallat-Kelpša Higher School of Music were not found in the archives of our Institution.

Deputy Director for the Farm Administration,
Deputy Director                                    Mindaugas Česnulaitis

[Seal: VILNIUS JUOZ TALLAT-KELPŠAS CONSERVATORY]

[Signature]

Rita Vinslovaitė, 8 65 21 36 92, e-mail rita.vinslovaite@konservatorija.lt

IFCD000047

Ex. 7 pg.195 of 195