## Supplemental Declaration of Mr. Pavelas Ravluševičius

I. Pavelas Ravluševičius, state as follows:

1.  I am over 18 years of age and am competent to make this declaration.

2.  I provided a declaration on August 2, 2022, detailing my qualifications.

3.  I obtained the following additional records on behalf of Jurijus Kadamovas and his legal team:

    a.  The KGB Special Archive data on Tatiana Kanopkina (14 pages)
    b.  The KGB Special Archive data on Varfolomei Kanopkin (73 pages)
    c.  107th Mechanized Infantry Division Document (2 pages)

4.  In 2005, if I or another lawyer licensed in Lithuania had been contacted and engaged on behalf of Mr. Kadamovas, these records could have been obtained at that time.

Pursuant to 28 U.S.C. §1746, I, Pavelas Ravluševičius, declare under penalty of perjury under the laws of the United States that the above is true and correct.

22.08.2023, Vilnius, Lithuania

_____

Date and Place

Pavelas Ravluševičius

Declaration of Pavelas Ravluševičius

1

IFCD003262

# KGB Special Archive data on Tatiana Kanopkina



**LEGAL LANGUAGE SERVICES**

*A Division of ALS International, Inc.*
8014 State Line Road
Suite 110
Leawood, KS 66208

Telephone  (913) 341-3167
Toll Free    (800) 755-5775
Telefax      (913) 341-3168
www.legallanguage.com

September 28, 2022

To Whom It May Concern:

This is to certify that the attached translation from Russian into English is an accurate representation of the document received by this office.  This document is designated as:

**Copy of Personal file of Tatjana Kanopkina (Mother of Jurijus Kadamovas)**

Maria Victoria Portuguez, Manager with this company, certifies that Lika MacFarlane, who translated this document, is fluent in Russian and standard North American English and qualified to translate.

She attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."

Signature of Maria Victoria Portuguez

Subscribed and sworn to before me on September 28, 2022.

Denise Rawlings
Notary Public, State of Kansas
Qualified in Johnson County
Commission No.: 1194874
My Commission Expires: March 18, 2026

DENISE RAWLINGS
NOTARY
MY APPOINTMENT
EXPIRES 3-18-2026
PUBLIC
STATE OF KANSAS

Sincerely,

Victor J. Hertz
President

VJH/mvp

Attachments

Ex. 8 pg.2 of 143

IFCD001774



**LEGAL LANGUAGE SERVICES**

*A Division of ALS International, Inc.*
8014 State Line Road
Suite 110
Leawood, KS 66208

Telephone (913) 341-3167
Toll Free (800) 755-5775
Telefax (913) 341-3168
www.legallanguage.com

September 28, 2022

To Whom It May Concern:

This is to certify that the attached translation from Lithuanian into English is an accurate representation of the document received by this office. This document is designated as:

**Copy of Personal file of Tatjana Kanopkina (Mother of Jurijus Kadamovas)**

Maria Victoria Portuguez, Manager with this company, certifies that Zivile Symeonidis, who translated this document, is fluent in Lithuanian and standard North American English and qualified to translate.

She attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."

Signature of Maria Victoria Portuguez

Subscribed and sworn to before me on September 28, 2022.

Denise Rawlings
Notary Public, State of Kansas
Qualified in Johnson County
Commission No.: 1194874
My Commission Expires: March 18, 2026

Sincerely,

Victor J. Hertz
President

VJH/mvp

Attachments

Ex. 8 pg.3 of 143

IFCD001775

1

[English text]

Concerning the data of the KGB special archive_Vilnius Lithuania.

Please find attached the copy of personal file of Tatjana Kanopkina_Mother of Jurijus Kadamovas.

Information is related with the candidacy for Communist party membership. It consists of questionnaires, recommendations, a marriage certificate with Aimochamed Kadamov, a protocol with a recommendation for admission as a member of the Communist Party. (Info is in Russian language).

Due to volume sent in several mails.

Personal file of the Kanopkina membership in the Communist Party was not provided.

Ex. 8 pg.4 of 143

IFCD001776

2

D 165

*Lithuanian communist party* <u>Lenin District Committee of the city of Vilnius of the Communist Party of Lithuania</u>

---

*[illegible]*—name of the department

**PERSONAL CASE No.**
**Private case #**          <u>162</u>

---

Konopkina-Kadamova
*Last name*—Last name:

Tatyana Varfolomeevna
*First name, father's name*—first name, patronymic:

---

*was admitted to*          <u>from candidacy</u>          *the SUCP members*
accepted                              to being a member of CPSU

*Started*   19<u>65</u> m. <u>December</u>, d. <u>6</u>
Began in

*Finished*  y. 196<u>5</u>, m. <u>December</u>, d. <u>17</u>
Finished in

---

<u>9</u> *pages*
On    sheets

| [Stamp:] *Lithuanian Communist Party* ARCHIVES OF [illegible] Lithuania | |
|---|---|
| [illegible] | 3435 |
| *Description No.* [illegible] | 43 |
| *Case No.* Case # | 162 |

*Newspaper and magazine publication printing order no. 520.65.10000*

Ex. 8 pg.5 of 143                                                                    IFCD001777

3

[Left page:]

The case came in to [illegible] 16 [illegible] 1965

[illegible] is recommended to approve
[illegible] to accept as a member of CPSU
16. XII. 1965

[Right page:]

To accept Konopkina Tatyana Varfolomeevna
to a party organization [illegible] mechanical shop
of Vilnius factory of electric meters from being a
candidate to being member of
CPSU
candidate card # 5546329

APPLICATION

I am asking you to accept me to CPSU. I am familiar with the CPSU charter and program and I promise to execute it honestly and in good faith.

6.12.65 y.        Konopkina

[Signature]
16. XII – 1965

Ex. 8 pg.6 of 143

IFCD001778

4

2

*Proletariats of all countries, unite!*
Worker of all countries unite!

### THE QUESTIONNAIRE—APPLICATION
*of a party candidate who is becoming the member of the Communist Party of the Soviet Union*
of the candidate, joining the Communist Party of the Soviet Union

*Initial party organization*        Primary party-organization of precision-mechanical shop of electrical meter factory
Name of the organization where application        *Name of the party organization to which the application was submitted*
is submitted:        Name of the party organization to which the application was submitted

*District, city*        c. Vilnius        *area, district, republic*        LSSR
District, city        region, province, republic

1.  *Last name*    Konopkina    *Name*    Tatyana    *Father's name*    Varfolomeevna
    Last name        First name        Patronymic
2.  *Sex*    Female    *Month and year of birth*    ▓1945    4. *Nationality*    Russian    5. *Native language*    Russian
    Sex        Year and place of birth        Nationality        Native language
6.  *Place of birth*        village Skrablinu of Maisky region of LSSR
    Place of birth        *republic, district, area, county, city, region, village*
                village, region, city, district, province, republic
7.  *Parent occupation at the current time*        father – prison guard and mother – housewife
    Parent's occupation in present
8.  *Time of becoming a candidate*        August of 1964, Lenin district committee of Communist Party of the city of Vilnius
    When entered the candidacy        *year, month, name of party organization which accepted to candidate*
                month, year and name of the organization, accepting into a candidacy

9.  *Social status*        worker        10. Was in VLKJS from 1960 to 1964
    Social status        *Filled out by RK, MK secretary*        Time spent in Komsomol from        to
                To be filled out by secretary of regional committee, city committee
11. *Level of education*        Secondary        a)    *Which educational institutions they*
    Education        *Elementary, unfinished secondary, secondary, unfinished high*        *studied at*
            Elementary, middle, secondary, higher, post-graduate        In which educational institutions
    *Where, when did they graduate*        Vilnius Secondary school #10 LSSR in 1962
    Studied, where and when, finished, unfinished

    b)    *What specialty did they acquire based on education*        None
        which specialty received

12. *Where do they study currently*        In elementary school of political education network
    Where does he/she study currently
13. *Occupation from the start of work activity*
    Type of work since the beginning of employment:

| *From what time to what time* From and to (month, year) | *Name of the place* *(republic, district, area, county, city, region, village)* Name of the location (village, district, region, province republic) | *Occupation or duties, in which company, institution* Occupation or a position, in which organization, institution |
|---|---|---|
| *From*—From V-1962 *To*—To VII-1962 | City of Vilnius, LSSR | Student in electric meter factory |
| *From*—From VII-1962 *To*—To [illegible] | City of Vilnius, LSSR | Machinist in electric meter company |
| *From*—From *To*—To | | |
| *From*—From *To*—To | | |
| *From*—From *To*—To | | |
| *From*—From *To*—To | | |
| *From*—From *To*—To | | |
| *From*—From *To*—To | | |
| *From*—From *To*—To | | |
| *From*—From | | |

Ex. 8 pg.7 of 143

IFCD001779

4

| | | |
|---|---|---|
| *To*—To | | |
| *From*—From | | |
| *To*—To | | |
| *From*—From | | |
| *To*—To | | |
| *From*—From | | |
| *To*—To | | |
| *From*—From | | |
| *To*—To | | |

IFCD001780

5

14. *How do they participate in the soviet, professional union, communist youth, collective farm and etc. work*
What work does he/she perform in a council, professional union, Komsomol, collective farm etc.

member of the public human resources department

15. *Do they have scientific name, degree, scientific works, inventions and discoveries (what type and when)*
Does he/she have any post-graduate degree, title, scientific work and discovery (what kind and when)

None

16. *What languages (foreign and USSR nation) knows very well*      Lithuanian
Which language (foreign and USSR) does he/she speak freely

17. *What honor titles and national awards do they have*      None
Honorable prizes and state awards

18. *Are they in military register and registered as who (leader, political employee, senior or private, military degree)*
Has been registered in military service and in what capacity (team, political, commanding or military personnel, military rank)      None

19. *Did they belong to brotherhood companies (what type, when, where)*      No
Has he/she been a member of brotherly communist parties (which, where, when)

20. *Did they belong to SSCP (Soviet Socialist Communist Party) before (when, where, reasons for leaving)*      No
Has he/she been a member of CPSU (when, where, reason for quitting)

21. *Did they live abroad, where, when, for how long, reasons for coming back to the USSR*      No
Has he/she lived abroad, when, where, how long, reason for returning to USSR

22. *Who from relatives live abroad, where, for how long, and what is their occupation*      No
Do any relatives live abroad, where, how many and where do they work?

19<u>65</u> y. <u>December</u> m. <u>3</u> d.          *Signature of the person who submitted application to join SSCP*      <u>Konopkina</u>
Personal signature of the applicant to CPSU          *Signature*
          Signature

*List of SSCP members who provided recommendations* – list of CPSU members who provide recommendation:

| *Last and first name, father's name*<br>Last name, first name, patronymic | *In the party since*<br>Member of the party since | *Party card No.*<br>Number of the party membership card | *Place of work and current position*<br>Place of work and position | *Since when the recommending person knowns the person joining SSCP*<br>From what date is recommended to become a member of CPSU |
|---|---|---|---|---|
| 1. Pshopovskaya Irena Aleksandrovna | 1957 | 07384316 | Vilnius factory of electric meters, assembler | 1962 y. |
| 2. Goryachko Larisa Sergeevna | 1960 | 09104548 | Vilnius factory of electric meters, warehouse worker | 1962 y. |
| 3. Zubov Nikolay Vasilevich | 1953 | 03504404 | Vilnius factory of electric meters, master | 1962 y. |

*Recommendations, certified by the secretaries of the initial party organizations to which the recommended individuals belong are enclosed to the questionnaire.*
Recommendations, certified by secretaries of the primary party organizations, which the recommended person is the member of, are attached to the application.
          Decision of the initial party organization public meeting regarding acceptance of the candidate to SSCP member
    Decision of the primary party organization general assembly about accepting a person from candidacy to become CPSU member.
19<u>65</u> y. <u>December</u> m. <u>6</u> d.          *(content)*
          (content)
to accept Tatyana Varfolomeevna Konopkina as a member of CPSU (unanimously)

19<u>65</u> y. <u>December</u> m. <u>6</u> d.          *signature of the initial party organization*      <u>Psholovskaya</u>
signature of the primary party organization secretary
          *SSCP district, city committee decision regarding admission from candidates to SSCP members*
    Decision of the CPSU district committee and the city committee about accepting from candidacy to the CPSU membership.
19<u>65</u> y. <u>December</u> m. <u>17</u> d.  pr. 72          *(content)*
          (content)
By decision of [illegible] and party committee to approve acceptance of comrade Tatyana Varfolomeevna Konopkina as a member of CPSU.
          When issuing a party membership card, write the last name Kadamova based on the marriage certificate
          I-shu # 292059 from October 31, 1964, issued by the Civil Registry Office of the city of Vilnius.

[Seal:]          19<u>65</u> y. <u>December</u> m. <u>17</u> d.          *Signature of the district, city committee secretary* [Signature]

Ex. 8 pg.9 of 143          IFCD001781

5

*Lithuania*          1965 y. <u>December</u> m. 22 d.          Signature of the regional committee, <u>city committee secretary</u>
*[illegible]*                                               Issued party membership card # 1375849

*Note: Due to the fact that contents of the decision regarding admission to SSCP members is entered into the questionnaire, there is no need to enclose extracts from protocols.*
Note: Due to the fact that the content of the decision about accepting the candidate into the CPSU membership is included in the application, no protocol excerpts are needed to be attached.

*L2L printing order No.  471.65.20.000*

IFCD001782

6

3

<div align="center">Recommendation</div>

I, Pshopovskaya Irena Aleksandrovna, a member of CPSU since 1957, party membership card #07384[illegible]16 working at Vilnius electric meter factory since the month of December of 1950.
I know Tatyana Varfoloomeevna Konopkina from working together since May of 1962 to this day.
Comrade Tatiana Varfolomeevna Konopkina came to the factory as a student and she quickly learned the trade of machinist. While working as a machinist, comrade Tataiana Varfoloomeevna Konopkina overfulfills her job duties and normal plan by 115-120%.
Comrade Tatayana Varfoloomeevna Konopkina actively participates in factory and shop's social work
In 1963 comrade Tatayana Varfoloomeevna Konopkina  was elected as a secretary at the shop's Komsomol organization and she was a reputable employee among Komsomol members.
In 1964 comrade Tatayana Varfoloomeevna Konopkina  was accepted as a candidate for CPSU membership.
Tatayana Varfoloomeevna Konopkina is legally married and she is a good wife. She is a modest person in everyday life.

I am recommending comrade Tatayana Varfoloomeevna Konopkina to be accepted as a member of CPSU.

December 2, 1965
Pshopovskaya Irena Aleksandrovna, member of CPSU.

Signature of the member of CPSU from 1957  [illegible] #07384316

Comrade Pshopovskaya Irena Aleksandrovna I certify:

Party committee secretary of the electric meter factory,

December 15 1965,  Ivanov.

[Part of the different page below:]

Was accepted

Tatyana Varfolomeevna is acting respectably at home.

I am recommending comrade Tatayana Varfoloomeevna Konopkina to be accepted as a member of CPSU.

September 1, 1965, Goriachko

Ex. 8 pg.11 of 143

IFCD001783

7

4

Recommendation

I, Goryachko Larisa Sergeevna, a member of CPSU since 1960, party membership card #09104548 working as a warehouse worker at Vilnius electric meter factory from January 1955. I know Tatyana Varfolomeevna Konopkina from working together in production and social work at Vilnius electric meter factory since June of 1962 to this day.
Comrade Tatyana Varfolomeevna Konopkina came to the factory as soon as she graduated school. She quickly learned the trade of the machinist and she constantly overfulfills the job duties by 120%.
The products we submit are only of the best quality. She is very reputable in our team.
Comrade Konopkina actively participates in factory and shop's social work

In 1963 and 1964 comrade Tatayana Varfoloomeevna Konopkina was elected as a secretary at the shop's Komsomol organization.
Tatyana Varfolomeevna is acting respectably at home. I am recommending comrade Tataiana Varfoloomeevna Konopkina to be accepted as a member of CPSU.

September 1, 1965, Goryachko

IFCD001784

8

Signature of the member of CPSU from 1957  [illegible] #09104548

Larisa Sergeevna Goryachko I certify:

Party committee secretary of the electric meter factory

December 15 1965,  Ivanov.

IFCD001785

Recommendation

I, Zubov Nikolay Vasilevich, a member of CPSU since 1953, party membership card # 03504404, working as a master at Vilnius electric meter factory from February 1962.

I know Tatyana Varfolomeevna Konopkina from working together in production and social work at Vilnius electric meter factory since May of 1962 to this day.

Comrade Tatyana Varfolomeevna Konopkina came to the factory as a student. She quickly learned the trade of a machinist. She worked as a machinist and she constantly overfulfills her job duties by 120%. She helps her fellow comrades with words and actions, she because of the first defect-free system and submits her products to [illegible] at the first try.

Comrade Konopkina actively participates in factory and shop's social work and was elected as a secretary at the shop's Komsomol organization in 1963-1964. In 1964 comrade Konopkina was accepted as a candidate for CPSU membership.

Tatayana Varfoloomeevna Konopkina is legally married and is a good wife and a friend to her husband. She is a modest person in everyday life.

I am recommending comrade Tatayana Varfoloomeevna Konopkina to be accepted as a member of CPSU.

September 1, 1965, Zubov

Signature of the member of CPSU from 1953. Party membership #03504404

I certify: Zubov Nikolay Vasilevich

I certify: Party committee secretary of the electric meter factory

December 15 1965, Ivanov.


[Part of a different page below:]

6.12.65    Konopkina

IFCD001786

10

6

## Autobiography

I, Tatyana Varfolomeeevna Konopkina, born on ███████ 1945 at the village of Skrabllinu of the Moleisk region in LSSR in a worker's family. In 1950 we moved to Vilnius and in 1952 I went to school. In 1954 I became a pioneer and in 1960 I entered Komsomol. In 1962 I graduated from school and I started working at the Vilnius factory of electric meters. In 1963 and 1964 I was a secretary of the Komsomol organization of the shop and in 1964 I became a deputy secretary of the Komsomol organization of the shop. In 1964 I became a candidate to the CPSU membership.
Father, Varfolomei Makarovich Konopkin works at a prison #1 as a guard. Mother, Aleksandra Kirilovna Konopkina is a housewife. In 1964 I got married to Aimukhamed Kadamov. My husband is working at a factory of calculating machines as a turner.

6.12.65y.          Konopkina

Ex. 8 pg.15 of 143                                        IFCD001787

11

7

Excerpt from Protocol #7

Party committee assembly of the eclectic meter factory
From 7.XII.1965

Attended:    Ivanov, Parashin, Zubakov,
Tylo, Matveev, Polyakov, Blokhin,
Pashkevichus, Yaremchuk, Zasas,
Baranauskas

Agenda:

1. Acceptance of comrade Konopkina as a members of CPSU

Listeners:            Deputy secretary of party organization of precise-mechanical shop
comrade I. A. Psholovskaya about accepting Tatyana Varfolomeevna
Konopkina into a CPSU membership. Born in 1945, Russian, secondary
education, machinist, candidacy card # 5546329. They recommend
comrade T.V. Konopkina:

Irena Aleksandrovna Psholovskaya, member of CPSU since 1957, party
card # 07384316, knows her from working together in production and
social work since December 1962 till present day.

Larisa Sergeevna Goryachko, member of CPSU since 1960, party card #
09104548, knows her from working together in production and social
work since June 1962 till present day.

Zubov Nikolay Vasilevich, member of CPSU since 1953, party card #
03504404, knows her from working together in production and social
work since May 1962 till present day.

Confirmed:           To approve a decision of party organization of the precise-mechanical
shop from 6.XII.1965 to approve comrade Tatyana Varfolomeevna
Konopkina's CPSU membership. Lenin district committee of the
Lithuania Communist Party is asking to approve this decision.

Secretary of the party committee of Vilnius Factory of Electric Meters [Signature] /A.Ivanov/

Ex. 8 pg.16 of 143                                                                    IFCD001788

12

8

In the Bureau of the Lenin's division of the Communist Party of Lithuania, the candidate for the membership of the Komsomolskaya Platyia Varfolomeyevna.


Claim

I am asking to change my last name when issuing a party membership card. I was Konopkina, now I am Kadamova.


December 17, 1965

Konopkina

IFCD001789

13

9
*Copy*
Copy

*Marriage Certificate*
Marriage Certificate

| | |
|---|---|
| *Citizen*<br>Citizen | Kadamov Aimukhamed |

| | | | |
|---|---|---|---|
| *Year of birth*<br>Date of birth | ▉. 1941 | *Place of birth*<br>Place of birth | TSSR Ashkhabad region village Basher |

| | |
|---|---|
| *and the citizen*<br>and citizen | Tatyana Varfolomeevna Konopkina |

| | | | |
|---|---|---|---|
| *Year of birth*<br>Date of birth | ▉1945 | *Place of birth*<br>Place of birth | Moleitu region, village Skrablina |

| | |
|---|---|
| *Got married*<br>Married | 31.X.1964 October 31, nineteen sixty-four |

---

*About which in the book of the civil records about marriages*
Appropriate entry to that event was recorded in the Book of Marriage Registry on month of October day of 31 year of 1964

*relevant record was made, No.*         2294
under the registration number

*Marriage was registered with the following last names:*
The following family names were adopted thereafter:

| | | | |
|---|---|---|---|
| *for man*<br>husband | Kadamov | *for wife*<br>wife | Kadamova |

*Place of registration*
Place of registration:        Vilnius District Department of Vital Records

*Date of issue*
Date of issue:        y. 1964  m. October.  d. 31

*Place for stamp*
Place for seal                I-ShU        *No.* 292059

*Head of the Civil Record Bureau (signature)*
Head of the department of vital records (signature)

[Stamp:] U. Mezhenene

[Stamp:]
December 17, 1965. I, the notary public of Vilnius State Notary Office, certify that the copy is true to original. While comparing a copy with original, there were no additions, substitutions or omissions noticed.
State price of 0.20 rubles is paid, registered under #2-18540
Notary Public [Signature]

[Seal:] [illegible] Lithuanian SSR. Vilnius [illegible] *[illegible]*

Vilnius topography of publishing standards. Order # 2234-1000

14

There are 9 (nine) sheets of paper numbered and tied in the case.

Instructor of [illegible]

/Kondrashina/

December 17, 1965

IFCD001791

1

Concerning the data of the KGB special archive_Vilnius Lithuania.

Please find attached the copy of personal file of Tatjana Kanopkina_Mother of Jurijus Kadamovas.

Information is related with the candidacy for Communist party membership. It consists of questionnaires, recommendations, a marriage certificate with Aimochamed Kadamov, a protocol with a recommendation for admission as a member of the Communist Party.   (Info is in Russian language).

Due to volume sent in several mails.

Personal file of the Kanopkina membership in the Communist Party was not provided.

IFCD001792

2

Lietuvos Komunistų partijos _Ленинский районный комитет_

г. Вильнюс _комитет Коммунистической партии Литвы

*rajono, miesto pavadinimas/*

*naimenovanie rajona, goroda*

*skyriaus pavadinimas—наименование отдела*

## ASMENS BYLA №
## ЛИЧНОЕ ДЕЛО №

_Конопкина-Кадамова_

*pavardė—фамилия*

_Татьяна Варфоломеевна_

*vardas, tėvo vardas—имя, отчество*

priimtas _из кандидатов_ TSKP narius

priimtas                                          в члены КПСС

Pradėta  196 5 m. ▮▮▮▮▮ d.
Начато           г.            мес.   д.

Baigta  196 5 m. _декабря_ mėn. _17_ d.
Окончено         г.            мес.   д.

На _9_ лапų листах

Lietuvos Komunistų Partijos
PARTARCHYVAS
ПАРТАРХИВ КП Литвы

3435
Apyrašas Nr 43
Опись №
Byla Nr 162
Дело №

Laikraščių ir žurnalų leid. sp. Uža. Nr. 520.65.10000

3



IFCD001794

4

IFCD001795

5

14. Kaip dalyvauja tarybų, profsąjungų, komjaunimo, kolūkių ir kt. darbe _гин обисеивенного_
Какое участие принимает в работе советов, профсоюзов, комсомола, колхозов и т. д. _сидела кадров._

15. Ar turi mokslinį vardą, laipsnį, mokslinių darbų, išradimų ir atradimų (kokių ir kada padaryti) _не имею_
Имеет ли ученое звание, степень, научные труды, изобретения и открытия (какие и к какому времени относятся)

16. Kurias kalbas (svetimas ir TSRS tautų) gerai moka _литовским_
Какими языками (иностранными и народов СССР) свободно владеет

17. Kokius turi garbės vardus ir vyriausybinius apdovanojimus _не имею_
Какие имеет почетные звания и правительственные награды

18. Ar yra karinėje įskaitoje ir kuo (vadovu, politiniu darbuotoju, viršininku arba eiliniu, karinis laipsnis) _не состою_
Состоит ли на военном учете и в качестве кого (командный, политический, начальствующий или рядовой состав, военное звание)

19. Ar priklausė broliškoms kompartijoms (kurioms, kada, kur) _не состояла_
Состоял ли в братских компартиях (каких, когда, где)

20. Ar priklausė TSKP anksčiau (kada, kur, išstojimo priežastys) _не состояла_
Состоял ли в КПСС раньше (когда, где, причины выбытия)

21. Ar gyveno užsienyje, kur, kada, kiek laiko, grįžimo į TSRS priežastys _не жила_
Жил ли за границей, где, когда, сколько времени, причины возвращения в СССР

22. Kas iš giminių gyvena užsienyje, kur, kiek laiko ir kuo užsiima _не живут_
Кто из родственников живет за границей, где, сколько времени и чем занимаются

19 _65_ m. _декабрь_ mėn. _3_ d. Padavusiojo pareiškimą stoti į TSKP asmens parašas _Кононкина_
м-ц д. Личная подпись подавшего заявление о вступлении в КПСС

TSKP narių, davusių rekomendacijas, sąrašas—Список членов КПСС, давших рекомендации:

| Pavardė, vardas, tėvo vardas<br>Фамилия, имя, отчество | Part. stažas<br>Парт.стаж | Partinio bilieto Nr.<br>№ партбилета | Darbovietė ir einamosios pareigos<br>Место работы и занимаемая должность | Nuo kurio laiko rekomenduojantis pažįsta stojantį į TSKP<br>С какого времени рекоменд. знает вступающего в КПСС |
|---|---|---|---|---|
| 1 Пщоловская Ирена Александр | 1957 | 07384316 | Вильнюсский завод электроприборов цех сборщица | 1962 г. |
| 2 Горячко Лариса Сергеевна | 1960 | 09104548 | Вильнюсский завод электроприборов - кладовщица | 1962 г. |
| 3 Зубов Николай Васильевич | 1953 | 03504404 | Вильнюсский завод электроприборов мастер | 1962 г. |

Rekomendacijos, patiudytos sekretorių pirminių partinių organizacijų, kurioms rekomenduojantieji priklauso, pridedamos prie anketos.
Рекомендации, заверенные секретарями первичных парторганизаций, в которых состоят рекомендующие, прилагаются к анкете.

Visuotinio pirminės partinės organizacijos susirinkimo nutarimas apie priėmimą iš kandidatų į TSKP narius
Решение общего собрания первичной парторганизации о приеме из кандидатов в члены КПСС

19 _65_ m. _декабрь_ mėn. _6_ d. (turinys) _Принять т. Кононкину Татьяну_
м-ц д. (содержание) _Варфоломеевну в члены КПСС (единогласно)_

19 _65_ m. _декабрь_ mėn. _6_ d. Pirminės partinės organizacijos sekretoriaus parašas _Пщоловская_
м-ц д. Подпись секретаря первичной парторганизации

TSKP rajono, miesto komiteto nutarimas apie priėmimą iš kandidatų į TSKP narius
Решение райкома, горкома КПСС о приеме из кандидатов в члены КПСС

19 _65_ m. _декабрь_ mėn. _17_ d. nr. _72_ (turinys) _Решение п/о и парткома_
_Кононкину Татьяну Варфоломеевну утвердить принять тов._
_записать Транишина кандидата — члены КПСС при выдаче партбилета_

19 _65_ m. _декабрь_ mėn. _17_ d. Rajono, miesto komiteto sekretoriaus parašas _Ю.Баушис_
мес. д. Подпись секретаря райкома, горкома

19 _65_ г. _декабрь_ мес. _22_ л. Išduotas partbilietas № _1375849_
Выдан партбилет №

Kadangi nutarimų apie priėmimą į TSKP narius turinys įrašomas į anketą, ištraukų iš protokolų pridėti nereikia.
Примечание. Ввиду того, что содержание решений о приеме в члены КПСС записывается в анкету, выписки из протоколов прилагать не следует.

LZL sp. Užs. Nr. 471.65.20.000

6



IFCD001797

7



Рекомендация.

Я, Горячко Лариса Орловна член КПСС с 1960 года партийный билет № 09104548 работала кладовщицей на Вильнюсском заводе электросчётчиков с января м-ца 1955 года. Знаю Конопкину Татьяну Варфоломеевну по совместной производственной и общественной работе на Вильнюсском заводе электросчётчиков с июня м-ца 1962 года по настоящее время.

Тов. Конопкина Т.В. пришла работать на завод после окончания школы. Очень быстро освоила специальность станочницы, и ежедневно выполняет норму выработки на 120%, продукцию сдаёт только отличного качества. Среди нашего коллектива пользуется большим авторитетом.

Тов. Конопкина активно участвует в общественной жизни завода и цеха, в 1963 и 1964 годах она была избрана секретарём комсомольской организации цеха. В 1964 году тов. Конопкина была принята кандидатом в члены КПСС. Татьяна Варфоломеевна в быту ведёт себя достойно.

Рекомендую, тов. Конопкину Татьяну Варфоломеевну принять в члены КПСС

1 сентября 1965 года    Горячко

IFCD001798

8



IFCD001799



Рекомендация.

Я, Зубов Николай Васильевич член КПСС с 1953 года партийный билет №03504404, работаю мастером на Вильнюсском заводе электросчетчиков с февраля м-ца 1962 года.

Знаю Кононкину Татьяну Варфоломеевну по совместной производственной и общественной работе на Вильнюсском заводе электросчетчиков с мая м-ца 1962 года по настоящее время. Тов. Кононкина Т.В. пришла работать на завод ученицей, очень быстро освоила специальность станочницы. Работая станочницей она ежедневно выполняет норму выработки на 120°, помогает товарищам по работе словом и делом, одна из первых в цехе стала работать по бездефектной системе и сдает свою продукцию в ОТК только с первого предъявления.

Тов. Кононкина активно участвует в общественной жизни завода и цеха, она была избрана секретарем комсомольской организации цеха в 1963 и 1964 годах. В 1964 году тов. Кононкина была принята кандидатом в члены КПСС.

Татьяна Варфоломеевна состоит в законном браке и яв-ся хорошей женой и подругой для своего мужа. В быту скромна.

Рекомендую, тов. Кононкину Татьяну Варфоломеевну принять в члены КПСС.

1 сентября 1965 года    Зубов.

Подпись чл. КПСС с 1953г. п/б №3504404 (заверяю) Зубова Николая Васильевича

заверяю: секретарь парткома з-да электросчетчиков    Иванов    15 декабря 1965г.

6-12.65г.    Кононкина

IFCD001800

10



IFCD001801

11



ВЫПИСКА ИЗ ПРОТОКОЛА № 7

заседания парткома завода Электросчетчиков
от 7.ХП.1965г.

Присутствовали: Иванов, Парашин, Зубаков,
Тыло, Матвеев, Поляков, Блохин,
Пашкевичус, Яремчук, Засас,
Баранаускас

ПОВЕСТКА ДНЯ:

I. Прием в члены КПСС тов. КОНОПКИНУ  Т.В.

СЛУШАЛИ:   Зам.секретаря партийной организации точно-
механического цеха т. Пщоловскую И.А. о приеме
в члены КПСС КОНОПКИНУ ТАТЬЯНУ ВАРФОЛОМЕЕВНУ,
1945 г. рождения, русская, образование среднее,
станочница, кандидатская карточка № 5546329.

Рекомендуют т. Конопкину Т.В. :

Пщоловская Ирена Александровна, член КПСС с
1957 г., п/б № 07384316, знает по совместной
производственной и общественной работе с 1962г.
декабря м-ца, по настоящее время.

Горячко Лариса Сергеевна , член КПСС с 1960г.
п/б № 09104548, знает по совместной производстве
ной и общественной работе с июня м-ца 1962г.
пот настоящее время.

Зубов Николай Васильевич , член КПСС с 1953г.
п/б № 03504404 , знает по совместной и произ-
водственной работе с мая м-ца 1962г. по настоя-
щее время.

ПОСТАНОВИЛИ: Утвердить решение п/о точно-механического
цеха от 6.ХП.1965г. принять в члены КПСС
станочницу КОНОПКИНУ Татьяну Варфоломеевну.
Просить Ленинский РК КП Литвы утвердить данное
решение. .

Секретарь парткома ВЗЭС:        /А.ИВАНОВ/

IFCD001802

12



IFCD001803

13

**Sutuoktuvių liudijimas**

**Свидетельство о браке**

Pilietis / Гражданин — *Кадалов Аймукомед*

Gimimo metai / Год рождения — *18.X.1941 г.* Gimimo vieta / Место рождения — *Т.ССР Ашхабадский рон. с/с Башр*

ir pilietė / и гражданка — *Конопкина Татьяна Бантрамеевна*

Gimimo metai / Год рождения — ███ *1945 г.* Gimimo vieta / Место рождения — *р-н Молетұ дер. Скрабмину*

susituokė / вступили в брак — *31.X.1964   31-го октября тысяга деветкот шестидесат гитвертого года*

Apie ką civilinės metrikacijos sutuoktuvių knygoje
О чем в книге записей актов гражданского состояния о браке

19 *64* metų / года — *октябрь* — mėnesio / месяц — *31* — dieną / число

padarytas atitinkamas įrašas, eil. Nr. *22 94*
произведена соответствующая запись за

Sutuoktuvės įregistruotos šiomis pavardėmis:
После регистрации брака присвоены фамилии:

vyrui / мужу — *Кадалов* — žmonai / жене — *Кадалова*

Registracijos vieta / Место регистрации — *Отдел ЗАГС   г. Вильнюс*

Išdavimo data 19 *64* m. / г. — *октябрь* — mėn. / м-ц — *31* d.
Дата выдачи

*1 — ИНО* Nr. *292059*

A. V.
М. П.

Civilinės metrikacijos biuro vedėjas (parašas)
Заведующий Бюро записей актов гражданского
состояния (подпись)

*17. декабр 196** г. Я, Нотар... Меженене 10.
Вильнюсской Государственной Нотариальной Конторы
свидетельствую верность этой копии с подлинником ...
При сличении копии с подлинником, в последнем подчисток,
приписок, зачеркнутых слов и других особенностей ...
оказалось.
...ыскано госпошлины 0.20 руб. По реестру № 1-18540
Нотариус*

*Вильнюсская тип., изд-во стандартов. Зак. № 2034—1000*

14



IFCD001805

KGB Special Archive data on Varfolomei Kanopkin

1

Concerning the data of the KGB special archive_Vilnius Lithuania.

Please find attached the copy of personal file of Varfolomej Kanopkin_Grandfather of Jurijus Kadamovas.
Information has status of strictly confidential and is related with information relating to service in the Ministry of the Interior, participation in World War II, and work as a prison controller after the war, sergeant. It consists of different questionnaires, recommendations, a health certificate and etc.



IFCD003156

2



IFCD003157

3



IFCD003158

4



5



IFCD003160

6



IFCD003161

7



IFCD003162

8



IFCD003163

9



IFCD003164

10



IFCD003165

11



IFCD003166

12



IFCD003167

13



IFCD003168

14



IFCD003169

15



IFCD003170

16



IFCD003171

17



Ex. 8 pg.50 of 143

IFCD003172

18



СЛУЖЕБНАЯ ХАРАКТЕРИСТИКА

на надзирателя тюрьмы № I МВД Литовской ССР
младшего сержанта -

КОНОПКИНА Ворфоломея Макаровича,
1910 года рождения, по националь-
ности русский, образование низшее.
В органах МВД работает с 1951 года.

Товарищ Конопкин за время работы в тюрьме № I
МВД Литовской ССР показал себя с положительной стороны.
К работе относится добросовестно, исполнительный, дисципли-
нированный, в обращении вежлив. Проводимые занятия в
смене по политической и специальной подготовке аккуратно
к усваивает преподаваемый материал. Принимает участие в
общественных мероприятиях тюрьмы.

Идеологиски выдержан, морально устойчив, работает
над повышением своего идейно-политического и общеобразо-
вательного уровня. В быту ведет себя скромно.

Товарищ Конопкин достин повышения в должности на
надзирателя I-й КАТЕГОРИИ.

НАЧАЛЬНИК ТЮРЬМЫ № I МВД ЛИТОВСКОЙ ССР
КАПИТАН -        /БАЛЬЧУНАС/

" 11 " Сентября 1953 года.

19

1997    14 (3)

Приложение № 1

# ЗАЧЕТНЫЙ ЛИСТ

Прохождения обучения надзирателем тюрьмы № 1 МВД Литовской ССР

*Конопкина*

*Варфоломея Макаровича*

Принят на работу в тюрьму „18" декабря 1950 г.

Начал обучение „18" декабря 1951 г.

| Наименование темы (предмета) | Когда принят зачет (дата) | Оценка | Расписка, руководителя, принявшего зачет (писать разборчиво с указанием должности) |
|---|---|---|---|
| **Специальная подготовка** | | | *Ком. динст* |
| Режим содержания заключенных | 24. 02. 52 | хорошо | *Лит Петраускас* |
| Организация службы тюремного надзора и наружной охраны тюрем | 24. 02. 52 | посред | *Лит Петраускас* |
| Конвоирование заключенных | 24. 02. 52 | посред | *Лит Петраускас* |
| Технические средства охраны | 24. 02. 52 | посред | *Лит Петраускас* |
| Действия в случаях нападения на тюрьму, бунта или побега заключенных, пожара в тюрьме и воздушного нападения | 24. 02. 52 | посред | *Лит Петраускас* |
| Режим содержания и конвоирование заключенных, осужденных к ВМН | 24. 02. 52 | посред | *Лит Петраускас* |
| **Военная подготовка** (Первая часть программы) | | | *вл. инструктор 4-х капитан* |
| Строевая подготовка | 27.09.52 | посред | *Гальмарук* |
| Огневая подготовка (ведение огня из винтовки по неподвижной цели) | 17.09.52 | отлично | *Гальмарук* |
| Санитарная подготовка | — | — | |
| Химическая подготовка | — | — | |
| Уставы | 13.11.52 | посред | *Гальмарук* |
| (Вторая часть программы) | | | |
| Тактическая подготовка | — | — | |
| Огневая подготовка (материальная часть гранат и зажигательные бутылки) | — | — | |

„ 3/" августа 1955 года

IFCD003174

20



IFCD003175

21



22



IFCD003177

23



IFCD003178

24



IFCD003179

25



IFCD003180

26



IFCD003181

27



IFCD003182

28



Копия

АВТОБИОГРАФИЯ

Я, гражданин КАНОПКИН Варфоломей Макарович родился в 1910 году в деревне Сташкунишки, Ширвинтской волости, Укмергского уезда, в семье бедняка.

С малых лет пошел работать на стройки домов и учился. Потом взяли меня в армию в 1944 году. Демобилизовался в 1945 году и работал в разных местах. Образование имею два класса, дальше учиться было не на что.

С заграницей связи не имею.

Женат, имею жену и трое детей. Проживаю в гор.Вильнюс ул. Свирню 7.

КАНОПКИН.

Копия верна: СТАРШИЙ ОПЕРУПОЛНОМОЧЕННЫЙ ОК МВД ЛИТОВСКОЙ ССР — ЛЕЙТЕНАНТ

/ РАЙНИС /

- 6 марта 1952 года

IFCD003183

29

Автобиография

Я гр-н Канопкин Варфоломей Макрович, Родился в 1910 году в деревне Сташкунишки Ширвинтй волости Уезд Укмерге, Из семии бедняков сам беземельных работать приходилось тяжело из маних лет помог постройком домов учился После всего мина в армию вделы в 1944 году Домобилизовался в 1945 году и работал там где приходилось Кому нужено были рабочие зарабатывал прожитие макаровии образование умию мало всего два класа небыли из того учить родителам Когда Куски Хлеба мало было, укупировал небыл в немцах работать тягние неработал небыл связи ненужем: Даное время я находюсь семебному имею шену трое детей: проживаю в г. Вильнюсе ул. Старню 7.

Канопкин,

Если ранее состоял в другом гражданстве или подданстве указать в каком именно, когда принял гражданство СССР и какими документами оформлено.

гр-н СССР, в другом поддан-стве не состоял.

30



IFCD003185

31



IFCD003186

32

Личный листок по учету кадров (Soviet personnel record form). Partially handwritten entries include:

Пролетарии всех стран, соединяйтесь!

**ЛИЧНЫЙ ЛИСТОК ПО УЧЕТУ КАДРОВ**

Место для фото-карточки

Фамилия *Канонкин* имя *Варфоломей* отчество *Макарович*

1. Пол *муж.* 2. Год и месяц рожд. _____ 3. Место рождения *Вильнюсская обл. Малятский с/с, д. Скоровлянцы, Щербина* 4. Национальность *русский*

5. Соц. происхождение: а) бывш. сословие (звание родителей) *из крестьян*, б) основное занятие родителей до Октябрьской революции *с/х-во*, после Октябрьской революции *с/х-во* 6. Основная профессия (занятие) к моменту вступления в партию _____ 7. Соц. положение *колхозник* 8. Партийность *б/п* (стаж по этой профессии) _____ 9. Какой организацией принят в члены ВКП(б) _____

10. Партстаж _____ № партбилета _____ или к. карт. _____ (месяц, год)

11. Стаж пребывания в ВЛКСМ с _____ по _____ 12. Состоял ли в других партиях (каких, где с какого и по какое время) _____

13. Состоял ли ранее в ВКП(б) *нет* с какого и по какое время _____ (да, нет) и причины исключения или выбытия _____

14. Были ли колебания в проведении линии партии и участвовал ли в оппозициях (каких, когда) *не было*

15. Образование *3 класса*

| Подробное название учебного заведения (вуза, втуза, техникума, комвуза, школы и пр.) его местонахождение | Название факультета или отделения | Дата, (м-ц, год) | | Окончил или нет | Если не окончил, то с какого курса ушел | Какую узкую специальность получил в результате окончания учебн. заведен. |
|---|---|---|---|---|---|---|
| | | Вступления | Окончания или уход | | | |
| | | | | | | |

16. Имеет ли научные труды и изобретения *нет* перечень научных трудов и изобретений (да, нет) с указанием, по каким вопросам и где опубликованы, необходимо дать в приложении.

17. Был ли за границей сам или родственники *нет* (да, нет)

| Дата (м-ц, год) | | В какой стране (указать город, место) | Цель поездки (пребывания) |
|---|---|---|---|
| с какого времени | по какое время | | |
| | | | |
| | | | |

33



IFCD003188

34



IFCD003189

35



IFCD003190

36

СВИДЕТЕЛЬСТВО О БОЛЕЗНИ № 162

" октября " 197 3 г. Гарнизонная

МВД Литовской ССР освидетельствовала _____ военно-врачебная комиссия Медотдела

1 Фамилия, имя и отчество К О Н О П К И Н Варфоломей Макарович

2 Воинское звание СТ .сержант _____ (полностью) 3. Войсковая часть ___ 04 12/35

4 Год рождения 1910 С какого времени служил в Советской Армии (ВМС) в МВД СССР органах МВД с 1951г. по настоящее время . (год и месяц)

5 Место постоянного жительства до военной службы Вильнюс ул.Тримиту 40-2

6 Каким военкоматом принят на военную службу ПРИНЯТ по найму . (район, область, республика)

7 Партийность б/п _____ Образование 2кл . _____ Профессия нет

8 Рост 157 см. Вес тела 60 кг. Окружность грудной клетки 82 см.

9 Жалобы На периодический сухой кашель по утрам, охриплость голоса .онеме- ние левой руки,одышку,учащенное сердцебиение при физической нагрузке .Понижение остроты зрения .

10.с 1959г. амбулаторно диагностирован хронический бронхит,который обострялся 1-2 раза в год.,пользовался листком нетрудоспособности по 10-12 дней.лечился амбулаторно.В 1966г. диагностирован очаговый туберкулез легких /фаза уплотнения .лечился амбулаторно,специфическое лечение не принимал,

10 Краткий анамнез (указать, когда получено ранение, контузия, заболевание) получил санаторно-курортное лечение с улучшением.С 1967г. явления очагового туберкулеза легких не констактируется .С 1970г. появилась одышка,особенно при физ.нагрузке, онемение левой руки,цианоз губ,учащенное сердцебиение,не лечился.В 1971году была почечная колика справа .Лечился в стационаре в госпитале МВД Лит .ССР ,вышел камень и с 1971г. по поводу заболевания почек не лечился .Острота зрения стала понижаться более 5 лет .к окулисту не обращался,очками не пользуется .

11 Находился на лечении (исследовании) (лечебные учреждения и время пребывания в них) Стацлеч . в госпитале МВД Лит .ССР с 6/II-3/III-1970г .,30/УI-9/УII-1971г .

12 Применявшиеся лечебные мероприятия: Медикаментозное,физиотерапевтическое .

13 Находился в отпуске по болезни и на санаторном лечении (когда и где) Туб .санаторий ...ров" в 1966г.

14 Объективные признаки болезни:Правильного телосложения,нормального питания .Кожа и видимые слизистые нормальной окраски .Костно-мышечная система и суставы в ...периферические лимфатические узлы не увеличены.Цианоз слизистых губ. ... ритмичный 70 в 1 минуту .Левая граница сердца на 1 .см. кнаружи от ле- ... ритмичный 70 в 1 минуту .Левая граница сердца на 1 .см. кнаружи от ле- ... среднеключичной линии,акцент II-го тона над аортой,тоны сердца ритмичные ...нушены .АД-140/90мм .рт.ст .В легких единичные сухие хрипы,перкуторно над ...гочный звук .Число дыханий 18 в 1 минуту,при физ.нагрузке 20-25 в ...минуту .Живот мягкий,безболезненный .Печень и селезенка не увеличены.Почки ...пальпируются,симптом Пастернацкого отрицательный .периферических отеков ...Черепно-мозговые нервы в норме .Сухожильные рефлексы положительные,зра- ...равны .левым,патологических нет .Чувствительность не нарушена .В позе Ром- ...а устойчив .Острота зрения на правый глаз 0,6 с коррекцией (+)1,0Д= ось ...=0,8, на левый глаз 0,8 с коррекцией (-)1,0Д ось 90°=0,8 .Глазное дно без ...ологических изменений .Слух шепотная речь 6/6м.

15 .Рентгеноскопия органов грудной клетки от 22/Х-73г .Прозрачность ле- ...ных полей повышена .Корни легких широкие,ветвистые .очаговые и инфильтра- ...ных изменений нет .

IFCD003191

37



IFCD003192

38

15. Результаты специального исследования (лабораторного, рентгеновского и др.)
ЭКГ от 19/X-73г. Ритм синусовый 70 в 1 минуту .Легкая внутрижелудочковая блокада.
Анализ крови и мочи от 19/X-73г. без изменений.

16. Название болезни (по-русски) Атеросклеротический кардиосклероз.Хронический бронхит .Эмфизема легких.Легочно-сердечная недостаточность первой степени .близорукость,острота зрения на правый глаз 0,6 с коррекцией (-)1,0Д ось 90°=0,8,на левый глаз 0,3 с коррекцией (-) Д= ось 90° = 0,6.

17. Постановление военно-врачебной комисси:
   а) на основании ст. 26-в,24-в,94-ц _____ гр. __у__ «Расписания болезней и физических недостатков» приказа МООП за № 270 от 1968г.
Годен к службе вне строя в мирное время,ограниченно годен первой степени в военное время. (прописью и полно указать постановление военно-врачебной комиссии)

   б) ранение, контузия, травма, увечье, заболевание получено: Заболевание получено в период прохождения военной службы.

18. Следовать пешком ___да___ может (да, нет — указать прописью).

19. В провожатом ___нет___ нуждается (да, нет — указать прописью)

Председатель военно-врачебной комиссии
Подполковник м/с                                    /Левина/

Секретарь военно-врачебной комиссии                 /Сидорова/

М. П.        Почтовый адрес  военно-врачебной  комиссии: г. Вильнюс ул. Серакаускаса № 5

### РЕШЕНИЕ ВЫШЕСТОЯЩЕЙ ВОЕННО-ВРАЧЕБНОЙ КОМИССИИ

На основании ст.26-в (двадцать шесть-в), 24-в (двадцать четыре -в) 94-ц (девяносто четыре-ц) гр. у приказа МВД СССР № 270-1968 г. ГОДЕН К СЛУЖБЕ ВНЕ СТРОЯ В МИРНОЕ ВРЕМЯ, ОГРАНИЧЕННО ГОДЕН ПЕРВОЙ СТЕПЕНИ В ВОЕННОЕ ВРЕМЯ. Заболевание получено в период прохождения военной службы. Протокол № 42 от 26/X-1973 г.

ПРЕДСЕДАТЕЛЬ ВВК МВД ЛИТОВСКОЙ ССР
ПОДПОЛКОВНИК М/СЛУЖБЫ=                    (СЕРАНИКОВ)

IFCD003193

39



IFCD003194

40

41

СПРАВКА

Фамилия, имя, отчество _Кононкин Варфоломей Макарович_

из органа МВД уволен „ _8_ " _Ноября_ 19_73_ г.

азом _Начальника тюрьма № 1 УИТУ МВД лит сдр_
_№ 53 от 16 - ноября 1973 года._
_В связи с уходом на пенсию по старости_

(причина увольнения)

Личное дело на ___39___ листах с приложением материалов спецпроверки на ___13.___ листах

…вкой перепиской на ___2.___ листах подлежит в соответствии приказа № 00970 хранению

… Спецотделе МВД Литовской ССР.

_Инс. уч. кадров тюрьма № 1 УИТУ МВД Лит сср_
_капитан_            (_Осмоловский_)
_февраля_ 19_74_ г.        _подпись_

№ 10

318

IFCD003195

41



IFCD003196

42



IFCD003197

43



44



IFCD003199

45



IFCD003200

46



IFCD003201

47



IFCD003202

48



IFCD003203

49

UAB_Fond...

...IMUNGASN ARCH

**Опись**

материалов спецпроверки на Конопкина В. М.

| № № п/п | Наименование документов | № № лис. об. | Примечание |
|---|---|---|---|
| 1 | Копия заключения по спецпр. | 1 | |
| 2 | Ответ Ширвинтского РО МГБ | 2 - 5 | |
| 3 | Отнош. ОРУ1 УМГБ Вилкомирского | 6. | |
| 4 | Ответ 6 отд. мил. гор. Вилен. | 7-9 | |
| 5 | Запрос в отд.н "А" УМГБ Вилн.об. | 10 | |
| 6 | Запрос в отд. "А" УГБ Лит. сер. | 11 | |
| 7 | Копии запросов | 12-13 | |

Ст. инспектор гр. кадров тюрьмы № 1 УМЗ МВД лсср
ст. лейтенант [подпись] (Б. Зубичюс)

---

ЗАМ. МИНИСТРА ВНУТРЕННИХ ДЕЛ
ЛИТОВСКОЙ ССР - М А Й О Р
(подпись)
. . марта . 52 КУЧИНСКАС /

СОВ. СЕКРЕТНО

**ЗАКЛЮЧЕНИЕ**
по специальной проверке

19 52 г. . 6 . марта ., Я. старший оперативный уполномоченный 1-го отделения отдела кадров МВД Литовской ССР лейтенант РАЙНИС, рассмотрев материалы спецпроверки, собранные в соответствии с приказом НКВД СССР от 8 июня 1941 года за № 00218 00738 на гр. КАНОПКИНА В.М.

Н А Ш Е Л:

Фамилия    К А Н О П К И Н    Имя    Варфоломей

Отчество    Макарович    год рождения    1910 года

Место рождения дер. Скороблинцы, Ширвинтского района, Вильносской области Литовской ССР

по соц. происхождению Из крестьян-бедняков

положению    Служащий    национальность    Русский

партийность    Беспартийный    образование    Низшее

специальность    Плотник

семейное положение    Женат

Согласно утвержденного плана специальной проверки на проверяемого КАНОПКИНА В.М.
(фамилия)
и его родственников

Отца- КАНОПКИНА Макара 1861 года рождения,
Мать - КАНОПКИНУ Марту Дементьевну 1861 года рождения,
Брата- КАНОПКИНА Ивана Макаровича 1901 года рождения,
Брата- КАНОПКИНА Поликарпа Макаровича 1908 года рождения,
Жену - КАНОПКИНУ Полину Александру Кирилловну 1910 года рождения,
Отца жены - ПОЛЯКОВА Кирилла Фомишовича 1870 года рождения,
Мать жены - ПОЛЯКОВУ Марту Дементьевну 1870 года рождения,
Брата жены - ПОЛЯКОВА Якова Кирилловича 1910 года рождения,
Брата жены - ПОЛЯКОВА Афанасия Кирилловича 1905 года рождения.

поступили следующие данные    Проверка проведена по:
Ширвинтскому РО МГБ Вильносской области,
6 отделению милиции, гор. Вильнюс.

В процессе специальной проверки отрицательных данных не поступило. Анкетно-автобиографические данные с материалами спецпроверки сходятся.

---

50



Литовская ССР
МИНИСТЕРСТВО ВНУТРЕННИХ ДЕЛ
УПРАВЛЕНИЕ МГБ

21 " XI 19 51 г.
№ 2543
г. Ширвинтос

ВХ. 6202 " Сов. секретно.

ЗАМ. МИНИСТРА ВНУТРЕННИХ ДЕЛ ЛИТОВСКОЙ ССР
МАЙОРУ товарищу – КУЧИНСКАСУ

гор. Вильнюс.

На' Ваш Р- 2/I/22-003198 от 17.X.51 г.

Сообщаем, что проверяемый Вами КАНОПКИН Варфаламей Макаро-
вич 1910 г.р. действительно происходит из дер. Сташкушшки,
Ширвинтского района, Вильнюсской области, по соц. происхожде-
нию из крестьян-середняков.
    Компроматериалами на проверяемого и его родственников не
располагаем.

        ПРИЛОЖЕНИЕ: На 3-х листах.

НАЧ. ШИРВИНТСКОГО РО УРБ
ПОДПОЛКОВНИК                    / МНАЦАКАНОВ /

Исп. Полковников.

На основании изложенного ПОЛАГАЛ БЫ возможным КАНОПКИНА Варфоломея Ива-
вича на работе в органах МВД оставить, спецпроверку по месту рождения считать
законченной.
    ПРИМЕЧАНИЕ: при отказе по мотивам наличия проверяемого или родственников сов. секретных материалов указать,
    какого органа эти материалы и где они хранятся.
    СПРАВКА: материалы спецпроверки на 12 листах приобщены к личному делу,
на листах возвращены в

        Старший Оперуполномоченный 1-го отделения Оо МВД Литовской ССР
                                                        / РАГНЮС /
СОГЛАСЕН:
            Начальник 1 ОТДЕЛЕНИЯ Оо МВД ЛИТОВСКОЙ ССР
            " " марта 1952 года    (подпись) СТАРШИЙ ЛЕЙТЕНАНТ / ДОРО

51



Ex. 8 pg.84 of 143

IFCD003206

52



IFCD003207

53



54



IFCD003209

55



IFCD003210

56



IFCD003211

57

LIETUVOS YPATINGASIS ARCHYVAS
LIETUVOS YPATINGASIS ARCHYVAS

Нач-ку 6-го о/м г. Вильное
К-ну милиц. т. Езнорскому
от уч. уполн. 6-го о/м
мл. л-та милиц. Черкасова

9

Рапорт

Доношу до Вашего сведения, что согласно запроса МВД за № 2/1/22-003197 от 17 октября 1951 мною произведена установка на гр-на Канонкин Варфоломей Макарович 1910 г. рожд. и установлено: что гражданин Канонкин Варфоломей Макарович 1910 г. рождения проживает по адресу г. Вильное ул. Свирко № 7 кв 2, по данному адресу гр. Канонкин В.М. проживает с 13 сентября 1951 г. В г. Вильное гр. Канонкин В.М. приехал из деревни Скоблины Малятского района, по словам гр. Лежиной А.И. и Лежиной [illegible] проживающих по ул. Свирко № 7 кв. 1, гр. Канонкин В.М. ~~водит~~ которые его знают с 13 сентября 1951 г., то Канонкин В.М. ведет нормальный образ жизни. Больше собрать что-либо на гр. Канонкина В.М. не можем, в виду того что он в г. Вильное мало живет, [illegible]

16-XI-51 г.

уч. уполн. 6-го о/м г. Вильное
мл. л-та милиц. Черкасов

58



МВД ЛИТОВСКОЙ ССР
ОТДЕЛ КАДРОВ
№2/1/22- 003198

... октября 1951 года
г.Вильнюс

Сов. секретно
экз.№ 1

НАЧАЛЬНИКУ Отд. А УМГБ
Вильнюсской области
гор. Вильнюс

Нами проверяется оформляемый на работу в органы МВД Литовской ССР в качестве надзирателя тюрьмы № 1 КАНОПКИН Варфоломей Макарович , 1910 года рождения , уроженец дер. Сташкунишки , Ширвинтской волости , Укмергского уезда ( Ширвинтский район , Вильнюсской области ) , который в анкетных данных указал, что он до 1944г. проживал по месту рождения , работал в сельском хозяйстве , с 1947г. по 1945г. служил в Советской Армии . В настоящее время проживает в гор.Вильнюс .

Его родственники :

Отец    — КАНОПКИН Макар 1861 года , умер в 1921г.
Мать    — КАНОПКИНА Марфа Дементьевна , 1861г., работает
          в колхозе.
брат    — КАНОПКИН Иван Макарович , 1901 года рождения
брат    — КАНОПКИН Поликарп Макарович , 1908 года рождения
брат    — КАНОПКИН Поликарп Макарович , 1908 года рождения,
          погиб на фронте в 1944г.

          Все уроженцы и жители по месту рождения проверяемого , работают в колхозе.

Родственники жены :

жена    — КАНОПКИНА-ПОЛЯКОВА Александра Кирилловна, 1920г.
          рождения , уроженка дер. Скоробляжцы, Майятского
          сельсовета, Ширвинтского района,Вильнюсской обл.
Отец жены—ПОЛЯКОВ Кирилл Фелямеевич , 1870 года рождения .
Мать жены—ПОЛЯКОВА Марфа Дементьевна , 1870 года рождения .
брат жены—ПОЛЯКОВ Яков Кириллович , 1910 года рождения,
          погиб на фронте. в 1944г.
брат жены—ПОЛЯКОВ Афанасий Кириллович , 1908 года рождения.

          Просим Вас проверить и сообщить не располагаете ли Вы какими-либо компрометирующими материалами на вышеуказанных лиц.
          Начальника РО МГБ спецпроверку просим обязательно подтвердить справкой с/с о социмущественном происхождении и положении проверяемого и его родственников.

          Ответ просьба не задерживать.

          ЗАМ. МИНИСТРА ВНУТРЕННИХ ДЕЛ ЛИТОВСКОЙ ССР
          МАЙОР :-                 / КУЧИНСКАС /

          НАЧАЛЬНИК 1 ОТДЕЛЕНИЯ ОК МВД ЛИТ.ССР
          СТ. ЛЕЙТЕНАНТ :-           / ВОРОНОВ /



59

Совершенно секретно

Копия

Сов. секретно
экз. № 4

...ЛИТОВСКОЙ ССР
...ОТДЕЛА КАДРОВ
...1/22- 003198

...ября 1951 года
...ВИЛЬНЮС

НАЧАЛЬНИКУ ...

гор.

Нами проверяется оформляемый на работу в органы МВД Литовской ССР в качестве надзирателя тюрьмы № 1 КАНОПКИН Варфоломей Макарович , 1910 года рождения , уроженец дер. Сташкунишки , Ширвинтской волости , Укмергского уезда ( Ширвинтский район , Вильнюсской области ) , который в анкетных данных указал , что он до 1944г. проживал по месту рождения , работал в сельском хозяйстве , с 1947г. по 1945г. служил в Советской Армии . В настоящее время проживает в гор. Вильнюс .

Его родственники :

Отец   — КАНОПКИН Макар 1861 года , умер в 1921г.
Мать   — КАНОПКИНА Марфа Дементьевна , 1861г., работает в колхозе.
Брат   — КАНОПКИН Иван Макарович , 1901 года рождения
Брат   — КАНОПКИН Поликарп Макарович , 1908 года рождения
Брат   — КАНОПКИН Поликарп Макарович , 1908 года рождения, погиб на фронте в 1944г.

Все уроженцы и жители по месту рождения проверяемого , работают в # колхозе.

Родственники жены :

Жена   — КАНОПКИНА-ПОЛЯКОВА Александра Кирилловна , 1920г. рождения , уроженка дер. Скородянцы , ...литского сельсовета , Ширвинтского района , Вильнюсской обл.
Отец жены— ПОЛЯКОВ Кирилл Фелямеевич , 1870 года рождения .
Мать жены— ПОЛЯКОВА Марфа Дементьевна , 1870 года рождения ,
Брат жены— ПОЛЯКОВ Яков Кириллович , 1910 года рождения, погиб на фронте. В 1944г.
Брат жены— ПОЛЯКОВ Афанасий Кириллович , 1908 года рождения.

Просим Вас проверить и сообщить не располагаете ли Вы какими-либо компрометирующими материалами на вышеуказанных лиц.

По МГБ спецпроверку просим обязательно подтвердить справкой с/с о социмущественном происхождении и положении проверяемого и его родственников.

Ответ просьба не задерживать.

ЗАМ. МИНИСТРА ВНУТРЕННИХ ДЕЛ ЛИТОВСКОЙ ССР
МАЙОР:-                    / КУЧИНСКАС /

НАЧАЛЬНИК 1 ОТДЕЛЕНИЯ ОК МВД ЛИТ...
СТ. ЛЕЙТЕНАНТ:-            / ВОРОНОВ /

60



61



Архивные материалы

Канопкин Варфоломий
Макарович

IFCD003216

62

ОПИСЬ

архивных материалов на Конопкина В.М.

| № № п/п | Наименование документа | № № листов | Примечание |
|---|---|---|---|
| 1 | Справка об уточн. автоб. данн. | 1 | |
| 2 | Лист званий и назначений | 2 | |

410

СОВ. СЕКРЕТНО

СПРАВКА
об уточнении автобиографических и учетных данных
сотрудника МГБ Литовской ССР

1. Фамилия Конюпкин    2. Имя Варфоломей    3. Отчество Макарович
4. Звание мл. сержант    5. Должность и какого органа Надзиратель Тюрьмы № МВД Литовской ССР
6. Партийность беспартийный    7. Партстаж _____ (месяц, год)    8. № партбилета _____
9. № канд. карточки _____    10. № комсом. билета _____
11. Какой организацией выдан. _____
12. Подвергался ли партийным и комсомольским взысканиям _____

| Дата (месяц, год) | Кем наложено взыскание | За что (сущность дела) | Какое наложено взыскание | Когда и кем взыскание снято |
|---|---|---|---|---|
| | | | | |

13. Какие имеются правительственные награды

| Когда награжден дата указа или приказа | За что награжден | Чем награжден (наименование орденов и медалей) | № № наградных знаков | № № наградных документов | Награда получена или нет |
|---|---|---|---|---|---|
| | | | | | |

IFCD003217

63



IFCD003218

64



65



IFCD003220

66



67



LIETUVOS YPATINGASIS ARCHYVAS

IFCD003222

68



IFCD003223

69



IFCD003224

70



IFCD003225

71



72



IFCD003227

73



IFCD003228

1 | P a g e

*Personal File of Kanopkin Varfolomei Makarovich*

IFCD003229

**2 |** P a g e

SPECIAL ARCHIVES OF LITHUANIA                    [Blurry image of a page]

THE PAGE OF DOCUMENT USE


Foundation Number V – 4

Case No 42270

**3 |** P a g e

# Part I

1. Reference as per form 1
2. Conclusion regarding the appointment of the worker

IFCD003231

**4 |** P a g e

Description of the Documents

1. Reference as per form 1

## Reference

Comrade KANOPKIN Varfolomei Makarovich          without rank

Since 17 December 1951 has been working as a prison warden of Prison No 1 of the Ministry of the interior of The Lithuanian SSR

1. Basic information about the worker

Date and place of birth – year 1910, Skoroblinci village in Shirvintos district, Vilnius region.

Nationality – Russian, social position – working,    member of Communist Party (b) since (illegible).

Communist party ticket number – [None] Education – primary,  finished 3 classes

Speciality – carpenter                Family situation – married

Has he been a member of CP(b) before – No

Has he been a member of other parties – No

Has he served in the army of white governments and when – No

Has he been abroad – No

Has he been taken prisoner or been in besiegement – No

KNowledge of foreign languages – Polish

Has he taken part in the activities of the opposition or expressed doubts – No

Awards – Medal „For Courage", „For Victory agains Germany in the Great Patriotic War 1941 – 1945"

Data about elected postions – None

2. Work in the past

1927 – 1940 – worker, hired carpenter working for private persons in Staskunishkiai village, Shirvintos parish, Ukmerge county of Lithuania.

1940 – 1941 – private in the Lithuanian division in Ukmerge town in The Lithuanian SSR

1941 – 1944 -  – worker, hired carpenter working for private persons in Staskunishkiai village, Shirvintos parish, Ukmerge county of Lithuania.

1944 – 1945 – private within the structure of the I- st Byelorussian Front.

1945 – 1951 – worked in the agricultural sector in the collective farm „Kapsy" in Skoroblincy village in Shirvintos district, Vilnius region, The Lithuanian SSR.

**5 |** P a g e

Since 1 December 1951 has been working as a prison warden of Prison No 1 of the Ministry of the interior of The Lithuanian SSR, Vilnius city.

3.  Party and work – related reference

Reference – checks regarding personal case took place in year 1951, negative data is absent.

Signature: Deputy Minister of the Ministry of Internal Affairs M A J O R        Kuchinskas

12 March 1952

# Part II

**6 |** P a g e

1. Track record on 10 pages.

Signature:

Senior Inspector in charge of staff of Prison No 1 (illegible) Senior Lieutenant B. Zuyevichus

## MINSTRY OF INTERNAL AFFAIRS OF USSR

## TRACK RECORD

## of

### *Comrade KaNopkin*

### *Varfolomey Makarovich*

1. Junior Sargeant [abbreviation Not clear] with the Ministry of Internal Affairs  Lit.SSR No 213 from 17.06.1952.
2. Sargeant [abbreviation Not clear] with the Ministry of Internal Affairs Lit.SSR No 686 from 03.08.1955.

   Inspector of the Staff Department of Prison No 1
   Captain …signature….. (A.Ostopovskij)

IFCD003234

**7 |** P a g e

1. Name, surname and patronymic    Kanopkin Varfolomey Makarovich
2. When was the surname changed    was not changed
3. Date of birth    ████████ 1910
4. Place of birth    Skoroblincy village (illegible), The Lithuanian SSR
5. Nationality, native language    Russian, Russian
6. Previous citizenships [...]    USSR
7. Social background    peasant

a) [Illegible due to poor quality of the scan]

b) [illegible due to poor quality of the scan

IFCD003235

**8 |** P a g e

8. v) Was he earlier a member of CP(b)? No.

g) Has he been a member of other parties except CP(b) No.

9. a) Is he a member of Komsomol? No.

b) Has he been a member of Komsomol earlier? No.

10. Has he had any penalties for misdemeanor while a member of a party?

No.

11. Has he had doubts and hesitations while in the party, has he taken part in opposition movements, when and where? No.

12. Has he been a member of other parties? When? Where? No.

13. What, where and when revolutionary movement did he participate before the great October revolution? Did Not participate.

14. Education

a) general 3 classes of the primary school.

b) special No.

v) party related No.

g) military No.

d) cheka No.

Main profession carpenter.

15. Any scientific works, inventions, scientific degrees No.

16. What other languages does he speak Speaks good Lithuanian

17. [illegible due to poor quality scan] Good Polish.

18. [illegible due to poor quality scan]

Ex. 8 pg.114 of 143

IFCD003236

**9 |** P a g e

19.          Has he been abroad?          No.

20.          When was he mobilized in the Army?

He was mobilized in the Soviet Army in 1944, then on 17 December 1951 he voluntarily joined the internal organisations.

21.          Has he serve in the Red Army and partisan units?          No.

22.          Has he stayed on the territories occupied by the whites, where, when did he work during that time and as what?

             During the time of occupation, he lived at his birthplace and worked in agriculture.

23.          Has he served in the White or foreign armies?          No.

24.          Has he been captured or been encircled during the war?   No.

<div align="center">25. Work in the Past</div>

Date

| Start | Finish | Duties | Name of workplace | Place of work |
|-------|--------|--------|-------------------|---------------|
| 1927 | 1940 | Hired handyman | At kulaks. | Shirvintos area Ukmerge district |
| 1941 | 1944 | " " | " " | " |
| 1945 | 1951 | worked in agriculture and collective farm "…" | | Shirvintos area Vilnius district |

Ex. 8 pg.115 of 143

IFCD003237

**10** | P a g e

26. Service in the Army

Date

| From | To | Rank | Front, army | Duties |
|---|---|---|---|---|
| 1940 | 1941 | private (illegible) | | |

Service in the soviet army

| From | To | Rank | Front, army | Duties |
|---|---|---|---|---|
| 20.12.44 | 27.06.45 | | | |
| 15.09.44 | 15.06.45 | machine gunner | 16th Lithuanian Division (illegible) | Military ticket Series B, No 344812 from 27.10.53 |

15.06.45 demobilised due to injury, relieved from military duty, series AO No 079037 (illegible) city of Vilnius

27. Duties in Ministry of Internal Affairs  departments and Military

Date

| From | To | Order number | Front, Army, county | Duties |
|---|---|---|---|---|
| 17/12/1951 | 21/12/56 (illegible) | | Prison (illegible), warden | |

As per order No 2013 of Ministry of Internal Affairs of The Lithuanian SSR  from 17 July 1952

he was awarded the rank of Senior Sargeant.

| From | To | Order number | Front, Army, county | Duties |
|---|---|---|---|---|
| 1/10/53 | 1/4/68 | 984 3/10/53 to 29 5/II/54 | Prison No 1 of Ministry of Internal Affairs of the The Lithuanian SSR | Warden (illegible) |

Stamp:    Work experience 5 years 15 days from July 1957

Work experience for extra allowance for the years served (illegible) May 1959

Consists of 7 years 4 months and 15 days from 20 June 1959

| From | To | Order number | Front, Army, county | Duties |
|---|---|---|---|---|
| 1/4/1968 | 1/05/70 | (order number) | Prison No 1 | Warden |
| 1/05/1970 | 1/08/1973 | (order number) | Prison No 1 | Controller |
| 1/08/1973 | 8/10/73 | (order number) | Prison No 1 | Senior Controller |

IFCD003238

**11 |** P a g e

On 8 November 1973 he was voluntarily dismissed from the organs of Ministry of Internal Affairs due to retirement as an OAP. Order of the Chief of Prison No 53 from 16 November 1973.

Work experience on the day of dismissal consists of: calendar – 22 years 4 months and 28 days, preferential – 4 months and 22 days, altogether – 22 years 9 months 20 days.


Inspector lieutenant          Fedorenko

                    (signature)

IFCD003239

**12 |** P a g e

28. Party Activities

29.          Activities on military fronts, injuries

           Was injured to the arm on 20/04/1945

| Duties | What division of the army | Where | From | To |
|---|---|---|---|---|
| Machine gunner | 16th Lithuanian Division | Great patriotic war 1941 – 45 | 20/09/44 | 20/4/45 |

IFCD003240

**13 |** P a g e

30. Regular vacation for the year 1952 has been used with a trip to Maleisk district of Vilnius region Lithuanuan SSR. Order of the Prison Manager of The Ministry of Internal Affairs of The Lithuanian SSR from 21/11 to 15/12/52,

Short vacation has been allocated as part of the regular vacation from 1 to 4th April 1953. Order of the Manager of the prison No 131 on 3/4/53

Stamps:

Regular vacation for the year 1953 used

From 14/9/1953 to 18/10/1953

Order No 370 of 14/9/1953

Regular vacation for the year 1954 used

From 24/4/1954 to 29/7/1954

Order No 92 of 3/7/1954

Regular vacation for the year 1955 used

From 15/4/1955 to 14/5/1955

Order No 17 of 26/4/1955

Regular vacation for the year 1956 used

From 31/1/1956 to 29/2/1956

Order No 8 of 31/1/1956

IFCD003241

**14 |** P a g e

31. Awards and promotions

| Date ond order number | Duties performed at the time of award |
|---|---|
| Decree of the Presidium of the Supreme Soviet of the USSR of May 9 1945 | Medal for the Victory against Germany in the Great Patriotic war of 1941 - 1945<br>Medal "For courage" |
| Order of the Manager of Prison No 1 of 25/5/55 | For conscientious performance of official duties – public gratitude announced |
| Order of the Manager of Prison No 1 No 173 of 6/11/59 | Public gratitude for good results at studies, discipline and consciencious fulfilmet of duties at work |
| Order of the Manager of Prison No 1 of 20/7/60 | Public gratitude for good results at work and good discipline |
| Order of the Ministry of Internal Affairs of The Lithuanian SSR of 25/4/61 | Meritorious service medal. III degree – for the years of service |
| Order No 82 of Prison of 9/9/61 | Public gratitude and 15 roubles for conscientious performance of official duties |
| Order No 152 of the Manager of Prison of 25/12/62 | Public gratitude for active participation in preparing of vegetables bulk [for feeding the prisoners?] |
| Order of [initialism not clear] of the USSR of 7/5/65 | Medal "20 years since the victory of the Great Patriotic War 1941 – 1945 |
| Order No 432 of [initialism not clear] of the USSR of 26/10/1966 | Meritorious service medal. II degree – for the years of service |
| Order No 172 of the Manager of the Prison of 5/11/70 | Public gratitude for impeccable service and active participation in the public life of the work team |
| Order No 951 of the Ministry of Internal Affairs of The Lithuanian SSR of 25/10/71 | Meritorious service medal. I degree |
| Order No 17 of the Prison Manager of 9/2/1972 | Gratitude expressed for vigilance and resourcefulness |

32. Penalties

| | |
|---|---|
| Order No 71 of the Prison Manager of 25/5/1956 | Reprimanded for negligence in official duties<br>(illegible) |

IFCD003242

**15 |** P a g e

33. Family status.                              Married

| No. | Name, surname, patronymic | Relationship | Date and place of birth | Basis for Entry | Entry about leaving |
|---|---|---|---|---|---|
| 1. | Kanopkina Aleksandra Kirilovna | Wife | b. in 1920 in Skoroblincy village Sirvintos district Vilnius region | Marriage certificate 1-ШЮ No 273063, issued on 11/2/64 | |
| 2. | Kanopkina Tatjana Varfolomejevna | Daughter | b. ███945, Skroblynu village, Moletai region | Birth certificate 1-ШЮ No 00953 | |
| 3. | Kanopkin Login Varfolomejevic | Son | b. ███/1947 | Birth Certificate 1-ШЮ No 711308 | |
| 4. | Kanopkin Venarij Varfolomejevic | Son | b. ██/1949 | Birth Certificate 1-ШЮ No 711309 | |
| 5. | Kanopkina Zina Varfolomejevna | Daughter | b. ███/1953 Vilnius city | Birth Certificate 1-ШЮ No 085348 | |

**16 |** P a g e

**Part III**

1. Performance appraisal
2. Certification sheets for awarding titles
3. Party - political characteristics
4. Award lists
5. Conclusion on the suitability of the position
6. Conclusion on enrollment in the reserve for promotion

Originals

IFCD003244

**17 |** P a g e

Description of the documents:

No Name of a document                                    Pages           Signature

1. Service characteristics                              1-2
2. Test sheet                                           3
3. Service characteristic                              4
4. Nomination for award                                5
5. Nomination for award                                6
6. Validation                                          7
7. Nomination for award                                8
8. Service characteristic                              9

Service characteristic

Of warden of prison No. 1 of the The Lithuanian SSR KANOPKIN Varfolomey Makarovich, born in 1910, Russian by nationality, education 3 grades of elementary school, non-party member. He has been working in prison No 1 of the Ministry of Internal Affairs of the The Lithuanian SSR since December 18, 1951.

During the period of work in prison No 1 comrade KANOPKIN showed himself on the positive side, he is conscientious in his official duties, disciplined, demanding, modest in everyday life, in the beginning of his career he had a reprimand on discipline, namely, he came to work with the smell of alcohol, but lately he does not repeat such episodes, he copes with the work well.

He attends the classes well, satisfactorily assimilates the taught material, improves his general educational level. He understands political issues.

Comrade KANOPKIN deserves to be awarded the military rank of "junior sergeant".

Head of Prison No 1 of Minsitry of Internal Affairs of the Lithuanian SSR

C a p t a i n                                    (signature)
                                                 Chebyshev

29 May 1952

IFCD003245

Service characteristic

Of warden of prison No. 1 of the Lithuanian SSR, Junior Sergeant -

KONOPKIN Varfolomey Makarovich, born in 1910, Russian by nationality, education elementary, non-party member. He has been working in the establishments of the Ministry of Internal Affairs since 1951.

During the time of his service in Prison No 1 of Ministry of Internal Affairs of the Lithuanian SSR Comrade KANOPKIN showed himself on the positive side. He is conscientious in his official duties, observant, disciplined and polite while socialising. During the time of conducted classes with his shift team on political and special training he accurately absorbs material taught. He takes part in social activities of the prison.

He is ideologically sustained, morally stable, he is working on raising his own ideological, political and general educational level. In everyday life he behaves modestly.

Comrade KONOPKIN deserves a promotion to warden of the first KAGTEGORY.


C a p t a i n                                             (signature)
                                                         Balchiunas


11 September 1953

                                             IFCD003246

**19 |** P a g e

SCORE SHEET

Of the training attended by Kanopkin Vorfolomey Makarovich

Started service int prison on       18 December 1951
Started training                    18 December 1951

Special Training

| Name of subject | Date of test | Marks | Signature |
|---|---|---|---|
| Regime of keeping prisoners | 24/02/52 | good | |
| Organization of the service of prison supervision and external protection of prisons | 24/02/52 | average | |
| Escorting of prisoners | 24/02/52 | average | |
| Technical means of protection | 24/02/52 | average | |
| Actions in cases of attack on the prison, riot or escape of prisoners, fire in the prison and air raid | 24/02/52 | average | |
| Regime of keeping and escorting prisoners sentenced to capital punishment | 24/02/52 | average | |

Military Training

(First part of the program)

| Drill | 27/09/52 | average |
|---|---|---|
| Fire training (firing a rifle at a stationary target) | 17/09/52 | excellent |
| Statutes | 13/11/52 | average |

IFCD003247

**20 |** P a g e

Fire training (material parts of a light machine gun)          28/06/52        average

Defense and attack without weapons (Sambo)
(first part of the training)

Tasks 1, 2, 5 and 6                                           21/06/52        average

(second part of the training)

Tasks 3, 4 and 7                                             21/06/52        average


Special training practice marks:

Practice passed for the period from December 1951 to December 1952 on shift No 3.

Assistant warden on duty                           (signature)


### Conclusion of the verification committee

On March 12, 1953 warden comrade Kanopkin V.M. completed participation in a training program for special and military training and was subjected to a test where he showed average knowledge in special and military training. In practice, he performs the service correctly.

Head of the committee                     (signature)

Memebers of the committee                 (signatures)


31 March 1953


### Service characteristic (poor quality scan)

Translator's remark – difficult to read, but a gist of this characterisrtic is that comrade KANOPKIN V.M. has shown himself on a positive side while in service and deserves the rank of a Sergeant of Internal Service.

Date – 18 August 1955

**21 |** P a g e

Length of service in the Ministry of Internal Affairs, KGB and the Soviet Army

10 years and 1 month

<div align="center">Introduction</div>

to be awarded the medal "For Impeccable Service" of the third degree

1. Surname, name, patronymic      KANOPKIN Varfolomey Makarovich
2. Special or military rank      Sergeant (v/s)
3. Warden of I category of Prison No 1 the Ministry of Internal Affairs of the Republic of Lithuania.
4. Date  and place of birth  1910 in the village of Skorblinu Moletai district, Lithuanian SSR
5. Service:
   a) at the Minstry of Internal Affairs      from 17 December till now
   b) at KGB and the soviet army      from 15 Septmeber 1944 till 15 June 1945

6. Was not awarded any medals.
7. Short service characteristic

While working in prison No 1 of the Ministry of Internal Affairs of the Lithuanian SSR Comrade KANOPKIN showed himself on the positive side. He performs his duties honestly and conscientiously. Personally he is disciplined and hard - working. He is morally stable, ideologically sustained, get s along well with the team. He fulfills the work assigned to him with care. He was given official encouragement by the prison authorities for conscientious attitude to the performance of his official duties. He has no penalties.

Deputy manager on duty of Prison No 1      Miliukas

     (signature)

10 April 1951

Service of years at the Minstry of Internal Affairs, KGB and the soviet army

15 years 7 months


Introduction

to be awarded the medal "For Impeccable Service" of the second degree

1.  Surname, name, patronymic        KANOPKIN Varfolomey Makarovich
    2.  Special or military rank              Sergeant (internal service)
    3.  Warden of I category of Prison No 1 the Ministry of Internal Affairs of the Republic of Lithuania.
    4.  Date of birth  1910   5. Party memebership            not a member
6   Service:
    a)   t the Minstry of Internal Affairs     from 17 December till now
    b)   at KGB and the soviet army        from 15 Septmeber 1944 till 15 June 1945
7   Medal awarded            the medal "For Impeccable Service" of the third degree


[Illegible scan]

Comrade KANOPKIN was awarded the medal "For Impeccable Service" of the second degree.

IFCD003250

23 | P a g e

Conclusion

of local party and soviet institutions

I agree with awarding of the medal "For Impeccable Service" of the second degree to the warden of the I category, sergeant of the internal service KANOPKIN Varfolomey Makarovich.


Secretary of the Lenin District Committee of the Communist Party of Lithuania

city of Vilnius              /PAUGYS/

Conclusion

of the Ministry of Public Order Protection of the Lithuanian SSR

To award the warden of the I category, sergeant of the internal service KONOPKIN Varfolomey Makarovich, the medal "For Impeccable Service" of the second degree.

Colonel              Kairialis

25 October 1966                                  (signature)

## Certification

Warden of Prison No 1 of Ministry of Internal Affairs of the Lithuanian SSR

Sergeant of the internal service KONOPKIN Varfolomei Makarovich

Date of birth   1910          Party memberhip          Non – member

Nationality     Russian       Education     2 classes

Length of service in the institutions since 17 December 1951

Length of service of the duties          since 1 April 1968

## Text of Certification

Working as a warden Comrade V.M. Konopkin copes with official duties. His service at the posts is vigilant, disciplined. He is doing satisfactorily in combat and special training. Politically he is underdeveloped. Due to illiteracy, he does not know how to write reports on prisoners who violate the established regime. For this reason, he is mainly used in outdoor security work. Due to illiteracy and advanced age, he does not participate in public events of the team. The state of his health is poor. In 1969, due to illness, he did not work for 38 days.

In everyday life he behaves modestly. Was not disciplined.

Conclusions: sergeant of the internal service KONOPCIN Varfolomey Makarovich corresponds to the position of the warden.

Deputy manager on duty              Colonel KALASNIK

(Signature)

15 March 1969

Ex. 8 pg.129 of 143                                  IFCD003251

II. The conclusion of the senior heads of the certification commission

Agreed with certification and conclusions on it:

HEAD OF THE CERTIFICATION COMISSION
Leutenant Colonel                                Himin (signature)

MEMBERS OF THE CERTIFICATION COMISSION
Leutenant Colonel                                Seliukas (signature)
Leutenant Colonel                                Grigalavichus (signature)
Deputy Chairman of the Lenin District Executive Committee              Olshevskaya (signature)
Leutenant Colonel                                Misiunas (signature)
Mayor                                            Adamonis (signature)

III. Decision on certification approval

I approve certification and conclusions on it

Manager of Prison No 1 of Ministry of Internal Affairs of the Lithuanian SSR
                            Leutenant Colonel                        I.Luckis (signature)
                                                        Service of years at the Minstry of Internal Affairs,
                                                        KGB and the soviet army
                                                        20 years 7 months

Introduction

to be awarded the medal "For Impeccable Service" of the first degree

1. Surname, name, patronymic        KANOPKIN Varfolomey Makarovich
2. Special or military rank                Sergeant (internal service)
3. Controller of Prison No 1 the Ministry of Internal Affairs of the Republic of Lithuania.
4. Service:
   a) the Minstry of Internal Affairs    from 17 December to 7 November 1971
   b) at KGB and the soviet army        from 15 September 1944 till 15 June 1945
5. Medal awarded:    medal "For Impeccable Service" of the second degree as per the order of the Minstry of Defence of the Lithuanian SSR No 432 on 26 October 1966.

Short service charachteristic

Comrade Konopkin V.M. serves mainly at external posts, he copes with his duties well. He is disciplined. He satisfactorily assimilates the studied material and classes conducted on special, combat and political training.

Comrade KONOPKIN V.M. is polite in his behaviour and enjoys authority among his comrades. He has several public thanks from the management for a good attitude to the service.

Internal Service Sergeant Varfolomey Makarovich KONOPKIN is worthy of presentation for the award of medals "For Impeccable Service" of the first degree.

Manager of of Prison No 1 of the Minstry of Internal Affairs of the Lithuanian SSR

Leutenant Colonel                                I. PUCKIS (SIGNATURE)

Date 1 Septmeber 1971

IFCD003252

**25 |** P a g e

Conclusion of the Minister of the Internal Affairs of the Lithuanian SSR

To present the sergeant of the internal service KANOPKIN Varfolomey Makarovich for awarding of the medal "For Impeccable Service" of the first degree.

MINISTER OF THE INTERNAL AFFAIRS OF THE REPUBLIC OF LITHUANIA
GENERAL OF THE INTERNAL SERVICE OF THE 3 RANK
J.MIKALAUSKAS

Service characteristic

Of the Controller of civil defence 12/36 of the Minstry of Internal Affairs of the Republic of Lithuania Konopkin Varfolomei Makarovich, b. in 1910.

Has been serving in the institutions of the Ministry of the Internal Affairs since 1950.

Comrade KONOPKIN for the period of work as a controller showed himself only on the positive side. He treats official duties conscientiously, copes with them well, is disciplined.

He attends classes in combat, service and political training, learns the material being studied well.

Comrade Konopkin has a number of public thanks from the leadership for his good attitude to the service, and enjoys authority among his colleagues.

Comrade Konopkin deserves a promotion in his duties as a controller.

(illegible)                    Belov (signature)

31/07/73

                    IFCD003253

**Part IV**

1.  Decision of a party or a komsomol institutiton about directing [the person] to work to the Ministry of Internal Affairs
2.  Application for a job
3.  Recommendation of a member of the CPSU (b)
4.  Autobiography, written in longhand and typed up
5.  Form of (illegible)
6.  Personnel record sheet
7.  The conclusion of the medical commission
8.  Commitment or subscription
9.  Conclusion on the special check

**27 |** P a g e

---

# List of documents

| No | Name of the document | Pages | Signature of the Operational worker |
|---|---|---|---|
| 1. | Application | 1 | Signature |
| 2. | Autobiography | 2 – 3 | Signature |
| 3. | Form of (illegible) | 4 – 11 | Signature |
| 4. | Personnel record sheet | 12 – 13 | Signature |
| 5. | Conclusion on (illegible) | 14 | Signature |
| 6. | Commitment | 15 | Signature |
| 7. | Report | 16 | Signature |
| 8. | Certificate of illness | 17 – 18 | Signature |
| 9. | Extract from the order | 19 | Signature |

Senior Inspector of the Personnel Group of Prison No 1

Zuyavichus (Signature)

To the Governor

Of Prison No 1

From citizen Kanopkon Varfolomei Makarovich

Application

Please accept me to the position of a warden.

Please do not reject my request.

Kanopkin

IFCD003255

**28 |** P a g e

Copy

## AUTOBIOGRAPHY

I, citizen KANOPKIN Varfolomei Makarovich, was born in 1910 in the village of Stashkuniski, Shirvintos district, Ukmerge county in a family of a poor man.

From an early age I went to work on the construction of houses and also studied. Then I was taken into the army in 1944. I got demobilized in 1945 and worked in various places. My education is two classes, there was no money for further studies.

I have no connection with foreign countries.

I am married. I have a wife and three children. I live in the city of Vilnius in Svirno street 7.

KANOPKIN

Genuine copy: SENIOR OPERATOR OF THE OK MIA OF THE LITHUANIA SSR – LIEUTENANT

RAINIS

(signature)

6 March 1952

IFCD003256

## AUTOBIOGRAPHY

I, citizen KANOPKIN Varfolomei Makarovich, was born in 1910 in the village of Stashkuniski, Shirvintos district, Ukmerge county in a family of a poor man.

From an early age I went to work on the construction of houses and also studied. Then I was taken into the army in 1944. I got demobilized in 1945 and worked in various places. My education is two classes, my paents could not educate me when there was no bread in the house.

I was not encircled by the Germans, did not work there [Germany], too, was not connected with the Germans.

I am married. I have a wife and three children. I live in the city of Vilnius in Svirno street 7.

KANOPKIN

IFCD003257

**30 |** P a g e

**Questionnaire for the special appointment of an employee of the Ministry of Internal Affairs**

Questions                                          Answers

  a)  About yourself:
    1.  Surname, name and patronymic          Kanopkin Varfolomei Makarovich
    2.  When and where changed your
        Surname, name or patronymic        Did not change.

  b)  Year, month and day of brith            ▮▮▮▮▮▮ 1910
  c)  Place of birth                          Shirvintos District, Ukmerge County, village

                                Stashkuniskes, Lithuanian SSR.

  d)  Nationality, native tongue              Russian
  e)  Have you been a citizen of another country?   I am a Soviet citizen, I have not been a citizen
    When and how became a Soviet citizen?        of any other country
    What documents prove that?

**31 |** P a g e

49.    Did you serve in the police or the police, the gendarmerie, the secret police, the religious, prison and judicial departments (under the tsar, under the white and bourgeois national governments), when, where, in what positions, ranks and ranks?

I did not serve.

50.    a. Were you convicted, exiled, dispossessed or disenfranchised, when, where, for what and for how long?

I was not convicted.

b. Were you dismissed early or demobilized from the bodies and troops of the NKVD and the Red Army, indicating the last place, service, position, rank and time of dismissal or demobilization.

I was demobilised in 1945 from th Byelorussian front Briansk city.

51. With which of your parents, brothers and sisters and relatives of yours and wife - husband (list the last names, first names and names) do you and your wife keep in touch and how it is expressed?

With those listed in the questionnaire.

By the way of visits.

52. What else would you like to tell about yourself, your wife, your parents and your relatives?

Nothing.

I am warned about the responsibility for giving false and incorrect information in the questionnaire.

27 September 1951                                             Kanopkin

                                                             (signature)

Home address: Vilnius city, Svirno Street, Flat No 2.

I received the special questionnaire and checked the correctness of filling it out and the documents to which there are links in the questionnaire.

Inspector                      (signature)

Reviewed                       (signature)

**32 |** P a g e

---

## PERSONAL RECORD OF PERSONNEL

Surname *KANOPKIN*, name *Varfolomei*, patronymic *Makarovich*

1. Sex – *male*. 2. Year and month of birth – 3. Place of birth – *Vilnius region, Maliatskyi (illegible), village Skoroblincy, Shirvintos district*. 4. Nationality – *Russian*. 5. Social background: a) *parents were peasants*, b) main occupation of parents before the great socialist October revolution – *agriculture*, after the great socialist October revolution – *agriculture*. 6. Main profession at the moment of joining the Communist Party – 7. Social background – *collective farmer*. 8. Partiynost – *not a party member*. 9. What organisation referred to the Communist Party (b) – 10. Years as a member of the Communist Party – No of the Party card – 11. Years as a member of Komsomol – *am not a member* . 12. Member of any other party – 13. Have you been a member of the Communist Party earlier ? – *No*.

14. Were there any hesitations in carrying out the party line and did you participate in oppositions (what, when) – *No, there were not, no I did not.*

15. Education – *3 classes*.

16. Do you  have scientific papers and inventions; a list of scientific papers and inventions, indicating on what issues and where they are published, must be given in the appendix. – *No.*

IFCD003260

**33 |** P a g e

18. Work in the past

| Date Started | Left | Duties or what kind of a job | Name of the institution in detail | Where was the institution |
|---|---|---|---|---|
| 1927 | 1940 | Worker – carpenter | private landlords | Shirvintos parish, Ukmerge county, Stashkuniskes village |

19. Participation in central, republican, territorial, regional, city, district elected Soviet and political bodies – *I have not been elected*.

20. Knowledge of foreign languages and languages of the peoples of the USSR

| | |
|---|---|
| Foreign languages | *does not know any* |
| Languages of the peoples of the USSR | *does not know any* |

21. Service in the Army

| | | | | | | |
|---|---|---|---|---|---|---|
| a) | In the old army | from | to | | latest highest rank | *did not serve* |
| b) | In the Red Guards | from | to | | | *did not serve* |
| c) | In the Red Army | from *1944* | to *1945* | | latest highest rank | *private* |

d) Did he take part in the battles during the civil war? If yes – when, where and as what – *did not serve.*

22. Did he serve in the troops or institutions of the white governments - *No.* (If he served, then indicate from what time, where and in what positions)

23. Was in captivity, where and when. – *He was not held captive.*

IFCD003261

# 107th Mechanized Infantry Division Document

# 107-я мотострелковая дивизия

107-я мотострелковая дивизия — соединение Советской армии. Дислоцировалась дивизия в городах Вильнюс и Укмерге Литовской ССР.

Условное наименование — Войсковая часть № 22238 (в/ч 22238). Сокращённое наименование — 107 мсд.

107-я дивизия находилась в прямом подчинении Прибалтийского военного округа Советской армии, а после 1991 года — Северо-Западной группы войск Вооружённых сил Российской Федерации.

## История

Сформирована 18 июля 1968 года. Войсковая часть № 22238 (в/ч 22238). После распада СССР вошла в состав Северо-Западной группы войск Вооружённых сил России.

В 1993 г. переформирована в 18-ю отдельную мотострелковую бригаду в Солнечногорске Московской области.

Данное соединение не связано «родством» ни со 107-й, ни со 107-й гвардейской стрелковыми дивизиями РККА периода Великой Отечественной войны.

## Состав

- Управление дивизии (г. Вильнюс): 1 Р-145БМ, 1 Р-156БТР, 1 ПУ-12;
- 77-й гвардейский мотострелковый ордена Суворова полк (г. Вильнюс): 30 Т-72, 5 ПТ-76, 139 БТР-70, 10 БТР-60, 4 БМП-2, 2 БРМ-1К, 2 БМП-1КШ, 3 2С1, 2 ПРП-4, 1 1В19, 3 1В18, 4 Р-145БМ, 2 ПУ-12, 1 МТУ-20, 12 МТ-ЛБТ;
- 660-й мотострелковый полк (г. Укмерге): 31 Т-72, 4 БМП-2, 2 БРМ-1К, 2 БТР-60, 12 ПМ-38, 6 Р-145БМ, 2 ПУ-12, 1 МТУ-20;
- 664-й мотострелковый полк (г. Вильнюс): 31 Т-72, 4 БМП-2, 2 БРМ-1К, 3 БТР-60, 12 ПМ-38, 6 Р-145БМ, 12 ПУ-12, 1 МТУ-20;
- 106-й танковый полк (г. Вильнюс): 92 Т-72, 4 БМП-2, 2 БРМ-1К, 6 Р-145БМ, 2 ПУ-12, 3 МТУ-20, 12 МТ-ЛБТ;
- 379-й артиллерийский полк (г. Вильнюс): 2 2С3, 12 «Град», 1 ПРП-4, 1 1В19, 3 1В18, 1 Р-145БМ, 1 Р-156БТР;
- 384-й зенитный ракетный полк (г. Укмерге);
- 695-й отдельный ракетный дивизион (г. Укмерге): 1 Р-145БМ, 1 ИРМ;
- 980-й отдельный противотанковый артиллерийский дивизион (г. Вильнюс): кроме ПТ-вооружения 22 МТ-ЛБТ;
- 640-й отдельный разведывательный батальон (г. Вильнюс): 10 БМП-2, 7 БРМ-1К, 2 Р-145БМ, 1 Р-156БТР;
- 1400-й отдельный батальон связи (г. Вильнюс);
- 1298-й отдельный инженерно-сапёрный батальон (г. Вильнюс);
- 1029-й отдельный батальон материального обеспечения (г. Вильнюс);
- 304-й отдельный ремонтно-восстановительный батальон (г. Вильнюс);
- 401-й отдельный медицинский батальон (г. Укмерге);

IFCD000094

- 104-я отдельная рота химической защиты (г. Укмерге);
- ОВКР (г. Вильнюс).
- Всего: 184 Т-72, 154 БТР (136 БТР-70, 15 БТР-60); 51 БМП (36 БМП-2, 15 БРМ-1К) и 5 ПТ-76; 2 2С3, 3 2С1, 36 ПМ-38, 12 БМ-21 «Град».

IFCD000095

**The 107th Mechanized Infantry Division**

The 107th Mechanized Infantry Division is a unit in the Soviet armed forces. The division was stationed in Vilnius and Ukmerge, Lithuanian Soviet Socialist Republic.

Code name: Military Unit #22238 (m/u 22238). Short Name: 107 mid.

In the Soviet armed forces, the 107th Division was under the Baltic Military District. After 1991, it is under the Northwest Group of Forces of the Armed Forces of the Russian Federation.

History

It was formed on July 18, 1968. Military Unit No. 22238 (m/u 22238). After the breakup of the USSR, it was transferred to the Northwest Group of Forces of the Armed Forces of Russia.

In 1993, it was restructured and it became the 18th Independent Mechanized Infantry Brigade stationed in Solnechnogorsk, Moscow Province.

This unit is not related to either the 107th Infantry Division or the 107th Guards Infantry Division of the Red Army existing at the time of WWII.

Composition

- Division Command (Vilnius): 1 R-145BM, 1 R-156BTR, 1 PU-12;
- The 77th Guards Mechanized Infantry Regiment, holder of Suvorov Medal Award (Vilnius): 30 T-72, 5 PT-76, 139 BTR-70, 10 BTR-60, 4 BMP-2, 2 BRM-1K, 2 BMP-1KSH, 3 2S1, 2 PRP-4, 1 1B19, 3 1B18, 4 R-145BM, 2 PU-12, 1 MTU-20, 12 MT-LBT;
- The 660th Mechanized Infantry Regiment (Ukmerge): 31 T-72, 4 BMP-2, 2 BRM-1K, 2 BTR-60, 12 PM-38, 6 R-145BM, 2 PU-12, 1 MTU-20;
- The 664th Mechanized Infantry Regiment (Vilnius): 31 T-72, 4 BMP-2, 2 BRM-1K, 3 BTR-60, 12 PM-38, 6 R-145BM, 12 PU-12, 1 MTU-20;
- The 106th Armored Regiment (Vilnius): 92 T-72, 4 BMP-2, 2 BRM-1K, 6 R-145BM, 2 PU-12, 3 MTU-20, 12 MT-LBT;
- The 379th Artillery Regiment (Vilnius): 2 2S3, 12 Grad, 1 PRP-4, 1 1V19, 3 1V18, 1 R-145BM, 1 R-156BTR;
- The 384th Air Defence Missile Regiment (Ukmerge);
- The 695th Independent Missile Battalion (Ukmerge): 1 R-145BM, 1 IRM;
- The 980th Independent Anti-Tank Artillery Battalion (Vilnius): 22 MT-LBT, in addition to anti-tank weapons;
- The 640th Independent Reconnaissance Battalion (Vilnius): 10 BMP-2, 7 BRM-1K, 2 R-145BM, 1 R-156BTR;
- The 1400th Independent Signals Battalion (Vilnius);
- The 1298th Independent Engineer Combat Battalion (Vilnius);
- The 1029th Independent Logistics Battalion (Vilnius);
- The 304th Independent Maintenance Battalion (Vilnius);
- The 401st Independent Medical Battalion (Ukmerge);

IFCD000096

- The 104th Independent Chemical Defense Company (Ukmerge);
- Military Counter-Intelligence Unit (Vilnius).
- Total: 184 T-72, 154 APCs (136 BTR-70, 15 BTR-60); 51 IFV (36 BMP-2, 15 BRM-1K) and 5 PT-76; 2 2S3, 3 2S1, 36 PM-38, 12 BM-21 Grad.

IFCD000097