**In Re Kadamovas**

## DECLARATION OF GARY KRAUSZ, CPA/CFF

### Re: Kadamovas Payments

I, Gary Krausz, declare and state as follows:

1.      I am a Certified Public Accountant (CPA) licensed in the state of California, and I have been so licensed since January 1998. I am a partner at the accounting firm of Gurney Schneider LLP ("Gursey"). I provide accounting and audit services, and I provide forensic accounting services and testify as an expert witness in accounting dispute matters. A copy of my curriculum vitae is attached as **Exhibit "A."**

2.      In my capacity as a CPA in this matter, I have acquired numerous documents, files, information, and formulated opinions based on the documents, files, and information. A preliminary list of the documents I relied on in making this declaration is attached as **Exhibit "B."** I make this declaration as a partner of the firm Gursey Schneider LLP.

3.      The primary scope of my assignment was to review the trial testimony and financial evidence related to the criminal case against Jurijus Kadamovas (USA v. Iouri Mikhel, Jurijus Kadamovas). This included reviewing the trial testimony of Aaron Gogley, lead IRS Special Agent-in-Charge, and tracing the source and destination of money flows from ransom payments paid directly, or indirectly to Mr. Kadamovas during the relevant time period, and evaluating the scope and depth of his involvement in financial crimes relating to alleged money laundering of ransom proceeds.

4.      Through my analysis, I am able to testify that of approximately $1.2 million in ransom payments Special Agent Gogley testified to and included as exhibits to the Court at trial,[1] only a small minority of funds, approximately $66,066 or 5.49%, were directly transferred to accounts in Mr. Kadamovas' name.

5.      The following is a summary of the remaining ransom proceeds:

---

[1] See Government Exhibits 1000A – I.

1

DECLARATION OF GARY KRAUSZ, CPA/CFF

Ex. 9  pg.1 of 16                                                    IFCD002407

- Over $667,000 or approximately 55.45% of the ransom proceeds were transferred to or were used for the benefit of Mr. Kadamovas' co-defendant Iouri Mikhel and Marina Kargodina, Iouri Mikhel's girlfriend.
- $63,150, or 5.2% was transferred to accounts in the name of Designed Water World, a Company in which Iouri Mikhel and Mr. Kadamovas were both Officers and in which Iouri Mikhel was a signatory on the account.
- $73,673 was paid directly to Calabasas Motor Cars for the purchase of a Mercedes-Benz automobile. The vehicle was titled in the name of Mr. Kadamovas.
- $16,939 was paid to Elite Financial and Wilshire Credit Corp, financial services entities that were used for the financing of two homes, 17055 Oak View Drive, and 3534 Weslin Avenue. These homes were titled in the name of Iouri Mikhel and Mr. Kadamovas, respectively.
- Additional ransom funds were directed to multiple other individuals and business known to be associates of Iouri Mikhel.

In each instance, payments were directed by Iouri Mikhel. Mr. Kadamovas did not have access or means to receive ransom proceeds, to direct their use, or to initiate wire transfers from foreign accounts connected to the ransom.

6. Iouri Mikhel was the controlling person in how funds were distributed. Iouri Mikhel had significant involvement in the direction and use of ransom proceeds and signatory authority over the accounts which initiated the transfers of all ransom proceeds. Among the items found in the possession of Iouri Mikhel were:

- Wire Transfer instructions related to Glenstream Ventures account.[2]
- Account information for Standard Chartered Bank in Dubai INO Al Shaza Sanitary and Building Supply (destination of Umansky Ransom payments).[3]
- Transfer records for wire transfers and wire instructions from Aizkraukles

---

[2] Government Exhibit 168
[3] Government Exhibit 146

2

DECLARATION OF GARY KRAUSZ, CPA/CFF

IFCD002408

Bank from Glenstream Ventures accounts (Source of payments to Kadamovas) signed by Iouri Mikhel.[See footnote 1]

- Pay-Owe sheet for Umansky and Safiev ransom payments.[4]
- Corporate records, bank records, forged passports, aliases for banks involved in money laundering of Ransom, and stamps and corporate seals to accomplish forgery.[5]
- Test keys for accounts used to initiate wire transfers without being physically present.[6]

7.    *Figure 1* below shows the flow of funds and Iouri Mikhel's involvement at each step, including the percentage funds directed to each individual (as described above). As the figure demonstrates the ransom payments were laundered through several foreign bank accounts controlled by Iouri Mikhel. Account documents and wire instructions for these accounts were found in the possession of Iouri Mikhel, including forged passport documentation for alias' created specifically for the purpose of receiving ransom proceeds to foreign bank accounts. The distribution of ransom proceeds was directed by Pay-Owe sheets describing amounts to be distributed to associates of Iouri Mikhel that was additionally found in his residence.

8.    As can be seen from the figure, the largest portion of funds was transferred to accounts in the name of Iouri Mikhel, and for his benefit. Additional funds were transferred to other individuals, including Jurijus Kadamovas, who was among the several minority recipients of funds. Payments to Elite Financial and Wilshire Credit Corp cannot be wholly traced for the use of distinct properties owned by Iouri Mikhel and Jurijus Kadamovas but have been credited for the benefit of Iouri Mikhel and Jurijus Kadamovas as financial institutions used by each of them for the payment of mortgages of residential properties in their names. Although the purchase of the Mercedes Benz from Calabasas Motor Cars was in the name of Jurijus Kadamovas, there was evidence that Iouri Mikhel negotiated the deal with Calabasas Motor employees and was significantly involved in this transaction as well.

---

[4] Government Exhibit 1000
[5] Government Exhibit 174
[6] Government Exhibit 187T

3

DECLARATION OF GARY KRAUSZ, CPA/CFF

IFCD002409



*Figure 1 – Direction of Ransom Proceeds*

4

DECLARATION OF GARY KRAUSZ, CPA/CFF

IFCD002410

9.     Although Mr. Kadamovas received wire transfers from bank accounts that received ransom proceeds, he did not make or direct ransom or the laundering of money from foreign bank accounts. Additional funds were transferred to accounts in which Mr. Kadamovas did not have exclusive control over. No evidence indicates Jurijus Kadamovas had any involvement in the direction of ransom proceeds, or the alleged money laundering of funds through foreign bank accounts. The evidence suggests Mr. Kadamovas received ransom funds and payments directed by Iouri Mikhel.

10.     It is my opinion that the financial crimes presented at trial show little to no involvement from Jurijus Kadamovas aside from being the recipient of transfers from accounts through which money was laundered. Attached as **Exhibit "B"** is an index and notation of bate stamped documents we received and reviewed that were part of the Government's evidence included at trial. My opinions do not rely on new accounting evidence, but what can be determined from the evidence presented at trial.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at Los Angeles, California on January 6, 2023.

Gary Krausz, CPA/CFF

5

DECLARATION OF GARY KRAUSZ, CPA/CFF

IFCD002411

Exhibit "A"



**Gursey | Schneider** LLP
CERTIFIED PUBLIC ACCOUNTANTS & ADVISORS

# GARY KRAUSZ, CPA / CFF

### Background

Mr. Krausz joined Gursey | Schneider LLP in February 2004 and is currently the partner in charge of the firm's audit and assurance practice. Mr. Krausz manages a portfolio of audit and attestation clients and is responsible for the firm's AICPA Peer Review compliance examinations. Gary's audit and accounting clients include private businesses, not for profit organizations, private foundations, and pension plans.

Mr. Krausz also serves as an expert witness in forensic accounting and civil litigation assignments and has performed numerous assignments and provided expert testimony in accounting matters involving business disputes, fraud investigations, trust and estate disputes, royalty audits, bankruptcy investigations, and other commercial disputes. He as also performed numerous economic damages and lost profits analysis.

### Experience

Mr. Krausz has been an auditor and certified public accountant for over twenty-five years. Mr. Krausz is a member of the Association of International Certified Professional Accountants ("AICPA") and the California Society of Certified Public Accountants ("CalCPA"). For over the past ten years, he has been a member of CalCPA's *Accounting Principles and Auditing Standards Technical Committee,* the senior technical committee on accounting and auditing matters, and has helped plan CalCPA Education Foundation's annual *Accounting and Auditing Conference.*

In addition to his responsibilities at Gursey | Schneider and for CalCPA, Mr. Krausz has been teaching undergraduate accounting courses at UCLA under the UCLA Extension program since 2004.

Prior to joining Gursey | Schneider, Mr. Krausz was an Audit Senior Manager at KPMG LLP. His responsibilities included managing and delivering financial statement audit services to recurring audit clients, preparing, and reviewing full disclosure financial statements in accordance with US GAAP and SEC filing requirements. He also served on various SEC registration engagements including several initial public offerings (Form S-1) filings, registered, and unregistered securities offerings and completed due diligence and management advisory services projects.

While at KPMG, he also served as a National Assurance Instructor, teaching audit and accounting courses to audit professionals, and assisted in developing audit and accounting course materials.

### Education

Mr. Krausz graduated from the University of Southern California with a master's degree in Accounting and graduated from the University of California, San Diego with a bachelor's degree in Economics.

**Gursey | Schneider LLP**
Certified Public Accountants

IFCD002412

Exhibit "A"

## Trial and Deposition Testimony

| Matter | Scope of Work | Approx. Dates |
|---|---|---|
| A&M Stables, LLC v. Sycamore Riding Academy, LLC et al. | Business dispute matter, Testified at trial regarding fraudulent transactions | Nov-17 |
| Avivar Capital LLC v. Daniel Tellalian | Business dispute matter, Testified at arbitration regarding economic damages | Dec-18 |
| Atom Factory LLC v. Stefani Germanotta (pka Lady Gaga) | Business dispute matter, Testified at arbitration regarding economic damages | Jul-17 |
| Axis Entertainment v Yari Film Group, Bob Yari, and Dennis Brown | Rebuttal of opposing expert testimony in business dispute, Testified at deposition | Aug-18 |
| Blanc Blue LLC (Royal Investors, Goltsche, et al. v. Rappaport et al.) | Court-appointed as neutral in real estate dispute, report issued to court | Mar-16 |
| Corman, Brian et al v. Corman Roger et al | Real estate dispute, Testified at deposition regarding lease accounting dispute | Jan-20 |
| Emanuel (Ari) v. Freeman (Mark) | Business dispute, Testified at deposition | Oct-13 |
| First City Pacific v. Home Depot | Real estate dispute, Testified at deposition regarding economic damages | Jan-14 |
| Fox v. Barreca, Kamen et al. (Reeder Lu v. Fox, etc. and other related matters) | Multiple assignments in various civil matters, testified at deposition numerous times, and testified at arbitration | Jun-14 |
| GMPA Architects v. STG Properties LLC and the Pretenders Studio | Loss of earnings matter, Testified at deposition | Aug-14 |
| Heil (John and Charlotte) Revocable Trust (Administration) | Trust and estate dispute, Testified at mediation regarding forensic accounting and damages | July-19 |
| John Miles v. Deutche Bank National Trust Company | Mortgage lending dispute, Testified at deposition regarding loan accounting | Apr-17 |
| Johnson, Ilonka v. Johnson, Timothy | Business dispute in family law matter, Testified at OSC hearing | April 18 |
| Kettler v. Gould | Damages from defamation matter, Testified at deposition regarding accounting matters | Nov-19 |
| Kyung Il Han et al v. Greenland Wholesale LLC | Business dispute, Testified at arbitration | Apr-12 |
| Liza Ryan Group LLC v Beverly Hills Rent a Car | Business dispute, Testified at arbitration | Dec-17 |
| Monzon, Marta Lanza v. The Palms Restaurant | Business dispute, Testified at trial regarding economic damages | Apr-18 |
| Nanjing Elble Environmental Protection Tech. v. Repet, Inc. | Business dispute, Testified at deposition | Dec-17 |
| OFI Management LLC and California Gusher v. Brooks Institute, LLC, and the Green Planet | Real estate dispute, lost profits / economic damages analysis, Testified at trial | Nov-17 – Jan-18 |
| Osman Family Trust v. JP Morgan Chase | FINRA arbitration regarding economic damages in standard of care case | Mar-22 |
| Pond, Jo Rose v. Shavarsh Vanian et al. | Fraud and elder abuse matter, criminal trial, Testified at trial | Mar-14 |
| Woodland Hills United Methodist Church v. Korean United Methodist Church | Real estate dispute regarding contract accounting, Testified at deposition | Aug-11 |
| Zhao, Shubin "Vincent" v. Repet, Inc. and Jieh-Ching Chuang | Business dispute, Testified at deposition | Dec-17 |

Note: The list above excludes many cases that were either:
    (1) the result of our work was a report or declaration only,
    (2) assignment was pre-litigation consulting matter, or
    (3) matter settled prior to trial.

**Gursey | Schneider LLP**
Certified Public Accountants

IFCD002413

EXHIBIT "B"

### Index of Materials Provided to Gursey Schneider LLP

**Bates Numbered Discovery Pages Provided by Indiana Federal Community Defenders:**

00020-00023

00451-00455

00508-00509

00510-00515

00598-00604

00699-00834

00861

00864-01580

01582-01619

01620-01652

01656-01659

01673-01718

01853-01866

01867

01888-1898

01981-01982

03297-03298

03326-03359

07548

07549

07550

07551

07552-07554

07555-07644

07646-07655

07656-07657

07658-07673

07676-07717

07719-07739

IFCD002414

EXHIBIT "B"

### Index of Materials Provided to Gursey Schneider LLP

09248-09253

09257

09258-09259

09260-09302

09643-10079

10278-10280

10284-10299

10300-10540

10861-11663

11745-11762

11813-11998

12023-12028

12033-12040

12321-12525

12571-12674

12696-12836

12912

13050-13053

13076-13194

13195-13936

14013-14020

14059-14075

14311-14974

15945-15976

16777-16781

17268

18260-18265

18637-18640

18641-18642

18657-19513

IFCD002415

EXHIBIT "B"

**Index of Materials Provided to Gursey Schneider LLP**

19516-19899

21395-21414

21395-21647

21692-21693

21956-22032

23659-24959

25861-26014

28421-29461

29462-31034

31076

31102-31116

34627-34634

34635-34650

34651-34682

35568-35618

35619-35655

35656-35665

35670-35674

35675-35680

35684-35689

35902-35903

35984-35991

36254-36256

36258-36262

36409-36459

36494-36505

36892

36896-36935

36997-37012

41695-42140

IFCD002416

EXHIBIT "B"

**Index of Materials Provided to Gursey Schneider LLP**

42141-43010

43013-43039

43048-43072

43475-43787

43811-43914

43963 - 44319

46662 - 46680

47122 - 47362

47580 - 47633

47674 - 47785

47787 - 47829

47846 - 47847

48044-50157

66096-66345

67107-67112

67172-67417

67421-67888

68812-69322

70087-70126

70280-70561

71068-71715

71932-72361

72362-72557

76357-76696

77394-77711

79450-79669

79781-79785

IFCD002417

**Index of Materials Provided to Gursey Schneider LLP**

**Defense Exhibits Provided:**

Exh. 2044

Exh. 2045


**Government Exhibits Provided:**

Exh. 1000A-I govt exh charts.pdf

Exh. 1000B.pdf

Exh. 1000C.pdf

Exh. 1000D.pdf

Exh. 1000E.pdf

Exh. 1000F.pdf

Exh. 1000G .pdf

Exh. 1000G.pdf

Exh. 1000H Aliases used by Defendants.pdf

Exh. 1000I.pdf

Exh. 1001 Umansky wire transfer.pdf

Exh. 1002 Umansky wire transfer.pdf

Exh. 1003 Al-Shaza wire transfer.pdf

Exh. 1004 Umansky wire transfer.pdf

Exh. 1005 Umansky wire transfer.pdf

Exh. 1006 A,B,C Glenstream docs.pdf

Exh. 1006C Aizkraukles Banka Glenstream transfers.pdf

Exh. 1007 Eidaka bank summ.pdf

Exh. 1008A Osta Mktg docs.pdf

Exh. 1008B Aizkraukles Banka Osta Mktg transfers.pdf

Exh. 1009 A,B,C_Mikhel Citibank.pdf

Exh. 1010 A,B,C,D_Mikhel CalFed.pdf

Exh. 1011 A-F_Tsesas acct docs.pdf

Exh. 1012 A-J_Noms-Cap Solutions.pdf

Exh. 1013 A-D_Azon bank docs.pdf

IFCD002418

EXHIBIT "B"

**Index of Materials Provided to Gursey Schneider LLP**

Exh. 1014 A-F_ Alliance Investment, BofA Jamaica.pdf

Exh. 1015 A-G Pavlov,Wilsoni.pdf

Exh. 1015C Bayshore Bank transactions 5-00 to 8-03.pdf

Exh. 1016 A-D Guentchev,Sierra Tech.pdf

Exh. 1019 A-C Garri Apoknik.pdf

Exh. 1020 A-F DWW.pdf

Exh. 1021 Mikhel BofA A-D.pdf

Exh. 1022 Kadamovas-Calabasas sales docs.pdf

Exh. 1023 Mikhel-Land Rover.pdf

Exh. 1024 A-G Kadamovas-WaMu.pdf

Exh. 1025 A-B Kadamovas-DWW AmEx Corp.pdf

Exh. 1026 A-C Kadamovas-Citibank.pdf

Exh. 1027 Mikhel-Litchfield.pdf

Exh. 1028 Litchfield.pdf

Exh. 1029 A-C Karagodina-Barclays.pdf

Exh. 1030 A-C Karagodina-HSBC.pdf

Exh. 1031 A-D Karagodina-HSBC.pdf

Exh. 1032 A-E Stenmark.pdf

Exh. 1033A Eidaka-Kazusa.pdf

Exh. 1034 A-B Lellan.pdf

Exh. 1035 Seizure Warrant NW Bank.pdf

Exh. 1036 A-C Nasseri.pdf

Exh. 1038 A-C Sabrina Tynan.pdf

Exh. 1039 A-D Victor Sherman Trust.pdf

Exh. 1040 London MBE.pdf

Exh. 1040A Chart London mail drops re IM.pdf

Exh. 1042 Oakview loan docs.pdf

Exh. 1043 Weslin loan docs.pdf

Exh. 1044 Lellan App MDC.pdf

Exh. 1045 Guentch-Sierra-Lellan mailbox.pdf

IFCD002419

**Index of Materials Provided to Gursey Schneider LLP**

Exh. 1046 B --.pdf

Exh. 1046A Lellan MDC log.pdf

Exh. 1046B Sum Lellan MDC visits.pdf

Exh. 1047 DWW lease.pdf

Exh. 1048 Dobermans.pdf

Exh. 1049 Life Source.pdf

Exh. 1050 Mink coat.pdf

Exh. 1051 Steve G Plumbing.pdf

Exh. 1052 A-B Benefit St condos.pdf

Exh. 1053 Weslin listing 5-02.pdf

Exh. 1054 A-B Pavlov-Cont mailbox.pdf

Exh. 1055 Sabrina Tynan DMV.pdf

Exh. 1056 Karagodina AlTour inv 2-18-02.pdf

Exh. 116A Oakview dimedrol, Vogue cig box.pdf

Exh. 1281 ransom faxes.pdf

Exh. 146 (Oakview from Tehniks).pdf

Exh. 152 (Oakview Litchfield).pdf

Exh. 1525 .pdf

Exh. 1526 .pdf

Exh. 1531 Check to FBI.pdf

Exh. 1532 Sum NW Mutual Pay.pdf

Exh. 1533 BOA for DWW.pdf

Exh. 1534 Wash Mutual JK.pdf

Exh. 167 (Oakview CIBC Swiss bank).pdf

Exh. 168 (Oakview transfers).pdf

Exh. 169 (Oakview transfers).pdf

Exh. 170 (Oakview transfers).pdf

Exh. 170A (Oakview email add).pdf

Exh. 172 (Oakview Codes).pdf

Exh. 174A (Oakview ink stamps).pdf

IFCD002420

EXHIBIT "B"

**Index of Materials Provided to Gursey Schneider LLP**

Exh. 174B (Oakview ink stamps).pdf

Exh. 174C (Oakview stamp impressions).pdf

Exh. 187 (Metal box file folders).pdf

Exh. 187A (AEA bank).pdf

Exh. 187AA-1 (Cone passport).pdf

Exh. 187AA-2 (Tomson passport).pdf

Exh. 187AA-3 Dickson passport.pdf

Exh. 187AA-4 (Dameron passport).pdf

Exh. 187AA-5  Guentchev passport.pdf

Exh. 187AA-6 (Claude-Thonnerieux passport).pdf

Exh. 187B Aizkraukles Bank.pdf

Exh. 187C (Oakview Glenstream folder).pdf

Exh. 187D (Oakview Transfers folder).pdf

Exh. 187E (Oakview Statements folder).pdf

Exh. 187F (Oakview Statements folder).pdf

Exh. 187G (Oakview Bayshore Bank folder).pdf

Exh. 187H (Oakview Northwest Bank folder).pdf

Exh. 187I (Oakview Statements folder).pdf

Exh. 187J (Oakview Sierra folder).pdf

Exh. 187K (Oakview Stenmark folder).pdf

Exh. 187L (Oakview Wilsoni folder).pdf

Exh. 187M (Oakview Transfers folder).pdf

Exh. 187N (Standard-ICM-Al-Shaza).pdf

Exh. 187O (Oakview Ukio-Jameson).pdf

Exh. 187P (Oakview Pavlov).pdf

Exh. 187Q (Oakview Cont-Ukio).pdf

Exh. 187R (Oakview PO Box).pdf

Exh. 187S (Oakview Forms).pdf

Exh. 187T (Oakview Codes).pdf

Exh. 187U (Oakview Statements).pdf

IFCD002421

EXHIBIT "B"

**Index of Materials Provided to Gursey Schneider LLP**

Exh. 187V (Oakview Silex).pdf

Exh. 187W (Oakview Chvartsman-Commercial Bank).pdf

Exh. 187X (Oakview Codes).pdf

Exh. 187Y (Oakview Thomas Noms).pdf

Exh. 187Z (Oakview Passports Cone,Tomson,Dickson,etc.).pdf

Exh. 194 (Oakview Altour invoice-Karagodina).pdf

Exh. 199 (Oakview photo IM,JK,Sobolev).pdf

Exh. 200 (Oakview photo IM,JK,Sobolev).pdf

Exh. 28 (Wire transfer instruction 1-6-02).pdf

Exh. 559 (Markovskis restitution pmt).pdf

Exh. 619 (Funds January).pdf

Exh. 620 (Funds 850).pdf

Exh. 65 (Albury bank transfer).pdf


**Trial Testimony:**

Gogley (also Bartel) - portion omitted bc of tech problem

Gogley, Aaron 2006-10-31

IFCD002422