DECLARATION OF JOHN A. BROCK

I, John A. Brock, state as follows:

1. I became a member of the California State Bar in 1969. I was a Deputy Public Defender in Los Angeles for thirty-five years. I retired from the Los Angeles Public Defender in March of 2004.

2. I was appointed as the mitigation specialist/investigator in the Jurijus "Juri" Kadamovas case on October 1, 2004. Dkt. No. 588.

3. While at the Los Angeles Public Defender's Office, I had never been counsel in a death penalty trial where I had to put on a mitigation case at penalty phase.

4. At the time, I considered myself a pretty good fact investigator. At the Los Angeles Public Defender's Office, I would occasionally have to do my own fact investigation on a case.

5. I had no special knowledge about Russian culture, language, or history. I had no special knowledge about Lithuanian culture, language, or history.

6. I was not a licensed investigator. I had no training as a mitigation specialist. I now believe that I was totally unqualified to be a mitigation specialist. I have come to realize that the psychological concerns that mitigation specialists deal with are not things that I am adequately familiar with or understand.

7. Juri and I got along well. He cooperated with the defense team and gave us information about his family and background.

8. I believe the investigation I conducted on Juri's behalf was incomplete and inadequate.

I declare under penalty of perjury of the laws of the United States that the above is true and correct. Executed this 1st day of March, 2023, in Los Angeles, California

_____
John A. Brock

IFCD002808

Ex. 12 pg.1 of 1