# MARK D. CUNNINGHAM, PH.D., ABPP

*Board Certified in Clinical Psychology - Board Certified in Forensic Psychology*
*American Board of Professional Psychology*

4580 Klahanie Drive SE, #223
Sammamish, Washington  98029

mdc@markdcunningham.com
www.markdcunningham.com

*Licensed psychologist: Alaska #116954, Arizona #3662, Arkansas #98-17P, Colorado #2305,*
*Florida #PY8347, Idaho #PSY-379, Louisiana #794, Nevada #PY0625, New Mexico #PSY-2022-0051,*
*New York #017111, Oregon #1333, Pennsylvania #PS016942, Texas #22351, Washington #PY60207411*

## Declaration of Mark D. Cunningham, Ph.D., ABPP

I, Mark D. Cunningham, Ph.D., ABPP, depose and state as follows:

1.      I am a clinical and forensic psychologist licensed and qualified to practice psychology in the states of Alabama, Alaska, Arizona, Arkansas, Colorado, Florida, Idaho, Louisiana, Nevada, New Mexico, New York, Oregon, Pennsylvania, Texas, and Washington.  I attach my curriculum vitae. I am over age 21. I have personal knowledge of the facts contained in this declaration and am competent to testify about them.

2.      Counsel for Jurijus "Yuri" Kadamovas has provided me with records and declarations, requesting that I address how these might have impacted my risk assessment for prison findings and testimony in 2007. They have also requested that I address how these records and declarations would have impacted recommendations I could have provided trial counsel more broadly regarding the sentencing investigation. I am the same Mark D. Cunningham who was retained by defense counsel and testified at sentencing in 2007 regarding my violence risk assessment for prison of Mr. Kadamovas. I outline below qualifications and experience that I have in providing such expert consultation and testimony at capital sentencing.

*Special Qualifications*

3.      *Board certification:*  I am one of approximately 350 psychologists in North America who are board certified in *forensic psychology* by the American Board of Forensic Psychology, a specialty board of the American Board of Professional Psychology (ABPP).  This credential is intended to signify the highest levels of expertise and practice in forensic psychology. I am one of approximately 1200 psychologists who are board certified in *clinical psychology* by the American Board of Clinical Psychology (ABPP).

4.      *Capital sentencing testimony:*  I have been recognized as a clinical and forensic psychology expert in testifying regarding capital sentencing determinations including adverse developmental factors (i.e., "mitigation") and violence risk assessment (i.e., "future

IFCD002918

dangerousness") in both state and federal courts. Since 1995, I have testified as a clinical and forensic psychology expert regarding sentencing issues at trial in approximately 180 state capital cases and approximately 65 federal capital cases, as well as in numerous postconviction and federal habeas proceedings. I have been recognized as an expert in clinical and/or forensic psychology in state and/or federal district courts in Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Florida, Georgia, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maryland, Massachusetts, Michigan, Missouri, Nevada, New Jersey, New Mexico, New York, North Carolina, Nevada, Ohio, Oklahoma, Pennsylvania, Oregon, Puerto Rico, South Carolina, Tennessee, Texas, Utah, Virginia, Washington, West Virginia, and Wyoming. Where qualification was made available by the court, I have never failed to qualify as an expert in clinical and/or forensic psychology.

5.      *Scholarship regarding capital sentencing considerations:*  As my curriculum vitae will demonstrate, I am extensively involved in research and the authoring of scholarly publications relevant to evaluations at capital sentencing. These scholarly publications include peer-reviewed papers addressing standards of practice and complex considerations specific to evaluations of mitigating factors in capital cases, as well as evidentiary standards and associated scientific support for various violence risk assessment methodologies at capital sentencing. I am lead investigator or co-investigator of large-scale research projects examining inmate correlates of serious violence in prison. I am the invited author of *Evaluation at Capital Sentencing* (2010), a volume in the Oxford University Press series of texts on "Best Practices" in forensic mental health evaluations. I am first author of the chapter on forensic psychology evaluations in death penalty cases in the well-regarded 12-volume *Handbook of Psychology* (2003, 2013), as well as author of chapters on capital sentencing evaluations in other edited texts. I was the guest editor for a special issue regarding capital sentencing considerations for the *Journal of Psychiatry and Law*.

6.      *Recognition for research, scholarship, and professional practice:*  My scholarly activities and practice have been noted by my peers. In December 2021, I was recognized with the *American Academy of Forensic Psychology Award for Distinguished Contribution to Forensic Psychology*. This annual award is the highest honor bestowed by AAFP. In January 2019, I was recognized with the *American Correctional Association Peter P. Lejins Research Award.* This annual award is the highest honor bestowed by ACA upon a corrections researcher. I was commended by the *John Maddox Prize* judges, an international distinction for promoting science in the face of resistance and hostility. I am the 2012 co-recipient of the *National Register of Health Service Psychologists A. M. Wellner, Ph.D. Lifetime Achievement Award.* This annual award is the highest honor bestowed, from among 12,000 Registrant psychologists, by the National Register to commemorate numerous and significant contributions to psychology during a distinguished career. I am the recipient of the *2006 American Psychological Association Award for Distinguished Contribution to Research in Public Policy.* The American Psychological Association, a professional organization of 160,000 members, confers this

---

Cunningham re. Kadamovas, 03/06/23                                        Page 2

IFCD002919

Ex. 15 pg.2 of 22

award on one psychologist annually who has made distinguished empirical and/or theoretical contributions to research in public policy, either through a single extraordinary achievement or a lifetime of work. I was awarded the *2005 Texas Psychological Association Award for Outstanding Contribution to Science*. This is an annual award in recognition of significant scientific contribution in the discovery and development of new information, empirical or otherwise, to the body of psychological knowledge. I am a *Fellow* of the American Psychological Association, a peer-reviewed distinction reflecting outstanding contribution to the profession of psychology at a national level. I was the recipient of the *2004 National Association of Sentencing Advocates John Augustus Award*. I was decorated for my professional contributions with a *Navy Commendation Medal* as an early career active-duty clinical psychologist. Two edited texts to which I have contributed chapters have been recognized with awards for excellence.

7.      *Continuing education instruction:* The American Academy of Forensic Psychology is an association of board-certified forensic psychologists (ABPP). Under the auspices and at the request of the Academy, I have provided full-day workshops on "The role of the forensic psychologist in death penalty litigation" in Milwaukee, Wisconsin; Austin, Texas; Monterey, California; San Diego, California; Cincinnati, Ohio; LaJolla, California; San Francisco, California; and Las Vegas, Nevada. These workshops emphasized research literature, statistics, and conceptualizations relevant to assessments of capital defendants. I have also provided a full-day workshop for psychologists regarding capital sentencing evaluations under the auspices of the Texas Psychological Association. I have given invited CLE lectures and workshops regarding capital sentencing determinations at more than 100 regional and national training conferences for capital defense counsel and mitigation specialists.

*Materials provided for review:*

8.      Federal habeas counsel has provided the following for my review:

> Ina Gorshanenko signed declaration
> Venarii Kanopkin signed declaration
> Anatoly Kovalchuk signed declaration
> Zinaida Kovalchuk signed declaration
> Jelena Aleksandrovich signed declaration
> Svetlana Kadamova signed declaration
> Jurate Kadamoviene signed declaration
> Robertas Nagrockis signed declaration
> Ilja Vatkin signed declaration
> Gerard Daletsky signed declaration
> Vadim Aleksandrovich signed declaration
> Larisa Jakovleva signed declaration
> Pavelas Rablusevicius signed declaration
> Michael Chernykh signed declaration

---

Cunningham re. Kadamovas, 03/06/23                                                    Page 3

IFCD002920

Romualdas Pinkovski signed declaration
Vladimir Rabkin signed declaration
Andrei Baranchi signed declaration
Gary Krausz signed declaration
Aimuchamed Kadamovas Psychiatric records
Jurijus Kadamovas School Nr. 46 certificate
Jurijus Kadamovas Builders Training Center records
Jurijus Kadamovas Military Records

*Expanded findings regarding violence risk assessment for prison:*

9.      Had the above declarations and records been provided for my review pretrial, I would have had corroboration for and testified regarding additional factors associated with his low likelihood of future serious violence while serving life without possibility of release sentence in the federal Bureau of Prisons.

10.     *Education:* The records and declarations reflected that Mr. Kadamovas had graduated from a vocational secondary school (i.e., high school). Inmates who have a high school diploma or its equivalent (i.e., GED) demonstrate lower rates of assaultive misconduct in federal prison.[1] Similarly, in a large-scale study of correlates of prison violence among inmates in a high security state prison, inmates holding a high school diploma or its equivalent were half as likely to be involved in assaultive misconduct, controlling for other factors.[2]

11.     *Military service:* The records and declarations reflected that Mr. Kadamovas had served two years in the Soviet military. No misconduct/discipline was noted, and he advanced to the rank of sergeant in a military orchestra unit. His compliant response to military structure points to a similarly compliant response to prison authority and regulations.

12.     *Employment:* The records and declarations reflect that Mr. Kadamovas took initiative in entrepreneurial work roles, even in the face of economic upheaval and hardship accompanying the break-up of the Soviet Union. Inmates with histories of community employment tended to become "industrious" inmates in prison, occupying

---

[1] Harer, M. D. & Langan, N. P. (2001). Gender differences in predictors of prison violence: Assessing the predictive validity of a risk classification system. *Crime & Delinquency, 47,* 4, 513-536.

[2] Cunningham, M. D., Sorensen, J. R., & Reidy, T. J. (2005). An actuarial model for assessment of prison violence risk among maximum security inmates. *Assessment, 12* (1), 40-49.

Cunningham re. Kadamovas, 03/06/23                                                Page 4

IFCD002921

themselves in constructive ways and being less likely to be involved in prison misconduct and violence.[3]

*Recommendations for investigation and testimony regarding adverse developmental factors:*

13.     Trial counsel for Mr. Kadamovas only requested my consultation regarding violence risk assessment for prison. However, I also have extensive experience and expertise at capital sentencing in identifying adverse developmental factors and associated implications that may be presented in mitigation. Had I been provided with the social history information from the records and declarations for even a cursory review, I would have recommended to trial counsel that the following adverse developmental factors be investigated and potentially presented at sentencing through lay and expert testimony:

*Transgenerational*

1. Transgenerational family dysfunction and distress, including alcoholism, illiteracy, economic hardship, war injury and trauma, discrimination and official sanctions regarding religion, mental illness, and parent-child separation

*Neurodevelopmental*

2. Prenatal cigarette exposure
3. Lead exposure from eating paint chips as a toddler
4. Head strikes in boxing
5. Learning disability

*Family and parenting*

6. Maternal family discrimination against father's Muslim faith and Turkmen origin
7. Father's marital infidelity
8. Father's mental illness
9. Divorce of parents
10. Pathological post-divorce and kidnapping attempts by father
11. Abandonment by father
12. Stepfather's rejection and alcoholism
13. Mother's alcoholism and neglect

---

[3] Quay, H. (1984). Managing adult inmates: Classification for housing and program assignments. *Adult Internal Management System (AIMS) classification manual*. College Park, MD: American Correctional Association.

Cunningham re. Kadamovas, 03/06/23                                              Page 5

IFCD002922

14. Chronic conflict of mother and stepfather
15. Marked economic hardship

*Community*

16. Prejudice and discrimination against Russian-speakers in Lithuania
17. Economic dislocation and hardship in Lithuania following the break-up of the Soviet Union
18. Systemic corruption in Lithuania following the break-up of the Soviet Union, and criminal organization targeting of Yuri's [Jurijus Kadamovas] fledgling business
19. Wife's alcoholism
20. Visa denial for wife and son to join Yuri in the United States
21. Inability to attend mother's 2001 funeral

*Recommendations for investigation and testimony regarding positive character features:*

14.     Review of the declarations reflected numerous descriptions of Mr. Kadamovas exhibiting positive character features that stand in sharp contrast to his offense conduct. These include:

1. Motivation as a student in vocational school
2. Self-taught musician
3. Ambition and initiative in entrepreneurial employment
4. Good relationships with and caring interactions with family
5. Care for aging maternal grandfather
6. Economic support for parents, sister, and spouse as an adult
7. Economic support for family in Lithuania after in the United States

Pursuant to 28 U.S.C. §1746, I, Mark D. Cunningham, declare under penalty of perjury under the laws of the United States that the above is true and correct, dated March 6, 2023.

Mark D. Cunningham, Ph.D., ABPP

IFCD002923

Ex. 15 pg.6 of 22

# MARK D. CUNNINGHAM, PH.D., ABPP

*Board Certified in Clinical Psychology - Board Certified in Forensic Psychology*
*American Board of Professional Psychology*

4580 Klahanie Drive SE, #223
Sammamish, Washington  98029

mdc@markdcunningham.com
www.markdcunningham.com

*Licensed psychologist: Alaska #116954, Arizona #3662, Arkansas #98-17P, Colorado #2305,*

*Florida #PY8347, Idaho #PSY-379, Louisiana #794, Nevada #PY0625, New Mexico #PSY-2022-0051,*

*New York #017111, Oregon #1333, Pennsylvania #PS016942, Texas #22351, Washington #PY60207411*

## CURRICULUM VITAE
Updated 01-03-23

## EDUCATION

**Postdoctoral:**     Yale University School of Medicine, New Haven, Connecticut
                          NIMH-sponsored training program, two years (part-time)

**Internship:**     National Naval Medical Center, Bethesda, Maryland
                        Specialty:  Clinical Psychology, one year (APA accredited)

**Graduate:**     Oklahoma State University, Stillwater, Oklahoma
                      *Doctor of Philosophy*
                      *Master of Science*
                      Specialty:  Clinical Psychology (APA accredited)

**Undergraduate:**     Abilene Christian University, Abilene, Texas
                              *Bachelor of Arts*
                              Majors: Psychology, Mass Communications

## BOARD CERTIFICATIONS

Clinical Psychology: American Board of Clinical Psychology, a specialty board of the American Board of Professional Psychology (ABPP), Diploma #6462

Forensic Psychology: American Board of Forensic Psychology, a specialty board of the American Board of Professional Psychology (ABPP), Diploma #4551

## PROFESSIONAL PRACTICE

*Current:*
      Clinical and Forensic Psychologist, independent practice
      Research Scientist

*Previous:*
      Clinical Psychologist (Lieutenant, MSC, USNR), Naval Submarine Medical Center, CT
      (three years post-doctoral)

IFCD002924

## AWARDS, DECORATIONS, AND DISTINCTIONS

*For research and scholarship:*

*American Psychological Association Award for Distinguished Contributions to Research in Public Policy* – annual award bestowed for distinguished empirical and/or theoretical contribution to research in public policy, either through a single extraordinary achievement or a lifetime of work.

*American Correctional Association Peter P. Lejins Research Award* – annual award that is the highest honor bestowed by ACA upon a corrections researcher, who has produced significant research for the correctional community and has demonstrated personal commitment and contribution to improve the profession of corrections.

*Texas Psychological Association Award for Outstanding Contribution to Science* – annual award in recognition of significant scientific contribution in the discovery and development of new information, empirical or otherwise, to the body of psychological knowledge.

*American Psychology-Law Society Book Award* – annual award given to a scholarly book devoted to psychology and law issues to recognize outstanding scholarship in psychology and law, shared recipient [*Forensic Assessments in Criminal and Civil Law: A Handbook for Lawyers,* chapter author].

*Association of American Publishers PROSE* [professional and scholarly excellence] *Award, psychology category* – annual award recognizing a scholarly book of extraordinary merit that makes a significant contribution to a field of study, shared recipient [*Living on Death Row: The Psychology of Waiting to Die*, chapter author].

*For contributions to science and practice:*

*Commendation: John Maddox Prize* – annual international distinction for promoting sound science and evidence on a matter of public interest, facing difficulty or hostility in doing so; sponsored by *Nature* (pre-eminent science journal), the Kohn Foundation, and Sense about Science.

*American Academy of Forensic Psychology Award for Distinguished Contribution to Forensic Psychology* – annual award that is the highest honor bestowed by AAFP, recognizing outstanding contributions to the science and practice of forensic psychology.

*National Register of Health Service Psychologists Alfred M. Wellner, Ph.D. Lifetime Achievement Award* – annual award that is the highest honor bestowed on a Registrant by the National Register to commemorate numerous and significant contributions to psychology during a distinguished career.

*National Association of Sentencing Advocates John Augustus Award* - annual award bestowed for outstanding contributions to the profession of sentencing advocacy.

Curriculum Vitae                                                                                             Page 2

IFCD002925

*Fellow, American Psychological Association (Division 41: American Psychology-Law Society)* – distinction reflecting outstanding and uncommon contributions having national impact on the science and practice of psychology.

*Navy Commendation Medal* – decoration for meritorious service as a clinical psychologist, Naval Submarine Medical Center, United States Navy. The Commendation Medal may be awarded to service members who, while serving in any capacity with the Navy or Marine Corps, distinguish themselves by heroism, outstanding achievement, or meritorious service. To be awarded for meritorious service, the service must be outstanding and worthy of special recognition.

### *Other fellow distinctions:*

*Fellow, American Academy of Clinical Psychology* – distinction reflecting diplomate in clinical psychology by the American Board of Professional Psychology.

*Fellow, American Academy of Forensic Psychology* – distinction reflecting diplomate in forensic psychology by the American Board of Professional Psychology.

### *Education and training honors:*

*Al Brown Memorial Award* – award bestowed for outstanding achievement, National Institute of Mental Health (NIMH) Sex Therapy Training Program, Yale University School of Medicine.

*Magna cum Laude* - Bachelor of Arts, Abilene Christian University.

## CURRENT PROFESSIONAL LICENSES

*Licensed psychologist:*

| | | |
|---|---|---|
| Alaska #116954 | Arizona #3662 | Arkansas #98-17P |
| Colorado #2305 | Florida #PY8347 | Idaho #PSY-379 |
| Louisiana #794 | Nevada #PY0625 | New Mexico #PSY-2022-0051 |
| New York #017111 | Oregon #1333 | Pennsylvania #PS016942 |
| Texas #22351 | Washington #PY60207411 | |

## PRIOR ACADEMIC APPOINTMENTS

Psychology Department Assistant Professor, two years post-USNR
Hardin-Simmons University, Abilene, Texas

Psychology Department Instructor, three years (part-time, contemporaneous with USNR service):
Old Dominion University (U.S. Submarine Base Extension);
Mohegan Community College, Norwich, Connecticut

Psychology Department Graduate Teaching Assistant, three years (part-time):
Oklahoma State University, Stillwater, Oklahoma

---

IFCD002926

## PROFESSIONAL AFFILIATIONS

American Psychological Association – *Fellow* (Division 41)

American Board of Professional Psychology – *Diplomate (clinical, forensic)*
American Academy of Clinical Psychology - *Fellow*
American Academy of Forensic Psychology - *Fellow*
    Workshop faculty, 1998-2008, 2019-2022
    ABFP examiner, 1996-2006

National Register of Health Service Psychologists #30073

Association of State and Provincial Psychology Boards, Mobility #1303
    Certificate of Professional Qualification (CPQ), 2001-
    Interjurisdictional Practice Certificate (IPC), 2022-
    Temporary Authorization to Practice (TAP), 2022-
    E-Passport, 2022-

Washington Psychological Association
American Psychology Law Society (AP-LS)
American Association for Intellectual and Developmental Disabilities (AAIDD)

## SCHOLARSHIP AND RESEARCH

*ResearchGate reports the various publications below have been cited an aggregate of 1,779 times in the scholarly literature.*

### Books and edited volumes:

1. Cunningham, M. D. (2010). *Evaluation for capital sentencing*. A volume in the *Oxford best practices in forensic mental health assessment* series, Series Editors: A. Goldstein, T. Grisso, and K. Heilbrun. New York: Oxford University Press. ISBN-13: 978-0195341553

2. Cunningham, M. D. (Ed.) (2009). Capital sentencing (special issue). *Journal of Psychiatry and Law, 37 (2-3)*.

### Chapters in edited books:

3. Cunningham, M. D. (in press). *Miller* evaluations. In R. Roesch (Ed.), *Routledge encyclopedia of psychology in the real world, psychology and law.* New York: Routledge, Taylor & Francis Group.

4. Cunningham, M. D. (2019). Institutional violence and misconduct. In R. D. Morgan (Ed.), *The Sage encyclopedia of criminal psychology*. Thousand Oaks, CA: Sage Publishing.

Curriculum Vitae      Page 4

IFCD002927

5. Cunningham, M. D. (2019). Competency for execution. In R. D. Morgan (Ed.), *The Sage encyclopedia of criminal psychology*. Thousand Oaks, CA: Sage Publishing.

6. Cunningham, M. D., Reidy, T. J., & Sorensen, J. R. (2018). The failure of a security rationale for death row. In H. Toch, J. R. Acker, & V. M. Bonventre (Eds.) *Living on death row: The psychology of waiting to die.* (pp. 129-160). Washington: American Psychological Association.

7. Cunningham, M. D. (2016). Forensic psychology evaluations at capital sentencing. In R. Jackson and R. Roesch (Eds.), *Learning forensic assessment: Research and practice (International perspectives on forensic mental health). 2nd edition* (pp. 202-228). New York: Routledge, Taylor & Francis Group.

8. Macvaugh, G. S., Cunningham, M. D., & Tassé, M. J. (2015). Professional issues in *Atkins* assessments. In E. Polloway, (Ed.), *The death penalty and intellectual disability* (pp. 325-336). Washington: American Association on Intellectual and Developmental Disabilities.

9. Cunningham, M. & Sorensen, J. (2014). Future dangerousness. In J.R. Acker, C. Lanier, & R. Bohm (Eds.) *America's experiment with capital punishment: Reflections on the past, present and future of the ultimate penal sanction, 3rd edition* (pp. 289-307). Durham, NC: Carolina Academic Press.

10. Cunningham, M. D., & Goldstein, A. M. (2013). Sentencing determinations in death penalty cases. In R. Otto (Ed.), *Forensic psychology* (vol. 11 of 12). I. Weiner (Ed.), *Handbook of psychology, 2nd edition* (pp. 473-514). New York: John Wiley & Sons.

11. Cunningham, M. D. (2013). Evaluations at capital sentencing. In R. Roesch and P. Zapf (Eds.), *Forensic assessments in criminal and civil law: A handbook for lawyers* (pp.103-117). New York: Oxford University Press.

12. Cunningham, M. D. (2013). Death-sentenced inmates. In L. Gideon (Ed.), *Special needs offenders in correctional institutions* (pp. 377-404). Thousand Oaks, CA: Sage Publications.

13. Cunningham, M. D. (2008). Competency to waive appeals. In B. L. Cutler (Ed.), *Encyclopedia of psychology and law* (pp. 123-125). Thousand Oaks, CA: Sage Publications. doi:10.4135/9781412959537.n48

14. Cunningham, M. D. (2008). Institutional misconduct among capital murderers. In M. DeLisi and P. J. Conis (Eds.), *Violent offenders: Theory, research, public policy, and practice* (pp. 237-253). Boston: Jones & Bartlett Publishers.

15. Cunningham, M. D. (2008). Forensic psychology evaluations at capital sentencing. In R. Jackson (Ed.), *Learning forensic assessment (International perspectives on forensic mental health)* (pp. 211-238). New York: Routledge, Taylor & Francis Group.

IFCD002928

16. Cunningham, M. D., & Goldstein, A. M. (2003). Sentencing determinations in death penalty cases. In A. Goldstein (Ed.), *Forensic psychology* (vol. 11 of 12) (pp. 407-436). I. Weiner (Ed.), *Handbook of psychology*. New York: John Wiley & Sons.

*Articles in peer-reviewed journals:*

17. DeMatteo, D., Hart, S. D., Heilbrun, K., Boccaccini, M. T., Cunningham, M. D., Douglas, K. S., Dvoskin, J. A., Edens, J. F., Guy, L. S., Murrie, D. C., Otto, R. K., Packer, I. K., & Reidy, T. J. (2020). Death is different: Reply to Olver et al. (2020). *Psychology, Public Policy, and Law, 26,* 511-518. https://doi.org/10.1037/law0000285

18. DeMatteo, D., Hart, S. D., Heilbrun, K., Boccaccini, M. T., Cunningham, M. D., Douglas, K. S., Dvoskin, J. A., Edens, J. F., Guy, L. S., Murrie, D. C., Otto, R. K., Packer, I. K., & Reidy, T. J. (2020). Statement of concerned experts on the use of the Hare Psychopathy Checklist-Revised in capital sentencing to assess risk for institutional violence. *Psychology, Public Policy, and Law, 26,* 133-144. doi.org/10.1037/law0000223

19. Cunningham, M. D. (2018). Differentiating delusional disorder from the radicalization of extreme beliefs: A 17-factor model. *Journal of Threat Assessment and Management, 5* (3), 137-154. doi.org/10.1037/tam0000106

20. Cunningham, M. D., Reidy, T. J., & Sorensen, J. R. (2016). Wasted resources and gratuitous suffering: The failure of a security rationale for death row. *Psychology, Public Policy, and Law*, *22* (2), 185-199. doi: 10.1037/law0000072

21. Hanlon, R., Brook, M., Demery, J. A., & Cunningham, M. D. (2015). Domestic homicide: Neuropsychological profiles of murderers who kill family members and intimate partners. *Journal of Forensic Sciences,* online. doi: 10.1111/1556-4029.12908

22. Reidy, T. J., Sorensen, J. R., & Cunningham, M. D. (2013). Probability of criminal acts of violence: A test of jury predictive accuracy. *Behavioral Sciences and the Law, 31,* 286-305. doi:10.1002/bsl.2064

23. Reidy, T. J., Sorensen, J. R., & Cunningham, M. D. (2012). Community violence to prison assault: A test of the behavior continuity hypothesis. *Law and Human Behavior, 36*(4), 356-363. doi:10:1037/h0093934

24. Sorensen, J. R., Cunningham, M. D., Vigen, M. P., & Woods, S. O. (2011). Serious assaults on prison staff: A descriptive analysis. *Journal of Criminal Justice, 39,* 143-150. doi:10.1016/j.jcrimjus.2011.01.002

25. Cunningham, M. D., Sorensen, J. R., Vigen, M. P., & Woods, S. O. (2011). Correlates and actuarial models of assaultive prison misconduct among violence-predicted capital offenders. *Criminal Justice and Behavior, 38* (1), 5-25. doi:10.1177/0093854810384830

IFCD002929

26. Cunningham, M. D., Sorensen, J. R., Vigen, M. P., & Woods, S. O. (2011). Life and death in the Lone Star State: Three decades of violence predictions by capital juries. *Behavioral Sciences & the Law, 29* (1), 1-22. doi:10:1002/bsl.963

27. Cunningham, M. D., & Tassé, M. (2010). Looking to science rather than convention in adjusting IQ scores when death is at issue. *Professional Psychology: Research and Practice, 41* (5)*,* 413-419*.* doi:10.1037/a0020226

28. Cunningham, M. D., Sorensen, J. R., Vigen, M. P., & Woods, S. O. (2010). Inmate homicides: Killers, victims, motives, and circumstances. *Journal of Criminal Justice, 38* (4)*,* 348-358*.* doi:10.1016/j.jcrimjus.2010.03.008

29. Cunningham, M. D., & Sorensen, J. R. (2010). Improbable predictions at capital sentencing: Contrasting prison violence outcomes. *Journal of the American Academy of Psychiatry and the Law, 38* (1)*,* 61-72.

30. Sorensen, J. R., & Cunningham, M. D. (2010). Conviction offense and prison violence: A comparative study of murderers and other offenders. *Crime & Delinquency, 56* (1)*,* 103-125. doi:10.1177/0011128707307175

31. Cunningham, M. D., Sorensen, J. R., & Reidy, T. J. (2009)*.* Capital jury decision-making: The limitations of predictions of future violence. *Psychology, Public Policy, and Law, 15* (4), 223-256*.* doi:10.1037/a0017296

32. Cunningham, M. D. (2009). Introduction to special issue: Progress, perspectives, and best practices in capital sentencing evaluations. *Journal of Psychiatry and Law, 37* (2-3)*,* 125-130*.*

33. Macvaugh, G., & Cunningham, M. D. (2009). *Atkins v. Virginia*: Implications and recommendations for forensic practice. *Journal of Psychiatry and Law, 37* (2-3)*,* 131-187. doi: 10.1177/009318530903700203

34. Sorensen, J. R., & Cunningham, M. D. (2009). Once a killer always a killer? Prison misconduct of former death-sentenced inmates in Arizona. *Journal of Psychiatry and Law*, *37* (2-3)*,* 237-267.

35. Kuanliang, A., Sorensen, J. R., & Cunningham, M. D. (2008). Juvenile inmates in an adult prison system: Rates disciplinary misconduct and violence. *Criminal Justice and Behavior, 35* (9), 1186-1201. doi:10.1177/0093854808322744

36. Cunningham, M. D., Reidy, T. J., & Sorensen, J. R. (2008). Assertions of "future dangerousness" at federal capital sentencing: Rates and correlates of subsequent prison misconduct and violence. *Law and Human Behavior*, *32* (1)*,* 46-63. doi:10.1007/s10979-007-9107-7

37. Cunningham, M. D., & Sorensen, J. R. (2007). Capital offenders in Texas prisons: Rates, correlates, and an actuarial analysis of violent misconduct. *Law and Human Behavior, 31*, 553-571.  doi:10.1007/s10979-006-9079-z

IFCD002930

38. Cunningham, M. D., & Sorensen, J. R. (2007). Predictive factors for violent misconduct in close custody. *Prison Journal, 87* (2), 241-253. doi:10.1177/0032885507303752

39. Sorensen, J. R., & Cunningham, M. D. (2007). Operationalizing risk: The influence of measurement choice on the prevalence and correlates of violence among incarcerated murderers. *Journal of Criminal Justice, 35*, 546-555.  doi:10.1016/j.jcrimjus.2007.07.007

40. Cunningham, M. D. (2006). Dangerousness and death: A nexus in search of science and reason. *American Psychologist, 61* (8), 828-839. doi:10.1037/0003-066X.61.8.827

41. Cunningham, M. D. (2006). Informed consent in capital sentencing evaluations: Targets and content. *Professional Psychology: Research and Practice, 37* (5), 452-459. doi:10.1037/0735-7028.37.5.452

42. Cunningham, M. (2006). Special issues in capital sentencing. In Conroy, M. A., Lyons, P. M., Jr., & Kwartner, P. P. (Eds.). *Forensic mental health services in Texas* [special issue, electronic version]. *Applied Psychology in Criminal Justice, 2* (3), 205-236.

43. Cunningham, M. D., & Sorensen, J. R. (2006). Actuarial models for assessment of prison violence risk: Revisions and extensions of the Risk Assessment Scale for Prison (RASP). *Assessment, 13* (3), 253-265. doi:10.1177/1073191106287791

44. Cunningham, M. D., & Sorensen, J. R. (2006). Nothing to lose? A comparative examination of prison misconduct rates among life-without-parole and other long-term high security inmates. *Criminal Justice and Behavior, 33* (6), 683-705. doi:10.1177/0093854806288273

45. Cunningham, M. D., Reidy, T. J., & Sorensen, J. R. (2005). Is death row obsolete? A decade of mainstreaming death-sentenced inmates in Missouri. *Behavioral Sciences & the Law, 23,* 307-320. doi:10.1002/bsl.608

46. Cunningham, M. D., Sorensen, J. R., & Reidy, T. J. (2005). An actuarial model for assessment of prison violence risk among maximum security inmates. *Assessment, 12* (1)*, 40-49. doi:10.1177/1073191104272815

47. Cunningham, M. D., Sorensen, J. R., & Reidy, T. J. (2004). Revisiting future dangerousness revisited: Response to DeLisi and Munoz. *Criminal Justice Policy Review, 15* (3)*, 365-376. doi:10.1177/0887403404266462

48. Shuman, D. W., Cunningham, M. D., Connell, M. A., & Reid, W. H. (2003). Interstate forensic psychology consultations: A call for reform and proposal for a model rule. *Professional Psychology: Research and Practice, 34* (3)*, 233-239. doi:10.1037/0735-7028.34.3.233

49. Cunningham, M. D., & Reidy, T. J. (2002). Violence risk assessment at federal capital sentencing:  Individualization, generalization, relevance, and scientific standards. *Criminal Justice and Behavior, 29*(5), 512-537. doi:10.1177/009385402236731

IFCD002931

50. Cunningham, M. D., & Vigen, M. P. (2002). Death row inmate characteristics, adjustment, and confinement: A critical review of the literature. *Behavioral Sciences & the Law, 20* (1-2), 191-210. doi:10.1002/bsl.473

51. Cunningham, M. D., & Reidy, T. J. (2001). A matter of life or death: Special considerations and heightened practice standards in capital sentencing evaluations. *Behavioral Sciences & the Law, 19* (4), 473-490. doi:10.1002/bsl.460

52. Reidy, T. J., Cunningham, M. D., & Sorensen, J. (2001). From death to life: Prison behavior of former death row inmates in Indiana. *Criminal Justice and Behavior, 28* (1)*,* 62-82.   doi:10.1177/0093854801028001003

53. Cunningham, M. D., & Reidy, T. J. (1999). Don't confuse me with the facts:  Common errors in violence risk assessment at capital sentencing. *Criminal Justice and Behavior, 26* (1), 20-43.  doi:10.1177/0093854899026001002

54. Cunningham, M. D., & Vigen, M. P. (1999). Without appointed counsel in capital postconviction proceedings: The self-representation competency of Mississippi death row inmates.  *Criminal Justice and Behavior, 26* (3), 293-321. doi:10.1177/0093854899026003002

55. Cunningham, M. D., & Reidy, T. J. (1998). Antisocial personality disorder and psychopathy: Diagnostic dilemmas in classifying patterns of antisocial behavior in sentencing evaluations. *Behavioral Sciences & the Law, 16* (3)*,* 333-351. doi: 10.1002/(SICI)1099-0798(199822)16:3<333::AID-BSL314>3.0.CO;2-N

56. Cunningham, M. D., & Reidy, T. J. (1998). Integrating base rate data in violence risk assessments at capital sentencing.  *Behavioral Sciences & the Law, 16* (1), 71-95. doi: 10.1002/(SICI)1099-0798(199824)16:1<71::AID-BSL294>3.0.CO;2-6

57. Cunningham, M. D. & Murphy, P. J. (1981). The effects of bilateral EEG biofeedback on verbal, visual-spatial, and creative skills in learning disabled male adolescents. *Journal of Learning Disabilities, 14*, 204 -208. doi: 10.1177/002221948101400406

### *Articles in edited law reviews:*

58. Lyon, A. D., & Cunningham, M. D. (2006). Reason not the need: Does the lack of compelling state interest in maintaining a separate death row make it unlawful? *American Journal of Criminal Law, 33* (1), 1-30*.*

IFCD002932

*Case reports, teaching points, profiles, and other commentary:*

59. Cunningham, M. D. (2017). Third party presence [ethics case commentary]. In G. Pirelli, R. Beattey, and P. Zapf (Eds.), *The ethical practice of forensic psychology: A casebook* (185). New York: Oxford.

60. Cunningham, M. D. (2017). Identifying the referral question and addressing multiple psycholegal questions in a single evaluation [ethics case commentary]. In G. Pirelli, R. Beattey, and P. Zapf (Eds.), *The ethical practice of forensic psychology: A casebook* (179). New York: Oxford.

61. Cunningham, M. D. (2014). Report on capital sentencing [case report]. In K. Heilbrun, D. DeMatteo, S. Brooks Holliday, and C. LaDuke (Eds.), *Forensic mental health assessment: A casebook, 2nd Edition* (136-144). New York: Oxford.

62. Cunningham, M. D. (2011). [Professional profile]. In C. R. Bartol and A. M. Bartol (Eds.), *Introduction to Forensic Psychology: Research and Application, 3rd Edition* (177-179). Thousand Oaks, CA: Sage.

63. Cunningham, M. D. (2010). [Professional profile]. In R. M. Regoli and J. D. Hewitt, *Exploring criminal justice: The essentials*. Boston: Jones & Bartlett Publishers.

64. Cunningham, M. D. (2007). Capital violence risk assessment [case report]. In Mary A. Conroy and D. Murrie, *Forensic assessment of violence risk: A guide for risk assessment and risk management* (287-290). New York: John Wiley & Sons.

65. Cunningham, M. D. (2002). Capital sentencing [case report]. In K. Heilbrun, G. Marczyk, and D. DeMatteo, *Forensic mental health assessment: A casebook* (152-171). New York: Oxford University Press.

66. Cunningham, M. D. (2002). Competence to be executed [case report]. In K. Heilbrun, G. Marczyk, and D. DeMatteo, *Forensic mental health assessment: A casebook* (96-114). New York: Oxford University Press.

67. Cunningham, M. D. (2002). How do you evaluate the accuracy of different sources of third-party information? [teaching point]. In K. Heilbrun, G. Marczyk, and D. DeMatteo, *Forensic mental health assessment: A casebook* (171-173). New York: Oxford University Press.

68. Cunningham, M. D. (2002). Why and how do you attribute information to sources in a forensic mental health assessment? [teaching point]. In K. Heilbrun, G. Marczyk, and D. DeMatteo, *Forensic mental health assessment: A casebook* (114-115). New York: Oxford University Press.

IFCD002933

*Articles in professional periodicals:*

69. Cunningham, M. D. (2001). Bias in capital sentencing evaluations [invited opinion column]. *American Psychology and Law Society News, 21, 2,* 8-9.

70. Cunningham, M. D., & Reidy, T. J. (1998). Antisocial personality disorder vs. psychopathy as diagnostic tools. *Prosecutor's Brief: California District Attorneys Association, 20,* 9-11.

71. Marcy, M. R., Hopkins, J. B. & Cunningham, M. D. (1978).  A behavioral treatment of nocturnal enuresis, *U.S. Navy Medicine, 69*, 26-28.


## INVITED SCHOLARLY SYMPOSIA / ADDRESSES

1. Differentiating delusional disorder from extreme political beliefs: An introduction to the 17-factor model. American Academy of Forensic Psychology. Online, December 2022.

2. Building and managing a private forensic practice. Symposium co-presenter with Michelle Guyton, Ph.D., American Academy of Forensic Psychology Annual Meeting, Chicago, November 2022.

3. Differentiating delusional disorder from extreme political beliefs: An introduction to the 17-factor model. Award address. American Academy of Forensic Psychology Annual Meeting, Chicago, November 2022.

4. Differentiating delusional disorder from extreme political beliefs: An introduction to the 17-factor model. Presenter. Michigan Center for Forensic Psychiatry. Online, August 2022.

5. Differentiating delusional disorder from extreme political beliefs: An introduction to the 17-factor model. Presenter. Connecticut Forensic Group. Online, June 2022.

6. Differentiating delusional disorder from extreme political beliefs: An introduction to the 17-factor model. Presenter. Law and Mental Health didactic, University of New Mexico Department of Psychiatry and Behavioral Sciences. Online, July 2021.

7. Differentiating delusional disorder from extreme political beliefs: An introduction to the 17-factor model. Presenter. Southern Arizona Psychological Association. Online, May 2021.

8. Differentiating delusional disorder from extreme political beliefs: An introduction to the 17-factor model. Presenter. Department of Psychiatry and Behavioral Sciences Grand Rounds, University of New Mexico Psychiatry & Behavioral Sciences. Online, April 2021.

IFCD002934

9.  A matter of life and death: Evaluations for capital sentencing. Presenter. Law and Mental Health didactic, University of New Mexico Department of Psychiatry and Behavioral Sciences. Online, October 2020.

10. Evaluations in high stakes sentencing: Capital, *Atkins*, and *Miller* cases. Presenter. American Academy of Forensic Psychology: Workshop Series. Las Vegas, Nevada, January 2019.

11. Evaluations in high stakes sentencing: Capital, *Atkins*, and *Miller* cases. Presenter. Concept Training. Palo Alto University, August 2018.

12. Building and managing a private forensic practice. Symposium co-presenter with Michelle Guyton, Ph.D., Bowman Smelko, Psy.D., Chriscelyn Tussey, Psy.D., and Antoinette Kavanaugh, Ph.D., American Psychology-Law Society Annual Conference. Memphis, Tennessee, March 2018.

13. Deadly error: The inability of capital juries to predict future violence. Presenter. XXXIII International Congress on Law and Mental Health. Amsterdam, Netherlands, July 2013.

14. Who is the death penalty for? Determining who lives and who dies at capital sentencing. Invited address. Goldman Trust Colloquium. Oklahoma State University, Stillwater, Oklahoma, February 2013.

15. Sources of vicarious traumatization in death penalty cases. Presenter in the symposium: "The cost of being an expert: Vicarious traumatization and forensic psychologists," with William E. Foote, Ph.D., Alan M. Goldstein, Ph.D., Dawn Hughes, Ph.D., and Julie Brovko, American Psychology-Law Society Annual Conference. Miami, Florida, March 2011.

16. Have credentials will travel: Questions and answers regarding interjurisdictional practice. Symposium co-presenter with Solomon M. Fulero, Ph.D., Alex M. Siegel, Ph.D., Joseph Rollo, Ph.D., and Joel A. Dvoskin, Ph.D., American Psychology-Law Society Annual Conference. San Antonio, Texas, March 2009.

17. How research can inform death penalty determinations. Invited address. Sam Houston State University: Spring Colloquium. Huntsville, Texas, February 2009.

18. Informed consent: Essential consultations with attorneys in death penalty cases. Invited seminar for doctoral psychology students. Sam Houston State University. Huntsville, Texas, February 2009.

19. The role of the forensic psychologist in death penalty litigation. Presenter. American Academy of Forensic Psychology: Workshop Series. San Francisco, California, May 2008.

20. Death penalty on trial. Symposium co-presenter with Joel Dvoskin, Ph.D., Solomon Fulero, Ph.D., & Christopher Slobogin, J.D., Ph.D., American Psychological Association 115th Annual Convention. San Francisco, California, August 2007.

IFCD002935

21. Implications of developmental research for juvenile adjudications. Invited address. Alabama Council of Community Mental Health Boards, Southern Poverty Law Center: 33rd annual conference. Birmingham, Alabama, May 2007.

22. The role of the forensic psychologist in death penalty litigation. Presenter. American Academy of Forensic Psychology: Workshop Series. San Diego, California, January 2007.

23. Dangerousness and death: A nexus in search of science and reason. Invited award address. American Psychological Association 114th Annual Convention. New Orleans, Louisiana, August 2006.

24. The role of the forensic psychologist in death penalty litigation. Presenter. American Academy of Forensic Psychology: Workshop Series. La Jolla, California, March 2005.

25. Informed consent in forensic evaluations. Symposium co-presenter with Mary Connell, Ph.D., William Foote, Ph.D., & Daniel Shuman, J.D., American Psychology-Law Society Annual Conference.  LaJolla, California, March 2005.

26. Psychological evaluations in death penalty litigation. Presenter. Texas Psychological Association, Pre-convention workshop. Dallas, Texas, November 2003.

27. The role of the forensic psychologist in death penalty litigation. Presenter. American Academy of Forensic Psychology: Workshop Series. Cincinnati, Ohio, September 2003.

28. Competency to be executed. Symposium co-presenter with Stanley Brodsky, Ph.D. & Patricia Zapf, Ph.D., American Psychology-Law Society Annual Conference. Austin, Texas, March 2002.

29. The role of the forensic psychologist in death penalty litigation. Presenter. American Academy of Forensic Psychology: Workshop Series. San Diego, California, February 2002.

30. The role of the forensic psychologist in death penalty litigation. Presenter. American Academy of Forensic Psychology: Workshop Series. Monterey, California, January 2000.

31. Psychological expertise and criminal justice. Panel member. American Psychological Association / American Bar Association Conference. Washington, DC, October 1999.

32. The role of the forensic psychologist in death penalty litigation. Presenter. American Academy of Forensic Psychology: Workshop Series. Austin, Texas, February 1999.

33. The role of the forensic psychologist in death penalty litigation. Presenter. American Academy of Forensic Psychology: Workshop Series. Milwaukee, Wisconsin, March 1998.

IFCD002936

Ex. 15 pg.19 of 22

**EDITORIAL**

*Web of Science has ranked the number of peer reviews I have provided at the 97th percentile among researchers worldwide.*

**Editorial board:**   *Assessment* (2006-2016)
 *Open Access Journal of Forensic Psychology* (2009-2015)
 *Behavioral Sciences & the Law* (2017- )

**Guest editor:**   *Journal of Psychiatry and Law* (special issue, 2009)

**Ad hoc reviewer:**
 *American Psychologist:* 2015, 2017
 *Annals of Forensic Research and Analysis:* 2018
 *Assessment:* 2019
 *Behavioral Sciences & the Law:* 2004, 2007, 2008, 2009, 2010, 2013, 2016, 2017, 2018, 2019, 2020
 *Criminal Justice and Behavior:* 2009, 2011
 *Criminal Justice Policy Review:* 2006
 *Criminal Justice Review:* 2008
 *Criminology:* 2011
 *Criminology, Criminal Justice, Law & Society:* 2016, 2020
 *Journal of Clinical Psychology:* 2018
 *Journal of Criminal Justice:* 2010, 2012
 *Journal of Forensic Psychology Practice:* 2009
 *Journal of Forensic Sciences:* 2018
 *Journal of Interpersonal Violence:* 2018, 2019, 2020, 2021, 2022
 *Justice Quarterly:* 2009, 2011, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020
 *Law & Human Behavior:* 2004
 *Personality Disorders: Theory, Research, and Treatment*: 2009
 *Professional Psychology, Research, and Practice:* 2021
 *Psychological Assessment:* 2010, 2012, 2013, 2014
 *Psychology, Public Policy, and the Law:* 2009, 2010, 2011, 2012
 *Sage Open:* 2017, 2018
 *Southwest Journal of Criminal Justice:* 2007
 *The Prison Journal:* 2012
 *Violence and Victims:* 2014, 2015, 2016, 2018, 2019, 2020
 *Women & Criminal Justice:* 2015

Dissertation review: Edith Cowan University, Western Australia, 2018

Pre-publication book manuscript reviewer: John Wiley & Sons, Inc. (2007)
 Professional Resource Press (2003)
 Taylor & Francis (proposal, 2010)
 Routledge (2020)

IFCD002937

**TESTIMONY BEFORE COMMISSIONS AND LEGISLATIVE COMMITTEES**

Texas State Senate, Criminal Justice Committee, 79th Legislative Session, Austin, 2005

Texas State Senate, Criminal Justice Committee, 78th Legislative Session, Austin, 2003

Illinois Governor's Commission on Capital Sentencing, Chicago, 2002

**AMICI CURIAE**

*Consultation and assistance in preparation of:*

Brief of *Amici Curiae* [Tassé, M., Everington, C., Salekin, K., Olley, J., Cunningham, M., Macvaugh, G., American Association on Intellectual and Developmental Disabilities] in Support of *Warren Lee Hill, Jr.* Petition for Writ of Habeas Corpus, in the Supreme Court of the United States (2013).

Brief of the *Amici Curiae*, Texas Psychological Association and Texas Appleseed in Support of Appellant, *Noah Espada vs. The State of Texas*, in the Court of Criminal Appeals of Texas at Austin (2007).

Brief of *Amicus Curiae*, American Psychological Association in Support of Appellant, *U.S. v. Sherman Lamont Fields* in the United States Court of Appeals for the Fifth Circuit (2005).

*Cited as authority:*

Brief of *Amici Curiae*, American Association on Intellectual and Developmental Disabilities (AAIDD) and the ARC of the United States, In Support of Petitioner, *Bobby James Moore v. Texas*, No. 15-797, in the Supreme Court of the United States (2016) on Petition for a Writ of Certiorari to the Court of Criminal Appeals of Texas.

Brief of *Amici Curiae*, Corrections Experts, in Support of Petitioner, in *Alfred Prieto v. Harold Clark, Director, A. David Robinson, Deputy Director, and E. Pearson, Warden*, No. 15-31, in the Supreme Court of the United States (2015), on Petition for a Writ of Certiorari to the United States Court of Appeals for the Fourth Circuit.

Brief of *Amici Curiae*, American Association on Intellectual and Developmental Disabilities (AAIDD), and ARC of the United States, in Support of the Petition for a Writ of Certiorari in *Juan Lizcano v. Texas*, No. 15-65, in the Supreme Court of the United States (2015) on Petition for a Writ of Certiorari to the Court of Criminal Appeals of Texas.

Brief of *Amici Curiae*, American Psychological Association, American Psychiatric Association, American Academy of Psychiatry and Law, Florida Psychological Association, National Association of Social Workers, and National Association of Social Workers Florida Chapter in Support of Petitioner in *Freddie Lee Hall v Florida*, No 12-10882, in the Supreme Court of the United States (2013).

IFCD002938

Brief as *Amici Curiae*, Capacity for Justice, Disability Rights Texas, Texas Appleseed, and the National Alliance on Mental Illness of Texas in *Billie Wayne Coble v. Texas*, No. 10-1271, in the Supreme Court of the United States (2011) on Petition for a Writ of Certiorari to the Texas Court of Criminal Appeals.

Brief as *Amici Curiae*, American Psychological Association, Texas Psychological Association in *Billie Wayne Coble v. State of Texas*, No. 10-1271, in the Supreme Court of the United States (2011) on Petition for a Writ of Certiorari to the Texas Court of Criminal Appeals.

## APPELLATE DECISIONS

### *Cited as authority:*

*Moore v. Texas*, 581 U.S. ____ (2017) [Supreme Court of the United States]

*Porter v. Clark* (2019) in the United States Court of Appeals for the Fourth Circuit

IFCD002939