This is to certify that the attached 39 page translation of a declaration by Svetlana Kadamova is a true and correct translation from Russian into English, performed to the best of my knowledge and ability.

Handwritten initials and dates have been rendered in *italics*.

As a member of the Institute of Translation and Interpreting in the Russian Language, I am a qualified and experienced translator. I have Certificates and Diplomas for translation from the Chartered Institute of Linguists and a Certificate in Community Interpreting from the College of North West London..

Signature of Roman Makogon, Translator

Signed this 16 day of August, 2022

IFCD002242

Ex. 17 pg.1 of 77

DECLARATION OF SVETLANA KADAMOVA

I, Svetlana Kadamova, state as follows:

I am over 18 years of age and am competent to make this declaration.

1. My name is Svetlana (Sveta) Kadamova. Jurijus (Yuri, Juri, Yura, Yurchik) Kadamovas / *Kadamov (SK)* is my older brother. He is  4 ½ years older than me.  I call him Yura. I will always love him.

2. Yura was my protector when I was young. He looked out for me. I am happy to be able to do something for him by sharing this information.

3. I live in Vilnius, Lithuania, where I have lived almost all of my life. I lived abroad for a few years for work, but I have never been to the United States.

   *Our Family:*

4. Yura was born in 1966, and I was born in 1971. Our parents were Tatiana (Tanya) Kadamova and ~~Imuhammed~~ *Aimuchamedas (SK),* (~~Kolya~~ *(SK))*, Mohammed) Kadamov.

5. Our mother's family was Old Believers. That means they were members of a traditional part of the Russian Orthodox Church that uses very old religious practices. My mother's family was Russian. Her family came to what is now Lithuanian territory generations before her. Russian was always our first language at home. I still speak primarily Russian, but I can speak a bit of Lithuanian also. The younger generation now speaks more English than Russian. Yura and I grew up in the Soviet era, so Russian was required to be taught in schools. Yura and I went to schools that were Russian speaking, meaning that all our classes were taught in Russian. Yura knew *a little (SK)* Lithuanian as well, but like me he mostly knew and spoke Russian.

IFCD002243

6. Kadamovas is the Lithuanian version of the name Kadamov. Both Kadamovas or Kadamov are correct ways to say and spell Yura's surname. Since the Russian language uses a different alphabet than Lithuanian and English, there are many ways to spell our family's names in Lithuanian and English.

7. The Russian Empire and then the Soviet Union occupied Lithuanian territory for a long time. There is a long history of Russian influence in Lithuania. Some people in Lithuania feel very negatively toward ethnic Russians like me and my family because of this. When Lithuania became independent, those of us who did not speak Lithuanian had a harder time in the new society. There was prejudice in society against Russian speakers, and it was more difficult to find work than in the Soviet period. Access to higher education could also be restricted if you did not speak Lithuanian.

8. Our father was ~~Imuhammed~~ Aimuchamedas (SK) Kadamov. He was a Muslim man from the Turkmen Soviet Socialist Republic (Turkmen SSR). The Turkmen SSR was part of the Soviet Union. Our father did his mandatory Soviet military service, like all Soviet men were required to do. Our father's military service placed him in Vilnius. He met our mother while he was in Vilnius for his military service. It would have been very unusual for my mother, an Old Believer, to marry a Muslim man, even though religious observance was largely discouraged during the Soviet period. I never knew or met any of my father's family.

9. I knew my mother's family very well. My mother's parents were Aleksandra and ~~Bartholomei~~ Varfolomey (SK) Kanopkin. Yura and I were close to them. They would look after Yura and me when things were difficult in our home. My brother and I spent every break from school with our grandparents. They loved us very much. Yura was especially

IFCD002244

Ex. 17 pg.3 of 77

close with our ~~grandmother, Aleksandra~~ grandfather Varfolomey *(SK)*. It was hard on him when our grandmother died.  Yura was about 16 when she died.

10. My mother also had siblings. She had two brothers: Venarii and Login. Login died several years ago, but my uncle Venarii and his wife Teresa are still living here in Vilnius. My mother had one sister, Zinaida. Zinaida is still living here in Vilnius, ~~where she has always lived~~ *(SK)*.

11. Our father, ~~Imuhammed~~ *Aimuchamedas (SK)*, had at least two siblings I know of: an older brother and a younger sister. I came to believe that ~~Imuhammed's~~ *Aimuchamedas's (SK)* father had died in World War II. His mother worked as the head of a collective cotton farm in the Turkmen SSR, which was remarkable at the time because it was not a job that women usually did.

12. I had the understanding that my father's mother was an important woman in the Turkmen SSR because of her job.

13. Growing up, I always was told that my father's sister was a famous ballerina. I liked ballet and was very flexible. When we were children I would help Yura stretch and push his legs against the wall, but it never worked. It is a funny and sweet memory to me now, remembering trying to help Yura stretch.

*Our Parents Meet:*

14. My parents met while my mother was living at the Trimitu Street house. The house was close to the military base where my father was stationed. As I understand it, my grandparents did not like my mother marrying ~~Imuhammed~~ *Aimuchamedas (SK)*. Since they were Old Believers, they did not approve of their daughter marrying a Muslim man.

IFCD002245

Ex. 17 pg.4 of 77

15. My grandparents were very observant, even though practicing religion was discouraged during the Soviet period and teaching of religion was outlawed. They went to church, prayed, and had religious icons in their apartment. Aleksandra would go to church but wear a scarf and cover her face to hide her identity when she attended religious services. Our mother was more influenced by communism, so she did not care about the religious differences between her and my father. There was no Mosque for our father to attend in Vilnius, but I do not know whether my father was an observant Muslim or just culturally connected to Islam. Since it was the Soviet period, observing his religion was nearly illegal and would have made him a target of the State.

16. The military base was walking distance from our house, Trimitu 40. ~~Imuhammed~~ *Aimuchamedas (SK)* returned to the Turkmen SSR after he completed his military service, but then he came back and got married to our mother.

17. My mother, Tatiana, visited ~~Imuhammed's~~ *Aimuchamedas's (SK)* family in the Turkmen SSR, but my grandmother, Aleksandra, was afraid she would be abducted and would not be allowed to return from the desert. My grandmother made ~~Bartholomei~~ *Varfolomey (SK)* go with Tatiana to ensure she would come home safely. My mother and grandfather met ~~Imuhammed's~~ *Aimuchamedas's (SK)* family there. My father's sister was driving a car, which was surprising at that time in the more conservative Turkmen SSR.

18. Our father, ~~Imuhammed~~ *Aimuchamedas (SK)*, played a traditional Turkmen instrument called the *dutar*. He loved to dance and sing and gave Yura his first guitar.

*Growing up in Lithuania:*

19. The first house my family lived in was at Trimitu 40 in the ~~Šnipiškės~~ *Kalvariju (SK)* region of Vilnius. My family lived there until about 1975 or 1976. It was an old wooden house

IFCD002246

across from the bread factory where our mother worked. My mother lived there with her parents long before she met my father. There was never running water in the house, but there was a well outside.

20. We lived in one of the apartments in Trimitu 40 that had two rooms. My grandparents had one room. My mother, my father, Yura, and I all shared the other room. My uncle Venarii also lived there some of the time. There was a stove connecting the two rooms that they used for cooking and heating. We had to use the public baths and toilets because there was no indoor plumbing. The entire apartment was probably about 5 meters wide and 5 meters long in total. It was very small.

21. There was no privacy at home, and everyone shared the same space. Yura would eat ash from inside the stove when he was a child. The home had wooden walls, which were painted. He would eat paint chips from the walls. There was a small table where Yura did his homework.

22. One time at this apartment, Yura hurt his eye on an alarm clock. He ran into our grandparents' room and jumped up to look out the window, but the layout of their room was different to the layout of the room Yura and our family lived in. Alarm clocks were very large in that time, and he got a scar from hitting his face on the alarm clock. He rode to the hospital in ~~a bread truck~~ *the ambulance (SK)* from the factory where our mother worked across the street for medical treatment afterwards.

23. We had a small allotment garden. We grew potatoes, cucumbers, and strawberries in it, but the garden was not large enough to rely on for all of our food.

24. My grandfather, ~~Bartholomei~~ *Varfolomey (SK)*, would make ~~moonshine~~ *wine (SK)*, and my grandmother, Aleksandra, would make an alcoholic cider. ~~They could not afford vodka and would only buy it on special occasions.~~ *(SK)*

IFCD002247

*Our Parents' Stressful Divorce:*

25. My parents, Tatiana and ~~Imuhammed~~ *Aimuchamedas (SK)* , had many difficulties in their relationship. They were not compatible. There were cultural differences, with him coming from a Muslim background, but I do not think the cultural differences accounted for all their problems. Since I was so young, I do not remember much about my father living with us. I mostly know about my mother and father's relationship from stories that have been told in my family for many years. I understand that ~~Imuhammed~~ *Aimuchamedas (SK)* would often come home late from work, and he thought it was not a big deal to have relationships with women outside of his marriage. My mother was not okay with that. I know more about their relationship from my mother's point of view.

26. At some point, my parents separated and divorced. I think I was about four years old at the time of their separation. My father moved out of our home. He moved back to Ashgabat in the Turkmen SSR initially, but he came back to Lithuania to be close to us. He stayed in Vilnius for a while, but then moved back to Ashgabat permanently. After he moved out of our house, Imuhammed tried to stay in contact with me and Yura and remain a part of our lives. But our mother would not let us kids try to talk to him or see him because he tried to steal ~~us~~ *Yura (SK)* at least twice. He wanted to take us back to Ashgabat without telling our mother. She was afraid she would never see ~~us~~ *Yura (SK)* again if he did that.

27. One time, our father took Yura to the airport and was stopped at the airport by police. He did not take me that time because I was very young, and he was worried that I would not be able to run and keep up with them if they had to run from the authorities. The second time, he took both me and Yura to the train station. We got to the train station but then we were stopped there by police also. Both times we were returned to our mother.

IFCD002248

Ex. 17 pg.7 of 77

28. After his attempts to kidnap us, our mother was very angry and did not let our father have any contact with us. Our grandmother, Aleksandra, felt sorry for ~~Imuhammed~~ *Aimuchamedas (SK)* after the divorce and would help him see me and Yura sometimes. Tatiana would want to know whether he had been sober when he saw the kids, and Aleksandra would say that he was sober.

29. One time our father came to spend the day with us and my grandmother allowed him to see us while keeping it secret from our mother. Our grandmother would only allow our father to take us from the house if he agreed to take ~~a neighbor child~~ *his friends daughter (SK)* with him also. She saw this as assurance that he would return with us, rather than trying to steal us again.

30. When our father moved back to Ashgabat permanently, he wanted Yura and me to come with him, but our mother would not allow it.

31. After our father moved back to the Turkmen SSR, we did not hear from him often. I know he married and then had at least seven or eight children by his second wife. I remember this because when I got married, I had ~~disagreements~~ *my real father came to the wedding (SK)* with my family and I wanted him to be there. I called ~~Imuhammed~~ *Aimuchamedas (SK)* and asked him to come to my wedding. He said that he could not come because he had ~~just had~~ *expected (SK)* his eighth kid. He told me he wished he could have been there.

32. My brother, Yura, paid for my wedding, which was a promise he had made to our father. I know it was a hardship for him to pay for such an extravagant event.

33. Our father worked on a collective cotton farm outside of Ashgabat.

IFCD002249

34. I never saw my father again after he left Lithuania when I was around 7 years old. He would write or call us some of the time, but not on a regular basis. He wrote to Yura when Yura was doing his mandatory military service.

35. When Soviet tanks ~~invaded Lithuania~~ *they showed disagreements between Lithuania and USSR on TV (SK)* in January 1991, our father called us. He was really concerned about Yura and me. He was worried we would get killed and invited us to come to his home. He said he had a big house and offered for everyone to move in and live together with him and his new family. He said it was quiet and stable where he lived. I would have liked to have gone to visit my father. ~~But I did not have the money to go~~ *(SK)*.

36. After the phone call in 1991, I did not hear from him again except for one contact from his wife and then one call from him. Sometime in the early 1990s, his wife called. His wife did not speak much Russian and spoke mostly Turkmen, so all that we could understand was that something happened to ~~Imuhammed~~ *Aimuchamedas (SK)*. Then a few weeks later, he called and told us he had had a heart crisis. That was the last any of us heard of him. After that, Turkmenistan became such a closed and authoritarian country that we were not able to find out any further information about him.

37. ~~At one point, I had contact information for my father's brother in Turkmenistan. Our father gave us this information and told us we should call his brother if we ever ran into any difficulties. I no longer have this information~~ *(SK)*.

38. Around 1975 or 1976, our family moved to the Viršuliškės area. We moved because the house on Trimitu was going to be demolished for new buildings. Because it was the Soviet period, the government told us to leave the wooden house and provided us with a new apartment.

IFCD002250

Ex. 17 pg.9 of 77

39. The new apartment was in a five-story building and had two rooms. My mother lived in one room, and Yura and I shared the other room. By this time, our father had moved out.

40. My grandparents, Aleksandra and *Bartholomei* *Varfolomey (SK)*, were able to get a separate one-room apartment because Aleksandra wrote to the veteran's office in Moscow and asked them to provide them with an apartment because of *Bartholomei* *Varfolomey (SK)* service during World War II. The veteran's office invited Aleksandra to Moscow, and she went there for a meeting. After the meeting, they provided Aleksandra and *Bartholomei* *Varfolomey (SK)* with their own apartment in Vilnius. Our grandparents lived separate from us from then until Aleksandra died around 1982.

41. Yura started attending the School 46 when we moved to the new apartment. School 46 taught 1st through 10th grade classes, and students graduated around age 16 or 17.

*Our Mother Marries Tadik Aleksandrovich:*

42. After our father moved out, our mother met and married Tadeush (Tadik) Aleksandrovich. I called him Tadik. After their wedding, I lived with my mother, Tadik, and Yura.

43. Yura and I never liked Tadik. He came into our lives when I was about 7 years old, and Yura would have been about 11 years old. It felt like a stranger moved into our house. He was not our father but told us what to do. He was nicer to us when our mother was home, but then he would complain and boss us around as soon as our mother left the apartment.

44. *After Tadik moved in, our father came back (SK)*. He wanted to get back together with our mother. Our mother was already remarried and was not interested. It was after this that our father left Vilnius for the last time.

IFCD002251

45. Tadik had been married before he met our mother and had children with his first wife. His children are named Larisa and Vadim, and they became our stepsister and stepbrother. They did not live with us, but we knew them.

46. Tadik had always been a drinker as long as I can remember knowing him. If my mother was a drinker before Tadik moved in, I did not know it. After Tadik moved in, I became aware of my mother's drinking habits.

47. When my mother got drunk, she did not pay as much attention to us. She was not mean but was unavailable. She would complain about me and Yura when she was drunk. She and Tadik both complained a lot about me and Yura, which was difficult to be around and to hear. ~~I felt like I could never be good enough for her~~. Life in our home was hard *because of Tadik (SK)*.

48. Our mother did not have just one drink that she liked. She would drink beer or champagne depending on the company she was with. Vodka was usually available, but when it was not, she would drink moonshine that Tadik made. ~~My mother and Tadik spent all of their money on alcohol~~ *(SK)*. Their drinking got worse and worse as the years passed on.

49. After our grandmother, Aleksandra, died, our grandfather, ~~Bartholomei~~ *Varfolomey (SK)*, moved in with our family. At that time, we got a three-bedroom apartment, also on Viršuliškių street. By the time our grandfather started living with us again, our mother had already married Tadik. ~~Bartholomei~~ *Varfolomey (SK)* lived in one room, our mother and step-father lived in another room, and Yura and I lived in the third room until Yura left for the army. ~~Bartholomei was disabled and required a lot of care~~. *We tried to make him not feel lonely (SK)*. Much of this care fell to Yura and me. ~~Bartholomei~~ *Varfolomey (SK)* had fought

IFCD002252

Ex. 17 pg.11 of 77

in World War II against the Nazis. He had medals for his service. Yura was very proud that his grandfather had fought nobly against the Nazis.

*Growing up with Yura:*

50. Yura was a good older brother. He cooked food for me when our mother was away from the house, which was often. He liked making cepelinai and other potato dishes. His favorite thing to make was fried sunflower seeds with oil and salt. We would sit and chat and watch TV sometimes and eat sunflower seeds together.

51. Yura enjoyed fishing when he was little. There is a river near where we lived where Yura and our father would go fishing. They would bring back the fish for us to eat. Later, Yura would not go fishing, but he still loved fish.

52. Yura had an aquarium from at least age 12 or 13 years old. He loved caring for the fish and would make drawings and backgrounds so they had more scenery in the tank. Yura spent a lot of time and energy caring for the fish. He knew which fish could go into what kind of water and with what other fish.

53. We also had a family cat that Yura really cared for. Yura would not go to sleep without the cat, and he was very tender with animals.

54. Yura liked boxing growing up. There were not official tournaments to participate in, and ~~boxing~~ *karate (SK)* was prohibited for some years. Yura and other boys would ~~box~~ *practice karate (SK)* informally in the apartment basement. I do not remember Yura ever getting in fights outside of boxing, though. He was not a violent child. He did not skip school or get into trouble. I looked up to him as my older brother.

IFCD002253

55. Yura had friends when he was young. One of his friends was Roman Degutis, who introduced Yura to Yura's future wife, Jurate. Another friend of Yura's was ~~Robert Nagrockis~~ Daleckis (SK).

56. Yura and Jurate dated when they were in high school, but then Yura was required to do his mandatory military service, which all Soviet men were required to do. Yura graduated from high school in about 1985. He was stationed near Moscow for the two years he was required to do military service. This was 1985-1987.

57. When Yura came back from the military, ~~he did not work as a carpenter~~ *he graduated from cabinet making school (SK)*. He had trained to be a carpenter *cabinet maker (SK)* in high school. But he was a musician at heart. He loved music so much. He had albums of American bands, which were hard to get and he treasured. He planned to make a proper career out of being a musician. But when he came back from his service, things were changing very rapidly. Things were bad economically in the country, but things were also so bad in our family.

*Yura Marries Jurate:*

58. By the time Yura came back from his mandatory military service, my mother and Tadik's drinking was really out of control. Yura had to try and find a way to make money for our family, and to do so quickly. He came back and started playing music in restaurants to make money. He played drums in different bands around Vilnius and in other parts of the country. He would play in Trakai in the summer when work was available. Trakai is just outside of Vilnius and a place where people often spend the summer. The music gigs dried up as the Soviet Union came closer to collapse, and he was not able to make enough money to live off. *Also due to inflation (SK).*

IFCD002254

59. It was around this time, 1988, that Yura married Jurate. He had to get out of the house because Tatiana and Tadik's drinking was so terrible in our house. I married not long after this as well, because I also desperately felt like I needed to get out of the house. By marrying, Yura could escape our family home and live instead with Jurate's parents.

60. In 1988, Lithuania moved towards its independence from the Soviet Union. There were many political demonstrations in 1988 and 1989, and many underground organizations formed in Lithuania to try and promote independence. The economy completely collapsed.

61. Jurate and Yura lived with Jurate's parents after they initially married. ~~With the collapse of the economy, they could not have afforded to live on their own~~. *After working in restaurants, Yura decided to start business. Then they decided to rent an apartment, to live separately (SK).*

62. Their relationship was okay at first, but Jurate was always very ~~jealous~~ *greedy (SK).* She was constantly very ~~jealous~~ *greedy (SK)* of me and of our mother. Jurate did not think that Yura should give money to me or to our mother, and Jurate did not like that Yura helped us financially. Yura was just trying to help us, but Jurate didn't like it.

63. Jurate was a heavy drinker from when I first met her. She would drink too much and act foolishly ~~in public~~ *(SK).* She was loud and obviously drunk. It was embarrassing. When Jurate drinks, she ~~gets really angry~~ *(SK),* screams, and loses it completely.

64. Yura and Jurate had a son, Gabriel, in 1989. Yura was so proud to be a father. He loved Gabriel very much and wanted to provide a better life for Gabriel than what we had growing up. Yura worked hard to provide for Gabriel.

65. My son, Maxim, is ~~just a little bit~~ *10 years (SK)* younger than Gabriel. Yura ~~was~~ *would be (SK)* a good uncle to my son.  I raised Maxim by myself. Yura knew I was struggling, and he

IFCD002255

helped me financially. He loved Maxim and wanted to work hard so that both Gabriel and Maxim could do better than we did in life.

*Yura's Jobs in Emerging Lithuania:*

66. We lived through some very hard periods in Lithuania. There were shortages of goods and foods throughout the 1980s. We had enough to eat, ~~but often it was just bread and potatoes~~ *(SK)*. We had household items, but they were limited and very poor quality.

67. When Lithuania declared independence, things got much better for some people, but things got worse for other people. You had to try and make your own way much more. Yura and I went to school during the Soviet period when it was assumed we would have a communist life. But then we had to find a way to make life in a very different world from what we were trained to live in.

68. Yura was a musician. He played at restaurants and such. But this was hard to make a living, and even harder to be successful. He had various other businesses. One business that Jurate and Yura had was that they would buy videotapes from the U.S. Jurate would make copies of the videos and rent ~~or sell~~ *(SK)* them. Everyone was very eager to see American movies and hear American music. While Yura was out of the house starting his businesses, Jurate was at home watching and copying these movies. She started to have a cocktail every time she watched a movie, and gradually, she started drinking more and more. Before long, she was drinking regularly. Yura and Jurate's marriage was hard because of Jurate's drinking. When she drank, she would say really hateful things about our family.

69. Yura had other businesses he tried to start after Lithuania became independent. Some did okay. Others failed. At one point, Yura and a friend were selling shoes. Yura also had some

IFCD002256

kind of auction business. Yura was constantly trying to get different businesses off the ground. He did not make much money, though.

70. Sometimes Yura would show luxury cars in a space he ~~rented out~~ sold (SK). He had a lot of hope in that idea, but it did not make any sense. The salary at the time was around 450 litas a month, and the cars cost ~~450,000~~ 45,000 (SK) litas to buy. Few people had the money to buy the kinds of cars Yura was showing. It was not a viable business. That failed relatively quickly, and then he got into leasing limousines and small electronic cars for children. He also rented jet skis, but that did not turn out well either.

71. The limousine rental was a good idea and is still a relatively lucrative business in Vilnius. People rent limousines and drivers for weddings, big events, and graduations. Yura really was the first person who had the idea of bringing limousines into the country. People could rent them for a small amount of money, and there was a lot of interest in getting to ride in a limousine. This idea was much more accessible than Yura's other business ideas. At my wedding, my husband and I were able to ride around in a limo, and everyone in town was looking at us like we were important people.

72. As the limousine business became more successful, Yura caught the attention of bad actors in Vilnius. There was a lot of corruption at the time, and there were shady characters around that wanted to take advantage of any private enterprises that were just beginning. Yura was threatened with extortion and physical violence if he did not comply. It was impossible to engage in business activities at the time without drawing attention from these shady characters.

73. By the time Yura moved to the United States, corruption in Lithuania was very bad. Yura had always dreamed of the United States. He was fascinated by America. Things with Jurate had

IFCD002257

Ex. 17 pg.16 of 77

gotten very bad by that time. Jurate was drinking a lot, and their relationship was hard. It was not getting any easier for Yura to run a business in Lithuania. It was time for him to go.

74. When Yura moved to the U.S., his plan to was leave for good and have Jurate and Gabriel join him once he was established. Initially, he was trying to get them to come over, but there was an issue with the visas. Jurate and Gabriel were not given the visas they needed, so they couldn't move to the U.S and join Yura there. Things got worse with Jurate after that. After Yura moved to the United States, she started drinking more and more and was not a good mother to Gabriel.

75. Before Yura moved to the U.S., he built a cottage in Pilaitė. Pilaitė is a section of Vilnius. He was intending to live there with Jurate and Gabriel. They lived there for about a year, then they sold the property, and Yura moved to the U.S. Jurate and their son, Gabriel, moved in with her parents. When Yura was gone, Jurate ~~really~~ slowly (SK) went downhill ~~very fast~~. Jurate's father was an alcoholic, so maybe there's a hereditary link.

76. Yura frequently sent money home to support Jurate, Gabriel, our mother, me, and Maxim. This continued up until the time he was arrested. Jurae did not work, and Yura provided all the support for her and Gabriel.

77. Our mother died in February 2001. She died because of problems with her liver ~~after drinking excessively for many years~~ (SK). Before she died, Yura had been sending money to her from the United States for her medical care. After she died, Yura sent money home for her funeral.

78. Yura was very upset he could not attend her funeral in person. She was buried in ~~the Old Believer's~~ ok (SK) tradition of burial on the third day after death. To buy a plane ticket on such short notice would have been much too expensive and it was not possible.

IFCD002258

Ex. 17 pg.17 of 77

79. Tadik ended up living with me in his later years. ~~He just showed up on my doorstep drunk one day, and I let him in. He did not leave for 10 years. He only left when his daughter Larisa came and took him home with her.~~ (SK)

*Yura's Criminal Case in the United States:*

80. When Yura was charged with these crimes, it was very shocking to me. Yura and I spoke on the phone, and he sent me money regularly up until the time of his arrest. I learned about his arrest when the news reached Lithuania.

81. Yura's lawyers in the United States came to Lithuania twice before his trial. I believe this would have been around 2004-2006, but I no longer remember the exact dates. I met with the lawyers twice, once during each of their visits to Lithuania. I cooperated with them and answered truthfully any questions they asked about Yura's life in Lithuania. They asked me many of the things that are in this statement, but not in as much detail as I have now been asked to recount.

82. I am attaching to this statement at pages 20 through 23 a copy of a report card I have just recently given to Yura's lawyers. I would have given this to his lawyers back in 2005 if they had asked. This record shows that he had mostly threes in his academic subjects, but he received a five in music and a four in his art classes. All he wanted to do when he was in school was play music.

83. I am also attaching 14 photos at pages 24 through 38 that I have recently given to Yura's lawyers. I would have given any of these photos to the trial lawyers in 2005 if they asked me for any photos of him. I can no longer recall what, if any, photos I gave to them.

Image 1: Photo of Tatiana Kadamova from 1963.

IFCD002259

Image 2: Text on back of previous photo. Sent to ~~FNU Glyanuev~~ *father on (SK)* December 27, 1963.

Image 3: Photo of Jurijus Kadamovas from 1968.

Image 4: Text on back of previous photo. Sent to Tatiana's parents in 1968.

Image 5: Photo of Svetlana Kadamova (L) and Jurijus Kadamovas (R).

Image 6: Photo of Imuhammed Kadamov, ~~unknown~~ family friend's *daughter* /~~neighbor~~ *(SK)*, Svetlana Kadamova, and Jurijus Kadamovas. This photo was taken during the time that our mother would not allow us to see our father after he had tried to take ~~us~~ *Yura (SK)* with him back to the Turkmen SSR. On the day of this photo, our grandmother Aleksandra allowed me and Yura to go with Imuhammed in secret. There is another child in this photo because our grandmother insisted that our father take ~~a neighborhood child~~ *family friends' daughter (SK)* along so that he would not try to kidnap us again.

Image 7: Text on back of previous photo. Written by Imuhammed Kadamov in 1976 from Ashgabat. "In memory of my dear children Yuri and Svetlana. Be attentive in everything and take care of the memory of me, do not forget that your last name is Kadamov. I was happy with you even in these days when we photographed and met in secret. Ashgabat. 1976. Kadamov."

Image 8: Photo of Svetlana Kadamova.

Image 9: Photo of Jurijus Kadamovas (center L) with childhood friends.

Image 10: Photo of Zoya Zinatulina (L) and Tatiana Kadamova (R) in 1971.

Image 11: Text on back of previous photo. "Our wives." September 1971 in Vilnius. Zoya in this photo is the wife of my father's brother.

Image 12: Photo from Zinaida (Kanopkina) Kovalchuk and Nikolai Kovalchuk's wedding with various guests.

IFCD002260

Ex. 17 pg.19 of 77

Image 13: Photo from Zinaida (Kanopkina) Kovalchuk and Nikolai Kovalchuk's wedding. Yura Kadamovas is seated in bottom right of the photo. Behind him are Imuhammed Kadamov and Tatiana Kadamova. This photo was taken very shortly after I was born.

Image 14: My father.

Image 15: My father and friends. One of the friends worked in the photo studio where this photo was taken.

84. The lawyers back then brought up the idea of me testifying at Yura's trial when they were here. They told me the United States government would pay for my travel.

85. Tadik was living until 2013 and also could have and would have testified for Yura.

86. I gave ~~the lawyers~~ my ~~email address,~~ ████████████████████ *landline phone number (SK)*, but ~~I do not think they ever emailed me~~ *they never contacted me (SK)*. They never wrote me any letters *and they never phoned me (SK)*. After they left Lithuania, I did not hear from them directly again. I only heard from Jurate what they were saying about Yura's case. Jurate, Gabriel and I all went to the U.S. Embassy here in Vilnius, Lithuania together. We went to the Embassy to get visas to travel to the United States. Yura's legal team members were no longer here in Lithuania when we went to the Embassy, and they did not tell us what we needed to do to go to the United States. I was denied a visa to come to the United States. Jurate was told that she and Gabriel could not get a visa because the U.S. was worried they would not return to Lithuania. I was told by the Embassy that I could not get a visa because I did not have sufficient assets and property in Lithuania.

87. Later, Yura's legal team sent a formal letter of invitation to try and help us get to the U.S., but at that point, it was too late.

IFCD002261

88. The lawyers for Yura in 2004-2006 knew how to get in touch with me, since they visited

with me twice. I would have testified in person, by phone, or by video to help my brother. I

love him and I want to help him.

89. I wanted to travel to the United States to testify for my brother.


Pursuant to 28 U.S.C. §1746, I, Svetlana Kadamova, declare under penalty of perjury under the laws of the United States that the above is true and correct.



_____*28 July 2022, Vilnius, Lithuania_*          _____*Svetlana Kadamova /signed/___*

Date and Place                              [Name]


IFCD002262



IFCD002263

Ex. 17 pg.22 of 77



IFCD002264



IFCD002265

Ex. 17 pg.24 of 77



СВИДЕТЕЛЬСТВО
о восьмилетнем образовании

Настоящее свидетельство выдано _Кадамов_
_Юрию Алимухамедовичу_
(имя и отчество)
родивше____ в 19 _6 6_ году, в том, что он
обучал_ся_ в _средней школе №_
(полное
_г. Вильнюс_
наименование школы)
окончил_____ в 19 _82_ году восемь классов
и при _удовлетворительн___ поведении
обнаружил_____ следующие знания:

по родному языку _(руск) 3 (посреди...)_
по литературе _3 (посредст,)_
по литовскому языку и
литературе _4 (хорошо)_
(в школах с русским и польским яз. обучения)

по русскому языку и
литературе
(в школах с литовским и польским яз. обучения)
по алгебре _3 (посредств.)_
по геометрии _3 (посредств.)_
по истории _3 (посредств.)_
по основам Советского _3 (посредств.)_
государства и права

IFCD002266

Ex. 17 pg.25 of 77

Image 1



IFCD002267

Image 2



IFCD002268

Image 3



IFCD002269

Image 4



IFCD002270

Image 5



IFCD002271

Image 6



Image 7



IFCD002273

Image 8



IFCD002274

Image 9



IFCD002275

Image 10



IFCD002276

Image 11



IFCD002277

Image 12



IFCD002278

Ex. 17 pg.37 of 77

Image 13



IFCD002279

Image 14



IFCD002280

Image 15



IFCD002281

1

## ЗАЯВЛЕНИЕ СВЕТЛАНЫ КАДАМОВОЙ

Я, Светлана Кадамова, заявляю следующее:

Я старше 18 лет и в состоянии сделать данное заявление.

1. Меня зовут Светлана (Света) Кадамова. Юриюс (Юрий, Юра, Юрчик) Кадамовас /Кадамов S.К приходится мне старшим братом. Он на четыре с половиной года меня старше. Я зову его Юрой. Я всегда буду любить его.

2. Когда я была маленькой, Юра был моим защитником. Он приглядывал за мной. Я с радостью готова помочь ему, предоставляя данную информацию.

3. Я живу в Вильнюсе, Литва, где я прожила почти всю свою жизнь. Несколько лет я работала за границей, но никогда не выезжала в Соединенные Штаты.

*Наша семья:*

4. Юра родился в 1966 году, я родилась в 1971. Наших родителей звали Татьяна (Таня) Кадамова и Имухаммед (Коля Аймухамедас, Мохамед) Кадамов.

5. Семья матери были староверами. Это означает что они принадлежали к традиционной части русской православной церкви, практикующей очень старые церковные обряды. Семья матери была русской. Ее семья переехала на территорию нынешней Литвы несколько поколений назад. Дома мы всегда общались по-русски. В основном я разговариваю по-русски, но также немного говорю по-литовски. Молодое поколение сейчас больше разговаривает по-английски, чем по-русски. Мы с Юрой выросли в советское время, когда в школах обучение русскому языку было обязательным. Мы с Юрой учились в русской школе, где все предметы преподавались на русском языке. Юра также немного разговаривал по-литовски, но как и я, в основном он общался на русском.

Заявление Светланы Кадамовой                    Инициалы: _____

IFCD002282

2

6. Кадамовас является литовской версией фамилии Кадамов. И Кадамов и Кадамовас являются правильным написанием фамилии Юры. Так как в русском языке используется алфавит, отличный от литовского и английского, существует много способов написания нашей фамилии на литовском и английском.

7. Российская Империя и затем Советский Союз оккупировали Литовскую территорию долгое время. Влияние России на Литву было продолжительным. По этой причине некоторые люди довольно негативно относятся к этническим русским, таким как я и мои родственники. Когда Литва обрела независимость, людям, не знающим литовского языка, было сложнее выжить в новом обществе. У людей было предвзятое отношение к русскоговорящим, и работу найти было гораздо сложнее, чем при Советском Союзе. Доступ к высшему образованию также был ограничен, если ты не говоришь по-литовски.

*Aй S. K.*

8. Нашего отца звали Имухаммед Кадамов. Он был мусульманином из Туркменской Советской Социалистической Республики (Туркменской ССР). Туркменская ССР входила в состав Советского Союза. Отец служил по призыву, как и все советские мужчины тех времен. Службу отец проходил в Вильнюсе. Он познакомился с матерью, когда служил в Вильнюсе. Для матери, староверки, было очень нетипично выходить замуж за мусульманина, несмотря на то, что религию пресекали в советское время. Я не была знакома с родственниками отца, и никогда с ними не встречалась.

9. Я была близка с родственниками матери. Родителей матери звали Александра и *Варфоломей S. K* Бартоломей Канопкины. Мы с Юрой были близки с ними. Когда дома дела обстояли не очень, они присматривали за нами с Юрой. Все школьные каникулы мы с братом проводили у бабушки и дедушки. Они нас очень любили. Юра был особенно близок с

Заявление Светланы Кадамовой                          Инициалы: _____

IFCD002283

3

*дедушкой, Варволичиеи S. K.*

~~бабушкой, Александрой~~. Ему было тяжело, когда бабушка умерла. Юре тогда было около 16 лет.

10. У моей матери также были братья и сестра. У нее было два брата: Венарий и Логин. Логин умер несколько лет назад, но дядя Венарий с женой Терезой все еще живут в Вильнюсе. У матери есть сестра, Зинаида. Зинаида все еще живет в Вильнюсе, ~~там же,~~ *S. K.* ~~где и раньше~~.

*ай S. K.*

11. Насколько мне известно, у нашего отца, *ай S. K.* Имухаммеда, был старший брат и младшая сестра. Кажется, отец Имухаммеда погиб во времена Второй Мировой Войны. Его мать работала главой колхоза по производству хлопка в Туркменской ССР, что было необычно, так как такая работа в те времена была не женской.

12. Я так понимаю, что мать моего отца была статной женщиной в Туркменской ССР на основании ее должности.

13. Когда я росла, мне всегда говорили, что сестра моего отца была знаменитой балериной. Я любила балет и была очень гибкой. Когда мы были детьми, я помогала Юре делать растяжку и прижимала его ноги к стене, но это никогда не работало. Для меня это осталось забавным и милым воспоминанием, как я помогала Юре растягиваться.

*Знакомство наших родителей:*

14. Мои родители познакомились, когда мать жила в доме на улице Тримиту. Дом был расположен рядом с военной базой, где служил отец. Насколько я понимаю, моим *ай S. K.* бабушке и дедушке не понравилось, что мать выходит замуж за Имухаммеда. Так как они были староверами, они не одобрили брак дочери с мусульманином.

15. Мои дедушка и бабушка были очень набожными, несмотря на то, что это не приветствовалось в советское время, и религиозное образование было запрещено. Они

Заявление Светланы Кадамовой          Инициалы: _____

IFCD002284

Ex. 17 pg.43 of 77

4

ходили в церковь, молились, у них в квартире висели иконы. Александра ходила в церковь, но одевала платок и прикрывала им лицо, чтобы ее не узнавали, когда она ходила на службу. На мать коммунизм оказал большее влияние, и поэтому ей были неважны религиозные различия между ней и отцом. В Вильнюсе не было мечети, и я не знаю, был ли мой отец набожным мусульманином, или просто был связан с исламом в культурном смысле. В советские времена его религия была практически запрещена, и практикуя религию, он стал бы мишенью для государственных органов.

16.  От нашего дома на Тримиту 40 до военной базы можно было легко дойти пешком. По окончанию службы *Имухаммед* уехал обратно в Туркменскую ССР, но затем вернулся и женился на матери.

17.  Моя мать, Татьяна, ездила к родственникам *Имухаммеда* в Туркменскую ССР, но бабушка, Александра, боялась, что ее похитят и не позволят вернуться из пустыни. Бабушка настояла, чтобы ~~Бартоломей~~ поехал вместе с Татьяной для обеспечения ее безопасного возвращения. Там мать и дедушка познакомились с родственниками *Имухаммеда*. Сестра моего отца водила машину, что было удивительно в то время, особенно в консервативной Туркменской ССР.

18.  Наш отец, *Имухаммед*, играл на национальном туркменском инструменте под названием *дутар*. Он любил петь и танцевать и подарил Юре его первую гитару.

*Детство в Литве:*

19.  Первый дом, в котором жила наша семья, был расположен на Тримиту 40 в Вильнюсском районе ~~Шнипишкес~~. Там наша семья жила до примерно 1975 или 1976 года. Это был старый деревянный дом напротив пекарни, где работала мать. Мать жила там с

Заявление Светланы Кадамовой                    Инициалы: _____

IFCD002285

Ex. 17 pg.44 of 77

5

родителями задолго до того, как познакомилась с отцом. В доме не было водопровода, мы пользовались колодцем на улице.

20.     Мы жили в двухкомнатной квартире на Тримиту 40. В одной комнате располагались дедушка и бабушка. Мать, отец, Юра и я разделяли другую комнату. В какое-то время в доме так же жил мой дядя Венарий. Комнаты соединяла печь, которую использовали для обогрева дома и приготовления пищи. Из-за отсутствия водопровода в доме мы пользовались общественной баней и туалетом. Квартира была примерно 5 метров в длину на 5 метров в ширину. Она была очень маленькой.

21.     Дома не было никакой возможности уединиться, мы все жили на одной площади. Юра ел пепел из печи, когда был маленьким. В доме были окрашенные деревянные стены. Он ел осколки краски со стен. В доме был небольшой стол, за которым Юра выполнял домашнюю работу.

22.     Однажды в этом доме Юра поранил глаз о будильник. Он вбежал в комнату бабушки и дедушки и подпрыгнул, чтобы выглянуть в окно, но планировка их комнаты отличалась от той, где жил Юра и наша семья. В то время будильники были большими, и у него остался шрам после удара о будильник. Его отвезли в больницу для оказания медицинской помощи ~~на хлебовозе~~ Скорая помощь S. K. с пекарни напротив, где работала мать.

23.     У нас был небольшой огород. Мы выращивали картофель, огурцы и клубнику, но огород был недостаточно большим, чтобы прокормить всю семью.

24.     Мой дедушка, Бартоломей Варфоломей S. K., ~~гнал самогон~~ делал вино ~~сладкое~~ (Брашку) S. K., а бабушка Александра варила алкогольный сидр. ~~Они не могли позволить себе водку и покупали ее только на праздники.~~

*Тяжелый развод родителей:*

Заявление Светланы Кадамовой                              Инициалы: _____

IFCD002286

6

*au S.K.*

25. Мои родители, Татьяна и Имухаммед, переживали много трудностей в отношениях. Они не подходили друг другу. У них были культурные различия, так как он вырос в мусульманской семье, но не думаю, что все их проблемы можно было списать на культурные различия. Я была очень маленькой и много не помню о жизни с отцом. Об отношениях отца и матери я в основном узнала из историй, которые рассказывали в моей *au S.K.* семье на протяжении многих лет. Насколько я знаю, Имухаммед часто возвращался с работы домой поздно, и он считал нормальным заводить отношения с другими женщинами на стороне. Мать не могла с этим смириться. Об их отношениях мне больше известно из рассказов матери.

26. В какой-то момент мои родители разошлись и получили развод. Мне было около четырех лет отроду во время их размолвки. Отец съехал из дома. Сначала он уехал в Ашхабад в Туркменской ССР, но затем вернулся в Литву, чтобы жить рядом с нами. Некоторое время он жил в Вильнюсе, но затем навсегда уехал в Ашхабад. После того, как отец съехал с квартиры, он старался поддерживать связь со ~~мной и~~ *S.K.* Юрой и остаться в нашей жизни. Но мать не разрешала нам общаться и видеться с ним, потому что он пытался похитить ~~нас~~ *Юрию S.K.* как минимум дважды. Он хотел вывезти нас в Ашхабад без *Юрию S.K.* разрешения матери. Она боялась, что никогда ~~нас~~ больше не увидит, если бы ему это удалось.

27. Однажды отец отвез Юру в аэропорт, и его там задержала милиция. В тот раз он меня не забрал, так как я была слишком маленькой, и он беспокоился, что я не смогу угнаться за ними, если бы им потребовалось бежать от властей. Во второй раз он забрал меня вместе с Юрой на железнодорожный вокзал. Мы приехали на вокзал, но опять же нас остановила милиция. Оба раза нас вернули к матери.

Заявление Светланы Кадамовой                    Инициалы: _____

IFCD002287

7

28.  После попыток отца нас похитить мать сильно злилась и не позволяла отцу связаться с нами. Бабушка Александра жалела Имухаммеда после развода и иногда помогала ему встречаться со мной и Юрой. Татьяна хотела знать, был ли он трезвым при встрече с детьми, и Александра говорила, что он был трезв.

29.  Однажды отец приехал провести с нами день, и бабушка разрешила ему встретиться с нами в тайне от матери. Бабушка позволила отцу забрать нас из дома при условии, что мы также возьмем с собой на прогулку ~~соседского ребенка~~ дочкой его друга S. K. Для нее это было гарантией того, что он вернет нас и не попытается снова нас похитить.

30.  Когда отец навсегда переехал в Ашхабад, он хотел, чтобы мы с Юрой поехали с ним, но мать этого не позволила.

31.  После возвращения отца в Туркменскую ССР мы редко получали от него весточку. Знаю, что он женился и у него родилось семь или восемь детей от второй жены. Помню это, потому что когда я выходила замуж, у меня были ~~разногласия~~ с семьей и я хотела, чтобы отец приехал на свадьбу. Я позвонила Имухаммеду и пригласила его. Он сказал, что не может приехать, так как у него ~~только что родился~~ восьмой ребенок. Он сказал, что очень хотел бы принять участие в моей свадьбе.

32.  Мой брат Юра оплатил мою свадьбу, потому что это было обещанием, которое он дал отцу. Я знаю, что ему было не просто оплатить такое дорогостоящее мероприятие.

33.  Отец работал в колхозе на производстве хлопка под Ашхабадом.

34.  Я никогда более не встречалась с отцом с тех пор, как он уехал из Литвы, когда мне было около 7 лет. Иногда он писал и звонил нам, но не регулярно. Он писал Юре, когда тот служил в армии.

Заявление Светланы Кадамовой                    Инициалы: _____

IFCD002288

Ex. 17 pg.47 of 77

*Пока по телевизору показывали споры между Литвой и СССР.*

35.   Когда советские танки ~~вторглись в Литву~~ в январе 1991 года, отец позвонил нам. Он очень переживал за меня и Юру. Он беспокоился, что нас убьют и приглашал нас в свой дом. Он сказал, что у него большой дом, и предложил всем переехать жить вместе с ним и его новой семьей. Он сказал, что там, где он живет, спокойно и стабильно. Я бы хотела поехать навестить отца. ~~Но денег у меня не было.~~ *S. K.*

36.   После телефонного звонка в 1991 году, я больше от него не слышала, за исключением одного звонка его жены и одного звонка от него. Однажды в начале 1990-х позвонила его жена. Она слабо разговаривала по-русски, и в основном говорила по-туркменски, и все что мы поняли, это то, что с *си S.K.* Имухаммедом что то случилось. Затем через несколько недель он позвонил сам и сказал, что у него был сердечный приступ. Это был последний раз, когда мы с ним общались. После этого Туркменистан стал закрытой и авторитарной страной, и мы не смогли получить никакой информации о нем.

37.   В какое-то время у ~~меня были~~ контакты брата отца в Туркменистане. ~~Отец дал нам эти контакты и сказал, чтобы мы позвонили его брату, если столкнемся с трудностями. Но этих данных у меня уже нет.~~ *S. K.*

38.   Около 1975 – 1976 гг. наша семья переехала в район Виршулишкес. Мы переехали, потому что наш дом на Тримиту сносили для строительства новых домов. Так как было советское время, власти потребовали от нас выселиться из дома и выделили нам новую квартиру.

39.   Новая квартира была двухкомнатной и располагалась в пятиэтажном здании. Мать жила в одной комнате, а мы с Юрой – в другой. К тому времени отец уже не жил с нами.

*Варфоломей S. K.*

40.   Мои бабушка и дедушка, Александра и ~~Бартоломей~~ смогли получить отдельную однокомнатную квартиру, потому что Александра написала в Москву в дом ветеранов и

Заявление Светланы Кадамовой                          Инициалы: _____

9

*Варфоломей S. K.*

попросила их предоставить квартиру, так как ~~Бартоломей~~ воевал во Второй Мировой Войне. Дом ветеранов пригласил Александру в Москву, и она поехала на встречу. После встречи Александре и ~~Бартоломею~~ *Варфоломей S. K.* выделили отдельную квартиру в Вильнюсе. С тех пор бабушка и дедушка жили отдельно от нас вплоть до смерти Александры в 1982 году.

41. Когда мы переехали в новую квартиру, Юра начал ходить в Школу 46, десятилетнюю школу, которую ученики заканчивают в возрасте 16 или 17 лет.

*Наша мать выходит замуж за Тадика Александрович:*

42. После того, как отец съехал, мать познакомилась с Тадеушем (Тадик) Александрович и вышла за него замуж. Я называла его Тадик. После свадьбы я жила с матерью, Тадиком и Юрой.

43. Мы с Юрой не любили Тадика. Он пришел в нашу жизнь, когда мне было около 7 лет, а Юре было около 11. Казалось, будто незнакомец вселился в наш дом. Он не был нам отцом, но указывал, что нам делать. Он относился к нам лучше, когда мать была дома, но когда мать уходила, он ворчал и гонял нас.

*S. K.*

44. ~~После того, как вселился Тадик, вернулся наш отец.~~ Он хотел вернуть нашу мать. К тому времени мать уже была замужем, и ей это было не интересно. После этого отец уехал из Вильнюса в последний раз.

45. До знакомства с матерью Тадик был женат и у него были дети от первого брака. Его детей звали Лариса и Вадим, и они стали нам сводными братом и сестрой. Они не жили вместе с нами, но мы были с ними знакомы.

46. Сколько я помню Тадика, он всегда выпивал. Не знаю, выпивала ли моя мать до того, как вселился Тадик. Лишь после того, как Тадик стал жить с нами, я заметила пристрастие матери к алкоголю.

Заявление Светланы Кадамовой                    Инициалы: _____

IFCD002290

10

47.    Когда мать выпивала, она практически не обращала на нас внимание. Не то, что бы она нас обижала, просто была не в состоянии. Выпив, мать жаловалась на меня и Юру. Вместе с Тадиком они много жаловались на нас с Юрой. Было тяжело находиться в такой обстановке и слышать такое. ~~Мне казалось, что я никогда не смогу стать для нее достаточно хорошей.~~ Жизнь в нашем доме была нелегкой, из-за Тадика S. K.

48.    У матери не было предпочтительного напитка. Она пила пиво или шампанское, в зависимости от компании. Обычно была водка, но когда ее не было, она пила самогон Тадика. S. K. ~~Мать и Тадик тратили все свои деньги на выпивку.~~ С годами, их алкоголизм становился все хуже и хуже.

49.    После смерти нашей бабушки, Александры, дедушка, ~~Бартоломей~~ Варфоломей S. K., переехал жить к нам. В то время у нас была трехкомнатная квартира, также на улице Виршулишкю. К тому S. K. времени, как дедушка начал жить с нами, мать уже была замужем за Тадика. ~~Бартоломей~~ Варфоломей жил в одной комнате, мать с отчимом в другой, а мы с Юрой жили в третьей комнате до тех пор, когда Юру забрали в армию. ~~Бартоломей был инвалидом, и ему требовался уход.~~ Мы старались, чтобы он чувствовал Варфоломей S. K. себя не одним. S. K. Обязанности по уходу в основном выпали на нас с Юрой. ~~Бартоломей~~ сражался с нацистами во Второй Мировой Войне. У него были медали. Юра очень гордился тем, что дедушка доблестно сражался с нацистами.

*Детство с Юрой:*

50.    Юра был хорошим старшим братом. Когда матери не было дома, что случалось довольно часто, Юра мне готовил. Он любил готовить цепеллины и другие блюда из картофеля. Его любимым блюдом были жареные семечки с маслом и солью. Мы садились и разговаривали, иногда смотрели телевизор и вместе щелкали семечки.

Заявление Светланы Кадамовой                 Инициалы: _____

IFCD002291

Ex. 17 pg.50 of 77

11

51.   В детстве Юра любил рыбалку. Рядом с нашим домом была речка, и отец с Юрой ходили на нее рыбачить. Они приносили домой рыбу на ужин. Позже, Юра уже не рыбачил, но все равно любил рыб.

52.   С 12 или 13 лет у Юры появился аквариум. Он любил ухаживать за рыбками и рисовал фон в аквариуме, чтобы рыбкам было на что смотреть. Юра проводил много времени, ухаживая за рыбками. Он знал, какой рыбке нужна какая вода и какие другие рыбки.

53.   Еще у нас был семейный кот, за которым Юра бережно присматривал. Юра не ложился спать без кота, и он очень трепетно относился к животным.

54.   Немного повзрослев, Юра занялся боксом. Официальных соревнований для участия не было, ~~боке~~ карате S.K. был запрещен какое то время. Юра с мальчиками занимался ~~боксом~~ карате S.K. неофициально в подвале квартиры. Не припоминаю, чтобы Юра дрался за пределами ринга. Он не был задирой, не прогуливал школу и не попадал в неприятности. Я брала пример со своего старшего брата.

55.   В детстве у Юры были друзья. Одного друга звали Роман Дягутис, он познакомил Юру с будущей женой Юрате. Другого друга звали ~~Роберт Негроцкие~~ Далецкис S.K.

56.   Юра и Юрате встречались в старших классах, но затем Юра должен был идти в армию, как все советские мужчины тех времен. Юра закончил училище примерно в 1985 году. Он служил под Москвой два года, как требуется, в 1985 -1987 гг.

57.   Когда Юра вернулся из армии, он ~~ре работал~~ закончил училище столяр S.K. плотником. В училище он учился на училище столяр S.K. ~~плотника~~, но в сердце он был музыкантом. Он очень любил музыку. У него были альбомы американских музыкантов, которые было трудно достать, и он их очень ценил. Он хотел сделать серьезную карьеру музыкантом. Но когда он вернулся из армии, времена

Заявление Светланы Кадамовой                    Инициалы: _____

IFCD002292

12

менялись очень быстро. В стране были серьезные экономические проблемы, но и в нашей семье дела были не очень.

*Брак Юры и Юрате:*

58. К тому времени, как Юра вернулся из армии, моя мать и Тадик выпивали уже совсем без контроля. Юра должен был найти способ заработать денег для нашей семьи, и сделать это быстро. Вернувшись, он начал играть в ресторанах за деньги. Он играл на барабанах в разных группах в Вильнюсе и в других городах страны. Летом, когда была работа, он также работал в Тракай. Тракай находится неподалеку от Вильнюса, люди часто проводят там лето. По мере развала Советского Союза, концертов становилось все меньше и Юра уже не мог зарабатывать достаточно денег. *еще из-за инфляции. S.K.*

59. Примерно в это время, в 1988 году, Юра женился на Юрате. Он должен был съехать из дома, так как Татьяна и Тадик сильно выпивали дома. Вскоре я также вышла замуж, так как тоже отчаянно хотела уехать из этого дома. Женившись, Юра смог вырваться из семейного дома и жить у родителей Юрате.

60. В 1988 году Литва приближалась к независимости от Советского Союза. В 1988 и 1989 годах проходило много политических демонстраций и формировалось множество подпольных политических организаций, пропагандирующих независимость. Экономика окончательно рухнула.

61. После свадьбы Юрате и Юра жили у родителей Юрате. ~~После развала экономики~~ ~~они не могли себе позволить жить отдельно;~~ *Они решили снять квартиру. После того, когда Юра работал в ресторанах. Он решил заняться бизнесом. Тогда,*

62. По началу у них были хорошие отношения, однако Юрате была очень ~~ревнивой.~~ *жадная.* Она всегда ~~ревновала~~ *жадная была. S.K.* Юру ко мне и нашей матери. Она считала, что Юра не должен *Решили снять квартиру, жить одном. С своей семьей. S.K.*

Заявление Светланы Кадамовой                    Инициалы: _____

IFCD002293

Ex. 17 pg.52 of 77

13

давать денег мне и матери, и Юрате не нравилось, что Юра помогает нам деньгами. Юра

просто пытался нам помочь, но Юрате это не нравилось.

63.  Сколько я знаю Юрате, она сильно выпивала. Она выпивала слишком много и

глупо вела себя ~~на людях~~. *S. K.* Она шумела и выглядела очевидно пьяной. Мне было стыдно за

нее. Когда Юрате выпивала, она ~~становилась агрессивной~~, *S. K.* кричала и теряла

самообладание.

64.  В 1989 году у Юры и Юрате родился сын, Габриель. Юра очень гордился званием

отца. Он очень любил Габриеля и хотел его лучше обеспечивать, чем обеспечивали нас в

детстве. Юра много работал для обеспечения Габриеля.

65.  Мой сын, Максим, ~~немного~~ *на ю лет S. K.* моложе Габриеля. Юра был *бы S. K.* хорошим дядей моему

сыну. Максима я воспитывала сама. Юра знал, что мне нелегко, и помогал мне деньгами.

Он любил Максима и стремился больше работать, чтобы у Габриеля и Максима жизнь

была лучше, чем у нас в детстве.

*Работы Юры в инженерной области:*

66.  В то время в Литве мы переживали очень тяжелые времена. В 1980-е была нехватка

товаров и продовольствия. У нас было достаточно еды, ~~но зачастую мы ели лишь хлеб и~~ *S. K.*

~~картофель~~. У нас была домашняя утварь, но ее было немного и она была плохого качества.

67.  Когда Литва провозгласила независимость, для некоторых людей жить стало

намного лучше, но для других стало еще хуже. Надо было самому везде пробиваться. Мы

с Юрой учились в школе в Советские времена, когда предполагалось, что мы будем жить

при коммунизме. Но затем нам пришлось выживать в совершенно другом мире, к

которому нас не готовили.

Заявление Светланы Кадамовой                    Инициалы: _____

IFCD002294

Ex. 17 pg.53 of 77

14

68.    Юра был музыкантом. Он играл в ресторанах и других заведениях. Но с этого было сложно прожить, и еще сложнее стать успешным. Он занимался и разной другой предпринимательской деятельностью. Одним из бизнесов Юры и Юрате была покупка видеокассет из США, которые Юрате перезаписывала и сдавала на прокат ~~либо продавала~~. _S. K._ Все очень хотели смотреть американские фильмы и слушать американскую музыку. Пока Юра занимался бизнесом за пределами дома, Юрате смотрела фильмы и записывала их. Она начала выпивать по коктейлю каждый раз, как включала фильм, и со временем стала выпивать все больше. Вскоре она уже регулярно выпивала. Брак Юры и Юрате был непростым, так как Юрате выпивала. Когда она бывала выпившей, она с ненавистью отзывалась о нашей семье.

69.    После того, как Литва обрела независимость, у Юры были и другие бизнесы, он пытался зацепиться. Некоторые приносили прибыль, другие проваливались. В какое-то время Юра с другом продавали обувь. Также у Юры был какой-то бизнес, связанный с аукционами. Юра всегда пытался развивать различный бизнес. Хотя, много денег он не зарабатывал.

70.    Иногда Юра показывал роскошные машины, которые он ~~сдавал в аренду~~ _продавал S. K._. Он возлагал на эту идею много надежд, но логики в ней не было. В то время зарплата была около 450 литов в месяц, а купить машину стоило около ~~450.000~~ _45.000 S. K._ литов. Не у многих людей были деньги на покупку автомобилей, которые показывал Юра. Этот бизнес не был прибыльным. Вскоре эта затея рухнула, и тогда он занялся арендой лимузинов и детских электрических машин. Он также сдавал гидроциклы, но это также не привело к успеху.

71.    Аренда лимузинов была хорошей идеей, и сейчас является довольно прибыльным делом в Вильнюсе. Люди берут в аренду лимузины с водителями на свадьбы, крупные

Заявление Светланы Кадамовой                          Инициалы: _____

IFCD002295

15

мероприятия и выпускные. Юра действительно был первым с идеей завозить лимузины в страну. За небольшую плату люди могли брать их на прокат, ведь кататься на лимузине было очень популярно. Эта идея была намного лучше, чем другие затеи Юры. На моей свадьбе мы с мужем ездили на лимузине, и все в городе смотрели на нас, будто на статных людей.

72. Когда лимузинный бизнес стал успешным, это привлекло внимание нехороших людей в Вильнюсе. В то время было много коррупции и много персонажей, желавших нажиться на частном предпринимательстве, только входившем в моду. Юре угрожали вымогательством и расправой, если он не послушается. В то время было невозможно заниматься предпринимательством без внимания таких людей.

73. К тому времени, как Юра переехал в Соединенные Штаты, коррупция в Литве процветала. Юра всегда мечтал о Соединенных Штатах. Он был зачарован Америкой. К тому времени отношения с Юрате стали совсем плохими. Юрате много выпивала, и их отношения были трудными. Бизнес в Литве для Юры не становился легче. Настало время для Юры уехать.

74. Когда Юра перебрался в США, в его планах было уехать навсегда и со временем перевезти к себе Габриеля и Юрате, как только он обустроится. Изначально он пытался их перевезти, но возникла проблема с визами. Юрате и Габриель не смогли получить визу, и им не удалось переехать в США к Юре. После этого дела Юрате стали совсем неважными. После переезда Юры в Соединенные Штаты она все больше и больше выпивала и не была хорошей матерью Габриелю.

75. Перед отъездом в США Юра построил коттедж в Пилайте. Пилайте – это район Вильнюса. Он планировал жить там с Юрате и Габриелем. Они прожили там около года,

Заявление Светланы Кадамовой     Инициалы: _____

IFCD002296

Ex. 17 pg.55 of 77

16

затем продали дом и Юра переехал в США. Юрате с сыном переехали жить к родителям.

по тихоньку *S. K.*

Когда Юра уехал, Юрате ~~очень быстро~~ скатилась на самое дно. Отец Юрате был

алкоголиком, возможно, у нее это было наследственным.

76.    Юра часто присылал деньги на проживание Юрате и Габриелю, нашей матери, мне

и Максиму. Это продолжалось вплоть до его задержания. Юрате не работала, и Юра

полностью содержал их с Габриелем.

77.    Наша мать умерла в феврале 2001 года. Она умерла от расстройства печени ~~из-за~~    *S. K.*

~~чрезмерного алкоголизма на протяжении многих лет~~. До ее смерти Юра присылал деньги

из Соединенных Штатов на ее лечение. После смерти Юра прислал деньги ей на

похороны.

78.    Юра очень расстроился, что не смог приехать на похороны матери. Она была

как *S. K.*

похоронена по ~~староверским~~ обычаям на третий день после смерти. Купить билет на

самолет в столь сжатые сроки было слишком дорого и невозможно для Юры.

79.    В последние годы жизни Тадик жил у меня. ~~Однажды он нарисовался пьяным у~~    *S. K.*

~~меня на крыльце, и я его пустила. Он не прожил 10 лет и съехал только, когда его дочь~~

~~Лариса пришла и забрала его жить к себе.~~

*Уголовное дело Юры в Соединенных Штатах:*

80.    Когда Юру обвинили в этих преступлениях, меня это потрясло. Мы общались с

Юрой по телефону, он регулярно слал нам деньги до момента его задержания. Я узнала о

его аресте, когда новости дошли до Литвы.

81.    Адвокаты Юры приезжали из Соединенных Штатов в Литву дважды до судебного

разбирательства. Кажется, это было в 2004 – 2006 гг, но точных дат я уже не помню. Я

дважды встречалась с адвокатами, каждый раз при их визите в Литву. Я искренне

Заявление Светланы Кадамовой                    Инициалы: _____

IFCD002297

Ex. 17 pg.56 of 77

17

ответила на все их вопросы о жизни Юры в Литве. Они задавали мне вопросы на многие

темы, описанные в настоящем заявлении, но не с такими подробностями, как сейчас.

82.  На стр. 21 – 24 настоящего заявления я прилагаю копию свидетельства об

образовании, которое я передаю адвокатам Юры. Я бы передала данный документ

адвокатам в 2005 году, если бы меня попросили. Здесь указано, что в основном Юра

получил тройки за академические предметы, но по музыке он получил пятерку, а по

изобразительному искусству - четверку. В школе он хотел только играть на музыкальном

инструменте.

83.  Также на стр. 25 – 39 настоящего заявления прилагаю 14 фотографий, которые я

передаю адвокатам Юры. Я бы передала данные снимки адвокатам в 2005 году, если бы

меня попросили предоставить снимки Юры. Не помню, передавала ли я им какие-либо

фотографии.

Снимок 1: фото Татьяны Кадамовой 1963 года.

отцу S. K.

Снимок 2: надпись с тыльной стороны снимка. Отправлено в ~~ФНУ Елянуев~~ 27 декабря

1963 года.

Снимок 3: фото Юриюса Кадамоваса 1968 года.

Снимок 4: надпись с тыльной стороны снимка. Отправлена родителям Татьяны в 1968

году.

Снимок 5: фото Светланы Кадамовой (слева) и Юриюса Кадамоваса (справа).

Ай S. K.            Дочери S. K.

Снимок 6: фото Имухаммеда Кадамова, ~~неизвестного~~ друга семьи ~~соседа~~, Светланы

Кадамовой и Юриюса Кадамоваса. Фото было сделано в то время, когда мать не

Юрия S. K.

позволяла нам видеться с отцом после того, как он пытался вывезти ~~нас~~ в

Туркменскую ССР. В день этого снимка наша бабушка Александра позволила мне и

Заявление Светланы Кадамовой                    Инициалы: _____

IFCD002298

18

Ай *S. K.*

Юре тайком встретиться с Имухаммедом. На данном снимке есть еще один ребенок, *дочь друзьей семьи* *S. K.*

так как наша бабушка настояла, чтобы отец взял с собой ~~соседнего ребенка,~~ дабы он не

пытался нас снова похитить.

Ай *S. K.*

Снимок 7: надпись с тыльной стороны снимка. Подписано Имухаммедом Кадамовым в

1976 году из Ашхабада. «На память моим дорогим детям Юре и Светлане. Во всем будьте

внимательны и берегите память обо мне, не забудьте, что ваша фамилия Кадамовы. Я был

счастлив с вами даже в эти дни, когда сфотографировались и встречались в тайне. г.

Ашхабад. 1976. Кадамов»

Снимок 8: снимок Светланы Кадамовой

Снимок 9: снимок Юриюса Кадамоваса (в центре слева) с друзьями детства.

Снимок 10: снимок Зои Зинатулиной (слева) и Татьяны Кадамовой (справа) в 1971 г.

Снимок 11: надпись с тыльной стороны снимка. «Наши жены.» Сентябрь 1971 г.

Вильнюс. Зоя на снимке является женой брата моего отца.

Снимок 12: снимок Зинаиды (Канопкиной) Ковальчук и Николая Ковальчук на свадьбе

с гостями.

Снимок 13: снимок со свадьбы Зинаиды (Канопкиной) Ковальчук и Николая

Ай *S. K.*

Ковальчук. Юра Кадамовас сидит справа внизу снимка. За ним Имухаммед Кадамов и

Татьяна Кадамова. Этот снимок был сделан вскоре после моего рождения.

Снимок 14: мой отец.

Снимок 15: отец с друзьями. Один из друзей работал в фото ателье, где и был сделан

данный снимок.

84.    Ранее адвокаты предлагали мне дать показания на разбирательстве Юры, когда

были здесь. Они сказали мне, что государство США оплатит мою поездку.

Заявление Светланы Кадамовой                  Инициалы: _____

IFCD002299

Ex. 17 pg.58 of 77

19

85. Тадик жил до 2013 года, и также мог дать показания на суде Юры.

86. Я передала адвокатам адрес ~~моей электронной почты,~~ и номер домашнего телефона S. K. ~~████████████~~ они со мной не связывались ~~но не думаю, что они мне писали.~~ Я не получала от них и никаких звонков никаких писем. После того, как они уехали из Литвы, они со мной напрямую не связывались. Только Юрате мне рассказывала, что они рассказали о деле Юры. Мы с Юрате и Габриелем вместе ездили в посольство США в Вильнюсе, Литва. Мы ездили для получения визы в Соединенные Штаты. Команда адвокатов Юры уже находилась за пределами Литвы, когда мы ездили в посольство, и они не сказали нам, что от нас требуется для поездки в Соединенные Штаты. Мне отказали в визе в США. Юрате сказали, что не могут выдать визу ей и Габриелю, так как есть подозрение, что они не вернутся в Литву. Мне сказали, что не могут выдать мне визу, так как у меня не было достаточно средств и имущества в Литве.

87. Позже команда адвокатов Юры прислала официальное письмо с приглашением, чтобы помочь нам выехать в США, но к тому времени было уже поздно.

88. Адвокаты Юры в 2004 – 2006 гг. знали, как связаться со мной, так как они приезжали ко мне дважды. Я бы дала показания лично, по телефону или по видео связи, чтобы помочь своему брату. Я люблю его и хочу ему помочь.

89. Я хотела поехать в Соединенные Штаты на дачу показаний в пользу брата.

В соответствии с 28 U.S.C. §1746, я, Светлана Кадамова, под угрозой наказания в соответствии с законами Соединенных Штатов за дачу ложных показаний подтверждаю, что вышеизложенное является правдой и только правдой.

28 ~~июля~~ июля 2022, Вильнюс, Литва
_____                    Svetlana Kadamova  S. K.
Дата и место                                [Имя, Фамилия]

Заявление Светланы Кадамовой                Инициалы: S. K.

**IFCD002300**

Ex. 17 pg.59 of 77

20



Заявление Светланы Кадамовой                    Инициалы: _____

IFCD002301

Ex. 17 pg.60 of 77

21



Заявление Светланы Кадамовой

Инициалы: _____

IFCD002302

Ex. 17 pg.61 of 77

22



Заявление Светланы Кадамовой

Инициалы: _____

IFCD002303

23



Заявление Светланы Кадамовой                    Инициалы: _____

IFCD002304

Ex. 17 pg.63 of 77

24

Снимок 1



Снимок 2

Заявление Светланы Кадамовой                          Инициалы:

IFCD002305

25



Снимок 3

Заявление Светланы Кадамовой                    Инициалы:

IFCD002306

26



Снимок 4

Заявление Светланы Кадамовой                    Инициалы:

IFCD002307

27



На память
бабе и деду
от Юрчика
Юре 2 года
1968 год
г. Вильнюс

Снимок 5

Заявление Светланы Кадамовой                    Инициалы: _____

IFCD002308

Ex. 17 pg.67 of 77

28



Заявление Светланы Кадамовой                 Инициалы:

IFCD002309

29

Снимок 6



Снимок 7



Заявление Светланы Кадамовой                    Инициалы: ____

IFCD002310

30

Снимок 8



Снимок 9

Заявление Светланы Кадамовой                    Инициалы:

IFCD002311

Ex. 17 pg.70 of 77

31



Заявление Светланы Кадамовой                    Инициалы:

IFCD002312

32

Снимок 10



Заявление Светланы Кадамовой            Инициалы:

IFCD002313

33

Снимок 11



Заявление Светланы Кадамовой                     Инициалы:

IFCD002314

34

Снимок 12



Снимок 13

Заявление Светланы Кадамовой                    Инициалы:

IFCD002315

35



Снимок 14

Заявление Светланы Кадамовой

Инициалы:

IFCD002316

Ex. 17 pg.75 of 77

36



Заявление Светланы Кадамовой                    Инициалы: _____

IFCD002317

Ex. 17 pg.76 of 77

37

Снимок 15



Заявление Светланы Кадамовой                    Инициалы: _____

IFCD002318

Ex. 17 pg.77 of 77