This is to certify that the attached [10] page translation of a declaration by Jurate Kadamoviene is a true and correct translation from Lithuanian into English, performed to the best of my knowledge and ability.

Handwritten initials and dates have been rendered in *italics*.

As a member of the UK National Register of Public Service Interpreters in the Lithuanian Language, I am a qualified and experienced translator.  I have Certificates for translation for the Metropolitan Police (UK) and the Immigration Appellate Courts. Further, I am a rejoining member of the Institute of Linguists and have diplomas in Public Service Interpreting in both Health and Law.

Signature of Rasa Cuckson, Translator

Signed this 21 day of August, 2022

IFCD002319

Ex. 18 pg.1 of 22

DECLARATION OF JURATE KADAMOVIENE

I, Jurate Kadamoviene, state as follows:

1. I am over 18 years of age and am competent to make this declaration.

2. I am Jurijus Kadamovas' ex-wife and the mother of his child, Gabriel.

3. I was born in Vilnius in ███████ of 1966, to Lithuanian parents and grew up speaking Lithuanian and Russian. I have lived in Lithuania my whole life.

4. I met Yuri at a birthday party when we were both 15. Our mutual friend, Roman Degutis, introduced us. Roman and I studied together at a vocational school that trained students to work in supermarkets. Yuri brought his guitar to the party and played for everyone.

5. Yuri was interested in me before I liked him, and he pursued me. We started spending more time together after we met and eventually ended up dating. We always spoke Russian together because he did not speak much Lithuanian.

6. On our first date, Yuri and I went to the forest with some friends. We hung out, and he played music. We spent a lot of time with his friends who were mostly people he grew up with. We would go together to the forest or to the cinema.

7. I liked everything about Yuri. He was very sweet and tender when we met. He was a very talented musician and loved to play music. He would sing songs and played guitar so well.

8. Yuri was not a good student and would not read books. He was more interested in music than in school.

9. Yuri was conscripted into the Soviet military in November 1985, and he completed his service in November 1987. Military service was mandatory during the Soviet period.

Declaration of Jurate Kadamoviene                                          1

_____ (Initial)

IFCD002320

Ex. 18 pg.2 of 22

Yuri was stationed outside of Moscow at Belyye Stolby and was a drummer in the military orchestra. He carried his drums and drumsticks around with him. He was never stationed anywhere else.

10. I was able to visit Yuri three times while he was serving in Belyye Stolby. His captain was Lithuanian and spoke very highly of him. Yuri was able to get a pass to leave for the day when I visited to spend time with me. While Yuri was gone, I missed him a lot. I told my mother about how much I missed him, and she helped arrange a trip for us to go to Russia and see him. I was able to see him another time because my school took us on a trip to Moscow.

11. Once I visited Yuri with his mother Tatiana. We travelled to him by train. Every day when I would leave the compartment she was getting more and more drunk. She was drinking throughout the whole journey.

12. While Yuri was in the military, I worked as a cashier at a store. I eventually became a manager at the store. Later on, I worked as a cook in an Italian restaurant. I have always loved cooking and often cooked for Yuri.

13. When we were younger, we had fun celebrating each other's birthdays. We were in love and would dance all night long. Yuri sang at my twentieth birthday with a well-known musician. Yuri was very handsome and good at anything he did.

14. When Yuri came back from the army, we argued like most couples. We would argue and then make up. We decided it was time to either break up or get married, and we decided to get married.

15. One night after seeing a movie with friends, Yuri and I were eating sunflower seeds at my parents' apartment in Vilnius. He turned to me and said, "Little kitten, marry me."

Declaration of Jurate Kadamoviene

2

_____ (Initial)

IFCD002321

Yuri always called me "little kitten" [*"kisulia" in Russian*] instead of Jurate. Some of my close friends still call me that. I thought getting married was a good idea. We loved each other very much. We married in Vilnius on July 2, 1988. We were both 21.

16. Yuri's mother, Tatiana, and his stepfather, Tadik, were very drunk at our wedding. Yuri and I were embarrassed. About a week before the ceremony, Tatiana broke her foot while drinking at home. Yuri and I thought her injury would prevent her from drinking too much at the wedding, but Tatiana and Tadik were already very drunk when Yuri and I arrived at the reception. She could not stand without help and her speech was blurred because of drunkenness. Yuri called the taxi so that his mother and Tadik could reach their home safely. My parents paid for the whole wedding.

17. As long as I knew Tatiana, she was a heavy drinker. I have not seen her sober. Nobody talked about the drinking, but it was clear to everyone who came over to her apartment. They would mainly drink home made vodka as they could not afford it from the shops. They would make alcohol from anything that was at home including tomato sauce. She and Tadik were usually drunk when we came over. They were very argumentative when they drank and sometimes violent. They would not leave the apartment when they drank and would drink until they passed out. They could fall over from a lightest finger tap when they were so drunk. We did not spend much time with them because of their drinking.

18. Tatiana was also drunk during Gabriel's baptism. Yuri wanted to help her to sober up until the ceremony started but did not succeed. The christening ceremony was very beautiful but Tatiana was drunk during the whole time. Yuri wanted to call the taxi so that she could safely return home.

3

Declaration of Jurate Kadamoviene                              _____ (Initial)

IFCD002322

19. When Yuri's grandfather, Bartholomei, was living with Tatiana and Tadik, Yuri would care for him. He was taking better care of him than his mother Tatiana. He would bathe his grandfather, shave him and cut his hair. He had a lot of respect for his grandfather and didn't think Tatiana and Tadik took good care of Bartholomei. I thought it was shameful how Tatiana did not take care of her father. Bartholomei saw his daughter and her husband drunk in the kitchen every time he left his room to use the bathroom. The whole flat was full of glasses with alcohol.

20. Money was tight in the early years of our marriage, but every time Yuri and I visited his mother, we stopped by the grocery store on the way. Yuri always made sure we brought her and Tadik plenty of food. They relied on Yuri for support.

21. Tadik would often complain that Yuri didn't give him and Tatiana enough money. I remember one time when Yuri and I went over to their apartment, and Tadik asked Yuri for money. Yuri was hesitant to give them any more money because they would waste it all on alcohol instead of buying basic necessities to live. Tadik instead asked for slippers, and Yuri refused and said that Tadik would just end up selling the slippers and using the money for alcohol instead.

22. Yuri did not often talk about his father, Imuhammed. Imuhammed returned to the Turkmen Soviet Socialist Republic before I met Yuri. Imuhammed called Yuri after we got married to congratulate us. Yuri was surprised to hear from his father at that time since Imuhammed so rarely made any contact. Imuhammed spoke in Russian when he called, and he spoke with a Turkmen accent.

23. I gave birth to our son, Gabriel, in 1989. Yuri and I were both 22. Yuri was so happy and excited when he found out that I was pregnant with Gabriel. After I gave birth, Yuri ran

4

Declaration of Jurate Kadamoviene                                    _____ (Initial)

IFCD002323

to our fifth-floor balcony, threw the windows open, and shouted to the entire street that he was a father and that everyone should congratulate his new family. Yuri was a good father and a good family man. I remember how he was kneeling at Gabriel's cot and saying how much he loved him.

24. Yuri and I lived with my parents in their small two-room apartment after we got married. The address was 103 Kalvariju Street, Apt. 15. My parents had one room, and Yuri, Gabriel, and I shared the other room. My parents and Yuri worked, so I stayed home and took care of Gabriel and the house while everyone else was out. I cooked so they could all eat when they got home. My father drank a lot.

25. Though money was tight at the beginning of our marriage, Yuri was able to make enough money to support his family. Yuri took care of me and Gabriel as well as his mother and sister, Svetlana.

26. Yuri paid for Svetlana's wedding as a promise to his father. It was an extravagant event, and Yuri provided a limousine for the couple. The limousine got a lot of attention because it was one of the first ones in newly independent Lithuania. Svetlana married a man named Gennady, but their marriage was short-lived. Gennady would drink a lot and become violent.

27. Yuri and I didn't discuss money. I sewed makeup bags for a time to make extra money for our family. Eventually, Yuri was able to provide well for us.

28. Yuri was very generous and gave a lot of gifts but he would not spend more money than he could afford. One time, Gabriel and I were in town, and I saw a pair of expensive shoes that I really wanted but could not afford. Later on at home, Yuri asked Gabriel why

5

Declaration of Jurate Kadamoviene                                    _____ (Initial)

IFCD002324

I was so sad. Gabriel told him that I wanted a pair of nice shoes in town. Later Yuri went to town and bought those shoes for me. I thought that was very sweet.

29. Yuri loved Gabriel and gave him gifts. He wanted his son to have a good life, a better life than he had. I would joke with Yuri that it was a good thing he didn't buy Gabriel everything in the store when they went on errands together.

30. We didn't have many arguments. Yuri was kind to me and had a calm demeanor. I never knew him to get into disputes or fights with other people. He was friendly with everyone. On very rare occasions I would be the one to start an argument but Yuri would soon forget about it and would not exaggerate the situation.

31. Yuri was very active and was able to socialize and be friends with anyone. He was so chatty I joked that he specialized in conversation at school.

32. Yuri was not a big drinker. He would drink socially but was too active to drink much. Sometimes, we drank cocktails together while we watched TV.

33. Yuri had many different jobs to make ends meet. He had a food kiosk in the old Sports Hall and a car showroom at another location. He also ran informal auctions of different electronics. He worked hard to provide for the family.

34. Later, Yuri purchased limousines from the U.S. and brought them to Lithuania. Yuri frequently traveled to the U.S. in the early-mid 1990s. He also brought aquariums from the U.S. to Lithuania. I was responsible for keeping an inventory, and we made decent money from the venture. He had that aquarium business with Viktor Kodz and his cousin.

35. I went with Yuri to the U.S. for about a month once. We had a great time.

36. One time, Yuri was invited to a special dinner after Mstislav Rostropovich came to town. Rostropovich was a very famous Russian conductor and cellist. The Lithuanian president

Declaration of Jurate Kadamoviene

6

_____ (Initial)

IFCD002325

was there, and Rostropovich rode in one of Yuri's limousines. It was a big deal to be invited there, but I felt out of place because the guests were rich and famous people.

37. Boris Shiglik was one of Yuri's best friends. Yuri and I would frequently visit him and his wife, Valentina, in Moldova before they moved to America. They were so close that Yuri chose Boris to be Gabriel's godfather. Boris and Yuri were friends throughout the 1990s, and Boris was supposed to help Yuri get settled in the U.S.

38. Valery Tilindo was Yuri's best friend. He has known Yuri the longest since childhood. He was one of the people who stood by me and helped me after Yuri's arrest.

39. Yuri loved animals and always had a lot of them at home. At one point, we had a dog, a cat, some fish, and a turtle. My mom joked that all we needed was an elephant to complete our zoo.

40. Yuri and I started doing better financially once he started the limousine rental business. We were still living with my parents at the time, but we were able to purchase an apartment in a newly developed area, Pilaite. We could not live there right away because renovation work needed to happen first. Construction happened quickly, and we moved into the apartment with Gabriel in the mid-1990s. Yuri was very tidy and kept a clean home. It was easy to live with him.

41. We sold our home in Pilaite when Yuri was preparing to move to Los Angeles. Gabriel and I planned to join Yuri in America once he was settled. We moved back in with my parents after Yuri left. I even sold my belongings so I could join him, but then I was not allowed to go to the U.S. I did not get a visa to go. I'm not sure why it didn't work out. Yuri was very happy that we were coming. He told me that he filled the fridge with so much food that Gabriel would be spoilt for choice.

Declaration of Jurate Kadamoviene

7

_____ (Initial)

IFCD002326

Ex. 18 pg.8 of 22

42. My parents would look after Gabriel when I was at work. Tatiana and Tadik continued to drink a lot at the time, and Gabriel did not like to spend time with them because of that.

43. Yuri continued to support me and Gabriel financially after he moved to the U.S. He sent money regularly and cared for us even though he was away. He supported his mother and sister, too. Yuri didn't talk much about how things were going in the U.S. after he moved. He did say it was very difficult for him when he first moved. Things were much more difficult financially than he had anticipated.

44. Over time our separation caused us to drift apart. Long distances harm relationships.  He continued to help me and Gabriel financially, but we did not speak as often and we had our own lives.

45. I found out that Yuri was arrested and charged with serious crimes from a Lithuanian newspaper. My sister called me one morning and told me to get a copy of the paper. I went to the central library in Vilnius so I could view the paper with my mother. She was so shocked and distressed at the news that she fainted. I could not believe that it was true and never would have expected that of Yuri. He was so gentle and calm. He could not even kill a fly when we lived together.

46. Yuri helped so many people after he moved to the U.S., but all those people abandoned him after his arrest. He helped many people in Vilnius when he was living in Lithuania, too.

47. After Juri was arrested Roman Degutis told me that Yuri had another woman and child in Los Angeles. I was surprised and did not expect that information. He had never cheated on me. I could not believe it and Roman told me to visit his sister and watcg his wedding video. I watched it and I could see Yuri was at the wedding with another woman.

Declaration of Jurate Kadamoviene

8

_____ (Initial)

IFCD002327

48. Yuri never mentioned Iouri Mikhel or his friends in America to me.

49. Yuri called me a few times from prison before his trial. I was hurt by his affair but stood by him because I loved him. I will always love him.

50. Two groups of people from the U.S. on Yuri's trial team came to visit me and other witnesses in Vilnius. The groups of people were different. Svetlana, my mom, and I spent time with them and showed them around the city and explained things about Yuri's life.

51. Svetlana, Gabriel, and I wanted to attend Yuri's trial and planned to do so. We wanted to speak on his behalf. There was a problem with our visas, and we were not allowed to go to the U.S. I thought we were all set to attend the trial, but then we weren't allowed to go at the very end because we did not get visas approved to allow us to enter the country. I told the lawyers that there were problems with visas but I did not hear afterwards from them.

52. The trial team did not talk with me about what the trial would be like or what my testimony would cover. They just invited me to the U.S. to help Yuri, and I agreed.

53. The Lithuanian press wrote that Tatiana, Gabriel, and I had refused to go to the U.S. It was complete nonsense. Tatiana had already been dead for five years when Yuri's case went to trial. She died in 2001. It was odd that the article did not mention that Svetlana was supposed to join us as well. That is how poor the fact-checking was in local coverage at the time. Nobody refused to go to Yuri's trial. We were not allowed to go.

54. Mental illness runs in Yuri's family and my family. Many of Yuri's family members have issues with alcoholism. My father killed himself in the apartment we all shared by hanging himself with a belt. Gabriel tried to kill himself. I found him with a rope around

9

Declaration of Jurate Kadamoviene                                   _____ (Initial)

IFCD002328

his neck. He was using drugs at the time. I hoped that moving away from the city would help get him away from bad influences.

55. Gabriel showed me a portrait Yuri made of our grandson, Deimantas. He made the portrait in prison and sent it to Gabriel. My grandson is the light of my life, and the painting is so beautiful.

56. At the time of Yuri's trial, I was living in Vilnius. Had I been permitted, I would have traveled to Los Angeles to testify. If I could not travel, I would also have testified by video or audio. I would have written a declaration like this. None of those options were provided for me.


Pursuant to 28 U.S.C. §1746, I, Jurate Kadamoviene, declare under penalty of perjury under the laws of the United States that the above is true and correct.


_____  _____

[Date and Place]  [Name]

Declaration of Jurate Kadamoviene

10

_____ (Initial)

IFCD002329

## JŪRATĖS KADAMOVIENĖS DEKLARACIJA

Aš, Jūratė Kadamovienė, pareiškiu, kad:

1. Esu vyresnė, nei 18 metų ir esu kompetentinga pateikti šią deklaraciją.

2. Esu buvusi Jurijaus Kadamovo žmona ir jo vaiko Gabrieliaus mama.

3. Gimiau Vilniuje 1966 m. ███████ mėnesį, lietuvių tėvų šeimoje, užaugau kalbėdama lietuviškai ir rusiškai. Visą gyvenimą gyvenau Lietuvoje.

4. Su Jurijumi susipažinau per gimtadienį, kai mums abiem buvo 15 metų. Mus supažindino bendras draugas Romanas Degutis. Kartu su Romanu mokėmės profesinėje mokykloje, kuri mokė mokinius dirbti prekybos centruose. Jurijus į vakarėlį atsinešė savo gitarą ir grojo visiems.

5. Jurijus domėjosi manimi anksčiau nei aš jam patikau, jis siekė mano palankumo. Po susitikimo pradėjome daugiau laiko leisti kartu ir galiausiai susitikome. Visada kartu kalbėdavome rusiškai, nes jis nelabai kalbėjo lietuviškai.

6. Per pirmąjį pasimatymą su Jurijumi ir draugais nuėjome į mišką. Mes bendravome, jis grojo. Mes daug laiko praleidome su jo draugais, dauguma jų buvo žmonės, su kuriais jis užaugo. Mes kartu eidavome į mišką ir į kiną.

7. Jurijuje man patiko viskas. Kai susitikome, jis buvo labai mielas ir švelnus. Jis buvo labai talentingas muzikantas ir mėgo groti. Jis labai gerai dainavo ir grojo gitara.

8. Jurijus nebuvo geras mokinys ir neskaitė knygų. Jam labiau rūpėjo muzika, negu mokykla.

1

Jūratės Kadamovienės deklaracija

*(Inicialai)*

IFCD002330

9. Jurijus buvo pašauktas į sovietų kariuomenę 1985 m. lapkričio mėnesį, o tarnybą baigė 1987 metų lapkritį. Sovietmečiu karinė tarnyba buvo privaloma. Jurijus buvo dislokuotas už Maskvos, Belyje Stolby, ir buvo karinio orkestro būgnininkas. Jis su savimi nešiojosi būgnus ir būgnų lazdeles. Jis niekada nebuvo dislokuotas niekur kitur.

10. Aš aplankiau Jurijų tris kartus, kai jis tarnavo Belyje Stolby. Jo kapitonas buvo lietuvis ir labai gerai apie jį kalbėjo. Jurijus gavo leidimą išvykti tą dieną, kai lankiausi, praleisti laiką su manimi. Kol Jurijaus nebuvo, aš jo labai pasiilgau. Papasakojau mamai, kaip aš jo pasiilgau, ir ji padėjo mums suorganizuoti kelionę į Rusiją pas jį. Vieną kartą galėjau jį pamatyti, kai mano mokykla nuvežė mus į kelionę į Maskvą.

11. Kartą aplankiau Jurijų su jo mama Tatjana. Mes keliavome ten traukiniu., ir kiekvieną kartą, kai išeidavau iš kupe, ji vis labiau ir labiau girto. Ji gėrė visos kelionės metu.

12. Kol Jurijus buvo kariuomenėje, dirbau kasininke parduotuvėje. Galiausiai tapau parduotuvės vadybininke. Vėliau dirbau virėja italų restorane. Aš visada mėgau gaminti maistą ir dažnai gamindavau Jurijui.

13. Kai buvome jaunesni, linksmai švęsdavome vienas kito gimtadienius. Buvome įsimylėję ir šokdavome visą naktį. Jurijus per mano dvidešimtąjį gimtadienį dainavo su žinomu muzikantu. Jurijus buvo labai gražus ir viską, kuo užsiimdavo, darė gerai.

14. Kai Jurijus grįžo iš armijos, susiginčijome, kaip ir dauguma porų. Mes ginčydavomės, paskui taikydavomės. Nusprendėme, kad laikas išsiskirti arba susituokti, ir susituokėme.

15. Vieną naktį su draugais pažiūrėję filmą su Juriu valgėme saulėgrąžas mano tėvų bute Vilniuje. Jis atsisuko į mane ir pasakė: „Kisa, tekėk už manęs". Jurijus mane visada

2

Jūratės Kadamovienės deklaracija                                                    (Inicialai)

vadino „kisa", o ne Jūrate. Kai kurie mano artimi draugai vis dar mane taip vadina. Maniau, kad susituokti buvo gera mintis. Mes labai mylėjome vienas kitą. Susituokėme Vilniuje 1988 07 02. Abiem buvo 21 metai.

16. Jurijaus mama Tatjana ir patėvis Tadikas mūsų vestuvėse buvo labai girti. Mums su Juriu buvo nepatogu. Likus maždaug savaitei iki ceremonijos Tatjana, susilaužė pėdą begerdama namuose. Mes su Juriu manėme, kad jos trauma neleis jai per daug išgerti per vestuves, bet Tatjana ir Tadikas jau buvo labai girti, kai su Juriu atvykome į priėmimą. Jie negalėjo stovėti be pagalbos, ir kalbėjo neaiškiai dėl girtumo. Jurijus iškvietė taksi, kad jo mama ir Tadikas saugiai pasiektų namus. Mano tėvai sumokėjo už visas vestuves.

17. Visą tą laiką, kiek pažinojau Tatjaną, ji labai gėrė. Aš jos nesu blaivios mačiusi. Apie girtavimą niekas nekalbėjo, bet visiems, kurie lankėsi jos bute, tai buvo aišku. Jie daugiausia gėrė naminę degtinę, nes negaėjo įpirkti vodkos. Jie darydavo alkoholį iš bet ko, ką turėjo namuose, įskaitant pomidorų padažą. Ji ir Tadikas dažniausiai būdavo girti, kai ateidavome. Gerdami jie labai ginčydavosi ir kartais smurtaudavo. Išgėrę neišeidavo iš buto ir gerdavo iki sąmonės netekimo. Jie galėdavo nuvirsti nuo sprigto, būdami tokie girti. Mes su jais neleisdavome daug laiko dėl jų gėrimo.

18. Tatjana taip pat buvo girta per Gabrieliaus krikštynas. Jurijus norėjo padėti jai išsiblaivyti iki ceremonijos, bet jam nieko neišėjo. Krikštynų ceremonija buvo labai graži, bet visą tą laiką Tatjana buvo girta. Jurijus vėl turėjo iškviesti taksi, kad ji galėtų saugiai grįžti namo.

3

Jūratės Kadamovienės deklaracija

(inicialai)

19. Kai Jurijaus senelis iš motinos pusės Bartolomejus gyveno su Tatjana ir Tadiku, Jurijus juo rūpindavosi. Jis geriau rūpindavosi savo seneliu, negu jo mama Tatjana. Jis maudydavo senelį, nuskusdavo jį ir nukirpdavo plaukus. Jis labai gerbė savo senelį ir nemanė, kad Tatjana ir Tadikas gerai rūpinosi Bartolomejumi. Maniau, kad buvo gėda, kaip Tatjana nesirūpino savo tėvu. Bartolomejus matė savo dukrą ir jos vyrą girtus virtuvėje kiekvieną kartą, kai išeidavo iš kambario pasinaudoti vonia ar tualetu. Visuose namuose buvo pristatyta stiklinių su alkoholiu.

20. Pirmaisiais santuokos metais pinigų trūko, bet kiekvieną kartą, kai su Jurijumi aplankydavome jo mamą, pakeliui užsukdavome į bakalėjos parduotuvę. Jurijus visada rūpinosi, kad mes jai ir Tadikui atneštume daug maisto. Jie pasitikėjo Jurijaus parama.

21. Tadikas ir Tatjana dažnai skųsdavosi, kad Jurijus neduoda jam ir Tatjanai pakankamai pinigų. Prisimenu kartą, kai su Jurijumi nuėjome į jų butą ir Tadikas paprašė Jurijaus pinigų. Jurijus nesiryžo duoti jiems daugiau pinigų, nes jie viską būtų iššvaistę alkoholiui, o ne būtiniausius pragyvenimui reikalingų daiktų pirkimui. Vietoj to Tadikas paprašė šlepečių, o Jurijus atsisakė ir pasakė, kad Tadikas tiesiog parduos šlepetes, o pinigus panaudos alkoholiui.

22. Jurijus nedažnai kalbėdavo apie savo tėvą Imuhamedą. Imuhamedas grįžo į Turkmėnijos Sovietų Socialistinę Respubliką, prieš tai, kai sutikau Jurijų. Imuhamedas paskambino Jurijui, kai susituokėme, kad mus pasveikintų. Jurijus nustebo tuo metu išgirdęs savo tėvą, nes Imuhamedas taip retai susisiekdavo. Skambindamas Imuhamedas kalbėjo rusiškai su turkmėnišku akcentu.

4

Jūratės Kadamovienės deklaracija                                        J. K (Inicialai)

IFCD002333

23. 1989 m. pagimdžiau mūsų sūnų Gabrielių. Man ir Jurijui tada buvo 22 metai. Jurijus buvo toks laimingas ir susijaudinęs, kai sužinojo, kad laukiuosi Gabrieliaus. Kai pagimdžiau, Jurijus įbėgo į mūsų penkto aukšto buto balkoną, atidarė langus ir visai gatvei šaukė, kad jis tapo tėvu ir kad visi turėtų pasveikinti jo naująją šeimą. Jurijus buvo geras tėvas ir geras šeimos žmogus. Atsimenu, kaip Jurijus klūpėdavo prie Gabrieliaus lovytės, kai jis miegodavo, ir sakydavo, kad jį labai myli.

24. Po to, kai susituokėme, Jurijus ir aš gyvenome su mano tėvais jų mažame dviejų kambarių bute. Adresas buvo Kalvarijų g. 103 - 15. Mano tėvai turėjo vieną kambarį, o aš, Jurijus ir Gabrielius – kitą. Mano tėvai ir Jurijus dirbo, todėl likau namuose prižiūrėti Gabrieliaus ir namų, kol visi kiti buvo išėję. Gaminau valgį, kad visi galėtų pavalgyti, grįžę namo. Mano tėvas daug gėrė.

25. Nors mūsų santuokos pradžioje pinigų trūko, Jurijus sugebėjo pakankamai užsidirbti, kad išlaikytų šeimą. Jurijus rūpinosi manimi ir Gabrieliumi, taip pat savo mama ir seserimi Svetlana.

26. Jurijus sumokėjo už Svetlanos vestuves, kaip pažadą savo tėvui. Tai buvo ekstravagantiškas renginys, o Jurijus porai parūpino limuziną. Limuzinas sulaukė didelio dėmesio, nes buvo vienas pirmųjų nepriklausomybę atgavusioje Lietuvoje. Svetlana ištekėjo už vyro, vardu Genadijus, tačiau jų santuoka buvo trumpalaikė. Genadijus daug gerdavo ir smurtaudavo.

27. Mes su Juriu nediskutavome apie pinigus. Tam tikrą laiką siuvau makiažo maišelius, kad uždirbčiau daugiau mūsų šeimai. Galiausiai Jurijus sugebėjo mus gerai aprūpinti.

5

Jūratės Kadamovienės deklaracija

(Inicialai)

IFCD002334

28. Jurijus buvo labai dosnus ir dovanodavo daug dovanų, bet neišleisdavo daugiau pinigų, negu uždirbdavo. Kartą su Gabrieliumi buvome mieste ir pamačiau porą brangių batų, kurių labai norėjau, bet negalėjau įpirkti. Vėliau namuose Jurijus paklausė Gabrieliaus, kodėl aš tokia liūdna. Gabrielius jam pasakė, kad noriu poros gražių batų mieste. Vėliau Jurijus nuėjo į miestą ir nupirko man batus. Tai buvo labai miela.

29. Jurijus mylėjo Gabrielių ir dovanodavo jam dovanas. Jis norėjo, kad jo sūnus gyventų gerai,  geriau nei jis. Juokaudavau su Juriu, kad gerai, kad jis nepirkdavo visko Gabrieliui, kai jie kartu išeidavo su visokiais reikalais.

30. Mes daug nesiginčydavome. Jurijus buvo malonus ir su manimi elgėsi gražiai. Niekada nemačiau, kad jis įsiveltų į ginčus ar muštynes su kitais žmonėmis. Jis buvo draugiškas su visais. Labai retais atvejais aš pradėdavau konfliktus, bet Jurijus greit apie tai pamiršdavo ir neaštrindavo situacijos.

31. Jurijus buvo labai aktyvus ir mokėjo bendrauti bei draugauti su bet kuo. Jis buvo toks plepus, kad juokaudavau, kad jis specializuojasi mokykloje pokalbiuose.

32. Jurijus nebuvo didelis girtuoklis. Jis išgerdavo dėl bendravimo, bet buvo per daug aktyvus, kad daug gertų. Kartais, žiūrėdami televizorių, kartu išgerdavome kokteilių.

33. Jurijus dirbo daug įvairių darbų, kad galėtų sudurti galą su galu. Senojoje sporto salėje jis turėjo maisto kioską, o kitoje vietoje – automobilių saloną. Jis taip pat rengė neoficialius įvairios elektronikos aukcionus. Jis sunkiai dirbo, kad aprūpintų šeimą.

34. Vėliau Jurijus įsigijo limuziną iš JAV ir parvežė į Lietuvą. Dešimtojo dešimtmečio pradžioje – viduryje Jurijus dažnai keliaudavo į JAV. Jis taip pat į Lietuvą atvežė

6

Jūratės Kadamovienės deklaracija

*J. K* (Inicialai)

IFCD002335

Ex. 18 pg.17 of 22

akvariumus iš JAV. Buvau atsakinga už inventoriaus tvarkymą, o iš įmonės uždirbome pakankamai pinigų. Jis turėjo tą akvariumo verslą su Viktoru Kodzu ir jo pusbroliu.

35. Kartą išvykau su Juriu į JAV maždaug mėnesiui. Puikiai praleidome laiką.

36. Kartą Jurijus buvo pakviestas į ypatingą vakarienę po to, kai į miestą atvyko Mstislavas Rostropovičius. Rostropovičius buvo labai garsus rusų dirigentas ir violončelininkas. Ten buvo Lietuvos prezidentas, o Rostropovičius važiavo vienu iš Jurijaus limuzinų. Buvo didelis dalykas būti ten pakviestam, bet jaučiausi ne vietoje, nes svečiai buvo turtingi ir žinomi žmonės.

37. Borisas Šiglikas buvo vienas geriausių Jurijaus draugų. Aš ir Jurijus dažnai lankydavomės jį ir jo žmoną Valentiną Moldovoje, kol jie nepersikėlė į Ameriką. Jie buvo tokie artimi, kad Jurijus pasirinko Borisą Gabrieliaus krikštatėviu. Borisas ir Jurijus buvo draugai 1990-aisiais, Borisas turėjo padėti Jurijui įsikurti JAV.

38. Valerijus Tilindo buvo geriausias Jurijaus draugas. Jis Jurijų pažįsta ilgiausiai, nuo vaikystės. Jis buvo vienas iš žmonių, kurie buvo šalia ir padėjo man po Jurijaus arešto.

39. Jurijus mėgo gyvūnus ir visada daug jų turėjo namuose. Vienu metu turėjome šunį, katę, žuvytę ir vėžlį. Mano mama juokaudavo, kad mums reikia tik dramblio, iki pilno zoologijos sodą.

40. Mums su Juriu finansiškai sekėsi geriau, kai jis pradėjo limuzinų nuomos verslą. Tuo metu dar gyvenome su mano tėvais, bet galėjome įsigyti butą naujai vystomame Pilaitės rajone. Negalėjome iš karto ten apsigyventi, nes pirmiausia reikėjo atlikti renovacijos

7

Jūratės Kadamovienės deklaracija

(Inicialai)

IFCD002336

darbus. Statybos vyko greitai, mes su Gabrieliumi į butą atsikraustėme 1990-ųjų viduryje. Jurijus buvo labai tvarkingas, palaikė namuose švarą. Su juo buvo lengva gyventi.

41. Pardavėme savo namus Pilaitėje, kai Jurijus ruošėsi kraustytis į Los Andželą. Mes su Gabrieliumi planavome prisijungti prie Jurijaus Amerikoje, kai tik jis apsigyvens. Jurijui išvykus, grįžome pas mano tėvus. Net pardaviau savo daiktus, kad galėčiau prisijungti prie jo, bet tada man nebuvo leista vykti į JAV, negavau vizos. Nesu tikra, kodėl. Jurijus labai džiaugėsi, kad mes atvykstame. Jis man pasakė, kad pripildė pilną šaldytuvą tiek maisto, kad Gabrielius nežinos, iš kop pasirinkti.

42. Mano tėvai prižiūrėjo Gabrielių, kai būdavau darbe. Tatjana ir Tadikas tuo metu ir toliau daug gėrė, o Gabrielius dėl to nemėgo su jais leisti laiko.

43. Jurijus ir toliau palaikė mane ir Gabrielių finansiškai, kai persikėlė į JAV. Jis reguliariai siųsdavo pinigus ir rūpinosi mumis, nors buvo išvykęs. Jis taip pat finansiškai palaikė savo mamą ir seserį. Jurijus daug nekalbėjo apie tai, kaip viskas klostėsi JAV, jam persikėlus. Jis sakė, kad jam buvo labai sunku, kai jis pirmą kartą persikėlė. Finansiškai reikalai buvo daug sunkesni, nei jis tikėjosi.

44. Laikui bėgant dėl mūsų išsiskyrimo nutolome vienas nuo kito. Dideli atstumai kenkia santykiams. Jis ir toliau padėjo man ir Gabrieliui finansiškai, bet mes ne taip dažnai kalbėdavomės, turėjome savo gyvenimus.

45. Kad Jurijus buvo suimtas ir apkaltintas sunkiais nusikaltimais, sužinojau iš lietuviško laikraščio. Vieną rytą man paskambino sesuo ir pasakė pasiimti laikraščio kopiją. Nuėjau į Vilniaus centrinę biblioteką, kad galėčiau su mama perskaityti laikraštį. Ji buvo taip

8

Jūratės Kadamovienės deklaracija

_(Inicialai)_

IFCD002337

sukrėsta ir sunerimusi dėl šios žinios, kad nualpo. Negalėjau patikėti, kad tai tiesa, ir niekada to nesitikėjau iš Jurijaus. Jis buvo toks švelnus ir ramus. Jis negalėjo net musės nužudyti, kai gyvenome kartu.

46. Jurijus padėjo tiek daug žmonių po to, kai persikėlė į JAV, bet visi tie žmonės jį paliko po jo arešto. Jis daug kam padėjo Vilniuje ir gyvendamas Lietuvoje.

47. Po Jurijaus arešto Romanas Degutis man papasakojo, kad Jurijus Los Andžele turėjo kitą moterį ir vaiką. Nustebau ir nesitikėjau tokios informacijos. Jis niekada nebuvo manęs apgaudinėjęs. Aš tuo nepatikėjau, ir Romanas pasakė man, kad aplankyčiau jo seserį ir pažiūrėčiau jo vestuvių video. Pažiūrėjau tą vaizdo įrašo kopiją ir joje mačiau, kad Jurijus buvo tose vestuvėse su kita moterimi.

48. Jurijus man niekada neminėjo Jurijaus Mikelio ar jo draugų Amerikoje.

49. Prieš teismą Jurijus man skambino kelis kartus iš kalėjimo. Mane įskaudino jo romanas, bet palaikiau jį, nes mylėjau. Aš visada jį mylėsiu.

50. Dvi grupės žmonių iš JAV iš Jurijaus teisininkų komandos atvyko aplankyti manęs ir kitų liudytojų Vilniuje. Tai buvo skirtingų žmonių komandos. Svetlana, mano mama ir aš leisdavome laiką su jais, rodėme jiems miestą ir aiškinomės dalykus apie Jurijaus gyvenimą.

51. Svetlana, Gabrielius ir aš norėjome dalyvauti Jurijaus teisme ir planavome tai padaryti. Mes norėjome kalbėti jo vardu. Tačiau iškilo problema su vizomis, ir mums nebuvo leista vykti į JAV. Maniau, kad visi buvome pasiruošę dalyvauti teismo procese, bet mums

9

Jūratės Kadamovienės deklaracija                                    (Inicialai)

IFCD002338

nebuvo leista vykti, mums nepatvirtino vizų, leidžiančių įvažiuoti į šalį. Pasakiau advokatų komandai, kad buvo problemų su vizomis, ir daugiau iš jų nieko negirdėjau.

52. Teisininkų komanda su manimi nekalbėjo apie tai, koks bus teismo procesas ir apie ką būtų mano parodymai. Jie tiesiog pakvietė mane į JAV padėti Jurijui, ir aš sutikau.

53. Lietuvos spauda rašė, kad Tatjana, Gabrielius ir aš atsisakėme vykti į JAV. Tai visiška nesąmonė. Jau buvo penkeri metai praėję nuo Tatjanos mirties, kai Jurijaus bylą pradėjo nagrinėti teisme. Ji mirė 2001 m. Keista, kad straipsnyje nebuvo paminėta, kad prie mūsų turėjo prisijungti ir Svetlana. Štai koks prastas faktų tikrinimas tuo metu buvo įprastas. Niekas neatsisakė vykti į Jurijaus teismą. Mums nebuvo leista vykti.

54. Jurijaus ir mano šeimoje esama sergančių psichikos ligomis. Daugelis Jurijaus šeimos narių turi problemų su alkoholizmu. Mano tėvas nusižudė mūsų bendrame bute, pasikoręs diržu. Gabrielius yra bandęs nusižudyti. Radau jį su virve ant kaklo. Jis tuo metu vartojo narkotikus. Tikėjausi, kad atsitraukimas nuo miesto padės jam atsikratyti blogos įtakos.

55. Gabrielius man parodė Jurijaus kurtą mūsų anūko Deimanto portretą. Jis portretą sukūrė kalėjime ir nusiuntė Gabrieliui. Mano anūkas yra mano gyvenimo šviesa, o paveikslas labai gražus.

56. Jurijaus teismo metu gyvenau Vilniuje. Jei man būtų buvę leista, būčiau vykusi į Los Andželą liudyti. Jei nebūčiau galėjusi keliauti, būčiau paliudijusi ir vaizdo ar garso įrašu. Aš būčiau parašiusi šitokią deklaraciją. Nė vienas iš šių variantų man nebuvo pateiktas.

10

Jūratės Kadamovienės deklaracija

(Inicialai)

IFCD002339

Pagal 28 U.S.C. §1746, aš, Jūratė Kadamovienė, žinodama, kad pagal Jungtinių Valstijų įstatymus gresia bausmė už melagingus parodymus, pareiškiu, kad tai yra tiesa ir teisingi parodymai.

2022. 07. 28.    Nemenčinė

Data ir vieta

Jūratė Kadamovienė

11

Jūratės Kadamovienės deklaracija

(Inicialai)

IFCD002340

Ex. 18 pg.22 of 22