This is to certify that the attached 5 page translation of a declaration by Zinaida Kanopkina Kovalchuk is a true and correct translation from Russian into English, performed to the best of my knowledge and ability.

Handwritten initials and dates have been rendered in *italics*.

As a member of the Institute of Translation and Interpreting in the Russian Language, I am a qualified and experienced translator.  I have Certificates and Diplomas for translation from the Chartered Institute of Linguists and a Certificate in Community Interpreting from the College of North West London..

Signature of Roman Makogon, Translator

Signed this 16 day of August, 2022

IFCD002226

# DECLARATION OF ZINAIDA KANOPKINA KOVALCHUK

I, Zinaida Kovalchuk, state as follows:

1. I am over 18 years of age and am competent to make this declaration.

2. I read and write the Lithuanian and Russian languages.

3. Jurijus "Yuri" Kadamovas is my nephew. His mother, Tatiana, was my sister. Tatiana was the oldest of our siblings. We also had two brothers, Login and Venarii. I am the youngest.

4. I was born in 1953 in the Moletai region of Lithuania. Our parents were Bartholomei and Aleksandra Kanopkin. They are both deceased.

5. I married Nikolai Kovalchuk when I was eighteen. He is from Ukraine. He was in the Soviet army, and we met when he was stationed in Vilnius. We have two children, Anatoly and Igor. We divorced in the early 1990s.

6. Nikolai moved back to Ukraine after our divorce, and I do not know if he is still alive.

7. I currently live with my son, Anatoly, and his family in Vilnius. My son, Igor, is deceased.

## CHILDHOOD

8. I spent most of my childhood in Vilnius. My family moved away from the village in Skroblynai when I was young, so most of my memories are from living in the city. I recall when my parents' former home in the village was struck by lightning and was destroyed. That was very difficult for the family.

9. My parents had a good relationship as a couple, and we got along as a family. They were an ideal pair. They were Old Believers and spoke Russian.

10. My father was in the Soviet military. His arm was injured while he was fighting in World War II. He was discharged before the war ended due to his injury, and he never really spoke about it again. He got a job as a guard in a Vilnius prison after returning from the military.

11. My mother was a very good cook; cepelinai were her specialty. She had heart problems, rheumatism, and epilepsy and was never in good health. She would fall frequently and

Declaration of Zinaida Kovalchuk                                    1
                                                    ____*ZK*____ Initials

IFCD002227

have seizures. Due to her illnesses, she could not do much. She was sickly most of my life.

12. Because my mother was so sick, my father and my older siblings had to do a lot more for the family. My father would do a lot of things for the family that other men would not do. For example, he would bake pies for family celebrations when my mother was ill.

13. I became very independent at a young age. I started working at the bread factory when I turned sixteen years old. I worked in the pretzel department. I worked the night shift so I could still attend school.

14. Growing up in the Soviet Union, everyone was supposed to be equal. But our family could not afford things as small as an entrance fee to a movie whereas other families could.

15. I was a good student. Physics and German were my best subjects. Later in life, I was able to use my German to help translate for people. I do not remember it anymore as I have not practiced the language in a long time.

16. I got another job in a factory as an adult. It was hard on my body. However, I worked my entire life and earned my pension. I am very proud of that accomplishment.

## MARRIAGE TO NIKOLAI KOVALCHUK

17. I met Nikolai at a dance. We married in 1971, and I did not tell my family. I was embarrassed and ashamed because I wanted to be independent. I did not want to get married so young. I wanted to continue with school and get a good job.

18. My son Anatoly was born in 1972.

19. I had problems in my marriage but kept those troubles to myself. I did not want to tell my sister or my friends.

20. My husband drank a lot and cheated on me with another woman. Sometimes when he drank, he became violent.

21. When things went very bad with Nikolai, I had a neighbor who would send her child to stay with me to prevent anything worse from happening. Eventually, I kicked my husband out of the house. He left us and returned to Ukraine. I have never heard from him again.

Declaration of Zinaida Kovalchuk                    2
                                        ____*ZK*_____ Initials

IFCD002228

Ex. 19 pg.3 of 11

22. Nikolai does not know anything about his children. He does not know that Igor died. He does not know that he has grandchildren and great-grandchildren. It is a shame. I have been watching what is happening in Ukraine and wonder if he is still alive.

## TATIANA AND IMUHAMMED

23. Tatiana met her first husband, Juri's father, Imuhammed Kadamovas, in Vilnius. He was serving in the Soviet army at a base near our house.

24. My parents thought it was strange that Tatiana was with a Turkmen. But they did not think they could interfere with what their daughter wanted.

25. Tatiana and Imuhammed married. Their first child was stillborn. They did not know about the problems with the baby until the tragic stillbirth. Imuhammed cried and was very upset. They did not name the child.

26. The couple had Yuri the next year and Svetlana soon after.

27. I knew that Tatiana and Imuhammed began having problems in their marriage.

28. One time, I saw Imuhammed in a catatonic state. He was not drunk; he was sitting in a chair as if he were not alive.

29. Imuhammed began drinking and had a temper when he was drunk.

30. Tatiana became afraid of Imuhammed at some point, and she feared he would kill her with an axe. She was no longer comfortable around him. The situation became so serious that Tatiana contacted the police. Tatiana would have had to sign something when the police came saying that she wanted Imuhammed to be committed. The police came and took Imuhammed to a psychiatric hospital to calm down. He was admitted to the facility and given medication. He had to stay in the hospital for a long time until he got better. The doctors determined how long he stayed.

31. Imuhammed returned from the hospital. However, he still kept an axe under his bed. Tatiana was still afraid he would do something to her or their children.

32. Tatiana and Imuhammed divorced, and he left Lithuania. I have not seen him since he returned to Turkmenistan.

## TATIANA and TADIK

33. Tatiana met Tadeush "Tadik" Aleksandrovich, and they married.

34. Tatiana got a job at the post office close to their home.

3

Declaration of Zinaida Kovalchuk                    ____*ZK*_____ Initials

IFCD002229

35. *At some point, Tadik sold a house and earned a lot of money. With that money, he and Tatiana were able to buy more alcohol and drink more (ZK).*

36. Tadik and Tatiana's health began to decline. Tadik was often bedridden due to his illness, but he was able to care for Tatiana when she became ill. They became so ill that neither of them worked.

37. Tatiana was sick for a very long time. She was in a lot of pain and stayed in bed much of the time. She had to go to the hospital to have fluids emptied from her stomach regularly. She did not complain.

38. My sister died in 2001.

**YURI**

39. I remember Yuri sang at my wedding. It was very sweet because he was so little. He would have only been about five years old. He loved music so much. He learned how to the play the guitar. Nobody else in the family is musical, so it was amazing he taught himself this skill.

40. Yuri loved all animals, but he had a particular interest in fish. I saw pictures of aquariums he built. They had interesting and colorful backgrounds and were not just plain or white. Yuri made the backgrounds different to give the fish something to look at or make it seem like they were swimming in the ocean. His family also had a Siamese cat he loved.

41. Yuri was shy. He was a typical teenager, though, who had friends and a girlfriend.

42. I recall his wedding to Jurate. They marred at the registry office with only two witnesses. When they arrived at the reception, everyone was so happy and celebrated. Tatiana thought Jurate was good for Yuri.

43. Yuri enjoyed spending time with his son, Gabriel.

44. When Yuri left for America, Tatiana was very worried. He did not have any family or friends over there.

**LITHUANIAN**

45. I speak Lithuanian and can understand it because I practiced it at work and in my spare time. One of my friends told me to read out loud to practice my pronunciation. Tatiana and my parents barely spoke any Lithuanian.

4

Declaration of Zinaida Kovalchuk                                    ____*ZK*_____ Initials

IFCD002230

**TRIAL TEAM**

46. I was very surprised to hear about Yuri's arrest.

47. Attorneys helping Yuri came to my house to talk about our life. We also met at a shop. They came to Vilnius on two different occasions. I was living in a village called Rudamina at the time.

48. I recall the men took photos of me to show Yuri.

49. I recall answering questions about our family, including Tatiana and Imhummed's relationship. I told them about Imuhammed's drinking, the time he was in a catatonic state, the time he was sent to a psychiatric hospital in Alytus, and how he kept a weapon under the bed. I would have told them anything I know about Yuri.

50. If asked, I would have come to America to testify at Yuri's trial back then. If given the chance, I would have signed a document or recorded a video saying all of these facts as I am doing today.

Pursuant to 28 U.S.C. §1746, I, Zinaida Kovalchuk, declare under penalty of perjury under the laws of the United States that the above is true and correct.

_____*27.07.2022, Rudamino*_____           ___*/signed/*_____

Date and Place                                              Zinaida Kovalchuk

Declaration of Zinaida Kovalchuk                                    5
                                                     ____*ZK*_____ Initials

IFCD002231

## ЗАЯВЛЕНИЕ ЗИНАИДЫ КАНОПКИНОЙ КОВАЛЬЧУК

Я, Зинаида Ковальчук, заявляю следующее:

1. Я старше 18 лет и в состоянии сделать данное заявление.

2. Я читаю и пишу на русском языке.

3. Юриюс "Юрий" Кадамовас приходится мне племянником. Его мать, Татьяна, была моей сестрой. Татьяна была старшим ребенком в нашей семье. Также у меня есть два брата, Логин и Венарий. Я в семье младшая.

4. Я родилась в 1953 году в Молетском районе Литвы. Наших родителей звали Бартоломей и Александра Канопкины. Оба они умерли.

5. Я вышла замуж за Николая Ковальчук, когда мне было восемнадцать. Он с Украины, служил в советской армии, и мы познакомились, когда он служил в Вильнюсе. У нас двое детей, Анатолий и Игорь. Мы развелись в начале 1990-ых.

6. После развода Николай вернулся в Украину, и я не знаю, жив ли он сейчас.

7. В настоящее время я проживаю со своим сыном, Анатолием, и его семьей в Вильнюсе. Мой сын Игорь скончался.

## ДЕТСТВО

8. Большую часть своего детства я провела в Вильнюсе. Моя семья переехала из деревни Скробинай, когда я была маленькой, поэтому большая часть моих воспоминаний относится к жизни в городе. Помню, когда в бывший дом моих родителей ударила молния и разрушила его. Пережить это моей семье было тяжело.

9. Мои родители всегда были в хороших отношениях, мы были дружной семьей. Они были идеальной парой. Они были староверами и разговаривали по-русски.

10. Мой отец служил в Советской Армии. Он воевал во Второй Мировой Войне и был ранен в руку. Из-за ранения был отправлен в запас до окончания войны, и никогда более об этом не говорил. Вернувшись из армии, он устроился на работу в Вильнюсской тюрьме.

11. Моя мать очень хорошо готовила. Цепеллины было ее особенным блюдом. У нее были проблемы с сердцем, ревматизм и эпилепсия, и ей всегда не здоровилось. Она

Заявление Зинаиды Ковальчук      _З. К_ Инициалы   1

IFCD002232

часто падала, и с ней случались приступы. Из-за болезни она не могла заниматься многими вещами. Большую часть моей жизни она болела.

12. Из-за того, что мать болела, отец, старшие братья и сестра должны были работать гораздо больше для семьи. Отец делал многое по дому сам, чего другие мужчины не делали бы. К примеру, он готовил пирог на праздники, когда мама болела.

13. Я стала очень самостоятельной в раннем возрасте. Когда мне исполнилось шестнадцать, я устроилась на работу в пекарню. Работала в отделе бубликов, в ночную смену, чтобы успевать в школу.

14. В Советском Союзе все должны быть равны. Но моя семья не могла себе позволить даже билет в кино в то время, как другие семьи могли.

15. Я была хорошей ученицей. Моими любимыми предметами были физика и немецкий. Позднее я использовала свой немецкий, переводила людям. Теперь уже забыла, так как давно на нем не разговаривала.

16. Повзрослев, я устроилась на работу на фабрике. Для меня это было физически тяжело. Тем не менее, проработала всю жизнь и заработала свою пенсию. Очень горжусь этим достижением.

## БРАК С НИКОЛАЕМ КОВАЛЬЧУК

17. С Николаем мы познакомились на танцах. Мы поженились в 1971 году, и я не рассказала об этом родителям. Мне было стыдно, но я хотела быть независимой. Не хотела так рано выходить замуж. Хотела закончить школу и устроиться на работу.

18. Мой сын Анатолий родился в 1972 году.

19. В браке у нас были проблемы, но я об этом никому не рассказывала. Не хотела говорить об этом сестре или подругам.

20. Мой муж много выпивал и изменял мне с другой женщиной. Иногда, выпив, он становился агрессивным.

21. Когда отношения с Николаем стали совсем плохими, соседка посылала сына побыть со мной, чтобы не произошло ничего дурного. В конце концов, я выгнала мужа из дома. Он нас оставил и вернулся в Украину. Больше я от него не слышала.

Заявление Зинаиды Ковальчук                    3. _Кс._ Инициалы [2]

IFCD002233

Ex. 19 pg.8 of 11

22. Николай ничего не знает о своих детях. Он не знает, что Игорь умер. Он не знает, что у него есть внуки и правнуки. Жаль. Смотрю, что происходит в Украине и думаю, жив ли он или нет.

## ТАТЬЯНА И ИМУХАММЕД

23. Татьяна познакомилась с первым мужем, отцом Юрия, Имухаммедом Кадамовым, в Вильнюсе. Он служил в Советской Армии на базе неподалеку от нашего дома.

24. Мои родители считали странным, что Татьяна встречается с Туркменом. Но они считали себя не в праве вмешиваться в жизнь дочери.

25. Татьяна и Имухаммед поженились. Их первый ребенок родился мертвым. Им было неизвестно о проблемах с ребенком до трагических родов. Имухаммед плакал и сильно горевал. Они не давали имени ребенку.

26. На следующий год у пары родился Юрий, и вскоре после этого – Светлана.

27. Я знала, что у Татьяны с Имухаммедом начались проблемы в отношениях.

28. Однажды я видела Имухаммеда в бессознательном состоянии. Он не был пьян, но сидел на стуле как не живой.

29. Имухаммед начал выпивать, и буянил в выпившем состоянии.

30. В какой то момент Татьяна начала бояться Имухаммеда, она боялась, что он зарубит ее топором. При нем она некомфортно себя чувствовала. Ситуация стала настолько серьезной, что Татьяна вызвала полицию. Когда приехала полиция, ей надо было кое-что подписать, так как Татьяна хотела, чтобы его положили в больницу. Приехала полиция и забрала Имухаммеда в психиатрическую больницу успокоиться. Его положили в больницу и давали лекарства. Он долгое время провел в больнице, до тех пор, когда ему стало лучше. Врачи определяли сроки стационара.

31. Затем Имухаммеда выписали из больницы и он вернулся, но все равно держал топор под кроватью. Татьяна боялась, что он может сделать что-нибудь с ней или с ее детьми.

32. Татьяна и Имухаммед развелись, и он уехал из Литвы. Я не встречала его с тех пор, как он уехал в Туркменистан.

## ТАТЬЯНА И ТАДИК

Заявление Зинаиды Ковальчук

3

*З.К.* Инициалы

IFCD002234

33. Татьяна познакомилась с Тадеушем «Тадиком» Александрович, и они поженились.

34. Татьяна нашла работу на почте рядом с домом.

35. ~~В какой то момент Тадик продал дом и заработал много денег. На эти деньги они с Татьяной могли покупать больше алкоголя и выпивать.~~  З. К.

36. Здоровье Татьяны и Тадика начало ухудшаться. Тадик часто был прикован к кровати из-за болезни, но он смог ухаживать за Татьяной, когда она заболела. Оба они болели так сильно, что не работали.

37. Татьяна болела очень долго. Она испытывала сильную боль и большую часть времени проводила в постели. Периодически она ходила в больницу для удаления жидкости из желудка. Она не жаловалась.

38. Моя сестра умерла в 2001 году.

## ЮРИЙ

39. Помню, как Юрий пел на моей свадьбе. Это было очень мило, он тогда был еще маленьким. Ему было всего пять лет или около того. Он очень любил музыку. Научился играть на гитаре. Больше никто в семье не обладает музыкальным талантом, и было удивительно, что он сам научился играть.

40. Юрий любил всех животных, но в особенности он интересовался рыбами. Видела фотографии аквариумов, которые он собирал. У них были интересные разноцветные фоны, не просто белого цвета. Юрий делал фон другим, чтобы рыбкам было на что смотреть или создавал вид, как-будто они плавают в океане. Также у него в семье был сиамский кот, которого он любил.

41. Юрий был застенчивым. Тем не менее, он был обычным подростком, у него были друзья и девушка.

42. Помню его свадьбу с Юрате. Они поженились в загсе в присутствии только двух свидетелей. Когда они приехали на банкет, все были очень рады и хорошо отпраздновали. Татьяна считала Юрате подходящей парой для Юрия.

43. Юрий любил проводить время с сыном Габриелем.

44. Когда Юрий уехал в Америку, Татьяна очень за него переживала. Там у него не было ни друзей, ни родственников.

## ЛИТОВСКИЙ ЯЗЫК

Заявление Зинаиды Ковальчук                                     З. К. Инициалы [4]

IFCD002235

Ex. 19 pg.10 of 11

45. Я говорю и понимаю по-литовски, так как я общалась на литовском на работе и в свободное время. Одна из моих подруг предложила мне читать вслух, чтобы улучшить произношение. Татьяна и мои родители слабо понимали по-литовски.

## ГРУППА АДВОКАТОВ С СУДЕБНОГО РАЗБИРАТЕЛЬСТВА

46. Я была очень удивлена новостям о задержании Юрия.

47. Адвокаты, представляющие его интересы, были у меня дома и мы поговорили о нашей жизни. Еще мы встретились в магазине. Они были в Вильнюсе два раза. В то время я жила в деревне под названием Рудамина.

48. Помню, мужчины сделали мою фотографию, чтобы показать ее Юрию.

49. Помню, что отвечала на вопросы про нашу семью, включая отношения Татьяны и Имухаммеда. Я им рассказала о том, что Имухаммед выпивал, о том, как я застала его в бессознательном состоянии, как его положили в психиатрическую больницу в Алитусе и как он хранил под кроватью оружие. Я рассказала им все, что я знаю о Юрие.

50. Если бы меня попросили, я бы приехала в Америку на дачу показаний, когда Юрия судили. Если бы у меня была возможность, я бы подписала документ или записала бы видео и сообщила о всех тех фактах, которые я описала сегодня.

В соответствии с 28 U.S.C. §1746, я, Зинаида Ковальчук, под угрозой наказания в соответствии с законами Соединенных Штатов за дачу ложных показаний подтверждаю, что вышеизложенное является правдой и только правдой.

_27.07.2022 RudAmino_     _Koobs_

Дата и место            Зинаида Ковальчук

Заявление Зинаиды Ковальчук       _3. К_ Инициалы

IFCD002236

Ex. 19 pg.11 of 11