This is to certify that the attached 8 page translation of a declaration by Venarii Kanopkin is a true and correct translation from Russian into English, performed to the best of my knowledge and ability.

Handwritten initials and dates have been rendered in *italics*.

As a member of the Institute of Translation and Interpreting in the Russian Language, I am a qualified and experienced translator. I have Certificates and Diplomas for translation from the Chartered Institute of Linguists and a Certificate in Community Interpreting from the College of North West London..

Signature of Roman Makogon, Translator

Signed this 16 day of August, 2022

                                                     IFCD002201

## <u>DECLARATION OF VENARII KANOPKIN</u>

I, Venarii Kanopkin, state as follows:

1. I am over 18 years of age and am competent to make this declaration.

2. I read and write the Russian language.

3. Jurijus "Yuri" Kadamovas is my nephew.  He is the son of my sister, Tatiana.

4. My parents were Bartolomei Kanopkin and Aleksandra Kirilovna Palekovene.  They are both deceased.

5. My mother's parents are Kirill Palekov and Marfa Palekova.  They are both deceased.

6. My parents had four children.  I am the third oldest child in my family.

7. Tatiana Kanopkina Kadamova was the oldest child in our family.  She is deceased.  Her children are Jurijus Kadamovas and Svetlana Kadamova.

8. Login Kanopkin was the second child in our family.  He is deceased.  He was married to Laima Kanopkina, who is deceased.

9. Zinaida Kanopkina Kovalchuk is the fourth and youngest child in our family. She is in poor health.  She divorced Nikolai Kovalchuk who moved to Ukraine.  Zinaida currently lives in Vilnius with her son, Anatoly Kovalchuk.  Her other son, Igor Kovalchuk, died.

10. My wife is Teresa.  We have been married for over forty years and have two daughters named Inna Garshinenko and Angela Geigal.

11. I have lived in Lithuania my entire life.  I was born in the Skroblynai Village in the Moletai region in 1949.

12. I studied at Secondary School No 10 on Manto Street. After year eight in school, I continued my studies and graduated from the Builder's College in Vilnius.  Then I joined the Soviet Army and served for two years.

13. After the army, I worked in a construction factory and eventually became a manager.  I worked there for twenty-one years.  I retired at age 58, because I have problems with my heart.  This was two years before I was eligible for a pension.

14. I currently reside in an apartment on Tuju Street in Vilnius and in my dacha in Paberžė, Lithuania.  I have resided at my apartment residence for over thirty years.  I stay at my dacha in Paberžė during the summer.

    IFCD002202

**MATERNAL GRANDPARENTS**

15. My mother's parents lived in a small village called Skroblynai.  There were around fifteen families in the village.  They did not have access to schools and received no formal education. They could not read or write and signed their name with an "X."  At a young age, they needed to work around the house to support the family.

16. My grandparents were Old Believers and very active in the church.  They prayed before meals and had icons in their home.  When someone would die in the faith, the priest of the church would come to their house and conduct services at home. Weddings would take place in the church courtyard. The local church was a small wooden building, and only a handful of families attended services.

**PARENTS**

17. My father was born in Ukmerge, Lithuania.

18. My father did not know how to read or write.  There was no school in the village.  He had to help his parents work, so school was not a priority.

19. My father served in the Soviet Army in World War II in the 16th Lithuanian Division.  He enlisted at the Soviet Military Commissariat in Utena.  He served with his brother-in-law, who was killed on his first day of military service.

20. My father and another soldier operated a very large machine gun called a big gunner. One person would hold the gun, and the other person would reload and clean it. It was a complex and heavy gun (around 30 kilos) that you strapped to your body.

21. My father saw combat during the war until he suffered an injury in 1944.  He had permanent nerve damage in his arm.  This injury caused him much pain for the rest of his life.

22. Many soldiers from the war returned without limbs.  Other soldiers from the Lithuanian Soviet Socialist Republic were in his division.  Russian was the common language spoken among them.

23. My parents could not communicate with each other during the war.  There was no phone in the family home.  Because they could not read or write, they could not exchange letters.

24. There were no festivities when the soldiers returned home. My father earned medals for courage and bravery but rarely talked about his service.

          IFCD002203

25. When my father needed caretaking, Tatiana sold my father's apartment on Kovo Street and bought a bigger apartment, so she could care for him in her own home.

26. My father died at age 81.  Despite his war injury and his being a heavy tobacco smoker, he was relatively healthy for many years.  In his last years, he was disabled and required substantial care.

27. My mother was born in Vilnius.  She is ethnically Russian.

28. My mother only received two years of education.  She would sign with an "X" because she did not know how to sign her name.  She was expected to help her family rather than go to school.

29. My mother suffered from epilepsy and had problems with her thyroid gland. She had an operation in Moscow that was unsuccessful. Later she was treated at Kaunas Hospital in Lithuania but died at age 61.  The "FUNERAL PHOTO" below is from her funeral.

30. The relationship between my parents was what most people can only dream about having. They were a very close and loving couple.


**CHILDHOOD**

31. I grew up in the Moletai region just north of Vilnius. We lived in the countryside and had a simple life. My mother's parents, my parents, and my siblings lived together in one house. We were not as close with my father's family.

32. Our family farmed and produced most of our food and clothes from the land and the animals we raised. We owned two cows and a horse.  We used the little money we had to buy kerosene, sugar, and salt at the store.  Otherwise, we were largely self-sufficient and self-sustaining.

33. Life was difficult back then because food was scarce.  Sometimes the only food we had were the potatoes we grew in our garden.

34. Because our family was so poor, we never travelled outside the village.

35. Much responsibility fell to Tatiana as the oldest child because our parents were unable to always be there for the children. We learned to take care of ourselves from an early age.

36. Our family would go to church services at the local church for Old Believers. We would primarily attend for holidays or funerals. Otherwise, we did not actively practice any religion.

    IFCD002204

My parents had no right to choose our names when we were born. The priest at the church selected them.

37. Our family moved to an apartment on Tuju Street in Vilnius when I was seven years old. Many people moved from the countryside to the city at this time. The war ended, and there were many vacant apartments around Vilnius because so many people had died in the war. People who lived in villages were encouraged to move to the city for free.

38. My father got a job at the Lukiskes Prison in Vilnius as a prison officer. He worked there for thirty years. He received our apartment from his employer. It was a common practice for an employer to give their worker an apartment during the Soviet period.

39. My mother worked for the post office in Vilnius. Sometimes as children we would help her with the envelopes.

40. My grandparents remained at the home in the Moletai region and continued to farm. When times were difficult and there were food shortages throughout the Soviet Union, we could rely on food stored at my grandparents' house to survive.

41. My grandparents' house in the village was struck by lightning and caught on fire. They were able to get away safely with their cow, but the house was destroyed. Our family lost the property as well as important heirlooms, photographs, personal documents, and passports.

42. Because their house was destroyed, my grandparents had to move into our apartment in Vilnius. Our apartment was only about twenty-four square meters and two rooms, and now we had eight people living there (my two grandparents, my two parents, and the four siblings). The children slept together on the floor because there were not enough beds.

43. Food shortages persisted, and we struggled because we could no longer rely on the food from our garden. We did not have enough space to grow our own food in the city. Sometimes we scavenged for potatoes, beets, and cabbage, but food was often unavailable for long periods of time.

44. We were able to move to a wooden house on Trimitu Street in Vilnius. There was no running water or toilet in our house. We heated the house with a woodburning stove. The house is no longer there.

45. Tatiana and I both went to School No. 10 as children. Tatiana attended the nearby high school and graduated.

                                                           IFCD002205

46. My older brother Login did not want to study, but he managed to finish eight years of school and started working.

47. My younger sister Zinaida married very young and left the house to live with her husband.

48. Even though life was difficult, it seemed normal to us.

**TATIANA & IMUHAMMED**

49. My sister Tatiana met Imuhammed Kadamov in Vilnius. He was stationed at the military base near our home. He was from the Turkmen Soviet Socialist Republic (Turkmen SSR or Turkmenistan) and spoke Russian. Some people in our family called him "Kolya" because it was easier for us to say. Tatiana called him Kadamov.

50. I lived with my parents when Imuhammed and Tatiana got engaged.  After they were married, they continued to live with us in my parents' home, because they could not afford their own apartment.

51. My father traveled to Turkmenistan to meet members of Imuhammed's family. Imuhammed's parents also came to Vilnius to meet our family. Imuhammed's parents did not agree with his marriage to Tatiana, because Imuhammed was already engaged to a woman in Turkmenistan. This marriage was arranged when Imuhammed and the woman were children. Nonetheless, Tatiana and Imuhammed got married. They got married at the registry office, and there was a party afterwards with twenty people.

52. Imuhammed was a shorter man.  He was quiet and of average intelligence. He was very good and loving with his children.  I thought he did more with the children than Tatiana did.

53. Imuhammed was raised Muslim but was not practicing when I knew him. My parents did not care that their daughter married a Turkmen who was outside their Russian community. They disapproved that she married a Muslim even though he did not practice the faith.

54. Imuhammed was a good cook and made delicious rice pilaf. He was a talented fisherman. We went fishing together at local lakes on the weekends. He was a witness at my wedding to Teresa. He rarely spoke about his life in the Turkmen SSR.

55. Imuhammed and Tatiana's relationship was normal in the beginning. They got along but the relationship quickly crumbled. Imuhammed received communication from back home about his fiancée, and Tatiana became very jealous.

                                                    IFCD002206

56. Imuhammed did not drink alcohol at the beginning of their marriage. Eventually he started drinking and coming home later from work. Tatiana would get mad.   Because we all lived together, I could hear the yelling through the wall. Soon the yelling became worse and more frequent. Jurijus and Svetlana would hear it, get scared, and run to my parents for comfort. The fighting was stressful for the children.

57. Our apartment was crowded because my mother, my father, Imuhammed, Tatiana, Yuri, Svetlana and I all lived together. There was little room or privacy.

58. Imuhammed and Tatiana got divorced. It was a quick divorce because there was no property to divide. I was hurt by how quickly Imuhammed disconnected from everyone in Vilnius. I had a good relationship with him.  He was like an older brother to me.

59. I learned that Imuhammed had more children after he returned to the Turkmen SSR. Imuhammed could have written or called me, but he never did once he left Vilnius.

**TATIANA AND TADEUSH**

60. Tatiana then married Tadeush Aleksandrovich. We called him Tadik.  He worked as a welder. He became disabled and had difficulty walking.

61. Tadik started drinking and Tatiana began soon after.

62. Tatiana continued to drink heavily until her death.  It was upsetting to see her get drunk so much.  She died because of the drinking.

63. Tatiana was buried in a multi-faith cemetery because it was close to the apartment where Tadik lived. Since Tadik was disabled and was responsible for caring for Tatiana's grave, Tatiana was able to be buried close to my apartment. Otherwise, it would have been very difficult for Tatiana to be buried there since most of the gravesites in the cemetery were already taken by the time she died.

**JURIJUS**

64. We called Jurijus "Yuri."  He was a good child.  He was very helpful. He looked after Svetlana when his mother was at work. He was very close to my mother.

65. Yuri enjoyed playing the guitar and drums especially with friends.  He was always interested in music. He also enjoyed fishing in the river. I never saw him drinking excessively or getting into fights.

   IFCD002207

66. Yuri married Jurate, and they immediately moved in with her parents. My wife and I were the witnesses at their wedding.  The "WEDDING PHOTOS" attached are memories of that day.  We let Yuri and Jurate spend their honeymoon in our apartment on Tuju Street in Vilnius.

67. Eventually Yuri and Jurate moved into their own apartment in Vilnius. They started building a house in the suburbs of Vilnius.

68. Yuri owned a van and bought aquariums in Poland to sell in Lithuania. This did not surprise me because he always loved all types of fish.

69. Yuri worked a lot of jobs.  He was very busy after he graduated from school, and I saw him less. The last time I saw him was in 1994 at a family event.


**TRIAL TIME**

70. I learned from Svetlana that Yuri was arrested in the United States.  This surprised me.  It seemed out of character for Yuri to commit these crimes.

71. Yuri's attorneys visited me and my wife Teresa on two separate occasions back in 2004-2006.

72. Some male attorneys visited me and asked questions about Yuri. A man named Sergei acted as the interpreter.

73. On a second visit the following year, a woman named Olga and a man visited me to discuss Yuri's case.  Olga spoke Russian and acted as an interpreter.  I also spoke to her on the telephone a few times after she left Lithuania and returned to the United States.

74. I do not remember exactly what I talked about with the lawyers back then, but I would have answered any questions they had honestly, just as I do in this statement.


Pursuant to 28 U.S.C. §1746, I, Venarii Kanopkin, declare under penalty of perjury under the laws of the United States that the above is true and correct.



_____*2022.07.27, Paberze*_____                    _____*/signed/*_____


Ex. 20 pg.8 of 20                                                                                    IFCD002208

Date and Place                                    VENARII KANOPKIN


**ATTACHMENTS:**

FUNERAL PHOTO

WEDDINGS PHOTOS

## ЗАЯВЛЕНИЕ ВЕНАРИЯ КАНОПКИНА

Я, Венарий Канопкин, заявляю следующее:

1. Я старше 18 лет и в состоянии сделать данное заявление.

2. Я читаю и пишу на русском языке.

3. Юриюс (Юрий) Кадамовас приходится мне племянником. Он сын моей сестры, Татьяны.

4. Моих родителей зовут Бартоломей Канопкин и Александра Кирилловна Паляковене. Их нет в живых.

5. Родителей моей матери зовут Кирилл Паляков и Марфа Палякова. Оба они скончались.

6. У моих родителей четверо детей. Я третий по старшинству ребенок в семье.

7. Татьяна Канопкина Кадамова была старшим ребенком в нашей семье. Она умерла. Ее детей зовут Юриюс Кадамовас и Светлана Кадамова.

8. Логин Канопкин был вторым ребенком в нашей семье. Он умер. Он был женат на Лайме Канопкиной, которая также скончалась.

9. Зинаида Канопкина Ковальчук является четвертым и последним ребенком в нашей семье. У нее плохо со здоровьем. Она развелась с Николаем Ковальчуком, который переехал жить в Украину. В настоящее время Зинаида проживает в Вильнюсе с сыном, Анатолием Ковальчуком. Второй ее сын, Игорь Ковальчук, умер.

10. Мою супругу зовут Тереза. Мы женаты более сорока лет и у нас есть две дочери, Инна Гарщиненко и Ангела Гейгал.

11. Я родился в 1949 году в деревне Скроблинай в Молетском районе и всю жизнь прожил в Литве.

12. Я учился в средней школе № 10 на улице Манто. По окончанию восьмилетней школы я продолжил учебу и закончил строительный колледж в Вильнюсе. Затем я два года отслужил в армии.

13. После армии я работал на строительном заводе и в итоге стал менеджером. Я работал там двадцать один год и вышел на пенсию в возрасте 58 лет из-за проблем с сердцем. Это было за два года до достижения моего пенсионного возраста.

Заявление Венария Канопкина

*Vinarij Konopkin* _____ Инициалы
1

IFCD002210

14. В настоящее время я проживаю в квартире на улице Туйю в Вильнюсе, а также на даче в Пабярже, Литва. В квартире я проживаю уже более тридцати лет. Лето я провожу на даче в Пабярже.

## ПРЕДКИ ПО МАТЕРИНСКОЙ ЛИНИИ

15. Родители моей супруги проживали в маленькой деревне под названием Скроблинай. В деревне проживало около пятнадцати семей. У них не было доступа к школам и они не получили официального образования. Они не умели читать и писать и расписывались крестиком. В раннем возрасте они работали в домашнем хозяйстве для поддержания семьи.

16. Родители моей матери были староверами и принимали активное участие в церкви. Они молились перед едой, дома у них висели иконы. Если кто-либо из верующих умирал, священник приходил к ним домой и отпевал усопшего на дому. Свадьбы проходили во дворе церкви. Местная церковь представляла из себя небольшое деревянное здание, и только несколько семей принимали участие в церковных службах.

## РОДИТЕЛИ

17. Мой отец родился в Укмерге, Литва.

18. Мой отец не умел читать и писать. В деревне не было школы. Он должен был помогать родителям работать, поэтому школа не была в приоритете.

19. Мой отец служил в советской армии во время Второй Мировой войны в 16-ой Литовской дивизии. Он был записан в Советский Военный комиссариат в Утене. Он служил вместе с шурином, который был убит в первый день службы.

20. Вместе с другим солдатом отец управлял большим пулеметом. Один человек должен был держать пулемет, а второй заряжать и чистить. Это было сложным и тяжелым оружием (около 30 килограммов), которое крепилось к телу человека.

21. Во время войны отец участвовал в сражениях вплоть до 1944 года, после чего получил ранение с поражением нервов руки, не подлежащим восстановлению. Всю оставшуюся жизнь его мучали боли после ранения.

Заявление Венария Канопкина                                        *V.K* Инициалы  2

22. Многие солдаты возвращались с войны без конечностей. В его дивизии также были и другие солдаты из Литовской Советской Социалистической Республики. Все они общались по-русски.

23. Во время войны мои родители не могли поддерживать связь. Телефона дома не было. Они не переписывались, так как не умели читать и писать.

24. Когда солдаты вернулись домой, празднований не было. Отец заслужил медали за отвагу, но редко говорил о службе.

25. Когда отцу потребовался уход, Татьяна продала квартиру отца на улице Ково и купила квартиру побольше, чтобы ухаживать за ним на дому.

26. Отец умер в возрасте 81 года. Несмотря на ранение, полученное на войне, и чрезмерное курение табака, он был относительно здоров на протяжении многих лет. В последние годы жизни он был инвалидом и ему требовался серьезный уход.

27. Моя мать родилась в Вильнюсе. Этнически она русская.

28. Мать получила лишь двухлетнее образование. Она расписывалась крестиком, так как не умела писать собственное имя. Вместо того, чтобы ходить в школу, ей приходилось помогать дома по хозяйству.

29. Мать страдала от эпилепсии и у нее были проблемы с щитовидной железой. В Москве ей сделали неудачную операцию, после чего она проходила лечение в Каунасской больнице в Литве, но умерла в возрасте 61 года. Приложенная ниже «ПОХОРОННАЯ ФОТОГРАФИЯ» с ее похорон.

30. Отношения моих родителей были такими, о которых большинство людей только мечтает. Они были очень близкой и влюбленной парой.

## ДЕТСТВО

31. Я вырос в Молетском районе к северу от Вильнюса. Мы жили в сельской местности простой жизнью. Бабушка и дедушка, родители, братья и сестры жили вместе в одном доме. Мы не были так близки с семьей отца.

32. Моя семья занималась сельским хозяйством, еду и одежду мы получали с земли и содержащегося скота. У нас было две коровы и лошадь. За те малые деньги, которые у нас были, мы покупали керосин, сахар и соль в магазине. Помимо этих товаров, мы всем себя обеспечивали сами и полагались на собственные силы.

Заявление Венария Канопкина

*V. K* Инициалы

3

33. В те времена жизнь была сложной, еды было мало. Иногда единственной едой был картофель, выращиваемый у нас на огороде.

34. Так как наша семья была бедной, мы никогда не выезжали за пределы деревни.

35. Большая часть ответственности была возложена на Татьяну, так как она была старшим ребенком и наши родители не могли всегда смотреть за детьми. С раннего возраста мы научились быть самостоятельными.

36. Наша семья посещала церковные службы в местной церкви староверов. В основном, мы посещали церковь в праздники или во время похорон. Помимо этого, мы не занимались активным богослужением. Когда мы родились, у родителей не было права дать нам имена. Их нам выбрал церковный священник.

37. Когда мне было семь лет, семья переехала жить в квартиру в Вильнюсе на улице Туйу. В то время многие люди перебирались из деревень в город. Война закончилась и в Вильнюсе было много свободных квартир, так как многие погибли во время войны. Людей, живущих в деревнях, поощряли на бесплатное переселение в город.

38. Отец получил работу в тюрьме Лукишкес в Вильнюсе в качестве тюремного служащего. Он проработал там тридцать лет. По месту работы он получил квартиру. В Советские времена было обычным делом работнику получить квартиру от работодателя.

39. Мать работала в почтовом отделении Вильнюса. Иногда, будучи детьми, мы помогали ей разбирать конверты.

40. Родители матери остались жить в доме в Молетай и продолжили заниматься сельским хозяйством. Когда были тяжелые времена и недостаточно продовольствия во времена Советского Союза, для выживания мы полагались на еду из дома родителей матери.

41. В дом моих дедушки и бабушки ударила молния и возник пожар. Им удалось безопасно выбраться и спасти корову, но дом был разрушен. Семья потеряла жилье и важные семейные реликвии, фотографии, личные документы и паспорта.

42. Так как дом сгорел, дедушке и бабушке пришлось переехать в нашу квартиру в Вильнюсе. У нас была двухкомнатная квартира площадью двадцать четыре метра, и теперь там проживало восемь людей (дедушка с бабушкой, родители и четверо детей). Дети спали вместе на полу, так как кроватей не хватало.

Заявление Венария Канопкина

V. K Инициалы

4

43. Дефицит продовольствия продолжился, и нам было тяжело, так как более не могли полагаться на продовольствие с огорода. В городе у нас не было земли выращивать собственную еду. Иногда нам удавалось достать картофель, свеклу и капусту, но временами еды не было на протяжении долгого времени.

44. Затем нам удалось переселиться в деревянный дом на улице Тримиту в Вильнюсе. В доме не было воды и туалета. Топили дом на дровах в печке. Сейчас этого дома уже нет.

45. В детстве мы вместе с Татьяной ходили в школу № 10. Татьяна так же закончила среднюю школу, расположенную неподалеку.

46. Мой старший брат Логин не хотел учиться, но ему удалось закончить восемь классов и устроиться на работу.

47. Моя младшая сестра Зинаида рано вышла замуж и покинула дом жить с мужем.

48. Не смотря на то, что жизнь была тяжелой, нам она казалась нормальной.

## ТАТЬЯНА И ИМУХАММЕД

49. Моя сестра Татьяна познакомилась с Имухаммедом Кадамовым в Вильнюсе. Он служил на военной базе недалеко от нашего дома. Он был из Туркменской Советской Социалистической Республики (Туркменская ССР или Туркменистан) и говорил по-русски. В нашей семье его называли Колей, так как нам это было легче произносить. Татьяна называла его Кадамов.

50. Я жил с родителями когда Имухаммед и Татьяна повенчались. После свадьбы они также жили с нами в доме родителей, так как не могли позволить семе отдельную квартиру.

51. Отец ездил в Туркменистан познакомиться с семьей Имухаммеда. Также родители Имухаммеда приезжали в Литву познакомиться с нашей семьей. Родители Имухаммеда не одобрили брак с Татьяной, так как Имухаммед уже был помолвлен с девушкой в Туркменистане. Та помолвка была договорной и произошла, когда Имухаммед и девушка были еще детьми. Не смотря на это, Татьяна и Имухаммед поженились. Они расписались в загсе, после чего сыграли свадьбу на двадцать человек.

Заявление Венария Канопкина

*V. K* Инициалы 5

                    IFCD002214

52. Имухаммед был невысоким мужчиной. Он был немногословным и среднего ума. Он был очень хорошим отцом и любил своих детей. Думаю, он больше, чем Татьяна, уделял внимания детям.

53. Имухаммед был воспитан мусульманином, но не практиковал ислам в период нашего знакомства. Мои родители не возражали, что их дочь вышла замуж за туркмена, не принадлежащего к их русскому сообществу. Они не дали согласие на замужество Татьяны с мусульманином, не смотря на то, что он не практиковал веру.

54. Имухаммед был хорошим поваром и готовил вкусный плов. Он был талантливым рыбаком. По выходным мы вместе ходили на рыбалку на близлежащих озерах. Он был свидетелем на моей свадьбе с Терезой. Он редко рассказывал про свою жизнь в Туркменской ССР.

55. Вначале, отношения Имухаммеда и Татьяны были нормальными. Они хорошо общались, но их отношения вскоре дали трещину. Имухаммед получил весточку из дома о своей невесте, и Татьяна его сильно приревновала.

56. Имухаммед не выпивал в начале их совместной жизни. В последствии он начал выпивать и приходить поздно домой с работы. Татьяна злилась. Так как мы жили вместе, я слышал ругань через стенку. Вскоре ругань усугубилась и стала происходить все чаще. Юриюс и Светлана также это слышали, пугались и бежали к родителям за защитой. Ссоры травмировали детей.

57. Наша квартира была переполнена, так как там проживали моя мать, отец, Имухаммед, Татьяна, Юрий, Светлана и я. Для уединения места не находилось.

58. Имухаммед и Татьяна развелись. Развод был быстрым, так как у них не было имущества. Мне было больно видеть, как быстро Имухаммед отторгся от всех в Вильнюсе. У меня с ним были хорошие отношения. Для меня он был старшим братом.

59. Я узнал, что у Имухаммеда появились дети после возвращения в Туркменскую ССР. Имухаммед мог написать или позвонить мне, но он никогда этого не сделал после отъезда из Вильнюса.

## ТАТЬЯНА И ТАДЕУШ

60. Позднее Татьяна вышла замуж за Тадеуша Александровича. Мы называли его Тадик. Он работал сварщиком. Он стал инвалидом и с трудом ходил.

Заявление Венария Канопкина

*V. K* Инициалы

6

61. Тадик начал выпивать, и вскоре также Татьяна.

62. Татьяна сильно выпивала вплоть до смерти. Было грустно смотреть на нее пьяную. Она умерла от алкоголизма.

63. Татьяна была похоронена на многоконфессиональном кладбище, так как оно располагалось неподалеку от места проживания Тадика. Так как Тадик был инвалидом и отвечал за уход могилы Татьяны, Татьяну похоронили неподалеку от нашей квартиры. В противном случае, было бы очень сложно похоронить Татьяну на этом кладбище, так как большинство мест на кладбище были уже заняты к моменту смерти Татьяны.

## ЮРИЮС

64. Мы называли Юриюса Юрием. Он был хорошим ребенком. Он помогал по дому. Он присматривал за Светланой, когда мать была на работе. Они были очень близки с моей матерью.

65. Юрий играл на гитаре и на барабанах, особенно с друзьями. Его всегда интересовала музыка. Также он любил рыбачить на речке. Я никогда не видел его чрезмерно пьяным и он не вступал в драки.

66. Юрий женился на Юрате, и они сразу вселились к моим родителям. Я и моя жена были свидетелями на их свадьбе. Приложенные «СВАДЕБНЫЕ ФОТОГРАФИИ» являются памятью того дня. Медовый месяц Юрий и Юрате провели в нашей квартире на улице Туйю в Вильнюсе.

67. В последствии Юрий и Юрате переехали в собственную квартиру в Вильнюсе. Они начали строить дом в пригороде Вильнюса.

68. У Юрия был фургон и он покупал аквариумы в Польше для продажи в Литве. Меня это не удивляло, так как он всегда любил разного вида рыб.

69. Юрий работал на многих работах. По окончанию школы он был очень занят, и мы виделись реже. В последний раз я его видел на семейном мероприятии в 1994 году.

## СУДЕБНОЕ РАССЛЕДОВАНИЕ

70. Я узнал от Светланы, что Юрий был задержан в Соединенных Штатах. Это меня удивило. Преступления такого характера Юрию присущи.

Заявление Венария Канопкина                    *V. K* Инициалы    7

71. В 2004 – 2006 годах адвокаты Юрия приезжали ко мне и моей жене Терезе дважды.

72. Адвокаты мужчины приехали ко мне и задавали вопросы о Юрии. В качестве переводчика выступал мужчина по имени Сергей.

73. Во время второго визита в следующем году женщина по имени Ольга и мужчина приехали ко мне обсудить дело Юрия. Ольга разговаривала по-русски и выступала в роли переводчика. Я также разговаривал с ней несколько раз по телефону после того, как она уехала из Литвы обратно в Соединенные Штаты.

74. Я точно не помню, о чем мы тогда разговаривали с адвокатами, но я искренне отвечал на все их вопросы, также как и мои показания в данном заявлении.

В соответствии с 28 U.S.C. §1746, я, Венарий Канопкин, под угрозой наказания в соответствии с законами Соединенных Штатов за дачу ложных показаний подтверждаю, что вышеизложенное является правдой и только правдой.

2022.07.27    Paberze                        ВЕНАРИЙ КАНОПКИН

Дата и место

ПРИЛОЖЕНИЯ:

ПОХОРОННОЕ ФОТО

СВАДЕБНЫЕ ФОТО

Заявление Венария Канопкина                              V. K Инициалы    8



ПОХОРОННОЕ ФОТО

Заявление Венария Канопкина

$V.K$ Инициалы

9



СВАДЕБНЫЕ ФОТО

Заявление Венария Канопкина

 Инициалы



СВАДЕБНЫЕ ФОТО

Заявление Венария Канопкина

 Инициалы [11]