This is to certify that the attached 2 page translation of a declaration by Anatoly Kovalchuk is a true and correct translation from Russian into English, performed to the best of my knowledge and ability.

Handwritten initials and dates have been rendered in *italics*.

As a member of the Institute of Translation and Interpreting in the Russian Language, I am a qualified and experienced translator.  I have Certificates and Diplomas for translation from the Chartered Institute of Linguists and a Certificate in Community Interpreting from the College of North West London..

Signature of Roman Makogon, Translator

Signed this 16 day of August, 2022

IFCD002221

Ex. 21 pg.1 of 5

## DECLARATION OF ANATOLY KOVALCHUK

I, Anatoly Kovalchuk, state as follows:

1. I am over 18 years of age and am competent to make this declaration.

2. I speak and write the Russian language.

3. Jurijus "Yuri" Kadamovas is my cousin.  I was born in 1972.  Yuri is six years older than me.

4. My parents are Zinaida Kovalchuk and Nikolai Kovalchuk.  I am married, live in Vilnius, and have five children.  I have been working for an import business the last five years.  Previously, I worked at a furniture factory.

5. I recall Yuri was interested in fish, aquariums, and playing the guitar.

6. I attended the same school as Yuri but we were not at the sameschool at the same time.  The day was divided into halves. You either attended in the morning from 8:00–13:00 or in the afternoon from 13:00–18:00. We learned standard subjects like math, Russian, Lithuanian, geometry, and art.  I took the bus to school, but Yuri probably walked because the school was so close to his apartment.

7. I was a member of the Young Pioneers and the Octobrists.  We did school projects like collecting old newspapers and making birdhouses. We competed in games against other classes. It was important to be a member of this organization.

8. I remember Yuri injured his eye after falling on alarm clock. I could see a scar on his face from this injury even when he became an adult.

9. I watched Yuri box a few times. He was around 16 years old. He did it in the gym after school, and I only saw him spar with other classmates. He had to quit boxing, because he did not want to get a procedure to have his nose cartilage removed. A doctor told him that he could no longer box unless he had this procedure.

10. Yuri joined the Komsomol when he was in the army.

11. Yuri never talked about his father.

12. I attended Yuri and Jurate's wedding.  We were waiting for them at the reception.  They were driving around celebrating, and we joked they might not show up for the party.

13. Yuri's stepfather, Tadik, was a good photographer. I remember he walked with a limp. I recall tension between Tadik and Tatiana.

1

Declaration of Anatoly Kovalchuk                    ___*AK*____Initials

IFCD002222

14. After they were married, Jurate and Yuri lived with Jurate's parents some but they also lived with with Tadik and Tatiana for a short time. They slept in a room you had to walk through to get to other parts of the apartment. They had no privacy and could not separate from Tatiana and Tadik when they were fighting. I believe that that was why Yuri and Jurate decided to move out.

15. Because of Tatiana and Tadik's fighting, Jurate and Yuri even moved into our two-bedroom apartment for six months. My family of four (my parents, my brother, and me) moved into one of the bedrooms, and we allowed Jurate and Yuri to have the other bedroom. They mostly kept to themselves. They would leave every morning together after eating breakfast.

16. I remember an incident when Tatiana was very sick. I was in the kitchen. Tadik walked in and cried in front of me.  He was distraught about Tatiana's illness. In my experience, it is very rare to see someone cry.

17. When he was an adult, Yuri had a limousine business.  Famous performers would come to town, and he would drive them around or supply cars for them.

18. Our extended family did not socialize a lot outside of events like weddings, because we did not have the money or means to go out and do things. We stayed at home with our parents and siblings.

19. I would have provided this information to any attorneys helping Yuri between 2004-2006.  I would have signed a document with the information I am reporting today.

Pursuant to 28 U.S.C. §1746, I, Anatoly Kovalchuk, declare under penalty of perjury under the laws of the United States that the above is true and correct.

_____27.07.2022, Rudomino_____          _____/signed/_____

Date and Place                                  Anatoly Kovalchuk

2

Declaration of Anatoly Kovalchuk                            ___AK____Initials

IFCD002223

Ex. 21 pg.3 of 5

## ЗАЯВЛЕНИЕ АНАТОЛИЯ КОВАЛЬЧУК

Я, Анатолий Ковальчук, заявляю следующее:

1. Я старше 18 лет и в состоянии сделать данное заявление.

2. Я читаю и пишу на русском языке.

3. Юриюс "Юрий" Кадамовас приходится мне двоюродным братом. Я родился в 1972 году. Юрий на шесть лет меня старше.

4. Моих родителей зовут Зинаида Ковальчук и Николай Ковальчук. Я женат, живу в Вильнюсе, у меня пятеро детей. На протяжении последних пяти лет я занимаюсь импортом. Ранее я работал на мебельной фабрике.

5. Помню Юрия интересовали рыбы, аквариумы, а также игра на гитаре.

6. Я учился в той же школе, что и Юрий, но мы учились в разное время. Учеба была в две смены, с 8:00 до13:00 и после обеда с13:00 до18:00. Мы изучали обычные предметы, такие как математика, русский язык, литовский язык, геометрия и изобразительное искусство. До школы я добирался на автобусе, а Юрий скорее ходил пешком, так как школа находилась рядом с его квартирой.

7. Я был пионером и октябренком. Мы занимались школьными проектами, такими как сбор макулатуры и изготовление скворечников. Участвовали в играх, соревнуясь с другими классами. Состоять в данной организации тогда было важно.

8. Помню, как Юрий повредил себе глаз после того, как упал на будильник. Когда он вырос, на лице остался шрам.

9. Несколько раз я видел, как Юрий занимался боксом. Ему было около 16 лет. Он занимался боксом в спортзале после уроков, и я только видел, как он спарринговал с одноклассниками. Ему пришлось бросить бокс, так как он не хотел делать операцию по удалению хрящика в носу. Доктор сказал ему, что больше боксом ему заниматься нельзя, если не делать эту операцию.

10. Когда Юрий служил в армии, он вступил в комсомол.

11. Юрий никогда не рассказывал о своем отце.

12. Я был на свадьбе у Юрия и Юрате. Мы ждали их на банкете, а они разъезжали везде и праздновали. Тогда мы смеялись, что они вообще могут не приехать на свадьбу.

Заявление Анатолия Ковальчук

_ЈК_____Инициалы    1

IFCD002224

Ex. 21 pg.4 of 5

13. Приемный отец Юрия, Тадик, был хорошим фотографом. Помню, что он ходил прихрамывая. Помню натянутые отношения между Тадиком и Татьяной.

14. После свадьбы Юрий и Юрате жили у родителей Юрате, но также некоторое время проживали у Тадика с Татьяной. Они спали в проходной комнате. У них не было никакой личной жизни, и они не могли избежать конфликтов Татьяны и Тадика. Думаю, поэтому Юрий и Юрате решили переехать.

15. Из-за ссор Татьяны и Тадика, Юрате с Юрием даже въехали в нашу двухкомнатную квартиру на пол года. Тогда моя семья, состоящая из четверых человек (мои родители, мой брат и я) вселились в одну спальню, и мы позволили Юрию и Юрате занять вторую спальню. Они с нами особо не общались. Каждое утро после завтрака они уходили вместе.

16. Помню случай, когда Татьяна сильно болела. Я был на кухне. Тадик вошел и заплакал передо мной. Он был опечален болезнью Татьяны. В моем опыте, редко видишь кого-то плачущим.

17. Будучи уже взрослым, у Юрия был лимузинный бизнес. Когда знаменитости приезжали в город, он их развозил или арендовал им машины.

18. Наши родственники особо не общались, за исключением мероприятий, таких как свадьбы, потому что у нас не было денег выходить и встречаться. В основном мы сидели дома с родителями, братьями и сестрами.

19. Я предоставил бы данную информацию любому адвокату, защищающему интересы Юрия в 2004 – 2006 годах и подписал бы документ, содержащий информацию, которую я излагаю сегодня в настоящем заявлении.

В соответствии с 28 U.S.C. §1746, я, Анатолий Ковальчук, под угрозой наказания в соответствии с законами Соединенных Штатов за дачу ложных показаний подтверждаю, что вышеизложенное является правдой и только правдой.

27.07.2022 Rudominio

Дата и место                                                     Анатолий Ковальчук

Заявление Анатолия Ковальчук                           JK. Инициалы

2

IFCD002225

Ex. 21 pg.5 of 5