This is to certify that the attached [2] page translation of a declaration by Ina Gorshanenko is a true and correct translation from Lithuanian into English, performed to the best of my knowledge and ability.

Handwritten initials and dates have been rendered in *italics*.

As a member of the UK National Register of Public Service Interpreters in the Lithuanian Language, I am a qualified and experienced translator. I have Certificates for translation for the Metropolitan Police (UK) and the Immigration Appellate Courts. Further, I am a rejoining member of the Institute of Linguists and have diplomas in Public Service Interpreting in both Health and Law.

Signature of Rasa Cuckson, Translator

Signed this 21 day of August, 2022

IFCD000142

## Declaration of Ms. Ina Gorshanenko

I, Ina Gorshanenko, state as follows:

1. I am over 18 years of age and am competent to make this declaration.

2. I can read and write in Lithuanian. I am also fluent in Russian and Polish and speak some English.

3. I currently work as an accountant and have diploma in accounting.

4. I am the maternal cousin of Jurijus Kadamovas. I am 13 years younger than Yuri.

5. Some families, including Yuri's immediate family, struggled acutely due to alcoholism.

6. When I was growing up, I lived in an apartment with my immediate family, which consisted of my parents, Venarii and Teresa Kanopkin, and my sister, Angela Geigal (née Kanopkin). Our apartment was in a block of flats next to the apartment of Yuri and his family.

7. Yuri grew up in a shared apartment with his mother Tatiana, stepfather, Tadeush "Tadik", sister, Svetlana, and our grandfather, Bartholomei. Yuri's family was worse off than most. They were very poor. His parents were drunks and squandered the money they had on alcohol. His parents and our grandfather smoked cigarettes and his home reeked of cheap tobacco.

8. My side of the family was much more motivated to work and earn money than Yuri's side. Yuri's mom and step-father didn't have any goals or aspirations for themselves; they just sat around and drank all day. I don't remember Tadik ever having a job, he was an invalid, he could not walk. Tatiana worked at the post office.

9. Yuri and I always had a great relationship. He is a caring person. I have not seen him drunk. He never fought and he mostly kept his opinion to himself.

10. Yuri was the only one on his side of the family who tried to make something of himself. He deeply cared about his family and helped Svetlana as much as he could by sending her money. Unlike his parents, he had greater aspirations for himself, and tried to better himself by moving to the United States.

11. He is also a talented musician and I loved hearing him play music.

1

Initials _____

Declaration of Ina Gorshanenko

IFCD000143

Ex. 22 pg.2 of 5

12. Yuri was never violent. I was surprised and saddened to hear of his alleged involvement in criminal activity in the US. I cannot imagine the kind older cousin who I grew up with doing anything of the sort.

13. My grandfather, Bartholomei was bedridden. He likely had dementia. He wouldn't recognize me when I went to see him.

14.  Tadik was a deeply unhappy man and never smiled. He was very grim. As a child, I was intimidated by Tadik. He did not take care of Yuri.

15. My father would visit Yuri and his family about once a month, and they would drink together. My mother, Theresa, is against drinking. My mother would not participate and would get angry with my father for drinking. If it weren't for my mother, I think that my father might have gone down the same path as Tatiana and Tadik.

16. I visited Yuri and his wife, Jurate at their house once before Yuri moved to the United States. They would often cuddle with each other, and you could tell they were very much in love. They had a nice place with a cat and a dog. I never saw them argue. I thought Jurate was beautiful and glamorous.

17.  After Yuri left for the US, Jurate's life changed drastically. Jurate started drinking a lot. Jurate had been so dependent on Yuri that once he left, she deteriorated. The Jurate that I once knew vanished.

18. At the time of Yuri's trial, I was living with my parents in Vilnius. I would have gladly talked to the trial team and provided any information I could. I also would have testified by video or audio or written a declaration. None of these options were provided to me.

Pursuant to 28 U.S.C. §1746, I, Ina Gorshanenko, declare under penalty of perjury under the laws of the United States that the above is true and correct.

_____             _____

Date and Place                                                  Ina Gorshanenko

2

Initials _____

Declaration of Ina Gorshanenko

IFCD000144

Ex. 22 pg.3 of 5

<u>**p. Inos Goršanenko pareiškimas**</u>

Aš, Ina Goršanenko, pareiškiu:

1. Esu vyresnė, nei 18 metų ir esu kompetentinga pateikti šią deklaraciją.

2. Moku skaityti ir rašyti lietuviškai. Taip pat laisvai kalbu rusiškai ir lenkiškai, šiek tiek kalbu angliškai.

3. Šiuo metu dirbu buhaltere, turiu buhalterės diplomą.

4. Esu Jurijaus Kadamovo pusseserė iš motinos pusės. Aš esu 13 metų jaunesnė už jį.

5. Kai kurios šeimos, įskaitant artimiausią Jurijaus šeimą, labai kentėjo nuo alkoholizmo.

6. Kai augau, gyvenau bute su savo artimiausia šeima, kurią sudarė mano tėvai Venarii ir Teresa Kanopkin bei mano sesuo Angela Geigal (mergautinė pavardė Kanopkin). Mūsų butas buvo name šalia Jurijaus ir jo šeimos buto.

7. Jurijus augo bendrame bute su mama Tatjana, patėviu Tadeušu „Tadiku", seserimi Svetlana ir mūsų seneliu Bartolomejumi. Jurijaus šeimai buvo blogiau, nei daugumai. Jie buvo labai neturtingi. Jo tėvai buvo girtuokliai ir turėtus pinigus iššvaistė alkoholiui. Jo tėvai ir mūsų senelis rūkė cigaretes, o jo namai dvokė pigiu tabaku.

8. Mano šeimos pusė buvo daug labiau motyvuota dirbti ir užsidirbti nei Jurijaus. Jurijaus mama ir patėvis neturėjo sau jokių tikslų ar siekių; jie tiesiog sėdėjo ir gėrė visą dieną. Nepamenu, kad Tadikas būtų dirbęs, jis buvo invalidas, negalėjo vaikščioti. Tatjana dirbo pašte.

9. Mes su Jurijumi visada palaikėme puikius santykius. Jis yra rūpestingas žmogus. Jo nemačiau girto. Jis niekada nesiriedavo ir dažniausiai pasilaikydavo savo nuomonę sau.

10. Jurijus buvo vienintelis iš savo šeimos, kuris bandė kažko pasiekti. Jis labai rūpinosi savo šeima ir padėjo Svetlanai, kai tik galėjo, siųsdamas jai pinigų. Skirtingai nei jo tėvai, jis turėjo didesnių siekių sau ir bandė tobulėti, persikėlęs į JAV.

11. Jis taip pat yra talentingas muzikantas, ir man patikdavau klausytis jo grojimo.

12. Jurijus niekada nebuvo smurtautojas. Nustebau ir nuliūdau išgirdusi apie įtariamą jo dalyvavimą nusikalstamoje veikloje JAV. Neįsivaizduoju, kad mano geras vyresnysis pusbrolis, su kuriuos užaugau, būtų padaręs kažką panašaus.

13. Mano senelis Bartolomejus buvo prikaustytas prie lovos. Greičiausiai jis sirgo demencija. Jis manęs neatpažindavo, kai aplankydavau.

Inos Goršanenko deklaracija                                    Inicialai

IFCD000145

14. Tadikas buvo labai nelaimingas žmogus ir niekada nesišypsodavo. Jis buvo labai niūrus. Vaikystėje mane Tadikas baugino. Jurijumi jis nesirūpino.

15. Mano tėvas maždaug kartą per mėnesį aplankydavo Jurijų ir jo šeimą, ir jie kartu išgerdavo. Mano mama Teresa yra prieš gėrimą. Mama nedalyvaudavo išgertuvėse ir pykdavosi su tėvu dėl alkoholio vartojimo. Jei ne mama, manau, kad tėvas galėjo nueiti tuo pačiu keliu, kaip Tatjana ir Tadikas.

16.  Aš vieną kartą lankiau Jutijų ir jo žmoną Jūratę jų namuose, kol Jurijus nepersikėlė į JAV. Jie dažnai glausdavosi vienas prie kito ir buvo galima suprasti, kad jie labai mylėjo vienas kitą. Jie turėjo gražius namus, katę ir šunį. Niekada nemačiau, kad jie ginčytųsi. Man Jūratė atrodė graži ir žavinga.

17. Jurijui išvykus į JAV Jūratės gyvenimas kardinaliai pasikeitė. Jūratė pradėjo daug gerti. Jūratė buvo taip priklausoma nuo Jurijaus, kad jam išėjus, jos gyvenimas žlugo. Jūratės, kurią kažkada pažinojau, nebeliko.

18. Jurijaus teismo metu gyvenau su tėvais Vilniuje. Mielai būčiau pasikalbėjusi su jam atstovaujančia advokatų komanda ir suteikusi bet kokią informaciją. Taip pat būčiau paliudijusi vaizdo ar garso įrašu arba parašiusi deklaraciją. Nė vienas iš šių variantų man nebuvo pasiūlytas.

Pagal 28 U.S.C. §1746, aš, Ina Goršanenko, žinodama, kad pagal Jungtinių Valstijų įstatymus gresia bausmė už melagingus parodymus, pareiškiu, kad tai yra tiesa ir teisingi parodymai.

2022.07.29 Vilnius

Data ir vieta                                              Ina Goršanenko

Inos Goršanenko deklaracija                                Inicialai

IFCD000146

Ex. 22 pg.5 of 5