This is to certify that the attached [2] page translation of a declaration by Jelena Aleksandrovich is a true and correct translation from Lithuanian into English, performed to the best of my knowledge and ability.

Handwritten initials and dates have been rendered in *italics*.

As a member of the UK National Register of Public Service Interpreters in the Lithuanian Language, I am a qualified and experienced translator. I have Certificates for translation for the Metropolitan Police (UK) and the Immigration Appellate Courts. Further, I am a rejoining member of the Institute of Linguists and have diplomas in Public Service Interpreting in both Health and Law.

Signature of Rasa Cuckson, Translator

Signed this 21 day of August, 2022

## <u>Declaration of Jelena Aleksandrovich</u>

I, Jelena Aleksandrovich, state as follows:

1. I am over 18 years of age and am competent to make this declaration.

2. I can read and write in Lithuanian.

3. I am Jurijus Kadamovas' stepcousin. My father is Evgeny Aleksandrovich.  My uncle, Tadeush ("Tadik"), is Jurijus's stepfather. We were neighbors growing up but attended different schools.

4. I am a peer of Jurijus, about the same age as him.

5. Tadik's immediate family were very heavy drinkers. When Tadik married Juri's mother, Tatiana, his drinking got even worse than when he was married to his first wife, Lyubov. He was a heavy smoker. Tatiana was also a very heavy drinker.

6. As I lived close to Tadik and Tatiana, I visited their home and saw for myself their bad drinking. This would have been a hard home to grow up in.

7. My uncle Tadik had a limp and was disabled and eventually could not work because of his health. Tatiana had health problems due to her heavy drinking, eventually leading to a distended stomach due to liver problems from alcoholism.

8. I remember that growing up, Juri cared a lot about fish. He had an aquarium in his room and spent some time showing it to me. He spoke about it at length. He was unique in his family because he was very musical and liked to play the guitar. My understanding is he taught himself how to play and I was impressed with his musical abilities.

1

Initials _____

Declaration of Jelena Aleksandrovich

IFCD002238

Ex. 23 pg.2 of 5

9. I am now a manager of a restaurant and also part of the local music scene in Vilnius. I am a singer and perform around town at various locations. I have lived in Vilnius my entire life. I lived in Vilnius in 2005 and it would have been easy to locate me at that time, but no lawyers for Jurijus asked me questions about him until now.

Pursuant to 28 U.S.C. §1746, I, Jelena Aleksandrovich, declare under penalty of perJuri under the laws of the United States that the above is true and correct.

_____     _____

Date and Place                                    Jelena Aleksandrovich

2

Initials _____

Declaration of Jelena Aleksandrovich

IFCD002239

Ex. 23 pg.3 of 5

## JELENOS ALEKSANDROVIČ DEKLARACIJA

Aš, Jelena Aleksandrovič, pareiškiu:

1. Esu vyresnė, nei 18 metų ir esu kompetentinga pateikti šią deklaraciją.

2. Moku skaityti ir rašyti lietuviškai.

3. Aš esu Jurijaus Kadamovo pusseserė. Mano tėvas yra Jevgenijus Aleksandrovičius. Mano dėdė Tadeušas („Tadikas") yra Jurijaus patėvis. Augome kaimynystėje, bet lankėme skirtingas mokyklas.

4. Esu Jurijaus bendraamžė, maždaug tokio pat amžiaus kaip jis.

5. Tadiko šeimoje buvo labai daug girtaujama. Kai Tadikas vedė Jurijaus motiną Tatjaną, jo išgėrinėjimas dar daugiau suintensyvėjo, pasidarė blogesnis, nei tada, kai buvo vedęs pirmąją žmoną Liubovę. Jis buvo didelis rūkalius. Tatjana taip pat labai daug gėrė.

6. Kadangi gyvenau netoli Tadiko ir Tatjanos, apsilankydavau jų namuose ir mačiau, kaip jie smarkiai geria. Čia būtų buvę sunku užaugti.

7. Mano dėdė Tadikas šlubavo, buvo neįgalus ir galiausiai dėl sveikatos nebegalėjo dirbti. Tatjana turėjo sveikatos problemų dėl didelio alkoholio vartojimo, o galiausiai dėl alkoholizmo sukeltų kepenų problemų jai išsiplėtė skrandis.

8. Prisimenu, kad augančiam Jurijui labai rūpėjo žuvytės. Jis turėjo akvariumą savo kambaryje, rodė jį man ir ilgai apie jį pasakojo. Savo šeimoje jis buvo išskirtinis, nes

Inicialai _J. A._

Jelenos Aleksandrovič deklaracija

IFCD002240

Ex. 23 pg.4 of 5

buvo labai muzikalus ir mėgo groti gitara. Kiek suprantu, jis pats išmoko groti, aš buvau sužavėta jo muzikiniais gabumais.

9. Dabar esu restorano vadybininkė, taip pat priklausau vietinės muzikos scenai Vilniuje. Esu dainininkė ir koncertuoju įvairiose miesto vietose. Visą gyvenimą gyvenu Vilniuje. Gyvenau Vilniuje ir 2005 m., būtų buvę nesunku mane surasti, tačiau iki šiol jokie Jurijaus advokatai man klausimų apie jį neuždavė.

Pagal 28 U.S.C. §1746, aš, Jelena Aleksandrovič, žinodama, kad pagal Jungtinių Valstijų įstatymus gresia bausmė už melagingus parodymus, pareiškiu, kad tai yra tiesa ir teisingi parodymai.

Data ir vieta

Jelena Aleksandrovič

*2021.07.28*
*Vilnius*

*E. L.*

Inicialai _____  2

Jelenos Aleksandrovič deklaracija

IFCD002241

Ex. 23 pg.5 of 5