This is to certify that the attached 7 page translation of a declaration by Vadim Aleksandrovich is a true and correct translation from Russian into English, performed to the best of my knowledge and ability.

Handwritten initials and dates have been rendered in *italics*.

As a member of the Institute of Translation and Interpreting in the Russian Language, I am a qualified and experienced translator. I have Certificates and Diplomas for translation from the Chartered Institute of Linguists and a Certificate in Community Interpreting from the College of North West London..

Signature of Roman Makogon, Translator

Signed this 16 day of August, 2022

IFCD002371

## DECLARATION OF VADIM ALEKSANDROVICH

I, Vadim Aleksandrovich, state as follows:

1. I am over 18 years old and competent to make this declaration.

2. I speak and write the Russian language.

3. Jurijus "Yuri" Kadamovas is my step-brother. My father, Tadeush "Tadik" Aleksandrovich, married Yuri's mother Tatiana Kadamova.

4. My mother's name is Lyubov, but most people called her Lyuba. She had two sisters: Vera and Nadezhda. They were born in Russia, but my mother moved to Vilnius after she finished engineering school. She worked as a railroad engineer. My mother met Tadik in Vilnius.

5. My father was from a Belarussian-Polish family. I grew up speaking Russian at home and didn't learn any Lithuanian until I was older and working as a driver. When Yuri and I were together we exclusively spoke in Russian together. I do not think Yuri spoke much Lithuanian.

6. My parents divorced when I was seven, and my sister Larisa and I stayed with our mother. I do not know why my parents got divorced, because my mother and father did not talk about it. My mother was not opposed to me spending time with my father, though, and I spent every weekend with him.

7. Shortly after my parents' divorce, my father married Tatiana, Yuri's mother. Tatiana became like a mother to me, and Yuri was a like an older brother, even if we were not related by blood. Yuri and I had a close relationship. I was born in 1970, and Yuri was four years older than me. Yuri and I were especially close when we were younger, before Yuri went off to the military.

Declaration of Vadim Aleksandrovich

1
_____ Initials

IFCD002372

8.  My father was strict. Overall, he and I had a good relationship, and we did not argue much. I do remember one time that my father was very cruel to me. When I was a young child, less than seven years old, I was playing outside, and another kid from the neighborhood threw a rock at my face. I came home bleeding, and my mother cared for me and asked me who had done it. I told her, and she went to speak to the child's parents. When my father found out what happened, he hurt me with an iron. He told me that I needed to be punished because I had snitched and told my mom the name of the child who hurt me.

9.  My father and Tatiana drank a lot together. I did not see them fight or get violent when they were drinking. They mostly drank vodka.

10. In the mid-1980s, Tatiana and my father both stopped working, and their health declined. I noticed they started drinking more.

11. My father's parents owned a nice house in Vilnius. When they died in 1989, it sold and Tatiana and my father received some money from the proceeds.

12. My uncle Roma and I received some of the proceeds. Yuri was no longer living at home, so he did not receive any of the money.

13. The portion Tatiana and my father received was quite significant for that time. They spent it recklessly on dinners and alcohol. They did not know how to properly save, because nobody ever taught them how to manage money. With more time and more money, they were able to get drunk more often.

14. Because Tatiana and my father wasted all their money, they had to downsize to a smaller apartment. They could no longer afford to make repairs in the home. The apartment

2

Declaration of Vadim Aleksandrovich                                    _____ Initials

IFCD002373

became disordered and broken down. At this time, Yuri began giving them money to support them.

15. Tatiana became gravely ill because of the drinking. She would swell up but continue to drink. She missed doctor appointments.

16. When Tatiana died, there was no money left. Yuri had moved to the United States, but he continued to send Svetlana and my father money. He sent funds home to help with the funeral expenses.

17. My father's drinking got worse after Tatiana died, which is why I stopped seeing him as much. He was distraught after Tatiana died. He really loved her. After she died, I gave him the equivalent of $100, and he spent it all on alcohol that he drank in two days. When I came by the next time to see him, I instead only bought groceries and would not give him money. He was upset and wanted cash from me instead, so he could buy alcohol.

*My Relationship with Yuri*

18. Yuri was like an older brother to me. He was a good older brother and would look after me. I tagged along with him and his friends, and he would make sure I did not get into trouble.

19. Yuri would not let me drink if the older boys were drinking. Back then Yuri did not drink, either. Yuri didn't get into fights, but he did protect me once or twice when I was being bullied. Yuri was protective over me. He took me camping and fishing. On camping trips, Yuri would never cook. Even though I was much younger, I would cook. I still cook a lot now.

20. Yuri loved animals as a kid. He always had aquariums growing up. I remember there were four different aquariums in Tatiana and my father's apartment. Tatiana and Tadik

Declaration of Vadim Aleksandrovich

3

_____ Initials

IFCD002374

didn't mind that Yuri had so many fish in the small space, because Yuri took good care of the fish. Yuri also had a dog and cats at different points in time.

21. Yuri also liked to play music and was very good at it. He played guitar, drums, and also sang. He had a good voice. Sometimes Yuri would play music with his friends. He played guitar with one friend who went by the nickname Matvei.

22. Yuri had another friend named Spartak. He died after Yuri's trial. Yuri's attorneys talked to him in 2005.

23. People used to call Yuri "Mustafa" because of the way he looked.

24. Yuri and I attended the same vocational school, but I was three years behind him. Many of the teachers loved Yuri. I don't know what kind of student Yuri was, but I remember that the teachers liked him. The class lead, Tatiana, and the Russian teacher, Irina, were particularly fond of him.

25. Yuri trained to be a woodworker, but he did not work in that specialty after he finished school. Instead, he worked in cafes and restaurants playing music.

26. Yuri worked hard to support his family. He was generous. He provided financial support to his mother, Tatiana. Yuri and Jurate had a good relationship and seemed like a happy couple. I did not see Yuri get drunk or use drugs. I observed Yuri to be a loving father to his son Gabriel. I did not see Yuri to be argumentative. I did not see Yuri get into verbal arguments with anyone.

27. Yuri was gone for a few years in the military, and then I was gone for a few years doing military service. Yuri and I weren't as close after he went to the military. Yuri had his own family by the time I came back from military service, and he was not living with Tatiana and my father anymore.

Declaration of Vadim Aleksandrovich

4

_____ Initials

IFCD002375

28. I was not surprised when Yuri moved to the United States. By the time Yuri moved, he had visited the U.S. a few times. One of his friends, Roman Degutis, moved to the U.S., and Yuri would go visit him.

29. After Yuri moved to the United States, I did not talk to him. We lost touch, though I would sometimes get updates from Tatiana and Svetlana.

30. When Yuri and I had been close, Yuri was a simple, normal guy, just like me. Later on, in the early 1990s, Yuri became different. He was not such a simple guy anymore, and he was looking for something better for himself and his family. He wanted to provide them a better life than either of us had had growing up.

### Business dealings in emerging Lithuania

31. There were many shady characters in Vilnius following the departure of the Soviet system and the introduction of a market economy. It was impossible to engage in business at the time without attracting attention from these shady characters. Yuri was trying to start various businesses and better his family's circumstances. Yuri was a good guy who tried to keep his distance as much as possible from these characters.

### My Work and Family:

32. For most of my life I have worked as a driver moving goods and people. I used to drive from Vilnius to England, which is how I picked up a little bit of English.

33. I met and married my wife Elena, who goes by Lena, 30 years ago. We are still living together. I also have a cousin named Lena who is a singer, and who remembers Yuri well because she grew up as Yuri's neighbor. My wife and I have two daughters. Our daughter Anastasia is 27 years old, and we also have a younger daughter who is still living at home

5

Declaration of Vadim Aleksandrovich                              _____ Initials

IFCD002376

and is in her early teens. My wife met with Yuri's trial team, but she did not know Yuri or Jurate well.

### Yuri's Trial Team:

34. I spent a lot of time with the Yuri's trial team when they were in town. I drove them around and showed them all the places that Yuri worked and spent time in. I spent seven days with them. I drove them to meet with Yuri's friends and family members.

35. I only met with the trial team the first time they were in town. I did not meet with them on their second trip to Lithuania, but I would have gladly met with them if they had contacted me. I have lived in the same place since the 1990s, so Yuri's trial team could have found me if they wanted to talk to me during their second trip. I remember that Richard, John, and Sergei came the first trip. Sergei was the interpreter, and Richard and John spoke English. I drove the trial team to various locations that they requested. If they had asked me to, I would have introduced the trial team to many additional people who knew Yuri, including Ina Goršanenko, Semyon Delnikas, and Aleksander and Gera Daletasy. I even dropped the team off at the airport when they came to visit the first time. I never heard from the trial team again after their first visit.

36. The team did not ask me to testify, but I would have done so if they had asked. I would have travelled to the U.S. or testified by video.

37. I only found out about Yuri's sentence because it was in the newspaper. I remember my wife dropping the newspaper on the table and pointing out that it was my brother. I could not believe it then and still cannot believe it now. I am surprised Yuri could even be accused of these things. I was much more likely to get angry than Yuri growing up. Yuri

Declaration of Vadim Aleksandrovich

6

_____ Initials

IFCD002377

Ex. 24 pg. 7 of 15

had never been in trouble with the law. From what I know, Yuri never got arrested or had

issues with the police.

Pursuant to 28 U.S.C. §1746, I, Vadim Aleksandrovich, declare under penalty of perjury under the laws of the United States that the above is true and correct.

_____          _____

Date and Place                                              Vadim Aleksandrovich

7

Declaration of Vadim Aleksandrovich                                              _____ Initials

IFCD002378

### ЗАЯВЛЕНИЕ ВАДИМА АЛЕКСАНДРОВИЧ

Я, Вадим Александрович, заявляю следующее:

1. Я старше 18 лет и в состоянии сделать данное заявление.

2. Я читаю и пишу на русском языке.

3. Юриюс «Юрий» Кадамовас приходится мне сводным братом. Мой отец, Тадеуш (Тадик) Александрович, был женат на матери Юрия, Татьяне Кадамовой.

4. Мою мать зовут Любовь, но люди называли ее Люба. У нее было две сестры: Вера и Надежда. Они родились в России, но мать переехала жить в Вильнюс после окончания техникума. Она работала железнодорожным инженером. Мать познакомилась с Тадиком в Вильнюсе.

5. Мой отец из белорусско-польской семьи. Когда я рос, в семье мы говорили по-русски, литовский язык я начал изучать позже, когда работал водителем. Когда мы общались с Юрием, мы разговаривали исключительно на русском. Не думаю, что Юрий хорошо говорил по-литовски.

6. Мои родители развелись, когда мне было семь лет, мы с сестрой Ларисой остались жить с матерью. Не знаю, почему развелись мои родители, так как отец и мать об этом не говорили. Мать не возражала, чтобы я проводил время с отцом, и каждые выходные я был у него.

7. Вскоре после развода моих родителей отец встретил Татьяну, мать Юрия. Татьяна стала мне как мама, а Юрий как старший брат, хотя у нас и не было кровной связи. У нас с Юрием были близкие отношения. Я родился в 1970 году, Юрий старше меня на 4 года. Мы с Юрием были особо близки в детстве вплоть до того, как он ушел в армию.

Заявление Вадима Александрович                                    *V. A.* Инициалы 1

IFCD002379

8. Мой отец был строг. В целом, у нас с ним были хорошие отношения и мы редко ссорились. Помню, как однажды отец проявил себя очень жестоко по отношению ко мне. Когда я был маленьким, младше семи лет, я играл на улице и соседский мальчик кинул камнем мне в лицо. Я пришел домой весь в крови, мать обработала рану и спросила, кто это сделал. Я ей рассказал, и мать пошла поговорить с родителями мальчика. Когда мой отец узнал, что произошло, он ударил меня утюгом. Он сказал, что меня надо наказать за то, что я сдал пацана, который меня обидел, и назвал матери его имя.

9. Отец с Татьяной много выпивали. Не замечал, чтобы они ссорились или дрались по пьянке. Чаще всего они пили водку.

10. В середине 1980-х Татьяна и мой отец оба перестали работать, и их здоровье ухудшилось. Я заметил, что они стали больше выпивать.

11. У родителей отца был хороший дом в Вильнюсе. Когда в 1989 году они умерли, дом был продан и Татьяна с отцом получили деньги.

12. Мы с моим дядей Ромой тоже получили какие-то деньги. К тому времени Юрий уже не жил в доме матери, поэтому он денег не получил.

13. Сумма денег, которую получили Татьяна с отцом, была достаточно значительной для тех времен. Они безрассудно их тратили на ужины и выпивку. Они не умели экономить деньги, так как никто никогда не рассказывал им, как обращаться с деньгами. Имея много времени и денег, они смогли выпивать чаще.

14. Татьяна и отец потратили все свои деньги, и им пришлось переезжать в меньшую квартиру. Они не могли больше себе позволить ремонт дома. Квартира стала заброшенной и разбитой. С тех пор Юрий начал поддерживать их деньгами.

Заявление Вадима Александрович       *V. A.* Инициалы 2

IFCD002380

Ex. 24 pg. 10 of 15

15. Из-за чрезмерного употребления Татьяна тяжело заболела. Она опухала, но продолжала пить. Пропускала посещения врача.

16. Когда Татьяна умерла, денег совсем не осталось. Юрий переехал в США, но продолжал слать деньги Светлане и моему отцу. Он также переслал деньги на похороны.

17. После смерти Татьяны отец стал пить больше. Его потрясла смерть Татьяны. Он сильно ее любил. Когда она умерла, я дал ему 100 долларов (в эквиваленте), а он их все пропил за два дня. Когда я приехал к нему в следующий раз, я привез только продукты и денег не дал. Он злился и просил денег на выпивку.

*Мои отношения с Юрием*

18. Юрий был мне старшим братом. Он был хорошим старшим братом и приглядывал за мной. Я гулял с ним и его друзьями, и он оберегал меня от неприятностей.

19. Юрий не разрешал мне пить, когда мальчики постарше выпивали. В то время Юрий тоже не пил. Юрий не дрался, но пару раз он защитил меня, когда ко мне приставали. Юрий оберегал меня. Он брал меня в походы и на рыбалку. В походах Юрий никогда не готовил. Хотя я был гораздо моложе, каждый раз готовить приходилось мне. Даже сейчас много готовлю.

20. В детстве Юрий любил рыб. У него всегда были аквариумы. Помню в квартире у Татьяны и отца было четыре аквариума. Татьяна с Тадиком не возражали тому, что Юрий держал так много рыб в тесной квартире, потому что Юрий хорошо за ними ухаживал. У Юрия также была собака и кошки в разное время.

21. Также Юрий любил играть на музыкальных инструментах, и у него это очень хорошо получалось. Он играл на гитаре, барабанах и пел. У него был хороший

Заявление Вадима Александрович                        *V. Д.* Инициалы    3

IFCD002381

голос. Иногда Юрий играл с друзьями. Он играл на гитаре с одним другом по имени Матвей.

22. У Юрия был еще один друг по кличке Спартак. Он умер после суда Юрия. Адвокаты Юрия разговаривали с ним в 2005 году.

23. Люди звали Юрия «Мустафа» из-за его внешности.

24. Мы с Юрием ездили в один лагерь, но я был на три года младше его. Многие учителя любили Юрия. Не знаю, насколько хорошо он учился, но помню, что учителям он нравился. Классный руководитель Татьяна, и учитель русского языка Ирина, в особенности им восхищались.

25. Юрий учился на плотника, но после училища в этой сфере не работал. Вместо этого он работал музыкантом в барах и ресторанах.

26. Юрий много работал, чтобы обеспечить семью. Он был щедрым, помогал деньгами матери Татьяне. Юрий и Юрате были в хороших отношениях и казались счастливой парой. Я не видел, чтобы Юрий напивался или употреблял наркотики. Я замечал, что Юрий был любящим отцом своему сыну Габриелю. Не видел, чтобы Юрий встревал в споры, ругался с кем-либо.

27. Юрий ушел служить в армию на пару лет, потом я ушел в армию. С тех пор, как он ушел в армию, мы не были настолько близки. Когда я вернулся из армии, у Юрия была своя семья, и он уже не жил в доме Татьяны и отца.

28. Меня не удивило, когда Юрий переехал в Соединенные Штаты. К тому времени он уже бывал там несколько раз. Один его друг, Роман Дягутис, ранее переехал в США, и Юрий ездил к нему погостить.

Заявление Вадима Александрович          *V.A.* Инициалы          4

IFCD002382

29. После переезда Юрия в Соединенные Штаты мы с ним не разговаривали. Мы потеряли связь, хотя иногда я получал новости о нем через Татьяну и Светлану.

30. В то время, когда мы дружили с Юрием, он был простым, обычным парнем, как и я. Позже, в начале 1990-х, Юрий стал другим. Он уже не был таким простым, был в поисках лучшего для себя и своей семьи. Он хотел обеспечить им жизнь лучше, чем та, при которой росли мы.

### *Бизнес в зарождающейся Литве*

31. После ухода советской власти и введения системы торговой экономики в Вильнюсе появилось много мутных личностей. В то время было невозможно заняться бизнесом без привлечения внимания этих людей. Юрий пытался заниматься различным бизнесом, чтобы улучшить качество жизни своей семьи. Юрий был хорошим парнем и старался держаться на расстоянии от таких людей.

### *Моя работа и семья:*

32. Большую часть карьеры я работал водителем, перевозил грузы и людей. Я ездил из Вильнюса в Лондон, так и научился немного говорить по-английски.

33. С Еленой, или Леной, мы познакомились и поженились 30 лет назад. Мы все еще вместе. Мою двоюродную сестру тоже зовут Лена, она певица и хорошо помнит Юрия, так как выросла по соседству. У нас с женой две дочери. Анастасие 27 лет, а младшая в раннем подростковом возрасте и все еще живет с нами. Жена встречалась с адвокатами Юрия, но она не была близко знакома с Юрием и Юрате.

Заявление Вадима Александрович          *V.A.* Инициалы          5

IFCD002383

*Адвокаты Юрия:*

34. Когда приезжали адвокаты Юрия, я провел с ними много времени. Я их возил и показывал места, где работал и проводил время Юрий. Я был с ними семь дней. Отвозил их на встречи с друзьями и родными Юрия.

35. Я встречался с адвокатами только, когда они приезжали в первый раз. Не встречал их во время второго визита, но с радостью бы сделал это, если бы они связались со мной. Я живу по одному и тому же адресу с 1990-х, поэтому они могли бы найти меня, если бы захотели поговорить со мной во время второго визита. Помню, что в первый раз приехали Ричард, Джон и Сергей. Сергей был их переводчиком, Ричард и Джон говорили по-английски. Я их отвозил в разные места, куда им было надо. Если бы меня попросили, я бы познакомил их еще с многими другими людьми, которые знали Юрия, включая Инну Горшаненко, Семена Дельникаса и Александра и Геру Далетаси. Когда адвокаты приезжали в первый раз, я даже довез их до аэропорта, но после этого они со мной не связывались.

36. Адвокаты не предлагали мне давать показания, но я бы согласился, если бы попросили. Я бы поехал в США или дал показания по видео связи.

37. Я узнал о приговоре Юрия только потому, что об этом писали в газетах. Помню, как жена бросила передо мной газету на стол и указала, что это мой брат. Я не мог в это поверить и все еще не могу в это поверить сейчас. Я в шоке, что Юрия даже могли обвинить в таких вещах. Когда мы росли, я был намного задиристей, чем он. У Юрия никогда не было проблем с законом. Насколько мне известно, Юрий никогда не задерживался и не имел дел с полицией.

Заявление Вадима Александрович                    *V.Я.* Инициалы                    6

IFCD002384

В соответствии с 28 U.S.C. §1746, я, Вадим Александрович, под угрозой наказания в соответствии с законами Соединенных Штатов за дачу ложных показаний подтверждаю, что вышеизложенное является правдой и только правдой.

2022.08.02      Vilnius              Лиеtuva

Дата и место                                        Вадим Александрович

Заявление Вадима Александрович                          _____ Инициалы

7

IFCD002385

Ex. 24 pg. 15 of 15