This is to certify that the attached [4] page translation of a declaration by Larisa Aleksandrovich is a true and correct translation from Lithuanian into English, performed to the best of my knowledge and ability.

Handwritten initials and dates have been rendered in *italics*.

As a member of the UK National Register of Public Service Interpreters in the Lithuanian Language, I am a qualified and experienced translator. I have Certificates for translation for the Metropolitan Police (UK) and the Immigration Appellate Courts. Further, I am a rejoining member of the Institute of Linguists and have diplomas in Public Service Interpreting in both Health and Law.

Signature of Rasa Cuckson, Translator

Signed this 21 day of August, 2022

IFCD002386

Ex. 25 pg.1 of 9

<u>DECLARATION OF LARISA ALEKSANDROVICHA JAKOVLEVA</u>

I, Larisa Aleksandrovicha Jakovleva, state as follows:

1. I am over 18 years of age and am competent to make this declaration.

2. I speak and write Lithuanian and Russian.

3. I am the daughter of Tadeush "Tadik" Aleksandrovich. Jurijus "Yuri" Kadamovas is my *stepbrother L.J.*

4. I was born in Vilnius in 1964. I studied civil engineering and cooking.

5. I am currently a building supervisor.

6. I learned to speak Lithuanian by playing basketball. My coach did not speak Russian, so I had to learn Lithuanian.

7. My father was born in the Belarusian Soviet Socialist Republic and died in 2013.

8. My mother is Lyubov Aleksandrovich. She was born in Smolensk, Russia and died in 1991.

9. My brother is Vadim Aleksandrovich. He lives in Vilnius.

10. My parents divorced in 1976, and my father remarried in 1980. His second wife was Tatiana Kadamova in 1980.

11. My father had a twin brother named Roma and an older brother named Evgeny. They are both deceased.

12. My father's family moved to the Lithuanian Soviet Socialist Republic (Lithuanian SSR) when he was a child. His father was in the military and later moved the family to Poland then came back to the Lithuanian SSR.

IFCD002387

13. My parents met in Leningrad (now St. Petersburg, Russia). My father was studying to be a welder-electrician, and my mother was a studying to be an engineer. They eventually moved to Vilnius and received an apartment through my mother's job.

14. My father was very demanding of himself when he was young. He worked hard for many hours a day. He did not necessarily have high expectations for his children, but he was always proud of our accomplishments.

15. When my parents divorced, Vadim and I stayed with our mother. We did not see our father as often after the divorce. I was bothered by their divorce and did not speak to my father for many years. I resumed our relationship when I married at the age of 28.

16. My father met Tatiana in 1978 through a neighbor. Tatiana was also acquainted with my uncle's wife who was also named Tatiana. Neither I nor Vadim attended their wedding.

17. My father moved into Tatiana's two-bedroom apartment on Justiniškių Street. Svetlana and Yuri were also living there. Because my father moved in, Yuri and Svetlana had to share one of the bedrooms.

18. I did not consider Tatiana my stepmother but rather my father's new wife.

19. At the beginning of their marriage, Tatiana drank at family celebrations and events. My father rarely drank.

20. In the mid-1980s, Tatiana and my father both stopped working, and their health declined. I noticed they started drinking more because they were bored.

21. It was hard to see my father in poor health. He used to do things with his hands like sewing, and the more he drank the sicker he got.

22. Some of Tatiana's siblings drank quite a lot.  Zinaida had a similar problem. Tatiana and Zinaida would get drunk together.

23. My father's parents owned a nice house in Vilnius. When they died in 1989, it sold and Tatiana and my father received some money from the proceeds.

24. My uncle Roma and my brother Vadim received some of the proceeds. Yuri was no longer living at home, so he did not receive any of the money.

25. The portion Tatiana and my father received was quite significant for that time. They spent it recklessly on dinners and alcohol. They did not know how to properly save, because nobody ever taught them how to manage money. With more time and more money, they were able to get drunk more often.

26. Because Tatiana and my father wasted all their money, they had to downsize to a smaller apartment. They could no longer afford to make repairs in the home. The apartment became disordered and broken down. At this time, Yuri began giving them money to support them.

27. Tatiana became gravely ill because of the drinking. She would swell up but continue to drink. She missed doctor appointments.

28. When Tatiana died, there was no money left. Yuri had moved to the United States, but he continued to send Svetlana and my father money. He sent funds home to help with the funeral expenses.

29. Svetlana and I continued to care for my father after Tatiana was gone. Svetlana continued to live in the apartment with him. He walked with a crutch. I would come by about once a month to buy groceries for him.

30. One time, my father fell out of bed and became injured when Svetlana was not home. At that time, I took him to live with me and my husband. My father soon died of cancer. He

Declaration of Larisa Aleksandrovich Jakovleva

3

_L.J._ Initials

IFCD002389

left his apartment to Svetlana. I did not have any problems with that and did not want the money from the apartment. Svetlana sold it and used the money to buy a new apartment.

31. Svetlana was married for a brief time. Her husband was violent and drank a lot. She met another man who lived abroad and had a son with him named Maxim. My father was like a grandfather to Maxim. He would care for Maxim when Svetlana travelled for work. Svetlana and Maxim were both very sad when my father died. Maxim was the person most affected by his death.

32. Yuri played the drums at restaurants and cafes in Trakai.

33. I recall seeing Yuri at Svetlana's wedding. He seemed good with people and easy to talk to. He provided limousines for the newlyweds. He enjoyed treating her to a beautiful day.

34. Yuri was generous and giving. It was easier for him to give than to receive. He had a kind heart.

35. Yuri was always active and working. He did not sit still.

36. Yuri and Jurate were a beautiful couple.

37. I was surprised when I learned of these crimes. The crimes seemed out of character from what I knew of Yuri.

38. Yuri's trial lawyers came to Vilnius once or twice before his trial. I was not asked to meet with them, but I would have met with them and answered any questions they had at that time. I would have signed a statement like this or tried to share the information I had with the jury at his trial.

Pursuant to 28 U.S.C. §1746, I, Larisa Aleksandrovicha Jakovleva, declare under penalty of perjury under the laws of the United States that the above is true and correct.

_2022.08.02_____*Vilnius*                    _____*Signature*_____

Date and Place                                    Larisa Aleksandrovicha Jakovleva

Declaration of Larisa Aleksandrovich Jakovleva

4
_*L.J.*_ Initials

## LARISOS ALEKSANDROVIČ JAKOVLEVOS DEKLARACIJA

Aš, Larisa Aleksandrovič Jakovleva, pareiškiu, kad:

1. Esu vyresnė, nei 18 metų ir esu kompetentinga pateikti šią deklaraciją.

2. Kalbu ir rašau lietuviškai ir rusiškai.

3. Esu Tadeušo „Tadiko" Aleksandrovičiaus dukra. Jurijus "Juri" Kadamovas yra mano patėvis. *į brolis*

4. Gimiau Vilniuje 1964 m. Studijavau statybos inžineriją ir kulinariją.

5. Šiuo metu esu statybų prižiūrėtoja.

6. Lietuviškai kalbėti išmokau žaisdama krepšinį. Mano treneris nemokėjo rusų kalbos, todėl turėjau mokytis lietuvių kalbos.

7. Mano tėvas gimė Baltarusijos Tarybų Socialistinėje Respublikoje ir mirė 2013 m.

8. Mano mama yra Liubov Aleksandrovič. Ji gimė Smolenske (Rusija) ir mirė 1991 m.

9. Mano brolis yra Vadimas Aleksandrovičius. Gyvena Vilniuje.

10. Mano tėvai išsiskyrė 1976 m., o tėvas 1980 m vedė antrą kartą. Antroji žmona - Tatjana Kadamova.

11. Mano tėvas turėjo brolį dvynį, vardu Roma, ir vyresnįjį brolį, vardu Jevgenijus. Jie abu yra mirę.

12. Mano tėvo šeima, kai jis buvo vaikas, persikėlė į Lietuvos Tarybų Socialistinę Respubliką (Lietuvos TSR). Jo tėvas tarnavo kariuomenėje, vėliau šeima išsikėlė į Lenkiją, o paskui grįžo į Lietuvos TSR.

13. Mano tėvai susipažino Leningrade (dabar Sankt Peterburgas, Rusija). Mano tėvas mokėsi suvirintoju elektriku, o mama – inžinieriumi. Galiausiai jie persikėlė į Vilnių ir gavo butą per mano mamos darbą.

14. Mano tėvas buvo labai reiklus sau, kai buvo jaunas. Jis sunkiai dirbo daug valandų per dieną. Jis nebūtinai kėlė didelių lūkesčių savo vaikams, bet visada didžiavosi mūsų pasiekimais.

Larisos Aleksandrovič Jakovlevos deklaracija

Inicialai

IFCD002391

15. Kai mano tėvai išsiskyrė, mes su Vadimu likome su mama. Po skyrybų su tėvu matydavomės ne taip dažnai. Mane vargino jų skyrybos, ir aš daug metų nekalbėjau su tėvu. Aš atnaujinau mūsų santykius, kai ištekėjau būdama 28 metų.

16. Mano tėvas su Tatjana susipažino 1978 metais per kaimynę. Tatjana taip pat buvo pažįstama su mano dėdės žmona, kuri taip pat buvo vardu Tatjana. Nei aš, nei Vadimas nedalyvavome jų vestuvėse.

17. Mano tėvas atsikraustė į Tatjanos dviejų kambarių butą Justiniškių gatvėje. Ten taip pat gyveno Svetlana ir Jurijus. Kadangi mano tėvas atsikraustė, Jurijus ir Svetlana turėjo dalytis vienu miegamuoju.

18. Tatjaną nelaikiau savo pamote, o naująja tėvo žmona.

19. Santuokos pradžioje Tatjana gėrė šeimos šventėse ir renginiuose. Mano tėvas retai gėrė.

20. Devintojo dešimtmečio viduryje Tatjana ir mano tėvas nustojo dirbti, o jų sveikata pablogėjo. Pastebėjau, kad jie pradėjo gerti daugiau, nes jiems buvo nuobodu.

21. Sunku buvo matyti silpnos sveikatos tėvą. Jis darydavo tokius darbus rankomis, kaip siuvimas; ir kuo daugiau jis gėrė, tuo labiau sirgo.

22. Kai kurie Tatjanos broliai ir seserys gėrė gana daug. Zinaida turėjo panašią problemą. Tatjana ir Zinaida kartu girtuokliaudavo.

23. Mano tėvo tėvai turėjo gražų namą Vilniuje. Kai jie mirė 1989 m., jis buvo parduotas, o Tatjana ir mano tėvas gavo šiek tiek pinigų iš pajamų.

24. Dalį pajamų gavo mano dėdė Romas ir brolis Vadimas. Jurijus namuose nebegyveno, todėl pinigų negavo.

25. Tatjanos ir mano tėvo gauta dalis tuo metu buvo gana reikšminga. Jie beatodairiškai išleido tai vakarienėms ir alkoholiui. Jie nemokėjo tinkamai taupyti, nes niekas jų nemokė valdyti pinigų. Turėdami daugiau laiko ir pinigų, jie galėjo dažniau girtuokliauti.

26. Kadangi Tatjana ir mano tėvas iššvaistė visus savo pinigus, jie turėjo persikelti į mažesnį butą. Jie nebegalėjo sau leisti remontuoti namų. Butas tapo netvarkingas ir aplūžęs. Tuo metu Jurijus pradėjo duoti jiems pinigų, kad galėtų juos paremti.

Larisos Aleksandrovič Jakovlevos deklaracija     Inicialai   2

IFCD002392

Ex. 25 pg.7 of 9

27. Tatjana dėl gėrimo sunkiai susirgo. Ji ištino, bet toliau gėrė, praleidinėjo vizitus pas gydytojus.

28. Kai Tatjana mirė, pinigų nebeliko. Jurijus persikėlė į JAV, bet ir toliau siuntė Svetlanai ir mano tėvui pinigų. Jis nusiuntė lėšų namo, kad padėtų padengti laidotuvių išlaidas.

29. Su Svetlana ir toliau rūpinomės mano tėvu, kai Tatjanos nebebuvo. Svetlana ir toliau gyveno bute su juo. Jis vaikščiojo su ramentu. Ateidavau maždaug kartą per mėnesį nupirkti jam maisto produktų.

30. Kartą mano tėvas iškrito iš lovos ir susižalojo, kai Svetlanos nebuvo namuose. Tuo metu pasiėmiau jį gyventi pas save ir vyrą. Mano tėvas greitai mirė nuo vėžio. Jis paliko savo butą Svetlanai. Dėl to problemų neturėjau ir pinigų iš buto nenorėjau. Svetlana jį pardavė ir už pinigus įsigijo naują butą.

31. Svetlana buvo trumpai ištekėjusi. Jos vyras smurtavo ir daug gėrė. Ji susipažino su kitu vyru, kuris gyveno užsienyje ir su juo susilaukė sūnaus, vardu Maksimas. Mano tėvas Maksimui buvo kaip senelis. Jis rūpinosi Maksimu, kai Svetlana keliaudavo darbo reikalais. Svetlana ir Maksimas labai sielvartavo, kai mirė mano tėvas. Maksimas buvo tas asmuo, kurį labiausiai paveikė jo mirtis.

32. Jurijus grojo būgnais Trakų restoranuose ir kavinėse.

33. Prisimenu, kaip mačiau Jurijų Svetlanos vestuvėse. Jis atrodė geras žmonėms ir lengvai bendraujantis. Jis parūpindavo jaunavedžiams limuzinus. Jis džiaugėsi, kad galėjo padovanoti Svetlanai nuostabią dieną.

34. Jurijus buvo dosnus, dovanodavo dovanas. Jam buvo lengviau duoti nei gauti. Jis turėjo gerą širdį.

35. Jurijus visada buvo aktyvus ir darbštus. Jis nesėdėjo vietoje.

36. Jurijus ir Jūratė buvo graži pora.

37. Nustebau, kai sužinojau apie šiuos nusikaltimus. Iš to, ką žinojau apie Jurijų, neatrodė, kad jis galėjo juos padaryti.

Larisos Aleksandrovič Jakovlevos deklaracija                            Inicialai 3

IFCD002393

38. Jurijaus teismo advokatai vieną ar du kartus atvyko į Vilnių prieš jo teismą. Manęs neprašė susitikti su jais, bet būčiau su jais susitikusi ir atsakiusi į visus tuo metu kilusius klausimus. Būčiau parašiusi tokį pareiškimą arba bandžiusi pasidalyti informacija, kurią turėjau, su prisiekusiaisiais jo teismo metu.

Pagal 28 U.S.C. §1746, aš, Larisa Aleksandrovič Jakovleva, žinodama, kad pagal Jungtinių Valstijų įstatymus gresia bausmė už melagingus parodymus, pareiškiu, kad tai yra tiesa ir teisingi parodymai.

2022.08.02      Vilnius      _L. Jacel_

Data ir vieta                                    Larisa Aleksandrovič Jakovleva

Larisos Aleksandrovič Jakovlevos deklaracija                    _L. Ju_ Inicialai                                                                                                 4

IFCD002394

Ex. 25 pg.9 of 9