This is to certify that the attached 3 page translation of a declaration by Andrei Baranchik is a true and correct translation from Russian into English, performed to the best of my knowledge and ability.

Handwritten initials and dates have been rendered in *italics*.

As a member of the Institute of Translation and Interpreting in the Russian Language, I am a qualified and experienced translator. I have Certificates and Diplomas for translation from the Chartered Institute of Linguists and a Certificate in Community Interpreting from the College of North West London..

Signature of Roman Makogon, Translator

Signed this 6 day of January, 2023

IFCD002782

<u>DECLARATION OF ANDREY BARANCHIK</u>

I, Andrey Baranchik, state as follows:

1. I am over 18 years of age and am competent to make this declaration.
2. I speak and write the Russian language. I can do some communicating in English but am not fluent in the language.
3. I grew up in Arkhangelsk, Russia and then moved to a city in the west of Ukraine where I met my first wife, Marianna. My ex-wife was Jewish and had family who had already moved to the U.S. before the fall of the Soviet Union. Marianna and I moved to the U.S. in 1993 and settled in California.
4. When I first arrived in the U.S., I worked odd jobs and focused on opening my own moving business. It took several years of hard work to open my moving business due to the licensing and certification required in the U.S. I opened my moving business, the ~~Baranchik~~ A&A (AB) Moving Company, in 1998.
5. I met Jurijus "Yuri" Kadamovas in the late 1990s through a mutual acquaintance who asked for a job at my moving company on Yuri's behalf. I can't remember the name of the person who introduced us. The acquaintance told me that Yuri had recently moved to the U.S., didn't speak more than a few words in English, and was looking for work. At the time, Yuri was living with his friend, Roman Degutis, and another man. I went to the apartment that Yuri lived in when he first moved to America. He lived in a small studio apartment in West Hollywood. The three men shared one room together.
6. There was no application for people to work at my moving company at the time. I usually found my employees through word of mouth contacts and referrals. Most of my employees were Russian-speakers looking for work.
7. I decided to give Yuri a chance, and he ended up working for me for about two years. At first, Yuri and I would work on moving jobs together so that I could supervise. We completed several large, cross-country moving jobs in Las Vegas, Seattle, and Chicago. It was pleasant to spend time with Yuri, and I knew him to be a good person. He was a responsible and good worker. After we completed some jobs together, I trusted him enough for him to manage moving teams on his own.
8. Yuri was responsible and hardworking. He was trustworthy. He showed up to work on time and never missed his shifts. He worked well with other people and was dependable. He was not argumentative and was easy to work with. If an employee worked well for me, they could continue working for me. If the person was late or drank during the job, I would have fired them. I did not have any of these issues with Yuri. He was a reliable and hard-working employee overall. He never drank on the job.
9. While Yuri worked for me, we would often spend time together after work and socialize. I enjoyed spending time with him, but we were not close friends. We would spend time at each other's houses and celebrate holidays together.
10. I helped Yuri buy a car and was the cosigner because I did not think he could buy a car without my help.

1

Declaration of Andrei Baranchik

_____ Initials

IFCD002783

11. I met Yuri before he met Natalya Solovyeva. Yuri spent all of his time working and trying to make money to support his family. In addition to working for me, he also took on other odd jobs. I knew he was sending money back to Lithuania to his family there.

12. After Yuri met Natalya, they would hang out with me and Marianna. We would spend some evenings and weekends together at each other's houses. Natalya was pretty shy and kept to herself. When we all spent time together, Yuri and I would spend most of our time together, and Natalya and Marianna would sp;end most of their time together. Yuri and Natalya were a loving couple. I do not remember any incidents when either of them got mad at the other person or had arguments. I never observed Yuri get mad or get into any argument with anyone.

13. My working relationship with Yuri ended on good terms. He left the moving job so he could focus on his aquarium business. He told me that he didn't have enough time to do the moving work and focus on his aquarium business. Yuri showed me his aquariums, and they were impressive, but it did not seem like a successful business idea to me.

14. Yuri had problems with his back when he left the job. It is possible he was in an accident or had injured his back at work because of the difficult physical labor.

15. I met Iouri Mikhel once or twice at Yuri's apartment, but I didn't see Yuri much after he met Mikhel. We weren't working together anymore by that point, and we saw each other less after he stopped working for me. I remembered going to Yuri's house after his mother, Tatiana, died. Yuri seemed very sad at the event, and there was no singing or celebrating.

16. I was very surprised to hear about what Yuri was accused of when news about the crimes came out. I believed then, as I believe now, that there is no way Yuri could have done anything like that on his own. Yuri was a good person who was not greedy or selfish when I knew him. He wasn't an awful person or a criminal mastermind. He wouldn't be capable of planning or carrying out a big scheme like that.

17. After Yuri was arrested, I spoke with members of the FBI at a government building in Santa Monica. They tried to visit me at my house but were unsuccessful. During our meeting, I was accompanied by a lawyer, and there was a Russian interpreter there as well. I think the interpreter worked for the FBI because I didn't pay anything for him to be there. The FBI asked me questions about my relationship with Yuri and told me I was free to go at the end of the meeting. The FBI did not contact me again after this meeting.

18. I spoke with two members of Yuri's trial team once at a Starbucks near my house in Los Angeles at some point before Yuri's trial. I do not recall what they asked me about since so many years have passed, but I would have shared any of the information in this statement if I had been asked. There was some discussion about testifying at trial. I did not hear from them again after the visit. They did not call me or provide me with any instructions for testifying at trial. If they had asked me and told me when to come to Court, I would have been willing to testify to this information about Yuri at his trial. I have lived at the same address since 2001 when I purchased my house. I was available and living in the area during the trial.

Pursuant to 28 U.S.C. §1746, I, Andrei Baranchik, declare under penalty of perjury under the laws of the United States that the above is true and correct.

2

Declaration of Andrei Baranchik                              _____ Initials

IFCD002784

_____                        _____

Date and Place                                                                 Andrei Baranchik

## ЗАЯВЛЕНИЕ АНДРЕЯ БАРАНЧИКА

Я, Андрей Баранчик, заявляю следующее:

1. Я старше 18 лет и в состоянии сделать данное заявление.

2. Я разговариваю и пишу на русском языке. Могу немного общаться на английском, но не владею им свободно.

3. Я вырос в России, в городе Архангельск, а затем переехал в восточную Украину, где познакомился со своей первой женой Марианной. Моя бывшая жена - еврейка. Ее семья переехала в США до распада Советского Союза. В 1993 году мы с Марианной переехали в США и поселились в Калифорнии.

4. Когда я переехал в США, я подрабатывал на разных работах, но пытался открыть свой бизнес. Мне потребовалось несколько лет усердного труда, чтобы открыть свой бизнес по переезду, поскольку в США на это требуется лицензия и сертификат. В 1998 году я открыл компанию по переезду «Baranchik». *A LA moving Company ??*

5. Мы познакомились с Юриюсом «Юрий» Кадамовасом в конце 1990-х через общего знакомого, который попросил для Юрия работу в моей компании по переезду. Не помню имени человека, который познакомил нас с Юрием. Этот знакомый рассказал мне, что Юрий недавно переехал в США и ищет работу, но практически не говорит по-английски. На тот момент Юрий жил с со своим другом Романом Дягутиусом, и еще одним мужчиной. Я побывал в квартире, в которой Юрий жил, когда впервые переехал в Америку. Он жил в небольшой одноместной квартире в Западном Голливуде. Трое мужчин делили одну комнату вместе.

6. На тот момент мы не оформляли заявления на работу в моей компании. Обычно я находил сотрудников через знакомых или по рекомендации. Большинство моих работников были русскоговорящими, ищущими заработок.

7. Я решил дать Юрию шанс, в итоге он проработал у меня около двух лет. По началу мы работали с Юрием вместе, я за ним приглядывал. Мы вместе работали на нескольких крупных и дальних переездах в Лос-Анджелесе, Сиэтле и Чикаго. Мне было приятно проводить с Юрием время, он казался мне хорошим человеком. Он был ответственным и добросовестным работником. После нескольких переездов под моим руководством я стал доверять ему, и он уже мог самостоятельно управлять бригадой.

8. Юрий был ответственным и трудолюбивым работником. Я доверял ему. Он всегда вовремя приходил на работу и ни разу не пропустил смену. Он поддерживал добрые отношения с коллегами и был надёжным. Не вступал в споры, с ним было легко работать. Если человек хорошо работал, я его оставлял у себя. Если человек опаздывал на работу или был выпившим, я его увольнял. С Юрием у меня таких проблем не было. В целом, он был надежным и трудолюбивым работником. Юрий никогда не выпивал на работе.

Заявление Андрея Баранчика                                   *A.B.* Подпись    1

IFCD002786

9. В то время, как Юрий работал на меня, мы часто общались и проводили время вместе после работы. Мне нравилось проводить с ним время, но мы не были близкими друзьями. Мы собирались друг у друга в гостях и вместе отмечали праздники.

10. Я помог Юре купить машину и был созаемщиком, потому что не думаю, что он смог бы купить машину без моей помощи.

11. Я познакомился с Юрием до того, как он встретил Наталью Соловьеву. Все свое время Юрий проводил на работе, пытаясь заработать, чтобы обеспечить свою семью. Помимо работы на меня, он также подрабатывал в других местах. Я знал, что он высылал деньги своей семье в Литву.

12. После того, как Юрий познакомился с Натальей, мы с Марианной стали проводить время вместе с ними . Иногда на выходных мы ходили друг к другу в гости. (Наталья была довольно застенчивой и замкнутой. Когда мы проводили время вместе, обычно я общался с Юрием, а Наталья с Марианной.)  Наталья с Юрием казались любящей парой. Не помню ни одного случая, чтобы кто-то из них спорил или злился на другого. Я ни разу не видел, чтобы Юрий злился или вступал с кем-либо в споры.

13. Мои рабочие отношения с Юрием закончились по доброму. Он ушел с работы по переезду, чтобы сосредоточится на своем бизнесе с аквариумами. Он сказал мне, что у него нет свободного времени работать на меня, так как все время уделял своему бизнесу. Юрий показывал мне свои аквариумы, они были впечатляющими, но мне казалось, что это не очень удачная идея.

14. У Юрия были проблемы со спиной, когда он ушел с работы. Возможно, он попал в аварию или получил травму на работе из-за тяжелой физической работы.

15. Я встречал Иоури Михеля один или два раза в квартире у Юрия, но не часто виделся с Юрием после того, как он познакомился с Михелем. К тому времени мы уже не работали вместе, и виделись реже после того, как он перестал на меня работать. Помню, как я навестил его дома после смерти его матери Татьяны. Юрий выглядел очень печальным на поминках, не заметил, чтобы их отмечали.

16. Когда появились новости о преступлении, я был очень удивлен обвинениям по отношению к Юрию. Я не верил тогда и не верю сейчас, что Юрий мог совершить что-то подобное в одиночку. Насколько я знал Юрия, он был хорошим человеком, не был жадным и эгоистичным, когда я с ним общался. Он не был плохим человеком или криминальным авторитетом. Он бы не смог осуществить или спланировать такую серьезную операцию.

17. После того, как Юрия задержали, со мной пообщались сотрудники ФБР в государственном учреждении в Санта-Монике. Они хотели поговорить со мной у меня дома, но не застали меня там. Во время нашей встречи меня сопровождал адвокат и русский переводчик. Полагаю, что переводчик работал на ФБР , потому

Заявление Андрея Баранчика                                          Подпись 2

IFCD002787

что я не платил ему за услуги. Сотрудники ФБР спрашивали меня об отношениях с Юрием, и в конце сказали, что я свободен. После этой встречи ФБР больше не связывались со мной.

18. Однажды до судебного разбирательства Юрия я пообщался с двумя его адвокатами в Старбаксе неподалеку от моего дома в Лос-Анджелесе. Не помню, о чем они меня спрашивали, так как это произошло много лет назад, но я бы поделился любой информацией, если бы они меня спросили. Был какой-то разговор о даче показаний в суде. После этого они со мной не связывались. Они мне не звонили и не обращались по поводу дачи показаний в суде. Если бы меня попросили явиться в суд, я готов был дать те же самые показания, что и в данном заявлении, под присягой в суде. Я проживаю по тому же месту жительства с 2001 года, с тех пор как купил этот дом. Во время суда я был доступен и проживал здесь.

В соответствии с 28 U.S.C. §1746, я, Андрей Баранчик, под угрозой наказания в соответствии с законами Соединенных Штатов за дачу ложных показаний подтверждаю, что вышеизложенное является правдой и только правдой.

12/16/22. L.A. CA.

Дата и место

Андрей Баранчик

Заявление Андрея Баранчика

А.Б. Подпись

3