## DECLARATION OF MICHAEL CHERNYKH

I, Michael Chernykh, state as follows:

1. I am a resident of Los Angeles, California.

2. I am over 18 years of age and am competent to make this declaration.

3. Jurijus "Yuri" Kadamovas was my business partner in Los Angeles over two decades ago. We worked in the aquarium business together.

4. I was born in the Soviet Union. In 1988, I moved to the United States and became a naturalized citizen in 1994.

5. I met Yuri through an advertisement in the local Russian newspapers sometime around 1999. Yuri had placed the ad seeking someone to assist him with aquarium work. I called the phone number listed in the Russian paper and spoke with him. We quickly learned that we lived blocks away from each other. Yuri was looking for a saltwater fish expert, and I have the interest and skills in maintaining and raising saltwater fish and tanks. I told Yuri that I had a huge saltwater aquarium in my house. He was excited to see it and came to my house immediately. Aquariums were his passion.

6. After our meeting, we spoke about working together. Yuri was incredibly knowledgeable about freshwater fish and aquarium design. However, most people who can afford high end aquariums are interested in buying a saltwater tank. Saltwater fish are more colorful and exotic than freshwater fish. The colors of saltwater fish, like Clownfish and Blue Tangs, are brighter and more interesting. One fish can be upwards of $100.00. Saltwater tanks are more difficult and expensive to maintain.

7. Yuri and I began to work together because of our shared interest in aquariums. We created a very legitimate business together. We were able to get six or seven clients. We would do installations essentially at cost, with maybe a slim profit. Our goal was to have

1

IFCD002397

Ex. 27 pg.1 of 3

maintenance contracts with these clients moving forward, which is where the money and future profit would come from.

8. Yuri was a hard worker. He regularly lifted heavy equipment and moved large boxes. Yuri did not complain about doing the heavy labor, because he really wanted the business to work out. He would do any task needed to make the business a success. However, he seemed to really enjoy the design element of the job. He was an artistic person and had an eye for design.

9. Language was a barrier for Yuri. He usually did not deal with English-only speaking clients. Because I was more proficient in English, I was the one who did the talking in those situations. It is challenging to start and run a business when language is a barrier. I used to lose jobs when I first moved to the United States and my English was poor. I started learning English when I was at school in Rostov, Russia. But I really learned and improved my English when I moved to the United States and began interacting with native English speakers.

10. At some point, Yuri met a man named Iouri Mikhel. Mikhel was looking to install an aquarium in his home, and somehow Mikhel got in touch with Yuri. Mikhel was from Russia and spoke English very well.

11. Mikhel became very interested in our aquarium business, and he decided that he wanted to invest. Mikhel wanted to be a partner with Yuri alone, and he did not want me involved in the business. Mikhel had a lot of money to invest, and he offered to buy me out. At this point, our business was not very profitable, so I agreed to let Mikhel buy me out of the business. It seemed like a logical business decision for me, because Yuri and I were struggling to keep the maintenance contracts of existing clients on track. I imagine that once I left the business, Mikhel took over the role of speaking English to customers, since Yuri's English was not good.

12. The business relationship I had with Yuri ended around 2000. After I stopped working on aquariums, I got a job doing data entry. After Yuri and I stopped working together, I spoke

2

IFCD002398

Ex. 27 pg.2 of 3

with Yuri about two or three more times prior to his arrest. We primarily talked about the fish; Yuri had questions for me, and I was happy to answer them.

13. I saw Yuri play music a few times and found him to be a wonderful artist. He even had a CD made of his music.

14. Soon after Yuri's arrest, Natalya, Yuri's girlfriend, contacted me about the fish. The fish needed to be taken care of, and Yuri knew that I could do it well. She gave me a key to Designed Water World, and I began to care for the fish and clean the tanks. I believe that Yuri called me a few times from the jail in order to check on the fish and make sure that I was being given money to pay the rent for Design Water World.

15. Yuri knew that I am Jewish, and he treated me with respect. He had no problem starting a business with me and socializing with me as a Jewish person.

16. I spoke to someone from Yuri's trial team around two or three times. I do not recall them ever asking me to testify. If they had asked me, I would have been willing to share what I know about Yuri.

Pursuant to 28 U.S.C. §1746, I, Michael Chernykh, declare under penalty of perjury under the laws of the United States that the above is true and correct.

10/17/2022 Los Angeles

Date and Place

Michael Chernykh

IFCD002399

Ex. 27 pg.3 of 3