This is to certify that the attached 8 page translation of a declaration by Robertas Nagrockis is a true and correct translation from Russian into English, performed to the best of my knowledge and ability.

Handwritten initials and dates have been rendered in *italics*.

As a member of the Institute of Translation and Interpreting in the Russian Language, I am a qualified and experienced translator. I have Certificates and Diplomas for translation from the Chartered Institute of Linguists and a Certificate in Community Interpreting from the College of North West London..

Signature of Roman Makogon, Translator

Signed this 16 day of August, 2022

IFCD002341

## DECLARATION OF ROBERTAS NAGROCKIS

I, Robertas Nagrockis, state as follows:

1. I am over 18 years of age and am competent to make this declaration.

2. I was born in 1962 in Vilnius and am a Russian speaker.

3. I left in Vilnius in 1998 and moved to Los Angeles, California. I stayed in California until 2002. Then I returned to Lithuania and have been in here ever since.

4. I met Jurijus "Yuri" Kadamovas in Vilnius around 1992 at the restaurant I owned at the time. Yuri came in with some people to eat. We started talking and discussing business ideas. At that time, everyone was trying to start new businesses and get new ideas off the ground. It helped to meet with others who had the same interests and goals.

5. Yuri and I started spending more time together and became good friends. My first wife, Tatjana, and I were close to Yuri and his wife, Jurate. We saw each other at least once a week for years until Yuri moved to the U.S. Our families traveled and vacationed together. We camped and fished.

6. Yuri and Jurate were a loving and sweet couple when I knew them. They were affectionate. I remember that Jurate would lovingly stroke and kiss Yuri's bald head.

7. Yuri was a good father to Gabriel and very engaged with him. He loved his son very much. Yuri worked hard to support his family. I never saw him argue or yell at his son.

8. Yuri would occasionally have a drink on vacation or at celebrations and holidays, but he was not a big drinker.

9. Yuri was a good person and my friend. He could play guitar and tell jokes. He was very funny and easy going.  He was very talkative and gregarious.

10. Yuri did not swear or argue, and he did not have a violent nature.

Declaration of Robertas Nagrockis

1

____*RN*__ (Initial)

IFCD002342

11. Yuri was always very busy and active when he was living in Vilnius. He had many business ideas and was able to do a lot through his connections. He was a workaholic. He loved working and couldn't sit still. He always had a lot of ideas and goals he wanted to achieve.

12. Sometimes Yuri had so many ideas so quickly, I had trouble keeping up with his pace. He talked quickly and seemed like he hardly needed any sleep when he was like that.

13. One of Yuri's businesses was operating a car showroom in Vilnius with cars from Estonia. The showroom had nice cars. Customers could place an order and the car would be delivered at a later time. Rich people had money to buy cars in the early 1990s, and those were his customers.

14. Another of Yuri's businesses was a limousine business. He rented out limousines for special events.

15. Yuri met some Moldovans named Boris Shiglik and Boris ~~Smulevich~~ Shmulevich (RN) in the early 1990s and got into business with them. Yuri met Shiglik five years before I met Yuri.

16. Before Yuri moved to the U.S., he traveled between Lithuania, Moldova, and the U.S. He brought goods from the U.S. to Lithuania and Moldova in shipping containers. I remember that Jurate once commented on how easy it was to sell goods from the U.S. in Lithuania and Moldova.

17. Yuri asked me if I wanted to get involved in this business at the time, but I declined because I owned restaurants that kept me busy.

18. Yuri never asked me to invest in his businesses or loan him money.

19. Jurate drank heavily. It got worse as time passed.

2

Declaration of Robertas Nagrockis                    ____RN__ (Initial)

20. Jurate's father had a drinking problem. He was very aggressive and drank nonstop. Yuri, Jurate, and Gabriel lived with Jurate's parents for several years. My understanding is that is why he and Jurate decided to move out and have their own apartment once they could afford it.

21. Yuri always intended to send for Gabriel to live with him once he got things set up in the U.S. He was concerned for his son when he left and missed him while living in Los Angeles. Jurate had hoped that she would move to the U.S. and be with Yuri as well.

22. Yuri dreamed of moving to the U.S. for a long time. He talked about that dream often. I wasn't surprised that Yuri moved.

23. Shiglik encouraged Yuri to move to the U.S. and promised him a place to live and work when he arrived.  I do not think Yuri would have moved to the U.S. if Shiglik had not invited him.

24. Shiglik moved to the U.S. through a program for Soviet Jewish refugees. He and his family emigrated that way, and the U.S. provided them with financial and housing assistance as well as resources for finding work. When the business deals failed and times were hard, Shiglik still had supports to help him.

25. When Yuri arrived in the US, he transferred most of the money he brought over from Lithuania to Boris. They had a business agreement that did not work out, and Yuri lost all his money. It turned out that Boris did not have a place for Yuri to stay, and Yuri did not know what to do.

26. Yuri felt abandoned and betrayed by Shiglik. Yuri had nothing after that. He was left alone living in a dangerous part of Los Angeles. The apartment was almost completely bare, and there was a large homeless community near where Yuri lived. This part of Los

3

Declaration of Robertas Nagrockis                                              ____*RN*__ (Initial)

Angeles did not have a large Russian-speaking community. Yuri had no companions. He earned no money to bring back to Lithuania. I was afraid Yuri was going to commit suicide. Yuri was depressed and gained a lot of weight.

27. In addition to the business betrayal, Yuri did not fit into Boris's social circle. Boris looked down on Yuri. Boris had money and other Moldovans to socialize and do business with. He could bounce back and had better support and opportunities.

28. The falling out with Shiglik was devastating for Yuri.

29. Yuri did not speak much English. He was limited to doing work that did not require the English language. He was only able to find work within the Russian-speaking community in Los Angeles.

30. Yuri started working for a moving business owned by Andrei Baranchik to support himself and his family. Moving was a very physically challenging job, and Yuri had frequent injuries from the work. The furniture was very heavy, and he often had little help. One time, he had to move a piano with only one other person. Yuri complained about the hardships of the job and the difficulty of constant manual labor. He was always tired. He also got scammed by customers a few times and was not paid for his work.

31. Yuri continued to struggle to support himself. He had to work multiple jobs to support himself.

32. I came to Los Angeles for reconstructive surgery after a serious car accident at the Lithuanian and Polish border. When I arrived, I realized it was cheaper to have the operation done in Mexico, so I had the procedures done there.

33. Yuri was already in Los Angeles when I arrived. I worked odd jobs, and my girlfriend and I ran a small hamburger stand on Venice Beach.

4

Declaration of Robertas Nagrockis                              ____*RN*__ (Initial)

IFCD002345

34. I met Yuri's friend, Roman Degutis, while we were all living in Los Angeles. Degutis was Yuri's oldest friend. He had known Yuri and Jurate from the time they were all teenagers.

35. Yuri started a business building aquariums. He was a very talented artist, and his aquariums were large, complex glass structures. Yuri was determined to build aquariums that were more like art pieces. His aquariums were designed to host small sharks and other saltwater fish. There were few aquariums like the ones Yuri designed and almost none that featured saltwater fish.

36. Yuri's design for the aquariums was spectacular. They had double paned glass and looked like artwork. The artwork was behind a pane of glass so that the interior of the aquarium could be easily maintained and cleaned. Yuri designed a feature to light the aquarium from beneath rather than from above, which was also unique and innovative at the time.

37. Yuri wanted to install aquariums and then continue to provide service, chemicals, and maintenance for them. That was his business plan. His company, Designed Water World, was not designed as or intended to be a store to sell small aquariums. Yuri planned to cater to wealthy people and businesses.

38. Designed Water World was a legitimate business with a store on Ventura Boulevard, but I am not sure if it ever had a customer but it was just getting off the ground. Yuri's plan was to have a showroom where you could view the product. The customer could view an example of an extravagant aquarium in the showroom and then place an order for an aquarium to be delivered and installed at a later date. There was no inventory in the showroom except for one large example aquarium.

5

Declaration of Robertas Nagrockis                                          ____*RN*__ (Initial)

IFCD002346

39. I helped Yuri decorate and construct the interior of his showroom. It was in rough condition when we started.  I worked as an independent contractor to earn money but also to help my friend out. I sanded the floor, installed plumbing, electrical, lighting, and removed trash. I also worked on installing a waterfall and water feature on the floor that looked like a river. I asked to get paid when the job was complete after several months.

40. In Lithuania and in the U.S., Yuri helped me out.

41. Yuri was optimistic about the future of Designed Water World. I asked him how he planned to finance the business, and Yuri told me he was looking for investors. He told me that once he had a new investor, everything would change quickly. He would have many new clients once he had an investor.

42. Yuri was often out at moving jobs while I was working on the showroom. Yuri and I did not spend much time together during this period. We would hang out when Yuri was in the shop. I was impressed that he was still working so many jobs to get his business of the ground. It had to be exhausting,

43. A man named Iouri Mikhel became Yuri's investor. He helped Yuri purchase the materials he needed to make aquariums and took control over the business. My understanding is that they met on a moving job. Yuri would never have been able to fully develop the showroom space without a financial backer.

44. I did not know Mikhel and only met him once when he came to my food stand *(RN – an incorrect term used for 'food stand' in Russian, English translation is correct)* on the beach. Mikhel didn't have time for me and didn't want to get to know me. He was very rich and part of a different social strata. He looked down on me.

Declaration of Robertas Nagrockis

6

_____*RN__* (Initial)

IFCD002347

45. When Yuri began earning more money, his personality changed. He was no longer happy or carefree. Previously, he had an easygoing personality and was quick to laugh and make jokes. After meeting Mikhel, he became less friendly. I saw him less and less. He was always worried. I would call, and he would answer and tell me that he was busy and not call back.

46. Yuri also changed because he suddenly became very scared. He seemed very irritated and short when I would come into the shop, and that was unlike him. He was preoccupied with something, and I do not know what happened. I noticed that Yuri was losing interest in the shop and had low energy.

47. Yuri also changed after he met his girlfriend, Natalya. They met in Las Vegas, and she contributed to problems in his life. She was a young and attractive woman. One time, I stopped by to pick up the money Yuri owed me. She would not let me into the apartment. She thought she was a queen.

48. Yuri became like a stranger at this time and we lost touch.

49. I learned about the crimes Yuri and Mikhel were accused of from Russian television.

50. The FBI talked to me in 2002. They came to my apartment in California and recorded our conversation on a tape recorder. I took them to Designed Water World a few days later. I moved back to Lithuania shortly after I talked to the FBI. They had no concerns with me moving back to Lithuania.

51. Yuri was a good person, and it was shocking that he was accused of hurting people.  I could not believe what happened when I heard what Yuri was accused and convicted of. I think he met the wrong people in the U.S., and they had some kind of power or influence over him.

7

Declaration of Robertas Nagrockis                              ____*RN*__ (Initial)

IFCD002348

52. I was living in Lithuania at the time of Yuri's trial. Someone called me on the phone and told me I needed to give evidence at the trial. They did not discuss what I would testify about or say at the trial. They just told me I needed to testify and give evidence. Everything was arranged through the Lithuanian embassy. They communicated with me, arranged the paperwork, hotels, and everything. The day before I was supposed to leave, the Lithuanian embassy officials contacted me again and told me I no longer needed to testify and that the trip was canceled.

53.  I am currently studying how to repair air conditioners because my Soviet degree is essentially meaningless. Air conditioner repair work is in demand and pays well.

54. At the time of Yuri's trial, I was living in Vilnius. I would have traveled to Los Angeles to testify. I also would have testified by video or audio. I would have written a declaration. None of those options were provided for me.

Pursuant to 28 U.S.C. §1746, I, Robertas Nagrockis, declare under penalty of perjury under the laws of the United States that the above is true and correct.


_____*07.30.2022 Trakai*_____          _____*/ signed/*_____

[Date and Place]                               Robertas Nagrockis

Declaration of Robertas Nagrockis                    ____*RN*__ (Initial)

                                    IFCD002349

ЗАЯВЛЕНИЕ РОБЕРТАСА НАГРОЦКИСА

Я, Робертас Нагроцкис, заявляю следующее:

1. Я старше 18 лет и в состоянии сделать данное заявление.

2. Я родился в 1962 году в Вильнюсе и являюсь русскоязычным.

3. В 1998 году я переехал из Вильнюса в Лос-Анжелес, Калифорния, и жил там до 2002 года. Затем вернулся в Литву и с тех пор живу здесь.

4. Мы познакомились с Юриюсом «Юрием» Кадамавосом в Вильнюсе около 1992 года в ресторане, который в то время мне принадлежал. Юрий зашел посидеть с какими-то людьми. Мы разговорились на тему идей для бизнеса. В то время все пытались реализовать бизнес идеи и раскрутиться. Было полезно общаться с людьми с похожими интересами и целями.

5. Мы с Юрием стали больше проводить времени вместе и стали хорошими друзьями. С моей первой женой Татьяной мы близко общались с Юрием и его женой Юрате. Мы встречались не реже, чем раз в неделю, на протяжении нескольких лет, пока Юрий не переехал в США. Мы путешествовали и ездили отдыхать вместе семьями. Ходили в походы и на рыбалку.

6. В период нашего знакомства Юрий и Юрате были влюбленной и милой парой. Они бережно относились друг к другу. Помню, как Юрате любовно гладила и целовала лысую голову Юрия.

7. Юрий был хорошим отцом Габриелю и уделял ему много времени. Он очень любил своего сына. Юрий много работал для обеспечения семьи. Никогда не замечал, чтобы он ругал или кричал на сына.

Заявление Робертаса Нагроцкиса                                          R.N. (инициалы)          1

8. Иногда Юрий немного выпивал на праздники или на отдыхе, но у него не было пристрастия к алкоголю.

9. Юрий был хорошим человеком и моим другом. Он играл на гитаре и рассказывал анекдоты. Был веселым, дружелюбным и легким в общении.

10. Он не ругался и не встревал в споры, его характер не был агрессивным.

11. Юрий всегда был занятым и активным человеком в то время, когда жил в Вильнюсе. У него было много идей для бизнеса, и он мог достичь много с помощью своих связей. Он был трудоголиком. Любил работать и не мог сидеть, сложа руки. У него всегда было множество идей и целей, которые он хотел воплотить в жизнь.

12. Иногда у Юрия возникало так много идей в сжатые сроки, что я с трудом успевал за ним. Он быстро разговаривал и похоже, не нуждался во сне, когда входил в такое состояние.

13. Одним из бизнесов Юрия был автосалон в Вильнюсе с машинами из Эстонии. В салоне стояли дорогие автомобили. Клиенты могли размещать заказы, и автомобили доставлялись им позже. В начале 1990-х у богатых людей были деньги на машины, и они становились клиентами Юрия.

14. Другой бизнес Юрия был связан с лимузинами. Он сдавал их в прокат на особые мероприятия.

15. В начале 1990-х Юрий познакомился с молдаванами, Борисом Щигликом и Борисом Смулевичем, и занялся с ними бизнесом. Юрий познакомился с Щигликом за пять лет до нашего знакомства.

Заявление Робертаса Нагроцкиса                                        (инициалы)   2

IFCD002351

16. Перед отъездом в США Юрий часто путешествовал между Литвой, Молдавией и США. Он доставлял товары из США в Молдавию и Литву в морских контейнерах. Помню, Юрате как-то рассказывала, как легко продаются товары из Америки в Литве и Молдавии.

17. В то время Юрий предлагал мне поучаствовать в этом бизнесе, но я отказался, так как у меня были рестораны и дел невпроворот.

18. Юрий никогда не предлагал мне вложиться в его бизнес или занять ему денег.

19. Юрате много выпивала. Со временем это становилось все хуже.

20. Отец Юрате был алкоголиком. Он был буйным и пил без конца. Несколько лет Юрий с Юрате и Габриелем жили у родителей Юрате. Насколько я понимаю, из-за этого они с Юрате решили переехать в собственную квартиру, как только смогли себе это позволить.

21. Юрий всегда планировал перевезти Габриеля к себе в США, когда обустроится. Он переживал за сына, когда уезжал, и скучал по нему, находясь в Лос-Анжелесе. Юрате также надеялась переехать в США и быть с Юрием.

22. Юрий долго мечтал о переезде в США. Он часто об этом говорил. Я не удивился, когда Юрий уехал.

23. Щиглик предлагал Юрию переехать в США и обещал найти ему жилье и работу. Не думаю, что Юрий переехал бы в США, если бы Шиглик его не пригласил.

24. Шиглик переехал в США по программе советских еврейских беженцев. Он переехал с семьей и получил от государства жилье и финансовую поддержку, а также ресурсы для поиска работы. В тяжелые времена, когда сделок не было, у Шиглика оставалась кое-какая поддержка.

Заявление Робертаса Нагроцкиса                    R.N.____ (инициалы)          3

25. Перед прибытием в США Юрий перевел большую часть своих денег из Литвы Борису. У них было деловое соглашение, которое не выгорело, и Юрий потерял все свои деньги. Оказалось, что Борис не нашел жилья для Юрия, и по приезду Юрий не знал, куда деваться.

26. Юрий чувствовал себя брошенным и преданным Шигликом. У него ничего не было. Он был брошен жить один в неспокойном квартале Лос-Анжелеса. Квартира была почти пустой, рядом находилось большое сообщество бездомных. В этой части Лос-Анжелеса не было большого русскоговорящего сообщества. У Юрия не было там знакомых и денег, чтобы вернуться в Литву. Я боялся, что Юрий может покончить собой. Он находился в депрессии и сильно прибавил в весе.

27. Помимо обмана в бизнесе, Юрий не влился в круг общения Бориса. Борис смотрел на Юрия снисходительно. У Бориса были деньги на общение и ведение бизнеса с другими молдаванами. Он мог себе позволить отвернуться от Юрия и имел лучшие возможности.

28. Юрий был потрясен разрывом отношений с Шигликом.

29. Юрий слабо говорил на английском и мог работать лишь там, где не требуются знания языка. Ему удалось найти работу в русскоговорящем сообществе в Лос-Анжелес.

30. Для обеспечения себя и семьи Юрий начал работать в фирме по переезду, принадлежащей Андрею Баранчук. Работать на переездах было очень тяжело, и Юрий часто получал травмы на работе. Мебель была очень тяжелой, и ему редко кто помогал. Однажды, он перевозил пианино лишь с одним помощником. Юрий

Заявление Робертаса Нагроцкиса                    R.d. ___ (инициалы)      4

                                    IFCD002353

жаловался на тяжкий труд и чрезмерные физические нагрузки. Он всегда выглядел усталым. Несколько раз его обманывали клиенты, и он оставался без зароботка.

31. Юрий продолжал бороться для обеспечен семьи. Для этого ему приходилось работать на нескольких работах.

32. Я прилетел в Лос-Анжелес на операцию после серьезной аварии на литовско-польской границе. По приезду я узнал, что в Мексике я могу сделать операцию дешевле, и в итоге сделал операцию там.

33. Когда я приехал в Лос-Анжелес, Юрий уже жил там. Я работал на разных работах, и у нас с подругой был небольшой ресторан гамбургеров на вынос на Венис Бич.

34. Мы познакомились с другом Юрия Романом Дягутисом в то время, когда мы все жили в Лос-Анжелесе. Дягутис был самым старым другом Юрия. Он был знаком с Юрием и Юрате с подросткового возраста.

35. Юрий занялся бизнесом по изготовлению аквариумов. Он был очень талантливым артистом, и его аквариумы были большими и замысловатыми стеклянными конструкциями. Юрий хотел изготавливать аквариумы, более похожие на предметы искусства. Его аквариумы были пригодны для небольших акул и других морских рыб. Таких аквариумов, как у Юрия, было немного, и почти никто не предлагал аквариумов для морских рыб.

36. Дизайн аквариумов Юрия был потрясающим. Они были изготовлены из сдвоенного стекла и выглядели как предметы искусства. Рисунок находился между сдвоенных стекол, чтобы было удобно мыть аквариум. Юрий изготовил подсветку аквариума снизу, а не как обычно сверху, что также было уникально и инновационно.

Заявление Робертаса Нагроцкиса      R.N. ___ (инициалы)      5

37. Юрий хотел устанавливать аквариумы и затем продолжать их обслуживать, ремонтировать и поставлять химикаты. Таким был его бизнес план. Его компания "Designed Water World" не планировала стать магазином и продавать маленькие аквариумы. Юрий планировал оказывать услуги зажиточным людям и компаниям.

38. Designed Water World был легитимным бизнесом с магазином на Вентура Бульвар, не знаю, были ли у него клиенты, но тогда он только начинал. У Юрия был план открыть салон, где можно было посмотреть продукцию. Клиент мог увидеть образец эксклюзивного аквариума в салоне и сделать заказ на его доставку и установку. В салоне не было никакой утвари за исключением одного большого экземпляра аквариума.

39. Я помог Юрию с интерьером в салоне. Когда мы приступили к работе, помещение было запущенным. Я работал в качестве независимого подрядчика за деньги, но также помогал другу. Я шлифовал полы, установил сантехнику, электропроводку, освещение и вынес мусор. Также я помогал с установкой водопада и конструкции с водой на полу, которая выглядела как река. Через несколько месяцев после того, как работа была выполнена, я попросил оплату.

40. Юрий помогал мне как в Литве, так и в Америке.

41. Юрий с оптимизмом относился к будущему Designed Water World. Я спрашивал его, как он планировал финансировать бизнес, и он сказал мне, что ищет инвесторов. Он сказал, что как только появится инвестор, все быстро изменится. С появлением инвестора у Юрия появится множество клиентов.

42. Когда я работал в салоне, Юрий часто выходил на работу грузчиком. В то время мы не проводили с Юрием много времени вместе. Мы общались, когда Юрий

Заявление Робертаса Нагроцкиса          R. N.    (инициалы)          6

бывал в салоне. Меня удивляло, что он работал на стольких работах для развития бизнеса. Должно быть это было тяжело.

43. Мужчина по имени Иоури Мекел стал инвестором Юрия. Он помог Юрию закупить требуемые для изготовления аквариумов материалы и взял бизнес под свой контроль. Насколько я знаю, они познакомились на работе по переездам. Юрию никогда не удалось бы полностью закончить помещение салона без финансовой помощи.

44. Я не был знаком с Микелем, и видел его лишь один раз, когда он зашел ко мне в ~~ресторан~~ ЗАКУСОЧНАЯ на пляже. У Микеля не было на меня времени, и он не хотел со мной знакомиться. Он был очень богат и принадлежал к другой социальной прослойке. Он смотрел на меня снисходительно.

45. Когда Юрий начал зарабатывать деньги, он изменился. Он не был как прежде счастливым и беззаботным. Ранее с ним было легко в общении, он шутил и смеялся. После знакомства с Микелем он стал менее дружелюбным. Мы виделись с ним все реже и реже. Он всегда беспокоился. Когда я ему звонил, он говорил, что занят и не перезванивал.

46. Также внезапно Юрий стал выглядеть напуганным. Он казался раздраженным, когда я заходил в салон, и это было не похоже на него. У него было что то на уме, но я не знал, что случилось. Я заметил, что у Юрия пропадал интерес к салону и отсутствовала инициатива.

47. Также Юрий изменился после знакомства со своей девушкой Натальей. Они познакомились в Лас-Вегасе, и она добавляла к его жизни проблем. Она была

Заявление Робертаса Нагроцкиса                                      R. N _____ (инициалы)    7

IFCD002356

молода и привлекательна. Однажды я заехал забрать деньги, которые мне должен был Юрий. Она не пустила меня в дом. Думала, что она королева.

48. В это время Юрий стал чужим и мы потеряли связь.

49. Я узнал о преступлениях, в которых обвинили Юрия и Микела, из российских каналов.

50. ФБР общалось со мной в 2002 году. Они приехали в мою квартиру в Калифорнии и записали наш разговор на пленку. Через несколько дней я показал им Designed Water World. Вскоре после встречи с ФБР я вернулся в Литву. ФБР этому не возражали.

51. Юрий был хорошим человеком, и меня потрясло, что его обвинили в насилии к людям. Я не мог поверить своим ушам когда услышал, в чем был обвинен и осужден Юрий. Думаю, в США он связался не с теми людьми, и они имели власть над ним или оказали на него какое-то влияние.

52. Во время суда Юрия я жил в Литве. Кто то звонил мне по телефону и говорил, что мне необходимо дать показания в суде. Мне не говорили, о чем я буду давать показания и что говорить. Мне просто сказали, что я должен дать показания под присягой. Все было организовано через литовское посольство. Со мной связались, оформили документы, заказали гостиницу и все необходимое. За день до моего отъезда со мной снова связался представитель посольства и сообщил, что мне уже не надо давать показания и моя поездка отменяется.

53. Сейчас я обучаюсь ремонту кондиционеров, так как мой советский диплом никому не нужен. Ремонт кондиционеров пользуется спросом и хорошо оплачивается.

Заявление Робертаса Нагроцкиса                    R. N.   (инициалы)          8

IFCD002357

54. Во время суда Юрия я жил в Вильнюсе. Я бы поехал в Лос-Анжелес на дачу показаний. Я бы также согласился дать показания по видео или аудио связи. Я бы написал заявление. Ни один из этих вариантов не был мне предложен.

В соответствии с 28 U.S.C. §1746, я, Робертас Нагроцкис, под угрозой наказания в соответствии с законами Соединенных Штатов за дачу ложных показаний подтверждаю, что вышеизложенное является правдой и только правдой.

07.30.2022 . TRAKAi
[Дата и место]

_____
Робертас Нагроцкис

Заявление Робертаса Нагроцкиса

R.N. (инициалы)

9

IFCD002358