**LEGAL LANGUAGE SERVICES**

Translation, Interpreting, and Transcription
18 John Street
Suite 300
New York, NY 10038

Telephone  (212) 766-4111
Toll Free    (800) 322-0284
www.legallanguage.com

December 21, 2022

To Whom It May Concern:

This is to certify that the attached translation from Lithuanian into English is an accurate representation of the document received by this office.  This document is designated as:

**Pinkovski, Romualdas - Signed Declaration - LN, FN - 2022.11.08**

Maria Victoria Portuguez, Manager with this company, certifies that Zivile Symeonidis, who translated this document, is fluent in Lithuanian and standard North American English and qualified to translate.

She attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."

Signature of Maria Victoria Portuguez

Subscribed and sworn to before me on December 21, 2022.

Denise Rawlings
Notary Public, State of Kansas
Qualified in Johnson County
Commission No.: 1194874
My Commission Expires: March 18, 2026

Sincerely,

Victor J. Hertz
President

VJH/mvp

Attachments

IFCD002400

Ex. 29 pg.1 of 7

### ROMUALDAS PINKOVSKI'S DECLARATION

I, Romuladas Pinkovski declare that:

1.  I am older than 18 and I am competent to provide this declaration.

2.  I can read and write in Lithuanian.

3.  I was Jurijus ("Juri") Kadamov's business partner in the beginning of 1990, after the collapse of the Soviet Union. I am 11 years older than Jurijus.

4.  Before the collapse of the Soviet Union, I worked in the Ministry of the Interior. Then I left my workplace to become a businessman.

5.  I remember I met Jurijus through a mutual business contact. We started working together and in the beginning of 1990 Jurijus got an idea to bring Hondas and Mazdas to Lithuania which reinstated its independence. Jurijus had connections in Scandinavia and Estonia. We went several times to Estonia, and we met representatives/sellers of various car brands. This business finally failed.

6.  Though Jurijus was very business-oriented and constantly thought of new business enterprises, he was not very well educated, and many of his business ideas had no perspective. For example, he wanted to rent jet skis in Lithuania. This initiative was not very meaningful as Lithuania only has one month when the weather is warm enough for people to start using them. Besides, bodies of water where one could use jet skis are not close to each other. Therefore, one had to spend time transferring jet skis from one lake to another.

7.  Then, Jurijus could not meet his business goals. For example, he would never lock jet skis for the night, and most of them were simply stolen. He was bad at keeping and handling business records. His written Russian was not very good. I frequently noticed mistakes he made when writing.

Romualdas Pinkovski's declaration                                      Initials *R. Pinkovski*

IFCD002401

When we needed business material to be prepared, Jurijus would ask somebody to write it for him.

8. After all he was an idea guy, he lacked skills to embody his business ideas, he would not think how to get money for them or who would be a good business partner.

9. Jurijus was also bad at reading people's characters. He would be easily affected by people who had a lot of money; and he would overextend in a business. He would be consumed by his business ideas and not think about how to get money for them or who could be a good business partner.

10. Ever since I have known Jurijus, he has been fascinated with the United States. His dream always was to move there and become successful. He considered it to be the land of possibilities, quite the opposite to soviet-occupied Lithuania where business and novelties were forbidden.

11. I was shocked when I heard about an activity which Jurijus is suspected of having taken part in. I could see Jurijus participating in such crimes only if he was affected by somebody else, where lots of money was involved.

12. I met Jurijus's attorneys before his trial.

13. I lived in Vilnius at the time of Jurijus's trial. I would have travelled to Los Angeles to testify in court. I would also have testified by video or audio recording. I would have written a declaration. None of these options were offered to me.

In accordance with the 28 U.S.C. § 1746, I, Romualdas Pinkovskis, under the penalty of perjury by laws of the United States of America declare that this is true and the testimony is correct.

_____

_____

Romualdas Pinkovski's declaration                    Initials *R. Pinkovski*

IFCD002402

Ex. 29 pg.3 of 7

Date and time                              [Signature]                    Romualdas Pinkovskis

*11/08/2022,  Vilnius, Lithuania*

Romualdas Pinkovski's declaration                                    Initials *R. Pinkovski*

IFCD002403

## ROMUALDO PINKOVSKIO DEKLARACIJA

Aš, Romualdas Pinkovski, pareiškiu, kad:

1. Esu vyresnis, nei 18 metų ir esu kompetentingas pateikti šią deklaraciją.

2. Moku skaityti ir rašyti lietuviškai.

3. Buvau Jurijaus ("Juri") Kadamovo verslo partneris 1990-ųjų pradžioje po Sovietų Sąjungos žlugimo. Aš esu 11 metų vyresnis už Jurijų.

4. Iki Sovietų Sąjungos žlugimo dirbau Vidaus reikalų ministerijoje. Tada išėjau iš darbo, kad tapčiau verslininku.

5. Prisimenu, kad aš ir Jurijus susipažinome per abipusį dalykinį kontaktą. Pradėjome dirbti kartu, kai 1990-ųjų pradžioje Jurijui kilo mintis į nepriklausomybę atkūrusią Lietuvą atvežti Hondas ir Mazdas. Jurijus turėjo ryšių Skandinavijoje ir Estijoje. Kartu kelis kartus vykome į Estiją ir buvome susitikę su įvairių automobilių markių atstovais/ pardavėjais. Šis verslas galiausiai nepasisekė.

6. Nors Jurijus buvo labai verslaus mąstymo ir nuolat galvojo apie naujas verslo įmones, jis nebuvo labai išprusęs, o daugelis jo verslo idėjų nebuvo perspektyvios. Pavyzdžiui, jis norėjo Lietuvoje išnuomoti vandens motociklus. Ši iniciatyva nebuvo prasminga, nes Lietuvoje yra tik apie mėnesį laiko, kai orai yra pakankamai šilti, kad žmonės galėtų jais naudotis. Be to, vandens telkiniai, kuriuose galima plaukioti vandens motociklais, nėra arti vienas kito. Taigi, jūs turėtumėte praleisti laiką nešdami vandens motociklus iš ežero į ežerą.

7. Tada Jurijus negalėjo įgyvendinti savo verslo planų. Pavyzdžiui, jis niekada neužrakindavo vandens motociklų, daugelis jų buvo tiesiog pavogti. Jis prastai organizuodavo ir tvarkydavo verslo įrašus. Jo rašytinė rusų kalba nebuvo ypač gera. Dažnai pastebėdavau klaidas, kurias

Romualdo Pinkovskio deklaracija                          Inicialai _R. Pinkovski_

IFCD002404

jis darė rašydamas. Tais atvejais, kai mums reikėjo parengti verslo medžiagą, Jurijus visada prašydavo, kad kažkas parašytų už jį.

8. Galų gale jis buvo labiau idėjų vaikinas, jam trūko įgūdžių, reikalingų jo vizijai įgyvendinti.

9. Jurijus taip pat nebuvo žmonių charakterių žinovas. Jį nesunkiai paveikdavo žmonės, turėję daug pinigų; ir jis per plačiai užsimodavo versle. Jis įsijausdavo į savo verslo idėjas, negalvodamas, kaip joms gauti pinigų, arba kas būtų geras verslo partneris.

10. Kol jį pažinojau, Jurijus žavėjosi Amerika. Jo svajonė visada buvo ten persikelti ir sulaukti sėkmės. Jis laikė ją galimybių šalimi, visiškai priešingai, nei sovietų okupuota Lietuva, kur verslas ir naujovės buvo uždraustos.

11. Buvau šokiruotas, kai išgirdau apie veiklą, kurioje Jurijus įtariamas dalyvavęs. Galėjau matyti Jurijų, dalyvaujantį šiuose nusikaltimuose, tik tuo atveju, jei jis buvo paveiktas kažkieno kito, kur buvo įvelta daug pinigų.

12. Aš susitikau su Jurijaus advokatais prieš jo teismą.

13. Jurijaus teismo metu gyvenau Vilniuje. Būčiau keliavęs į Los Andželą liudyti. Taip pat būčiau paliudijęs vaizdo ar garso įrašu. Būčiau parašęs deklaraciją. Nė vienas iš šių variantų man nebuvo pasiūlytas.

Pagal 28 U.S.C. §1746, aš, Romualdas Pinkovskis, žinodamas, kad pagal Jungtinių Valstijų įstatymus gresia bausmė už melagingus parodymus, pareiškiu, kad tai yra tiesa ir teisingi parodymai.

_____

_____

Romualdo Pinkovskio deklaracija

Inicialai R Pinkovsk

IFCD002405

Ex. 29 pg.6 of 7



Data ir vieta

2022 - 11·08, Vilnius, Lietuva

Romualdas Pinkovskis

Romualdo Pinkovskio deklaracija

Inicialai R. Pinkovski

IFCD002406

Ex. 29 pg.7 of 7