This is to certify that the attached 3 page translation of a declaration by Ilja Vatkin is a true and correct translation from Russian into English, performed to the best of my knowledge and ability.

Handwritten initials and dates have been rendered in *italics*.

As a member of the Institute of Translation and Interpreting in the Russian Language, I am a qualified and experienced translator. I have Certificates and Diplomas for translation from the Chartered Institute of Linguists and a Certificate in Community Interpreting from the College of North West London..

Signature of Roman Makogon, Translator

Signed this 16 day of August, 2022

IFCD002359

Ex. 30 pg.1 of 7

1

## DECLARATION OF ILJA VATKIN

I, Ilja Vatkin, state as follows:

1. I am over 18 years of age and am competent to make this declaration.

2. I was born in Vilnius in 1966 to a Jewish family and am a singer and musician. I have worked as a musician for many years.

3. I speak and write the Russian language.

4. I met Jurijus "Yuri" Kadamovas in the late 1980s or early 1990s when we were both active in Vilnius's music scene. We saw each other at restaurants and other music venues around the city.

5. Yuri was an exceptional drummer, but he had a harder time making money as a musician because drummers were not in high demand at the time. I was able to find more work because I played guitar and sang. I did not need a full band to play shows; Yuri had to rely on other musicians to book shows and earn money. Singers are also recognizable and more marketable. Drummers are often the least appreciated musicians. There were many more drummers in Vilnius than bands to play in, so Yuri had trouble finding a regular drumming gig.

6. Yuri loved jazz music. I remember my mother was very fond of Yuri as well.

7. Yuri was likeable and ambitious. Likeability was an important part of our profession as musicians. He was good with interacting with an audience, but he was not as adept at communicating when he was not on stage.

8. The period when I knew Yuri, in the late 1980s through about 1992 was a time of profound transition in Lithuania. We were moving toward independence; from a

Declaration of Ilja Vatkin                                          ___*IV*_____ (Initial)

IFCD002360

communist system to a market system. This made it hard financially for many people, but creative types like Yuri had it especially hard.

9.  It would have been impossible for Yuri to support himself and his family from playing music alone. Yuri turned to business activities and stopped playing music in restaurants because of his ambitions. He wanted to improve his financial situation. To do that, he decided to stop focusing on music and do something more financially lucrative. He continued playing music as a hobby.

10. I am Jewish and many of my family members moved to Israel after the fall of the Soviet Union. Yuri knew I was Jewish, and we discussed it. I stayed in Lithuania because I was doing well as a musician and had many contacts here. Yuri treated me like anyone else and never spoke ill of my religion or heritage. It was never an issue.

11. I remember Yuri had a wife and child and wanted to provide for his family. Yuri started a business renting VHS tapes from a kiosk. Yuri made a decent living from the kiosk, because there was a high demand for renting movies at the time.

12. Going into business in the early 1990s in Vilnius was exciting and scary. There were opportunities to make a lot of money, but it came with danger. Every business at the time was forced to pay kickbacks to survive and operate.

13. Yuri was not smart enough or savvy enough to be successful in Vilnius's business environment. He was not good in business situations, and he was unable to easily navigate the social world of Vilnius at the time.

14. Yuri was likeable, but he did not know how to just talk with people. He did not understand how to have appropriate social interactions. He failed to catch social cues that other people around him understood.

Declaration of Ilja Vatkin                                          ___*IV*_____ (Initial)

IFCD002361

3

15. Yuri was not argumentative or angry, but he had a problem managing his emotions. He could be likeable at first, but his emotions would quickly get the better of him. He could not hide when he was frustrated or jealous. It was important to be calm and rational to succeed in the business environment at the time, and Yuri was not able to do that consistently.

16. I was surprised to hear about Yuri's crimes and did not think he could have done something like that.

17. At the time of Yuri's trial, I was living in Vilnius. I am still a working musician and am well-known around Vilnius and have been since the early 1990s. Had I been asked, I would have traveled to Los Angeles to testify. I would also have testified by video or audio. I would have written a declaration. None of these options were provided for me.

Pursuant to 28 U.S.C. §1746, I, Ilja Vatkin, declare under penalty of perjury under the laws of the United States that the above is true and correct.


_____07.30.2022, Vilnius, Lithuania__                _____/signed/_____

[Date and Place]                                Ilja Vatkin


Declaration of Ilja Vatkin                                ___IV_____ (Initial)

IFCD002362

Ex. 30 pg.4 of 7

1

## ЗАЯВЛЕНИЕ ИЛЬИ ВАТКИНА

Я, Илья Ваткин, заявляю следующее:

1. Я старше 18 лет и в состоянии сделать данное заявление.

2. Я родился в Вильнюсе в 1966 году в еврейской семье, я певец и музыкант. Работаю музыкантом на протяжении уже многих лет.

3. Разговариваю и пишу на русском языке.

4. Я познакомился с Юриюсом «Юрием» Кадамовасом в конце 1980-х или начале 1990-х, когда мы оба работали на музыкальных сценах Вильнюса. Мы пересекались в ресторанах и других музыкальных заведениях города.

5. Юрий был отличным барабанщиком, но в музыке ему непросто было заработать, ведь спрос на барабанщиков в то время не был высоким. Мне было легче найти работу, так как я играл на гитаре и пел. Для выступлений мне не требовалась целая группа, в то время как Юрий для выступлений и зарабатывания денег полагался на других музыкантов. Певцы более узнаваемы и им легче себя продать. Барабанщики зачастую ценятся меньше всего. В Вильнюсе было гораздо больше барабанщиков, чем групп, которым они требуются, и Юрию было тяжело найти регулярную работу.

6. Юрий любил джаз. Помню, моя мать тоже очень любила Юрия.

7. Юрий всем нравился, он был амбициозным. В профессии музыканта важно нравиться людям. У него хорошо получалось завести зрителей, но за пределами сцены общаться с людьми ему было не так просто.

8. В те годы, что я знал Юрия, с конца 1980-х и вплоть до 1992 года или около того, в Литве протекали большие изменения. Мы двигались к независимости от

Заявление Ильи Ваткина

_I. V._ _____ (Инициалы)

IFCD002363

2

коммунистической системы в рыночную. Многим людям в то время было тяжело с деньгами, но таким креативным людям, как Юрий, было в особенности непросто.

9. С одной музыки прокормить себя и семью Юрию было нереально. Из-за своих амбиций Юрий начал заниматься бизнесом и перестал играть в ресторанах. Он хотел улучшить свое финансовое положение. Для этого он решил перестать ориентироваться на музыку и заняться чем-то более прибыльным. А игра осталась для него как хобби.

10. Я еврей и многие мои родственники переехали жить в Израиль после развала Советского Союза. Юрий знал, что я еврей, мы это обсуждали.  В то время я остался в Литве, так как неплохо зарабатывал музыкантом и имел много связей. Юрий относился ко мне ровно как и ко всем, и никогда дурно не отзывался о моей религии или происхождении. Это никогда не было проблемой.

11. Помню, что у Юрия была жена и ребенок, и он старался обеспечить семью. Он обзавелся бизнесом по аренде видеокассет из киоска, в то время спрос на это был большим.

12. Строить бизнес в Вильнюсе в начале 1990-х было интересно и страшно. Повсюду были возможности заработать много денег, но с возможностями возникала и опасность. В то время для выживания и спокойной работы каждый бизнес должен был платить откаты.

13. Юрий не был достаточно шустрым и пробивным для ведения успешного бизнеса в Вильнюсе. Он неправильно разруливал ситуации в бизнесе, ему не удавалось привлечь внимание Вильнюсского сообщества.

Заявление Ильи Ваткина

I. V. _____ (Инициалы)

IFCD002364

Ex. 30 pg.6 of 7

3

14. Юрий всем нравился, но не знал как просто общаться с людьми. Он не умел просто общаться с людьми. До него не доходили намеки, очевидные другим людям.

15. Юрий не любил спорить или злиться, но ему было сложно сдерживать свои эмоции. Поначалу он привлекал собеседников, но его эмоции быстро отталкивали людей. Он не мог скрывать разочарования или зависти. В то время для успеха в бизнесе требовалось самообладание и рациональность, но Юрию зачастую это не удавалось.

16. Меня удивили новости о преступлениях Юрия, не думаю, что он мог такое совершить.

17. Во время суда Юрия я жил в Вильнюсе. Я работаю музыкантом с начала 1990-х, в Вильнюсе меня все знают. Если бы меня попросили, я бы поехал в Лос-Анжелес на дачу показаний. Я был бы не против дать показания по видео или аудио связи. Я бы написал заявление, но не один из этих вариантов не был мне предложен.

В соответствии с 28 U.S.C. §1746, я, Илья Ваткин, под угрозой наказания в соответствии с законами Соединенных Штатов за дачу ложных показаний подтверждаю, что вышеизложенное является правдой и только правдой

07. 30. 2022

[Дата и место]

Litva., Vilnius

_____
Илья Ваткин

Заявление Ильи Ваткина

_____ (Инициалы)

IFCD002365

Ex. 30 pg.7 of 7