This is to certify that the attached 2 page translation of a declaration by Gerard Daletsky is a true and correct translation from Russian into English, performed to the best of my knowledge and ability.

Handwritten initials and dates have been rendered in *italics*.

As a member of the Institute of Translation and Interpreting in the Russian Language, I am a qualified and experienced translator. I have Certificates and Diplomas for translation from the Chartered Institute of Linguists and a Certificate in Community Interpreting from the College of North West London..

Signature of Roman Makogon, Translator

Signed this 16 day of August, 2022

IFCD002366

Ex. 31 pg.1 of 5

## DECLARATION OF GERARD DALETSKY

I, Gerard Daletsky, state as follows:

1. I am over 18 years of age and am competent to make this declaration.

2. I read and write the Russian language.

3. I go by the name Gera for short. I have an identical twin brother named Aleksandr Daltesky, who goes by Alec for short.

4. I was childhood friends with Jurijus "Yuri" Kadamovas.

5. I grew up in a small, wooden house at Trimitu and Kalvariju streets in Vilnius, Lithuania. The area is called Snipskes. We had no indoor plumbing or water in our house. We used outdoor toilets and bathed once a week in an outdoor bathhouse. It was like living in an old village in the middle of a big city. Yuri grew up in the same area in similar conditions. We became friends because we were neighbors.

6. I moved to Virsuliskes and stayed friends with Yuri, whose family had just moved there as well. This move was an improvement for my family. Our apartment was nicer than our home in Snipskes.

7. We had access to locally grown food growing up. However, the variety was limited. I remember having a banana only once a year and one mandarin orange to celebrate the New Year.

8. Yuri, Alec, and I played sports with other kids in the neighborhood. We played soccer in the summer and hockey in the winter. We would also swim together. Yuri could swim like a fish.

9. We attended some of the same schools as Yuri, including School 10 and School 46. Both schools were in our neighborhood.

10. I recall Yuri was always playing music. You never saw him without a guitar. He could sing and had a good voice. It was cool to be interested in music at this time.

11. Yuri was not the type of kid to get into fights. He was not argumentative nor angry. He got over disagreements quickly. He did not complain about things.

12. Yuri did not do drugs despite their availability in the city. Sometimes he drank socially. However, Yuri's mother, Tatiana, and stepfather, Tadik, drank a lot. Yuri never talked

Declaration of Gerard Daletsky

1

___*GD*_____Initials

IFCD002367

about this, but when I went to his house, I could see with my own eyes that Tatiana was drunk.

13. Yuri did his mandatory service in the Soviet army. He was part of the military orchestra, which meant he was a very good musician. You had to be talented to get that assignment.

14. When he returned from his military service, Yuri was permitted to work as a musician in an official capacity, because Mikhail Gorbachev had implemented changes during *perestroika*. Things were opening up, and people had more possibilities to work and earn money. Yuri could now engage in business activities.

15. Yuri had some success playing music. He had a lot of acquaintances he would invite to shows, which helped.

16. Yuri started a business renting VHS tapes in stalls around the city. That business made decent money because people wanted to see new movies at this time.

17. Yuri also started a limousine business in 1991 or 1992. He had up to four limousines at one time. This was the first limousine business in Lithuania.

18. Compared to others in Lithuania, it is hard to know how much money Yuri made. He was not flashy or showy. His home was modest but well maintained. Yuri had to pay money to people in Vilnius for protection. Everyone in business had to do this in order to survive and keep their businesses running.

19. I lost touch with Yuri when he moved to America. I ran into his wife, Jurate, after he moved, and she gave me his telephone number. I spoke with him on the telephone a few times; that was my last contact with him.

20. I was surprised to hear about Yuri's crimes. I cannot picture Yuri leading or participating in something like that. He was not a violent or cruel person.

21. I lived in Vilnius in 2004-2006 and would have talked with Yuri's attorneys and provided any testimony for him had I been asked.

Pursuant to 28 U.S.C. §1746, I, Gerard Daletsky, declare under penalty of perjury under the laws of the United States that the above is true and correct.

____2.08.2022 Vilnius_____              _____/ signed/_____

Date and Place                                    Gerard Daletsky

Declaration of Gerard Daletsky                    ___GD_____Initials

2

IFCD002368

Ex. 31 pg.3 of 5

## Заявление Герарда Далетски

Я, Герард Далетски, заявляю следующее:

1. Я старше 18 лет и в состоянии сделать данное заявление.

2. Я пишу и читаю на русском языке.

3. Коротко меня называют Гера. У меня есть брат близнец по имени Александр Далетски, коротко его называют Алек.

4. С Юриюсом «Юрием» Кадамовасом в детстве мы были друзьями.

5. Я вырос в маленьком деревянном доме на улицах Тримиту и Калварию в Вильнюсе, Литва. Район называется Шнипшкес. В доме у нас не было туалета и водопровода. Туалет был на улице, а мылись мы в бане раз в неделю. Жили в большом городе деревенской жизнью. Юрий вырос в том же районе в похожих условиях. Мы стали друзьями, так как жили по соседству.

6. Наша семья переехала в Виршулишкес, семья Юрия тоже, и мы с ним остались друзьями. Переезд улучшил качество жизни нашей семьи, квартира была лучше дома в Шнипшкес.

7. Когда мы росли, мы кушали местную еду. Но разнообразие было небольшим. Помню, что бананы были только раз в году, а на новый год давали одну мандаринку.

8. Мы с Юрием и Алеком занимались спортом с соседскими ребятами. Летом играли в футбол, зимой – в хоккей. Ходили плавать. Юрий плавал как рыба.

9. Мы с Юрием учились в одних и тех же школах, Школа № 10 и Школа № 46. Обе школы были в нашем районе.

10. Помню, что Юрий всегда играл на гитаре, и он всегда носил ее с собой. Он пел, у него был хороший голос. В то время интересоваться музыкой было модно.

11. Юрий не был задирой. Он не вступал в ссоры и не ругался. Быстро решал разногласия. Ни о чем не жаловался.

12. Юрий не употреблял наркотики, хотя в городе они были доступны. Иногда он выпивал в компании. Мать Юрия и его отчим Тадик много выпивали. Юрий об этом никогда не рассказывал, но когда я бывал у них дома, я видел, что Татьяна пьяна.

Заявление Герарда Далетски

 Инициалы

1

IFCD002369

13. Юрий служил призывником в советской армии. Он входил в состав военного оркестра, что означает, он был хорошим музыкантом. Туда брали только талантливых.

14. Когда Юрий вернулся из армии, он мог официально работать музыкантом, так как Михаил Горбачев затеял перестройку. Все становилось свободнее, и у людей появлялось больше возможностей заработать. Теперь Юрий мог заняться бизнесом.

15. Юрий успешно занимался музыкой. У него было много знакомых, которых он приглашал на свои выступления, и это помогало.

16. Юрий обзавелся бизнесом по аренде видеокассет с прилавков по городу. Бизнес приносил неплохую прибыль, ведь люди хотели смотреть новые фильмы.

17. Также в 1991 или 1992 году Юрий занялся лимузинным бизнесом. В одно время у него было до четырех лимузинов. Это был первый лимузинный бизнес в Литве.

18. По сравнению с другими, трудно сказать, сколько Юрий зарабатывал. Он не сорил деньгами и не хвастался. Жил скромно, но в достатке. За крышевание в Вильнюсе Юрий должен был платить соответствующим людям. Все в бизнесе в то время должны были это делать ради выживания и сохранения дела.

19. Я потерял связь с Юрием, когда он переехал в Америку. После его переезда я случайно встретил Юрате, и она дала мне его номер телефона. Несколько раз мы с ним поговорили по телефону. После этого мы не общались.

20. Я был удивлен, когда узнал о преступлениях Юрия. Не могу представить, чтобы Юрий руководил или участвовал в чем то подобном. Он не был жестоким человеком и не причинял никому вреда.

21. В 2004 – 2006 гг. я жил в Вильнюсе и согласился бы пообщаться с адвокатами Юрия и подготовить заявление, если бы меня об этом попросили.

В соответствии с 28 U.S.C. §1746, я, Герард Далетски, под угрозой наказания в соответствии с законами Соединенных Штатов за дачу ложных показаний подтверждаю, что вышеизложенное является правдой и только правдой.

_2.08.2022. Вильнюс._        _____

Дата и место                  Герард Далетски

Заявление Герарда Далетски                 Инициалы    2

IFCD002370

Ex. 31 pg.5 of 5