DECLARATION OF VLADIMIR RABKIN

I, Vladimir Rabkin, state as follows:

1. I am over 18 years of age and am competent to make this declaration.
2. I speak and write the English, Lithuanian, and Russian languages.
3. I was a Master of Industrial Teaching and taught carpentry at vocational school No 55 (Builders Training Center) in Vilnius from 1984-1989. As a Master, my job was to work with a cohort of students for three years and supervise their progress, later helping them find job placements. [See attached class photo]
4. I have a degree in Construction Engineering. I currently work as an engineer at a hotel in New York City. I received my master's degree equivalent from the University of Construction in Vilnius in 1978.
5. Yuri Kadamov was a student at the Builders Training Center during the time I was a teacher there. I remember Yuri. I was the Master for Yuri's cohort and supervised him for three years and taught him carpentry.
6. The Builder's Training Center opened in 1981. It enrolled students from all regions of the Soviet Union. Students from republics outside of Lithuania lived at the school. A student who lived in Vilnius would have commuted. I believe that the Center is still at the same location as it was when I taught there.
7. The school had students from a wide variety of backgrounds, including children from orphanages and students who were in trouble with the police. Some students attended voluntarily, while others were mandated to attend by the government.
8. In addition to teaching, I ran a club for students to race small cars on a racetrack we had on campus. The students loved doing this, and it kept them off the streets. I thought of it as a diversion program for some of our more troubled students. [See attached picture].
9. The school day was from 8:00-16:00. There were seven to eight lessons each day. It was a three-year program. It was the equivalent of a trade school in the U.S., but only covering grades 9-11. Students would enroll when they were about fourteen or fifteen years old. Students who attended the Center usually had struggled academically at their previous institution and would be unable to continue in an academic high school, so they opted instead to learn a trade.
10. Traditional lessons were subjects like history, writing, and literature. Trade lessons taught skills like painting, carpentry, tiling, and construction.
11. All the teachers in the school had teaching degrees. Some teachers had advanced degrees in their specialty trade.
12. Classes were taught in Russian and Lithuanian. If a student did not speak Lithuanian, he was assigned to classes with Russian-speaking instructors. I did all of my instruction in Russian but would speak to students in Lithuanian when needed.
13. The Builders Training Center gave grades on a scale from 1-5. 1s and 2s were the lowest grades and were given to students who did not show up for class. A 3 was just barely passing and was given to students who showed up to class but had very poor-quality work. A 4 was good. A 5 was considered excellent and the top grade. They were usually

Declaration of Vladimir Rabkin

_Vl R_ Initials 1

IFCD003073

given after some years of work. In specialty technical courses, like woodworking, students could receive a 6 for truly outstanding work, but teachers rarely gave 6s.

14. A Category 3 degree was the basic degree a student received upon graduation. A Category 4 degree was required to become a master in your trade. A person would need a Category 4 degree to get a job in his trade.

15. Students specialized in one trade but also took classes in the other trades at the school. The school wanted students to have a well-rounded education.

16. The school promoted the arts, music, sports, and theater. Students were encouraged to study a variety of disciplines. I remember Yuri practicing music and guitar in his free time.

17. Students were assigned to apprenticeships in their final year with local businesses or factories.

18. I was Yuri's teacher for production training (woodworking) and physical education classes. I gave him a 5 in both courses, indicating exceptional performance. Unlike some of our students, Jurijus chose to attend the Center and get good at his trade. He always showed up to class, was attentive and eager to learn, and had a good attitude. He also passed his state test, which not all of my students were able to do. I see that he received many 3s on his report card, which indicates to me that he had real difficulty in his other courses. [See attached report card].

19. I also reviewed a sample of his handwriting from 2003. I was surprised at how many grammatical errors there were. This letter seemed to me like it was written by a middle schooler, not by a man in his late 30s. [See attached writing sample].

20. Jurijus was a well-behaved student and a hard worker. He never had any disciplinary problems. I got him a job in the best factory at the time producing wood panels. This job was highly coveted because it paid well and, unlike many construction jobs, was an indoors position. Given the harsh Vilnius winters, an indoor construction job was highly sought-after.

21. I left Lithuania for Brooklyn in 1989 due to the unrest as the Soviet Union began to fall. I lived in Brooklyn from 1989-1996. In 1996, I moved to Long Island. I have lived in the same house on Long Island and have had the same phone number since then. I would have been available at the time of Jurijus' trial to meet with the trial team and provide them this information.

Pursuant to 28 U.S.C. §1746, I, Vladimir Rabkin, declare under penalty of perjury under the laws of the United States that the above is true and correct.

On this day 14 of March 2023

location: Long Island, NY.

_Vladimir Rabkin_

Date and Place                                         Vladimir Rabkin

Declaration of Vladimir Rabkin                                         Initials

IFCD003074

Ex. 32 pg.2 of 7



Declaration of Vladimir Rabkin



Gamybinio mokymo meistras Vladimir Rabkin

96   Všį Vilniaus statybininkų rengin

Declaration of Vladimir Rabkin

$V \cdot R$ Initials

IFCD003076

Ex. 32 pg.4 of 7



## VIEŠOJI ĮSTAIGA VILNIAUS STATYBININKŲ RENGIMO CENTRAS

Laisvės pr. 53, 07191 Vilnius, tel. (8 5) 242 3581, faks. (8 5) 240 7879, el. p. direktorius@vsrc.lt, www.vsrc.lt. Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 111963657

### PAŽYMA
### APIE JURIJAUS KADAMOVO (JURIJ KADAMOV) ĮGYTO IŠSILAVINIMO PATVIRTINIMĄ

2020-07-13  Nr. D5- 26

VšĮ Vilniaus statybininkų rengimo centras, vadovaudamasis VšĮ Vilniaus statybininkų rengimo centro Viršuliškių skyriaus (anksčiau – 55-osios profesinės vidurinės mokyklos) archyvo duomenimis, patvirtina, kad Jurij Kadamov, gimęs 1966-████ 1982–1985 metais mokėsi Vilniaus 55-ojoje profesinėje vidurinėje mokykloje pagal 3 metų trukmės vidurinio ugdymo ir staliaus dailidės profesinio mokymo programą, įgijo vidurinį išsilavinimą ir staliaus (III kategorijos), dailidės (III kategorijos) kvalifikaciją.

1985-07-24 Jurijui Kadamovui išduotas diplomas Nr. Д 619407, registracijos numeris 193.

Jurijaus Kadamovo mokymosi rezultatai :

Pažymiai, įrašyti į diplomą:

| Dalykas | Valandų skaičius | Įvertinimas penkių balų sistemoje |
|---|---|---|
| Gamybinis mokymas | 2040 | 5 (penki) |
| Specialioji technologija | 268 | 3 (trys) |
| Medžiagų mokslas | 88 | 3 (trys) |
| Statybinė braižyba | 97 | 4 (keturi) |
| Ekonominių žinių pagrindai | 34 | 3 (trys) |
| Programavimo pagrindai | 34 | 3 (trys) |
| Rusų kalba | 139 | 4 (keturi) |
| Rusų literatūra | 85 | 4 (keturi) |
| Lietuvių kalba ir literatūra | 169 | 4 (keturi) |
| Algebra ir analizės pradmenys | 329 | 3 (trys) |
| Geometrija | | 3 (trys) |
| TSRS istorija | 238 | 4 (keturi) |
| Visuotinė istorija | | 3 (trys) |
| Visuomenės mokslas | 71 | 4 (keturi) |
| Fizika | 269 | 3 (trys) |
| Astronomija | 17 | 3 (trys) |
| Chemija | 194 | 3 (trys) |
| Biologija | 64 | 3 (trys) |
| Geografija | 54 | 3 (trys) |
| Užsienio kalba (anglų) | 114 | 4 (keturi) |
| Estetinis lavinimas | 40 | 3 (trys) |
| Pradinis karinis parengimas | 142 | 4 (keturi) |
| Fizinis lavinimas | 183 | 5 (penki) |

IFCD000001

Declaration of Vladimir Rabkin

*V. R.* Initials

IFCD003077

| Teisės pagrindai | Nėra duomenų | 4 (keturi) |
| Tarybų Lietuva broliškų tautų šeimoje | Nėra duomenų | 4 (keturi) |
| Naujųjų laikų istorija | Nėra duomenų | 3 (trys) |
| Elgesys | | patenkinamas |

Jurijaus Kadamovo išlaikyti egzaminai penkių balų sistemoje:

| Egzaminas | Egzamino išlaikymo metai | Įvertinimas |
|---|---|---|
| Istorija | 1984 | 3 (trys) |
| Geometrija | 1984 | 3 (trys) |
| Fizika | 1984 | 3 (trys) |
| Chemija | 1984 | 3 (trys) |
| Rusų kalba | 1985 | 4 (keturi) |
| Rusų literatūra | 1985 | 4 (keturi) |
| Algebra ir analizės pradmenys | 1985 | 3 (trys) |
| Visuomenės mokslas | 1985 | 4 (keturi) |
| Specialioji technologija | 1985 | 3 (trys) |
| Staliaus (statybininko) - dailidės kvalifikacinis egzaminas | 1985 | 3 (trys) |

Gimnazijos skyriaus vedėja                                      Alma Briedienė

Alma Briedienė, tel. +37067170131, el. p. info@vsrc.lt

IFCD000002

Declaration of Vladimir Rabkin

IFCD003078



1) Для Габриэля.

Здравствуй сынок- привет Габрюшка!

Ты сибе даже не можэш представить как я был рад когда получил от тебя письмо и рисунок, маладец, большое спасибо! Я очень извеняюсь что не мог вам писать, тачнее писать мог но атправить немог, не имел денег на почтовые марки. Сечас друзя немного напашили на мой щёт и я буду писать чаще и пазванить смогу, хотя это очень дорого и деньги са щёта утикают как вода. Мама пишэт что у тебя уже растут усы, что ты уже большой и даже семочьки щёлкаеш как я. И пишэт что очень пахож на меня. Канечно, веть ты мой сын и не можэш быть пахожим на Стапоне, хотя он тоже хороший дядька. Ты прасил чтобы я тибе что нибуть нарисовал я папробывал можэт тибе и понравится хотя я больше музыкант чем художник. Такаши этот рисунок маме и поздравь от нас абоих с 8 мартом и за одно с днём святого валентин нежно абними и нацэлуй за нас двоих, ладно! Умок! Умок



С МАРТОМ        8 МАРТА 2003
                ЮРА - ПАПА

TF62-14-000001

Declaration of Vladimir Rabkin

Initials 7

Ex. 32 pg.7 of 7

IFCD003079