

## ACCREDITED LANGUAGE SERVICES

*Translation, Interpreting & Transcription*
15 Maiden Lane
Suite 308
New York, NY 10038

Telephone   (212) 766-4111
Toll Free   (800) 322-0284
www.accreditedlanguage.com

February 7, 2023

To Whom It May Concern:

This is to certify that the attached translation from Russian into English is an accurate representation of the document received by this office.  This document is designated as:

**Zadorozny, Stanislav– Signed Declaration –RU, FN-2023.02.01**

Maria Victoria Portuguez, Manager with this company, certifies that Vitaly Dotsenko, who translated this document, is fluent in Russian and standard North American English and qualified to translate.

She attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."

Signature of Maria Victoria Portuguez

Subscribed and sworn to before me on February 7, 2023.

Denise Rawlings
Notary Public, State of Kansas
Qualified in Johnson County
Commission No.: 1194874
My Commission Expires: March 18, 2026

Sincerely,

Victor J. Hertz
President

VJH/mvp

Attachments

IFCD002789

Ex. 33 pg.1 of 7

STANISLAV ZADOROZNY'S, STATEMENT

I, Stanislav Zadorozny, make the following statement:

1.  I am over 18 years of age and able to make this statement.

2.  I speak and write in Russian. I speak a little English, but I am not fluent in English.

3.  My name is [sic] Slava.

4.  I was born in Russia, in the Khabarovsk region, but most of my life I lived in Kyiv, Ukraine. In 1987, my wife Zhanna and I emigrated to the United States. My brother was married to a Jewish woman and she had the opportunity to emigrate from the Soviet Union with refugee status. Zhanna and I managed to emigrate together with my brother and his wife.

5.  I am a US citizen.

6.  In the Soviet Union, I studied to be an electrical engineer but, after moving to the USA, it was difficult for me to find a job in my profession. I practically did not speak English, and it was hard to prove my abilities. I took any electrical job to make a living. The work in Los Angeles was much more mundane compared to that in Kyiv, but it helped me support my family.

7.  I managed to find a job in Los Angeles through Russian-speaking acquaintances to whom I offered my services as an electrician. I asked people from the Russian-speaking community if they needed an electrician. I called friends and asked for a job, asked people about job opportunities if I ran into Russian speakers in a supermarket or restaurant. This is how most Soviet and post-Soviet emigrants found work without knowing English.

8.  I met Yurius "Yuri" Kadamovas in the early 2000s at a Russian restaurant in Los Angeles. Also, me and my wife sometimes met him and Natalia Solovieva in the Holy Mother of God Orthodox Church.

9.  Yuri introduced me to Yuri Mikhel in a restaurant, and it seems that by that time they already knew each other. I met Mikhel about a year and a half before their arrest. I called them "Yura 1" and "Yura 2". Mikhel was Yura 1, despite the fact that I met him later than Kadomovas. It was obvious that Yuri Mikhel was in charge and took a leadership position instead of Yura, and, therefore, I called him "Yura 1."

10. Michel asked me to do some electrical work in his house and in the aquarium shop they were working on.

11. Mikhel's house was luxurious, and it was clear that he had a lot of money. During my acquaintance with Yuri, he lived in an apartment and led a more modest life.

Stanislav Zadorozny's statement

1

_____ Initials

IFCD002790

Ex. 33 pg.2 of 7

12. Yuri and Mikhel were my acquaintances. I met them when we ended up in the same restaurants. Sometimes they would meet and play billiards while I finished my electrical work, but I didn't join them, and I didn't stay any longer than I had to for work. It was in my best interest to finish the work as soon as possible and return to my family.

13. Usually Mikhel gave me work assignments. He gave me detailed, step-by-step instructions before doing the work. Sometimes Yuri asked me to fix something with some of the aquariums, but he always consulted with Mikhel first. Yuri's assignments were simpler, and he only gave them to me one at a time.

14. I considered Yuri a talented builder and admired his aquariums. His aquariums were luxury items and works of art. They were also unique in that they were meant for salt-water fish rather than freshwater fish.

15. Yuri would never have been able to develop an aquarium business without Mikhel. Everything depended on Michel, he was more apt in business. Mikhel knew how to plan and implement plans in a way that Yuri could never have been able to. On the other hand, Yuri was good with his hands, he was a good craftsman.

16. Every time I met Yuri and Mikhel, they were together. Mikhel always paid me and always on time. The quality of my work was so high that he had no reason to complain.

17. It was clear that Mikhel was the leader among them. He seemed much smarter than Yuri and always talked about new business ideas and ways to make money. Mikhel spoke English, unlike Yuri. Mikhel had language and intellectual skills that Yuri lacked.

18. It was also obvious that Michel had connections all over the world. Mikhel used to give instructions to me and to other people working for him when I crossed paths with them. Just before Mikhel was arrested, he offered me a job as an electrician in a hotel he planned to open in Hawaii. He said that he would pay for my plane ticket, and it was clear that the idea of opening a hotel in such an exotic place pleased him. He was arrested before plans for the hotel were realized. Mikhel was mentally superior to Yuri and knew how to influence other people. As far as I know, he even managed to persuade the guards to help him escape from prison. Yuri lacked the skills to do things like that. He was a handy tool in Mikhel's hands, and it's obvious to me that the idea didn't belong to Yuri.

19. I do not remember that Yuri traveled or was often away.

20. Yuri was very fond of his daughter, Anastasia. It was evident that from birth she was surrounded by her father's love. It would be nice if all children could enjoy such love from their parents. I remember how joyful and happy Yuri was when Anastasia was born. We met in a restaurant, being there in different groups, and he told me that he would become a father.

Stanislav Zadorozny's statement

2

_____ Initials

IFCD002791

He was so filled with emotion that he burst into tears.

21. Several times I saw Yuri drunk when we were in the same restaurant.

22. I know Petro Krylov because his wife at that time, Natalia, was a close friend of my daughter, Irina. Krylov and Natalia got married in Odessa, Ukraine before emigrating to the United States. First, Natalia moved to the United States with her family, and Krylov arrived later. I helped Petro find a job in the same way as I mentioned above, through the Russian community.

23. I remember Altmanis mainly from his shop. It was called From A to Z. The store was sparse. It was small, and various household goods were sold there. I met Altmanis several times in his shop, but our meetings were short and unremarkable. The Altmanis family was poor, it was hard for them, their shop did not bring much profit.

24. After everyone was detained, the FBI talked to me. A male FBI agent with a Russian translator came to my house.

25. Before the trial, I once again spoke with representatives of the gov. agencies.

26. I remember that I testified in court. In court, I identified both Mikhel and Kadamovas. I testified about money transfers.

27. During cross-examination, the defense [attorney] was focused on the knife and did not ask me questions about my relationship with Yuri.

28. I have lived at the same address in Los Angeles since 1994, the same place where the FBI interrogated me.

29. I am willing to return to court to testify on behalf of Yuri to add to my testimony given in October. I would like the jury in the courtroom to learn more from me about Yuri as a good person. Yuri was a great guy, and I can only say good things about him. If my lawyers asked me to, I would swear all the information provided in this statement.

Under 28 U.S.C. §1746, I, Stanislav Zadorozny, certify under penalty of perjury under the laws of the United States that the aforesaid is the truth and nothing but the truth.

_____          _____
Date and place                                                            Stanislav Zadorozny

Stanislav Zadorozny's statement                                    3
                                                              _____ Initials

IFCD002792

Ex. 33 pg.4 of 7

## ЗАЯВЛЕНИЕ СТАНИСЛАВА ЗАДОРОЗНИ

Я, Станислав Задорзни, заявляю следующее:

1. Я старше 18 лет и в состоянии сделать данное заявление.

2. Я разговариваю и пишу на русском языке. Немного разговариваю по-английски, но свободно английским не владею.

3. Меня называют Слава.

4. Я родился в России, в Хабаровской области, но большую часть своей жизни прожил в Киеве, в Украине. В 1987 году мы с женой Жанной эмигрировали в США. Мой брат был женат на еврейке, и у нее была возможность эмигрировать из Советского Союза со статусом беженки. Нам с Жанной удалось эмигрировать вместе с братом и его женой.

5. Я являюсь гражданином Соединенных Штатов.

6. В Советском Союзе я учился на инженера-электрика, но по переезду в США мне было сложно найти работу по профессии. Я практически не разговаривал на английском, и мне было сложно доказать свои способности. Я брался за любую работу по электрике, чтобы прожить. Работа в Лос-Анжелесе была гораздо проще по сравнению с Киевом, но она помогала мне содержать свою семью.

7. Мне удавалось найти работу в Лос-Анжелесе через русскоговорящих знакомых, которым я предлагал свои услуги электрика. Я обращался к людям из русскоговорящей общины, не нужен ли им электрик. Я обзванивал друзей и просил работу, спрашивал у людей о возможностях по работе, если натыкался на русскоговорящих в супермаркете или ресторане. Вот как большинство советских и пост-советских эмигрантов находили работу без знаний английского языка.

8. Я познакомился с Юриюсом «Юрий» Кадамовасом в начале 2000-х в русском ресторане в Лос-Анжелесе. Также с женой мы иногда встречали их с Натальей Соловьевой в православной церкви Пресвятой Богородицы.

9. Юрий представил меня Юрию Михелю в ресторане, и кажется, к этому времени они уже были знакомы. Я познакомился и Михелем около полутора лет до их ареста. Я называл их «Юра 1» и «Юра 2». Михель был «Юра 1», несмотря на то, что я познакомился с ним позже, чем с Кадомовасом. Было очевидно, что Юрий Михель был за главного и занимал лидерскую позицию, нежели Юра, и поэтому я называл его «Юра 1».

10. Михель попросил меня выполнять кое-какую работу по электрической части в его доме и в салоне аквариумов, над которым они работали.

11. Дом Михеля был роскошным, и было видно, что у него много денег. Во время моего знакомства с Юрием, тот жил в квартире и вел более скромную жизнь.

Заявление Станислава Задорозни                                    _____ Инициалы   1

IFCD002793

Ex. 33 pg.5 of 7

12. Юрий и Михель были моими знакомыми. Я встречал их, когда мы оказывались в одних и тех же ресторанах. Иногда они встречались и играли в бильярд, пока я заканчивал работу по электрике, но я не присоединялся к ним, и не оставался дольше, чем надо по работе. В моих интересах было поскорее закончить работу и вернуться к своей семье.

13. Обычно Михель давал мне задания по работе. Он давал мне подробные, поэтапные инструкции до выполнения работ. Иногда Юрий просил меня починить что-нибудь с одним из аквариумов, но он всегда сначала консультировался с Михелем. Задания Юрия были более простыми, и он давал их мне только по отдельности.

14. Я считал Юрия талантливым строителем и восхищался его аквариумами. Его аквариумы были роскошными изделиями и произведениями искусства. Они также были уникальны тем, что предназначены для морских рыб, а не для пресноводных.

15. Юрию никогда бы не удалось развить бизнес с аквариумами без Михеля. Все зависело от Михеля, он был более хватким в бизнесе. Михель умел планировать и реализовывать планы так, как Юрий никогда бы не смог. С другой стороны, у Юрия были талантливые руки, он был хорошим мастером.

16. Каждый раз я встречал Юрия и Мехеля вместе. Расплачивался со мной всегда Михель, и всегда вовремя. Качество моей работы было настолько высоким, что у него не было причин жаловаться.

17. Было ясно, что среди них Михель главный. Он казался намного умнее Юрия и всегда рассказывал о новых идеях в бизнесе и способах заработать. Михель говорил по-английски в отличии от Юрия. У Михеля были языковые и интеллектуальные навыки, которых Юрию не хватало.

18. Также было очевидно, что у Михеля были связи по всему миру. Михель давал указания мне и другим людям, работающими у него, когда я с ними пересекался. Перед самым задержанием Михеля он предлагал мне поработать электриком в отеле, который он планировал открыть на Гавайях. Он говорил, что оплатит мне билет на самолет, и было видно, что идея открытия отеля в таком экзотическом месте его радовала. Он был арестован до реализации планов по отелю. Михель психологически превосходил Юрия и знал, как повлиять на других людей. Насколько я знаю, ему даже удалось уговорить охранников помочь ему сбежать из тюрьмы. Юрию не хватало навыков делать что-то подобное. Он был удобным инструментов в руках Михеля, и для меня очевидно, что идея не принадлежала Юрию.

19. Не помню, чтобы Юрий путешествовал или часто бывал в отъезде.

20. Юрий очень любил свою дочь, Анастасию. Было видно, что с самого рождения она была окружена любовью отца. Хотелось бы, чтобы все дети чувствовали такую любовь со стороны своих родителей. Помню, каким радостным и счастливым был Юрий, когда родилась Анастасия. Мы встретились в ресторане, находившись там в

Заявление Станислава Задорозни                                                          *S. Ɔ.* Инициалы 2

IFCD002794

разных компаниях, и он сказал мне, что станет отцом. Он был настолько наполнен эмоциями, что расплакался.

21. Несколько раз я видел Юрия пьяным, когда мы сидели в одном и том же ресторане.

22. Я знаком с Петро Крыловым, так как его на то время жена, Наталия, была близкой подругой моей дочери, Ирины. Крылов и Наталия поженились в Одессе, в Украине до эмиграции в США. Сперва Наталия перебралась в Соединенные Штаты со своей семьей, а Крылов приехал позже. Я помогал Петро найти работу также, как было упомянуто мною выше, через русскую общину.

23. Я припоминаю Алтманиса, в основном, по его магазину. Он назывался "From A to Z". Магазин был скудным. Он был маленьким, и там продавались разные хозтовары. Я встречался с Алтманисом несколько раз в его магазине, но наши встречи были короткими и непримечательными. Семья Алтманиса была бедной, им было тяжело, их магазин не приносил много прибыли.

24. После того, как всех задержали, со мной пообщались ФБР. Мужчина агент ФБР с русской переводчицей пришли ко мне домой.

25. Перед судом я еще раз разговаривал с представителями гос. служб.

26. Помню, что в суде давал показания. В суде я опознал и Михеля, и Кадамовоса. Я дал показания о денежных переводах.

27. Во время перекрестного допроса защита сосредоточилась на ноже, и не задавала мне вопросов о моих отношениях с Юрием.

28. Проживаю по одному и тому же адресу в Лос-Анжелесе с 1994 года, там же, где меня допросили ФБР.

29. Я бы вернулся в суд для дачи показаний в пользу Юрия в дополнение моим показаниям, данным в октябре. Я бы хотел, чтобы присяжные в зале суда узнали от меня больше о Юрие, как о хорошем человеке. Юрий был отличным парнем, и могу сказать о нем только хорошее. Если бы адвокаты меня попросили, я бы подтвердил под присягой всю информацию, указанную в настоящем заявлении.

В соответствии с 28 U.S.C. §1746, я, Станислав Задорозни, под угрозой наказания в соответствии с законами Соединенных Штатов за дачу ложных показаний подтверждаю, что вышеизложенное является правдой и только правдой.

_02-01-23  N. Hollywood_        _S. [signature]_
_CA 91606_
Дата и место                    Станислав Задорозни

Заявление Станислава Задорозни                    _S Z_ Инициалы    3

IFCD002795