# Psychiatric Records Aimuchamed Kadamovas'

This is to certify that the attached 2 to 79 page translation of Imuhamed Kadamov's medical records in 39 Word Documents is a true and correct translation from Lithuanian and Russian (Russian page Nos 4, 5, 6, 7, 8, 9, 10, 25, 26, 39, 40, 41, 42, 63, 79 ) into English, performed to the best of my knowledge and ability.

Handwritten initials and dates have been rendered in *italics*.

As a member of the UK National Register of Public Service Interpreters in the Lithuanian Language, I am a qualified and experienced translator. I have Certificates for translation for the Metropolitan Police (UK) and the Immigration Appellate Courts. Further, I am a rejoining member of the Institute of Linguists and have diplomas in Public Service Interpreting in both Health and Law.

Signature of Rasa Cuckson, Translator

Signed this 21 day of August, 2022

IFCD002030

Ex. 34 pg.1 of 159



IFCD002031

Ex. 34 pg.2 of 159

КАРТА № 6302 / 71715 стационарного больного

Форма 30

Когда приехал обратно в Вильнюс только без детей мне сдали в милицию и хотели узнать где дети. Никому не говорил, а дежурному милиционеру сказал, если спокойно отпустил то жена завтра будет имел ребёнок.

Что и был ели послали в Алитусе и она забрала детей. После она раза два приехала с детьми ко мне

2

IFCD002032

Ex. 34 pg.3 of 159



IFCD002033

Ex. 34 pg.4 of 159



24го Июля бЫл в Вильнюсе на суде, до суда, бз жена спросила, мои дела, как здоровя, ответил хорош. Судья нас развел. После всего этого я подумал, что жена и любовником развод бЫл подготовленным. Конечно этого доказать я немогу но они до развода встречались очень часто а он безприпятственна мог приходил домой и всего что делалог у нас дома видели и родители моей жены и мои дети.

"Когда дядя Витья приходит и ночует у нас что мама ему покупает Водку и они в месте пили!" — говорил мне сЫн.

Както случилась так, что приехов в Вильнюс я не нашел жену дома и мне не допустил к детям ее родители, время было познатна и согласился подождать, до утра.

Подозревала!

Именна этот вечер она была дома и он оказался у них по этому мне не открЫл двери.
До утра я с швагром выпили 2 бутЫлку Водки и легли спать а когда проснулися дети мои бЫли на улице, играли, жена не бЫло (понятное дело — поранше ушли). Одел детей и увез в Алитус Когда приехал обратна в Вильнюс только без детей мне сдали в милицию и хотели узнать где дети. Николу не говорил, а дежурному милиционеру сказал, если спокойна отпустили то жена завтра будет иметь ребят.

Что и бЫло ми поехали в Алитус ни она забрала детей. После она раза два приежала с детьми к мне.

4

IFCD002034



Всего это, что случилось и пекколисть, развод если даже и произошло измена я тебе все прощаю и прошу приехать в Алматы и жить со мной ради детей. Ради детей, я извеняюсь не могу писать.

Это было издевательство говоря самой о почти не возможном, где я возму сразу квартиру.

Вообще никем и ни как не мог уговорит совместную, надобности совместную жизни ради детей Бог дат я и пошол на это

заголовок будет так.

IFCD002035



IFCD002036

Ex. 34 pg.7 of 159



IFCD002037



8



9



IFCD002040

Ex. 34 pg.11 of 159



11

IFCD002041



12

IFCD002042

Ex. 34 pg.13 of 159



13

IFCD002043



14



15

IFCD002045

Ex. 34 pg.16 of 159



16

IFCD002046



17

IFCD002047

Ex. 34 pg.18 of 159



18

IFCD002048

Ex. 34 pg.19 of 159



IFCD002049

Ex. 34 pg.20 of 159



IFCD002050

Ex. 34 pg.21 of 159



IFCD002051

Ex. 34 pg.22 of 159



IFCD002052

Ex. 34 pg.23 of 159



23

Ex. 34 pg.24 of 159



24

IFCD002054

Ex. 34 pg.25 of 159



IFCD002055

Ex. 34 pg.26 of 159



26

Ex. 34 pg.27 of 159



EPIKRIZĖ

27

IFCD002057

Ex. 34 pg.28 of 159



28

IFCD002058

Ex. 34 pg.29 of 159



29



IFCD002060

Ex. 34 pg.31 of 159



IFCD002061

Ex. 34 pg.32 of 159

LTSR
SVEIKATOS APSAUGOS
MINISTERIJA.
8 N vP Apn
įstaigos pavadinimas
M
skyrius

Kraujo grupė _____
Rezus priklausomybė _____
Transportavimo būdas: vežimėliu, tė-
dėjo, gali eiti (pabraukti)
Išrašymo diena ir laikas
1978. III. 31

Apskaitos forma Nr.
Patvirtinta TSRS sveikatos apsaugos
ministerijos 1957 XI.16
Į stacionarą priėmimo data ir laikas
1977 XII.26
Gulėjo dieną 95

STACIONARINIO LIGONIO KORTELĖ Nr. 7461 / 86530

Pavardė, vardas ir t. v. _____ Kadamov Aimuehamed, —

Amžius 1941 (pilnų metų; vaikams iki metų—mėnesių, iki mėnesio—dieną)

Pastovi gyvenvietė: miestas, kaimas (pabraukti) Alytus Jemeljenovo gen. vienas gatvė ___ 29-43

Berdejev Bairam, kolchozas apyl. Kiši Lermontovo g. 13

Alytaus Miestų statybos g-la Saltkalvis

Kas siuntė ligonį _____ PNvPP lig. dispaner

Prisiatytas į stacionarą pagal ekstra indikacijas: taip, ne per _____ valandų nuo susirgimo (...) pradžios; hospitalizuotas planine tvarka (pabraukti)

Siuntimo įstaigos diagnozė _____ Neurasterija

Diagnozė hospitalizuojant _____ ta pats

Klinikinė diagnozė _____ Psichopatija, afektu XI. 2 N nustatymo datos

Klinikinė (galutinė) diagnozė
a) pagrindinė: Psichopatija, afektu      301,1

b) komplikacijos pagrindinė:

c) gretutinės:

IFCD002062

Ex. 34 pg.33 of 159

11. Šiais metais hospitalizuotas dėl šio susirgimo: pirmą kartą, pakartotinai (pabraukti), viso _2_ kartų.

12. Chirurginės operacijos, nuskausminimo būdai ir pooperacinės komplikacijos.

| | | | Nuskausminimo būdai | Komplikacijos |
|---|---|---|---|---|
| | 2 935 6 6 | | | Buo .940 |
| 1. | Pasas 655110 | + | | 8. m 5kg |
| 2. | Laikrodis su saumm | | | ligoniy |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

, Operavo

13. Kiti gydymo būdai (ligonių, sergančių piktybiniais navikais, specialus gydymas: chirurginis, spindulinis, kombinuotas, kompleksinis, chemioterapinis; paliatyvus; simtominis (pabraukti).

14. Gretutinis vaistų veikimas _____ (preparato pavadinimas, gretutinio veikimo pobūdis)

N/P veikus

15. Pažymėjimai apie nedarbingumo lapelio išdavymą

Nr. 032106 nuo 77 XII 29 iki III 31          Nr._____ nuo _____ iki

Nr._____ nuo IV 1 iki IV 7               Nr._____ nuo _____ iki

IV 8 ,ataoly

16. Liga pasibaigė; išrašytas—pasveikęs, pagerėjęs, be pakitimų, pablogėjęs; išrašytas pagal laidavimą—liečia psichinius ligonius; perkeltas į kitą ligoninę_____

_____ (gydymo įstaigos pavadinimas)

Mirė, mirė priėmimo skyriuje, mirė nėščia iki 28 savaičių nėštumo, mirė nėščia po 28 savaičių nėštume, gimdyvė pagimdžiusi.

17. Apdraustiems: darbingumas pilnai atstatytas sumažintas, laikinai nustotas, pastovus nedarbingumo nustojimas dėl šio susirgimo, dėl kitų priežasčių (pabraukti).

18. Atvikusiems ekspertizei—išvados _____

19. Ypatingi pažymėjimai _____

Gydantysis gydytojas _____     Skyriaus vedėjas _____

33

IFCD002063

Ex. 34 pg.34 of 159



IFCD002064

Ex. 34 pg.35 of 159



IFCD002065

Ex. 34 pg.36 of 159



36

IFCD002066



IFCD002067

Ex. 34 pg.38 of 159



IFCD002068

Ex. 34 pg.39 of 159



IFCD002069

Ex. 34 pg.40 of 159



40

Ex. 34 pg.41 of 159



IFCD002071

Ex. 34 pg.42 of 159



42

Ex. 34 pg.43 of 159



IFCD002073

Ex. 34 pg.44 of 159



IFCD002074

Ex. 34 pg.45 of 159



45

IFCD002075

Ex. 34 pg.46 of 159



46

IFCD002076



IFCD002077

Ex. 34 pg.48 of 159



48

IFCD002078



IFCD002079

Ex. 34 pg.50 of 159



50

IFCD002080



IFCD002081

Ex. 34 pg.52 of 159



52

Ex. 34 pg.53 of 159



# EPIKRIZĖ

53



54

IFCD002084

Ex. 34 pg.55 of 159



IFCD002085

Ex. 34 pg.56 of 159



56

IFCD002086



57

IFCD002087

Ex. 34 pg.58 of 159



58

IFCD002088

Ex. 34 pg.59 of 159



59

IFCD002089

Ex. 34 pg.60 of 159



60

IFCD002090

Ex. 34 pg.61 of 159

СССР

Министерство здравоохранения

.....P.N.V.P.L........
название учреждения

................Su.K......
отделение

Палата №2

Переведен в отделение

Группа крови ...................

Резус принадлежность ................

Виды транспортировки: на каталке, на кресле, может идти (подчеркнуть)

Дата и время выписки (с) ....19.78.IV.19.......

Учетная форма № 3

Утверждена Министерством здравоохранения СССР 16/XI 1967 г.

Дата и время поступления ................

КАРТА № 3175 /89843         Проведено койко-дней .....6

стационарного больного    М Ж

1. Фамилия, имя, отчество ...........

2. Возраст .......... (полных лет, для детей: до 1 года—месяцев, до 1 месяца—дней)

3. Постоянное местожительство: город, село (подчеркнуть) ...........

вписать адрес, указав для приезжих—область, район, населенный пункт

4. Место работы, профессия или должность ...........

адрес родственников и № телефона ...........

для учащихся—место учебы; для детей—название детского учреждения, школы; для инвалидов—род и группа инвалидности, ИОВ, из них. (подчер.)

5. Кем направлен больной ...........
название лечебного учреждения

6. Доставлен в стационар по экстренным показаниям: да, нет через ........... часов после начала заболевания, получения; травмы, госпитализирован в плановом порядке (подчеркнуть)

7. Диагноз направившего учреждения ...........

8. Диагноз при поступлении ...........

9. Диагноз клинический ...........

Даты установления

78.10.14

301.1

10. Диагноз заключительный клинический
   а) основной: ...........

   б) осложнение основного: ...........

   в) сопутствующий: ...........

IFCD002091

Ex. 34 pg.62 of 159



IFCD002092

Ex. 34 pg.63 of 159



63



64

Ex. 34 pg.65 of 159



IFCD002095

Ex. 34 pg.66 of 159



66

Ex. 34 pg.67 of 159



67

IFCD002097



IFCD002098

Ex. 34 pg.69 of 159



IFCD002099

Ex. 34 pg.70 of 159





71

IFCD002101

Ex. 34 pg.72 of 159



IFCD002102

Ex. 34 pg.73 of 159



73

IFCD002103

Ex. 34 pg.74 of 159

Лиуркисе. сср.

Lietuvos TSR
ikalos apsaugos ministerija

rą atlikuslos įstaigos pavadinimas

### Kraujo analizė Nr. 4452

Kadamov A

on

usas, skyrius   V  ryч   gydytojui

| Itrocitai | Hemo-globinas | Spalvinis indeksas | Storas lašas | | Retikulo-citai | Trombo-citai | Parazitai |
|---|---|---|---|---|---|---|---|
| | | | Poli-chrom. | Bazofil. | | | |
| kub. mm 3p 5 mm | 80—100 | 0,8—1,0 | + | — | 0,6—0,8 | 250—400 tūkst. | |
| | 15gr | | | | | | |

oratorija

materijos 1909 m. vasario 30 6.

### SLAPIMO ANALIZĖ Nr. 4878

Kadamov A
(pavardė, vardas, t. v.)        D. V. у.
(skyrius)

Mikroskopinė analizė

kis

va      gelfeta        Epitelis: plokštus prov   pereinamas prove.
drumas        nu              cilindrinis        kubinis
svoris  1.044          Leukocitai   0-2-3 u
kcija  nigni          Eritrocitai: nepakit 1 u nakr k.
ymas %  0,037        Cilindrai: hialininiai
rus        neio                grūdėti        vaškiniai
onas                      epiteliniai        cilindroidai
les pigmentas  neio      Gleivės   udut
linas  + (iug.)        Bakterijos
anas                      Druskos
                          Grybelial
nta  98 tv tų        Parašas
00.000, 111-75

42

### PAŽYMA APIE ASMENS GYDYMĄ
2021 -12- 27    Nr. K6-8947

TATJANA KADAMOVA, gim. 1945-███ VšĮ Respublikinėje Vilniaus psichiatrijos ligoninėje negydyta.

L. e. p. Dokumentų valdymo skyriaus vadovė        Svajūnė Klemkienė

Primename, kad visa informacija apie pacientą yra konfidenciali. Už šių žinių konfidencialumą atsako įstaigos, kurios gavo informaciją.

Renata Žvikaitė, tel. (8 5) 267 0531

74

IFCD002104



IFCD002105

Ex. 34 pg.76 of 159



76

IFCD002106

Ex. 34 pg.77 of 159



IFCD002107

Ex. 34 pg.78 of 159



78

IFCD002108

Ex. 34 pg.79 of 159



IFCD002109

Ex. 34 pg.80 of 159

[BLANK PAGE]

1

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002110

Translator's remark: relevant hand written form parts with appropriate printed phrases have been translated.

USSR, Ministry of Healthcare, Vilnius Republican Psychiatric Hospital, 4th male ward

Date and time of admission: 22/10/1975

Date and time of release (death): 8/07/1975

Translator's remark: probably mixed up the order of entries

Days spent in hospital: 77

Patient's record number: 6302/71715

1. Name, surname, patronymic:  Kadamovas Aimuhomedas
2. Age: 1941
3. Permanent place of residence: Alytus town, Petkevičiaus Street, 30 – 413, wife lives at the address Vilnius, Trimitų Street 40 – 2
4. Place of work, profession or position: Alytus Cotton factory, apprentice
5. Referred by Alytus Polyclinic
6. (not relevant – translator's remark)
7. Diagnosis of referring body: obsessive-compulsive disorder neurosis
8. Diagnosis at the time of admission: same
9. Clinical diagnosis: psychopathy with obsessive compulsive syndrome
10. Final clinical diagnosis:
    a) main one: paranoid psychopathy
    b) complications of the main one: 301.01.D1
    c) co-diagnosis: alcohol addiction

    A separate note (translator's remark):

    When I came back to Vilnius, but without the children, I was taken to the police and asked where the children were. I did not speak to anyone, but just told the police officer on duty that if they let me go quietly then my wife tomorrow can have the children. This is what happened – she was sent to Alytus and collected the children. Afterwards she did visit me a couple of times with the children.

2

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002111

Ex. 34 pg.82 of 159

11. Hospitalisation that particular year with that particular illness: first time, once
12. Surgeries, anaesthetic methods and post – operative complications:
    (this part is used for listing property items instead – translator's remark)

    1. Passport No ███
    2. Communist party card No 2935466
    3. Watch kept by patient (brand „sviet", yellow metal)

        Doctor on duty: Balčiūnienė

13. (not relevant – translator's remark)
14. Side effects of medication: did not have outpatient treatment
15. Record of sick bulletin
    No 055082, from 22/10 to 13/12, to resume work on 14/12.
16. Treatment resulted in improvement, the patient was entrusted to the care and escort of his
    brother for further treatment to (illegible) Neurological Hospital

Doctor's signature

3

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002112

Ex. 34 pg.83 of 159

5

On the 24th of July I was in Vilnius at court, before the court (illegible) my wife asked me how I was, how my health was. The court granted us divorce. After all of that I thought that my wife and her lover arranged that divorce. Certainly, I cannot provide proof of that but before our divorce they used to meet very often and he could come to our house with no obstacles and everything thar was happening at our house could be seen by my wife's parents and my children. "When uncle Vitya comes to our house and sleeps overnight mother buys vodka and both of them drink together", they would tell me.

It happened that I came to Vilnius and did not find my wife at home, and her parents would not allow me to see the children. It was rather late and I agreed to wait till morning.

I suspect

that precisely on that evening she was at home and he was with them and that's why they did not open the door for me. Till morning my brother-in-law and I drank 2 bottles of vodka and went to sleep, and when we woke up my children were in the street playing, and my wife was not there (it's understandable – she left earlier). I dressed the children and took them to Alytus. When I came back to Vilnius without the children I was reported to the police  and they wanted to find out where the children were.  I did not tell anyone but told to the police officer on duty that if I was quietly released, then my wife could collect the children tomorrow. That's what happened – she was sent to Alytus and collected the children. Afterwards she came to me twice with the children.

4

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002113

Ex. 34 pg.84 of 159

After everything that happened and all the frivolity, even after the divorce I forgive all the infidelity, I forgive everything and I ask you to come to Alytus and live with me for the sake of the children. I apologise I cannot write.

It was a mockery to speak to me like that, it was impossible, how could I get a flat straight away.

In general I could not persuade [her] to live together for the sake of the children. And that was the time when I decided to do that and the heading would be this

5

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002114

Murder after a premeditated divorce

Deceased Tanya

If you start making noise it will not be in your favour

Today, on the 18th of October I will become 34 years old and if today together we do not decide how to live and how to behave in terms of our children then either I will kill you or both of us.

---

I wrote this note at the beginning of October, I started preparing weapons of death.

[drawing of a lamp about to be plugged in – translator's remark]

On the 13th of October I already had this aggregate and was thinking if I cannot die together with her then I will accompany her home

6

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002115

Ex. 34 pg.86 of 159

and [then] kill myself.

I remember very little why I was ready for huge [illegible]. But I was constantly bidding farewell to my parents, was telling them how they would be burying us and laughing at how they would be missing us.

And what about the children?

This was the thought that saved Tanya, otherwise I would not have hesitated to kill her and myself.

And I could not die by myself because I got drunk and fell asleep with those rings.

Then I went to the doctor, I am very grateful for that [visit] because we people [illegible] in the right way.

7

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002116

I do not know what what possesed me [I] read my farewell letters for my family and friends and parents and never [you] could think that i was not a normal person.

Is there a possibility to read three lettersv once more

To my

Son

My daughter

My Wife

Tanya collected them and took them home with her.

So that is, I think, everything.

Is it possible to write down everything everything?

Maybe at that time I was thinking more in one hour than in a month while I did not know what death, life was and an instant between them.

8

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002117

Maybe even now I cannot remember everything, I do not even want to remember a lot of things but [illegible] that it's a must to live for the sake of everything that is in the world or at least for revenge. It' s a must to remain alive.


Signature

9

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002118

Ex. 34 pg.89 of 159

Ministry of Health of Lithuanian Soviet Socialist Republic

Alytus [illegible] Polyclinic

Referral for consultation and to auxiliary healthcare offices

Health record number

Name, surname Kadamovas Aimuhamedas, b. 1941

Diagnosis – obsessive compulsive disorder neurosis

Address        Petkevičiaus 30 – 413

Referred to Vilnius Republican Psychoneurological Hospital for consultatiojn and treatment.

Signature

Date  20/10/1975

10

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002119

Ex. 34 pg.90 of 159

Conclusions


The patient the patient had major stressful experiences a year ago, divorced his wife. He cannot bear the stress and sees only one way out – he constructed two metal rings to be connected to electrical source. He cannot live through his stressful experience, [illegible], he does not deny [illegible], he does not deny that he drank some vodka.


Signature

11

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002120

Ex. 34 pg.91 of 159

Temperature 36,6                                       blood pressure 130/75


Diary


The patient arrived by himself (possibly accompanied by his wife whom he divorced 4 months ago). Apparently, she stayed outside, and he told her to go home because today is their son's birthday. The patient divorced his wife because of the flat. In January he went to Alytus (from Vilnius where he stayed with his mother - in – law) in order to get a job and a flat, his wife stayed in Vilnius at that time. It appeared to him that she was having too much fun without him, that she had another man, therefore they started getting into arguments. When his wife applied for divorce and eventually, they did divorce officially, he got obsessed by the thought "to take revenge on wife", to kill her with electric current and commit suicide. He started drinking so that to drown his sorrow in vodka and feel more courage. He's been sleeping not well for about a month.


Medicines:          sol Tizercini 2,0  at night

                    [illegible]


Sanitary  cleaning performed


Doctor on duty Balčiūnienė

12

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002121

Ex. 34 pg.92 of 159

23/10/1975

Subj au vitae


Was born in 1941 in Turkmen SSR, in the family of collective farmers. There were 5 children in the family, a 5 – year – old brother died (One brother is a farmer, another brother works as a purveyor in the collective farm, sister is a housewife). Father divorced mother, [the patient] does not know why. [Father] lived alone, died in 1957 from heart attack. Mother is a quiet woman, a pensioner. During the earthquake in 1948 the patient was sent to the orphanage where he completed 7 classes. He wanted to enter a road engineering technical school but was not able to do that because of trachoma. He was working in the collective farm until military service. He did his military service in internal [home] military units. Afterwards he worked at a geological expedition as explosives operator.


He got married in 1964 and joined his wife in Vilnius. There he worked as a turner at the computing machine factory, and for 3 years he worked as a [illegible] turner.


He has been living with the in-laws. He has two children already. In order to get an apartment, he changed his profession and got a job a job at Alytus cotton factory.

13

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002122

Male ward IV

Urine analysis No 11080

Citizen Kadamov A.

Colour          yellowish          reaction          [illegible]

Comparative weight 1,025          transparency          transparent

Vilnius Republican Neurological Hospital

17/11/1975

Citizen          Kadamov

Ward          IV male ward

Analysis performed by          (signature)

14

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002123

Ex. 34 pg.94 of 159

USSR

Ministry of Health


VRPNH  male ward IV                          doctor Sruoga


Serological blood test


Citizen Kadamov Aimuch. b 1941

Wasserman reaction        negative

Treponemas                negative

Kan reaction              negative

Cito cholic reaction      negative


Date 23/10/1975

Stool analysis

Negative


Sediment microscopy

Polymorphic        little

Leukocytes         3 – 4,8


Analysis performed        (signature)

17/11/1975


15

*Translation – Aimuchamed Kadamovas Psychiatric Records*


IFCD002124

Blood analysis No 10 – 578

Kadamovas

Male ward IV

Haemoglobin          13,3

Coprological  analysis No 8634

Name, surname               Kadamovas

Male ward IV

16

Leukocytes – norm in absolute figures          7800

Eosinophils                                                    2

Neutrophils                                                  2

Segment.                                                      60

Lymphocytes                                                33

Monocytes                                                    3

Erythrocyte deposition                              26

Analysis performed by                    (signature)

Date:

23/10/1975

--------------------------------------------------------------------------------------------------

Microscopic analysis

Worm eggs                                        absent

17

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002126

Ex. 34 pg.97 of 159

[Repeated page] with urine and blood tests

18

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002127

The patient has had radiculitis and trachoma.

He started using alcoholic drinks since 1960 when he was 19 years old while in service. He's been drinking rarely but copious amounts until amnesia sets in. He denies that he experiences hangovers. He found himself in the sober house [a place where drunks used to be delivered to sober up in the USSR – translator's remark] on 22/10/1966. He's been smoking since the age of 8. There have been plenty of unrecorded absences.

Heredity is uncomplicated.

His character is sudden, irascible, uncontrollable, he speaks the truth in the face.

Started sexual life at the age of 14 (with a 20-year-old woman).

After 3 – 4 years of marriage he started getting jealous of his wife due to his Eastern culture upbringing, he was not able to bear his wife's immodesty with men. It started after an old friend of his wife came to visit (and went with him to the maternity home to visit his wife after childbirth). After this [visit] his wife cooled down to him sexually. Later on, his wife started coming home late after work. On 8/5/0972 his wife got very drunk, her friend visited again, and it became clear that they were meeting up. He left his wife and went to Turkmenistan and purposefully stayed faithful to her there. When he came back, they made up and the second child was born. The wife started drinking, the patient himself as well. Loud conflicts started flaring up in the house.

He left his family in 1971, he wanted to separate his wife from his mother-in-law who was hiding everything from the patient. He started getting worried that everything was being concealed from him, that he was living among people like that. After receiving his wife's letter, he came back again. They were living together rather well only for about a year or two. She started being unfaithful to him again – new men around, she would not sleep at home, started avoiding sexual intercourse.

19

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002128

On 24/07/1975 his wife applied for divorce and child support. He was upset that he had only been needed for her for putting the family on their feet, bringing up children, and later on he was just thrown out like somebody useless.

Description of the patient's state of health

24/10/1975                    State of chest

Chest without changes.

[Doctor's signature]

24/10/1975          Ophthalmologist examination

V1 –   1.0

      0,3

Fundus of the eyes without changes.

[Doctor's signature]

Status praesens

Medium height, dark skinned, adequate nutrition. Palms tattooed.

Heartbeat rhythmical, =72, heartbeat tone clear. Blood pressure 125/180.

In the whole area of lungs vesicul. [word cannot be seen on the page because it has been bent – translator's remark]

Stomach area soft.

CNS without focal pathology.

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002129

Ex. 34 pg.100 of 159

Status psychicus

The patient is sightly excited, a little bit tense, his facial expression gloomy. Easily accessible for contact, he is talking about his (in his opinion, objective) jealousy of his wife willingly, albeit with some worry and wandering off the topic, about "premeditated divorce", about how he decided to forgive his wife's infidelity for the sake of the children. He is offended that after having put his family on their feet, after helping them to deal with domestic drudgery, he was thrown out of the house. He had been suicidal in the past when he was drunk. At the moment he is fully critical of that and feels sorry about it.

Conclusion: in his childhood because of incorrect upbringing a psychopathic personality formed; because of early life alcohol use and related to it jealousy he gradually developed character traits of overestimation and obsessive urges.

1. Planned analysis
2. Objective anamnesis
3. Character evaluation


24/25 – 10 – 1975


Noisy, furious, a little bit tense, sticks to the regime, is not upset by regime restrictions. Easily approachable, freely pours his heart out to the vicinity of the internist about his

21

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002130

Ex. 34 pg.101 of 159

premeditated murder and suicide adding that it was good that he was drunk and fell asleep with the gadget, and his wife was saved after uttering one sentence, "What will happen to our children". It was then that a thought occurred to him who will bring up the children left without the father and 11

[Doctor's signature]

26 – 30/10/1975    Actively gets involved in work therapy – knits nets though rather unsuccessfully. He feels free on his ward, socialises with other patients and staff, easily approachable for contact. Speaks about his previous urges in a calm manner and is justifying himself by saying that he is ashamed to remember his previous stupidity.

1 – 3/11/1975    Days off with no dynamics. His wife may have visited him, she is happy that he is agreeing to have treatment and "if you are a  patient then it's completely another matter"…

4 – 6/11/1975    Obnoxious, noisy, nosy albeit polite, his mood is even but slightly gloomy. Easily accessible to contact. Critical enough. Takes part in official hospital's artistic activities – he sings two songs.

7 – 10/11    During the days off – no dynamics. Made up with his wife.

11 – 15/11    His mood is down a little, he is a little gloomy, [illegible], but his contact with other patients and hospital staff remains active. He started complaining about feelings of numbness, his arms and legs were aching, he was getting stiff. He said he was experiencing especially bad pain in the right temple area.

22

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002131

13/11/1975 [another doctor's entry] – the patient says he is experiencing pain in the area above his right eyebrow, especially where there is pulsation, and where it corresponds with the exit of the top branch of the [illegible] nerve. [illegible] of observed pathology.

Neuralgy of [illegible] nerve.

1) Analgini 0,5 X 3
2) [illegible] on the forehead.

16 – 21/11/1975   Slightly stiffened, hyponymic but takes active part in the life of the ward, mood even, easily accessible to contact. Only complains of weakness in hands and legs. Keeps phoning his wife and wants to reconcile.

22 – 23/11/1975   Days off.

24/11                Obj. anamnesis according to his wife

----------------------------------------------

Right from the first day of their life together the patient was very jealous: she looked [at someone] in a wrong way, why did she stop, she did not speak in the right way, or even she greeted someone in a wrong way. Then he started checking on her and following her, why she was late from work, he was getting suspicious of her old classmate. He's been drinking all the time and during the last 3 months he has been drinking almost every day. After getting drunk he becomes even more jealous, gets excited very quickly, starts [illegible] attacking

23

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002132

with a knife. She decided not to live with him anymore, plus her parents do not allow her [to live with him]. The patient is rude to the children, especially to the son. He was unfaithful to her for a time – he had plenty of mistresses. He would not bring home his salary.

25/11        The case of this patient was discussed at a training seminar for doctors (candidate of medical sciences J. Šliapkin) – conclusion – pathopsychopathy (paranoid).

27/11/1975 The patient's case was taken over by doctor [illegible]

It became clear during the interview that the present mental state of the patient is unsatisfactory as his mood is always low, he thinks about past experiences, though subjectively he feels well and would like to leave the hospital.

Bad relationships, divorce, he explains them as natural and blames his wife's parents and his wife for them.

His mood is low, a little bit gloomy.

He emphasises that his wife's and his own sexual temperaments differ. He considers that his wife is sexually cold. During the interview it becomes clear that though the patient is aroused by active, hypersexual relationship he had premature ejaculation, though he could repeat the sexual act.

The patient needs further medical and psychotherapeutic treatment.

24

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002133

Diary

8/12/1975   At the request of the patient's brother and at the request of the patient himself, he was transferred to the Ashgabat Psychoneurological Hospital for further inpatient treatment, because the dysphoric state has now disappeared, and partial criticism of the past experiences and wrong behaviour has appeared.

He was discharged to the custody of his brother and sent to Ashgabat Psychoneurological Hospital, Turkmen SSR for further inpatient treatment.

The medical record was given to the brother.

The medical receipt was given to the brother.

Doctor's signature

8/12/1975

I am the brother of Kadamov Aimuhamed Gadamov Aimuhamed residing at the address at Ashgabat city Tachirova street house no 100. I am asking to give me custody of my brother so that I can accompany him for further treatment in Ashgabat city.

25

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002134

Ex. 34 pg.105 of 159

End of doctor's note and signature.

26

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002135

EPICRISIS

Patient Kadamovas Aimuhamedas b. 1941 was getting tests and treatment in RNVPNH, male ward IV b between 22/10/1975 and 8/12/1975.

Diagnosis psychopathy, paranoid, [illegible] aggravated by alcoholism. Heredity is unclear. He was born in Turkmen SSR. Finished 7 classes. Served in in the units of the Ministry of Internal Affairs. Married since 1964. He has 2 children. Character traits: he is abrupt, irascible, uncontrollable. His wife says he has been jealous right from the beginning of the marriage. For the last 3 years he's been drinking nearly every day. After drinking he is even more jealous, ride, even aggressive. He beats his wife, attacks her with the knife.

On 24/07/1975 his wife applied for divorce and child support. The patient was very upset about it. His drinking became even more intense. He thought of murdering his wife with electric current and only because of he was drunk he was not able to execute his plan.

When he arrived in the hospital his mood was rather low, slightly dysphoric, spoke about his wife with lots of exaggerated jealousy.

On the ward he remained dysphoric for some time, as well as egoistic, tense.

Treatment: [illegible] strengthening neuroleptic medicine, tranquilizers, psychotherapy.

Due to demands of the patient's brother and the wishes of the patient himself the patient will be released to the in-patient treatment to Ashgabat psychoneurological hospital.

The patient has been released into his brother's care to be accompanied to Turkmen SSR. The hospital record has been given into the hands of the patient's brother.


Signatures of 3 doctors


27

*Translation – Aimuchamed Kadamovas Psychiatric Records*


IFCD002136

Ex. 34 pg.107 of 159

Doctor's prescribed treatment list

Regime: strict observation [of the patient]

Diet 15

Sol glucosi 40% - 20,0 N20

Sol vit C   9% - 51         N20

Sol vit B6   6% 3,0X2    N20

Methonini 0,25X3

Haloperidoli 5 lesX3

Elenii 20 mg /

Cyclodoli  0,002

Sol Aminazini 2,5%, 2,0 v/n

Aminazini  25 mg (18.00 and 20.00 hours)

Analgini 0,5X3 from 12/11 onwards

Aminazini 25 mg

Haloperidoli 5 uX3 times per day

Cyclodoli   2 uX 2 times a day

Methonini 0,25 X 3

28

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002137

Ex. 34 pg.108 of 159

Temperature chart [empty]

29

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002138

Ex. 34 pg.109 of 159

Temperature record of Kadamovas

[Between 14/11 and 8/12 Kadamovas' temperature is below 37 degrees C – normal]

[His weight fluctuates between 65 and 62 kg during the same period]

30

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002139

Ex. 34 pg.110 of 159

Temperature record of Kadamovas

[illegible] Male ward, room 9

[Between 22/10 and 13/11 Kadamovas' temperature is below 37 degrees C – normal]

[His weight fluctuates between 62,5 and 65 kg during the same period]

31

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002140

Ex. 34 pg.111 of 159

IN PATIENT RECORD No 7461/86530

Ministry of Health of Lithuanian SSR

RNVP hospital

Ward IV

Time of release from hospital or time of death –    31/03/1978

Time of in – patient admission                    -    26/12/1977

Days spent in hospital – 75


Surname, name Kadamov Aimuhamed

Age 1941

Permanent place of residence   Alytus, Jemeljenovo Street 29 – 43

Lives alone

Brother Berdejev Bairam, Ashgabat, Kisi district, Lermontov Street 13


 Alytus machinery building factory, turner


Who sent the patient – RNVP Hospital's dispensary


Diagnosis by the dispensary -    neurasthenia

Diagnosis on admission          same

Clinical diagnosis          affective psychopathy, 27/11

Final clinical diagnosis    affective psychopathy

32

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002141

Ex. 34 pg.112 of 159

11. Hospitalisation that particular year with that particular illness: first time, once
12. Surgeries, anaesthetic methods and post – operative complications:
     (this part is used for listing property items instead – translator's remark)

     Communist party card No 2935466
     1. Passport No █████
     2. Watch kept by patient

        Doctor on duty:

13. (not relevant – translator's remark)
14. Side effects of medication: did not have outpatient treatment
15. Record of sick bulletin
     No 032606, from 20/12/77 to 31/03
              from 01/04    to   07/04
     , to resume work on 08/04.
16. Treatment resulted in improvement


Doctor's signature

33

IFCD002142

Ex. 34 pg.113 of 159

Ministry of Health of Lithuanian Soviet Socialist Republic

Republican Naujoji Vilnia psychiatric hospital

Referral for consultation and to auxiliary healthcare offices

Health record number

Name, surname Kadamovas Aimuhamedas, b. 1941

Diagnosis – neurasthenia

Address       Alytus district

Referred to Naujoji Vilnia Psychiatric Hospital for in - patient treatment

Male Ward IV

Signature

Date  26/12/1977

34

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002143

Ex. 34 pg.114 of 159

Diary

Temperature 36,1 C

Blood pressure 120/80


Arrived by himself with outpatient referral. Arrived recurrently and wants to get treatment because he "experiences shivering", his sleep is poorly, lowered mood, he worries about his disintegrated marriage and thinks that all of these worries lead him back to hospital. He denies his addiction to alcohol.


During the time of admission his mood is low, he wants to get treatment because he is afraid that his condition can even get worse. His thoughts make him tired, they are mainly about his past, he blames himself for the disintegration of his family. Sleeps poorly. He manages his job well, but towards the evening he gets very tired, he gets shivers and headaches.


[illegible]

Has been give sanitary cleanliness procedure


Doctor on duty Dzienaite

35

*Translation – Aimuchamed Kadamovas Psychiatric Records*

22/12/1977


Subjective anamnesis


Left the hospital in 1975. Arrived at the hospital. Worked as a turner at a trolley bus park. Was feeling well.


Lived separately [from wife].


Got into fight with brother (he registered his place of residence in the inherited flat where his brother lived). In 1977 received treatment in Ashgabat psychiatric hospital for 3 months in the beginning of 1977. He was very offended, did not speak to other patients. Afterwards he felt well. In May

36

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002145

Ex. 34 pg.116 of 159

Laboratory RNVPH

Male ward IV

Urine analysis No 1690

Citizen Kadamov A.

Colour           yellowish           reaction           [illegible]

Comparative weight 1,020           transparency           transparent

Reaction           acid

Protein           absent

Sugar           absent

Bile pigment           absent

Urobilin           absent

                    Microscopic analysis

Epithelium           parl. proparatis

Leukocytes 00           [illegible]

07/II/1978

Citizen           Kadamov

Ward           IV male ward

37

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002146

Ex. 34 pg.117 of 159

2                                                                      7.00

Bacterial laboratory

Naujoji Vilnia Psychiatric Hospital

Referred by Male Ward IV

Stool sample

By Kadamov

Age 1941

For preventative purposes

Date 1/II                                    Signature

Result

No of sample 2013 -902

Pathogenic microbes of the rectum                    absent

38

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002147

5          Male ward IV

Kadamovas

SA quantity in the blood = 5.25 [illegible]

9/1/78

16

Bacterial laboratory

Naujoji Vilnia Psychiatric Hospital

Referred by Male Ward IV

Stool sample

By Kadamov

Age

For preventative purposes

Date 27/12                    Signature

Result

No of sample 16518 - 8342

Pathogenic microbes of the rectum                    absent

29/12/1977

39

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002148

RPNVH

Wasserman

Citizen Kadamov for Dr Pažerienė

Male Ward IV

Result        negative

Date   29/12/1977

40

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002149

Blood analysis No 10

Kadamovas                     Male Ward IV

Hemoglobin                  14.6

41

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002150

Ex. 34 pg.121 of 159

RNVPH

Blood analysis No 12847

Kadamov

Male Ward IV                              Doctor Pozeriene

Leukocytes                               11 000

[the file is not clear]

42

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002151

Ex. 34 pg.122 of 159

Laboratory RNVPH

Urine analysis No 14002

Citizen Kadamov A.              Male ward IV

Colour            yellowish         reaction         [illegible]

Comparative weight 1,020          transparency      transparent

Reaction          acid

Protein           absent

Sugar             absent

Bile pigment      absent

Urobilin          present

Microscopic analysis

Epithelium flat

Leukocytes        1.3

Date        27/II/1977                    Signature

43

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002152

| | | |
|---|---|---|
| Leukocytes | 11 800 | |
| Eosinophils | 3 | |
| Neutrophils | rod neutrophils | 1 |
| | Segment. | 64 |
| Lymphocytes | | 28 |
| Monocytes | | 4 |
| Erythrocyte sedimentation | | 1 |

Analysis performed by

signature

26/12/1977

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002153

Ex. 34 pg.124 of 159

(In May) he had a lot to drink one day. He was beaten and robbed. He was getting treatment from neuropathologist at a polyclinic for concussion. At that time he was very angry, it seemed to him that any man was the one who beat him up. [illegible] He was again referred to the psychiatric hospital. He was treated for 3 months. He was on Tizercine and the like. He started feeling better.

However at work and during journeys he was hearing the voice of his daughter that was calling him, crying (he was missing his daughter a lot). Upon advice from his doctor he arrived at Alytus again and the voice disappeared. He's been living in Alytus since September 1977, is working as a turner at a machinery factory.

At the end of November he attended a wedding and had drinks. After that he could not sleep, he started feeling fatigued, he would get tired quickly at work. He was sitting at home because he did not have clothes to wear (they were not posted from Ashgabat). He started having suicidal thoughts,

45

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002154

writing farewell letters (communist party leader at the plant he was working assumed it was because of his wife).

He lives with another person in a two – room flat.

## Status praesens

[illegible], blood pressure 140/90. Tendon reflexes are raised. Left arm and left side of the chest have tattoos.

46

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002155

Status psychicus

Acts correctly in the doctor's office. [illegible], is tactful. Actively takes part in the conversation, explains his [illegible]. A little artistic, tends to make a good impression about himself, to arise sympathy. Complains about headaches, sleeplessness, spasms of fingers and toes before falling asleep, shaking of the whole body. At night thoughts visit him that there is no point in living, he does not want anything. Paralogical syndrome encapsulated, no longer relevant at all. [illegible] was forcing to bring up son again. Egocentric.

Conclusion

[illegible] psychopathic character features, later alcohol abuse resulting in paranoid syndrome. [illegible] after head trauma, alcoholic intoxication, and social circumstances. Psychopathic objective syndrome observed. Neurological testing

47

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002156

1. Analysis of lungs
2. Chest [illegible]
3. Ophthalmologist
4. Neuropathologist

Bernadišius

| 29/12/77 | | Ophthalmologist's inspection |
|---|---|---|
| V1 | 1,0 | fundus without changes |
| | 0,4 | |

30/28 – 30    Behaves on the ward correctly, socialises with patients.

Moves around actively, his mood remains slightly lowered, rather gloomy.

Some subjective improvement is observed.

3/1/78    Chest x-ray

Thoracic organs without changes

5/1    Therapist consultation

Blood pressure 120/80

Therapeutic diseases are not observed

2 – 6/1    [illegible] Behaves correctly on the ward. [illegible]

48

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002157

Ex. 34 pg.128 of 159

Neuropathologist Consultation

Complains of occasional headaches. Anamnesis – trauma of the head, tremor of both eyelids, eyeballs, raised tendon reflexes.

EGS - safe rhythm of calm amplitude. (Many artefacts due to tremor), there are no asymmetries and pathological waves.

9 – 13/01    Slightly thin, socialises with other patients passively and reservedly. Is furious with his relatives who have not sent his things to him. [illegible] Complains of headaches, irritability.

16/01        Head of the ward consulted the patient. [illegible] affective psychopathy.

17 – 20/1    Mood even. Socialises with other patients. [illegible] artistic.

24/1        Complains of headaches, [illegible], pain in the chest.

[illegible]. Pain in chest area.

25/1        Temperature 37,3.

49

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002158

Ex. 34 pg.129 of 159

26 – 27/01    Prominent subjective improvement. [The patient] is happy about his relatives' help, they promised to send him things. [The patient] behaves correctly on the ward. His socialising habits are good.

30/1 – 3/2    Started communicating with his relatives though he had pledged not to have anything to do with them. His mood is even. Sometimes he gets slightly irritated about little things.

6/2        He was allowed to go to town to make a phone call to Ashgabat. He came back at 6.30 after having had some drinks. The next day he behaved in a demonstratively dismissive way, was dysphoric, "do whatever you want to do, I do not want to live."

7 – 10/2    His mood has evened out. He has a headache. He has been included into self – performing arts group. Takes active part in it.

13 – 17/2    Feels free. Does not feel that he violated some rules [of the hospital]. Is working, participating in the self – performing arts group. At the time of the doctor's visit he complains of weakness, tiredness, headaches.

20 – 24/2

During the day he feels a little dysphoric, is offended that his wife is not visiting, he wants to pass some presents to grandchildren. Egocentric. He complains of constant cough. Vesicular …. in the lung area.

50

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002159

14/1   Temperature 37,5

Therapist

[The patient] is coughing, is complaining about heaviness in the chest, has fever.

Obj. there is vesicular breathing in the lungs. Moist and sporadic it is more prominent on the right side.

Diagnosis:    acute bronchitis.

Medication: Oletetrini 0,5 X 4

            Theophedrini 1t X 3

Proceed with other medication.

2 – 3/2      Subjective improvement. However, there is still some coughing. He complains of headaches. His mood is rather gloomy.

Vesicular breathing in the lung area.

6 – 10/3      Is feeling better. Coughs less frequently. Looks a little more perky, his mood is better, he socialises with other patients more.

Vesicular breathing in the lung area.

13 - 17/3      His mood is even. He is not active, likes to lie down more. He is not making any particular complaints but at the same time he is not asking to be released from the hospital.

20 – 24/3      Sometimes talks about [issues]. His mood is low. He is upset about his life issues; he regrets coming back here [to Lithuania]. […] He is not happy about his wife who acts like "tsaritsa" during their phone conversations. He is preparing for being released from hospital.

51

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002160

25 – 30/3    His mood is even. He behaves correctly on the ward. He evaluates his possibilities realistically, his outlook is objective, but he starts hesitating whether to remain in Lithuania or go to Turkmenistan. Active psychopathology not observed.

31/3    He has been released from hospital as per his own request. His mood is even, without psychotic features.

52

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002161

Ex. 34 pg.132 of 159

EPICRISIS


Kadamov Aimuhamed, born in 1941, was getting treatment at the Republican psychiatric hospital of Naujoji Vilnia between 26/12/1977 and 31/3/1978.

Diagnosis - affective psychopathy.


Since childhood he has been abrupt, intemperate, with fast changing mood. He got married in 1964. He was jealous right from the beginning of his marriage, especially after having had drinks. In 1975 paranoid jealousy syndrome became apparent, for which he was treated at RN hospital of Naujoji Vilnia. He divorced his wife and moved to live in Ashgabat. Over there he got treated in the psychiatric hospital again (after the conflict with his brother and trauma of the head). He returned to Lithuania. After having had drinks, he started losing sleep, was feeling tired, his mood was low. He consulted a psychoneurologist and was directed to RNHNV.


[After tests} on the ward no prominent pathology of his internal organs was observed, EGS – of low amplitude, slow L rhythm.

53

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002162

The patient has been fully orientated on the ward, maintains good contact. He is active in conversation, he describes his complaints and history of his illness in detail, he tries to make a good impression about himself. In the beginning he was a little dysphoric, he demonstratively showed his low mood. He was complaining of headaches, insomnia, thoughts of his life without purpose. Paranoid syndrome incapsulated, does not bear relevance. Egocentric. Changing moods. He tends to get offended about little things. Not always complacent to the internal rules of the hospital regime. He participated in work therapy.

He received vitamins, bromides, tazepam, [illegible], tizercine. After the treatment his mood became more even, subjective improvement was noticed. He got released from hospital after his own request.

Doctor's signature

54

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002163

Ex. 34 pg.134 of 159

Medication list of Kadamov

*December*

Vit C   III d. 11/10   1 dose on the 27th

Vit B   III d. 11/10   1 dose on the 27th

Vit B6 III d. 11/10    1 dose on the 27th

M Brodnono 15,0  3 doses between Dec 27 and 31

Tazepam 0,01      3 doses between Dec 27 and 31

Tizercini 0,025      1 dose  between Dec 27 and 31


*January*

M Brodnono 15,0  3 doses between Jan 1 and 31

Tazepam 0,01      3 doses between Jan 1 and 24

Tizercini 0,025      1 dose between Jan 1 and 31 except on the 20th (0,05)

Elenii 0,01      3 doses between Jan 24 and 31

Aceetyltriptilini 0,5      3 doses between Jan 24 and 27

Aethasoli      1,0      3 doses between Jan 24 and 30

Dimedroli      0,05   2 doses between Jan 25 and 31


*February*

M Brodnono 15,0      3 doses between Feb 1 and 23

Tizercini 0,05      1 dose between Feb 1 and 28

Elenii 0,01      3 doses between Feb 1 and 28

Dimedroli      0,05      2 doses between Feb 1 and 28

Aethasoli      1,0      3 doses between Feb 6 and 10 and between 24 and 28

Codterpini      absent

55

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002164

Ex. 34 pg.135 of 159

Medication list of Kadamov

*March*

| | |
|---|---|
| Tizercini 0,025 | 1 dose between March 1 and 31 except on the 20th (0,05) |
| Elenii 0,01 | 3 doses between March 1 and 31 |
| Dimedroli 0,05 | 1 doses between March 1 and 19 |
| Haloperidol 1,0 | 3 doses between March 1 and 3 |
| Oletetrini 0,5 | 4 doses between March 1 and 10 |
| Teophedrini 1 tab | 3 doses between march 1 and 20 |

56

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002165

Ex. 34 pg.136 of 159

Temperature list

Kadamovas

January/February

Temperature normal all days except    Jan 22 – 37,2 (evening)

Jan 23 – 37,7 (morning)

Weight on    22/1   70,5 kg

29/1   72,7 kg

57

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002166

Ex. 34 pg.137 of 159

Temperature list

Kadamovas

December/January

Dec 26 – Jan 17 – temperature all normal

Weight on    1/1    68 kg

8/2    68,5 kg

15/2    69,1

58

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002167

Ex. 34 pg.138 of 159

Temperature list

Kadamovas

February/ March

Temperature normal all days except   Feb 23 – 37,3 (morning)

Feb 23 – 37,1 (evening)


Feb 26 – 38,3 (morning)

March 1 – 37,6 (morning)


Weight on   12/2   74 kg

19/3   73,6 kg

26/3   75,5 kg

59

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002168

Temperature list

Kadamovas

March

Temperature normal between March 5 p- 31

Weight on   5/3    76,7 kg

12/3   78 kg

19/3   78,5

26/3   76

60

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002169

Ex. 34 pg.140 of 159

On suicide watch


RNHNV

Sent to the wards on 22.00 hours

Was released from hospital on 19/4/1978

Admitted to hospital on 13/4/1978 at 19.00 hours


Hospital record No 3173/ 89845


Name          Kadamov Aimuhamed

B. 1941, place of residence Alytus town, Jemeljanovo Street 29 . Kadamov's wife Tatyana lives in Vilnius Preiksto Street 40 – 2.


Place of work – Alytus machinery factory , turner

Who referred the patient – [illegible]

Diagnosis – schizophrenia

Diagnosis on admission – Psychopathic suicidal tandem

Clinical diagnosis – Affective psychopathy, decompensation – 14/01/78

> Demonstrative suicidal attempt under the influence of alcohol 301.1

Main clinical diagnosis     Psychopathy affective type, decompensation

61

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002170

Has been admitted repeatedly

Passport No 655110                                    Dr Stropus


Passport received – Kadamov's signature


Sick bulletin –

No 4237   13/4/1978 to 19/4/1978


Has been released after improvement.

Full working capacity restored.


Doctor's signature


62

*Translation – Aimuchamed Kadamovas Psychiatric Records*


IFCD002171

Ex. 34 pg.142 of 159

RNHNV

Emergency department

13/4/1978

Kadamov Aimuhamed

1941

From Alytus town

Diagnosis – schizophrenia

Doctor's signature

63

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002172

L/D 140/95

Diary

On the 31/03 was discharged from Ward IV. He went to Alytus, he did not work there because he was on sick leave, he was preparing to go to his motherland – Turkmenistan. In Vilnius he met his mates and had alcohol. 3 days ago he swallowed 30 tablets of Tizercini because he was fed up with life. He went to his ex – wife and fell asleep there. Today the wife called an ambulance and they delivered him to our hospital.

On admission he is sleepy, calm, his behaviour is appropriate to the situation, he is oriented in place and time, he told exactly when he was discharged from Ward IV and why he had been treated there. His mood is low, he says that he does not want to live, he thought he would not wake up anymore. He knows the diagnosis given to his condition on Ward IV – psychopathy. He is not resisisting hospital admission. He asks his wife to bring him a shaving razor and some cigarettes. Apparently he is not getting ready to commit suicide now. Destructive tendencies not being observed anymore at this moment. He speaks about his bad experiences of the past, he drank in the past and now drinks because he lost family.

His somatic condition is satisfactory.

Attention: do not change any medication because he feels very sleepy.

Follow his blood pressure, pulse, tenperature.

Keep him on suicide watch.

Give him lots of liquid to drink.

Dr. V. Stropus

64

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002173

Ex. 34 pg.144 of 159

14/04

Subjektyvi katamnezė

The patient left the RNVP hospital on the 31st of April this month. Whenhe returned to Alytus he found his room occupied and his things with dormitory commandant. He did not return to work, he only collected the money for his sick leave. That money was not enough for his journey to Turkmenistan where he was ready to go. He reurned his debts, he posted an application for unpaid leave from Vilnius and spent the rest of his time with his mates drinking. 3 days ago he went to his ex – wife, said farewell to his children, swallowed 30 tablets of Tizercini and fell asleep. As he did not wake up for a long time his wife called an ambulance and he was taken to RNVP hospital for treatment.

65

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002174

Ex. 34 pg.145 of 159

## Somatic and neurological status

The patient is of correct physique, proper nutrition. His sclera is infected, lips are rather dry, his tongue has got a slight white coating. Heart tones are clear, rythmic. Blood pressure is 130/90. Vesicular breathing in lungs. Stomach is soft, not painful when palpated. No symptoms of focal CNS pathology. Slight tremor of hands.

## Mental state

Slightly sleepy. Can have meaningful contact. Enough oriented in time, place and his own self. Hallucinations and delusional ideas are absent. Takes active part in the conversation

66

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002175

Ex. 34 pg.146 of 159

however, he is still slightly lost, he mixes up the chronology of the events of the last days. Rather theatrical in his speech and demeanour. He aims to appear from his better side, to arouse sympathy. He blames his wife for ruining his life, that at the age of 37 he has neither family nor home, not even a corner where he can sleep. He has not been brought up for this and he cannot go on living like this therefore he attempted suicide. He speaks very theatrically how he was waiting for his death to come, how he woke up still alive and still expecting to die he fell asleep. He feels upset what will happen now, he bade everyone good-bye, and now he remained alive. When told that it happened more than once he gets angry and

67

*Translation – Aimuchamed Kadamovas Psychiatric Records*

quickly changes the topic. He avoids speaking about his drinking and all the time emphasises that he may not take a single drop into his mouth for a few months, though it does happen. And he agrees that his family broke up partly because of his drinking. He is critical of his suicide attempt, but he does not deny that he if the situation remains the same, he may repeat it in the future.

Conclusion: his personality is clearly psychopathic since childhood. He was treated twice for decompensations in RNVP hospital in patient department. Alcoholic intoxication and unfavourable living conditions again provoked decompensation and a rather demonstrative suicide attempt.

68

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002177

Ex. 34 pg.148 of 159

Diagnosis: Psychopathy, affective type, decompensation.

Doctor's signature

15 – 16/4    Days off. The staff on duty did not report any incorrect behaviour of the patient.

17/4        The patient feels bad about his behaviour. At the time he was drunk and does not remember much. He keeps asking his wife whether he has done anything bad, critically looks at his suicide attempt.

18/4        No depression and psychosis. Mood even. Adequate behaviour. Calm, tidy. Critical regarding his alcoholism and suicide attempt. He keeps explaining

69

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002178

Ex. 34 pg.149 of 159

that he would never have done such a thing had he been sober. He was very drunk and does not remember how he visited his ex – wife.

As there are no symptoms of depression and psychosis the patient is discharged from hospital.

Doctor's signature

70

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002179

[Empty list]

71

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002180

Ex. 34 pg.151 of 159

Epicrisis

Patient Kadamov Aimuhamed, b. 1941 was treated in RNVP hospital in – patient department from 13/4/1973 to 19/4/1973.

Diagnosis:    Psychopathy, affective type. Demonstrative attempt of suicide while under the influence of alcohol.

Last time he was discharged from RNVP hospital in – patient department on 30/3/1978. Right up to the time he was repeatedly admitted to the hospital he was drinking constantly, and while being drunk, he came to his ex – wife and took about 50 tablets of Tizercini at her place, then fell asleep. He was sleeping for a few days. Because he would not wake up his wife called an ambulance, and he was taken to RNVP hospital in – patient department for treatment. When he arrived at the in – patient department, no psychotic symptoms were observed. He takes active part in the conversation; he is fully oriented in his surroundings and the situation. He looks very demonstrative, theatrical, his affects are labile. He is prone to dysphoria. Not critical as far as his harmful habit is concerned. He is critical of his suicide attempt, he does not deny its demonstrative nature.

He was treated with vitamins, glucose, neuroleptic.

As there was no psychosis and after the intoxication passed the patient was discharged home.

Doctor's signature

72

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002181

Ex. 34 pg.152 of 159

Blood Test Wasserman 722

Kadamov Aimuhamed – for Dr Vasiliauskas

RMVP Hospital          Male Ward V

Negative

Date 17/4/1978

Preventative for dysentery

RNVP Hospital Male Ward V

Date 14/4/1978

No of the test: 5708 – 2983

Negative

Date of the result:  19/4/1978

Doctor's signature

73

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002182

Ex. 34 pg.153 of 159

Blood Test No 4452

Kadamov A

Male Ward V

Hemoglobin          15

Urine analysis No 4879

Kadamov A                    Male Ward V

Microscopic analysis

| | | |
|---|---|---|
| Colour | yellow | the epithelium is flat and transitional |
| Transparent | | leukocytes 0 – 2 - 3 |
| Weight | 1078 | erythrocytes unchanged |
| Acid | | mucus medium |
| Protein | 0,033% | |
| Sugar | absent | |
| Date | 14/4/1978 | Clinician's signature |

**Certificate about the treatment of a person**

**27/12/2021 Nr. K6Do - 8947**

TATJANA KADAMOVA, b. ▮▮▮/1945 has never been treated at the Republican Vilnius Psychiatric Hospital.

Manager of the Department of the Documentation          Svajūnė Klemkienė

Reminder – all the information about the patient is confidential. Offices that have received this information are responsible for its confidentiality.

| | | |
|---|---|---|
| Renata Žvikaitė, tel. number | | (8 5) 267 0531 |
| Leukocytes | 12500 | eosinophils  3 |

74

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002183

| | | | |
|---|---|---|---|
| neurophiles rods | 4 | neurophilic segments | 73 |
| lymphocytes | 19 | monocytes | 1 |

erythrocyte sedimentation    13

Date   14/4/1978

neurophiles rods    4    neurophilic segments    73

75

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002184

Ex. 34 pg.155 of 159

Stool test No 2995

Citizen kadamovas A          Male Ward V

No occult bleeding was found

Date 17/4/1978

Hospital

Date 14/4/1978

Male Ward V

Quantity of prothrombin in the blood – 100%

Analysis performed by     (signature)

76

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002185

Ex. 34 pg.156 of 159

Kadamov

Doctor's prescribed medication list

April


| Glucosis 40% 10,0 | 1 dose between 14 and 19 |
| [illegible] vitamins 5% | between 14 and 19 |
| Vit B1 6% | same as above |
| 4.0 | |
| Vit B12 | |
| 500 [illegible] | same as above |
| Vit B6 6% | same as above |
| 2,0 | |
| Cordiamini | |
| .0X3 | 3 doses between 14 and 17 5% |
| [Illegible] | 2 doses between 14 and 19 |

In the morning 10 mg in the evening

77

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002186

Doctor's prescribed medication list

78

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002187

Ex. 34 pg.158 of 159

## Receipt of acceptance of the patient's clothes and footwear

13/4/1978

R Naujoji Vilnia Psychiatric Hospital doctor on duty Stropus and reception nurse [illegible] admitted patient Kadamov Aimuhamed

| | | | |
|---|---|---|---|
| Cufflinks | 1 pair | 1 roub | 20% |
| Old socks | 1 pair | 0.3 roub | 30% |
| Woolen scarf | 1 | 3 roub | |
| Overcoat brown striped | 1 | 30 roub | |
| Keys | 2 | | |
| Trousers grey striped | 1 | 15 roub | |
| Sweater woolen brown/black stripes | 1 | 20 roub | |
| Overshirt crème colour | 1 | 10 roub | |
| Vest simple white | 1 | 2 roub | |
| Slacks | 1 | 2 roub | |
| Underpants black | 1 | 1 roub | |
| Socks simple | 1 pair | 1 roub | |
| [illegible] gray | 1 | 20 roub | |
| Shoes brown | 1 pair | 15 roub | |

Clothes given and agreed to evaluation [patient signature]

Clothes accepted by [signature]

Clothes retrieved from warehouse [nurse's signature]

Clothes received    [patient signature]

79

*Translation – Aimuchamed Kadamovas Psychiatric Records*

IFCD002188