Medical Records of Tatiana Kanopkina



TF69- 05- 000002

Ex. 35 pg.1 of 296

Puslapis tiktai galutinėms (patikslintoms) diagnozėms įrašyti

| Atlikian-krymo data | Patikslintos diagnozės | Pirmą kartą nustatytos diagnozės (žymėti +) | Gydytojo parašas (paverdę rašyti įskaitoma) |
|---|---|---|---|
| 85.VIII | 4 RD | ͞ | Gyd. A. Budrytiene |
| 86.7.4 | A. trachenta | ͞ | Gyd. A. |
| 87.3.17 | 5US | ͟ | Jokok |
| 88.07.12 | F-m liaukeleutonis eusis pr. | (+) | |

TF69- 05- 000003

Ex. 35 pg.2 of 296

| ...mo data ... amb., ... Pirmi- ...nelonk. atžy- mimas „1" | Ligonio pasisakymai, nusiskundimai, objektyvūs duomenys, ligos eiga, gydytojų ir konsultantų parašai | Diagnozė | Paskyrimai. Atžymėti: nedarbingumo lapelio Nr. ir kiek dienų nedarbingas |
|---|---|---|---|
| 05.VI 11 | [illegible] | [illegible] | |
| | [illegible] | [illegible] | [illegible] |
| | [illegible] | | |
| T 37,4,0 | [illegible] | [illegible] | |
| | [illegible] | 2015 | |
| [illegible] | [illegible] | [illegible] | |
| | [illegible] | [illegible] | |
| 160/90 | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| | [illegible] | | |
| | [illegible] 05.11.40 | ЛОР | |
| | VI.11 – VI.15 | [illegible] | |
| | [illegible] Gyd. A. Budzy[illegible] | [illegible] | |
| | ЛОР [illegible] | | |
| | [illegible] Gyd. A. Budzy[illegible] | | |

TF69-05-000004

| Atsilankymo data (atžymėti amb, namuose) Pirm. apsil. žymėti „1" | Ligonio pasisakymai, nusi kundimai, objektyvūs duomenys, ligos eiga, gydyt jų ir konsultantų parašai | Diagnozė | Paskyrimai. Atžymėti n/l ir kiek dienų ne |
|---|---|---|---|
| *1985 VI. 13* | | | |

TF69-05-000005

Ex. 35 pg.4 of 296

VILNIAUS M.
5 POLIKLINIKA

## DISPANSERIZACIJOS KORTELĖ

| | 19 | 19 | 19 | 19 | 19 |
|---|---|---|---|---|---|
| PATIKRINO PAGAL VISUOTINĖS DISPANSERIZA-CIJOS PROGRAMĄ PILNAI | | | | | |
| DALINAI | | | | | |
| RIZIKOS FAKTORIAI: ŪGIS_____ SVORIS____ | | | | | |
| RTERINIS KRAUJOSPŪDIS | | | | | |
| RŪKYMAS | | | | | |
| ALKOHOLIO VARTOJIMAS | | | | | |
| KT. RIZIKOS FAKTORIAI | | | | | |
| SPANSERINĖ GRUPĖ / III · II · I / | | | | | |
| IKINAS NEDARBINGUMAS | | | | | |
| ATVEJŲ SK. | | | | | |
| DIENŲ SK. | | | | | |

TF69-05-000006

Ex. 35 pg.5 of 296

| INVALIDUMO GRUPÉ PIRMĄKART NUSTATYTA | | | | | | |
|---|---|---|---|---|---|---|
| PAKARTOTINAI | | | | | | |

### REKOMENDACIJOS PO DISPANSERINÉS APŽIŪROS

19_____

_____

19_____

_____

19_____

_____

19_____

_____

19_____

_____

TF69-05-000007

Ex. 35 pg.6 of 296

SUKOS FAKTORIŲ REGISTRACIJA

| | 1986 | 19 | 19 | 19 | |
| spaudimas | 160/90 | | | | |
| (sc) | 1,82 | | | | |
| (kg) | 72 | | | | |
| | — | | | | |
| (temp) | 6,2 | | | | |
| | | | | | |

TF69-05-000008

Ex. 35 pg.7 of 296



TF69-05-000009

Ex. 35 pg.8 of 296



TF69-05-000010

Ex. 35 pg.9 of 296



TF69- 05- 000011

Ex. 35 pg.10 of 296

LOR 05 701

Lietuvos TSR ... VII. ... m. 5 Po... ...kgo apsaugos apsk. f. Nr. 45
...atos apsaugos ministerija LOR KAS.NETAS ...tinta TSRS Sveikatos apsaugos
ministerijos 1954.VII.16,

14-15
17-19

...kuslos įstaigos pavadinimas

## Kraujo analizė Nr. _____ 17

_Радимова т Б._   1945.

įstaigon _____

Korpusas, skyrius _____   gydytojui _____

| Eritrocitai | Hemo-globinas | Spalvinis indeksas | Storas lašas | | Retikulo-citai | Trombo-citai | Parazitai |
|---|---|---|---|---|---|---|---|
| | | | Polich-rom. | Bazofil. | | | |
| 1 kub. mm 4½-5 mm | 80—100 | 0,8—1,0 | + | — | 0,6—0,8 | 250—400 tūkst. | |

_1480_

TF69- 05- 000012

Ex. 35 pg.11 of 296



| Leukocitai | Bazo-filai | Eozi-nofilai | Neutrofilai | | | | Limfo-citai | Mano-citai | Nukrypimo indeksas |
|---|---|---|---|---|---|---|---|---|---|
| | | | mie-loc. | jaun. | iadz. | seg-ment. | | | |
| Norma 6—8 tūkst. | 0—0,5 % | 3—4 % | — | — | 4 % | 63-67 % | 24—30 % | 6—8 % | 0,6 |
| Norma abso-liučiais skai-čiais | 30—40 | 180—-200 | — | — | 240-320 | 4000—5040 | 1800-—2400 | 360—640 | |
| | | | | | | | | | |
| 7,8  10 | | | | | | | | | |

Antsocitozė _____    Eritrocitų rezistentiškumas min/maks

Poikilocitozė _____    Kraujo krešėjimas _____

Normoblastai _____    Pradžia _____

Eritrocitų nusėdimas (ENK) _____    Pabaiga _____

Analizę atliko:

19 __ m. XI  13  ._____.°

TF69- 05-000013

Ex. 35 pg.12 of 296



TF69-05-000014

Ex. 35 pg.13 of 296



TF69-05-000015



TF69-05-000016

Ex. 35 pg.15 of 296



TF69-05-000017



TF69- 05- 000018

Ex. 35 pg.17 of 296



TF69- 05- 000019

Ex. 35 pg.18 of 296



970 Laderuoo

TF69-05-000020

Ex. 35 pg.19 of 296

VILNIAUS M. 5 POLIKLINIKOS    Gyd. A.    APYLINKĖS NR. _Viršul.87-4_
KLINIKINĖ-BIOCHEMINĖ LABORATORIJA    ADRESAS _____

PAVARDĖ, VARDAS, TĖVO VARDAS ___Kadamova J. V. 194__

ŠLAPIMO ANALIZĖ NR. 60 _____ /IŠ REGISTRACIJOS ŽURNALO

KIEKIS _____
SPALVA ge___
SKAIDRUMAS ___
LYG. SVORIS 1013
REAKCIJA rub
BALTYMAS % 87
CUKRAUS % ___
ACETONAS _____
TULŽIES PIGMENTAS ___
UROBILINAS ___
INDIKANAS ___

MIKROSKOPINĖ ANALIZĖ
EPITELIS: PLOKŠTUS ___    PEREINAMAS ___
        CILINDRINIS 3-4    KUBINIS ___
LEUKOCITAI: NEPAKITĘ 3-4    PAKITĘ ___
CILINDRAI: HIALININIAI ___
        GRŪDĖTI ___    VAŠKINIAI ___
        EPITELINIAI ___    CILINDROIDAI ___
GLEIVĖS ___
BAKTERIJOS ___
DRUSKOS ___
GRYBELIAI ___

DATA 86  1  13

PARAŠAS Gydyt. G. K. VIKONIENĖ

TF69- 05- 000021

Ex. 35 pg.20 of 296



TF69-05-000022



TF69-05-000023

Ex. 35 pg.22 of 296

РЕЕСТРОВЫЙ № 1741    ЛФДБ    1    ГОСТ 7828- 8

РЕЕСТРОВЫЙ № 1741    ЛФДБ    1    ГОСТ 7828- 8

TF69- 05- 000024

Ex. 35 pg.23 of 296



TF69- 05- 000025

Ex. 35 pg.24 of 296



TF69-05-000026

Ex. 35 pg.25 of 296



TF69-05-000027

Ex. 35 pg.26 of 296



TF69- 05- 000028

Ex. 35 pg.27 of 296



TF69-05-000029

Ex. 35 pg.28 of 296



Ex. 35 pg.29 of 296



Ex. 35 pg.30 of 296

Lietuvos TSR
...apsaugos ministerija

Sveikato apsaugos apsk. f. Nr. 45
Patvirtinta TSRS Sveikatos apsaugos
ministerijos 1954.VII.16.

**Kraujo analizė Nr.**_____

Pil. _____

Įstaigon _____

Korpusas, skyrius _____ gydytojui

| Eritrocital | Hemo-globinas | Spalvinis indeksas | Storas lašas | | Retikulo-cital | Trombo-cital | Parazital |
|---|---|---|---|---|---|---|---|
| | | | Polich-rom. | Bazofil. | | | |
| 1 kub. mm 4½-5 m m | 80—100 | 0,8—1,0 | + | — | 0,6—0,8 | 250—400 tūkst. | |
| | 12194 | | | | | | |

TF69-05-000032

Ex. 35 pg.31 of 296

| Leukocitai | Bazo-filai | Eozi-nofilai | Neutrofilai | | | | Limfo-citai | Mano-citai | |
| | | | mie-loc. | jaun. | ladz. | seg-ment. | | | |
| Norma 6—8 tūkst. | 0—0,5 % | 3—4 % | — | — | 4 % | 65-67 % | 24—30 % | 6—8 % | 0,6 |
| Norma abso-liučiais skai-čiais | 30—40 | 180—200 | — | — | 240-320 | 4020—5040 | 1800—2400 | 360—640 | |
| | 4,0.10⁹ | 2 | — | — | 1 | 60 | 33 | 4 | |

Anizocitozė _____  Eritrocitų rezistentiškumas $\frac{min}{maks}$

Poikilocitozė _____  Kraujo krešėjimas _____

Normoblastai _____  Pradžia _____

Eritrocitų nusėdimas (ENK) _____  Pabaiga _____

Analizę atliko:

19 __ m. _____ 87. 0 24

„Raidė"-86. 21724

TF69- 05- 000033

Ex. 35 pg.32 of 296

Lietuvos TSR
Sveikatos apsaugos ministerija

Sveikatos apsaugos apsk. f. Nr. 40
Patvirtinta TSRS Sveikatos apsaugos
ministerijos 1951.VII.16,

*analizę atlikusios įstaigos pavadinimas*

## Kraujo analizė Nr.

Pil.

Įstaigon

Korpusas, skyrius _____ gydytojai

| Eritrocitai | Hemo-globinas | Spalvinis indeksas | Storas lašas | | Retikulo-citai | Trombo-citai | Parazitai |
| | | | Polich-rom. | Bazofil. | | | |
| 1 kub. mm 4½-5 mln | 80—100 | 0,8—1,0 | + | — | 0,6—0,8 | 250—400 tūkst, | |

TF69-05-000034

Ex. 35 pg.33 of 296



TF69-05-000035

Ex. 35 pg.34 of 296

EKSTRA TRAUMATOLOGINIS

| | Код формы по ОКУД .............. |
| | Код учреждения по ОКПО .............. |

| МИНЗДРАВ СССР | МЕДИЦИНСКАЯ ДОКУМЕНТАЦИЯ |
| | Форма № 027/у |
| Наименование учреждения | Утв. Минздравом СССР 04.10.80 № 1030 |

### ВЫПИСКА

### ИЗ МЕДИЦИНСКОЙ КАРТЫ АМБУЛАТОРНОГО, СТАЦИОНАРНОГО
(подчеркнуть) БОЛЬНОГО

В ...................................................................
название и адрес учреждения, куда направляется выписка

...................................................................

...................................................................

1. Фамилия, имя и отчество больного ...................................

...................................................................

2. Дата рождения ...................................................

3. Домашний адрес ...................................................

...................................................................

4. Место работы и род занятий ...................................

...................................................................

5. Даты: а) по амбулатории: заболевания ...................................

направления в стационар ...................................

б) по стационару: поступления ...................................

выбытия ...................................

6. Полный диагноз (основное заболевание, сопутствующее осложнение) .........

...................................................................

...................................................................

...................................................................

...................................................................

...................................................................

...................................................................

TF69-05-000036



TF69-05-000037

Ex. 35 pg.36 of 296

Vju̅ u̅li̅ški̅ 87 – 41

КаdаmоиеТВ 1945

ф. № 25/у

Вкладной лист к медицинской карте № ........ амбулаторного больного ........................

| Дата посещения | Амбулаторное на дому (вписать) | Жалобы больного, объективные данные, течение и диагноз болезни, подписи врачей и консультантов | Назначения и отметка о выдаче листка нетрудоспособности |
|---|---|---|---|
| 1948 | v̅ 31 | 29 v̅  14 mal  radol... | |
| | | ...ut ...tou   pa...... | |
| | | ...kuto tr p–t | |
| | | Oej. K̄ ...... ......   pa...... | |
| | | ...oje  su  ...... | |
| | | dou F...  mal  eat  et | |
| | | ......  med  ...... | |
| | | зуд. Up......аg.в я 435  p...al  v̅1–v̅2 | |
| | | — 2 — ...... | |
| 18 | v̅ 3 | ...oje  su  ...... , ...... | ...lt v̅ 2 |
| | | ... v̅ 3 – v̅ 12 | |
| | | — 2 — ...... | зуд. Во...... А.Р |
| | | ...lt v̅ 12 | |

Rudé

TF69-05-000038

Ex. 35 pg.38 of 296

Ф. № 25/у

| Дата посещения | Амбулаторное на дому (вписать) | Жалобы больного, объективные данные, течение и диагноз болезни, подписи врачей и консультантов | Назначения и отметка о выдаче листка нетрудоспособности |
|---|---|---|---|
| 1988 | VII 1 | | |

TF69- 05- 000040

Ex. 35 pg.39 of 296

Ф. № 25/v

Вкладной лист к медицинской карте № ........ амбулаторного больного ...........................

| Дата посещения | Амбулаторное на дому (вписать) | Жалобы больного, объективные данные, течение и диагноз болезни, подписи врачей и консультантов | Назначения и отметка о выдаче листка нетрудоспособности |
|---|---|---|---|

TF69-05-000041

Ex. 35 pg.40 of 296



TF69- 05- 000042

Ex. 35 pg.41 of 296



TF69-05-000043

Ex. 35 pg.42 of 296

VILNIAUS M. 5 POLIKLINIKA

TERAPINĖS APYLINKĖS NR. _____

PAVARDĖ, VARDAS, TĖVO VARDAS · GIMIMO METAI · ADRESAS

KRŪTINĖS LĄSTOS FLUOROGRAMA

DGN. _____

Fluorograma Nr. _____

Krūtinės ląstos organai be patologinių pakitimų.

Gydytojas _____

19__ M. _____ MĖN. ____ D.

1 2 DEK 1988

TF69-05-000044

Ex. 35 pg.43 of 296



Ex. 35 pg.44 of 296



TF69-05-000046

Ex. 35 pg.45 of 296



TF69-05-000047

Ex. 35 pg.46 of 296



TF69-05-000048

Ex. 35 pg.47 of 296



TF69-05-000049

Ex. 35 pg.48 of 296

Ex. 35 pg.49 of 296

ф. №

Вкладной лист к медицинской карте № ........ амбулаторного больного ..................

| Дата посещения | Амбулаторное на дому (вписать) | Жалобы больного, объективные данные, течение и диагноз болезни, подписи врачей и консультантов | Назначения и отметка о выдаче листка нетрудоспособности |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TF69- 05- 000051

Ex. 35 pg.50 of 296



TF69-05-000052

Ex. 35 pg.51 of 296



TF69-05-000053

Ex. 35 pg.52 of 296

*190pp*
*Vas 8+ 4/*

Q.d. *Klevinskiené* T., Br,

Formos kodas pagal SVDK......

Įstaigos kodas pogal SĮOK ......

**TSRS SAM**

Įstaigos pavadinimas

Laboratorija

23

Apskaitos f. Nr. 210/y
Patvirtinta TSRS SAM
1980 10.04 Nr. 1030

**SLAPIMO TYRIMAS Nr. ........**

19 .... m. ..................... mėn. .... t.
šlapimo paėmimo ... *Nadamova T.V.*

Pavardė, vardas, t. v. .....

.................... Amžius ...........

Įstaiga ............Skyrius ......... Palata.. ....

Apylinkė .... ........ Medicininė kortelė Nr. ......

Fizinės cheminės savybės

Kiekis ........... ix) ........... mlxx) .... .........

Spalva ...... .. ........................ .

Skaidrumas .... .....

Santykinis tankumas *1016* ........

Reakcija *O* .....

Baltymas *O* ... .... g/lx) ...... g⁰/ₐxx) .... ...

Gliukozė ...... mmol/lx) ...... g⁰/ₑxx) .... .....

Ketoniniai kūnai .... ........................

Reakcija kraujui .... ........................

Bilirubinas .... .... .... ........................

Urobilinai .... .... .. .... ........................

Tulžies rūgštys .................. ............. ... .

Indikanas .. .... .... ... .... ........................

x) SI vienetai
xx) Keistini vienetai

TF69-05-000054

Epitelis:
  plokščias ...*.....  .... .... .... .... ......
  pereinamas ....  ....  ....  ....  ....  ......
  inkstinis *1 - 3 z,*.... .... .... ......
Leukocitai ...*1 - 3 z,*..... .... ..... ......
.... .... .... .... .... .... .... .... ......
Eritrocitai:
  nepakitę .... .... .... .... .... .... ......
  pakitę .... .... .... .... .... .... ......
Cilindrai:
  hialininiai .... .... .... .... .... ......
  grūdėti .... .... .... .... .... ......
  vaškiniai .... .... .... .... .... ......
  eplepiteliniai .... .... .... .... ......
  leukocitiniai .... .... .... .... ......
  eritrocitiniai .... .... .... .... ......
  pigmentiniai .... .... .... .... ......
Gleivės .... .... .... .... .... ......
.... .... .... .... .... .... .... ......
Druskos .... .... .... .... .... ......
Bakterijos .... .... .... .... .... ......
.... .... .... .... .... .... .... ......
.... .... .... .... .... .... .... ......
19 ..*90.* m. .....*5.* ....*4* .... mėn. .... d,
                tyrimo atlikimo data
            **Parašas** ....... .... .... ......
Kėdainiai 89 2588 500 000

TF69- 05- 000055

Ex. 35 pg.54 of 296



TF69- 05- 000056

Ex. 35 pg.55 of 296



TF69-05-00005

Ex. 35 pg.56 of 296

*19 ap*
*is 87-41*

*701408*

Cei. Mordasibai? V. B.

| Formos kodas pagal SVDK . . . . . . . . . |
| Įstaigos kodas pagal SIOK . . . . . . . . . |

**LTSR SAM**

Apskaitos forma Nr. **224/y-L**
Patvirtinta LTSR SAM 1989.06 15 Nr 169

Įstaigos pavadinimas

## K R A U J O   T Y R I M A S

*Radamova T. V. 1945*

Pavardė, vardas, tėvo vardas . . . . . .

Gimimo metai . . . . . . . . . . . . . . . .

Įstaiga . . . . . . . . . . . . . . . . . . . . Skyrius . . . . . . . . . . Palata . . . . . .

Apylinkė . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Asmens kortelės Nr. . . . . . . . .

| | Eritrocitai (RBC)x | Hemoglobinas (HGB)x | Hemoglobinas eritrocite (MCH)x | Eritrocitų vidutinis tūris (MSV)x | Retikulocitai (RET)x | Trombocitai (PTL)x | Eritrocitų nusėdimo greitis (ESR)x | Hematokritas (HCT)x | | Krešėjimo laikas (min.) | | Kraujavimo laikas (min.) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | eritrocitai | plazma | pradžia | pabaiga | pradžia | pabaiga |
| XX | 4,5-5,5 | 135-160 g/l | 29-35 pikogramai | 82.95 f L | 2.10 proc. | (180-320) | 2-10 | 40.48 | 60.52 | 3 | 5 | 2 | 5 |
| V/M | 4,0-5,1 10¹²/. | 130-150 g/l | | | | 109/. | 2-15 mm/val. | 36-42 | 56-64 | | | | |
| | | | *150* | | | | | | | | | | |
| V/M | | | | | | | *4* | | | | | | |

x RBC—red blood cells, HGB—hemoglobin, MCH—mean corpuscular hemoglobin, MCV—mean corpuscular volume, RET—reticulocyte, PIL.—platelets, ESR—erythrocyte sedimentation rate, HCT—hematocrite, MBC—white blood cells

xx V   vyrai, M — moterys

TF69-05-000058

Ex. 35 pg.57 of 296

| | Leukoci-tai (WCB)x | Bazofilai | Eozino-filai | Neutrofilai | | | | | Limfoci-tai | Monoci-tai | Pro-mie-loci-tai | Blas-tai | Plas-minės ląste-lės | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | mielo-citai | meta-mie-locitai | lazdeliniai | segmen-tuoti | | | | | | | |
| V/M | (4.9) 10⁹/. | 3.1 0.36 10⁹/ | | | | $\frac{0.5}{3.45.0}$ 10⁹/. | 50-80 proc 1830.7250x 10⁹/. | 13.37 proc 1500.4000x 10⁹/. | 3.10 proc 70.650x 10⁹/. | | | | | |
| V/M | 4.6.0 | | 1 | | | 3 | 62 | 80 | 4 | | | | | |

Anizocitodė . . . . . . . . . . . . . . . . . . . . . . . Poikilocitozė . . . . . . . . . . . . . . . . .

Eritrokaciocitai (normocitai) . . . . . . . . . . . . . . . Hipersegmentacija . . . . . . . . . . . . . . . .

Eritrocitų morfologiniai pakitimai . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Neutrofilų toksinis grūdėtumas . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

19 . . m. . . . . . . . . . . . . . . mėn. . . . . d.       Tyrimo atlikėjo parašas . . .

90 10    4

Sp. „Rasdė" Vilkaviškio sk. 80  938  500 000

TF69- 05- 000059

Ex. 35 pg.58 of 296

| | Gydytojo įrašai | |
|---|---|---|
| Data | Ligonio nusiskundimai, objektyvūs duomenys, diagnozė ir gydymas | Paskyrimai, N/l Nr. Gydytojo parašas |
| 90.04.12 | *(handwritten notes, illegible)* | *(handwritten notes, illegible)* |

TF69-05-000060

Ex. 35 pg.59 of 296

Gydytojo įrašai

| Data | Ligonio nusiskundimai, objektyvūs duomenys, diagnozė ir gydymas | Paskyrimai, N/l Nr. Gydytojo parašas |
|------|------|------|
| | | |

TF69-05-000061

Ex. 35 pg.60 of 296

ĮDĖTINIS LAPAS į ambulatorinę kortelę

Asmens× ....Napamola 1995....................................... ambulatorinės kortelės Nr.× .........

| Data | Ligonio nusiskundimai, objektyvūs duomenys, diagnozė ir gydymas | Paskyrimai, nedarb lapelio Nr., kiek dienų nedarbingas, gydytojo parašas |
|------|------|------|
| 1 | 2 | 3 |
| 91.03.18 | *[handwritten text]* | *[handwritten text]* |

× įrašyti paciento pavardę, vardo ir t. t., Inicialus, ambulatorinės kortelės numerį.    (tęsinys kitoje pusėje)

TF69-05-000062

Ex. 35 pg.61 of 296

Gydytojo įrašai

| Data | Ligonio nusiskundimai, objektyvūs duomenys, diagnozė ir gydymas | Gydytojo parašas Paskyrimai. N/l Nr. |
|------|------|------|

Sp. „Raidė" Vilkaviškio sk. 89  789. 500 000

TF69-05-000063

Ex. 35 pg.62 of 296



TF69- 05- 000064



TF69-05-000065

Ex. 35 pg.64 of 296

TSRS Sveikatos apsaugos ministerija

Apsk. f. Nr. 45 „p" patvirtinta
TSRS Sveikatos apsaugos
ministerijos 1969 m. vasario 1u d

Laboratorija .. .. .. .. .. .. .. ..

**SLAPIMO ANALIZĖ Nr.** .. .. .. .. .. .. (iš registracijos žurnalo)

Pil. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..
(pavardė, vardas, t. v.)      (skyrius)

Kiekis .. .. .. .. .. .. ..            **Mikroskopinė analizė**

Spalva .. .. .. .. .. .. ..      Epitelis: plokštus .. .. .. .. pereinamas .. ..

Skaidrumas .. .. .. .. ..            cilindrinis .. .. kubinis .. .. ..

Lyg. svoris .. .. .. .. ..      Leukocitai .. .. .. .. .. .. .. .. .. ..

Reakcija .. .. .. .. ..       Eritrocitai: nepakitę .. .. .. .. pakitę .. ..

Baltymas % .. .. .. ..       Cilindrai: hialininiai .. .. .. .. .. ..

Cukrus % .. .. .. ..                grūdėti .. .. .. .. vaškiniai .. ..

Acetonas .. .. .. .. ..             epiteliniai .. .. .. .. cilindroidai .. ..

Tulžies pigmentas            Gleivės .. .. .. .. .. .. .. .. .. .. .. ..

Urobilinas .. .. .. .. .. ..      Bakterijos .. .. .. .. .. .. .. .. .. ..

Indikanas .. .. .. .. ..       Druskos .. .. .. .. .. .. .. .. .. .. ..

.. .. .. .. .. .. .. .. .. ..       Grybeliai .. .. .. .. .. .. .. .. .. ..

.. .. .. .. .. .. .. .. .. ..

Data .. .. .. .. .. .. ..            **Parašas** .. .. .. .. .. .. .. ..
Sp. „Raidė" Trakų sk. 86. 300.000. 2047.

Vieta priklijavimui

TF69- 05- 000066

Ex. 35 pg.65 of 296



TF69-05-000067

Ex. 35 pg.66 of 296

| Leukoci-tai (WSB)x | Bazofilai | Eozi-nofi-lai | Neutrofilai | | | | | Limfoci-tai | Monoci-tai | Pro-mie-loci-tai | Blas-tai | Plaz-minės lạste-lės | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | mielo-citai | meta-mie-locitai | lazde-liniai | segmen-tuoti | | | | | | | |
| V/M | (4 9) 10%/₁ | 0 1 10%/₁ 0-30 | | | | 0-5 — 10%/₁ 0-45.0 | 50-80 proc. 1850- -7250x 10⁹/₁ | 19-37 proc. 1500- -4000x 10⁹/₁ | 3-10 proc. 70-650x 10⁹/₁ | | | | | |
| V/M | 4,5 | | | 3 | | 3 | 57 | 30 | 7 | | | | | |

....ndė ....... ..... .... ... ....... Poikilocitozė ....... .... .... .... ..... ....

E.... .iocitai (normocitai) ...... .... ..... ....... ..... Hipersegmentacija ...... ...... ........

Eritrocitų morfologiniai pakitimai ...... ..... ..... ....... ...... ..... .....

Neutrofilų toksinis grūdėtumas ...... ..... .... ....... ...... ..... .....

..... ..... ..... ..... .... ....... ...... ..... .....

..... ..... ..... ..... ....... ...... ..... .....

19 ...... m.... ...... ...... mėn. ..... d.    Tyrimo atlikėjo parašas .... ...... ......

Sp. „Olimpija", №. 1086. 200 000

TF69- 05- 000068

Ex. 35 pg.67 of 296

*1Pop*

*f 01*

*Gyd. Klevinskiene T. n.*

*Vúo 87-41*

*su formule cubos*

Formos kodas pagal SVDK 5109824
Įstaigos kodas pagal SIOK ......

**LSAM**

Apskaitos forma Nr. **224/y-L**
Patvirtinta LSAM 1989.06.15 Nr. 109

Įstaigos pavadinimas

**KRAUJO TYRIMAS**    *T. B*

Pavardė, vardas, tėvo vardas ...... *Laddiuova* ......

Gimimo metai ...... *1949* ......

Įstaiga ................................. Skyrius ................ Palata ........

Apylinkė ....................................... Asmens kortelės Nr. ........

| | Eritro-cital (RBC)x | Hemog-lobinas (HGB)x | Hemog-lobinas eritroci-te (MCH)x | Eritroci-ų vidut. tūris (MSV)x | Retiku-locitai (RET)x | Trombo-cital (PTL)x | Eritroc. nusėd. greitis (ESR)x | Hematokrit. (HCT)x | | Krešėjimo laikas (min.) | | Kraujavimo laik. (min.) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | eritro-citai | plaz-ma | pra-džia | pabai-ga | pra-džia | pabai-ga |
| xx V/M | 4.5 5.6 10¹²/, 4.0-5¹ | 135 160 g/l 130 150 | 29-35 pi-kogram. | 82 95 f.L. | 2-10 proc. | (180 320) 10⁹/₁ | 2 10 2 15 mm/val. | 40-48 36-42 | 60-52 38-64 | 3 | 5 | 2 | 5 |
| V/M | | *143* | | | | | *8* | | | | | | |

x RBC— red blood cells, HGB—hemoglobin, MCH—mean corpuscular hemoglobin, MCV—mean corpuscular volume, RET—reticulocyte, PH, platelets, ESR—erythrocyte sedimentation rate, HCT—hematocrite, MBC—white blood cells

xx V—vyrai, M—moterys

TF69- 05- 000069

Ex. 35 pg.68 of 296

TF69-05-000070





TF69-05-000071



19.

5998

EKS

Kodamova
1045
Viirud 87-41
Dgr. H. Liiva
gyd. Kleemann
1991 III 26.

TF69-05-000072

TF69- 05- 000073

Ex. 35 pg.72 of 296



TF69-05-000074



TF69-05-000075

Ex. 35 pg.74 of 296



TF69- 05- 000076

Ex. 35 pg.75 of 296



TF69-05-000077

Ex. 35 pg.76 of 296

*12/87 к 25-680/122*

| | |
|---|---|
| Код форм по ОКУД | |
| Код учреждения по ОКПО | |

Министерство здравоохранения СССР

Наименование учреждения

МЕДИЦИНСКАЯ ДОКУМЕНТАЦИЯ
Форма № 025/У
Утв. Минздрав. СССР 04.10.80. № 1030

## Медицинская карта амбулаторного больного №

Фамилия, имя, отчество *Колданова  Татьяна Балдырчеевна*

Пол: М / Ж    Дата рождения *1945*    число, месяц, год    домашний тел.:    служебный тел.:

Адрес больного: область *Вилющминька*    населенный пункт *87 - 41*

район _____    улица (переулок) _____    д. т. *41-04-79*

дом № _____ корпус _____ кв. № _____    отделение, цех _____

Место службы, работы *п. ок. Ленинга*    наименование и характер производства

Профессия, должность *клодовщик*    иждивенец *У-ОК № 593806*

Взят на диспансерное наблюдение    Перемена адреса и работы

| Дата взятия на учет | По поводу | Дата снятия с учета | Причина снятия | Дата | Новый адрес (новое место работы) |
|---|---|---|---|---|---|
| *87-830* | | | | | |
| *88-1333* | | | | | |
| *9. 2 х. аб. 2* | | | | | |

TF69-05-000078

Ex. 35 pg.77 of 296

Лист для записи заключительных (уточненных) диагнозов

| Дата (число, месяц, год) обращения | Заключительные (уточненные) диагнозы | Впервые установленные диагнозы (отметить +) | Подпись врача (фамилию писать разборчиво) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TF69-05-000079

Ex. 35 pg.78 of 296

*Virsulfškis 84-41*
*4 KK*

| | Код формы по ОКУД .. ... .. ... .. |
| --- | --- |
| | Код учреждения по ОКПО ... ... ... .. |

| МИНИСТЕРСТВО ЗДРАВООХРАНЕНИЯ СССР | | МЕДИЦИНСКАЯ ДОКУМЕНТАЦИЯ |
| --- | --- | --- |
| *VMGn* | | Форма № 014\у |
| Наименование учреждения ... ... ... ... ... | | Утв. Минздравом ССР 04.10.80 № 1030 |

НАПРАВЛЕНИЕ *284*

на патологогистологическое исследование

«*25*» *04* 19 *88* г. ... ... час.

дата и часы направления материала

*10*

Отделение ... *III pin* ... Карта стационарного больного, (амбулаторная карта № *1104*

1. Фамилия, имя, отчество больного  *Kadanova Tatjana, Boltromejevna*
2. Пол М|Ж 3. Возраст *1945/43/* ... лет. 4. Биопсия первичная, вторичная (нужное подчеркнуть) 5. При повторной биопсии указать № и дату первичной ...
*88.04.25 Abcario itesi probatosica*
6. Дата и вид операции
7. Маркировка материала, число объектов  *Cackob c. namxu*
8. Клинические данные
продолжительность заболевания, проводимое лечение при опухолях — точная локализация, темпы роста, размеры, консистенция, отношение к окружающим
*Rodbi 2. Aborti 3*
тканям, метастазы, наличие других опухолевых узлов, специальное лечение; при исследовании лимфоузлов указать анализ крови, соскобов, эндометрия, молочных желез —
*Poslednie 3 mesese mensis nerequiaribus*
начало и окончание последней нормальной менструации, характер нарушения менструальной функции, дату начала кровотечения

9. Клинический диагноз  *Metrorrhagia dysfunctionalis*

\* Заполняется под копирку в двух экземплярах.

Фамилия лечащего врача *AK*

Подпись ... ... ... ...

TF69-05-000080

Ex. 35 pg.79 of 296

Патологогистологическое исследование № .....2841........ Дата и часы поступления ...88...04...27............................................

Биопсия диагностическая ................................ Биопсия срочная ............................... Операционный материал ............................

Количество кусочков ...................... блоков ........................ Методика окраски ....................................

Марко- и микроскопическое описание: ........................................................................................................

....................................................................................................................................................

....................................................................................................................................................

....................................................................................................................................................

....................................................................................................................................................

....................................................................................................................................................

....................................................................................................................................................

....................................................................................................................................................

....................................................................................................................................................

....................................................................................................................................................

....................................................................................................................................................

Патологогистологическое заключение (диагноз) ...*Hyperplasie glandularis enda-*

*metrii (proliferaep. faze)* ...............................

Код

............. ................................................

Дата исследования «....» 28 II 19 88 г.

Фамилия патологоанатома ........................... *[подпись]*
                                                         подпись

Фамилия лаборанта ........................................
                                                         подпись

\* Заполняется под копирку в двух экземплярах.
  Необходимое вписать, подчеркнуть.
Тип. «Райде» Тракайское отд. 87. 49. 100.000.

TF69- 05- 000081

Ex. 35 pg.80 of 296

<table>
<tr><td></td><td>Код формы по ОКУД _____</td></tr>
<tr><td></td><td>Код учреждения по ОКПО _____</td></tr>
</table>

| МИНЗДРАВ СССР | МЕДИЦИНСКАЯ ДОКУМЕНТАЦИЯ |
| --- | --- |
| *V.Mp N* Наименование учреждения | Форма № 027/у Утв. Минздравом СССР 04.10.80 № 1030 |

### ВЫПИСКА
### ИЗ МЕДИЦИНСКОЙ КАРТЫ АМБУЛАТОРНОГО, СТАЦИОНАРНОГО
(подчеркнуть) БОЛЬНОГО

*У М. V*

В ............................................................................................
название и адрес учреждения, куда направляется выписка

............................................................................................

............................................................................................

1. Фамилия, имя и отчество больного ...*Kadamova*...
...*Tatjana Baltramiejevna*...

2. Дата рождения ...*1945. 02. 06*...

3. Домашний адрес ...*Viruliškiu   87 - 41*...

4. Место работы и род занятий ...*Centrines paštr*...
...*darbeninke*...

5. Даты: а) по амбулатории: заболевания ...........................
   направления в стационар ...*1990. 02. 23*... *9 50*
   б) по стационару: поступления ...*1990. 02. 26*...
   выбытия ...*10. 03. 06*...

6. Полный диагноз (основное заболевание, сопутствующее осложнение) ......

............................................................................................

...*alletronhopio*...

...*dispensationala G*...

............................................................................................

............................................................................................

............................................................................................

............................................................................................

............................................................................................

TF69-05-000082

Ex. 35 pg.81 of 296

7. Краткий анамнез, диагностические исследования, течение болезни, проведенное лечение, состояние при направлении, при выписке ....................

26/II – [illegible]
[illegible]
[illegible] 0,25 × 4
+ [illegible]
[illegible] 2
[illegible]
[illegible]
[illegible] 5% – 1,0 i/v
[illegible] N 4 (200 mg)
Pacl [illegible] – [illegible]
Hb – 148 g/l Le – 5,6·10⁹ EGS – 18

Лечебные и трудовые рекомендации: ....................

[illegible] – [illegible]

[illegible] (400 mg)

«......» 20 03 06 19.... г.

Лечащий врач ....................

„Raidē".

TF69-05-000083

*Virsulesius 87-41*
*July*

Код формы по ОКУД . . . . . . . . . . .

Код учреждения по ОКПО . . . . . . . . .

| МИНИСТЕРСТВО ЗДРАВООХРАНЕНИЯ СССР | | МЕДИЦИНСКАЯ ДОКУМЕНТАЦИЯ |
|---|---|---|
| Наименование учреждения . . . . . . *VMGM* | | Форма № 014|у |
| | | Утв. Минздравом СССР 04.10.80 № 1030 |

НАПРАВЛЕНИЕ  *577,8*

на патологогистологическое исследование

«. . . . .» . . . *10.02.26* . . . . . . . . час.

дата и часы направления материала

Отделение . . . . . . . . . . . . *II рм* . . . . . Карта стационарного больного (амбулаторная карта) № . . . . *907*

1. Фамилия, имя, отчество больного *Kedemova Tatjana Bartholomejebна*

2. Пол М|Ж. 3. Возраст . . . *1945* лет. 4. Биопсия первичная, вторичная (нужное подчеркнуть) 5. При повторной биопсии указать № и дату первичной

. . . . . . . . . . . . . . . . . . . . . . . . . . 6. Дата и вид операции . . . *abrasio e. uter. рob*

7. Маркировка материала, число объектов . . . . . . *ib. fundi)*

8. Клинические данные . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

продолжительность заболевания, проведенное лечение при опухолях — точная локализация, темпы роста, размеры, консистенция, отношение к

*Menses  uregul  2 mieва*

окружающим тканям, метастазы, наличие других опухолевых узлов, специальное лечение; при исследовании лимфоузлов указать анализ крови, соскобов эндометрия, молочных желез

*Tnacuroja  роm  2 mienиn  m pertronhaу*

*galman ш 12/420*

9. Клинический диагноз . . . *Metrorrhagie climacterica*

\* Заполняется под копирку в двух экземплярах.

Фамилия лечащего врача . . . . . . . . .

Подпись . . . . . . . . . . . . . . . . . . . . . .

TF69- 05- 000084

Ex. 35 pg.83 of 296

Патологогистологическое исследование № ...577... Дата и часы поступления ...90...02...28...

Биопсия диагностическая ................. Биопсия срочная ............... Операционный материал ...............

............ Количество кусочков ............ блоков ............ Методика окраски ...............

Марко- и микроскопическое описание: ...............

Патологогистологическое заключение (диагноз) .. *Hyperplasia glandularis endometrii cystica (proliferans) (sic!)*

Код ...............

Дата исследования « ...2... III... 19 90 г.

Фамилия патологоанатома ...............
подпись

Фамилия лаборанта ...............
подпись

* Заполняется под копирку в двух экземплярах.

Необходимое вписать, подчеркнуть.

Тип. «Райде» Тракайское отд. 87 3290 100.000

TF69-05-000085

Ex. 35 pg.84 of 296

Вкладной лист к ф. № 025./y

Вкладной лист к медицинской карте № _____ амбулаторного больного _____

| Дата посещения | Амбулаторное, на дому (записать) | Жалобы больного, объективные данные, течение и диагноз болезни, подписи врачей и консультантов | Назначения и отметка о выдаче листка нетрудоспособности |
|---|---|---|---|
| 87.01.13 | | *(неразборчивый рукописный текст)* | |
| | Об. | *(неразборчивый рукописный текст)* | |
| 87.03.03 | | *(неразборчивый рукописный текст)* | |
| | Об. | *(неразборчивый рукописный текст)* | |

TF69- 05- 000086

Ex. 35 pg.85 of 296

Вкладной лист к медицинской карте № ______________ амбулаторного больного ______________

| Дата посещения | Амбулаторное, на дому (вписать) | Жалобы больного, объективные данные, течение и диагноз болезни, подписи врачей и консультантов | Назначения и отметка о выдаче листка нетрудоспособности |
|---|---|---|---|
| | [illegible] | [illegible] | [illegible] |
| 87.04.08 | | [illegible] | [illegible] |

TF69-05-000087

| Дата посе-щения | Амбулатор-ное, на дому (в писать) | Жалобы больного, объективные данные, течение и диагноз болезни, подписи врачей и консультантов | Назначения и отметка о выдаче листка нетрудоспособности |
|---|---|---|---|
| | | *(handwritten text, illegible)* | *(handwritten text, illegible)* |

Вкладной лист к медицинской карте № _____ амбулаторного больного _____

TF69- 05- 000088

Ex. 35 pg.87 of 296

TF69- 05- 000089

Ex. 35 pg.88 of 296

| Дата посещения | Амбулаторное на дому (вписать) | Жалобы больного, объективные данные, течение и диагноз болезни, советы врачей и консультантов | Назначения и отметка о выдаче листка нетрудоспособности |
|---|---|---|---|
| 30.Ⅰ.31. | | *handwritten text* | |
| 30.Ⅰ.23. | | *handwritten text* | |

TF69-05-000090

Ex. 35 pg.89 of 296

| Дата посещения | Амбулаторное на дому (вписать) | Жалобы больного, объективные данные, течение и диагноз болезни, подписи врачей и консультантов | Назначения и отметка о выдаче листка нетрудоспособности |
|---|---|---|---|
| 88.04.22. | | *[handwritten text, illegible]* | *[handwritten text, illegible]* |

TF69-05-000091

Ex. 35 pg.90 of 296



TF69-05-000092

Ex. 35 pg.91 of 296



TF69- 05- 000093

Ex. 35 pg.92 of 296



TF69-05-000094

Ex. 35 pg.93 of 296



TF69-05-000095

Ex. 35 pg.94 of 296

| Data | Ligonio nusiskundimai, objektyvūs duomenys, diagnozė ir gydymas | Paskyrimai, N./l. Nr. Gydytojo parašas |
|------|------|------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Gydytojo įrašai**

TF69-05-000096

Ex. 35 pg.95 of 296

**Gydytojo įrašai**

| Data | Ligonio nusiskundimai, objektyvūs duomenys, diagnozė ir gydymas | Paskyrimai, N/l Nr. Gydytojo parašas |
|------|------|------|
|  |  |  |

Sp. „Raidė" Vilkaviškio sk. 89. 770. 100.000

TF69-05-000097

Ex. 35 pg.96 of 296

Justiniškių 39-40
Tatjana Kadamova
1945

Telef. 41-75-11.

asm.kod. 44150 20 60808
L.J. 7330 850

Apyl. 20    ygd. Lauzaitiene

TF69-05-000098

Ex. 35 pg.97 of 296



## TURINYS

Puslapis galutinėms diagnozėms .................................... 1

Epikrizė iš ambulatorinės kortelės ................................. 5

Laikinas nedarbingumas ........................................... 7

Signalinės atžymos ir anamnezė ................................... 11

„Rizikos" faktoriai ................................................ 13

Sveikatingumo priemonės ......................................... 14

Rentgenologinių tyrimų įrašai ..................................... 15

Elektrokardiografinių tyrimų įrašai ................................ 16

Gyd. okulistų įrašai .............................................. 19

Gyd. otolaringologų įrašai ........................................ 31

Gyd. neuropatologų įrašai ........................................ 37

Gyd. chirurgų įrašai .............................................. 51

Gyd. terapeutų įrašai ............................................ 65

TF69-05-000099

Ex. 35 pg.98 of 296

### PUSLAPIS GALUTINĖMS (PATIKSLINTOMS) DIAGNOZĖMS

| Data (metai, mėnuo, diena) | Galutinė (patikslinta) diagnozė | Pirmą kartą nustačius (žymėti +) | Nustatyta profilakt. patikrinimo metu (+) | Gydytojo parašas |
|---|---|---|---|---|
| 88.05.29 | K. kopų abiejų multinėjų tenią | + | | |
| 90.04.03 | Hipertonini lyga, pandicarą — liu. mecitu to 2 M | — | | už. Meerinskienė V. ol |
| 91.06.26 | Hiperi. upą, perwocerbe 1 U/M pettogeni | + | Gya. Klerinoblone |
| 93.02.11 | Hipertonini ligoš, pobl. | — | | |
| 95.4.20 | Kepenų cirooze sučy. stad. (2) | | | |
| 95 I 2 | Kepen cirose Gyvd Samstine | | | |
| 95 | 14. Kepenų cirooze | — | (1) | |

TF69-05-000100

Ex. 35 pg.99 of 296

## PUSLAPIS GALUTINĖMS (PATIKSLINTOMS) DIAGNOZĖMS

| Data (metai, mėnuo, diena) | Galutinė (patikslinta) diagnozė | Pirmą kartą nustačius (žymėti +) | Nustatyta profilakt. patikrinimo metu (+) | Gydytojo parašas |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2

TF69-05-000101

Ex. 35 pg.100 of 296



Ex. 35 pg.101 of 296

## PUSLAPIS GALUTINĖMS (PATIKSLINTOMS) DIAGNOZĖMS

| Data (metai, mėnuo, diena) | Galutinė (patikslinta) diagnozė | Pirmą kartą nustačius (žymėti +) | Nustatyta profilakt. patikrinimo metu (+) | Gydytojo parašas |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TF69- 05- 000103

Ex. 35 pg.102 of 296

PIRMINĖ DISPANSERIZCIJA

198___ m... ___ mėn.___ d.

Nusiskundimai _____

An.vitae,paveldimi susirgimai _____

Persirgtos ligos,operacijos _____

Rizikos faktoriai _____

Darbo,buities sąlygos _____

An.morbi: _____

St.praesens:kūno sudėjimas _____

Mityba (gera,vidutinė,bloga,odos gleivinių spalva _____

Liežuvis (švarus,suspnašomis,tonzilės (ramios,hipertrofiškos).

AS ___/___ P _____ k/min(ritmiškas,aritmiškos). Cor tonai (aiškūs,duslūs,

ritmiški,aritmiški,ekstrasistolės,ūževiai)_____

Plaučiuose (vesikulinis,bronchinis) alsavimas,iškvėpimas (laisvas,apsunkintas,

spazminis), karkalai (neišklausomi,sausi,dré... švilpiantys,krepituojantys),

kvėpavimas _____ k/min.

Pilvas minkštas (pápūstas,skausmingas,neskausmingas) skausmingas (epigastriume,

bambos srityje,ileocekaliniame kampe,Kero,Ortnerio s.) Kepenys nesipalpuoja (iš-

eina iš po šonkaulių lanko per___ cm).Blužnis (neapčiuopiama,apčiuopiama).

Prstarnockio s d=s.

Edemos ___

TF69-05-000104

Ex. 35 pg.103 of 296

Tyrimo ir gydymo-profilaktinių priemonių planas

1. Dispanseriniai patikrinimai (kiek kartų,kada)___

2. Laboratoriniai tyrimai
   RO" (krūtinės ląstos, su kontrastuota stemple
      skrandžio,žarnyno_____ mėn.
   kraujas,šlapimas,kaprogr._____ mėn.
   cholesterinas, lipoprot._____ mėn.
   protrombinas,cukrus kr-je_____ mėn.
   balt.frakc.,CRB,SM_____ mėn.
   urea,kreatininas,liek.azotas___mėn.
   Evsk_____ mėn.

|  Konsultacijos |  |
|---|---|
| Neuropatologas | ___ mėn. |
| okulistas | ___ mėn. |
| stc^ntologas | ___ mėn. |
| LOR | ___ mėn. |
| chirurgas | ___ mėn. |
| ginekologas | ___ mėn. |
| pulmonologas | ___ mėn. |
| kardiologas | ___ mėn. |

3. Dietinis maitinimas (kada,stalo Nr.___)___

4. Išgyvendinti žalingus įpročius (rūkymą,alkoholio vartojimą)___

5. Darbinės rekomendacijos___

6. Medikumentinis gydymas (koks,kada)___

7. Sanatorinis kurortinis gydymas (kada,kur)___

8. S...cionarinis gydymas (kur,kada)___

9. Fizioterapinis gydymas,masažas,GPK (kada)___

Atvykti 198_ m._____ mėn.___ d.

Gydytojas___

TF69-05-000105

Ex. 35 pg.104 of 296

## EPIKRIZĖ IŠ AMBULATORINĖS KORTELĖS

Ligonis (ė) _____ gydėsi šioje poliklinikoje nuo 19_____ m.

Yra dispanserinėje priežiūroje: taip, ne (pabraukti).  Dispanserinės  apskaitos grupė _____

Pagrindinis susirgimas _____

_____

_____

_____

Jo išaiškinimo data 19_____ m.

Gretutiniai susirgimai: (nurodyti jų išaiškinimo datą) _____

_____

_____

_____

_____

5

TF69-05-000106

Ex. 35 pg.105 of 296



Ex. 35 pg.106 of 296



LAIKINAS NEDARBINGUMAS

| N/I Nr. | Galutinė diagnozė | N/I išdavimo data | Nedarbo dienų skaičius |
|---------|-------------------|-------------------|------------------------|
|         |                   |                   |                        |

7

TF69-05-000108

Ex. 35 pg.107 of 296



TF69- 05- 000109

Ex. 35 pg.108 of 296



Ex. 35 pg.109 of 296

## LAIKINAS NEDARBINGUMAS

| N/I Nr. | Galutinė diagnozė | N/I išdavimo data | Nedarbo dienų skaičius |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TF69-05-000111

Ex. 35 pg.110 of 296

## SIGNALINĖS ATŽYMOS IR ANAMNEZĖ

Kraujo grupė _____ O /T/ _____ . Rezus _____ Rh + _____

Jautrus (i) medikamentams _____

_____

Cheminėms medžiagoms: _____

Vakcinacija (kada, kokia) _____

Chirurginės intervencijos _____

_____

Persirgtos ligos: miokardo infarktas, insultas, bronchitas, pneumonija, tuberkuliozė, hepatitas A, B, tonsilitas, traumos (pabraukti ir įrašyti) _____

Seimos nariai sirgo: MI, insultu, hipertonine liga, stenokardija, nutukimu, bronchine astma, glaukoma, akmenlige, opalige, skydliaukės ligom, alerginėm reakcijom, sąnarių susirgimais, reumatu, tuberkulioze, 'koholizmu _____

Invalidumas: _____ grupė. Naujai nustatyta grupė (data) _____

Pervestas į _____ gr. (data). Nuimtas invalidumas _____ (data).

11

TF69-05-000112

Ex. 35 pg.111 of 296

## „RIZIKOS" FAKTORIAI IR PROF, PATIKRINIMŲ DUOMENYS

| Patikrinimai | 19    m. | 19    m. | 19    m. | 19    m. |
|---|---|---|---|---|
| 1. Arterinis kraujo spaudimas mmHg | | | | |
| 2. Ūgis (cm) | | | | |
| 3. Svoris (kg), normalus svoris (kg) | | | | |
| 4. Rūkymas: nerūko (pabraukti) | | | | |
| Rūko iki 10 cig./d., iki 20 cig./d. | | | | |
| 5. Piktnaudžiauja alkoholiu | | | | |
| Alkoholį vartoja retai | | | | |
| 6. Regėjimo aštrumas | V OD OS | V OD OS | V OD OS | V OD OS |
| 7. Akispūdis | | | | |
| 8. Klausa | | | | |
| 9. Pneumotachometrija | | | | |
| 10. EKG | | | | |

12

TF69- 05- 000113

Ex. 35 pg.112 of 296

„RIZIKOS" FAKTORIAI IR PROF. PATIKRINIMŲ DUOMENYS

| Patikrinimai | 19 m. | 19 m. | 19 m. | 19 m. | 19 m. |
|---|---|---|---|---|---|
| 11. Burnos ertmės apžiūra (Dantų būklė). Reikalinga sanacija | | | | | |
| 12. Kraujo tyrimai, cukrus | | | | | |
| 13. Šlapimo tyrimai: | | | | | |
| baltymas | | | | | |
| 14. Fluorografija (Nr.) | | | | | |
| 15. Mamografija | | | | | |
| 16. Ginekologo apžiūra | | | | | |
| sveika | | | | | |
| gydoma MK | | | | | |
| 17. Digitalinis rectum tyr. | | | | | |
| 18. Kiti tyrimai: | | | | | |

TF69-05-000114

Ex. 35 pg.113 of 296

## SVEIKATINIMO PRIEMONĖS

| Sveikatinimo priemonės · pavadinimas | 19   m. | 19   m. | 19   m. | 19   m. | 19   m. |
|---|---|---|---|---|---|
| 1. Dietinis maitinimas: | | | | | |
| paskirtas | | | | | |
| gavo | | | | | |
| 2. Pervestas į kitą darbą: | | | | | |
| reikėjo | | | | | |
| pervestas | | | | | |
| 3. Reabilitacinis gydymas: | | | | | |
| paskirtas | | | | | |
| gavo | | | | | |
| 4. Sanatorinis kurortinis gydymas: | | | | | |
| paskirtas | | | | | |
| gavo | | | | | |
| 5. Stacionarinis gydymas | | | | | |
| terapiniame skyriuje | | | | | |
| chirurginiame skyriuje | | | | | |
| nervų ligų skyriuje | | | | | |
| 6. Kitos sveikatinimo priemonės | | | | | |

14

TF69-05-000115

Ex. 35 pg.114 of 296

RENTGENOLOGINIŲ TYRIMŲ ĮRAŠAI

| Data | Tyrimo charakteris | Tyrimų rezultatai (išvados) | Gydytojo rentgenologo pavardė |
|---|---|---|---|
| 1970.04.04 | kr. ląstos. | be patologijos | |

TF69-05-000116

Ex. 35 pg.115 of 296

ELEKTROKARDIOGRAFINIŲ TYRIMŲ ĮRAŠAI

| Data | Elektrokardiogramos išvados | Gydytojo pavardė |
|------|------------------------------|-------------------|
| 1991. 08. 26 | *[handwritten text, illegible]* | |
| 91. 06. 03 | *[handwritten text, illegible]* | |

16

TF69-05-000117

Ex. 35 pg.116 of 296

RENTGENOLOGINIŲ TYRIMŲ ĮRAŠAI

| Data | Tyrimo charakteris | Tyrimų rezultatai (išvados) | Gydytojo rentgenologo pavardė |
|------|--------------------|-----------------------------|-------------------------------|
|      |                    |                             |                               |

TF69-05-000118

Ex. 35 pg.117 of 296

## ELEKTROKARDIOGRAFINIŲ TYRIMŲ ĮRAŠAI

| Data | Elektrokardiogramos išvados | Gydytojo pavardė |
|------|------------------------------|------------------|
|      |                              |                  |

TF69-05-000119

Ex. 35 pg.118 of 296

GYDYTOJŲ OKULISTŲ ĮRAŠAI

| Apsilan-kymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|

TF69-05-000120

Ex. 35 pg.119 of 296

GYDYTOJŲ OKULISTŲ ĮRAŠAI

| Apsilan-kymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| 05.04.71 | | | |

20

TF69- 05- 000121

Ex. 35 pg.120 of 296

GYDYTOJŲ OKULISTŲ ĮRAŠAI

| Apsilankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

21

TF69-05-000122

Ex. 35 pg.121 of 296

## GYDYTOJŲ OKULISTŲ ĮRAŠAI

| Apsilan-kymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

TF69- 05- 000123

Ex. 35 pg.122 of 296

## GYDYTOJŲ OKULISTŲ ĮRAŠAI

| Apsilan-kymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |

23

TF69-05-000124

Ex. 35 pg.123 of 296

## GYDYTOJŲ OKULISTŲ ĮRAŠAI

| Apsilan-kymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

24

TF69-05-000125

Ex. 35 pg.124 of 296

## GYDYTOJŲ OKULISTŲ ĮRAŠAI

| Apsilan-kymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| 91.03.28 | *Mlus dugne one uboc aidlua poziici spelor, duley'a siluuoho, Mauyo* | *Hyper methop. Pleskyopidui* | |
| 07.04.22 | V – Oel = 1,0 | | |
| | $\overline{I}n$ OQ = 5,5 = 15,9 | *Angioicleron* | |
| | QI = 5,0 = 17,3 | *zek uoe OI* | |
| | OLI – aciu diuguoue - o. n acskei | | |
| | *aiiuiou sibus. Mauiyagikes* | | |
| | *Mlcrouuen* | | |

TF69-05-000126

Ex. 35 pg.125 of 296

## GYDYTOJŲ OKULISTŲ ĮRAŠAI

| Apsilan-kymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TF69-05-000127

Ex. 35 pg.126 of 296

## GYDYTOJŲ OKULISTŲ ĮRAŠAI

| Apsilan-kymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TF69-05-000128

Ex. 35 pg.127 of 296

## GYDYTOJŲ OKULISTŲ ĮRAŠAI

| Apsilan-kymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

28

TF69-05-000129

Ex. 35 pg.128 of 296

## GYDYTOJŲ OKULISTŲ ĮRAŠAI

| Apsilan-kymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TF69- 05- 000130

Ex. 35 pg.129 of 296

## GYDYTOJŲ OKULISTŲ ĮRAŠAI

| Apsilan- kymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TF69-05-000131

Ex. 35 pg.130 of 296

AUSŲ-NOSIES-GERKLĖS LIGŲ GYDYTOJŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|

TF69-05-000132

Ex. 35 pg.131 of 296

## AUSŲ-NOSIES-GERKLĖS LIGŲ GYDYTOJŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |

32

TF69-05-000133

Ex. 35 pg.132 of 296

AUSŲ-NOSIES-GERKLĖS LIGŲ GYDYTOJŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

33

TF69-05-000134

Ex. 35 pg.133 of 296

## AUSŲ-NOSIES-GERKLÉS LIGŲ GYDYTOJŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozè | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |

34

TF69- 05- 000135

Ex. 35 pg.134 of 296

## AUSŲ-NOSIES-GERKLĖS LIGŲ GYDYTOJŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

35

TF69-05-000136

Ex. 35 pg.135 of 296

AUSŲ-NOSIES-GERKLĖS LIGŲ GYDYTOJŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TF69-05-000137

Ex. 35 pg.136 of 296

GYDYTOJŲ NEUROPATOLOGŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | Gyd. neuropatologo apžiūrėtas  s a n u | | |
| 95. 05. 11. | | | |
| 97.04.22. | | | |

TF69-05-000138

Ex. 35 pg.137 of 296

## GYDYTOJŲ NEUROPATOLOGŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TF69- 05- 000139

Ex. 35 pg.138 of 296

GYDYTOJŲ NEUROPATOLOGŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

39

TF69- 05- 000140

Ex. 35 pg.139 of 296

## GYDYTOJŲ NEUROPATOLOGŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |

40

TF69-05-000141

Ex. 35 pg.140 of 296

## GYDYTOJŲ NEUROPATOLOGŲ ĮRAŠAI

| Apsi- lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

41

TF69-05-000142

Ex. 35 pg.141 of 296

## GYDYTOJŲ NEUROPATOLOGŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

42

TF69-05-000143

Ex. 35 pg.142 of 296

## GYDYTOJŲ NEUROPATOLOGŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

43

TF69-05-000144

## GYDYTOJŲ NEUROPATOLOGŲ ĮRAŠAI

| Apsilankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TF69-05-000145

Ex. 35 pg.144 of 296

## GYDYTOJŲ NEUROPATOLOGŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |

TF69-05-000146

Ex. 35 pg.145 of 296

GYDYTOJŲ NEUROPATOLOGŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TF69- 05- 000147

Ex. 35 pg.146 of 296

GYDYTOJŲ NEUROPATOLOGŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnoze | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TF69-05-000148

Ex. 35 pg.147 of 296

GYDYTOJŲ NEUROPATOLOGŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |

48

TF69-05-000149

Ex. 35 pg.148 of 296

## GYDYTOJŲ NEUROPATOLOGŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |

49

TF69- 05- 000150

Ex. 35 pg.149 of 296

## GYDYTOJŲ NEUROPATOLOGŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |

50

TF69-05-000151

Ex. 35 pg.150 of 296

GYDYTOJŲ CHIRURGŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| 92 04 28 | | | |
| 93.IX.17. | | | |

TF69-05-000152

Ex. 35 pg.151 of 296

| Apsilankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| GYDYTOJŲ CHIRURGŲ ĮRAŠAI | | | |

*(handwritten entries — illegible)*

TF69-05-000153

Ex. 35 pg.152 of 296

GYDYTOJŲ CHIRURGŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| 85-V.11. | | | |
| 96 IX.9. | | | |
| | | | 53 |

TF69-05-000154

Ex. 35 pg.153 of 296

GYDYTOJU CHIRURGU IRASAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | *[handwritten, illegible]* | | |
| | *[handwritten, illegible]* | | |
| | *[handwritten, illegible]* | | |

Ex. 35 pg.154 of 296

TF69- 05- 000155

## GYDYTOJŲ CHIRURGŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

55

TF69-05-000156

Ex. 35 pg.155 of 296

## GYDYTOJŲ CHIRURGŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

TF69-05-000157

Ex. 35 pg.156 of 296

GYDYTOJŲ CHIRURGŲ ĮRAŠAI

| Apsi- lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

57

TF69-05-000158

Ex. 35 pg.157 of 296

## GYDYTOJŲ CHIRURGŲ ĮRAŠAI

| Apsi-<br>lankymo<br>data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio<br>Nr., kiek dienų<br>nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TF69-05-000159

Ex. 35 pg.158 of 296

## GYDYTOJŲ CHIRURGŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

TF69-05-000160

Ex. 35 pg.159 of 296

## GYDYTOJŲ CHIRURGŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

TF69-05-000161

Ex. 35 pg.160 of 296

GYDYTOJŲ CHIRURGŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

61

TF69-05-000162

Ex. 35 pg.161 of 296

## GYDYTOJŲ CHIRURGŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

62

TF69-05-000163

Ex. 35 pg.162 of 296

### GYDYTOJŲ CHIRURGŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TF69-05-000164

Ex. 35 pg.163 of 296



Ex. 35 pg.164 of 296

GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| 91.06.05 | *[handwritten text, illegible]* | *[handwritten]* | *[handwritten]* |
| | Ū.s. Klecinskienė V. | | 06.05 – 06.08 |
| 91.06.08 | *[handwritten text, illegible]* | | |

TF69-05-000166

Ex. 35 pg.165 of 296

GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | *[handwritten]* | *[handwritten]* | *[handwritten]* |
| 91.06.13 | *[handwritten]*  Gyd. Kleuinsklené T. | *[handwritten]* | *[handwritten]* |
| | *[handwritten]*  Gyd. Kleuinsklené V. | | |

66

TF69- 05- 000167

Ex. 35 pg.166 of 296

GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|

Ex. 35 pg.167 of 296

TF69-05-000168

GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |

Gyd. Klevinshlenė V. B.

70

TF69-05-000169

Ex. 35 pg.168 of 296



Ex. 35 pg.169 of 296

Ex. 35 pg.170 of 296

Formos kodas pagal SVDK ...... .... .... .... ....
Istaigos kodas pagal SIOK .... .... .... .... ......

| TSRS SAM | Apsk. f. Nr. 028/y |
|---|---|
| | Patv: TSRS SAM 1980 10 04 |
| Istaigos pavadinimas | Nr.: 1030 |

## SIUNTIMAS KONSULTACIJAI IR Į PAGALBINIUS KABINETUS

Pavardė .... *Kadamova* .... .... .... .... .... ....

Vardas .... *Tatjana* .... .. Tėvo vardas *Baltramejevna* .... ....

.... .... .... .... .... .... .... .... .... .... ....

Diagnozė .... *Cholecystopancreatitis ac.* .... .... ....

.... .... .... .... .... .... .... .... ....

Siunčiamas (kur ir kodėl) .... *Echoskopija* .... ....

.... .... .... .... .... .... .... .... .... ....

Parašas .... *Cond.* .... .... .... .... .... ....

19 *92* m. *01. 29 d.* .... .... .... mėn. ... d.

TF69- 05- 000172

išvada ..........................................

...........................................

Parašas ...........................................

19 .... m... .. ................. ....mėn. .. d.

Kėdainip 89 3042 200 000

TF69- 05- 000173

_Šiltnamis 29_

Formos kodas pagal SVDK ........................
Įstaigos kodas pagal SIOK ........................

| **TSRS SAM** | | Aps. f. Nr. **027/y** |
| Įstaigos pavadinimas | | Patv. TSRS SAM 1980.10.04. Nr. 1030 |

## I S R A S A S

iš ambulatorinio, stacionarinio (pabraukti) ligonio medicininės kortelės

Įstaigos, kuriai siunčiamas išrašas, pavadinimas ir adresas ... _USPAC_

1. Ligonio pavardė, vardas ir t. v. ... _Kadonasda J. B._

2. Gimimo data ... _1945_
3. Namų adresas ... _Viralotis 87-41_
4. Darbovietė ir užsiėmimas ...

5. Datos: a) ambulatorijos: susirgimo ... _1992 01 26_

(Įydantis Rgydytojas)

TF69- 05- 000174

Ex. 35 pg.173 of 296

7 Trumpa anamnezė, diagnostiniai tyrimai, ligos eiga, taikytas gydymas, būklė siunčiant ir išrašant

Chirurgo konsultacija

Hb 152 Leu 4,9·10⁹/l T° 36,6 R° 38,0

Pilvas minkštas, neskausmingas epigastriume

Blumbergo simpt (–) Per rectum – n.y.

Ginekologas – sana.

Rekomendacijos dėl gydymo ir darbo:

TF69-05-000175

701/
8-11

čėta!

Formos kodas pagal SVDK 5109824
Įstaigos kodas pagal SĮOK .... ......

Lietuvos SAM

Apskaitos forma Nr. 224/y-1
Patvirtinta LTSR SAM
1989. 06. 15. Nr. 169

Įstaigos pavadinimas

## Kraujo tyrimas

Kaplenova P.

ool 87-41

Pavardė, vardas, tėvo vardas ......

Gimimo metai ..........

Įstaiga ...............Skyrius ...............Palata ...............

Apylinkė ...............Asmens kortelės Nr. ...............

| | Eritrocitai (RBC)x | Hemoglobinas (HGB)x | Hemoglobinas eritrocite (MCH)x | Eritrocitų vidut. tūris (MSV)x | Retikulocitai (RET)x | Trombocitai (PTL)x | Eritroc. nusėd. greitis (ESR)x | Hematokrit (HCT)x | | Krešėjimo laikas (min.) | | Kraujavimo laik. (min.) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | eritrocitai | plazma | pradžia | pabaiga | pradžia | pabaiga |
| xx V/M | 4,5-5,6 10¹²/, 4,0-5¹ | 135-160 g/l 130-150 | 29-35 pikogramai | 82-95 f.L. | 2-10 proc. | (180-320) 10⁹/, | 2-10 2-15 mm/val. | 40-48 36-42 | 60-52 58-64 | 3 | 5 | 2 | 5 |
| V/M | | | | | | | | | | | | | |

x RBC—red blood cells, HGB—hemoglobin, MCH—mean corpuscular hemoglobin, MCV—mean corpuscular volume, RET—reticulocyte, PIL—platelets, ESR—erythrocyte sedimentation rate, HCT—hematocrite, MBC—white blood cells
xx V — vyrai, M — moterys

TF69- 05- 000176

Ex. 35 pg.175 of 296

| Leukoci-tai (WCB)x | Bazofilai | Eozino-filai | mielo-citai | Prob-mie-locitai | iazde-liniai | segmen-tuoti | Limfoci-tai | Monoci-tai | Pro-mie-loci-tai | Blas-tai | Plaz-minės ląste-lės | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| V/M (4-9) $10^9/_1$ | 0-1 $10^9/_1$ 0-30 | | | | 0-5 — $10^9/_1$ 0-45,0 | 50-80 proc. 1850--7250x $10^9/_1$ | 19-37 proc. 1500--4000x $10^9/_1$ | 3-10 proc. 70-650x $10^9/_1$ | | | | | |
| V/M 8,0,10 | | | | | | | | | | | | | |

Anizocitodė ............ .......... ............ Poikilocitozė ....................................................

Eritrokaciocitai (normocitai) ................. ........................Hipersegmentacija ........ ............... ........

Eritrocitų morfologiniai pakitimai ...................................................................

Neutrofilų toksinis grūdėtumas ........ ........................................................

.......................................................................................................

.......................................................................................................

.......................................................................................................

.......................................................................................................

19....m. ...............................mén.....d.      Tyrimo atlikėjo paraśas ............ ....

Kėdainiai 90  2568 200 000

TF69-05-000177

Ex. 35 pg.176 of 296

GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | *šalčio* *piūsles* *prieška* | Neda bl ... 2 | |
| | *gye* | Isd. t.'. | |
| | | Praig... 31. 01.05 | |
| | | Nuo | |
| *Vesigul.* + | *U. garbids* ? | Re*m* ATV... DYi... | |
| *Hluogel.* | | 19   m   men   d. | |
| *16,0 × 3* | | *b/ no - 5 d.* | |
| *Soli gum* | Gyd. E. Ma... | | |
| *1× 3* | | | *m̅j. mil.* |
| *92.02 Vb.* | *Bunei guru shungbio ... el...* | | |
| | *nebeskanda . Bl... T° n. Ane 12-bh.* | | |
| | *me .vy. b.yp. SKB. 16s/ pus wudfres. t.* | | |
| | *Dyu. centviidi ar.* | | |
| | | | *L... Ma...* |

TF69- 05- 000178

Ex. 35 pg.177 of 296

GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| 92.01.30. | | | |

TF69-05-000179

Ex. 35 pg.178 of 296

GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| 05 02 10 | *[handwritten text illegible]* | *[handwritten text illegible]* | *[handwritten text illegible]* |
| 03.01 | *[handwritten text illegible]* | *[handwritten text illegible]* | *[handwritten text illegible]* |

TF69-05-000180

Ex. 35 pg.179 of 296

| data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|------|-----------------------------------------------|----------|------------------------------------------------------|

GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

93-02-18

76

TF69- 05- 000181

Ex. 35 pg.180 of 296

GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |

TF69-05-000182

Ex. 35 pg.181 of 296

GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| 1993 07.23 | *[handwritten text, illegible]* | *[handwritten text]* | *[handwritten]* |
| | | | 02.24 - 02.26 |
| | | | |
| 1993 07.26 | *[handwritten text, illegible]* | | |

78

TF69- 05- 000183

Ex. 35 pg.182 of 296

TSRS Sveikatos apsaug. ministerija

Laboratorija .. .. .. .. .. .. ..

**ŠLAPIMO ANALIZĖ Nr** .. .. .. ..

Pil.. .. .. .. .. *T. Kaelamova 1943*
(pavardė, vardas, t. v.)

Apsk. f. Nr. 45 „p" patvirtinta
TSRS Sveikatos apsaugos
ministerijos 1969 m. vasario 10 d.

.. .. .. .. (iš registracijos žurnalo)

.. .. .. .. .. .. .. .. .. .. .. ..
(skyrius)

| | |
|---|---|
| Kiekis.. .. .. .. .. .. .. .. | **Mikroskopinė analizė** |
| Spalva.. .. .. .. .. .. .. | Epitelis: plokštus.. *7* .. pereinamas.. .. .. .. |
| Skaidrumas.. .. .. .. | cilindrinis.. .. *3* .. kubinis .. .. .. |
| Lyg. svoris.. *1.012* .. .. | Leukocitai.. *2 – 3* .. .. .. .. .. |
| Reakcija.. .. *o* .. .. | Eritrocitai: nepakite *7 – 10* pakit.. |
| Baltymas % .. *o* .. .. | Cilindrai: hialininiai.. .. .. .. .. |
| Cukrus % .. .. .. .. .. | grūdėti.. .. .. .. .. vaškiniai.. .. .. |
| Acetonas .. .. .. .. | epitelinial .. .. .. cilindroidai.. .. .. |
| Tulžies pigmentas | Gleivės.. .. .. .. .. .. .. .. .. .. |
| Urobilinas .. .. .. .. .. .. | Bakterijos.. .. .. .. .. .. .. .. .. |
| Indikanas.. .. .. .. .. .. | Druskos.. .. .. .. .. .. .. .. .. .. |
| .. .. .. .. .. .. .. .. .. | Grybeliai .. .. .. .. .. .. .. .. |

Vieta prilijavimui

Data.. .. .. *16/ . .. 92*

Sp. „Raidė" Trakų sk. 2047. 300000. 85

Parašas.. .. .. .. .. .. .. .. ..

TF69- 05- 000184

Ex. 35 pg.183 of 296

Gyd. Klevinskienė V. M.

Formos kodas pagal SVDK ......

Įstaigos kodas pagal SĮOK ......

LR

Apskaitos forma Nr. 209/y'ĺ.

Patvirtinta LTSR SAM 1989.06.15 Nr. 169

Įstaigos pavadinimas

## SIUNTIMAS TYRIMUI Nr. ....

19 .. m. .... *Kadainova Tatjana* mėn. .... d.

Pavardė, vardas, t. y. .... *Virs. 84-41* .... *1945*

Įstaiga ...... .... Skyrius ......

Palata ...... apylinkė ...... ........ Medicininės kortelės Nr/ .......

Diagnozė, dispanserinės įstaigos grupė ...... ......

Ištirti (nurodyti konservantą) ...... *3.9.1 ....* ......

(reikiamą įrašyti) ......

...... Gydytojo parašas ...... ......

TF69-05-000185

Ex. 35 pg.184 of 296

**TYRIMO REZULTATAS Nr. . . . . . . .**

19 . . m. . . . . . . . . . . . . . . . . mėn. . . . . d.

Tyrimas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

19 . . m. . . . . . . . . . . . . . . . . mėn. . . . . d.
(tyrimo atidavimo data)

**Tyrimo atlikėjo parašas** . . . . . . . . . . . . . . . . . . . . .

Sp. „Olimpija", 90. 570. 300.000

TF69-05-000186

Ex. 35 pg.185 of 296

PP-4/

Gyd. Rienlecklas Formos kodas pagal SVDK ......

Įstaigos kodas pagal SIOK ......

LR    Apskaitos forma Nr. 209/y'L

Patvirtinta LTSR SAM. 1989.06.15 Nr. 169

Įstaigos pavadinimas

## SIUNTIMAS TYRIMUI Nr. ....

19 .. m. .... _Kadaujorg T_ .... mėn. .... d.

Pavardė, vardas, t. v. .......................................

Įstaiga .......... _IP.D._ .... .... Skyrius .......

Palata ...... apylinkė ...... ...... Medicininės kortelės Nr. ......

Diagnozė. dispanserinės įstaigos grupė ...... _prijuun_

Ištirti (nurodyti konservantą) ... _nuel lke 039-40_

(reikiamą įrašyti)

18    Gydytojo parašas ...........

TF69- 05-000187

Ex. 35 pg.186 of 296



TF69-05-000188

Ex. 35 pg.187 of 296

| | | Storas lašas | | | | |
| Eritrocitai | Hemoglo-binas (HGB) | polich-rom. | Bazo-filai | Reticulo-citai | Trombo-citai | Parazitai |
| | 132 | | | | | |

Lietuvos SAM

Įstaiga

Formos kodas pagal SVDK 5109825
Įstaigos kodas pagal SĮOK ......

Apskaitos forma Nr. 225/y-..
Patvirtinta Lietuvos SAM. 1989.06.15 Nr. 168

**KRAUJO TYRIMAS** Nr._____

19 .. m. ............. mėn. ..... d.

Pavardė, vardas, t. v. ..........................

Gimimo metai .......................

Skyrius (kab.) ........................ Palata ........

Gydytojas ........................

TF69-05-000189

Ex. 35 pg.188 of 296

| Leukocitai (WBC) | bazo- fil. | Eozi- nofilai | Neutrofilai | | | | Limfo- citai | Ma- noci- tai | Nu. krypt- mo indek. sas |
| | | | mie- loc. | jaun. | lazd. | seg- menį | | | |
|---|---|---|---|---|---|---|---|---|---|
| Norma 6-8 tūkst. | 0-0,5% | 3-4% | — | — | 4% | 63-67 % | 24-30 % | 6-8 % | 0,6 |
| 5,5 | | | | | | | | | |
| | | | | | | | | | |

Anizocitozė ........................... Eritrocitų rezistentiškumas $\frac{min}{maks}$

Poikilocitozė ........................... Kraujo krešėjimas ...........................

Normoblastai ........................... Pradžia ...........................

Eritrocitų nusėdimas ENG (ESR) ........... Pabaiga ...........................

19 .. m. ..., ..... .. . .. .....    Tyrimą atliko:

Sp. „Olimpija", 92, 610, 200.000

TF69- 05- 000190

Ex. 35 pg.189 of 296

GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TF69-05-000191

Ex. 35 pg.190 of 296

GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | | | |

TF69-05-000192

Ex. 35 pg.191 of 296

## GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| 93.07.20 | [illegible] | [illegible] | [illegible] № 383216 07.21 – 07.23 |
| | | Gyd. Kl[illegible]skienė V. [illegible] | |
| 93.07.23 | [illegible] Obj. [illegible] | [illegible] | [illegible] № 383216 [illegible] 07.24 |
| | Gyd. Kl[illegible] | | |

GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| 93-09-17 | | | |
| AS 140/80 | | | |

TF69- 05- 000194

Ex. 35 pg.193 of 296

GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapeli Nr., kiek dienų nedarbingas |
|---|---|---|---|
| P31.03 | *[handwritten notes]* | *[handwritten]* | *[handwritten notes]* |
| | 11.04-11.08 | | |
| P31.08 | *[handwritten notes]* | | |

TF69-05-000195

Ex. 35 pg.194 of 296

GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| | P- PO ŝ  RLS 140/90u  Milimo  vent· alvan  NR PO135J  1 10 OP- 11·12  Ogл. Klaudushten [illegible] | [illegible] | [illegible]  [illegible]  [illegible]  E Rĵ |
| 93 11 12 | Jaucians pusei, wine  mei ore.  Obĵ 1 119  ser 140/90,  NR PO135 mei  6 OP 11 / 3  [illegible] v. [illegible] | t prati | [illegible]  Rebōruin  e,2ns  Rapereau pd 3 |

84

TF69- 05- 000196

Ex. 35 pg.195 of 296

*Tik Gradaktor* ...... *19*

Formos kodas pagal SVDK .. .. .. .. ..
Įstaigos kodas pagal SĮOK .. .. .. .. ..

**LIETUVOS SAM**
Įstaiga

Apsk. f. Nr. 228-2|y·L,
patv. Lietuvos SAM 1990.02.19 Nr. 49

Biocheminis *graujo* tyrimas

**FERMENTAI**

(10)

Pavardė v., t. v. .. .. .. .. *Kadermeir 1945*

Gimimo metai .. .. .. .. *Vilnius 24-11*

Diagnozė .. .. .. .. .. .. .. .. .. ..

.. .. *CRB* (++)

.. .. *baltymų funkcijos*

Ligos istorijos Nr. .. .. Ambulatorinės kort. Nr. .. .. ..

Skyrius .. .. .. .. .. .. Gydytojas .. .. .. .. ..

199.. m. .. *91 09 12* mėn. .... d.

TF69-05-000197

Ex. 35 pg.196 of 296

## TYRIMO DUOMENYS

| | Tyrimo rezultatas | Vienetai |
|---|---|---|
| AST | | mmol|¹ |
| ALT | | —"— |
| Sarminė fosfatazė | PROTEINOGRAMA | —"— |
| Rūgštinė —"— | Bendras baltymas 62 | g/l |
| Kreatinkinazė | Albuminu 62,5 % | —g/l |
| L — amilazė kr. ser. | Globulinu 37,5 % | vnt. |
| L — amilazė šlapime | 43,6 % | —"— |
| — Gliutamiltranspep. | ∝₂ - 7,5 % | mmol|l |
| LDH —"— | h - 8,9 % | —"— |
| LDH | ∝-17,7 % | —"— |
| | K 1,66 | |

199.. m. . . . . . . . . . . . . mėn. . . . . d.

Gydytojas laborantas .. ..

Felčeris laborantas .. .. .. ..

Sp. „Raidė" Trakų sk. 90.732.300.000

TF69- 05- 000198

Ex. 35 pg.197 of 296

TSRS Sveikatos apsaugos ministerija *Gyd. Klaulas Me...* *...* patvirtinta
TSRS Sveikatos apsaugos
ministerijos 1969 m. vasario 10 d.

Laboratorija _____

SLAPIMO ANALIZĖ Nr. *V. med. 87-44*

(iš registracijos žurnalo)

Pil. *Kadamovo* *1945*
(pavardė, vardas, t. v.)                                    (skyrius)

| | | Mikroskopinė analizė | |
|---|---|---|---|
| Kiekis | | | |
| Spalva | | Epitelis: plokštus | pereinamas |
| Skaidrumas | | cilindrinis | kubinis |
| Lyg. svoris | | Leukocitai | *1-2* |
| Reakcija | | Eritrocitai: nepakitę | pakitę |
| Baltymas % | | Cilindrai: hialininiai | |
| Cukrus % | | grūdėti | vaškiniai |
| Acetonas | | epitelinlai | cilindroidai |
| Tulžies pigmentas | | | |
| Urobilinas | | Gleivės | |
| Indikanas | | Bakterijos | |
| | | Druskos | |
| | | Grybeliai | |

Data _____      Parašas _____

TF69-05-000199

Ex. 35 pg.198 of 296

Lietuvos Respublikos sveikatos apsaugos ministerija

(įstaigos pavadinimas)

**BENDRAS KRAUJO TYRIMAS**

IOK

VDK

Forma
Nr. 224/a

190 _____ m. _____ mėn. _____ d.

Vardas, pavardė, t. v. _____ Hadanova 1945

Gimimo data _____ Įstaiga _____

Skyrius (kab.) _____ Viviel 87- 41 _____ Palata _____ Medicininės kortelės Nr. _____

Apylinkė _____ Gydytojas _____

(v., pavardė)

Kraujo tyrimo rodikliai

| Tyrimas | Lytis | Eritrocitai (RBC) vnt x 10¹²/L | Hemoglo-binas (HGB), g/L | Hemo-globinas eritro-cite (MCH), pg | Eritro-citų vi-dutinis tūris (MCV), fL | Retiku-locitai (RET), proc. | Trombo-citai (PTL) vnt x 10⁹/L | Eritrocitų nu-sėdimo greitis (ESR), mm/h | Hematokritas (HCT) eritrocitai, santyk. vnt | plazma santyk. vnt | Krešėjimo laikas, min. pagal Suchareva pra-džia | pa-baiga | Kraujavimo laikas, min. pagal Duke pra-džia | pa-baiga |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Norma | V | 4,5—5,9 | 135—160 | 26—35 | 82—95 | 0,2—1,0 | 180—320 | 1—10 | 0,40—0,48 | 0,60—0,52 | 3 | 5 | 0 | 5 |
|  | M | 4,0—5,2 | 120—150 |  |  |  |  | 1—15 | 0,36—0,42 | 0,58—0,54 |  |  |  |  |
| Rezul-tatas | V |  |  |  |  |  |  | 12 |  |  |  |  |  |  |
|  | M |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Pastabos: RBC

| Tyrimas | Lytis | Leukocitai (WBC) vnt. $10^9$/L | Bazofilai, proc. | Eozinofilai, proc. | Neutrofilai | | | | Limfocitai, proc. | Monocitai, proc. | Promielocitai | Blastai | Plazminės ląstelės |
| | | | | | mielocitai | metamielocitai | lazdeliniai, proc. | segmentuoti, proc. | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Norma | V/M | 4,0—9,0 / 8,0 | 0—1 | 0,5—5,0 | | | 0—5 | 50—72 | 19—37 | 3—10 | | | |
| Rezultatas | V/M | 5,5 | | | | | | | | | | | |

Anizocitozė _____ Poikilocitozė _____

Normocitai _____ Hipersegmentacija _____

Eritrocitų morfologiniai pakitimai _____

Neutrofilų toksinis grūdėtumas _____

_____

TF69- 05- 000201

Ex. 35 pg.200 of 296

19/10 94

LTSR SAM

Formos kodas pagal SVDK .........

Įstaigos kodas pagal SĮOK .........

Apskaitos forma Nr. 224/y-L

Patvirtinta LTSR SAM 1989 06 15 Nr. 169

Įstaigos pavadinimas

# KRAUJO TYRIMAS

Pavardė, vardas, tėvo vardas ...... ....... ..... *Kordonere J*

Gimimo metai ...... ....... ...... *šuliškius 87-41*

Įstaiga ..... ...... ...... ...... ...... ..... Skyrius ..... ....... .... Palata ...... .......

Apylinkė ..... ...... ...... ...... ...... ...... ...... ...... ...... Asmens kortelės Nr. ........

| | Eritrocitai (RBC)x | Hemoglobinas (HGB)x | Hemoglobinas eritrocite (MCH)x | Eritrocitų vidutinis tūris (MSV)x | Retikulocitai (RET)x | Trombocitai (PTL)x | Eritrocitų nusėdimo greitis (ESR)x | Hematokritas (HCT)x | | Krešėjimo laikas (min.) | | Kraujavimo laikas (min.) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | eritrocitai | plazma | pradžia | pabaiga | pradžia | pabaiga |
| XX | 4,5-5,5 | 135-160 | 29-35 pikogramai | 82-95 f.L. | 2-10 proc. | (180-320) 10⁹/. | 2-10 | 40-49 | 60-52 | 3 | 5 | 2 | 5 |
| V/M | 4,0-5,1 10¹²/, | 130-150 g/l | | | | | 1-15 mm/val. | 36-42 | 55-64 | | | | |
| V/M | | 118 | | | | | 15 | | | | | | |

TF69- 05- 000202

Ex. 35 pg.201 of 296

| | Leukoci-tai (WCB)x | Bazofilai | Eozino-filai | Neutrofilai | | | | Limfoci-tai | Monoci-tai | Pro-mie-loci-tai | Blas-tai | Plaz-minés ląstе-lės | |
| | | | | mielo-citai | meta-mie-locitai | lazdeliniai | segmen-tuoti | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| V/M | (4.9) 10⁹/. | 3-1 0-30  10⁹/ | | | | 0.5 ⎯⎯ 2-45,0  10⁹/. | 50-80 proc 1850.7250x 10⁹/. | 11-37 proc 1500-6000x 10⁹/. | 3-10 proc. 70-650x 10⁹/. | | | | |
| V/M | 3,9 | | 1 | | | 8 | 63 | 27 | 1 | | * | | |

nizocitodé . . . . . . . . . . . . . . . . . . . . . . . . Poikilocitozé . . . . . . . . . . . . . . . . . . . . . . . . . . . .

ritrokaciocitai (normocitai) . . . . . . . . . . . . . . . . . . . Hipersegmentacija . . . . . . . . . . . . . . . . . . . . . .

ritrocitų morfologiniai pakitimai . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

eutrofilų toksinis grūdétumas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . m. . . . . . . . . . . . . . . . . . mėn. . . . . d.    Tyrimo atlikėjo parašas . . . . . .

TF69-05-000203

Ex. 35 pg.202 of 296



TF69- 05- 000204

Ex. 35 pg.203 of 296



Ex. 35 pg.204 of 296

KONSULTACIJA

(įstaigos pavadinimas)

**SIUNTIMAS TIRTI, KONSULTUOTI IR GYDYTI**

IOK

VDK

F. Nr. 028/a

19 _93  09  16_

Pavardė _Kadanova Tatjana_

Vardas _gim. 1945m. gyv. Miszuiszuviu 87-41_
            Tėvo vardas

Diagnozė _ginekologiškai sveika._

Siunčiamas (kur ir kodėl) ............

.............................

.............................

.............................

Siuntėjas _____          _____
              (parašas)                (v. pavardė)

TF69-05-000206

Ex. 35 pg.205 of 296



Ex. 35 pg.206 of 296

GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| 04.05.31 | *[handwritten, illegible]* | *[handwritten, illegible]* | *[handwritten, illegible]* |

TF69-05-000208

Ex. 35 pg.207 of 296

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| 94. 06. 03 | *(handwritten notes)* | *(handwritten)* | *(handwritten)* |

GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

88

TF69- 05- 000209

Ex. 35 pg.208 of 296

Apsk. F. Nr. 28

**Vilniaus universitetinės Santariškių Ligoninės
konsultacinė poliklinika**

Vilnius, Santariškių 2

### Konsultanto išvadų talonas

Ambulatorinio lapo, ligos istorijos Nr. _____

Pavardė, v., t. v. _Tatjana Kadenicva_
_1995 m._

Konsultanto diagnozė _____
_Blauzdų kaj. uždegi-
mas_

Ligonio adresas _Vilnius_

Siunčiamas _į VU "P. Papelbos"_
_ligoninę_

Kuriam tikslui _konsultacijai_
_konsultacijai_

Konsultanto išvados: _ir jo, Obp., kelth_
_tyr. - n. 4_

94. 04. 27

TF69- 05- 000210

94.06.0C. *[handwritten text]*
*[handwritten lines of text]*

94.06.01.

**Medicinos mokslų daktaras**
**Povilas Paulinkas**

Konsultanto pavardė _____

Data 199___ m._____ mėn.___ d.

TF69- 05- 000211

Ex. 35 pg.210 of 296

GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, Nr., kiek nedarb' |
|---|---|---|---|

TF69-05-000212

Ex. 35 pg.211 of 296

GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

| date | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned, lapelio Nr., kiek dienų nedarbingas |
|------|-----------------------------------------------|----------|------------------------------------------------------|

TF69-05-000213

Ex. 35 pg.212 of 296

GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | *Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|
| 94- vi. 7. | | | |
| 85 II 24 | | | |

TF69- 05- 000214

Ex. 35 pg.213 of 296



Ex. 35 pg.214 of 296

Formos kodas pagal SVDK _____

Įstaigos kodas pagal SĮOK _____

TSRS SAM | Apskaitos f. Nr. 210/ý

Įstaigos pavadinimas

Laboratorija | Patvirtinta TSRS SA/
1980.10.04 Nr. 1030

### ŠLAPIMO TYRIMAS Nr.

19_____ m. _____ mėn. _____ d.

_šlapimo paėmimo data_

Pavardė, vardas, t. v. _____

_____ Amžius _____

Įstaiga _____ Skyrius _____ Palata _____

Apylinkė _____ Medicininė kortelė Nr. _____

Fizinės cheminės savybės

Kiekis _____ (l*) _____ ml**) _____

Spalva _____

Skaidrumas _____

Santykinis tankumas _____

Reakcija _____

Baltymas _____ g/l*) _____ g%**) _____

Gliukozė _____ mmol/l*) _____ g%**) _____

Ketoniniai kūnai _____

Reakcija kraujui _____

Bilirubinas _____

Urobilinai _____

*) SI vienetai

**) Keistini vienetai

TF69-05-000216

Tulžies rūgštys _____
Indikanas _____
Epitelis:
  plokščias _____
  pereinamas _____
  inkstinis _____
Leukocitai _____

Eritrocitai:
  nepakitę _____
  pakitę _____
Cilindrai:
  hialininiai _____
  grūdėti _____
  vaškiniai _____
  epiepiteliniai _____
  leukocitiniai _____
  eritrocitiniai _____
  pigmentiniai _____
Gleivės _____

Druskos _____
Bakterijos _____

19 ____ m. _____ mėn. ____ d.
                Tyrimo atlikimo data
          Parašas _____

„Raidė". 1989. 22137. 300000

TF69- 05- 000217

Lietuvos Onkologijos Centras

· P A Ž Y M A ·

Pažymima, kad lig. _Kardamova Tatjana_ gim. _1945_

gyv. _Vilnius, Justiniškių 39-40_

nuo 19 _95_ m. _03.08_ mėn. iki _03.17_ mėn. gydėsi Onkologijos

Centro _ginekologijos_ akyruje

Diagnozė _citrozė hepatis_

Gydymas _1995.03.15. Vidlowparascopia_
_Biopsia ex hepatis_

Gyd. gydytojas _[signature]_

Gyd. Birutė
INTAITĖ
Vilnius, tel.

94 5000 0472

TF69-05-000218

Ex. 35 pg.217 of 296



EPIKRIZĖ I800/95

LOC ginekologijos skyrius
KADAMOVA Tatjana
gim. I945.02.06
gyv. Vilnius Justiniškių 39-40
nedirba
gydėsi I995.03.08 - I995.03.I7
dgn.: Cirrosis hepatis

    Atvyko nusiskųsdama dideliu bendru silpnumu,
pilvo apimties padidėjimu, karščiavimu.
Ligonė buvo tirta II[1] Vilniaus m. ligoninėje, gastro
enterologiniame skyriuje, nustačius Ca ovariorum
perkelta į LOC ginekologijos skyrių.
95.03.I5 atlikta videolaparoskopija.Biopsie ex
hepatis. Hist.- anuliarinė cirozė. Kepenų distrofi-
ja. Punktuotas ascitas gauta apie IO ltr. Taikytas
simptominis gydymas, natyvinė plazma, karsiliu,
hemodesu, vitaminų terapija, strofantinas.
Tyrimai: bendras balt.kiekis 52,2, urea 8,2, bili-
rubinas B-27,3, T-I4,5, N-I2,8, K-5,6, Na-I39.
Gliukozės kiekis kr. 2,6. Kraujo gr. O(I) Rh(+)
Hb-I28, ert. 3,8.I0$^{12}$, ENG-29, L.7,I.I0$^9$, limf.20.
Šlapimo tyr. - norma.
Ligonė tolimesniam gydymui išrašyta į namus.

I995.03.22
                Gyd.B.Intaitė
                Skyr.ved.J.Žilinskas

95.03.31
- 499-

TF69-05-000219

Ex. 35 pg.218 of 296

Vilniaus m. III klinikinė ligoninė

**EPIKRIZĖ** (Lig. ist. Nr. *1.1.7.4/95*)

Lig. *Kadanove Tatjana* Gimimo metai *1945*

Adresas *Vilnius, Justiniškių 38-40* Darbavietė *nedirba*

Gydėsi gastroenterologiniame skyr. nuo 1995 m. *02* mėn. *27* d. iki 1995 m. *03* mėn. *08* d.

Siųsta *5* poliklinikos.

**Klinikinė diagnozė: pagrindinė** *Klausdolių narkoz.*

**Komplikacijos**

**Gretutiniai susirgimai** *Acites Acito punkcije (95.02.28)*

Klinikiniai tyrimai: Kraujo *Hb 127g/l, leuk, 57-10⁹, ...*

Slapimo tyrimas *...*

Koprograma *...*

Biocheminiai tyrimai *ALT, AST...*

Instrumentiniai tyrimai *...*

Konsultacijos ir kt. tyrimai Ginekologas ... Urologas ...

Stomatologas ... Tonometrija ...

Gydymas *...*

Gydymo efektas: pasveiko, pagerėjo, be pakitimų, mirė *...*

Prognozė: pasveikimui ... darbingumui ... gyvenimui *...*

Išduotas NL Nr. ... nuo 199 m. ... mėn. ... d. iki 199 m. ... mėn. ... d.

Rekomendacijos ambulatoriniam gydymui *...*

Gyd. gydytojas    Skyr. vedėjas

TF69-05-000220

Ex. 35 pg.219 of 296



"ig.gydymas: režimas4,dieta 5, lašinės inf.su kalio hloridu IO% 15ml, sol.gliukozés 500ml, dekasmetazonos po 20mg dcz mažinant  sol.kaloi chloridi po IOmli/v, sol.lazika po 60mg 1/v kas antrą dieną.Korailie poIt.x3k. diuretikai poit.xIk., spazmolitikai, pirmos I gr.plazmos, hektuliozés po 15m 3k.dienoje Punktuotas ascitas, numklei ata 13litr.skaidraus akyačio. Išrašoma į namus, paterta- hektuliozé poIš.x3, diuretikai poit.dienaf.

Skyr.vedėja Gyd.Žydelienė

TF69- 05- 000221

Ex. 35 pg.220 of 296

EPIKRIZĖ Nr. 730

edanove Tatjana
1945m.
Vilnius,Justiniškių 39-40
Gydėsi gastroskyr. nuo1995 IO 20 iki 11 IO6.
Dgn.: Mikronodulinėkepenų cirozė, susiformavusi stadija.Kepenų f-jos nep
        II.Portinė hipertenzija II.Deš.pusės femoralinė išvarža.

Atvykusi lig.skundėsi spaudžiančio pobūdžioskausmais virš.pilvo dalyj,
pilvo apimtiespadidėjimas, skausmais deš.klubinėje srityje, nežymiu kūno
niežėjimas, bendras silpnumas.Serga nuo1995m. vasariomėn.laiko.
Dgn.- nustatyta- remiantis kepenų f-ja biopsija.Kelis kartus gydėsi-
mūsų gastro skyr.ir 3-čios ligoninės terap.skyriuje, 6k. punktuotas asci-
tas.S vijsutepablogėjo lig.- apie Imėn.laiko.
bj.- bendra būklė vidut.sunkumo, krk oda gelsva, liežuvis drėgnas, pil
vo apimtica padidėjimas dėl ascito.Kepenų ir blužni neprašiuoplamos,
širdies veikla ritmiška 92k/min.Kr.sp.-110/70mmHg.Pleučiuose alsavimas
vesikulinis, susilpnėjęs deš., karkalų nėra.Pasternackiosimp./-/, nežy-
mios edemos kojose.
Tyrimai: kraujotyr.- Hb-137g/l, tromb.-164, leuk.4,3, eoz.-4,segm.-73,lin
18,mon.4,ENR-20mm/val.Kraujo krešėjimas pradžia 4min.I sek.pabaiga 4min.
42sek., šlapimotyr.- be patologijos.
L amilazė šlapime- 37vnt/l.Bilir.-I0,15mkmol/l, cholest.5,4mmol/l, B lipo
pr.-4, K-4,6, Na-143,Ca-2,35.AST-5,ALT-3,š.f.-86.Fe kiekis kr.-serume-
16,9mkmol/l.Protromb.-82%,fibr.-2,6g/l.Balt.f-nis tyrimas: bendr.b.-63,5
alb.-50,8, glob.L1-7,6, L2-13,6,B1-8,5,B2-3,4. -16,I.Gliukozės kiekis kr.
4,4.Ascito tyr.-geltonas,skaidrus, balt.22,5g/l, lyg.sv.-IOII, Rivalto
r-ja/-//.Nuosėdų nėra.
EKG- sinusinisritmas, sinusietrograma- rotacija pagellaikr.ro dyklę,
kair.Hisso pluošto k.priek.šakos blokada,difuzinis repol.procesusutriki
miokarde.Pilvo org.sonoskopija-kepenys mažo, tolygiai sustandėjusios,
stambiai groblėtos, tulžies p.storesienlė, latekaineišplėsti, tulžiesp.
galima įterti konkrementų, kasos netolygiai sustandėjusi, ribos latai
neryškios,galvutė apie 3,9cm.Vena lanelis I,Icm.Blužnis apie 14x6cm.
Inkstai nepakitę.Ascitas.GPS- stamplė nuo 0,27 išplėsta venos Ibal., skem
džio gleivinė normotrofiška, nežymiai paraudusi, bulbus duoden nepakitę
Ginekologas- gimda, adneksai ir per metrai laisvai.Cerviks šverus.
K-ta lig. angiochirurgo-dėl šuntavimo operac.indikacijų nėra.
Chirurgas- yrafemoralinėdeš.pusė s išvarže, vartai apie 2,5cm diametro.

TF69-05-000222

Ex. 35 pg.221 of 296



Ex. 35 pg.222 of 296



Ex. 35 pg.223 of 296

GYDYTOJŲ TERAPEUTŲ ĮRAŠAI

| Apsilankymo data | Ligonio nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
|---|---|---|---|

TF69-05-000225

Ex. 35 pg.224 of 296

| GYDYTOJŲ TERAPEUTŲ ĮRAŠAI | | | |
|---|---|---|---|
| Apsi-lankymo data | Ligonių nusiskundimai ir objektyvūs duomenys | Diagnozė | Paskyrimai, ned. lapelio Nr., kiek dienų nedarbingas |
| | | | |

TF69- 05- 000226

Ex. 35 pg.225 of 296



TF69-05-000228

Ex. 35 pg.227 of 296

IŠRAŠYTO IŠ STACIONARO LIGONIO
EPIKRIZĖ    1805/95

Lig. *Kadenova Tatjana* gimimo metai ...... 1945 ......
    (pavardė, v., t. v.)

adresas ........................ gydėsi .............................

vidaus ligų skyriuje nuo 1995. m. .... 03 ........ mėn. 28. d.

iki 1995. m. ........ 05 ........ mėn. 03. d.

Klinikinė diagnozė: Pagrindinė: ...................................
.........................................................................

Komplikacijos: *KFN₂,* .............................................
.........................................................................

Gretutiniai susirgimai: ..............................................
.........................................................................

Poliklinikinė ir klinikinė diagnozės, sutapo nesutapo.

Nesutapimo priežastys: ..............................................
.........................................................................
.........................................................................
.........................................................................
.........................................................................
.........................................................................
.........................................................................
.........................................................................
.........................................................................

Konsultantų išvados: ................................................
.........................................................................
.........................................................................

Pravestas gydymas: ..................................................
    (vaistas, paros dozė, dienų sk.)
.........................................................................
2. .....................................................................
4. .....................................................................
6. .....................................................................
8. .....................................................................

Gydymo efektas: pasveiko, pagerėjo, be pakitimų, mirė.

Būklė, išrašant iš stacionaro: ......................................

Likusios problemos: .................................................
.........................................................................

Prognozė: pasveikimui .............................. darbingumui ......

Rekomendacijos, ambulatorinis gydymas ..............................
.........................................................................

Išduotas n/l Nr. ...... nuo 198... m. ...... mėn. ... d. iki 198... m.
.................. mėn. ...... d.

Gydantis gydytojas ..................................................

Skyriaus vedėjas ....................................................

TF69- 05- 000229

Ex. 35 pg.228 of 296



Ex. 35 pg.229 of 296

**NARKOTINIŲ MEDIKAMENTŲ IR MEDIKAMENTŲ, TURINČIŲ ĮPRATIMO POVEIKĮ, APSKAITOS LAPAS**

| Data | Medikamento pavedinimas | Dozė | Gydytojo pav... |
|---|---|---|---|
| | 95.06.30. *[handwritten]* | *[handwritten]* | *[handwritten]* |

TF69-05-000231

96.

Ex. 35 pg.230 of 296

... LAPAS į ambulatorinę kortelę

ambulatorinės kortelės Nr. _____

TF69- 05- 000232

Ex. 35 pg.231 of 296



TF69- 05- 000233

Ex. 35 pg.232 of 296

Vilniaus Universitetinė Santariškių Ligoninė
Gastroenterologijos-dietologijos klinika
Ligos istorijos Nr.12342

### E P I K R I Z Ė

Lig. Tatjana KADAMOVA, 50m.
Gyv.: Vilniuje, Justiniškių 39-40.
I grupės invalidė.
Gydyta nuo 95.08.15 iki 95.09.06

Klinikinė diagnozė: Mikronodulinė kepenų cirozė, susiformavusi stadija. Portinė hipertenzija II °(splenomegalija, stemplės venų varikozė, portinė gastropatija, ascitas). Kepenų FN II °. Serootitis dextra. Neuritis cochlearis bil.

Atvykusi skundėsi bendru silpnumu, pilvo apimties didėjimu, galūnių suplonėjimu, pykinimu pavalgius.

Iš anamnezės- susirgo š.m. sausio mėn., kai pradėjo didėti pilvo apimtis, vasario mėn. LOC atlikta laparoskopija ir nustatyta mikronodulinės kepenų cirozės diagnozė. Ligonė periodiškai gydosi stacionare, paskutinjkart- birželio mėn. šiame skyriuje, kur patvirtinta ši klinikinė diagnozė.

Atvykus- b. būklė vidutinio sunkumo, oda blyški, joje matomos teleangiektazijos, didelės apimties pilvas, galūnės suplonėjusios. Temp. vakarais- 37 °C. Širdies veikla ritmiška, tachikardija- 92 k/min, AKS- 130/80 mmHg, plaučiuose vezikulinis alsavimas. Edemos kryžkaulio srityje, kojose nėra. Pilvas įtemptas dėl didelio ascitinio skysčio kiekio, todėl kepenų pračiuopti nepavyko. Pilvo sienoje paryškintas poodinių venų piešinys.

Bendras kraujo tyrimas:eritr.-3.9x10$^{12}$/l, Hb-137 g/l, trombocitų-128x10$^9$/l, leuk.- 2.3 x 10$^9$/l, eo- 4, lazd-4, segm-50, limf-23, mono-19 (%), ENG - 2 6mm/val.

Gliukozė kraujyje 5.1 mmol/l, cholesterolis - 3.73 mmol/l, ALT-11 u/l, AST- 34 u/l, ŠF- 105 u/l, γ-GTP - 32 u/l, urea- 5.07 mmol/l, kreatininas - 86 μmol/l, b.bilirubinas- 31.8 μmol/l, tiesioginis- 11.8, neties.-20 μmol/l, Na- 138 mmol/l, K- 4.1 mmol/l, Ca- 1.11 mmol/l, Cl- 105 mmol/l.

Bendras baltymas ir frakcijos: b.balt.- 54.5 g/l, alb.- 57.3, glob.- 42.7, α$_1$- 3.4, α$_2$- 13, β$_1$- 7.1, β$_2$- 5, γ 14.2 (%).

Kraujo grupė - O(I), Rh(+) teig.

Koagulograma: SPA- 62.5 %, fibrinogenas- 3.67 g/l, fibr.B (-), APTT- 38 .

Rūgščių/šarmų balansas normos ribose.

Bendras šlapimo tyrimas:santyk.tankis-1005, reakc.-rūgšti, balt.- 0.016 g/l, leuk- 3-5 r/l, grūdėti cilindrai- 4-5 r/l, oksalatai.

Amilazė šlapime- 590 u/l.

Elektrolitai paros šlapime: Na- 85.86 mmol/24val, K- 42.606, Cl- 77.76, Ca- 0.58, paros diurezė- 1620 ml.

Nupunktuota 9 litrai ascitinio skysčio. Skystis geltonas, skaidrus, jame 19.3g/l baltymo, leuk.- 0.2 x 10$^3$l, eritr.- pav. r/l, pav. sankaupos mezotelio su proliferacijos požymiais, anizochrominiais branduoliais. Atip.ląst. nerasta. Limfocitai 97%, neutrofilai- 3%. Ascito pasėlyje bakterijų augimo nerasta.

Koprograma be patologijos.

TF69- 05- 000234

Ex. 35 pg.233 of 296

EKG: prieširdinis ritmas 65 k/min., dalinė DHPK blokada, galimi židininiai pakitimai anteroseptalinėje ir aukštai šoninėje sienelėje, sutrikusi repoliarizacija apatinėje sienelėje.

Ligonio pilvo organų sonoskopija: kepenų deš. skiltis- 142mm, kairioji- 143mm, kontūrai gruoblėti, audinys standus, grubus, kraujagyslių eigos praktiškai nematyti. Tulžies pūslės ertmės nematyti, latakai nišplėsti. Kasos audinys tolygus, galvutė 28mmO, latakas neišplėstas. Inkstai be sonopokyčių. Blužnis 137x125x67 mm. Vidutinis ascito kiekis. Išvada: susiformavusi kepenų cirozė.

LOR konsultacija: serootitis dextra. Neuritis cochlearis bilateralis.

Gydyta: D- 5, R- III, tab. Spironolactoni 150mgx2, tab. Furosemidi 80 mg kas II d., vėliau- 40 mg kas II d., tab. Kalii chloridi 750mgx1, tab. Propranololi 20mgx2, tab. Carsyli po 1 tab.x3, tab. Cimetidini 400mgx1 nakčiai, proteino, hemodezo, manitolio, šaldytos O(I) gr. plazmos infuzijomis į/v.

Pagerėjus bendrai būklei ir savijautai, ligonė išrašoma ambulatoriniam gydymui. Rekomenduojama: laikytis nurodytos dietos, tab. Verošpironi 100mgx2, tab. Furosemidi 40mg kas II d., tab. Kalii chloridi 750mgx1, tab. Propranololi 20mgx2, polivitaminai su mineralais.

Gyd. gydytoja-rez.                    R.Juškienė

Sk. vedėja                            P. Juodagalvytė

Gyd. Rasa
JUŠKIENĖ
Vilnius, tel.
617626

TF69- 05- 000235

Ex. 35 pg.234 of 296

ĮDĖTINIS LAPAS į ambulatorinę kortelę

as _____    ambulatorinės kortelės Nr. _____
       vardas, pavardė ir t. t.

| Data | Ligonio nusiskundimai, objektyvūs duomenys, diagnozė ir gydymas | Paskyrimai, nedarbingumo lapelio Nr., kiek dienų nedarbingas, gydytojo parašas |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TF69-05-000236

Ex. 35 pg.235 of 296



TF69-05-000237

Ex. 35 pg.236 of 296

7. Ligos anamnezė, diagnostiniai tyrimai, ligos eiga, taikytas gydymas, ligonio būklė išrašant

Rekomendacijos gydymui ir darbui

Gydantis gydytojas _____ (parašas)

Gyd. Vilmantas
KPYŽAUSKAS
Vilnius, tel. 749721

96. 02. 02.

TF69- 05- 000238

Ex. 35 pg.237 of 296

Lietuvos Respublikos sveikatos apsaugos ministerija

VPM ligoninė, chir. sk.

(įstaigos pavadinimas)

| | JOK |
|---|---|
| | VDK |
| | Forma Nr. 027/a |

IŠRAŠAS IŠ MEDICININIŲ DOKUMENTŲ

19 96.02.02.

Įstaigos, kuriai siunčiamas išrašas, pavadinimas ir adresas

1. Ligonio vardas, pavardė, t. v. Kadanova Tatjana
2. Gimimo data 1945. 02. 06.
3. Namų adresas Vilnius, Justiniškių 39 - 40

...arbovietė arba ugdymo institucija
1 r2. 14 uol.

...atos

...usirgimo

...siuntimo į stacionarą

...hospitalizavimo 96. 2. 22 - 02. 02

Diagnozė (pagrindinė liga, lydinčios ligos, komplikacijos)

TF69- 05- 000239

Ex. 35 pg.238 of 296

ĮDĖTINIS LAPAS į ambulatorinę kortelę     Forma 025-1/a

Asmens _____     ambulatorinės kortelės Nr. _____

| Data | Ligonio nusiskundimai, objektyvūs duomenys, diagnozė ir gydymas | Paskyrimai, nedarbingumo lapelio Nr., kiek dienų nedarbingas, gydytojo parašas |
|---|---|---|
| 1 | 2 | 3 |

TF69-05-000240

Ex. 35 pg.239 of 296



TF69-05-000241

Ex. 35 pg.240 of 296

Justumbr 39-40

Lietuvos Respublikos sveikatos apsaugos ministerija

(įstaigos pavadinimas)

**BENDRAS KRAUJO TYRIMAS** 42

| | IOK |
| --- | --- |
| | **VDK** |
| | Forma Nr. 224/a |

199 .......... m. ...................... mėn. ............ d.

Vardas, pavardė, t.v. ................ Kadamova 1745

Gimimo data .................................................. Įstaiga

Skyrius (kab.) ....................................... Palata ..................... Medicininės kortelės Nr.

Skyrius (kab.) ....................................... Gydytojas

(v., pavardė)

Kraujo tyrimo rodikliai

| Tyrimas | Lytis | Eritrocitai (RBC) vnt. X 1012/L | Hemoglobinas (HGB), g/L | Hemoglobinas binas eritrocite (MCH), Pg | Eritrocitų vidutinis tūris (MCV), fL | Retikulocitai (RET), proc. | Trombocitai (PTL) vnt. X 109/L | Eritrocitų nusėdimo greitis (ESR), mm/h | Hemokritas (HCT) | | Krešėjimo laikas, min. pagal Sucharevą | | Kraujavimo laikas, min. pagal Dukė | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | eritrocitai santyk. vnt. | plazma santyk. vnt. | pradžia | pabaiga | pradžia | pabaiga |
| Norma | V M | 4,5-5,9 4,0-5,2 | 135-160 120-150 | 26-35 | 82-95 | 0,2-1,0 | 180-320 | 1-10 1-15 | 0,40-0,48 0,36-0,42 | 0,60-0,52 0,58-0,64 | 3 | 5 | 0 | 3 |
| Rezultatas | V M | 118 | | | | | | 18 | | | | | | |

Pastabos:  RBC - red blood cells, HGB - hemoglobin, MCH - mean corpuscular hemoglobin, MCV - mean corpuscular volume, RET - reticulocyte, PTL - platelets, ESR - erythrocyte sedimentation rate, HCT - hematocrite, WBC - white blood cells, V - vyrai, M - moterys, vnt. - vienetai, santyk. vnt. - santykiniai vienetai

TF69- 05- 000242

Ex. 35 pg.241 of 296

701

| Tyrimas | Lytis | Leukocitai (WBC) vnt. 109/l. | Bazofilai proc. | Eozinofilai, proc. | Kraujo tyrimo rodikliai | | | | Limfo-citai proc. | Mono-citai proc. | Promielo-citai | Blastai | Plazminės ląstelės |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | mielocitai | meta-mielocitai | landeliniai proc. | segmen-tuoti proc. | | | | | |
| Norma | V/M | 4,0-9,0 | 0-1 | 0,5-5,0 | | | 0-5 | 50-72 | 19-37 | 3-10 | | | |
| Rezultatas | V/M | 5,5 | 0 | 21 | 0 | 0 | 2 | 71 | 20 | 5 | 0 | 0 | 0 |

Anizocitozė _____ 0 _____ Poikilocitozė _____ 0 _____
Normocitai _____ 0 _____ Hipersegmentacija _____ 0 _____
Eritrocitų morfologiniai pakitimai _____ 0 _____
Neutrofilų toksinis grūdétumas _____

Tyréjas _____

(parašas)

96 XI 29

(data)

(v., pavardé)

TF69-05-000243

Ex. 35 pg.242 of 296

Vilniaus m. III klinikinė ligoninė

EPIKRIZĖ (Lig. ist. Nr. *1991/96* )

Lig. *Kasemone Tatjana* Gimimo metai *1945*

Adresas *Vilnius, Justiniškių 38-40 T.pn. ausl.* Darbavietė

Gydėsi gastroenterologiniame skyr. nuo 1996 m. *03* mėn. *20* d. iki 1996 m. *03* mėn. *29* d.

Siųsta *5* poliklinikos.

Klinikinė diagnozė: pagrindinė

Komplikacijos *KFN₂*

Gretutiniai susirgimai

Klinikiniai tyrimai: Kraujo *Hb 130 g/l;*

Slapimo tyrimas

Koprograma

Biocheminiai tyrimai

Instrumentiniai tyrimai

Konsultacijos ir kt. tyrimai: Ginekologas Urologas

Stomatologas

Gydymas

Gydymo efektas: pasveiko, pagerėjo, be pakitimų, mirė.

Prognozė: pasveikimui darbingumui gyvenimui

Išduotas N/l Nr. nuo 199.. m. mėn. d. iki 199.. m. mėn. d.

Rekomendacijos ambulatoriniam gydymui

Gyd. gydytojas Skyr. vedėjas

1995 — 87. T. 2.500.

TF69-05-000244

TSRS Sveikatos apsaugos ministerija _____ Apsk. f. Nr. 45 ...b" patvirtinta
TSRS Sveikatos apsaugos
Laboratorija _____ ministerijos 1960 m. vasario 10 d.

**SLAPIMO ANALIZĖ Nr.** _____
(iš registracijos žurnalo)

Pil. _____ Kaunas / 1945 _____
(pavardė, vardas, t. v.)                    (skyrius)

Kiekis _____
Spalva _____
Skaidrumas _____
Lyg. svoris _1000_
Reakcija _____
Baltymas % _0_
Cukrus % _0_
Acetonas _____
Tulžies pigmentas _____
Urobilinas _____
Indikanas _____

**Mikroskopinė analizė**

Epitelis: plokštus _____ pereinamas _____
cilindrinis _____ kubinis _____
Leukocitai _8-10_
Eritrocitai: nepakitę _____ pakitę _____
Cilindrai: hialininiai _____
grūdėti _____ vaškiniai _____
epiteliniai _____ cilindroidai _____
Gleivės _____
Bakterijos _____
Druskos _oxal 3+_
Grybeliai _____

Data _900729_ _____ Parašas _____

TF69-05-000245

Ex. 35 pg.244 of 296



Ex. 35 pg.245 of 296

ŽINIOS APIE RIZIKOS FAKTORIUS IR SVEIKATOS TIKRINIMUS

| Data | Rizikos faktorius | Data | Sveikatos tikrinimų išvados |
|------|-------------------|------|------------------------------|
| | | | |

TF69-05-000247

Ex. 35 pg.246 of 296

**ŽINIOS APIE RIZIKOS FAKTORIUS IR SVEIKATOS TIKRINIMUS**

| Data | Rizikos faktorius | Data | Sveikatos tikrinimų išvados |
|------|-------------------|------|------------------------------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 96. V 31 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TF69-05-000248

Ex. 35 pg.247 of 296

**GALUTINĖS (PATIKSLINTOS) DIAGNOZĖS**

| Data | Diagnozė | Šifras | Pirmą kartą nustatytą ligą žymėti + ženklu | Gydytojo v., pavardė |
|------|----------|--------|---------------------------------------------|----------------------|
| | | | | |
| | | | | |
| | | | | |
| 86 06.24. | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TF69- 05-000249

Ex. 35 pg.248 of 296

GALUTINĖS (PATIKSLINTOS) DIAGNOZĖS

| Data | Diagnozė | Šifras | Pirmą kartą nustatytą ligą žymėti + ženklu | Gydytojo v., pavardė |
|------|----------|--------|------|------|
| 86 | *(handwritten, illegible)* | | | S-100? |
| 16.07.09. | *(handwritten, illegible)* | | | |

TF69-05-000250

Ex. 35 pg.249 of 296

ĮDĖTINIS LAPAS į ambulatorinę kortelę          Forma 025-1/a

Asmens _____   ambulatirinės kortelės Nr._____
                     vardas , pavardė ir t . v .

| Data | Ligonio nusiskundimai , objektyvūs duomenys , diagnozė ir gydymas | Paskyrimai , nedarbingumo lapelio Nr., kiek dienų nedarbingas , gydytojo parašas |
|---|---|---|
| | | |

TF69- 05- 000251

Ex. 35 pg.250 of 296

Gydytojo įrašai

| Data | Ligonio nusiskundimai, objektyvūs duomenys, diagnozė ir gydymas | Paskyrimai, nedarbingumo lapelio Nr., kiek dienų nedarbingas, gydytojo parašas |
|------|------|------|
| 1 | 2 | 3 |
| | | |
| | | |
| | | |
| | | |

TF69-05-000252

Ex. 35 pg.251 of 296

Vilniaus miesto valdybos
sveikatos apsaugos, sanitarijos
ir higienos skyrius
Geležinkelininkų ligoninė

**EPIKRIZĖ Nr.** _2159_

Ligonis(-ė) _____ _1945 m_
_____ vardas, pavardė _____ gimimo data

_____
_____ gyvenamoji vieta _____ darbovietė

_____ gydėsi _____ vidaus ligų skyriuje

nuo 199 6 m. ____ 07 ___ mėn. 31 d. iki 199 6 m. ____ 08 ____ mėn. 09 d.

Klinikinė diagnozė _____

_____

_____

Komplikacijos _____

_____

Kitos ligos _____

_____

Trumpa anamnezė, objektyvūs duomenys, ligos eiga _____

_____

_____

_____

_____

Poliklinikos ir stacionaro diagnozės sutapo, nesutapo, nesutapimo priežastys _____

_____

Tyrimai _____

_____

_____

_____

EKG _____

Konsultantų išvados _____

_____

_____

_____

_____

Gydytas(-a) _____

_____

_____

Šalutinis vaistų poveikis _____

Gydymo efektas: ligonis(-ė) pasveiko, būklė pagerėjo, be pakitimų, ligonis(-ė) mirė (pabraukti) _____

Būklė išrašant: _____

Pasveikimo prognozė _____ Darbingumo prognozė _____

Pasiūlymai dėl gydymo ir darbo _____

Išduotas nedarbingumo lapelis Nr. _____ nuo _____ iki _____

_____

Gydytojas _____

_____ parašas

Skyriaus vedėjas _____
_____ parašas

RLSPB95.10.000.74.

Gyd. Daiva
MASOLIENĖ
Vilnius, tel.

Vilniaus sveikatos apsaugos ministerija, 1995

TF69-05-000253

Ex. 35 pg.252 of 296

ŽINIOS APIE RIZIKOS FAKTORIUS IR SVEIKATOS TIKRINIMUS

TF69-05-000254

Ex. 35 pg.253 of 296

## ŽINIOS APIE RIZIKOS FAKTORIUS IR SVEIKATOS TIKRINIMUS

| Data | Rizikos faktorius | Data | Sveikatos tikrinimų išvados |
|---|---|---|---|
| | | | |

TF69-05-000255

Ex. 35 pg.254 of 296

TF69- 05- 000256



TF69-05-000257





TF69-05-00025



TF69-05-000260

Ex. 35 pg.259 of 296



TF69-05-000261

Ex. 35 pg.260 of 296



TF69-05-000262



TF69-05-000263

Ex. 35 pg.262 of 296



TF69- 05- 000264

Formos kodas pagal SVDK   510

Įstaigos kodas pagal SIOK . . . .

_____LIETUVOS SAM_____   Apsk. f Nr. 209/y.

Patv. 1989. 06  15  Nr

Įstaigos pavadinimas

SIUNTIMAS TYRIMUI Nr. 8.3.88

19 .94. m. ... mėn. .... d.

Pavardė, vardas, t. v. ......

Įstaiga ...... Skyrius ......

Palata ...... Apylinkė .... Medicininės kortelės Nr. ...

Diagnozė, dispanserinės įstaigos grupė ......

Ištirti (nurodyti konservantą) ......
(reiklamą įrašyti)

Gydytojo parašas ......

TF69-05-000265

Ex. 35 pg.264 of 296



TF69- 05- 000266

Ex. 35 pg.265 of 296



TF69-05-000267

Ex. 35 pg.266 of 296



TF69- 05- 000268

Ex. 35 pg.267 of 296

*альков*

Formos kodas pagal SVDK ...............

Įstaigos kodas pagal SĮOK ...............

| TSRS-SAM | Apsk. f. Nr. 028/Y |
|---|---|
| Įstaigos pavadinimas | Patv. TSRS SAM 1980 10 04 Nr. 1030 |

SIUNTIMAS KONSULTACIJAI IR Į PAGALBINIUS KABINETUS

Pavardė ...........................................

Vardas ................... Tėvo vardas ...............

Diagnozė ...........................................

...................................................

Siunčiamas (kur ir kodėl) ..........................

...................................................

...................................................

...................................................

...................................................

Parašas ...........................................

19.... .... .......................... mėn.....d.

nr. *12486*.



TF69-05-000270

Ex. 35 pg.269 of 296



TF69-05-000271



TF69-05-000272

Ex. 35 pg.271 of 296



TF69-05-000273

Ex. 35 pg.272 of 296



Ex. 35 pg.273 of 296

## TRANSLATION OF THE MEDICAL RECORDS OF TATIANA KADAMOVA

*Page 1*

Justiniskiu 39 – 40 (*address - AC*)
Tatjana Kadamova, 1945 (*birth date - AC*)
Telephone number – 41-79-11
Personal code – ███████████
███████ (*passport number – AC*)

District 20, doctor Lauraitiene

*Page 2*

Table of contents

Page for final diagnoses                                       1
Epicrisis from ambulatory care journal          5
Temporary disability                                          7
Signal notes and anamnesis                                   11
Risk factors                                                 13
Health care means                                            14
Records of roentgenologic research                           15
Records of electrocardiographic research                     16
Records by oculists                                          19
Records by otolaryngologists                                 31
Records by neuropathologists                                 37
Records by surgeons                                          51
Records by therapists                                        65

*Page 3*

Page for final diagnoses

1988 05 29 – broken ankle of the left leg
1990 04 03 – hypertonic disease, cardiocerebral (*illegible*), 2nd stage
1991 03 26 – hypertonic disease, worsened.
1993 02 11 – hypertonic disease II, worsened.
(*date illegible*) – cirrhosis of the liver
(*date illegible*) - cirrhosis of the liver, sub-compensable stage
(*date illegible*) - cirrhosis of the liver

*Page 4*

Date: 1985 06 12
Complains: general weakness, (*illegible*)
Inheritable diseases: mother died from (*illegible*)
Work, living conditions: worked with (*illegible*)
Blood pressure: 120/80
Edemas: yes

***Page 5***

*(the page is illegible)*

***Page 6***

Signal notes and anamnesis

Blood type: 0 (1)          Rhesus: Rh +

*(the rest of the page is blank)*

***Page 7***

*(the page is blank)*

***Page 8***

*(the page is blank)*

***Page 9***

Records of roentgenologic research

Date – 1990.04.04
Research character: (*illegible*)
Conclusion – no pathology

*(the rest of the page is blank)*

***Page 10***

 Records of electrocardiographic research

*(the page is illegible)*

***Page 11***

Records of roentgenologic research

The tissue of pancreas is a little wrinkled.

*(the rest of the page is illegible)*

***Page 12***

Records by oculists

*(the page is illegible)*

Ex. 35 pg.275 of 296

*Page 13*

Records by oculists

Bottom of the eye is pink

*Page 14*

Records by oculists

Diagnosis: hypermetropia

(*the rest of the page is illegible*)

*Page 15*

Records by otolaryngologists

(*the page is illegible*)

*Page 16*

Records by otolaryngologists

(*the page is illegible*)

*Page 17*

Records by neuropathologists

1995 05 11 – no complains
1997 04 22 – no complains

*Page 18*

Records by surgeons

(*the page is illegible*)

*Page 19*

Records by surgeons

(*the page is illegible*)

***Page 20***

Records by surgeons

(*the page is illegible*)

***Page 21***

Records by surgeons

(*the page is illegible*)

***Page 22***

Records by therapists

1991 06 05 – complains: dizziness (*the rest is illegible*)

Diagnosis: hypertonic disease, cardiocerebral, II, worsened

1991 06 28 – complains: weakness, dizziness

***Page 23***

Records by therapists

Diagnosis: hypertonic disease, cardiocerebral, worsened

1991 06 13 – complains: condition is better
Diagnosis: hypertonic disease, cardiocerebral

***Page 24***

Records by therapists

1991 07 02 – complains: head ache (*the rest is illegible*)
Diagnosis: hypertonic disease, cardiocerebral, II, worsened

1991 07 05 – complains: head ache remains

***Page 25***

Records by therapists

1991 07 09 – complains: headache, dizziness remains, sickness

Ex. 35 pg.277 of 296

Diagnosis: hypertonic disease, cardiocerebral, II, worsened

*Page 26*

Records by therapists

Feels tired (*the rest is illegible)*

*Page 27*

Records by therapists

1992 01 28 – head ache the last three days ((*the rest is illegible)*

*Page 28*

Blood test

(*the page is blank)*

*Page 29*

Leucocytes: 8,0 (*the rest of the page is blank*)

*Page 30*

Name: Tatjana
Last name: Kadamova
Father's name: Baltramejavna
Diagnosis: Cholecystopancreatitis
Sent for: Echoscopy
Date: 1992 01 29

*Page 31*

Conclusion: liver, pancreas, kidneys

*Page 32*

Excerpt from the journal of ambulatoric care

Name and last name of the patient: Kadamova T.B.
Date of birth: 1945
Address: Virsuliskiu 87-41
Diagnosis: Cholecystopancreatitis

*Page 33*

(*the page is illegible)*

*Page 34*

Ex. 35 pg.278 of 296

Records by therapists

(*the page is illegible*)

*Page 35*

Records by therapists

(*the page is illegible*)

*Page 36*

Records by therapists

1993 02 – complains: dizziness, head ache, heart trembling

Diagnosis: hypertonic disease, cardiocerebral, worsened

1993 02 – complains: ache of the left side of the chest

*Page 37*

Records by therapists

1993 02 18 – complains: ache of the left side of the chest

*Page 38*

Records by therapists

(*the page is illegible*)

*Page 39*

Leucocytes: 5,8
Erythrocytes: 7

*Page 40*

Blood test

1993 02 13

Hemoglobin: 132

*Page 41*

(*the page is blank*)

*Page 42*

Sending for examination

To examine: chest
Doctor: Klevinskiene

*Page 43*

Sending for examination

Doctor: Klevinskiene
Name of  the patient: Tatiana Kadamova
Date: 1993 02 24

*Page 44*

*(the page is blank)*

*Page 45*

Urine analysis

Epitelous: flat
Leucocitos: 2-3
Eritrocitos: 7-10

*Page 46*

Records by therapists

1993 02 13

Complains: ache of the left side of the chest

*(the rest of the page is illegible)*

*Page 47*

Records by therapists

Doctor: Klevinskiene
1993 07 15
Complains: head ache, dizziness
Diagnosis: ribs neurology

*Page 48*

Records by therapists

Diagnosis: hypertonic disease, cardiocerebral, worsened

*Page 49*

Records by therapists

1993 07 20
Complains: the patient feels better, dizziness decreased

1993 07 23 – the patient feels good

Diagnosis: hypertonic disease

Doctor: Klevinskiene

*Page 50*

Records by therapists

1993 09 17 – no complains

1993 10 29 – 11 03
Complains: head ache, strong heart beating

Diagnosis: hypertonic disease

*Page 51*

1993 11 03
Complains: head ache, heart trembling

1993 11 08
Complains: the condition of the patient is better, still feels week, legs and arms are shaking

*Page 52*

(*the page is illegible*)

*Page 53*

(*the page is illegible*)

*Page 54*

(*the page is illegible*)

*Page 55*

(*the page is illegible*)

*Page 56*

General blood test

Patient: Kadamova, 1945
Address: Virsuliskiu 87-41

Ex. 35 pg.281 of 296

*Page 57*

Leucocytes: 5.5
Date: 1994 04 12

*Page 58*

Date: 1993 09 16
Name: Tatiana Kadamova
Date of birth: 1945
Diagnosis: gynecologically healthy
Doctor: Baltanaviciene

*Page 59*

Fluorogram of the chest

Conclusion: chest organs without modifications
Date: 1994 04 19

*Page 60*

*(the page is blank)*

*Page 61*

Blood test

Date: 1994 04 19
Hemoglobin: 118

*Page 62*

Leucocytes: 3,9
Lymphocytes: 27
Banded neutrophils: 8
Segmented neutrophils:
Monocytes: 1

*Page 63*

(*the page is illegible*)

*Page 64*

(*the page is illegible*)

*Page 65*

(*the page is illegible*)

*Page 66*

(*the page is illegible*)

**Page 67**

(*the page is illegible*)

**Page 68**

(*the page is illegible*)

**Page 69**

(*the page is illegible*)

**Page 70**

(*the page is illegible*)

**Page 71**

Urine analysis

Protein: 0
Glucose: 0

**Page 72**

Epithelium: flat
Leucocytes: 2-3
Bacterium: 1

**Page 73**

Lithuanian Centre of Oncology
Health certificate

Tatiana Kadamova was treated at Lithuanian Centre of Oncology Department of Gynecology 1995 03 08 – 03 17.
Diagnosis: cirrosis hepatitis
Cure: 1995 03 15 – video-laparoscopy, biopsia ex hepatis
Doctor: Birute Intaite

**Page 74**

Epicrisis
Date: 1995 02 27 – 1995 03 08
Diagnosis: ovarian tumor
Doctor: Valerija Klupsiene

(*the rest of the page is illegible)*

*Page 75*

Lithuanian Centre of Oncology
Kadamova Tatiana
Born 1945 ███
Lives Vilnius, Justiniskiu 39-40
Diagnosis: cirresis hepatis

The patient came complaining she had general weakness, fever, increased volume of abdomen. The patient was examined at the II Vilnius Hospital. After ovarian tomor had been diagnosed, the patient was transferred to the Lithuanian Centre of Oncology.
1995 03 15 video-laparoscopy, biopsia ex hepatis was done. Cirrhosis. Liver dystrophy.
The patient was signed out for further cure at home.


Doctor: B. Intaite
Head of Department: J. Zilinskas
Date: 1995 03 22

*Page 76*

*(the page is illegible)*

*Page 77*

Epicrisis 730

Kadamova Tatiana
1945
Vilnius, Justiniskiu 39-40
Cured:1995 10 20 – 11 10
Diagnosis: I. Micronodular cirrhosis, II. Portal hypertension, III. femoral hernia of the right side.

The patient complained about the pain of the upper part of abdomen, increased volume of abdomen, pain of the right side of the hip, minor itch of the whole body, general weakness. The patient has been ill since February 2005.
Diagnosis is based on the liver biopsy. General condition is of average seriousness.

*Page 78*

Doctor: Zydeliene

*Page 79*

*(the page is illegible)*

*Page 80*

*(the page is illegible)*

*Page 81*

*(the page is illegible)*

***Page 82***

*(the page is illegible)*

***Page 83***

*(the page is illegible)*

***Page 84***

Epicrisis

Diagnosis: Micronodular liver cirrhosis.
Complications: portal hypertension syndrome, metabolic encephalophathy.

(*the rest of the page is illegible*)

***Page 85***

*(the page is illegible)*

***Page 86***

*(the page is illegible)*

***Page 87***

*(the page is illegible)*

***Page 88***

*(the page is illegible)*

***Page 89***

ECG: heard beat 65k/min, partial DHPK blockade.

Sinoscopy of inner organs: left side of the liver – 142 mm, right side – 143 mm, thick tissue, blood vessels are invisible. Tissue of pancreas is consistent, head -  28 mm. Kidneys without sono-modifications. Spleen 137x125x67 mm. Conclusion: developed cirrhosis of the liver.

LOC consultation: serootitis dextra. Neuritis cochlearis bilateralis.

Patient's condition is better, therefore she is signed out for ambulatory treatment.

Recommendations: diet, Verospironi 100mg x 2, Furosemidi 40mg every other day, Kalii chloridi 750 mg x 1, Propranololi 200 mg x 2, vitamins with minerals.

Ex. 35 pg.285 of 296

Doctor: R. Juskiene
Head of department: P. Juodagalvyte

*Page 90*

Epicrisis

Patient: Tatiana Kadamova, age 50
Address: Vilnius, Justiniskiu 39-40
Disabled, I group
Cured 1995 08 15 – 1995 09 06

Diagnosis:    Micronodular cirrhosis of the liver, stage: developed.    Portal hypertension II (splenomegaly, varicose veins, ascites). Liver FN II. Serootitis dextra. Neuritis cochlearis bil.

*Page 91*

*(the page is illegible)*

*Page 92*

*(the page is illegible)*

**Page 93**

*(the page is illegible)*

*Page 94*

Date: 1996 02 02
Diagnosis: Cirrhosis of liver, liver functions insufficient.  Portal hypertension II. Ascites. Hernia of the right side of the thigh. Stone disease of the gall bladder.

*Page 95*

*(the page is illegible)*

*Page 96*

*(the page is illegible)*

*Page 97*

*(the page is illegible)*

*Page 98*

Urine analysis

Protein: 0
Glucose: 0
Leucocytes: 8-10

Ex. 35 pg.286 of 296

Date: 1997 07 29

***Page 99***

Blood test

Hemoglobin: 18

***Page 100***

Blood test

Leucocytes: 5,5
Lymphocytes: 20
Monocytes: 5%
Date: 1996 07 29

***Page 101***

*(the page is illegible)*

***Page 102***

*(the page is illegible)*

***Page 103***

*(the page is illegible)*

***Page 104***

*(the page is illegible)*

***Page 105***

*(the page is illegible)*

***Page 106***

*(the page is illegible)*

***Page 107***

Epicrisis

Date: 1996 07 31 – 1996 09 09
Diagnosis: micronodular cirrhosis of the liver, active phase, developed stage.
Complications:  portal hypertension syndrome
Other diseases: Stone disease of the gall bladder. Hernia of navel and groin.

Doctor: Daiva Masoliene

*(the rest of the page is illegible)*

Ex. 35 pg.287 of 296

*Page 108*

*(the page is illegible)*

*Page 109*

*(the page is illegible)*

*Page 110*

*(the page contains no information)*

*Page 111*

*(the page contains no information)*

*Page 112*

*(the page contains no information)*

*Page 113*

*(the page contains no information)*

*Page 114*

*(the page contains no information)*

*Page 115*

*(the page is illegible)*

*Page 116*

*(the page contains no information)*

*Page 117*

*(the page contains no information)*

*Page 118*

*(the page contains no information)*

*Page 119*

*(the page contains no information)*

*Page 120*

Diagnosis: hypertonic disease
Date: 1993 11 08

*Page 121*

*(the page contains no information)*

*Page 122*

*(the page contains no information)*

*Page 123*

*(the page contains no information)*

*Page 124*

*(the page contains no information)*

*Page 125*

*(the page contains no information)*

*Page 126*

*(russian)*

*Page 127*

*(the page contains no information)*

*Page 128*

*Menstruation has been irregular for the past 2 years, therefore, androgenic treatment was started.*

*Page 129*

*(russian)*

*Page 130*

*(russian)*

*Page 131*

*(russian)*

*Page 132*

*(the page is illegible)*

*Page 133*

*(the page is illegible)*

*Page 134*

*(the page is illegible)*

*Page 135*

*(the page is illegible)*

*Page 136*

*(the page is illegible)*

*Page 137*

*(the page is illegible)*

*Page 138*

*(the page is illegible)*

*Page 139*

Date: 1990 08 27
Painful menstruation, abortions – 4. Breasts without pathologic modifications.
Doctor: Bradelis

Date: 1990 09 10
No menstruation.

*Page 140*

*(the page is illegible)*

*Page 141*

Date: 1993 09 16
Menopause since age 45. No complains.
Excreta – yellow and green.
Diagnosis: colpitis, polycystic degeneration

*Page 142*

*(the page contains no information)*

*Page 143*

*(the page contains no information)*

*Page 144*

*(the page contains no information)*

***Page 145***

*(the page contains no information)*

***Page 146***

*(the page contains no information)*

***Page 147***

*(the page contains no information)*

***Page 148***

*(the page contains no information)*

***Page 149***

Blood test

Hemoglobin: 148

***Page 150***

*(the page contains no information)*

***Page 151***

*(the page contains no information)*

***Page 152***

*(the page is illegible)*

***Page 153***

*(the page is illegible)*

***Page 154***

*(the page is illegible)*

***Page 155***

*(the page is illegible)*

***Page 156***

*(the page contains no information)*

*Page 157*

*(the page contains no information)*

*Page 158*

Urine analysis

Color: yellow
Protein: 0%
Glucose: 0%
Leucocytes: 3-4
Doctor: Vikoniene

*Page 159*

*(the page contains no information)*

*Page 160*

*(the page contains no information)*

*Page 161*

*(the page is illegible)*

*Page 162*

*(the page contains no information)*

*Page 163*

*(the page is illegible)*

*Page 164*

*(the page is illegible)*

*Page 165*

*(the page is illegible)*

*Page 166*

*(the page contains no information)*

*Page 167*

*(the page contains no information)*

*Page 168*

*(the page contains no information)*

***Page 169***

Blood test

Hemoglobin: 121

***Page 170***

*(the page contains no information)*

***Page 171***

***Page 172***

***Page 173***

Blood test

Hemoglobin: 136

***Page 174***

*(the page is illegible)*

***Page 175***

*(russian)*

***Page 176***

*(the page is illegible)*

***Page 177***

1988 07 01
The leg is not swollen. Broken ankles in plaster.

***Page 178***

1988 07 19
Plaster was removed.

***Page 179***

*(the page is illegible)*

Ex. 35 pg.293 of 296

***Page 180***

*(the page is illegible)*

***Page 181***

*(the page contains no information)*

***Page 182***

*(the page contains no information)*

***Page 183***

Date: 1988 12 20
Diagnosis: obese, hypertension

***Page 184***

Date: 1989 03 02
Painful festering lump (2x2 cm) on the right side of the neck.

(*the rest of the page is illegible*)

***Page 185***

*(the page is illegible)*

***Page 186***

*(the page is illegible)*

***Page 187***

*(the page is illegible)*

***Page 188***

*(the page is illegible)*

***Page 189***

*(the page contains no information)*

***Page 190***

*(the page contains no information)*

***Page 191***

*(the page contains no information)*

Ex. 35 pg.294 of 296

*Page 192*

*(the page contains no information)*

*Page 193*

*(the page is illegible)*

*Page 194*

*(the page is illegible)*

*Page 195*

Blood test

Hemoglobin: 180

*Page 196*

Blood test

Lymphocytes: 30
Monocytes: 4
Date: 1990 04 04

*Page 197*

Date: 1990 04 12
The patient feels better, head ache and dizziness decreased.

*Page 198*

Date: 1990 04 17
The patient feels much better, there is no more head ache.

*Page 199*

*(the page is illegible)*

*Page 200*

*(the page is illegible)*

*Page 201*

*(the page is illegible)*

*Page 202*

*(the page is illegible)*

*Page 203*

*(the page is illegible)*

*Page 204*

*(the page is illegible)*

*Page 205*

Blood test

Hemoglobin: 143

*Page 206*

1996 05 06
Head ache, dizziness
Doctor: Klevinskiene

*Page 207*

*(the page contains no information)*

*Page 208*

*(the page is illegible)*

*Page 209*

*(the page contains no information)*

*Page 210*

*(the page contains no information)*

Ex. 35 pg.296 of 296