# Tatiana Kanopkina KGB Archive File



 **LEGAL LANGUAGE SERVICES**

*A Division of ALS International, Inc.*
8014 State Line Road
Suite 110
Leawood, KS 66208

Telephone  (913) 341-3167
Toll Free    (800) 755-5775
Telefax     (913) 341-3168
www.legallanguage.com

September 28, 2022

To Whom It May Concern:

This is to certify that the attached translation from Russian into English is an accurate representation of the document received by this office.  This document is designated as:

**Copy of Personal file of Tatjana Kanopkina (Mother of Jurijus Kadamovas)**

Maria Victoria Portuguez, Manager with this company, certifies that Lika MacFarlane, who translated this document, is fluent in Russian and standard North American English and qualified to translate.

She attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."

Signature of Maria Victoria Portuguez

Subscribed and sworn to before me on September 28, 2022.

Denise Rawlings
Notary Public, State of Kansas
Qualified in Johnson County
Commission No.: 1194874
My Commission Expires: March 18, 2026

Sincerely,

Victor J. Hertz
President

VJH/mvp

Attachments

IFCD001774

Ex. 36 pg.1 of 32



**LEGAL LANGUAGE SERVICES**

*A Division of ALS International, Inc.*
8014 State Line Road
Suite 110
Leawood, KS 66208

Telephone  (913) 341-3167
Toll Free    (800) 755-5775
Telefax      (913) 341-3168
www.legallanguage.com

September 28, 2022

To Whom It May Concern:

This is to certify that the attached translation from Lithuanian into English is an accurate representation of the document received by this office. This document is designated as:

**Copy of Personal file of Tatjana Kanopkina (Mother of Jurijus Kadamovas)**

Maria Victoria Portuguez, Manager with this company, certifies that Zivile Symeonidis, who translated this document, is fluent in Lithuanian and standard North American English and qualified to translate.

She attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."

Signature of Maria Victoria Portuguez

Subscribed and sworn to before me on September 28, 2022.

Denise Rawlings
Notary Public, State of Kansas
Qualified in Johnson County
Commission No.: 1194874
My Commission Expires: March 18, 2026

MY APPOINTMENT
EXPIRES 3-18-2026

Sincerely,

Victor J. Hertz
President

VJH/mvp

Attachments

IFCD001775

Ex. 36 pg.2 of 32

1

[English text]

Concerning the data of the KGB special archive_Vilnius Lithuania.

Please find attached the copy of personal file of Tatjana Kanopkina_Mother of Jurijus Kadamovas.

Information is related with the candidacy for Communist party membership. It consists of questionnaires, recommendations, a marriage certificate with Aimochamed Kadamov, a protocol with a recommendation for admission as a member of the Communist Party. (Info is in Russian language).

Due to volume sent in several mails.

Personal file of the Kanopkina membership in the Communist Party was not provided.

IFCD001776

Ex. 36 pg.3 of 32

2

D 165

*Lithuanian communist party* <u>Lenin District Committee of the city of Vilnius of the Communist Party of Lithuania</u>

---

*[illegible]*—name of the department

**PERSONAL CASE No.**
**Private case #**          <u>162</u>

---

Konopkina-Kadamova

*Last name*—Last name:

---

Tatyana Varfolomeevna

*First name, father's name*—first name, patronymic:

---

| *was admitted to* | <u>from candidacy</u> | *the SUCP members* |
| accepted | | to being a member of CPSU |

*Started*    19<u>65</u> m. <u>December</u>, d. <u>6</u>
Began in

*Finished*  y. 196<u>5</u>, m. <u>December</u>, d. <u>17</u>
Finished in

---

<u>9</u> *pages*
On    sheets

| [Stamp:] |  |
| --- | --- |
| *Lithuanian Communist Party* ARCHIVES OF [illegible] Lithuania | |
| [illegible] | 3435 |
| *Description No.* [illegible] | 43 |
| *Case No.* Case # | 162 |

*Newspaper and magazine publication printing order no. 520.65.10000*

IFCD001777

Ex. 36 pg.4 of 32

3

[Left page:]

The case came in to [illegible] 16 [illegible] 1965

[illegible] is recommended to approve
[illegible] to accept as a member of CPSU
16. XII. 1965

[Right page:]

To accept Konopkina Tatyana Varfolomeevna
to a party organization [illegible] mechanical shop
of Vilnius factory of electric meters from being a
candidate to being member of
CPSU
candidate card # 5546329

APPLICATION

I am asking you to accept me to CPSU. I am familiar with the CPSU charter and program and I promise to execute it honestly and in good faith.

6.12.65 y.          Konopkina

[Signature]
16. XII – 1965

**IFCD001778**

Ex. 36 pg.5 of 32

4

2
*Proletariats of all countries, unite!*
Worker of all countries unite!

*THE QUESTIONNAIRE*—APPLICATION
*of a party candidate who is becoming the member of the Communist Party of the Soviet Union*
of the candidate, joining the Communist Party of the Soviet Union

*Initial party organization*          Primary party-organization of precision-mechanical shop of electrical meter factory
Name of the organization where application          *Name of the party organization to which the application was submitted*
is submitted:          Name of the party organization to which the application was submitted

*District, city*          c. Vilnius          *area, district, republic*          LSSR
District, city          region, province, republic

1.  *Last name*          Konopkina          *Name*          Tatyana          *Father's name*          Varfolomeevna
    Last name          First name          Patronymic
2.  *Sex*     Female     *Month and year of birth*     ■.1945     4. *Nationality*     Russian     5. *Native language*     Russian
    Sex          Year and place of birth          Nationality          Native language
6.  *Place of birth*          village Skrablinu of Maisky region of LSSR
    Place of birth          *republic, district, area, county, city, region, village*
    village, region, city, district, province, republic
7.  *Parent occupation at the current time*          father – prison guard and mother – housewife
    Parent's occupation in present
8.  *Time of becoming a candidate*          August of 1964, Lenin district committee of Communist Party of the city of Vilnius
    When entered the candidacy          *year, month, name of party organization which accepted to candidate*
    month, year and name of the organization, accepting into a candidacy

9.  *Social status*          worker          10. *Was in VLKJS from* 1960 *to* 1964
    Social status          *Filled out by RK, MK secretary*          Time spent in Komsomol from          to
    To be filled out by secretary of regional committee, city committee
11. *Level of education*          Secondary          a)     *Which educational institutions they*
    Education          *Elementary, unfinished secondary, secondary, unfinished high*          *studied at*
    Elementary, middle, secondary, higher, post-graduate          In which educational institutions
    *Where, when did they graduate*          Vilnius Secondary school #10 LSSR in 1962
    Studied, where and when, finished, unfinished

    b)     *What specialty did they acquire based on education*          None
           which specialty received

12. *Where do they study currently*          In elementary school of political education network
    Where does he/she study currently
13. *Occupation from the start of work activity*
    Type of work since the beginning of employment:

| From what time to what time<br>From and to<br>(month, year) | Name of the place<br>(republic, district, area, county, city, region, village)<br>Name of the location<br>(village, district, region, province republic) | Occupation or duties, in which company, institution<br>Occupation or a position, in which organization,<br>institution |
|---|---|---|
| *From*—From V-1962 | City of Vilnius, LSSR | Student in electric meter factory |
| *To*—To VII-1962 | | |
| *From*—From VII-1962 | City of Vilnius, LSSR | Machinist in electric meter company |
| *To*—To [illegible] | | |
| *From*—From | | |
| *To*—To | | |
| *From*—From | | |
| *To*—To | | |
| *From*—From | | |
| *To*—To | | |
| *From*—From | | |
| *To*—To | | |
| *From*—From | | |
| *To*—To | | |
| *From*—From | | |
| *To*—To | | |
| *From*—From | | |
| *To*—To | | |
| *From*—From | | |

IFCD001779

Ex. 36 pg.6 of 32

4

| | | |
|---|---|---|
| *To*—To | | |
| *From*—From | | |
| *To*—To | | |
| *From*—From | | |
| *To*—To | | |
| *From*—From | | |
| *To*—To | | |
| *From*—From | | |
| *To*—To | | |

IFCD001780

Ex. 36 pg.7 of 32

5

14. *How do they participate in the soviet, professional union, communist youth, collective farm and etc. work*
What work does he/she perform in a council, professional union, Komsomol, collective farm etc.

member of the public human resources department

15. *Do they have scientific name, degree, scientific works, inventions and discoveries (what type and when)*
Does he/she have any post-graduate degree, title, scientific work and discovery (what kind and when)

None

16. *What languages (foreign and USSR nation) knows very well*
Which language (foreign and USSR) does he/she speak freely

Lithuanian

17. *What honor titles and national awards do they have*
Honorable prizes and state awards

None

18. *Are they in military register and registered as who (leader, political employee, senior or private, military degree)*
Has been registered in military service and in what capacity (team, political, commanding or military personnel, military rank)

None

19. *Did they belong to brotherhood companies (what type, when, where)*
Has he/she been a member of brotherly communist parties (which, where, when)

No

20. *Did they belong to SSCP (Soviet Socialist Communist Party)  before (when, where, reasons for leaving)*
Has he/she been a member of CPSU (when, where, reason for quitting)

No

21. *Did they live abroad, where, when, for how long, reasons for coming back to the USSR*
Has he/she lived abroad, when, where, how long, reason for returning to USSR

No

22. *Who from relatives live abroad, where, for how long, and what is their occupation*
Do any relatives live abroad, where, how many and where do they work?

No

1965 y. December m. 3 d.

*Signature of the person who submitted application to join SSCP*
Personal signature of the applicant to CPSU

Konopkina
*Signature*
Signature

*List of SSCP members who provided recommendations* – list of CPSU members who provide recommendation:

| *Last and first name, father's name* Last name, first name, patronymic | *In the party since* Member of the party since | *Party card No.* Number of the party membership card | *Place of work and current position* Place of work and position | *Since when the recommending person knowns the person joining SSCP* From what date is recommended to become a member of CPSU |
|---|---|---|---|---|
| 1. Pshopovskaya Irena Aleksandrovna | 1957 | 07384316 | Vilnius factory of electric meters, assembler | 1962 y. |
| 2. Goryachko Larisa Sergeevna | 1960 | 09104548 | Vilnius factory of electric meters, warehouse worker | 1962 y. |
| 3. Zubov Nikolay Vasilevich | 1953 | 03504404 | Vilnius factory of electric meters, master | 1962 y. |

*Recommendations, certified by the secretaries of the initial party organizations to which the recommended individuals belong are enclosed to the questionnaire.*
Recommendations, certified by secretaries of the primary party organizations, which the recommended person is the member of, are attached to the application.

*Decision of the initial party organization public meeting regarding acceptance of the candidate to SSCP member*
Decision of the primary party organization general assembly about accepting a person from candidacy to become CPSU member.

1965 y. December m. 6 d.
*(content)*
(content)

to accept Tatyana Varfolomeevna Konopkina as a member of CPSU (unanimously)

1965 y. December m. 6 d.

*signature of the initial party organization*
signature of the primary party organization secretary

Psholovskaya

*SSCP district, city committee decision regarding admission from candidates to SSCP members*
Decision of the CPSU district committee and the city committee about accepting from candidacy to the CPSU membership.

1965 y. December m. 17 d.  pr. 72
*(content)*
(content)

By decision of [illegible] and party committee to approve acceptance of comrade Tatyana Varfolomeevna Konopkina as a member of CPSU.
When issuing a party membership card, write the last name Kadamova based on the marriage certificate
I-shu # 292059 from October 31, 1964, issued by the Civil Registry Office of the city of Vilnius.

[Seal:]          1965 y. December m. 17 d.          *Signature of the district, city committee secretary* [Signature]

IFCD001781

Ex. 36 pg.8 of 32

5

*Lithuania*          1965 y. <u>December</u> m. 22 d.          Signature of the regional committee, <u>city committee secretary</u>
*[illegible]*                                                 Issued party membership card # 1375849

*Note: Due to the fact that contents of the decision regarding admission to SSCP members is entered into the questionnaire, there is no need to enclose extracts from protocols.*
Note: Due to the fact that the content of the decision about accepting the candidate into the CPSU membership is included in the application, no protocol excerpts are needed to be attached.

*L2L printing order No. 471.65.20.000*

IFCD001782

Ex. 36 pg.9 of 32

6

3

Recommendation

I, Pshopovskaya Irena Aleksandrovna, a member of CPSU since 1957, party membership card #07384[illegible]16 working at Vilnius electric meter factory since the month of December of 1950.
I know Tatyana Varfoloomeevna Konopkina from working together since May of 1962 to this day.
Comrade Tatiana Varfolomeevna Konopkina came to the factory as a student and she quickly learned the trade of machinist. While working as a machinist, comrade Tataiana Varfoloomeevna Konopkina overfulfills her job duties and normal plan by 115-120%.
Comrade Tatayana Varfoloomeevna Konopkina actively participates in factory and shop's social work
In 1963 comrade Tatayana Varfoloomeevna Konopkina  was elected as a secretary at the shop's Komsomol organization and she was a reputable employee among Komsomol members.
In 1964 comrade Tatayana Varfoloomeevna Konopkina  was accepted as a candidate for CPSU membership.
Tatatyana Varfoloomeevna Konopkina is legally married and she is a good wife. She is a modest person in everyday life.

I am recommending comrade Tatayana Varfoloomeevna Konopkina to be accepted as a member of CPSU.

December 2, 1965
Pshopovskaya Irena Aleksandrovna, member of CPSU.

Signature of the member of CPSU from 1957  [illegible] #07384316

Comrade Pshopovskaya Irena Aleksandrovna I certify:

Party committee secretary of the electric meter factory,

December 15 1965,  Ivanov.


[Part of the different page below:]

Was accepted

Tatyana Varfolomeevna is acting respectably at home.

I am recommending comrade Tatayana Varfoloomeevna Konopkina to be accepted as a member of CPSU.

September 1, 1965, Goriachko


IFCD001783

Ex. 36 pg.10 of 32

7

4

Recommendation

I, Goryachko Larisa Sergeevna, a member of CPSU since 1960, party membership card #09104548 working as a warehouse worker at Vilnius electric meter factory from January 1955. I know Tatyana Varfolomeevna Konopkina from working together in production and social work at Vilnius electric meter factory since June of 1962 to this day.
Comrade Tatyana Varfolomeevna Konopkina came to the factory as soon as she graduated school. She quickly learned the trade of the machinist and she constantly overfulfills the job duties by 120%.
The products we submit are only of the best quality. She is very reputable in our team.
Comrade Konopkina actively participates in factory and shop's social work

In 1963 and 1964 comrade Tatayana Varfoloomeevna Konopkina was elected as a secretary at the shop's Komsomol organization.
Tatyana Varfolomeevna is acting respectably at home. I am recommending comrade Tataiana Varfoloomeevna Konopkina to be accepted as a member of CPSU.

September 1, 1965, Goryachko

IFCD001784

Ex. 36 pg.11 of 32

8

Signature of the member of CPSU from 1957  [illegible] #09104548

Larisa Sergeevna Goryachko I certify:

Party committee secretary of the electric meter factory

December 15 1965,  Ivanov.

IFCD001785

Recommendation

I, Zubov Nikolay Vasilevich, a member of CPSU since 1953, party membership card # 03504404, working as a master at Vilnius electric meter factory from February 1962.

I know Tatyana Varfolomeevna Konopkina from working together in production and social work at Vilnius electric meter factory since May of 1962 to this day.

Comrade Tatyana Varfolomeevna Konopkina came to the factory as a student. She quickly learned the trade of a machinist. She worked as a machinist and she constantly overfulfills her job duties by 120%. She helps her fellow comrades with words and actions, she because of the first defect-free system and submits her products to [illegible] at the first try.

Comrade Konopkina actively participates in factory and shop's social work and was elected as a secretary at the shop's Komsomol organization in 1963-1964. In 1964 comrade Konopkina was accepted as a candidate for CPSU membership.

Tatayana Varfoloomeevna Konopkina is legally married and is a good wife and a friend to her husband. She is a modest person in everyday life.

I am recommending comrade Tatayana Varfoloomeevna Konopkina to be accepted as a member of CPSU.

September 1, 1965, Zubov

Signature of the member of CPSU from 1953. Party membership #03504404

I certify: Zubov Nikolay Vasilevich

I certify: Party committee secretary of the electric meter factory

December 15 1965, Ivanov.


[Part of a different page below:]

6.12.65      Konopkina

IFCD001786

10

6

Autobiography

I, Tatyana Varfolomeeevna Konopkina, born on ▮▮▮▮▮▮ 1945 at the village of Skrabllinu of the Moleisk region in LSSR in a worker's family. In 1950 we moved to Vilnius and in 1952 I went to school. In 1954 I became a pioneer and in 1960 I entered Komsomol. In 1962 I graduated from school and I started working at the Vilnius factory of electric meters. In 1963 and 1964 I was a secretary of the Komsomol organization of the shop and in 1964 I became a deputy secretary of the Komsomol organization of the shop. In 1964 I became a candidate to the CPSU membership.
Father, Varfolomei Makarovich Konopkin works at a prison #1 as a guard. Mother, Aleksandra Kirilovna Konopkina is a housewife. In 1964 I got married to Aimukhamed Kadamov. My husband is working at a factory of calculating machines as a turner.

6.12.65y.                Konopkina

IFCD001787

Ex. 36 pg.14 of 32

11

7

Excerpt from Protocol #7

Party committee assembly of the eclectic meter factory
From 7.XII.1965

Attended:    Ivanov, Parashin, Zubakov, Tylo, Matveev, Polyakov, Blokhin, Pashkevichus, Yaremchuk, Zasas, Baranauskas

Agenda:

1. Acceptance of comrade Konopkina as a members of CPSU

Listeners:    Deputy secretary of party organization of precise-mechanical shop comrade I. A. Psholovskaya about accepting Tatyana Varfolomeevna Konopkina into a CPSU membership. Born in 1945, Russian, secondary education, machinist, candidacy card # 5546329. They recommend comrade T.V. Konopkina:

Irena Aleksandrovna Psholovskaya, member of CPSU since 1957, party card # 07384316, knows her from working together in production and social work since December 1962 till present day.

Larisa Sergeevna Goryachko, member of CPSU since 1960, party card # 09104548, knows her from working together in production and social work since June 1962 till present day.

Zubov Nikolay Vasilevich, member of CPSU since 1953, party card # 03504404, knows her from working together in production and social work since May 1962 till present day.

Confirmed:    To approve a decision of party organization of the precise-mechanical shop from 6.XII.1965 to approve comrade Tatyana Varfolomeevna Konopkina's CPSU membership. Lenin district committee of the Lithuania Communist Party is asking to approve this decision.

Secretary of the party committee of Vilnius Factory of Electric Meters [Signature] /A.Ivanov/

IFCD001788

Ex. 36 pg.15 of 32

12

8

In the Bureau of the Lenin's division of the Communist Party of Lithuania, the candidate for the membership of the Komsomolskaya Platyia Varfolomeyevna.

Claim

I am asking to change my last name when issuing a party membership card. I was Konopkina, now I am Kadamova.

December 17, 1965

Konopkina

IFCD001789

Ex. 36 pg.16 of 32

13

9
*Copy*
Copy

*Marriage Certificate*
Marriage Certificate

| *Citizen* | | Kadamov Aimukhamed |
| Citizen | | |

| *Year of birth* | ▮ 1941 | *Place of birth* | TSSR Ashkhabad region village Basher |
| Date of birth | | Place of birth | |

*and the citizen*    Tatyana Varfolomeevna Konopkina
and citizen

| *Year of birth* | ▮.1945 | *Place of birth* | Moleitu region, village Skrablina |
| Date of birth | | Place of birth | |

*Got married*    31.X.1964 October 31, nineteen sixty-four
Married

---

*About which in the book of the civil records about marriages*
Appropriate entry to that event was recorded in the Book of Marriage Registry on month of October day of 31 year of 1964

*relevant record was made, No.*        2294
under the registration number

*Marriage was registered with the following last names:*
The following family names were adopted thereafter:

| *for man* | Kadamov | *for wife* | Kadamova |
| husband | | wife | |

*Place of registration*    Vilnius District Department of Vital Records
Place of registration:

*Date of issue*    y. 1964  m. October.  d. 31
Date of issue:

*Place for stamp*                          I-ShU        *No.* 292059
Place for seal

*Head of the Civil Record Bureau (signature)*
Head of the department of vital records (signature)

[Stamp:] U. Mezhenene

[Stamp:]
December 17, 1965. I, the notary public of Vilnius State Notary Office, certify
that the copy is true to original. While comparing a copy with original, there were no
additions, substitutions or omissions noticed.
State price of 0.20 rubles is paid, registered under #2-18540
Notary Public [Signature]

[Seal:] [illegible] Lithuanian SSR. Vilnius [illegible] *[illegible]*

Vilnius topography of publishing standards. Order # 2234-1000

IFCD001790

Ex. 36 pg.17 of 32

14

There are 9 (nine) sheets of paper numbered and tied in the case.

Instructor of [illegible]

/Kondrashina/

December 17, 1965

IFCD001791

Ex. 36 pg.18 of 32

Concerning the data of the KGB special archive_Vilnius Lithuania.

Please find attached the copy of personal file of Tatjana Kanopkina_Mother of Jurijus Kadamovas.

Information is related with the candidacy for Communist party membership. It consists of questionnaires, recommendations, a marriage certificate with Aimochamed Kadamov, a protocol with a recommendation for admission as a member of the Communist Party.   (Info is in Russian language).


Due to volume sent in several mails.

Personal file of the Kanopkina membership in the Communist Party was not provided.

IFCD001792

Ex. 36 pg.19 of 32



IFCD001793



IFCD001794

Visų šalių proletaral, vienykltės!
Пролетарии всех стран, соединяйтесь!

Partijos kandidato, stojančio į Tarybų Sąjungos Komunistų Partijos narius,

# ANKETA — АНКЕТА

кандидата партии, вступающего в члены Компартии Советского Союза

Pirminė partinė organizacija _точно-механического цеха завода электросчётчики_
Первичная парторганизация    partinės organizacijos, kuriai pāduotas pareiškimas, pavadinimas
                              название парторганизации, куда подано _ЛССР_

rajonas, miestas _г. Вильнюс_   srities, krašto, respublikos
район, город                    обл., края, республики

1. Pavardė _Конопкина_ Vardas _Таисия_   Tėvo vardas _Варфоломеевна_
   Фамилия           Имя                  Отчество

2. Lytis _женский_ Gimimo metai ir mėnuo ▮▮▮ _945_  4. Tautybė _русская_ 5. Gimtoji kalba _русский_
   Пол            Годи месяц рождения                Национальность       Родной язык

6. Gimimo vieta _д. Скраплина Моситского района ЛССР_
   Место рождения   respublika, kraštas, sritis, apygarda, miestas, rajonas, kaimas
                    село, район, город, округ, область, край, республика

7. Tėvų užsiėmimas dabartiniu metu _отец-надзиратель тюрьмы №1 мать-домохозяйка_
   Занятие родителей в настоящее время

8. Įstojimo į kandidatus laikas _август 1962г. Лешинский райком КП Литвы г. Вильнюс_
   Время вступления в кандидаты    metai, mėnuo ir priėmusios į kandidatus partinės organizacijos pavadinimas
                                   мес., год и название организации, принявшей в кандидаты

9. Socialinė padėtis _Рабочая_           10. Buvo VLKJS nuo _1960г._ iki _1964 г._
   Социальное положение    užp-ldo RK, MK sekretorius    Пребывание в ВЛКСМ с _____ по _____
                           заполняется секретарем РК, ГК

11. Kokį mokslą baigė _среднее_          a) Kuriose mokslo įstaigose mokėsi
    Образование    pradžję, nebaigtas vidurinis, vidurinis, nebaigtas aukštasis, aukštasis    В каких учебных заведениях
                   начальное, н/среднее, среднее, н/высшее, высшее

    kur, kada ar baigė, _10ю среднюю школу г. Вильнюс ЛССР в 1962 г_
    учился, где, когда, окончил ли

    b) Kokią įsigijo specialybę pagal išsilavinimą _не получила_
       Какую получил специальность по образованию

12. Kur mokosi dabartiniu metu _в начальной школе сети политпросвещения_
    Где учится в настоящее время

13. Užsiėmimas nuo darbo veiklos pradžios:
    Род занятий с начала трудовой деятельности:

| Nuo kurio iki kurio laiko (m., mėn.) С какого по какое время (м-ц, год) | Vietovės pavadinimas (respublika, kraštas, sritis, apygarda, miestas, rajonas, kaimas) Название местности (село, район, город, округ, область, край, республика) | Užsiėmimas arba pareigos, kurioje įmonėje, įstaigoje Занятие или должность, в каком предприятии, учреждении |
|---|---|---|
| nuo—с V-1962 iki—по VI-1962 | г. Вильнюс ЛССР | Ученица завода электросчётчиков |
| nuo—с VI-1962 iki—по н/в | г. Вильнюс ЛССР | Станочница завода электросчётчиков |
| nuo—с iki—по | | |
| nuo—с iki—по | | |
| nuo—с iki—по | | |
| nuo—с iki—по | | |
| nuo—с iki—по | | |
| nuo—с iki—по | | |
| nuo—с iki—по | | |
| nuo—с iki—по | | |
| nuo—с iki—по | | |
| nuo—с iki—по | | |
| nuo—с iki—по | | |
| nuo—с iki—по | | |
| nuo—с iki—по | | |
| nuo—с iki—по | | |
| nuo—с iki—по | | |
| nuo—с iki—по | | |

IFCD001795



IFCD001796



IFCD001797



Рекомендация.

Я, Горячко Лариса Ориевна чл. КПСС с 1960 года партийный билет № 09104548 работала кладовщиком на Вильнюсском заводе электросчётчиков с января м-ца 1955 года. Знаю Кононкину Татьяну Варфоломеевну по совместной производственной и общественной работе на вильнюсском заводе электросчётчиков с июня м-ца 1962 года по настоящее время.

Тов. Кононкина Т.В. пришла работать на завод после окончания школы. Очень быстро освоила специальность станочницы, и ежедневно выполняет норму выработки на 120%, продукцию сдаёт только отличного качества. Среди нашего коллектива пользуется большим авторитетом.

Тов. Кононкина активно участвует в общественной жизни завода и цеха, в 1963 и 1964 годах она была избрана секретарём комсомольской организации цеха. В 1964 году тов. Кононкина была принята кандидатом в члены КПСС. Татьяна Варфоломеевна в быту ведёт себя достойно.

Рекомендую, тов. Кононкину Татьяну Варфоломеевну принять в члены КПСС

1 сентября 1965 года    Горячко

IFCD001798



IFCD001799



Рекомендация.

Я, Зубов Николай Васильевич член КПСС с 1953 года партийный билет №03504404, работаю мастером на Вильнюсском заводе электросчётчиков с февраля м-ца 1962 года.

Знаю Кононкину Татьяну Варфоломеевну по совместной производственной и общественной работе на Вильнюсском заводе электросчётчиков с мая м-ца 1962 года по настоящее время. Тов. Кононкина Т. В. пришла работать на завод ученицей, очень быстро освоила специальность сталеточницы. Работая сталеточницей она ежедневно выполняет норму выработки на 120°, помогает товарищам по работе словом и делом, одна из первых в цехе стала работать по бездефектной системе и сдаёт свою продукцию в ОТК только с первого предъявления.

Тов. Кононкина активно участвует в общественной жизни завода и цеха, она была избрана секретарём комсомольской организации цеха в 1963 и 1964 годах. В 1964 году тов. Кононкина была принята кандидатом в члены КПСС.

Татьяна Варфоломеевна состоит в законном браке и является хорошей женой и подругой для своего мужа. В быту скромна.

Рекомендую, тов. Кононкину Татьяну Варфоломеевну принять в члены КПСС.

1 сентября 1965 года    Зубов.

Подпись чл. КПСС с 1953г. п/б №3504404 (заверяю) Зубова Николая Васильевича заверяю: секретарь парткома з-да электросчётчиков   Иванов  15 декабря 1965г.

6.12.65г.    Кононкина

IFCD001800



Автобиография.                                    6

Я, Конопкина Татьяна Варфоломеевна
родилась в 1945 году 6 февраля в деревне
Скравмину Молейского района Л.ССР в
семье рабочего. В 1950 году переехали в
г. Вильнюс, а в 1952 году пошла в школу.
В 1954 году вступила в пионеры, а в 1960 г.
вступила в комсомол. В 1962 году окончила
школу и пошла работать на Вильнюсский
завод электросчётчиков. В 1963 и 1964 году
была секретарем комсомольской организации
цеха, а 1964 году была заместителем
секретаря комсомольской организации
завода. В 1964 году вступила кандида-
том в члены КПСС.
Отец, Конопкин Варфоломей Макарович,
работает в тюрьме N1 надзирателем.
Мать, Конопкина Александра Кирилловна,
- домохозяйка. В 1964 году я вышла
замуж за Кадамова Аймухомеда.
Муж работает на заводе счётных машин
токарем.

6.12.65г.          Конопкина

IFCD001801

Ex. 36 pg.28 of 32



ВЫПИСКА ИЗ ПРОТОКОЛА № 7

заседания парткома завода Электросчетчиков
от 7.ХП.1965г.

Присутствовали: Иванов, Парашин, Зубаков,
Тыло, Матвеев, Поляков, Блохин,
Пашкевичус, Яремчук, Засас,
Баранаускас

ПОВЕСТКА ДНЯ:

I. Прием в члены КПСС тов. КОНОПКИНУ Т.В.

СЛУШАЛИ:    Зам.секретаря партийной организации точно-
механического цеха т. Пщоловскую И.А. о приеме
в члены КПСС КОНОПКИНУ ТАТЬЯНУ ВАРФОЛОМЕЕВНУ,
I945 г. рождения, русская, образование среднее,
станочница, кандидатская карточка № 5546329.

Рекомендуют т. Конопкину Т.В. :

Пщоловская Ирена Александровна, член КПСС с
I957 г., п/б № 07384316, знает по совместной
производственной и общественной работе с I962г.
декабря м-ца, по настоящее время.

Горячко Лариса Сергеевна , член КПСС с I960г.
п/б № 09104548, знает по совместной производстве
ной и общественной работе с июня м-ца I962г.
пот настоящее время.

Зубов Николай Васильевич , член КПСС с I953г.
п/б № 03504404 , знает по совместной и произ-
водственной работе с мая м-ца I962г. по настоя-
щее время.

ПОСТАНОВИЛИ: Утвердить решение п/о точно-механического
цеха от 6.ХП.1965г. принять в члены КПСС
станочницу КОНОПКИНУ Татьяну Варфоломеевну.
Просить Ленинский РК КП Литвы утвердить данное
решение. :

Секретарь парткома ВЗЭС:    /А.ИВАНОВ/

IFCD001802

Ex. 36 pg.29 of 32



В бюро Ленинского РКд
КП Литвы г. Вильнюса
от кандидата в члены
КПСС Колопкиной
Татьяны Варфоломиевни.

Заявление.

Прошу, при выдачи партийного билета,
заменить мне фамилию. Я была
Колопкина, а сейчас Кадамова.

17 декабря 1965 года.

Колопкина

IFCD001803

9

Norašas
Копия

### Sutuoktuvių liudijimas
### Свидетельство о браке

Pilietis / Гражданин  *Кадамов Аймукамед*

Gimimo metai / Год рождения  *18.X.1941г.*  Gimimo vieta / Место рождения  *Т.ССР Ашхабадский р-он, с/с Баир*

ir pilietė / и гражданка  *Конопкина Татьяна Балтрамеевна*

Gimimo metai / Год рождения  ▮ *1945г.*  Gimimo vieta / Место рождения  *р-н Молетų дер. Скрабичну*

susituokė / вступили в брак  *31.X.1964*   *31-го октября тысяча девятьсот шестьдесят четвертого года*

Apie ką civilinės metrikacijos sutuoktuvių knygoje
О чем в книге записей актов гражданского состояния о браке

19 *64* metų / года   *октябрь* mėnesio / месяц *31* dieną / число

padarytas atitinkamas įrašas, eil. Nr. *2294*
произведена соответствующая запись за

Sutuoktuvės įregistruotos šiomis pavardėmis:
После регистрации брака присвоены фамилии:

vyrui / мужу  *Кадамов*   žmonai / жене  *Кадамова*

Registracijos vieta / Место регистрации  *Отдел ЗАГС г. Вильнюс*

Išdavimo data 19 *64* m. / г.  *октябрь* mėn. / м-ц *31* d.
Дата выдачи

1—ИНО  Nr. *292059*

A. V.
M. П.

Civilinės metrikacijos biuro vedėjas (parašas)
Заведующий Бюро записей актов гражданского
состояния (подпись)

*17 декабря 1965 г. Я, Нотариус Межене Ю.*
Звильнюсской Государственной Нотариальной Конторы
свидетельствую верность этой копии с подлинником.
При сличении копии с подлинником в последнем поправок
приписок, зачеркнутых слов и других особенностей не
оказалось.
Взыскано госпошлины 0.20 руб. По реестру № 2-18540

Нотариус

Вильнюсская тип. изд-ва стандартов. Зак. № 2334—1000

IFCD001804



IFCD001805