# JK School Records Builders Training College



## VIEŠOJI ĮSTAIGA VILNIAUS STATYBININKŲ RENGIMO CENTRAS

Laisvės pr. 53, 07191 Vilnius, tel. (8 5) 242 3581, faks. (8 5) 240 7079, el. p. direktorius@vsrc.lt, www.vsrc.lt. Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 111963657

### PAŽYMA
### APIE JURIJAUS KADAMOVO (JURIJ KADAMOV) ĮGYTO IŠSILAVINIMO PATVIRTINIMĄ

2020-07-13  Nr. D5- 26

VšĮ Vilniaus statybininkų rengimo centras, vadovaudamasis VšĮ Vilniaus statybininkų rengimo centro Viršuliškių skyriaus (anksčiau – 55-osios profesinės vidurinės mokyklos) archyvo duomenimis, patvirtina, kad Jurij Kadamov, gimęs 1966-████, 1982–1985 metais mokėsi Vilniaus 55-ojoje profesinėje vidurinėje mokykloje pagal 3 metų trukmės vidurinio ugdymo ir staliaus dailidės profesinio mokymo programą, įgijo vidurinį išsilavinimą ir staliaus (III kategorijos), dailidės (III kategorijos) kvalifikaciją.

1985-07-24 Jurijui Kadamovui išduotas diplomas Nr. Д 619407, registracijos numeris 193.

Jurijaus Kadamovo mokymosi rezultatai :

Pažymiai, įrašyti į diplomą:

| Dalykas | Valandų skaičius | Įvertinimas penkių balų sistemoje |
|---|---|---|
| Gamybinis mokymas | 2040 | 5 (penki) |
| Specialioji technologija | 268 | 3 (trys) |
| Medžiagų mokslas | 88 | 3 (trys) |
| Statybinė braižyba | 97 | 4 (keturi) |
| Ekonominių žinių pagrindai | 34 | 3 (trys) |
| Programavimo pagrindai | 34 | 3 (trys) |
| Rusų kalba | 139 | 4 (keturi) |
| Rusų literatūra | 85 | 4 (keturi) |
| Lietuvių kalba ir literatūra | 169 | 4 (keturi) |
| Algebra ir analizės pradmenys | 329 | 3 (trys) |
| Geometrija | | 3 (trys) |
| TSRS istorija | 238 | 4 (keturi) |
| Visuotinė istorija | | 3 (trys) |
| Visuomenės mokslas | 71 | 4 (keturi) |
| Fizika | 269 | 3 (trys) |
| Astronomija | 17 | 3 (trys) |
| Chemija | 194 | 3 (trys) |
| Biologija | 64 | 3 (trys) |
| Geografija | 54 | 3 (trys) |
| Užsienio kalba (anglų) | 114 | 4 (keturi) |
| Estetinis lavinimas | 40 | 3 (trys) |
| Pradinis karinis parengimas | 142 | 4 (keturi) |
| Fizinis lavinimas | 183 | 5 (penki) |

IFCD000001

Ex. 37 pg.1 of 4

| Teisės pagrindai | Nėra duomenų | 4 (keturi) |
| Tarybų Lietuva broliškų tautų šeimoje | Nėra duomenų | 4 (keturi) |
| Naujųjų laikų istorija | Nėra duomenų | 3 (trys) |
| Elgesys | | patenkinamas |

Jurijaus Kadamovo išlaikyti egzaminai penkių balų sistemoje:

| Egzaminas | Egzamino išlaikymo metai | Įvertinimas |
|---|---|---|
| Istorija | 1984 | 3 (trys) |
| Geometrija | 1984 | 3 (trys) |
| Fizika | 1984 | 3 (trys) |
| Chemija | 1984 | 3 (trys) |
| Rusų kalba | 1985 | 4 (keturi) |
| Rusų literatūra | 1985 | 4 (keturi) |
| Algebra ir analizės pradmenys | 1985 | 3 (trys) |
| Visuomenės mokslas | 1985 | 4 (keturi) |
| Specialioji technologija | 1985 | 3 (trys) |
| Staliaus (statybininko) - dailidės kvalifikacinis egzaminas | 1985 | 3 (trys) |

Gimnazijos skyriaus vedėja                                    Alma Briedienė

Alma Briedienė, tel. +37067170131, el. p. info@vsrc.lt

IFCD000002

Ex. 37 pg.2 of 4

**Translation / Lithuanian / English**

### Public Institution „Builders Training Centr Vilnius"

Laisves pr. 53, 07191, tel. (8 5) 242 3581, faks (8 5) 240 70 79, el. m. direktorius@vsrc.lt, www.vsrc.lt

Code in the Register of Legal Entities 111963657

### Confirmation statement of acquired education of Mr. Jurijus Kadamovas

### (Jurij Kadamov)

2020 – 07 – 13 Nr. D5-26

Public Institution „Builders Training Centr Vilnius" gives confirmation, which is based on the dates of the archive of Virsuliskiu Department of the Public Institution „Builders Training Centr Vilnius" (previously -  profesional secondary school Nr. 55), that Mr. Jurij Kadamov, birth date ▇▇▇/1966 participated 1982-1985 in the 3 years professional learning programm of carpenter / woodworker in the profesional secondary school Nr. 55 of Vilnius  and received secondary education and qualification of carpenter (III kategory), woodworker (III kategory).

Diploma Nr. D 619407 was awarded by the Jurijus Kadamovas on 24 / 07 / 1985, registration nr. 193.

Learning outcommes of Jurijus Kadamovas

Grades in the diploma

| Subject | Numbers of houres | Evaluation in the five grade system |
|---|---|---|
| Production training | 2040 | 5 (five) |
| Special technologie | 268 | 3 (three) |
| Materials training | 88 | 3 (three) |
| Construction drawing | 97 | 4 (four) |
| Basics of economic knowledge | 34 | 3 (fhree) |
| Programming basics | 34 | 3 (fhree) |
| Russian language | 139 | 4 (four) |
| Russian literature | 85 | 4 (four) |
| Lithuanian language and literature | 169 | 4 (four) |
| Algebra and analysis basics | 329 | 3 (fhree) |
| Geometry | | 3 (fhree) |

IFCD000003

Ex. 37 pg.3 of 4

| Subject | Hours | Evaluation |
|---|---|---|
| UdSSR History | 238 | 4 (four) |
| General history | | 3 (fhree) |
| Social science | 71 | 4 (four) |
| Physics | 269 | 3 (fhree) |
| Astronomy | 17 | 3 (fhree) |
| Chemestry | 194 | 3 (fhree) |
| Biology | 64 | 3 (fhree) |
| Geography | 54 | 3 (fhree) |
| Foreign language (English) | 114 | 4 (four) |
| Aesthetics education | 40 | 3 (fhree) |
| Elementary military training | 142 | 4 (four) |
| Physical education | 183 | 5 (five) |
| Basics of law | No data | 4 (four) |
| Soviet Lithuania in the Union of fraternal nations | No data | 4 (four) |
| Modern History | No data | 3 (fhree) |
| Behaviour | | Satisfactory |

Exams passed by Jurijus Kadamovas in a five – point system:

| Exam | Year of passing the exam | Evaluation |
|---|---|---|
| History | 1984 | 3 (three) |
| Geometry | 1984 | 3 (three) |
| Physics | 1984 | 3 (three) |
| Chemestry | 1984 | 3 (three) |
| Russian language | 1985 | 4 (four) |
| Russian literature | 1985 | 4 (four) |
| Algebra and analysis basics | 1985 | 3 (three) |
| Social science | 1985 | 4 (four) |
| Special technology | 1985 | 3 (three) |
| Carpenter / woodworker qualifying examination | 1985 | 3 (three) |

Head of the gymnasium departament        Stemp/ Signature        Alma Briediene

Alma Briediene, tel.  + 37067170131, el. m. info@vsrc.lt

IFCD000004

Ex. 37 pg.4 of 4