# JK School Records School 46

**Jurijus Kadamovas**

School Nr. 46 Certificate





IFCD000048

Ex. 38 pg.1 of 2

**Jurijus Kadamovas**

School Nr. 46 Certificate

[Image]

| | [Emblem] |
|---|---|
| | LITHUANIAN USSR MINISTRY OF EDUCATION МИНИСТЕРТВО ЛРОСВЕЩЕНКЯ ЙИТОВСЙ ССР |
| | EIGHT YEARS OF SCIENCE CERTIFICATE |
| | СВИДЕТЕЛьСТВ0 0 В0СьМИЛЕТНЕМ 0БРА30ВАНИИ |
| МТ Ґознака. 1981 | 79 |

[Image]

| Eight years of science CERTIFICATE | | |
|---|---|---|
| Note that <u>Kadamovas</u> (surname, <u>Jurijus Aimuchamedoirc</u> First name) born: .......... 19<u>66</u> year, studying <u>Vilnius city 46th high school</u> (full school name) and, being <u>satisfactory in behavior</u>, 19<u>82</u> year completed eight classes. <u>Kadamovas Jurijus</u> (name and surname) | Geography | <u>3 (handwritten)</u> |
| | Physics | <u>3 (handwritten)</u> |
| | Chemistry | <u>3 (handwritten)</u> |
| | Biology | <u>4 (good)</u> |
| | Foreign language | <u>(prana ........) x (handwritten)</u> |
| | Drawing | <u>4 (good)</u> |
| | Drawing | <u>4 (good)</u> |
| | Music | <u>5 (see well)</u> |
| | Physical education | <u>4 (good)</u> |
| | Works | <u>4 (good)</u> |

knowledge is assessed as follows:

| | | School principal | [signature] |
|---|---|---|---|
| Mother language | <u>(handwritten) 3 (handwritten)</u> | Deputy Directors | [signature] |
| Literature | <u>3 (handwritten)</u> | To the teacher | [signature] |
| Lithuanian language and literature | <u>4 (handwritten)</u> | | [signature] |
| (Russian and Polish lang. in schools) | | | [signature] |
| Russian language and literature | _____ | Certificate issued 19<u>82</u> August <u>24</u> | |
| (Lithuanian and Polish lang. in schools) | | [Seal: [illegible]] | |
| Algebra | <u>3 (handwritten)</u> | | Б N: 088750 |
| Geometry | <u>3 (handwritten)</u> | | |
| History | <u>3 (handwritten)</u> | | |
| Soviet states and legal basics | <u>3 (handwritten)</u> | | |

IFCD000049

Ex. 38 pg.2 of 2