# JK Military Records



## LIETUVOS KARIUOMENĖS
## KARO PRIEVOLĖS IR KOMPLEKTAVIMO TARNYBA

Biudžetinė įstaiga, Šv. Ignoto g. 8, LT-01144 Vilnius.
Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 188732677, PVM mokėtojo kodas LT887326716.
Tarnybos duomenys: biudžetinės įstaigos filialas, Mindaugo g. 26, LT-03215 Vilnius,
tel. 8 706 76801, el. p. LKKPKT@mil.lt, filialo kodas 304290155

Advokatui Pavelui Ravluševičiui                                    Į 2020-07-17  prašymą
Advokato Ravluševičiaus kontora
Žemaitijos g. 11-24, Vilnius

### PAŽYMA
### APIE JURIJAUS KADAMOVO KARO TARNYBOS SOVIETINĖJE ARMIJOJE TRUKMĘ

2020-07-*20*  Nr. VS-*154*

Pažymime, kad Jurijus Kadamovas, gim. 1966 m. ▮▮▮▮▮ d., karo tarnybą sovietinėje armijoje atliko nuo 1985 m. lapkričio 11 d. iki 1987 m. lapkričio 10 d.
Pagrindas: karinės įskaitos kortelė.
PRIDEDAMA. Jurijaus Kadamovo karinės įskaitos kortelės kopija, 2 lapai.

*Saugoti ir ginti tai, kas brangu, Tėvynę mylinčius kviečiu!*

Tarnybos direktoriaus įgaliotas
Vilniaus regioninio karo prievolės
ir komplektavimo skyriaus vyresn. specialistas,
vykdantis skyriaus viršininko funkcijas                                    vyr. ltn. Pranas Vedeikis

Vidutė Narauskienė, tel. (8 5) 210 3733, el. p. vidute.narauskiene@mil.lt



**Tikime laisve**
1990 KOVO 11

IFCD000005

Ex. 39 pg.1 of 6

Приложение № 2
к Инструкции о порядке
проведения переучета

| Год рождения | 1966 | | | | Степень годности *строевой* |
|---|---|---|---|---|---|

УЧЕТНАЯ КАРТОЧКА
к военному билету серия **НР** № 191736_

| № ВУС | Код ВУС | | | |
|---|---|---|---|---|
| 917 | 917271-А | | | |

*Кадамов Юрий Аймухамедович*
(фамилия, имя, отчество)

(1) Число, месяц, год и место рождения *22.10.1966 г. Вильнюс Лит. ССР*

(2) Национальность *русский*

(3) Партийность и стаж *беспартийный*

(4) Состоит ли в ВЛКСМ *не состоит*

(5) Образование *Вильн. ПТУ-55 по спец. столяр-плотник 6/1985*

(6) Основная гражданская специальность *столяр-плотник 5/6*

Место работы (адрес предприятия и должность) *Кооператив Меркис*

*Раймщинку 3*

Телефон №

Адрес места жительства *Скирпускилю 87-7*

Телефон № *44-04-78*

(7) Семейное положение и место жительства семьи *для одинокого татары Балтрушайскене ул. Скирпускилю 87-71*

(8) Призывной комиссией *Ленинском рай* при военном комиссариате *г. Вильнюс обл.* признан *строевым* призван на дейст. в/службу (зачислен в запас) *11 ноября 1985 г.*

Отметка представителя власти об изучении предназначенного

(Звание и подпись)
‹ › .............. 19   г.

| (20) Воинское звание | *сержант* |
|---|---|
| (23) Категория учета | 1 |
| (24) Группа учета | *СА* |
| (25) Состав | *сержант* |
| (27) Наименование должности в ПУС (должностная квалификация) | *Музыкант военного оркестра* |

ПРЕДНАЗНАЧЕН:

| № команды и литер по ВУС | |
|---|---|
| на должность | |
| Воинское звание по штату | |
| № маршрута | |
| Дни и часы явки | |
| Пункт явки | |
| Моборед. писание выдано | |
| № допуска | |

(15) ПРОХОЖДЕНИЕ ВОЕННОЙ СЛУЖБЫ

| Наименование воинской части, должность и тип техники | № ВУС | С какого времени | По какое время |
|---|---|---|---|
| б/ч 11282 музыкант военного оркестра | 917 | VII 1985 | VI 1987 |
| училище Дзержинского 103-15 | | | |

(12) «10» ноября 1987 г. на основании пр. МО СССР № 261 от 29.09.87г. уволен (демобилизован) в запас

(16) Заключение командования в/части об использовании в военное время (по какой ВУС, должности, особым признакам службы, на каком вооружении и технике и их код) *ВУС-917 Музыкант военного оркестра*

Заключение (рай (гор) военкома об использовании в военное время *ВУС-917 Музыкант военного оркестра*
«16» декабря 1987 г.

KOPIJA TIKRA
Vilniaus RKPKS
archyvo tvarkytoja
Vidutė Narauskienė
*Narauskienė*
2020-07-20

(stamp) VILNIAUS RKPKS — Lietuvos — prievolės ir komplektavimo tarnyba

IFCD000006

Ex. 39 pg.2 of 6

| Рост | Окружн. головы | Размер противо-газа | Размер обмундирова-ния (ростовка) | Размер обуви |
|---|---|---|---|---|
| 167 | 56 | 2 | 46/4 | 40 |

(18) Участие в боях, боевых походах, партизанских отрядах, истребительных батальонах.

(19) Военную присягу принял «15» декабря 19 85 г. в б/ч 112 82

(21) Государственные награды и награждения нагрудными знаками и ценными подарками

(22) Ранения и контузии (дата и характер ранения, контузии) — не имею

## (28) ПРОХОЖДЕНИЕ УЧЕБНЫХ СБОРОВ

| В каком году | Сколько дней | При какой воинской части или организации | По какой должности | № ВУС |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

(У) СВЕДЕНИЯ О МЕДИЦИНСКИХ ОСВИДЕТЕЛЬСТВОВАНИЯХ:

«   » ............... 19   г. комиссией при            «   » ............... 19   г. комиссией при

признан                                             признан
по гр.        ст.        Расписания болезней        по гр.        ст.        Расписания болезней
(приказ МО СССР                                     (приказ МО СССР
от ............... 19   г. №        )               от ............... 19   г. №        )
Подлежит переосвидетельствованию                    Подлежит переосвидетельствованию
«   » ............... 19   г.                        «   » ............... 19   г.

(VII) ОСОБЫЕ ОТМЕТКИ (дополнительные сведения)

Военный билет выдан «11» ноября 19 85 г. Мишкинам РВК, Вильнюс обл.

(VIII) ОТМЕТКИ О ПРИЕМЕ И СНЯТИИ (исключении) С ВОИНСКОГО УЧЕТА

Принят на учет «16» ноября 19 85 г.          Снят (исключен с учета «   » ....... 19   г.
Прибыл из Сов. Армии                         Убыл в
Извещение Ф № 11 выслано в                    Извещение Ф № 11 поступало «   » ...........
                                РВК    обл.    19   г. из            РВК        обл.
(Подпись)                                     (Подпись)
Принят на учет «   » ............. 19   г.     Снят (исключен с учета «   » ....... 19   г.
Прибыл из                                     Убыл в
Извещение Ф № 11 выслано в                     Извещение Ф № 11 поступало «   » ...........
                                РВК    обл.    19   г. из            РВК        обл.
(Подпись)                                     (Подпись)

LAD sp. 100.000, 1603-82

KOPIJA TIKRA
Vilniaus RKPKS
archyvo tvarkytoja
prievolės ir komplektavimo
Vidutė Narauskienė
VILNIAUS
RKPKS
2020-07-20
Lietuvos

IFCD000007

Ex. 39 pg.3 of 6

***THIS DOCUMENT IS CONFIDENTIAL AND PROTECTED BY THE ATTORNEY/CLIENT PRIVILEGE AND ATTORNEY WORK PRODUCT DOCTRINE***

# M E M O R A N D U M

Updated 08/27/2020

To: Kadamovas File
From: Judith Mazdra
Re: Translation of KADAMOVAS, Jurijus - LIETUVOS KARIUOMENES KARO PRIEVOLES IR KOMPLEKTAVIMO TARNYBA - 2020-07-20 (3 pages) – IFCD000005-IFCD000007
Date: July 22, 2020

**[IFCD000006]**

SV. [*Likely: Ground Forces*] September 1988
SV. [*Likely: Ground Forces*] 1988
Supplement number 2
to the instructions on the procedure
of taking inventory

[*Left side of page*]

Birth year: 1966
(26) VUS [*Military Registration Specialty*] number: ~~917~~ 250
VUS [*Military Registration Specialty*] code: 917271-A[1] [*Code signifies musician in the military orchestra]*
Kadamov Yuri Aimukhamedovich (last name, first name, patronymic)
(1) Date, month, year and place of birth: ▇▇▇▇▇ 1966 Vilnius Lithuanian Soviet Socialist Republic
(2) Nationality: Russian
(3) Party membership and standing: Not in the [*Communist*] party
(4) Membership in the Komsomol [*Communist youth organization*]: Not a member
(5) Education: Vilnius. PTU [*Vocational school*] 55 – carpentry specialization in 1985
(6) Main civilian profession: carpenter 5[*illegible*]
    Place of work (address of company and position): Cooperative Merkis, 3 [*illegible street name*]
    Telephone number: [*blank*]
    Residential address: 87-41 Virshchulischkyu Street [*87-41 Viršuliškių gatvė*]
    Telephone number: 41-04-79
    [*Handwritten note*] He lives at 103-15 Dzerzhinsky Street
(7) Family situation and place of familial residence: [*illegible*] mother – Kadamova Tatiana Baltrameevna 87-41 Virshchulischkyu Street
(8) By which recruitment commission: Leninskiy district
    Military commissariat: Vilnius region
    Recognized as a combatant
    Conscripted into service (into the reserves): November 11, 1985
    Military unit representative's mark on the study of the designated [*individual*]: [*blank*]
    (Rank in signature)

---

[1] https://pravobez.ru/articles/voenno-uchyotnaya-specialnost-vus.html

Page **1** of **3**

IFCD000008

Ex. 39 pg.4 of 6

*THIS DOCUMENT IS CONFIDENTIAL AND PROTECTED BY THE ATTORNEY/CLIENT
PRIVILEGE AND ATTORNEY WORK PRODUCT DOCTRINE*

[*Right side of page*]

November 16, 1987                 November 30, 1987                 January 30, 1989
Degree of qualification/Suitability for service: combatant
Registration card for military ID series NR number 1917364
(20) Military rank: sergeant
(23) Record category: 1
(24) Record group: SA [*Soviet Army*]
(25) Member of: sergeants
(27) Post title and VUS [*Military registration specialty*] (post qualifications): Military orchestra
musician

Destined for:
Command number and characters: [*blank*]
At VUS [*Military Registration Specialty*]: [*blank*]
From post: [*blank*]
Military rank by state: [*blank*]
Route number: [*blank*]
Days and hours of attendance: [*blank*]
Mobilization prescription issued by: [*blank*]
Admission number: [*blank*]

(15) Term of military service
Name of military unit, post, and type of equipment: Military unit 11282 military orchestra
musician
VUS [*Military registration specialty*] number: 917
From what time: November 1985
To what time: November 1987

(12) [*Juri was*] dismissed (demobilized) to the reserve on November 10, 1987 based on the order
of the USSR Ministry of Defense [*illegible*] 261 from September 29, 1987.

(16) Concluding remarks of the military unit command about use in wartime (according to which
VUS [*Military registration specialty*], post, special characteristics of service, which weapons and
equipment and their code):  VUS [*Military registration specialty*] – 917 military orchestra
musician
        Concluding remarks (region(city) of the military commissar about use in wartime: VUS
        [*Military registration specialty*] – 917 military orchestra musician

November 16, 1987 [*Illegible handwriting – might be initials*]

Page **2** of **3**

IFCD000009

*THIS DOCUMENT IS CONFIDENTIAL AND PROTECTED BY THE ATTORNEY/CLIENT PRIVILEGE AND ATTORNEY WORK PRODUCT DOCTRINE*

**[IFCD000007]**

Height: 167 [*centimeters. Converts to slightly shorter than 5 feet 5 inches*]

Head circumference: 56 [*centimeters. Around the 25th percentile for adult males in 1992[2]*]

Gas mask size: 2

Uniform size: 46/4

Shoe size: 40 [*Converts to U.S. men's size 7*]

(18) Participation in battles, military campaigns, partisan detachments, destroyer battalions: [*blank*]

(19) Took military oath on December 15, 1985 in military unit 11282

(21) State awards and the bestowal of lapel badges and valuable gifts: [*blank*]

(22) Injuries and contusions (date and nature of the injury, contusion): None

(28) Transmission of scholarly fees
      Which year: [*blank*]
      How many days: [*blank*]
      For which military unit or organization: [*blank*]
      VUS [*Military registration specialty*] number: [*blank*]

(U) Medical examination information: [*blank*]

(UP) Special notes (additional information): [*blank*]

Military ID issued: November 11, 1985 Leninskiy Military Commissariat Vilnius region

(USH) Notes on admission and removal (exclusion) from military registration
      Registered on: November 16, 1987
      Arrived from: the Soviet Army
      Notice F number 11 sent to: [*blank*]
      [*Illegible signature*] (Signature)
      Cleared (excluded from the record): [*blank*]
      Departure to: [*blank*]
      Notification F no. 11 received [*blank*]

LAD sp. 100.000. 1603-82

---

[2] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1793909/?page=2

IFCD000010

Ex. 39 pg.6 of 6