107th Mechanized Infantry Division Doc.

## 107-я мотострелковая дивизия

107-я мотострелковая дивизия — соединение Советской армии. Дислоцировалась дивизия в городах Вильнюс и Укмерге Литовской ССР.

Условное наименование — Войсковая часть № 22238 (в/ч 22238). Сокращённое наименование — 107 мсд.

107-я дивизия находилась в прямом подчинении Прибалтийского военного округа Советской армии, а после 1991 года — Северо-Западной группы войск Вооружённых сил Российской Федерации.

### История

Сформирована 18 июля 1968 года. Войсковая часть № 22238 (в/ч 22238). После распада СССР вошла в состав Северо-Западной группы войск Вооружённых сил России.

В 1993 г. переформирована в 18-ю отдельную мотострелковую бригаду в Солнечногорске Московской области.

Данное соединение не связано «родством» ни со 107-й, ни со 107-й гвардейской стрелковыми дивизиями РККА периода Великой Отечественной войны.

### Состав

- Управление дивизии (г. Вильнюс): 1 Р-145БМ, 1 Р-156БТР, 1 ПУ-12;
- 77-й гвардейский мотострелковый ордена Суворова полк (г. Вильнюс): 30 Т-72, 5 ПТ-76, 139 БТР-70, 10 БТР-60, 4 БМП-2, 2 БРМ-1К, 2 БМП-1КШ, 3 2С1, 2 ПРП-4, 1 1В19, 3 1В18, 4 Р-145БМ, 2 ПУ-12, 1 МТУ-20, 12 МТ-ЛБТ;
- 660-й мотострелковый полк (г. Укмерге): 31 Т-72, 4 БМП-2, 2 БРМ-1К, 2 БТР-60, 12 ПМ-38, 6 Р-145БМ, 2 ПУ-12, 1 МТУ-20;
- 664-й мотострелковый полк (г. Вильнюс): 31 Т-72, 4 БМП-2, 2 БРМ-1К, 3 БТР-60, 12 ПМ-38, 6 Р-145БМ, 12 ПУ-12, 1 МТУ-20;
- 106-й танковый полк (г. Вильнюс): 92 Т-72, 4 БМП-2, 2 БРМ-1К, 6 Р-145БМ, 2 ПУ-12, 3 МТУ-20, 12 МТ-ЛБТ;
- 379-й артиллерийский полк (г. Вильнюс): 2 2С3, 12 «Град», 1 ПРП-4, 1 1В19, 3 1В18, 1 Р-145БМ, 1 Р-156БТР;
- 384-й зенитный ракетный полк (г. Укмерге);
- 695-й отдельный ракетный дивизион (г. Укмерге): 1 Р-145БМ, 1 ИРМ;
- 980-й отдельный противотанковый артиллерийский дивизион (г. Вильнюс): кроме ПТ-вооружения 22 МТ-ЛБТ;
- 640-й отдельный разведывательный батальон (г. Вильнюс): 10 БМП-2, 7 БРМ-1К, 2 Р-145БМ, 1 Р-156БТР;
- 1400-й отдельный батальон связи (г. Вильнюс);
- 1298-й отдельный инженерно-сапёрный батальон (г. Вильнюс);
- 1029-й отдельный батальон материального обеспечения (г. Вильнюс);
- 304-й отдельный ремонтно-восстановительный батальон (г. Вильнюс);
- 401-й отдельный медицинский батальон (г. Укмерге);

IFCD000094

- 104-я отдельная рота химической защиты (г. Укмерге);
- ОВКР (г. Вильнюс).
- Всего: 184 Т-72, 154 БТР (136 БТР-70, 15 БТР-60); 51 БМП (36 БМП-2, 15 БРМ-1К) и 5 ПТ-76; 2 2С3, 3 2С1, 36 ПМ-38, 12 БМ-21 «Град».

IFCD000095

Ex. 40 pg.2 of 4

## The 107th Mechanized Infantry Division

The 107th Mechanized Infantry Division is a unit in the Soviet armed forces. The division was stationed in Vilnius and Ukmerge, Lithuanian Soviet Socialist Republic.

Code name: Military Unit #22238 (m/u 22238). Short Name: 107 mid.

In the Soviet armed forces, the 107th Division was under the Baltic Military District. After 1991, it is under the Northwest Group of Forces of the Armed Forces of the Russian Federation.

### History

It was formed on July 18, 1968. Military Unit No. 22238 (m/u 22238). After the breakup of the USSR, it was transferred to the Northwest Group of Forces of the Armed Forces of Russia.

In 1993, it was restructured and it became the 18th Independent Mechanized Infantry Brigade stationed in Solnechnogorsk, Moscow Province.

This unit is not related to either the 107th Infantry Division or the 107th Guards Infantry Division of the Red Army existing at the time of WWII.

### Composition

- Division Command (Vilnius): 1 R-145BM, 1 R-156BTR, 1 PU-12;
- The 77th Guards Mechanized Infantry Regiment, holder of Suvorov Medal Award (Vilnius): 30 T-72, 5 PT-76, 139 BTR-70, 10 BTR-60, 4 BMP-2, 2 BRM-1K, 2 BMP-1KSH, 3 2S1, 2 PRP-4, 1 1B19, 3 1B18, 4 R-145BM, 2 PU-12, 1 MTU-20, 12 MT-LBT;
- The 660th Mechanized Infantry Regiment (Ukmerge): 31 T-72, 4 BMP-2, 2 BRM-1K, 2 BTR-60, 12 PM-38, 6 R-145BM, 2 PU-12, 1 MTU-20;
- The 664th Mechanized Infantry Regiment (Vilnius): 31 T-72, 4 BMP-2, 2 BRM-1K, 3 BTR-60, 12 PM-38, 6 R-145BM, 12 PU-12, 1 MTU-20;
- The 106th Armored Regiment (Vilnius): 92 T-72, 4 BMP-2, 2 BRM-1K, 6 R-145BM, 2 PU-12, 3 MTU-20, 12 MT-LBT;
- The 379th Artillery Regiment (Vilnius): 2 2S3, 12 Grad, 1 PRP-4, 1 1V19, 3 1V18, 1 R-145BM, 1 R-156BTR;
- The 384th Air Defence Missile Regiment (Ukmerge);
- The 695th Independent Missile Battalion (Ukmerge): 1 R-145BM, 1 IRM;
- The 980th Independent Anti-Tank Artillery Battalion (Vilnius): 22 MT-LBT, in addition to anti-tank weapons;
- The 640th Independent Reconnaissance Battalion (Vilnius): 10 BMP-2, 7 BRM-1K, 2 R-145BM, 1 R-156BTR;
- The 1400th Independent Signals Battalion (Vilnius);
- The 1298th Independent Engineer Combat Battalion (Vilnius);
- The 1029th Independent Logistics Battalion (Vilnius);
- The 304th Independent Maintenance Battalion (Vilnius);
- The 401st Independent Medical Battalion (Ukmerge);

IFCD000096

Ex. 40 pg.3 of 4

- The 104th Independent Chemical Defense Company (Ukmerge);
- Military Counter-Intelligence Unit (Vilnius).
- Total: 184 T-72, 154 APCs (136 BTR-70, 15 BTR-60); 51 IFV (36 BMP-2, 15 BRM-1K) and 5 PT-76; 2 2S3, 3 2S1, 36 PM-38, 12 BM-21 Grad.

IFCD000097

Ex. 40 pg.4 of 4