Birth Cert. Tatiana Kanopkina

Forma patvirtinta
Lietuvos Respublikos teisingumo ministro
2016 m. gruodžio 28 d. įsakymu Nr. 1R-334

**Gimimo įrašą liudijantis išrašas**

Molėtų valsčius
(civilinės metrikacijos ar konsulinės įstaigos pavadinimas)

# GIMIMO ĮRAŠAS

1945 m. vasario 20 d.    Nr.    32
(data)

Lietuva, Molėtai
(sudarymo vieta)

Civilinės metrikacijos ar konsulinės įstaigos kodas  02222

| | | DUOMENYS APIE KŪDIKĮ | |
|---|---|---|---|
| 1. | Asmens kodas | **Nenurodytas** | |
| 2. | Vardas | **TATJIANA** | |
| 3. | Pavardė | **KANOPKINAITĖ** | |
| 4. | Lytis | MOTERIS | |
| 5. | Gimimo data | 1945 m. ███████ | |
| 6. | Gimimo vieta | Lietuva, Molėtų rajono sav., Dubingių sen., Skroblynų k. | |
| 7. | Tautybė | Nenurodyta | |
| 8. | Pilietybė | Nenurodyta | |
| | | **Duomenys apie motiną** | **Duomenys apie tėvą** |
| 9. | Asmens kodas | **Nenurodytas** | **Nenurodytas** |
| 10. | Vardas | **ALEKSANDRA** | **BALTRAMĖJUS** |
| 11. | Pavardė | **KONOPKINIENĖ-POLEKOVA** | **KONOPKINAS** |
| 12. | Gimimo data | sukako 25 m. | sukako 27 m. |
| 13. | Tautybė | RUSĖ | RUSAS |
| 14. | Pilietybė | | |
| 15. | Pastabos | Asmuo miręs | |

**Gimimo įrašą liudijantis išrašas tikras**

Vilniaus miesto civilinės metrikacijos skyriaus specialistė
(gimimo įrašą liudijantį išrašą išdavusios įstaigos pavadinimas, pareigų pavadinimas)

(parašas)

Saulė Daunytė
(vardas ir pavardė)

2021-01-27  G-21-01000-669
(data ir registracijos numeris)

IFCD000157

Ex. 41. pg.1 of 2

The form was approved
by the order No. IR-334 of the Minister of Justice of
the Republic of Lithuania on December 28, 2016

**Extract certifying Birth Certificate**

Moletai county
(name of the civil registration bureau or consular institution)

**BIRTH CERTIFICATE RECORD**

February 20, 1945,   No.  32
(date)

Lithuania, Moletai
(place where the document was written)

Civil registration bureau or consular institution code 02222

| | INFANT INFORMATION | | |
|---|---|---|---|
| 1. | Individual number | **Not indicated** | |
| 2. | Given name | **TATJIANA** | |
| 3. | Last name | **KANOPKINAITE** | |
| 4. | Sex | FEMALE | |
| 5. | Date of birth | ▮▮▮▮   1945 | |
| 6. | Place of birth | Lithuania, Moletai district municipality, Dubingiai county, Skroblynai village | |
| 7. | Nationality | Not indicated | |
| 8. | Citizenship | Not indicated | |
| | | **Information about mother** | **Information about father** |
| 9. | Individual number | **Not indicated** | **Not indicated** |
| 10. | Given name | **ALEKSANDRA** | **BALTRAMEJUS** |
| 11. | Last name | **KONOPKINIENE-POLEKOVA** | **KONOPKINAS** |
| 12. | Date of birth | is 25 years old | is 27 years old |
| 13. | Nationality | RUSSIAN | RUSSIAN |
| 14. | Citizenship | | |
| 15. | Comments | The person is dead | |

**The excerpt certifying Birth Certificate record is authentic**

Specialist of Vilnius city Civil Registration Division
(Name of  institution issuing the excerpt certifying the Birth Certificate record, title of the person)

[Signature]
(signature)

Saule Daunyte
(first and last name)

01/27/2021 G-21-01000-669
(date and registration number)

[Stamp:]
ADMINISTRATION  OF VILNIUS CITY
MUNICIPALITY
CIVIL REGISTRATION DIVISION
No. 2

IFCD000158

Ex. 41. pg.2 of 2