Marriage Cert.

Tatiana Kanopkina

&

Aimuchamed Kadamov

Forma patvirtinta
Lietuvos Respublikos teisingumo ministro
2016 m. gruodžio 28 d. įsakymu Nr. 1R-334

**Santuokos sudarymo įrašą liudijantis išrašas**

Vilniaus miesto civilinės metrikacijos skyrius
(civilinės metrikacijos ar konsulinės įstaigos pavadinimas)

# SANTUOKOS SUDARYMO ĮRAŠAS

1964 m. spalio 31 d.   Nr.   2294
(data)

Lietuva, Vilnius
(sudarymo vieta)

Civilinės metrikacijos ar konsulinės įstaigos kodas  01000

| | | JIS | JI |
|---|---|---|---|
| 1. | Asmens kodas | **Nenurodytas** | **Nenurodytas** |
| 2. | Vardas | **AIMUCHAMED** | **TATJANA** |
| 3. | Pavardė prieš santuoką | **KADAMOV** | **KANOPKINA** |
| 4. | Pavardė po santuokos | **KADAMOV** | **KADAMOVA** |
| 5. | Gimimo data | 1941- ■ | 1945 ■ |
| 6. | Gimimo vieta | Turkmėnistanas, Ašchabado r., Bagir | Lietuva, Molėtų r., Skroblynų k. |
| 7. | Pilietybė | Nenurodyta | Nenurodyta |
| 8. | Santuokos sudarymo data ir vieta | *1964-10-31, Lietuva, Vilnius* | |
| 9. | Pastabos | Santuoka pasibaigusi | |

**Santuokos sudarymo įrašą liudijantis išrašas tikras**

Vilniaus miesto civilinės metrikacijos skyriaus specialistė
(santuokos sudarymo įrašą liudijantį išrašą išdavusios įstaigos pavadinimas, pareigų pavadinimas)

_(parašas)_

Saulė Daunytė
(vardas ir pavardė)

2021-01-05  S-21-01000-40
(data ir registracijos numeris)

IFCD000155

Ex. 42 pg. 1 of 2

The form was approved
by the order No. IR-334 of the Minister of Justice of
the Republic of Lithuania on December 28, 2016

**Extract certifying Marriage Certificate**

Vilnius City Civil Registration Division
(name of the civil registration bureau or consular institution)

**MARRIAGE CERTIFICATE RECORD**

October 31, 1964,   No.  2294
(date)

Lithuania, Vilnius
(place)

Civil registration bureau or consular institution code 01000

|     |                              | **HE**                                 | **SHE**                                        |
|-----|------------------------------|----------------------------------------|------------------------------------------------|
| 1.  | Individual number            | **Not indicated**                      | **Not indicated**                              |
| 2.  | Given name                   | **AIMUCHAMED**                         | **TATJANA**                                    |
| 3.  | Last name before marriage    | **KADAMOV**                            | **KANOPKINA**                                  |
| 4.  | Last name after marriage     | **KADAMOV**                            | **KADAMOVA**                                   |
| 5.  | Date of birth                | ▮/1941                                 | ▮/1945                                         |
| 6.  | Place of birth               | Turkmenistan, Ashgabat district, Bagir | Lithuania, Moletai district, Skroblynai village |
| 7.  | Citizenship                  | Not indicated                          | Not indicated                                  |
| 8.  | Date and place of marriage   | *10/31/1964, Lithuania, Vilnius*       |                                                |
| 9.  | Comments                     | Marriage is over                       |                                                |

**The excerpt certifying Marriage Certificate is authentic**

Specialist of Vilnius city Civil Registration Division

(name of  institution issuing the excerpt certifying the Marriage Certificate, title of the person)

[Signature]
(signature)

Saule Daunyte
(name)

01/05/2021 S-21-01000-40
(date and registration number)

[Stamp:]
ADMINISTRATION  OF VILNIUS CITY
MUNICIPALITY
CIVIL REGISTRATION DIVISION
No. 2

IFCD000156

Ex. 42 pg. 2 of 2