# Divorce Cert. Tatiana Kadamova

# &

# Aimuchamed Kadamov

P. 4
(Pirmas egzempliorius)
KOPIJA

Spaudas
atrikser...
**IUS**

## IŠTUOKOS AKTO ĮRAŠAS Nr. 1527

19 76 m. spalio mėn. 28 d.

### ŽINIOS APIE IŠSITUOKIANČIUS

| | | Jis | Ji |
|---|---|---|---|
| Pavardė | iki ištuokos | Kauamovas | Kauamova |
| | po ištuokos | Kauamovas | Kauamova |
| Vardas | | Aimuchameuas | Tatjana |
| Tėvavardis | | | Baltramejevna |
| Gimimo laikas | 19 41 m. ██ mėn. ██ d. | 19 45 m. 31 ██ mėn. ██ d. | |
| Amžius | sukako 35 m. | sukako 31 | |
| Tautybė | turkmenas | rusė | |

Nuolatinė gyvena-moji vieta — respublika — rajonas (miestas) Vilnius, g-vė Kariuny Nr. 9 bt. 52 — apylinkė — kaimas

respublika — rajonas (miestas) Vilnius, g-vė Trimitų Nr. 40 bt. 2 — apylinkė — kaimas

Kur ir kuo dirba jei nedirba, nurodyti pragyvenimo šaltinį: Vilnius, "Vilnus" Jalovikai, tekinoriu pirmą

Duonos fabrikas Nr.2, kepėja-meistrė

Kelintą kartą buvo susituokę: pirmą | pirmą

Kur buvo sudaryta nutraukiamoji santuoka, santuokos akto įrašo data ir numeris: Vilnius, 1964.10.31    2294

Ištuokos įrašo pagrindas:

a) 19 Lenino mėn. d. sutuoktinių bendras pareiškimas Nr.

b) 75 07 rajono (miesto), 24 srities, krašto respublikos teismo 19 75 m. 07 mėn. 24 d. sprendimas dėl ištuokos

c) rajono (miesto), srities, krašto, respublikos teismo 19 m. mėn. d. sprendimas dėl pripažinimo nežinia kur esančiu arba neveiksniu

d) Pavardė, vardas, tėvavardis rajono (miesto), srities, krašto, respublikos teismo 19 m. mėn. d. nuosprendis dėl Pavardė, vardas, tėvavardis nuteisimo laisvės atėmimu metams

Valstybinio mokesčio suma, etkalinga mokėti, ir žyma pie įmokėjimą:
50 rub | atl. rub.
Valstybinio banko skyrius, taupomosios kasos pavadinimas | Valstybinio banko skyrius, taupomosios kasos pavadinimas
19 73 m. 06 mėn. 13 d. | 19 m. mėn. d.
kvitas Nr. 2920 Valstybinio mokesčio ženklas kap. | kvitas Nr. Valstybinio mokesčio ženklas kap.

Asmens tapatybę patvirtinantys dokumentai:
XX VII-) 655110 Lenino RMS 1974.01.23
P:XXIII-TE 733796 Lenino RMS 1970.04.23

Išsituokiančiųjų parašai (santuokinės pavardės)

Išduoti liudijimai serija I-OK Nr. 314479 | serija I-OK Nr. 314969

Pastabos: Papild. 1973.06.13

KOPIJA TIKRA

Civilinės metrikacijos (biuro) skyriaus vedėjas

Raštvedys

O.Novikova

Specialistė
Saulė Daunytė
2021-03-

IFCD000842

[Stamp:] [illegible]

F. 4
(First copy)
[Stamp: COPY]

Stamp

**DIVORCE RECORD No.** 1527
October 28, 1976

| DIVORCEE INFORMATION | | |
|---|---|---|
| | He | She |
| Last name | before divorce   Kadamovas | Kadamova |
| | after divorce   Kadamovas | Kadamova |
| Given name | Aimuchamedas | Tatjana |
| Patronymic name | - | Baltramajevna |
| Date of birth | ▉/1941  ☐ | ▉ 1945  ☐ |
| Age | is 35 years old  ☐ | is 31 years old  ☐ |
| Nationality | Turkmen  ☐ | Russian  ☐ |
| Permanent place of residence: | republic _____  ☐<br>region, (city) *Vilnius*<br>street *Kareivių 9-52*<br>district _____<br>village _____ | republic _____  ☐<br>region, (city) *Vilnius*<br>street *Trimitų 40-2*<br>district _____<br>village _____ |
| Employer and occupation, if not employed, specify the means for living | *Vilnius, Vilma Factory, welder*  ☐ | Bread factory No. 2, baker-master  ☐ |
| Marriage No. | one  ☐ | one  ☐ |
| Where was the discontinued marriage made, marriage record date and number | Vilnius, 10/31/1964 | 2294  ☐ |

Divorce record basis:
 a)   Joint spouse application No. dated ___ month, ___ day, 19___ year.
 b)   Leninas region (city), _____district, area, republic
      Court's ruling of 07/24/1975 regarding the divorce
      region (city), _____ district, area, republic
 c)   Court's ruling regarding unknown whereabouts or mental
      incapability_____
      last name, given name, patronymic name or being mentally incapable,
 d)   dated ___ month, ___ day, 19___ year region (city), district, area, republic
      Court's ruling regarding _____ last name, given name, patronymic name _____
      Sentenced to imprisonment for _____ years

| | | |
|---|---|---|
| State tax amount to be paid and verification of payment | 50 rubles<br>_____<br>savings account name<br>_____<br>of the national bank<br>06 month, 13 day, 1978 year.<br>Check No. 2920<br>State tax sign ____ cop. | paid rubles.<br>_____<br>savings account name<br>_____<br>of the national bank<br>___ month, ___ day, 19___ year.<br>Check no._____<br>State tax sign ____ cop. |
| Identity verifying documents | [HW:] *XX VII-TE 655110*<br>*Leninas region 01/23/1974* | P: XXIII-TE 733796<br>Leninas region militia division 04/23/1970 |
| Signatures of divorcees (marital last names) | [Signature] | [Signature] |
| Certificates issued, series *I-OK* No. *341479* | | Series I-OK No. 314969 |
| Comments | *Addition. 06/13/1978* | |

[Stamp: TRUE COPY]

Place for stamp
Specialist
[Signature]
*Saule Daunyte*
*03-15-2021*

[Stamp:]
Vilnius city municipality administration
Civil Record Division
No. 2

*Civil Record (bureau) division*
*head*   O. Novikova

*Clerk*

IFCD000843

Ex. 43 pg.2 of 2