# Marriage Cert.

## Tatiana Kadamova

## &

## Tadeush Aleksandrovich

Marriage Certificate _ Tadeush Aleksandrovich

1.   Page



IFCD000068

Ex. 44 pg.1 of 4

2. Page

IFCD000069

Ex. 44 pg.2 of 4

*THIS DOCUMENT IS CONFIDENTIAL AND PROTECTED BY THE ATTORNEY/CLIENT PRIVILEGE AND ATTORNEY WORK PRODUCT DOCTRINE*

# M E M O R A N D U M

To: Kadamovas File
From: Judith Mazdra
Re: Translation of  KADAMOVA, Tatiana and ALEKSANDROVICH, Tadeush – СВИДЕТЕЛЬСТВО О ЗАКЛЮЧЕНИИ БРАКА – 1980-06-12 (2 pages)
Date: October 8, 2020

**[IFCD000068]**

[*Left side of document*]

MT Goznaka [*Goznak printing house, Moscow*], 1977.

[*Right side of document*]

USSR
MARRIAGE CERTIFICATE

**[IFCD000069]**[1]

[*Left side of page*]

MARRIAGE CERTIFICATE

Citizen: (Family name) Aleksandrovich (First name, patronymic) Tadeush Evgen'evich
Born: ██████████ 1936
place of birth: Volozhin city [*located in the Minsk region of Belarus*]
And citizen: (Family name) Kadamova (First name, patronymic) Tat'iana Baltrameevna Born: ██████████
1945
Place of birth: Vilnius region
Were married: 12 June 1980. Twelfth of June one thousand nine hundred eightieth year.

[*Right side of page*]

About which [*marriage*] record number 1940 was produced in the marriage registration book on 1980 (year) June (month) 12 (date).

After marriage, the following family names were assigned:
To the husband: Aleksandrovich
To the wife: Kadamova
Place of registration (place, name and location of the registry office): Department of the registry office, Vilnius city
Date of issue: 12 June 1980.

---

[1] The printed text on the inside of this document is written in both Russian and Lithuanian. The handwritten portions of the document are all in Russian.

Page **1** of **2**

IFCD000070

Ex. 44 pg.3 of 4

*THIS DOCUMENT IS CONFIDENTIAL AND PROTECTED BY THE ATTORNEY/CLIENT
PRIVILEGE AND ATTORNEY WORK PRODUCT DOCTRINE*

Head of department (bureau)
Civil records
[*Signature*]

II-OK Number 499967

Page **2** of **2**

IFCD000071

Ex. 44 pg.4 of 4