Death Cert. Tatiana Kanopkina



LIETUVOS RESPUBLIKA

## MIRTIES LIUDIJIMAS

Pilietis (-ė) **TATJANA**
**KADAMOVA** vardas

asmens kodas **44502060808**

mirė 2001 02 04 (Du tūkstančiai pirmų metų
vasario mėnesio ketvirtą dieną)

55 metų amžiaus

Įrašas apie tai mirties metrikų knygoje įrašytas
2001 metų vasario mėnesio 5 dieną

Įrašo Nr. **547**

Mirties priežastis Mikro-makronodulinė kepenų cirozė

Mirties vieta Vilnius

Registracijos vieta Vilniaus miesto CM skyrius

Išdavimo data 2001 m. vasario mėn. 5 d.

Metrikacijos
įstaigos vedėjas

AA Nr. 060778

AB „Spindulys". 2000

IFCD000044

[Emblem]

**THE REPUBLIC OF LITHUANIA**
## DEATH CERTIFICATE

Name **TATJANA**

name

**KADAMOVA**

surname

personal code **44502060808**

died 02.04.2001 (Two thousand and one, fourth day of February)

year, month, day

55 years old

written in words and numbers

A record of this is recorded in the book of death metrics

2001 years _____ February _____ month _____ day

Record no. | **547** |

Cause of death:  Micro-macronodular cirrhosis of the liver

Place of death, Vilnius

Registration place   Vilnius City CM Department
Plant name

Date of issue ___2001___ m. _____ February _____ months _5_ d.

[Seal:]
Vilnius City Municipality
Administration Rights
Department

[Signature]

Metrics
institutions carriers

AA Nr. 060778

AB Range. 2000

IFCD000045

Ex. 45 pg.2 of 2