JK Birth Certificate

Forma patvirtinta
Lietuvos Respublikos teisingumo ministro
2016 m.  gruodžio 28 d. įsakymu Nr. 1R-334

**Gimimo įrašą liudijantis išrašas**

Vilniaus miesto civilinės metrikacijos skyrius
(civilinės metrikacijos ar konsulinės įstaigos pavadinimas)

# GIMIMO ĮRAŠAS

1966 m. lapkričio 15 d.      Nr. ___4263___
(data)

Lietuva, Vilnius
(sudarymo vieta)

Civilinės metrikacijos ar konsulinės įstaigos kodas  01000

| | DUOMENYS APIE KŪDIKĮ | |
|---|---|---|
| 1. | Asmens kodas | **Nenurodytas** |
| 2. | Vardas | **JURIJ** |
| 3. | Pavardė | **KADAMOV** |
| 4. | Lytis | VYRAS |
| 5. | Gimimo data | 1966 m. ███. |
| 6. | Gimimo vieta | Lietuva, Vilnius |
| 7. | Tautybė | Nenurodyta |
| 8. | Pilietybė | Nenurodyta |

| | | **Duomenys apie motiną** | **Duomenys apie tėvą** |
|---|---|---|---|
| 9. | Asmens kodas | **Nenurodytas** | **Nenurodytas** |
| 10. | Vardas | **TATJANA** | **AIMUCHAMED** |
| 11. | Pavardė | **KADAMOVA** | **KADAMOV** |
| 12. | Gimimo data | sukako 21 m. | sukako 25 m. |
| 13. | Tautybė | RUSĖ | TURKMĖNAS |
| 14. | Pilietybė | | |
| 15. | Pastabos | | |

**Gimimo įrašą liudijantis išrašas tikras**

Vilniaus miesto civilinės metrikacijos skyriaus specialistė
(gimimo įrašą liudijantį išrašą išdavusios įstaigos pavadinimas, pareigų pavadinimas)

_____
(parašas)

Saulė Daunytė
(vardas ir pavardė)

2021-01-05  G-21-01000-78
(data ir registracijos numeris)

IFCD000098

Ex. 46 pg.1 of 2

The form was approved
by the order No. IR-334 of the Minister of Justice of the
Republic of Lithuania on December 28, 2016

## Extract certifying Birth Certificate record

Vilnius City Civil Registration Division
(Name of the civil registration bureau/consular institution)

# RECORD OF BIRTH

███████, 1966      No. 4263
(date)

Lithuania, Vilnius
(Place where the document was written)

Code of the civil registration bureau/consular institution  01000

| | INFANT INFORMATION | | |
|---|---|---|---|
| 1. | Individual number | **Not indicated** | |
| 2. | Given name | **JURIJ** | |
| 3. | Last name | **KADAMOV** | |
| 4. | Sex | MALE | |
| 5. | Date of birth | October 22, 1966 | |
| 6. | Place of birth | Lithuania, Vilnius | |
| 7. | Nationality | Not indicated | |
| 8. | Citizenship | Not indicated | |
| | | **Information about mother** | **Information about father** |
| 9. | Individual number | **Not indicated** | **Not indicated** |
| 10. | Given name | **TATJANA** | **AIMUCHAMED** |
| 11. | Last name | **KADAMOVA** | **KADAMOV** |
| 12. | Date of birth | 21 years old | 25 years old |
| 13. | Nationality | RUSSIAN | TURKMEN |
| 14. | Citizenship | | |
| 15. | Comments | | |

**The excerpt certifying Birth Certificate record is authentic**

Specialist of Vilnius city Civil Registration Division
(Name of institution issuing the excerpt certifying the Birth Certificate record, title of the person)

[Signature]
(Signature)

Saule Daunyte
(First and last name)

01/05/2021 G-21-01000-78
(Date and registration number)

[Stamp:]
ADMINISTRATION OF VILNIUS CITY
MUNICIPALITY
CIVIL REGISTRATION DIVISION
NO. 2

IFCD000099

Ex. 46 pg.2 of 2