# Marriage Cert. Jurijus Kadamovas

# &

# Jurate Kadmoviene

Forma patvirtinta
Lietuvos Respublikos teisingumo ministro
2016 m. gruodžio 28 d. įsakymu Nr. 1R-334

**Santuokos sudarymo įrašą liudijantis išrašas**

Vilniaus miesto civilinės metrikacijos skyrius
(civilinės metrikacijos ar konsulinės įstaigos pavadinimas)

# SANTUOKOS SUDARYMO ĮRAŠAS

1988 m. liepos 2 d.    Nr.    2564
(data)

Vilnius
(sudarymo vieta)

Civilinės metrikacijos ar konsulinės įstaigos kodas  01000

| | DUOMENYS APIE SUSITUOKIANČIUOSIUS | | |
|---|---|---|---|
| | | **JIS** | **JI** |
| 1. | Asmens kodas | Nenurodytas | Nenurodytas |
| 2. | Vardas | **JURIJUS** | **JŪRATĖ** |
| 3. | Pavardė prieš santuoką | **KADAMOVAS** | **ČEPULYTĖ** |
| 4. | Pavardė po santuokos | **KADAMOVAS** | **KADAMOVIENĖ** |
| 5. | Gimimo data | 1966- ███ | 1966 ███ |
| 6. | Gimimo vieta | Lietuva, Vilnius | Lietuva, Vilnius |
| 7. | Pilietybė | Nenurodyta | Nenurodyta |
| 8. | Santuokos sudarymo data ir vieta | | |
| 9. | Pastabos | | |

Santuokos sudarymo įrašą liudijantis išrašas tikras

Vilniaus miesto civilinės metrikacijos skyriaus vedėjo pavaduotoja
(santuokos sudarymo įrašą liudijantį išrašą išdavusios įstaigos pavadinimas, pareigų pavadinimas)

(parašas)

Jolanta Kuzmienė
(vardas ir pavardė)

2018-07-27  S-18-01000-3248
(data ir registracijos numeris)

IFCD000031

Ex. 47 pg.1 of 2

Form approved
by order No. IR-334 of 28 December 2016 of the
Minister of Justice of the Republic of Lithuania

**Extract Certifying the Entry in the Marriage Records**

Civil Registry Office of the City of Vilnius
(name of the civil registry office or consular institution)

**CERTIFICATE OF MARRIAGE**

2 July 1988 No. 2564
(date)

Vilnius
(place of marriage)

Code of the civil registry office or consular institution: 01000

| | INFORMATION REGARDING THE BRIDE AND GROOM | | |
|---|---|---|---|
| | | HIM | HER |
| 1. | Personal ID | **Not specified** | **Not specified** |
| 2. | Name | **JURIJUS** | **JŪRATĖ** |
| 3. | Surname prior to marriage | **KADAMOVAS** | **ČEPULYTĖ** |
| 4. | Surname after marriage | **KADAMOVAS** | **KADAMOVIENĖ** |
| 5. | Date of birth | ▮/1966 | ▮/1966 |
| 6. | Place of birth | Vilnius, Lithuania | Vilnius, Lithuania |
| 7. | Nationality | Not specified | Not specified |
| 8. | Date and place of the conclusion of marriage | | |
| 9. | Notes | | |

**The extract certifying the records of the conclusion of marriage is genuine**

Deputy Head of the Civil Registry Office of the City of Vilnius
(name of the institution issuing the certificate certifying the marriage license, position)

[Signaure]
(signature)

Jolanta Kuzmienė
(name and surname)

07/27/2018 S-18-01000-3248
(date and registration number)

[Round seal]: CIVIL REGISTRY OFFICE OF
THE ADMINISTRATIVE LAW
DEPARTMENT OF THE MUNICIPALITY
OF THE CITY OF VILNIUS
[Emblem]
No. 2

IFCD000032

Ex. 47 pg.2 of 2