JK Komsomol characteristics

*KOMSOMOL CHARACTERISTICS*

*Of the member of the Young Communist League*

*From 1987, membership card No 89581139,*
*Ethnic Russian, born in 1966, Secondary education*
*In the Soviet Army from November 1985*
*Junior Sergeant Kadamov, Yuri Aimukhamedovich*

*Kadamov, Yuri Aimukhamedovich, member of the Young Communist League, has been registered with the primary Komsomol unit of the battery of the military unit 11282 from April 1987 to present.*
*During the period of time in the primary Komsomol unit of the battery of the military unit Kadamovas proved himself to be in full compliance with the political and disciplinary requirements. Kadamovas is a hard working soldier. During a short period of time acquired a military profession.*
*Has earned well-deserved respect among his comrades. Constantly provides assistance to his comrades. Takes active participation in the volunteering activity of the subunit and the unit. Has had multiple awards for participation in the amateur performing arts of the unit. Has very good organizational skills. Was in charge of the work of the performing arts sector.*
*Is constantly improving the level of his ideological and theoretical knowledge. Has correct understanding of the policy of the Communist Party of the Soviet Union and constantly promotes it among his comrades.*
*Can keep military and government secret. Pays his membership dues on time.*

*The letter of recommendation is issued to be submitted for enrolment in the School of Music.*

*The Komsomol Characteristics is approved by the Young Communist League meeting.*

*Minutes No 10, November 6, 1987.*

*Secretary of the Young Communist League Committee*
*Sergeant   Signature   Gerasimov.*

*November 6, 1987*

*The Komsomol Characteristics of the member of the Young Communist League from 1987, membership card No 89581139, Junior Sergeant Yu. A. Kadamov and its resolutions are approved.*
*Seal of the Young Communist League of the military unit*

*Deputy Chief of the political department of the military unit 11282*
*Komsomol Leader*

TF69- 10- 000107

Ex. 48 pg.1 of 2

Комсомольская характеристика

на члена ВЛКСМ с 1987 года
комсомольский билет № 89584139
русского, 1966 года рождения
образование среднее, в Советской Армии с ноября 1985 года
младшего сержанта Кадалова
Юрия Абмухамедовича

Член ВЛКСМ Кадалов Ю.А. состоит на учёте в первичной комсомольской организации батареи управления в/ч 11282 с апреля 1987 года по настоящее время. За время работы в первичной комсомольской организации батареи управления в/ч 11282 зарекомендовал себя с положительной стороны, как исполнительный, дисциплинированный военнослужащий Трудолюбив. За короткий срок освоил воинскую специальность.
В коллективе пользуется заслуженным авторитетом, постоянно оказывает помощь товарищам по службе, принимает активное участие в общественной жизни подразделения и части. За участие в художественной самодеятельности части был неоднократно поощрён. Обладает организаторскими навыками работы. В подразделении выполнял обязанности ответственного за культурно-массовый сектор.
Постоянно работает над повышением своего идейно-теоретического уровня. Политику партии понимает правильно и пропагандирует её среди сослуживцев.
Военную и государственную тайну хранить умеет. Членские взносы уплачивает своевременно.

Комсомольская характеристика выдаётся для поступления в музыкальное училище.

Комсомольская характеристика утверждена на комсомольском собрании, протокол № 10 от 6.11.87 года.

Секретарь комитета ВЛКСМ батареи управления
с-т       Герасимов

6.11.87 года.

С комсомольской характеристикой на члена ВЛКСМ с 1987 года, комсомольский билет № 89581139 младшего сержанта Кадалова Ю.А. и выводами по ней согласен.

помощник начальника политотдела в/ч 11282 по комсомольской работе

TF28-11-000004

Ex. 48 pg.2 of 2