JK no Lithuania Criminal History Letter



## INFORMATIKOS IR RYŠIŲ DEPARTAMENTAS
## PRIE LIETUVOS RESPUBLIKOS VIDAUS REIKALŲ MINISTERIJOS

Biudžetinė įstaiga, Šventaragio g. 2, LT-01510 Vilnius, tel. (8 5) 271 7177,
faks. (8 5) 271 8921, el. p. ird@vrm.lt
Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 188774822

Jurijui Kadamovui

## ĮTARIAMŲJŲ, KALTINAMŲJŲ IR NUTEISTŲJŲ REGISTRO IŠRAŠAS
## APIE FIZINĮ ASMENĮ

2020 m. rugpjūčio 17 d. Nr. 14R-22551

Įtariamųjų, kaltinamųjų ir nuteistųjų registro 2020-08-17 duomenimis Jurijui Kadamovui, gim. 1966 m. ███████ nepradėtas ikiteisminis tyrimas ir jis neteistas.

Teistumo informacijos tvarkymo skyriaus
patarėja

Rima Žvinienė

IFCD000147

[National emblem of Lithuania]

**THE INFORMATION TECHNOLOGY AND COMMUNICATIONS DEPARTMENT UNDER THE MINISTRY OF INTERIOR OF THE REPUBLIC OF LITHUANIA**

Budgetary enterprise, Šventaragio g. 2, LT-01510 Vilnius, phone No. (8 5) 271 7177,
Fax (8 5) 271 8921 e-mail ird@vrm.lt
Data is collected and stored at the Register of Legal Entities, code 188774822

To Jurijus Kadamovas

**EXTRACT FROM REGISTER OF SUSPECTED, ACCUSED, AND CONVICTED PERSONS ABOUT A NATURAL PERSON**

August 17, 2020, No.14R-22551

Based on information in the Register of Suspected, Accused, and Convicted Persons, there was no pre-trial investigation initiated on 08/17/2020 on Jurijus Kadamovas, DOB ████████, 1966, and he has not been convicted.

Criminal Record Information                [Signature]                Rima Žvinienė
Management Department Advisor

IFCD000148

Ex. 49 pg.2 of 2