# Land Management in Lithuania 1939-1942

Žemės tvarkymo projektui įsiteisėjus pažymėt *am* savinink *ui*
privalomos šios priedermės:

a) visi projekto plane nurodyti keliai, gatvės ir aikštės yra skirtos viešai naudotis;

b) gatves ir kelius, kurie eina per visą žemės tvarkomąjį vienetą, iaiko ir taiso visi žemės savininkai, gatves ir kelius, reikalingus keliems žemės savininkams, taiso tie savinin-kai, o kelius, reikalingus vienam žemės savininkui,—šitas savininkas. Vieškelių ir sodkelių tai-symas tvarkomas pagal Vidaus Reikalų Ministerijos išleistas taisykles;

c) nuo 19 *39* m. rugsėjo mėn. *10* d. kiekvienas žemės savininkas savo prieš skirstymą valdytus rėžius turi užleisti valdyti tiems savininkams, į kurių sklypus tie rėžiai teko, o pats pradeda valdyti tik tą žemę, kuri šiuo projektu yra jam nurodyta;

d) vienasėdžiuose likę svetimi trobesiai turi būti tų trobesių savininkų nusikelti iki 19 *42* m. *birželio* mėn. *24* d. Per tą laiką turi būti sumokėtas ir atlygínimas už trobesių nusikėlimą. Nenukeltus trobesius, šitam laikui išėjus, žemės savininkas gali nugriauti, gavęs tam žemės tvarkymo komisijos vykdomąjį raštą. Ligi išeina nustatytas trobesiams nusi-kelti laikas, jų savininkas gali naudotis trobesiais ir būtinai reikalingu prie jų žemės plotu ir privažiavimu, bet jis už tai turi leisti žemės savininkui naudotis atitinkamu žemės plotu su privažiavimu savo vienasėdyje. Dėl šio kylančius ginčus sprendžia žemės tvarkymo įstaigos;

e) vienasėdžiuose likę medžiai, krūmai, tvoros, akmens ir kiti daiktai turi būti jų savi-ninkų atsiimti iki 19 *40* m. *birželio* mėn. *24* d. Neatsiimti medžiai ir kiti daiktai, šitam laikui išėjus, lieka žemės savininkui be atlyginimo;

Kopija tikra
Rašytinių dokumentų skyriaus patarėja
Elžbeta Simelevičienė
2011-06-23

*Inž.*
*Žemės Tvarkymo Departamento*
*Direktorius*

*Inž.*
*Referentas*

Lietuvos centrinis valstybės archyvas
1252 2 B 1812

**IFCD000858**

Ex. 50 pg.1 of 2

**Once the land management project has entered into force, the marked landowner the following obligations shall apply:**

a) All roads, streets and squares shown on the project plan are for public use;

b) Streets and roads which run through the whole of the land management unit shall be maintained and repaired by all the owners of the land, streets and roads required by several owners of the land shall be repaired by those owners, and streets and roads required by a single owner shall be repaired by the owner of the land. The management of roads and gardens shall be in accordance with the rules issued by the Ministry of the Interior;

c) As from *10* September 19*39*, each landowner shall put the land which he owned before the subdivision under the control of the owners on whose parcels the land was located, and he shall take possession of the land which he has been given in this project;

d) Any alien huts remaining in the homesteads must be moved out by the owners of those huts by Circle. *24 June* 19*42*. The payment of the remuneration for the removal of the huts shall also be made within that period. Any huts not moved after that time may be demolished by the landowner on receipt of an order to that effect from the Land Management Commission. Until the time allowed for the removal of the huts has elapsed, the owner of the huts may use the huts and the necessary land and access to them, but in return he must allow the landowner to use the relevant land and access within his homeland. Disputes arising from this shall be settled by the land management authorities;

e) Trees, shrubs, fences, stone and other objects remaining in the homesteads shall be taken back by their owners before *24 June* 19*40*. Trees and other objects not taken back by this time shall remain with the landowner without compensation;

--------------------------------------------------------------------------------------------------------------------

[Stamp:]
A real copy
Written Documents Unit
Adviser
[Signature]
**Elžbeta Simelevičienė**
*2021-06-23*

[Seal:]
CENTRAL STATE ARCHIVES OF
LITHUANIA

*Eng.*
*Department of Land Management*
*Director*

*Eng.*
*Referrals*

[Stamp:]
Lithuanian Central State Archives
P *1250*  Ap.  *2* B *1882*

IFCD000859

Ex. 50 pg.2 of 2