# Ownership of Land in Palekovas Family



### Gretimosios žemės

Nuo A ligi B *1938 m. išsk. vsd. Sadeimių k. skl. Nr. Nr. 2 ir 1.*
„ B „ C *Čembariškių k. Maletų v. ūkininkų žemė.*
„ C „ D *Skvoblinių k. skl. 3 Nr. sav. Karaliunienės Stefanijos.*
„ D „ E *„    „  „  7  „  „   Slavinskienes Stefanijos.*
„ E „ F *„    „  „  6  „  „   Vasčiunienės Malvinos.*
„ F „ A *„    „  „  5  „  „   Verikų: Jono ir Petro.*

MASTELIS 1:5000

Ištrauką darė *Mat. Schütz*

Ištrauką tikrino *A. Krechovekas*

**Kopija tikra** *fM*

Lietuvos centrinis valstybes archyvas
1250 Ap. 2 B. 1882

**Adjacent lands**

From A to B _1938 from Sadeimiai K. skl. vz. vz 2 and 1 ._

"    B    "    C _Čembariškės village land of Valetu v. farmers._

"    C    "    D _Skroblinių k. skl. 3 vz. sau. Karaliuniene Stefania._

"    D    "    E    " _            "    7 "    "    Slavinskienė Stefania._

"    E    "    F    " _            "    6 "    "    Vasciūnienės Valvinos._

"    F    "    A    " _            "    5 "    "    Verikų  :  [illegible]  and Peter._

MASTEL 1:5000

Excerpted by _[illegible]_

[Image]

Excerpt verified by _[illegible]_

[Stamp:]
Lithuanian Central State Archives
P _1250_  Ap. _2_  B _1882_

[Stamp: A real copy]

IFCD000857

Ex. 51 pg.2 of 2