# Passport Data for Marfa Palekovene



## LIETUVOS CENTRINIS VALSTYBĖS ARCHYVAS

Biudžetinė įstaiga, O. Milašiaus g. 21, LT-10102  Vilnius, tel. (8 5) 247 7830, faks. (8 5) 276 5318, el. p: lcva@archyvai.lt
Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 19076418

Alina Khuda

### PAŽYMA
### APIE M. DEREŠKEVIČIŪTĖS POLIAKOVIENĖS PILIETYBĘ IR
### GYVENIMĄ LIETUVOJE

2021-06-23        Nr. R4-2341

Utenos apskrities viršininko archyviniame fonde, duotųjų pasų žinių lapų byloje, Malėtų (taip dokumente) valsčiaus 1930 m. duotųjų pasų žinių lape eil. Nr. 193 įrašyta Skrablino (taip dokumente) kaimo gyventoja Marfa Poliakovienė Dereškevičiutė (pavardė – taip dokumente), kuriai 1930-02-25 išduotas vidaus pasas; paso blanko Nr. 911493; į pasą įrašyti 3 (trys) neįvardinti asmenys.

PAGRINDAS. F. 1021, ap. 1, b. 550, l. 91.

PASTABA. Daugiau žinių Marfos Dereškevičiutės (Derescevičiute) Poliakovienės (Polekova) gyvenimą Utenos apskrityje, daugiau dokumentų, patvirtinančių jos turėtą Lietuvos Respublikos pilietybę, jos vidaus arba užsienio pasų, pasų registracijos kortelių bei dokumentų, patvirtinančių Lietuvos Respublikos pilietybės netekimo (nustojimo) iki 1940-06-15 faktą, archyve saugomuose fonduose nerasta.

Lietuvos gyventojų surašymo iki 1940 m. dokumentai į archyvą saugojimui neperduoti.

Atkreipiame dėmesį, kad duomenų gavėjas privalo naudoti gautus asmens duomenis Bendrojo duomenų apsaugos reglamento (ES) 2016/679 ir Lietuvos Respublikos asmens duomenų teisinės apsaugos įstatymo nustatyta tvarka.

Direktorius                                                      Dalius Žižys

Rašytinių dokumentų skyriaus
patarėja                                                          Elžbeta Šimelevičienė

IFCD000852

Ex. 52 pg.1 of 2

[Emblem]

## LITHUANIAN CENTRAL STATE ARCHIVES

Budgetary body, O. Milašiaus g. 21, LT-10102 Vilnius, tel. (8 5) 247 7830, fax (8 5) 276 5318, email: leva@archyvai.lt
Data collected and stored in the Register of Legal Entities. code 19076418

Alina Khuda

### PAGE
### ON THE NATIONALITY OF M. DEREŠKEVIČIŪTĖ POLIAKOVIENĖ AND LIFE IN LITHUANIA

2021-06-*23*          No R4-*2341*

In the archival foundation of the Utena County Chief, in the file of the knowledge sheets of the given passports, in the knowledge sheet of the state of Maltai (yes) in 1930. No 193 includes Marfa Poliakovienė Dereškevičius, a resident of the village of Skrablino (also in the document), who was issued with an internal passport on 02-25-1930; passport form No 911493; 3 (three) unnamed persons entered in the passport.

BACKGROUND. F. 1021, ap. 1, b. 550, l. 91.

NOTE: No further information about the life of Marfa Dereskeviciute Poliakoviene (Polekova) in Utena county, no further documents confirming her citizenship of the Republic of Lithuania, no further documents confirming the fact of her loss (termination) of citizenship of the Republic of Lithuania prior to June 15, 1940, or any other documents, passports or passport registration cards, could be found in the archive's holdings.

The documents of the Lithuanian census before 1940 have not been transferred to the archive for preservation.

Please note that the recipient is obliged to use the personal data received in accordance with the procedures set out in the General Data Protection Regulation (EU) 2016/679 and the Law on Legal Protection of Personal Data of the Republic of Lithuania.

Director                              [Signature]          Dalius Žižys

[Seal:]
CENTRAL STATE ARCHIVES
OF LITHUANIA

Written Documents Unit
Adviser                              [Signature]          Elžbeta Šimelevičienė

IFCD000853

Ex. 52 pg.2 of 2