Palekovas German Census 1

**VOR DEM AUSFUELLEN DIE ERLAEUTERUNGEN LESEN!**

| Lfd. Nr. — Eil. Nr. | Name und Vorname (die Mitglieder jeder Haushaltung werden in folgender Reihe eingetragen: Haushaltungsvorstand, seine Ehefrau, Kinder, Anverwandten, Söldlinge, Zimmermieter u. a.) Pavardé ir vardas (kiekvienos šeimynos gyventojai rašomi tokia eile: šeimynos galva, jo žmona, vaikai, giminés, samdiniai, kambariu nuomotojai ir kiti) | Stellung zum Haushaltungs vorstand (Haushaltungsvorstand, Ehefrau, Sohn, Söldling, u. a.) Santykis su šeimynos galva (šeimynos galva, žmona sūnus, samd. ir t. t.) | Geschlecht Lytis mān. vyr. | weib. mot. | Geburtsdatum (Tag, Monat, Jahr) Gimimo data (metai, ménuo, diena) | Geburtsort (Amtsbezirk oder Stadt sowie Kreis anzugeben; falls im Auslande geboren, so ist Staat bzw. Land anzugeben) Gimimo vieta (nurodyti valsčiu ar miesta ir apskriti; jei gimęs užsienyje — valstybę, kraštą) | Falls nicht innerhalb der Grenzen des Generalbezirks Litauen geboren, so ist anzugeben wovon und wann zugezogen. Jei gimęs ne Lietuvos generalinés srities ribose, tai iš kur atvyko ir kada | Familienstand (ledig, verheiratet, verwitwet). Šeiminé padétis (nevedes, netekéjusi, vedes, ištekéjusi, našlys-lè, persiskyręsusi). | Konfession (formelle Zugehörigkeit. Falls keiner Religionsgemeinschaft zugehörig, so ist "Gottgläubig" bzw. "konfessionalos" anzugeb..) Tikyba (formaliné priklausomybé, jei nepriklauso jokiai tikybinei be. "ruomenei, rašo "Dieva tikis" arba "be tikybos") | Volkszugehörigkeit Tautybé | Sprache Kalba |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

**I. Sämtliche Wohnbevölkerung der Wohnung-Haushaltung — Visi nuolatiniai buto-ūkio gyventojai.**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Palekovas Karolis | šeimos galva | 1 | – | 1871·II·13 | Malitai. Utena | | vedes | senikis | Rusios | rusu |
| 2. | Palekoviene Marta | žmona | – | 1 | 1882·VI·25 | Malitai. Utena | | ištekéjusi | senikci | Rusios | rusu |
| 3. | Palekovas Stanaslas | šeimos galva | 1 | – | 1908·VII·10 | Malitai. Utena | | vedes | senikis | Rusios | rusu |
| 4. | Palekoviene Marija | žmona | – | 1 | 1908·X·20 | Jonava. Kaunas | | ištekéjusi | senikci | Rusios | rusu |
| 5. | Palekovas Pimalijus | sūnus | 1 | – | 1936·V·2 | Malitai. Utena | – | nevedes | senikis | Rusios | rusu |
| 6. | Palekovaité Fausina | dukté | – | 1 | 1937·I·8 | Malitai. Utena | – | netekéjusi | senikci | Rusios | rusu |
| 7. | Palekovaité Stefanija | dukté | – | 1 | 1939·XI·19 | Kauno miestas. | – | netekéjusi | senikci | Rusios | rusu |

**II. Sämtliche zur Zeit der Zählung vorübergehend Anwesende (nicht ständig wohnhafte) Personen (z. B. zum Besuch, auf Urlaub, auf Geschäftsreise) —**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Kanapkinas Baltormiejus | šeim. galva | 1 | – | 1917·VII·14 | Sirvintai. Ukmergé | – | vedes | senikis | Rusios | rusu |
| 2. | Kanapkiniene Aleksandra | žmona | – | 1 | 1921·III·15 | Malitai. Utena | – | ištekéjusi | senikci | Rusios | rusu |

**III. Zusatzfrage für Kinderhabende Frauen — Motinoms papildomai nurodyti:**

| Name und Vornahme Pavardé ir vardas | Wann wurde die erste Ehe geschlossen (ledige mit "ledig" angeben) Kada pirmą karta susituoké (netekéjusios rašo "netekéjusi") | Gesamtzahl der geborenen Kinder (mit Totgeborenen) Bendras gimusiu vaiku skalčius (su negyv. gimusiais) | Zahl der noch lebenden Kinder Kiek vaiku dabar gyvena |
|---|---|---|---|
| Palekoviene Marta (Dereškeviciūté) | 1905 – II – 15. | 9 | 8 (trys) |
| Palekoviene Marija (Kanapinskaité) | 1931 – 5 – 3 | 3 | 3 |

IFCD002954

Ex. 53 pg.1 of 1