Document listing family of Makar Kanopkin

Lietuvos centrinis valstybės archyvas
F. 504  Ap. 1  B. 155  84ap.

| 8. | Tikyba . . . . . . . | Sentikis. |
|---|---|---|
| | Tautybė . . . . . . | Rūsas. |
| | Vedęs, našlys nevedęs ar gyvi tėvai . . . | nevedęs |
| | kiek turi brolių, seserų ir jų amžius, ir | Tėvas — Makaras — 58 m. |
| | jeigu turi vaikus — vardai vaikų, žmonos | motina |
| | ir jų amžius, kokį turi turtą kas tą turtą | brolis — Jonas — 23 |
| | valdo: pats ar artimiausis giminė. | " — Nikolas — 19 |
| | | " — Klemas — 15 |
| | . | sesuo — Ona — 8 |
| | | " |
| | | " |
| | | Turi apie Oha. žemės valdo t. vas. |
| 9. | Mokslo cenzas . . . . . . | rašyti nemoka |
| | Kokį amatą moka ir kuo užsiiminėjo prieš | |
| | pastojant karo tarnybon . . . | Dailydė. |
| 10. | Ar turi teisę sutrumpintos tarnybos, kokią | |
| | mokyklą baigęs, kas ir kada išdavė liūdy- | |
| | mą, liūdymo Nr. | |

Komisijos Pirmininkas _____ Sekretorius _____

Tarnybon atvyko _lapkričio_ mėn. _3_ d. ir pridalinamas algai nuo _lapkričio_ mėn. _3_ d. 19_30_ met. maitinimui nuo _lapkričio_ mėn. _3_ d. 19_30_ met.

Remiantis Naujokų Šaukimo Instrukcijų § _____ išduota _____

Nuskirtas _____ pulkan.

Pulkininkas Leitenantas
Apskrities Komendantas
Kapitonas
Raštvedys

Tarnauja _____ pulkė.

Raštynių dokumentų
skyriaus vedėja
Loreta Ciulkinienė
20._____
Pulko Vadas
pulko Vadas
Kapitonas
Adjutantas

[Stamp:]
Lithuanian Central State Archive
F [HW:] 504   Ap. [HW:] 1   B. [HW:] 135
L. [HW:]  84 ap

| | | | |
|---|---|---|---|
| 8. | Religion………………………………………………………. | Orthodox. | |
| | Nationality………………………………………………………… | Russian | |
| | Married, widowed, single or parents alive, | Not married | |
| | how many brothers and sisters does he have and their ages; if he | Father   Makar                          58 | |
| | | mother   --- | |
| | has children, their names; wife's and his age, what property do they | brother   Jonas                          25 | |
| | | "   Nikolas                          19 | |
| | have, who manages that property: himself or closest relative. | "   Klemas                          15 | |
| | | " | |
| | | sister   Ona                          8 | |
| | | " | |
| | | " | |
| | | He has about 6 hectares of land and it is managed by the father | |
| 9. | Training censorship | Does not know how to          write | |
| | What trade does he know and what did he do before | A carpenter. | |
| | enlisting for the military service | | |
| 10. | Is he entitled to a shortened service, what school did he graduate from, who | | |
| | and when issued the certificate, certificate No. | | |

**Head of the Committee**  [Signature]                    **Secretary** [Signature]

Reported to the service  on [HW:] November… 3 d. and shall be added to the payroll from [HW:] November 3…1930 and added to receive meals feeding from [HW:] November 3…1930 .

Based on the Paragraph for the Recruitment Instructions of the New Soldiers                          issued

Appointed to   [HW:] I-st Infantry                          Regiment.

[Stamp:] [illegible]                    [Stamp :] Lieutenant Colonel [Signature]

[Stamp:] LITHUANIAN CENTRAL STATE ARCHIVE                    [Stamp :] District **Commander** [Signature]

[Stamp :] Captain [Signature]

**Clerk** [Signature]

Serving [HW: at the I-st Infantry Regiment of the Grand Duke of Lithuania Gediminas

[Stamp: illegible]
[Stamp: Lithuanian Central State Archive]

| [Stamp: I-st Infantry Regiment of the Grand Duke of Lithuania Gediminas] | [illegible] Head of Written Document Department [Signature] Loreta Čiuikinienė [HW :] 07 28 2021 | [Signature] [Stamp:] **Regiment Commander** [Stamp:] *Regiment Commander*  [Signature] [Stamp:] Captain [Stamp:] Sergent [Signature] [Stamp:] Sergent **Adjutant** |
|---|---|---|

Ex. 54 pg.2 of 2