# Land Classification of Grigoriy Kanopkin



Ex. 55 pg.1 of 2

IFCD000890

[HW:] [illegible] 186

To the Principal Land Classification Committee

Received

2/8/1939

No. 45

[Stamp:] Mark [Emblem: THE REPUBLIC OF LITHUANIA 1937] Litas sign

[Stamp:] Mark [Emblem: THE REPUBLIC OF LITHUNIA 1938] Litas sign

Citizen Grigorijus Kanopkinas's,

residing at Šateikiškiai town

Širvintai county, Ukmergė

District

To the Notification No. 186 [illegible]

Appeal

[1]938… Ukmergė District Land Classification Committee classified my land parcel K 51, total area of 6.08 hectares, and assigned a grade that was too high. Namely, I-st grade 2.70, II-nd grade 2.73 and III-d grade 0.50 hectares. As our village and area do not have I-st grade land in general, I can have only sections of II-nd grade land, there are no land parcels much better than my land and it is not [illegible word]. Therefore I knidly ask the Land Classification Committee to re-classify my land.

Appealer respectfully. I signed for the illiterate person Grigorijus Kanopkinas under his personal request.

[illegible] [Signature]

Approved instead I-st grade on the farm [illegible text] [illegible text] II-nd grade.

[Stamp:] Lithuanian Central State Archive          [Stamp: True copy]      [Signature]
F. [HW:] 1251 Ap. [HW:] 1 B. [HW:] 5061 L. _____

Ex. 55 pg.2 of 2

IFCD000891