# Palekovas German Census 2

Originalas nebus siunčiamas



## VILNIAUS REGIONINIO VALSTYBĖS ARCHYVO
## UTENOS FILIALAS

Biudžetinė įstaiga, O. Milašiaus g. 23, LT-10102, Vilnius.
Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 193171427.
Filialo duomenys: biudžetinės įstaigos filialas, J. Basanavičiaus g. 114, LT-28214, Utena,
tel./faks. (8 389) 61 896, el. p. utena@archyvai.lt, filialo kodas 304440391.

Alina Khuda
3 Barry Avenue
Finglas West Dublin 11
Airija
El. p. khudalina@gmail.com

2021-02-*01*    Nr. SP-*197*
Į 2021-01-29  prašymą

### APIE KIRILO PALIAKOVO (PALEKOVO) ŠEIMOS SUDĖTĮ

Siunčiame 1955–1957 metų asmeninės sąskaitos Nr.683 (žr. kopiją Nr.1), 1958–1960 metų asmeninės sąskaitos Nr.484 (žr. kopiją Nr.2) bei 1961–1963 metų asmeninės sąskaitos Nr.641 (žr. kopiją Nr.3) įrašų (lapų) apie šeimos galvos **Paliakovo (Palekovo) Kirilo** šeimos sudėtį filialo patvirtintas kopijas (pridedamos) iš Molėtų rajono Inturkės apylinkės Liaudies (iki 1977-10-07 – Darbo žmonių) deputatų tarybos vykdomojo komiteto dokumentų fonde saugomų Skreblinių (Skroblynų) kaimo 1955–1957, 1958–1960 ir 1961–1963 metų ūkinių knygų (Šaltinis. F. 238, ap. 2, b. 29, l. 1; b. 50, l. 3; b. 73, l. 2).

Informuojame, kad Molėtų rajono Inturkės apylinkės Skreblinių (Skroblynų) kaimo 1964–1966 metų ūkinėje knygoje žinių (įrašų) apie Paliakovų (Palekovų) ūkį nerasta.

Filialo vedėjas                    Gediminas Šeštokas

Sigita Sadaunikienė, tel. (8 389) 61 897, sigita.sadaunikiene@archyvai.lt

IFCD002955

Ex. 56 pg.1 of 4





IFCD002957

Ex. 56 pg.3 of 4



IFCD002958

Ex. 56 pg.4 of 4