# Document of Laginas Kanopkin & Family
# Trip to Brazil through Germany

Išeivybės Biūras

# „Hamburg-Südamerikanische Dampfschifffahrts-Ge

## Kaunas, Laisvės Alėja 22

## Kelionės sutartis

№ 01

Siuo yra susitarta, šiame kontrakte minėtus keleivius nugabenti nuo _Kau_
iki _Hamburg_ d kl. geležinkeliu, o paskui laivu „_Cah No_
iš _Hamburg_ 193 6 m. _liepos_ mėn. _7_ d. iki

III kl. ir toliau geležinkeliu _____ kl. iki _____ prisilaikant antroje pusėje emigracijos įst

Sutartis įgyja galios nuo 193 6 m. _liepos_ mėn. _3_ d.

| Pavardė ir vardas | Amžius | | Gauta nuo emigranto | |
|---|---|---|---|---|
| _Kanopkinas Loznas_ | 44 | | Europos geležinkelis . . . . . . . . . | |
| _Stefanida_ | 40 | | Jūrų kelionė . . . . . . . . . . . | |
| _Tatjiana_ | 16 | | Amerikos ir Kanados geležinkelis . . . | |
| _Jonas_ | 13 | | Amerikos pagalvinis mokestis | |
| _Josilius_ | 12 | | | |
| | | | | V |
| | | | | Gau |
| | | | Lieka primo | |

Antrašas Lietuvoje _Naujaezem_ kaimas
_Kasim_ valsč. _Tauy_ apskr.
Antrašas imigracijos krašte _Santis_

Kurio pilnamečio emigranto priežiūroje važiuoja _____

Pas ką keliauja _____
Apsiimu prižiūrėti (parašas) _J. Konopkur_

Gauta (žodžiais) _on ties tin_
_sintis penriodesum_

Žyminiu mokesčiu apmokėta Lt _26.-_

Emigranto parašas

IFCD000892

**Emigration Office**

**"Hamburg - Südamerikanische Dampfschifffahrts –** [cut off]

**Kaunas, Laisvės Alėja 22**

[Image]                    **Travel Contract**                    N° 01 [cut off]

It is hereby agreed to transport the passengers referred to in this contract from [HW:] Kaunas [?] [cut off]

to [HW:] Hamburg  by rail and then by boat [HW:] Cap No [cut off]

from [HW:] Hamburg   [HW:] July 7, 193[HW:] 6   month. [illegible] to [cut off]

[HW:]  III class and then by rail [HW:]  - class to [HW:]  -.  By [illegible] in accordance with the

emigration law [cut off].

The Contract shall enter into force on [HW:]  July 3, 193[HW:] 6.

| Last and first name | Age |
|---|---|
| [HW:]  Kanopkinas [illegible] | [HW:] 44 |
| [illegible] | [HW:] 40 |
| [HW:] Tatjana | [HW:] 16 |
| [HW:]  Jonas | [HW:] 13 |
| [HW:]  Vasylius | [HW:] 12 |
|  |  |
|  |  |
|  |  |

| Received from the emigrant |
|---|
| European railway |
| A sea voyage |
| American and Canadian railway |
| American pillow tax |
| V[cut off] |
| Received [?] [cut off] |
| Remaining payment [cut off] |
| Received (in words) [HW:] Two thousand [cut off] |
| [HW:] hundred and fifty |
| Stamp duty paid.  Lt. 26.- |

Caption in Lithuania [HW:] Naujaežerių village [HW:] Žąslių county, [HW:] Trakai district [illegible].

Caption in the country of immigration [illegible].

Under which adult supervision he/she is going _____

Who he/she is traveling to

_____

I undertake to look after (signature)

[Signature]
Emigrant's signature

[Stamp: Hamburg
[illegible]]

[Signature]
Emigration law [cut off]

Ex. 57 pg.2 of 2

IFCD000893