# Document about Palikarpas Kanopkinas admission to the Military

84

(Ši pusė, atvykus naujokui dalin, tvirtinama ir grąžinama Karo Komendantui)

193 0 metais.

Ukmergės apskr. Naujokų Šaukimo Komisijos

# Priėmimo formuliaras.

Naujoko Konopkino Palikarpo     sūn. Makaro.

ŠAUKIMO SĄRAŠO Nr. 20.                    FORMULIARO Nr. 319

| | |
|---|---|
| Pavardė ir vardas priimtojo tarnybon. . . | Konopkinas Palikarpas. |
| Nuolatinė gyvenamoji vieta, artimiausio . | taškuniškių k. Širvintų valsč. |
| giminės antrašas. | Ukmergės apskrities |
| Priėmimo tarnybon laikas: | |
| metai, mėnuo, diena . . . . . | 193 0 m. Spalių mėn 2 d. |
| Tarnybos pradžia . . . . . | 193 0 m. lapkričio mėn. 1 d. |
| Gimimo laikas ir vieta . . . | Staškuniškių k. Širvintų vlsm, Ukmergės ap. |
| metai, mėnuo, diena . . . . . | 1909 m. Ipusm. mėn. d. |
| Ūgis . . . . . . . | 163 c./m. svoris 77 klgr. |
| Storumas krūtinėj . . . . . | 94 c/m. |
| Kokion rūšin ginklų tinka . . . | Pestiu |
| Kokiai tarnybai tinka . . . . . | rikiuotėn. |
| čia aprašomi visi kūno trūkumai, taipogi pažymima, jeigu priimtas ne vienbalsai arba priešingai gydytojo nuomonės | |
| Kopija tikr. | |
| Pareiškimas apie sveikatos stovį | Sveikas |

Lietuvos centrinis valstybės archyvas
F. 504 Ap. 1 B. 135 84

...mskio, sp. Ukmergej 19º/s30.

*84*

**(This side shall be approved and returned to the Military Commandant on the arrival of the recruit)**

in year 193[HW:] 0.

Ukmergė County New Recruit Commission's

# Admission form.

**Recruit** Konopkinas Palikarpas          **son of** Makaras.

RECRUITMENT LIST No. 20.                    FORM No. 319

| | |
|---|---|
| Recruit's first and last name. | Konopkinas Palikarpas. |
| Permanent place of residence, listed closest family member. | Staškuniškių village   Širvintai   county Ukmergė district |
| Date of the acceptance to the service: year, month, day Start of the service | [HW:] October 2, 193[HW:] 0 November 1, 193[HW:] 0 |
| Date and place of birth year, month, day | Staškuniškių v.. Širvintai county  Ukmergė district 1909 m. I-st half of the year  month __ d. |
| Height Chest circumference | 163 c./m. 94 c/m.                    Weight 77 kg. |
| Type of weapon  the individual is suitable for. | [HW:] Infantry |
| Service the individual is suitable for. [HW:] [illegible] Here are all the defects of the body, as well as notes, if not unanimously admitted or contrary to the opinion of the doctor [Stamp:] A true copy [Signature] | _____ to line up. |
| Statement about health condition | Healthy |

[Stamp:]
Lithuanian Central State Archive
F. [HW:] *504*  Ap. [HW:] *1*  B. [HW:] *135*  L. [HW:] *84*.

[cut off] inskio, printing shop in Ukmergė 19⁶/₃30.

Ex. 58 pg.2 of 2                                                                                      IFCD000895