# Military Route of Bartolomei Kanopkin in World War II



IFCD000844

**Campaign record**

of all formations of the unit

