# Document about land owned by

# Kirill Palekovas

# Eksplikacija

| Sklypų Nr. | NAUDOJAMOS ŽEMĖS | | | | | | | | | | | | NENAUDOJAMOS ŽEMĖS | | | | | | | | | | | | Iš viso naudojamos ir nenaudojamos žemės | | Bendrosios nuosavybės dalis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sodybinės | | Ariamos | | Pievos | | Ganyklos | | | | Iš viso | | Kelių | | | | | | | | Iš viso | | | | |
| | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | |
| 4 | 0 | 49 | 2 | 47 | 2 | 00 | 0 | 50 | - | - | 5 | 46 | 0 | 25 | - | - | - | - | 0 | 25 | 5 | 71 | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |



Kopija tikra

Lietuvos centrinis valstybės archyvas
F. 1250 Ap. 2 B. 1882

# Explore

| Plot No. | LAND IN USE | | | | | | | | | | | | LAND IN USE | | | | | | | | Total utilised and unused land | | Share of common property |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Homesteads | | Arable | | Meadows | | *Janykles* | | | | In total | | Kells | | | | | | In total | | | | |
| | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | ha | a | |
| *4* | *0* | *49* | *2* | *47* | *2* | *00* | *0* | *50* | *-* | *-* | *5* | *46* | *0* | *25* | *-* | *-* | *-* | *-* | *0* | *25* | *5* | *21* | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |

[Image]

It would kill him

To Sadeiniai

[Stamp: A real copy] [Signature]

[Stamp:]
Central State Archives of Lithuania
P *1250*   Ap. *2*   B. *1882*

Ex. 60 pg.2 of 2

IFCD000855