Document of Polyakov relatives from 1915

| № | Мѣсяцъ, число и мѣсто рожденія. (Число означать прописью). | Мѣсяцъ и число крещенія или связаннаго съ рожденіемъ обряда. | Имя младенца. | Мужскаго пола. | Женскаго пола. | Званіе, имя, отчество, фамилія, исповѣданіе и мѣстожительство родителей или незамужней матери. | Званіе, имя, отчество и фамилія воспріемниковъ. | Подпись родителей, воспріемниковъ и духовнаго лица, совершавшаго обрядъ. |
|---|---|---|---|---|---|---|---|---|
| 12 | Марта третьяго во засткахъ Пана лиши Малят. ской волости Виленскаго уѣзда | Апрѣля пятнадцатаго дня | Александра. | | ♀ | Малятскіе мѣщане Никифоръ Никитьевичъ и Соломонида Ивановна Поляковы старообрядцы, проживающіе во засткахъ Паналиши Малятской волости Виленскаго уѣзда | крестьянинъ Нижнеморской волости Маркъ Ивановичъ Чеатинъ, и Малятская мѣщанка Марія Иванова Ватренова. [подпись] Алекд. Рацкевъ | |
| 13 | Апрѣля одиннадцатаго въ деревни Фош или Педрайской волости Виленскаго уѣзда. | Апрѣля двадцатьдвадцать | Иванъ | ♂ | | Крестьянинъ Педрайской волости Гавріилъ Васильевъ жена Прасковія Карповна Тарасовы старообрядцы проживающіе въ деревни Фош или Педрайской волости. | Виленскій мѣщанинъ Иванъ Игнашевъ Карчевъ, и мѣщанка Малятская Крестьянъ Федора Евсеева Афремова | Заперамипел родителей и воспріетниковъ, и лишовъ Тои малятчая Крестьельба роси тянка Маркаанъ М. Андре [подпись] Алек Д. Рацкевъ |

На основаніи 24 и 42 ст. Закона 17 октября 1906 г., вышеозначенныя записи съ № 12 — 13 включительно записаны правильно нѣтъ по правкѣ ни подписки, провѣрены Совѣтомъ Гайленской старообрядческой Общины и свидѣтельствуются подписями и приложеніемъ установленной печати 30 Апрѣля 1915 года с. Гайлы

Предсѣдатель Совѣта Х.О.Конопатовъ

Члены Совѣта { М.Андре [подпись]

IFCD000896

*172*

*173* 9

| | | | | Born in 1915 | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | **Month, day, and place of birth** (Write out the numbers in words) | Month and date of baptism or other birth-related rite | Name of infant | Male gender | Female gender | Title, first name, patronymic name, last name, congregation, and place of residence of parents or unmarried mother | Title, first name, patronymic name, and last name of godparents | Signature of parents, godparents, and a clergyman who performed the rite |
| 12 | On the third of March, at redoubt [illegible] Moletai Township, Vilnius County | The fifteenth of April | Aleksandera | - | 7 | Moletai suburbanites [illegible] Nikitovich and [illegible] Ivanovna Polyakovs, Old Ritualists, residing at redoubt [illegible], Moletai Township, Vilius County | Mark Ivanovich Nechatin, a peasant from Žiežmariai Township, and Maria Ivanovna [illegible], a suburbanite from Moletai | Reverend D. [illegible ] |
| 13 | On the eleventh of April, at village [illegible], Giedraičiai Township, Vilnius County | The twenty-ninth of April | Ivan | 6 | - | Gavriil son of Vasiliev, a peasant from Giedraičiai Township, and wife Praskovya Karlovna, the Tarasovs, Old Ritualists, residing at Village [illegible], Giedraičiai Township | Ivan Ignatievich Karetnikov, a Vilius suburbanite, and Marfa Evseevna Efremova, a peasant from Moletai | Signed for illiterate parents and godparents, at their request, by [illegible]  Reverend D. [illegible ] |
| | Pursuant to Articles 24 and 42 of the Law of October 17, 1906, the above entries No. 12 - 13, inclusive, were recorded correctly without revisions and erasures; they were verified by the Chairman of the Board of Giedraičiai Old Ritualists Community and are certified by signatures and by the attachment of proper seal. Giedraičiai Village | | | | | Chairman of the Board  Board Members  [Seal:] [illegible] | [Signature]  [Signature] | |

Ex. 61 pg.2 of 2

IFCD000897