Document related to the Marfa

Palekova Family



Originalas nebus siunčiamas

## VILNIAUS REGIONINIO VALSTYBĖS ARCHYVO
## UTENOS FILIALAS

Biudžetinė įstaiga, O. Milašiaus g. 23, LT-10102, Vilnius.
Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 193171427.
Filialo duomenys: biudžetinės įstaigos filialas, J. Basanavičiaus g. 114, LT-28214, Utena,
tel. 8 674 74 975, el. p. utena@archyvai.lt, filialo kodas 304440391.

Alina Khuda

2021-04-10    Nr. SP-777
Į 2021-04-20 prašymą

### APIE MARFOS PALEKOVOS ŠEIMĄ

Vilniaus regioninio valstybės archyvo Utenos filialas, atsakydamas į ankstesnius Jūsų prašymus, kartu su 2021-02-01 raštu Nr.SP-197 „Apie Kirilo Paliakovo (Palekovo) šeimos sudėtį" ir 2021-03-30 raštu Nr.534 „Apie Kirilo Polekovo ir Varfalomiejaus Kanopkino ūkį" Jums pateikė ir Molėtų rajono (1947-11-06 – 1950-06-20 laikotarpiu – Utenos apskrities Inturkės valsčiaus) Bijutiškio apylinkės Darbo žmonių deputatų tarybos vykdomojo komiteto dokumentų fonde saugomos Skreblynių kaimo 1948 metų ūkinės knygos bei Molėtų rajono Inturkės apylinkės Liaudies (iki 1977-10-07 – Darbo žmonių) deputatų tarybos vykdomojo komiteto dokumentų fonde saugomų Skreblinių (Skroblynų) kaimo 1955–1957, 1958–1960 ir 1961–1963 metų ūkinių knygų kopijas. Atkreipiame dėmesį, kad Paliakovo (Palekovo) Kirilo šeimos narių sąraše yra įrašyta žmona Poliakovienė (Palekovienė) Marfa Demiano (Demjano).

Informuojame, kad Molėtų rajono Inturkės apylinkės Skreblinių (Skroblynų) kaimo 1964–1966 ir vėlesnių metų ūkinėse knygose žinių (įrašų) apie Paliakovų (Palekovų) ūkį nerasta.

Filialo vedėjas                                                    Gediminas Šeštokas

Sigita Sadaunikienė, tel. 8 674 74 975, sigita.sadaunikiene@archyvai.lt

**The original will not be sent**

[Emblem]

### VILNIUS REGIONAL STATE ARCHIVE
### UTENA BRANCH

Budgetary body, O. Milašiaus g. 23, LT-10102, Vilnius.
The data is collected and stored in the Register of Legal Entities, code 193171427.
Branch data: branch of the budgetary institution, J. Basanavičiaus g. 114, LT-28214, Utena,
tel. 8 674 74 975, e-mail: utena@archyvai.lt, branch code 304440391.

Alina Khuda                                    2021-04-*20*          No. SP-*777*
                                               In 2021-04-20 request

### ABOUT THE MARFA PALEKOVA FAMILY

In response to your previous requests, the Utena Branch of the Vilnius Regional State Archive, together with the letter No.SP-197 dated 02/01/2021 "About the family composition of Kiril Paliakov (Palekov)" and the letter No.534 dated 03/30/2021 "About the farm of Kirill Polekov and Varfalomiej Kanopkin", you were also provided with the following documents of Molėtai District (in the period from 11-06-1947 to 06-20-1950) The farm books of Skreblyni village for 1948 kept in the document fund of the Executive Committee of the Executive Committee of the Council of Deputies of the Working People of the Bijutiškis district of the Inturke district of the Moletai district (until 10-07-1977 - the Council of Deputies of the Working People of the Moletai district), as well as the farm books of the village of Skreblyni (Skroblyni) from 1955-1957 kept in the document fund of the Executive Committee of the Council of Deputies of the Working People of the Moletai district (the Executive Committee of the Council of the Working People), Copies of the farm books of the village of Skroblinės for the years 1958-1960 and 1961-1963. Please note that in the list of members of the family of Kirill Paliakov (Palekov) there is a wife Poliakova (Palekova) Marfa Demian (Demian).

Please be informed that in the farm books of Skrebliniai (Skroblynai) village, Inturke district, Moletai district, 1964-1966 and subsequent years, no information (entries) about the farm of the Paliakovs (Palekovs) was found.

Branch Manager                    [Signature]                      Gediminas Šeštokas

Sigita Sadaunikienė, tel. 8 674 74 975, sigita.sadaunikiene@archyvai.lt

Ex. 62 pg.2 of 2                                                    IFCD000851