Census 1987 Registration of Grigory Kanopkin

57

Безплатно.                                        № Листа

# ПЕРВАЯ ВСЕОБЩАЯ ПЕРЕПИСЬ

## населенія Россійской Имперіи,

на основаніи ВЫСОЧАЙШЕ УТВЕРЖДЕННАГО ПОЛОЖЕНІЯ 5 Іюня 1895 года.

| Губернія или область: *Виленская* | ПЕРЕПИСНОЙ ЛИСТЪ ФОРМА А. | Уѣздъ или округъ: *Виленскій* |
|---|---|---|

Переписной участ. № *3*   Счетный участ. № *2*   Сельское общество или соотвѣтствующее ему дѣленіе *Шидейки*

Станъ № *2* или полицейскій участокъ № _____   *мое сельское общество*
(Подчеркнуть подлежащее названіе и проставить №).

Волость, гмина, станица или соотвѣтствующее имъ дѣленіе *Шидейская волость*   Село, деревня или другое поселеніе на земляхъ сельскаго общества (прописать подробно какого рода поселеніе и его названіе). *Заст. Шидейкишки*

Имя, отчество и фамилія хозяина двора *Григорій Ивановъ Конечный*

Хозяинъ живетъ въ собственномъ-ли дворѣ? *его* или по квартирѣ въ чужомъ дворѣ? _____

Сколько во дворѣ жилыхъ строеній? *1*

| Изъ какихъ строеній построены | Чѣмъ крыты. | Изъ чего сдѣланы стѣны | Чѣмъ крыты. | |
|---|---|---|---|---|
| *деревян* | *соломой* | 6 | | Примѣчаніе. Эти свѣдѣнія относятся ко всему двору и заполняются только въ случаѣ, если хозяинъ живетъ въ своемъ дворѣ или занимаетъ весь чужой дворъ. Если же во дворѣ живетъ нѣсколько хозяйствъ, то на переписныхъ листахъ каждаго изъ нихъ эта таблица оставляется безъ заполненія, а свѣдѣнія о числѣ жилыхъ строеній во дворѣ проставляются на отдѣльномъ переписномъ листѣ, на который заносится итогъ, дѣлаемый подсчетъ по всему двору; въ этотъ листъ-и-задаваются переписные листы отдѣльныхъ хозяйствъ двора, какъ въ обложку. |
| 2 | | 7 | | |
| 3 | | 8 | | |
| 4 | | 9 | | |
| 5 | | 10 | | |

## Подсчетъ населенія въ день, къ которому пріурочена перепись.

| Всего наличнаго населенія. | | Постоянно живущаго здѣсь населенія. | | Въ числѣ наличнаго населенія было лицъ неприписныхъ сословій. | | Приписаннаго здѣсь крестьянскаго населенія. | |
|---|---|---|---|---|---|---|---|
| М. | Ж. | М. | Ж. | М. | Ж. | М. | Ж. |
| *5* | *1* | *7* | *1* | *5* | *1* | | |

Подпись счетчика, собиравшаго свѣдѣнія *Александ[ръ]...*

Ex. 63 pg.1 of 1

IFCD002959