Census 1897 Document related to Kanopkin Family

570

| ФАМИЛІЯ, (прозвище), ИМЯ и ОТЧЕСТВО или ИМЕНА, если ихъ нѣсколько, и отмѣтка о слѣпыхъ на оба глаза, нѣмыхъ, глухонѣмыхъ и умалишенныхъ, если они есть. | Холост., вдов., разв. | Какъ кто приходится главѣ хозяйства и головѣ своей семьи. | Сколько кому лѣтъ | Вѣроисп. | Состояніе, со стояніе или званіе. | Родился-ли здѣсь, а если не здѣсь, то гдѣ именно? | Мѣсто приписки если приписанъ. | Имѣетъ-ли здѣсь постоянное, и если не постоянное, то гдѣ имѣетъ обыкновенно? | Отмѣтка объ отсутствіи и о проживаніи здѣсь временно. | Вѣроисповѣданіе. | Родной языкъ. | Грамотность |  | Занятіе, ремесло, промыселъ, должность или служба. |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  | Читаетъ-ли читать? | Гдѣ обучается, обучался или окончилъ курсъ образованія? | Главное доставляющее главныя средства для существованія. | 1. Побочное или вспомогательное. 2. Наемное по воинской повинности. |  |
| 1 Ламотинич Сергѣй Николаевичъ | хъ | добавить | 28 | хс | Москва | Здѣсь | Вр. Влад. енои мѣст. Управ. | Здѣсь |  | Прав. ел. | Р. | Что | | Венщикъ добавить | Мѣщанинъ Запас. мѣст. ел. |
| 2 Ламотинич Николай Николаевичъ | хъ | братъ | 26 | хс | Москва | Здѣсь | Вр. Влад. енои мѣст. Управ. | Здѣсь |  | Прав. ел. | Р. | Что | | Венщикъ добавить |  |
| 3 Ламотинич Ирина Мефодьевна | замуж. | жена | 25 | ж | Москва | Двр. Олич. Бр. Владим. Влад. мѣст. Управ. | | Здѣсь |  | Прав. ел. | Р. | Что | | Венщикъ при домѣ |  |
| 4 Ламотинич Захарій Григорьевъ | хъ | братъ | 21 | хъ | Москва | Здѣсь | Вр. Влад. ской мѣст. Управ. | Здѣсь | времен. отсут. | Прав. ел. | Р. | Что | | Венщикъ | Работникъ его отецъ при |
| 5 Ламотинич Александръ Николаевъ | хъ | братъ | 19 | хъ | Москва | Здѣсь | Вр. Влад. ской мѣст. Управ. | Здѣсь |  | Прав. ел. | Р. | Что | | Венщикъ при братѣ |  |
| 6 Ламотинич Леонтій Назарьевъ | хъ | сынъ | 5 | хъ | Москва | Здѣсь | Москва | Здѣсь |  | Прав. ел. | Р. | — | | при отцѣ |  |
| 7 Ламотинич Ефремъ Назарьевъ | хъ | сынъ | 3 | хъ | Москва | Здѣсь | Москва | Здѣсь |  | Прав. ел. | Р. | — | | при отцѣ |  |
| 8 Ламотинич Василій Камневъ | хъ | зять | 20 | хъ | Москва | Здѣсь | Вр. Влад. груп. управ. | Здѣсь | времен. отсут. | Прав. ел. | Р. | гр. | грам. | Венщикъ |  |
| 9 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 10 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

IFCD002960