Census 1948 (Skreblinu) entry of Kanopkin Bartolomej, Alexandra, Tatjana



KOPIJA Nr. 2

IFCD003056