# Kanopkin, Bartholomei Passport

# Vidaus Reikalų Ministerijos
## Užsienio Pasų Skyriui

Prašau duoti man užsienio pasą su viza.

| Paduodu žinias apie save: | ir apie savo žmoną. |
|---|---|
| Pavardė *Ranoskinas* | |
| Vardas *Baltramiejus* | |
| Pilietybė *Liet.* | |
| Tautybė *Rusu* | |
| Tikyba *stačiatikių* | *Pasas gmun.* |
| Gimęs *1912* mt. *II* mėn *X* d. | *viro* mt *1* mėn *m.* d. |
| Gimimo vieta *Ukmerges* | *us 1 kita* |
| *Širvintų Staškū-niškių* | |
| Gyvenamoji vieta *Ukmerges* | |
| *Širvintų staškūniškiūs* | |
| Užsiėmimas: *Žemdirby* | |
| Veidas *pavalus* spalva akių *pilkos* | akys |
| Spalva plaukų: *šviesus* | |
| Ypatingos žymės: | |
| Šeimos padėtis *Nevedys* | |

Drauge keliaujančių vaikų vardai ir amžius

Kelionės tikslas *Žemis kaus. ...*

Pavadinimas valstybių, į kurias keliaujama: *Latvija*

Prie šio pridedu:

asmens tapatybei įro- Vidaus pasą(us) Nr. *57815* duotą(us) *5.I.*
dyti . . . . . *...* 1934 m.

a) liudijimą, rodantį laisvą esant nuo mobilizacijos Nr. .......... duotą 19 .... m. ............ mėn. .... d. *...*

b) .......... polic. ...... nuov. virš-ko liudijimą Nr. .......... duotą 19 .... m. ............ mėn. .... d.

c) .......... mokesčių inspektoriaus liudijimą .......... duotą 19 .... m. ............ mėn. .... d.

d) .......... apskr. .......... valsč. valdybos liudijimą Nr. .......... duotą 19 .... m. ............ mėn. .... d.

Duodamoms žinioms patvirtinti pasirašau *...*

Užsienio pasą Nr. *220* 19 *36* m. *III* m. *31* d. duotą su galio-
jimo laiku iki 19 *36* m. *III* m. *30* d. gavau *viro Nr. 261*

+++

(Parašas)

*Kr. 536 702*
*3 ei/m*

Rašytinių dokumentų skyriaus vedėja
Loreta Čiuikaitė
2021 03 04
Lietuvos centrinis valstybės archyvas
F. 410  Ap. 6  B. 1031  L. 2

IFCD003057

Ex. 67 pg.1 of 7



IFCD003058

Ex. 67 pg.2 of 7



IFCD003059





IFCD003061

Ex. 67 pg.5 of 7



IFCD003062

Ex. 67 pg.6 of 7



IFCD003063

Ex. 67 pg.7 of 7