Nikolai Kanopkin entry in military record book

IFCD003064

| | | | |
|---|---|---|---|
| 159 | -"- | Сенько Никифор Васильевич | 1900 |
| 160 | -"- | Фёдюк Василий Демьянович | 1911 |
| 161 | -"- | Юшковец Григорий Ионович | 1905 |
| 162 | -"- | Кулькин Михаил Михайлович | 1915 |
| 163 | -"- | Марза Иван Петрович | 1917 |
| 164 | -"- | Курочка Алексей Герошмович | 1914 |
| 165 | -"- | Леонов Матвей Леонович | 1906 |
| 166 | -"- | Малиновский Леонид Михайлович | 1917 |
| 167 | -"- | Лисий Александр Ионович | 1923 |
| 168 | -"- | Жилко Викентий Федорович | 1903 |
| 169 | -"- | Гладкий Александр Иванович | 1923 |
| 170 | -"- | Поддубецкий Павел Федорович | 1906 |
| 171 | -"- | Голодурда Павел Владимирович | 1904 |
| 172 | -"- | Гринвальд Григорий Семенович | 1920 |
| 173 | -"- | Губанов Георгий Георгиевич | 1906 |
| 174 | -"- | Кононков Николай Макарович | 1911 |
| 175 | -"- | Савельев Иосиф Акиндович | 1914 |
| 176 | -"- | Кравченко Петр Константинович | 1904 |
| 177 | -"- | Гончаров Агафон Артинонович | 1922 |
| 178 | -"- | Шпунков Павел Ефимович | 1923 |
| 179 | -"- | Руденков Панкратий Нефанович | 1909 |
| 180 | -"- | Милляровский Чеслав Владимирович | 1925 |
| 181 | -"- | Кукео Иван Абрамович | 1917 |
| 182 | -"- | Ноконович Николай Васильевич | 1911 |
| 183 | -"- | Трофимов Александр Владимирович | 1901 |
| 184 | -"- | Кенкенок Василий Павлович | 1908 |
| 185 | -"- | Шерщень Андрей Павлович | 1905 |
| 186 | -"- | Черницкий Михаил Иванович | 1913 |
| 187 | -"- | Некало Иван Матвеевич | 1926 |
| 188 | -"- | Кекало Степан Герошмович | 1924 |

IFCD003065