# Birth Certificate of Antonijus (Anton Kanopkin)



## LIETUVOS VALSTYBĖS ISTORIJOS ARCHYVAS

Biudžetinė įstaiga, Mindaugo g. 8, 03107 Vilnius, tel. (8 5) 219 53 20, (8 5) 213 74 82, faks. (8 5) 278 43 69, el.p. istorijos.archyvas@lvia.lt. Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 190764568

Alina Khuda

## ARCHYVO PAŽYMA APIE GIMIMĄ

2021-12-29  Nr. (P1-8707) P2-15300

Lietuvos sentikių centro tarybos archyviniame fonde, Gailiūnų sentikių bendruomenės gimimo metrikų knygoje įrašyta, kad 1938 m. birželio 7 d. pakrikštytas Jono ir Marinos iki santuokos Kirilovaitės Kanopkinų sūnus vardu Antonijus, gimęs 1938 m. kovo 30 d. Staškūniškių kaime.

PAGRINDAS. F. 1832, ap. 2, b. 85,  l. 132, eilės Nr. 17.

Direktoriaus pavaduotojas                                                    Aleksej Pozniakov

Sandra Žverelytė, tel. (8 5) 213 7902

IFCD003066

Ex. 69 pg.1 of 1