Birth Certificate of Nikolai (brother of Bartolomej)



## LIETUVOS VALSTYBĖS ISTORIJOS ARCHYVAS

Biudžetinė įstaiga, Mindaugo g. 8, 03107 Vilnius, tel. (8 5) 219 53 20, (8 5) 213 74 82, faks. (8 5) 278 43 69, el.p. istorijos.archyvas@lvia.lt. Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 190764568

Alina Khuda

## ARCHYVO PAŽYMA APIE GIMIMĄ

### 2021-12-29 Nr. (P1-8483) P2-15293

Sentikių bendruomenių archyviniame fonde, Gailiūnų sentikių bendruomenės gimimo metrikų knygoje įrašyta (įrašas rusų kalba), kad 1909 m. gegužės 3 d. pakrikštytas Makarijaus (Макарій) ir Jevdokijos (Евдокія) iki santuokos (pavardė nenurodyta) Kanopkinų (Канобкины, taip dokumente) sūnus vardu Nikolaj (Николай), gimęs 1909 m. gegužės 1 d. Šateikiškių (в заст. Шитайкишки) kaime.

PAGRINDAS. F. 662, ap. 1, b. 161, l. 20v.-21, eilės Nr. 16.

Direktoriaus pavaduotojas  Aleksej Pozniakov

Sandra Žverelytė, tel. (8 5) 213 7902

Ex. 70 pg.1 of 1

IFCD003067