Birth Certificate of Polikarp (brother of Bartolomej)



## LIETUVOS VALSTYBĖS ISTORIJOS ARCHYVAS

Biudžetinė įstaiga, Mindaugo g. 8, 03107 Vilnius, tel. (8 5) 219 53 20, (8 5) 213 74 82, faks. (8 5) 278 43 69,
el.p. istorijos.archyvas@lvia.lt. Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 190764568

Alina Khuda

### ARCHYVO PAŽYMA APIE GIMIMĄ

2021-12-29  Nr. (P1-8485) P2-15297

Sentikių bendruomenių archyviniame fonde, Gailiūnų sentikių bendruomenės gimimo metrikų knygoje įrašyta (įrašas rusų kalba), kad 1907 m. (data nenurodyta) pakrikštytas Makarijaus (Макарій) ir Jevdokijos (Евдокія) iki santuokos (pavardė nenurodyta) Kanopkinų (Канобкины, taip dokumente) sūnus vardu Polikarp (Поликарпъ), gimęs (gimimo data nenurodyta) Šateikiškių (в дер. Шатайкишки) kaime.

PAGRINDAS. F. 662, ap. 1, b. 152, l. 101v., eilės Nr. -.

Direktoriaus pavaduotojas                                                    Aleksej Pozniakov

Sandra Žverelytė, tel. (8 5) 213 7902

Ex. 71 pg.1 of 1

IFCD003068