Birth Certificate of Ivan (brother of Bartolomej)



## LIETUVOS VALSTYBĖS ISTORIJOS ARCHYVAS

Biudžetinė įstaiga, Mindaugo g. 8, 03107 Vilnius, tel. (8 5) 219 53 20, (8 5) 213 74 82, faks. (8 5) 278 43 69, el.p. istorijos.archyvas@lvia.lt. Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 190764568

Alina Khuda

### ARCHYVO PAŽYMA APIE GIMIMĄ

2021-12-29  Nr. (P1-8484) P2-15296

Sentikių bendruomenių archyviniame fonde, Gailiūnų sentikių bendruomenės gimimo metrikų knygoje įrašyta (įrašas rusų kalba), kad 1905 m. (data nenurodyta) pakrikštytas Makarijaus (Макарій)  ir Jevdokijos (Евдокія, taip dokumente) iki santuokos (pavardė nenurodyta) Konopkinų (Конобкины, taip dokumente) sūnus vardu Ivan (Иванъ), gimęs 1905 m. gruodžio 16 d. Šateikiškių (в дер. Шатайкишки) kaime.

PAGRINDAS. F. 662, ap. 1, b. 152,  l. 91, eilės Nr. 49.

Direktoriaus pavaduotojas                                             Aleksej Pozniakov

Sandra Žverelytė, tel. (8 5) 213 7902

IFCD003069