# Tadik Aleksdandrovich Birth Certificate



| Дэпартамент па архівах і справаводству Міністэрства юстыцыі Рэспублікі Беларусь | Департамент по архивам и делопроизводству Министерства юстиции Республики Беларусь |
|---|---|
| Дзяржаўная ўстанова | Государственное учреждение |
| «Нацыянальны гістарычны архіў Беларусі» | «Национальный исторический архив Беларуси» |
| вул. Крапоткіна, 55, 220002, г. Мінск тэл. (017) 317 75 23, тэл./факс 352 75 22 niab@niab.by | ул. Кропоткина, 55, 220002, г. Минск тел. (017) 317 75 23, тел./факс 352 75 22 niab@niab.by |

_31.05.2022_ № _01-09/1518_

На № _____ ад _____

Худа А.П.

## АРХИВНАЯ КОПИЯ

Метрическая запись о рождении по Воложинскому костелу Воложинского повета Новогрудского воеводства за 1936 г.:

| N-rus cognomen. | Quando, ubinam, quis et quem baptizavit? Nomina et cognomina parentum nati. Tempus et locus nativitatis. Nomina et cognomina patrinorum. |
|---|---|
| 67<br><br>Aleksandrowicz | Roku 1936 dnia 29 listopada w Wołożyńskim rz. kat. par. kościele X. Antoni Udalski proboszcz wołożyński ochrzcił imieniem Tadeusz niemowlę płci męskiej, urodzone z małżonków ślubnych Eugenjusza Aleksandrowicza i Walentyny z Żurkiewiczów dnia czternastego listopada tysiąc dziewięcset trzydziestego szóstego roku w mieście Wołożynie* parafii wołożyńskiej. Trzymali do chrzty: Paweł Trosiński i Pelagia Rożakowa żona Andrzeja. |

Дописано: выдано свидетельство о рождении серия ПЯ № 401940 15/VI 48 г.

Основание: Ф. 1781. Оп. 49. Д. 183. Л. 237.

Директор                                                                                О.Л.Воинов

* В настоящее время г. Воложин – районный центр Минской области Республики Беларусь.

Коренькова 379 76 92
04-09/1518, Худа А.П.

IFCD003070