# Baptism Certificate of Tadik Aleksdandrovich



| N-rus cognomen. | Quando, ubinam, quis et quem baptizavit? Nomina et cognomina parentum nati. Tempus et locus nativitatis. Nomina et cognomina patrinorum. | Adnotationes de confirmatione, matrimonio (quando, ubi, quocum contractum vel forte nullum declaratum) de subdiaconatus ordine, professione solemni etc. |
|---|---|---|
| 67. | Roku 1936 dnia 29 listopada w wołoryńskim rz. kat. par. Kościele ś. Antoni Udalski proboszcz wołoryński ochrzcił imieniem Tadeusz niemowlę płci męskiej urodzone z małżonków ślubnych Eugeniusza Aleksandrowicza i Walentyny z Żurkiewiczów dnia czternastego listopada tysiąc dziewięćset trzydziestego szóstego roku w mieście Wołoryniu parafii wołoryńskiej. Trzymali do chrztu Paweł Brosiński i Pelagia Rozakowa żona Andrzeja. | |