

?Vasiliy Kanopk..
*1820-1830-?

Grigory Kanop
1840

Ulian Kanopkin
1877

Nikolai/Nikolaj..
before 1897

Kanopkina ?

To Page 6

Makariy/Maka..
1871 or 1872

Avkokija/Evdoki..

Bartolomej/Varf
1917

Alexandria Pale...
1920

Jonas/Ivan Kano..
1905

Marina Kanopkin..
1903

Palikaras...
1910

Anna (gimusi...)
1915-1990

Nikolajus/Nikol..
1912

Olimpiada ?

Klemas/Klemka..
1915

? Kanopkina

Ona/Anna Kano..
1922

p. 2

p. 3

p. 4

p. 5

pg. 1

Ex. 75 pg.1 of 6

IFCD003332



pg. 2

IFCD003333

Page 1

Pg 2

Pg 4

Jonas/Ivan Kano..
**1905**

Marina Kanopkin..
**1903**

Antonijus Kan..

Jevgenija Kan..

Leonas Martin
**1992**

Ksenija Mart..

Grigorijus Bara..

Klaudija Baran..

Vladas Kanop..

Unknown..

Alvydas Valavi..

Valentina Vala..

Leones Martin..

*Ex wife*

*ukn* Motej

*unk. Aleksi...*

Stonis *Unknown*

*Stonien*

Unknown..

Current wife

ex-wife Barbera

Laurynas Val..

Martynas Val..

*Unknown*

*Unknown*

*Unknown*

*Unknown*

*unk. Aleksi...*

*marriage #1*

*Current husband (#3)*

*ex husband*

*Unknown*

*unknown*

*unknown*

*unknown*

pg. 3

IFCD003334



Ex. 75 pg.4 of 6

IFCD003335



IFCD003336

Page 1



IFCD003337