Translation of "My Soul" by Jurijus Kadamovas

"My Soul" by Yuri Kadamovas

One day I will tell my soul

To go deep into hiding

I will never let anyone pry into it

And no one will harm it again

It will never again know anguish

It will never suffer again

No one will ever torment it

May be it's time for my soul to be free.

I wish I could buy a new one

But there aren't any for sale

I tried to sell it to Devil

But he wanted it almost for free.

Will my soul endure lonely

All the pain, sorrow and agony

I wish I could give it a new life

But I don't have one for myself.

One day I will go out

Into the glamour of a beautiful morning

I will remove all the ties from my soul

And let it fly free with the wind.

If my soul never comes back to me

That will mean it enjoys its freedom

It will mean that it is much happier

In its new life without me.

Recorded January 2001

Ex. 76 pg.1 of 1