# Diary of Natalya Solovyeva English summaries from time of trial

**TAPE 1**
**(1999)**

<u>[unspecified date]</u>

It's a madhouse in the morning.  I didn't sleep well.  Sometimes the children are crying, and today Sergei called about the Aeroflot.  Yura is not working today.  Skirma told me that I shouldn't be eating in the evening.  Probably she means my size. In general, they're unusual, they're strange.  I don't know what they think about me.  And I don't know what they are talking about.  I went to work in bad mood this morning.  In the afternoon, Yuri and Robert went to look for a car.  I'm working today but at least there are fewer people today.  I want to go to the movie, I don't want to work in the evenings.  In the morning Yuri picked me up, no from work Yuri picked me up.  Robert and everyone is somehow very upset.  Something went wrong with the car.  At night his wife called.  By the way, when there was a mishap with [UI].  At the same time his son also injured his chin, and mouth and teeth.  And so on and so forth.

<u>July 30</u>

Yuckik went to work in the morning.  And I too.  Robert went to send money - $100 - to Yuri's wife.  Here what it is.  When will I be able to send money?  I don't know.  I'm not even saving.  I don't have money to save.  I give everything to Yura.  I don't even buy anything for myself.  In the morning and in the evening I run around.  In the evening our guests are moving.  Yuri is helping him to load and unload.  He probably is very tired today. So am I.  Sergei brought me home at 12 at night.  At home I had to clean and to wash everything and Yuri and I went to bed at 2:30 a.m.  It's so nice when no one is crying.  Yuri said that people are happy to have guests when the guests come, and then when the guests go.

<u>July 31</u>

In the morning at 9 o'clock I woke up, I have a headache.  I took a pill.  Called to work, said that I'll start at 2.  And went back to bed.  Woke up at 12:30.  I thought that I would have enough time to leave before Yuri comes.  He told me that I was not sick, just pretending.  We left together.  He went to record his music, and I met Skirma and Robert on my way to work.  They were coming to take the rest of their stuff.  They took me to the restaurant.  Then I came to work and I began working.  Call, I called my momma.  I talked to her.  In the evening there is a lot of work.  I called to Yura to ask him to respect my work.  It

1

concerns the mopping of the floors.  He was very angry with me. He said that he was not going in the evening anywhere, and that he's going to bed.  I called him later, he didn't pick up the phone.  I'm working home by myself.  I come home, he's at home, very angry.  That's all right when [UI].  I made, I cooked some food, and went to sleep.  In the evening, I called to work and Veronica offered me to take some time off and that she would work for me, but I need money as well.

<u>August 1</u>

Yuri is working in the afternoon.  I made some food and then went to work.  Then Andrei and Andrei's wife, Mariana, came with the family.  He was not there because he was San Diego.  In the morning I injured the little finger.  Then I burned hands with the hot soup.  It was not my fault, it was the new Mexican, because he pushed me.  I called Yura, and he tells me "you are so clumsy."  Well that's means that he's sorry for me.  I called Veronicki - he would work for me, and I'm leaving.  I went to the store, bought some gel for the burns.  Yuri came, and then Hami came, and together we went to Alex to record Yuri's songs.  We were there til 1 o'clock, I went to the store to buy some food. They just hang around and then ate.  Then Romka could not take us home, so he was taking us home drunk.  It was so scary, it was terrible to drive in the mountains.  Then they spent some time with us and that was it.  Then shower and to bed.  I made $200 today.

<u>August 2</u>

It's a day off.  We woke up.  And Andrei came.  They were trying to discuss something about money, and work.  Then he came later with a beer.  We have very little money.  Just enough to pay for the rent. [UI] came, and asked me about how I was feeling.  Then Hamik called and this is it.  Then I called Adik, but he didn't have any work for me.  Then we agreed to meet tomorrow and to go to his work.  Yuri is sleeping.  I am doing the laundry.  Roma called.  They argued a little bit about the television set, about a [UI].  In the result Yuri will be moving this television set. In the evening Hamik came and at 9 o'clock, there was a pleasant surprise for me.  Shuroska Shikan called, he has been in Canada for two weeks now.  He immigrated there with the help of our company.  I was so surprised and I was very happy for him.  But Yurchik became unhappy.  I talked to him until 9:20 and I wanted to talk more but we went to the movie at 10.  I don't remember what the movie was about, it was in English.  Then everyone came home and went to bed.

2

<u>August 3</u>

I woke up in the morning.  At 12 o'clock we went to Alex to record Yuri's song.  Andrei took him there.  I washed, I cleaned and washed, and then I called to Adik and we agreed that he will pick me up.  At 2 o'clock we went to his work to downtown.  I looked at what I will have to do in his jewelry store, jewelry shop.  I think it's all right, but I will have to sit all the time, and I am not sure whether everything will be honest there.  Then I went to, for a walk on Broadway, saw a lot of cheap stuff.  I called Yuri, he was still busy recording.  Adik took me home and we agreed that I would start working the following day.  At home I made a [UI] for myself, and then Yuri and Andrei came, and then they took something to drink and went to Robert for the opening house.  We went there.  The apartment is so-so.  And then Irma took us home.  Yuri was very drunk.

<u>August 4, Wednesday</u>

We woke up, Yuri's not working.  He's under the weather.  Then I talked to Veronica.  She would be working instead of me.  Nothing new at work.  All my thoughts are at new work.  In the afternoon, and in the evening he brought Charlie.  Now this dog is going to live with us.  In the evening, [UI] Yura went to walk the dog, and then he came home, and then suddenly from nowhere Andrei came.  I don't understand anything.  Maybe I shouldn't be even thinking about it.  Then we came home and I tried to read, but Yura wouldn't let me.

<u>August 6</u>

In the morning we woke up.  Yura went to work to record.  Then Robka, Robert came.  They talked about their things.  At 12 o'clock, Alex was supposed to pick up Yuri and to take him to his home.  There will be a saxophone player and girls.  I went to work.  Then Mara came together with Ira.  We talked.  She told me about Aloshka, about Alonka Vovkin, Vova is Alonka.  That she knows [UI] through [UI].  We also talked about work.  Then we talked about Yuri and Muktar.  We were talking til 2, and then she and Hamik took me to work, and then they went to do the errands.  In the evening, we got in touch.  I called George and Rita.  It seems that Muktar called them.  Also I called Vova's Alonka.  And I took, talked to her.  She is also friendly with this company.  Of course she didn't say anything completely to me.  Then [UI] introduced her to Garik and Lev.  Oh my God.  I hope everything will be okay.  In the evening at 6 I called Yuri.  He was free.  He's in bad mood.  And also this woman in Kashtan, as he says, she's not a very good singer, and who knows what

3

else.  I talked to Rina, Rita, Rina, and she said that Muktar called, that she was surprised that I was still in America, and that he was not even interested in how I was doing.  Such a jerk. Thank God that I met Yuri, and that I broke up him [meaning Muktar].  Yuri wanted to go to Kashtan without me to take the cassette, but then we went there together and came back soon. Maria, Ira, and Hamik spent the night with us.  At night Yuri told me that before, he was ready to have a lot of girls, and now only two or three.  That how it is.  What should I do so that it isn't like that?

July??? 8, Saturday

Just the description of the day.  She got up, went to work, then finished work, came home, cooked, fed Yuri, then he took her to work.  Then Mara, Ira and Hamik came and they were going to Vegas.  Then she talked to her mother and she shouldn't have told her mother about the burnt, then called, she called Tanya and wished her happy marriage anniversary.  She promised to give her a new watch.  Then in the evening Yura came and he was very tired.  And her friends brought her home, and Yura was nervous because she was not at home on time and he went to the restaurant. [That was the 7th of August]

August 8, Sunday

Went to work in the morning.  Told them that I was quitting. Then talked to her friend about the new acquaintance.  Then who had been aware.  At work they paid me $240.  Yura brought me home, no Sergei brought me home, and Yura came at 12 because he was doing the recording with Alex.  In the evening, I drank a lot of wine.  Then Roman came and I drank more.  I got drunk.  I didn't wait for Yura, and I fell asleep drunk.

August 9

Today is Sunday.  I have terrible headache.  Went to gynecologist for free.  Spent a lot of time there.  Then took care of the dog, came home, ate, washed the floor.  And then we took care of the dog, cut her hair, and then I took Veronica home.  At the doctor, they gave me free pills, birth control pills, and condoms.

August 10

The same account of the day.  When I got up, what I did during the day, what, went to have the nails done, manicure and pedicure and the price and sent $40 in an envelope to my mother.  Then went to school.  Came home.  Called Adik, and he will take me to

4

83287

work tomorrow.  I have suspicion that I got pregnant today.  It's the dangerous period for me.

August 11

Got up at 7:30.  Skirma is going to have her baby today.  Who will do what.  I will go to new work at 12 lunch.  At work I have to make small figurines.  Skirma gave birth to a little boy. Everybody happy, got drunk.  Adik took me home.  Veronica is working for me in the restaurant.  Yura and Rob got very drunk. Yuri is very jealous.  That means that he loves me.  They talked, the whole evening they talked either about the baby or about me. Yura was driving very carelessly.  He was very upset.  Came home. Then we went to the restaurant and in the morning celebrated the birthday of Diana's son.

August 12

The same account of the day.  When she got up, when she went to work, what she ate, where she ate, when Yura came home.  Then went to Robka and I, Robka and Yura talked a lot and I fell asleep.  Then Yura woke me up and he said that he wanted me to have a little girl.  And then they drank a whole bottle of tequila and everyone went to bed.

August 13

The account of the day.  Went to work in the morning, then went shopping, ate two bananas, Yuri's at home, he doesn't have work. Adik brought me home.  Yura was jealous because I came home late and in the evening went to buy a watermelon.  Then went to bed.

August 14

A day off.  Yura went to work.  I woke up at 10.  Then Yura called and said that probably he fractured his hand.  He came home.  It turned out that he just, that there was no fracture. Then Hamik came and I told him that Yura was sleeping.  In the evening I went and spent the last money on special forms for the eyes.  And then in the evening I took the dog out for a walk and went Alona to give her the traffic rules.

August 15

Account of the day.  No money at all.  Yura feels better.  In the morning I cook, clean up, and wash and do some makeup.  And I made potatoes blintz.  Then washed the laundry.  Then we went to see how long it will take me, it would take me to get to work.

5

Called to the restaurant and said that I would come to work tomorrow. Yura feels better. Thank God.

## August 16

I woke up early, then went to work, took metro. At first got lost. Worked til 7. Then decided to go to the restaurant. Took the dog with me. Yuri's jealous. Then I decided that I would be working during the weekends because at first Sergei is not going to be there. And then Avechka. So this week I will be working without days off. Everything is very well. I called Veronica.

## August 17

I began the day early. Adik picked me up and took me to work. Yura is working day. I was working til 7 today. Then I took metro home. Again got lost. Then I called Veronica. Yuri is still with Alex, he told me that he would be staying there late. Bye.

## August 18

I went to work in the morning by metro. Yuri's working today. In the evening, I'm supposed to finish at 6, but I have a problem. I have not fulfilled my plan and I was told to stay there until I finish everything. This Luba is finding fault with me. Obnoxious woman. I don't like her. And Adik agrees with her, so I have no choice but to work. Then Senula took me home in his car. I came home and Yura was not at home. Took the dog. They drank beer [tape cuts off]

## August 19

Went to work in the morning. I don't think I will stay here for a long time. Luba wants me to work faster and better, and I can't. In the evening went to the restaurant. Then came home. Yura was cooking, and we talked about his wife and about me. Went to bed. This is it.

## August 20

In the morning went to work. Yura is not working. He spend time with Andrei in the afternoon. I was working. Then went to the library. Then I cooked and then we ate. They are giving the paycheck on the 15th and 30th. So now we're waiting for the 30th.

6

### August 21

I have days off at one work, and working on the other work. Sergei asked me to work during the weekend, and then they will take a new girl.  I went to the restaurant at 2 and Yura went to work at 3.  Came home.  Had dinner and went to bed.

### August 22

Account of the day.  Got up, went to work, came from work, was paid $70 instead of $80.  And went to bed at night.

### August 23

Went to work in the morning.  Took the bus, then got lost, took me an hour and half, then Robka called and invited us to celebrate his son's birthday.  I went to the gynecologist. Everything is all right.  I do not have AIDS or any other STD, cholesterol is good, everything is good.  Then Adik and I went to the store to buy some stuff.  Adik paid $124.  Then he took me home and at the moment when we came home and Yura went out to walk the dog.  He saw me with Adik and he became very jealous. He didn't talk to me the whole evening.  And then we went to see the baby.  The baby was charming.  Yura got drunk and he said that we will talk in the morning.  Then he asked what was my relationship that the other guy is taking me to the gynecologist. I was very tired, and I was not guilty so I fell asleep and slept very well, and he slept very badly.

### August 24

In the morning, he left early, didn't even kiss me.  That means that he is still angry.  I went to work at 11.  He asked me whether I became special at work.  Then she writes about who slept til when and what they ate.  Then he told me that I should not ask Adik to pay.  In the evening everything is fine.  Today I learned that on the 9th of September he is going for two days to Seattle with Andrei.  Yura did laundry today.  Very good.

### August 25

I went to work at 10 in the morning.  Yura is finishing his song with Alex.  Senula took me home.  I came home.  Yura was not at home, he came at 12.  Gave me the last, no he spent the last money on the song.  And bought a watermelon for me.  We ate watermelon and went to bed.

7

<u>August 26</u>

Yuri is working today from 8 in the morning til 5.  I am also working from the morning.  I think Adik came and picked me up, I don't remember exactly.  Everything is the same at work.  I hate this Luba.  We spent the whole day, the whole evening at home.  I wanted to go to the movie, but Yuri said that we didn't have money.  Today, tonight Ainar came and be brought new things.  We bought china, towels, and a present for Robka.

<u>August 28???</u>

Yura is not working today.  I went to the library but I was unable to take anything, to get anything because I couldn't prove that I was living at that address.  Adik brought me home. Everything is the same.

<u>August 28</u>

I have a day off but Luba called and I told her that I'm going to the notary and then that I will come to work.  I go to work at 1 o'clock.  Yuri is also working from the morning til 8 o'clock. Adik invited me to have a ride on a boat, but I can't, and he took me home.  He paid me $300 and said that they, he would give me the rest on Monday.  In the evening, I cooked.  Yuri came with Andrei's Sasha, had dinner.  Yuri gave me a purse, a Chanel purse.  The rest of the time we are at home.  I called home, talked to my father, and momma and Sasha went to Chomsemol to the grandfather.

<u>August 29</u>

I called to work and said that I wouldn't be coming.  Then I went to [UI] to have my hair cut.  And I had a very short haircut, and manicure, and pedicure, and paid $52.  I had terrible headache and I went home.  At that time Yuri came.  Then we watched a movie.  Then Sasha invited us to come to his place.  Yuri didn't like the fact that Mariana was not hospitable enough and it was everything was very well.  Everything was going very well, and then something happened to Yura.  He will probably have this [UI] when he gets drunk.  I'm so sorry that I was together with Igor. I am ready to kill him.  Then Yura reminded me about [UI] and everything started with the perfume, which he used.  The same way as he did the first night when we met.  And then he said that he didn't like the way Armenians talked about me.  And this [Saus?] is such a bitch.  And all these Armenians, I hate them so much. I probably hate them as much as Yuri hates Jews.  This [Saus?] said that I was such an such. [UI] idly speaking, that I am

8

living with one guy, calling another guy, and so on and so forth. But I call them just to find out how they are doing, and to ask them about their health.  And I haven't called him for a long time.  Let them go to hell.  I need only Yura.  And he means very much to me.  I love him very much.  And in the result he went to bed in a very bad mood.  In the evening Roma came, but Yura was sleeping.

### August 30

Yuri is in very bad mood.  Then Roma came and he and Annie invited us to their wedding party on the 17th of September in Kashtan.  They got, they registered their marriage a week ago in Vegas.  I received additional $260 so it was $560 altogether. Very little.  They promised one thing, and now quite a different thing is going on.  And again I gave all the money to Yura and left nothing for myself.

### August 31

Yura went to work in the morning.  I went to work at 9 o'clock by metro.  Adik brought me back home.  Yuri was recording his second song with Alex.  Then he came home, I listened to this song, I liked it more than the first one.  Then Yura had a call from his home, if his son went to school today, he's about 15 years old. That's it.

### September 1, Wednesday and September 2, Thursday

I am going to work in the morning.  Eddick brings me home in the evening. I am very tired.  Sasha came with their friends and they took the dog because dogs are not allowed in the building. On the first I am home alone, went to bed late, on the second Yura and Andre had dinner with alcohol and then Sasha came also. I received a letter asking for a check, nothing new.  I had my periods for the first time this month lasted only three days from August 29-31 and nothing else.  I do not have any pain in the stomach but I have a lot of acnes this week. Yura can't come in the evening to go to the library with me and they promised to give us credit in the bank the second credit but so far nothing new.

### September 3

Just an account of what she did during the day when she went to work when she came from work Eddick brought me home at 1130 and then went to bed

9

September 4

Regular account of the day, went to work, came home, Yura worked or didn't work.  I was, I said at work that I will be working til 6.  I don't want to go out in the evening.  I am not feeling well, but Marisa called and they said that they were waiting for us, so we had to go to them at 9:30.  Came home late and went to bed.

August 9??? [Sept 5]

We got up early, at 9 o'clock.  We went to the lake.  There were Andrei, Mariana, their friends, a married couple Oleg and Vika, and of course Robka and Skirma with the children.  This is the place where Yura used to go with Igor, Alonga, and that company.  I was there about 3 times.  There wasn't enough food, and that started everything.  Then Oleg and Vika said that they had to leave at 3 o'clock, and Andrei, Mariana and them, they all left.  We remained, the 4 of us remained with the children.  Yura and Robka are very angry and everyone remembered about kikes, that that's not how you do it.  Then Yura got angry, and he said to Andrei that he was going to leave him in a month, in the 20th.  Then we went to the other side of the lake.  Yura went to swim, then he fell asleep.  Robka said that when Yuri starts his artistic tours, I will not be the only one.  I got upset.  Then came home.  I gave them tea, then they were talking about the friends from Vilnius.  Then when they left Yuri had developed depression and began crying.  He began remembering something but he didn't say anything to me.  After the bus, it became worse.  I didn't know what to do.  But then he called his mother.  His mother said a prayer and he became well again.  Thank God.  And he also said that we loved each other.  Everything seems to be alright.  Went to bed.

September 6

I feel very sleepy.  It's the Labor Day in America.  Yura, we are the only ones who are working, and Yuri is working.  I work a lot, and then I come home and clean up at home.  Went to bed at 3 at night.  That's it.

September 7

Just account of the day.  Very tired.  And very sleepy.

September 8

Went to work at 8:30.  Then Yuri began drinking the afternoon.

10

Then she told me that it's only because of me that, thanks to me that he began writing his songs again.  Then I went to school.  Then Hami came and told Yura some kind of nonsense.  Yura didn't believe him.  They had an argument.  Then Roma came in the evening.  He took the monitor and Skirma and Robka came to fill out the documents for Yura.  When everyone left we went to bed.

<u>September 9</u>

In the morning Eddick picked me up I didnt tell Yura I didnt want to upset him then Yura said he wanted to send coat to the child.  When we came home Yuri told me had bought from Ainar all kinds of tops and shirts and black jumpsuit.  I tried the golden dress and didnt like it.  Went to bed at 2 am.

<u>September 10</u>

Yura left at 6 in the morning then he and Andre will go to Seattle they left at 4 it will take one day to get there.  I put on a new blouse and in the afternoon went to the doctor but the doctor said that I didnt have any problems with the kidnesy that its just the muscles of the back or lower back that is hurting me and went to do shopping and went home

<u>September 11</u>

I went to work Eddick picked me up then I worked, I hate Luba.  I got $300 at work then I talked to Anya , Yura is already in Seattle and they will come back on Monday at seven in the morning.

<u>September 12</u>

Woke up at 1030 went to Ross, bought some stuff, bought one dress but it looks very cheap bought shoes, all in all for $138 and also I stole a jacket a black jacket for $60.  Then I went home by bus I spent $50 on all kinds of shampoo and paid with Anya's card.  Then I went to John's bought food and all in all spent $200 but didnt buy a dress Yura said that he would get home in the morning

<u>September 13</u>

Yura called in the morning said that he was already in LA there was an immigration bust at work they were checking on those who were working without papers then I went to school bought a book for $13 Yura looked at the dress then I called some ??? I called Nadya, Yura is already at home.

11

September 14

Went to Macy's returned the dress.  Natasha called, then Robert came and took the stuff for Yura's son.  I am not feeling well and went to bed.

September 15

Wednesday account of the day, she bought two dresses then returned one dress then what she cooked that she didnt go to school.  Had dinner, what she ate and at 8 Yura came whom she called, had dinner, went to bed

September 16

Yuri is working from the morning I also go to work, then I was paid I got money $181 went and bought perfume ?? For $43 the rest of the money is for the present , Then I came home Yuri is angry everything is alright.  In the evening Ainar came he said and he spoke to him about green card.  He asked money but we don't have money to return the debt.  Yura said that I am a good cook, went to bed

September 17

She describes how she was preparing for the wedding, and then the wedding.  She looked very well.  There was also Igor at the wedding.  He said something bad about her to Yura and Yura was very angry.  The detailed description of the wedding, then Yura said that he was very unhappy about [UI} and that if on Sunday it turns out to be true, he will kill her.  And so on and so forth. I got very scared.  I understand that there is nothing, there is nothing I can do.  But I hope everything will get okay because I have not done anything bad and God will punish him for that.  I love Yuri very much and I am awfully afraid to lose him.  I cried through the whole night.  I knew that nothing good was going to come out of that wedding.

September 18, Saturday

She describes the day.  That day continued celebrating the wedding.  Yura gave me the watch - Armani, for all, for all my suffering.  I called him, he didn't answer.  Luba is terrible with me.  Adik says that she is jealous because he's covering for me.  Then I came to, then Anya came to pick me up and took me to them, and we got home in a taxi.  Yura was very drunk.  He called to Mara, [UI] and someone else, I don't know who.

12

September 19, Sunday

Today is Sunday.  I don't want to do anything.  Yuri is under the weather.  Mara called, we slept, I cooked.  Then we slept, then I cooked, then we slept.  Then [UI] called, and then they came.  Nothing is happening with my visa, I don't have any chances.  I will have to think about something else, about some other ways to do it.

September 20

Account of the day. [UI] and Yura got drunk.  I called to the restaurant in the evening.  Yuri said that everything was okay.  I washed the floors.  It turned out that Hamik and [UI] made friends.  He gave money and now they are companions.

September 21

Account of the day.  Andrei came, we gave him some soup.  We [tape cuts off]

13



## TAPE 2
### (up to 11-13-99)

September 22

just the account for the day, what she did at home, what she did at work, she had an argument with Luba, and then went to school, and in the evening came home, and she was feeling very sick.

September 23

went to work in the morning, it was raining very heavily, there was a big argument at work, I will have to look for a new job, then I called Yura, went to store, returned the dress, went to school. In the evening Yura got drunk, really very drunk, I have never seen him like that. And again he told me leave me because you don't love me.

September 24, Friday

Yura went to work at 7:30. He's not feeling well. Then I [UI] him. Yesterday Yura returned his debt to Ainar. He's not feeling well. He left. Skirma called. The rest of the day just account for the day.

September 25

Yura went to work in the morning. I can't sleep anymore. I called home. At 12:30 Yura came. I began cooking. He spoiled my mood. And then he continued cooking. Natasha wanted to come but we told her not to. [UI] Tonight I called Ziad.

September 26

The account for the day. We went to Rite-Aid, bought some stuff. That cost $50. Then we went home. The car is sold already, Yura is upset. Went to Natasha in the evening and we watched the movie. Still don't have the period ?? and I'm not feeling well.

September 27

In the morning Yura went to work, I got up, I went to the doctor, did all the tests. I'm not pregnant. The doctor said that the label would be for free. That's great. The government is paying for everything. Then bought some groceries. Skirma came. Then Yuri came. He was very rude to me and very cold to me. Luba came. Luba called and said that I had to be at work at 9 the following day.

September 28

1

Account for the day.  Got up, had breakfast, went to work, then went to school, [UI] was in Las Vegas.  In the evening watched the movie.  Went to bed.

September 29

I went to work at 9 in the morning.  Yura was working from 10, I worked until 11.  Then went home.  At 6 I went to school.  Roma and Anya said that they child was 3 months old.  Yura is in bad mood.  He is upset with Skirma because she didn't help with the car.  Luba said that she will call me later about work.  Then I called Luba and she said to come to work at 9.  We having new teacher at school.  I'm having period and I'm not pregnant.

September 30

I went to work at 9 in the morning, Yura went to work at 10.  Then Luba told me to clean the floor.  Then I went to school, then I came home, Yura bought fruit and he received a letter from a friend, and we went to bed later.

October 1

Account for the day.  Had an argument with Luba.  She was yelling at me.  Adik is angry.  Then I came home.  Yura was at home, he and Andrea were drinking.  At 6:30 Andrea left.  Yura finished doing waterfall.  Then Hami came.  Natasha called.  Then she came, she and Yura drank wine and then she left.

October 2, Saturday

Got up at 7.  Then went to the bank.  Then had lunch.  The place was nice but the food was terrible.  Yura finished the waterfall.  Then we came home.  Hami told me that Ira and Mara have birthday on the 12th of September, and I called Borsch.  Yura finished, Yura finished waterfall in the evening.

October 3, Sunday

Yura went to work in the morning til 5 o'clock.  I was at home, did the laundry.  Yura is trying to talk Andrei to become a co-signer for the car.  I spent the whole day at home.  Yura came home drunk and upset because Andrei didn't want to become a co-signer.

October 4

Just the account for the day.  I got up at 7, had breakfast.  Then I had to go to the public notary, notary public.  Natasha didn't come to school, she's not going to continue school, went to bed at night.

2

October 5

Yura went to work in the morning. Moving again then we received DVD. Then we went to pick up the car, CD is not working. Yura said that he is going to fool around and that no one is going to keep him from it. Natasha called. Then Alex came, they drank a bottle of whiskey, Yura is very drunk. He said that I'm a witch because he has a lot of mishaps. We bought the car for $8,000 and got a credit for 4 years in the result we will have paid $12,000 for the car.

October 6, Wednesday

I go to work in the morning to clean an apartment. Then Yura came. We had lunch. Went to buy insurance. Then he dropped me off at 99 cents. I bought some stuff for $10 and went home. Then in the evening Skirma and Rob, they came. They said that they had to leave for a couple of days to Mexico and I told them that they could leave the children with us.

October 7

Today is my birthday. Yura wished me happy birthday in the morning. And then we had breakfast. He and Andrei went to work - something connected to their moving. Then Skirma said, then Skirma called and she said that she would bring the kids. Then Alex called, wished me happy birthday. And Yuri also wished me happy birthday. Spent the evening at home. No celebration for the birthday. The kids were okay. Yuri has very bad pain the back, probably pulled the muscle.

October 8

Just account for the day. Cooked, cleaned, did laundry. Took care of the kids. Yura brought some furniture for free. That's great. Talked to Anya in the evening. That's it.

October 9

Yura went to work. I slept up late. Went to Rite-Aid, bought some stuff. Yura finished work at 10 in the evening. Then we had supper and went to bed.

October 10

Yura went to work at 8:30. I woke up, I washed the car. Yuri finished at 1:30. We went to buy new tires. There we met Mark and then I will go to the doctor and they will find out everything. As Skirma and Robka brought their baby, he woke up twice at night.

October 11

In the morning I washed the aquariums. Then we put the fishes in the aquariums. Yura finished

3

everything himself. I went to sleep. Then Mark came wished me happy birthday. I spend the whole day at home with Thomas. Today is some kind of a holiday in America. They didn't call me from work. They said there is no work so far. Yura went to Alex in the evening. Robka and Skirma came. Something was wrong with their car. Went to bed at 2 a.m.

## October 12

They called me from work. They wanted me to come and work. I and also Andrei has work I decided to go to the jeweler. Then someone called, Yura answered. Then [UI] called and I'm sick and tired of him. In the evening I took a shower and went to bed.

## October 13

Woke up at 6:30. Yura took me to the metro station. I don't care what's going on at work. Adik said that I gained weight. Then it turned out that Yuva said that I'm running back and forth instead of working. Then we went to the store, to Beverly Center. Then there I met my doctor, Yura, and Bobichka. Then we came home, we had dinner, and Yura said that he was going to pay for another song. But I told him that first I need to pay for the Visa, $1500, and he got upset, and he said that he will get money for this song. It's very cold at school, and went to bed at night.

## October 14

Account for the day. Nothing interesting. Yura wants to do the recording of the third song. He finished at 5. Hamik came and he wanted to give me flowers. He took me to the store, bought all this store's clothes, then Yura came home and I went to sleep.

## October 15

Account for the day. I worked, Yuri didn't work. I listened to his third song. It's okay, but very sad. Then we went to the store, bought some food. Then we went to Home Video and rented a few movies. [UI] was going to splash and clean aquariums.

## October 16

At 3 in the morning Yura woke me up because there was an earthquake. I got scared. Nothing was damaged. And then we learned that there was – that the earthquake was as high as 7. I went to work in the morning. In the evening I was afraid to go to bed because of the earthquake.

## October 17

I woke up at 10, had breakfast. Did laundry, ironing. Then I spent the whole day at home. Yura came home very tired. Today I didn't tell Yura about $40 I want to send to my mother. I know

4

that if I tell him, he wouldn't let me. But he sends $100 to his son every month, and in the evening his wife called and asked for another $200 because she owed money to someone, and he did. And I sent only $40 twice.

## October 18

I went to work in the morning at 9 in the morning. At work a lamp exploded. I was lucky because I sitting there with my head down. Otherwise I would have injured the eyes. In the evening, then we went to splash. And cleaned the aquariums. In the evening we went to the movie, nothing interesting.

## October 19, October 20, and October 21

Accounts for the day. What she did at work, what she did at home. What movies they watched. And that Yuri was not drinking, and he is so good when he doesn't drink. It's Yuri's birthday, we went to downtown to the library, took some cassettes. Then at 11 o'clock Hami came and Mara and Rasmik. They left at 12. We watched a movie at night. I wished him happy birthday and also his wife called and his sister.

## October 22

In the morning Luba called and told me to come to work at 8. Yuri is not working today. In the evening Skirma and Rob will come and that going to drink again. Then Skirma came and then Mara came, and she told us Yura and Ramon in particular til go and to buy stuff using illegal credit cards. And we decided that we will go to the Beverly Center the following day.

## October 23

Yuri's not working. Today we woke up at 10. Then we went shopping. The choice was not very big. Yura took a lot, approximately for $2000, and I didn't get much, only for $1000 - perfume, lingerie, Mara also didn't take much. All in all, we took this stuff for $6000. And then we came home. Looked at what we brought. While we were waiting for Mara, I told Yura about Muktar and about [UI], how I met them. Then we came home, looked through the stuff that we bought in the store and decided to repeat the same thing the following day.

## October 24

Woke up in the morning. Then Mara and Hamik said that they would go to Beverly Center to get the stuff. Then Larisa and Vitali came and we went to the nature. It was very nice there. We spent time til 5 p.m Hamik and Mara didn't come. Then Larisa and Vitali said that they had to go to work at 6:30, and Yura got upset again, these kikes again spoiled everything. Then we went to the restaurant. I cleaned the apartment. At 8 o'clock, Rima came, and said that it didn't work. They couldn't take anything. And now Rima is on suspicion, and Mara cannot do it

5

anymore.  They talked about what happened today and wished Yura good health.

October 25

I went to work at 9 in the morning.  Had an argument with Adik.  He told me I would stay until 8.  And I did, I had to work until 7:30.  Then came home, drank Vodka, Mara called.  She said that she would come home late about 1, I went to bed.

October 26

I woke up, our guests were still sleeping.  Alex was making passes to Mara.  Then he left for work.  Yura took me to the metro station.  At work, Luba got sick.  Adik was not talking to me, he was only talking to Marina.  I worked til 5.  Yura was at home with Hamik the whole day.  About 4 o'clock, Yura went to Alex to record this song.  Mara was at home the whole day.  In the evening, we watched a video.  Then we went to see the movie, then we came home, and went to bed.  No love tonight.  Mara was at home.

October 27

Woke up early.  Because at 8 o'clock we were supposed to be at the doctor's office.  Luba and Marina didn't come to work and Adik had to talk to me.  I was working til 5.  In the afternoon I called home.  Mara was waiting for Arasmik who was supposed to come.  In the morning they went to Larisa.  In the evening Yura took me from school.  We went to see the movie.  Then he went to return the video to the video store.  Then Ainar came.  He fixed the fax machine and left.  Then Mara, Ira and Talya came.  We talked a little bit.  Then the girls took Mara to the date and they came back to us and they spent the night with us.

October 28

Yura went to work at 8 in the morning.  Everything is okay at my work.  I worked til 5 o'clock.  Then decided to go to the party.  We bought some beer and drank it in the car.  Then Marcia came up to our car.  We went to the discotheque.  It was terrible.  Mexican music and the surrounding was awful.  Just only Mexicans, and nothing was organized.  I took some pictures.  In the afternoon I called Yura, he was working.  Mara was catching up with her sleep because he came home only in the morning.  Yura was working til 8 p.m.  Then Rimohi came, and she and Mara went to [UI] for some kind of business.  In the evening, Yura and Mara went to buy cigarettes, and they filled in the gas tank using the illegal card.  The full tank.  Went to bed at 12.

October 29, Friday

Mara didn't come home for the night.  I believe she stayed at Tsesa and spent the night there.  Yura went to work in the morning.  I went to the doctor.  Then I came home because I finished working at 12.  I made some lunch and I had lunch, then Yura came.  I gave him some food.  We

6

came home and watched TV, made love, and slept.

October 30

Yura went to work and I'm resting at home. Did some work in the house. Washed, cleaned, cooked, then I called mother. At home there they called me to the customs because of some kind of enterprise which we registered. Then my mother went there and gave them my address. I told Yura about it, and he said that it was bad. And then I called back to my mother and said that she shouldn't be giving my - neither my address nor telephone number to anyone. At least God save me and protect me. I was busy the whole day. Yura finished at 7. And then we went shopping. I talked to Larisa. It's Halloween today. It's when everyone wears all kinds of costumes. We got the pumpkin. Then I came home, did the laundry, cooked borscht. Yura went to exchange the cassettes. And we went to bed at 12. Drank vodka. And then Yura got drunk and then began telling me some kind of nonsense that, cuz he said that I needed different kind of man, not like him. And then he fell asleep.

October 31

In the morning Yura went to work. I woke up together with him. Then I got up, did some work at home. Then watched the movie. Then I called Ramon. I called Natasha Rasiknova and I talked to her about the fact that they were looking for me because of this illegal enterprise. She said that she would call me later and that she would tell me what was going on. Oh God. Please help me and protect me. It took lock. Ina and I went to Century City. I wanted to return the dress. But I didn't have some kind of labels, and they didn't take the dress. Then Yura came, I cooked in the evening. Then Roma came, and he and Yura went to buy the stamps. Then the children came wearing costumes and I gave them candies. Yura returned without stamps. Then Yura and I had an argument in the evening. I was upset because he did everything the way he wanted. He didn't care about what I wanted. More and more often I begin thinking whether I need all this. I don't have any more patience. Who needs all this? Then Yura decided to go somewhere at 11 o'clock. He told Roma that he was training me. Then at 12 o'clock, Natasha came. We talked, then Yura came home at 1:30, drunk as a skunk. And then we went to bed.

November 1, Monday

I got up at 8, terrible headache, but I have to go to work. I came to work, but they didn't have the materials for me to work. When I came home, Yura was not at home. I watched television, called Skirma, she was not at home. Then Yura came home. He didn't talk to me. I asked him to take me to the hospital, but he refused. I went to school at 6. And I talked to Anya and she said that I was stupid because I gave all the money to Yura that I should be saving some and there, by the way, I didn't give him the money that I got at work today. I called Luba there would be no work today. Then Yura came home and we discussed what was going on, more or less, I told him everything that I thought about him. And we kind of made up. Anya called and she wanted Yura to help them move furniture.

7

## November 2

I woke up. Yura went to work at 9 o'clock. Natasha came. She picked me up and we went to Paramount Picture to Gower and Melrose to the show. We were there til 5 o'clock. Everything was all right but it was very cold. They put me in the first row the first time. And the camera was focusing on my face almost all the time. I received $33. Then another show on CBS Fairfax and Beverly, and we went there. It began at 5:15. I called Yura and we were working until 7:30. I like this show better. This is a better show because they're not shooting you, you're just sitting there and listen to very nice music. For this show I got $11. Natasha brought me home. I told him about my day and Skirma called and I told her about shows. She also wanted to do it. There was no work and I don't need it because I have shows every day. I would go to every one. Then I took a bus. I'm very cold. Something, I'm late with my period. Something is wrong. In the morning, I decided that I had to go to the doctor. Yura stole somewhere the tape recorder. Now we can listen to the music.

## October [sic] 3, Wednesday

In the morning we woke up together. Yura went to work. I stayed at home. I have one show at 5 o'clock. This same place where I was yesterday. I want to take Yura with me. Yura was working til 3:30. Then we came home, made love, Anya left her car to us, we went to the show, we earned $22. The show was over by 7:30. And Yura took me to school. Then I came home and we decided to go to Splash but nothing was available there, we got upset, and came home.

## November 4, Thursday

We woke up together, made love, then Yura went to fix the car, I stayed at home. Then the guy came to fix the refrigerator. Today the show was very dull and boring and there won't be any shows til Saturday. When I came home, Natasha brought me home, Yura was busy, at 6 o'clock he took me to school. Then from school I called Yura because I didn't have keys. He came and picked me up. Then at 10:15 we went to wash the car, and came home at 11.

## November 5, Friday

Yura woke up at 6 and went to work. Skirma woke me up at 9. We talked on the telephone. Then I washed the car. Yura asked me to go to different offices to offer his aquariums but I don't feel comfortable doing it. I had lunch. Then sent my mom a letter and $50. Then I went to Ross, then I went to John's, Yura is still working. I missed one show. Natasha called me. That's all right. I cooked dinner. Then I called Yura, he's still working. At 11 p.m. I woke up because someone was knocking on the door. It was Hamik. He was terribly drunk. He began hugging me and touching me. I got angry and kicked him out. And then I called Yura and told him about Hamik and I said that I was going to bed.

8

## November 6

Yura went to work in the morning. I went shopping and bought t-shirt for him and also a videocassette to make a video for my mother. Then we went to the show. We made $15. Wanted to go to see Sylvia, uh, Skirma, but Sylvia was very sick. Then we had dinner. Then a guy came to Yuri concerning his business and aquariums, and they were talking til 7. Yura was busy with this Jack til evening and then we had dinner and went to bed around 12 o'clock.

## November 7

We woke up in the morning. In the morning, Robert came and they invited us to come to see them around 2. We went to Rite-Aid. Yura was busy washing aquariums. Then at 1 o'clock, Jack called him and they spoke on the telephone about 40 minutes. At 2 o'clock we went to Roba, and then Yura and Robka were drinking, approximately til 7. Then we went to Roma's [UI], we didn't spend much time there, the restaurant was closed. Then we called Skirma and told her everything. Then they came to our place, Yura and Roma were drinking til 11:30. Then Anya came, till 1, they hang around, then Skirma called at 10:30. Roma was very drunk, but he came home automatically. Yura is very upset because of Anya and Roma. He just hates them. At 12 o'clock we went to bed. Yura also borrowed money from Roma, $1000, for my visa.

## November 8, Monday

I didn't have to go to work today. But still I woke up at 8 in the morning. We were waiting for Roma's call concerning the visa. Then he and Anya came to us around 12 o'clock. We spend the whole day at home. Then in the evening Roma called. He said that the price for the visa went up from $1500 to $2000 or $2500. And now I don't know when my visa will be ready. Roma's visa is also expiring on the 23rd. Today is Anya's birthday. I called her and wished her happy birthday. Then we went to John's to buy groceries. Then we came home and had dinner and went to bed.

## November 9

In the morning Yura went to work at 9 o'clock. I talked to Skirma. Roba got upset because he thought we failed him. Then I called momma, talked to her. Yura finished working at 3. Then I called Parsha, wanted to wish him happy birthday, but he was not at home. Then I called Saids, and talked to her, in the evening, Yuri's wife called. Yura took me to school, I had a test. Then we went to John's. Then to Splash. Then we came home. In the evening, Yura found out that in his electronic telephone books something was missing, and he lost some important telephones, and of course he suspected me, but I didn't do anything and I don't know how it happened. He said that he had important telephones there. We almost had an argument because of that.

9

November 10, Wednesday

Woke up in the morning, cooked breakfast. Then called Marcia. Then Yura came, he was working til 4:30. Then I went to school. Then Roma and Yura together went to pick up the refrigerator. Then I had shot of cognac because I very cold. Then I called Anya and told her that we had some pieces of furniture that we didn't need. We were moving the furniture til 1:20. And I was with Yura because he was in bad mood and I didn't want him to be upset. Then talked about visa and Sasha arranged his visa himself. And then we went to bed.

November 11, Thursday

Yura went to work in the morning. Then he called me and he said that he was coming home. I called to Anya to find out about Sasha, we were planning to see him. Then Yura called Jack and we went to him, and then we went to Melrose to the show, to see the aquariums. In the evening we watched the movie, and then drank tea. I am not feeling well. Post scriptum - it's a holiday in America, something about veterans. Probably the same thing as our Victory Day. That's why the school was closed, and everything is closed today.

November 12, Friday

Woke up at 9 o'clock. Yura went to work. I went to downtown to the library. There I met an old woman about 70. She speaks Russian very well, although she had never been to Russia and was born in Bulgaria. I stayed in the library til 1:30. Then I had to call Yura and go to the bank, and to the insurance agent. And at 4:00 o'clock I had to go see the doctor and to find out whether I was pregnant or not. I came home at 2:30. Yura was still working. Then I went to the bank. Then I went to the doctor. They made tests, and they told me that I was pregnant. They filled out all the papers and gave them to me. I was very happy and I left at 6 o'clock, came home, came home at 7 o'clock. Yura was at home. I told him about the news, he is very happy, and he immediately drank to it. In the evening Anya called. I told her about my news, she was also happy. And then we had dinner and went to bed. We made love, and I'm awfully afraid to miscarry, and Yura said that it's all nonsense.

November 13

We woke up in the morning. Yura had to go to work at 8:30. At night I had bleeding, very bad bleeding. I can't understand whether I was late with the period or I was having a miscarriage. I don't know what it was, but I know that it's not good. The bleeding was very bad the whole day. It's Saturday, doctors are not working. Anya and I went to Bloomingdale's. We wanted to return the dress but they didn't give me money. They told me I could only exchange it for something else. More than $100. We went to Glendale. They are, I couldn't return the dress either. I saw very nice boots - $129. Unfortunately I don't have money. We were working til 3 o'clock. And then I lost two very important letters that - these were the letters about the credit. And Anya had to translate them. I don't even remember where and how I [tape cuts off].

10

*Orj copy*

## NATLAYA SOLOVYEVA'S DIARY
## TAPE 3:

English translation by Ludmilla Genn
Transcribed by SA Louis Perez
"Account for or of the day" seems to be the translator summarizing the diary passages.


## November 14

The account for the day:  in the afternoon I called Ronica (Veronica?) [ph], we promised to go there, we wanted to work there,  Yuri wanted to sing his songs and I would work as a waitress. Then we called Sasha, and we went to him. Yuri talked to Sasha, and I talked to Ainka.  Yura took the documents concerning the visa, and then we went home.

## November 15

We woke up at 8:30, went to the new restaurant.  We talked to the (unintellible) there, then Roma came.  We talked about the discipline there.  I, I called Yura, then we came home.  I called the doctor, told him about the bleeding and we went to the doctor he said that I was pregnant, and that it seems that he heard two hearts beating.  It was a miracle because neither I nor Yura had twins in the families.  Then we went to Strouds and bought pillows and comforters.  All together we spent two hundred ninety five dollars.  Then we came home and went to bed.  I didn't go to school and I didn't go to the show.

## November 16

Gone for the day.  At 8 o'clock Yura went to work.  I went to the show.  It was very cold there.  I was, I got paid, seventeen dollars.  Then Anya told me that I was doing wrong, going to have the child.  That I was not serious.  Then we went, for me to get medical.  Then Anya didn't want to take me home.  She dropped me off at Western and Santa Monica.  Then I called the doctor, and he made an appointment for me to my family doctor who was going to take care of the pregnancy, to help me during the labor.  Anya called Skirmash [ph] who was the only one who approved of me.  Then in the evening we went to the restaurant.  Yura gave his cassette and a catalogue with his aquariums.  I didn't go to school tonight.

## November 17, Wednesday

Yura got up early and went to work.  I went to gynaecologist.  The doctor said that I was six weeks pregnant and told me to spend more time in bed, not to walk much.  Yura waited for us and we went to have the papers translated.  Then we went home.  Interpreter wanted sixty dollars. I called Yura, he arranged it with his friend, Yuri, a Lawyer, and we went to take the papers there.

83307

### November 18, Thursday

I got up a 9 o'clock, then Yura went to the restaurant to finish aquarium with the palm tree. He did something else, I don't know. Then Anya picked me up. We went to the show. I made thirty three dollars then I took me to the school. From school I went home by myself. In the evening, Yura was preparing documents for the visa. I began typing papers for him and, I , was typing till one in the morning. Then we went to bed.

### November 19, Friday

In the morning, Yura woke me up at 9 o'clock and told me what to type. I begin typing immediately in English (unintelligible) voices was very difficult. Then I was babysitting. Then Yura came and then we went to San Diego to move someone for a hundred dollars. We came home late. I was afraid to go there because I was afraid that they would check the papers that there would be checking points for the papers. I'm very cold and we're back home at midnight.

### November 20

Account for the day: What she did during the day, what she cooked, what she cleaned and whom she called in Russia and talked to my mother she said that Ilena's cousin died. Then I sat down and wrote a letter to (unintelligible).

### November 21, Sunday

I got up at 9 o'clock. Then went shopping. I returned one dress, a blouse, and bought another dress then I went to Ross and bought this and that in Ross. Then Yura bought a few things for himself

### November 22, Monday

Wanted to got to the show in the morning but there was no show. Went to Ross bought this, returned that  Then went to school, it was the last day. I bought two books, nothing new. Came home and went to bed. That's it.

### November 23, Tuesday

Got up. Had lunch. Went to the show. We were there till 7:30. Yura said that he was busy, couldn't bring home. Came home by bus.

### November 24

Account for the day: An...(unintelligible) came. Then we went to the restaurant in Glendale. We were there til 4. Then we came home. Then Skirma called and she gave me the telephone of an attorney regarding students visa. We went to the restaurant in the evening. Roma came and he worked an hour computer. In the evening went to restaurant, and I was working with the

83308

lights, everything was alright.  Came home at 11:30

November 25, Thursday

Account for the day:  What they did, what they ate, what she cooked and when they went to bed

November 26, Friday

In the morning, Yura went to work.  At 3 o'clock, I went to the 99 cents and bought some stuff, then came home, then I called Natasha.  Then I talked to Robka, and he again told me about Yura's wife and described what is in store for me.  He said she wouldn't let it go, and that we are going to have both physical and moral fights.  Yura finished at 6 o'clock.  I told him what Robka told me, and he got upset.

November 27, Saturday

Just account for the day:  What she did, what Yura cooked.  She didn't like what he cooked.  Then I called mother.  She didn't receive the money I put in the envelope.  What a shame just lost fifty dollars.  I told her that I didn't receive her letter with pictures either.

November 28

Just account for the day:  What she did in the morning.  What she did in the afternoon.  What they did in the evening.  Went to the restaurant.  Worked there and received 250.00 each.

November 29

Got up in the morning.  Then I called Mash (ph) about the visa, she called me back at 10 o'clock.  And we went at 11:30 regarding the visa.  A nice girl as Yurka said, she's not a Jew.  Everything seemed to be fine.  She said that she could do visa for me.  It would cost a thousand dollars plus a hundred thirty dollars.  And for 4 or 6 years, I will be studying in college then I'll get some profession.  I only had to give her a letter from the doctor saying that the two weeks that my visa expired, I was very sick and was bedridden.  We decided to meet on Wednesday.  Yura says that everything is O.K.  The only thing is, that we have to find the money.  I called the doctor and asked him whether he could give me this letter, and he said no problem.  He just needed to know the format of the letter.

November 30

The account for the day:  I went to the doctor, and he told me what to eat, what to drink.  No one approves of my pregnancy.  They say that I will remain alone with the child and that Yura will go back to his wife and his family.  I called Masha (ph).  He said any letter will do for INS.  I called Yura, the doctor, and he said that the next day the letter would be ready.  I didn't go to school in the evening.  Yura came home at 2 at night.

December 1, '99, Wednesday

I woke up in the morning with a headache, then I went to take the letter from the student visa. Then I came home. Cooked. Skirma came. Picked up the child. When I came home, Yura was at home. I, before that, I went to Anya. We went to the show and got twenty dollars. I received the photographs from mama. I told Yura about Anya and what she told me about his family. He listened and he said that everything would be O.K.

December 2, '99, Thursday

Yura went to work in the morning. I didn't have to go to work. There was no work. And I talked to Ronica, she's also pregnant. We can't get money for the visa, so there will be no visa. No one can lend money to us. In the evening, Anya called, and she said that there will be no show for us because they need new people. So I'm illegal here because we don't have money for the visa.

December 3, '99, Friday

I'm at home the whole day. At twelve o'clock Masha (ph) the lawyer called, and I told her that I didn't have money. She told me that the last day will be Monday. I don't have money, so I have to bury this idea. Then Roma called. I wanted to borrow money from him, but he said he didnt have money. Ronica said that she didn't have money. Skirma didn't have money. Yura came home angry, doesn't want to talk to me. He's in bad mood. Then he and Roma went to the new restaurant to talk about the possibility to work there. There are very few people in the restaurant although it's Friday. In the late at night, Yura came home and he went to store to buy Vodka, and he called his mother and sister.

August 17, 2000, Thursday

Got up in the morning. Went to do errands. Went to the Social Security office. They did everything very well and very quickly. They were millions there, but when they began processing my student visa, it turned out that there was nothing either for me or for the baby. Nothing, just questions and problems. I had my fingerprints done. Came home at 11. Yuri's at home. Some stuff on the internet. I called Roma and began to find out about my student visa and the result of the immigration, I'm still illegal. And this is the most important thing for me. It's seems that I made a mistake when I asked for the government program because I made myself known. I'm not in the computer in the college anymore. Everything was fictitious. In short, if they start checking now, that would be it for me. I'm afraid of it. Roma can't understand why Yura doesn't want to put his name in the baby's papers. He's the father let him talk to him. I'm very upset about my visa and my situation. Please God, help me. I always want to do better but it comes out worse. I will probably cancel all of my problems because I'm afraid. Roma was supposed to find out from the guy who processed, who did my visa. What I should do and why I don't have Social Security. And I will be doing insurance for Nastia, Anastasia. the girl, the baby. I will have to pay for Anastasia's security. I shouldn't be playing games with the government. If they say it's dangerous. And if not now, then later it would be found out. And

83310

Yuri's not here so that I can discuss it with him. I was shocked because of the visa. If I do win the green card, what should I do. I'm completely illegal here. Oh God, when will I be able to live like a normal person, with my parents next to me and my sister. The rest of the day is about the baby. About (hitting or heating?) the baby, washing the baby and just house errands.

### August 18, 2000, Friday

In the morning, fed the baby, woke up, went to, to cook. Yura left at 12 o'clock. Roma is working for Yura in the office, and Yura pays him 8 dollars an hour. Roma probably won't find out anything about my visa. I called Skirma, and asked her to cancel all the government programs. I want them to erase me from the computer. To erase all the files. She will call me back and will tell me what's going on. I called Masha (ph) and told her that the banquet is rescheduled for the third of September. It's very hot. Yura was still working at half past eight. I even called Ziates (ph) I talked to her about 45 minutes. About how they, about the trip to the sea. And all the gossips and rumors. The rest of the day is about the baby.

### August 18, 2000, Saturday

We got up at 10 o'clock. Yurka called Yura and they agreed to meet. At 11 o'clock, Ailona, Ainara called and they opened today, and they are expecting us. Yura went to Smart and Finals, bought this and that. I fed Nastia, and then when we went shopping, bought different things. Yura came and looked at what they were doing. Then they went to have dinner and didn't even asked me whether I was hungry. He doesn't care about me at all. Nastia was crying the whole day. I asked Ailona, I received 2 letters. One came from UCLA, they send the bill for the amount of 626.00 for Anastasia because her staying there was not covered by Medi Cal. I will have to call and to find out. Roma came to the store. He is helping Yura today, again, for money. I called, Anya, Yura's going to take me there. He bought perfume from Ailona for Yura. He asked him. I don't know whether it's true or not. But I do have some doubts. Then I went to Anya. We ate together. Watched television. Talked about the men, and about the children. Yura picked me up at 11 and we came home. I left my shoes for Ailona. I put them on twice and paid for them, one hundred twenty eight dollars plus tax. I don't know how much she will get when she sells them.

### August 20, 2000

Nastia woke me up at five in the morning. I had to change her. Then what she did in the morning. Cleaned, washed, cooked. Then Andre came. I called Roma and invited him and Skirma and Masha (ph) Chonik (ph). Cooked, learned about Ainka and God please help me and protect me.

Tape 3, Side B
Transcribed by SA James Davidson

then went to Smart and Final. Called Anka. Blanca told Anka everything. Then Jura called Andrei and invited him. Skirma called. Jura called. He wanted to have dinner with my Jura, so he went to the office but he was not there. I called Skirma and asked her to come. Robert came at nine o'clock. We had dinner. Jura was angry. He drank a lot of Vodka and beer. He got drunk. Was terrible. Today Jura told me that he wants to go to Jamaica with Jura to meet his girlfriend. They are going to install aquariums in her store. I also want to go but they don't give a damn about it. They said I didn't have papers and couldn't leave. Jerks. They are going to chase women and I have to stay here.

August 21, 2000, Monday

Fed the baby. Woke up Jura. Marsha said that she would come to see us...I called Skirma and asked her to find out about the bill from UCLA. Skirma couldn't find out anything. She couldn't get medical on the telephone. Roma couldn't find out anything. Alisa was busy.

Summary of rest of day.

August 22, 2000

At four in the morning, I fed Nastia. She has a cold. God forbid she is sick. Then I fed her again at 9 in the morning. Then tried to find out about medical. Then I called Vitaly and he told me to show Nastia to Yashal and said that I should drop ocean into the nose. Then I called Skirma. Talked to Robert. They might come and see us. I wanted to reschedule the appointment with Yashiri but he was not available.

Jura came at eleven thirty and went to sleep right away.

I went to the doctor. He said that I was alright and gave me birth control pills. Then Jinik brought me home from the hospital. Had a glass of wine. Then went to Marsha. Picked up our video cassettes. Came home at nine oc'clock. Marsha left at once. Jura said that he'll be home soon. I called Roma and found out everything about my visa. Then Jura came home. He had pain in the lower back. Then we had supper; ate and went to bed.

August 23

Summary of baby stuff

Marsha came. Then we went to the welfare office to refuse welfare, but the office was closed. I learned that there is a Western Union in (UI) so we will be able to send money there. I called Jura. He was trying to get money. Soon Jura came. He ate and then he began to install the new stereo system. I called Loha about video tape recorded for transferring the videos into a different system. I called mama. Anka showed up so everything seems to be okay. Juri came at nine

thirty for five minutes and he brought the pictures. Then he went to draw a picture for aquariums. Mama told me today to watch over him so he wouldn't chase other women, but what can I do about it. Then Skirma called. I was unable to find out anything from her. Fed Nastia. Nasha told me that she used to donate the eggs for money and that now it costs five thousand, but I am not sure I would be able to get pregnant after that. Jura came at two in the morning and he was very tired. We went to bed.

August 24, 2000, Thursday

Baby stuff

Skirma said that (UI) from welfare that she would put in the computer that I am working full time, but Skirma said that that's not good either.

August 25, 2000, Friday

Jura and Roma left to wholesales in the morning. Roma is finishing to put tiles. Alona called and she found out the problem with UCLA. It turned out that I don't owe them any money.

Summary of day, including Jura coming home in the evening

I went thru Nastia's clothes and some of them is too small for her. She's growing so fast.

August 26, Saturday

Didn't sleep at night. Jura went to Home Depot. Then he came home at 1:30, had lunch, and went to the furniture store. Then Rosa, Armenian girl called. She said that there will be no social security number for me. I called Roma and on Monday I'll find out why. Nastia is not well. But that's alright, I put her to bed and I went to sleep myself.

August 27

Summary for day: cooked clean, washed, etc.

At 2 o'clock I called Jura. He was somewhere at the gun show together with Jura and then they went to the office. I called Robert and Skirna and we went to the ocean with them. At the ocean, we talked about the business, about restaurants, about the shares. Someone wants to get out of the business to sell his share and it seems that Jura wants to buy this share.

August 28, Monday

I received this stroller. I called Roma and reminded him about my visa. He said that he would talk to the guys about it. At 4 o'clock, Roma came and took all the documents and went to those guys to talk to them about it. Then, Roma came at six o'clock and he brought me bad news. He said that I was not lucky. That something failed there and the person **who was doing my**

documents was busted, so that's why nothing came out for me, and that I shouldn't be showing up in Los Angeles. That I have to go to another city or to another state to process the papers. And the social security deal also failed. Roma said that he would go and try to find out what I should and where I should go to get Social Security and what city I should go to process the papers. I called Skirma and told her about the news. Then Jura called and said that he was still working. At least this is what he told me. I'm angry at Jura. And I said that as soon as I met him, everything went upside down in my life. No luck at all. And he's not paying any attention to me. That he thinks only about himself. Then Losha came at midnight. They were sitting around talking and Jura sold him his gun. I don't know whose gun it is and where he got it from.

<u>August 29</u>

Summary: Child stuff, girlfriends, Garage sales, cleaning, cooking, washing, feeding, bathing baby

Jura got himself a new cellphone

<u>August 30</u>

Summary: what she did, what she cleaned, whom she called, got refusal from welfare.

Called Tikran to Vegas to find out about the address. He doesn't mind. Then I called Dima to San Francisco. Also he said if I needed it.

<u>August 31</u>

In the morning, Jura left to do errands for Visivy, (UI) and Jura's buisness. He was busy and I stayed at home. Then Roma came and he said that on Tuesday my documents would be ready and they would be changed for my Las Vegas address and on Wednesday, on the sixth, we will go there. Alona called. She said they were waiting for me and that they had a couple dresses for me.

Then Roma called. He said that they decided to go to the restaurant Versaille on Sunday all together. And then, Roma called to say he didn't want to go to Robka's birthday. And Jura didn't want to go anywhere. He doesn't want to wait for me. I need my own car as soon as possible because I am sick and tired of asking everyone to drive me around.

Jura left again and didn't take me to Anna. No one wanted to wait for me today. I was angry at everyone. Went to bed at midnight

<u>September 1, 2000, Friday</u>

Summary re baby

Had an argument with Jura. He didn't want to take me there. He is angry that I made **friends**

83314

with Anna. He is very angry and we constantly have fights because of it. I yelled at him and he said that he would throw away the stoller. He is such a "busted." Always thinks about himself and doesn't give a damn about me or about the baby.

I called Jura. His cellphone didn't answer. I called to the restaurant to find out whether Jura was there. Then, at 11 o'clock, I called him and asked him to pick me up and he did it. It turned out that he was working til late.

September 2

Summary re baby.

Jura and I made up.

Summary of rest of day. Manicure, pedicure, bought dress and pair of shoes

September 3

Summary of early day.

At 4 o'clock, Jura went to pick up Marsha and to bring Marsha here. Marsha was baby sitting and we went to Versaille. We were there at 8 o'clock. There were plenty of people. I saw my hairdresser, Marina. She happens to be Slava's wife. Slava is the former owner of (UI). And now there is Adima and someone else. There were a lot of people. At first I didn't like it, then everything was okay. I called Marsha from time to time. I think she's doing well with Nastia.

Summary of party. Aquariums looked very well. 1 o'clock we came home. Marsha was not sleeping. We sat and talked and then went to bed at 3. Also, Jura's wife called him. It's her birthday on the fourth of September. Jura got seventeen hundred fifty from Dima. He also owes him $1250, which he borrowed from him.

September 4, Monday

We got up. Iouri took Marsha to work. Iouri came home. I cooked meal for him. We were at home the whole day. At around 2 o'clock, Losha came. He brought beer. And Jura gave him $1150 for the gun. I also took $30 for myself and I gave him the film to process it.

September 5

Nastia was not sleeping the whole night. Jura got up at nine and went to clean aquariums; to Luda, to Jura, then he went to Alona to get this table to make tags for the dress, so that I could return the dress. I called Marianna; talked to her about welfare, about my student visa.

I called Roma. He said that he'll find out everything after lunch. Then I called (UI) to **Vegas. I** will see her tomorrow. I might still need her help. Then I called Alona, mama, Ira, Natasha. Jura

and I argue all the time.  Nastia is crying.  I want to sleep.  We went to return the dress.  My documents would be ready on Thursday.  It means that the trip to Vegas will also be rescheduled. Jura came home late.

September 6

Summary: Argued with Jura.

He said we are not going to go anywhere until we have enough money and a car for me.  I don't want to take it any more.  I am sick and tired of him.

83316

*defense*

# TAPE 4

Sept. 7 - Thurs.

Mostly about the baby.  About an argument with Yura.  [UI] Anait to Welfare.  About Medi-Cal but Anait is still on vacation.  I will have to call her back after the 18th.  Mostly about the child, about what she bought while shopping and by the end of the day she and Yura made up.

Sept. 8, 2000  Friday

Mostly about the baby.  Yura and I made up.  Then Lyosha came.  He brought photographs and a tape and also left 200 dollars for the cell phone.  He registered it to Yura's name so when the bill comes we will pay it and whatever is left, plus money for the photographs, we'll have to return.  Roma came at 5:00, he didn't have time to pick up my documents, we'll do it tomorrow.  Then the rest is about what she did, what she cooked and what they ate.

Sept. 9

Mostly about the baby and what she did during the day, what she cooked, what she cleaned, with whom she talked.  Roma complained to Yura that I am pushing him with the documents.  More on baby.  Dima from Versailles called.  Also friends from Khabarovsk called.  Sveta Semyonova is here for 3 months now.  And then bathing the baby, feeding the baby, having dinner.

Sept. 10 - Sunday.

Yura's wife called him and he chatted with her.  The description of what she did during the day, wanted to go to the beach but Yura's car broke down and it happened right on the freeway so they couldn't go to the ocean.  Then they came home.  Yura/Ioura brought a tart with rum from Jamaica we all had it.  Nastya was not feeling well - light temperature.  Then I called Larissa, chatted.  Yura came home late.

Sept. 11, 2000

Mostly about the car that broke down and had to be repaired.  The beginning of the school year.  Then Andrei came with a new guy that is working there.  Anya called, I talked to her.  Romka brought the papers but there were a lot of mistakes and I told him about it but he didn't give a damn about it.  It's not his papers.  At the end we almost had an argument.  Yura also began arguing with him and then they all left.

Sept. 12

Very hot.  We have to decide what to do with the car.  The repair is 2500.  Yura constantly tells me that I'm fat.  Doesn't make it easier for me.  Went to see friends, came home at 8:00.  Yura came at 10:30.  P.S.  Ioura gave money to repair the car.

83317

Sept. 13 - Wed.

About the tests in school. Then about the baby, about the visit to the baby's dr. about what she did the rest of the day, who came, Roma took him to the office, very hot. Skirma called. I called whoever I could. Came home at 9:00. Then watched tv.

Sept. 14

The plumber came, then Yura went to work, also he had to take care of the car. I went to Ross. I called the children's dr. to ask a few questions about Nastya, about the baby. [UI] about the repair of the car and whom she called, what she did, what she cooked, as usual, nothing interesting.

Sept. 15

Mostly about the baby and Roma came and again took the docs to change them. The date of birth was wrong, then the description of where she went shopping, what she bought, mostly about the baby, to whom she talked on the telephone and what she did the rest of the day at home just housework.

Sept. 16

Mostly about the baby, and what she did during the day. When Yura came and left, when they slept and ate, about the car repair, Roma came and took the papers. The rest of the day ....just what she did the rest of the day.

Sept. 17

About what Yura did, about what she did, cooked and then he went to the office. He was expecting a call from Ioura's girlfriend. I made a list of those who we wanted to invite to Big Bear to celebrate my b-day and Nastya's b-day. Not everyone would be able to come, then we went to see friends. Then about the party, about how they bathed the babies. I'm angry at Yura. He's not paying attention to me. Larissa's Vitaly, helps her a lot and does everything and Yura is very rude with me. Then we came home and we had an argument in the eve. At night he was not feeling well and Larissa gave us a little dress but not the same as I gave her probably it was the cheapest, Jews are Jews and I still invited them to come to Big Bear. They agreed and they will come.

Sept. 18

About the baby, called to the Social Security about Medi-Cal but Anait was not answering. The plumber came. I went to school with the baby then Yura was at home, he cooked and he went to the office [tape skips] . . . I called home and learned all the news about what was going on there and then I tried to give Nastya a bath for the first time in the big bath. Then Yura came and we talked about us and I asked him why he didn't love me and he said that he was very tired, that he

was working by himself and that he was spending someone elses money and that there was no profit at that point and still he couldn't see the results of his work and he's very upset about it. Also he told me that I had to earn presents and he said something bad about the baby. He said that he was going to either steal or take the baby from me if we break up that he would be the one to decide what to do. We'll see.

Sept. 19 - Tues.

About the baby. No one can come to my b-day and no one who I want to see. Then about the baby, what she cooked, when Yura came and left, about baby again. Yura said he will have dinner in a restaurant. He began going there too often. Then the telephone bill came and the bill for Lyosha's cell phone which was registered to Yura's name.

Sept. 20

Mostly about the baby. Then I called about Medi-cal and I learned that I was not in the computer anymore. Now I have to go there and get registered again, but my papers are processed for Nevada and I don't know what to do. Then went to school, tried to find out why the bill came from UCLA again. Yura was working in the office. Called and talked to different friends.

Sept. 21

In the morning we went to Wilshire to the Social Security to get Medi-Cal. He left me there and left. Again I filled out the papers and went to Anait and this time I changed my mind because of mine and his document, illegal. I told her that he was the real father of the baby and that the other one is faked and she said that we shouldn't be doing it because it's a crime. In the result she tore apart some papers and she told me to think until tomorrow and to come together with him, the following day and that she would think something for us and she'll try to help. Again I wasted time. He came to pick me up at 12:00 and on the way home I told him everything and he said that I was very gullible and those people could report me and that Anait would help them to do it and that I shouldn't have told her about us and the truth. I don't know, I trust her. Oh, please, God, protect me and save me. Of course, he was not going to go anywhere the next day so I don't know what is going to happen in future. Oh, please, God, help.

Then Yura brought us home and went to do his own stuff. I didn't go to school. Then I talked to Skirma. Tried to find out about the bill from UCLA. <u>Then I went to Rite-Aid. I bought some stuff in Rite-Aid and also stole a cap from the bottle the same that I left in the hairdressers.</u> Came home, Yura was not at home, then about the baby. Went to bed. Yura came at 12:30.

Sept. 22

About the baby, about school, about shopping, what she bought in Jons, about her friends, who can come and who cannot come to the b-day party. The weather is bad. Yura is busy, about the baby again. Yura came home at 11:30 and we went to bed.

Sept. 23 - Sat.

Account for the day, what she did in the morning, where she went, about the baby, about the errands during the day.  Called to Skirma and then Andrei called.  He invited us to come.  Then we went to Marianna and Andrei.  Nastya fell asleep.  Yura/Ioura talked everyone into going to Big Bear and we came home at almost 1:00 a.m. and went to bed.

Sept. 24

What she did during the day, laundry, cooking, ironing, mama called, cleaning.  Yura came late and fell asleep.  At 11:00 his wife called.  I talked to her and Yura said he didn't want to call her back.

Sept. 25

Account for the day, what she did, about the baby, about friends, Skirma said that she has a coupon for Toys-R-Us.  Then the friends that she talked to, then we went to Jons, bought groceries, bought something else, came home, had dinner and went to bed at 1:00.

Sept. 26

Account for the day, also how they were going to rent the Big Bear.  Yura had a small car accident.  Then he came home, then he took me to the doctor, about the visit to the doctor, what the doctor did and what the doctor told her and how they were packing to go to Vegas the following day.

Sept. 27 - Wednesday

About the trip to Las Vegas and the trip was for the purpose of getting Social Security Number in Las Vegas.  When they left in the morning, how they got there, what they did in Las Vegas and I gave them Tigran's address to send the papers.  When we came home, I began to worry that I gave them Tigran's address because I am afraid that he would take advantage of it and somehow do some kind of hard.  Oh, God, please, save me and protect me.

Sept. 28

About the baby, about the future trip to Big Bear.  Then I called Tigran, told him that he's going to receive my Social Security Number.  Then again about the baby, then what Yura/Ioura did.  Then he came home at 8:00, then he called those people who had a small accident with him and he told them they owed him 135 dollars but they didn't want to give the money.  He went to them to find out what's going on.  Then Yura came home, he was very angry because these kikes gave him only 50 dollars.  I fed him and we went to bed.

Sept. 29

83320

About the baby, how the baby is growing, about the friends that they will all go to Big Bear. The baby was not feeling well, slight temperature. I'm not feeling well, I also have slight fever. Yura came home at 9:00 and I read the magazine and then we went to bed.

Sept. 30

About the baby, about Yura's work, then Yura left at 10:00. He called to Ioura and he had to pick him up from the airport on Monday. Then the rest of the day what she did, what she cleaned, what she washed, what she ironed, went shopping. The baby didn't eat well and in the evening, Andrei and Marianna came to see us. Went to bed at 11:00

Oct. 1, 2000 Sunday

Mostly about the baby and about what she did, what she bought while shopping, what she didn't buy because it was too expensive. Yura said that Ioura called and that tomorrow at 6:40 he's coming. Then about who she talked to on the phone and at the end Yura bought a present for Romka, perfume Chanel from Ainar for 40 dollars.

Oct. 2

I had nightmares at night. Nastya . . . [side A ends]

Oct 2, 2000 - Monday.

I had nightmares at night then Nastya woke up. I fed her. Anna called, talked to Yura. He went to the bank and deposited 400 dollars and then went to the office. I went to school, fed Nastya there and then we began preparing to pick up Yura/Ioura from the airport. I don't have anything nice to put on. At 6:00 we went to the airport to meet Ioura from London. At 9:10 we were going back and at 8:00 came to Roma to the b-day party. Later, we were the first. Later, there came Ainar, Alyona with children, Skirma, Robert, Raimond, Bulochka [PH], Stasik [PH] and as always everyone was drinking. Yura was very angry today and he didn't talk to me on the way back.

Oct. 3 - Tues.

They got up, what they did during the day, had breakfast, who called, whom she talked to, whom she left messages. Larissa called. I asked them whether they were going to the Big Bear or not. I didn't go to school. Yura called to Ioura maybe they will go to the office. I called home, talked to my father. I did laundry. At 8:00 I called Yura. He is having dinner with Ioura in the restaurant, Rasputin and then he came at 8:30 with a cake from Jamaica from Ioura.

Oct. 4 - Wed

Mostly about the baby and what she did during the day. Yura went to Ioura and they decided to go pick up aquariums and then they're going somewhere else. They won't tell me where anyway.

83321

Then she talked on the phone with this, with that, we were invited to Vanya's b-day. It's cold outside. I invited Ioura to my b-day and forgot to tell him about my daughter's b-day. He came and took almost all of the aquariums. Also, went shopping and what she bought for the baby.

Oct. 5 - Thurs.

About the baby, what she did in the morning. Then I went to Ross to see what I could buy for the b-day present. I didn't buy anything. I only stole shoulder pads and the hangers for the child. Then came home, washed, cleaned cooked. Then we went to Olga's and Sergei's b-day and I was terribly ashamed because we gave them as a present the cover for 50 dollars and that was it. Not flowers not anything else, no toys. It is such a shame. I feel terrible. They did so much for me and Nastya and I gave them just trifles. What a shame. The party was very boring although there were a lot of people. At 10:00 we wanted to go home but Sergei stopped us and sometime later he was sorry about it because Yura got very drunk and began talking nonsense about Jews and began cursing Jews and Sergei and his friend Igor didn't like it and at the end they just kicked us out. Now I don't know what they are going to think about us, what they are going to talk about us and how it all will end up. I was very ashamed for everything, for the present, for Yura's behavior and his attitude towards me and towards other people, but I got some recipes for blintzes and how to make Korean carrots. That's great. Came home at 1:00. Yura was driving very fast and I was yelling at him and he didn't give a damn.

Oct. 6

About the baby, account for the day, when she woke up, when Yura came, when Yura left, how Yura was feeling, whom she called, whom she talked to, who is going to go to Big Bear with them. All the telephone calls and conversations with the girlfriends. About the baby, again. Went to Jons, saw there, Vavka [PH] and began doing some housework.

Oct. 7

That's my b-day. At 7:00 fed Nastya and then Yura went to the office. Then there was several calls wishing me a happy b-day, then mama called. It was a surprise for me. Yura came at 5:30. He and Ioura went to Slava to see stolen merchandise, stolen stuff and maybe he will give me a video camera. And my Yura didn't give me anything. Then Yura in the evening came home with the flowers and champagne and then my Yana [PH] with champagne and [UI] with flowers and I was very upset because I didn't get any presents. Then cleaned, washed and went to bed.'

Oct. 8 - Sunday

Just the account for the day. What she did, where she went, what she bought, wanted to go to the ocean but Yura wanted to go to the park and went to K-mart and then it was too late to go anywhere. Came home and Nastya doesn't want to sleep on the side. I'm afraid she will have a flat head. Couldn't fall asleep for a long time.

Oct. 9 - Monday

83322

Account for the day, when she got up, what she did with the baby, when Yura came and left, where they went, what they wanted to buy. Went to Wilson, they have just old crap there, then came home, then Yura went somewhere at 7:00, he went to play soccer. Then he came home and he cooked dinner. I called Tigran, Soc. Security arrived. I gave him the address and he's supposed to send it to me. And also Yura found out that Ioura is not a Jew and that was like a bomb on his wound. He became very happy. In the eve. his wife called. I talked to her. Today is a holiday and the school is closed.

Oct. 10 - Tues.

Nothing interesting, who called, who didn't call, with whom she talked, who was not at home, about the baby, didn't go to school, Yura came home late, he came home drunk, I was angry. He got drunk in Versailles with Ioura.

Oct. 11

Nastya is 3 mos. old. Happy b-day. This whole day is the description of the trip to Big Bear. How they were packing and how they went there, what they bought, how much money is spent, when they left, about the baby, what freeways they took there, what place they were staying and who came to Big Bear. She was very unhappy because the presents that she received were only for 250 dollars and the expenses were almost 1,000 dollars. Also, she got very tired and was working the whole day. Didn't rest. Ioura was waiting for his girlfriend from Palm Springs. Then she came at 1:00 in the a.m. and brought only flowers. Nastya was sleeping very badly and that's it. Nothing interesting.

Oct. 12 - Thurs.

Just the description of the day in Big Bear. Men were fishing and women stayed at home, cleaned, cooked and ate and talked and drank tea with the cake.

The owner of the property was very mad at them because they made a lot of noise the night before.

Oct. 13

Description of the day and also she was writing about what they did the last day in the Big Bear and how they packed, what they had to clean and how they got home. When they got home, she write, "I received a letter from mama with the pictures and the documents for the lottery. Also, my Soc. Security came with the right to work, only with the permission." Now I have to go and get the DLicense. Nastya is feeling better here. Yura didn't want to help me. He went to Slava first and then to Ioura to bring him the gun and something else. Housework, late at night and we went to bed.

Oct. 14

83323

Just an account for the day, what she did in the morning, what she did in the afternoon, and what she did in the evening and who called and with whom she talked.

Oct. 15

Woke up at 7:00, fed the girl, then went back to bed, had breakfast, fed Nastya. [UI] still having a cold in the head, began doing laundry, Nastya began crying. I asked Yura to take care of her and he played with her for awhile and put her back and went to watch tv. He's such a bastard, doesn't care about his own child. I don't think I will be able to take it for a long time. Let him go to hell, I don't need such daddy for my daughter, he's not even in the papers. As a result, we had an argument, he went to Mishka. I talked to mama. They both look very old in the pictures.

Oct. 16

The description of what she did during the day, with whom she talked. Yura drove her to tears, he thinks it's all my fault. Then I went to school then came home, then Yura came and we went to the doctor. The tests were not very good. We are barely speaking. Then Yura went to take care of the aquariums. Everybody is terrible, they didn't want to pay for rental homes in the Big Bear. They said that I should have told them before. Terrible people, but now I know what they are. Send money to my sister. Then Yura came home and we made up.

Oct. 17.

About the baby, how she ate, how she bathed her and spent the whole day cleaning. Detailed description of what she cleaned and how she cleaned. Also Yura said something about Miami, he and Ioura are going to go there. Who knows what plans they have. The following day I had a terrible sore throat.

Oct. 18

Mostly about the baby, about Yura when he came and left, whom she called, then she went to school and there is a new teacher. She knows Yura/Ioura. Then came home. Yura is spending time with Ioura and doesn't care about me or the baby at all. Ioura is more important for him than I and the baby. All right if he doesn't want to pay attention to our needs I will find someone else who will be more interested in me and the baby. We do not need the father that doesn't give a shit about us.

Oct. 19 - Thursday

The same stuff about the baby, about Yura, how bad Yura is, spends all the time with the other Ioura and drives him all over and goes shopping with him but he doesn't like shopping. Probably he doesn't like to do shopping with me but everything does for Ioura as if they cannot exist apart.

Oct. 20

83324

We had a big fight with Yura and he said that we should divorce that we should break up. He and Ioura are going to Turkey or to Belgium. Who knows where. When I asked what about me, they told me that they don't need a big company there that they are going on a business trip. And here I realize that he only thinks about himself and doesn't give a damn about me. He got angry and went to the embassy. Then he came home, we went to Smart and Final and on the way there he told me that we should break up that we shouldn't be staying together because we are only hurting each other and that we are breaking up. He'll try to help the baby. I was in a shock. What a bastard. I am ready to kill him. He is such a traitor and I am sure that this is all Ioura's influence. I hate him. And after that I cried and cried and cried.

There is another news. Roma called and he was very angry at me and Yura after Big Bear because of money. He didn't want to talk to me. I cannot believe that this is the end and that I am alone with a baby without documents, without money, no English. Please, God, help me. I talked to Anya [Anna], I talked to Skirma and I complained that I am by myself with a baby that Yura doesn't want to be with me. When I came. . . I went shopping then came home. He and Ioura went somewhere, either to Andrei or somewhere else. What a nice new friend he has this Yura/Ioura. What a bastard. Still I don't believe that this is it. I called Anya, I called Masha. Then talked to Olga and Veronica and then called Anya, my sister. I went to sleep at 11:00. I still can't believe that this is it, that I don't have a family, that I don't have a husband anymore. I wanted to be married so much but it's not fated. He came home very drunk and I had to clean up after him.

Oct. 21 - Saturday

Nothing new, about the relationship with Yura. I hate the other Ioura, they went to the restaurant Versailles, then they came back. They were talking, I was listening. I was upset to see how Andrei is playing with his child and Yura doesn't pay any attention to our daughter. Then Ioura called him, they were laughing on the telephone, probably about me. I talked to Veronica. Yura spent the whole day in the bedroom and he was watching television. Lyosha called. I told him about our problems. He said that everything will go away. I don't talk to Yura. His wife called and wished him happy b-day.

Oct. 22

Yura's b-day. His wife called him in the morning and then his sister called him to wish him a happy b-day. Then friends called, then a few words about the baby, then who came, who left, Veronica came, Ioura came. I hate the other Ioura. They were sitting and drinking. I don't want to talk to Ioura/Yura. What presents he received for his b-day and then it turned out that the other Ioura didn't know about our breakup and maybe Yura really didn't tell anyone and I just opened my mouth. Then Yura said he was going to give up smoking. We slept separately and he made up his bed on the couch.

Oct. 23

In the morning Ioura came and both Yuras/Iouras were going to go to the embassy and they

83325

returned they glued something in the passport.  Then Anya called and Veronica called.  I went to school, came home.  Both Yuras/Iouras came home, they ate and then left.  I began cooking. Anya said that I was wrong with Yura.  Then Marianna and I went to AA program, I didn't understand anything and went home.  Yura was not at home.  I was doing the papers until midnight and then Yura came.  I also called father and filled out the application forms.  Then Yura and I had a conversation and he asked me why I said he's a selfish person and he told me that I should marry Ruben and what will be with the baby and where am I going to live and with whom.  I don't understand but that's in the future.  I didn't ask him.  He again slept in the living room.

[END OF TAPE]

83326

*d.f all*

# Tape 5

Oct.24

About the baby, about the relationship about Yura. with Yura. What she did during the day, called mama. She said that Nastya looks very much like Yura. Still don't talk to Yura. He came home at 10. He was not hungry, he said he had dinner with Ioura.

Oct. 25

About the baby, she and Yura made and Marianna called. And I told everyone we made up. At school they told me that I can't go to school with the baby because she cries. How else can I learn English. Then again, about the baby, then friends came in the evening and they had dinner together and drank.

Oct. 26

What she did in the morning, what she cleaned in the afternoon, washed and cleaned and uh, was doing laundry and ironing. Didn't go to school. Yura came at 10:30 with the bottle of Vermouth.

Oct. 27

Got up in the morning. Yura spent the whole day with Ioura. I went to school. Nastya behaved herself. When I came home, washed, cleaned, cooked. Then Ioura came and installed Internet, switched us to Internet. That's great. Free for a whole month and he showed us Russian sites. Then Yura took him home and uh that's it.

Oct. 28

In the morning Yura went to Ioura and he told me that they were going to the airport. Ruben and Ioura want to buy a plane and I don't know what my Yura has to do with it. At 3 o'clock I called Yura. He was still with the other Ioura. I asked him to come because I needed to go shopping but that Ioura is more important for him. On Mon. or Tues both Yura's (Ioura) are going to Turkey. Yura told me that he is going there to help Ioura with some kind of deal. They are going there for a week. I don't believe him. They're probably going there to have fun. He is a bastard. He wanted to leave me with the baby and to go screw around there. He is lying. I don't like it. I'm very upset.

Oct. 29 - Sunday.

Got up in the morning. Yura didn't want to go shopping with me. Again spent the whole day with Ioura. They are going to Turkey on Sunday. We . . . I asked him to buy some food and he did . Then he came home. They are going to Turkey tomorrow and I am very upset that I can't go anywhere and I have to stay at home with the baby alone. Bastards, they are going to have fun

83327

and to screw around. All right, I will also do something that he won't know. I went to bed at 11 o'clock then Yura came home.

Oct. 30

Yura and Ioura are going to Turkey. I am very upset that they don't take me with them. Yura packed and they went to the airport. He left 200 dollars for me. In the evening I went for a walk with Nastya, bought some candies and called Masha.

Oct. 31

Halloween, I went to school, talked to girlfriends. It's boring to be home alone. The baby is crying a!l the time. In the evening called girlfriends and relatives. Then I called Svetlana and we talked then I got some other telephone numbers from her, then I called mama. She told me the news. Also, Yura's wife called. I don't know why she needed to talk to him urgently. What could it mean. But he didn't call me yet. Went to bed at 1:00.

Nov. 1

Yura called. He had problems with the visa to Turkey. He said that he was still in London, will call me later. I wanted to go to the library but it was too late. I don't know what Yura is doing there. He is such a bastard. He is having fun there and I am staying here with the baby. I also want to be in London and to go to Turkey and to go to different countries.

Nov. 2

Mostly about the baby and about the housework and where she went shopping and what she bought.

Oct. 3 [sic]

Did some housework in the morning. Talked to friends on the telephone. Went to Rite-Aid. I got the birth certificate. I got .. . received by mail Nastya's birth certificate. Got a credit card for 150 dollars. Yura called - he is still in London and he will go to Turkey only on Monday. Then Skirma called. I am angry with Yura because he is a bastard.

Nov. 4

The same account for the day. Yura called at 9 o'clock just for one minute. The scoundrel doesn't have more time for me. Then where she went shopping, how much money she spent, what she did with the baby, whom she called, with whom she talked. A call to Skirma, called mama and wanted to call her girlfriend in Khabarovsk.

Nov. 5

83328

About the baby, about shopping, whom she called. with whom she talked. Laundry. cleaning the apartment, Nastya is not eating well. Then went shopping. what she bought. Yura didn't call today. He is probably having a good time.

Nov. 6

About the baby. about Yura. How bad he is, just a scoundrel. doesn't call me. doesn't miss me. He is probably chasing women there and I didn't want to talk to him. When he called I didn't pick up the phone.   We have a new student in the class. an Armenian from Baku. His name is Vadim. Then about Nastya, about shopping in Ralph's. about shopping in Rons, no Ralphs and Jons. Then talked to her girlfriends.

Nov. 7

Yura called at 5:00 in the morning. Everything is all right. He promised to call tomorrow. Then she called her girlfriends. Some were still sleeping. She talked to others and then what she did during the day. In the evening Yura's wife called, probably she heard Nastya crying.

Nov. 8

About the baby, about the friends, I am very upset because my girlfriends' husbands give them diamonds and roses and Yura doesn't give me anything. Went to school, went to Ross, bought a few things, withdrew 60 dollars from Yura's credit card. Called her girlfriends and then called Vladiakin [PH] then I called Chickishov [PH] and he couldn't talk to me because Tonia [PH] was standing nearby. She is pregnant. Then I talked to Rudik, Alyosha. He gave me his email. Then I called Sasha Miller, then called Shikan, he was not at home and also called mama. Thank God everything is all right.

Nov. 8 - Thurs.

Yura didn't call the whole day and I worry about him. His wife calls from time-to-time. Then the stuff about the baby, about school, about girlfriends, about Tanya. again about the baby, then again whom she called which of the girlfriends she talked.

Nov. 10 - Fri [sic]

About the baby, about her girlfriend then went to Rite-Aid, what she bought there, how much money she spent and how much money is left and again about the baby. Yura didn't call although he promised.

Nov. 11 - Sat

Nastya is 4 mos. old today. Then Yura called in the morning. He said that he couldn't get tickets to Los Angeles. Spoke to me very quickly. It is very cold outside, then what she did during the day. She went to do manicure, pedicure. Then bank statement came and . . . according to the

83339

bank statement I still had money on the credit card but they didn't accept the credit card. They said that there was no money there. Then came home, electrician called, then he said that .... electrician called and he said that he was driving . . . that he was passing by Yura's office and he saw that the window was broken there. I asked Lyosha to go and to see what was going on and he did. He is a real friend.

Nov. 12

About the baby, about her telephone calls to her girlfriends, about her girlfriend's visit, how long the baby slept. Anya [Anna] called and she stopped by and I gave her the papers for my visa because Roman didn't want to come in. Then about the baby again. How much money is on the credit cards.

Nov. 13

About the baby, about her friends, about the baby again, about her girlfriends, about shopping., what she bought, what she cooked. Came home, watched tv and went to bed at midnight.

Nov. 14

About the baby. Yura called, he got sick there. He will leave Turkey on Friday and also he said that he bought a leather coat for me but I don't know what kind. Then about shopping about girlfriends, what she did the rest of the day. Again about the baby and about ordering some stuff from the catalogs.

Nov. 15

About the baby, about her own periods, she is afraid that she is pregnant. She called her girlfriends, about what she did with the girlfriends. Then she went to see Marianna, they talked and then she came home.

Nov. 16

About the baby, about a visit to her friend, what they did there, what they ate and when they came home.

Nov. 17

About the visit to the doctor with the baby. All the details of the doctor's visit and all the details of her development, physical development. At 5:00 Yura came with the presents. He's alive but he's not feeling well. He has the flu. Brought a lot of presents and full account of the presents and what he bought for her and for himself. He made money - 8,000. He didn't tell me much about Turkey. Something is new about him. I don't know what it is.

Nov. 18

The description of what she did during the day, what Yura did, where he went, with whom she talked on the phone, about the baby, about what they bought, about what she went shopping for. Then Robert called, then about the baby again, the baby was sick. high fever and uh Yura said that I should get together with Olga and try to make money on the Internet the same way she does and that also I have to lose weight.

Nov. 19

What she did during the day, what time she got up. when she did laundry, what she cooked, what they ate and what they did in the eve. and what time they went to bed.

Nov. 20

When they got up, what they had for breakfast. Ioura called and both Yuras/Iouras went away to do some errands. Then about the baby and the housework that she did, then I called Veronica, then what she cooked. Yura came home at 4:00 then went to the doctor. I'm not pregnant. He took the tests. Yura said that he was going to go to Miami again, that he signed a contract with Gucci. Again, he is going to have fun without me, scoundrel, a pig and a bastard and I hate the other Ioura.

Nov. 21

Again the same stuff, what she did in the morning, when Yura came, about laundry, about ironing. Yura went to Russian Roulette to talk with the owner about the aquariums then Yura came at 3:00, then he went to Garik, then who came to see them in the eve. I talked to Yura about doing something about my documents and he said that when he returns from Jamaica after a contract and will have money and that so far we are not going to go anywhere and that also for the New Year he is going to go away and to leave me alone again. He is such a scoundrel. I told him about 3,000 that I owed. He didn't believe me and I was mad. If he doesn't . . . if he stops giving me money, I will leave him. I don't need him.

Nov. 22 - Wed.

Yura went to the office in the morning. I am not really doing anything at home. Yura spent the whole day with Yura. Then he went to Santa Monica to the carpenter. I don't know what they are doing. He is very secretive. He is not saying anything. They have some kind of secrets, mysteries. I am afraid that they will get involved with crimes or something criminal. I didn't call him the whole day. Then I called him in the eve. He was still with Ioura. Who knows what they are doing there.

Nov. 23

Got up in the morning, had breakfast then both Yura/Iouras came to have lunch and I had to cook. He doesn't spend money with me at all. Ioura tried to calm me down. I see that he cares about me more than my Yura. He is very rude with me. Then what she did with the girlfriends

and where they went and what they did and whom they met on the way home and then we went to Ioura and came home. Yura was drunk and he said that I did not live him anymore. Then his wife called him and he brought the vacuum cleaner from Ioura.

Nov. 24

Yura is at home the whole day. I cooked, we ate, then we went shopping, then on the way back we began discussing what we are going to take with us when we move and Yura said that everything will stay there for other people, for Ioura's/Yura's friends that they were going to live here in the apt. and he doesn't say a lot. He said that he was ... that he was going to surprise me. Then we came home, watched television, then Yura went to Good Guys and I called Rosipnova [PH] and told her to open an account in the bank so ... [side one runs out]

Nov. 25

It's been two years that I'm in America. We got up the morning. Yura went to Ioura. I was at home. What she did at home. Then about the baby, then went to do manicure, pedicure. Nastya was behaving. She was not crying. I cleaned, vacuumed, washed and cleaned, I called mama because I received the package from her with the children's stuff. Yura came at 8:00, then Luba called, then I talked to other girlfriends, then about the baby, again, then cleaned. Yura watched tv and went to bed.

Nov. 26

Just what she did during the day. Cleaned, washed, did laundry, took care of the baby, then cooked, then we went to the parade in Hollywood. Took pictures, then came home, talked on the telephone with friends and then was very tired at the end of the day. Talked to Alyona. Their store was burglarized.

Nov. 27

Took Nastya to the dr. everything is all right. She doesn't have health problems. Yura went to Ioura and then she did the housework and ordered books to study English. Talked to the girlfriends. Yura came home at 9:00.

Nov. 28

Yura went to Ioura. They were doing something in his house. They were taking out all the old stuff. I began the diet. Lyosha rec'd the green card. Then what she did in the morning and afternoon. We decided to celebrate Lyosha's green card and go to a restaurant but she couldn't find the babysitter so she decided to take the baby with them. There they played pool. Nothing interesting for me. I could have stayed at home and then we came home.

Nov. 29

In the morning went to DMV but I was supposed to make an appt.  Then Yura went to Ioura. They were busy about the house and I went to the kids store.  Everything is very expensive.  Then I went to Jons bought groceries, came home, didn't do anything at home and Yura came home at 7:00 o'clock.  Then I bathed the baby and went to bed at 11:00.

Yura/Ioura sent 200 dollars at home and didn't tell me.

Nov. 30

Again got up in the morning, had breakfast, found out how much it costs to call Khabarovsk and Lithuania, then about the baby.  Was sitting and learning the rules for the DL.  Yura came and brought some cds.  Went to bed.

Dec. 1

We got up at 8:30.  I went to take the test for permit for DL.  There was a Russian woman there and she found out that my passport expired and she said that I have to renew it.  I paid 12 dollars and failed the test because I made 9 mistakes.  Now I can only repeat the test on Monday, came home.  Then Yura called Ioura and we went to the Chinese rest. and also Yura/Ioura has the stamp, the embassy's stamp and he can renew my passport.  The Russian embassy stamp and he can renew my passport.  Then I called Marianna, then Robka [PH] called. He is going to Lithuania.  Yura wants to send some stuff to his son.  I called the embassy but it turned out that they do not have stamps anymore that I have to get the new passport and that costs 300 dollars and I don't know what to do about the visa.

Dec. 2

I was trying to find out the passport stuff and Yura/Ioura told me not to worry that he'll take care of it. Then we went to a Japanese rest.  My Yura paid for everyone.  Then they brought me home and also Ioura/Yura took my passport and he said that he was going to send it to Russia to renew. Oh, God, please.  I'm so afraid.  I hope that everything will be all right.  Yura came at 12:30. They went to Versailles.

Dec 2 [sic]

Again the account for the day, about the baby, tried to find out from the Internet how to renew the passport.  Then went shopping.  Yura came home in the eve.  I went to Jons to buy some groceries then in the eve. gave Nastya banana and she ate one ounce of milk.  That's it - nothing interesting.

Dec 3

Again the same, what she did in the morning, what she cleaned, what she cooked, what she washed, what she bought during the shopping.  Yura went somewhere and he spends all the weekends only with Ioura.  Then did laundry, ironing, talked to her girlfriends.  Both

Yuras/Iouras came in the eve. home to have dinner at home. I learned that he sent money to his son, 200 dollars. I got very upset. He's very stingy with me. And then the rest about the baby.

Dec. 4 - Mon

I got up in the morning. Went to DMV - made 4 mistakes, but the examiner felt sorry for me, passed me. Then I went to the doctor. Everything is all right, got a ticket and talked to my girlfriends, some stuff about credit cards, then I made an appt. for driving lesson. I want to start driving, to learn how to drive. Yura came home at 6:00 and then the rest about the baby.

Dec. 5, 2000 - Tuesday

The first driving lesson, I liked it and then came home, cleaned, cooked, washed. Yura and Ioura came for lunch. I told them that they should respect my work and the floors were clean. I wanted them to take off their shoes and we had a conversation about it. Then in the evening friends came to see them, tea and cake. Then took care of the baby and went to bed at midnight.

Dec. 6

I had a driving lesson in the morning, went to downtown. Then I called mama and also I called Rasipnova [PH]. I owe her 2.250 dollars. That means that 750 is for mama. I will ask Yura for more money. I can send money through Shikan. Called him, left a message. Then we went to bed, about the baby. Both Yuras/Iouras went to gym. Again, he only thinks about himself. Then Shikan called me and he is divorcing his wife. She found someone else and she is awfully depressed.

I fed the baby. Yura is not at home. He is probably having fun somewhere then he came home at 10:00. Went to bed at 1:00.

Dec. 7

Yura woke me up and told me to go to WIC. Then we went to Alyona, to the store, then to the office. So what they did during the day. Just the account for the day. Went there, went here and went Alyona. Opened the bank acct. Talked to Anya [Anna], had a driving lesson, went to the airport. Andrei called. He said that he broke up with Marianna. [UI] called. She is going to casting tomorrow and they will take me with them. Then Yura came, Robert called. Went to bed at midnight.

Dec. 8

What she did during the day, went to the casting, did shopping, Yura came and said that he has a surprise for me. Went to casting and they told me to prepare a portfolio for 380 dollars. Skirma is going to take pictures of the kids. Then about the baby, Yura is not at home and he came home late.

Dec. 9

Had driving lessons, went to the freeway, then came home. . . . is not at home. Didn't call. Called mama. Called Yura. He said that he'd come home later. He came home at 2:00. He said that he was in the restaurant, saw Roma. Roma pretended he didn't know him.

Dec. 10

Had a driving lesson, then Yura called, then Anna called, then Larissa called, then I called Rasipnova. Then I called Yulia. Wished her happy b-day. So a list of whom she called. And what she did in the eve. and what they had for dinner.

Dec. 11

Got up at 9:00. Both Yura/Iouras went to Palm Springs. Then everything about the baby and then what she did, when she ate, when she went to school, when she came home. At 5:00 called Yura at Palm Springs, what he bought. Went to Jons, then went to Ross, bought some stuff. Came home. Called Alyona and Yura came at 10:30.

Dec. 12

Yura woke up at 8:00. Lyosha came. Yura taught him how to clean aquariums. Then I called, Skirma, Marianna. Then Marianna called UCLA to find out about the bill that they keep sending me. Yura came home at 11:30 and then he left to clean aquariums at his clients. There was a test a school. Then what she did at home. Yura/Ioura called in the eve and he said that my passport had been renewed. Then cooked, did laundry, ironed, fed the baby. In the eve. Yura came home and he brought my passport and the passport was renewed.

Dec. 13

About the baby, then about the bill from UCLA, then she had a driving lesson, then went to school, then came home and did the laundry, cooked, called friends. Yura came home at 11:30 and he said that he's going to Jamaica, probably before the new year. I got upset again.

Dec. 14

What she did during the day, whom she called, went to the hairdresser, then went to the dentist, then went to find out about the car insurance in the future. Everyone was playing with the baby at the hairdressers. Came home at 6:00. Yura said he'll come home late. In the eve. bathed the baby. Went to bed at 11:00. Yura came home late.

Dec. 15

Driving lesson in the morning, then I came home and Yura told me that he had to go and pick up a small table. I was going to go see friends. Yura came at 11:00, I fed him and then the other

Ioura came and at 1:00 we went somewhere and when we got into the apt. that was the surprise they talked about. That was our new two bedroom apt. I was in a shock. Of course, I expected something of the kind, but still I was in a shock. Then when my Yura said that he had to give the keys to the lady of the house, only then did I realize that it was our apt. Everything was there, the furniture, all the appliances, all the small stuff in the bathroom, 2 balconies, 1400 sq. ft. It costs 1400 a mo. and Yura paid for year in advance - 19,000. He bought himself a tv set with a new system. All in all, about 50,000 dollars have been spent. Plenty of closets and glasses and mirrors and there is a washing machine. There is swimming pool, sauna, Jacuzzi in the bldg. Now I understand why he would come home so late and leave home so early in the morning, lately. He was probably taking care of this apt. I began sorting this stuff. Nastya was crying. She thought we were visiting somewhere. Yura went to buy food and came home about 8:00 then Ioura came and he brought flowers and there were even vases in the apt. Then Skirma and Robert came with the kids and they brought flowers - poinsettia just for Christmas. Also, during the day we went to the bank and opened an acct in my and Yura's name and he put 5,000 dollars there so I can use it and then they brought me home. Ioura left at 3:00 and I put Nastya to bed at 10 and also Yura showed me the tickets to a cruise in May, 2001, so I have to lose weight as soon as possible and then everyone left and Yura and I talked and we went to bed at 2:00.

Dec. 16

In the morning Yura took me to the old apt. I washed the floors and called Marianna and then I began packing the things to bring them to the new apt. I am very tired and sleepy. Then we went to Ralphs and came home and I cooked dinner. We went to bed a midnight.

Dec. 17

Driving lesson in the a.m. Then we went to Sherman Oaks mall and Yura mostly bought everything for himself and for me he bought only a pair of shoes for 30 dollars. Also bought something for Nastya. I was very angry at him because I wasted the time. We had lunch, then bought stuff for Nastya and brought me home at 5:00. and then he went to his diving lessons. I stayed at home and sorted the stuff that he bought. I put Nastya to bed at 10:00 and Yura came home at 11:30.

Dec. 18

We woke up at 9:00 then Yura went to the office. I'm staying at home waiting for the carpet then I talked to Skirma, waited for Yura, he came at 1:00 and took us to the old apt. He came to pick us up at 9:00 and then we went home and I was driving for the first time. Our car is huge but I'll get use to it. In the eve. I called a friend and wished her happy b-day. We came home and there is also a Xmas tree with decorations and the ironing board. He bought everything. [Tape ends].

*defense*

## NATALYA SOLOVYEVA DIARY - TAPE 6 (SIDE A & B--60 minutes)

Transcriber: Davidson from Ludmilla Gin's oral translation

December 18

*Summary: What Juri did during the day--what she did during the day--came home---the first driving experience---*

Our car is very big but I'll get used to it.  When we came home, Christmas tree was already there.  All the decorations and all the toys.  I'm very happy about it.  And the most important thing is that he gave me kind of Christmas present--bracelet with small diamonds, white gold and small earrings for nice (UI).  Then, uh, during the day, Juri came, and he said that he sent hundred dollars to (UI)

December 19

Got up at 10.  Juri couldn't call home because the telephone was misplaced.  Then he went to do his own errands and business.

*Summary: Natalya describes whom she called during the day--what she did with the baby*

At night, Juri had to get up at 3:30 because he and Jura are going to Jamaica.  I am very upset because they are going there to have fun and don't take me with them.

December 20

*Summary: When she got up--when she fed the baby---where she went---who came--when she left*

Then we went to the former apartment.  I was driving.  I took the keys from the mailbox and from the apartment to Misha.  Then Jura called.  He was alright.  The difference was two hours.  I was (UI) called when I was in the former apartment and he is going to stop by on Tuesday.

December 21

*Summary: when she got up--what she ate--what she cooked--whom she called*

Then Robert came and I wrote him a check for $1000 for the business.  Then I had driving lessons.  Robert told me that Jura was not coming for the new year because he was busy.  I got very upset, such a bastard.  Then, I paid the bills.  Then I went to the bank and I deposited the check for $5000 and received cash $4000.  Then I went to the former apartment and packed things there.  Then came home, Jura called.  Then I called mama and told her about my latest news.

December 22

Got up. (UI) asked to lend her money. I will have to ask Jura. Then talk to Marianna, then to the sister, to Anya. Then went to do shopping. Today I received the credit cards from the bank. (UI) called in the evening. He is leaving. He will be here on Monday. It's a little bit not the right time, but that's alright. Juri didn't call today.

December 23

*Summary: When she got up---what she did during the day--dry-cleaning, shopping--sending money to the sister--alteration to jacket--what she bought at the Rite-Aid. Juri didn't call.*

December 24

*Summary: What she did during the day--what she bought in the stores.*

(UI) called. He was on 101 and was going to come soon. I put Nastia to bed and at that moment they came. That was great. They stayed for the night. I laid their beds in their living room. Sergei and I talked. Remembered past and talked about (UI). Went to bed at 4 o'clock.

December 25, Christmas

Jura called. It's a Christmas day. We went for walk to Santa Monica Pier--to the ocean. We went to the amusement park. I was driving.

I left Nastia alone at home for the first time. We went to the old apartment and then came back.

December 26

When she got up, which she did during the day, went for a walk. The Chicons called me. They wanted to go for a walk to Hollywood. I talked to Marianna. (UI) called. He paid the bill. Juri called but I was not home.

December 27

Wanted to take the driving test but was late. I was not on the list. I'll have to come again and take it on the 17th of January. Then went to the Universal Studio. Came home very tired. Called Marianna's mother and agreed with Masha, arranged with Masha that she would come tommorrow. I wanted Larissa to baby sit with Nastia, but she couldn't. Vitaly said that there is going to be amnesty for illegals--I need to take advantage of it.

December 28

I got up at 6 o'clock. Left at 8. Went for my apartment. Woke them up. Went the store. Then came home. Told Masha how to take care of Nastia. Today I left them for the whole day. Took the directions and at 11 she come. Her son and I went to Disneyland. *(Disneyland description).* Called mama. (UI) gave her only two hundred dollars. Called some (UI). Dima is going to give

her money in January.  Then talked to Chicon.  Then went to bed.  Jura didn't call again.  What an asshole.

December 29

Got up.  Did some errands.  Jura called during the day.  He said that he was in Cuba.  What an asshole.  He's having good time and again has only one minute for me--and he's not coming for the New Year.  I was very upset.  I cried.  Then I began thinking where to go and what to do.  Then cooked.  Sergei with his son came at 6 o'clock.  I left Nastia with Mishka and went with Sergei to the stolen stuff store, but it was too late--they were not there.  I did laundry for them.  Sergei fixed the telephone, then the Video Tape Recorder.  Then we remembered past.  Wanted to go to Vegas, but she said that it was not realistic; that everything was booked there.

December 30

The new year is very soon.

*Summary: What she did--where she went-had the car washed--then we went for a walk--what she bought--mostly for the baby--then went to Ralphs.*

Sergei came at 5:00.  We had dinner and then Mishka stayed with Nastia and we went to mall.  Then we went to Vons, bought grocery and came home.

December 31

Jura called in the morning and he asked me what I was going to do for the New Year Eve.  I'm so mad at him.  He's having a good time and he's abandoned us.  Busted.  We are here by ourselves.  Then Sergei called and they came to me and we went to Long Beach.  Then to Catalina.  There we met a couple.  Olya, Olga, and Sasha--doctors and their three children.  We spent time with them--nice people.  When we came back we exchanged telephones and went home.  We came home at 11 o'clock.  They immediately went home there.  Called different people and I was by myself at midnight.  Very sad and I'm very upset that--that busted is having a good--pig.  Jura's wife called and left a message that she loved him--that she was waiting for him--that she hoped they would be together for next new year.

January 1, 2001, Monday

Called Sergei in the morning, then went to see them.  They were packing to go back.  I gave Sergei $3,250 and returned money to Natashka.  Then $1000 to mama.  And Dima gave my mother $200 for the new year.  At last, I paid all the debts.  My guests left.

*Summary:  What she cooked, what she ate and whom she called: mama, but she was not at home.*

January 2, 2001

Jura hasn't called for two days. A pig. Doesn't have time to call me. What a "busted." I got up at 10:30. (UI) at home in the morning. Didn't do anything. Then I went to the bank and withdraw $2000 cash. Then I went shopping. Bought (UI). Came home. Talked to friends and began taking the pills to lose weight.

January 3, 2001, Wednesday

I got up at ten. Today's the first time I exercised. Then Chican called. They are alright. Then Jura called from Jamaica. He's coming on the 10th. He's so business-like. Busted. Again, I got very upset. Then, I met my neighbors and I stayed at home.

January 4, 2001, Thursday

Summary: What time she woke up--fed Nastia-- whom she called--what she bought--dressery-- when thru mail--bought some maps to know where to drive

January 5, 2001, Friday

*Summary: same*

Called Masha but she can't stay with the child. Then went to Target and (what she bought). Jura called. I was not really happy about it. I don't like that he is (working) there.

January 6, Saturday

Then went to see friends. Visited the friends with the cake (or kid). Juri called. Said that he missed me. I don't know. I don't know. Then came home.

*Summary: Who she called--with whom she talked*

Nastia cries alot.

January 7, 2001

Today is Russian Orthodox Christmas. Nastia woke up at 8 o'clock.

*Summary: What she cleaned. Whom she called.*

Jura didn't call. Natasha doesn't eat well. I called mama and we talked.

January 8, 2001

Nastia woke up very early. Nastia is not feeling well. I gave Tylenol. She has fever. Today I received Medical for her. Thank God. Then I went to do shopping. Came home and there was a message from his wife. She said that she loved him. That she was waiting for him and that she

loved him very, very much. And Jura called me at 7 o'clock and he said that he loved me. Probably he was drunk. Went to bed at 2.

January 9, 2001

Jura called. He said that he was coming the next day. Then Losha called. He cleaned the aquariums.

January 10, Wednesday

It's raining today. Had very many errands to do. Then I went to office. There was Robert. Then I went to the airport. Traffic was terrible. I didn't find them right away. Then Jura saw me in the baggage place. One suitcase was lost. It arrived with another plane. Ruben came to meet the other Jura. He made a lot of new friends. Jura looks different. He changed his beard. Looks like a real business. I have such a feeling that he had very good time. Just that he let himself go. Busted. We came home at 11 oc'lock and Jura was very upset that I didn't do anything at home-- that I had three weeks and asked me what I was doing during these three weeks--that I had not prepared nice supper for him. He was very upset and he upset me too. He said that I wasted alot of money and so on, and so on. And I was very upset that he was having good time and I have to labor here.

January 11

Summary of day, including complaining of Jura

January 12

I got up at 8 o'clock

Summary of day

At hair salon, there was a nice girl--Russian girl--very interesting person. Then came home. Jura was at home. Jura was in bad mood. Then we went to the restaurant to celebrate Andrei's birthday. Jura got drunk there. He wanted to stay longer, but I talked to the other Juri and he told us to go home. On the way home, I don't know what for, he tore his shirt--ripped his shirt. Then we came home. He was driving like crazy. I hate him at such moments. Came home at one o'clock. Again, he began conversation that I did not love him. That he was going to find another man for me. He drove me to tears. And he said at the end of the month, he is going to go to Europe again to work, but I don't believe him. I'm so tired. We went to bed at 2 o'clock.

January 13

Summary of day

Came home, had a party. I looked nice. Then the guests came. Volodia and Tanya, Ainar and

Alona with the kids. And Marianna and Andrei. And Lowoshka, and (UI) and Robert. We were going to celebrate the Russian tradition of the old new year, but it was not fun and nothing special, just another party.

January 14

Got up at 8 o'clock. Then we went to downtown. Jura said that he wanted to buy a cheap Mercedes but he didn't tell me anything before that. He has a lot of money, but not for me. They didn't find what they were looking for and went to another dealership. Then he paid 40,000, fifty percent for the car. That's big money, but he's buying everything only for himself, and doesn't give a damn about me. Only promises to give me money for the papers. Then, we came home, had dinner. They talked. Had their own conversations. Their own business. They are hiding something from me and they are doing it very well. Then, Jura went to take the other Jura home. Then he came at nine o'clock and began asking me about Sergei and what I was doing when he was away. And he thinks that I'm lying to him. But he's lying to me. He doesn't tell my anything.

January 15

Got up at 9 o'clock. Jura waited for (UI) and they went to the bank. I was going thru the old receipts and thru the old checks and I found his airline tickets. It turned out that he bought them on the 12th of December and he was supposed to leave on the 20th and return on the 10th. And he was lying to me when he said that there were no tickets to come sooner. I got very upset. Then both Jura's came at 6 o'clock. I was feeding Nastia and Jura got mad that I didn't put his dinner on the table. I'm so mad at him. Then he went to take the other Jura home. I called Chican. Everything is okay. Jura came home. He doesn't talk to me. He seems to have alot of money and I don't even know anything--what and why and how. And he's not talking to me.

January 16

Summary: What Jura did, where he went, when he came back--what she did during the day...

Jura doesn't talk to me. Big deal. In the evening, we began talking. He's upset, he said, that I'm not taking care of the house, that I didn't do anything, that I don't call him anymore, and that I don't cook for him.

January 17

Went to DMV. Tried to take driving test, but failed because I drove into the intersection to the yellow light. Juri said that I was very stupid; that I couldn't even pass the test. Then I went to the airport to meet Nadia. Then I went to Alona, to the store, and bought their stuff for $140. Then I came to Nadia. She didn't change. We came home at midnight.

January 18

Got up at 8 o'clock.  Fed Nastia.  Then went to the store.  Went to the doctor.  Went to Alona.

Summary:  Where she went shopping, what she bought, what she returned.

Jura bought an Armani suit for himself and he went to Slava.  When we came home, Jura said that in the former apartment, on the mirror, someone wrote something, and that he was jealous because of this--people who stayed there.

January 19, 2001, Friday

Summary of day

Went to Alona's store.  Paid her $1690 for the clothes that I bought for myself and Jura also bought a suit for himself.  Then went to 'baby r us' bought some other stuff, then came home, and we had dinner--also we had guests.

January 20, 2001, Saturday

Woke up at seven, fed Nastia.  Nothing new.  Called everyone.

Summary of errands.

Then I bought a (UI) for Jura and brought it to his office.

Summary: hair dresser, pedicure, manicure, came home, cooked and had dinner.

January 21

I'm not feeling well.  Nastia has a cold, a high fever.  Jura had dinner with the other Jura.  I didn't hear when he came home because I was asleep.

January 22

I'm not feeling well.  I stayed home.  I'm taking care of myself.  Jura went and he bought skis and ski suit and boots.  Whatever he needed again--only for himself.  And then they left.  The other Jura called in the morning to ask how I was feeling, and my Jura doesn't give a damn.  I hate him so much.  He knows that I'm sick and at night when Nastia began crying and he knew that I was sick and he didn't even come up to Nastia to calm her down.  I had to get up and to calm her down.  I hate him for that so much.  He is such a "busted."  I'm not going to have another child with him.

January 23

Again Nastia woke up at 9 o'clock and Jura didn't want to come up to her and I'm sick.  What an asshole.  I sickened he doesn't give a damn.  I hate him for this.

Summary: drycleaners, post office

Then in the evening, Jura came with Wala and they fixed some appliances at home.

January 24

Summary:  What she did during the day, whom she called.  Sacks Fifth Ave. but didn't buy anything there.  Fed Nastia in the car.

Then, Juri came and he said that they were going to go skiing.  And again they are not taking me with you.  What a "busted."  What an asshole.  I hate him for this.

January 25

In the morning, Jura went to ski.  They didn't take me.  I was so mad.  When he gets sick, I will also go somewhere and have fun.  We'll see how he is going to like it.  He doesn't give a damn about me.  Came back at 7 o'clock.  Didn't tell me how it was and then he went to have dinner with Jura.  What a "busted."  What a pig.  It's not enough that he wasn't here all day--in the evening he also left me alone.  Alright, I will remember that.  I hate him so much.  He doesn't have any feelings for us.  We are not talking to each other.

January 26

Woke up at night. It's raining.  Want to go to Elton John concert.  Juri doesn't want to go.  Alright, I'll go myself.  Then, I had supper, cooked, fed the baby.

January 27

Got up.  Had breakfast.  I'm at home the whole day.  Olya and Christina came.  They left at 11.

January 28

Got up early.  Jura went to the office.  I went shopping.  Spent $679. Then, withdraw another $160, then went to the hairdresser, manicure, pedicure, then went to the restaurant to celebrate Alona's birthday.  I got drunk.  I danced.  Then I felt sick.

January 29

Got up.  Took care of the baby.  Cleaned, cooked, talked to the friends.  Went to Luba.  Then came home.  Did laundry.  Made dinner.  Gained six pounds.

January 30

Got up at 8:30.  Fed Nastia.  Talked to girlfriends, then went to the bank to find out the problem wiht the four hundred dollars.  Then met a guy.  His name is Dima.  He is in massage business.

He offered me a job--Swedish massage.  No thank you.  Couldn't get the tickets because they were sold out.  Then went to the office--to post office.  Then to the children's doctor.  Nastia's very sick.  A lot of homework in the school.  Then (UI).  At 11 o'clock, went to bed.  Jura blames me for our relationship.  Also, on Thursday we are going to ski with Iouri and his girlfriend, Marina.  I also told Jura about the child, but he said that he was right.

January 31, 2001, Wednesday

Jura went to the office at 10.  He took my car.  Nastia is sick.  Talked to (UI), Alona, Marianna, (UI).  In the evening, Jura called and he suggested that we go to Hibachi for dinner and there I met Iouri's girlfriend, Marina.

February 1

I woke up at five thirty.  Took Nastia to Marianna's mother--told her what to do.  Then we went to the mountains to ski.  It was the first time for Marina and me.  It was painful and very difficult.  Only at the end of the day, I could do something.  Then I fell asleep on the way back.  Paid the baby sitter.  Nastia's feeling better.  Then came home.

February 2

Jura went to the office.  I slept til 8.  Then, Jura called.  He was busy.  Then I called Skirma.  I have a lot of pain in the legs, in the arms, in the back, and also the face is burning.  Then, Jura called and said that we'll have dinner at Versaille.  We went to Versaille in the evening.  There was Sergei.  We came home.  We again had a conversation.  It turned out that Roma told his mother about me, the baby, and Jura, and his mother told everything to Jura's wife.  And that was at Andrei's birthday.  What this come is this Roma.  Frankly speaking, I didn't expect this from him.

February 3

Went to the ocean.  Jura was angry.  I had to return stuff.  What she bought.  What she returned.  Went to bed at midnight.

February 4

Went shopping in the morning in Beverly Center.  Wanted to return some stuff and bought some stuff.

Came home.  There was a message from Jura.  His mother passed away.  Terrible, terrible news.  Of course, he is not in good mood, and he takes on me everything.  Then I called my mama.  Everything is alright.  It's a pity that Jura had not talked to his mother.  In two days is his birthday.  Of course, he will send money, but he can't go there.  Nastia fell down, but I believe everything is alright.

February 5

Summary of day: shopping, grocery, etc., fed Nastia, called sister

February 6

Went to the bank to find out about $400. Guests came in the evening and we remembered Jura's mother. They are burying her today. And today is her birthday. Robert came. Roma came. Misha. Skirma, Marianna, Andrei, Iouri and Marina. Everybody was helping me.

February 7

Iouri's Marina is going back to London today. I went to the children's store, bought some stuff. It's cold today. It's raining. We saw some pictures from the skiing and Jura went to pull out a tooth.

February 8

Summary: Things did during day, what car she drove

Took video camera and went to Skirma and we went to the ocean. Then Jura called. He's still busy in the office.

February 9

Went to take the driving test. Passed the test, but I will get the driver license in six months because it has to go thru INS. I'm also very afraid. Please God. Help me. In the evening, went to the movie and drove on the freeway for the first time.

February 10

Nothing special, went shopping in Century City, Bloomingdales, returned some stuff, bought some other stuff. Then bought Chanel and Estee Lauder, French perfume, altogether $280. Jura was in the office, then he came home.

February 11

Jura went with Jura and Losha to the shooting range. They are not working today. I stayed home. Nastia is seven months old today. Jura called and said that he'll come home soon.

February 12
Summary of day: Macy's, returned, bought, returned home, cooked this soup and that soup.

Jura called and he went to Slava in the evening, bought something from him. Came home. Began playing with new stuff.

February 13, Tuesday

Summary of shopping.

Jura came home at 10 and he's not saying anything to me.

February 14

Today's Valentine's Day. I gave him present in the morning. He didn't give me anything. I'm gaining weight. Then, I went to the hairdresser. In the evening, I went to the restaurant. He gave me flowers. Then, in the restaurant, I didn't want to dance with him. He didn't want to dance with me. He is again in a bad mood. I was driving the car home.

February 15

We had an unpleasant conversation in the morning. He was upset that I didn't dance wth him. Then we came home, and watched television. I also called the attorney and he said that either I had to get married or I need a sponsor--that's how it is. Please God. Help me.

February 16

Cleaned car, washed this, washed that. Bought lingerie for $151, then went to the restaurant in the evening. That other Jura is always with us, as if we can't go anywhere without him.

February 17

Kara is coming this night and we'll have to meet. I have to prepare some packages for her. Went to the freeway at four o'clock, then to the office. Went to Ralphs to buy groceries, then came home.

February 18

Jura went to Jura and didn't tell me what they are going to do. I have more important stuff to do. I prepare the things to send home with Kadia, and then I went to her and I left the stuff with her. Then we came home and took pictures of our apartment. We had dinner. Jura got drunk. Then I took Nadia (Kadia) to the hotel and came home and went to bed.

February 19

Went shopping to Beverly Center (description of what she bought, etc.) Kadia bought something for herself. Then went shopping to Ralphs. Then went to the old department. Computers were not working there. Kadia was packing and I helped her. Then I came home.

February 20

Went shopping. Marianna called. Rina called. Then I went to Skirma. Then I fed Nastia. Went to Vons to pick up the photographs. I did't pay for them--just stole. Then I returned two video cassettes, then took new ones. Went to the bank. Called Jura. He was at home. Came home and watched movie.

February 21

Jura took car to have it repaired. Then, the other Jura called and he said that my apartment was very dirty. It's none of his business. Then I told Jura that Medical did not cover Nastia's hospital. But he said that we were not going to pay for it. Please God. Help me. I began cleaning up the apartment. Then, Jura called and said that they are coming home to have dinner. I began cooking. And also they said that on Wednesday, they are going to London, Paris, and Europe for a whole month. And somewhere else.

[END OF TAPE]

*defense*

# Tape 7

Feb. 27.

They had a party. They cooked for the party and how the party went by.

Feb. 23.

What did she did during the day who she returned money that they owed. Was trying to send my suit. I don't like it anymore. In the evening made dinner but Yura came home and he was not hungry.

Feb. 24.

Got up at 10. Did some errands around the house then received bad news. Driver's license was denied from DMV and ID was also denied. Please God help me and save me. Yura said that we will decide what to do about out. I called Rasytnova [PH] maybe she has connections so that I would be able to buy diploma about the graduation - diploma. Also called Redmonovsky [PH]. Of course he had connections and we decided that we were going to use the connections to get out of the situation.

Feb. 25, Sunday.

It was raining the whole day and I stayed at home and watched the movies. The baby - Yura came home and brought food from the Russian store.

Feb. 26.

Yura had a car accident. Then I called Mariana and Skirma [PH]. Both Yura's came home. I need to find a lawyer to take care of my stuff.

Left Nastya with Yura and went to a lawyer. She said that it will cost me from 5-8 thousand. I also need a diploma. I will have to call Russia and ask them to buy a diploma for me.

Feb. 27.

Spent the day with attorneys. Went to the first attorney in Pasadena - American lawyer. His services are 3 thousand dollars. I also need to get a diploma for the student visa. I went to Masha who used to help me before. Then came home fed Nastya. Called mama and said that I needed a diploma.

Feb. 28.

Both Yura's went to London then to Monaco. They didn't want me to take them to the airport. I hate them for this. Then Lyosha [Alexander] came and took them to the airport. [UI] was doing

83349

the errands. Laundry - grocery and reading mail.

March 1, 2001 - Thursday.

About the errands and shopping what she bought how much it cost then manicure. pedicure. Whom she talked to went to Ralph's then came home talked to the accountant then lawyers then came home. She did laundry and went to bed.

March 2, - Friday.

Yura called. They are fine. They arrived to London. Then I went to attorneys. The first one is on Wilshire. His name is Robert. He will charge 4 thousand. He will provide me with an employer for 3 thousand or 6 thousand plus diploma will cost me 1 thousand and fine 1 thousand and the taxes 475. I liked him and I liked his offer. But the question is in the money and I don't have the money so far. Then I went to the second attorney to Santa Monica. I didn't like him. I had to wait for 40 minutes and besides the attorney is a Jew and he is terrible. Even when I saw him, I didn't want to talk to him. Also there I found out that I had lost the bracelet and I'm very upset about it.

When I came home I called mama and told her that I didn't need the diploma anymore and then called some other friends and talked to them.

March 3.

Some errands in the morning then went to take pictures for the passport. Yura called then I called Redmonovsky [PH] he wants 1200 for the diploma but I decided let the atty Robert do it.

March 4 - Sunday.

What she did during the day and about the baby.

March 3 [sic]

Yura called and said everything is okay but he wouldn't tell me the truth anyway. Went shopping bought this and that, toys and cartridges and then took pictures of myself and Nastya for the passport then went to the atty on Wilshire and gave him all of the papers and he said that he would do and international DLicense and ID for me and everything will cost me 295 dollars. Also, I wrote the check for 1,000 dollars for the diploma in other words we began doing my document. Then I came home - it was raining. I wrote a check for Lyoshka for his expenses and for his services. Then I called Skirma. Nastya had her first tooth. Skirma told me that it's a custom that I had to rip the clothes. When I was doing it I accidentally cut Nastya. Had to take her to the doctor and both were very tired.

March 6 - Tues.

What she did during the day.  Whom she paid money for what.  How much it cost her and the errands.

March 7 -

What she did during the day.  Whom she called what she did with the baby.  Went for a walk came home at 10.

March 8 -

Today is 8th of March.  Whom she called - where she went shopping - what she bought.  Then Baranita [PH] wished [her] happy 8th of March [women's day].  Then Yura called me - also wished me a happy holiday. He was going to Germany and also gave me the Belgium telephone number to get in touch with him.

March 9

Just an account of the day.  Where she went shopping, what she bought, sent a parcel to mother and fed the baby, did some papers and went to bed in the evening.

March 10 - Saturday.

Spent the whole day cleaning the apartment.

March 11 - Sun

Nastya is 8 mo. old today.  Lindley, our street is closed today.  Jews are having some kind of a holiday.  Who she called, who she talked to, took pictures, where she went for a walk, scratched the car, called Miller [PH] but he spoke very coldly to me.  I'm not going to call him again.

March 12

Called the atty.  The papers aren't ready yet.  Went for a walk with Nastya.  Called here, called there.  Went shopping to Ralph's.  Called another attorney.  [UI] send the papers to him and called Yura but he said that it was night there and that he was not going to talk to me.

March 13

Called the atty.  No news so far.  Yura is coming tomorrow and I didn't do whatever he told me to do.  I didn't have time to do everything.  And I have to go and pick him up tomorrow.

March 14

Yura came home today. His flight was late and that's good. I had enough time to do everything.

March 15

What she did during the day. What the baby did, where she went and the errands during the day.

March 16

Went to the atty in the morning. He took my international DL and ID and he also found an employer for me for 4,000. Yura looked at him. He asked him whatever he wanted and he said that now the question is to find the money. Then we went shopping, bought this - that. I was driving but I didn't drive well and Yura said that I was a bad driver. Then Ainar called. He also needed legal documents. He is depressed. Vova called and he gave us the telephone of another atty for green card which will cost 4,000.

March 17

Robka [PH] returned from Lithuania. He brought Yura some presents from his wife and the letters. Yura read the letters and didn't say anything about it. He doesn't tell me anything either about his wife or about what's going on.

March 18 - Sunday.

A very hard day - wanted to go to the lake, to our local park and it is so hot just like summer. Then who she talked to, wanted to go shopping but I don't have money. Played with Nastya. Yura came home at 8:30 and went to bed a midnight.

March 19

We are not paying money to the atty. We are waiting and we want to see what the other atty's will tell us. Then cooking, shopping, what she did during the day and what she cooked during the day.

March 20

An atty called - Sergei and he invited to meet with him. We went to see him and he offered to process the documents under a different name. I don't know what will come out of it because of the child. We have to think about it and the price is 5,000. Yura grabbed this idea. Oh God, please help me. Yura went to the doctor then to the office. Then I talked to Olga and Rosa and did some errands.

March 21 - Wed.

The problems with the attys. Which atty will do the papers, which atty will not do the papers. Who returned the documents, who took the documents and then came home and called Alyona

and decided to go to some nature to have BBQ tomorrow.

March 22 - Thurs.

The weather is not very good so we did not go to the BBQ in the morning but only in the afternoon.  Yura got drunk and he got upset with me because I didn't give him food to eat.  He put the blame on me.

The other Yura is very angry something is not working out there and he is very nervous.

March 23

We went to the atty - to Sergei, gave him 50 percent deposit which is 2500 and he began doing out political asylum.  We will be doing it as one family as if Nastya not the citizen of the U.S.  I don't know whether this is good or bad. Please  God, help me.  Then talked to the girlfriends and watched the movie.

March 24

Yura got up at 8 and began doing his stuff.  He is going to go to Cyprus with Lyoshka and that would be the birthday of the other Yura.  and I'm staying at home alone again.  I want to travel so much but he doesn't need me.  We are a burden for him. the baby and I.  But that's all right my day will come.

Called atty, Robert and he asked me to come and get the papers. Then we went to another atty then met Mariana and Andrei.  They gave the money from the insurance company for the car repair for 5,650 dollars.  Then we went to the atty's office but Robert was not there.  Yura said that something is not kosher here.  Something is wrong here.

Then we came home.  I locked myself out so we had to call a handyman and asked him to open the door.

March 25 - Sunday

Yura got up in the morning, argued with me because it was noisy and he couldn't sleep.  Then he called Ioura.  They are having some kind of secrets and I think he is going to Cyprus with Lyosha to celebrate the birthday of the other Yura.  So they are going to have fun.

Then he went to Western Union and send 300 dollars to the boys in the Ukraine.  Then I went to visit Olga and came home at 11.

March 26.

Just an account of the day.  What she did during the day, what she cooked, whom she met and what Yura bought for the house.  Then went for a walk, came home, went to bed.

Ex. 79 pg.70 of 74

March 27.

About the baby, also called the atty, Robert and he is not answering. That's terrible. Then again about the baby and what errands she did during the day.

March 28.

What she did during the day. What Yura did during the day. What she and Yura bought. Went to the atty, Robert but he was not in the office. What an asshole. Then went to the old apt. On the freeway I touched a car that was in front of me. I got scared and exited immediately. I don't know whether they remembered my license plate. Yura came at 10, we watched television and had dinner.

March 29.

About the baby and about the errands, what she did around the house. Yura came at 6. He is very upset because he watched the video of his mother's funeral. Then about the baby again. Alyona came. Alyona called - they were robbed again.

Yura sent 8,500 to a Natasha in Cannes.

March 30

What she did around the house. A handyman came, fixed this and that. Then I went shopping, cooked, talked to Olga, tried to work on the Internet. In the evening, watched movies.

March 31.

Got up in the morning then fed Nastya. Went to the auto service and took the tape recorder there then met Rosa. Then went to Western Union and sent money to Turkey from Yura, 400 dollars. Then up went to the former apt. picked up mail and money, then bought groceries and some errands around the house.

April 1

Today is April Fool day and I went to buy groceries, then cooked, then Mariana and Andrei came to visit and then Robert came.

April 2

Yura talked to Ioura and he is going to London and then to Cyprus on the 8th of April so he won't be at home for three weeks. We don't have any money and also I learned that I cannot buy car insurance with an international DL.

Then she describes what the baby did and mostly about the baby.

83354

April 3

I got up in the morning, called the doctor, then talked to Skirma, Luba. The atty called. Robert. My diploma is ready so tomorrow I will go and pick it up. Called mama, then tried to call Olga. She is not at home. We couldn't take the car from the repair shop because it is not finished yet.

April 4.

With whom she talked, whom she called and Yura brought both cars home.

April 5

A few things in the morning, then went to the former apt. There was a package from the catalog then I went to the atty, Robert and picked up my papers and diploma. I don't why but he put the wrong birthday there. Then went to the other atty, Sergei but he needed a professional photograph. Then met Yura and we came home.

April 6

Robert came in the morning. He and Yura talked about the business. Something about Cyprus. Yura is going there on business. Then Yura went to buy the tickets and then he began packing. At 6 o'clock he went to the airport and his flight was at 7. He didn't want me to go with him to the gate. Yura went to London and then he will probably go to Cyprus.

April 7

I miss Yura. We got the credit card for him for 1,000 dollars. Didn't do anything during the day.

April 8

Just the description of what she did during the day, where she went shopping, what she bought, how much money she spent, whom she called and miss Yura very much. God help me and give him luck and save him and protect him.

April 9

About the baby, about what she dreamt about and then what she did during the day, whom she saw, with whom she talked, mostly girlfriends and then went to visit Olga. Talked to her and just chatted. Took a book from her and then came home. Called London to wish Yura a happy birthday. They were just going to the restaurant.

April 10 - Tues.

What she did during the day. Yura called and said that he would call tomorrow and tell me exactly when he would be coming home.

83355

Then what she cooked, when she ate, to whom she talked, brought photographs to atty Sergei and again whom she saw and what she did with the baby.

April 11.

Yura called and said that he was coming home the next day at 2 o'clock. Then whom she called, with whom she talked, then cleaned, did laundry, washed the floors, cooked and then about the baby.

April 12.

Did some work around the house in the morning, then cooked and cleaned and went to meet Yura in the airport. They both came on the same day, came home had dinner and watched movies and went to bed at 10 o'clock.

April 13.

What she did in the morning, what Yura did in the morning, with whom she talked, went to the former apt. what she received from the catalogs, then about the baby, spent the evening at home, had dinner, watched movies and Yura didn't take his car. The other Yura drove him.

April 14

It's the Russian Orthodox Easter. She describes how they celebrated Easter in the restaurant. Yura got drunk and he told me to stay at home. An asshole, he doesn't care about me or the baby. Then the full description how they celebrated Easter in the Restaurant.

April 15.

Continued celebrating Easter then went to the restaurant, then came home, then friends came. I wanted to sleep but I had to cook and do everything for them. Yura doesn't give a damn about me. I will remember it for him. I am not going to do any harm to him specially but if any opportunity arises, I will. Everyone left at 11 o'clock. I'm sick and tired of it and again Yura went to see movies without me. I will remember that.

FBI Translation [draft version]: Nastya woke [me] up at 8:30 and then hasn't fallen asleep since then. Olga S. called. She said that yesterday she had to take care of them. In the morning we watched a movie. Then at 12:00 we drove over to pick up Ioura and went to a restaurant for lunch. There I fed Yura and at 14:30 we went over to Ioura's house and drank some tea, and at 15:30 we drove first to Vons to get food and then went home. And here again he struck me [not literally] with his don't give a damn attitude towards me, only for himself and about himself. He started watching Russian movies without me. This really got to me, I'll get even with him for this, even though I am not rancorous, I won't do anything especially, just how it turns out. That's it - I got really mad at him and started making meat balls, because the other Iouri is coming over for dinner, I am so sleepy and want to watch the movie, but no. He didn't even offer to help me.

Ex. 79 pg.73 of 74

83356

Yes and to top it off, company is coming over, which I really didn't want. Ultimately, I made dinner for them and by 19:00 Ainer, Alyona and Raimond and the children, later Ioura and Olga. I asked them to buy a cake for dessert. At least Alyona helped me. The men were whispering about their matters, we were not informed. Everyone had a good time, had their fill, all except me, I wanted to sleep and wasn't up to guests, they took a lot out of me. Everyone left at 23:00 and once again I had to go to the kitchen, clean up, fuck, I'm so tired of this. Yura helped me a little, then he went to watch the movie again without me. I was so mad at him and was hurt. Cleaned up, in [UI] in the room was lying watching it myself without him, he came to call me to bed, i.e. to fuck, but I didn't go, I watched it until 2 a.m. and then went to bed.

April 16.

Nastya woke me up at 5:00 a.m. then I didn't sleep. I called the Atty, Sergei. He said that everything would be ready the following week. Then talked to Marianna. Then Yura came home with Ioura at 6:00. He stays all the time with us and I'm sick and tired of it. It's as if he decided that he's going to live here. Then both Yuras went and bought a pool table. They have plenty of money and he's complaining to me that he doesn't have money for me and for himself he has a lot of money. Alyona called and said that she was going to Riga the following day.

83357