DECLARATION OF MICHAEL M. CRAIN

I, Michael M. Crain, declare:

1.    I am an attorney licensed to practice law in the State of California.

2.    I am a member of Central District indigent panel in Los Angeles and accept court appointments to represent criminal defendants in federal court.

3.    In 2002, I was appointed by the United States District Court for the Central District of California to represent Natalya Solovyeva in case 02-cr-00220. My cocounsel was Terry Amdur. I represented Solovyeva until her sentencing in 2008.

4.    At some point in my representation, I came into possession of a box of Natalya Solovyeva's personal property. Inside were some baby photos and other personal items. I have no present recollection regarding who gave me the box. At this point I assume it was given to me either by the government or by Solovyeva's former counsel, Joseph Sandoval. I did not index or inventory the contents. I stored the box in my garage.

5.    Ms. Solovyeva agreed to plead guilty and testify for the government. A few days before she was scheduled to testify in the Mikhel/Kadamovas trial, I received a call from either an Assistant US Attorney or a federal agent asking about the box of her property. The caller told me that they were looking for something handwritten in Russian. I went to the box and looked through it and found what he described, and called him back.

6.    Special Agent James Davidson came to my house. I handed him the handwritten journal in the driveway and he left with the journal.

7.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 10th day of March, 2023, in Los Angeles, California.

*Michael M. Crain*

Michael M. Crain

IFCD002950