Diary of Natalya Solovyeva in Russian



Утром от будильника я проснулась в 6³⁰, стала собираться, спать хочу - немочь. Анька заехала в 7⁴⁵ и мы поехали. Я оставила няньчиться с Настей. Он её покормил, помыл памперс. У нас значит такие дела: Аньке надо идти по другому адресу, а я на Wilshere свои ноу сделать. Мы сидели там с 9 до 10³⁰, нам повезло, то что там были армянские работники и говорили по русски и сделали нам все быстро, т. ли без очереди. Но когда стали оформлять у меня же студенческая виза, сошла ни на меня ни на ребенка нет. Короче ничего нет, одни вопросы проблемы. В итоге меня оформили, взяли отпечатки пальцев и мы поехали домой. Анька получила тикет $25. Мне пришлось половину $13 ей отдать. Приехали домой в 11⁰⁰, Юра сидит делает дела с Рубином. Анька уехала и они уехали в 11³⁰, я покушала и начала все звонить. С Марьеной мы заказали колонку по интернету на $253 придет через 10 дней. Свирину спросила насчет моих ороток, пока не забрала. Ну и самое главное звонила Раике и стала выяснять насчет своей студ визы. В итоге для иммиграшен я осталось не легал (что для меня самое главное), что я сделала ошибку, пойдя оформиться на государств. программы, что я себя поставила. В компьютере в колодже я уже не числюсь, это было все фиктивно. Короче если сейчас начнут проверять и копать я попала. Тогда как я боюсь, сдали и сохрани. Еще Раике не дозвонился, как это Юра не хочет вписывать своё имя в бумагу, что

IFCD000902



Это он отец ребенка. Пусть с ним и поговорит. Короче я расстроилась насчет своей визы, своего положения. Я хочу как лучше, а получается как хуже. Господи помоги мне пожалуйста. Звонила Анька-Х. оказывается в Хабаровске есть Western Union, надо пойти мне узнать и отправить домой деньги. Звонила Рита, с ней не о чем и не долго поговорили. Потом я долго говорила с Анькой-Р, Она выяснит с кем то из знакомых, что и как и я наверно сделаю cancel, откажусь от всех пираналин, потому что я боюсь. Ромка должен завтра узнать по поводу меня у того мужена, кто делал визу как мне быть и почему до сих пор нет самих секъюрити. Завтра я с ними созвонюсь и наверно буду делать я уже для Насти страховку, которую нужно будет платить, а с государством шутки плохи и как все говорят это еще функи, ... может не сейчас, так позже. Господи как мне быть и Юрки рядом нет, чтобы посоветовал, успокоил. Ну а на счет моей визы, я конечно же шокирована, если вдруг я выиграю грин-карту, то как же мне быть, в итоге я оказываюсь песком нелегал. Господи спаси и сохрани. И вообще где моя сестра спаси её и сохрани. Да когда же это все кончится эти все переживания и я заживу как Человек нормально, ничего не боясь, имея дочку, родителей и сестру рядом. Господи ну когда, подскажи, почему у меня всё

IFCD000903



IFCD000904

18.08.00 — Утром я кормила её, только не высплюсь. Ночью она мне не дала. Юрка под утро ушёл спать в другую комнату и до 11, затем встал и делал свои дела. Я проснулась в 12, позавтракала, потом накормила Манечку. Юрка уехал в 12:40, сначала в ВЦ, а потом в офис, к нему Роська сегодня приедет опять работать, он кстати работает за $8 в час, это Юра ему платит. Звонила Аня-Р хотела, чтоб я к ней приехала, но увы я не хочу, хочу спать. А Роська наверно сегодня так и не узнает, что по поводу моей визы и Аньке тоже ещё не говорила. Я звонила Скире попросила её позвонить и сделать Stop по поводу всех госуд. программ, надо чтоб меня стёрли с компьютера, уничтожили все файлы.

я даже дала отпечатки руку указательн палцев.

Она мне перезвонит и скажет что и как. Звонила Маше, сказала что банкет перенесли на 3 сентября — это воскресенье, чтобы она отпросилась с работы и посидела с Насей. Юрка в 13:20 заскочил домой на минутку и поехал дальше. Я покормила ребёнка, вытерла чай от простуды и пошла спать. Звонила Аня-Хаб. узнать как у меня дела. Я себя плохо чувствую, целый день мы спали, проснулась, чтоб покушать. Дома духота, жарища, при этом ещё работает кондицион, если бы не он, то нам был бы трындец. Проснулись мы в 20, я покушала, потом её накормила, вынесла её на балкон. Звонила Юре в 20:40 он ещё работает. Я дома, позвонила

82851

IFCD000905



82852

IFCD000906

пребывание в Hospitale или Medical не оплачивает. Так что сейчас нужно разобраться и все выяснить. Это перенесем на по-недельник. И второе от Welfer программы, я тоже буду выяснять и в понедельник от всего отказываться. Юре я звонила спросила почему у меня не спросил главное, а про неё, он ответил что у них деловая ужин, скотина никакая заботы, внимание. Приехал Ролка в мага-зин, он сегодня Юрке опять помогает за деньги. Я позвонила, Анька-Р, Юра меня сейчас к ней отвезёт. Купили у Алёны духи для Юры он не просил (к которуй на день рождение). Не знаю так ли это или нет ? пока не верю но сомнение есть. Хотела щипинать брови, я пока Настю успокоила, они уже закрылись. К Аньке приехала в 17³⁰, у неё перекусила салятиком, попила чай, накормили своих чад. И сидели смотрели телек, она рассказала их очередную ссору и вообще их жизнь. Звонила Юре в 21, они будут работать до 23, мы хотели к ним приехать, но не получилось. Юра заехал в 23⁰⁰ и мы поехали домой. Дома поели, я покупала малышку, накормила её и в шочо-уложила её спать. Чай от простуды выпила и сама на боковую.

P.S. Алёне оставила свои туфли-чёрные (я их 2 раз одевала) на низком каблуке, квадратный нос их. Цена была в 128 + так. Я не знаю за сколько она их продаст, - посмотрим.

IFCD000907

82853



82854

IFCD000908

... г..... - - ... ... ... эти шприцы на эту еду, это прост кошмар. Я делала кушать, картошку. Звонила Анюта-Р. выяснить что и как, Ромка к Юрию в офис приехал работать где-то в 18°° и остался один. И еще Ромка меня Аньке заложил, вчера он когда приехал в магазин, я звоню Аньке, он кричи меня здесь нет. Ну я и молчю, кто его нет и вечером не чего её не говорю. А он возьми ей и расскажи все сам. В итоге я осталась в дурака дурах Больше это не повторится, пошли они в баню. Юра позвонил Андрею, пришел сил его к нам, но той скорей всего не приедет Звонила Скорее, она наконец-то забрала мои фотки. Юрка начил жарить куриную в фритюрнице. А коренея ребенка и оставила её спать на балконе. Сделала еще 2 салата и колбасу порезала. Звонил Юра, он хотел с моим Юрой поужинать, тот заехал вобще, а его нет. В 20³⁰ приехали Маша с Жанкой, со своим пиво, клубнику и ягу принесли. Я еще с Машей до готовила. Позвонила Скорее, она приехать не может, у нее много народу, а Робка уже поехал, но она забыла ему дать мои фотки. Он приехал в 21³⁰, мы уже сели за стол, что всего так мало получилось, в итоге зря потратились, Юрка живется. Мы посидели поели, я немного выпила. Пиво и мне уже хочеться спать. Робка принес водку и Юрко пил водку с пивом Очень быстро опьянел и вел себя ужасно.

82855



Робка ещё подарил цветы и игрушку ребёнку. Мы потом с Машей возились с ребёнком, кормили её. Она посмотрела роды мои. В 23°° мы её покупали и я её покормила. Мужчины сидели, пили, болтали. Маша с Жаником уехали в 24³⁰, у Юры сегодня воинственное настроение, ему хочется с кем-нибудь подраться. Я убралась и ла где-то в 1⁴⁰. Робка пошёл спать, а Юрка всё рвался на улицу, искать себе приключение на задницу, я его не пустила, он сразу же усн... Я в 2 ночи покормила малышку, спели ей её уложила, сама сделала записи, приготовив её смеси и в 3⁰⁰ пошла спать.

P.S. Сегодня Юра мне сообщил что он вместе с Юра собираются ехать на Ямайку к её подруге в её магазин устанавливать аквариум, а то что я очень хочу тоже поехать, это не отработано у меня нет документов въездных вот и все дела. А он поедет бедовать. Опять сегодня с Робкой затеяли разговор на эту тему, кто и что вошел или нет из большого секса. как они пришли, так и будут. Сволочи. И ещё он про какую-то дискотеку заикался, что тоже собирается влезть в дело. Робка остался ночевать у нас, а Скирма так и не приехала.

82856

IFCD000910

21.08.00
понед.

Утром в 8⁰⁰ накормила ребенка. Любка проснулся тоже пришел к нам, разбудил Юрку, тот ему приготовил кофе и опять в постель. Он ушел, а мы доноши спать. Звонила Скирса узнать где Любка в 9 утра. Утром в 12⁰⁰ звонил Лешка др. на завтра договорились к нам в гости. Я в 12³⁰ покормила ребенка и Юрку супчиком у него легкий бодун. Затем смотрели телек, сделала ему легкий и, ему звонил Юра у них встреча в 17⁰⁰ к Марку они едут насчет своих документов Я звонила Скирне просила её выяснить насчет UCLA по поводу счета, сначала звонила Алёне, она сегодня дома, а заняты в магазине. Скирне ничего не удалось выяснить ни кого нет. И в Medical звонила, телефоны не отвечают. Надо что-то делать. Ромка по моим вопросам ничего не выяснил. Звонила Ларисе, хотела выяснить, а ей пришел звонок с UCLA, но она была занята. Юрка в 16¹⁵ уехал, я начала мытье полов везде - убралась, потом в душ помчалась. В 18⁰⁰ приезжала Марьена привезла для Насти одеяло и еще что-то. Она мне сказала, что сегодня коляску уже выслали. Все сейчас 18³⁰, скоро буду кормить ребенка, у меня болит голова. Я 19⁰⁰ кормила Настю и Юрка как раз приехал и мы были дома. Смотрели телек. Я постирала еще детское белье, мы поужинали и в душ, идем все всё дела. У меня сегодня пошла опять кровь, может это уже месячные.

Началось месячные

IFCD000911



В 22ºº е покупала малышку, покормила и спать. Легкий и и все на боковую где-то в 24ºº

P.S. созвонилась с Машей она 64²º завтра со мн не может поехать. перенесём на другое время.

2.08.00 Ночью 64ºº я покормила, у Неё страшные БГР — сопли, она хрюкает, сопит, полный нос соп лей, неужели она заболела, только не это. За- тем утром в 9 подъем на кормёжку и Юрк тоже собирается и уезжает в офис у него там кто-то ждёт, привезли вроде бы бар, нужно раз гружать. Я покормила её уложила, потом сами поела и сила названивать всем. У меня се годня апойтмент в medical с ребёнком, но увы я не поехала и телефоны там не отвечают. Затем звонила Маше, чтобы она мне перезвони ла. Потом с Виталием насчёт билла говорила, он сказал чтобы я показала Yasha, а насчёт носа сказал чтобы я закапывала капли в нос "Ocean". Звонила Скирле, говорила с Робер том, они здесь будут днём, может заедут ко мне, неизвестно ещё. Звонила чтоб перенести встречу у Yasha на завтра, он не хочет, ска жет сегодня в 16ºº попытаться к нему попасть. Звонила Оле, её нет дома., Лешке – он в 14ºº придёт к нам, привезёт фотки. Звонила Алёне, толком ничего и Веронике тоже самое. В и³º положила детское бельё. Юрка приехал он ~~попил кофе~~ и сразу же уехал.

82858

...приехали купили... о 13— покормила ребенка. Юрка забежал в 13⁰⁰ забрал чековую книжку и сразу уехал в банк. И скоро приехал и мы ждали Лешку. Маше или позвонила в 11.⁴⁵ лет с ней договорились в поездке к доктору. Юрка был дома, а же Леша приехал в 14⁵⁰, привез дочки здорово. Маша звонила, она меня ждет, все в 15⁴⁰ мы выехали, забрали её и Юрка нас высадил около доктора, а сам поехал в офис делать свои дела. У доктора все о'кей, я ему отдала одну дочку Насти, он дал мне противозачаточные таблетки на три месяца затем к нему на мазок - рак проверить. У меня идет машка, он пощупал пальцем больно. Хотела вылечить с ним по поводу была ИСА, он сказал, чтобы я вылечилась с ними непосредственно А сексом уже можно заниматься, но две недели как начну принимать таблетки, не давать ему кончать в меня, таблеткам нужно время, чтобы с работать. В 17⁰⁰ нас с Юспитале забрал Жаник и мы поехали к ним в гости, в 17³⁰ я покормила её и мы там тусовались до 20⁴⁰. Выпила бокал вина "Князь Марацин", как я соскучилась по нему, очень вкусное и хорошее вино. К ним еще гости приехали, мы немного посидели. В 20 я её перед выходом покормила. У Машки забрала наши видео кассеты. И она меня отвезла домой. По дороге болтали о наших мужчинах, что они изменяют, гуляют по страшному и на...

margin notes:
У Насти сегодня температура 37° и сопли. завтра позвоню врачу.

82859

IFCD000913



тоже хочется. Домой приехала в 21°° Маша сразу уехала, Юрии еще нет, я ему позвонила, он скоро будет. Звонила Роме, все включение по моей визе, переносится на понедельник. В 22°° приехал Юра, опять у него сильно болит спина, он сегодня натягался, не дал толком хорошо ей зажить и в июне опять болит. Мы поели креветки, в 25°° я покупала девочку (хотя наверно не надо было покормила. Юрии натерла спину и он лег спать в 1 ночи, ему завтра рано вставать, а я сделала еду малой, записала записи и в 2 ночи тоже в люлю.

P.S. Скирила сегодня так и не приехала. И Настя уже точно растет, нам уже несколько комбинезончиков малы.

23.08.00
среда

Ночью в 5 её покормила, затем утром в 9 Юра встал в 8 у него болит спина и в 9 он уехал по хозяйствам, у него сегодня в планах мет. Затем я легла спать до 12 дня. Позвонила маме она ко мне приедет. Я Настю покормила и приготовила на выход. Я перекусила капает, дает мне звонила Алёна, Скирила - ока должна с США выяснить. Мама приехала в 14°°, она потом смотрела, училась как нужно обращаться с Настей и перед выход мы, т.е. она её покормила. Мы поехали делать отказ от Welfero, но вот облом, они работают до 15°° с 7°°. А мы приехали в 15°°, так что облом и мы обратно домой. Заехали, я купила клеёнку на

IFCD000914

82860

§5. Потом в western unio, я узнала, да в хабаровске есть отделение, так что завтра отошлём. Все дилай еле приехали 6 10⁰⁰. Я приготовила песте, накормили нас-то. С фотографиями тоже выяснить не уда-лось, сегодня во всех полночь порожнем. Я звонила Юре, он в Вез потается получить деньги. Маша в 18⁰⁰ уехала и скоро прие-хал Юра, покупали и устанавливали видео аппаратуру. Он купил СД плаер, такое для больших, как пластинка за $100. Ему звонил Юра, они встретятся в офисе, Ролика работает у него. Он уехал в 19²⁰, а я кормлю малышку. Она сегодня плохо спит днём. Звонила Вероника, Анька-Р. Я звонила Лёхе-муж по счёт видео магнитофона для переписи в другую сис-тему для России у него уже нет, так что надо идти за деньги делать. Я постирала детское бельё. Звонила маме, наконец-то Анька объя-вилась, вроде бы всё нормально. Завтра вы-шлю для мамы денег, мачеха приходила в гости, она 28 августа уезжает в Санкт-Пе-тербург, учиться. Настя немного полежала на балконе. Юрка приехал на 5 минут, привёз орехи от Юры, где я ещё беременная. И поехал в меб. рисовать картину для аквариума. Лёха в 21⁴⁰, а когда приедит не известно, скорей всего поздно. Мне мама сегодня сказала, чтобы я следила за ним, чтобы он не гулял, но раз-ве его удержишь. Звонила Скорлд, я нее тоже ничего не вышло выяснить, позвонили

82861

IFCD000915



IFCD000916

... раскачивают нас кипельками, и пока ничего страшного. Звонила Смерле она занята и наш вопрос остается не решенным. Звонила по поводу Welfera Anait сказала ей что отбой, она в компьютере записала что я работаю full time, а Смерле сказала, что это тоже плохо. Попросила позже Лена дозвониться то в WCLA, но раз она не перезванивала значит тишина. Звонила Мариана, она посмотрела данные, что коляска придет только 29 августа, не раньше. Юра приехал в 13:30 и поехал в магазин. доделывал картину. И приехал домой в 16:30, мы покушали, потом он смотрел кино, а я ношу на руках Настю, она все плачет и только несет. Я сейчас в 18:00 пойду отолью денег маме. Сходила, отправила $100. маме наконец то хоть что-то, какая то помощь. Купила камеи в на для Насти и домой. Юра собрался и в 19:00 уехал в "мет", я кормила девочку, позвонила маме сказала ей данные, позже перезвоню узнаю что и как. Настю уложила спать и начала в 20:00 стирку, она спала на балконе не долго. Юра приехал в 20:40 и делал все дела, там воняет краской. Настя целый день плачет и только не спит. Еще хорошая новость на Настю пришел Social Security 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, а когда мне неизвестно. Вечером мы дела дома, я закончила стирать в 22:30. В 22:00 кор-

IFCD000917



мила, покупила ее и спать. но они не спят, лежи рассматривает игрушки Юра пожарил во фритюрнице картошку и креветки, очень вкусно. Мы сидели смотрели телик, лазерные диски, концерт Киофлатза. Спать пошли в 24⁰⁰, я выпила таблетку. P.S. звонила мама, все нормально, деньги получила.

25.08.00
нечетн.

Ночью в 4, утром в 7 кормешка. Встала в 10³⁰, Юрка в это время уехал с Ролекой на хайбол, Ромка у него сегодня доделывает класть плитку. Я в 11⁰⁰ покормила Настю, сама поела. Позвонила Алене, она сегодня вычислена с UCLA, у них на моем аккаунт номере все идет по нулям, я им ничего не должна. Скирли звонила, ее нет. Звонила Маше, с ней побеседовали. Я засолила капусту - горячим рассолом, и огурцы малосольные сделала. Юра приехал в 14⁰⁰, я как раз закончила Настю кормить. Он возился со своими делами, делал свет для аквариума. А я сварила фаршированный перец с картошкой. Звонила Вероника, так ни о чем разговор. Юрка поел и 16⁰⁰ уехал в лес, а я была, хочу спать, может получиться, я не знаю. Звонила Ане-Р, так тоже ни о чем. Я в 18 покормила и покупала Настю, т.к. она когда срыгнула, запачкалась сильно. Уложила ее спать на балкон. В 19⁰⁰ приехал Юра и мы смотрели фильм "Nikita" франц. Настя дала спала до 21⁰⁰, затем опять кормешка и спать. Юра как

...он опять уехал в лес, рисовать картину, ему звонил Юра, они созваниваются с утра в воскресенье едут стрелять. Все я перебрала вещи, уже несколько не лезет и есть одежда, что ни разу не одевали, вот так растет Настя. Я в душ и в 24⁰⁰ в постель, Юры нет, зарисовался он. Он приехал в 2 ночи в душ, ко мне в постель, целуя и спать.

26.08.00
суб.
Ночью в 3, затем в 7³⁰ утром, опять же толком не спала. Проснулись в 10, собираемся в магазин. Я в 11⁰⁰ покормила Настю и мы поехали, я отоварилась на $40 всё с коляской, нет денег, домой приехали в 12, Юра сразу уехал в Home Depot и в офис, я дома, уложила спать. Начала плакать, но в итоге не дала мне Настя, я постирала детское. Юра приехал в 13³⁰, пообедал и поехал в 14³⁰ в лес, я покормила ребенка. Звонила Роза-Аришенко, толком ничего. Сегодня я получила от SS отказ на себя, вот такие пироги. Звонила Ролке, он в понедельник будет высылать в чем дело. Звонила Свире, Веронике. Настя днем не спит, у нее температура 37,2°C — 98,8°F это еще нормально. В 18⁰⁰ уложила её и сама хочу спать. Звонила Алене, для лес отложили контракты для кухни. Звонила Юрке, он там работает.



82866

IFCD000920

В 22⁰⁰ мы поехали домой, у Скири... хотела забрать свои фотки, но увы их нигде нет, куда она их положила неизвестно. Две недели она их забирала!) С "Costco", теперь 2 недели я у нее буду забирать, какая безолаберность, не аккуратность. Во всем наверно? Завезли Юру домой и сами тоже, приехали в 23⁰⁰, Юрка сразу пошел спать, он очень устал, я приготовила еду для Насти, она кстати еще с океана спит и спит. Сама пошла спать в час ночи.

P.S. Сегодня начала пить противозачаточные таблетки в 22⁰⁰.

*(margin note: противозач. таблетки начала)*

28.08.00 — Ночью т.е. утром в 6 кормешка, заснули уже в 11⁰⁰, Юрка встал в 10⁰⁰ и в 11⁰⁰ собрался и уехал в "Net" устанавливать аквариум, заливать воду. Я позвонила Ромке напомнила про свою визу, он в 17⁰⁰ с мужиком встречается. В 11³⁰ приехала коляска UPS, так что я начала сборку. Засим постирала детское белье, а в большую машину все вещи от коляски тоже постирала. В 13⁰⁰, затем в 15³⁰ покормились, я весь день возилась с коляской. Звонила Марьяна, вечером к ней в гости собралась. В 16³⁰ пришел Ромка, забрал все документы и поехал разбираться с этими мужиками. Звонила Аня-Р, поговорила не очень. Ромка приехал в 18⁰⁰ и сообщил мне

*(margin note: понед.)*

82867

и радостную новость. Что я попала в число невезучих, что кто-то прогорел, кто делал мне документ и я в итоге обломилась и теперь в Los Angeles мне светиться уже нельзя, только ехать в другой город или штат. Боже мой, почему я такая невезучая. Господи спаси и сохрани, помилуй, помоги. ~~Обломилась~~ Короче сейчас, т.е. в четверг Ромка поедит к нему и будет все ясно, что мне делать, куда идти, в какой город податься, где получить SS и где же я умусь в итоге. Я позвонила Скирли рассказала свои плохие новости, потом поболтали с Машей. Покладила белье, ребенок спал на балконе в коляске, затем я её покормила и опеть спать в 21°° покормила и на балкон. Звонила Юре он все в «Мел», а может и нет, покрайне мере мне он говорит, что он там работает. Я его весь вечер ждала, чтобы взеть денег за коляску и пойти к Марьене, его всё нет и нет, ему звоню телефон не отвечает, а явился он в 22² купил лазерные диски, а на мои нужды денег нет. Я звонила Рите договорилась с ней завтра встретиться. На Юру я злая, ему я высказала, что как с ним познакомилась, у меня одни обломы, пусть не обижается, а он обиделся, но это ведь же так и есть. Во всем мне не везёт. На меня он вообще не обращает внимание, только о

IFCD000922

себе. Сейчас в 00- он пошел ужинать, гости, как мне это все надоело, все-
я сейчас укладываю Настю и сама
иду тоже спать. А они пусть си-
дят смотрят фильмы. Звонила
Марьяна, я извинилась, что к ней сегодня
не смогла прийти, Юра весь план
испортил. Девочку я уложили, села в душ,
потом Юрка Лешка приехал в 24³⁰, они сидели
потом болтали, Юрка ему продал пистолет, толь-
ко, откуда, я незнаю. Я легла спать, на в 2
ночи разбудила Настя, они как раз разошли-
лись, я ее покормила, затем легли и и
спать, легли в 3 ночи.

<u>Ночью был дождь и весь день пасмурно.</u>

29.08.00 Под утро в 5 она меня разбудила, я встала
<u>Втор</u>  перекусила и спать спать, а уже в 8³⁰ её по-
кормила и спать. Проснулась уже почти в
11, Юра собирается и в 11³⁰ уезжает в офис.
Я дома, покормила ребенка и начала уборку
Помылила белье, вытерла пыль. Звонила
Рита, т.к. погода не очень, наверно гулять с
ней я не пойду. Покормила Настю в 13°, уло-
жила и дальше, помыла пол на балконе,
лестнице, и везде на кухне, в комнате В 16°
опять её покормила и переложила в зал, и
убралась в спальне. Звонила Аня-Р,
теком ничего, я звонила Марьяне, просила
её узнать насчет гараж серелов, мне нужно

IFCD000923



узкая мысль. А золовка мое, она ра-
ботает так что с ней я неговорила, а с Доном
Закончила уборку в 18ºº, сама в душ. Затем
накормила малышку и собрались и пош-
ли в 19³º гулять на улицу первый раз в
коляске. Юра звонил днем где-то 16ºº он с Лен-
кой, помогает ему с телефоном и себе тоже взял
новый сотер фон, т.е. поняла свой старый. Я ему
перед выходом позвонила, он был в "Мет." там и
Ромка тоже, все мы пошли в ROSS, я там купила
ей покрывало, носочки Halleween и два полотенца
на сумму $15. Потом пошла в Robert Cusin, Сер-
гея не было у него день рождение и я пошла
домой. Пришла в 21ºº у нас сидит Ромка, они
смотрят телик и как сказал Юра, он недавно
приехал. Я покупала малютку, накормила в 22ч
и Юра в это время поехал к Юре за документа-
ми, а приехал в 24ºº, В потом он смотрел телик
Я сделала записи, Настя в 23ºº уснула. Все я
иду в душ и спать уже 1³º ночи. Спать
пошли в 2 ночи.
   P.S. Юрка пошёл и купил себе новый сотер фон.


00.08.00  Ночью, т.е. под утро в 6³º кормешка и спать
пошла опять. Потом уже в 10, а Юрка в это время уехал
по хозяйст. за рыбками для Беллы, Метелицы
и т.д. Я спала до 11, потом посмотрела видик,
звонила Скирла, в 13 накормила ребенка с Рома-
кой ничего не делала. Юра днем приезжал
разговаривал с Мишкой по поводу "Везувия"
и уехал где-то в 14³º. Вчера решила убра-

82870

ся в школу, кое-какие мелочи я вопроси-
ла. Опять заглянула в сумку и там есть
новая вещь, я её не помню. Звонила
Оксане говорила с ней. Еще с Welfare
пришли бумаги, с извещением в
отказе. Звонила лене просила его
купить в Costco фотопленку. Звонила Алене
поздравила её дочку с днем рождение. Алене
Рае звонила на завтра договорились встре-
титься. Еще пыталась по журналу VICTORIA's
Secret заказать платье и пижаму. Вечером
Юрка приехал в 20³⁰, я как раз покормила
Настю и мы были дома, он застал с Робкой,
тот завтра пригласил на океан на своё день
рождение. Я звонила Митрану в Вегах, узнать
по поводу адреса, он не возражает и потом
Диме в Сан-Франциско, то же, если нужно.
В 21⁰⁰ покупала ребенка, она дело уже
24⁴⁰ не может уснуть. Я в душ и в час
ночи спать, очень, очень хочется спать.
Карточка TV опять не работает, а Юрка еще
выяснял ремонтные вопросы по Кригному
долу на 8 квартир. В час ночи я покор-
мила девочку и спать сами.

31 08 00  Утром вб кормления, застал в10⁰ Юрка в
четв   9³⁰ уехал по делам Вегас, ..., по Кригному
долу, в июне он был. Я пришла в 11 после
её голову, накрутилась и дела. В 13⁰⁰

82871

IFCD000925



меня по городе сводить, как мне это надо. Он меня к Ане-Р не отвез, а мы поехали к Сергею, Оле. Он видите ли решил записать песенку для себя, он в воскресенье в рестране будет петь, а то что мне не в чем идти ему на это насрать. Там я покормила в 19 девочку, посидели поболтали, намекала может она что мне из своих вещей предложит, но то ни в какую. Ромка с Анькой едут на океан и меня ждать не будут. Короче все меня сегодня обломили. И мы едим домой. Я злая на него, а он на меня с моими платьями. Я Настю в 21°° покупала, покормила и спать уложила. А сами смотрели кино, я потом пожарила картофель и креветки во фритюрнице. В 24 пошли спать. Сегодня первого сами попробовали потрахаться, но мне больно. В итоге обошлись ласками и.

9.09.00    Ночью в 3, затем утром в 8 кормила
поети.     И уже в 12. Юра проснулся и где-то в 10°°
уехал чистить в Загр., приехал домой и опять уехал куда-то, то ли в мет., то ли еще куда. Звонила Аня-Р, мы с ней поболтали с Вераничем и договорились что я к ней приеду домой. Сварила картошку и где-то в 13°° приехал Юра мы пообедали, я собралась и мы поехали к

82873



82874

IFCD000928

чает. Я звонила. Он узнать нет ли его в
ресторане, - нет, потом Андрею тоже нет,
затем Мишке - нет, и Робке с Оксаной нет
они тоже незнаю, неводели. У меня
слезы рекой текут, что он где то бродит, а
меня наплевать, он бумал что меня обезет
Аня, а то принципиально нет и все, ну я
и собиралась у них ночевать. Домой позвонила,
оставила номер, чтобы забрали меня и он
перезвонил в 23³⁰ и через 15 минут приехал
забрал меня. По дороге молчали, дома тоже
неговорили, Настя уснула, посмотрела
письмо, от Welfar'o тоже пришло, надо пере-
вести завтра, все в душ и спать пошла где-то
в час. А он посмотрел телек немного и
тоже спал. Он оказывается, я тоже думаю,
приехал, ещё пришел Дуди и уже потом
позвонил мне. Как выяснилось на сле-
дующий день, он работал в офисе до
поздна.
   P.S И еще Анька мне дала своё корот-
кое черное платье на всякий случай.




8.09.00 Настя проснулась поесть в 6 утра и потом
 суб. в 9²⁰, я её покормили и уже покак не
успела. Опять же я первая к Юрке
полезла, утром попробовали потрахаться
и закончили м... Встали 11ᵃᵐ, я сделал

82875



перемытая, он ушел в магазин и к Мише и потом приедет домой. Я сделала записки и сейчас в 12 надо её покормить и собираться в магазин. Юрка приехал в 12⁰⁰ и сразу уехал к себе в офис, ремонтироваться. Я позвонила, по поводу педикюра, в 13⁰⁰ покормила дочку и мы пошли пешком за Fairfax к Свете на педикюр. Пока дошли, я стёрла себе ноги и устала, пришли в 15⁰⁰, она по дороге спала, а там проснулась и плакала. Мне сделали педикюр за $15+3 типа, они поочереди понянчили её, я её потом там в покормила, оставила крышку от бутылки. Света оказывается тоже была приглашена в ресторан на открытие, но они уезжают и она знает моего мужа и что он то повесил им аквариум. Потом мы пошли домой, я еле еле дошла, очень устала, пришли в 16⁵⁰ устала жуть. Её покормила в 17³⁰, приготовила курицу во фритюрнице, позвонила Марьяне, её хочу попросить съездить в магазин со мной за платьем. Звонила Анюке-Р, она не хочет, Анюке-Х оставила ей месич. Звонила Юре он в офисе скоро будет дома и приехал он наверно в 20³⁰ домой. Марьяна перезвонила и мы собрались вместе ехать она взяла Андрюшу с собой. Я в 19⁰⁰ как раз покормила Насю, собралась и в 19⁴⁰ мы въехали и поехали в Loohman это за Беверли центром магазин. Андрюша нянчился, а мы наскорях ходили выбирали, мерили платья. В итоге я нашла хорошее платье и её тоже же купили босоножки все на сумму $ 200. И Марьяне

82876

IFCD000930

стояло $203 за коляску, должно остаться $56. Она меня привезла домой в 21⁴⁰, Юрка уже были дома. Да, еще она мне всё таки советует встать на Welfer, и мне как раз еще одно письмо-апликейшен пришло, надо её попросить перевести.

Я Юрку накормила, сделала висюрей и потом покупала. В 22⁰⁰ накормила Настю и спать уложила, успела она только в 23⁰⁰. Я в душе, теперь я немного успокоилась, что мне есть в чём пойти, спать пошли где-то в 24³⁰ и вроде он легкий и.

PS Сегодня таком ничего не ем, всё что значит уходить из дома, не всё всё равно набирается и у меня лицо больше всех лоб покрылся прыщами, это просто ужас.

03.09.00 Ночью, т.е. утром в 6³⁰ кормежка, затем в 9 утра и я уже не сплю, сижу думаю, как мы будем жить с Юрой дальше. Он проснулся в 10⁰⁰, и я собираюсь иду к 11⁰⁰ в ROSS за поясом утяжкой, а он сидит с Настей. Я купила на $12 ей носки и еще зашла в TONS прокладки и потом домой. Пришла в 12⁰⁰, Юрке себя сегодня сделал выходной, единственное я его попросила съездить, купить памперс Насте я её в 13 покормила уложила, позвонила Алёне, Машке, мы с ней договорились что и как. Роберту звонила к нему как раз приехал Жаник свои вопросы решать. Юра приехал в 14⁰⁰ и мы были дома, мне ничего делать не хочется. В 16⁰⁰ Юра поехал за Машкой, а я начала стирку всего белья. Они приехали в 17⁰⁰ у них

82877

IFCD000931



уже кое-что постиралось. Я залезла в душ, помыла голову, накрутила волосы и потихоньку начала собираться. В 17²⁰ покормила её, звонил Робка, они задерживаются и приехали к 19³⁰. Волосы толком неуложила, так себе, а платье хорошо сидит. Приехали в ресторан "Версаль" к 20⁰⁰, Юра подарил монету позолоченную №1. А Маша сидит дома, нянчиться с Настей. Народу тьма до фига, ремонт толком не доделали, встретил парикмахеров Марина так её зовут, которая качала на руках Настю, она оказывается жена Славы бывшего хозяина "Ле", а сейчас там Дима и еще кто-то. Но они тоже "хмм", куча жен, в общем мне сначала не понравилось, а потом все, разошлись, они вообще с 17⁰⁰ сидят, а мы к 20⁰⁰. Оля, Сергей они пели здорово с ними поболтала, потом с Ваней уехали. Я Маше весь вечер переодически названивала. Она молодец, вроде бы справляется, ей там её друг названивает. С Олей поболтали, потом за дверью сфоткались, Роберт опять напился и нёс всякую чушь, купил розочки мне и Скирии а ей видно было скучно и она покушав вообще устала и спать захотела. Юрка пел свои песни, аквариум здорово получился, а вот взгляд он в душу вообще теряется, его невидно. Настя весь день себя хорошо, в 24⁰⁰ звонила она уже спит. Мы потанцевали, я попила вино, ну совсем повеселились нормально и где-то в 1³⁰ домой, Маша себя не спит, Роберт себя спит

IFCD000932

к нам зашли посидеть, чему я была очень не довольна. Рёха опять напился и вёл себя как свинья хотя нет чуть получше, Юра не сильно напился, а он хотел ещё оста- ться с [illegible] попить водки, тогда что он был во что в него, сейчас буду, что мы на чужой машине и сидели с Машкой вдво- ём, а они на улице посидели и уехали. Я в душ и мы спать все легли в 3 ночи.

А ещё Юре звонила его жена у нее 4 ч. ночи. (как раз у них только начался для) день рож- дения. P.S. Юра у Димы забрал $1150 и [illegible] $850, он у них занимал.

04.09.00 пон.

Проснулась в $6^{30}$ покормила её, она замёрзла, я её переодела, укутала. И потом я встала уже в $9^{30}$ когда Машка с Юрой собиралась на работу, а Юра её отвёз туда, я позавтракала, сделала еду Насте, в $10^{40}$ покормила и мыла [illegible], но не надолго, приехал Юра, я ему из консервов суп приготовила. Он был в магазине где работает Маша, там только мужская одежда классная и очень дешевая. Мы весь день были дома, спать очень хотелось, легли поспа- ли, в $14^{00}$ я опять её кормила. И в это время где-то приехал Лёша-ф. привез пиво, Юра ему отдал $1150 за пистолет. Я тоже $30 себе взяла. Я ему отдала [illegible], сделать фотки опять в COSTCO.

Юра лёг и [illegible] и [illegible] ч. к обед.

82879

Они сидели смотрели ужьи, я так тихон ничего не делала, звонила Марье не просила её письмо о Welfera привести, завтра ей по факсу вешлю. Звонила Аня-Х, но я в это время купала Настю. Где-то в 16⁰⁰ Лешка ушел, я покормила ребенка и мы все немного поспали. Потом Настю на балкон вынесла. В 18³⁰ покормили в 21⁰⁰ покупала и уложила спать. Саша сделала записи, Юра сидит смотрит кино. А я в 22³⁰ в душ и спать. Он пришел в 23⁰⁰ и мы уснули.

05.09.00 Настя сегодня не давала спать, разбудила втор в 3 на кормежку, потом уже утром 6³⁰ и где 7³⁰ в 8³⁰ она кричала ей не спалось, у меня на руках уснула. В итоге я уже не спала. Юра встав в 9 и поехал в 10 чистить аквариумы к Люде, Юре, вроде бы в офис заезжал. И потом к Алине за заколкой и сделать брошку прицепить на платье, чтоб вернуть. Я звонила Марьене с ней болтала по поводу welfera и своей студенческой визы, потом за жизнь и про своих мужей. Даже Андрей не понял, почему Юра меня не повез купить платье, он этого тоже не понимает и не одобряет, а зато Юре роднее. Звонил Ролике, он только после обеда всё вычислит. Я звонила Юре в Вегас, завтра может увидимся и мне будет нужна её помощь.

82880
IFCD000934

звонила Вэрышке, Алле, Свере... её нет на Машеке; она на учебе. Звонила маме она дала Аннеми телефон, цессы уже расстроили, конечно живут на 200 рублей, даже да что это за жизнь, даже сертифицироваться и высылать документ не на что. потом звонила на работу в ЦИБП с Ирой и Настасом переговорила они беременны. Я надеюсь уже здорово, молодец. Приехал Юра в 15ºº как раз когда я говорила по телефону с мамой и спать его всё по время показывает, пошли в жену. И ещё мне мама сказала, избавится от цветка — Ксюша, что подарил Юра, я так и сделала, взяла и выбросила, а то счастья в семье не будет. Я по и гламу, что мы в последнее время всё ругаемся и ругаемся... Он уехал потом, помыл машину и вернулся чрз 40 минут; перекусил и поехал в Вес.; в банк и иметь страховку на машину переписать, а то они подняли цену не известно за что. Я думала, Настя плачет, а я хочу спать, сейчас 16ºº. В 17ºº наконрмила ребёнка, Юрка приехал, я сделала поесть, потом собралась и поехали в магазин сдавать платье-вечернее. Жалер Раиса документ переносится на четверг, значит и поездка в Вегас тоже переносится. В 19ºº я пошла по магазину выбирать платье, а Юрка с Настей в машине сидели. Я взяла блузку с юбкой шелковый костюм и беспокоилась за все $160 мне вернули только $64, я пришла...

82881



IFCD000936

свои игрушки и я их куплю за пол-
цены для Насти. Я её сегодня посними-
ла на камеру. Звонила Аня-Х, с ней
болтали около часа. Юра приехал!
в 22⁰⁰, я только пришла почитать жур-
нал. И вся с этого у нас все и началось,
я не бросилась его встречать, не разогрела
ему кушать, не обласкала и т.д. Он очень
зол и мы поругались. Я ему вспомнила
и про платья, в итоге он решил, что мы сей-
час никуда ходить не будем, пока не повезет,
ся деньги и машина, потому что он меня
возить за платьями не будет, козел! А он
будет ходить один, ему на меня наплевать,
вот сволочь, только о себе думает. В итоге
мы, т.е. он поругался и со мной не раз-
говаривает, проводит со мной воспитательную
работу. Я в 24⁰⁰ покупала девочку, поку-
шала и легли спать в час ночи, при этом
с ним не слова друг другу. А у меня
внутри всё кипит, я так думаю, что
не долго, я смогу это терпеть и нам при-
дётся расстаться, чтоб не портить друг другу
нервы. Меня всё это уже закалывает
P.S. я ему про Medical для ребёнка сказала, он вроде
бы не против, сказал если надо, то покупай.

07.09.00   Утром в 8 покормила, она уже у меня
чтв.      молодец, в последнее время спит
          ночью больше 6, а то 8 часов. И голов-
          ку уже держит, меня уже видит,

82883



разглядывает и следит за мной. Улыбается
во всю, что-то уже по своему говорит. В об
щем растёт и развивается во всю. Я прос
нулась в 11ºº Крис уже ушёл, опять ушёл
ничего не сказав и не поцеловав. Я ему
позвонила, он сказал, что не хотел тревожить, я
сладко спала. Я позавтракала, забыв в 11ºº
покормила ляльчику и начала сегодня у
лать свои домашние. Я более, менее выспа
лась, звонила Аня-Р., может завтра она к
нам в гости приедет. Я звонила Ане в
Welfer по поводу Medicava, но её нет она в
отпуске, только 18 надо перезванивать. Я
погладила бельё, в это время в 13ºº приез
жал Юра, покушал суп, взял информа
цию по электрика и уехал опять в офис, я
по попросила заехать забрать игрушки для
девочки, но наверно у него не получиться.
Я в 15³⁰ начала уборку в квартире, в 17³⁰
кормила малышку и дальше, закончила
где-то в 19³⁰. Сегодня для Юры пришли
кроссовки и штаны от Fendarhata. Звонил
Ролик, он документы возьмет завтра у него
и завезет. Я звонила Мари, узнала что в
пятницу, у них Soshel Servic не работает
Так что всё переносится на вторник. Сегод
ня на улице жарко опять стало В 20ºº мы
пошли с Настей гулять в 99¢, там я купил
по мелочи, и ещё нужно, только денег нет.
Я звонила Юре перед выходом, попросила
его подождать, чтоб вместе пойти в

82884

в магазин. Настя проголодалась, мы пришли в 21⁰⁰ как раз Юра собрался уезжать. Мы вместе поехали в ТЦ и потом по магазину ходили вместе. Мало, мальчик уже разговаривали. Отоварились на $ 90.00 и домой. Я ей сразу в 21⁴⁰ покормила, начала готовить есть. Юра съездил к Марику за TV карточкой. В 29⁰ Настя уснула, мы покушали, сидели смотрели телек. Юра хочет поменять кроссовки они ему велики, этим надо завтра заняться. Я в душ и в час мы пошли спать, ему сделала массаж, уже мы разговариваем и где-то в 1⁴⁰ мы спим.

08.09.00 Утром в 7³⁰ покормила ребенка, она у меня пятн. сегодня спала около 9 часов. Какая умничка. Потом мы проснулись в 10³⁰, Юра дал мне задание записать ему фильмы на кассету. Мы уже с утра разговариваем, я позавтракала и делала записи свои. Он по поводу аквариумов выяснить, т. е. подкорректировал и в 11 уехал в офис. Я ему позвонила и попросила его заехать к Лене за игрушками. Мы дома, Настя разоспалась уже 12³⁰, а она еще спит уже 5 часов. В 13⁰⁰ ее покормила

IFCD000939

82885



82886

IFCD000940

своих документов, забрал он или нет.
Он был в ванной, я говорила с Анькой, потом
он мне не перезвонил, а позвонил Юре и ему
нажаловался, что я на него давлю и
подгоняю. Короче мне одно говорит, а
Юре другое, теперь ждет от Ёбееров во
понедельник, посмотрим? Я ещё зашила
Юрке джинсы, зашила сандали свои.
В 15, затем в 17$^{00}$ покормила Настю. Юра
приехал в 18$^{00}$ я ему разогрела и он смот-
рел Ёж до 21$^{30}$. Ему звонил Дима - Вова
Рожа. Мне еще сегодня звонила Лена
из Хаб. от Светы Семеновой, она уже здесь три
месяца, если что с ней можно поддержи-
вать контакт. Я вот только телефон не успела
взять, у меня трубка разрядилась, и она
больше не перезвонила. Жалко.
В 20 я покупала Настю она долго не могла
уснуть, плакала и плакала. Я вечером разби-
ралась со документами и бумагами. Потом легли
и в 24$^{00}$ пошли спать.

10.09.00 воскр. Утром в 6, затем в 8$^{30}$ кормила, что-то
она плачет по утрам и вечерам очень
сильно. Жалуется Юре тоже, он с ней спит.
— Встала в 10 с утра легкий я, потом
он мне подсоединил видео и в 10$^{30}$
уехал в офис. Я погладила белье,
звонила Веронике хотела с ней пойти на
пляж. В 12$^{30}$ покормила девочку и

82887

звонили маме, поговорили с ней. Лёша в 14⁰⁰ сел пошёл в ч/д я нам дал риса всякой всячины на $32. Лёша всем очень хорошо, затем пошли купили продукты в 90 N$, встретили Машу там и Лёшу. В 16⁰⁰ покрасились и потом она только писала плачет и плачет. Я звонила Юре у нас приехала сломалась машина, они ездили на Юрину новую квартиру и когда ехали обратно на драйве поломались. Так что на своем вечером мы не едем, я позвонила Свирле и дала отбой. Машину пригнали другой машиной, а она пешком к Юре уже в 19⁴⁰ он ее привез к нам, они поужинали. Я даже приготовила сегодня литовский борщ и картошку. А чем они занимались днем не известно. Они приехали в 20⁰⁰, Юра из Алматы привез при пропитанный ромом, они поужинали, а затем он в 21⁰⁰ уехал, а нот дочь дома. Настя очень сильно плакала, не может найти себе место, как говорится. Я ей померила температуру у нее 99 F⁰ а по нашему 37,2°C, я позвонила Оле, по её нет дома, в Оле я врачу не звонила, велели завтра идти к ней. Я ее на руках укачала, она уснула. Звонила Ларисе, с ней поболтала. Юля записала видеокассеты и спать легла в 24, Юра пришел позже.

82888

IFCD000942

[Handwritten page in Russian cursive — illegible]

82889

IFCD000943

ошибки, я это Коле, говорю, а ему не хочу. И он же с этими бумагами, а я. Скурид... мне перевела как-то, я с ним в этих ... не поругалась. И Юра тоже начал с ним спорить, а Робка только поддакивал и вся-кую ерунду говорил. Потом он уехал, Робка с Юрой в 24^{20} пошли в Rahalp за водкой, но без денег. Они еще посидели и уехали в 1^{30}. Мы потом тоже пошли спать и девочка с нами тоже уснула.

P.S. Вечеснила с фаминией поездка ... и об... дясе всё это в д.500. Полная ...

12.09.00  Утром в 10^{30} кормила Настю, сама встала чуть раньше, с утра уже жара 30°C. Юра плохо себя чувствует, легкий бодун. Он звонил по своим делам, еще вчера где можно сделать по дешевле машину и ремонтный вопрос по Крымскому дому тоже решал. Я ему сделала завтрак, потом легкий и. Вписала ... собиралась в школу в 13, Юра еще дома и сидел с девочкой. Я сделала тест в школе, в под-готовила, нам ложен-армянин для визитку с предложением работы. Я пришла домой в 15^{..}, Юра Настю в 13^{50} покормил, а я уже потом в 15^{30}. Мне от Victoria Secrets пришел заказ костюм и платье. Вот какая я толстая и это мне постоянно говорил Юра и мне от этого не легче, а еще хуже. Он в 16^{00} дождался ...-ф., а мы уехали по его делам.

8289(

IFCD000944

не известно куда и что и как. Мне
звонила Марина, потом я позвонила
доктеру - Юре его не было. Когда мне
что-то решать с противозачат. таблетки.
мне. Звонила Рита, приглашала в гости,
у нее есть кассеты, а ещё я звонила Веро-
нике, у нее тоже есть, но урезанной. Я
в 19⁰⁰ покормила и собралась в гости.
К Рите пришла в 20⁰⁰, ничего у нее не поня-
ло. посмотрела её сони. Побеседовали, потом
они меня привозили до La Brea, и я до-
мой. Пришла в 10⁰⁰, Юра приехал в
22³⁰. Я приняла душ, потом помыла её и
кормила. Юра приехал из голодный, ел в
ресторане, Мишки его привез. Вечером
смотрели плёнки, я её уложила и сама
спать пошла в 21⁰⁰. Юра пришел
чуть позже.
P.S. Юра дал денег на ремонт машины.

13.04.00    Я встала в 7³⁰ утра, собралась, поела
среда    потом покормила с Настя в 8³⁰, приготови-
ла ей поесть и пошла в 9 в школу, делать
следующие тесты. Юра отвез Дашу, помогал
ей с Настей, и решили вопрос с маши-
ной он её перегнал в другую мастерскую
за $1500. И еще он сдел плэнерс Нас
задом на перед, вот какие дела. Я сдал
ещё тест и домой пришла в 11⁰⁰.

IFCD000945



Сделала Юре завтрак, поела, скупала девочку в 12 покормила её, заснули в 12⁰⁵ легла, мы поспали и в 12³⁰ поехали к доктору Марине. Оля, Лешкина подруга осталась у нас дома, смотрела телик. Они меня с ребенком высадили, а сами поехали отдать деньги за машину. У врача значит, ро- димое пятно еще до 4-х месяцев будет увели- чиваться, а там будет видно. Голова у нас может быть в плоской, если я не буду её класть на бока. Объем головы 34 см., рост 23 инчей вроде бы, а вес 11,3 паунда. Так что в этом плане все в порядке. И сде- лали ей три прививки : от столбняка, ме- нингита, гепатита и еще что-то. Она поплака- ла немножко. Они приехали нас забрали и мы домой, по дороге заехали я купила дет- ский TYLENOL, потом в JONS за продуктами и домой. Они попили кофе и поехали Лена, Оля, Юра в "Везув." Юра почистил им ак- вариум и забрал $200. Они уехали в 14³⁰ я как раз кормила Настю. Потом в 15⁰⁰ приехал Ролка и сидел его ждал. Они приехали в 15⁴⁵ Оля, с Лешой уехали, а те кофе попили и Ролка его повез в офис, якобы на работу в 16³², а от туда его Леша опять привезет. Я дома, очень жарко, хочу спать, звонила Юре дяде, его нет, переносится на завтра. Звонила Скверно, разговор ни о чем. Свари- ла картошку, и в принципе дома.

82892

IFCD000946

В 19⁵⁰ покормила Настю, потом позвонила Алёне. Алёнка с ней посидела. Настю погуляли на балконе чуть чуть. В 20³⁰ опять кормила её. Звонила всем кому можно было, в рис, купила всё что спросила, сколько её купать после прививок, и за это спросить у доктора. Вити и её не кормила, позвонил Юра, что будет делать после что-то приготовит. Приехали в 21⁰⁰, поели с Леной, потом пиво, он уехал, Юра посмотрел чемен. Я в душ и к Лене где-то в 22⁴⁰, у нас уже много грязи, и он чуть не кончил в Ксеша. И потом спать, только он долго не мог уснуть и всю ночь спать жарко, принимали ещё вентилятор просто ужас, даже ночью жарко. Настя себя вела хорошо, после прививок.

14.09.00 Утром в 7³⁰ покормила ребёнка и
четв.  спать, где-то до 10³⁵, нас разбудил сантехник, чинил, крани закалёнкой смазка что вода не просачивалась и соседи он наш русский Вова. Юра встал в 11, завтрак, я собираюсь в ясли, а он к Юре на встречу, буду по не приехал, ей дали и можно забрать наверно. Он в 12⁰⁰ покормил Настю и мы вместе вышли в 12⁵⁰, я в школу, а он желал Лёху чтобы по ей спать. Vicky

8289



8289

IFCD000948

побаловали, потом уложили её. и спать легли в час ночи.

15.09.00 — Нас в 7³⁰ разбудили мекс-работники, они чинили крышу, покрывали белыми листами и когда они забивали молотком всё было даже очень хорошо слышно. В 8³⁰ я покормила Настю, ну и уже только не спали. Встали в 10, завтрак, затем Юра уехал в 10³⁰ по своим делам, мне звонила Аня-Р, толком ничего. И вообще всё утро, пока я собиралась названивали, мне Вероника, Алёна, Рита потом звонила Ромка и заехал, забрал опять документы на переделку (дата рождения). В 12 я покормила Настю и мы пошли в школу. Там немного до 14³⁰ отсидели и пошли в ROSS. Там я купила ей как одеяльце и себе 2-а штанов (для дома), халат и кассету с шейпингом. Итого total: $ 56.80. В ROSS я её покормила в 16 и где то в 16⁵⁰ я пришла домой, И Юра уже стоял под дверью, ждал меня 10 минут. Я быстро приготовила поесть мы покушали и были дома. Ромка под дверь подбросил опять уже переделанные но не до конца бумаги. Я постирала детское бельё и постирала всё

*[Margin notes, left side:]*
плету.
Сегодня второй день Насте ест всего 4 раза.

IFCD000949



наше. Закончила в 21<sup>00</sup>. Юра немного подремал, потом в 20<sup>30</sup> поехал в. Версаль по аквариумным делам, и передал Оле фотки. Сама я дома, покормила Настю, покупала. Она опять всего 4 раза за день поела. Я её вынесла на балкон. Юра приехал в 21<sup>30</sup> и сразу же уехал, как он мне сказал в офис. Звонила Вероника, она тоже к Марине Буриштейн будет ходить. Я помылась. И в 22<sup>30</sup> начала глажку бель хотя сама за сегодня очень устала, сейчас попытаюсь позвонить Заитцу. Её не было, звонила Сазоновой Оле (у неё тоже девочка Настя её не было дома, говорила с мамой, потом звонила Бабушке Ире и с ней болтала час. У её Леворни (10 сен. - уже год) родовая травма есть. Закончила глажку в 24<sup>00</sup>, позвонила Юре он уже едет домой. Приехал в 24<sup>15</sup>, в душ и в постель. Там легкий я. и спать легли в 1<sup>00</sup>, а он еще не мог уснуть до 4 утра.

16.09.00 суб: Утром в 6 Настя проснулась, ей уже на ночь 5 унций мало, поэтому она рано проснулась, я её покормила, после долго не могла уснуть, Настю на руках. В 9 встали, Юра к 10<sup>00</sup> поехал в офис, встречался с электриком. А я позавтракала, потом Настю в 10<sup>30</sup> покормила и записывала видеокассеты для наших.

82896

Потом в 12:00 пошла готовить кушать. Юра приехал в 13:00 перекусил и поехал забирать машину. Я сделала фарш, салат, картошку и уже потом пожарила во фритюрнице курицу.

На улице жара. Юра приехал в 15:00 и Оля дома, смотрел телик. В 14:30 я покормила Настю, днём плохо не спит она. В 18:00 я на маникюр не пошла, жарко, да и не успевала, плохо закончила готовить, её накормила в 17:00, так что перенесла на 23 число. В 18:00 Юра пошёл и лёг спать в 18:00, я Настю уложила и сама дальше продолжала записывать. Звонила Ларисе, она на завтра в гости приглашает, после 16:00, посмотрим, мне бы хотелось. А машина в итоге не готова оказалась, они поставили плохой двигатель, так что одну снимают и ставят другой, это приблизительно не сразу готовность обещали. В 19:00 заехал Рома забрал Олю, и мы собрались и едем в офис. Юра выкладывал видео, я поснимала на камеру, потом пошла погулять. И в 20:30 поехали обратно домой, Юре сказала про приглашение, он согласен. Я покупала, накормила, спать уложила в ~21:00. Вечером я не помню что было, наверно кино и спать. На ночь легли и... и вроде всё. Всё.

8289?



82898

IFCD000952

хорошим настроением мы въехали, я перед входом в 16 30 покормила Настю. Заехали купили пиво в TONS, затем в ROSS я купила комбинезончик для (1) Ларисочки Виталий за $13 и мы поехали к ним. По дороге я уже выяснила их адрес, что Юре тоже не понравилось. Все приехали вместо обещанных шашлычков, а но в духовке запеканная картошка с мясом, я так тоже делаю. Сидели пили пиво, потом пошли к бассейну, искупались, поснимали на камеру, пофоткались. И сидели на улице курили и пили. В 19 00 покормила ребёнка. В 21 00 пошли мы в дом, они купали свою девочку в ванной и мы тоже решили пристроиться, немного покупали, я её напугала, она у меня выскользнула из рук, всё потом покормила и спать уложила. На Юру я опять злая, он ни какого внимания ко мне, ни к ребёнку. У Ларисы Виталий делает всё, помогает во всё, а Юра у меня увы нет, а то еще всекие грубости говорит и делает, ни какой ласки и нежности. Опять напился и вел себя ужасно. Мы вечером чай попили и в 24 00 поехали домой, он как всегда ехал быстро. Настя спала и когда приехали домой тоже не проснулась. Зато мы с Юрой поругались, он меня задрал со своим пьяным поведением и отношением ко мне и я ему сказала кое что. Он обиделся



Ex. 81 pg.53 of 436

IFCD000954

...их купить и они сейчас не очень хорошо мало спала. Его закончили в 15⁴⁰ и мы сразу домой. Пришли Юра уже дома пожарил котлеты и спит. Я покушала, а потом в 16⁰⁰ Настю покормила. Были дома. Юру ждали в 18⁰⁰ ему позвонила Оля и в 18⁴⁵ она приехала к нам делать за компанию. В 19⁰⁰ я покормила ребенка, она не можно пошла на балкон Юра в 19⁰⁰ уехал в офис, дальше работать. Я дома готовила ужин, пожарила котлеты, сварила картошку. Звонила домой узнать все ли они приехали, говорила с папой, мама как раз пошла на почту высылать. Еще звонила в Чусовой я знала, что 14 сей. у Самсоновой был день рождения, я её хотела поздравить, но её не было говорила с Рассохиной, она кстати крестная мама сына Егорки Казакевича Антона, вот как они сдружились, молодцы. В 21⁰⁰ я пошла покупала Настю первый раз в большой ванной, толком пока плохо получается, ей не очень нравиться, затем в 22⁰⁰ покормила её. Как раз Юра в это время приехал. Покушал, пожарил себе семечки и смотрел кино. Я в душ и где-то в 23³⁰ лег в постель, еще целый час лежали разговаривали про нас, я ему сказала почему ты меня не любишь, он говорит, что сейчас очень сильно устает, работает один, расходует чужие деньги, прибыли пока нет, развивать работу еще не видно и его это очень сильно огорчает...

82901

IFCD000955



82902

IFCD000956

знаю, наверно ничего хорошего. Да
Марьяна пыталась узнать по поводу
домиков, ну что-то дорого, я её позже
перезвоню. В 15⁰⁰ покормила Настю, в
16 пошли домой. Я сделала блинчики с
творогом. Звонила Юре он в офисе, у него
куча там людей, бар делаю, электрик
там, а больше не знаю. Звонила Ана-Р.,
но мы с ней толком не поговорили её поз-
вонила Алена и они болтали, так она и не
перезвонила. Юра с Гришей (столяр, к удоч)
заехали в 18⁰⁰ домой, попили кофе, он ему
показал аквариум и они уехали. Я приме-
рила Настю вещи уже опять кое-что мало.
В 19³⁰ мы пошли отнесли на Fairfax
видео для перезаписи в Россию. В 19⁴⁰
я её кормила, затем мы прогулялись и в
20²⁰ пришли домой я её опять в большой
ванне покупала, в 21⁰⁰ покормила и
уложила, уснула она в 22¹⁵. Я звонила
Юре он еще в офисе работает, они куша-
ли сегодня толпой в ресторане, зачастил что-
то он туда. Я вечером делала свои зати-
сли в 22³⁰ позвонила ему он сказал что
скоро будет. Мне сегодня звонили от Юры-
врача, апойтмент перенесли на 26.09 из-за
месячных. Юра приехал в 23³⁰, он в
душе, я ему приготовила поесть, по-
том мы смотрели кино. Еще пришел
был на ленкин секлерфона на Юрочку

*[margin note:]* будет готово в пятницу они поздно нет.

82903
IFCD000957



82904

IFCD000958

покормила девочку. Потом в 20 покупала её и уложила спать. Юра приехал в 21⁰⁰, я поджарила картошку, мы покушали и смотрели телек. Ещё я звонила Марьяне, она мне составила письмо как бы от Юриного имени. Вечером звонила Оля, в 23⁰⁰ пошла в душ и в постель. Спать легли в 24⁰⁰, сначала лежала в

21.09.00
четв.

Утром в 7 покормила девочку и всё стала собираться на medical. Юра встал в 8, мы собрались и поехали на W. Cohen. Там (я приехала в 9⁰) он меня оставил и уехал, я опять заполнила бумаги и опять пошла к Анаит. И в этот раз уже там я передумала из-за моих и её документов (нелегально). Я ей рассказала, что он настоящий отец, а тот ведущий мнимый, она сказала, что так нельзя, за это могут судить. В итоге она как-то разорвала и сказала подумать до завтра и приходить вместе с ним, она что-нибудь нам придумает, поможет. Юре опять я туда позвонила. Он приехал за мной в 12¹⁵, я сходила, пока его ждала в 99¢, и мы поехали домой, по дороге ему рассказала. А он сказал что я очень доверчивая и что меня могут заложить, поймать на моей лжи и она этому поможет. Т.е. зря я ей рас-

82905



сказала про нас и правду, но я позвала,
я ей доверяю. Господи Спаси и Сохрани!
Конечно завтра он никуда уже не поедет.
Так что что будет в будущем я не знаю.
Только бы у меня всё наладилось в дальней-
шем, господи помоги. Он нас привёз, а
сам сразу же поехал на холсейл за ролками,
потом в "Вез." и в "Бев." Наша машина, ещё
не готова, может завтра или после завтра. Я
дома в 12⁴⁰ покормила Настю, в школу сегод-
ня не пошла, очень спать хочется. Пригото-
вила суп-харчо. Звонила Рита и всё пока без
ни каких новостей. В 15³⁰ покормила ребёнка,
звонила Сирила с ней болтала. Она позвонила в
США выяснила по поводу дела, что они мне выслали,
вроде он должен покрыть medical, будут
выяснять, видно в будущем будет, всё вроде
Я. А они едут на природу 10, 11 октября. Я ра-
зобралась со всеми бумажками, виды кое-ка-
кие Настины перебрала. А ещё пришло опять
письмо от AXSYS банка по поводу Fingerhat
Я должна написать SS и выслать в течение ме-
сяца. Юра приехал в 18⁰⁰, он наличными деньги в
банк, покушал и был дома. Заехали Марик за-
вёз карточку TV и мы смотрели пасек. В 18³⁰ я покор-
мила Настю и в 19⁰⁰ также в RITE для купила
одноразовые пакеты в бутылочку, пошли и убрала
крошечку на бутылку что оставила в парикмахер.
Пришла домой кормила уже её в 20³⁰, затем
покупала и 21³⁰ накормила дочку и спать
её уложила. Сама звонила Зайцу, побол

там с ней. Я так долго ничего не делала. В 24⁰⁰ в душ и спать, звонила Юре он еще в офисе, когда приедет не известно. Приехал в 24²², я разбудил его [...] спать. Он еще сидел [...] до двух ночи

22.09.00

Утром в 8 покормила ребенка. Затем мы уже не успели, она такала, разбудила папу, он встал. В 9 собрался и уехал 9²⁰ в офис, рисовал и всё остальное. Я с утра разобралась не много с думами Кружилина. В 12⁰⁰ покормила и мы пошли в школу. Там отсидела [...] 15⁰⁰, покормила там и потом зашли в 30/15 на послеобеденные дела купила продуктов и домой пришли в 16²⁰, покушала. Звонила Аня-Р, она точно не может ехать 10-11 числа. Потом звонила Марьена, я ей рассказала про Medical, она мне сочувствует и говорит, что Medical я точно должна сделать через с ним с Welferan, а это обязательно для ребенка. Я сегодня туда в 11 не поехала, она наверно стерла меня с компьютера, не знаю. Господи спаси и сохрани. Сегодня второй день пасмурно, дождливо и холодно. Мне звонили, видео мое готово, надо идти забирать, а у меня нет денег. Звонила Юре, он сейчас работает занят не может со мной говорить. В 18⁰⁰ покормила Настю. Беги...

8290

IFCD000961



IFCD000962

... пшом ничего не узнали, то ... покормила Настю, покормила в 21ºº и спать уложила. Сейчас идет дождь. Приготовила ... и рис, позвонила Юре в 22 он еще работал. Я пошла посидела в ванной, когда вышла, и Юрка приехал где-то ~ 23ºº. Он в душ, поел и смотрел кино. Я посчитала расходы по Юриным делам, наших примерно $ ... + $8000 что он занимал денег дал. Затем в час мы пошли в постель, поболтали, легли и и спал.

23.09.00 Утром в 8 Настя проснулась ес, затем пока-
$600  кала домыла спать Юра встал и уехал в офис в 10ºº оставил мне денег. Я в 11ºº покорми- ла Настю, сама позавтракала, потом мы собрались и в 12³⁰ поехали на Fairfax забрали кассету там было 2 часа и стоило $ 16.00. И об- ратно домой, в 14ºº я её покормила, сама пе- рекусила собрала вещи что выслать маме и пошла на почту, там оказалось очень дорого $40.00 что я хотела выслать, пришлось вы- слать только кассету и 82 фото и всё за  за $12.00 вспели, потому что я пришла как раз пад закрытие в 15³⁰, затем мы пошли домой По дороге зашла в магазин, где продают за $1 или $3 барахло из 2-х рук, кроме дерьма полное. Пришла домой в 16ºº сейчас буду кормить Настю и убираться

82909

IFCD000963

Звонила Ире, он работает, а за машиной он еще не знает поедит или нет. Над позвонить узнать. Машина будет готова в понедельник, в 17⁰⁰ покормила Настю, звонил Лешка, я с ним поговорила, он не против, чтоб ехать в среду-четверг на Big West. Потом я позвонила Ане Р, оставила месег, и позвонила Светке с ней поболтала, затем Райке звонила (я еще до сих пор не могу забрать свои фотки). Звонил Ира в 18⁰⁰ он скоро будет. Потом позвонил Андрей, они пригласили к себе в гости. Звонила Аня она поговорит с Ромкой, наверно они поедут. Я покормила в 20⁰⁰ Настю, я ей наверно заразила глазик (вчера лазила туда пальцами) сегодня он загноился, я закапала каплями. Ира приехал в 20³⁰, в душ и мы поехали в гости к Марлене с Андреем. Настя там уснула, мы пили, немного, сидели болтали. Ира их все-таки уговорил ехать на Big West, завтра в понедельник им с Марленой позвонит и решит, что заказывать. Уехали от них в 24⁰⁰, Ира поехной еще он мне говорил, что к нему заезжал Ромка, и он хотел чтобы вместе его и мой день рождения праздновали вместе. Хитрой, я не хочу. Надо это сказать Юрке. Все домой приехали в 24⁵⁰, я сделала Насте еду! и пошли спать в 1³⁰.

82910

IFCD000964



82911

IFCD000965

Занялась, разобралась с фотками и в час ночи пошла спать.

25.09.00 пон.

Утром в 10⁰⁰ Настя поела, уснула спала 12 часов. Юра встал чуть раньше, позвонил жене, они не фотки получили. Я позвонила Ане-Р, она на 2 окт. приглашает на день рождение к Ромке в понедельник. Юра в 11 уехал (б Бабочка его отвез туда) за машиной, но там что-то еще не сделали, он сидит ждёт. Звонила Марьяна, прислала распечатки на домики на Big Bear, надо подумать и заказывать. В школу я собралась и в итоге не пошла из-за Иркиных сигарет, сидела ждала, когда их привезут. В 13³⁰ покормила её, сама покушала тоже. Звонила Скирле, она говорит что у неё есть купон в TOY'S Я US на со скидкой хорошей на все памперсы и предлагает мне купить. Но я боюсь чтобы это не вышло как с фотками, я их еще до сих пор не могу забрать, а она их найти. Какая безответственность и безала-бирство. Звонила Юре в 14³⁰, он еще ждет. В 15³⁰ покормила Настю, потом позвонила Марьяне, с ней на завтра договорилась созвониться и узнать на счет домиков. Звонила Любе работала с ней, про

День Встреч.

82912

IFCD000966



82913

26.09.00
Втр.

Проснулась в 7³⁰ покормила Настю и уже потом я не уснула. С утра мать, но что то мне больно. В 9⁰⁰ звонила Марьяна, мы уже встали. Мы с ней болтали насчет домиков. Приемлемое нашли только так 1дом - 4 bedroom, 2дом - 2 вер., но это все в одном здание, а люкс. Озеро 1,5 от домика, бассейна нет, посмотрим как там на место что и как. Сняли на две ночи 11, 12, 13 до - 15 часов. стоит это удовольствие $712.30, но из них $300 секюрити депозит, он вернётся. А $412 будем жить на полу, т. е. на земле, это уже будет Юрка разговаривать с мужиками сам. Он ке-тому уехал в 9³⁰, но в 10⁰⁰ вернулся его стук-нули в бок на перекрестке Higland / Fountain. Он приехал подписал бумаги и уехал в офис где то в 10⁰⁰. Я отправила бумагу на Big Bear, Марьяна должна перезвонить. Я в 10³⁰ покормила Настю и разбиралась то с её вещами, то с бумагами. В 12⁴⁰ мы пошли в школу. В школе после торт за учителя здоровье, у неё вчера был день рождение. Домой пошли в 16, я Настю там в 14³⁰ покормила. Домой пришли, сразу пошла готовить, позво-нила Юре, он едет домой. Он приехал в 16³⁰, сразу в душ, мы поели и поехали в 17⁰⁰. Он меня оста-вил у доктора Юры, а сам поехал отбалансеро-вать колеса на машине. Я у Юры встретила Любу с Rainbow, посидела поговорила с ней. Юра взял у меня мазок из рта и кровь на сахар и т. д. Результаты будут готовы через 2 недели.

82914

IFCD000968



Ещё я ему сказала про противозач таблетки, он сказал, что после результатов, скажет что пить, чтоб не набирать вес. И ещё по поводу страховки для ребенка, это мы обсудим тоже поз-же. Единственное, я должна позвонить Марине доктору и узнать её provaider numbeг для оформления бумаг. Да, сказал, попробовать таблетки во влагалище, это тоже о беременности, может это будет лучше. Закончили мы в 18⁰⁰, позвонила Юре, он едет за мной тоже. По дороге заехали в 99¢, я набрала колбасы, завтра в дорогу. Да ещё у доктора Юры, взвесили Настю 12 паунтов, а рост 24 инча. Это для программы WIC, нужны эти данные, так что к Yashary ехать не нужно. Домой приехали в 19³⁰, я возилась, со-бирала на завтра в дорогу Вегас. Позвонила Маре, потом взяла адрес Тирана. Настю покупала сегодня в воде с маслом, покорми-ла, она так устала, мало днем спала, что отрубилась сразу, даже не доела свою норму. Я пожарила семгу и собиралась, а Юрка смотрел телик. К нему сегодня в офис приез-жал Лешка, немного помог. Юра пошел спать в 23⁰⁰, я чуть позже, написала записи, в душ и спать, уж больно сильно хочется, да и завт-ра подъем в 4³⁰ утра, планируем в 6 выехать в Лас-Вегас. У Насти кстати глазки вроде бы прошли.

82915

IFCD000969

27.09.00
среда

Поднял в 4³⁰, я готовила завтрак и всё в дорогу собирала. Юра встал чуть позже, папе и где-то в 6 утра мы выехали. По дороге в 8°° покормила Настю, она вела себя хорошо, спала. Мы заправились полный бак бензина и его хватила полностью до Las Vegasa. В дороге все хорошо, приехали в 10 утра, позвонила Ире, Маре и приехали к ним. Посидели у них, поговорили и поехали в 12³⁰ с Ирой в Social сервис получать SS для меня. Там конечно очередь маленькая, не как в LA, сидели до 15°° Я Настю взяла с собой, Юра подремал в машине, а я её покормила в 10°°, 13 и вообще она сегодня ела по малу 3-4 унции, но часто. Я пошла через 2 часа получить сам номер SS, а так он придет по почте через 2 недели. Мы закончили и поехали в новое казино, где работает её мама, на шару в буфете покушали, т.е. для билет входной (а так стоит $10 на одного). А там можно хоть что брать есть. Мы наелись до отвала и в 16°° приехали к ним домой обратно. Ехать домой сейчас нет понта, большой трафик, поэтому мы были дома, Юра лег поспать, девочку я тоже уложила. Ира отвезла маму на нашей машине на работу, т.к. Мара уехала и уеу и они где-то буканот. Ире Гарик подарил машину джип Chevrolet, классно, а то у них забрали за не уплату. Ира собрала детские вещ.

*(margin notes)* по арлайва лось на SS в лас-Вегас / болтек прасту не прислали адрес

82916

IFCD000970

...от Софи для Насти хорошее я думаю, что приобрела, а так себе весёлая игрушка. Ну и на том спасибо, и ещё спальную игрушку дала. Въехали мы домой в 18°°, спать же записались один раз по другую что туда, что обратно один раз мы наваливались... Настя у меня молодец, домой приехала в 22³⁰, я её в 23°° покормила, не купила и она сразу спрубилась спать. Я ещё всё разбирала, вещи пересматривала. В 24°° в душ и спать, Ирка хотел любви, но я на ходу как говорится засыпала. Он обиделся, что я не довела дело до конца, я извиняюсь, но очень спать хочется. Всё мы устали.

P.S. когда приехали домой, я запретила что дети уже
SS. Поцарапала кура, также бог их не воспользовалась, нам и ничего не ненаберешь. Господи спаси и сохрани!

28.09.00  Юра встал в 9, я как раз заканчивала кор-
четв.  мить ребёнка и подмыла её. Он собрался и уехал по своим делам, у него готов большой аквариум, он уехал в 10°°. Я опять пошла спать до 11°°, потом Настю разбудила, я покушала, дала начала сама собираться в школу. Позвонила Марине, узнала с девчками все дела, ключи придут по почте. Потом позвонила Тиграну, пре-дупредила его, что на моё имя к нему придет
SS. В 13°° покормила Настю и в школу пришли с опозданием на 25 минут. Настя сегодня ку-шала 4 раза и по 7, а на ночь 8 унций, на здоровье. Там отсидела, стрешила в 16°°

82917

пошла домой. Звонила Юре, днем он
дни спагала, смотрел аквариум, а затем,
в офисе рисует. И позже он уже закончи-
вает и скоро будет дома. Я пошла, зая,
в 17⁰⁰ покормила Настю и начала готовить
картофель с мясом. Юра приехал в 18⁰⁰, вдруг
затем он позвонил тем людям, которые его
стукнули в понедельник, он им выставил
цену $135, а те уперлись ни в какую. И Юра
уехал к ним разобраться. Я звонила Ларисе
Ан - оставила message. Скирину - нет, гово-
рила с Веронкой, она тоже у Марины Бурш
тети числится. Затем Юра приехал злой, от
жидя дали только $50. Я его накормила,
потом в 20⁰⁰ покупала Настю, папа посмо-
трел нас., накормила и спать ♥ у
нее в последние дни (2-3) очень много
соплей идет. Уложила спать, сама в
душ, сделала записи. Звонила Аня-Р, с ней
поболтали. В 23³⁰ пошла спать. Сегодня весь
день вагинальные таблетки и у нас любовь,
затем я в душ и в 24³⁰ спать легли.

29.09.00   Настя проснулась в 4³⁰, то я уже за-
петь была, покормила её и опять спать.
В 9 встали, она опять разбудила
кряхтела, но снова уснула. Юра зани-
вал воду для клиентов. Потом мы пос-

82918



...метрики карту, их покупать под эти дирекшен надо знать. Хотели распечатать, но черной краски нет, наверно высохла. Затем Юра в 10³⁰ поехал в офис. Я начала стирку детского, что нам Ира дала. Звонил Юра, потом Рубин. Звонила Рита, поболтали, я звонила Скирис заказала ей нам персот 2 упаковки — 8-го размера и ему — 3-го размера. Стирку закончила как раз в 12, а в 11⁰⁰ покормила Настю. В школу пришла немного с опозданием, сегодня были до 15⁰⁰ и домой. Пришла поела, затем в 16⁰⁰ покормила её. Звонила Юре, он работает, когда домой, пока не знает. Настя вечером плохо вела, капризничала, в 19⁰⁰ я ей дала TULENOL т.к. у неё температура 99,5 F, или 37,5°С и она вся горячая. Звонила Марине врачу. Она сказала как будет 103, тогда надо бить тревогу, а пока только TULENOL. И у неё сопли, шмыгает, хрюкает, я её закапываю. В 18⁰⁰ её покормила, но она всё ещё не спит, уже 20⁰⁰. Звонила Аня — Р, затем Скирис, так ничего особенного. Я звонила Лене Ан., они тоже идут на день рождение к Роме и Раймонд тоже. Потом звонила Оле — оставила мессаг и поболтала с Ирой Вегас, она в понедельник приедет, и будем узнавать по поводу Тербалайфа, а то я уже 145 покупок. Всё у меня тоже температура 37°С, сегодня Насти попу помою в ванну немного 20⁰⁰ ... неизвестно.

82919

Юра приехал в 21⁰⁰, он в душе, после и смотрел телек. Я читала журнал "Baby Talk" и в 22³⁰ пошла спать. А он пришел чуть позже в 23³⁰, всё ч мы легли спать.

P.S. Он сегодня днем заезжал домой, привез корм для рыбок.

30.09.00 суб

Настя опять в 5 проснулась, я её покормила и она опять спать. Встали от звонка Юриной клиентки Люды, он потом к ней поедит почистить аквариум. У нас с утра легкий и ... потом завтрак и в 9 кормёжка Насти. Юра уехал в 10, ... он звонил Юре, его надо в понедельник встречать в аэропорту. Всё я дома, начала перебирать вещи Настины, всё раскладывала, примеряла её, её замучила эти. Звонила Аня-Р, хотела чтобы я к ней приехала, увы не могу. Кое что пошла дела, толком ничего не успела убрать. В 17⁰⁰ пошла с ней в JUSS, кое-какие продукты купила и пошла домой. В 16⁰⁰ её покормила, затем дома сделала салат. В 19⁰⁰ приехал Юра, я как раз кормила девочку, но она не хочет есть, толком ничего не ела. Он в душе, поел, ему звонил Андрей и он с Марьяной заехали к нам в гости в 20⁰⁰. Они потом пошли, купили себе пиво, мы с Марьяной сидели болтали. Затем я по-

я 143, а
Настя
13,5

IFCD000974



IFCD000975

с Робертом. Настю в 21°° покушала и спать её положила. Мне вечером звонила Люба. Она вроде бы залетела, и её вздровало, было синее УЗИ и отпечатки на дверь в комнату ребёнка были кошмар. Слава богу всё обошлось, потом у нас любовь и я затем пошла в душ и в 24°° спать.

P.S. Юра купил в подарок Роике ещё стакет у Ю- нкора за $ 50.

2.10.00 пон.

Ночью снились кошмары. Настя проснулась не кормежку в 10³⁰. Я до этого вписала билет, позавтракала и больше ничью не де- лала. Аня-Р звонила, говорила с Юрой, как вечером встретились. Он уехал в 11°° в банк деньги $ 400 положил и опять в офис и по своим делам. Ещё в "Золот. рыбку" только не помню сегодня или вчера он ездил. Я собра- лась в 13°° пошла в школу, дома бардак, черт ногу сломит. Там Настю покормила и в 16°° белом домой. Юра уже был дома, я её покормила и сама быстро в душ и наскорях собираться. Одеть толком нечего, всё маленькое, узкое. Волосы толком не уложила. В 18°° въехали в аэропорт, встречать Юру с London-а. В 19¹° обратно, везём его домой и в 20³⁰ приезжаем к Роике на день рожде- ние самое первое. Там были уже родители Анькины. Позже приехали Айнар, Алена с детьми; Скирма, Роберт, Раймонд, тубор- ка, Стасик и как всегда сели вспиши, покупали. Настю ещё в аэропорту немного

IFCD000976

тили. И уже пол 6 22⁰⁰ после как часу и спать. Я забыла вернуть помету Гриш. ... ушли в 23⁰⁰, а они сидели пили и пели песни. Мы папа как всегда дольше всех, уехали в 4 утра, при погоде по изменению, но утром не извинял... Женя приехала в 6 4⁰⁰ ... спать. P.S. Юра сидя поранил руку книгой ударил и порезал.

10.00 Встали в 10, утром кто-то звонил, ещё раньше в 9 покормили Настю. Потом ... дома сходили, я очень хочу спать. Позавтракали, смотрели телик. Звонил Лешка, они завтра встречаются, покурил удочки и т.п. для Вод Вента. Я получила сидя книги от дядьков на Р. Звонили Маряне, оставили эсэмэс и Маше ... тоже оставили сообщение. Звонила Аня Р. Она пока и не вспомнила про что-то Рослев сказал Роме, что-то интересное. Звонили Ларисе, ещё вечером созвонимся и ... ужин будут они или нет. В школу не пошла, нечего писать, после того как мы покушали все. Мне звонила Аня-Х, как раз, когда я спала. Ещё звонил Юра и он к нему уехал в 15⁰⁰ ... разговаривать, может в офис заедет, и ... ещё неизвестно. Я звонила ..., говорил... папой. Звонила Кирилл, по поводу ... у меня есть скидки. ...

82923

[Handwritten Russian diary text — illegible cursive]

82924

Ex. 81 pg.77 of 436

IFCD000978

Проискались, в 15⁰⁰ пошла в школу, пап в 14³⁰ покормили девочку и в16⁰⁰ дети. По пошла пришли Короля Ярославка в дом журнала Baby Talk. Звонила Скиреле, она, сегодня детьми привез за памперсес. Звонила Юре он гу-то с Юрей разъезжает, что и где не известно. Они сейчас где-то = 18³⁰ придут на урин, кричат. Я им курицу потушила и рис, сама съела. Звонила Оля завтра в 18⁰⁰ нас приглашено на день рождение к Динека. Сегодня уже холодно и я себя не очень чувствую. Сейчас в 18³⁰ буду кормить девочку. Покормив её, Юра приехали в 19⁰⁰, я их накормила, пригласила Юру на день рождение своё, про деньги за Оля сказать за удочками от неё ездит, и сегодня забрал почти всё аквариум. Они поели и они собрались и поехали, сначала завели Юру к машине около офиса, затем мы поехали в Вову, "Я и US" за памперсами $9⁹⁵ и посмотреть подарок для ребенка. Но нам я ничего лине не приглянулось. Я купила ей носки, игрушки 2 музыкальные, кофточки (будет там становилось еще) итого на $50.₀₀ с карточки. Приехали домой в ранше 21⁴⁵, я покупала Насте, покормила и спать. Сама в душ и мы пошли спать, но перед лег ний н..., а у меня ранеш времени напомнил месячны.

IFCD000980



IFCD000981

он пошёл спать. Я в школу сегодня опять не пошла. Настю кормила в 11⁰⁰ как раз приехала Аня, она тоже покормила свою и мы сидели болтали. Я звонила Алёне потом ещё с Анькой поговорила, в 13⁰⁰ она уехала; я отнесла бельё в сумку и начала готовить, но Юра не стал больше ждать, встал и сам себе сделал покушать. Сегодня погода хмурая, прохладно и мороз есть. Я звонила Ларисе-Глебу они не могут ехать на Big Bear, я позвонила Ане со Славой ч. их приглашала, они ещё не знают наверно тоже нет. Звонила Маше оставила массаж, потом с Ирой говорила, она наверно с Гариком завтра заедут к нам. Со Свирсой говорила, там ничего нового, она хочет заказать календарь персональный со своими фотками и датами на 2001 год к нам предлагает, я подумаю. Звонила Аня Х у неё есть купон в Macy's со скидкой, наверно в понедельник пойдём. В 15⁰⁰ кормила девочку затем в 18⁰⁰, она уже как дня два хватает пальчиками игрушки (в кресле) уже начинает пытаться. В 19⁰⁰ мы поехали в магазины за продуктами, в 20:15 встретила Вовку-Дыбка, потом мы домой, я в 20⁵⁰ покупала девочку накормила и в 22⁰⁰ она легла спать. Я сейчас пойду сделаю джерси хочу сделать завтра вишенки. Потом в 23⁰⁰ начала гладить детское бельё, Юра сидел меня ждал, когда я закончу, в итоге не дождался и ушёл в 24⁰⁰, я закончила в

82928

IFCD000982



24ᵒᵒ в дуги и в 1ᵘ спать легли.

P.S! сломан ключ у него положилась машина, как и хотел ехать, так что нам придется ее взять с ее семьей вместе на нашу, я даже и не знаю как мы разместимся и машина будет очень тяжелая и в ... я очень этому "рада"

Мое день рождение! С утра в 7³⁰ покормила Настю и опять спать Юрка в 9ᵒᵒ уехал в офис, меня разбудил звонок Юра в 9ᵗᵉ, потом звонила Мама поздравила меня. Затем Аляка-Р. И в потом я уже не спала, в к. покормила Настю, и мы собрались в TOWS, заходила Ама церковь. Я в магазин ходила 2 раза, закрыла изменила WIC. Пришла домой в 14ᵒᵒ, купила пряж и продукты для борща и блинов. Звонила Аня, она хотела, может погулять куда-нибудь, и еще она сказала, уволилась с работы и еще неизвестно едет она или нет. Я покормила в 15ᵒᵒ Настю и начала готовить борщ, звонила мама, сделала мне сюрприз, я ей туда же перезвонила, она поздравила Настя тяжело засыпает, плачет. Звонила Мареяка, она где-то в 20 приедет. Я закончила в 17ᵉᵉ, Юра приехал в 17³⁰, он сегодня с Юрой ездил к Seale смотреть бракованный товар и хочет мне подарить видео камеру. А мой Юра только утром погулял. и ничего больше, он уходил к Мишке за телефоном для Юры и пришел в 18³⁰ он в душ и кушать. Я расстроена что такая

ничего, никто не подарил, не поздравил. Сейчас буду кормить Настю. В 19⁰⁰ её покормила, она летала развлекалась, я доделала фаршированное блюдо. В 19¹⁵ звонила Ире, она устала и приехать не может. В 20¹⁵ пришел Юра с цветами и вином, следом Марьяна с Андреем тоже с цветами и шампанским. А моя дорогая ничего не подарила, вот так я и отметила своё 25-летие. Потом чай, они мужчины потом сидели смотрели кино, я покупала Настю в 21⁰⁰, покормила и она в 22⁰⁰ уснула. Забыла мы с ней ездили за её сумкой к сестре и обратно меня домой. Юра меня сфоткал и ушел где-то в 25⁰⁰, я расстелила до сих, помыла посуда, в душ и спать в 23⁴⁵. Юра пришел в 24⁰⁰ у нас любовь и после отбой.

P.S созвонились с Аней, завтра едем на рынок мексиканский. Звонила Оля, хотела у мамы ее узнать рецепт блинов, что-то у меня не получается, а она так быстро повторила и все они уехали на работу, кроме ...

P.S таблетку выпила в 23⁰⁰, а ... в 22⁰⁰, заела.

8.10.00
воскр    Проснулась в 8³⁰, собираюсь ехать на рынок, в 9⁰⁰ покормила Настю и уложила опять спать Юра был с ней, я в 9¹⁵ уехала. Купила две вещи по $4, подкисочки и прохладное. Папа приехала в 11⁰⁰, в 12³⁰ покормила ребенка. Допекла блины, сделала с мясом, мы покушали. Юра в 18⁰⁰

82930

IFCD000984



82931

IFCD000985

09.10.00
понед.

Утром в 8:30 покормила Настю, спать она 12 часов спала, не ела. Юра встал в 9 ч позавтракал и в 10 уехал, сначала в банк, потом в офис. Я легла поспать еще, но в итоге мне не дали, звонили круг спрашивали то одни, то другие. Я встала в 11:30, звонила, говорила с Люкой-Р, она еще не выяснила едет или нет. В 12:30 покормила Настю собрала переписать видеокассет, где-то в 13:00 приехал Юра, в офисе толком дел нет. Он раз и мы собрались и поехали в Wilson консайно магазин в 14:30. Я звонила Аня-Х, она ехать со мной не может, забалела. И я тогда поехала с Юрей, нам Вина дала адрес на Magnolie, мы его плутали искали, нашли, а там барахло, это как и Ross куда сво-зят всё консайно, что уже в нормальных магазинах купить нельзя. Травленное, испач-канное и т.д. в общем дерьмо. Мы побро-дили и поехали домой. В 15:30 в дороге, покор-мила Настю, заехали в Ross купили мне куртку $40.00 и свитер $29.99, и Юра себе тоже набрал вещей в итоге сумма ~$200.00 с кар-точки. В 17:00 приехали домой, покушали и я пошла собирать вещи на природу, постирала ему кроссовки. Он в 18:30 покормил Настю и к 19:00 поехал играть в футбол с Будочкой ч бр. Я собрала вещи, в 21:00 покупала девочку, покормила, как раз в это время Юра пришел. Он приготовил покушать, по-жарил мясо в сковороде новой электрической, которая без жира, в собственном соку готови...

82932



82933

Ex. 81 pg.86 of 436

IFCD000987

дорогу. Ключи от почты отдала менеджеру, чтобы он брал почту. Я помчалась, звонил Ромка, искал Юрия. Я в 15³⁰ покормила девочку. Звонила Маше, с ней потрещала. Пасла практически весь день спит.

*Машка законилось.*

У меня столько сумок получается много, кошмар. Я себя плохо чувствую, усталость, сонливая и на улице сегодня холодно. В 20³⁰ позвонила Юре он еще в ресторане и не скоро будет, что делают неизвестно и что делаем тоже тайна, мне все равно не узнать. Я в 21⁰⁰ покупала ребенка, накормила и в 22⁰⁰ положила спать. Сама кипятила бутылки, собирала кастрюли... Звонил Лешка, дала ему директив, как ехать. Уже 22³⁰, а Юры еще нет, а ему звонят Ромка и Ролке. В 23⁰⁰ звонил Ромка, я дала им директив, я легла спать но не спалось, а где Юра черт его знает. В 24³⁰ позвонил Юре, он пьяный едет ему надо разогреть ужин, я злая разогрела, и некоторых разговоров, пошла опять в постель. Он обиделся, что я его не обласкала, никакого внимания. Он напился в Версале с Юрой, тот вернулся остро, что расстроило Юру. Еще он сказал, что мы приглашены в субботу в ресторан. Он ворча и недовольство свое высказал и мы в 1³⁰ легли спать.

82934

IFCD000988



82935

IFCD000989

приготовила поесть малая, и в дороге в следующий магазин, я ее ≈ в 13°° покормила. Заехали в «карабах» купили мясо, грибочков рядом магазин овощей набрали, корочё на деньги еле попали очень дорого примерно на еду и выпивку — $250 в Smart Final купили только = $200) мы истратили 400 + все снасти для рыбалки итого $500. Да я ещё купила лото игру и у армян рядом с «карабахом» продаются тарелки, стаканы дешевле, чем в 99¢, я ещё туда заезжала. Мы для БВО купили уголь, мы им не воспользовались, и позже когда приехали его не нашли, знаю его кто-то забрал, Юрка думает на Ромку с Анькой. Все мы запарились и втехали, машина полная битком, слава богу Лешка на своей машине поехал. Втехали в 14°°, я созвонилась с Анькой, они тоже втехали и Юра тоже. В дороге в 16°° я покормила Настю, снимала на камеру дорогу, как меняется погода и растительность высоко в горах. Я очень боялась ехать по извилистой дороге в горах, серпантин настоящий. Да ещё колеса у нас свистели на поворотах. Поднялись мы на 7000 фут высота, чем выше тем растительная природа, елки, сосны, воздух чище и снег чуть-чуть был, но на следующий день растаял. Приехали мы в 18°°, тут же подъехал и Юра, затем Лешка и мы стали разгружаться, на улице холодно, в домике сначала тоже было прохладно. Мы устроились на втором этаже в 4-х бед. Распаковались и начали готовить. Хорошо что была Оля, она мне

82936



помогла, я пошла варить борщ. Настя ничего
ничего не ела, плохо ведёт себя чувствует. Я не успеваю
хожу, что ничего не успеваю всё на мне, а Юра сидит
и бездельничает, курит и пиво пьёт. Аня с Ромой при-
ехали в 19⁰⁰ и они заняли внизу домик 3-х ком-
натный и дальше возились со своим ребенком на нару.
Я не выдержала, сорвалась на Юру, в конце концов у
меня день рождение, а как идиотка упила, то к
малой никакого отдыха, а Юра сидит и в ус не ду-
ет сволочь, вот я на него тогда была злая. В итоге
я плюнула ничего не сделала салатов, суп доварила и
все. Настю в 21⁰⁰ накормила еле как, и Марьяна как
раз приехала с Андреем. И мы все вместе ели за
стол мне подарили подарки Лешка — набор для
ванны, а Юрке органайзер кожаный, потом Юра
духи Сальвадор Дали, Марьяна — $100, Аленка
мне набор Poison духи и крем, то и для малой
(кстати) только они и подарили кроссовки и игрушку
набор погремушек. Вот и все день рождение не
окупилось вообще подарков на $≈ 250, а расходов
у нас на $≈1000 это просто ужас, я еще не знаю
вернут нам депозит $500 или нет, а то на все
$ 1400 мы попали. Камеру Юра не подарил, даже
за домики ни кто не спросился, даже и не предложил,
какие все сволочи. Какая я злая, расстроеная
и вообще это был первой и последней раз. Потому
что все на мне, я не отдыхала, а была на каторге.
Мы пели, разожгли камин, поброткались, Аня с
Ромой уединялись со своей малой и вообще они мне
так не понравились своим поведением и не только мне,
а всем и особенно Аня. Они вообще сволочи пошли
одни в 4-х бедр и дальше про деньги не спросив, сво...

82937

IFCD000991

... с Мариной сидели с маме ...
... Настя себя очень плохо вела и плохо
чувствовала, у ней появился насморк, она не
спит, не ест толком, ... в 2х, чуть
чуть поела. Лешка с Олей то же уединялись внизу,
потом их двойка Кристина, когда пошла к ним
подскользнулась на лестнице, упала и обронила
все перед (пенилось пиво). Юра сидел ждал
свою девушку с Валей Стрина. Мои Юра, Андрей
напились и пошли в джакузи, сидели там песню
пели, орали, пили до 3х ночи. Оля Юрина де-
вочка приехала в 9 ночи подарила цветы. Мои
попили чай с тортиком, Марьяна в 2 пошла
спать, я еще чуть чуть покормила Настю, дожда-
лась Юру, и уложила его и сама тоже, ночь
чуть, устала как собака, все пьяные разо-
шлись по своим комнатам. Настя ночью
плохо спала, нос ей сильно мучит, сопли ручьем,
я ей отсасывала клизмочкой и закапывала капли
ли Океан

P.S. Юра сказал, что звонила Оля, оставила лекции, позд-
равила нас и Настю с днем рождения. Забыли выпить
таблетку.

12.10.00    Ночью то холодно, то жарко. В 6 кормила
Настю, затем поднялся в 10, все встали, у мужчин
отходняк, сделала им суперпродукт, ... они собра-
лись Юра, Андрей, Оля и поехали на рыбалку
Олку на озеро. Кстати Оля утром помыла
всю посуду. А Аня палец о палец ничего не

82938

IFCD000992



IFCD000993

и в 17°° мы с Юрой поехали к ним на озеро. Аня с Ромой уединились в домике, взяли дрова и стали у себя разжигать огонь, как мы на стройку находится в таком большом доме один и ничего не предложив к ним [...] двигла один, просто ужас. Даже бы Маша не поехала вместе с нами, я её дала денежку, а она осталась [...] типочки. Мы приехали на озеро, они пели поршца и пра же у них, т.е. у Юра [...] рыба, карп, мы сфотались, затем я погуляла с Настей около озеро и в 18°° уехала с Юрай, а рыбаки чуть позже пришли. Все уставшие, получили кислородное отравление. Юра разделал рыбу, и готовил ужин он сегодня, я сделала салат. В 19°° покормила девочку и стала сам покупаст. Ко мне приходил хозяин домика, мы налили ли [...] в джакузи и он сделал, чтобы текла горячая вода. Я приняла душ мы все пошли и стать же Аня с Ромай [...] как будто мы не одна комнаца. Мы еще немного посидели и в 22°° Андрей, Юра легли спать, я девочку тоже накормила и спать, а сама убрала, помыла посуду и детские бутылочки приготовила и где-то в 24°° пошла спать. Юра с Аней видно пошли чуть позже. P.S. Только [...], и [...], забыла выпить таблетку.

82940

IFCD000994



IFCD000995

в 14⁰⁰ домой отступил доехали. Разгру-
жение, Юра собрал покушать, я сосат
с Андреем паши, затем он его отвёз домой
в 15⁰⁰ покормили ребёнка; прочитала
поселение, сегодня получила письмо от мам
с фотками (как они постарели) и документами
на лотерею. И ещё пришёл мой SS
N ▮▮▮▮▮ ▮▮90 Social Security с правом
работы только с предъявлением разрешения.
Классно теперь надо идти делать право води.
Звонил Юра, затем Аня узнать как мы доехали,
как я их видеть и сейчас некогда. Вот как я
устала, но надо разбирать сумки. У нас дома
в ванной в наше отсутствие по меньшей мере краже
в ванне, и ещё по квартире прошлись, посмотре-
ли что есть, пролазили. Тогу у менеджера я
забрала. Юра приехал сидел смотрел фильмы,
я его попросила мне помочь, он что-то попытался,
но потом психанул, да пошёл он к чёрту. Всё сде-
лала сама, разобрала сумки, стирки теперь очень
много. У Насти настроение сразу изменилось, она
повеселела, как домой приехали, и нос не так
сильно шмыгает, хотя сопли ещё есть и даже с
кровью выходят. Я её в 18⁰⁰ покормила и начала
стирку постельную. Юра уехал в это время к Слав
сначала, а затем к Юре отвезти в пистолет и ещё что-то.
А я всё распаковывала вещи, складывала. Он при-
ехал в 22⁰⁰ и мы были дома. Я закончила
стирку в 21³⁰ постелила. Настю я не пу
пала, в 20³⁰ покормила, уложила спать и
затем сама залезла в ванну, посидела

IFCD000996



IFCD000997

постель, Насти х разбудила  и пришлось
её в 1^{30} покормить, а зайки уже спать.
P.S. сегодня опять выпила 2 таблетки, начались
упражнения.

15.10.00    Проснулась в 7^{15} на кормление, потом уже
встали в 10, завтрак, Юра собирается ехать
к Лехе, зайем к Юре менять воду в аквариуме
и к Лехе за телефоном. Я еду в 14^{30} звоним он
едет утром. Я в 10^{15} покормила Настю и
опять же мне, спрать не хочу, пошла помы-
лась и села писать записи в тетрадь. Ме-
сяц вроде то закончился. Звонила Аня, так
не едем, зайем Алекс, я соскучилась, что мы
наверно не пойдем в ресторан, позвоним позже.
У Насти сопли еще есть с кровью опять же, в
13^{00} покормила её. Все записи в 13 зват
числа и хочу спать, жду Юрку идем куда-
нибудь сегодня отдохнем. Он приехал в
15^{00} и мы уже никуда не поехали, уже поздно.
В 15^{30} покормила девочку и начала стирку всего
остального белья и закончила в 20^{00}. Мы смот-
рели кино, потом после Юрка приготовил поесть,
я когда кушала, закачала Настю, а его потро-
сила повозиться с ней (хотя он я так думаю как
отец, должен сам проявлять к ней какое-то чувст-
во, а не по прозьбе моей) Ну так вот он
с ней посюсюкался и бросил потом в комнату
она лежала и плакала, а папа сел следующ

кино и щёлкать семечки. Какой надо быть бездушной сволочью, чтобы так ɟжить свою же родного ребенка. Меня это очень сильно поразило, что она всю ночью смотрела кино, оно для неё важнее, чем ребенок. А как чтобы пойти поставить разогреваться молоко я ему это сказала, он мне в ответ, что я обнаглела, что суну ему на голову, а он не думает, что это его ребенок и ей нужно его внимание я не вижу ни какой любви и заботы к ней И так больше не продержуся, если так будет продолжаться, то на кой мне черт такой папа нужен и мне и ребенку, он даже в бумагах не числится. В июне мы поругались, я накормила её в 620 купать не стала и уложила спать. Звонила Аю, их нет говорила с её мамой. В 21ᵃ Юра ушел к Мишке, я в душ, затем позвонила маме, она что-то хочет мне выслать и для Насти колготки Потом как они (мои родители) на фотках постарели, я их запомнила другими. Юра пришел в 22ᵃ как раз я ещё говорила с мамой С ним я не говорю, сделала записи и в постель, легла в 22³ˢ уставшая даже не услышала когда он пришел в постель.

P.S. месячные вроде бы закончились.

16.10.00
пси

Сег. утро в 6 как проснулась на кор-
милежку, и потом уже в 10³⁰, я встала в 10,
Юра уже проснулся и делал свои дела, со
мной не разговаривает. Я выписала
билли и на birth certificate вписала
чек для Насти. Ещё звонил Юра, у них какое-
то дело, звонил из Вильнюса его друг, тема ч
-то как-то связано с Ирой, я не знаю какие у них
там дела. Звонила Марина, я ей перезво-
нила в 11⁰⁰, когда уехал Юра, чтобы свободно
с ней поговорить, про Юру, меня и наши от-
ношения и его чувства и заботу к ребёнку.
Я пыталась вычислить, разобрать, но опять же
он во всем прав, а я нет, он считает своё поведе-
ние правильным. Короче довёл меня до слёз
придурок, ну ладно я ему покажу, где
раки зимуют. В 13⁰⁰ пошли в школу, там
очень хмурой пришла напошла, почти 2 недели я
не была. Там я её покормила, в 13⁵⁰ и забрала в
15⁴⁰ дала спачало воды, а её есть она только не
стала. Домой пришли в 16¹⁵, пришла билли на
лежал телефон, он звонил, завтра к нам при-
дит. Я быстро поела и наскурку сварила
Юре. В 17⁴⁰ приехал Юра и мы поехали к
врачу Юре, результаты не очень хорошие, через
месяц будем повторить, ещё он взял кровь
узнать характер и как работает щитовитка
и через недели из платной услуги $50 надо
прийти взять узнать сердце узнать.
Посмотрим будут ли деньги. С Юрой мало
мало разговаривали, он сегодня идем

покупали рыбок и [illegible]. Пришли
мы домой в $14^{15}$, он покупался и в $16^{00}$ уехал к
Борису, менять воду и т.п. с аквариумом. Я
звонила Ане-Р. про свои документы, он психует
и бесится, когда его пугают, да пошел он к
черту. Я завела разговор про уголь, оказывается
они его (Змейка) сломали и даже спасать не [illegible]
зали. и про сбрасывание за долгах тоже не пони-
ка, опять же во всем виноват я, не сказали сра-
зу. Ну и черт с ними, зато я теперь поняла нас-
чет. Потом Марлене позвонила, она даст данные
для лотереи на грин-карту. Звонил Юра искал
мою Юру. Потом я позвонила Аньке-сестре,
она обещала вечером одолжить, посмотрим и я
ей вышлю $100, больше у меня нет, хотя ей и это
мало, чем могу, тем помогу. А я хотела купить
для Насти, ну да ладно, ей тоже и даже важ-
нее. Юра в машине в $18^{30}$ покормил Настю и
сейчас она спит и спит, уже $21^{00}$, я сейчас сажусь
делать домашнее задание. Звонила Юре в $22^{00}$,
он еще занят делами, я закончила, в душ.
Настю в $22^{00}$ тоже покупала, покормила и спать
и сама легла в $23^{00}$. Юра пришел в $1^{30}$, в душ
у нас потом любовь, значит уже получилось в
$2^{30}$ легли спать.

82947

Ex. 81 pg.100 of 436 IFCD001001

82948

IFCD001002



82949

IFCD001003

82950

IFCD001004



82951

IFCD001005

82952

IFCD001006

82953

IFCD001007

IFCD001008



8295!

IFCD001009

побыли. Ему кто-то на сотр фон
звонил, наверно Юра, как я его не навижу
Звонил Лёнька сказал что на следующей
неделе сделает уроки лаб я ему рассказа-
ла про наш развод, он говорит что всё
пройдёт и уладится у нас. Я где-то в 18°°
Часов покормила и после начала стирку
детского белья, закинтала откала в сирену и
в 21°° всё уже сделано, я полностью детскую
постель тоже постирала. Настя не много по
на толоне, затем я её в 21 покупала в 21°°
покормила и спать уложила, сегодня я про-
валялась и её поздно уложила спать Затем
сама помылась и в 22°° пошла гладить
белье детское, с Юрей поганика. Закончи-
ла в 24°°, звонила Оля в 23°° узнавала, как у
меня дела потом его тома в 24°° позвонила
поздравила с днём рождения. Он же в другой
комнате спать, так мы и уснули.

22.10.00  Брала в 8 покормила Настю и уже пошли
вск.      Ш меня уснуть. Ему с утра звонила Фёдор
Тюля    Да остря, поздравила его с днём рождения,
день    ботя опять жена, ведать и с сыном он гово-
рождения  рил. Я пошла его тоже поцеловала и
          поздравила, дома сухое станово и все,
140 дней  пошла. Звонил Сережа, Толик у нее



IFCD001011

одна я всё расстреляла. Звонила Скурло Вику, затем Андрей с Робертом поехали в ресторан "Третка" Леха Юра тоже едва помянулся, но что-то предумал, то ли его Юра оставил вид, я непоняла, он был пьяной как всегда Да и ещё он сказал что сегодня последняя сигарета и с завтрешнего дня бросает курить, но только сигареты, переходит на трубку. Когда все уехали, я убрала со стола, помыла посуду Юра говорит не надо стараться быть хорошей, а я и не старась. Он постелил себе опять на диване и в час ночи его ушёл спать.

23.10.00 Утром в 5³⁰ Насте захотела кушать, затем пон. Спать, до 10³⁰. Ему стали все названивать, я встала, звонил Юра и позже заехал в 11²⁰ и они собрались ехать в посольство делать Юре то ли визу, то ли паспорт. Потом тут же вернулись что-то заклеивали в паспорте и в 11⁴⁰ уехали. Я в 11²⁰ покормила Настю, еще звонила Ана-Р, затем Вероника, все узнавали как у меня дела. Потом Марьяна, я с неё до последнею разговаривала и в 13³⁰ пошла в школу. Потом в 16⁰⁰ обратно домой, там ребёнка в 14³⁰ покормила. Пришла домой прекрасно, Юра приезжали домой они покушали и обратно уехали, что и как я незна

IFCD001012

82958



IFCD001013

Короче в ночь он спал в зале, а я в спальне, легли в час ночи.

24.10.00
втор

Утром в 8³⁰ Настя проснулась и опять спала до 10³⁰. Юра собрался и уехал, как позже выяснилось он ездил в Мексиканское посольство за паспортом. Я встала, в 11⁰⁰ проснулась Настя, сама позавтракала. Звонила Ант. Р узнать, ездил ли Роман по моим вопросам, он говорит...

[...] я ему позвонила и попросила не говорить, что ему рассказала о нашем разводе. В 13⁰⁰ мы пошли в школу, так как всегда в 14⁰⁰ приходила учёба. Со школы зашли в ROSS купила для ванной мочалку и куда зуб. щётки ставят и колпачки соск взяла всё на $11.00. Пришли домой покушали и в 18⁰⁰ Настя дала тоже кушать. Звонила мама поговорила с ней...

8296(

Тарелки и т. д на сумму $10.90 Домой пришла в 20⁰⁰, Юры нет. В 21⁰⁰ я покупала, накормила и спать уложила ребенка. Юра приехал в 22⁰⁰, не голодный, говорит поел у Юры, а где был и что делал мне не говорил, ну а я и не спрашивала. Он смотрел кино, я в ванной сидела. В 24⁰⁰ он ей спать опять же в зале, чтобы когда я его буду просить прийти ко мне спать. Но я не готова это сделать. Я легла в час ночи.

25.10.00    Утром в 8³⁰ покормила Настю, она покакала Среда    и вот уже два она в день какает раза 3, а так всегда утром и вечером. Потом пришла Юра позвонила и это было слышно, он защемил ко мне, я его позвала и он пришел спать. У нас любовь, потом немного поспали. Разбу-дил звонок Юры, вчера что он ездил к Робке и у них это всё связано с лесбиян что-то, поэтому я ни-
поме-    чего не знал, ещё он спросил помирились мы или рились    нет я думаю. Потом звонила Марьяна, она уз-нала, что мы помирились. Мы встали в 11⁰⁰, Юра поехал помыл машину, приехал домой и смотрел телек. Я в 11³⁰ покормила ребёнка и собиралась в школу Юра был дома, когда я уш-ла, в школе мне сказали что я не могу ходить потому что ребёнок плачет, мешает и вообще по их законам нельзя ребёнку там находиться в это вам позвонила начальница и

И ты не запретишь, не скажешь как только он заплачет, мне уходить. Вот я сильно расстроилась из-за того, как же мне учить язык. Потом я не ра... пришла домой в 16:25, попе..., я по...ала, Крис в школе в 14:20 покормила. Юра приехал в 17:00, он забрал сегодня аквариум с Беверли, помыли все. Я получила почту и там было письмо, которое Леха отправил Pacific Bell, но не было ... так что надо опять отправить. Леха с Диной зае-хали к нам в 18:00, затем Юра с Лехой съез-дили в Smart Final за продуктами. Я в 19 покормила ребенка. Пот...вместе было, с моей Пышкину машину и они уехали, они поиграли и ... друг. Юра смотрел телек, Я в 21:00 покупала, покормила, и спать, уснула она в 22:00. Звонили М...е с ней поговорили, затем он ... оставила ...

В 23:00 в душе и в ... хочу спать, ... ни какие дела я не сделала. Юра в 23 пошел спать, у нас ...ется и он предложил спать. Я делала домашнее задание, он телек смотрел. Затем в час ночи пошли спать. P.S. Ему от ...ча пришло письмо с его кон... Ночью он ...

82962



IFCD001017

27.10.00
пятн.

Проснулась в 9³⁰ в 10⁰⁰ покормила Настю. Мы позавтракали, Юра уехал в 12 к Юре и весь день опять с ним. Я прочесосила к. Он сегодня отв. Юре ио. И в 13⁰⁰ покормила Настю и вышла гулять. Там Настя молчала, игралась с игрушками и в 15³⁰ пришла домой. Звонила Оле с ней поболтала, она для меня приготовила посылку, т.е. для Насти зд.во. Я накормила в 15³⁰ Настю и начала кушать готовую печенку и рожку, сама после. Помыла вентилятор. В 17⁰⁰ звонила Юре, он катается с Юрой где-то. Они приехали в 18³⁰, я их накормила, затем в 19⁰⁰ Настю и Юра нам подключил Интернет, здорово, весь месяц Free, и русские составы показ. Наконец то, только теперь нужно вторая линия, т.е. второй номер. Затем в 21⁰⁰ Юра повез Юру домой. Я покупала малышку, накормила и спать. Сейчас 22¹⁵, Юры еще нет, он приехал в 22³⁰, мог поехде не посмотрел в Интернете, он потом ушел, а я смотрела русские составы. В 24⁰⁰ пошла спать, Юра пришел чуть позже.

82964

IFCD001018



10.00

В 6 Настя проснулась, я ее накормила и опять спать. Затем Юра в 9⁰⁰ проснулся и в 9³⁰ уехал опять к Юре, как он мне сказал они едут в аэропорт. Рубен и Юра хотя купить билет и мне Юра наврядился, хотя ему зачем не известно? Я спала до 11⁰⁰, в 11³⁰ покормила Настю, помыла жалюзи, весь день дома. Звонила Сверие, Флене, Марьяне, поболтала с ними. В 15⁰⁰ звонила Юре он все катается, развлекается с Ирой, а с кем еще мне не известно. Мне надо в магазин, я его попросила приехать скоро нет же ему дороже Юра, он приехал в 17⁰⁰ и уже ехать поздно. В 14³⁰, затем в 17⁰⁰ кормила девочку. Убралась немного в шкафу, перебрала вещи. Звонила Зату, ей было еще рано, толком не поговорили, звонила маме, они ходили к т. Ане смотрели мою кассету. Юра приехал, я его покормила и дальше занималась своими делами. Он все-таки в понедельник или во вторник едет с Ирой в Турцию, как он мне говорит решать, помагать сделать сделку для Юры, на неделю. Конечно поедут гулять и развлекаться, я ему не верю, согласна меня бросить с ребенком, а сам уехать блядовать, сволочь. И вообще он все знал заранее и паспорт сделал, а мне все перед фактом ставит, мол он не знает надолго он или нет, не пизди мне все ты знаешь. Что-то мне эти дела не нравятся. Конечно я очень расстроена этими событиями. Вечером были дома. В 21⁰⁰ покупала Настю, покормила и она до 23⁰⁰ не спала, сильно плакала

82965

что-то с мужем. Я её едва-едва успокоила.
В 25<sup>ти</sup> Слава звонил, они уже пришли на квартиру. Все было тихо слава
Перед сном плохо, ну что-то уже не так
у нас, всё расскажу. Всё уже не играется.

29.10.00 Утром в 6<sup>ти</sup> покормили Насти, потом опять
воскр. спать и уже в 10 разбудил Слава, он звонил
Юре и они договорились в 15<sup>ти</sup> встретиться. Сра-
ва слово, опять на два меня послал. Пере-
вели часы с утра на час позад. Смотрели
'46 кино. Расписались покормили, в 11<sup>ти</sup> накормили
ребёнка. Меня Юра опять обломал с поездкой
в магазин. Весь день льёт дождь, пас-
мурно и холодно, мы с Настей были дома.
Слава звонил папа Диска с Верх. и приглашает
их купить вторую долю ресторана, прие-
хал Юра и они поехали к нему, ещё до-
гналась Славу, но когда ждали они о чем то
говорили по улице, специально чтоб я не
услышала, и потом сразу уехали. Я пригото-
вила фарш, разговаривала со Славой. Пока-
зал Юре он уже голодный и едет домой, я
по попросила купить пиву. Приехал в 16<sup>ти</sup>,
мне опять упрёк что он весь день провел с
нами, а не со мной, очень обидно! Он сразу
пиву и опять сам за телевизор. Я приго-
товила ужин котлеты. Что решил, Насти
в 15, в 16 пришел, под все вертелось на

82966



30.10.00

82967

лала бумаги по поводу лотереи. Звонила Маре, Юре только ничего нового. Юра заехал домой в час дня с Гариком и улетел обратно, в кину, а потом к Юре в 14³⁰ в офис, в банк деньги положить и в 16⁴⁰ приехали к нам домой. Юра взял все-таки чемодан, мы упаковывали вещи, Юра другой мне помогал и он всё смеялся это не то, это не так, не такою качества. Упаков- и весь день сидели дома. А я сегодня получи- ло письмо от Аньки сестры и сделала анке- ту на лотерею и в 17ᵃ пошла на почту от- правила письмо только бы дошло вовре- мя. Юра в 17³⁰ чуть-чуть покормил Настю, а еще он наверно увидел что обратный ад- рес я дала Марьянь, и наверно обидел- ся, ну и пусть, береженого бог бережет. Я в 11³⁰, 14³⁰ и уже в 20³⁰ кормила Настю. В школу я сегодня не пошла. Они мне оставили в 200 на мелкий расходы. За кину в 17⁴⁵ приехал лимузин /это им Гарик подог- нал бесплатно/ и они отъехали в аэропорт и уже в 20 улетают. И прилетят ~в 12-12 по нашему времени. Я мне честно грус- но и обидно, что я осталась дома одна с ре- бенком. Я в 18⁴⁰ пошла с Настей погулять купила конфет, в 99 ¢ зашла и в 20⁰⁰ домой. Погуляла, уложила её и сама возилась дома, вписала все биллы, звонила Маше, сказала что я одна, может приехать. Провалялась до часу ночи.



IFCD001023



82970

IFCD001024



IFCD001025



8297

IFCD001026

[illegible] с ребенком. [illegible] [illegible]
[illegible], а он уехал, уж [illegible].
Пока писала, он в $22^{00}$ позвонил [illegible]
не выпустили, он уехал с LA [illegible] с опозданием,
на 2 часа, потом ему сказали что он [illegible]
из Америки без визы на Турцию, ужас [illegible],
держали было целый и завтра, т.к. когда он
звонил у них было 6 утра четверг и в 10 [illegible]
улетает в Турцию, сегодня он прилетит туда
[illegible]. Все как я хочу тоже в Лондон и [illegible]
не летать по странам. Потом я позвонила
Машке с [illegible], сейчас $23^{00}$ пойду
спать. Но почти [illegible] сижу за Интернет
и до часу $^{30}$, а потом уже спать легла

02.11.00
<u>четв.</u>

Утром Настя [illegible] и опять уснула и
до 9 утра. Я встала, а она еще лежала игра-
лась с игрушками. Я постирала остальные дет-
ское, и [illegible] вчерашнее. [illegible] Утюг [illegible]
уже не работает, звонила [illegible], оставила [illegible].
Настю в $9^{00}$ накормила, забрала в $12^{00}$. [illegible] в
$13^{00}$ в школу. <u>Настя сегодня накакала!</u>
Там я её накормила в $14^{30}$, потом в $16^{00}$ я пош-
ла забрала с химчистки вещи, заехала в [illegible]
[illegible], потом в SHAW's, встретила [illegible]
[illegible] она [illegible]. Потом я купила
газеты и поехала в библиотеку на Gardner.
Взяла 3 видеокассеты и домой. Настя [illegible]
[illegible] и уже [illegible] она не [illegible]

Настя [illegible] почему-то переходит из 3 или 4-х разового питания

82973



82974

IFCD001028



IFCD001029



82976

[Handwritten page in Russian cursive — illegible for reliable transcription]

82977

IFCD001031



82978

IFCD001032

собралась и в $13^{45}$ мы пришли в школу.
У нас много учениц с Непала. Видимо, играли
Бакинский) Настя себе писала весь, только
В $16^{00}$ я ее покормила и мы пошли гулять,
но сначала зашли в ROSS, а искали подходящую
ей детское одежку, но не нашла. Потом зашли в
Ralphs купила салфетки, VIVA' они были на sale
$1.00 и зашли в TOYS купила футболку, сухой
завтрак и домой пришла в $17^{30}$. Покормила,
затем в $18^{30}$ покупала Настю. У неё шея так и
не проходит, вся красная, мокрая, прыщики,
короче это сыпь не проходит уже 3-и недели, то
засыхает, то заново, надо идти к врачу, подождать
Исаака, и то в так нужно идти за деньгами, да
и сейчас некому меня отвезти. Я ее покормила
в $19^{00}$ (сегодня мы купали 5 раз) и она
сразу уснула. Я сидела разбиралась с
фотками, потом сделала домашнее задание.
Звонила Маше, она не перезванивает. Потом в
душ и наверно в $23^{00}$ лягу спать. Маша
позвонила сказала о том что они в эти выходные
идут на шоу прически и ей еще за это заплатят,
здорово как я хочу тоже новых знакомств, да
в общем интересной жизни, а не сидеть дома.
Спать пошла в $24^{00}$.

07.11.00 Юра звонил в $5^{30}$ утра, мы поговорили.
СТОП У него все хорошо. Спит вместе, вместе нас
обнимает и все, сказал завтра позвонит

82979

Настя т-ка присутствие, я [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible]. И [illegible] [illegible], [illegible] [illegible]
[illegible], [illegible] уже [illegible], [illegible]
[illegible], в 8 утра я позавтракала, [illegible]
покормила и мы [illegible] [illegible]. Потом [illegible]
Ник Х., она [illegible] [illegible], [illegible] [illegible]. [illegible]
Кирилл, [illegible] [illegible] в Вологду, [illegible]
[illegible] Толика, а они в Вегас едут, но я [illegible]
что и как. Тебе позвонили [illegible], у неё [illegible]
Андрей в субботу (как раз [illegible]) [illegible] в [illegible]
[illegible], но [illegible] на [illegible] и он [illegible] в [illegible].
Его забрали в [illegible] и в воскресенье [illegible] его
забрали, ну вот и [illegible] [illegible] [illegible]. Вообще
хотя бы это [illegible] хорошим уроком для [illegible]. В 12
покормила [illegible] и [illegible] в 13 [illegible] в школу, [illegible]
её в 14 покормила и в 16 [illegible] я [illegible]
[illegible] растения [illegible] $12, ну и когда я пришла
домой [illegible] они всё равно [illegible], [illegible]
срочно [illegible], [illegible] [illegible]. Потом [illegible]
в видеопрокат взяли видео [illegible] за $5 до
[illegible], [illegible] [illegible] были страшные [illegible]
все [illegible], т.е. [illegible] на [illegible]
он как будто [illegible], [illegible] [illegible] домой
пришла в 17, покормила [illegible], [illegible]
[illegible] в 18 и она [illegible] [illegible]. [illegible]
[illegible]. Он сказал чтобы [illegible] и [illegible]
[illegible] как Настя [illegible]. [illegible] [illegible]
[illegible] 4-х [illegible] [illegible] и [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] до 1 и [illegible] спать [illegible]

82980

Ex. 81 pg.133 of 436 IFCD001034

[illegible]

82981

Ex. 81 pg.134 of 436

IFCD001035

Вот так и прошел вечер. [illegible]
[illegible] покушала [illegible] звонила [illegible]
ли, [illegible] у нее [illegible]
устройство. Сейчас $23^{00}$, очень хочу спать.
[illegible] кассету не смотрела и читать не [illegible].
Спать пошла в 24.

19.11.00 чтв. Юра весь день не звонил. В чем дело, я уже
переживаю и он тоже нас названивал тоже
Настя в $6^{30}$ захотела кушать, потом опять спать.
Встали уже в $9^{40}$, я покушала, в $10^{30}$ Настю
покормила. И начала записывать себе "Песни
99". В школу сегодня не пошла, а завтра вечером.
На улице холодно +15°C, мне звонила Вероника,
потом Скирину я попросила узнать в США про
нее билет, перенесся на понедельник. Звонила
Аня-Р, хотела поговорить с Россой по поводу ее
документов, но его не было, он уже где-то работает
в Chinatown, а с Аней так сухо поговорили.
! Весь день возилась с Настей, у нее запор,
она сегодня не какала. И у нее слюни текут
ручьем, чешутся десна. И меня еще не про
!! ходит. Уже несколько месяцев до сих пор нет.
В $14^{00}$ покормили ребенка, в $17^{00}$ она где-то где-то
поела. Звонила Марлене, Антони спит. В $19^{00}$
покупала Настю и в $20^{00}$ покормила, а уснула
она в $21^{00}$, я сделала записи, сейчас $21^{00}$
иду [illegible] и позвонить Роме [illegible]
[illegible] и как [illegible] я не звонила, [illegible]
[illegible], потом позвоню. [illegible]

82982

82983

IFCD001037



IFCD001038

[Handwritten page in Russian cursive — illegible to reliable transcription]

82985

IFCD001039

82986

IFCD001040

вели за $14 и $3 тыщи. Я хотела рассчитаться карточкой, но увы почему-то не получилось, они говорят, что на ней нет денег, а на statement'е есть, так что я ничего не пойму в чем дело, хорошо, что у меня были как раз ровно как и $17.00. Оттуда я ушла в $16^{00}$ и пошла сдать видеокассету, взяла новую на $6.00 записану, когда буду сдавать ее вторник, забрала туфли, ничего не получилось не растянули они и вышло $12 засунула в комод. Пришла домой в $17^{00}$, покормила Настю и себе сделала ужин. Звонил Дмитрий, он проезжал сегодня мимо Юркиного офиса и там разбито стекло витрины, господи только бы ничего не украли, не дошли этим, пожалуйста. Я вечером звонила Андрею, попросила его завтра проехать посмотреть, что за картина там. Звонил Лешка, он тоже хочет в понедельник проехать посмотреть. Вот такие вот дела. Настю в $19^{30}$ покормила, не купала и уложила спать, прибиралась и сейчас в $21^{30}$ пойду смотреть «Ментов». Звонила еще Маргарита, она мне сказала как нужно проверить карточку, этим я займусь завтра. Фильм смотрела в спальне, ребенку мешала спать, потом ее в час ночи переодела и положила к себе в постели. Звонил Лешка в $23^{00}$, он все таки проехал туда в Юркин офис и посмотрел как там дела, а это оказалось стерео разбито стекло, это еще при Юре он его забил фанерой. Большое спасибо Лешке, он и

Первый раз с собой в постель.

82987



IFCD001042

менеджер, их активировать, и там в приложении есть деньги. Не я хочу наверное использовать Household Bank. Всё уехало в 20⁰⁰, звонила Ксюша я с ней поболтала, сейчас час 21³⁰ сделала записи и буду смотреть кино, надо ещё позвонить Марьяне спросить при подразделении и кое-какие вещи для Насти, кстати Рита тоже обещала что-то принести. Посмотрела опять следующих "Ментов" и в час ночи отбой!

13.11.00 Опять же утром в 5⁰⁰ Настя меня разбудила, я ей дала соску, а уже в 7⁰⁰ покормила молоком. Я не выспалась хочу спать а она мне не даёт. Встала я в итоге в 10⁵⁰ Позавтракала, её 10³⁰ покормила, потом постирала детское, звонила Алене, она сказывается знает, что Юрка уехал, я вот только не знаю кто ей сказал и вообще я выгляжу её как идиотка, а с другой стороны это наше личное дело кому говорить и что говорить. Говорила с Анит-Р, она тоже узнала, что я одна сижу дома потом говорила со Ксюшей, она звонила в USA и оставила им не помню. В школу я не пошла. В 12³⁰ дала Насте молока, она капризничает. Я ещё с утра звонила Маше, она по моим данным решению какую-то анкету-диету себе для институтских уроков. В 16⁰⁰ мы пошли на улицу. Я зашла в "Ralph" сняла $40 с Household

Ex. 81 pg.142 of 436

IFCD001043

82989

кни. купила там посуду. затем пошла купи-
ла живого корма для рыбок, забрала с химчист-
ки вещи, в зоо купила спецкор грецкие и
делая пришла в 17³⁰. Спекла пирожное,
в пете покупала, накормила и в 19⁰⁰ уложила
спать Настю. Звонила Марьяна просто так,
я пощелкав, сделала записи, сейчас 20³⁰ пой-
ду делать смотреть кино. Смотрела до 24, затем
в постель.

14.11.00 | Опять, короче уже все у Насти поменялся
вор, график, она просыпается в 5 или 6 утра, зашел в
4³⁰ я её накормила и встала, т.е. опять она меня
разбудила в 10⁰⁰, а в 10³⁰ я её накормила, сама поку-
шала и смотрела кино, последнюю кассету. В школу
я опять не пошла. В 12³⁰ звонил Юра, он заболел, тем-
пература, насморк и уже он прилетает, т.е. вылетает
не в среду, а в пятницу, вот такие вот дела, да еще
он мне купил кожанную куртку в Турции, только я
еще не знаю какая она. Я досмотрела, позвонила
Рипе и мы с ней позже в 15⁰⁰ встретились на улице.
Я в 13³⁰ покормила девочку и пошла отнесла видео-
кассеты, затем купила пудру и встретилась с Рипой,
она мне принесла открытку за $3.00. Мы с ней
погуляли, в ROSS зашли и я потом домой, приш-
ла и сразу накормила в 17⁰⁰ Настю. Затем сде-
лала себе покушать. Весь вечер ничего толком,
не делала, провошкалась. Пришел счет — непфор
«Direct Merchants Bank» они не получили опла-
ту за этот месяц, я позвонила Марьяне, она

82990

[illegible]

15.11.[illegible] [illegible]

[illegible] Enfamille [illegible] Holligwoody [illegible]

[illegible] В 18 [illegible]

82991

Ex. 81 pg.144 of 436 IFCD001045



IFCD001046

тр. Врач сказал, что на щечках это не диатез, а реакция на Nestle, т.е. сушит кожу, надо смазывать кремом. Так как проблема с зубами идёт, воспалительный процесс, это всё после всех тех от септ... ... теперь через неделю к ней и если не пройдёт то будем капать капли. Прививку опять 3 (но там 4 все также, что и в 2 месяца). Пятна родимые не проводят ещё. На подушке не надо спать до года. (лекарши всё хорошо, дали мазь от сони и раздражения на ней, витамины после года, от запоров - сони, либо свечки глицериновые, детский крем Nveno. Всё мог набираю я думаю много, хотя доктор говорит что нормально.

Но все вещи написали размер 9 месяцев, а они нам сейчас как раз. Весим 15,10 = , рост 25,5 = 65 см. А Анькина Милаша такая худая и изящная и голова её меньше нашей в 2 раза, а у нас ужасно плоская голова. Всё уже можно начинать прикармливать, пюре, сони ... После сделали прививки и мы после ли домой, я её там в 14 покормила, было дома в 15⁰⁰. Позвонила Веронике, потом Ларисе, Оле, Марьяне, Скирле - она с Робертом вчера ездили к Марьяне в гости. Ролка сказал, что Юра улетел в Лондон, и я выглядела полной дурой. В 17⁰⁰ приехал Юра с подружкой, жив, но не очень здоров у него грипп, их привезла Оля, встретила. Как я обрадовалась, но почему то была не готова, я не ожидала его. Он мне подарил кольцо белое золото с

Бреслав оранжевый (большой, меня форме размер)
Кожанную куртку (полосатая, большие шлев-
те и мне не очень нравится) китайского сарафанчик, вельветовую кофту, кардиган. Плюс:
чёрное полу-пальто, халат японский. Себе
он купил свитер, и кеды adidas, а Насте ни-
чего. Она не у испугалось, плакала. Дела у них
вроде бы всё в порядке, Юра заработал много,
Теперь не должен ему дать $8000 + кредит карточки.
Теперь надо мне дать $3.000. Он пошёл в ванну,
Толком мне ничего не рассказывал, был в Еврейской
бане, а с кем гулял и трахался ему не скажу.
Насте вечером плакала, в 8, затем в 20 я её пить
мила. У нас с первого лёгкий и, затем я в душ и
любовь, у Юры что-то новенькое появилось (или он
мне сказал, что то все заметно, старое) у нас
любовь и он в 22й спать. Я пошла залезла в
интернет, да с утра созванились с Мари еней
она мне по Интернету Fingerhut заказала мани-
кюрный пошёл она было на sale за 49.99, а от того
буду отказываться. Я покаталась и в 24 пошла
спать.

18.11.00 Утром в 5 Юра проснулся и сидел смотрел
суб. телек, я спала. Затем он в 6:30 уехал в офис и
приехал в 9:30. Мне приснился сон, что я от него
ушла, что он мне рассказал с кем он трахался и я...
послала к чёрту и ему сказал. Утром в 8 покорми-
ли ребёнка, и затем сделала завтрак Юре, стол
постирала детское бельё. Затем Юра и спали

82994

IFCD001048

говорили, потом он с Ирой. Вася Юра уехал в 10ч. Лосе расходу почистил аквариум, в доме разобрались с бельем, холодили и разобрали. Вчера. Звонила Светра, и он сказала, что Юра приехал. Я потом начала варить суп, Юра приехал в 11³⁰, он помыл заодно машину. Я сделала суп, позвонила все, она работает. Хотела к ней приехать, даже и Лиза, мы собрались и в 13²⁰ поехали к ней в магазин. Настя 6ч 11, забели уже там 614 покормила ... Мы купили у нее Юре — 2 пары оснав и мне. Забели подкладку, hand blender, микро зубную щетку. Айда отдала кое-что для Насти и мне крем для лица. Все потом поехали, я заехала к Ритиным родителям забрала вещи, ... А днем сюда заезжала Марина, завезла ..., она хорошо отличилась и ... ничего детского. А вот у Риты все кое-что, надо завтра посмотреть. Потом сделала кольцо свой размер — ... 5 ос 6, а стоит 7,5 за $15.00. Юра купил рыбу на ужин, я сдала ... в химчистку его ковер, в RITE AID купили сок и крем и мы поехали домой. Боря в 16²⁰ покушали и весь вечер дома. Ему звонил Роберт, а потом он смотрел ... Настя 614 ... Уже к вечеру к 19³⁰ поднялась температура 38,5°C, я звонила Марине, она сказала TYLENOL от ADVIL для детей, если будет ..., рвота или ... ..., полно тогда её потрясет. Настя вся горячая, я ей дала TYLENOL, она наверно

... пить зарязились, и еще у нее губки к-
идут синие. Я её уложила спать в 18, а деду-
... ; ей наверно стало легче от таблетки - компен.
А сами стали разбирать всякие детские. Юра приго-
товил рагу, мы поели, встали, он мне сказал что
... сконспирировать и ни Ивановичем
... зарабатывать денег. Если я до мая дожила
похудеть, если хочу поехать на машине в деревне от-
дохнуть. Потом он в 20°° пошел спать, я еще
возилась с видами, сделала записи, в 28°° в душ
и спать, тихий и. и отбой.

19.11.00   Утром встали в 7°°, Юра раньше, в 8°° накормил
 их ребенка, Юра почистил дома аквариумы. Я
постирала детское белье, потом сварила овсяную
кашу, ... у нас после завтрака ... , а в душ,
помылась. Он в 10°° уехал к Люде чистить ак вари-
умы, в 12°° я ему звонила он уже у Юры. В 11°° я
покормила девочку, постирала наше белье, зак-
кончила в 14°° Юра с Юрой приехали домой на обед,
на ужин в 14°°, в 14°° покормила дочу, я ей сейч-
ас давала утром и вечером TYLENOL температуре
у нее 31,5°С. Юра потом сидели смотрели телевизор
я им к чаю спекла пончики - кекс. Когда кар-
точку - TV вернули, мы собрались и в 16 сели,
сначала отвезли Юру домой, а затем в SONS за
продуктами. Домой приехали в 17°° я ... их
и, потом постирали постельное белье. Юра
сидя, смотрел ... песни - 90 ... я ...
... и ... постирали.

82996

В 30 Насти накормили и уложили спать, сейчас не спит не купали её. Забери мы покормили и в 22⁰⁰ в душ, затем ~~спать~~ легли спать, сейчас рядом стоит.

20.11.00
пон.

Проснулись рано в 6 утра Насте дали сок, не спали всю не пили, у нас любовь, потом Юра за-... из в Интернет, в 8 накормили Настю, сделали завтрак. Юра почти пришел поспать, я читала газету. В 9 дала Юре, мы Юра с 16 уехали в офис, а затем в офис, встречаться с Юрой. Я поставила вариться холодец, звонила Мариам хо-тела сделать всякая паста, не нужен сам Юра, чтобы сделать, спасёв в доме, в 16, пор-мила ребёнка, хотела постирала детское и надо гладить и убираться в квартире. постирала и потом больше ничего не делала

(А) Звонила мама, она волновалась как подумку называйся Юра в 14 забегал домой и поехал в офис вместе с Юрой. В 15, зашла в 17 кормила, реку-на, звонила Веронике, сделали холодец и в холодильник. Почитала газету, почистила наш звонила Юре в 16 он отвозил Юру дала и я мама приехал в 16⁵⁰, мы в 17³⁰ поехали к Юре доктору он мне сказал зарядка и менее все, хотя взял мазки на рак, я проверилась, всё в порядке. И еще записались бумаги то страхову Health Family расчет на вабу. за папу как, как ничего узнал

шпалеры и ставни на кухне за 8 $.
Заехали к [illegible] проведать(?), была с Настей,
приехать и потом домой. Приехали в 19.00. Юра
когда говорил с Тимой по телефону и я услышала,
что он собирается уезжать опять же с Юрой на
Гавайи(?), делать аквариум, он подписал контракт
с [illegible]. А мне он ничего не говорил. Сволочь и
опять уедет один, меня оставит дома, а сам развлекаться.
Сволочь, скотина, блядун как и тот
Юра, как я его ненавижу. Он сразу же уехал к
Царику(?), я в [illegible]. В 20.00 покормила дочку(?),
накормила и уложила. Он приехал в 20.30, я сделала
ужин, а сама не ела. Весь вечер он смотрел
телик, я готовила бутылки и пошла же гладить.
В 22.00 начала спать и ничего не делала.

3 мар(?)

Проснулась в 6, с утра [illegible], потом [illegible],
завтрак. В 8 покормила ребенка, Юра в 8 уехал
с Царикой на [illegible], я дома убирала в квартире,
потом звонила [illegible], Марине, Смирновой(?) [illegible]
[illegible], в 11 покормила ребенка. В 12 приехал Юра, я ему
помогала [illegible], он привез новую рыбку в аквариум.
В 12.30 приехал Игорь(?), [illegible] и они к 13 поехали в Kinsman(?)
valet(?) ресторан [illegible] с хозяином, аквариум
установить. Я начала гладить белье. В 14 дала в
7 кормила Настю. Игорь приехали в 15.00 Юра купил
апельсины. Он наделал сок, [illegible] Юра уехал, я [illegible]
[illegible], в 17.00 Юра уехал к Царику и [illegible]
В 19 приехал Миша с Васей, привезли [illegible]
[illegible], потом приехали [illegible] [illegible]
[illegible], разговаривали(?) [illegible]

8299

Ex. 81 pg.151 of 436 IFCD001052

они ушли, я покупала дочку, в 21°° пожрали и спать. Еще днем звонила Лариса с ней болтали, она дала мне телефон адвоката, чтобы я с ним поговорила по поводу своих дел, легализоваться все таки путем.

Ира вечером он дома. Я ему сказала про юриста, что нужно поехать и делать что-то с нашими документами, он обещал после приезда с Ямайки, когда сделает контракт, дела и будут деньги, а сейчас пока никуда не поедем. И еще он наверно под Новый год уедет и меня оставит одну, сволочь, не допусти боже. И еще я ему сказала, про свой долг $3000 он не поверил, что я должна девочке, ведь я сначала говорила чеченцу, сейчас другое, он не верит, что меня взбесило и в итоге он денег не даёт, и я буду сейчас сама зарабатывать деньги, я от него это не ожидала, если он мне не даёт денег, то у меня всё полностью изменится по отношению к нему, на этом у всё и я от него уйду, если он будет только думать о себе, а меня, мои дела, дети игнорировать, то пошел он к черту, значит это не тот человек, который мне нужен, кого я люблю. Довел меня до слез, в 23°° пошли спать.

22.11.00    Проснулись в 7, легкий м., зарядка,
среда        завтрак, в 9 он уехал в офис, я дома
              в 9 накормила ребенка, и пока ничего не

82999

сделаю. Сейчас залезу в интернет. В интернете нечего толком. Потом постирала детское бельё, целый день дома, в общем ничего не делала. Юра весь день провёл с Юлей, приехал только в 18, а ещё ездил на Santa Mon. к стилеру, за чем не знаю и что у них за дела вообще, тоже не знаю он в последнее время молчит, ничего не говорит, всё у них секреты и я боюсь как-бы они с криминалом не связались. В 12 чуть-чуть Настя поела, забрала в 14³⁰ 18, я помылась, стекла себе блестки. Весь день не звонила Юре, но под вечер не сдержалась и позвонила, он всё ещё у Юли и что они там делают одному Богу известно. В 18⁰⁰ пошла с Настей погулять, забрала Еву с площадки и в 19⁰⁰ зашли домой пришли в 19³⁰, Юра уже был дома, он себя плохо чувствует. В 21⁰⁰ покормила Настю, покупала и уложила, потом пошла сварила Юре суп, он лег спать. Я чуть позже в 23.

23.11.00  Сегодня праздник Thanksgiving. Встали в 9⁰⁰,
9⁰⁰  а в 8 покормила Настю и пошла сделала блинчики с творогом, мы позавтракали, затем еще в 9 позвонил Юра и он в 10⁰⁰ к нему уехал. Я занялась Евой, после она занялась своими делами погладила белье, и опять же дома сделала порядок, позвонила Юре, попросила его купить йогурт. В 8 я начала уборку, когда вторила пол, позвонил Юра и говорил, что едет к Юре не ланг к нам, я была ограбления.



83001

Ex. 81 pg.154 of 436

IFCD001055

83002

IFCD001056

25 II —
Сў—

[Рукописный текст на русском языке, преимущественно неразборчивый]

83003



83004

IFCD001058

[Handwritten journal entry in Russian cursive — largely illegible]

27.11.00
пон.

83005

IFCD001059

Потом поглядела детское, проголодалась, у меня страшная лень, ничего не хочу делать. В 17 кормила девочку. и все дела здесь. Юра приехал в 21°°, я уже Настю покормила, поиграла и уложила спать. Её накормила, а что еще не помню. Спать пошли в 23, вечером лежали и.

28.11.00 Юра встал в 8 и уже в 8²° уехал к Юре и они втор. едут на его дачу, там будет Андрей тоже, они будут ломать и выносить все старое от туда. Я встала в 9 покормила девочку. Потом пошла сварила супчик для диеты и снова начинаю диету 7 дней. Затем звонил Лешке, он сегодня прошел интервью на грин-карту, молодец, теперь он с документами. И сегодня вечером планируется это событие отметить. Я поглядела белье, прополоскала, помыла голову. Позвонила Маше хотела её попросить, посидеть вечером с Настей, но её нет, она не перезванивает. Звонила Лешке, попросила поговорить с Кристиной, чтоб она посидела, посмотрела ребенка. Звонила Марьене с ней поболтали. В 13, затем в 17 кормила ребенка. Лешке перезвонил и сказал, что Кристи не хочет и я тогда решила, что я никуда не пойду, останусь дома. Позвонила Юре и сообщила ему эту новость, потом позвонила Марьене и с ней говорила на эту тему, как мне быть и что делать, она посоветовала, чтоб я поговорила с Юрой, он приехал в 18³°, он говорит чтоб я поехала никуда отрицаю нет и он не будет пить. Я позвонила

IFCD001060

еще раз Марьше и спросили как дела. Он уехал на 30 минут на встречу, но а я собралась ехать с Настей. Он приехал в 19 и в 19ч мы поехали в то место где я была последний день беременной, сиу там играли в бильярд, в общем ничего хорошего, я хочу так же посидеть и дома у ребенка не мучить. Юра нечего сказать ничего и не мы уехали мы в 25, Насю там в 21 я покормила, заехали к Юре взяли домой и домой приехали в 23, я её покормила и уложила спать. Прокипятила её бутылки и пошли спать, но сначало любовь и легли в час ночи. P.S. поехали в ресторан, я с ним говорила что еще нужно делать документы, он опять взбесился и немного поругались, но потом всё нормально.

P.S. пришли учтили или ручка с 8 аудиокассетами.

29.11.00 среда — Встали в 9, Юра чуть раньше, в 9:30 покормила ребенка и в 10:30 мы поехали в ОМV, но я только взяла телефон для апартамента и мы поехали домой, покушали и Юра в 12 уехал опять к Юре и дела с домом и аквариумами. Я пошла в 12:30 забрала кассету видео с записи заплатила $50, затем зашла в магазин детской одежды, боже как там всё дорого. По дороге домой зашли в парк, я её в 13:30 накормила, зашли в TOTS купила продукты необходимые для диеты и домой. Ничего не делала, сделала записи ...

83007

ю. В 17³⁰ покормили ребенка. Звонила Ира-Вегас, я ей всё так перезвонил и потом вписать билл. Звонила Марлен, зав-тра назначил мне апойтмент в DMV. Позвонила Ира, она может завтра приедет ко мне, звонила Марлен, она завтра сделает апойтмент. Вписала билл. Ира приехал в 19³⁰, я ему приготовила ужин. У Насти зубки, просит покакать. В 21³⁰ покупала, накормила и спать в 22 уложила, приласкала субтилин, в душе, потом почитал правила DMV и в принципе спать очень устала я. помылись в ванной и в 23³⁰ легли спать, Ира при-шел чуть позже. P.S. В последнее время Ира веселая домой приходит в 300, смотри, что-то когда то я веселый домой

Проснулись в 8³⁰, Ире приготовила завтрак, он затем уехал в 9 в банк и к Ире все поде-лал. Звонила Марлен, она мне на завтра на 10¹⁰ назначила апойтмент. Звонила в теле-фонную компанию нашла звонки в Хабар 13¢, а в Литву 30¢, не так уж сильно. В Телкам гайду и в 10³⁰ покормила Настю сегодня дали чуть-чуть морковное пюре, но она спать ни какой, утра запор, сам вставала и сегодня попа ей очень. Я сидела учила правила. Звонила Ире, она так и не приехала к систему. Звонила Маше, она не отвечает. Днем при-готовила суп, в 14³⁰ покормила Настю, пока ничего не делаю. Си Fingerhut покормила миссис она мне не понравилось на первый луч.

83008

83009

IFCD001063



83010

IFCD001064

02.12.00
суб.

Проснулась в 9 (мне приснилась Нади-
ка, будто [illegible] ей [illegible] пухлая), а
сегодня день её здоровья. При-
позавтракали и в 10[30] уехала к Юре, записыва-
ться в вечерние курсы. В 12 кормила Настю
и мы пили чай, много тоже не делали.
Звонила Марьяне, она занята. Ясно, она
собиралась на работу. Я заходила в Интер-
нет, посмотрела как надо продлевать
паспорт, ну и все также ничего не делала.
В 14 покормила Настю, затем с 18 и сей-
час мы пошли в магазин. Юра приехал в
19, я ему приготовила есть, он смотрел
TV, я ушла в Ralphs купила [illegible]
[illegible] на $5 - [illegible] рыбную и [illegible]
в 20.15 на NC, покушали и далее приш-
ли в 20[30]. Звонила Снегина, она ходила
на [illegible], пошли с девчонка-
ми на кастинг, стоп, и она мне сказала,
что заработанные деньги кладутся на депо-
зит счёт и родители не имеют право испо-
льзовать. Звонила [illegible] С. с ней поболтали
потом в 22 искупала, покормила Настю
она сегодня съела [illegible] торт и [illegible]
[illegible] одну уснула и все, а вчера [illegible]
[illegible] торт и сегодня покакала.
Посмотрели кино и в 23 пошли спать.
Я ему сказала, чтобы он посидел с ма-
лышкой, а я пойду в night club. Он сказал
[illegible] меня, [illegible] он пойдет со мной, а

83011



83012

IFCD001066

деньги $200 меня это сильно задело. Юра уехал в 19:00, лег спать, я не могу обидилась из-за денег, все же какой он жадный, что касается его и для его нужд он тратится, а что ли то только обещания, а иногда и того нет. Он смотрел телик, собрал для сына игрушки он транше бери, поедет передаст. Я, сейчас до, наверно пойду в ванну, если конечно успею, в 21 пойду кормить Настю. Нет уже покормила ему семечки, в 21:30 покормила Настю она сегодня съела почти всю бутылочку, а манка есть не стала. Потом пошли в душ, вечером немного в 23:00 пошли спать, любовь и так далее.

04.12.00
понед.

Проснулись в 9:30, позавтракали в 10 покормили Настю, собрались и поехали в DMV на сдачу экзамена. Там я сделала 4 ошибки, а надо было 3, но экзаменатор меня пожалел, так что все в порядке. Я не знаю как бы я себя чувствовала, если бы не сдала опять, стыдно. Все теперь учится водить машину и сдавать скоро. Все потом поехали в 11:30 к Юре тинеколог, у меня результаты нормальные, теперь через полгода опять на проверку. А Юра сделал бумагу для водолазов, Андел так хвастился, что бы и как он куда поедет и какие деньги заработает, мне не понравилось. Такое ощущение, что выпендривался, заправили в 5:00, он Юра-они захотел поставить

83013

себе в офис аквариум и они сделали разго... вариаемы на эту тему. Получили тикет за неправильную парковку $40, приехали домой в 13°° покушали, и он уехал в 13³° в Сентури сити говорить по поводу заказа, оформление аквариу- ... , а потом в офис, туда я знаю приедет Роберт. Я ему в 14°°, он в офисе. В офисе ничего не де- ... . Я звонила Марине, она не отвечает, зво- нила Скирина с ней поболтали, потом Маша звонила, ей надо её знакомых куда-то устроить рабо- тать. Сегодня получила посылки, видеокассеты по изучению английского и от Tigerhima и приш- ла только шапка + File Gift 2 рамки для фотогра- фий. Значит они взяли cancel по поводу на- кидки. Звонила Све-? с ней поболтали. Потом назначена на завтра встречу вождение машины с утра с 8³° на два часа стоит $32. Все надо начинать. Еще утром Ире звонил Юра узнать сдала я или нет. В 14 покормила Настю её сейчас в 18°° тоже покормила и в 18³° пойду сделаю маникюр и завтра погуляю с ней. Юра приехал в 18¹⁵ ? как раз уходу гулять. Сделала маникюр, заплатила с карточки Наденькой $5 + tips 2 и обратно домой, пришли в 20 поку- шали, Настю положила на балконе и она там пролежала до 24³°. И мы зашли в Интернет и смотрели каталог cd и dvd, Юра звонил в Москву, и еще у неё завтра встреча в ... и потому я завтра позвоню ...

83014

переложила в кровать, она проснулась и. в 24³⁰ я её накормила, дала пюре. и уложила у нас легкие ее. в спать пошел в час ночи.

08.12.00
втор.

Проснулись в 7³⁰, Юра собирается и уезжает в 8, а я позвонила и перенесла учебу на 10⁰⁰. В 8 покормила Настю и собираюсь. Юра приехал с опозданием и в 10¹⁵ я поехала первый раз на вождение машины с инструктором. Сначало нервная дрожь, сердце стучит, а потом даже очень понравилось. Я откатала первые два часа, в 12⁰⁰ приехала домой, Юра уже покормил ребенка в 12 и он в 12³⁰ уехал в офис, по делам. Я покушала. С утра звонила Марьене, она не в настроении, поэтому толком не говорили. В 13⁰⁰ я начала уборку, мытье полов и когда я закончила в зале, в 14⁰⁰ позвонил Юра и они в 14²⁰ приехали на обед, как всегда не вовремя. Юра дал $100 на учебу вождение. Я им сказала, про то что нужно разуваться и уважать мой труд, я только помыла пол. В итоге у нас вышел спор, е-е разговор на эту тему, они уехали в 15⁰⁰ и я продолжила дальше, вытерла пыль, в 16⁰⁰ покормила Настю и продолжила в Настиной комнате убирать. Звонила Рита, Вероника так поболтали и все. Ненад

83015



числа я в 17°° и как раз пришла в гости Леника с Олей, принесли и чай и кислому полотенцем от болезней + уксу. Мы на-пили чай и в 18°° вместе пошли на улицу. Они домой, а я в Ralphs, купила пам-перс, рис и всякее мелочи на $35 и об-ратно домой в 19°°. В 20°° покупала, покор-мила пюре Настю и уложила спать. Юра приехал в 20³⁰, он не голодный, ел в кипятке и у Юры они учил курс водолазов. Вечером были дома, я сделала записи, помылась и в 23°° иду спать. У нас любовь и в 24 баю, су

6.12.00 Я проснулась в 7¹⁵ и собралась на вождение, Юра
среда встал чуть позже, я в 8 ушла на урок, а он остал-ся с Настей. Я откатала до 10 утра и домой, се-годня мне кажется я хуже ездила, чем вчера и ездили мы в Даунтаун. Приехала в 10³⁰, а Юра уезжает как раз и он банк деньги приш-ли и по делам, куда я не знаю. Я в 10²⁰ Настю покормила, сама покушала и очень дела. Я села печатать маме бумагу, потом ей поз-вонила с ней поговорила, а затем звонила Рассохиной ей я должна $2250 оказывается, значит $950 это мама, еще хочу $250 попросить у Юры и надо выслать, а выслать можно через Жекана, он приезжает сюда на Новый год, и я ему отдам, а там в Хабаровске отдаст карт-кин отдаст Наташике. Теперь, всем как...

83016

IFCD001070



83017

IFCD001071

Ира меня грубо растолкал в 8, надо вставать и ехать в W/C. С утра болит голова. В 9°° покормила Настю и в 9⁴⁵ мы поехали в W/C, там я пробыла целый час, получила талоны до февраля, т.е. включительно. А потом мы поехали, я забрала куртку кожаную и поехали к Яине в магазин, но сначала заехали в офис, я посмотрела как у них дела продвигаются. А потом к Яине, у них опять купили мне ковер $80, чтобы заниматься зарядкой, он себе футболку $60, очки $60, одеяло пуховое и сумку большую кожаную подарок для Юры-партнёре $250. Потом он уехал в 11³⁰, а я осталась у Яины, сходила вощипала себе брови за $15+3 типа. Потом оставила ей кожаную куртку, чтобы она спросила сколько стоит ушить и если больше $100, то лучше её продать. В 13°° покормила Настю в магазине, потом туда подъехал Юра с его людьми которые делают ремонт в его новой квартире и в 14°° мы пошли покушали в ресторанчик суши плюс салат, Настя спала. Затем после Юра опять пошли в магазин и у Яины еще столовались, Юра брал всё для подарков, а кому я не знаю, потому что мой Юра тоже принимал активное участие. После мы поехали открывать мне, т.е. на своё счет checking account, которым я могу пользоваться дальше. Но увы, т.к. нет паспорта и ID у меня процедура перенесли на следующую неделю. Мы поехали в ... Сабвейчик, затем заехали в ...

83018

IFCD001072

16ти поехали домой, заехали купить хлеб,
попросила печенья, увы сказали надо худеть.
А у Аллы сказала что она беременна и
будет наверное сын, вот теперь есть ко-
му передать детские вещи. Дальше
приехали в 17ом, я быстро в 18ом накормила,
переодела ребенка и в 18ом поехала учиться
водить, Юра был дома. Звонила Аня - Х так
ни очень разговор. На вождении сегодня пло-
хо, сделала очень много ошибок и чуть не-
попала в аварию, кошмар все настроение
упало и еще больше голова заболела. ~~Ана~~
Ездили мы в Аэропорт. Домой приехала
в 20ом, а к нам приходил Андрей - музыкант,
и он рассказал новость ему, они с Мариной
развелись уже как три дня, вот такие
дела, теперь ищет квартиру и хотел бы к
нашу въехать жить, но мы пока еще не уез-
жали. В 21ом Юра уехал к Славе за СД я
дома, уложила девочку и делаю записи,
чеки вклеиваю. Звонила Скирина у нее хоро-
шие новости они завтра идут на кастинг,
с девочками и будут фотаться, может и ме-
ня с собой возьмут, было бы очень здорово, она
завтра мне позвонит и скажет что и как.
Юра приехал в 22 45 привез 4 СД и 2 DVD и
фотопленку. Все вечером были дома, звонил
Роберт, он у Иры с субботы в офисе будет
класть плитку на пол. Я в душ, и в
постель, у нас мойка и спать мы в 24 00.

Зразы ела Настя

83019

Ex. 81 pg.172 of 436 IFCD001073

8.12.00
почти

Проснулась в 7 но занятие вождение ви в 7⁵⁰ он позвонил, когда я уже собралась и обьехали занятие, обьем. мы потом если посмотрим кино в 8²⁰ покормила дочку; Юра в 9⁰⁰ доехал в банк, затем в офис, к Лене в магазин заехали еще куда не знаю. Я дома, позвонила Марьяне, с ней поболтали, она молочина держать ее. Затем я собрала девочку и в 10⁵⁰ мы пошли на машину, купила конфет, пока ждала, потом кофе пойкам. Сделала маникюр, педикюр, как всегда расплатилась карточкой Юлей и в 13³⁰ пошла домой, пришла мне звонила Алена с ней поболтали, и ней Юра приезжал и сказал что для меня готовый сюрприз, но мне не велено говорить, короче все знают, а я нет, но это я так думаю будет на Новый год Юром еще звонила мама, я узнала расписание, часы работы магазина, где она работает, может Юра завтра туда поедет, я бы хотела тоже с ним, еще видно будет. Днем дома, звонила Скиперу, она меня приедет заберет. Мы собрались и в 17⁰⁰ она заехала и мы поехали на Burbank на кастинг, посмотрим мою девочку и сказали о'кей и насчет меня тоже, нужно готовить портфолио и на меня, и на ребенка за $380. Скипер уже едет завтра фотографировать детей. Она меня привезла домой в 19⁰⁰ и сами тоже зашли к нам, я их чаем с супербродами накормила, позже подъехал Роберт и сами в 20⁰⁰ уехали. Я звонила Нуре и них кончился экзамен в 18⁰ⁱ не выходят.

142
пуобда.

83020(

Ему звонил Андрей, потом Витя и
вечером приехал за деньгами дал $ 800,
я в $17^{30}$, затем в $21^{30}$ покормила Настю и
в $22^{00}$ она уснула. Звонила Оле - поговорили
и о тигре и всё. Сейчас $22^{50}$, я хочу спать,
а Юры еще нет, и на телефон не отвечает.
Я залезла в Интернет, там письма от aol.com.
В $22^{40}$ приехал Витя и сидел ждал Юру, он
приехал в $23^{00}$, отдал дал и всё. Купил
подарок статуэтку лошадь за $ 220 это в подарок на [illegible]. Потом я сидела напечатала список CD video, какие мы хотим и Юра в час с ними созванивался заказал, после легли и спать в $1^{30}$. 9.5 звонила [illegible] со школы, говорит приходи.

9.12.00 суб- Юра меня опять разбудил в $7^{45}$ и я собиралась на урок вождения, Настя, затем Юра тоже встали, я уехала в 8 они дома. Я поехала в Valley, на улице тишина, мало машин, я даже погазовала, а потом мы дальше доехали и обратно ехали по фривею 118, 170, 101 и домой, здорово, но страшно. Приехала в 10, а он сразу уехал к Юре и что и куда, и на весь день я не знаю. В 10 я её покормила и легла спать, только сначала покушала, а так спать очень хочется. Встала в $1^{00}$, накормила Настю и собрались в магазины, сначала в 99 ¢, затем за газетами и в TONS. И обратно домой в $12^{30}$, я забыла ключи, пришлось [illegible]. В $17^{30}$ покормила—

первый раз на фривее

83021

...на строку и начала готовить котлеты и свеже салат, закончила в 20⁰⁰. Звонила мама, потом Света, она с девочками ездила фотаться. Я пошла помылась и все теперь отдыхаю, сейчас 22²⁰, Юры нет и не звонил вовсе. Настя спит, ей еще пришел вроде бы отказ от страховки для ребенка, надо завтра выяснить. Сделала записи и все. В душе, затем в 23⁰ позвонила Юре, но ответил не сам Юра, а другой и сказал, что он сейчас занят и сейчас ... перезвонит. Я разозлилась и пошла спать. Трапулась от того, что пришел Юра это было в 2 часа ночи, он вошел, сидел дело печем на кухоре, потом пришел ко мне. Оказывается он был в "Дерлане" и там видел Роску, ты сделал вид, что они не знакомы, а они решили с хозяйкой вое - ... покупки ... Юра пришел расстроенный и решил что Аника для него было когда то другом, а сейчас пустое место. Мы лежали разговаривали за жизнь и будущее и в 3ᵘᵉ пошли спать. P.S. Юра сегодня купил себе оборудование водолазное на $7000 хорошо живут, сволочи.

10.12.00 Я встала в 7 и собралась на занятия, ушла воскр. в 8, они еще спали. У меня сегодня только час и мы учились парковаться. Приехала домой в 9⁰⁰ они уже смотрят Телик, в 9²⁰ накормила Настю, затем Юру. В 10⁰⁰ ему звонил Юра и он в 10³⁰ уехал. Мы были дома я звонила Анне - Т, так ни о чем разговор, потом звонила Ларисе они были дома, позвонила Лине, пиросила ... прийти и научить меня пользоваться ... потом звонила ...

83022

IFCD001076

Взяла телефон домашний Самсоновой и перезвонила ей, взяла у неё её E-mail и будем переписываться. Потом звонила Сивак Юле, поздравила её с днем рождения, она мне дала мамин адрес, надо собраться и ей написать. Звонила Семёновой Светке, но её небыло дома. Звонила Любе она обещала вечером приехать в гости. В $13^{30}$ покормила Настю дала пюре + сырпил, а утром ещё её поснимала на видео. Потом днем читала газету. Так день и прошел, я ничего не сделала полезное для себя. Звонила Юре попросила её купить продукты, он в $18^{00}$ мне перезвонил и спросил что нужно. В $17^{30}$ покормила Настю, Юра приехал в $18^{30}$, я сварила картошки, он купил копченую рыбу и мы в $19^{30}$ поужинали. Люба так и не приехала. В $21^{00}$ покупала Настю, дала ей пюре и уложила спать. Мы тоже в постель, сначала любовь и в $22^{30}$ легли спать. Ему вечером звонила жена и ещё он с кем-то созванивался, да ещё днем звонила Скирпа, Так ничего такого.

11.12.00 Проснулись в $9^{00}$ Юра в 9 уехал в офис, пон. а затем с Юрой в Палм-Спрингс, но его дела так он мне сказал, а что ещё я не знаю. Я позавтракала, в $9^{00}$ покорми-

83023

IFCD001077



83024

потом звонила Свирид, но она занята. Позвонила Марьяне, отправила письмо, от Fingerhut, им нужно востать чек, а потом можно заказать другой средой. Потом от страховки я думаю наверно ждут ответа от них или надо им перезвонить. И потом от WCA они опять все потом опять мне выставляют. Марьяна позвонила им, они должны там у себя разобраться и перезвонит ей позже. Дай бог чтоб было все хорошо, Господи спаси и сохрани! И еще они наверно с Андреем созвонятся опять. Юра приехал в 11³⁰, привез рыбок и уехали к клиентам чистить аквариумы. Я сделала записи и надо собираться в школу. Заехала что тот надо было купить, в 14ᵒᵒ покормила Настю. Домой пошли в 16ᵒ, сделала заказы на микрофон каракас + картриджи с карточки Direct Merchant $470. Потом покормила Аня-Р и затем покормила Настю в 17³⁰ и начала стирку детского и белья. Звонила Юра он еще в офисе чем-то занимается, а мне не говорит. Звонил вечером Юра, я ему их фото передал, он мне сказал, что паспорт госп мой уже продлен. Еще звонил Роберт с ним целый час говорила Андрей. Закончила стирку в 21³⁰ 6.21ᵒᵒ покормила Настю и уложила спать. Да еще в когда звонила Юра, вспомнила что он заверял уже с 8 утра закат, поэтому я позвонила и стоила их утра восходила. Сейчас 63ᵒᵒ надо еще

Ex. 81 pg.178 of 436                                                                    IFCD001079

нет, я сделала записи, домашнее задание и потом надо зайти на Интернет выбрать бесплатный CA хотя прислали вместе с ксерофаксом, больше ничего не делала, хотела спать, потом пошла укачивать и как раз приехал Юра, привёз мне мой паспорт, продленный. Его чем накормила, он сегодня весь день был с Леночкой. В 21 пошли спать, сначала Леночка и потом.

13.12.00
Среда

Юра встал в 7 утра и уехал в 8 по делам, то на Пригидом, то на его квартиру, то в офис, то ещё наверняка куда-то я всё равно не знаю. Я проснулась в 9:20, в 10 покормила малыша. Затем позвонила Марьяне, там насчёт USA пока тишина, ещё может быть я буду оставлять ей Настю, посмотрим. Потом звонила Валентина когда я могу взять уроки вождения, звонила Юре, потом Виталию, у Алены спросила когда она поедет в USA в пятницу с утра иду Юра будет дома. В 15 пошла в школу, а завтра и в пятницу школа не работает. Со школы домой пришла в 16:20, дозаказала CA и где-то через два дня придет заказ. В 17:00, зашла домой в 18 покормила Настю и начала стирку постельного. Звонила Юре, но я не знаю где он и что. Звонила Ростику Леньке, потом вечером Валисоновой на работу по 1010629. Закончила стирку, в 21:20 покупала, в 22 Настю накормила. Юра приехал в 23:30, попили чай, и звонил в Москву на счёт CA видео, чтобы их передали к нам кучи.

83026



83027

IFCD001081

что он волнуется, что я сволочь со мной пло- хо поговорил и сказал, что будет очень позд- но, они сегодня погружаются в воду первый раз. Я на него злая и огрчилась. Звонила Оля с ней поболтала минут час. Потом в 20 пришел Мишка выяснили вопрос с E-mail что можно сделать, чтобы читать русский текст, или только поменять другого провайдера. Мне от Ленки пришел E-mail, здорово надо ей написать. В 21 покормила Настю и вечером толком ничего. Звонила Ротик Ленке с ней пото- лтали, сейчас 23 иду в душ и спать. Юра во сколько пришел не помню, но точно как всегда поздно.

15.12.00 С утра в 7 подъем и его в 8 на уроки вож- дение, отвезла до 10, заехал Рита дом $40 и мы сегодня катались на лодке самух. Приехала и сразу покормила Настю. Юра собрался и по- ехал, как он мне сказал забрать станок и по мага- зинам. Я собиралась на новоселье, для Насти Юра приехал в 11, я приготовила поесть, приехал Юра, мы поели и в 13 поехали. И когда прие- хали, зашли в квартиру и сказалось это пр гуи — это наша новая 2-х комнатная квар- ра Я аж в шоке я как-то отнеслась не почему-то все равно очень сильно Мишку

83028

рована. Пойдём, я должна была догадаться что взял ключи первые хозяева ней Ира открыла сама дверь и вручила нам ... игрушку кошку. И только когда мы Юра сказал вручила хозяйке ключи от квартиры, вот тогда я поняла, что это наша квартира да, они конечно постарались и вся мебель, на кухне в почти вся бытовая техника и в ещё всякие разные мелочи, два балкона 1400 сереброй и стоит $1400 в месяц, а Юра заплатил сразу за год ≈ $14.000. купил себе TV с SS-звуком ≈$15.000, Rainbow $...

короче деньги положено на всё около $50.000 и детская кроватка и в спальню мебель, куча шкафчиков и зеркал. А самое главное есть есть стиральная машина, и ещё в доме есть бассейн, джакузи и сауна, а джимка ней, тех ... тренажёры будут не балконе. Теперь понятно почему он так рано уезжал и поздно приезжал в последние дни. Они посидели и уехали родные, а я осталась дома разбираться что к чему, распаковывать коробку. Настя себя плохо чувствовала, капризничала, думала он в пробках. Юра мой заезжал ещё потом на старую квартиру, продукты купил и приехал домой в 20..., я начала готовить. В 21ᵐ приехал Юра, привёз ... и подарил цветы и там уже всё видели. А к 22. подъехали Скляров с Робертом и всей семьёй. А они мне подарили перепел с цветами при ...

83029



83030

я не пошла а эту пошли спать, не перед сном легкий лень.

17.12.00 — В 7$^{15}$ встали и к 8 на вождение, откатали по городу, домой приехала в 11$^{00}$, там уже был Кир. Я с Настей собралась, её накормила и мы поехали в Sherma Oks mall большой магазин, там в основном все себе купил Кир, я только туфли за $30 и Насте тоже кое-что из вещей. Я не Кир было знать что он меня вот так в курсе простит. Мы покушали, кое-что для дома купили. Настю в 15 покормила. Домой они меня завезли в 17$^{30}$. А затем они уехали играть с аквалангом. Я одна дома разбирала все вещи, что купил он. Звонила Марьяне с ней говорила. Настю в 19, затем в 22 покормила и спать уложила. Сама в душ и жду Кира, он приехал в 23$^{30}$, закупался. Все вечером любовь, тепик и спать.

18.12.00 — Проснулись в 9, накормила ребёнка в 10$^{00}$, затем Кир уехал в офис и с Риком покупать плитку, а я делала сетку осру

83031

ковер звонили Скирли говорила с ней, ас подключила телефон новый для звонков в Россию. А с Марьяной сделали бланки на обеих адре-са. Ковер привезли в 11⁰⁰, вёз слёту жду круг. Он приехал в 13⁰⁰ и отвёз нас на старую квартиру. Сам уехал по делам, а я спать создала весь весь день. В 14, 18 и уже вечером 21³⁰ покормила Настю. Юра приехал в 21⁰⁰, мы собрались, написали записку для UPS нам должны прий-ти микрофон - киряске. И поехали домой, я и я была за рулём, первый раз, всё же какая она большая наша машина, но с привычку. Вечером звонили Рассоховой поздравили её с днем рождения. Домой при-ехали, а там уже стоит елки, игрушки и плавневая уока - все он купил утиночка. И самое главное он уже сегодня подарил мне (это как бы на Рождество) Браслет с мален-кими бриллиантами, белое золото и Насти ма-ленькие сережки. После я сделала ужин Юре и потом в постель, мыли ее, и спать, телек ещё посмотрели. P.S. днем Юра заезжал, отправил $100 в листву, и он сказал что уезжает в Сан Фран-циско устанавливать аквариум.

19.12.00 Проснулась в 10⁰⁰, я в 11⁰⁰ покормила Настю. Стур Положила плохо трубку и от Юра никак не ... уезваниться. В итоге если Юра созвонила. ... мы нн как вы получился и зрения ...

83032

Забрать свои вещи, с подарками решить упаковать вопрос. Это они к Алене ездили. Я дома глажу ему вещи, звонила Веронике, Ане - я набалтались. Юра заезжал днем, кое-что взял для тю Юры и опять уехал.
Вчера в 21 приехал Роберт к Юре, я как раз кормила Настю, днем в 15 и в 19 покормила её она поела немного на балконе, а вечером спать её уложила. Звонила Ларисе, потом инструктору на четверг вождение, затем с Олей Леней они меня завтра отвезут на старую квартиру. Юра приехал в 21³⁰ я им приготовила ужин, они по рюмочке выпили, поболтали и Роберт уехал, а мы начали собираться. Сидели до 1³⁰ ночи, затем любовь и лежа смотрели телек. У Юры подъём в 3³⁰ и он собирается и уезжает на Джамайку, а мне очень грустно и обидно, что я остаюсь дома, а он едет развлекаться. За ним приехал Рубен потом они едут за Юрой, в 7 они должны улететь, Рубен привёз ключи и захлопнул дверь, я спала.

*(margin note, left side)*: Юра улетел с Юрой на Джамайку Котею

20.12.00
Среда
Проснулась в 10³⁰, и тут же покормила ребёнка. Сделала записи, звонила Скирпелу, затем Ларисе. Сейчас 13, надо собирать и под су на старую квартиру собирать вещи. Лена с Олей приехали в 13³⁰, привезли

83033



83034

IFCD001088

дома выписали чеки. И в 17⁰⁰ поехали в банк положили чек на $500 и получила кэш $400, [illegible] [illegible]. Я потом поехала на старую квартиру. Заехали по дороге к Ильме в магазин, разобралась с [illegible]. [illegible] у них сидел. Я у нее купила [illegible] для похудения за $125, [illegible] Настю в 19⁰⁰ [illegible] [illegible]. На квартиру приехали в 19³⁰ и собрали оставшиеся вещи. Женя и Юра в 22⁰⁰, я как раз [illegible] Настю, [illegible]. В 22³⁰ поехали домой, [illegible] [illegible], Настя уставшая, сама [illegible], Женя [illegible] [illegible] [illegible] [illegible]. Сегодня [illegible] и в 2 [illegible] [illegible].

22/12/00 пятн.

Первый день [illegible] для похудения.

Проснулась в 9³⁰, в 10 накормила ребенка. Женя [illegible] [illegible] [illegible] денег [illegible] переговорить с Юрой. [illegible] [illegible] [illegible] [illegible] на Mail Box и [illegible] [illegible]. В 17, [illegible] в 17³⁰ накормила Настю. [illegible] завтра [illegible] [illegible] [illegible] $100. Женя [illegible] [illegible]. В 18⁰⁰ [illegible] получить с Ильи в 99¢ на $100 и в Ralphs на $35 [illegible] [illegible], [illegible] [illegible], [illegible] [illegible] и [illegible] уже [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] русских.

83035

Сегодня получила с банка карточки и чек.
Моё имя не правильно написали надо пойти
переписать, этим займусь завтра. Звонила
Виталию, в воскресение в 10 на урок. Потом
Ане-Р так не очень. Вчером звонил Шинак,
он выезжает и в понедельник будет. Маленько
не вовремя. Настю уложила в 22 спать.
Сегодня первый день таблетки для похудание
снгола очиски 10дней. Юра сегодня не поз-
вонил. Я сейчас маленько разберу вещи и спать.
Звонила Вероничке с ней поболтала
Спать пошла в час ночи.

25/12/00 Проснулась в 9:30, Настю накормила в 11:00,
сама покушала. Сегодня постирала бельё.
В 14:00 поехала в банк, обман он до 18 теперь,
только после праздников. В химчистку отдала
куртку Юркину, будет готова в среду. И поеха-
ла к Алле, по дороге заправилась, мне по-
моли, боюсь что сама бы я не справилась. Прие-
хала к ней, Настю в 15:00 покормила, девочка люба
швея сняла с меня мерки на зимнюю кожан-
ной куртки, посидела там, поболтали и потом поеха-
ла в старую квартиру. Отправила Анке-сестре
$100 по Western Union, вечером ей звонила нет ни
кого, завтра перезвоню. Заехала в RITE AID купи-
ла какие украшения на ёлку, потом в JONS за про-
дуками на $45 и заехала на квартиру в 19:00
Накормила Настю рыбок и в 25:00 поехали со

83036

IFCD001090

мой. Юра сегодня тоже не звонил, зараза, замучил. Я вечером еще постирала постельное бельё. Разбирала вещи. Сегодня наконец-то я покупала Насте, в 22 покормила и спать уложила. Сама убралась до 2-х ночи.

Потом в душ, звонила Зайцу с ней поболтали, и в 3 30 ложусь спать.

24.12.00
воскр

Подъем в 9, сварил на гриль. В 10 00 раз будила, покормила Настю и вперед на вождение вместе с ней. Ездили в DMV и катались там, где я буду сдавать экзамен. Домой приехали покушали, собралась и в 12 поехали в Party Store, это мне Оля-С про этот магазин сказала там все украшения и я там то купила мишуру на ёлку. Потом поехала в Target магазин купила для дома рамки для фоток ... и на $800, приехала домой в 19 00 и 20 - товила себе ужин Юрка не звонил. Позвонил Шихан ей уже не 101 скоро будут. Я Настю покупала, уложила в 22 00 спать и они как раз приехали. Здорово, мы покушали, сидели болтали. Они остались ночевать у меня я им в зале на полу постелила. С Сергеем поболтали, вспомнили прошлое, про Хабарова какие новости что как и в 4 ночи пошли спать

83037

IFCD001091



83038

IFCD001092

он позвонил в Pacific Bell и заплатил за телефон, потому что я потеряла билл, теперь всё в порядке. Звонила Михаилам они собираются идти гулять на Hollywood street. Я звонила Марине болтала с ней. Зашла в 14 покормила Настю собрались и поехали в банк я сделала, т.е. отдала переделать карточку на моё имя и фамилию правильную. Купила трусик и поехала на старую квартиру. Там в 16°° мы встретились, сидели болтали, покушали. Звонил Лешка ему нужно солён. вода и прибор для чистку аквариумов Мы решили что да как с завтра! В 18, заехала в 22°° покормила Настю, да еще вчера я заехала в RITE AID купила Насте пюре. В 23°° приехала домой, её уложила, сама так толком ничего не делала. Юрко звонил не меня не было дома. Спать пошла в 24°°.

27.12.00 | Подъём в 7 утра, собираюсь на экзамен
среда | вождение, провозилась, выехала в 8°° приехала туда с опозданием на 20 минут ребенка оставила на Сергея с Мишкой они её покормлям и памперс поменяют. И мы полетели с инструктором на вождение. Приехали в 9²⁵ и оказалось что меня в списках нет, так что мы приехали зря. А хотя нас пока нет (решение) ждём wait list

83039

то я сделала, оформлялась на ID карту. И в 11:00 мы ехали позная только от 17 января оформление на вождение экзамен. Приехала домой, Лешка уже приезжал, почистил аквариум в Ворсо-ле и вернулся в 12, мы развели воду еще и он съездил сделал дубликат ключей от квартиры и завтра приедет за ней. Я покушала, затем съездила за кормом для рыбок, потом покормила Настю в 13:30, звонила Алена так ничего. И в 14:00 мы поехали в Universal Studio. За вход $43 с я сделала но под еще + парвин $9 $9. Походили погуляли, но не успели везде и с ребенком не везде пускают. Я устала, и она тоже. В 17:00 покормила её, мы тоже перекусили, погуляли и поехали в 21:00 домой. Там я звонила Ларисе, хотела чтобы она посидела с Настей завтра, но облом, еще Виталий сказал, что амнистия для нелегалов существует, так что нужно делать. Потом звонила Мариночей мне, она не может, затем Маше и я с ней договорилась, здорово завтра её заберу. В 21:30 покормила ребенка собралась и поехала домой. Приехала в 23:00 её уложила спать. Сделала записи, позвонила Скириу, от Юри ни каких вестей, я ему оставила и все. Чуть чуть пособерамась и в 2 ночи иду спать. Я уже вторую неделю не высыпаюсь, кошмар!

83040

IFCD001094

28.12.00
4:00.

Подъем 6^15, собрал в дорогу, все собрала и выехала в 8 за Машкой поехала. Забрала её и мы поехали на старую квартиру, приехали в 9:00 их разбудили я съездила в магазин купила сосиски, обратно домой, дала все указания для Маши по уходу за Настей я сегодня её оставила на весь день с ней. Позвонила Марьяне, взяла деньги и мы в 11:00 Микаэл, его сын и я поехали в Диснейленд. Билеты $43, как и студио сити. Приехали поздно в 12:00 и мало что видели, нужно 2, а то и 3 дня на все аттракционы. Мы покатались, нашли классные аттракционы, потом пообедали, я звонила Маше у них все хорошо, она Настю в 10, 14, 18 покормила и все. Мы посмотрели лазерное шоу и в 23:00 поехали домой. Приехали в 24:00, Машка с Жанком уехали, а я думала она поедет ко мне ночевать, но увы, они уехали я ей заплатила $30. Звонила маме, ей Карпекин пока только $900 передаст через Самсонову, остальное 800 позже в январе. Поехала домой, Настю положила спать в час ночи. Сама позвонила Самсановой, зовет Расстригиной, когда 17 январь едет сюда в Los Ang. Расстриги деньги только отдаст в январе поговорила с Микаэлом, сделала запись. Я очень устала и хочу спать, сейчас 3:20, а Крю там и не знаю, сволочь.

83041

IFCD001095



29.12.00 Встала от того, что разбудила Настя в 9ᵘ
утра, я её накормила и попыталась лечь спать подольше,
она тихо играла. Встала в 11 и начала де-
лать кое-какие дела, я сегодня весь день была.
Постирала кое-что, детское, своё. Юра звонил
в обед. Он сейчас на Кубе отдыхает, своего негодя-
живёт и спать у него только минута для меня.
Или Новый год он не приедет, скотина. Я очень,
очень расстроилась, поплакала и после стала
звонить думать куда едем. Звонила Скирле, Ри-
не, Машке. Начала варить еду, спекла
блинчики. Настю в 12³⁰, затем в 16⁰⁰ покормила
и сама позже поела. Сергей с сыном приехали
в 18⁰⁰, я Мишину оставила с Настей сидеть, а сама
с Сергеем в борковский магазин, но уже уже поздно
их нет и мы домой. Я им постирала вещи, мы
поели и Сергей разбирался с телефоном, потом
с видиком. Вечером вспомнили былые време-
на. Звонила Маре, мы хотели поехать в Ве-
гас, но она говорит что это нереально, мест
нет и много народу будет. Так что не зна-
ю что делать не знаю. Звонила Скирле,
Аня-Я поболтали. Гости мои уехали в 24³⁰,
я вписала чеки, сделала запись, и в 2 ночи
пошла спать.

83042

IFCD001096



83043

IFCD001097

[Handwritten Russian text, partially legible]

ся нас бросил кувыркаться, светло а мы — одни здесь. Я попыталась поспать, но толку ничего. В 10³⁰ позвонил Сергей и ~~они~~ ~~приехали~~ ~~что они~~ в 11³⁰ приехали ко мне. Я в это время помылась, собралась и мы в 12⁰⁰ (я ни чего попыталась её покормить, но ничего не получилось толком), поехали на лодку Big, Сергей был за рулем. Приехали туда, немного потусовались и в 14³⁰ решили поехать на корабле на остров Каталина. Билет $40. Там познакомились с семьей Оля - Саша врачи и двое детей. И мы весь вечер гуляли с ними, ребята хорошие на первый взгляд. Турне по острову мы не успели, поэтому просто погуляли, потом пошли покушали в ресторане на $20. И в 20³⁰ обратно домой. Я звонила Скиуре дала отбой, мы к ним не идем на Новый год. Настю в 15⁰⁰, в 19⁰⁰ покормила. Мы обменялись телефонами и поехали по домам. Приехали в 23⁰⁰, они сразу уехали туда. Я позвонила Сиюре, Оль-и, Маше - мжси, А Юра пока и не перезвонил. Настя улеглась, устала она. Я встретила с Новым год одна Я никак, боже как обидно, грустно ужасно, а это светло кувыркаться скотина, ~~что~~ В час иду спать.
P.S. Крисне оно оставила место, что любви желает и конечно новый год встретить вместе следующий.

83044



83045

IFCD001099



83046

IFCD001100

козы Victory Secret и Newport News завтра сделаю наши ордер. Все спать иду в 2 ночи.

04.01.01 четв. Проснулась в 9 покормила Настю и опять спать. Встали уже в 12:30. Делала дома дела убиралась на кухне. Звонила Скиреле, либо в субботу к ней в гости. Она она заболела вещи примеряться. В 13,14 покормила ребенка и в 17:00 поехала сделала лани ордер для Victory Secret, затем купила корм для рыбок, продукты для похудания JONS, заехала домой взяла поету, покормила рыб и в 20:00 обратно. В 21:00 покупала Настю покормила и уложила. Сама смотрела карты я их сложи купила куда и как ехать. Спать пошла в 24:00, Настю разбудила и с собой положила. В эту ночь проснулась в 2 и её переложила.

05.01.01 пяти. Настя разбудила в 8 я её покормила и к себе положила, она лежала раскрытая и холодная. Я поспала до 10:00 и подъём. Стала варить себе супчик диетический. Сегодня опять на ...

83047

IFCD001101



83048

IFCD001102

и [illegible] [illegible] [illegible] получили [illegible]
Игорь и поехали к сестре, там [illegible].
[illegible] получил по горлу [illegible] [illegible]
[illegible] [illegible] и в [illegible] поехали домой. Там
Игорь к [illegible] Настя. Приехали в 18
Женька Ирки, [illegible] завтрак не слу-
чился, не знаю не знаю. В Настя получила
с новыми [illegible], [illegible]. В [illegible] и
спать устала. Женька а. [illegible] [illegible]
ла [illegible] с [illegible], открыла. [illegible] [illegible]
лай. Тогда подвинула дверцу [illegible]
с ней. Спать [illegible] [illegible] [illegible] [illegible]
убиралась. Наши после 23 [illegible]
[illegible] [illegible] [illegible], у нее [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
к приехали. Женька [illegible] [illegible] [illegible]
успокоились, но Настя все равно [illegible]
ла. В 2 ночи иду спать, устала [illegible]

7 а а
в сар
Сегодня Российское Рождество. [illegible]
меня. Спать разбудили в 8, [illegible] [illegible]
[illegible] и [illegible] к [illegible] [illegible] [illegible]
[illegible] и [illegible], [illegible] [illegible] и
[illegible] устроилась, сегодня в [illegible]. [illegible]
[illegible] [illegible] в трусах. [illegible] [illegible] [illegible].
[illegible] в 15, 16 и 17 [illegible]. [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible]. [illegible] [illegible]
[illegible]. И [illegible] [illegible]. Сегодня [illegible] [illegible]
[illegible] [illegible]. [illegible] в 18 [illegible]

83049



83050

IFCD001104

[illegible]

[illegible]

10.04.01 [illegible]

[illegible]

83051

Ex. 81 pg.204 of 436 IFCD001105

уехала, трафик ачее сумасшедшей. За-
тем заехала в офис, там для Роберт и
поехала домой, взяла пончо и поехала
в Аэропорт встречать Юру в 18⁰⁰. На
дороге трафик сумасшедший. Я приехала
в 20:15, а он прилетел в 20.05 всё одна-
го не найду. В машине кстати покормила
ла Настю, т.е. дала ей и она сама пошла
то было в 19⁰⁰, а спела в 15 и в 11 утра.
Пришла в аэропорт или или нашла все
ла около двора встречать, а их нет, я
испугалась, стала переживать, пошла в багаж-
ное отделение, он там Юра сам меня
нашел. Как он изменился сделал себе
другую одежду, загорел и деловой такой.
Незнаю, не у меня такое отучение, что он
там хорошо погулял, на полную катушку
оторвался, сволочь. Один чемодан побе-
ся прилетит другим рейсом. Мы уехали
в 22⁰⁰, а за Юрой приехал Рубин. По до-
роге разговаривали, у него конечно куче
знакомств, предложений, проектов, дел.
И казино, гостиницу - на Джамайке и
лесозавод в России и т. д. с французской
принцессой у них какие-то дела .. И воооб-
ще он весь такой в энтузиазме. Юра ему
подарил часы. Домой приехали, я Настю
уложила в 23⁰⁰ и Юра начал, что я так
сках, ничего дома не сделала, что у меня
дело 3 недели чем я занималась, что

83052

IFCD001106

вообще очень расстроился, а как он меня этим расстроил и что деньги себе портила в пустую и т.д. и т.п. Но всё-таки силы любовь, но всё равно очень обидно он уехал, а я осталась тут вкалывать. Спать пошли в час ночи

11.9.01 Насте в 6$^{30}$ захотелось есть и всё затем
чтв.   легли и поспали и посём звонил Юра.
      Привезли диван и кресло, в 9 приехал
Насте  Юра, они собрались и уехали по центру
6      одни по делам. А я дома утром
месяцев далее раскладывала вещи, пости-
      ла его бельё. Сегодня выписала чек по-
      лностью за машину. Настю в 14, 15 накор-
      мила. Звонила Марьяне поздравляла её,
      забыл Сверло, Алёне, Веронике так не
      о чём. Юра звонил они вернулись насчёт дела-
      жа, я закончила в 18 покормила Настю, собра-
      лась и поехала к Алёне, забрала кожаную
      куртку $80 и оставила Юркину подшить, отдала в
      химчистку вещи и в 19$^{30}$ поехала домой. Юра
      уже дома, вторая смена его пришла. Мы с
      ним разобрали его вещи, в 21 покормила, уложи-
      ла ребёнка, вечером любовь и в 24$^{30}$ легли
      спать.

83053

IFCD001107



12.01.01 Подъем в 8 утра, Настю покормила, Юра
пети. собрался и уехал на Юриной машине на
старую квартиру и потом по своим делам.
Я тоже собрала и еду в магазин, надо что-
то купить в ресторан. Звонила Свирид, Викто-
рия согласилась сидеть за $5 в час вечером с
ребенком. Выехала в 10, в сегодня опять
дождь и вообще всю неделю идет дождь.
Поехала в Mall Shirman Oks. Купила там
юбку, кофту, майку за ₽ 300.00, потом душ
Moschino и еще другие, но они не работа-
ют, их надо ехать наменять. Там проторча-
ла др $ 15, Настю покормила в 12°°, ¾ и
затем поехала к Любе - парикмахеру это
Юрина знакомая, я с ней созвонилась еще
утром договорилась и к 16°° я к ней подъеха-
ла. Там оказалась русская девочка Лена
она сидит иногда с ларискиной девочкой
Мир тесен. Поболтали, интересная жен-
щина, она мне постигала брови и
сделала прическу. От нее я уехала в
17⁴⁰, а в 17 Лена Настю покормила и по-
нянчилась с ней. Же потом поехала домой,
Юра уже был дома, что то он не в настроении и
тотчас не пришлось настроить

83054

IFCD001108

83055

IFCD001109

не верю. Поговорили что я ему не нужна и в 2 ночи пошли спать. Боже, как я устала от этого его разговора.

13.9.9 Встали в 8³⁰ утра, я покормила Нас-
суб. тю, спать очень хочется. В 9° приехал Юра
с человеком, который устанавливал новой
DVD, я им сделала завтрак. В 12°° они
ушли, я покормила Настю. Юра уехали
за спутником я начала помаленьку го-
товить Он приехал и потом поехал в
"Карабах" за мясом. Потом в 15°° я накор-
мила Настю и поехала в VONS и за утка-
ми в Hollywood и салатами, отоварилась
примерно на $250, оттуда поехала в 19ᵗ,
в это время было землетрясение, которое
я не чувствовала я кошмар. Домой
приехала в 19°° у нас уже были люба с
Юрой. И я начала расстановку и
приготовку еда молодец оченьхорошо
мне помогла, чтобы я без неё делала. На-
чали собраться гости. У меня причёска
осталась, так что я хорошо выглядела и
второй день Настю в 20°° покормила и в
21°° положила спать. Пришли Лена Витя
с детьми, Володя Таня всё около или за столом
Юрой та их бику, Марина Андрей

83056

Лешка и Серма Роберт И их собрались отметить новоселье и Встретить Новый год по старому календарю.

Все арай так себе. Обычная домашняя посиделка, только ничего хорошего, я ни о чем не вспомнила. Встретили Новый год и все стали расходиться. Последний ушел Лешка в 2 ночи, я немного убралась и мы пошли спать. Вот и весь праздник, никакой и никакого веселья. И я уже третий день не делаю зарядку. P.S. звонила маме так не очень поговорили.

14.01.01 Проснулась в 9, потому что Насте захотелось воскр. кушать, накормила и опять спать. Юрка встал раньше, принял душ, потом любовь и потом, убрались на кухне. Позавтракали, в 12 покормила Настю и поехали в 12³⁰ за Юрой и в Маунтин на автомобильную выставку. Мой Юра все-таки хочет купить Мерседес-джип, а мне до этого ничего не говорил, все-таки денег у них много, только не для меня, а для них. Там такой не было и мы поехали в 15°° очень далеко на дилерскую покупать Мерседес. Там заполнили на чтобы банк дал разрешение купить ему в кредит, 50% он пла—

83057

IFCD001111



83058

IFCD001112

нашла что оказывается они покупались 12 дек. и сразу до отсюда билет, а 10 янв от туда, так что это он мне рассказывал сказке, что билетов нет, и он ничего не знает, все он своего знал и делал по своему, а самое обидное что мне ничего не говорил и наврал. Все у меня настроение упало, это мягко сказано. Юра в 18⁰⁰ приехал к нам на ужин, я как раз кормил на Настю и видите я не приготовила ему еду, т.е. не поставила на стол и он обиделся, что, как он мне дорог. Как я на него злюсь, всё он со мной не разговаривает. В 20¹⁵ он поехал отвозить Юру домой. Я звонила на работу в июль, когда 17 вылетают в США, еще звонила маме, она передаст детские книги мне. Звонила Михаилу, вроде бы дал его Тимофею передаст Наташке и мне деньги. Говорила с Марьиной. Юра приехал со мной не говорит, вечером приезжал Андрей, они говорили по поводу заметь деньги для него, еще теперь при деньгах, я даже толком ничего и не знаю, кого-чего. Он уехал, а мы попрежнему не говорим, что я должна на него сердиться. Легли спать, он дуется на меня, сволочь. P.S. втроемни елку.

83059

IFCD001113

16.01.9 Брал подъём, тоже беда, со мной не говорит. Ехал утром в 9, вроде от не старую квартиру, в Версаль, и ещё наверно куда-то, я не знаю и мне не скажет. В 9ᵗ покормила Настю и начала уборку. Сегодня получила посылку от Victory Secret послала ерунду, надо всё отослать обратно. Я пропылесосила и стирку постельного затеяла. В обед в 14ᵒᵒ Настю покормила пюре из мяса. Юра приехал в 17ᵒᵒ со мной молчанка, купил подсвечники и для цветка горшок. Затем в 18 уехал опять куда-то не знаю. Я весь день убираюсь, устала ужасно. Они приехали в 20ᵒᵒ Юра, мой нет, но после и Юра для Райли собрал поесть и отвёз ему вечером. Тот Юра в 22ᵒᵒ уехал, я закончила в душе и надо идти спать. Юра сидит смотрит теник. Пётр и я с ним начала разговор, хочу разобраться. В итоге я извинилась, стала неряхой, не такой как дома раньше, дома ничего не делаю, ему не звоню, кушать ему не варю. Поговорили, подобрели и опять помирились. Я вроде от на ночь любовь и спать.

83060

IFCD001114

17.01.0  С утра подъём в 7 утра, в 8 накормила
среда  ребёнка, лёг собираемся, я ещё сделала
завтрак и мы поехали к 9 сначала в
офис, а потом в DMV на сдачу вождения,
но увы я не сдала, проехала на жёлтый
свет. Так что теперь в другой раз, аппойтмент
назначили на 9 февраля. Юра конечно же на
меня наехал, что я такая дура и т.д. Впрочем
как всегда, конечно же мне обидно, ну что поде-
лать. Заплатила инструктору $65 не то чтобы
жалко, обидно вообще в общем. Поехали домой
он едёт бубнит что мне машину давать нельзя,
звоним ещё Юра и он сказал, что можно поехать
в другой DMV в 7 или Valley. Мы заехали до-
мой, потом ну в авто мастерскую, он пересел на
Юрин джип и поехал по своим делам. А я в
12 т.е., сразу поехала в Аэропорт встречать
Кедю Е.А. Приехала дело её искала, жда-
ла в итоге без результата и уехала в 15³⁰
обратно домой. Заехала на старую квартиру,
потом к Алёне в магазин, забрала Юрину
куртку за $25 и себе набрала взяла кошелек,
2 ремня, бритву, покрывало на $140, я ей заве-
ра завезу. Всё поехала домой, приехала в 18⁰⁰,
Юра уже дома, не в настроение. Тут же
позвонила Кедя, мы с ней договорились, что я к
ней сейчас в гостиницу приеду и отвезу,

83061

IFCD001115

поскорее приготовила ужин. Мы поехали к Юре его и сами покормили и в 20⁰⁰ поехали в гостиницу в сторону Аэропорта к Кеде, там её немного подождали. Она не изменилась такая же, мама передала мне мои свидетельство и платье для Насти. А она бутылку водки и конфеты, мы быстро переговорили и мы поехали обратно домой. Дома ребенка в постель; сами кино посмотрели, любовь и спать в 24⁰⁰.

18.0.0? Встали в 8, покормила Настю, Юра уехал в 9 в офис. В 12 покормила Настю и в 13 мы вcтехали, я заехала на старую квартиру, покормила рыбок и мы поехали к врачу на прививки в 14¹⁵. Весит она 17,4 почти, 27 рост. В общем все хорошо, Medi-Cal работает на неё. Потом я заехала к Алене в магазин, хотела отдать $140, но в итоге еще больше стала должна, у них совсем недавно привезли новые вещи и я кое-что взяла для себя, звонила Юрке, он подъехал, взял себе костюм Арману, он уехал к Славе, а я у нее еще посидела и в 18⁰⁰ поехала, в Lords Rads купила кое-что для себя всякие мелочи, заехала домой взяла пакет и поехала в Target вернула вещи и кое-что купила для ребенка и так себе и домой приехала в 22⁰⁰, Юра дома, недоволен что меня не было дома и его так поздно. Настю в 16,30 покормила и спать

83062

IFCD001116

лен уже забыли когда в последний раз купались. Вечером были дома я ему сде-
лала ужин и затем у нас любовь и пошел в 24 спать. P.S. еще я звонила маме, сказала,
что посылку получила и т. Он позвонил поздравил её и Рому с днем рождения. А ещё
Юра сказал, что на зеркале в старой квартире что-то написано, а этих гостей и он меня при
ревновал.

19.01.01
пятн.

Сегодня крещение

Встали в 8 покормили Настю, Юра в 9 уехал в офис я пока дома, сегодня он у не
из первый раз спросил что я собираюсь делать Я постирала бельё, провозилась, в 12 Настю
покормила. В 15°° уехала, сначала в банк, сняла последние деньги, затем заехала к Юре
в офис, Настю в 16°° покормила, и потом поеха к Лене отдала ей деньги $1690 за вещи я
купила себе платье, костюм, пиджак кожаные и Юре себе костюм. + отдала её друг. После
неё поехала в Mall поменяла духи и ещё себе купила Alure, затем поехала в Baby R' US
и купила на последние деньги Насте манеж самый дешевый за $100.00. Позвонила Юре,
он злой уже дома, есть нечего, я заехала купила хлеб и для супа – диет овощи и домой. Прее
хала в 20°° у нас Рома, Лешка, Юрка готовит ужин, оказывается сегодня Крещение
он были у Славы и в церкв. И сейчас

83063

придут слава с женой к нам в гости. Настю я в 20ºº покормила, и с трудом уложила спать. Они пришли и мы посидели, покушали, немного попили водки. Все разошлись в 23ºº, я убрала со стола, в душ, любовь и в час ночи спать.

20.0.0 суб. Проснулась в 9 покормила Настю и опять спать. Юра встал в 9 покушал и в 10 уехал в офис. Я дома кое-что доделала. Звонила всем подряд так особо ничего нового. В 16ºº договорилась с швеей встретиться и подрубить наши костюмы с Юрой. Я выехала в 16ºº, заехала купила Юре памперс и пеленки и к нему в офис. Оттуда мы поехали к швее и на старую квартиру. А к швее - Люде, мы не успели. Да еще днем, звонила Любе договорилась на прическу и маникюр на 28.02. Там рядом покушали, почту забрала и поехали обратно, сначала к Севе, там встретились с Юрой, потом в офисе он сел на свою машину и поехали домой. Ужин я им приготовила. А сама первый день по супчиковой-диете. Потом посмотрели фильм. Настя дала не дала уснуть, Юра ушел в 22ºº. Настя спит и меня очень любит и спать хочется. Сперва любовь, а после спать. Настя ночью в 24³º, в 2ºº про

83064

IFCD001118

сигналась, в гот себе плохо чувст-
вело, выпила таблетки и спать.

21.01.01
воскр
Настя проснулась в 8 утра, захотела есть
я вроде то заболела, плохо себя чувствую,
пью таблетки и чай от простуды. С утра
ловь. Юра позавтракал и утром сделал
немного по делу. Звонила, все потом ве-
чером заедет к нам. Юра уехал в 14 в
офис, потом вечером к Юре поедет, а куда
еще не знаю. Мне кстати сегодня опять сон
приснился, что я беременею. Я дома отле-
живаюсь, переписываю кассеты. Пью таблетки,
лечусь. Настю в 12, 16 покормила, что-то она
плохо ест. Записала семеновку. В 19 поку-
пала Настю, накормила и спать. У нее сегодня
температура 37,4 и на языке белый налет, навер-
но молочница. Юра звонил в 19 спросил, что ку-
пить и он поехал к Юре кушать. Я легла в 21
спать, он приехал в 22 что-то там делал, я уже
спала и не слышала когда он пришел.

22.01.01
понед
Встали в 9, Юра собрался и уехал в
офис и еще куда-то по делам в 10. Я покорми-
ла Настю, она в 11 уснула опять. Я себе

83065

IFCD001119

чувство не ахти. Звонила Таня напомнила про долг $200, Сирене дала ей все данные, чтоб она позвонила в Victoria, Newport News, и Fingerhut и еще Union ?. Надо положить, но есть очень много дел по дому. Я записывала с видео записи, Юра приехали в обед в 14°° подключил мне, а видик второй не работает. Они чуть-чуть побыли, Юра для себе купил лыжи и лыжный костюм, ботинки, куртку, вообщем все что нужно, но опять те только для себе! эгоист. Они ушли я лежала переписывала и болела. Юра тот еще с утра звонил узнать как я себе чувствую, я ему нагрубила и таблетки купил с порога Юры, сам он не купил, я больная должна идти больная и покупать. Вечером он приехал в 20°°, я как раз Настю кормила, он не голод- ней ей говорит кататься с Юрой. Вечером смотрели фильмы и в 24°° легли спать. Настя ночью просыпалась 2 раза, меня злит то, что Юра знает, что я больная, он слышит, что Настя плачет, но не подходит, чтоб успокоить свою, я больная должна идти к ней, как я его ненавижу за это, о каком втором ребенке идет речь, даже и думать нечего забудет, от него нет какой помощи.

23.01.01 Опять те утром Настя проснулась в 9 втор. не он, а я больная иду к ней, я ему

83066

IFCD001120

в пошу покормить её, свелось. Я
попила чай с медом, теперь у меня
боли горло и я кашляю. Юра вдруг
собрался и в 10 уехал к Юре по срочному делу,
мне ничего не говорит. Я начала уборку
квартиры, domoв но или на это наливает
постирала белое. Они приехали в 11³⁰ с
мужчиной, тот меня DV? и опять что-то
присоединил. Они в 12²⁰ уехали, я покор-
мила Настю и уложила её спать. Закон-
чила уборку и стирку и позвонила. Скоро
он ещё не узнала меня, мой нет
связи. Вдруг поеду в W. Hollywood по
старую квартиру и по делам заберу кас-
сету, к иве заеду. Юра в 14⁰⁰ заехал перео-
делся и поехал в офис. Звонила Лена к
ней к 19⁰⁰ приедут иве. Я собралась и в
16⁰⁰ выехала, сдала химчистку, потом в W.K
почта, но он был закрыт, за кассетой $26 и
на старую квартиру покормила рыбок и к Ане
не ... уже был Юра, все подо дамой. К
20⁰⁰ пришли Юра и Вова, я им сделала
ужин, Настю накормила. Они уехали
в 21³⁰ в магазин к ... за компьютером.
Я уложила Настю, убралась в душ и
смотреть кассету, девочки всего 20 минут
они записали, Юра приехал в 23⁰, я как
раз смотрела, потом я ушла в постель, а
он ещё возился с ... Пришли у
нас позже любовь и спать.

83067

IFCD001121

24.0.9. Проснулась в 8, покормила Настю, собралась
среда съездила в магазин VONS на $45, продуктов
потом позвонила Марьене, Машка звонила,
Юра ехал в И в офис. Я звонила Свирине у
неё пока тишина, сама позвонила в Finger.rt
пришлют позже. Звонила Шикалу, потом
маме, Наташке - денги отдали. Сейчас
выпишу билет и поеду в И. И. В 12, в 16
покормила Настю, собралась и мы поехали
в "SAKS Fifth Avenue" магазин на Wilsher в
Beverly районе, приехала поздно, ничего не
успела купить, фед и цены отля-ла потом
зашла в соседние магазин и в 19⁰⁰ поехала
обратно, заплатила р паркинг $ 7⁵⁰ заехала
к Video записе хотела разобрать но это только с
начальником. В машине покормила Настю и
мы поехали домой. Я приехала в 20⁰⁰, как раз
встретила Люба - она подарила терку для
салатов забрала Юру и мы пошли ужинать,
а мы были дома, оказывается они всё таки
едут завтра на лыжи, а на меня им наплевать.
Я себя плохо чувствую, рано я встала с постели.
Зашла покормила Настю и в 22⁰⁰ уложила её
спать. Юра в 21³⁰ уехал за компьютерами и
кому их надо отвезти, я легла спать, выпила
еще таблеток. Он приехал в 23⁰⁰, он опять с
себе купил игрушки, а для меня денег нет

83068

IFCD001122

как я на тебя злюсь без за что и обиды,
только к себе. Ложусь спать в $24^{00}$.
P.S. звонила в школу, сегодня день учителя, пришлось, не
убил я плохо себя чувствую.

25.4.9
четв.

Проснулась в 7, он собирался на работу
и я всю ночь плакала, куда мне ехать да и не-
в чем. Короче он собрался на меня даже не посмо-
трев и уехал в 8 к Юре. Я весь день дома, лежа-
ла, плакала. Звонили Марина, Наташа, Скорик
потом. Звонила Шикина поздравить, Чаки-
ева родила девочку, тоже Настя назвали. Звонила
Скорик, созвонились с Валерой тоже поехали,
молодцы думают о свое удовольствие, а мы,
вот посмотрим, когда Юра будет делать, я со-
берусь и тоже куда-нибудь уеду отдыхать. Вот
посмотрим какой ему будет. А может ему и
на это тоже наплевать. Звонила мама,
Newports отказали в кредите семье. Настя в
$9^{30}$ заснула в $13^{30}$ и сейчас в $18^{00}$ буду кормить.
Юры еще до сих пор нет, жду его....
В $9^{00}$ он пришел, тихо и рассказывал, как сего-
дня, со мной не говорил. Утром он в $14^{30}$ собрал-
ся и уехал на улицу в ресторан с Юрой. Тогда
что меня задело больше всего, это то, на-
до было также с Настей, весь день ему не-
важно он катался, и еще вечером ушел
ему без меня, оставил меня одну,
[illegible]. Лучше бы он с Настей этот

83069

вечер провел, ней же ему на неё и меня наплевать. Боже как я ненавижу, никакого сострадания, сочувствия и никаких чувств к ним. Я ему это запомню.

Я переешла Марьине, побегала с ней. Он приехал в 22ч, я сразу в постель пошла и Поте в постель. Не разговариваем, так и уснули.

6ая  Проснулась в 8 покормила Настю, Юра
пятн. встал в 9 и в 10 уехал в офис. Я весь день дома, болею, сегодня сильный дождь. Смотрела фильмы. Звонила Марьяне, насчет билетов Джана концерт узнала. Звонила Юре, он на это пидараста не пойдет, ну что я пойду без него. Звонил тот Юра он хочет пойти на концерт, о'кей пусть покупает билеты. Он потом в 18 приехал, привез таблетки и уксус, посидел немного и уехал. Я толком ничего не делала, только лежала. Настю в 11, 15 покормила, и 18, уложила её в 21. Юра приехал в 22ч я ему сделала ужин, им сегодня проводили телефон. Спать пошли в 23, любовь, первый раз Юра и со бой, вставила таблетки, носки уксусные сделала, но потом сняла, ничего хорошего. Настя в час захотела есть, накормила и в 1:30 уснули.

83070

27.01.01
суб.

Я встала в 8:30, сначала кормила Настю, она потом опять спать. Я вставала Диму, Юра в 10 уехал в офис, должен сегодня забрать наши вещи с улицы у Андрея. Я звонила Свирне, Анне, Лене отказалась от её услуг, с Настей завтра поедем к Вике, она сама же учит на машине, то для меня лучше. Все я все дни дома, лежу, смотрю телик, Юра бредет он в офисе, больше ничем не хочу. Он забрал вещи, черный костюм мне уже не нравится, я его обратно продам. Приняла посылка от Newport news. Один только пиджак нормально, остальное нет. Приезжала Оля с крестиком, посидели у меня, я ей дала $, они часок дали мне поспать. Ехали в 19:00, Юрка приехал в 20:30.

28.01.01
воскр.

Встали рано, Настю покормила в 9, Юра собрался и уехал в офис. Я тоже собиралась и в 11 поехала с Настей в Blooming dale's с Мариной встретилась хотела покупать вещи, туфли. Потратилась на $670, она уехала, я в ROSS купила кофточку, сняла днем $160 и потом к тебе к 16:30 на примерку, она немного подстригла все отлично вместе с укладкой и макияжем $50 + маникюр, педикюр $32.00. Туда приезжал

83071

Юра тот, и он поехал к нам домой. Я
звонила Юре он в 18⁰⁰ был дома. Я прие-
хала в 19⁰⁰. И мы собрались, оделись
на д.р. к Инне. Приехала племичка
мои поехали на нашей машине. Я за
рулем, Юры два и Роберт. Заехали
купили цветы и подарили деньги $200.
Там в гостье уже сидели, ресторан просто
Такидели, поилии, поели. Я пила водку,
потом танцевали, пылкая поча. Там встре-
тели Таню - черного Юркеного клиента
(аквариум - забрал себе кошку "Юрку) под-
руга, взяли телефон и с девочкой позна-
комились Света, Саша. Уже домой в 24⁰⁰
Инне заплатили $35, я поехала, мне
плохо, спать легли в час⁰⁰ ночи

29.01.01. Встали в 8³⁰, ~~Насто поехал~~ приехал
ноч. Лешка, Юрке делаю яичницу и ему
очень плохо, потрухала, чай попила неч-
ного легче. Насто в 9³⁰ покормила. Они
уехали в 10 на хоккей. Я пошла спать
Встала в 12³⁰, позвонила в школу
сказала что приду завтра. Прибралась поч-
ного. Юра приехал в 14, сделала обед и
мы были дома, Насто. в 17 18⁰⁰ покормила
Толки ничего, легали. Потом собрались
я и в 19⁰⁰ поехала к Алене, с Людой встре-

83072

IFCD001126

Пелесь, дала ей принять кое-то и оста-
вила костки прогуваться, Срочно
поехала домой, Привезет он к слете За
ход и Борис. Я постирала постельное.
Сходила за продуктами, сварила суп. Юрка
приехал в 22³⁰ Паста уже спел. Мы покушали.
Весь день мылось и вечером. Весь день ест
кочешир гаврала 6 паунтов. Спать поехали
в 2 ночи.

Встали в 8³⁰, поужинал легко и спал потом
поехали в 9³⁰ по делам. Я Наста накормила
и собираюсь тоже по делам и в массу
надо. Звонила Скорлее и Флеш, покоа
ничего нового, да еще надо в свой банк идти
разбираться на счет снятых $400 вычислет.
Заехала в 11³⁰ снагела в банк, Там жидать
не могу, познакомилась с мужиком-Джимб сам
самый предложил работу массаж шведский, из
ут не увидете. Затем поехала, узнала про
билеты балем на концерт уже все продано.
Затем еду вычислет на счет виды запаси,
им нужен оригинал кассет, хорошо завтра
им привезу. На почту заехала, взяла
бланк обмана адреса и поехала к
14³⁰ к Марии Бурлакин детскому врачу
Паста заболел. мельница со ртом
и на коже, сопли, уже не ехта,

83073

IFCD001127

голова немучиться, Она выписала антибиотики на 10 дней, я тут же у них купила, Medical всё покрыл и поехала в школу/ перед заехала, купила масок в 10 NS а в deколеф к 16°. Настю в 12³⁰, в 16³⁰ покормила. В школе дали легкого задания и они уже на компьютере занимаются. Заехали на старую квартиру, кое-что ещё забрала оттуда., Айнар подъехал забрал ёлку детскую, Я рот показала и в 18¹⁰ поехала в Valley на Victory возвращать DVD, звонила Юре, он весь день работает. Сдала DVD и обратно домой, приехала в 20³⁰ я Юра уже был дома. Всё Насте напичкала таблетками, покормила и спать уложила в 21⁰⁰ Поужинали, посмотрели телив и в 23 пошли спать. Но уж не удалось, он начал выяснять люблю или нет и вообще разбирать наши отношения, что я несправедлива и по поводу лож и всё бул, да ещё в четверг если Юрес и его девочкой Мариной (она недавно с Лондона прилета) на яхти. Я позвонила Марья-ночкой маме, договорилась в 5 в час. какие болезни, что я завещаю и т. д. Потом любовь и в 8 ночи спать. Я ему и про ребёнка тоже сказала, но он во всём прав.

83074



83075

IFCD001129

у нас уже сидели Юра с Мариной, после и $68^{ая}$ мы поехали на горку, т.е. кататься на горных лыжах. Я и Марина первый раз, нас они учили, было как тяжело у Дёвы. Я только под конец кое-что поняла. Обратно в $16^{ая}$, я по дороге уснула, устала. После заехали взяли суп и за дочкой, заплатила $60 за 12 часов, всё хорошо, Настя вроде ничего нормально. Потом я заехала видеокассеты отдала разобраться. И поехала к Марине, Юра уже был там. Посидели у них в гостях, поужинали и в 22 домой. Дома разобрала вещи, Насти спать уложила. Боже как я устала, и горела лицо, всё болит. Помыламся, Кеша и в 24 спать.

2.02.01. Я проснулась в $7^{30}$ покормила кота. Настю и опять спать, Юра встал и в $9^{30}$ уехал на моей машине в офис, по делам куда и что не знаю. Я спала до и разбудил звонок, звонил Резвановский, как всегда разговор. Все потом подъём, звонила Юре он ещё ездит, занят, по ходу то что я наметила дела, ничего не получится. Звонила Свете, то Юра должен приехать. Я дела, болят почки, руки, задница, короче разбитая и у

83076

[Handwritten Russian cursive text — largely illegible]

83077

IFCD001131

03.02.01
Суб.

Проснулась в 8:30 покормила Настю и не Юра проснулся уже любовь, потом я позвонила Марьяне, чтобы с ней встретиться пораньше, т.к. к 11:00 мы должны ехать на океан к Роберту не завтрак. Но уж мне надо с начала в магазин. Ребёнка я оставила с Юрой и в 10:00 поехала в магазин, встретилась с Марьяной, забрали вещи купили ещё кое-какие туфли, всё быстро и в 12 я приехала домой, Юра злой, я во всём виновата. Я быстро собралась и мы поехали в 12:30, по дороге Настю покормила. Сегодня первый день после зимы, очень тепло. На океан приехали, покупались, подзагорали, погуляли и обратно домой в 15:00, приехали в 16:00, любовь. Зашел я покормила Настю в 18:30 и мы поехали, я с Настей в магазин опять встреча с Марьяной, чтобы получить скидку на вещи, которые купила, а Юра в офис. В итоге я забыла рецепт и мне потом пришлось за ней вернуться и с трудом я получила, домой приехала в 20:00, в 20:30 покормила Настю и спать её. Сделала ужин, Юра приехал в 20:30 мы поели, чаек, любовь и спать пошли в 24. Я ещё немного постирала.

83078

IFCD001132

Проснулась в 8 ⁿⁿ покормила Настю и пока собрала было не позавтракал и Юра в 10 ⁿⁿ уехал в офис. Я собралась и в 11 встала и Марьям убрала её фланш и мы поехали в Beverly Center в магазин. Там пошарахались, в одном компьютер купила коту, её потом мы покушали и в 15 час поехали обратно, высадила Марьяму, доехала на старую квартиру отдыхаю там, семи рыбок кормит. И все потом завезла Андрея к себе, Марьямины и домой. Приехала в 6 ⁿⁿ. Для меня а Юра, я звоню и очень плохая новость у него умерла мама, боже мой, да это очень очень неприятно мне сказала, я ему соболезную. Он хотя же не в построении и нам теме каждую это всегда нелегко дома, а он через несколько утра вернулся к нам на дача. Во такие дела. На это трагедия. Он работа, приехал в 9. Я Настю в 16 ⁿⁿ покормила и в 12 ⁿⁿ в магазине. Потом дома я опять постирала. Звонила маме узнать как у неё дела, все нормально. Звонила Марьяме, Сквирин про квартиру маму сказала, жалею Юра не успел позвонить до она у неё день рождения было то жалко. Он завтра вышлет деньги, приехать не может. Звонила Оле-С. поболтали. Юра приехал, мы поужинали, он покормил её, Настя как уснула в 19 так и все она сегодня у меня с молоком уже

83079

...ла носом на пол, но вроде всё нормально. Мы полетали, темля, любовь и в 24°° спать.

P.S. Любу с днём рождения так и не поздравили, завтра - и не нашли записи видео с её мамой, странно они год-то буженое а/в

08.02.04 Проснулась в 8³⁰ покормила Настю, потом у
пон. нас Алисей и подъём, завтрак. Он уехал сни
денег и выслал домой $1500 на похороны маме.
Приехал пошли кофе и В И уехал в офис и по делам.
Я с утра до 12 постирала постельное бельё. В
12²⁰ покормила Настю и уложила спать. Я на-
чала заниматься делами. Звонила Маркеса, мы
с ней вычислили нечет Medi-Cala программу е Воб-
рала Blue Cross и выслала бумаги. И выслала
на bloomingdale statement с новым адресом. Пока
собралась и в 15°° я выехала, поменяла масло в
машине и проверили её куда чего нужно делать.
Стоило $25. Я купила цветок в горшке $30 и
мы поехали к Любе-парихи, я её оказывается
случайно застала там у них перерождения верхо-
пот, я ей подарила цветок и поехала дальше
сдала вещи в химчистку заехала к Юре в офис,
а туда заграла О там дела продвигаются. Покор-
мила Настю в 17°° и поехала на старую квартиру
Спачала купила корм, затем в Раеер купило
рыбу, затем в Ralfs за WIC и так как что

83080



83081

IFCD001135



IFCD001136



83083

IFCD001137

в 20⁰⁰ ... ... недолго в офисе, а потом поедем к Юре ужинать. Я поела, помылась, Настю в 21 накормила и спать уложила. Я сама что-то поделала.

Юра приехал в 22⁵⁰, все сейчас будут ложиться спать. Вечер легкий и... и спать леги.

09.02.01 Встала в 9 накормила в 10 Настю, Юра попил кофе и хотел ехать в офис, но позвонил Юра и он сидел его ждал. Я сделала завтрак картоф. оладьи. Он приехал в 11³⁰, лег поспал и в 12⁰⁰ поехали все вместе на мой экзамен - вождение. Юра с Настей поехали на ..., а я с тем Юрой на джипе по улицам, ехали разговаривали кто кому изменяет, короче все про это, про жизнь и про меня, что мне худеть нужно, а то я очень толстая и безобразная, вот так. Приехали, в 13 зарегистрировались, Юра сказал ей, что я уже ездила, попалась другая тётка. Как я волновалась, она меня прокатила по обычному маршруту. Всё уре я сдала экзамен, теперь осталось ждать 6-9 ..., это идет через IVS как я ..., Господи спаси и сохрани. Все потом поменялись машинами Юра поехал в офис. Я ли с тем Юрой поехали к нам домой. Он доел завтрак и уехал за билетами в кино. Я пошла

83084

IFCD001138



Ex. 81 pg.238 of 436

IFCD001139

Тональ, тени, румяна, тушь, маскир. карандаш, крем В Chanel, Estee Lauder и японск. фр. не помню на $2000 мы с ней покупали. Насте в 13; 17 покормила, она очень детально подомали поехали 6 17 " я на станцию и в аптеку купила мячи, забрала почту накормила ребенка и домой поехала. Заехала Юре он в офис там и другой Юра и Леша. Я дома была в 18 30 и Юра скоро приехал со всеми. Мы с ним быстро делаю ужин. Вечером приехала Оля мы с ней поболтали, Настю покормила и в 21 уложила спать. Оля-Леша уехали, за Юрой приехала Оля. Мы дома, е убралась со стола и вечером смотрели кино. Спать пошли в 1 30.

11.02.04 Проснулась в 9 накормила Настю и обратно спать до 11 30 пока не разбудил телефон. Затем подъем, завтрак и Юра в 12 уезжает с Юрой и Лешей по стрелок у них сегодня выходной. Я дома весь день, разбираюсь с покупками и валяю дурака. Настю в 12 30; 16 00 покормила, она уже во всю переворачивается и крутится во круг своей оси. Звонила Марфена, сказала что в Macy's за румяну можно получить еще и подарок, так что мы с ней займемся завтра. Звонили Юре в 18 он по джаку у Роберта, сказал что

83086

IFCD001140



83087

IFCD001141

Он приехал в 22³⁰, покушал и разбирал-
ся с аппаратурой. Я очень хочу спать.
Я встала рано, сейчас 23³⁰, уст... толик
и в час ночи спать ложимся.

13.02.01 Проснулись в 9³⁰, в 10 покормила Настю,
втор. Юра уехал в офис, с Юрой куда-то по де-
лам. Я собираюсь и в 12 поехала уже
по Freeway на Canoga park в магазин
искать Юре подарок на день влюблённых.
Остановилась, шла в mall, купила пако-
нец то ему отличную рубашку за $40, по-
том себе от Cashe кости я ещё на sale
за $60, надо его показать Марьяне, потом
остальные пол-дня искала коробочку чтобы
завернуть подарок. Заехала к Юре в офис,
его не было, то было ч-то около 17 или 18,
он с Юрой куда-то уехал. Лёшка мне дал $10
и я поехала и Аllеn, её не было, Аll, украла
мои вещи с ушивки, купила там шарик и
поехала дальше искать, где можно упако-
вать подарок, это просто кошмар, когда
ищешь, ничего, нигде, не найдёшь. В
mall купила панец и... сумку
и домой приехала в 20⁰⁰, звонила Юре, он
будет чуть позже. / Я сижу упаковала по-
дарок, спрятала его и занималась Настей.
Я её днём кормила 15, 17, 21, покупала



83089

IFCD001143

дела, подарил мне цветы в горшочке
Фрезия. Я быстро согласилась. После спектакля
мы в 19^40 вернулись, Сначала отвезли Нас-
тю к Марусечкиной маме, а затем в «Вер-
сию» мы были первые. С Ромой Юра вро-
де бы помирился. Потом подошли Маруська
с Андреем, затем Юра с Олей, и позже Скорпио
с Ребеккой. Потом Юра с Ребеккой уединились у
Шиховых дома. С Ромой подходили к нам. Это
все совсем не к другому. Мы посидели, потом
ушли первые Маруська с Андреем. Всё Юра
помирился, Теперь его не отпускает из Ресторана,
Наигрались, если-бы в час ночи он уехала.
Еще он на меня обиделся, заставил обедать,
потому что я с ним танцевала не много, а ко-
гда заиграла моя любимая он не захотел, я
взяла Родику и ему это очень обидно. Короче он
не разговаривает, да еще Рома завтра уез-
жает в Киев. Вот Настю забрали в 1^30 и
я за рулем и домой. Рома он как всегда
выкаблучивался, я буду спать в ливинг
руме, смотреть телик, я его опять угово-
рила, спать пошли в 2 ночи.

15.02.09 Проснулись в 10^00, с утра опять разговор
чтв. не приятный, что он со мной больно не

83090

Ex. 81 pg.243 of 436 IFCD001144

танцует, у нас любовь. Джинсовую рубаш-
ку ему погладила, уехали Юра и Слава
уехали. Я побыла с Настей. Юра
приехал в 14 с Андреем, они нашли поку-
ли, и уехали. Я собралась и с Настей пош-
ли погуляли в VONS за продуктами, Юра
дома, смотрит теннис. Я пришла и мы весь
следующий день вечер были дома, смотре-
ли русский фильм. Да ещё я звонила се-
годня Юрину где меня только либо за-
муж либо финансирование, вот такие
дела. Господи спаси и сохрани! Пред-
ставь себе любовь и вроде бы ничего такого
нового. P.S. звонила врачу детскому, у Насти
не проходит молочница во рту, в понедельник с
ней на приём.

16.02.01 пятн.

С утра покормила Настю в 10, Юра
уехал в офис. Я собралась, помыла
машину, и Насте отдала концерт, потом
на старую квартиру, купила себе комп-
лекты нижнего белья за $157.00. Домой
приехала в $14^{00}$, как раз звонил Юра, он
едет домой и приглашает пойти в ресторан.
Я Настю в $19^{00}$ покормила, она в душ, мы
собрались и в $20^{00}$ поехали за Юрой и в рес-
торан, посидели, я думаю что мне [illegible]
ли как сегодняшний, я [illegible] это мой
Юра предложил пойти, но [illegible] без того
Юра мы, никак не можем пойти, везде

83091



83092

IFCD001146

18.02.01 Проснулась в 10, Настю накормили, и
воскр. её опять уложили, сами уже встали, наш-
ки дела и надо собрать посылку. Юра
встал из кас с утра посмотрел кассету, он
созвонился с Юрой и уехал к нему в 13⁰⁰, а
потом куда, мне даже не сказал, меня это не
касается, ну о'кай, я так тоже буду делать и
не даже не спрашивать куда поехал он.
Сейчас 13⁰⁰ накормили Настю и впрок дела
важней. Пошинкала квартиру, Насть опять
и мы встумаем в частинку к Кеде, она мне
звонила, в 17 мы у неё я их [там еще Мах
вина] и мы поехали в магазин, но увы было
уже поздно в 11 час, уже они запрошлись. И мы
в 17 поехали на мы домой, Она позинала
нам квартиру, посмотрели фишки. Я позвони-
и Юра, он у другого Юра и мы едем к нему
в гости. Мой Юра полный уже будет смотри
фильм. Она и думали по магазинам совзи
DVD Юра дела купил а куда еще увы я не
знаю, но Юра сделал ужин, мы после
пошли едотивались и в 22⁰⁰ к их отвезли в
частинку а Юра с Настей домой. Я купила
мы в 25⁰⁰, он смотрел тепло, а я собирала вещу
Настам и маме, потом фишки перебира-
ла, возилась в обзор (возможноти) до ¹ ночи
Юра мыл и, он потом сошел, я еще звони

83093

IFCD001147

маме . Видно для нее еще неготово, ну вообщем, как всегда у меня все в последний день. Легла спать в 4 $^{30}$ устала как собака. Насте ночью простыла, плакала.

19.02.01 Проснулась в 8 $^{30}$ и надо собраться, я спать хочу просто ужас как. Выехала я в 10 $^{00}$ с Настей, ее кстати в 10 накормила, Юра еще был дома, а потом куда-то с Юрой опять по делам уедут я не знаю. Я в 11 $^{00}$ забрала с гостиницы Ксюшу и Таню и мы поехали в "Beverly Center" магазин. Сегодня холодно и дождь идет. Я их там оставила, а сама в поликлинику детскому врачу у Насти молочница во рту не проходит выписали таблетки но сильнее, она весит 17,5 паунта, а учими все в порядке. Я обратно к 12 $^{30}$ в магазин и мы были там до 18 $^{00}$ часов, я себе только пудру купила + получила Free Gift. Да еще Ксюша на мои деньги покупала себе вещи, а там в Хабаровске она отдаст как маме $250. Мы когда кушали встретили Раису и всю семью Лены Аппары. Мы пошарахались, Настю в 13 $^{30}$ и в 18 покормила, она очень устала и мы поехали я их еще завезла в продуктовое Ralphs сама на старую квартиру, там компьютер отключен и я ничего не смогла сделать, я злая все я оставляю на последний день вот в итоге и

83094

бумаги нам толком не сделали, не знают
пройдёт или нет. Все после отвезла их обе
в гостиницу и она собирала свои чемоданы,
и я ей впихала то что нужно нам.
Все тоже протёрла до 21 вечера, их приводили
и брали. Настя уснула вчера дома, она
была устала беднятка. Юра как раз сегодня
приехал, я ему в 16⁰⁰ звонила он мне сказал,
что покупай таблетки и домой а поехал снова
вместе к Юре у них Тасик и искал немного.
Вечером дома я разобрала, суп и смот-
реть телик, после ляльков и я спать шла.

20.02.01  Проснулись в 10³⁰, Настя покушала и
~~среда~~  спать слать её уложила, сейчас 14⁰⁰ она ещё
спит. Позавтракала, к мотрю отменил их
сходил надо сдать. Звонила, Марфена, Нина,
вчера ещё Машка. Юра в 12 уехал с Юрой
ушёл опять по делам мне ни слова, а говорит
их ещё в офис заедут. Все я досмотрела, сейчас
собираюсь и наверно в 15 паду к Смирии на
океан, заберу чек для Юры и за депозитную его
Собралась, Настю в 14⁰ покормила и лег
поехали, сначала в VONS за отмены, я не
заплатил унесла том (виновна), потом сдаю
видео кассет и взяла новые и поехала
к Смирии, чек я ни поехала отвозить в бан,
т.к. нужна его подпись. Я поела у неё

покормила Насто, посидела у нее, поболтали Уехала от неё в 19°°. Юре звонила он уже дома. Приехала в 20°° насто раздела переодела и уложила спать, 4-ый раз он есть не стала. Все мы поужинали, и смотрели кино. В перерыве любовь и спать легли в 8 час.

21.02.9 Проснулась в 9³⁰ накормила Насто, и спать её уложила. Юра в 10°° уехала на мой ма- шине в гости узнавать, что и как. Я уже начала смотреть фильм, звонил Юра дру- гой и говорит, лучше бы я занималась полезным делом, это не то дело. Он вчера был у нас и увидел, что очень грязно у меня вот и высказал, что лучше бы я пропылесосила или этим полу- чила. Всё так настроение испортил. Звони- ла Марине я ей пожаловалась на него и еще мы беседовали с США она опять говори- ла мне угрожающий тон, что поставит меня на рекорд. Вечером я и говорила с Юрой, что мой Medi-Cal не покрывает нахождение Насти в госпитале (это выяснила Марина) и что нам нужно платить за Насто, но мой Юра сказал забудь и ничего мы платить не будем, а я боюсь, Господи спаси и сохрани меня. Все потом начала уборку в зале пропылесосила, убралась в брюках не успела, потому что звонил Юра и

Ex. 81 pg.249 of 436                    IFCD001150

пока готовит ужин придет тот Юра. Настю я в 12⁰⁰ покормила, затем в 18⁰⁰ и начала готовить, в 20 они пришли по очереди, я сделала активной курицу ися повел. Они сидели говорили по поводу своих дел, они в среду уезжают на целый месяц в Лондон, Париж и Европу куда-то еще в лице ничего не говорят, как обычно, жалко, досадно и я его ревную ко всему, что он везде ездит а я дома торчу и еще на месяц, а летят и летит, мне очень, очень грустно. Юра ушел в 22³⁰ и мы смотрели продолжение фильмов. В 24³⁰ я покупала Настю, накормила и спать. Знал любовь и спать легли в 3 ночи. Да еще мне сказали срочно худеть. P.S. звонил Олег-С. они завтра и нам в гости, с Машей тоже говорил ей нужна видеокамера.

22.02.99 Проснулись в 10³⁰, Юра уехал в 11⁰⁰ отвез мою машину на ремонт это где-то не далеко примерно. Я в 11 покормила Настю и собиралась пойти погулять и в магазин за продуктами на вечер. Приезжал Юра забрал телефон, подколовая меня по поводу фильмов что я смотрю и марки ему не купила, его пошел ей к герту. Я в магазин сказала русский, зашла в RITE AID ей купила попрыгунчик, теперь она будет прыгать в нем, и в Ralphs за продуктами, отлично дисний

83097

в 15⁰⁰ покормила Настю, разостлались и начи-
нали готовить. Юра приехал в 16⁰⁰ и потом пое-
хал отвез видеокассеты и взял новые. Приехал
и уже был дома. Гости запоздали на
целый час, пришли в 19³⁰, подарили ма-
шину-погрузчик, мы побрызгались, по-
болтали. Юра с Сергеем, а мы с Олей и дети
наши тусили, веселись тоже. Они ушли в
22⁰⁰, а мы потом пошли смотреть фильмы
у нас мясов и в 2 спать легли.

23.02.01 Встали в 10⁰⁰, Настю в 11⁰⁰ накормила,
пили. Юра собрался и в 11⁰⁰ уехал в офис и к Юре,
а дальше не знаю. Я весь день дома, тихим
часом. Звонили маме, она все получила кро-
ме фотика, то своего кода она осталась в
Центре. Потом звонила Настеньке - Рассоловой,
та уже все получила, поболтали с ней, когда мы
завидует со страшной силой, её рот на её пле-
чи, Господи спаси и сохрани от её другого
глаза, снова. Потом болтала с Мариной,
Рита звонила, Алена так ни о чем, да мои
костюмы не продаются, также, ей уже мне
не нравится, стоп бешеных денег, кому он ее
втихнуть. Потратила все что деньги, получим
а Victoria Secrets во водопаду и тему x $180.
Настю днем в 15; 18 покормила, 4-ого раз она
не ела уснула. Лена заказала купить пла
Юре. Юре звонила днем он весь в

делах. Вчера сделала уже, вечер его ждут не еле, он приехал в 21 и уже у Юры поел, а мне когда я последний раз ему звонила ничего не сказал. Я всё время его подрождали, чтоб вместе поесть, а он на тебе меня так обманул. Я очень обиделась и больше так делать не буду.

Все поели, Настя проснулась в 22, я ей дала молока, пока она не спит. Юра делал записи с CD на CD собрал сам себе лучшие сборники. Настю уложила в 25 и сама посмотрела кино, любовь и в 1 спать.

24.02.01 суб — Проснулись в 10, покормила Настю, Юра уехал в 11 за машиной. Я была дома так ничего новое убрала где-то в 12. Юра с тем Юрой приехали покушать и привезли машину мою $1100 заплатил он со своего счёта. Они поели и уехали в 13, я дала, собралась, Настя поела в 14 и пока спит, проснулась; мы собрались и уже в гараж сели. Пошли с Юрой он приехал уже дала, я ему оставила Настю, а сама заказала фотографы сдала и взяла новые видеокассеты. Потом в Ralphs за продуктами на $105 и Настю лекарство в RITE Medical получи и дала. Сегодня плохая новость, пришёл отказ от DMV, о дра-водительские права у

...теперь для меня ... Господи спаси и сохрани! Все я очень расстроилась и теперь не знаю что и делать и как из этого всего выходить. Юра сказал что будем решать, ... звонила Ресчиновой, ... у нас есть кто знакомые чтобы купить ... диплом об окончании, потом звонила Редвановичу, у ... конечно же есть связи, мы решили за эти дни что мне нужен и надо ему передать. Я сварила ... и ... вечером были дома, смотрела фильмы. Спать мы ... в 1 ночи. Настю в 19 кормила и отбой ... звонила ... узнать что такое 9 дней и 40 ...

25.02.01 Проснулась в 9³⁰, Настю накормила, ... воскр опять спать уложила. Юра встал, позавтракали и были дома. ... Юра сегодня выходной, смотрели фильмы. Затем я хотела встретиться с ..., но передумала, второй день идет дождь, Настю в 15 покормила, и опять спать уложила. Звонила ..., рассказала ... свою беду и попросила ... ... пойти, потом ... на счет ... В 15 Юра уехал встречаться с Юрой, ... перевезти в офис какую-то мебель я дала, ... с ..., немного прошлись ... Юра приехал в 18, а как раз Настю покормила, он привез ... русского магазина. Позже приготовила ужин и были дома ...

83100

IFCD001154



к юристу, излагать свои проблемы. Она нам всё расписала, и всё это стоит ≈ $5000 до $8000. От неё сразу уехали, забрали, пошу сегодня пришёл микрофон, поужинали и были дома. Игорь звонит в Россию мне нужна Академическая справка. Настя уснула в 19 спать. Вечером смотрели телек, поужинали. Настя в 25 проснулась. У нас вместе и спать, легли в час ночи. P.S. во время аварии он звонил жене в Литву.

27.02.01 Юра проснулся в 9, я ему сделала завтрак ВТОР и он в 9:30 уехал к доктору после аварии нужно лечиться и ещё получит деньги с больн, Настю в 10 покормила и звонила больная. Юра в 12:30 приехал, я помылась, собралась, Настю уло жила спать. Юра дома с Настей, а я в 13:30 поехала к юристу в Pasadeny, американ ский юрист всё бери, игорь получит $3000 его услуги. Петер к 15:00 к другому юристу Лизе, я к ней когда-то приходила на поводу студенческой визы. Всё узнала её нам нужно перевести и она говорит лучше случаи делать. За юрист приехала в 18:00. Юра в 12:30 уехал возил к нотари с Лизой к Юре последнее задание и дома, Настю накормила в 19, Юра приехал в 20:00, мы поужинали и были дома, смотрели телек. Вечером легли, Настя проснулась часто и в 5 утра дома

IFCD001156

83102

все мы спать в час ночи, но Настя мне
осталя. P.S. Вспомни мама посоветоваль ей
сделать академическую справку

28.02.01   Проснулись в 10⁰⁰, я сделала завтрак,
среда   поели в постели, лежали, посмотрели кино. Настя
в И покормила Юрка с утра, ему сказал, что
в аэропорт повезу я их, но когда пришел,
сказал, что меня и пизду меня это ужас,
расстроило, он не хотел ехать с его провожать
или это исходил а так Юра, если да, то я его
ненавижу. Ясно мало лист в связи с
нами ну и поеду он в машину. Он уехал
в 12 к Юре и в офис. Я начала стирку,
гладку и собирать чемодан. Он приехал
в 13³⁰ и мы собрали его чемодан. Жена
Алина, Марьена с ей поговорилась. Все уже
собрался, в 16⁰⁰ приехал Лешко, они покурили
и в 16³⁰ уехали. Я осталась. Маша привез
обратно машину в 18⁰⁰, я собралась и поехала
в West Hol, я везла твои вещи Sni. но
пуппивну Эне, затем к Марьене, оставила
у ней Анастасия поехали на стар. квартиру
забрала компьютер, деньги за квартиру,
почту, затем в TOYS за продуктами
на $67 и к Марьене накормила Настю
и в 22³⁰ поехала домой, дома с 6 23
уложили спать. Сами с ночью разобрали

IFCD001157

лась, сделала записи и в 2 ночи спать

1.03.9. Проснулась в 8, собралась, Настю покормила, и в 9 мы поехали в WIC, я получила купоны на новый адрес, потом поехали поменяли трусы и купила еще $20, да около WIC я купила в земной рекламе по 99¢ носки, вышли на $15. и в другом магазине набр. для Насти продукты за $43 + еще на $12 итог $68. Все трусики, я поехала сделала маникюр за $15, Настю покормила, затем помыла машину за $28, потом на почту отправила обратно купила трусы и мы поехали домой, по пути заехали в Ralphs купила мне кофе на $45 и Насе по купону cereal, а в Stfamila только в субботу. Яна покушала, Настю в 15:30 покормила, созвонилась с бухгалтером, потом ему приказал позвонила, в 17 мы собрались и пошли погулять на коляске, забрала у моей бухгалтера Оксаны Линаш (они знакомились у Оли-Сергея) она тоже беременна, потом там я встретила Лену, познакомились через Ани К. в амер. школе. Все оттуда в магазине погуляли и домой пришли в 19:00. Её я накормила в 20:00, постирала детское белье, её уложила в 22:00, покушала. Потом записи запи-

си видео, т. е Маша завтра сдаю камеру
и в 2 30 ила снять

2.03.01. Встала в 8 00, собираюсь на встречу с Ма-
шей, чтобы поехать в Medi Cal и выяснить
что и как, но Маша позвонила в 9 30 и ска-
зала что она не может. Я звонила еще
Бористу у меня сегодня две встречи. Помимо
похуду, звонил Юре они должны переехать
юне, бы у них хорошо в типа дома, Настю
накормила в 11 00, забей перед всегдах в 15 ч
мы поехали к Юристам, первый на Wilshire
Роберт, у него знании услуги $4000 + он
дает работодателя за $5000-6000, + диплом
за $1000 + штраф $1000 + госпошлина $475
в общем он мне понравился и по предложе-
нии остался вопрос в деньгах, а их сейчас
нет, надо говорить с Юрой, о нем, накормила
Настю в 17 30 я поехала ко второму юру на
Santa M, они мне не понравился, так что я
сидела ждала команду и сам юрист вроде
какхатый ужасный, короче я даже когда
его увидела не захотела с ним говорить. О
еще там я обнаружила о продаже брас же
я его поискала по две я его попробо-
вала, боже как обидно, жалко, я даже и
не знаю как теперь сказать Юре, как

Он тоже, но я думаю что он это дело _____ чается у неё ___ хорошая практика. Настю покормила в 17³⁰ и в 19 она уснула. Я ___ включила компьютер, звонила ___ ___ с ней ___ ___ час ___, потом Редвановскому за диплом он просил $1200, лучше пусть тогда ___ ___ - Роберт. Звонила Анька-сестре. Сделала записи и в 24 иду спать. Да ещё звонила С-ю может на днях встретимся.

14.03.01 воскр. — Проснулась в 9 покормила Настю и стали лежали с ней спать и до 12³⁰ мы ___ спали. Затем подъём и мы были весь день дома. В 13 я её покормила, сделала ___ записи, наконец-то разобралась с фотографиями. Звонила Серёжа, так не о чём. Всё в принципе ничего такого даже не происходило, в 17 покормила Настю и в 21⁰⁰ уложила её спать. Все только ___ ___ спать в 24 ложимся.

05.03.01 пон. — Встала в 8, помыла голову, Юра звонил в 9⁰⁰ я ему рассказала свою ситуацию, у него как он говорит всё нор-

8310(



Ex. 81 pg.260 of 436                                        IFCD001161

Звонила Скирма она дала мне телефон
Гербалайфщица, я ей позвонила и она в
10°° приехала, я у неё купила починать
продукт за $230.00. Она ухала как
слазила мое офченц У нее сегодня у
первый прорезался первый зуб и она сказа-
зуб ла её нужно разорвать оспицу в где
она находилась есть такая прилеста, и
я срезала ножницами Часто последнее
болшая Позвонила у Марии, я гово-
рил надо в emergency room, может надо
зашить ею Я позвонила Све. С. и её
попросила со мной съездить, звонила
Ларисе, Виталии и дне ; В хоспитале
все обошлось, но перес входом в
21°° я ей порорвала , И еще Звонила
Марина Все в хоспитале взяли меди-
Cal Настис , в годе от все у ней в поряд-
ке, слава богу , только спаси и сохрани
её от всяких Зарожений. Все будет
о'кий. Оля, болшое ей спасибо помогла
мне, а я ворона, идиотка подверла
ребенка таким мучениям. Все Домой
приехали в 23°° она у меня на руках
уснула, я ее в кроватке. Сама сдела-
со записи и в 24°° спать.

8310 8

IFCD001162



8310

IFCD001163

07.03.д среда

Проснулась в 9, Настю накормила в 9²⁰ ... собралась и я поехала отдала кассету ... переписать для меня. Заехала в RITE AID купила ... ... по собрать ... и для ...  ... средства на $60 ... ... и дома в 13 покормила Настю, приготовила ... в обед поела, потом позвонила Ларисе и ... к ней в гости поехали в 16³⁰, когда домой при... ... ещё ... ... побыли ... в 18 Настю накормила, заехали в 19 ... поехали до 21 и ещё поехали домой ... её накормила и в 22³⁰ уложила спать. ... в 23³⁰ сама пошла спать. Да ещё позвонила маме, сестре, т.Оле поздравила с 8 марта.

08.03.д чет.

Сегодня у нас 8 марта. Проснулась в 9 покормила Настю, потом уложила её спать. Позвонила Свете ... ... поздравила, покормила в 13 Настю и в 14 ... поехали по магазинам. Сначала в Cost Plus купила рамку под фото и всякой всячины на $43 ... потом в Toy's R US купила игрушки

Так ти шиш
на $70.00, в 17³⁰ покормила Настю, потом
в Vons купр Наste на $10, и в Long S на ба
забыла заехала на Sherman/De Soto в магазин на $18.00 купила мелочь. И в 19³⁰
я еще заехала в Target купила для хозяйства, детскей мелочи игрушку на $28.00
и поехала домой, дома в 20³⁰ я покупаю
Настю, покормила и уложила спать. А сама разберемся с покупками. Звонила
Маша Вероника поздравила с 8 марта.
Да утром, т.е. где то в 11 звонила Марина, и затем звонил Юра поздравил меня
с 8 марта, я ему потом перезвонила он
был в Пермекни, а потом куда не сказал,
это тяжело для меня и дал Всеволодовичу
телефон для связи. Все в час ночи я
пошла спать.

9.03.9  Встала в 9, покормила Насту, пошли
цвети.  позвонила Славе и мы поехали забрали
кассету, я заехала поменяла игрушку в
140  Target и купила еще на $28.00 приготовила кушать для
пред  мами покушала, покормила Настю и еще
в обед пошли погулять на колесах до
пост, я отправила мами посылку по-
том домой и только пришел, чтобы

8311

себе чувствую, и хочу есть, очень устала. Настю в 19 покормила и возилась вечером с Юлалем. Затем в 20 покормила. Настю и уложила спать и сама пошла спать в 22⁰⁰, но не могла долго уснуть.

10.03.01 Проснулась в 9, как всегда покормила
суб. Настю. И начала я стирку всего
белья грязного и на целый день до
22 вечера. Потом мыхтела и убралась
во всей квартире, опять все не хотела,
но все сделала до 23⁰⁰. Настю в 12
и уложила спать саму в обед поела
В 14⁰⁰ звонил Юрий, так узнать как
у нас дела, у нас ничего нового. Все все
дела сама, убиралась. Весь я не сер-
вовала. В 16³⁰ в 20³⁰ покормила Настю
уложила её спать в 21³⁰. Все когда
я все закончила, в душ и иду спать. Все.
Сейчас позвоню Юлую, помоюсь и спать

11.03.0 Сегодня у Насти 8 месяцев. Просну-
воск. лась в 9 опять ни палец. У нас
на улице Блейу припинили и безобраз-
ным делам развлекательного города



8311

IFCD001167

*[Handwritten Russian cursive notebook page — largely illegible]*

13.03.01
вторник

83114

IFCD001168

документов. Оля И. заехала в $10^{00}$ привезла
мне старую почту с той квартиры и мы в
$10^{30}$ поехали в Bleed Cal, Настю перед этим
покормила в $9^{00}$. Bleed, Cable я ничего
толком не выяснила, взяла телефон моего
шейкера и надо ему позвонить если что, то
16.9 можно уходить про это и платить я не буду.
реис Приехали домой в $12^{30}$, Оля уехала, я покор-
мила, Настю накормила и в $14^{00}$ поехали в
WNS я купила пару джинсов на sale, в наш
банк положила чек. И затем поехала к Ла
рисе, там мы позанимались в джиме
поболтали, погуляли немного пошли, по-
кормила в $17^{30}$, и взяла у них веджи
и поехала домой. Приехала в $19^{00}$ Ярику 5
месяцев в этом месяце и а Юрик завтра
наверное приедет, ну вот я ничего не успе-
ла сделать. Настю в 21 покупала, покор-
мила дала лекарство от кашля и спать
уложила, прибиралась у неё и у нас в
шкафах, убиралась до $1^{30}$, не успела перегла-
дить. А завтра надо готовить ужин

17.03 Проснулась, т.к. разбудила Настя в $7^{30}$, а в
$8^{00}$ её покормила. И начала, быстро
среда пропылесосила везде, помыла пол
помыла голову, Настя немного до $12^{00}$

83115

поспала, я начала готовить. Звонил
Марьяна, Ларисая, Скирлис, так не ом,
В 12⁰⁰ покормился Настю и ...
... в магазин я кое-что купила
... для стола и 6/3⁰ ... для
стола и ... готовлю ...
Лешку попросила узнать не задерживает
ся рейс, в итоге да ... он прилетает в 18⁴⁵
Я как на руку а по'я не успевала сделе-
ть ... В 16⁰⁰ покормился, собра-
лись ... и в 16⁴⁰ выехали ... ...
чать папу приехали ... ...
... 1 и пили ... час, ...
он вышел. Встретили ... в 19⁰⁰ ...
домой. Настю 6 20³⁰ покормила и уста,
... спать. ... ...
... подарил духи. ... вечером ...
... и 6 24⁰⁰ спать, что-то он мне пода-
рился в смысле не дал ли что-то у него ...
Настя в 24⁰⁰ проснулась, кашель у нее,
я ей дала ... лекарство и
усыпила спать.

15.03.03  Юра встал рано в 6 утра, ему ...
Субб.  ... в итоге ..., болела голова, у нас
... ... и я ... ...
... спать, он ... ... Проснулась в
9 Настя разбудила, накормила её

83116

IFCD001170



8311

IFCD001171

[Handwritten diary page in Russian cursive — illegible in full]

17.03.01

83111

IFCD001172

Начала мой костюм и чемодан у него взяли. Я ему сделала джин, так ничего не говорит и про жену молчит, письма почитал ничего не сказал. Потом вечером смотрели городок и спать пошли в 24 ⁰⁰, любовь и спать, что-то сегодня никак.

18.03.01 Подъем в 8, Настя захотела кушать и всё воср. пошли. Встали, сделала завтрак 10 ⁰⁰ и он в 9 ⁰⁰ уехал в офис. Я постирала кое-что, убралась в квартире, Настя поспала. Потом пришла Настя в 12 ⁰⁰ Оля. Все с Кристиной поехали, по району, покушали, Настю собрали. Звонила Алёна, они собираются на озеро. Мы собрались и в 14 ⁰⁰ поехали на озеро в наш лесной парк Balbolo, там потусовались, жарко очень, Насте понравилось. Звонила Юре он в офисе, а затем сестре забрали вещи Кристину и купили видеокассету чистую для записи и так как домой приехали почти одновременно, он на 5 минут раньше в 16 ⁰⁰, Оля уехала, а мы пошли домой, у нас кондиционер не работает дома, жарко. Да ещё звонила Марьяна предлагала сходить в магазин, но увы у меня нет денег. Сделала обед, Юрке и мы поиграли с Настей, посмотрели кассету, я со в 17 ⁰⁰ поужинала, а спать положила в 18 ³⁰ и она пока спит,

наверно уже до утра. Звонила Оле С.
Тим письмом. Затем в 20³⁰ Юра поехал к
Славе отдал переписать ведомости и
по продаже №2. Я сама разбиралась
его бугхалтерией. Да, звонила Роза она
должна завтра подвезти таблетки кончи-
лись у меня. Юра приехал в 22²⁰, пос-
мотрели кино, любовь и в 24 спать

19.03.01  Подъем в 7 утра, Настя воспалилась, намор-
ник. Отвела её в 7³⁰, затем Юрику он уехал
в 8³⁰ на холсейл и в магазин. Настя еще
не много поспала, звонила Оля предложи-
ла в магазин. Звонил юрист-Роберт,
пока денег ему не везем, ждем встречу с
другим юристом, я ему звоню весь день
Тишина. Пришел гек по ремонт маши-
ны, сделал опять жужжу. Ира приехала
в 10² я начала варить борщ, он поел
и уехал в 12 в офис. Я была сама вари-
ла, сделала новый order на журнал
Spiegel на Юрино имя ему кручуж ан
Роза привезла мне еще таблетки за в до
которых у меня закончились, а я все не бу-
дею и не худею. Звонила Оля-Ю завтра мо-
та в ифис и надо начинать работать.
Звонила Сверил попросила её о
Fingerhutom разобраться. С Марьяной
болтала Настю в 12 покормила, себя

83120

IFCD001174

6/16 покормил, ...

...

2003г. Настя разбудила 6⁴⁷³⁰, я ей дала завтрак, ...

8312:

IFCD001175

в русский магазин за продуктами, и
домой. Настю покупала, поужинали и
в 19³⁰ уложили спать. Постирала, по.что
детское. Юра приехал в ?, поужи-
нали и собрали всё. Я в душ и в путь
уже так хочется. Перед сном ещё
дела и спать.

21.05.01.
среда

Проснулись опять рано, в 7³⁰ Настя захо-
тела кушать, затем повалялись и начали
делать дела. Юра с утра дома, он
перебирал CD и делал сборник. Я пости-
рала постельное, звонила Сергею-лееру,
к нему договорились после 15ᵒᵒ приедучи.
Звонила лееру-Роберту, так облом по
сети паспорта для Насти, он возвращает
документы и деньги, я должна ехать сама
туда. Мы поехали, и в 15ᵒᵒ выехали,
сначало на Wilshire забрали Крисину почту,
затем в ...... и Ритс нашу почту забра-
ли, к 16ᵒᵒ подъехали в офис к лееру его
ещё не было. Я покормила Настю и мы пое-
хали обратно. Юра опять остался в офисе,
а я поехала домой. Звонила О.м. С ие
Настя и мы договорились на завтра на
прогулку на машине. Крис приехал
в 20ᵒᵒ, т.е. его опять привёз Лёша,
я сходила на местное собрание, он
нам разрешили поставить и бассе...

83122



IFCD001177

я на нее обиделась и дела свои
сделала, разобрала вещи. Затем в душ
Ю досмотрел письма и лег в 2 5͞͞
идем спать Ни разговаривали.

23.03.01 Подъем в 8 утра, хотя не Настя в 9 пошли
пети.    Затем утром мы собрались    и в 9
Воскресенье, едем к Лагерю-Сергию, там
Отдали 50% задаток $ 2500 и они все
начинают делать дело, т.е. политическое
убежище и мы идем как семья одно
дело и Настя как бы не гражданин
Америки. Я знаю хорошо, это или плохо,
не знаю, господи спаси и сохрани. Все
затем поехали домой, я сделала обед,
все поели, Настя накормилась и была дома
Юра лежал и Звонила Оля. С тех
пор. Мы весь день дома, смотре-
ли "ментов" до 10͞͞ примерно. Я перебра-
ла детские вещи но еще не все. Юра
ездил в 20 ͞͞30 отвез видеокассеты. Настю
я уложила в 19 ͞͞00. Вечером звонили
Маре, Ире в Вегас, они купили пополам
ресторан + деловое теперь. Все вечером
любовь, он приехал в 21͞͞ и спать
пошли в 24 ͞͞

8312͞
IFCD001178



83125

IFCD001179

Заплатила ему $45.00 . В 15⁰⁰ покормила Настю, а домой мы попали в 15ᵗᵉ. Я начала делать голубцы, Лёша уехал, а Кристина играла, Настя, затем она поспала немного. Мы с Крис поели, и скоро в 16⁰⁰ приехали Юра с Лёшкой. Тоже поели, выпили, они уехали в 20⁰⁰, а мы дома, так тихо ничего, Юра сам-то пьян, а так себе. Да покушали, накормила и в 20⁰⁰ уложила спать Настю. Я в душ и пошла спать, он пришёл позже, любви не было и хотела спать. Спали в 22⁰⁰.

25.03.01  
воскр  Встала в 7³⁰, Настя разбудила, я её покормила и я когда убирала посуду, наш папа проснулся отдохнул и всё высказал мне, недовольны, сказывается вчера, он наших сказал. Потом мы спать легли до 9³⁰, Настя опять разбудила. Юра встал звонил Юре, они что-то там шепчутся, и будет он улетать на Кипр с Лёшкой и на д. р. там Юра, Кира и будут веселиться. Затем он поехал отправил через Western Union деньги $ 200 мальчикам на Украину, они тоже с ними едут на Кипр. А дома, так ничего. Звонила Аля приглашала в гости к себе. Юра поехал и мы дома, у нас больше

83126

    IFCD001180

голова, да он ездил в IKEA хотел купить
пасху, но её нет. Я покормила его и Настю
в 16 встречались и пошли к Оле, смотреть вру-
чения, награждения Сахарова. А папа был
дома и что делал не знаю, наверное до-
писывал СД. У Оли я потусовалась до
21ºº, покормила там Настю и поехали
домой уложила её, позже в 23ºº у нас
любовь и в 24ºº спать легли.

26.3.01 пон. Встала в 8, Настю накормила и
начала варить суп, сейчас надо на-
прибрать и разобрать Настины вещи до
конца. Юра встал в 9, делал звонки и
в 10 уехал по делам в свой денежный поло-
жение и еще куда-то. Я дома начала стир-
ку детского белья, сварила суп. Звонила
Роза она подъехала в 13ºº ко мне с пакетом,
чтобы я оформилась на 28% скидку в
[illegible]. Я посоветовалась как раз, до
позвонила Юре узнать купит он или
скоро, все он сказал, что через час и
я пригласила Розу, но увы пока мы
болтали, он и приехал, как говорится
застал нас с поличным, но позже я от-
казалась, что это экономно. Скорее и не
не пришлось. Он купил наконец две
цветка и горшки для веток. Юра звони-
ла Оля-И, она пока приехать вряд ли
не может. Юра поел и делал шину

83127

Ex. 81 pg.280 of 436 IFCD001181

под компьютер. Я закончила стирать Насте в 12, в 16 покормила, мы разобрались с компьютером стали, общались В 16 позвонил Оля и мы с ней переписались и всё Валя к нам в гости в 18. Юра с Сергеем разбирались с музыкой, они их потом накормила, мы накормили детей и в 20 пошли с ними гулять, а они записывались. Погуляли, пошли Настя поспала и в 23 мы поехали домой. Настю уложила в 24, прикупили ушли и в 24 мы спать. А в 3 ночи мама разбудил Олесю, они с Левой ночи сидели пили и решили мне позвонить, попали так не они. Зачем я позвонила домой, мама уехала сегодня в комсомольск не доехала у Володи, жалко, пусть земля ему будет пухом, Господи спаси и сохрани. Все заснули спать.

27.03.01  Встала в 8 покормила Настю и опять
вторник  легли спать, до 10, Юра уже раскачивал з по Своим делам. Всё заснули а в 12 поехал я домой. Сейчас в 13 я её покормила я пойду загорать звонила сестру. Работу я вообще не отвечаю кошмар. В 14 пошла загорать до 16, Настя сидела играла. Потом мы пришли домой и она сразу уснула

83128

Сала поела, сделала Юре картофельное сладов. Юра приехал в 18°°. Соло на Настя упала со своею стола мири, для по плакала, поела и уснула в 18° и до утра. Я очень переживала. Юра поел и мы смотрели кино, он взял в прокате. Накону-то я разобралась с детскими вещами. Поболтала с Настей, Маши-ной. Глядели кино и в постеле, мыкий и ю спать в 24°°.

134.5

28.03.01 В 5 утра Настя пробудилась, будто со всё перилось, она себе чувствует нормально, покушала и уснула спать, сама пробудилась, разложила игрою и больше даже не спал. Пробудилась в 10°° Юра спеш же звонит по своим делам. В 11°° за ним приехал Лёша и они поехали в Баунтаун за соответствии уехали и еще куда-то по делам я собралась и в 12 встретил к девичному браку у Насти взяли анализ на качали, а мы браке за её нормальна Если мы не поехали к Роберту-лору, он опять был занят, он нравится в офисе по обстоятельствам, дышим, систем. Я не поехала к Роберту лору, дышали на старую квартиру было никого. Мы к 13°° приехали к Юрке в офис, их еще не было и я тогда пошла сделала маникюр. Они

83129

приехали в 16⁰⁰, я покормила Настю и мы
поехали к Ларисе, я её отдала, всего
кассет и опять домой. Но приехав со
мной случилась происшествие, я

Когда въезжала лесом в горку за-
цепила впереди машину, она тронулась
я испугалась и выехала сразу на пер-
вом exite Тампе. Боже как я вся в

Заехала в Vons купила продуктов и домой
приехала в 18⁰. Звонила Верочке, я
поговорила с Марьяной, они говорят что
мы, что не запомнили номера машинок.

Всё начала готовить ужин, Юрка приехал
в 20⁰ я уже покупала, покормила Нас-
тю. Мы поужинали и он сразу же
поехал к Славе забрать переписанные
видеокассеты. Приехал в 22 и мы смот-
рели фильмы, любовь и спать пошли
в 1³⁰ ночи. До переписал дочкой всё

P.S звонила Анюа-Ассоль, папе его нет дома

29.03.01
четв.
Встала в 8 покормила Настю и по-
обеду до утра никто, постирала
постельное бельё. Юра звонил по делам,
с Юрой, взяла 9500 кассет по Натыке в
банке. Уехал в 11³⁰ в банк и по делам,
в офис. Я дома, мыла волосы,
заказала Newport, спортивный
костюм. Говорила с Лией С, Ассоль-ю
рассказала про вчерашнюю аварию

В 17⁰⁰ покормила Настю и мы пошли погулять. Я пошла видеокассеты в прокате взяла новые, там встретила Милана. Пошли в Michael купила для оформления цветы и села Насте другие на бутылку ортодонтические, а то у нас второй зуб кривой растёт. Погуляли и домой пришли в 19³⁰. Юра уже был дома, он пришёл в 18⁰⁰ смотрел машину покрасил, расстроен очень сильно, я его накормила. Настя вечером сильно покакала, стекло сильно запачкалось и её покупала в 21³⁰ покормила, но она долго до 23⁰⁰ не желала уснуть. Мы вечером смотрели фильм Наша Жена — их стала рабыня. Все вечером легли и и спать в 1 ночи.

30.03.0? Проснулись в 8 утра, пришёл мастер почистил по кондиционерам, поэтому побыли в 8³⁰ покормила и опять уложила Настю Саша. В душ рабочий ушёл, там нужно на улице вентилятор и это будет несколько дней. Юра в постели, Саша в 10 сделал ему завтрак. Он встал, позавтракал, я сходила в магазин купила грибы, сделала себе обед, мы потом смотрели кино днём Завтрак у ... — ..., она

8313:

Ex. 81 pg.284 of 436

приехала в 16³⁰, Юра как раз уехал в офис. А сам подключил мне интернет и мы свей систем разобрались с почтой. Юра приехал в 18³⁰, а они уехал в 19⁰⁰ мы с ней еще не закончили по поводу работы на интернете, может в по-недельник. Потом мы вечером опять фильм русские смотрели. Наста в 12³⁰, 16³⁰, 20³⁰ покормила и в 21³⁰ уложила спать. Затем у нас ужин и в 1 ночи идем спать.

31.03.01 сб.  Настя разбудила в 8, потом мы еще немного поспали, затем в 12 ее покормила. А сами в 11 подъём и Юра названивает по делам. Затем мы собрались и в 12²⁰ выехали, завезли Юру в офис, а сами еще в автомобильный сервис, завезла мои права, потом встретились с Розой сняла как $200 с Household Bank, и взяла новый пакет меняю границ, а я потеряла тогда 6 пар. Посмотрела, что покажет второй месяц. Затем я заехала в Western Union отправила деньги в Турцию от Юры $40. Затем на старую квартиру забрала почту и деньги за квартиру. По пути в читалке купила покушать и к Юре в офис приехала в 16³⁰, его

83132

IFCD001186



83133

IFCD001187

Роберт уехал в 23:30, а Лешка в час 2. Мы посмотрели Каменскую, потом покоили её. И легли в 2 ночи.

2.04.01
пон.: Настя в 8 пошла, Леша после в 10 встал. Юра созвонился с Юрой и он вылетает 6 в Лондон, а 8 на Кипр, вот так и не знаем как после. Все ещё дома вместе Лешка заехал заплатил за тою Юра квартиру, денег катастрофически нет. Днём смотрели Каменскую я вычислила что не могу иметь страховку на машину с междунар. правами. Звонила Марья на, а так больше ничего, весь день пропали ничто. Юра уехал в 18 в офис я постирала на иб. Настю в 19 покормила и сейчас собираемся и пойдём погуляем. Вышли в 20:00 и до 21:30, Настя уснула, я купила по W/C её форму. Дома вечером в душ и больше ничего. Юра приехал в 23:00 он был там с Робкой. У нас любовь, поели ним и в 2 ночи спать. P.S. разобрано с E-mail почтой русской.

IFCD001188

3.09.01
Опт

Встала в 7 покормила её и обратно до 10 потом поспала, Юра стал звонил по своим делам и уехал в 11 в офис, потом наверно и доктору. Я дала часов в 11 покормила, она поспала, я звонила См-С хотела её поздравить с д.р. но их никого нет. Звонила Марина с ней поговорили Светла, Люба-дух. ей надо всем передать для ребёнка. Звонил мер Роберт у него уже диплом завтра заседу, заберу. Сейчас 14° пошу в банк и ещё кое что сделать. Звонила мама, там писима. Да, ещё звонила врачу д.т. там пока ничего нового, Звонила маме и поговорила с ней. и в школу звонила, на счёт, надо-ли у них каникулы, как раз к субботе у нас. В 15³⁰ я пошла по делам, все собрались, ка стал получился плохие, пришла до-мой в 16°°, Юра был дома и мы сразу не пошли за машиной. См-С так и не звонила, знали на день рождения не по-зовет, а хоба я с ней созванивалась надо к ней, ну да ладно. Машина ещё не готова, не укрешена так что заберем её завтра, обратно ермаки, в 19°° по-кормила Настю сама ребён и смот-рели фильм про Стёпика. Настя в 20° уснула, у нас пока ничего. Легли и в час ночи спать.

83135

4.04.01
среда

Настю 6 6³⁰ покормила и далисе спать, но 10 разбудили рацилкные работ на улице. Настю 6 16⁰⁰ покормила. Юра созвонился, и 11³⁰ уехал сначала за документами, а потом в офис. Я дома, стираю детское бельё, ч пока только ничего. Звонила Ане. Р но ее ш Оучи Рома сего поговорил я ею поздравила с именинницей, позже с ней созвонилась, побеседаем. Так же пои - гала с Аленой, весь день толгаю ничего Юра днем с Шиши забрали машину Настю в 13³⁰ покормила, 16³⁰, весь день воду прописала. Юра приехал в 21 сначала одну машину пригнал, а потом вторую, поужинал, смотрим телик и в 23¹⁰ пошли спать.

5.04.01
чшв.

Проснулась в 8, покормила Настю, ч собираюсь в школу. Юра еще спал, и Настя тоже, я в души, крем он желюрита не помогает. Я собралась, Настю тоже и в 10¹⁵ поехала, Юра еще дома уехал Я сначала на старой квартиру почту забрала, там Аниа посылка от Neuport на Юроно имя Странно, что на старой адрес и одни джинса. Затем заехала к

83136

IFCD001190

голову — Роберту забрала сумки и билеты. Он ещё там потом записал на своё день рождение. Затем в 12.⁰⁰ наш парикмахер напою и поехала сфотографироваться быстрое фото до 13.⁰⁰ (2 раза). И к 13.⁰⁰ поехала в школу, там взяла новые задания. Настя ещё очень шумная была. В этот день в школу обеих ходит, всему жалко. После в 15.⁰⁰ поехала к мастеру — Сергею, но там тоже обеим всё нужно профессиональное фото, теперь наверно, только в понедельник. Все потом поехала домой, было около 17.⁰⁰ и в пути встретила Юру, он тоже переехал, купила Насте памперсы. Дома покормили Настю в 14.⁰⁰ кормила, затем в 17.⁰⁰. Вечером дома, смотрели телек, Настя резвилась и сами маялись и в 21.⁰⁰ идём спать. Звонила Лена С., ей нужно найти человека на второе можно ли вписаться чек.

6.09.0 Потом в 6 Настя захотела есть, затем опять спать, поутру мы долго спать не дали, разбудил работающий кондиционер. Я знала до чёртов, и уже только не спала. Юра встал в 9.³⁰, мастер ушёл что-то менять, Настя тоже встала, приехал Роберт, они с Юрой свои дела сделали, что-то про Кипр говорили,

8313'

IFCD001191

вроде бы Юра туда едит по делам., я созвонилась с Аленой — и предло- жила ей про адвоката, дала ей т.е. Оле. с телефон Машин, пусть они сва- ниваются и решают как им всё сделать, я кое-что постирала. Юра в 11⁰⁰ уехал за билетом, и приехал в 13⁰⁰ ч начали собераться, мои пообедали и собрал. Настю в 10, 11⁰⁰ покормила кое- таки мы в 16⁴⁰ на Nissane, я обратно на нем домой, отвозила от него. По дороге попали в пробку, в итоге приехали в аэропорт в 18³⁰, а билет в 19⁰⁰, но он не вернулся, значит успел наверно, не знаю, он не захотел, чтобы я его провожала до самолета. Все, я покормила Настю и мы поехали домой, вечери такое ничего, у Насти на писюле красного очень сильное раздражение и мази не помо- гают. Звонила Оле С, Оле Ю, Верации, Марьяне, Лариске, может завтра найду заниматься к ней Настю уложила в 22⁰⁰, сделала записи, сейчас позвоню Зосиму и тоже иду в 23³⁰ спать.

30-08-91 Чугаева Е.Ю.

8313f

[Handwritten diary page in Russian — best-effort transcription]

07.04.01
ср

Шёл дождь, подъём в 6³⁰ забег в 9⁰⁰; Настя не спала. Ни весь день дома. Я спрала постельное и все остальное. Звонил Юра, братец переезжает, денег в самолёт! Я сварила суп. И целый день только ничего. Опять еще раз сериала, заполнила на обмену адреса на почту, сказала что переезжаю с 10 апреля. Тел.офис, что получилась. Получили Юре карточку кредит на $1000 Visa. Вчера Настю покупала, в 20⁰⁰ покормила и уложила спать. Сама в душ и делала домашнее задание до 24⁰⁰, лежала после спала. Мне очень скучно и одиноко, окучаю очень сильно по Юре. P.S. звонила Роза с ней поболтала

08.04.01
воскр

Настя в 8 захотела кушать, затем спать. И подъём уже в 10⁰⁰, я помадила баню. В 12⁰⁰ накормила Настю и поехали мы на рынок продуктовый на Victory, но мы приехали поздно, он до 13⁰⁰ работает, успели купить апельсин и цветы на $20. Затем мы поехали в Ralphs я сделала карточку Юре на ключу, купила детское на $16.00 и потом в русский магазин на $15.00 + пеленок $5.00 и в итоге первая 100 почти разлетелась. Все потом домой, то в 14⁰⁰ я поела, и Настю в 16⁰⁰ покормила. Уложила спать

83139

Звонила Ларисе - она занята, Оле - С ам болела, Ол-О оставила сообщение. С Аней поговорила так ни о чём. Маренла звал в гости но уже поздно. Днём только дома и пришла в пусто.

Вчером в 3* покормила Насте и уло-жила спать. Звонила маме [...], [...] её много дома Люба Блохина родила где-то [...] или в Парад, её бы развелась. Всё больше ничего, пос-мотрю касать и спать, [...] [...] сильно скучаю по Юре дай бог чтоб удачи и везения. Спаси и сохрани [...] мне в 24.

09.04.0 Насте меня разбудила в 5утра, я её [...] накормила и опять спать, но я уже ни-как уснуть не могла, [...] лучшаю в [...] ещё под утро приснился сон, что Юра мне [...] сказал, а потом вторая [...] что я [...], ни дал бы, я его сразу за дверь [...] чтоб не [...] так издевался он. Всё подъём в 10*, Насте в 11* покормила и мы в 12 поехали в банк, [...] в ВОО " взяло, $40 с [...] о [...]. Займи заехала [...] [...] в офис и поехала в Wal Market, хотела

83140

IFCD001194



8314

IFCD001195

10.04.01
вторн.

Проснулась в 7 накормила Настю и спали до 10^00. Звонил Юра, завтра перезвонит и точно скажет есть ли он в [illegible] дома или нет. Я в душе и [illegible] мне сегодня перепишешь, что нужно отдать кабельное TV, а оказывается 12 месяца, ну я завтра позвоню и откажусь. В 11^00 накормила Настю она еще поспала. Я говорила с Мариной Смирновой. Пожарила курицу. [illegible], убралась, в 15^00 накормила Настю и мы поехали, хотели на почту, но там очередь большая, все письма отправила за $8, встретила там Машу дочку Смирнов, отдала ей телефоны. У Риты взяла телефон от квартиры в [illegible] на этой машине и затем отвезла доски Мэри-Сергею и поехала на старую квартиру забрала почту и уехала. В 17 взяла Настю у Марсельчиной мамы, Юре пакеты, может купило $40. И затем поехала к Марсоне в гости, побыли у нее, я в 19 покормила Настю и в 20^00 мы поехали, я завезла ключ Рите, да у Марины активировали карточки Sears и VS разобралась что еще купить $35.. Домой приехала в 21^00 покормила Настю молоком и уложила спать. Позвонила Ал. С. Взяла Машин телефон. Все хочу спать.

83142

IFCD001197

успела и попала в страшные пробки. Сильно переживала, что не успею. Приеха-ла в аэропорт в 14^45, Юра уже меня ждал около 10 минут. Т.е. Юра приле-тел через час и его встретила Оля. Все едем домой, приехали, пообедали и [illegible], он мне привез блок [illegible] Orbit, класс. Настя в 16^00 в магази-не [illegible] и в 20^00 уже спала. Все ели и смотрели кино, по телику ничего. Спать пошли в 22^00, перед сном [illegible]. Хорошо, что [illegible], что все уже завтра.

Прилетел Юра

13.04.9[illegible] [illegible] Встала в 8, Настя покормила, Юра проснулся раньше и записывал себе CD. [illegible] песни, [illegible]. Разобрала чемодан, про-пылесосила его [illegible]. Юра в 10^00 уехал с Ирой в офис, потом на старую квар-тиру, по вещами и т.д. Я [illegible] дома до 13^00 [illegible] так [illegible]. Накормила Настю в 12^00 и мы поехали в 15^00 к Юре в офис, [illegible] его и я поехала на новую квартиру к Юре и сразу [illegible] на почту со вчерашней [illegible] New York news, заехали в химчистку, взяла [illegible] и [illegible] в 16^00.

83144

Покормила Настю и [...] [...]
[...] приехали в ≈18⁰⁰. Вечером дома
дома смотрели телик, я им привезла
была устали и [...] от нашего [...]
интересной. По [...] взял [...]
своего и уехал от нас в 22⁰⁰. [...]
я уснула в 21⁰⁰, покормив, [...]
[...] с Ритой, Розой [...] [...]
[...] Юра свою машину не взял, он Юра
[...], [...] [...] отсыпался. Вечером
в душ, [...] [...], [...] [...] и
спать и [...] Лариске.

14.04.01 Пошли утром в 6 горшок, [...] [...]
спать. Юра встал в 8, свои [...] [...]
[...] не говоря, уехал в ≈10⁰⁰ за [...]
и по [...] делам, т.е. мне [...] не гово-
рит, а днем приезжал Роза, привезла
мне что у меня заканчивалось на $45. [...]
в 11, в 14³⁰, 18³⁰ кормила. Служил Пасха
на ночь. Я покрасила яйца, сделала
[...] с Олгой-С., она мне купила пасху, [...]
купил. Днем звонил Юра, говорил, что
вечером пойдем в ресторан. Я позвонила
Маше, Вите, Машу [...] [...] [...] [...]
[...] в [...] [...]. В [...]
я свой вечер отменила на [...] С.
В 15⁰⁰ мы собрались и я поехала в
Target купила для Ванюши, все мелкие
подарки, корзиночки и [...].

83145

Приехала в 17° часа уже было.
По тихоньку собирались. Пластик покор-
мила и мы в 19 втехали снагала к
Слёне С. оставили ей Настю, взяли
куклы и поехали к 20 в церковь освятил
Лида, купил вина. А уже в 21 30 мы
были в ресторане Версаль. Все о
нам посидели, поели, мало вытанцо-
рисан? Уже стало укре? нужнется
от Юра. Спасало что всё хорошо,
не поел, я звинила, что спрашивала
как Настя, она не засыпала. Я в 23 а
Юру держал и не очень, мне нуро-
сколи, т.е. он как всегда, ему на ребен-
ка, на меня наплевать, я ему испор-
тила курят, он собирался меня оста-
вить дома, а сам поехать дальше
куражиться своего, скопил о ребенке
совсем не переживает, только о себе да
бы повеселиться. В итоге приехали к
Ене, Настя спит, она нас опять стирав-
лят в ресторан, уже дальше. Ты го-
вори оставайся, ты если то хочу, искал
я поехала, я если так мешаю, почему
я ему ещё устрой скандаль, жизнь, ты
на меня плевать. Мне в ресторане поеха-
ло, о нас всех лучше ехать домой,
чуть слышал. Отвезли нас Юру домой
и обратно в час ночи в ресторан.
(Да все свои лица, сгада, Юре с Эри
это он виноват.) Там уже всё мое

83146

IFCD001201

83148

IFCD001202



8314

IFCD001203



IFCD001204



IFCD001205



83152

Ex. 81 pg.305 of 436

IFCD001206



среда
17.03.99 С Араратом на проф. студию снимали Мухтара только лицо. Поехали все в тот же убогий квартир. Человек 13-15, бухали, крики, ужас ...

четв.
18.03.99 С утра с Яаной, Джорджем, Мухтар поехали на Венис Бич в Гуд Дмин (партизан) Знакомство с актёром Бало́тин (остров дракона). Вечером в гости к keeper и остались у них ночевать.

пятн.
19.03.99 Дома весь день.

суб
20.03.99 Ничего нового. С Джорджем в Голивуд ездили.

21.03.99 С утра на крышу, загорали. Вечером были планы пойти на воскр. день рожд. жены Джорджа, но облом. Мухтар едет вместе с Эдвардом на Оскара. Но я как-то всё равно собиралась, должен за мной заехать. купила цветы 20$, ... я готова. Но уже никто (у них разбились машина) не приехал это был для меня удар, я очень сильно расстроилась, Мухтар приехал поздно, поздно смотрели как он на съёмках на Оскаре.

Ex. 81 pg.306 of 436                    IFCD001207

83151



IFCD001208



Мухтар ушел, я осталась в машине, мою её. Тут откуда не возьмись полиция!

Я истерично кричу, что я не говорю по английски, кое-как сказала, вхожу, а на меня наставили кучу "пушек", этот страж не передать. Меня в наручники и в машину. Наломанном английском я объяснила, что машина Мухтара, он у Эдварда, они пошли к нему домой, они выходят и смеются на её инат. 5-ть полиц. машин все с автоматами дрожь, ужас, страх это "коза со-седка" думала, что машину воруют или ещё что-нибудь и это она вызвала полицию. Но вроде бы всё обошли. Вечером едим в Глендейл студию с Мухтаром насчёт школы. Встреча с Эдвардом в балетной школе. Позже в гости к Карену. потом домой.

26.03.99
пятн.    Поехали мыть машину. Ездили в горы Glendale. Вечером в гости Карену в 1час ночи домой.

28.03.99
воск.    Звоню Эдварду в 13⁰⁰ встреча с ним т.к. Мухтар уехал с Кареном на встречу было. Мы катались, потом едим к нему на второй дом Чейз Чейс и ещё как мы таскали мебель, позже он звонит сыну, я с ним уезжаю, катаемся, потом к нему домой, знакомство, подарок часы домой возвращаюсь в 11 ночи, Мухтар всё это время то с Кареном, то у Эдварда. Ночью едим в троем в ресторанчик на центральной сидим до 1³⁰ потом по домам, ещё долго отвлекаемся. Я уже догадалась что берёт.
P.S. Эней Эдвард отдал оставьте 60$ поку карточку. Вечером звоню домой пере дать что мы все их едим её вовсе ночь



24.03.99
суб
Поехали в УМСА обла закрыто с кареном
Ничего нового. К карену в гости.

29.03.99
пон
У Эдварда взяли джип вранглер (Wrangel) Арленд (головастик) дал 100$ на мою проблему. Вечером в гости к карену и натоше. Она вычислила на счет доктора. Всего 350$. Я еще собираюсь в Сан-Франциско встречать Артура.

30.03.99
втор
С утра к врагу в Голливуд. И мне сначала сделали очко. Размин дал 100$. Обслуживание у врача клас, не как в России но это стоит денег. Потом поехали к эдварду, там были сэл. Мы с ним поехали, как бы есть работа для меня адвокат смив. Но я все испортила, сказав про Сан-Франу в итоге не туда, и не сюда. Поехали к нему в гости домой. [зачеркнуто] потом домой. А мухтар в это время ездил с эдвардом и у них был неприятный разговор. Пиши.

31.03.99
среда
Весь день дома. С Эдрадаем, с мухтаром в Голливуд к русскому агенту вечером поехали с мухтаром в бассейн УМСА. А с утра звонил Артур, дальше нормально, вечером поетим в Нью-Йорк к сожалению его не встретили. Только вечером домой



IFCD001211



Звонил Сэм, я хотела его раскрутить на деньги для доктора 150$, но увы он жмот. Предлагал поехать к нему ночевать, после на утро к доктору, он якобы договорится, чтобы доктор во время пил с оплатой. Жмот. Я отказала. Ночевала дома с Мухтар последний вечер перед процедурой, дринь-дринь. Дома как всегда, дочи, мужи...

5.04.99
пон
к врагу с утра в 9⁰⁰, но он был very bus. перенесли встречу на завтра. Погода хорошая едем в Палмас-спринг. По дороге останавливаемся город, пустыня, на природе "дрень" и в путь едем бензин в приток. ≈ 2 часа туда и 2 обратно. Вечером встретились с Сосом, я его познакомила с Мухтаром, рассказала про свою беду, он мне дал 100$. После на парколанский квартире, шаги, чаю, разборки, Мухтар поругался, и мы собираем вещи и в ночи едем к Наташи к квартиру в голливуд жить. Здесь класс- отдельная (своя) квартира, ты сам себе хозяин. Кто не делается, то делается к лучшему. Эра лет живем как люди. Первая спокой- ная ночь.

6.04.99
втор
Погода дерьмо. К врагу, он мне вста- вил таблетки. Анализ крови о кей. Секс нельзя 2 недели. Весь день дома боли живот. Мухтар вечером занима- ется в спортзале.

7.04.99
среда
Ливень. Утром едим на старую квартиру в то гнездо, забираем продукты и оставшие- ся вещи, через окна. Днем гуляем по голливуд бульвару, денег не трата. Только на четверте Бакмана и все. Вечером Размия дал еще 30$. Звонила Сосу, он приглашает и ещё по работу, заехать в гости.



Ex. 81 pg.312 of 436



не хватит на бензин, когда ехали туда, даже на паркин нет денег. Но зато после, мы "богачи" даже в супермаркет пошли и "отоварились" аж на 35$ продук. Вечером дома.

11.04.99
воск.

сегодня пасха по нашему! Праздник Дождь весь день. В 12⁰⁰ пошли в спортзал в Голливуде с Наташей Мухтар, Карен и я. Час позанимались Потом поехали мы с Мухтаром в ресторан на репетицию. Вечером я позвонила Эдварду, он попросил свою машину обратно. Вечером посидели не много у Наташи с Кареном, отметили пасху Там были люба и денис их друзья.

12.04.99
понед.

С утра к врачу, но облом мы не успели, он занят, на завтра. Дождь. Решили последний день машина поедим в Санта-Барбару. Бензин как всегда финиш, денег по нулям. Там пофоткались. Вечером Мухтар повез машину Эдварду Я звонила Гевику. Наташа в 9 вечера "обрадовала" выселяют нас. Не долго длилось наше счастье. На этой неделе можно поехать в Лас-Вегас, мы с Мухтаром весь вечер собирали чемоданы.

13.04.99
вторн.

С утра Нелля заехала за мной и мы поехали к доктору (т.к. у нас нет машины) обратно я сама на автобусе, а потом пешком. Там у меня всё в порядке. Дали бесплатно противозачаточ. таблет. Весь остальной день дома, без внимания на чемоданах. Сегодня днем я восстановила свой баланс (я имею в виду семе) Я звонила Сосу, на эта недели облом, мы с ним не едим в Лас.Вегас.

83166



83161



IFCD001216

18.04.99
воскр

В пол утра встали и на 6 у нас был автобус на Лас-Вегас. Ехали 4 часа и первая остановка была за час до Лас Вегаса в Атемпацено (это так, где, автобус с FRE... и поэтому то долго в часов три в казино) Откуда мы уехали в 6 вечера и через час в Лас Вегас приехали в гостиницу Аризона. И сейчас живем в номере. Пока ещё звонила Сосу он не отвечает. Мы сегодня очень устали.

19.04.99
пон

С утра рано позвонил Сос и мы встречались возле гостиницы. Познакомились с Петраном, обыскал Овик и мы поехали в четвером к нему домой. Сос сегодня улетел в Лос-Анджелес на два дня. У Овика дома посидели попили чай и поехали в ... отдать кассету Мухтара. Потом оттуда нас забрал Игорь (шоу) и поехали в другое место, где есть работа для Мухтара. В 16ᵒᵒ пошли в магазин Росс купила себе кое-что. Хотела пойти загорать но уже уже поздно. Вечером за нами заехал Овик с Петраном и мы поехали в гости к Петрану. Там я у него поплавала в бассейне. Посидели у него и он нас в 11 отвёз домой. И на этом окончим день.

20.04.99
втор

Утром сходили покупали в Макдональс в 3 заехал Петран и мы поехали к нему домой, там у него я поплавала и позагорала. Вечером в 20 поехали с Мухтаром в ... у него там было выступление. В 3 звонила товарищу, он обещал взять в Вашингтон, но ... обещал. В 23 нас забрал Петран и мы поехали в ... к его друзьям. Поехали там где-то за ... зовут друзей Игорь и Юра. Сейчас ложусь спать (3³⁰) завтра рано в 8 утра вставать. У Мухтара выступление на Телевидении.

83163

Ex. 81 pg.316 of 436

IFCD001217



**21.04.98** С утра в 8ᵒᵒ поехали с Муриком Эдвард (это импресарио Мухтара) с ним или поехали на съёмки. За счёт т.… по завтраком. Позже Мухтар поехал они мотаться, пока мы проторчали до 13ᵒᵒ час Мурик обед в отель. Обедали мы с Мухтар в гостинице. Вечером нас Пиран отвёз в центр на Лас-Вегас бульвар. Пока мы с … ходили по разным казино гостин… уже — фотались. В 21ᵒᵒ Пиран нас обратно отвёз в отель. Позвонила сегодня дома поздравила папу. Звонила Сосу

**22.04.98** С утра поругались с Мухтаром (как всегда) в 11 начала собирать чемодан в 13ᵒᵒ мы узнаем и Пирану на дом (Тропикана улица) сегодня Мухтар наверно улетим на съёмки в …, а от туда домой в Москву. А я всё осталась одна, без денег не знаю что мне делать, как мне грустно обидно что у меня ничего не получается. Я не знаю как мне ехать домой, на что и то… у меня ни копейки денег. Кошмар! В 14ᵒᵒ заехали за нами Сос с тигрой с 17Уо… поехали отвезли тигр, они с Герен (борода хохол) поехали в Лос-Анжж. Пиран нас привёз к себе домой. Вечером в 20ᵒᵒ он нас взял с собой. Там был Сос, Ойи и девчонки. Такс (одесса)? В двойнишки Марина (Мара) и Гера - артис… мы поехали на чёрт … новый дом, посмотре… … потом в ресторан, посидели … там, потом поехали к Пирану домой и сидели где то до 5 утра. Я пошла спать, а они все сидели.

**23.04.99** Сначала меня разбудил в 11ᵒᵒ целую Мухтар без жены и своему импресарио потом заснул и проснулась в 15ᵒᵒ меня разбудила Мара. Мы с ней сегодня до 18 сластили как мне быть что делать здесь вроде он она сказала, что я помогу, но и не знаю, всё это же не законно, и я боюсь. Ладно поживём увидим. Вечером привёз Ойик и Пиран, я собираю мы разговаривали с Марой когда что поедем в какой нибудь клуб. Но потом она позвонила и сказали что в другой раз.

Ex. 81 pg.317 of 436



IFCD001219

17.09.99
втор

С аэропорта меня обломали, ... [handwritten Russian diary entry, largely illegible cursive]

18.09.99
сред

Сегодня пришёл Мухтар ... [handwritten Russian diary entry, largely illegible cursive]

83166

IFCD001220

29.04.99 Проснулась поздно, [illegible] плохая
четв. погода – дождь, тоскливо на душе.
Ничего не делали весь день сидели дома. В 16°° позвонил Эдгар из аэропорта. Он сегодня улетает в Москву какой везучий. Я собрилась, и я очень расстроилась. Интересно когда мы теперь с ним увидимся. Позвонила поздно в 20°° Эдварду должен сегодня приехать и мы увиделись. В 12°° поехали мы с Марей в ресторан там мы сначала встретили с Эли, а позже в 2 часа мои приехали они Эдвард и тархан (казах, колобок) уроды только еще надо поискать.
Потом покушали в ресторане все вместе. Тархан позже ушел спать ему надело на него огуясство и этот квор какой-то для меня. Эдвард решил, что он мне подходит но я в этом сомневаюсь. А потом мы в четвером поднялись в номер Эдварда, позже ушла Эли. А мы в трем остались до утра хотя уже было 6 часов. Полежали чуть-чуть и мы с Марей в 8 часов утра поехали домой. Я уже как-то к ней перебросилась – к тирану не хочу ехать спать. Он ко мне пристает, а он мне противен и я еще не могу забыть мухтара.

30.04.99 Утром в 10 где-то я уснула, т.к. всю
пятн. ночь не спала до обеда. В обед позвонила мне позвонили. Эдвард сказал как он нас пригласил на шоу, но пока тишина. Днем мы были некуда не ходили. Вечером в 28°° сначала поехали к тирану забрать мои вещи т.к. приезжают завтра родители. А позже мы встретились в три местах с Эдвардом и Тарханом. [illegible] Я хотела пойти в ночной клуб, но туда никто не хочет. Посидели в баре, подошла Ивана, но она сидела не долго, потом ушла. С Иву нас обломали потом пошли в номера в ресторан. Разошлись по парочкам, и когда утром я к ним пришли без предупреждения, он на меня посмотрел [illegible], и сказал что знать меня [illegible]

8316

IFCD001221





IFCD001223



IFCD001224



IFCD001225



9.06 ср

10.06 чев

11.06 пяты

12.06 суб

IFCD001226

83173



Case 2:02-cr-00220-MCS    Document 2471-81    Filed 10/03/23    Page 327 of 437   Page ID #:17431

IFCD001227



IFCD001228



IFCD001229

83175



83176

IFCD001230



83177

IFCD001231



IFCD001232



2.07
пяти.

С утра и челичкому я не пошла.
Сегодня было очень много работы
до 8 ночи. Юрка приехал вечером
с сан-Франц. Отоспался. Сергей меня
отвёз домой.

3.07
суб.

Юрка с утра на работу, я чуть позже.
Сегодня дела на олей на 3 дне по
Рекомменому шкоду. Зеером Юрке
меня забрал. Вроде от колеса
имела новою.

4.07 вечер

Сегодня в Америке праздник день
не зависимости. Юрка с утра работал
слава богу сегодня было мало
работы. Вечером меня забрал Юрка
они уже праздновали день рождения
коток (Bolon) в ресторане Трайка, позже
и я туда подъехала. Сегодня наиграла
$ 240. Посидели в ресторане, потанцевали
позже с Толькой поехали в стрип бар, но
убит был обеды потом приехал домой
они еще попили дома и спать. А у
меня сегодня праздник пошла машина
(сдвин на 8 дня) отвёз меня Юра

5.07 пон.

Сегодня по Америке выходной. Но я
иду на работу за место Ovika, а в
Власе. Юрка лежит дома на работу
с утра не пошел похмелко но
на у нас тот остался похмеле
то же с утра проспал.

83179



83180

IFCD001234



8.07. сб

9.07. пятн.

IFCD001235

8318



83183

Ex. 81 pg.335 of 436

IFCD001236



IFCD001237



83184

IFCD001238



83185

IFCD001239



8318(

IFCD001240



8318'

IFCD001241



8318

IFCD001242

24.07. втр Дейчик с утра на работу. Мы прямо позавтракали и поехали они насчет квартиру. А я с Габией остались дома, убирать, стирать. Звонили Сос, ни о чем поговорили. Все же то к 5 вечера собрались, и я в 6 вечера вместе с Анди пошла в школу на English и Нibland. Зарегистрировались и я пошла в другой класс, посидела час, все это кончилось и решила уйти. Кстати Юрейчик он сильно чем-то расстроен. А еще когда я сказала что звонили Сос, так тем паче. И еще оказывается теперь ему что-то там говорили, что я называю Сос. И еще неизвестно что они еще там говорили. О, господи, спаси и сохрани меня! Пришла домой в 8 вечера, в школе взяла на 2 недели на прокат видео кассету и умеряние анги ебка. Записались $5 + $10 залог. У нас дома гости. Айкар и Аленай. Раймонд. Они все сидели и болтали весь вечер. Леон с Юркой купили у них мастер за $15. и наверно мне же. кож перчатки $10. Потом мы же приехали домой они с Юрейчиком куда-то умотали. Все ближе к ночи все разделись и мы легли спать. Вроде он и все

28.07. сред Я сегодня на работу. Дейчик тоже. Но ему сегодня мало работы до 2 он пошел. А я как пчелка весь день и вечер в белах. Звонил Лева, короче мы с ним все дружулись, он мне говорит давай встретимся, поговорим насчет работы, а по телефону нельзя сказать что, да как. Короче я ему не позвонила, и на этом все. все это Лешик купила телефонную карточку $10. Смотрю там сегодня объявление насчет другой работы. Пока ничего. Днем приходили с Андреем. А вечером следила маленькое что Габия легонько раз дома, чувствую она ездили в больницу фотографировать. Вечером после работы в 11 вечера Серега меня отвез домой. Потому что Юра они дома не ситовают. А Светина Элона еще в больнице. Они приехали в 12 ночи. Все мылись и ложились спать. Сегодня Роберт что-то там про меня говорили и еще спросил что я умею готовить. Все это не спроста. Господи когда я буду мало работать и учиться. И буду пробовать практику в готовке еды. И еще я расстроилась потому что я вспомнила, что

IFCD001243



83190

IFCD001244



83191

IFCD001245

[Handwritten Russian cursive — partially legible]

А потом я обожгла себе руки горячий супом.
Виновата не я; а наш какой-то мене, это он
меня толкнул. Звоню Юре, а он еще какой
ты не срабочий, не униматся - капои пожаем.
Звоню Веронике, она выходит работать за
место меня, а я уезжаю. Свеш отвозит
меня сначала в АПТЕКУ я купила гель
от ожогов, а потом домой. Звонила Маре
обещала приехать, но как выяснилось она
же она не приедет. коза. Пришел Юрка,
потом приехал Хамин и мы вместе поехо
ей к Узорк. А Лексу (где Юрей им зали-
совает свои песни) сидели там до 1 часу
ночи. Я ходила в магазин купила нем-
ного еды. Они поседели поели, почему
Росси нас забрать не смог и он нас
полночь повез домой. Жути я набралась
по горам ехать. Они еще не немою по-
сидели у нас а всё потом ели и спать.
Получила сегодня $200.

2.08 пон.  Выходной. Проснулись кушали, прихо-
дил Андрей - они выясняли за счет денег и
работы. Потом он хлеб пустил нас то с
пивом, поседели не немо и пошли на ра-
боту. Денег в приюк только на квартиру,
больше у нас ничего! Звонил Сереж, спраши-
ваю как твое здоровье и говорит что вчера
А ему очень немо работ. Звонил Хамин и
больше пока ничего. А еще звонила одину
работы опять немо нет. Вот такие
плохие дела. Договорились встретится завтре
посмотрет их работу, Юрин спит. Я
стираю, маму потом имею. Звонит Лике
она немного руганются на счет телевизора
потому в итоге Юрин вернул ее о  том
переезму тот телевизор. Потом и я вее
приходил Хамин, я прибирался квартиру с
вещами, потом пошли я ему сделала
стальные вещи. А в 4 нора вот для был
меня сюрприз. Звонил Шакан Сергтка, он
сейчас ну уже как я неделю в канаде
Иммигрировал с помощью наших... потом
как я сидела, справдалась не забуду
Юрина брось от испортился настрое-
ние с ним я поговорила что уже, я вп и еще
осталась, но уже 18 вечера собрались
в кино. Ходим в кино не помню как
на семейском - не что-то про деньги со
с привидением. Знакомится он в кло.



83193



83194



83195

IFCD001249



IFCD001250



83197

IFCD001251

А в ресторане за меня пока работает
Вероника. Юрка с Робкой а девочки они
болел и ждали меня. Потом сами поеха-
ли к нему домой, должно было прие-
хать Роська и Андрей, но они не прие-
хали. Сидели мы там очень долго. Юра
с Робкой насмеялись до чертиков от радост.
Еще Юрка меня очень ревновал (знаешь
может) к новой работе, к новому боссу и
он весь вечер если не о ребенке, так он
чем об мне говорили. Уехали мы в 1.30
ночи. Юрка никакой усталости вел машину
потом уж больно мне показал как
может он гонит, но мне это не надо
вообще уж больно он сильно расстроен
и ревнив. Все приехали и меня спал.
P.S. на обед мы ходили в ресторан ели супы и воблу
саке а утром на переменке отлично дела ротб. соша у
далеко, начало положено не плохо...

___12.Вжовь___  С утра вместе проснулись Юрка на Робк
нет машинке скатала поехал к нему, а
потом они поедут по магазинам покупать
все для машины. А меня забрал к утра
Юрка (кстати он сегодня его видел в его
(машину) когда я ему позвонила уж больно
он ревновал. Днем работа, на ланч
сходила купила себе пробник духов на
я не купила может все я так
так похудею (хоть весь день сидишь) но зря
Сегодня чуть не поругались с Юркой и чуть за
новая работа. Покушала сегодня армянской
пиццы на обед. Закончила работу я в 6 ве-
чера, меня отвез Эрик домой. А Юрка а
Робкой ездили то по магазинам, то к Скирме
в больницу, то потом когда поесть, потом Юр-
ка выгрузил у нее диван и приехал ко мне
на работе мене. Мы покушали. Вечер дома.
Скирме Робка потом забрал один
Вечером приехал ~~Роська~~, посадили она
с Юркой, я меня в комнате а потом
когда же они наговорятся но не выдер-
жала и уснула. Потом Юрка меня
вроде будил на счет (роди мне работку)
что-то говорил и покушал и я поспала мы
все меня спать. Они вместе смотрели
картинку токмо.

IFCD001252



IFCD001253



IFCD001254



83201

IFCD001255



19.08.гов ...

20.08.гов ...

83202



83203



Ex. 81 pg.357 of 436

IFCD001258



83205

IFCD001259



83206

IFCD001260

29.08 вос.

Сегодня я забыла на работу сказать что я не приду. Проснулась утром, помыла полы. Юрка с утра до 4 вечера на работ. Я в 2 часа поехала в Rione на подстрижку волос. Подстриглась коротко и потом сделала маникюр и педикюр, за всё за это заплатила $52 плюс типу. Хотела поехать по магазинам, но у меня разрядилась селка и я поехала сразу домой. И как раз в это время пришел Юрка. В вечером я постирала, ... мы полежали поцелках семейным и ... мы смотрели книа. Я уже где-то в 8 веч или 9 я не помню позвонил Андрей и пригласил к себе в гости. Сами заехали уже реенич заехали и мы поехали, купили еще водки. Они послали поговорить, ... ли водки. Юрке не понравилось что Маришка вообще не суетилась, ничего ты коль не хотел закусить. Сидели мы до 12 ведра, потом Маришка нас отвезла домой поднялись и легли спать. Всё очень хорошо, но вдруг Юрку переклинило. И он наверно когда будет выпивать его всегда наверно будет клинить на счет ... наших прошлых связей и отношении. (господи как я жалею что отнуда легорили, я его готова убить.) Потом Юрка мне еще напомнил про coco. А всё начало с духов, которыми он надушился (как в первую ночь нашего знакомства, и потом понеслось ему не понрави лось, как обо мне отзывались и что гордо ли армяне. И это всё со какая всё свелось он да и все эти армяне как я их ненавижу, наверно так же как ненавидит Юрка евреев. Там вот со гово рили, что какая я мягко сказано ... живу с одним, звоню другим и т. д. Но я также просто, хотела узнать как дела, как здоровья, а оказывается всё по другому. Я уже давно ему не звонила а теперь и подавно. Провались все они пропадом просто. Юрка для меня имеет очень важное для меня значение. Я его очень люблю. В итоге он лег в очень плохом настроении и ...

P.S. вечером заходил Ромка, но Юрка уже спал и не вышел разговаривать.

83207

IFCD001261



**30.08 пон**

**31.08 вт**

**1.09 среда**

*(— это 2.09)*

83208



IFCD001263



83210

IFCD001264



Ex. 81 pg.364 of 436

IFCD001265



83212

IFCD001266



83213

IFCD001267



83214

IFCD001268

Потом села на автобус и поехали домой, уже очень я устала и плохо себе чувствую. Так что планировала, ничего не получилось. В RITE AID потратила на $50 всякие мелочи и т.д. и то еще с Аниной карточкой. Потом пошла в JON'S набрала там продукты. Дима домой звонил Юрке, он не отвечает. Приготовила суп и салат, постирала. Робик сегодня спать не приехал, со все откладывается этот строевой, поэтому я сегодня потратила $160 и шила плохом, а целый день ничего не кушала. Вечера менеджер, инженер, почитала газету. Юрка звонил в 1% ночи говорю что утром будет. А я всё легла спать.

3.09 пон: С утра звонил Юрка говорил, что уже в L.A. Я на работу к 9. На работе как всегда, только после обеда у нас был инженер, потому что поздно приехал инженер-дизайнер кто бы документов работает, потом попал. Я работала до 5.30 потом в школу, днём нас нечего меня встретил Юрка с Раей кой на машине, поехали к нам, но потом уехал Колька уехал. Юрка сказал что ему понравилось как я приготовила суп с фрикадельками. Весь вечер разговаривали я очень соскучилась по нему. В школе сегодня купила книгу за $13. Он посмотрел платье что я купила в ROSS, всё понравилось, кроме чёрного платья. Ночью звонила Самсоновой поздравила с днём рождения но сказала звонила на работу говорила с Надей, а Юрка уже дома продукты. И еще списочек мне не прислал помнят на счет забега, еще не знаю...

14.09 втор: С утра присобирайся и к 8:36 на работу. Юрка тоже работает сегодня с Андреем на карпете до 5.30 вечера. Я работаю до 5.00 и сегодня не иду в школу, а иду в магазин ROSS или т.д. смотреть там наверно. Потом на метро обратно домой. Вечером Кот привез машину и мы с Юрой в магазин поехали в ROSS сдать те платья которые нам не понравились. Звонила Катюше

спросила на счет штаников. Будет она их или нет
но брать. Она их точно берет наверно на
свадьбу ей принесу. Деньги вернули $63 без
проблем и поехали домой. Я себя ужасно или
же чувствую. Вычинила таблетки и легла в кро-
вать, Юрка подозрительно не переодевается, гово-
рит, что сейчас втащет кату машину, а ерь
вместе мы это немоши в семаю? Сказали
что я больная куда я пойду пешие пешком
в итоге вечером приехал Яоке за вещами для
Юркиного сома, он завтра улетает, Юрка меня
поднял с постели, я им приготовила легкую за-
куску Они решили немного выпить, а я пошла спать
в 11 30 Юрка меня разбудил, ему любовь захоте
лась. Все были на отстипшисти, а потом спать

15.09 среда  Юрка в итоге вчера не отвез машину, как
сказали за ней придет, а он меня отвез сегод-
не по траке на работу к 8 часам, ему все
равно по пути, он его отвезет на ремонт. Я
работаю уже всегда, получила остатки
з/платы $205 и еще заняла у Эдьки $150.
и после работы в 11 30 якобы я в школу, а сама
иду в Macy's покупать платье. Юрка в горо-
поехали к Алексу на запись, а еще куда неиз-
вестно он мне не говорит. Сегодня он звонил Да-
шенку на счет юриста. Для Виты и Ларисы. Купили
я два платье $350; вечером Юрке примерила
показала и то и другое хорошо, но выбрал од-
ну, а второе я завтра сдам. Алесю я приехала
в 4 вечера, его нет он еще на записи. Звонила
всем кому можно нигде нет. Аниське звонила
еще просила её, чтобы она сказала в
школу, что я заболела и приду только следу-
ющей недели. Быстро приготовила солянку, Юрка
пришел приготовил рис. Звонила мама говори-
ла с ней, ты женим? А я на люблю и спать
в 10 вечера приходил Хавик на минут 15 они
быстро поговорили и потом все легли спать
в 12 ночи.

16.09 четверг  С утра Юрка на работе до 6 вечера с Анд-
реем. Я сама тоже с утра еду на работу

83216

IFCD001271



83218

IFCD001272

IFCD001273



83220

IFCD001274

19.09 воск. Сегодня выходной, мы с ним спим, лень ужасная. У Юрки сильное похмелье. Сделала когда мы проснулись (где-то в 10 часов) супа из консервы, немножко поели и опять пошли вместе спать, любовь. А сегодня в гости напрашивалась Наташа с Кириллом. Покровские ворота, но так и ничего не состоялось. Днём звонила Маша, мы ещё спали, она сказала что перезвонит позже, но так и не позвонила. Днём мы опять поспали очень хорошо, потом я приготовила картошку и мясо, поели. Звонил Хасик, но позже не перезвонил. Вечером звонила Наташа, хотела к нам в гости, но мы сегодня отдыхаем и хотим побыть одни. Я поступила все белее. Потом звонил Тигран и вечером в 10 он с друзьями приехали к нам. На сей взгляд продление у меня наше шансов, надо что-то другое пробовать. Они сидели, пили, я делала маникюр, собиралась завтра на работу. Вечером любовь и спать.

20.09 пон. С утра я проснулась и на работу к 8:30, Юра спит, он сегодня не работает. На работе как всегда без изменений. Юрка сходил в магазин, ДДС, потом я его попросила купить ещё чай от простуды. Я работала до 5:30, потом пошла в школу за Юрой, сегодня большой еврейский праздник так что Кирилл дома рано. И у нас Юра с Андрюхой отмечают этот праздник, какая им разница лишь бы выпить, и после Андрюха принёс кету, а у нас ведь полно, не на что купить еду. Потом они поехали в один к Кате, он что-то про Юру говорил, наступай ему дави маму, чего он говорит. Я вечером звонила в ресторан хотела поговорить с Вероникой, но она была занята и со мной говорил Серёжа. Выяснила что Игорь не приходил и что про нас Серёжа



Ex. 81 pg.375 of 436

IFCD001276

83222

видеокассеты со свадьбы и что edimu
с работы я ушла написа свидание в п
не едва она, и её прекрасно нашинили,
сказала что пока не посидите все деревья
никуда отсюда небудете. Но я ей гово-
рю у меня школа, а ей плевать. я иду к ой
межару и говорю ему всю свою проблему
сказал что нет проблем и он все решит. Бо
всех будет бесится кость. Когда я ей ска
за что я хочу, она дать досвидании я
сказала короче я все сказала дяди, он
ейф они под мухой и гаспар и Артур ви
се о меня поддерживают. Гаспару спаси
божнами. Гаспар даже провел до менр
А Эдика не дно видимо либо этим и б
попробовали. Сейчас еду в школу. О
испоил меня Юрка забрал, делал по
ужинами, все было вкусно и рыба и суп
о французскими. Я него новостей толк
нет хоть спрашивай не спрашивай все
равно он не скажет. А жене с Роленой
завтра приедут с видеокассетами.
Звонила вечером Аньке с ней треещам
зо минут. Юрке я рассказала про
любу и работу. Попишем увидели, но
что не делаешь, то делаешь к лучшему
Вечером спать, я такая уставшая, спать
хочу и еще болею, выпила таблетку
и никакая. Даже Юрка это заметил
на любовь нет сил, кое-как и фильми

23.09 wt Сутра проснулась рано, стал и 8
Юрю уже ушел на работе, но не напугай
меня застал после сильного дождь,
и позвонила Буре, его попросила привести
нам зонтик, прождала зо менут, в итоге
у него не заводится принес я
недотдала когда будет менее и пошла
семья уже. Позвонила дяде и сказал
так и так и хорошо что дошла дома
Приехала на работу, а там вотна

Ex. 81 pg.377 of 436

IFCD001278



83225

IFCD001279



83226

IFCD001280



83227

IFCD001281



83228



IFCD001283



83230

IFCD001284

в 9 вечера. Юрка пьяный и расстроенный, что Андрюха ломается, завтра всё сделает вместе. Вечером поругались немного потом он пошел спать и я тоже но поздно.

4.10 пон. Юрка с утра встал в 7 и я тоже, меня разобрал (отериша без зубами) и он пошел на работу красить, покраска и еще 250 гр с Андрюхой. Я звонила по работе, вроде от работы сегодня нет или плана для меня я не знаю. Так что я сладко зала, пошла с утра постирала сделала, потом пошла опять к уборке. но т к я не сделалась опять, она не завершила. Вернулась домой Юрки еще нет, звонила ему вроде от Андрюха согласен, завтра наверно они будут машину. А пока они еще работают. Я звонила с утра тетушку в Канаду, потом буду звонить тетке поговорить по счет денег, Наташеньки и т д. Вперед еще не знаю пойду в школу или нет, а еще сегодня день рождения у Ромы. Юрка приехал гр в 5 45 с Андрюхой — на день рождения мы не идем и Роме, я иду в школу. А они сами опишу всё, а дальше я не знаю Юрка меня встретил со школы пошли домой на работу я звонила завтра я не иду. Постараюсь сегодня в школу не пришла и она не будет ходить. [зачёркнуто] Покушали и врозь от лени спать.

5.10 втор. Юрка с утра на работу с новым на ниву. Пришел в 2 часа. А я выспалась до 10 30, помылась, покушала и собиралась уходить, но пришел Юрка и мы пошли когда заехал Андрей у нас пошли за машиной. Я поехала на почту. Сбросила письмецо. Потом нам пришли DVD классная вещь, фильмов на CD качество звука с ...

8323



IFCD001286

процедуру мы закончили тут ... ... ...
... Юрик ... ... ...
магазин к 9ч, а сам поехал в институт... на счет ... по ... .
Я купила печенья и всякое другое на
$10 и пошла домой. Дома нагрела чай
и пошла в школу. После в 9 вечера Юра
меня забрал на машине. Мы приеха-
ли домой, душ, переоделись и
поехали в аэропорт встречать Роику
он прилетел в 11 вечера. Тоже встре-
тили Сашину и позже встретили
Роику, поехали с чемоданами к
нему домой. Они немного посидели
по быстрому вышли Юрка когда мы
их ... уже 12:05 меня поздравили
с днем рождения. потом что Сашина
и Роика словесно поздравили. Я Саше
не сказала на счет ... ... Я ...
она сказала нет проблем я позвоню ...
когда они приедут. завтра они соби-
рается уже только в Мексику, потому что
у Сашки конец визы и октябре они
уедут на 2 дня. А я им взяла ...
сказала оставляйте детей нам, вот
и вышло что они их завтра нам
завезут. Потом в 1 ночи мы поехали до
мой, Юрка мне ... ... ...
комплект (леопард, только он мне велик), ночная
сорочка и духи Версаче. любовь и спать
легли где-то в 2 ночи.

7.10 четв Сегодня у меня день рождения. Как уже
предыдущие. Юрик все меня еще раз поз-
дравил. И поехали в 8 по работе. Потом
я проснулась где-то в 10 и он научил ...
чай. Позавтракали и они с Андрюхой ...
опять поехали по делам. Вроде ...
Сашина, Сашина сказала что вроде при-
везет ... и ... , а Славик
они заберут с собой. Я не знаю как
у меня все это ... полу-
чится. Ну да ладно ... ...
пока тишина. Юрка заехал в 3³⁰

83233

IFCD001287



IFCD001288

9.10 субб.

Юрка с утра на работу к 8, я спала до 10. Проснулась в 10, завтракала в постели. Потом пошла в магазин и надо готовить что-то есть. Весь день дома. Сначала сходила в магазин купить продукты, а в RB TF Аве купила средство для похудания надо перевести. Потом принимала душ и с 4 дня до 7 готовила курицу. Звонила Кристине, говорила с ней. Потом звонила в Россию [illegible] поговорили, поехали по [illegible]. Юрка работал до 8 а потом и [illegible]. Я после 7 отдыхаю. Юрка закончил работу в 10 вечера, я уже помылась [illegible] [illegible]. Потом [illegible] он делал ещё водопад, мыться и спать.

10.11 воскр.

Юрка опять же с утра к 8^30 на работу. Я проснулась, помыла машину, потом ещё поспала, потом мылась и собиралась. Юрка закончил в 1^30 и мы поехали сразу вместе поменять колеса на машину в [illegible]. Там мы встретили Макса с [illegible] и в итоге сегодня вся эта [illegible] будет все знать, тем более сегодня 3 р. у Вовки-Ачка. Мы там просидели с 2ч до 4. Я читала книгу. Потом поехали в HOME DEPOT купить для водопада, забрали продукты и домой. Ужин, потом Юрка делал водопад и вечером где-то в 9 нам [illegible] с [illegible] приехали [illegible]. Я сама с девчонками пошла в [illegible]. Смотрели кино и спать. Ночью только 2 раза проснулась, в общем ничего.

11.10 пон.

С утра опять не выспалась, только [illegible]. Юрка с утра начал доделывать свой водопад и все аквариумы. Потом он где-то в 1 поехал за рыбками, я пока мыла аквариум. Также все себе хорошо. Вчера заполнили почти все

83235



83236

IFCD001290



83237

IFCD001291



83238

IFCD001292



83239

IFCD001293



83240

IFCD001294

19.10  бу [handwritten Russian diary entry, largely illegible]

20.10 [handwritten Russian diary entry, largely illegible]

21.10 [handwritten Russian diary entry, largely illegible]

83241

IFCD001295



83242

IFCD001296



83243

83244

IFCD001298

Рейсовые в «Хаус чик» и чему наилучшее — го данное делать. Мы пошли сначала кино, потом и пошли спать около 12 ночи. Маша приехала в 11 и легла спать.

25 10 пят  Я с утра к 9 на работу. Юрка как спал и лежал. На работе как всегда всё плохо. В обед Юрка показал своё истинное лицо. Короче я с ним договорилась и он сказал что я буду до 8 вечера. В итоге вечером там и вышел чуть с работы в 7 30. Юрка целый день дома, только стирали кассету в Макс Мэри и купили газету с рекламой и вроде всё и всё как он мне говорил. Маша спала до 1 дня наверно. Спать повидали Юрка. Потом за ней кто-то приехал и она уехала. С Юркой звонила в 12 и уже в 5 вечера. А в 7 30 он приехал забрал меня и мы поехали домой, то никого сегодня обеда. Ищ надо искать другую работу. Приехали домой ужин и сидели болтали. Потом в 9 приехал Алекс, я им пожарила в горячее мясо и они сидели пили воду до 4? Маша звонила, сказала что приедет поздно около 1 ночи. Работать я еще пока буду и пока не погонюсь потому что нужны деньги, а дальше будет видно. Всё напилась и иду спать. А Юрка не известно. Я легла спать в 12 30 Юрки пришел лег в 1 30. Маша приехала и все пошли, потом то мы приехали. Короче он всю ночь до 6 утра там в трусах.

P.S. Юрка говорил, что звонил Виталий, извинялся за вчерашнее и за обед насчет ресторана. Рита не приехала. Я посмотреть юным рекламу, что не очень. Такая приезжала скверна с редкое.

26 10 втор  Я проснулась, нашел гости спали дашенка, Ната, а Алекс с Лилей присели к Маше, но потом он в 8 ушел. Я на работу к 9, Юрка лежал отдел



83246

IFCD001300

отвезли Мару на встречу, а сами верну-
лись к нам и у нас ночевали, но я не сли-
шала когда она приехали. Всё уже к ...
кай спали после любви,

28.10 чет. Юрка сходил на работу к 8 часам и это,
и о к 9 часам. На работе бригадир всё
нормально, сегодня проявил плёнку,
сделал фотки. Работала до 5 вечера но
там сразу же поехала к Аньке домой
ведь мы сегодня собрались на вечеринку
в школе, перед тем мы с ней заехали к
ней я взяла фотки, потом купили пиво
выпили в машине около школы, потом
подошли Маша (дочь актрисы Малевой
и её сводная сестра. Потом мы пошли на
дискотеку какой это ужас, музыка
мексиканская, остановка ужаса, один мак-
сон, организация ноль. Пела песню, исте-
рею я не вытерпела, только получила фото
прихот или тамбуриком в организации
вечера чуть чуть потанцевала с Машей —
москвичкой, один раз сфотомалась и всё.
А тут звонит Юрке, он работает и не
пойдет в школу. Мара осталась она
всю ночь пили, пришла только утром, дев-
чонки уехали сегодня. Когда я в 6 пришла
домой Мара ещё спала. Юрка работал
до 8 вечера. Вечеринка была до 9 15, Юрка
пришёл в 9 30 за тобой, поехали домой, поужи-
нали. Потом приехал Раптюха и они с Ма-
рой поехали к цеху по делам. Юрка
вечером ездил с Марой за сигаретами и
заправил машину на свою карту помыли
ноги всех. Они уехали у нас любовь
машины нет и легли в 12 спать

29.10 пятн. Мара ночью опять не приехала или где-то
пьет, или осталась у цеха ночевать Юрка
с утра в 7 на работу, а потом встала



IFCD001302

[Рукописный текст на русском языке, разборчивому прочтению поддаётся плохо.]

№ 10 <u>Вос</u>

83249

IFCD001303



83251

IFCD001305

ними отношений, я ему все [illegible]
что я думаю. Вроде помирились, вроде
и опять. Звонила Инесса, она хочет
чтобы Юрка в среду поехал им привез-
ти матрас.

2.II. Втр. С утра пустились вместе, сначала мы
почти Юрка на работу к 9, а я купать
и собираться. Утром приходил мастер,
починил кран в ванной, теперь он не течет,
а завтра холодильник сделают. Наташка
за мной заехала и мы поехали к 10^15^ на
Gower и Mellrose. Paramount Picture. Шло
почти 6 часов. Был ланч в 2 часа, мы
подошли в гамбургер палас, и сидели до
5 часов. В общем ничего, только сильно
~~[illegible]~~ холодно. И меня в первый раз по-
садили в первый ряд и камера почти все-
гда была около моего лица. За это шоу я
получила $33 и потом экстренную другую
на CBS Fairfax и Beverly и мы поехали с
Наташкой туда, в 5^15^ начало. Я позвонила
Юрке, оставила ему мессадж. И сидели мы
там до 7^30^. Это шоу мне больше понра-
вилось, тебя вообще не снимают. Играет
оркестр классическая музыка и всякие
знаменитости. Это не подобие как у нас
передача «Добрый вечер с Угольниковым».
За это шоу я получила $11. Наташка меня
отвезла домой. Дома Юрка (закончил ра-
боту в 6) покушали, я ему рассказа-
зала, что да как. Звонила Скирусь, я ей
тоже все рассказала. Она тоже хочет, но
нет завтра. В школу я сегодня не
пошла. Любе не звонила. У меня сейчас
расписание шоу на эту неделю, я везде
буду ходить. Мне с работы не звонили,
значит её нет, ну и ладно. Вечером горячая
ванна, а за ужином стопочка водки, по-
тому что я сильно замерзла и в постель
любовь и спать. А с машиной у меня како-
то ерунда, её нет, хотя и машина сегодня

83252

утром, я очень боюсь. Наверно пойду
к доктору. А Юрка [illegible] уже сидит при
двухквасостной машине. [illegible] сидит на [illegible]
[illegible] слушаем музыку, очень [illegible]
[illegible]. Так что что-то явно есть что сказать

3.11 среда С утра, проснулись вместе. Юрка и [illegible]
работу, но перед этим сначала любовь, а
потом ушёл, а я встала, поела, помыла
голову, не курила. Сегодня у меня одно шоу
в $5^{15}$ [illegible] вчера вечером. Сегодня хочу
Юрку с собой взять. В конце опять с ней
на [illegible]. Сейчас надо убраться, сварить
суп. Я [illegible] не [illegible]. короче убралась
сварила суп. Сходила в магазин купить
продуктов, сдала в химчистку. И домой
пришла и сразу же через 10 минут при-
шел Юрка. Он работал до $3^{30}$ сегодня.
Далее, любовь (а машины всё нет) и стали
собираться на шоу. Наташка туда сразу
поехала, а Анька к нам свою ма-
шину поставила и мы поехали на нашей.
Шоу очень классное мы заработа-
ли вместе $22. Нас в этот раз хорошо
снимали. Шоу закончилось в $7^{30}$ и Юрка
нас сразу отвез в школу (я сегодня очень
очень модно одета в [illegible] новой
короткой юбке купили у Розы). Потом
вечером в 9 нас Юрка забрал, приеха-
ли домой, Анька поехала на своей маши-
не, а мы решили съездить в Splash
но увы всё было закрыто, поехали домой.
Вечером смотрели Martin Show, потом
любовь и спать.
P.S. вечером от Наташки пришел факс гороскоп.

4.11 четв. Проснулись вместе, любовь и стали
собираться. Юрка поехал с утра по
поводу машины, слава богу ремонт
стоил $10. Я с утра душ, завтрак в
$10^{30}$ за мной заехала Анька и мы
поехали на шоу. Юрка в это время
уже приехал. И у нас в $10^{30}$
ремонтировали холодильник.

83253

Ex. 81 pg.406 of 436 IFCD001307



83254

IFCD001308

купила и ужин звонила Юрке он ещё работал. Когда пришла у меня Яга нежсил с пошшика на 5½ утла работа на шоу, но увы я пошла уа на около 6 вечера. Приготовила ужин курицу, рис, сок. почитала газету 6 9 вечера звонила Юрке он еще работал в такую силу пока, помылась в 10 пошла спать. В 11 вечера меня раз буди стук в дверь, это был какой-то помощник, я его впустила. Он дальше ко мне лезь обниматься, целовать меня его также нечего меня закстала сорок достал он меня я на диван се расхе в сапой обнимались и внересла он меня на свой самость, а Юрии до сих пор нет в истое он меня достал и я вытимии из дома. Тут же позвонила Юрке он еще работает и и-то до 2 часов сев будет точно, я ему рассказала про помиыла и сказало что ложусь спать. Он меня разбудил когда пришел это около ½ час 2 часов я спала не пошла. Всё я ему ужин поесть то что приготовила, ливровы и спать

6.11 суб — Юрка с утра в 7 на работу, я еще спала до 9³⁰ потом встала завтрак. Юрка звонил сказал что с 11 до 13 принесет сигарет. Я сказала в магазин купила протьки ему в мне на $30 еще видеокассету, так меня затикать взяла с химчистки белье и домой. В 1 пришла Юрка, я помылась и мы собрались на TV show, мы купили в 1⁴ уехали, заехали за Аноной на работу. Сидели на шоу. Sme 1ª до 4³⁰ и по очень. Поставила сам Аньку мы отвезли. Заработали по $15, котели к сер её в гости, но у них силовши забыла. Поехали первым магазином

83255

[Рукописный текст на русском языке, трудночитаемый]

P.S. вечером Юрик пересмотрел свой гардероб.

7.11 воск.

[Рукописный текст на русском языке, трудночитаемый]

83256

IFCD001310

так и не нашли, позвонили сюрме и всё ей сказали. Потом они
поехали к нам. Юра с Розкой теперь
ещё пошли до 11° вечера. Вышли пришёл
нас в 10⁴⁵ они посидели и ушли.
Сиореса звонила в 10³⁰ Розка пошла
на автобусе нас домой и пришел
все приехали. Юра рассказ ...
у Аивии и Розкой. Её он привезти ...
Навидет. Всё в 12 ... спать.
P.S. ещё Юра у Роски ... в 11 не ... вид
... ... на завод.

8 11 пон. С утра когда на работу пойдет ничего то
приспалось рано. Проснулись в 8 ...
позавтракали. Я поспрашу ... Юркин
... домашние остатки ... и тоже звоника Розкиного по поводу визы. Потом они
с Аилией заехали к нам около 12 дня
У Юрки ...ий госунец, они уехали а сказали что ... на счет визы и ещё
что ... Розка ... на его ..., но
... ... одолжеть. Весь день
были дома. потом Юрка ... ...
и ... в ... магазин, её ...
и он вернулся быстро взяли ... нас с
нами вечером ... В то время когда
его ... к полиции нам ... Пока ...
... и ... ... ... и до 6 вечера и поехали (Юрка ...) в ..., а он
... ... до 9 вечера ... звонил
Розка сказала что цена увеличивается
на $1500, а уже 2000-2500 и теперь когда
... на ... и ... ... что
... ... и не известно когда будет.
... у Юрки ... ... виза ... $2...
..., и у ... 15 вечер, но его ...
... ... ... Юрка нас
... и переживает Юрка в 9 нам
завтра со ... А ещё у Анны ...
... день рождение я её ... ...
поздравить, а они ... и другие
... у Анны дома. Я им ...
$... купила ... ... и ...

*(handwritten page in Russian cursive — illegible)*

83258

IFCD001312

83259

IFCD001313



83260

IFCD001314

[Handwritten Russian text — illegible cursive, best-effort not possible to transcribe reliably]

83261

IFCD001315



8326

IFCD001316



8326:

IFCD001317



83264

IFCD001318

по $17. За это время она мне начитала нотаций по поводу моей беременности и как я к ней легкомысленно отношусь. Что я дура, если пой-ду работать в ресторан и т.д. и т.п. Короче она меня отговорила от [illegible] этих предложений итак. Мы в 1 час поехали по моим делам на свой MEDICAID. Мы с ней [illegible], купили в итоге [illegible] на 6th St. Приехали обратно и вроде как я должна остаться и ждать, потому что уже 3. А у Анюки вечером в 3[30] и ей надо [illegible], а потом еще на маникюр. В итоге я решила уехать с ней, она и эта организация работала до 3. Там меня немного довели до слез. [illegible] Вот и Аня меня [illegible]. Мы поехали домой она давала все [illegible]. В итоге она меня высаживает на [illegible] western и Santa M. и уезжает, [illegible] и обижалась. Я еще [illegible]. Своего она [illegible] не [illegible]. Просто после этого я накатила себе на [illegible]. Поехала домой на автобусе - [illegible] - [illegible] Трижды [illegible], а Ярика уже дома он закончил в 3. Мы поговорили и я ему под [illegible] всего и рассказала про Аню. Он сказал что я её больше не видела и т.д. Его очень сильно возмутили. Потом днем я звонила [illegible]-доктору, рассказала ему [illegible] ситуацию. Он меня записал на завтра к непосредственно моему врачу которая будет вести мою беременность и потом принимать роды. Затем я звонила [illegible] рассказала все про себя и мою беременность. Короче [illegible] она меня успокоила и подтвердила как я думала. И еще мы с ней договорились, что завтра она поедет вместе с нами и поможет нам в качестве переводчика. Короче она

83265

Ex. 81 pg.418 of 436 IFCD001319

83266

рецепт в небесный. Потом в 6 вечера
Он поехал в магазин - купить принтер,
затем поехали в ресторан устанавливать
кассу и он должен сказать им, что
я пока не могу работать только через 2 не-
дели. Потому что так сказал доктор. На-
логи возьмут меня потом или нет. А
хотелось бы. Я пока дома, сварила
горохового суп, постирала вещи. Потом
в 9 уже все испеку. Звонила Свет-ке.
Юрка приехал в 10 вечера, заработал $200.
Вчера я опять сегодня не пошла у
звонила Анеке, говорила с ней. Уста-
новила принтер. Вечер опять из-за вещей сва-
рились. У него испортилось настроение.
Легли спать в 11 и уже в постели помири-
лись. Все нормально.

8 II 406 С утра проснулись в 9. Юрка дал мне
рассказ ужин. Это его ~~...~~ завтрак. Я тоже
позавтракала и собралась на шоу в 11 утра.
Юрка с утра тоже по делам. Сначала в рес-
торан сделать меню, потом останови-
лся аквариумы вывезти в магазин, заб-
рать перевод, сфоткать и проявить фотки.
А что еще он делал я не знаю. Мы с Анекой
(она меня из дома забрала) простояли
на улице 2,5 часа, но шоу для нас не-
обычно место, но при этом мы получили
деньги. Потом в 2 часа выступ модно для нас
был перерыв и мы завтракали. Анеке
понравился чай. Потом в 3 поехали на дру-
гое шоу. Сидели там до 7³⁰. Получи-
ла я сегодня $33. Анека меня отвезла
в школу к 8 вечера. Тогда у меня сразу
же взяли $5 на подарок для учителя. И
23 мы заканчиваем учиться. И 23 у нас
будет вечеринка. ~~...~~ Со школы в 9
я пошла домой т.к. Юру не предупредила
что я в школе. Он был дома собирал
документы для визы. Мы поели. И я

83267



83268

IFCD001322

83269

IFCD001323



83270

IFCD001324



83271

IFCD001325



83272

IFCD001326



83273

IFCD001327



IFCD001328



17.04.01 Настя разбудила в 7³⁰, и уже потом поспала в 10⁰⁰. Юра уехал по делам. Я дома, постирала, постельное убралась, пропылесосила. Настя себя очень плохо вела капризничала, она заболела, сопли рекой текут, кашляет. Почти днём не спала. Я пошла на бил. Её покормила, но она плохо ест. В 18⁰⁰ я собрался и мы поехали, сняли видео кассет, х камеру забрали, и т.д. Настя уснула, поехали и Марьене взяла видеокамеру и обратно домой. Юра звонил, они ходили ужинать с Отаром в Хилтоне, меня приглашали, но я уже побегала. Домой приехали в 20³⁰ я её искупала и уложила спать. Звонила мама. Отн-с. Так ничего нового. Юра приехал в 21⁰⁰ Вечером душ, кино, легкий ... и в 22³⁰ спать.

18.04.01 Настя плохо себя чувствует, сопли среди замучили её. Она в 7 дома, Юра

83276

IFCD001330

[Handwritten Russian cursive text — illegible/partially legible]

83277



IFCD001332

это наплевать, детки накормила, Нас. и в 21<u>оо</u> уложила спать. Зря я хочу гулять, еще очень плохо. Такая еще в 23, он еще сестрен брюшьев, а я стала

20.04.0<br><u>пятн</u>. С плохшим мое самочувствие, он еще решает, в школу не еду Настя в 8 зашла еа есть и дальше спать. Я себя ужасно чувствую, ночью просыпалась часто, все болит тело. Ира с утра съезди купи или таблетки, спасибо вечер зашел он уехал в 10 по делам я дома, еще болит Роза днем привезла недостающие таблетки за 8 дв. Звонила моро..., разобралась с Настиной Medi... и Blue Cross, напи-сала Лены, он приехал и отправил им срочно письмо, чтобы с собой были Blue cross для Насти. Все еще дома, в 17 Настя уснула за целый день. Я только кашель, мне плохо. Погуляла со всеми после.., так себе. Все совсем меня нет пошла хоть бы поспать. Юра звонила, он все бизи, им устанавливают телевизионный стол. Вечером были у Юры. Они там что-то перекусили, приехали домой в 21 дв. Я Настю накормила и в 22 уложила спать. Он совсем рано Тесик я ложусь, в общем нет каких у нас отношение, вечером любовь так себе и в 24 спать. Звонила сестре люблю.

83279

IFCD001333



21.04.01 суб:

22.04.01 воскр:

IFCD001334

83280



Ex. 81 pg.434 of 436

IFCD001335



83282

83283

IFCD001337