Diary of Natalya Solovyeva English translation

[Text on margins] 08.17.00 . Thursday. Registered for Medical food stamps and welfare for Nastya.

I woke up from the alarm clock at 6:30 in the morning, started packing, I want to sleep, but can't. Anka came by at 7:40 and we went. I left Jura to watch Nastya. He fed her and changed the diaper. So, this is what we have: Anka has to go to a different address and I have to go to Wilshere 2801 [illegible] I can do. We were sitting there from 9 till 10:30, we were lucky that there were Armenian workers and they spoke Russian and they did everything fast for us, that is without standing in line. But when they started to register, I have a student visa and neither I nor my child have a social. In short, I have nothing, only questions and problems. As a result, they registered me, took my fingerprints and we went home. Anka got a $25 ticket, I had to pay her half 13. We went home at 11:00, Jura is doing business with Rubin. Anka left and they left at 11:30, I ate and started to call. We ordered a stroller with Mariana on internet for $253, it will arrive in 10 days. I asked Skirma about my photos, didn't take yet. And the most important I called Romka to found out about my student visa. As a result, for immigration I am staying as an illegal, which is very important to me, that I made a mistake, when I registered at a government program, that I am messing up myself.  I am not enlisted in a computer college any longer, all of that was fake. In brief, they will be checking and digging now, I will be caught. My God, I am so afraid, please save me. In addition, Romka doesn't understand why Jurka doesn't want to put his name on a paper, that he is father of the child.

IFCD001338

Let him talk to him. I am upset about my visa, about my status. I want to do better, but it turns out to be worse. God, please help me. Anka-X called. It turns out there is a Western Union in Khabarovsk, I have to go and find out and send money home. Rima called, we talk about nothing and not long. Then I talked with Anka-R, she will find out from some of her acquaintances and I will probably cancel, I will refuse any programs because I am afraid. Romka has to find out from that man, who made the visa, what should I do and why don't I have a social security yet. Tomorrow I will call them and I will probably be getting an insurance for Nastya, that needs to be paid, because you cannot joke with Government, and like they say, this can all backfire maybe not now but later. God, what should I do, and Jurka's not here, to advise and calm down. And about my visa, I am shocked, if I win a green card, what should I do, it turns out I am a complete illegal. God, save me. And where is my sister, please save and protect her. When will these troubles end and I will start living like a human being legally, without fear, having money, parents and a sister with me. God, when, please help me, why everything is not like other people have it.

IFCD001339

As a result, I cried enough and worried. Now I am waiting for an answer from them and 90% sure it won't be a good one.

I fed Nastya at 13:00 and we went to sleep. Jurka came in daytime, about two o'clock, drank coffee and went to a "Met", Nastya and I are sleeping, it is very hot during the day. I got up at 16:00, gave her food, prepared food for her, wrote in the notebook. I called Mashka, she couldn't come to me for a visit, maybe on Saturday, it will be clear. Maybe she didn't do anything considerable. I called Jurka at 19:00. It turns out he is at an office working together with Romka. Anya-R called, we talked for the whole hour about our men. Oksana, a waitress from "Buenro Stars" is calling Romka time-to-time. Then I made plov, fed Nastya, called Jurka at 20:30, he came home in an hour, at 21:30, took shower, ate. I am also going to take shower later. At 23:00 I am bathing Nastya, gave her food and she slept a little. We have a quiet hour, after Jurka fell asleep, and I was dealing with the baby. From 1:30 am till 4:00 am she wouldn't let me sleep. She is screaming when laying down and in hands, something is hurting, and I am mad because I want to sleep, I almost killed her. Also, my nose is stuffed, I took Fervex from cold and at 4 o'clock we went to sleep.

IFCD001340

Ex. 82 pg.3 of 436

[Text on margins] 08.18.00 Friday

I was feeding her in the morning and I didn't sleep enough, she didn't let me. In the morning Jurka went to sleep to the other room till 11, then he got up and did his chores. I woke up at 12 and had breakfast, then fed the baby. Jurka left at 12:40, first to [illegible, could be "Vez"] and then to the office. Romka came to him again to work, by the way he works for $8 cash an hour, Jurka is the one who pays him. Anya-R called, she wanted me to come to her, but unfortunately, I don't want to, I want to sleep. And Romka probably won't find out about my visa today and Anka didn't say yet. I called Skirma and asked her to call and to put a Stop on all state programs, I want them to erase me from all computers, to destroy all files. [Text on margins: I even gave fingerprint of two pointing fingers]. She will call me back and explain everything. Masha called and told me that the party was postponed to September 3rd – this is Sunday, she needs to take a day off from work and watch Nastya. Jurka dropped by home at 13:00 for a minute and left again. I fed the baby, had some tea from cold and went to sleep. Anya-Khab. called to find out how I was. I feel sick, we slept all day, waking up to eat. It is humid at home, hot, and air conditioner is on, if it wasn't working, we'd be done. We woke up at 20, I ate, then I fed her, took her out to the balcony. I called Jurka at 20:40 and he was still working. I am at home, I called Zayats.

IFCD001341

Ex. 82 pg.4 of 436

We talked with her for 45 minutes about how they went to the sea, what and how, who is sleeping with whom, all guys are cheating on their wives. The Chernishevs are having a huge renovation, Euro style. It's already 22:30, Jurka is still not home, I called him, they are working late, he came at 23:30, I bathed Nastya and fed her. Jura left to Bella's to clean the aquarium, came back at 24:30. He ate, showered, then a light m. and went to sleep, but unfortunately Nastya doesn't let him, he went to the other room, and me and her were struggling till 3:30.

[Text on margins: 08.19.00. Saturday]

I fed her at 9 in the morning, and we got up at 10:30, Jurka called Jura, they agreed to meet in daytime. At 11 o'clock Aliona-Ain called, they opened today and are waiting for us. Jura went to Smart Final and spent $100 (napkins, oil, etc.) I got ready, at 12:30 fed Nastya and at 13:00 we were already at their place. We spent lots of money. We bought pants and razor blade for Jurka, winter [illegible] for Nastya, knives for home and he bought a coffee maker for work and a polisher. Jura came there to see. And then they left together for dinner and they didn't even ask me if I want, they don't care about me at all. Nastya was misbehaving all day, she doesn't sleep well and her eating schedule is off. I sat there, asked Aliona to find out, I received two letters today, one from UCLA they are sending a bill for the sum of [illegible] her stay in Hospital, my Medical doesn't pay.

IFCD001342

Ex. 82 pg.5 of 436

That means I have to find out everything and clarify now. This got moved to Monday. And second, from Welfare program, I will also find out on Monday and I will refuse. I called Jura, asking why didn't he ask me if I was hungry or not, he said that they are having a business dinner, a moron with no care or attention. Romka came to the store, he is helping Jurka again today for money. I called Anka – R., Jura will take me to her now. He bought a perfume for Jura from Aliona, he asked him (for someone's birthday). I don't know if it is true. I still believe, but I have doubts. I wanted to pluck eyebrows [illegible], before I calmed Nastya down, they closed. I got to Anka's at 17:30, I had small salad with her, some tea, we fed our babies. We watched some TV, she was telling me about another fight they had, and about their lives in general. I called Jura at 21, they will be working till 23, we wanted to come with him but it didn't work out. Jura came by at 23 and we went home. At home we ate, I bathed my baby, fed her and put her in bed at 11:00 pm. I drank some tea from cold and went to sleep.

! P.S. Aliona left her black shoes (I wore them twice), with small heels, square nose. The price was $128+tax, I don't know how much she wants for them, we'll see.

IFCD001343

Ex. 82 pg.6 of 436

[Text on margins: 08.20.00 [illegible] Aliona – UCLA [illegible] Welfare [illegible] Larisa – UCLA. Masha tomorrow doctor. Call tomorrow on Monday]

I woke Nastya up at 5:00 am, gave her food, and then fed her again at 9:30 and we got up, getting ready to go to Mexican farmer's market. There I bought different small diapers for $18. I met Anka's mom. Then we dropped by [illegible, could be "70NS"] I spent $60 and all of these from stroller money. Then home, Jurka went straight to the office at 13:00, he has a meeting with Jura, and to work. I fed the baby at home, and started doing house chores. Aliona called, nothing major. I wiped down the dust, everywhere. Washed baby's clothes. Andrey called, he drove to him, he wanted to invite him to sauna. I called Jurka somewhere around 15:00, he wasn't answering, as it turns out later, he forgot his phone in a car. Andrey came by, took a drill not for long. I called Jurka, asked him how long, to invite guests. I called Robka, invited him with Skirma and Masha with Zhanik. I made Olivier salad. Mom called, I learnt how to make stuffed peppers, found out about Anka, she didn't turn up yet, God, help and save, have mercy. Jurka came home at 18:00 all in paint, he washed it off with kerosine and went to shower. Then he called Robka, talked to him, and then went to SMART FINAL for [illegible] and beer and spent $60.

IFCD001344

Ex. 82 pg.7 of 436

So, [illegible]

For this food, this is a nightmare! I cooked, potatoes. Anka – R called, to find out what's going on. Romka went to Jurka's office to work about 18:00 and stayed alone. <u>Also Romka set me up with Anka,</u> yesterday when he came to the store, I was calling Anka, he is yelling that he is not here. Well I kept my silence, that he wasn't there, and in the evening I didn't say anything to her. But he went ahead and told her everything himself. As a result, I turned out to be a fool. This will not happen again, screw them all. Jura called Andrey, invited him to us, but he will most likely not come. <u>Skirma called, finally she took my photos. Jurka started to fry [illegible] in a deep-fryer.</u> I fed the baby and left her sleeping in a balcony. I made 2 salads and cut the salami. Jura called, he wanted to have dinner with my Jura, he went to the office, but he wasn't there. At 20:30 Masha and Zhanik came, with their beer, strawberries and fish. Me and Masha cooked some more. Skirma called, she cannot come, she has lots of people, and Robka already went, but she forgot to give him my photos. He came at 21:30, we already sat by the table, there was so much food, at the end it was all waste of money, Jurka got mad. We sat down and ate, I had some beer and I already wanted to sleep. Robka brought vodka and Jurka was drinking beer with vodka, he got drunk really fast and acted horribly.

IFCD001345

Ex. 82 pg.8 of 436

Robka also brought flowers and a toy for a baby. Masha and I were dealing with baby, feeding her. She watched my labor. At 23:00 we bathed her and I fed her. Men were sitting, drinking and talking. Masha and Zhanik left at 24:30, Jura was in fighting spirit today, he wants to fight with someone. I cleaned all the leftover food and around 1:40 Robka went to sleep, and Jurka was trying to go out into the street to find his adventures, and I didn't let him, he went to sleep right away. I fed the baby at 2 in the morning, had trouble putting her to sleep, did my writing, prepared her mixtures and at 3:40 went to sleep.

! P.S. Today Jura told me that him and Jura are going to Jamaica to his girlfriend's store to install an aquarium, but the fact that I also want to go very much doesn't matter. I don't have document to do and that is all. But he will go to sleep around. Somewhere around the new year. We had a talk about this with Robka, who or what is in and what is out in sex. Like they used to cheat before, they will continue to cheat. Assholes. He also mentioned some disco that they are trying to get av stakes in. Robka stayed overnight with us and Skirma never showed up.

IFCD001346

[Text on margins: 08.21.00 Monday]

At 8:00 in the morning I fed the baby. Robka also woke up and came to us, woke Jura up, he made him coffee and back to bed. He left and we went back to sleep. Skirma called to find out where's is Tomka at 9 in the morning. Then at 12:00 Leshka F. called, he agreed to visit us tomorrow. At 12:30 I fed the baby and gave soup to Jurka, he has a light hangover. Then we watched TV, I gave him light [illegible], Jurka called him, they have a meeting at 17:00. They are going to Mark about their documents. I called Skirma and asked her to find out about the UCLA about the bill, first Aliona called, she is at home today, the records are at the store. Skirma couldn't find out anything [illegible]. I called medical, no one is answering the phone. We must do something. Romka didn't clarify any of my questions. I called Larisa, I wanted to know if she got the bill from UCLA, but she was busy. Jurka left at 16:15, I started to wash floors, everywhere, cleaned, then I went to a shower. At 18:00 Mariana came, she brought a blanket for Nastya and some other stuff. She told me that today they already shipped the stroller. Now it is 18:30, I will be feeding a baby soon, I have a headache. At 19:00 I fed Nastya and Jurka just got here and we were at home. We watched TV. I also washed baby's clothes, we had dinner and in fact we were all home. [Text on margins:! My periods started]. Today I was bleeding again, maybe it is my periods.

IFCD001347

Ex. 82 pg.10 of 436

At 22:00 I bathed the baby, fed her and put her to sleep. Light [illegible, could be "m"] and went to sleep about 24:00.

P.S. I called Masha, she cannot come to me tomorrow at 11:30, we will postpone till next time.

[Text on margins: 08.22.00. Tuesday]

At 4 am I fed her, <u>she has a bad running nose, she is snorting, nose is all stuffed up, she might be sick, please anything but this.</u> Then at 9 getting up and coffee time and Jura is also getting ready and going to the office, someone is waiting for him there, they brought a bar, we need to unload. I fed her and put her to sleep, then I ate myself and started to call everyone. I have an appointment in Medical today with a baby, but I didn't go and phones are not answering there. Then I <u>called Masha</u> to call me back. <u>Then with Vitaly</u> I talked about the bill. He said to show Yashary, and about the nose he said I should use nose drops "Ocean". <u>I called "Skirma", I talked to Robert</u>, they will be here in daytime, maybe they'll drop by here, I don't know yet. <u>I called</u> to postpone a meeting with <u>Yashary</u> till tomorrow, he can't, maybe try to get to him today at 16:00. <u>I called Olya, she is not home. Leshka – he will come at 14:00</u> to us, he will bring photos. <u>I called Aliona</u>, nothing new, and <u>same with Veronika.</u> I ironed kids clothes at 11:30. Jurka came, he had coffee and left soon.

IFCD001348

[Text on margins: Nastya has a fever today, $37^0C$ and runny nose. Tomorrow I will call a doctor.]

I looked at magazines, at 15:00 fed the baby. Jurka came by at 13:00, forgot the check book and went to a bank.  He came back soon and we waited for Mishka. Masha called me at 11:45, we agreed to go to the doctor. Jurka was at home, <u>Lesha came at 14:50, brought photos,</u> great. Masha called me, she is waiting for me, we all went out at 15:40, picked her up and Jurka dropped us off at the doctor's office, and he went to his office to work. <u>Everything was OK at a doctor's, I gave him one of Nastya's photos, he gave me birth control pills for three months</u> and then a pap-smear to check for cancer.  I have [illegible] he felt and it was painful. I wanted to ask him about the bill from UCLA, he said to ask them directly. Now I can have sex, but after two weeks after I start taking pills, not allowing him to come inside me, pills need time to start working. At 17:00 Zhanik picked us up from hospital and we went to visit him, at 17:30 I fed her and we were having fun there till 20:40. I had a glass of wine "Kindzmaraul" I missed it so much, very tasty and good wine. They had other guests, we stayed a little. At 20 I fed her before we left. I took our video cassettes from Mashka. And she took me home. On the way home we were talking about our men, that they cheat and sleep around as usual and we also want that.

IFCD001349

Ex. 82 pg.12 of 436

I got home at 21:20, Masha left right away, Jurka's not here, I called him, he will come soon. I called Romka, finding out about my visa will be postponed till Monday. At 22:30 Jura came, his back hurts again, he worked hard today, didn't allow it to heal and it hurts again as a result. We ate shrimp. At 23:00 I bathed my girl (although it wasn't necessary) fed her. I rubbed Jurka's back and he went to bed at 1 at night, he has to get up early in the morning, and I made food for a little one, did my writing and at 2 o'clock also went to sleep.

P.S. Skirma still didn't come today. And Nastya is definitely growing, she outgrew several of her onesies.

[Text on margins: 08.23.00 Wednesday]

I fed her at 5 am, and then 9 in the morning. Jura got up at 8, he has a backache, at 9 he went to [illegible], he has "Met" in in his plans for today. Then I went to bed till 12 noon. I called Masha, she will come to me. I fed Nastya and prepared her to go out. I ate some porridge, then Aliona called me, Skirma she has to find out about UCLA. Masha came at 14:15, then she watched, learned how to handle Nastya and before we went out, we, I mean she fed her. We went to refuse Welfare, but unfortunately they are working from 15:00 till 7:00. We got there at 15:35, that was disappointing, and we went back home. We went by, I bought table cloths for $5.

IFCD001350

Ex. 82 pg.13 of 436

Then to Western Union, I found out that yes, there is a department in Khabarovsk, so I'll send tomorrow. We came home at 16:00. I prepared food, fed Nastya. I couldn't find out about photos. Everything today is backwards. I called Jura, he is in "Vez" trying to get money. Masha left at 18:00 and Jura came back soon, ate and installed new equipment. He bought a CD player, only for big ones, like vinyl, for $100. Jura called him, they will meet at an office, Romka is working with him. He left at 19:20, I fed the baby. She is not sleeping well today during the day. Veronika called, Anka-R. I called Lekha – Medv. about the tape player for converting into another system for Russia, he doesn't have it any longer, so I have to go to another place and pay for it. I washed baby clothes. I called mom, Anka showed up finally, everything seems to be ok. I will send my mom money tomorrow, Manka came to visit, she is leaving for St. Petersburg on August 28 to study. Nastya laid on a balcony a little. Jurka came at 21:30 for 5 minutes, brought photos from Jura, when I was still pregnant. And he went to "Met" to paint a picture for aquarium. He left at 21:40, and it is unknown when he came back, most likely late. Mom told me today to watch him, so that he doesn't cheat, but how can I stop him. Skirma called, she also was unable to find out anything, it's a total disappointment.

IFCD001351

At 13:22 I fed Nastya, she pooped. I didn't bathe her, just washed her butt. I managed to put her to sleep with difficulty, made my writings, it's 24:00 now and I am going to wash up and sleep. I don't know when Jurka will come.

P.S. Masha was saying that she was an egg donor and it cost her $3500, but now it is $5000. I want to make money, but I am worried if I can get pregnant after, as many times as I want. But that's ok, it is for future. I got a "TV card" today, but it seems not to be working again. Jurka came at 2:20, I just went to bed. But I fed the baby at 1, I just put her to sleep, prepared mixtures and went to sleep. Jurka came very tired, he was all over the place today. Light m. and I went to sleep, he went to eat, he could sleep, he has a lot of "porridge" in his head.

[Text on margins: 08.[illegible].00 Thursday]

We were eating at 9:30 in the morning, I slept for 8 hours already. But this happens rarely. Then we all woke up at 11:00, I made a rice porridge with milk, then I fed her. Jura went to Marik at 11:30. Our card doesn't work again. Anya [illegible] called, I want to offer her shoes, she might buy them from me, she said she will call back. Veronica called, I made an appointment with Jura for September 7 and we will all go together with her to him. I called a pediatrician, Nastya has a fever of 37ºC, she said to use nose drops, but nothing serious yet.

IFCD001352

I called Skirma, she is busy and my issues remain unresolved. I called about Welfare. Anait told her to stop, she will put in a computer that I am working full time, but Skirma said that this is also bad. I asked maybe Aliona can call UCLA , but she didn't call back, so that means silence. Mariana called, she looked up the information that the stroller will come only on August 29, not earlier. Jura came at 13:00 and went to "Metel" to finish the paining. And came home at 16:30, we ate, then he watched the movie, and I was carrying Nastya in my hands, she cries all the time and doesn't sleep well. Now it is 18:30 and I will send money to mom.

[Text on margins: I sent money to mom]

I went, sent $100 to mom, finally, something, some help. I bought nose drops for Nastya and went home. Jura gathered and at 19:00 went to "Met". I am feeding the baby, I called mom, gave her details, later I will call back and find out.

[Text on margins: Nastya's SS came]

I put Nastya to sleep and at 20:00 I started to do laundry, she slept in a balcony not for long. Jura came at 20:40 and was doing everything at home, it smells like paint. Nastya's been crying all day and doesn't sleep well. Also, a good news, Nastya's Social Security came! 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. When mine comes is unknown. We were at home in the evening, I finished laundry at 22:30.

IFCD001353

Ex. 82 pg.16 of 436

At 22:00 I was fed and bathed her and put her to sleep, but she isn't sleeping, she is laying and looking at toys. Jura made French fries and shrimp in a deep fryer, very tasty. We were watching TV, laser discs, Pink Floyds concert. We went to sleep at 24:00, I took pills. P.S. mom called, everything is OK, she received money.

[Text on margins: 08.25.00 Friday]

I fed her at 4 and at 7 in the morning. I got up at 10:30, Jurka went to Romka at that time to hotels, Romka is finishing tiles today. At 11:00 I fed Nastya, ate myself. I called Alena, today she found out about UCLA, they have my account under zeros, I don't owe them anything. I called Skirma, she is not there. I called Masha, we talked. I pickled cabbage – with hot salty water and made half-pickled cucumber. Jura came at 14:00, I just finished feeding Nastya. He was dealing with his stuff, making lights for aquarium. I made stuffed peppers with potatoes. Veronika called, talked about nothing. Jurka ate and at 16:20 went to "Mat", and I stayed at home, I want to sleep, maybe I will succeed, I don't know. Anya-R called, also about nothing. I fed the baby at 18:00 and bathed her, because when she burped, she soiled everything. I put her to sled in a balcony. At 19:00 Jura came and we watched a French movie, "Nikita". Nastya slept a long time till 21:30, then fed again and went to sleep.

IFCD001354

Jura just left for "Mat" to paint the picture. Jura called him, they are going to shoot on Sunday morning. I already went through clothes, some of them are too small, there are also some that we have never wore, that's how much Nastya is growing. To shower and at 24:30 to bed, Jurka's not here, still painting. He came 2 o'clock in the morning, took shower, came into my bed, a quick m. and went to sleep.

[Text on margins: 08.28.00 Saturday]

At 3 in the morning and again at 7 in the morning, I didn't get much sleep. I woke up at 10, we are going to the store. At 11:00 I fed Nastya and we went. I spent $40 all from the stroller money, we came home at 12, Jura went to Home Depot right away and to the office, I am at home, put her to sleep. I started ironing, but Nastya didn't allow me, I washed baby clothes. Jura came at 13:30, ate dinner and went to "Met" at 14:30, I fed the baby.

[Text on margins: My SS denied!]

Rosa, an Armenian, called. Nothing significant. Today I got a denial from SS for myself, that's the whole story. I called Romka, on Monday I will find out what is going on. I called Skirma, Veronika. Nastya is not sleeping during the day, she has a fever 37.2ºC – 98.8ºF this is still normal. I put her to sleep at 18:30 and I want to sleep. I called Aliona, for "Met" they put away the "food processors" for kitchen. I called Jurka, he works there.

IFCD001355

Ex. 82 pg.18 of 436

Jura came at 22: [illegible] he is not letting her live her life. He had dinner and we watched TV. Nastya had a bath at 21:00, ate and we went to bed till 4 in the morning. We went to bed at one in the morning, we were still talking in bed, I rubbed his back and we went to sleep.

[Text on margins: 08.27.00 Sunday]

Jura got up at 8 and 8:30, so by 9:00 he went to Jura, and from there to a shooting range. Me and Nastya slept till 11:30, I had breakfast, then at 12:00 fed the baby. Romka called, he was looking for Jurka. I prepared a pastry with [illegible], put the picked vegetables in fridge. Mom called, Ira Blokhina came to visit her together with her daughter Darya. Veronika called me, usual questions. I called Jura at 14:00, he is somewhere in the gun exhibition with Jura, then they'll go to his house, then to the office and then home. But he called me at 16:30 and offered to go to the ocean with Robka and Skirma. I started to get ready, washed my hair, nothing to wear. And Nastya wouldn't let me get ready, I fed her at 18 and then at 19:20 before we left. They came at 18:45, I was just feeding, I picked her up and we went. We took pictures there, ate, I put Nastya in a stroller from Thomas. They were sitting and talking about the restaurant, about the share, someone is getting out of business and is selling his share and Jura seems to want to buy it.

IFCD001356

[illegible]

At 22:00 we went home, I wanted to take my photos from Skirma, but unfortunately they are nowhere to be found, she doesn't know where she put them. For two weeks she was taking them to Costco, and now I'll be taking them from her for 2 weeks, such carelessness and inaccuracy, in everything perhaps? We dropped Jura off at the office and we came back at 23:00, Jurka went to bed right away, he was very tired, I prepared food for Nastya, by the way she is still sleeping from the ocean. I went to sleep at one in the morning.

[Text on margins: I started taking birth control pills]

P.S. Today I started taking birth control pills at 22:00.

[Text on margins: 08.28.00 Monday]

At night, I mean in the morning at 6 is feeding time, then at 11:00, Jurka got up at 10:20 and at 11:20 he got ready and went to "Met" to install aquarium, fill with water. I called Romka to remind about my visa and at 17:00 he is meeting with a dude. At 11:30 a stroller came by UPS, so I started to assemble. Meanwhile I washed baby's clothes, and in I put all sheets from stroller in a big machine and also washed. I fed at 13 and again at 15:30, I was dealing with stroller all day. Marianna called, I am going to visit her in the evening. At 16:30 Romka came, took all documents and went to talk to those men. Anya-R called, we talked about nothing. Romka came at 18:00 and told me bad news.

IFCD001357

Ex. 82 pg.20 of 436

<u>That I am one of the unlucky ones,</u> someone got caught, that was doing my documents, and as a result I cannot show up anywhere in Los Angeles, only if I go to another city or state.

[Text on margins: disappointment with SS documents]

Gosh, why am I so unlucky. Please help me and save me God. [illegible] So now, I mean on Thursday, Romka will go to him and everything will be clear, what to do, where to go, which city to go to, where to get SS and where am I studying as a result. I called Skirma and told her about my bad news, then I chatted with Masha. I ironed clothes, baby was sleeping on a balcony in a stroller, then I bathed her, and then went to sleep again, at 21:00 I fed her and to the balcony. I called Jura, he is still in "Met", or maybe not, at least he is telling me that he works there. I was waiting for him all evening to take money for stroller and to go to Mariana, but he is still not here, I am calling him and he is not answering his phone, he showed up at 22:20, bought laser CDs, but for my needs there is never any money. I called Roma and agreed to meet with her tomorrow. I am mad at Jura, I told him that since I met him, it's all disappointment, he shouldn't get upset, but he got upset, but this is true. I am unlucky in everything, he pays no attention to me, only cares about himself.

IFCD001358

Not at [illegible] he is waiting for Leshka to come visit, I am so sick and tired of all of these, that's it, now I am putting Nastya to sleep and I will go to sleep myself. Let them sit and watch movies. Mariana called, I apologized that I didn't see her today, Jura broke the whole [illegible]. I put the baby to sleep and took shower, then Jurka. Leshka came at 24:30, they were sitting and talking, Jurka sold a handgun to him, but whose and where did it come from, I don't know. I went to sleep, at 2 in the morning Nastya woke up, they just left, and I fed the baby, then a quick m. and to bed, at 3 in the morning.

! It was raining in the morning and cloudy all day.

[Text on margins: 08.29.00 Tuesday]

She woke me up at 5 in the morning, I got up and ate and back to sleep, and at 8:30 I fed her and put her to sleep. After I woke up at 11, Jura is going to the office at 11:30. I am feeding the baby at home and I started cleaning. I ironed the clothes, wiped the dust off. Rima called, because the weather is not very nice, I probably will not go walking with her. I fed Nastya at 13:00, put her in bed and continued, I mopped balcony floors, stairs, and everywhere in the kitchen, a room. At 16 I fed her again and moved her to the living room, and cleaned the bedroom. Anya-R called, nothing interesting, I called Mariana, I asked her to find out about garage sales.

IFCD001359

Ex. 82 pg.22 of 436

I need children's furniture. I called [illegible]. She is working so I didn't talk to her, but with Denis. I finished cleaning at 18:00, took shower, then I fed the baby, we gathered and went out for a walk at 19:30 for the first time in a stroller. Jura called during the day, somewhere around 16:00 , he is with Leshka, helping him with telephone, he also got himself a new cell-phone, that means he understood that his was old. I called him before going out, he was at "Met", Romka was also there, we are going to ROSS, I bought blankets there, Halloween socks and two towels for $15. Then I went to Robert Cusin, Sergey wasn't there, he has a birthday and I went home. I came at 21:40, Romka is here, he just came. I bathed the baby, fed her at 22 and Jura went to Jura for documents, and he came back at 24:00, and then he watched TV. I wrote, Nastya fell asleep at 23:00. I am going to shower and then to sleep, it is 1:30 in the morning. We went to sleep at 2:00 in the morning.

! P.S. Jurka changed and bought himself a cell-phone.


[Text on margins: 08.30.00 Wednesday]

At night, I mean in the morning at 6:30 I fed and went back to sleep. Then again at 10, and Jurka went to hostels for Bella's fish at Metelitsa and so on. I slept till 11, then watched a video, Skirma called, at 13:00 I fed the baby and did nothing. Jura came in daytime and talked to Mishka about "Vesuvius" and left around 14:30. In the evening I decided to clean the wardrobe, I threw away few boxes.

IFCD001360

Ex. 82 pg.23 of 436

I looked in the bag again and there is a new thing in there that I don't remember. I called Skirma, and talked to her. Also, papers came from Welfare with notification of denial. I called Leshka and asked him to buy a camera film at Costco. I called Alyona and congratulated her daughter with birthday. I called Anka Rom and we agreed to meet tomorrow. I also tried to order a dress and pajamas from Victoria's Secret magazine. Jurka came in the evening at 20:30, I just fed Nastya and we were at home, he was chatting with Robka, he invited us to the ocean for his birthday. I called Tigran to Vegax, to find out about the address, he doesn't mind, and then to Dima in San Francisco, also if it is needed. At 21:00 I bathed the baby, at home she can't sleep at 24:40. I took shower and went to bed at one in the morning, very, very tired. TV card is not working again, and Jurka still trying to figure out the renovation issues for Jura's home of 8 apartments. At one in the morning I fed the baby and went to sleep.

[Text on margins: 08.31.00 Thursday]

Feeding at 6 in the morning, then at 10:00, Jurka left at 9:30 for Vesuvius, Met, Jura's stuff, today he is busy. I came at 11, washed my hair, curled it and stayed at home.

IFCD001361

Ex. 82 pg.24 of 436

At 13:00 I fed and went to sleep. I called Anka-R, I am going to see her today to check out the dress. Romka called and said my documents will be ready on Tuesday, already changed into Las Vegas. On Wednesday the 6th we will go there. Alyona called, she also is waiting for me, she brought couple of dresses to try on. I cooked a pea soup with sausages. Jura came at 14:20, we ate. Romka called and said that they will not go to Robka's birthday, he can't, then Jura called him and said no, agreed to meet for Sunday to go to "Versailles" all together. As a result we are going at 15:00, first we went to "Vez". He wanted to take money, but again he was disappointed and after he took me to Alyona's store. Romka called, now he can and wants to go to Robka's birthday. Basically he played the "daisy game" – I want, I don't want. Now Jura doesn't want at all, he dropped me off, and he went to do his chores. I fed at 16:00 and looked at shoes, they are nice and not expensive, but I don't even have that. I had my brows plucked $17, did only manicure #13 and so on. Jurka came at 17:00, but I haven't started to do my manicure yet, he is rushing, he doesn't have time to wait for me, I am so tired of all these. I need a car ASAP, or I will go crazy, I am a human being and I need to get around somehow to do my business and meet people. I tried the dress, nothing fits and we left at 17:50. He again went to take care of this work, and no consideration for me, asshole.

IFCD001362

Ex. 82 pg.25 of 436

I am so tired of that. He didn't take me to Anya-R, instead we went to Sergey, Olya. It turns out he decided to record songs for himself, he will be singing at a restaurant on Sunday, and the fact that I have nothing to wear, he could care less. There I fed the baby at 19, we sat down and chatted, she might be hinting which of her clothes belong to me, but she didn't get it. Romka and Anka are going to the ocean, and they will not be waiting for me. Basically, everyone let me down today and we are going home. I am mad at him and he is mad at me and my dresses. I bathed Nastya at 21:00, fed her and put her to sleep. And I watched a movie, and then I fried the potatoes and shrimp in a fryer. At 24 we went to sleep.

! Today for the first time we tried to fuck, but it hurt me. As a result, we did a quick BJ.

[Text on margins: 09.01.00 Friday]

At 3 in the morning, then again at 8 feeding time. And then at 12. Jura woke up and around 10:00 he went to clean in "Golden F", came home and left again somewhere to "Met", or somewhere else. Anya-R called, we talked about yesterday and decided that I will go to her house. I boiled potatoes. Around 13:30 Jura came and we had dinner, I got ready and we went to Anka.

IFCD001363

Ex. 82 pg.26 of 436

When he was unloading us from a car, he got mad and threw the stroller, didn't give money, he is not going to pick me up. He is upset that I became friends with Anna, this is driving him crazy and we are fighting about that. Basically, I was yelling at him. He said again that he will throw away the stroller and this drove me crazy. God, I am ready to kill him for that, he only thinks about himself, he only does what is good for him, whatever is convenient, asshole!

[Text on margins: we got into a fight because of Anya and a dress]

He got mad, and left, I went to Anka and cried all day, why did I get such [illegible] "happiness". At 15:00 I fed Nastya, later we ate. I took a recipe from her on how to pickle a red fish. We ate, sat and talked, how unhappy I am from such relations, of such attention to me and to a baby. At 18:00 I fed the baby again and we went to a store. I called Olya, I found out where nearby is the Macy's, Anka took her kid to her parents and at 19:00 we went to the "mall". We tried lots of dresses there and nothing looked good, or quality wasn't there, or cut, but most importantly we are such "fat cows" and nothing fits. As a result, we rustled and didn't pick anything at 21:00 we went home. Nastya cried at the store, then we were looking for a car for a long time. We got home, I fed her and put her to sleep, she fell asleep around 23:00. I called Jurka, he is not at home, and I don't know where he is, cellphone is not answering.

IFCD001364

Ex. 82 pg.27 of 436

I called Olya to find out if he is at a restaurant, he is not, then called Andrey, but he is also not there, then Mishka – not there, and Robka with Skirma don't know, didn't see him. My tearrs just keep rolling down like a river, where is he, where is he wandering around, he could care less about me, he thinks Anya will drive me, but she purposefully didn't, and I am planning to stay overnight with them. I called home and left a message to pick me up and he called back at 23:30 and in 15 minutes he came and took me. We were silent during the ride home, also didn't speak at home, I put Nastya to bed, I looked at letters from Welfare that came, I need to translate tomorrow, I took shower and went to sleep around one. He watched TV a little bit and also went to sleep. I think he came home, as it turns out, took shower and only after that he called me. As it turned out the next day, he was working in the office till late.

P.S. Anka gave me her short black dress just in case.

[Text on margins: 09.02.00 Saturday]

Nastya woke up at 6 in the morning and then at 9:30, I fed her and I could sleep well. Again, I crawled up to Jurka first, we tried to fuck in the morning but ended up with BJ.

IFCD001365

Ex. 82 pg.28 of 436

We got up at 11:00, I made [illegible], he left for the store and went to Mishka and then he will come home. I wrote and not I have to feed her at 12 and get ready for the store. Jurka came at 12:20 and went to his office right away, to fix. I called about pedicure, at 13:00 I fed the baby and we went by foot behind Farfax to Sveta for a pedicure. Before we got there, I chafed my feet and got tired, we got there at 15:00, she slept on the way, but woke up there and cried. I got a pedicure for $15 +3 for tips, they took turns watching her, after I fed her there, left a bottle cover there. It turns out Sveta is also invited to the restaurant opening, but they are leaving and she knows my husband and that he installed an aquarium for them. Then we went home, I barely got there, I was very tired, we came home at 16:50 exhausted. I fed her at 17:30, I made a chicken in a fryer, I called Mariana, I want to ask her to come with me to the store for a dress. Anka – R called, she doesn't want to, Anka – X left her a message. I called Jura, he is at the office, will be home soon, but he got home probably at 20:30. Mariana called and we are going together, she took Andriusha with her. At 19:00 I just fed Nastya, I got ready at 19:40 and we went to "Loohman" which is after Beverly center store. Andriusha was watching the baby, and we were running around and looking, trying on dresses. As a result, I found a good dress and also bought sandals right there all for the sum of $200.

IFCD001366

Ex. 82 pg.29 of 436

And gave Mariana $203 for the stroller, I owe her $50. She brought me home at 21:40, Jurka was already home. Also she still recommends I will go on Welfare, and just got another letter – application, I have to ask her to translate. I fed Jurka, I made a vinaigrette then I bathed and fed Nastya at 22:00 and put her to sleep, she fell asleep only at 23:00. I went to take a shower, I am little bit calmer now that I have something to wear, we went to sleep at 24:30 and something like a quick BJ.

P.S. I didn't eat much today, this is what happens when you leave your home, but I still put on weight and my face, forehead most of all is covered in pimples, this is horrible.

[Text on margins: 09.03.00 Sunday]

At night, or at 6:30 in the morning I fed, then at 9 and I am already not asleep, I am thinking how me and Jura are going to live together, he woke up at 10:00 and I am going at 11:00 to ROSS to buy a belt, and he is watching Nastya. I spent $12 + bought her socks and I also went to 70NS for liners and then home. I came at 12:00, Jurka made a day-off for himself today, the only thing I asked him to go buy some diapers for Nastya. I fed her at 13 and put her to sleep, I called Alyona, Mashka, we agreed with her about what and how. I called Robert, Zhanik just came to him to solve his problems. Jura came at 14:00 and we were at home, I don't want to do anything. At 16:00 Jurka went to get Mashka and I began to do my laundry. They came at 17:00, my laundry was already done.

IFCD001367

I went into a shower and washed my hair, curled my hair and started to get ready. I fed at 17:20, Robka called, they were late and came at 19:30. I couldn't do my hair well, but the dress fits good. We came to a restaurant "Versailles" at 20:00, Jura gave a $1 golden coin as a gift. Mash is staying at home, watching Nastya. There were lots of people, they didn't finish the renovation, I met the hairdressers, Marina is her name, who was holding Nastya, she turns out to be Slava's wife, who is the former owner of "Met", now there is Dima and someone else. But there were also lots of wives, basically I didn't like it before, but then everyone left, fun is planned, they've been sitting since 17:00, but we are from 20:00. Olya, Sergey they were singing, I had a good chat with them, mother left with Vanya. I was calling Masha periodically all night. She is great, coping with her, her friend is calling her over there. I talked with Olya, then we took pictures for free, Robert got drunk again and talked nonsense, he bought me and Skirma roses, she seemed to be bored and she was tired after eating and wanted to go to sleep. Jurka was singing his songs, the aquarium turned out great, but the waterfall is getting lost in corner, it is invisible. Nastya is behaving well, I called at 24:00, she is sleeping already. We danced, I drank wine, we had fun and around 1:30 we went home, Mash is not sleeping yet.

IFCD001368

Ex. 82 pg.31 of 436

Robert and Skirma came in to our place to hang out, which I was very unhappy about. Robka got drunk again and was behaving like a pig, although no, a little better. Jura wasn't very drunk, but he wanted to stay a little longer with [illegible] and drink vodka, he would be done, thank God that we are in someone's car. I was sitting with Mashka, talking, they stayed a little and left. I took shower and we all went to sleep at 3 in the morning. Also, Jura's wife called, she has a birthday on September 4 (now it is a beginning of the day over there). P.S. Jura took $1750 from Dima and he still owes him $1250, that he borrowed.

[Text on margins: 09.04.00 Monday. Jurka has a light hangover and a quick BJ]

I woke up at 6:30 and fed her, she was freezing and I swaddled her in blanket, and then I got up at 9:30, when Mashka was getting ready to go to work, Jura drove her there. I had breakfast, I made food for Nastya at 10:40 fed her and I laid down, but not for long, Jura came back, I made a canned soup for him. He was at a store where Masha works, they only have men's clothes there, very cool and very cheap. We were at home all day, I want to sleep very much, we laid down and slept, at 14:00 I fed her again. Around this time Lesha – F came, he brought beer, Jura gave him $1150 for the handgun. I took $30 for myself. I gave him a camera film, to make photos again in Costco.

IFCD001369

They sat and watched TV, I was doing nothing, I called Mariana to ask her to translate a letter from Welfare, I will send her by fax tomorrow. Anya-X called, but I was bathing Nastya around that time. Leshka left at 16:00, I fed the baby and we all slept a little. I took Nastya out on a balcony. I fed her at 18:30, bathed her at 21:00 and put her to sleep. I wrote, Jura is sitting and watching TV. I went to take a shower at 22:00 and to bed. He came at 23:40 and we fell asleep.

[Text on margins: 09.05.00 Tuesday]

Nastya didn't let sleep today, woke me up at 3:00 to eat, then again at 6:30 and around 8:30 she was screaming, she couldn't sleep, she fell asleep in my arms. As a result, I am not sleeping. Jura got up at 9 and went to Luda's and Jura's to clean the aquarium at 10, maybe he went to the office as well. Then he went to Alyona's store for a fastener to put the tags back to the dress and return. I called Mariana to talk to her about Welfare and my student visa, and then about life and our husbands. Even Andrey didn't understand why Jura didn't take me to buy a dress, he doesn't get it or approve of it, but Jura doesn't care. I called Romka, he will find out after dinner. I called Ira to Vegas, we may see each other tomorrow and I would need her help.

IFCD001370

Ex. 82 pg.33 of 436

I called Veronica, Alena, Skirma – she is nowhere to be found. I called Mashka, she is in a class. I called mom, she gave me Anka's phone number, they spent money already! Of course, they live on 200 rubles, my God, what kind of life is this, there is no money to even take a picture and send me documents. Then I called work at [illegible] I spoke with Ira and Natasha – she is pregnant, 7 month already, that is great, good job.

[Text on margins: I bought the fastener from Alyona. Jura [illegible] and grumpy]

Jura came at 15:00 when I was talking on the phone with mom and again, he is pointing me on time, screw him. Also, mom told me to get rid of the ivy plant that Jura gave me and I did just that, I threw it out, because there will be no happiness and fun. I see that we are constantly fighting and fighting. Then he left, he washed a car and came back in 40 minutes, snacked and went to "Vez", to the bank to negotiate about car insurance, because they raised the prices way up.

[Text on margins: 140 round. I am scratching and scratching, maybe from pills]

I am at home, Nastya is crying, and I want to sleep, it's 16:20 now. AT 17:00 I fed the baby, Jurka came, I made food, then we gathered and went to the store to return the evening dress. Romka called, the documents are postponed till Thursday, that means Vegas trip is also postponed. At 19:00 I went to the store to find a dress, Jurka and Nastya stayed in a car. I picked a blouse with a skirt, silk blazer and sandals, everything for $160. I got back only $27.

IFCD001371

Ex. 82 pg.34 of 436

I came [illegible] to the car at 20:00 and I saw an unhappy look, he took me home and went to the office to paint something. I fed Nastya at 21:30 and we went for a walk in a stroller to Mariana, I lent her $50 and took a video camera, we chatted and went home. I came at 23:00, Nastya is not sleeping, and after about 5 minutes Jura came, went to a shower and made himself a sandwich, I went to shower myself, I need to bathe Nastya, feed her and put her to sleep. We bathed at 24:00, I fed her and put her to sleep. I went to sleep as well, relationship with Jura is not so great, we go to bed in silence.

[Text on margins: 09.06.00 Wednesday]

At 7:30 in the morning I fed Nastya, then at 11:00 in the morning, when I woke up, Jura wasn't there, he went to the office to continue renovation. I fed her, then I made blinis, ate. Veronika called, Jura's doctor's appointment on Thursday is cancelled, she can't. I am terribly lazy, I just want to sleep, I didn't do anything important. I fed the baby at 14:00 and we were at home. I got a catalog for $150 from "Fungerhat", I have to order something. I fed Nastya at 17:00, then I made soup and salad, I called Jura, he is working, Romka came to him, showed how to do [illegible] on a tile. I called Alyona, she'll bring tomorrow her toys and I will buy them for half price for Nastya.

IFCD001372

Ex. 82 pg.35 of 436

I took some pictures of her today. Anya – X called, we talked with her for about an hour. Jura came around 22:00, I just laid down to read a magazine. And everything started from this, I didn't run to greet him, didn't warm up his food, didn't hug him, and so on. He is very mad and we fight. I reminded him about the dress, he decided that we will not be going anywhere now, until we have more money and a car, because he is not planning on driving me around for dresses, what an asshole!

[Text on margins: again, I had a fight with him]

He will be driving alone, he could care less about me. He only thinks about himself. At the end we fought and now he is not talking to me, he is teaching me a lesson. I bathed the baby at 24:00, fed her and we went to bed at one in the morning, while being silent and not talking to each other. But everything is boiling inside me, I think not for long, I can't take this any longer and we will have to part ways not to ruin each other's nerves. I am sick of all of these. P.S. I told him about the Medical for a baby, he seems to be against it, said if it is necessary, we will go.

[Text on margins: 09.07.00 Thursday]

I fed her at 8 in the morning, she is a good girl, she's been sleeping at night more than 6 sometimes 8 hours. She can also hold her head up, she can see me, watching and following me.

IFCD001373

She is smiling and talking to herself something. Basically, she is growing and developing. I woke up at 11:00. Jura is not here, he left again without saying a word or kissing. I called him, he said he didn't want to bother me, I was sleeping peacefully. I had breakfast, and at 11:40 I fed the baby and started to do the house chores. I slept well more or less, Anya-R called, she may visit us tomorrow. I called Anat to Welfare about Medical, but she is on vacation, I have to call back on 18th. I ironed the clothes, at this time at 13:00 Jura came, ate soup, took information about the electrician and went again to the office, I asked him to drop by and to take toys for a baby, but most likely he won't be able to. I started to clean the apartment at 15:30, at 17:30 I fed the baby and after I finished around 19:30. Today we got the sneakers and weights for Jurka from Fengarhat. Romka called, he will take documents tomorrow and drop by. I called Mari, I found out that on Friday they have Social Service is not open, so everything is postponed till Tuesday. Today got really hot again. We went for a walk with Nastya at 20:00 to 99 cents, after I bought few small things, and I still have to buy more, but I don't have money. I called Jura before I left, to ask him to wait, to go together to the store.

IFCD001374

Nastya got hungry, we came at 21:00 just when Jura was leaving. We went to the 70NS together and then we were walking around the store together. We are talking little by little. We spent $90.00 and went home. I fed her at 21:40 right away, I started to make food. Jura went to Marik for TV card. At 24:00 Nastya fell asleep, we ate, hung out and watched TV. Jura wants to change his sneakers, they are too big for him, we have to take care of it tomorrow. I took shower and at one o'clock we went to sleep, I did a massage for him, we are talking now and around 1:40 we went to sleep.

[Text on margins: 09.08.00 Friday]

At 7:30 in the morning I fed the baby, she slept about 9 hours today. What a good girl. Then we woke up at 10:30, Jura gave me instruction to record movies for him. We are talking since morning; I had breakfast and did my writing. He will find out about aquariums; I mean to correct and he left at 11 to the office. I called him and asked him to go to Alyona for toys. We are home, Nastya slept till 12:30, she's been sleeping for 5 hours. I fed her at 13:00 and I am recording Jurka's movies today all day.

IFCD001375

Ex. 82 pg.38 of 436

Anya and Roma came at 15:00, he left later, and we hung out at home. I fed the baby at 16:30 and put her to sleep. <u>Leshka – F came, he brought photos and a film</u> for $24 and soon left, he also left $200 for cellphone. He registered it on Jurka's name, so that when the bill comes, we will pay it and I have to give him change + for photos. Romka came at 17:30, he didn't have time to take my documents, that's why it is postponed till tomorrow. They left and I am going for a walk with her, I called Jura and he will come soon. At 18:00 I went for a baby food and we came back at 19:00 and soon Jurka came around 19:20.

[Text on margins: I bought a horoscope newspaper]

I fed her, Jurka made food for himself, he fried shrimp. Then Skirma called, we talked for a long time. I bathed Nastya, I fed her little bit more at 21:40 and around 22:40 she fell asleep. We watched TV. Anya called Fengerhat and they agreed to exchange the sneakers for a different size. Shower at 23 and then to bed. Our love started with fuck-fuck and ended with BJ. And went to sleep at 24:40.

! P.S. Jura bought toys – carpet with hanging toys from Alyona for $25 + he bought a juicer for his office and something else.

[Text on margins: 09.09.00 Saturday]

From 7 in the morning till 11:30 I fed Nastya. His wife called in the morning. Jura got up at 10, I got up around 10:30, breakfast, he went to the office, I am home. I did nothing, washed children's clothes. At 14:00 I called Anya, Roma, I wanted to find out from him about my documents, if he took them or not.

IFCD001376

He was in shower, I talked with Anka, then he didn't call me back, he called Jura instead and complained that I am pressuring him and pressing him. Basically, he is telling me one thing and telling Jura the other thing, now he promised on Monday, we'll see? I recorded movies for Jurka, fixed my sandals. I fed Nastya at 15, and again at 17:00. Jura came at 18:00, I heated food for him and he watched boxing till 21:30. Dima called him – Veronika, Robka. Also, Lena from Khabarovsk called me today from Sveta Semenova, she's been here for three months already, I can contact her if anything. I didn't have time to take her phone number, my phone died, and he didn't call back, too bad!

! I bathed Nastya at 20, she couldn't sleep for a long time, she cried and cried. I was dealing with bills and papers in the evening. Then a quick BJ and at 24:00 we went to sleep.

[Text on margins: 09.10.00 Sunday]

At 6 in the morning, then again at 8:30 I fed the baby, she is crying a lot in the mornings and in the evenings. Jura's wife called, he talked to her. I got up at 10 in the morning, a quick BJ and he connected videos for me and at 10:30 he went to the office. I ironed clothes, Veronika called, I wanted to go to the beach with her. I fed the baby at 12:30 and I called mom, we talked with her.

IFCD001377

Ex. 82 pg.40 of 436

Then at 14:00 we went to 99 cents and I gathered lots of small trinkets there for $22, Nastya was behaving well, then I went and bought products at 70NS, I met Mishka there and went home. At 16:00 I fed the baby and then she could sleep well, crying and crying.

! I called Jura, we have a problem our car broke, they were going to Jura's new apartment and when they were going back on a freeway it broke. So, we didn't go to the ocean in the evening, I called Skirma and yelled at her. They towed the car and they went to Jura's at 19:00, he brought it to us, they ate. Today I made Lithuanian borsh at home and potatoes. It is unknown what they were doing during the day. They came at 20:00, Jura brought a rum cake from Jamaica, they had dinner, and then he left at 21:00, and we stayed at home. Nastya cried a lot, she couldn't calm down. I took her temperature, 99°F, it's 37.2°C our style. I called Olga, but she wasn't home, I didn't call a doctor, because we are going there again tomorrow. I carried her in my hands, she fell asleep. I called Larisa, talked to her. Then I recorded on video cassettes and went to bed at 24, Jura came home later.

IFCD001378

Ex. 82 pg.41 of 436

[Text on margins: 04.11.00 Mon.]

[illegible]

Nastya slept till 7 in the morning, I fed her and back to sleep. Jura called in the morning, Dima came, he went to pick him up at 10 and they left together to take care of their stuff.

[Text on margins: beginning of the school year]

First, I bought fish for aquarium, then they started to discuss where to take the car to fix it. I called him to find out what to do with doctor's appointment. Basically, we don't have a car and no one to borrow it from, so I postponed till Wednesday. I washed my hair, fed Nastya and at 12:30 and after at 13:00 I went to school.

[Text on margins: it is very hot today again, 100°F (40°C)]

It is very hot outside, when I got there, it is freezing from air conditioner. There are few people, today is [illegible], organization day. Nastya was behaving well, she even slept a little. I came home at 15:00, Jura was home, and they took the car to a shop to figure out what is wrong with it.

[Text on margins: Also I weigh 144 lbs.]

I fed her at 15:30, finally put her to sleep and Andrey came at that time with new [illegible]. They were sitting and drinking beer. I tidied up the closet. They left at [illegible]. Roma called and took papers for SS, he will bring them back later. Anya-R called, I talked to her fast, nothing important. We laid a little and I fed the baby at [illegible], and again at 21:30, around this time Robka and Skirma came. They hung out and drank, we talked with her, they didn't let my girl sleep, we watched birth, looked at pictures, and men drank vodka. At 23:00 Romka came, he brought papers, I looked at them thoroughly again and I have lots of questions and also there are some mistakes,

IFCD001379

Ex. 82 pg.42 of 436

I told this to Romka, but he doesn't care, it's not his papers, but mine. Skirma translated some for me. As a result, I almost had a fight with him. And Jura also started to argue with him, but Robka was just making fun and talking nonsense. Then he left, Robka and Jura went to [illegible] at 23:00 to buy more vodka, but without money. They stayed a little and left at 1:30. We went to sleep and baby also slept with us.

P.S. we found what was wrong with the car, it's an engine and will cost $2500, it sucks.

[Text on margins: 09.12.00 Tuesday]

I fed Nastya at 10:30 in the morning, I got up a little later, it's so hot in the morning 30°C. Jura's not feeling well, he has a light hangover. He called about his work, he also asked where to fix the car for cheap and he was also solving the renovation issued of Jura's home. I made him breakfast, then a quick BJ. I wrote down bills, today I am going to school at 13, Jura was home watching the baby girl.

[Text on margins: today it is terribly hot]

I did the test at school, on the way home, an Armenian guy gave me his business card and offered a job. I came home at 15:00, Jura fed Nastya at 13:30, and then I fed her at 15:30. I got an order from Victoria's Secret, a blazer and a dress. God, I am so fat and Jura is constantly telling me this and I feel even worse from this. He waited [illegible] till 16:00, they left for his stuff

IFCD001380

Ex. 82 pg.43 of 436

[illegible]

Unknown where, what and how. Mariana called m, then I called the doctor, to Jura, he wasn't there, I have to decide something about the birth control pills. Rima called, invited me over, she has a pool, also Veronika called, she also has but it is dirty. I fed the baby at 19:30 and I am going to visit Rima, I got there at 20:00, stayed a little, saw her son. We chatted and then she saw me off to La Brea, and I went home.  I came home at 10:00, Jura came at 22:30. I took shower, then I bathed her and fed her. Jura wasn't hungry, he ate at a restaurant, Leshka brought him back. In the evening he watched TV, I put the baby to sleep and went to sleep at 24:00, Jura came a little later.

P.S. Jura gave money for the car repair.

[Text on margins: 09.13.00 Wednesday]

I got up at 7:30 in the morning, got ready, ate, then fed Nastya at 8:30, prepared her food and went to school at 9 to do the remaining tests. Jura was at home, watching Nastya, and dealing with the car issues, he took it to the other shop for $1500. He also put a diaper on Nastya backwards, can you imagine. I took the test and came home at 11:00.

IFCD001381

Ex. 82 pg.44 of 436

I made a breakfast for Jurka, we ate, I got the baby ready at fed her at 12, Lekha came over at 12:05, we ate at 12:30 and went to a doctor Marina. Olya, Leshka's girlfriend stayed at our apartment, watching TV.

[Text on margins: 58 cm / 5,120 kg Visit to the doctor]

They dropped me and the baby off and went to pay for the car. At a doctor's office this, well the birth mark will grow till 4 months old, then we'll see. The head could be flat, if I don't put her on her side. The head circumference is 37cm? The height is 23 inches I think, and the weight is 11 pounds. So, everything is ok here. And they gave her three vaccines: from tetanus, meningitis, hepatitis and something else. She cried a little, they came to pick us up and take us home, on the way home we went to buy a baby TYLENOL, then went to 70NS for products and then home. They drank coffee and went to Vesuvius, it was Lesha, Olya, Jura. Jura cleaned their aquarium and took $200. They left at 14:30, I was just feeding Nastya. Then at 15:00 Romka came and sat and waited. They came at 15:40, Olya and Lesha left, they drank coffee and Romka took him home, as if to work at 16:30, then Lesha will take him from there again.

[Text on margins: I weigh 144 pounds, nightmare! 65 kg]

I am at home, it is very hot, I want to sleep, I called Jura's doctor, he is not home, postponed till tomorrow. Skirma called, we talked about nothing. I boiled a potato, and basically, I am at home.

IFCD001382

At 17:30 I fed Nastya, then I called Alyona [illegible] I chatted with her. Nastya stayed on a balcony little bit. At 20:30 I fed again, I called everyone that I could. [illegible], Lariska, Veronika, Olga to ask if it is ok to bathe after the vaccines, I forgot to ask a doctor. At the end I didn't bathe her, Jura called, they are going home, I have to prepare something. They came at 21:20, ate with Leshka, drank some beer, he left. Jura watched TV. I took shower and went to bed around 22:40, we already make love, he almost came inside me. Then to sleep, but he couldn't fall asleep for a long time and it is hot all night, we brought a fan, this is a nightmare, it is even hot at night. Nastya was behaving well, after the vaccination.

[Text on margins: 09.14.00 Thursday]

At 7:30 in the morning I fed the baby and went to sleep, till about 10:30, a plumber woke us up, he was fixing taps, sealing them with putty, so that the water doesn't leak to neighbors.  He was a Russian, Vova. Jura got up at 11:00, breakfast, I am going to school, and he has a meeting with Jura, as if for his house issues and perhaps to pick up the car?

He fed Nastya at 12:00 and we went together at 12:40, I went to school and he was waiting for Lekha to take him to the Valley.

IFCD001383

Ex. 82 pg.46 of 436

At school Nastya slept, I [illegible] at 14:00 we went home. But first I went to ROSS and bought [illegible] $5.99 + pants + baby toys and [illegible] as a result for $28.00. I came home at 16:30, fed Nastya, today we received a spoon from Gerber with a name. Olya called, left a message,

[Text on margins: today is the first day of [illegible]. Nastya ate only four times a day]

I boiled potatoes, washed few baby things and I am planning on going to ROSS again. Now it is 18 and Nastya is sleeping, I called Jura, he said he will come home soon. Nastya has a swelling on her foot (hip) after the injection, I called a doctor, it turns out it is normal. I called my sister Anka, everything is ok. Jura just came at that time around 19:00, I prepared food for him, washed his clothes. Skirma called, she found out information about the green card. Luba called, we just chatted. Jura went to Andrey's at 21:00, he took Jura's Jeep, took the estimate of painting his house. He got back at 21:45 and I just got out of shower. Nastya is sleeping on a balcony. When he wasn't here, I called my mom, again I asked her to send me papers for lottery.

[Text on margins: I also asked to send me tights for Nastya]

Then Olya called, I will call her back, we are all at home. We chatted with Olya, they went to a "Big Bere", that is, I decided to go to bed at 23:00 and moved Nastya to bed. I couldn't sleep, waited until Jurka (he was watching a movie) came, we chatted with him, then a quick BJ and went to sleep at one in the morning.

IFCD001384

Ex. 82 pg.47 of 436

[Text on margins: 09.15.00 Friday]

Mexican workers woke us up at 7:30, they were fixing the roof, they were covering with white sheets and when they were hammering them down, it was quite loud. I fed Nastya at 8:30, and we didn't sleep well. We got up at 10, breakfast, then Jura left at 10:30 to take care of his stuff. Anya – R called me, nothing significant.

[Text on margins: today is the second day when Nastya ate only four times]

All morning, while I was getting ready, they kept calling me, Veronica, Alena, Rina, then Romka called and came by, took documents again to change (date of birth). At 12:40 I fed Nastya and we went to school. We hang out there a little bit till 14:30 and went to ROSS. I bought there something like a blanket for her and 2 pants for me (for home), a robe and a tape with shaping. Total was: $56.80. I fed her at 16 and around 16:50 and got home, and Jura was already waiting for me for 10 minutes. I cooked quickly, we ate and stayed home. Romka slid under the door again, the unfinished and changed documents. I washed baby clothes and washed everything that is ours.

IFCD001385

Ex. 82 pg.48 of 436

I finished at 21:00. Jura took a nap, then at 20:30 went to Versailles about aquarium business, I sent Olga the pictures. I stayed home, fed Nastya, bathed her. Again, she only ate 4 times a day. I took her out to the balcony. Jura came at 21:30 and left right away, to the office as he told me, Veronika called, she will also be going to Maria Burustein.

[Text on margins: 142 pounds]

I bathed. At 22:30 I started to iron clothes, although I am very tired today. I'll try to call Zayats now. She wasn't there. I called Sazonova Olga (she also has a girl Nastya) she want's home, I talked to. Mom, then I called Dadashko Ira, we talked with her for an hour. She has [illegible] (September 10 will be a year) birth traumas. I finished ironing 24:00, I called Jura, he is already on his way home. He came at 24:15, took shower and went to bed. A quick BJ and we went to sleep at 1:20, he couldn't fall asleep till 4 in the morning.

[Text on margins: 09.16.00 Saturday]

Nastya woke up at 6 in the morning, 5 ounces are not enough for her at night, that's why she woke up early, I fed her, but she couldn't go back to sleep for a long time, only when I was holding her. We got up at 9, Jura went to the office at 10:00, he was meeting an electrician. I ate breakfast, then I fed Nastya at 10:30 and I was recording videocassettes for mom.

IFCD001386

Ex. 82 pg.49 of 436

Then at 12:00 I went to cook. Jura came at 13:00, had some snacks and went to get his car. I made meat stuffing, salad, potatoes and then I fried the chicken in the fryer. It is hot on the street. Jura came at 15:00 and stayed at home, watching TV. I fed Nastya at 14:30, she doesn't sleep well during the day. I didn't go to manicure at 18:00, it is hot and I didn't have time, I just finished cooking and fed her 17:30, so I postponed for 23rd at 10:00. Jura ate and went to bed at 18:00, I put Nastya to sleep and kept writing. I called Larisa, she is inviting me over tomorrow, after 16:00, we'll see, I would like to go. At the end, the car is not ready, they installed a bad engine, so they will take it out and replace it, this will be ready around Wednesday, as they promised. At 19:00 Romka came by and took papers, and we are getting ready and going to the office.  Jura was installing a waterfall, I took some pictures with a camera, then I went for a walk and at 20:30 we went back home, I told Jura about the invitation, he agreed. I bathed, fed, and put the baby to sleep at 21:30. I don't remember what was in the evening, perhaps a movie and sleep. A quick BJ at night and that's all, I think.

IFCD001387

Ex. 82 pg.50 of 436

[Text on margins: [illegible] 142 pounds]

At 7 in the morning Nastya wanted to eat, she started eating 6 times a day again. Then at 10:30 I fed her, Jura got up at 10 and went to the store for food, then to Bella to clean the aquarium and then probably to Luda in daytime, I don't know for sure. I did nothing at home, I recorded a video for mom, now I have to take and send recording to Russia and that's it. I made a cream of wheat, Jurka came by for 5 minutes and went to the office to work, Jura's friend Olya has to call, she is coming from Palm Springs and she needs keys from his apartment and Jura has to give her.  I was getting ready for dinner, I packed everything. ! I also wrote a guest list for mine and Nastya's Birthday. We are going to celebrate at Big Bere. It is 10 couples, I already started to call Skirma, she cannot leave her business, but Robka can and will come with kids, I have to talk to him. Jura wants us to go on October 11, Tuesday-Wednesday, because we are working around Leshka's day off schedule. I think that we will go with him, no one else can go. At 14:00 I fed Nastya and at 15:00 I was ready and I called Jurka, he is still at work. Basically, he is not in a hurry. I told him we'll be there at 16, 16:30, but it turned out we left only at 17:30. Jura is mad, that I am disturbing him from his work, I didn't buy anything special, just expenses and he probably doesn't want to go to them.

IFCD001388

Ex. 82 pg.51 of 436

Well, we left in a bad mood, I fed Nastya before leaving at 16:30. We went by 70NS to buy beer, then at ROSS I bought overalls for Larisa's Vitaly for $13 and went to him.

[Text on margins: Mashka started, i.e. my periods]

On the way I found out their address, which Jura didn't like. We got there, instead of promised shish-kebobs, they had baked potatoes with meat, I also cook like that. We hang out, drank beer, then we went to the pool, we bathed, recorded it on a camera, took pictures. And we sat outside eating and drinking. I fed the baby at 19:00. At 21:00 we went home, they bathed their baby-girl in bathtub and we also joined, bathed her a little bit, I scared her, she slid from my hands, then I fed her and put her to sleep. I am mad at Jura again, no attention at all towards me or the baby. Larisa's Vitaly does everything, helping in everything, Jura never helps me, also he is rude to me when he does something, no care or thoughtfulness. He got drunk again and was acting horribly. We drank tea in the evening and at 24:00 we went home, as usual he was driving fast. Nastya was sleeping and when we came home, she didn't wake up. But me and Jurka had a fight, he got me with his drunk stupid behavior and how he is treating me, I told him few things, he got mad and went to sleep to the other room.

IFCD001389

Ex. 82 pg.52 of 436

Then he woke up in half an hour, burping and I also woke up and stayed with him, I was putting a cold cloth and he had a bad headache, he has a lot of nonsense there. (Also, Larisa gave us a dress in return, but not like mine, perhaps the cheapest one. Jews are Jews. Also, I invited them to the Big Beer, and they agreed to come). We sat down and talked with him about who is right, who is guilty, as a result he fell asleep and me too around 4 in the morning. Then he came to me in the morning.

P.S. Jura's friend left a message about tomorrow.

[09.18.00 Monday]

I fed Nastya at 7 in the morning, I want to sleep very much. Jura got up at 9 and then at 10 he left for work to his office. I fed Nastya at 10:20, earlier I recorded the video. I am going to school, I called Medical, Anait is not answering. I called Jura, he is going to come home around 14:00, he says he is going by "Rasputin" restaurant to eat some borsh, it is next to the office. Also, a plumber came in the morning to fix something in our bathroom, he went to get some parts at 11:30 and never came back. I told the manager to let him in to finish his job. I went to school, today is the first official academic day. Nastya is at

IFCD001390

Ex. 82 pg.53 of 436

[illegible] wanted to eat and didn't behave very well, she slept a little.  We finished at 15:40 and went straight home. We came, Jura fried cutlets and slept. I ate, then at 16:00 fed Nastya. We were at home. Jura waited at 18:00, Olya called him and at 18:45 she came over to take keys. At 19:00 I fed the baby, she was on a balcony little bit. Jura went to the office at 19:00 to continue working. I cooked dinner at home, made cutlets, cooked potatoes. I called home to find out if they sent me papers, mom just went to the office to send mail. I also called to [illegible, could be: Tsuzp"] I forgot that on September 14 Samsonova had a birthday, I want to congratulate her, but she wasn't there, I talked to Rassipnova, by the way she is Egorka's son's, Anton Kazakevish's godmother, that's how they became friends, good for them. At 21:00 I went and bathed Nastya in a big tub for the first time, it's not easy yet, she doesn't like it very much, then at 22:00 I fed her. That's when Jura came. He ate, roasted his sunflower seeds and watched TV. He went to take shower around 23:30, we went to bed, and talked for an hour about us, I asked him why he doesn't love me, he says he is getting very tired these days, works alone, spends someone else's money, there is no profit yet, no results of his work and this upset him very much.

IFCD001391

Ex. 82 pg.54 of 436

I reminded him of what he told me yesterday, that I have to earn presents, he is mistaken, if he continues like this, I will leave him, I told him this yesterday. He said bad things about the baby again,  that if he decided he will steal, take her away or leave her with me, it will be his decision – yes, right, he won't see a shit, God forbid this happens. We talked about the manicure and cigarettes, he is as always right about everything, well, we shall see about that. A quick BJ at night and we went to sleep.

[Text on margins: 09 [illegible] 00 Tuesday]

We got up in the morning for feeding. Then Jura left at 10, I fed the baby at 10:30. I washed my hair, washed baby clothes. And at 12:40 we went to school, she slept on the way and slept till 15:00, good girl. I also called the medical, it's quiet again, then I called Alyona to invite her to a birthday, then can't leave their business, then I called Olga, she also doesn't know yet, most likely no, then to Mashka, she can't, she has to study, work, then I called Mariana, she also can't. Basically no one can that I want to see. What kind of birthday would that be, I don't know, perhaps nothing good.

IFCD001392

Ex. 82 pg.55 of 436

Yes, Mariana tried to find out about the houses, it is expensive, I will call her later. At 15:00 I fed Nastya, at 16:00 we went home. I made blini with cottage cheese. I called Jura to the office, he has many people there, they are making a bar, electrician, TV and I don't know what else. Anya-R called, but we didn't talk too long, Alyona called her and they were chatting, she didn't call back. Jura and Grisha (a skinny carpenter) came home at 18:00, drank coffee, he showed aquarium to him and they left. I was trying Nastya's clothes, some things are already too small. <u>At 19:30 we took video to Farfax to record and send to Russia.</u>

[Text on margins: will be ready on Friday, they will call]

At 17:30 I fed her, then we went for a walk and at 20:30 we came home. I bathed her again in the big tub, and at 21:00 I fed her and put her to sleep, she fell asleep at 22:15. I called Jura, he is working at the office, they were eating today as a big crowd at a restaurant, he is somehow going there quite often?... I was writing in the evening, at 22:30 I called him and he said he'll be home soon. Today doctor Jura's office called me, appointment got moved to 09.26 because of periods. Jura came at 23:30, went to shower, I prepared his food, then we watched a movie.

IFCD001393

Also we got a bill for Leshka's cellphone to Jura's name (he did it like that) for $179, he gave $280, we owe $20. I wrote down the bills, we watched a movie till 2 in the morning, then we went to sleep, I was so tired that I didn't want to wash up.

[Text on margins: 09 [illegible] 00]

At night, or closer to the morning at 5:30, Nastya wanted to eat, then we woke up at 9:20, Jura called to Jura and asked to do something. I wasn't sleeping well, he left at 10:00, I fed the baby at 11:00, did nothing, I want to sleep. I called Medical, I got through, it turned out I am deleted from a computer, I have to go and register again, but I have student's visa for Nevada already, I don't know what to do. I called Rima, she doesn't know yet whether she will come with me or not. Then at 13:00 I went to school. Nastya wasn't behaving well there, at 14:00 I fed her and she was crying the whole time. As a result, I went home at 15:00, I ate at home, fed her and we were at home. Again, I got a letter from UCLA, they are waiting and reminding me of a bill for $626 for Nastya. I have to call again and find out what is going on. Anya – R called, I invited them, she will find out if she can or not on Monday. Larisa called, they don't know yet as well. I called Jura, he is working at an office. I called Olya, she called back at 22:00, we chatted, they definitely cannot, just like Masha. I washed the baby clothes and ironed yesterday's.

IFCD001394

Ex. 82 pg.57 of 436

At 16:30 fed the baby. Then at 20 I bathed her and put her to sleep. Jura came at 21:00, I roasted the potato, we ate and watched TV. Also, I called Mariana, she wrote a letter for me on Jura's behalf. Olya called in the evening, at 23:00 I went to shower and bed. We went to sleep at 24:00, first a quick BJ.

[Text on margins: 09.21.00 Thursday]

I fed the baby at 7 in the morning and I started getting ready to go to Medical. Jura got up at 8 and went to Wilsher. He left me there (I got there at 9:00) and went, I filled out papers again and went to Anait. At this time I changed my mind there about my and his papers (illegal). I told her, that he is the real father, and the other is fake, she told me that I cannot do that, they can sue me. As a result, she ripped something and said to think about it till tomorrow and to come together with him, she will think of something and help us. Basically, I went there for nothing again. He came to pick me up at 12:15, I went to 99 cents while I was waiting for him and we went home. On the way home I told him. He told me I am very trusting, they can set me up, catch me on my lie and she will be helping. Basically I shouldn't have told about us and the truth.

IFCD001395

Ex. 82 pg.58 of 436

But I don't know, I trust her. God save me and help me! Of course, he will not go anywhere tomorrow. So, I don't know what will happen in future. I just want everything to work out for me in future, God help me. He dropped us off and he went to a wholesale for fish, then to "Vez" and to "Bev". Our car is not ready yet, maybe tomorrow or the day after tomorrow. I fed Nastya at 12:40 at home, I didn't go to school today, I am too sleepy. I made soup-kharcho. Rima called and that's all, no more news. I fed the baby at 15:30, Skirma called and I chatted with her.

[Text on margins: UCLA]

She called and found out about the bill, what did they send me, it seems like Medical should cover it, they will be finding out, we will see in future, it looks like they will be going to the nature on the 10, 11 of October. I looked through all the papers, I looked through some of Nastya's stuff. I also got the letter from AXSYS bank about Fingerhut, I have to give them my SS and send within a month. Jura came at 18:00, he deposited money to the bank, ate and stayed at home. Marik came by, brought a TV card and we watched TV. At 18:30 I fed Nastya and at 19:00 I went to the Rite Aid, I bought a single use packet for a bottle, that's how I stole the bottle cap (that I left at a hair dresser's). I came home, Jura wasn't here at 20:30, then I bathed and fed her at 21:30 and put her to sleep. I called Zayatz, we chatted with her.

IFCD001396

I didn't do anything else. At 24:00 I went to a shower and to sleep, I called Jura he is still at an office, don't know when he is coming back. He came at 24:30, I heated food for him and went to sleep. He stayed up till about two in the morning.

[Text on margins: 09.22.00 Friday]

At 8 in the morning, I fed the baby. Then we couldn't sleep, she was pooping, woke her daddy, he got up at 9 and left at 9:30 to the office, to paint and so on. I was looking through Jurka's papers all morning. I fed the baby at 12:00 and we went to school. We stayed there till 15:00, I fed her there and then we went to JONS, on last money I bought products and we got home at 16:20, I ate.

[Text on margins: Nastya is already eating 4 or 5 ounces this week, sometimes less and sometimes more]

Anya-R called, she definitely cannot come on 10-11. Then Mariana called, I told her about Medical, she feels sorry and says that I have to do it for sure, and forget about Welfare, this is necessary for a baby. I didn't go there today at 11, she probably deleted me from computer, I don't know, God save and help me. Today is the second day that it is cloudy, rainy and chilly. They called me, my videos are ready, I have to pick them up, and I don't have money. I called Jura, he is working now, busy, can't talk to me. I fed Nastya at 18:00. [illegible]

IFCD001397

Ex. 82 pg.60 of 436

720

For 12.11.00 = $2500

$1000 – 11.11.98  6%

$1720 – 11.11.99

$2440 – 11.11.00

IFCD001398

Ex. 82 pg.61 of 436

at home, did nothing special. I bathed Nastya at 20, I fed her at 21:00 and put het to sleep. It is raining. I cooked salad and rice, I called Jura at 22, he is still working. I took a bath, when I came out, Jurka came home around 23:20. He took a shower, ate and watched a movie. I calculated the expenses of Jura's money, our expenses are about $7000 + $8000 that he borrowed and took home. Then we went to bed around one, chatted, a quick BJ and to sleep.

[Text on margins: 09.23.00 Saturday]

At 8 in the morning Nastya woke up to eat, then she pooped and continued to sleep. Jura got up and went to the office at 10:00, he left me money. I fed Nastya at 11:00, had breakfast, then we got ready and at 12:30 we went to Farfax and picked up cassettes, it was 2 hours and cost $16.00. And back home, at 14:00 I fed her, I had a snack, gathered my stuff to send to mom and went to the post office, it was very expensive there $40.00 for what I wanted to send, I had to send only a cassette and 82 photos for $12.00, but everything was in a hurry, because I came before they closed at 15:30, then we went home.

[Text on margins: [illegible]]

On the way home I went to the store, where they sell all kinds of second-hand junk for $1 or $3, basically a crap. We came home at 16:20, now I am going to feed Nastya and clean.

IFCD001399

Ex. 82 pg.62 of 436

I called Jura, he is working, and he doesn't know whether he will call about the car or not. I have to call and find out. The car will be ready in the morning, at 17:00 I fed Nastya, [illegible] Leshka called, I talked to him, he is not against to go on Wednesday, Thursday to Big Beer. Then I called Anya – R, she left a massage, and Skirma called, I talked to her, then I called Robka (I still can't pick up my photos). Jura called at 18:00, he will come soon. Then Andrey called, they are inviting us over. Anya called, she will talk to Romka, they will probably go. I fed Nastya at 20:00. ! I probably infected her eye (yesterday I touched it with my hands), today it is infected, I used eye drops. Jura came at 20:20, took shower and we went to visit Mariana and Andrey. Nastya went to sleep there, we ate, drank, hang out and chatted, Jura finally talked them into going to Big Beer, it's great, on Monday me and Mariana will call and decide what to order. We left from them at 24:40, Jura is drunk. He was also telling me that Romka came by and he wants to celebrate mine and his birthday together. He's smart, I don't want to. I have to tell this to Jurka. We came home at 24:50, I made food for Nastya and we went to bed at 1:30.

IFCD001400

Ex. 82 pg.63 of 436

[Text on margins: 09 [illegible] 00. Sunday]

At 6:30 in the morning Nastya ate, then at 9:30 Jurka got up and went to the office at 10:00. I fed the baby at 10:30 and I have to start laundry and cleaning. Larisa called, then she called me back during the day, to ask if I have a "kangaroo", she wanted to give me, no thank you, I have two of them. I started laundry, I washed everything for a baby and her bedsheets, then all of our clothes and sheets. I finished at 15:00. Alyona called me, we talked very dry, Mashka called in the evening. I ironed everything, around 16:00 I called Jura, he is working. At 13:30, then at 16:30, 19:30 I fed Nastya. I called mom, I told her that I sent out the pictures. I wiped the dust everywhere and washed the floors finally, I finished at 21:00. I took Nastya out on a balcony. Jura came at 20:30, didn't warn, I didn't prepare anything. He is not feeling well, hangover and he breathed in all kinds of stupid stuff at work, and he took shower and then I cooked some hot dogs and [illegible] in a hurry. I bathed Nastya, fed her and at 22:00 I put her to bed. Jura ate and also went to sleep. I prepared Nastya's food, took shower and went to sleep. Her wife called at 23:00. I talked to her, Jurka doesn't want to call her back today. Today I started to take the second box of birth control pills. Also, I got a present from Macy's for a baby, a shirt (green) with short sleeves.

IFCD001401

Ex. 82 pg.64 of 436

I washed up, I sorted the pictures and at one in the morning I went to bed.

[Text on margins: 09.25.00 Monday]

At 10:00 in the morning Nastya ate, <u>a good girl, slept 12 hours.</u> Jura got up a little earlier, called his wife, they got his photos. I called Anya-R, she is inviting for a birthday on October 2 to Romka on Monday. Jura left at 11 (Bubochka took him there) to take a car, but they didn't do something, he is waiting. Mariana called, she sent house prints for Big Bear, I have to think and order. I got ready for school and as a result I didn't go because of Jurka's cigarettes, I was sitting and waiting when they will be delivered. I fed her at 13:00, I ate myself as well.

[Text on margins: Meeting day]

Skirma called, she says she has a coupon to Toys R Us with a good sale for all diapers and she offered to buy for me. But I am afraid that it will end up just like with photos, I still can't get them, and she still can't find them. What a carelessness and irresponsibility. I called Jura at 14:30, he is still waiting. I fed Nastya at 15:30, then Mariana called, we agreed to call tomorrow and find out about the houses. I called Luba, we chatted, about things she is still silent, what a pity.

IFCD001402

Ex. 82 pg.65 of 436

Jura came at 17:00, took a car and washed Jura's Jeep right away and went home, ate, I fed Nastya at 18:00 and we went to JONS, he dropped me off and went to fill up on gas and bought a cement. I met Alla from the church at a store with her new husband, an Afro-American. Then I met Natasha and Mila from "Beverly store". We spent $46.00, Jura dropped me at home, and went to the office at 19:30, then to Jura's house to clean an aquarium and park a car. Romka will pick him up from there. I put everything in the fridge and we went on a stroller to Ralh… for Huggies (diapers) $14.00 for 52 pieces, very expensive, on the way home I met Boby (the bull), we stood and talked, Alena is studying at a college LA city, cool. I got home at 20:30, now I will bathe Nastya, feed her and put her to sleep. Today we moved to a size 2 in Huggies. Jura came at 21:30 and then he left to Freeway to check how is the car running. He came at 22:00, I just put the baby to sleep. I roasted the chicken, made a Greek salad, like Mariana. We ate and watched a movie. I also washed baby clothes. We went to sleep at 24:40, we tried to fuck, for the first time he came inside me. And we went to sleep at one thirty.

IFCD001403

Ex. 82 pg.66 of 436

[Text on margins: 09.26.00 Tuesday]

At 7:30 I fed Nastya and then I didn't go back to sleep. Love in the morning, but somehow it hurts. Mariana called at 9:00, we were already up. We chatted about houses. There was only 1 acceptable house – 4 bedroom, second house – 2 bed, but all of these in one building, 2 levels. A lake if 1.5 from the house, no pool, we'll see there what and how. ! We rented for two nights 11, 12, 13 till 15:00. This luxury costs $712.30, but $300 is a security deposit, we'll get it back. We'll be dividing $412 among bunch of people, or into families, Jurka will be talking to men himself. He went to [illegible] at 9:30, ! but at 10:00 he got back, someone hit him on the side on Highland / Fountain. He came and signed papers and went to the office around 10:00. I sent papers to Big Bear, Mariana has to call back. I fed Nastya at 10:30 and was going through her stuff, and the papers. We went home at 12:40. At school we ate a cake for our teacher's health, she had a birthday yesterday. We went home at 16:00, I fed Nastya at 14:30. We got home, I started to cook, I called Jura, he is not going home. He came at 16:30, went to shower right away, we ate and went at 17:10. He left me at doctor Jura's and he went to balance a [illegible] on a car. I met Luba from Rainbow at Jura's, we sat and talked. Jura took my pap smear and blood sugar and so on. The results will be in two weeks.

IFCD001404

Ex. 82 pg.67 of 436

I also told him about the birth control pills, he said, that after the results he will tell me what to take not to gain weight. Also, about the baby's insurance, we'll also discuss it later. The only thing, I will have to call doctor Marina and find out her provider number for paperwork. Yes, he said to try tablets in vagina, it is also from pregnancy, maybe it will be better. We finished at 18:40, I called Jura, he is coming to pick me up. On the way we went to 99 cents, I bought the kielbasas, for the road tomorrow. We also weighed Nastya at doctor Jura's office, 12 pounds, height is 24 inches.  It is for WIC program we need these data, so we don't have to go to Yashary. We got home at 19:30, I was gathering for tomorrow's trip to Vegas. I called Mary, then I took Tigran's number. I bathed Nastya today in a water with oil, fed her, she was so tired, she wasn't sleeping much during the day, she fell right asleep, she didn't even finish her portion. I roasted the sunflower seeds and was gathering, Jurka was watching TV. Leshka came to his office today, helped a little. Jura went to sleep at 23:00, I went a little later, I wrote, went to shower, and I really want to sleep, tomorrow we are getting up at 4:30 in the morning, we are planning to leave for Las Vegas at 6. By the way, I think Nastya's eyes are all better.

IFCD001405

Ex. 82 pg.68 of 436

[Text on margins: 09.27.00 Wednesday]

Getting up at 4:30, I make breakfast and gathering for the road. Jura got up a little later, we ate and around 6 in the morning we left. I fed Nastya on the way at 8:00, she was behaving, sleeping. We filled the whole tank with gas and it was enough till Las Vegas. Everything is ok on the road, we got there at 10 in the morning, I called Ira, Mary and we went to them. We hang out with them, talked and went at 12:30 with Ira to Social Service, to get SS for me.

[Text on margins: I [illegible] for SS to Las Vegas. It has to arrive on Tigran's address]

There of course the line is smaller, not like in LA. We were sitting till 15:00. I took Nastya with me, Jura slept in a car and I fed her at 10:30, 13 and she was eating less today 3-4 ounces, but often. I could get my SS in two hours, but now it will come by mail in two weeks. We finished and went to a new casino, where her mother works, we ate in a buffet, that means there was a ticket to enter (costs $10 per person) and there you can take whatever you want. We ate a lot and at 16:00 we got back to their house. There is no point in going home now, lots of traffic, that's why we were at home, Jura slept, I put the baby to sleep as well. Ira took her mom to work in our car, because Mara went to Tsetse and they are drinking somewhere. Garik gave Ira a car, Chevrolet SUV, cool, because they took one from them for non-payments.

IFCD001406

Ex. 82 pg.69 of 436

Ira took kid's stuff from Sofa to Nastya. I think she hid the good stuff, and gave me ok clothes. Thank her even for that, she also gave me a steal toy. We left at 18:30, we filled up on gas once again. We stopped on the way there and back once. Nastya was a good girl. We got home at 22:30, I fed her at 23:00, I didn't bathe her, and she fell asleep right away. I was looking through her clothes. At 24:30 I went to shower and to sleep, Jura wanted love, but I was falling asleep. He got mad that I didn't finish him off, excuse me, but I am very tired. That's all, we went to sleep. ! When we got home, I was worried, that I gave Tigran's address for my SS, what if he uses it and that harms me somehow. God save and help me!

[Text on margins: 09.28.00 Thursday]

Jura got up at 9, I just finished feeding the baby and washed her up. He got ready and left for work, his big aquarium is ready, he left at 10:00. I went to sleep again at till 11:00, then Nastya woke me up, I ate, then I started to get ready for school. I called Mariana, I asked if everything is cool with the house, we'll get keys by mail. Then I called Tigran, I warned him that they will receive SS on my name. At 13:00 I fed Nastya and got to school 25 minutes late. <u>Nastya was eating today 4 times 7 ounces, and 8 at night, for her health. </u>I sat there and left at 16:00 I went home.

IFCD001407

Ex. 82 pg.70 of 436

I called Jura during the day, first he was there, looked at aquarium, then painting in the office. He will finish later and will be home soon. I ate, and at 17:00 I fed Nastya and started making potatoes with meat. Jura came at 18:00, took shower, then he called those people who hit him on Monday, he gave them price $135, they don't want to pay. Jura went to talk to them. I called Larisa, Anya, I left a message. Skirma's not there, I talked to Veronika, she is also going to Marina Buritain. Then Jura came mad, these Jews gave him only $50. I fed him. Then at 20:00 I bathed Nastya, daddy took pictures, fed her and put her to sleep. Lately she's been having lots of saliva (2-3 days). I put her to sleep, went to shower myself, wrote down. Anya – R. called, we chatted. At 23:30 I went to sleep. I used vaginal tablets today and then we had love, then I took shower and we went to sleep at 24:30.

[Text on margins: 09.29.00 Friday]

Nastya woke up at 4:30, I already forgot, fed her and went to sleep. At 9 we got up, she woke up again, crying, but fell back to sleep. Jura was filling water for clients. Then we looked at a map, [illegible] we have to know direction.

IFCD001408

Ex. 82 pg.71 of 436

We wanted to print it, but there was no more black ink, maybe it dried up. Then Jura went to the office at 10:30. I started to wash baby clothes, that Ira gave us. Jura called, then Rubin. Ripa called, we chatted, I called Skirma, ordered 2 boxes of diapers, size 2 and one box of size 3. I finished laundry exactly at 12, and at 11:00 I fed Nastya. I came to school little bit late, we stayed there today till 15:00 and went home. I came and ate, then at 16:00 I fed her. I called Jura, he is working, he doesn't know when he is coming home. Nastya was misbehaving in the evening, whining, at 19:00 I gave her Tylenol, because she has a fever 99.5°F, or 37.5°C and she is all hot. I called doctor Marina, she said if temperature reached 103, then it is dangerous, but now just Tylenol is enough. She has a runny nose, she is stuffed up and snorting, I am using drops. I fed her at 18:30, but she is not sleeping, it's already 20:00.  Anya-R called, then Skirma, nothing special. I called Alena An., they are also going to a birthday party to Rokma and Raymond is as well. Then I called Olya, left her a message and chatted with Ira Vegas, she will come on Monday and we will find out about Herbalife, or else I am already 145 pounds. Now I have a temperature as well of 37°C, I will wash Nastya's butt now and will lay down little bit. It's 20:00 and Jura's not here.

IFCD001409

Ex. 82 pg.72 of 436

Jura came at 21:00, took shower, ate and watched TV. I was reading a magazine "Baby Talk" and at 22:30 I went to sleep. He came a little later at 23:30, and we went to sleep.

P.S. He came by home today, brought food for fish.

[Text on margins: 09.30.00 Saturday]

Nastya woke up at 5 again, I fed her and went back to sleep. We woke up from Jura's clients Luda's call, he will go to clean her aquarium later. A quick BJ in the morning, then breakfast and at 9 I fed Nastya. Jura left at 10, he called Jura, he needs to meet him at an airport on Monday. That's it, I am home, I started to sort Nastya's clothes, folded everything, tried them on her, tortured her with it.

[Text on margins: I am 143, Nastya is 13.5 pounds]

Anya-R called, she wants me to come to her, I can't unfortunately. I ironed few things, I didn't have enough time to clean. At 17:00 I went to JONS with her, I bought some products and went home. At 16:00 I fed her, then made a salad at home. Jurka came at 19:00, I was just feeding the baby, but she doesn't want to eat anything, she didn't eat at all. He went to take shower, ate, Andrey called him and him and Mariana wanted to come visit us at 20:00. After they went and bought beer, we sat with Mariana and chatted.

IFCD001410

Ex. 82 pg.73 of 436

Then I bathed Nastya, I wanted to feed her. She was picky, didn't eat anything, and went to sleep. ! That means at 16 she ate the last time and well. They stayed till 22, then I made potato pancakes for Jura. He ate and we went to sleep at 23:30. Today I took a birth control pill at 23:00.

P.S. Jura's wife called in the morning, she needs his visa, he has to send her this paper.

[Text on margins: 10.1.00 Sunday]

To my joy, Nastya woke up at 7:30, I fed her, she was crying and we went back to sleep. I got up at 10:30, Jura was already doing his stuff and gathering, he left at 11, I fed Nastya at 11:30. I gathered to and we went to Fuller [illegible] for newspapers, I bought: Lisa – about children, and a magazine "Parents" and "Speed Info" all for $9.50. I also saw music CDs, children's songs, I wanted to buy, but expensive $32. I came home at 15:00, fed the baby, Jura called me and came home now, Jura called him, he is flying in tomorrow at 18:40. I made sunny side up for him, he ate and left again to the office. I did nothing at home, read magazines. At 18:00 I fed the baby and started making cabbage with meat, cutlets, potatoes. Jura came at 20:00. He went to take shower, I fed him and he as always was watching TV. Olya called me, we talked with her, then Anya called, I called Skirma, asked her to find my photos. In the morning I talked with Robert.

IFCD001411

Ex. 82 pg.74 of 436

Nastya ate at 21:00 and went to sleep. Luba called me in the evening. She got knocked up and robbed, took her bicycle and the fingerprints were on a baby's door, what a nightmare, thank God everything went ok.  Then we had love and then I went to shower and to sleep at 24:00.

P.S. Jura bought Romka a present, perfume Channel from Ainar for $40.

[Text on margins: 10.1.00]

I had nightmares last night, Nastya woke up for feeding at 10:30. I wrote out bills, had breakfast and did nothing else. Anya-R called, talked with Jura, to meet in the evening. He left at 11:00 to a bank to deposit $400 and again to the office to work. Also he went to the "Golden Fish", but I don't remember whether today or yesterday. I gathered at 13:00 and went to school, house is a mess, the devil will break his leg. I fed Nastya and at 16:00 I ran home. Jura was already home, I fed her and took shower, and was getting ready. Nothing to wear, everything is tight, too small. I didn't do my hair. We left to the airport at 18:00, to meet Jura from London. At 19:10 on the way back, we are bringing him home and at 20:00 we are going to Romka's birthday to be the first ones there. Anka's parents were already there. Later Ainar came, Alyona with kids, Skirma, Robert, Raymond, Bubochka, Statsik and as usual we ate and drank, Nastya slept at the airport little bit.

IFCD001412

And ate there at 22:00 pretty well, and now sleeping. <u>I forgot to take a pill.</u> Parents left at 23:30, and they were sitting, drinking and singing songs. As usual, we were further that anybody, we left at 4 in the morning, Jura is mad for some reason, didn't talk on the way home. We came home at 4:30 and went to sleep. P.S. Jura hurt his hand today, he hit the stone and cut it.

[Text on margins: 10.3.00 Tuesday]

We got up at 10 in the morning, someone called, earlier at 7 I fed Nastya. Then we were at home resting, I want to sleep so much. We had a breakfast, watched TV. Leshka called, they are meeting tomorrow, they are buying fishing rods and so on for Big Bear. Today I received the house keys for [Big Bear]. I called Mariana, left a message, and Masha as well I left her a message. Anya-R called, she couldn't find out what Raima said to Romka, something interesting. I called Larisa, I will call in the evening and I will find out whether they are going or not. <u>I didn't go to school</u>, I slept a little, after we ate everything. Anya-X called me, just when I was sleeping. Jura called Jura and he went to his home at 15:00 to talk, perhaps they will go to the office, I don't know. <u>I called home</u>, talked to <u>dad</u>. Skirma called about diapers I have a coupon. [illegible]

IFCD001413

I will go to buy and at the same time I called Alyona, she is at home, made friends with Ainar. I started to wash everything at 16:00 and finished at 21:00. At 19:00 I fed the baby. I called Ira – Vegas, she will come tomorrow, I'll call her. It's 19:30 now, I am going to wash the toys that Ira gave me.  I called Jura at 20:00, he is having dinner with Jura at "Rasputin" restaurant. They came at 20:30 with a cake with [illegible] from Jura. I cooked, made bed, I called Vitaly, they don't know if they are coming or not, they will call later. I bathed Nastya at 21:30, fed her at 22:00, she went to bed. I roasted the sunflower seeds for Jurka, he was watching a movie, then to shower at 23:00 I went to sleep, was very tired. He came later at 24:00.

[Text on margins:  10.4.00 Wednesday]

In 7:30 in the morning I fed Nastya, then she pooped. At 8:30 an electrician called Jura and he was awake already. I got up, wrote down checks, he looked something with fishing poles, maybe today they will go with Leshka for equipment. He left at 9:30, first to the post office, to a bank, then I don't know to Jura, for aquariums, and where else, they will not tell me anyways. I went to sleep at 10:00 Jura woke me up, then I slept till 10:50, at 11 I fed Nastya.

IFCD001414

Ex. 82 pg.77 of 436

[illegible], at 13:00 I went to school, there at 14:30 I fed the baby and at 16:00 went home. I got Jura's sneakers by mail and Baby Talk magazine for me. I called Skirma, she brought money for diapers today. I called Jura, at 18:00 he is driving around somewhere with Jura, where and what is unknown. They will come around 18:30 for dinner, I made them fried chicken and rice, I made myself. Olya called, tomorrow at 18:00 we are invited to Vanka's birthday. It is already cold today and I am not feeling very well today. Now at 18:20 I will be feeding a baby. I fed her, Juras came home at 19:00, I fed them, I invited Jura for my birthday, I forgot to mention my daughter's birthday, he didn't go after fishing poles, and today he took almost all aquariums. They ate and we gathered and went, first we took Jura to a car near the office, then we went to "Babies R Us" for diapers $9.99 and to find a present for the baby.  But somehow, I didn't like anything. I bought her socks, 2 musical toys, tights (one is very big for now), spent $50.00 on a card.

[Text on margins: my period started earlier]

We came home at 21:45, I was bathing Nastya, fed her and put her to sleep. I went to a shower and we went to sleep, but before a quick BJ, and my period started earlier than expected.

IFCD001415

Ex. 82 pg.78 of 436

[Text on margins: 10.5.00 Thursday]

I fed Nastya and she didn't go back to sleep, she pooped, I changed her, we ate breakfast and <u>by 9:30 we went to WIC to get new coupons for baby food.</u> I sat there for about 15 minutes in a [illegible], then they gave me coupons for two months, next visit is in December. We came home at [illegible]. Jura started cleaning aquariums, I went to ROSS to see maybe I can find something to buy for birthday. I went and ordered balloons, there was nothing to buy at ROSS. Only stole shoulder pads and baby's hangers.

[Text on margins: Jura wasn't home, he went to the office]

I came home at 12:20, ate and a little later I fed Nastya, was doing my own things. I didn't go to school, I washed my hair. And unwillingly and hurriedly I washed the floors everywhere and finished at 15:30. Alyona called, we chatted, then Mariana called, we talked for a whole hour and 20 minutes with her, about us, about our men. I was talking and at the same time I was doing my chores. Then at 16:00 I fed the baby, later plumbers came, looked again what is leaking in our bathrooms, they will come on Monday. Jura came at 16:30, went to a shower, I am ironing and we are getting ready. We left at 17:45. First to pick up balloons for $5, and then around 18:30 we came to Olya and Sergey's for [illegible] birthday. I was so embarrassed, we gave an envelope for $50 and that's it, no flowers or anything, like other guests, nor toys. What a shame, I felt horrible.

IFCD001416

Ex. 82 pg.79 of 436

They did so much for me and Nastya, and I only gave them change, what a shame. They have lots of guests, three more couples and Latynkov, the singer. I was bored there, Nastya wasn't feeling well, was crying. I was getting ready to leave at 22:00, but Sergey stopped me, made us stay, which he later regretted. Jura was drunk and was saying all kinds of nonsense about the Jews, Sergey and his friend Igor didn't like that. At the end he was already kicking us out. Now I don't know what will they think about us, say about us, and what will be the result, no one knows. But I am very embarrassed for everything, for the gift, for Jura's behavior towards me and people. Basically, I didn't like it, but I took few recipes, for example I found out about blini and Korean carrot, that's cool! We came home at one in the morning, he was speeding as usual, I was yelling at him, but he didn't care. We talked at home and he went to sleep. I prepared Nastya's food, wrote and at 2 in the morning I went to sleep.

P.S. At night Jura's friend called, Valera from Vilnius.

[Text on margins: 10.6.00 Friday]

I woke up at 7 to feed Nastya, then we fell asleep, Jura got up and went to the office at 9:00 to meet with someone. We slept till 10:30, Anya-R woke me up, she will come by during the day. I started washing baby clothes. Jurka came at 11:00, he has a bad hangover, I made him soup, and he went to sleep.

IFCD001417

Ex. 82 pg.80 of 436

I didn't go to school again today. I fed Nastya at 11:30, Anya just came, she also fed hers and we sat and chatted. I called Alyona, then she talked with Anka. At 13:00 she left, I took laundry to the dryer and started to cook, but Jura couldn't wait any longer, he got up and made food for himself. Today is a gloomy day, it's cool and drizzling, I called Larisa-Veg, they can't go to Big Bear, I called Alla and Slava, "I" invited them, they don't know for sure yet, probably no. I called Masha, left her a message, then I talked to Ira. She will probably come by with Garik tomorrow. I talked to Skirma, nothing new, she wants to order a personal calendar with her pictures and dates for 2001 and she offered me too, I will think about it. Anya-X called, she has a coupon for Macy's, we'll probably go on Monday. I fed the baby at 15:00, then at 18:00, she's been grabbing toys for the second day (in a chair), already trying.

[Text on margins: I bought a horoscope]

At 19:00 we went to a store for groceries. In "JONS" I met Vovka-the bull, then we went home. I bathed the baby at 20:30, fed her and at 22:00 she went to sleep. I will go now and make the meat stuffing; I want to cook blinis tomorrow. Then at 23:00 I started to iron baby's clothes, Jura was sitting and waiting for me, when I will finish and left at 24:00, I finished at 24:30, took shower and at 1:00 I went to sleep.

IFCD001418

Ex. 82 pg.81 of 436

P.S. Leshka called, his car broke down, and he can't go, so we have to take him together with his family, I don't even know how we can fit and the car will be very heavy and basically, I am very "happy" about it!

[Text on margins: 10.7.00 Saturday. Birthday is a sad holiday]

My Birthday! At 7:30 in the morning I fed Nastya and went back to sleep. Jurka went to the office at 9:00. I woke up from Jura's call at 9:40, then Masha called to congratulate me. Then Anka-R. And as a result I am not sleeping, at 12:00 I fed Nastya and we are going to JONS. Alla from the church came. I went to the store twice, I forgot WIC coupons. I came home at 14:00, I bought a cake and products for borsch and blini. Anya called, she wanted to go for a walk somewhere, also she quit her job today, and it is unknown she is going or not. I fed the baby at 15:00 and started to cook borsch, mom called, she made me a surprise, I called her back right away, she congratulated me. Nastya has trouble sleeping, crying. Mariana called, she will come around 20. I finished at 17:00, Jura came at 17:30, he went today with Jura to Slava to look at the stolen stuff and he may give me a video camera. My Jura just kissed me in the morning and that's all.  He was going to Mishka for a telephone for Jura and came at 18:30, to shower and eat.

IFCD001419

I am upset that he didn't give me anything, no one gave me anything or congratulated me. I will be feeding Nastya now. At 19:00 I fed her, she was laying and having fun, I finished making stuffed blinis. Also, I called Ira, she is tired and can't come. <u>At 20:15 Jura came with flowers and wine, then Mariana and Andrey also with flowers and champagne. ! And my honey didn't buy me anything, that's how I celebrated my 25th</u>. We drank tea, after men were sitting and watching a movie, I bathed Nastya at 21:00, I fed her and at 22:00 she fell asleep. Then we went after her son to her sister and took me back to my place. Jura took pictures of me and left around 23:00, I am upset I want to cry, I washed dishes, took shower and went to sleep at 23:40. Jura came at 24:00, we made love and fell asleep.

P.S. I called Anya, tomorrow we are going to Mexican market. I called Olya, I wanted to find from her mom a recipe for blini, somehow I cannot make them right. I talked quickly and they were running to work, so it didn't work out.

P.S. I took a pill at 23:00, not at 22:00, I forgot.

[Text on margins: 10.8.00 Sunday]

I woke up at 8:30, I am going to market, at 9:00 I fed Nastya and put her to sleep again, Jura was with her, I left at 9:40, bought two vases for $4, knives and liners. I came home at 11:20, at 12:30 I fed the baby. I made blinis with meat, we ate.

IFCD001420

Ex. 82 pg.83 of 436

Jura at 13:00 was going to Garik to look at his aquarium with salt water, maybe he will take it under his care. He came at 13:40 and basically, he is staying home today and I wanted to go to the ocean, but he said let's go to the park, I am calling everyone to find out what is where. We are gathering at 15:00 and going to the store first "K Market", he was there and bought everything needed for fishing, he bought camera, fridge (yesterday Mariana brought hers) and I bought a baby bleacher for Nastya and a caterpillar thermometer to take her temperature for $120.00 from a card. And when we decided to go, it was late and we don't know exactly where to go. At the end, he didn't want to and we turned home, which upset me very much, we went to "Ralphs" and bought souses and came home at 17:00, I fed Nastya at 16:30. I ate, cleaned up, Jura made dinner for himself, shrimp with potatoes. I talked with Veronika. Lekha called, they are going after a fishing license on Tuesday. All evening at home, at 20:00 I bathed Nastya, fed her at 21:00 and she went to sleep, but couldn't fall asleep on the side, and her head is getting so flat. I am going to shower and at 23:00 to sleep. Jura wanted love, I said no, but then at 23:30 a knock on the door woke me up and we woke up, a quick BJ and back to sleep, Jura could sleep for long.

IFCD001421

[Text on margins: 10.09.00 Monday]

I fed Nastya at 8:30 in the morning, she slept for 12 hours without eating again. Jura got up at 9:00, had breakfast and at 10:00 went to the bank, then to the office. I went to sleep a little longer, but I couldn't. They kept calling for Jura, multiple people. I got up at 11:00, I called to Anka-R and talked with her, she doesn't know whether she's coming or not. At 12:30 I fed Nastya, I was going to copy video cassettes, around 13:00 Jura came, there is nothing to do in the office. He ate and we gathered to Wilson leather store at 14:20. I called Anya-X, she cannot come to me, she is sick. I went to Jura, Alyona gave me address for Magnolie, we were looking for it for a long time, we found, but it was trash, it's like "Ross" where they take all leather stuff that they can't buy in a normal store. It's all torn up, dirty and so on, basically it's crap, we walked around and went home. At 15:30 on the way, I fed Nastya, we went to "Ross", bought myself a jacket for $40.00 and a sweater for $29.99, and Jura also gathered stuff for himself, the total was $200.00 from a card. We got home at 17:00, ate and I started to gather my stuff and to nature, I washed his sneakers. He fed Nastya at 18:30 and at 19:00 went to play soccer with Bubochka and others. I was gathering stuff, at 21:00 I bathed the baby, fed her, at that time Jura came. He prepared food, roasted meat on new electric pan, that cooks without oil, in natural fat.

IFCD001422

Ex. 82 pg.85 of 436

I called Tigran, <u>SS</u> came, I gave him the address to send it to me. Also, Jura figured out that Jura is not a Jew, now it is easier for him. His wife called in the evening. I talked to her. Jura went to shower, then we had a quick BJ and at 24:00 we went to sleep. P.S. It is a holiday today, the school is closed.

[Text on margins: 10.10.00 Tuesday]

I slept poorly at night, at 8:00 I fed the baby and she went back to sleep. Jura got up at 9:00, called Jura, he went to him at 10:20, they have lots of work, to the bank, for aquarium, need to check a car, then at 18:00 they are going to "Metel", then to Slava for equipment. Leshka called, thank God he will rent a car and we don't have to take him. Jura spoke with his wife in the morning. I am at home, I have to postpone an appointment to next week, then to gather staff, record a video. Anya called, I have to call her back to find out what's going on. I called Skirma, she's still not there, I called her again later, asking her to look for pictures, this is a nightmare. I called Ira, she is already in Vegas. Mariana called, she will go for one night, then Andrey called, his truck has a clutch that [illegible] and Jura helped him. I called Ripa, but she is at work she called me back later, [illegible]. At 12:00 I fed Nastya. And all day I was at home, didn't go to school again, was getting ready for the road.

IFCD001423

Ex. 82 pg.86 of 436

I gave the keys from mailbox to a manager, for him to pick up the mail. I took shower, Romka called, he was looking for Jurka. I fed the baby at 15:30. I called mom, we chatted. Nastya practically sleeps all day.

[Text on margins: Mashka's finished]

I have so many bags, it's a nightmare. I don't feel well, very tired and it is cold outside today. I called Jura at 20:30, he is still at a restaurant and won't be back soon, I don't know what are they doing, and it is also a secret what they have been doing, I will never find out. At 21:00 I bathed the baby, fed her and at 22:00 I put her to sleep. I was boiling the bottles, gathering pots… Leshka called, I gave his direction on how to get there. It is already 22:40, Jura's still not here, he has to call Romka and Robka. At 23:00 Romka called, I gave them directions and went to sleep, but I can't sleep, no one knows where is Jura.  At 24:30 I called Jura, he is drunk driving, I have to heat up borsch for him, I am mad at him, I heated up and didn't talk, went back to sleep. He got mad, that I didn't hug him, no attention. He got drunk at the "Versailles" with Jura, he got knocked down quickly that upset Jura. He also said that we are invited to the restaurant on Saturday. He mumbled and expressed his frustration and we went to bed at 1:30.

IFCD001424

Ex. 82 pg.87 of 436

<u>Nastya is 3-month-old! Happy Birthday.</u>

[Text on margins: [illegible] 00 Wednesday]

Nastya woke <u>up at night, she had a stuffed nose</u>, she was sniffling and snorting and didn't sleep well, and didn't let us sleep. I fed her at 5:00, then we got up at 9:00 and started to get ready, pots, plates, forks, knives and so on.

[Text on margins: trip to Big Bear]

We had lots of bags, Jura was packing little by little. Also, Andrey called and said <u>that there is a snow at Big Bear</u>. I called Mariana, she was looking on internet and said, that there is little bit. I put on my boots. We also had a cloudy weather; it was cold and little bit rainy. Jura called Robka, they can't go and they have a problem with the restaurant, I am so mad at them, everything not like with normal people. They are so dear to me, that's it, I will never invite them again, and also communicate with them. I'm sorry that I wasted money, as a result 2-bedroom home will be empty.

[Text on margins: and in the evening Mashka started again]

Leshka called, they will go there earlier and will be waiting for us. Jura has a light hangover, I fried eggs for him, I fed the baby at 10:00. We gathered at 11:30 and left, we didn't go to the bank, Jura had a [illegible], we went to the store Fairfax, in the corner of Santa Monica, bought bread, cake, wine. Then we went by "Kashtan", I picked up salads, kielbasas, pickles, etc. for the sum of around 50.00, wine around $70 plus a cake for 20.

IFCD001425

Ex. 82 pg.88 of 436

Then we went by home, Jura went to the bathroom, I prepared food for the little one and on the way we went to the next store, I fed her at 13:00. We went by "Karabakh", bought meat, mushrooms, next we picked up vegetables, ! basically we spent lots of money, on food and drinks –(this is only what we spent in Smart Final – about $200), we spent 400+ all for fishing, and the total was $500. I also bought "Lotto" game and Armenians near "Karabakh" were selling plates, glasses cheaper that at 99 cents, I was also there.

[Text on margins: first we took 101, but it was traffic, and then we changed the route and went to 210, 10, 30, 330 and freeway and to Big Bear]

We bought coal for barbeque, we didn't use it, and later when we came we couldn't find it, it means someone took it, Jurka thinks it's Romka and Anka. That's it, we loaded up and went, the car was loaded to the fullest, thank God Leshka took his own car. We left at 14:30, I called Anka, they also left and Jura as well. On the way I fed Nastya at 16:00, I recorded the road on a camera, how weather and plants are changing in a high altitude. I was very afraid of driving on a windy road in mountains, a true serpent. Our tires were screeching in turns. We climbed up to 7000ft of height, higher we went, the more vegetation we found, fir trees, pine trees, cleaner air and little bit of a snow, but it melted the next day. We got back at 18:00, Jura came right away, then Leshka and we started to unload, it is cold on the street, the house was also cold at first. We settled on the second floor of 4 bedroom, unpacked and started to cook. It's good that Olya was here and she helped me.

IFCD001426

Ex. 82 pg.89 of 436

I started to make borsch. Nastya didn't eat anything, I think she is not feeling well. I [illegible] that I have no time to do everything, everything is on me and Jura is sitting and chatting, eating and drinking beer. Anka and Roma came at 19:20 and they took the lower house 2 bedroom and both were dealing with the child at home.

[Text on margins: Jura roasted the meat]

I couldn't take it any longer and took it out on Jura, it's my birthday after all, and like an idiot I am cooking on a stove or caring for baby, no rest at all, and Jura is sitting doing nothing, asshole, I was so mad at him. As a result I gave up, didn't make lots of salads, made soup and all. I fed Nastya with difficulty at 21:00, and Mariana came with Andrey. We all sat by the table, Leshka gave me a present, a set for bathroom, Jurka gave me a leather organizer, then Jura perfume Salvador Dali, Mariana - $100, Anka gave me a perfume and lotion set Pouson, and for a baby (by the way) only them gave me shoes and a set of rattle toys. That's all, the birthday didn't pay for itself, the gifts were only for $250, but we spent $1000, this is a nightmare, we don't know yet if they will give our $300 deposit back or not. If not, it's $1400 for everything we spent. Jura didn't give me a camera, disappointment, no one is going to pay for houses, no one even offered, assholes. I am so mad and upset, this is the first and last time. Because everything is on me, I didn't relax, but worked like a horse. We ate, lit a fire, took pictures. Anya and Rome went alone with their baby and I didn't like their behavior, no one did, especially Anya. These assholes were living alone in two-bedroom, and not a word about money.

IFCD001427

Me and Mariana were sitting with the baby, Nastya was acting badly and didn't feel well, she has a runny nose, she is not sleeping, doesn't eat well, I tried at 24:30, she ate a little bit. Leshka and Olya were also sitting alone downstairs, then their girl Kristina, when she went to them, she slipped on stairs, fell and threw up all over the entrance (she drank beer). Jura was sitting and waiting for her girlfriend from Palm Springs. My Jura, Andrey and Leshka got drunk and went to Jacuzzi, sat there and sang songs, yelled, drank till 3 at night. Olya, Ira's girl came at 1 in the morning and gave flowers. We drank tea with cake, Mariana went to sleep at 2, I fed Nastya little bit more, waited for Jura, and put her to sleep and went to bed myself, my feet were zooming, I am tired as a dog everyone's drunk went to their rooms. Nastya slept poorly at night, her nose was bothering her a lot, it was running as a river, I was draining her nose with a small pump and doing Ocean nose drops.

P.S. Jura said Olya called, left a message, congratulated me and Nastya with Birthday. I forgot to take a pill.

[Text on margins: 10.12.00 Thursday]

It is either cold or hot at night. At 6 I fed Nastya, then a little later at 10 everyone got up, men had a hangover, I made them sandwiches, they gathered, Juras, Andrey, Olya and went for fishing to a lake. By the way, Jura's Olya washed all the dishes. But Anya didn't lift a finger, did nothing, came in the morning, took coffee and left again.

IFCD001428

Olya and Mishka slept till 12:00. Everyone got up, I made tea and us, Romka, Anka, Mariana, Olya, Kristina and I were drinking a tea with cake, by the way I blew the candles, of course it was late, and everything wasn't as with normal people, and my Jura could care less about me or the baby. <u>Although he proposed a toast yesterday for me and Nastya, said thank you for a healthy girl and promised to make more healthy babies in future, i.e. only promises, he promised to quit smoking, and maybe also to drink.</u> Well, we'll see, then Leshka, Olya gathered and went home at 13:00, they forgot to clean the mop from vomit and I forgot to tell. Mariana wanted to go with them, but then she changed her mind and stayed till evening. Jura and Olya came and went to their room. I fed Nastya at 10:00, then at 13:00. Anya and Roma went for a walk alone, I cleaned at home, was very tired and I want to sleep. Mariana was chatting with hers, then we decided to go for a walk. As a result it didn't work out, when we left, Mariana drove over a grass with big stones and we didn't go anywhere, I left the baby on the street, she was breathing a fresh air. Mariana and Romka were trying to pull the car out, then they went to bring a rope to pull out the car, it wasn't working, woke Jura up and with his help and with his car, finally pulled it out , but then it was late to go anywhere. I fed Nastya at 16:00, Jura called, they want to eat, I made food for them and at 17:00 me and Jura went to them to the lake.

IFCD001429

Anya and Romka stayed alone in the house, took firewood and made fire for themselves, shame on them for staying on such a big house alone and not offer nothing, I mean money, morons. Mariana left with us, I gave her a hair clip, and she left me slippers. We came to the lake, they ate borsch and they, I mean Jura caught something, a fish was carp. We took a picture. Then I walked with Nastya by the lake and at 18:00 I went with Jura, the fishermen came later. They were all tired, they got oxygen poisoning. Jura gutted the fish and was making dinner today, I made salad. At 19:00 I fed the baby and we sat down to eat. Also, the owner of the house came, he warned us about Jacuzzi and he fixed the hot water. I took shower, we all ate and again Anya and Romka left, as if we are not one company. We sat a little and at 22:00 Andrey, Jura went to sleep, I fed the baby and went to sleep. I cleaned and organized and around 24:00 I went to sleep. Jura and Olya seems to have left a little later.

P.S. We barely took any pictures or video. I forgot to take a pill.

IFCD001430

Ex. 82 pg.93 of 436

[Text on margins: 10.13.00 Friday]

Famous American day. Nastya woke up at 2 in the morning, she has a lot of saliva. Jura also woke up because of heartburn. I [illegible] and went to sleep, I asked him if he talked with anybody about money, it turns out that he didn't, I was so sad and hurt, that we spent so much money and no return, I would rather buy a camera for that money, I even cried and Jura calmed me down and promised to buy, they are not people, but heartless machines.

[Text on margins: 142 pounds]

We went to sleep and at 6 we got up again, I fed Nastya, cleaned her runny nose. And at 9 in the morning we got up. Jura and Andrey went to fix the car, the water is leaking from somewhere, eliminated the breakdown. We all had a cake and tea for breakfast, and started to clean and get ready for the road. Jura cleaned the fire place, but not all, my Jura then cleaned up the ashes. I loaded up the dishwasher, gathered my stuff, packed. Jura and Olya left at 10:00, I also told Anya and Roma to clean up, they only cleaned ashes, she didn't vacuum, didn't clean the toilet, asshole, I did everything again, because I want to get our $300 deposit back, and they don't care about it, that is, I will never go away with them again. Jura cleaned the vomited carpet, I looked everywhere, cleaned, we gathered, I fed Nastya at 11:30 and at 12:00 we went home, I gave keys to the management, i.e. to the owner. Anya and Roma went at 11:00 before us. Everything is OK on the way, little bit of a traffic, we saw a truck and a motorcycle accident, we got home at 14:00, we got home soon.

IFCD001431

Ex. 82 pg.94 of 436

We unloaded, Jura cooked, I made a salad, we ate with Andrey, then he took him home. ! I fed the baby at 15:00, read messages, today I got the letter from mom with photos and magazines ! (how they aged) and documents for lottery. Also, my SS came #▮▮▮-9190 Social Security with right to work only after presenting a permit. Cool, now I have to go and get a driving license. Jura called, then Anya wanted to find out how we got home, I don't want to see or hear them. God, I am so tired, but I have to unpack. When we were away, they changed faucets in our bathrooms, also looked around the apartment to see what is there. I took the mail from manager. Jura came and watched a movie, I asked him to help me, he tried and then got mad, go to hell. I did everything myself, unpacked the bags, there is a lot of laundry. ! Nastya's mood changed all of a sudden, she became happy as soon as we got home, and doesn't even sniffle as much, but the nose is still running, sometimes with blood.

I fed her at 18:30 and started to do laundry. Jura went to Slava first, and then to Jura to take the handgun and something else. I was unpacking, putting away. He got home at 22:00 and we were home, I finished laundry and at 21:30 I changed the sheets. I didn't bathe Nastya, I fed her at 23:30, put her to bed and then I went to a bathtub, sat there

IFCD001432

Then at one in the morning a quick BJ and we went to sleep.

P.S. I called Romka, let him do papers for [illegible]

I took two pills together. I also broke a pot from the coffee maker. Basically, to rest well you need more time.

[Text on margins: 10.14.00 Saturday]

At 6:30 I fed the baby and went to sleep till 10:30. We got up, ate breakfast, fed her as well. Alyona called, she is inviting us to a restaurant on 10.29 to Ainar and Sashka's christening, but we don't know yet whether we can make it or not.  Then Jura went and exchanged my money for laundry and rented video tapes and we stayed home all day, watched movies, did nothing. Anya called, then Jura, he wanted to go with Jurka to "Versal", but he didn't want to, refused, because he didn't bring fish for him and he won't go, but Jura is going alone, or with his company he went anyways, he was mad at Jura. At 13:00, 16:00, 18:00 feeding and then she fell asleep, and if I didn't try to cover her with blanket, she'd be still sleeping and sleeping.  It's been the fourth day since I bathed her, because she still has a runny nose. Maria didn't call, I left her a message, around 22:00 he wanted to [illegible] water, but his mixer was at work and he went to pick it up, he came at 23:00, Leshka called, he wants to give his phone to Jura, but I don't know why. In the evening a quick BJ, because I still have my period. I tried to write, but Jura put a good movie and we lied down, watched it till one in the morning, and then to bed.

IFCD001433

Ex. 82 pg.96 of 436

I woke Nastya up and I had to feed her at 1:30, and then to sleep.

P.S. I took 2 pills again today, to make up for the missed ones.

[Text on margins: 10.15.00 Sunday]

I woke up at 7:15 for feeding, then we got up at 10, breakfast, Jura is going to Luda, then to Jura to change water in aquarium and to Lekha for a phone. I called him at 14:30, he is driving home. I fed Nastya at 10:45 and being lazy again, I don't want to do laundry, I am going to shower and then to sit down and write my journal. My period seems to be over.  Anya called, talked about nothing, then Aliona, I told her that we probably won't be going to the restaurant. I will call later. Nastya's nose is running, bloody again, I fed her at 13:00. I finished all writings at 15:00 and I want to sleep. I am waiting for Jurka, maybe we'll go and relax somewhere. He came at 15:20 and we didn't go anywhere, it is late already. At 15:30 I fed the baby and I started to wash the rest of bed sheets and I finished at 20:30. We watched a movie, then Jura prepared to eat, when I was eating, Nastya was crying, I asked him to take care of her (although I think he as a father should be showing some affection towards her, and not just after my request)

[illegible text on margins]

Finally he played with her and then he left her in the room, she was laying there and crying, and daddy went to sit and watch a movie and eat sunflower seeds.

IFCD001434

Ex. 82 pg.97 of 436

What a heartless moron to just leave your own child.  It shocked me, that she is in a way of him watching a movie, and that it is more important for him then his child. Instead of warming a milk, I had to tell him that, he responded that I am getting too bossy and sitting on his head, he is not thinking that this is his child and that she needs his attention, I don't see any love or attention from him. I won't be able to tolerate this much longer, if he continues like this, what's the hell I need such a father for my kid, he's not even registered in papers. As a result, we had a fight, I fed her at 20, I didn't bathe her and put her to sleep. I called Olya, they are not home, I talked to her mom. At 21:00 Jura went to Mishka, I went to a shower, then I called mom, she wants to send me something and also tights for Nastya. God, they (my parents) got so old in pictures, I remember then differently. Jura came at 22:00, I was just talking with mom. I'm not talking to him, I did my writings and went to bed at 22:30, I fell asleep, I didn't even hear how he came to bed.

P.S. Periods seem to be finished.

IFCD001435

Ex. 82 pg.98 of 436

[Text on margins: 10.16.00]

She woke up at 6 in the morning to eat, and then at 10:30, I got up at 10:00. Jura was already awake and was dealing with his stuff, he's not talking to me. ! I wrote up the bills and I sent a check for Nastya's birth certificate.

[I saw grandpa in my dreams, God save and protect him]

Jura called him, they have some business, his friend Gena called from Vilnius, this is somehow connected with Jura. I don't know what are they doing there. Mariana called, I called her back at 11:00, when Jura left, to talk to her freely, about Jura, me and our relationship and his feelings and care towards the baby. I tried to talk, discuss and figure out, but of course he is right again, and not me, he considers his behavior good. Basically, he got me to tears, moron, that's ok, I will show him what's what. I went to school at 13:00, I have to catch up there, I missed almost 2 weeks. I fed her there, at 13:20 and then at 15:40 I gave her water first, and she didn't eat much. We got home at 16:10, a bill came for Leshka's phone, he called, he will come tomorrow. I ate quickly and make borsch in a hurry. At 17:40 Jura came and we went to doctor Jura, not a very good results, we'll repeat in a month, he also took blood to find out cholesterol and thyroid. In a week I have to come and take a heart cardiogram for paid services $50. We'll see if there will be any money. I'm talking with Jura little bit, he went today and bought a [illegible] and something else.

IFCD001436

Ex. 82 pg.99 of 436

They came home at 19:15, he ate and at 19:30 he went to Garik, to change water in aquariums and so on. I called Anya-R, about my documents, he [illegible] and is mad, when he is [illegible], go to hell. I mentioned coal, it turns out they burned it (3 bags) and didn't even say thank you, also not a word about splitting money for houses, again it is my fault, didn't say right away. Screw everything, I leant few things. Then I called Mariana, she will give me information about green card lottery. Jura called, he was looking for my Jura. Then I called Anka – my sister, she promised to send papers, we'll see, and I will send her $100, I don't have any more, although it is not enough for her, but I will help as much as I can. I wanted to buy for Nastya, but that's ok, it is more important for her. Jura is in a car at 18:30, he fed Nastya and now she is sleeping and sleeping, it's 21:00 already, I am now getting to my homework. I called Jura at 22:00, he is still busy with work, I finished and went to a shower. I also bathed Nastya at 22:00, fed her and put her to sleep, I went to sleep at 23:00. Jura came at 1:30, to shower, we made love, that means we made up and at 2:30 we went to sleep.

IFCD001437

Ex. 82 pg.100 of 436

[text on margins: 10.17.00 Tuesday]

I fed Nastya at 8 in the morning, she [illegible] I gave her a [illegible] and she calmed down. [illegible text] We drank tea and he left at [illegible]

I called [illegible] then Marina. I wanted to withdraw from a card, she said the interest is large. I called [illegible]. Jura called, they will come by to eat borsch. [illegible] and bathed Nastya at [illegible]. Almost all day I [illegible] almost everywhere I wiped down the dust from kitchen, he left, I started cleaning the bathroom. I didn't go to school. [illegible text] we watched a movie. [illegible text]. Also Jura was saying something about [illegible]

IFCD001438

Ex. 82 pg.101 of 436

They are going there, I think. God knows what plans they are making. They left at 18:00, to Good Guys or somewhere else to stores and he came back at 23:00, took "R", because it is terribly dusty, I will be cleaning tomorrow. I cleaned today in a small room, cleaned the floors, [illegible]. Nastya went to sleep at 19:00 on a balcony, then at 20:00 I moved her to the swing, she didn't eat, I didn't bathe her and at 22:00 I put her in bed and she didn't wake up. I have a sore throat today and I have a white coating on it, a puss. I called Skirma, she has to send me a paper for lottery, she sent it at 23:00. We were sitting and watching TV and at 24:30 I went to sleep, Jura came little later.

[Text on margins: 10.18.00 Wednesday]

At 5 in the morning Nastya woke up, I gave her a pacifier and at 6:30 I already fed her. She started to make a little pause in the middle of night. We already got up at 9:30, I fed Nastya at 10:00. Jura went to Jura at 11:00 and all day was already with him and was driving him for his work. Alyona called me, I didn't talk to her for long, again I wasted the day, didn't clean today and at 13:20 I went to school. There I found out that the other teacher knows my husband and wife.

IFCD001439

Ex. 82 pg.102 of 436

[illegible] (grandfather) [illegible] works somewhere with him. Everyone's saying that Nastya looks like Jura, it's too bad, I want her to look like me. From school, I went to find out the address Western Union, then went home. I ate and at 17:00 I fed the baby (and at school at 13:00 I fed her as well). Jura called, he is wandering around somewhere with Jura. Then at 18:30 I went and sent $100 (my presents) to Anka + $15 fee (this is Skirma's $30 [illegible]). Then we went to Rite Aid to buy soap and other small stuff and I have $10. I came at 19:30 and Jura just came, I am mad at him, that he is spending all his time not with us, me and the baby, but with Jura, driving him around for his business. That means I will have to find a person to drive me and my baby around [illegible] time. I am not a furniture that you put in one place and let it gather dust, I am a live person [illegible]

[illegible text on margins]

his fault, not a single attention to us! I went to bathe Nastya, then at 21:00 I fed her and put her to sleep. I called my sister and now I have to call Anya-X. She will go tomorrow to [illegible] money. Anya-X and she's not home, that ok. Jura is watching TV, I was dealing with green card lottery papers. Then we had [illegible] and we went to sleep at 24:30.

IFCD001440

[illegible text on margins]

At 7 in the morning, I fed Nastya, but again she woke up early, I gave her a pacifier. Jura was harassing me in the morning, but I want to sleep. He got up at 10, I asked him to feed the baby, but as a result I got up myself, they didn't let me sleep, but Jura fed Nastya at 10:30, then again called Jura and left at 11:30 and left, he told me that to the office. I was caring for Nastya, her bottles and at 13:00 I went to school, and back home at 16:20.

[At school at 14:00 I fed Nastya]

I came and ate, I called Jura, it turns out he is driving around with Jura again to stores. I don't understand one thing, he doesn't like going to stores (or maybe he doesn't like going with me to stores), and why can't Jura go by himself, without my Jura, and mine is not his driver, and maybe they have a common interest and they are renting girls together, if I find out I will kill him. I fed Nastya at 17:00, called Skirma, we talked with her, then we talked to Veronica. Mariana came by, I gave her slippers, she gave me a hair clip. Today a letter from UCLA came, they are charging us. Skirma promised to find out tomorrow. I called Jura at 18:00, he is still with Jura at a store, maybe, but I don't believe him. I took shower at 19:00, Nastya is sleeping, we wanted to go to do some shopping, but perhaps we will not go. I bathed her at 20:00, fed her and put her to sleep. Jura came at around 21:00, he roasted himself a potato. He told me "thank you for dinner", he was very upset that I didn't pay attention. He was watching TV, and I was still translating the lottery, by the way I need to take a picture.

IFCD001441

Ex. 82 pg.104 of 436

We went to bed at 24:00, we made love and then [illegible]

[Text on margins: 10.20.00 Friday]

At 7 in the morning, I fed the baby. Then we got up and [illegible] at 10 Jura and Jura were going somewhere [illegible] to show Mexican passport. I asked them where they were going, whether to Turkey or to Belgium, God knows. When I asked him what about me, he said a farm (he meant either me or the baby, that he didn't really want) he [illegible] if we were going to stop him from going on a "business trip".

[Text on margins: we had a fight with him [illegible] a divorce]

It became clear to me that he only thinks about himself, and no attention to me, does nothing for me that I could have normal documents. He got mad and went to the Embassy. I fed Nastya at 11:00, I called him to find out about [illegible] and he [illegible] came at 11:40, I gathered and we went to Smart Final and on the way, he told me everything. That we will not get on each other's nerves, that we [illegible], we have a divorce, that [illegible] for a baby. I have [illegible] as if I swallowed my tongue, I [illegible]

IFCD001442

we were like toys, he played and tossed. All of these are Jura's influence, how do I hate him, and mine too is being spoiled by money. That's it, after that it's all tears, tears, tears. ! Also a news, I called Romka, he is very mad at me and at Ira from Big Bear about the money, he wouldn't talk to me and hung up the phone.   I called Anya, I will talk to her later. After the store Jura took me to school, and he went to JONS and then I don't know where, and we are already divorced and there is no need in me. That's it!  I can't get used to the thought that I am alone with a baby. Without documents, without money, without a language, God help me and save me. I came from school, he wasn't there, I called Anya – I talked to her, then to Skirma, she called UCLA, seems like I don't owe them anything. I called to everyone, but I am left alone with a baby. Jura came at 17:00, sat down, I went to the store and bought milk on food stamps, came home and he is going with Jura (what a good friend he has), they went somewhere, either to Andrey, or with him somewhere. I don't know, he is not telling me. He left at 18:00 and I started having a panic attack, crying a river. What an asshole, I don't believe that is it. God, he came, left a car and went to drink, have fun, relax, I hate him. I called Anya, she can't, I called Masha, she also got scared with his [illegible]. She wanted to come to me, but [illegible]

IFCD001443

and didn't come as a result. We talked to her on the phone. Then I talked to Alyona, later with Olga, Veronika. <u>I called my sister Anka, she received money</u>. Everything is OK. Then I left a message to Mariana, she is relaxing in nature, and her husband is somewhere with Juras and drinking somewhere else no one know where. By the way, for lottery, I will be giving Mariana's address. At 20:00 I bathed the baby and put her to sleep. I cried myself and at 23:00 I went to sleep. I don't know whether he will come or not. God, I can't believe that is it, that there is family and I wanted it so much, but it didn't mean to be. God help me. He showed up at one in the morning, drunk, he can't even stand up, he gave the key and the car (I found out that later, but not from him, he is not talking to me). He slept in another room and he woke me up at 3 o'clock, he was vomiting right on the floor, on a table, on papers, couldn't make it to the toilet. I was cleaning afterwards like an idiot, I should have left it, let him clean it himself, but I again humiliated myself, how stupid. He finished at 4 and went to sleep, I couldn't sleep for a long time. He came to me at night. P.S. I didn't eat anything all day.

IFCD001444

[Text on margins: 10 [illegible] 00 [illegible]]

I woke up at 7 in the morning, I fed her and back to sleep. A ring at 10:00 woke us up, Andrey called him, he went to the other room, made himself food. I think Jura called him; Later at 11:00 Andrey came with Armen. They were sitting and drinking beer, I got up and fed the baby at 11:30 and was doing my chores and was listening to their conversation. As I understood, they were at Andrey's first watching a boxing match, then they went to the restaurant "Versalles", they wanted to go to Las Vegas, and I don't know what else.

[Text on margin: it hurts me to look how Andrey is caring for his son, holding him and talking to him, and Jura could care less, like he is a stranger]

They brought the car, Andrey brought me strawberries and is talking me into going to "Shashlichnaya" to eat. I was getting ready, Jura said he should thank me for yesterday, but he mumbled something and that's it, doesn't talk to me, pretends that I am not there. Is that all, what an asshole, he will abandon, God will punish him. He patted in the morning, we left at 13:00, we sat and ate, Jura called him again, they giggled a little bit, something about me I think, as if he is deliberately working him against me. I hate him so much, asshole. At 14:30 we went home again, Andrey took the car again, silence at home, he went to sleep, and I went to sleep later. I talked to Veronika, she is worried about me, but at the end I am alone. I was eating all day today, this is bad. Jura was watching TV in bedroom all day, was coming out periodically, making himself something to eat. I got up at 17:00, said I needed to take a picture, he mumbled something in response, like go there is car. Skirma called, we chatted.

IFCD001445

Someone called him on a cellphone, perhaps Jura, how I hate him. Leshka called, said he will do my pictures next week, I told him about our divorce, he said everything will be ok with us. I fed Nastya around 18:00 and after I started to do baby's laundry, finished, took to a dryer and at 21:30 everything was done I washed the baby's bedsheets completely. Nastya stayed on a balcony a little bit, then at 21 I bathed her, I fed her at 21:30 and put her to sleep, I [illegible] today and I put her to sleep late. Then I took shower at 22:40, and went to iron baby's clothes, Jura is silent. I finished at 24:00, Olya called at 23:30 to find out, how I am doing. Then his wife called at 24:20 and congratulated with birthday. He laid in another room to sleep.

[Text on margins: 10.22.00 Sunday  He has a birthday.  140 pounds]

I fed Nastya at 8 in the morning and then I couldn't sleep after. I think his sister called him in the morning, congratulated him with birthday, then his wife again, perhaps he also talked with his son. I also went to kiss him and to say happy birthday, was a dry thank you and that's all, what an asshole. Skirma called, his Thomas is sick and we won't be going to Legopark with Robert.

IFCD001446

He was also calling him to congratulate. I ate breakfast, he was in another room, watching TV, not talking to me, now he is sleeping again. I called Anya -R, she promised to call me back, I am lying and reading. At 12:00 I fed the Nastya, he was making his dinner. Mariana called, she is also mad at Andrey. I called Olya, talked to her. Then I sat down and was filling out for a green card. Jura left at 14:30, Andrey brought a car. He went to the office, and somewhere else unknown. I fed the baby at 15:00 and started cleaning the apartment with the help of "R". Anya called, then Veronika, but I don't have time to talk to them. He came at 17:30, I just finished cleaning in the leaving room. He came with Jura, how I hate him. They were sitting, drinking, then at 17:40 they went to the store. I cleaned up in a small room. At 18:00 I fed Nastya, they came, I don't want to speak with Jura, he is trying to talk to me. I finished cleaning, washed the vacuum cleaner, took shower, Nastya fell asleep. I went to drink, she woke up at 20:00, Andrey came and gave $100, Robert – a drill, I don't know what Jura gave. At 21:00 I bathed and fed Nastya and went to drink again. Nothing with Jura, and I'm ready to kill the other Jura. Then as I found out that Jura didn't know about our divorce or plays a game well. Although he is pressing me to tell him what's going on, maybe my Jura doesn't tell anybody indeed, I myself blabbed to everyone.

IFCD001447

Skirma called at 24, then Andrey and Robert went to a restaurant "Troika", my Jura as well hesitated a little, but then he changed his mind, or Jura stopped him, I didn't understand, he was drunk as usual. <u>And also he said today is the last cigarette and from tomorrow he is quitting smoking, but only cigarettes, he will move to a pipe.</u> They all left, I cleaned the table, washed dishes. Jura says no need to try to be good, I wasn't trying. He also made his bed on a couch and at one o'clock we went to sleep.

[Text on margins: 10.23.00 Monday]

At 5:30 in the morning Nastya wanted to eat, then to sleep till 10:30. They were all calling him, I got up, Jura called and then he came by at 11:20, they were going to the Embassy to do Jura's visa, or passport. Then they got back right away, they were gluing something in a passport and left at 11:40. I fed Nastya at 11:30, Anya-R called me, then Veronika, they were all asking how I am doing. Then Mariana, I was talking to her till last minute, and at 13:00 I went to school. Later at 16:00 back home, there I fed the baby at 14:30. I came home to snack, Juras came home, they ate and left again, I don't know what and how and also unknown where.

[Text on margins: feeding at 18:30]

IFCD001448

Ex. 82 pg.111 of 436

I started to cook meat, cooked it with carrot. Anya-X called, she is the only one told me that I am nor right, that I am demanding a lot. That I want too much and so on and so forth. And I have to make up first, I don't know what to do. At 19:20 Mariana and I went to Alcoholics program, I didn't understand anything there and at 20:20 we went back home.  She gave me her address and we parted. I came home and Jura wasn't home. I bathed baby at 21:00, I fed her at 21:30 and put her to sleep at 22:20, Jura's not here, I boiled the bottles, I have to write bills, I filled up the green card lottery. I didn't take the birth control pills yesterday, and today I was looking for it and couldn't find the third packet, that means there is nothing to take. I was filling the documents till 24:00 and at that time Jura came. I also called dad, he said he got my package. I filled out application for myself, for mom, for dad and for Jura. Jura came and went to shower and again went to sleep on a couch and we had a conversation. Again I started first and told him to let's sleep together, then he wanted to find out why he is selfish. It turs out like he told me, my problem with documents are being solved and he is offering me to marry Ruben, but what to do with the baby, and where I am supposed to live and with whom, it's unknown to me, but all of these are in future. I didn't ask questions, he didn't say anything else. The only thing he said, he will be sleeping in a living room, I have to think more about it.

IFCD001449

As a result, he slept in a living room, and I slept in bedroom, we went to bed at one in the morning.

[Text on margins: 10.24.00 Tuesday]

At 8:30 in the morning I fed Nastya and back to sleep till 10:30, Jura gathered and went to work, as I found out later, he went to Mexican Embassy for his passport. I got up at 11:30, fed Nastya and had breakfast. Anya-R called to find out whether Roma called or not about my issues, it turns out the man went away and will come back either this Friday, or next, somehow these document issues are stretching out in time for me. Jura came at 11:30, exchanged money for me for laundry and at 12:00 went to Robert, but I don't know why.

[Text on margins: today I sent a letter for green card lottery]

I called him and asked him not to tell that I was crying to him about the divorce. At 13:00 we went to school, there as usual I fed the baby at 14:00. From school I went to ROSS, I bought for baby's bath and also to put away toothbrushes and tights for myself all for $11.00. I came home and ate at 18:00, I fed Nastya as well. I called mom, talked to her, they are all shocked from what they saw and say that Nastya looks like Jura. Then at 19:00 I went to a 99 cents store, bought a rubber toy for Nastya for her teeth, or she is putting everything in her mouth and salivating and few more things for home, plates, and so on for the sum of $10.99.

IFCD001450

I came home at 20:20, Jura's not home. At 21:00 I bathed, fed and put her to sleep. Jura came at 22:20, not hungry, he said he ate at Jura's, but where he went and what he did, he didn't tell me, and I am not asking. He was watching a movie, and I was sitting in a tub. At 14:00 he went to bed, again in the living room, waiting when I will tell him to come to sleep with me. But I am not ready to do this. I went to bed at one in the morning.

[Text on margins: 10.25.00 Wednesday]

At 8:30 in the morning I fed Nastya, she was crying and it's been two days that she's pooping 3 times a day, and as usual in the morning and in the evening. Then I went and kissed Jura, this was a signal, he looked at me, I called him and he came to sleep.

[Text on margins: we made up]

We made love, then slept a little. We woke up from Jura's call, about yesterday when he went to Robka and all of these are connected to Lithuania somehow, I don't know much about it. He also asked if we made up or no, I think. Then Mariana called, she found out that we made up. We got up at 11:00, Jura came and washed a car, came home and watched TV. I fed the baby at 11:30 and I am going to school. Jura was at home, when I left. At school I was told that I cannot come, because baby is crying, interrupting, and according to their roles, a baby cannot be in the building. In the end [illegible] called the director, and she didn't forbid, but said as soon as baby starts crying, I should leave.

IFCD001451

Ex. 82 pg.114 of 436

I was very upset about it, how am I supposed to learn a language. I don't know. I came home at 16:20, Jura's not home, I ate, I fed Nastya at school at 14:30. Jura came home at 17:20, today he took an aquarium from Beverly store. I got mail and there was a letter, that Lekha send to Pacific Bell, but it had no stamp, that means I have to send again. Lekha and Olga came over to us at 18:00, then Jura and Lekha went to a Smart Final for products. I fed the baby at 19:00. We had wine, washed Leshka's car for celebration and they left, we had dinner and stayed at home. Jura was watching TV. At 21:00 I bathed and fed the baby and went to sleep, she fell asleep at 22:00. Mashka called, we talked to her, then I left a message for Olya. At 23:00 I went to shower and basically, I want to go to sleep, but I didn't do any chores. Jura went to sleep at 23, we had a quick BJ and he changed his mind about sleep, I was doing homework, he was watching TV. Then at one in the morning we went to sleep. P.S. He got a letter from [illegible] with her braids. It was raining at night.

IFCD001452

Ex. 82 pg.115 of 436

[Text on margins: 10 [illegible] 00 Thursday]

I woke up at 8, I gave a pacifier to Nastya and back to sleep. And at 9:30 she definitely wanted to eat. I fed her, she didn't poop in the morning. We got up in the morning at 10, I started laundry. Jura left at 10:40, first to the post office, then to Jura for the whole day. I called Skirma and chatted with her, by the way I owe her $35 for unpurchased diapers. That's all, I am home cleaning all day. I didn't go to school, I finished laundry at 14:00, then I washed floors on a balcony and stairs and started cleaning in my room with vacuum cleaner "R". I fed Nastya at 14:30 and put her in a balcony to breathe fresh air. At 17:00 I started to iron clothes, I called Zayats, she was working. Then Anya-X called, I chatted with her. I fed Nastya at 17:30 and put her down to listen to music. I finished ironing at 20:00 and started to wash floors in a kitchen and living room. I finished everything at 21:15. And at 19:30 I called Jura, he is at Jura's, they have their own business. It was raining in the evening and also at night. At 21:30 I bathed, fed and at 22:00 I put Nastya to sleep. Jura came at 22:20, I fried potatoes for him, then I did my writings, prepared bottles for Nastya. Jura bought Vermont with tonic, I liked it very much from Big Bear. Now at 23 I will go to shower and we went to sleep at 24:00, a quick BJ and to sleep.

IFCD001453

[Text on margins: 10.27.00 Friday]

I woke up at 9:30, at 10:00 I fed Nastya, we had breakfast, Jura went to Jura at 12 and stayed with him all day again. I vacuumed with "R", today he took it to Jura. And at 13:00 I fed Nastya and went to school. There Nastya was quiet, she played with toys and at 15:30 I came home. I called Olya and talked to her, she prepared a package for me, I mean for Nastya, that's cool. I fed at Nastya 15:30 and I started to cook [illegible], then I ate. I washed the ventilator. I called Jura at 17:00, he is driving around with Jura somewhere. They came at 18:30, I fed them, then at 19:00 I fed Nastya. ! And Jura connected Internet for us, so great,  it's free all months, and it shows Russian sites, Finally, but now we need a second line, or a second number. Then at 21:00 Jura drove Jura home. I bathed the baby, fed her and to sleep. Now at 22:15 Jura's not here, he came at 22:30, we sat and watched Internet, then he left, and I was watching Russian sites. At 24:00 I went to sleep, Jura came a little later.

IFCD001454

Ex. 82 pg.117 of 436

[Text on margins: 10 [illegible] 00 Saturday]

Nastya woke up at 6, I fed her and back to sleep. Then Jura woke up at 9:00 and left at 9:30 back to Jura again, as he told me to the airport. Rubin and Jura want to buy a plane and my Jura got dressed, although why I don't know. I slept till 11:00 and at 11:30 I fed Nastya, I washed blinds, all day at home. I called Skirma Aliona, Mariana, I chatted with them. At 15:00 I called Jura, he is still driving around, having fun with Jura, and who else I don't know. I have to go to a store, I asked him to come soon, but Jura's more important to him, he came at 17:00 and it was already too late to go. At 14:30, then at 17:30 I fed the baby. Today I cleaned the closet, sorted my clothes. I called Zayats, it was too early for her, we didn't talk much, I called mom, they went to [illegible] Olya, to watch my tapes. Jura came, I fed him and then I was doing my things. He is going with Jura on Monday or Tuesday to Turkey, as he told me to decide, to help Jura with a business deal, for a week. Basically, they are going to have fun, I don't believe him, asshole, he will leave me with a baby and will go have fun and cheat. And he knew this and he made a passport, and he's saying that he doesn't know whether this is for long or not, don't be fooling me, he knows everything. I don't like this business for some reason. Basically, I am very upset with these events. In the evening we were at home. At 21:00 I bathed Nastya, fed her and she didn't sleep till 23:30, she was crying a lot, something was bothering her.

IFCD001455

Ex. 82 pg.118 of 436

I had trouble putting her to sleep. At 23:30 Slava called, he is offering a computer for Jura. We all went to sleep at one. We made love before bed, but it's not the same, like it was before. I don't like it any more.

[Text on margins: 10.29.00 Sunday]

I fed Nastya at 6:30, then back to sleep and at 10 Slava woke us up, he called Jura and they agreed to meet at 13:00. We made love in the morning, again nothing for me. We moved the clock one hour behind. We watched a movie. We got up and ate, at 11:00 I fed the baby.

[146 pounds]

Jura disappointed me again about taking me to the store. It's been raining all day, it's cloudy and cold. Me and Nastya were at home. Dima from "Vers" called him and is offering to buy out the second half of the restaurant, Jura came and they went to him, and also they waited for Slava, but when they were waiting, they were talking about something on the street, deliberately, so that I couldn't hear, and they left again. I prepared minced meat, talked to Skirma, I called Jura, he already finished and is going home, I asked him to buy a pumpkin. He came at 16:20, I am sad again, that he spent all day with him and not me, very sad. He made a pumpkin and sat by the TV again. I made cutlets for dinner. We ate, I fed Nastya at 13, 16, later I brought her out on a balcony, and the rain is still coming and coming.

IFCD001456

Ex. 82 pg.119 of 436

At home in the evening, he is watching TV, I am not doing anything. I was on internet, somehow it's not interesting to me. Leshka called, he will bring pictures on Tuesday. Jura called in the evening, they are all going tomorrow for sure at 20:00 to Turkey, God, how sad I am that I cannot go anywhere, how scared I am to stay home alone with a baby. But they will be having fun there, assholes, dogs, well I'll have such a payback, he won't even know, I will not know how he's cheating as well. His eyes started to sparkle, maybe he told me that he is going, but he has other plans? I don't know and I don't know the truth what's going on. At 20:00 I bathed her, she didn't eat much, she cried again and I put her to sleep. I called Olya, they are still sick. I wrote, then to shower, he also shaved, prepared for tomorrow. At 23:30 I went to sleep, he came at 23:30, we made love and went to sleep at 24:30.

[Text on margins: 10.30.00 Monday]

I fed Nastya at 8:30 in the morning and I didn't sleep. Jura also got up and gathered at 10, he went to a whole sale, then to Garik to bring the fish and to "Vers". I was at home, gathering and ironing his clothes. The iron is not working. Anya-R called, they went to a restaurant. Mariana called, I sent papers for her about the lottery.

IFCD001457

I called Mary, Ira, nothing new. Jura came home at one with Gary and flew back to him, then to Jura's office at 14:30 to deposit money in a bank and at 16:40 he came to us. Jura took a suitcase, we packed our stuff, the other Jura was helping me and he was laughing, this is wrong, this is not right, this is not a good quality. They packed and stayed at home.

[Text on margins: Jura today went to Turkey with Jura]

Today I received a letter from my sister Anka and I filled out an application for a green card lottery and at 17:00 I went to a post office and sent a letter. I wish for it to get there on time. Jura fed Nastya a little bit at 17:30, he probably also saw that I gave Mariana's address as a return address, and he got upset, well let him, the god helps those who are careful. I fed Nastya at 11:30, 14:30 and then at 20:30. I didn't go to school today. They left me $200 for personal expenses. A limo picked them up at 17:45 (Garik sent it for them for free) and left for the airport and they are flying at 20.  And they will arrive at [illegible] 12 our time. I am very sad and upset that I am left alone at home with a baby. I went with Nastya at 18:40 for a walk, I bought candy, I went to 99 cents and at 20:00 went home, wrote out all the bills, I called Masha, told her I am alone, she can come. We hang out till one in the morning.

IFCD001458

$1000 in a bank on my account

$300 Herbalife pills

$

IFCD001459

Ex. 82 pg.122 of 436

Now to shower and to sleep.


[Text on margins: 10.31.00 Tuesday]

It's Halloween today in USA. I fed the baby at 6:30 and went back to sleep, although I can't sleep well alone. Then someone called but was silent. At 9:30 Skirma woke me up and then I couldn't sleep well. I fed Nastya at 10 and didn't do much. Jura is not calling, I went to school at 13:00. Anya-R called, Mariana, Alyona, nothing good for me. I went to JONS from school, bought some products, I took Jura's turtleneck and a sweater to dry cleaning. I fed the baby at school at 16:00, they sent us home today at 14:00. It is boring at home, I ate and stayed at home. No one came for candy. I fed the baby at 17:30. God, she started to sleep so badly, she's crying and screaming hysterically, I don't know what was going on with her and at the same time I want to "kill" her, God forgive me for that, but this is true, I love her very much. She fell asleep at 20:00, now at 21:00 Jura didn't call. I called my sister in the evening and chatted with her, then I called Lenka Rytik, everything is ok with her, about

IFCD001460

Ex. 82 pg.123 of 436

[illegible English text]

[Text on margins: now we have to calculate everything, she needs money very much]

Natasha Rassipnova I found out that she got robbed on a New Year, took all the dollars, it's a nightmare and she also looks terrible because of pregnancy and plus she smokes. I took her email, we'll be writing. Then I called Svetka Semenova, we chatted with her, she also gave an email, I told her that my sister is looking for a job, she says she was somewhere before, they were looking for a secretary. She said she will help as much as she can. I took her friend Lena's phone number, I will call her back tomorrow.  Then I called my sister again, I told her to call Svetka back. Then I called mom, she told me new about Zhenka Shorokhov's death, and I also told her that Nastya is crying, she told me I have to wash her and dump water out the door. She is very worried about the baby and misses her, I understand. It's 24:00, I am going to sleep. Also, Jura's wife called, for some reason he has to call her back urgently, what could it be. He didn't call back, not a good man. I called Zayats and chatted with her, and that's it, we went to sleep at one in the morning.

IFCD001461

Ex. 82 pg.124 of 436

[Text on margins: 11.01.00 Wednesday]

I fed Nastya at 6:00 and back to sleep. Slava woke me up, I told him, that Jura left. First I got up and didn't do much. I started to do baby's laundry at 11:00. I fed Nastya at 10:30. Jura is not calling. I went to school at 13:00, there I fed her at 14:30 and came home at 16:25. I had three messages, one from Jurka, they are still in London, they are flying to Turkey tomorrow, he has some problems with visa, he called at 2:30, it was 10 in the evening their time, he said he will call me back tonight, time difference with London is 8 hours, for example it's 9:00 pm here and 5:00 am there.

[Text on margins: I heard that Jura was going to call Vilnius, but I don't know why]

Second message was from Bubochka, third from Leshka. I ate and they just came, sat down and drank coffee. Nastya didn't eat well at 17:00 and she has a rash on her neck, with redness and bumps, I don't know what it is.  He brought me pictures all for $6.00, then I decided, or I mean Leshka decided to take me to a library, I wanted to rent video tapes, but unfortunately we came when it closed at 17:30, and back home and I was home alone all day. I bathed Nastya at 20:00, fed her at 20:30 and she was laying and listening to music and played till 22:40, then she fell asleep. I cleaned up a little bit, now I am going to iron whatever I washed, I want to go on internet, but I don't know when Jura will call me, although it's 6 am there and I don't know whether he is sleeping or not, if he's fucking someone or not, I also don't know. God, please help me and save my marriage, don't let him cheat, it's unfair to me, I am at home watching the baby,

IFCD001462

Ex. 82 pg.125 of 436

don't see a daylight, and this asshole is having fun, I'll kill him. While I was writing, he called me at 22:00, we chatted, they were flying from LA with a 2 hour delay, then he was lucky that they flew from America without the Turkish visa, they had to do it at [illegible] and tomorrow, or whenever he called it was 6 am on Thursday and at [illegible] they are flying to Turkey. He promised to call as soon as he gets there. God, how I want to go to London and [illegible] fly around countries. Then I called Mashka and we chatted with her, I will go to sleep now at [illegible]. But no, I went on Internet and was there until 1:30, and then I went to bed.

[Text on margins: 11.02.00 Thursday]

In the morning Nastya woke up and fell asleep again till 9 in the morning. I got up, and then she was still laying and playing with toys. I washed the rest of baby clothes and ironed yesterday's. Iron is not working, I called Alyona, left her a message. I fed Nastya at 9:00, then at 12:00. Then at 13:00 to school. Nastya didn't poop today! I fed her there at 14:30, then at 16:00 I went to pick up dry cleaning, I went by "Robert Cuisine", then to "Shalom". I met Veronica, she doesn't look good. Then I bought newspaper and went to a library on [illegible], I took 3 videotapes home. Nastya fell asleep and I think she will not move to a 4-times a day feeding schedule, but [illegible].

[Text on margins: Nastya is moving to eating 3 to 4 times a day]

IFCD001463

Ex. 82 pg.126 of 436

She didn't ask to eat at 17:30. I called the doctor Burshtein about the rash on her neck, I talked to Karmen, basically I have to show her to a doctor and I don't have insurance, and such appointment will cost $60, so I might just wait till November 11, when we are going for vaccines. I ate and stayed at home. I called Robert, I talked to her. Then at 19:20 I bathed Nastya, at 20:00 I fed her and put her to sleep, I mean she fell asleep around 2. I did my homework, and I didn't have time to watch the tapes, it's 22:40 now, I will take shower and probably go to sleep, I am very tired. Jura didn't call, I don't know what's going on with them. I watched a movie little bit and went to sleep at 24:00.

[Text on margins: 11.03.00 Friday ]

I woke up from a phone call in the morning at 8:00 and then at 8:30 I fed Nastya and then could go back to sleep. I got up and washed baby clothes and my dress with a blouse. Ripa called, we chatted with her, then Mariana, we agreed to meet in the morning. I called Alyona and find out their address, I might go to her tomorrow. I called Mashka, she doesn't know if she's coming to me or not.

[Text on margins: I received a certificate]

I fed the baby at 12:00 and at 13:00 went to school. There I was till 15:00, then I went to RITE AID and bought a baby detergent and something else for $20.00. And I got home at 16:10. ! Today I received an original birth certificate of a baby ████████, ! also I received a card from Fingerhut

IFCD001464

Ex. 82 pg.127 of 436

#▮▮▮▮▮▮▮▮, it means Axsys Bank gave us credit for $150. I ate at home, when I came there was a message from Jura, he is still in London, they are going to Turkey on Monday, he is having fun, he promised to call back. I am at home all evening, Mashka didn't come. At 14:30, then at 18:00 I fed Nastya and she fell asleep at 19:00, I didn't bathe yet. I watched a movie and at 21:00 I went to bathroom, I still have to iron. Skirma called, my phone was off for a long time, I mean it had a busy signal. ! Tomorrow I will order a calendar from a card form Household happykids-personalized.com for $25.00+18 for a second one. Then I watched a tape, cried for asshole Jura and at one in the morning I went to sleep.

[Text on margins: 11.04.00 Saturday]

I woke up at 7 and at 7:30 I fed Nastya, then I slept a little. She was crying at 8:30 and I changed her. Jura called at 9:00, asshole, he only has a minute for me these days. Talked very quickly, not much, I am very mad at him, that he talked to me this way, didn't even say goodbye properly, and didn't tell me anything, he just checked in and ran away.

[Text on margins: Denis. 011 cents  10102201010]

This is what's going on, then I was laying down, doing nothing, watching a tape. I called Mariana, we agreed for 2:45. At 11:30 I fed Nastya and started to gather, I bathed at 14:15

IFCD001465

Ex. 82 pg.128 of 436

Fed her and we went for a manicure, we met there, Mariana was also doing a manicure. Then I bought CD's for baby songs with a card. Then we went and took a car seat and went. First I returned video tapes to a library, then I bought shoes and boots for stretching for $8 (I will pay when I pick up). Then we went to Alyona to the store, there I bought a blanket for Nastya for $15, an iron (I broke our old one) for $35 and a knitted hat for $7, spending total of $57. Then we went back home, at 17:40 she dropped me off at home. I bathed Nastya quickly, fed her at 18 and she fell asleep at 19:00. I called Anya-R, I wanted to go with her to a Mexican market for diapers, but she is not going, Anya-X called, she can't, she is working.

[English text on margins: She likes look her father. She is a copy of father]

Then I ate and chatted with Alyona, she was telling me about diets, enemas, cosmetics, I have to take care of myself, I let myself go. Then I was talking to Anya-X, I have to extend my passport. I did nothing all evening, chatted on a phone. I talked to Skirma, I have to find out about UCLA again this Monday. I called mom, asking he to send me a tape of Cindy's exercises. It's 24:00 now, I will try to call t. Nina Prostyakova and I will go to sleep. She might have changed her number, not connecting, and mom doesn't know.

IFCD001466

[Text on margins: 11.05.00 Sunday]

Nastya woke up early at 7 and I fed her. Then back to sleep at 9:00, I changed her pooped diaper and then I couldn't go back to sleep. I got up at 10 and started doing house chores. I fed Nastya at 11:00, at 12:00 I started to do laundry, washing bed sheets and the rest. I washed the baby clothes in "Maliutka" and took it to a big drying machine. Skirma called, then Alyona, she prepared me something for Nastya and for me, some creams, I have to drop by and pick up.

[Text on margins: it's been a month since I had my period]

I fed Nastya at 14:00, I finished doing laundry together with drying clothes at 17:30. Veronika called, Mishka, he is saying he was calling today and it was busy, this is strange, happened already for the second time, I don't know what's wrong with my phone. Then when I made all the beds, cleaned up, washed the floors in a small room. Then at 17:00 Nastya ate a little bit she is not eating well these days. Then we went to Ralphs for diapers, they are cheaper there, then in JONS, $10.00, and then went to JONS for products, spent $45.00 and home. I bathed her at 20:00, fed her at 20:30 and at 21:30 she fell asleep. Gosh, how can I make her sleep on her side. I cleaned up, laid down, boiled her bottles. Now at 23:00 I want to iron everything with new iron. And tomorrow, if I can, before I go to school in the morning, to wash floors, we'll see. Jura didn't call today, a dog, he's probably having fun, asshole, God help me and save me from his cheating and sleeping around, please disappoint him. Yes, I ironed everything, then went to shower and to

IFCD001467

[illegible text]

[Text on margins: 11.06.00 Monday]

Nastya wanted to eat early at 5:30, I fed her. Then at 9 in the morning we got up, I fed her at 9:30 and ate myself and started to wash the floors everywhere. I finished at 12:30, went to a shower, at this time Jura called, I didn't answer, because I was running to school. He said they had the first day of negotiations, that he misses me (I don't believe him, if he missed, he would have called more often and calculated the time difference, to catch me whenever I am home, if he really wanted to talk to me, I have a feeling that he just checked in and continues on his journey, all of this is a lie, to talk only twice a week and the second time he found a minute for me – asshole, I am mad at him, we just a thing for him, all of these are just excuses, that it is too far to get to a phone, that he has no phone card. If he really wanted to talk to me, missed me, was wondering about me and so on, he would have done everything for it. He doesn't care how we are doing here, he thinks everything is ok, what an asshole. A cheater, asshole, go to hell). He said he is hugging and kissing, but over the phone, but God only knows who is he kissing and hugging, a dog, him, Jura or any other men, they are all made the same way, there are few exceptions of course. Basically, I am upset again. I fed Nastya at 13:00, then I gathered and we got to school at 13:40.

IFCD001468

Ex. 82 pg.131 of 436

We have a new student from Rostov, Vadim (an Armenian from Baku). Nastya was misbehaving, crying. At 16:00 I fed her and we went home, but first we went to ROSS, I was looking for a flat sheet for a baby blanket, but didn't find one. Then I went to Ralphs and bought VIVA napkins, they were on sale for $7.00 and went to JONS, bought a formula, dry breakfast and I came home at 17:30. I ate, then at 18:30 I bathed Nastya. Her neck rash didn't clear up, it's bumpy, pimply, she had this rash for the third week, it dries, but comes back again, I have to go to a doctor, I will wait till 11th, because otherwise I will have to pay, and now there is no one to take me. I fed her at 19:00 (we ate today 5 times) and she fell asleep right away. I was sitting and sorting pictures, then I did my homework. I called Masha, she is not calling back. Then to a shower and maybe at 23:00 I will go to sleep. Masha called, we chatted about her going to a hairstyle show this weekend and she will get pay for it, cool, I also want new adventures in my life, and to have an interesting life and not to sit at home. I went to sleep at 24:00.

[Text on margins: 11.07.00 Tuesday]

Jura called at 5:30 in the morning, we talked, he is alright, again we talked quickly, quickly and that's all, he promised to call back tomorrow.

IFCD001469

Ex. 82 pg.132 of 436

Nastya also woke up, I gave her a pacifier and I went back to sleep, she played a little and went back to sleep. We got up [illegible] woke me up, that she was already talking, basically was very loud, at 8 in the morning. I had breakfast, I fed Nastya at 8 and laid down to read a newspaper. Then I called Anya-X, she is not picking up her phone, probably still sleeping. Skirma called, hinted what I was doing on the weekend, she wants to ask Tomas, they will go to Vegas, but I don't know what and how, and then I called Mariana, she has news, Andrey got into an accident on Saturday (we just met), but not on a freeway, he fell asleep and drove into a sidewalk. They took him to a prison and on Sunday Mariana took him, that's it, Andriukha got caught drunk. God, let this be a good lesson for Jura. At 12:00 I fed Nastya and we went to school at 13:00, there I fed her and at 16:00 we went to pick up the shoes from stretching and paid $12, but when I came home and tried them on, they were still very tight, I have to lose weight, maybe my legs will also get smaller. Then I went to a video rental place, I took 7 tapes for $5 till Friday, a boy there was very ugly, he was trying to pick me up, or to meet me, he looks like a drug addict. That's it, I went home and came at 17:15, ate, I didn't bathe Nastya, I fed her at 18:20 and she fell asleep soon. Jura's wife called, she said he should call back and she probably heard how Nastya was crying. I was watching [illegible] "Pesnya 99" – 4 tapes, wasted time and now at 22:[illegible] I sat down to do my homework. Then I watched "Pesnya" till 1:30 and went to sleep afterwards.

IFCD001470

Ex. 82 pg.133 of 436

[Text on margins: 11.08.00 Wednesday]

Nastya woke me up at [illegible] in the morning again and now she doesn't want to sleep, playing in her [illegible] she was laying, playing and fell asleep, I also slept till 9:30, then breakfast and fed her at 10:00. I read a newspaper. Anya-X called, [illegible] Jura [illegible]. At 13:00 I went to school. Nastya was talking there, [illegible] I see is getting tired and [illegible]. At 13:30 I fed her, she is constipated today. On the way home we went to ROSS. I bought a small blanket there for Nastya for $6.00. I also took money from Jura's credit card $60.00. I came home at 17:00. Jura didn't call today. I [illegible] fed the baby at 18, I was too lazy to bathe her, I didn't bathe her second day in a row. She fell asleep at 19:00. I washed baby clothes, called [illegible] congratulated with birthday, we chatted. Then I called Vlad Denkin, we talked about nothing. Then to [illegible], he could talk much either, Tanya was next to him, by the way, she is 6 months pregnant. Then I talked with Rudik [illegible] . He gave me his email. I called Sasha Miller. Then I called [illegible] he wasn't home. [illegible] mom, everything is good thank God.

IFCD001471

This is how I spent my evening, again I did nothing, it's too early to go to sleep. Skirma called, I have to pick up a pillow from her and [illegible] equipment. It's 23:00 now and I want to sleep, I didn't watch tapes and did nothing. I went to sleep at 24.

[Text on margins: 11.09.00 Thursday]

Jura's hasn't called the fourth day, what's going on, I am worried, his wife is also calling. Nastya wanted to eat at 6:30, then back to sleep. We already got up 9:40, I ate at 10:30, fed Nastya. I started to record "Pesnya 99". I didn't go to school today, and tomorrow is a day off. It is cold on the street today +15°C, Veronika called me, then I asked Skirma to find out about my bills in UCLA, putting off till Monday. Anya-R called, wanted to talk with Roma about my documents, but he wasn't there, he is working somewhere in downtown, we talked a little with Anya. We hang out with Nastya all day, she is constipated. ! She didn't poop today, and she is salivating and her gums are itchy, and her neck still has a rash. !!! I still have no period. I fed the baby at 14:00, at 17:00 she ate a little bit. I called Mariana, we chatted with her. I fed Nastya at 19:30 and at 20:00 I fed her, and she fell asleep at 21:00, I did my writing, it's 21:00 now, I have to iron underwear and call Roma to find out what's going on. I didn't call Roma, ironed clothes, then I called Olya and chatted

IFCD001472

Ex. 82 pg.135 of 436

I sat in a bathtub, read [illegible] watched TV. Jura called [illegible], he got his visa [illegible]. Went to sleep at 24:00.

[Text on margins: 11.10.00 Friday]

Nastya woke up at 5 and wanted to sleep, but I gave her water and we went back to sleep till 9. Then she woke me up. Then I didn't go to sleep. I fed her at 9:30, ate breakfast and started to clean the house, washed floors everywhere. I called Skirma at 12:00, she was going to [illegible] but didn't work out. I fed the baby at 13:00 and was helping her to poop, I was inserting a cotton tampon, she pooped a little and I think she felt better. I called doctor Marina, she called back at 17:00 and to use a glycerin suppository, but she seemed to poop on her own. Masha called, she is in a bad mood, she is worried, a poor girl. At 15:00 we went to RITE AID, I bought a jar for coffee maker. It doesn't fit. I will go tomorrow to exchange it. [illegible] a bottle also, an antistatic and batteries for $30. Then I went to a dry-cleaners and gave clothes for $9.00.

[Text on margins: first day first spoon of puree]

Then I bought Huggies at Ralphs for $12.00, [illegible] blackberries, and then to JONS for fruit and milk, as a result I only have [illegible]. That's it, no money. We came home at [illegible], I fed the baby, then [illegible].

IFCD001473

Ex. 82 pg.136 of 436

[illegible].

Skirma called, we talked with her, then to Mariana. I watched the remaining two tapes, good movies. At 19:00 Nastya ate a little bit and at 20:00 I bathed her and put her to sleep, fed her before. That's it, I did my writings, now it is 21:30 I will read and perhaps I will go to sleep. Jura didn't call, although he promised. I watched a movie at 23:00 and went to sleep.

[Text on margins: 11.11.00 Saturday]

Nastya is 4 months old. She woke me up at 7:30, I fed her at 8 and then didn't sleep well. Then I got up and ate breakfast at 9:00. I did laundry at 10:00, washed baby's bedsheets in "Maliutka", I finished at 12:00. I fed Nastya at 11:30, <u>at 10:30 Jura called, bad news, there are no tickets till Wednesday</u>, we talked fast, fast and that's it. I called Mariana, she is busy, Skirma too. I took bath at 12:20 and I am getting ready. It's cold on the street +10ºC. At 13:30 I went to the street, first I went to RITE AID and returned a coffee maker, it didn't fit and they gave me back $14.00 and I went and got a $14.00 manicure, I fed Nastya there at 14:00. Titi did a pedicure, she pulled a nail (on a big toe when she pulled it, it was bleeding, God same me and protect me from AIDS, I had a stupid dream about my sister, that she had AIDS, God save and protect, don't allow this to happen to her and to us, or Jura to catch anything), it hurt a lot and I got a manicure all for $14+$3 tips.

IFCD001474

I wanted to pay by card, but it didn't work for some reason, it says there is no money, but on a statement there is money, so I don't understand anything what's going on, it's good that I had exactly $17.00 in cash. I left from there at 16:00 and went to return video tapes, I took new ones for $6.00, I will pay when I return them on Tuesday, I picked up my shoes, nothing worked, they didn't stretch, as a result I wasted $12. I came home at 17:00, fed Nastya and made myself dinner. An electrician called, he drove today by Jura's office and the gall window is broken there, God, I hope nothing is stolen, please don't let this happen. I called Andrey in the evening, asked him to go tomorrow and to look what's going on. Leshka called, he may also go there on Monday and see. This is what's going on. I fed Nastya at 19:30, I didn't bathe her and put her to sleep, cleaned up now at 21:30 I will go to watch "Policemen". Mariana called, she told me how to check my card, I will do this tomorrow. I watched a movie in a bedroom, I disturbed baby's sleep, then I changed her at one in the morning and put her to sleep with me.

[Text on margins: first time I took her to sleep to my bed]

Leshka called at 23:00, he went by there, to Jurka's office and looked what's going on there, it turned out an old broken glass, Jura was here, when he boarded it up. Thanks to Leshka for

IFCD001475

Ex. 82 pg.138 of 436

[illegible] tired [illegible] I watched till [illegible].

[Text on margins: [illegible] Sunday]

That's it, Nastya's schedule has changed, she woke up at [illegible], fell asleep at [illegible], I fed her and she went back to sleep. Yesterday I changed [illegible] to a feather, we slept under it tonight, it was great. Then Nastya woke up at 8, she was playing and woke me up and I had to get up at 8:30, I had breakfast at 9:30 and fed her. I called Larisa, left her message. Then Anya – X, also left her a message. I put a cover on a car seat. I made food, fed Nastya at 13:30, ate myself. I called Rina, they came to visit me with her so at 14:30, we sat and chatted. Then at 16:30 George came, he picked up Ripa, I gave her a second car seat and ordered a bottle for Nastya from her ($2.75). They stayed till 17:00 and left. At 10:30 I fed Nastya, then she was misbehaving and crying a lot, she slept a little till 18:30 on a [illegible]. Anya-R called and came in at 18:40, I gave her documents for Roma for my visa, she didn't want to come in. Then I called Mariana and at [illegible] and she came to me. I bathed Nastya and put her to sleep at 19:30, and we sat with her and [illegible] cards, where and how much [illegible] a card, that I wanted to [illegible]

IFCD001476

Ex. 82 pg.139 of 436

all for $14+$3 tips. I wanted to pay by card, but it didn't work for some reason, it says there is no money, but on a statement there is money, so I don't understand anything what's going on, it's good that I had exactly $17.00 in cash. I left from there at 16:00 and went to return video tapes, I took new ones for $6.00, I will pay when I return them on Tuesday, I picked up my shoes, nothing worked, they didn't stretch, as a result I wasted $12. I came home at 17:00, fed Nastya and made myself dinner. An electrician called, he drove today by Jura's office and the gall window is broken there, God, I hope nothing is stolen, please don't let this happen. I called Andrey in the evening, asked him to go tomorrow and to look what's going on. Leshka called, he may also go there on Monday and see. This is what's going on. I fed Nastya at 19:30, I didn't bathe her and put her to sleep, cleaned up now at 21:30 I will go to watch "Policemen". Mariana called, she told me how to check my card, I will do this tomorrow. I watched a movie in a bedroom, I disturbed baby's sleep, then I changed her at one in the morning and <u>put her to sleep with me.</u>

[Text on margins: first time I took her to sleep to my bed]

Leshka called at 23:00, he went by there, to Jurka's office and looked what's going on there, it turned out an old broken glass, Jura was here, when he boarded it up. Thanks to Leshka for

IFCD001477

Was so tired today, but regardless I [illegible] to see what's going on there, he is a real friend. I watched till 1:30 and then went to sleep.

[Text on margins: 11.12.00 Sunday]

That's it, Nastya's schedule has changed, she woke up at 5 in the morning, fell asleep at 5:30, I fed her and she went back to sleep. Yesterday I changed a blanket into a feathered one, we slept under it tonight, it was great and warm. Then Nastya woke up at 8, she was playing and woke me up and I had to get up at 8:30, I had breakfast at 9:30 and fed her. I called Larisa, left her message. Then Anya – X, also left her a message. I put a cover on a car seat. I made food, fed Nastya at 13:30, ate myself. I called Rina, they came to visit me with her so at 14:30, we sat and chatted. Then at 16:30 George came, he picked up Ripa, I gave her a second car seat and ordered a bottle for Nastya from her ($2.75). They stayed till 17:00 and left. At 10:30 I fed Nastya, then she was misbehaving and crying a lot, she slept a little till 18:30 on a [illegible]. Anya-R called and came in at 18:40, I gave her documents for Roma for my visa, she didn't want to come in. Then I called Mariana and at 19:10 and she came to me. I bathed Nastya and put her to sleep at 19:30, and we sat with her and checked my credit cards, where and how much money I have. It turs out the card I wanted to give for manicure is not activated, and it basically has money.

IFCD001478

Ex. 82 pg.141 of 436

But I think I can use Household Bank. She left at 20:20, Skirma called, I chatted with her, it's 21:30 now and I wrote and I will watch a movie now, I have to call Mariana to ask her! flat sheets and few things for Nastya, by the way, Ripa also promised to bring few things. I watched the "Policemen" again and went to sleep at one in the morning.

[Text on margins: 11.13.00 Monday]

Again at 5:00 in the morning Nastya woke me up, I gave her a pacifier, I fed her milk at 7:30. I didn't sleep enough and I want to sleep, she wouldn't let me. As a result, I got up at 10:00. I had breakfast, fed her at 10:30. Then I washed baby clothes, I called Alyona, she knows that Jura left as it turns out, I don't know who told her and I looked like an idiot, on the other hand it is our personal choice who to tell and what to tell. I talked to Anya-R, she also found out, that I am at home, then I talked to Skirma, she called UCLA and left a message about me. I don't go to school. I gave Nastya milk at 12:30, she is being picky. I also called Masha in the morning, she filled out some application with my information for her [illegible] lessons. At 16:00 we went out, I went to "Ralph" and withdrew $40 from Household in cash.

IFCD001479

I bought yogurt there. Then I went to buy a live food for fish, picked up my staff from dry cleaners, in JONS I bought walnuts and came home at 17:30. I baked a cake, then I bathed and fed Nastya at 19:00 and put her to sleep. Mariana called, we talked, I wrote, it's 20:30 now, I will go to watch a movie. I watched till 24, then I went to bed.

[Text on margins: 11.14.00 Tuesday]

Basically, again Nastya has changed her schedule, she is waking up at 5 or 6 in the morning, then I fed her at 7:30 and got up, or she woke me up again at 10:00, I fed her at 10:30, ate myself and I was watching a movie, the last tape. I didn't go to school again. At 12:30 Jura called, he is sick, he has a fever, runny nose, and he is flying back already, not on Wednesday, but on Friday, this is what's going on, he also bought me a leather jacket in Turkey, I just don't know what kind yet. I watched till the end, called Ripa and then we met later on the street at 15:00. At 13:30 I fed the baby and went to return video tapes, then I bought a powder and met Ripa, she brought me a bottle for $3.00. We walked with her around ROSS and then went home, I fed Nastya right away at 17:00. Then I made myself food. I did nothing all evening, I was just hanging out. A bill came, a penalty from "Direct Merchants Bank" they didn't receive payments for this month, I called Mariana she will find out tomorrow what is going on.

IFCD001480

Ex. 82 pg.143 of 436

I got a deposit back from Big Bear for $270, they still kept $30. <u>From Fingerhut I ordered a leopard poncho for $120+tax.</u> I didn't bathe Nastya, I fed her at 20:00 and put her to sleep. It is so windy on the street, it is very cold and at home as well, she is kicking a blanket off at night and laying there all cold. It's 23:00 now, I am going to sleep, I want to sleep very much, so I did.

[Text on margins: 11.15.00 Wednesday]

Nastya woke up at 5, at 7 I fed her and then I didn't sleep much. <u>My period started, but I want to check anyways,</u> because when I got pregnant with Nastya, I had my period first month, I had Mashka.

[Text on margins: my period started. Redness in cheeks, diathesis]

We got up, I ate breakfast, I called Skirma, I want to ask her to call to Fingerhut for my magazines, but she couldn't today. I fed Nastya at 9:30 and at 12:30 and we went to school. There Zhenya gave me 2 bottles of Enfamile, after we went to walk around Hollywood, then I went to buy [illegible] Food. I came home at 17:00 (I fed Nastya at school at 15:00). I called Mariana, she is inviting me over. I called Ripa, she left the stuff at her mom, when I have a car, I will go pick it up. At 18:00 we went to Mariana and at 19:00 I fed Nastya, we hang out and chatted, she gave me children's flat sheets and at 20:20 we went home.

IFCD001481

Ex. 82 pg.144 of 436

[illegible]

[illegible] and till 8 [illegible] to school [illegible]. Straight home [illegible]. I ate at home and called Anya [illegible]. Then I called Anya-X [illegible] I came at [illegible]. We went to visit, I took letter to sort them. [illegible]. We hang out and drank. Nastya was crying and misbehaving. They drove us [illegible] We came and I washed her, I mean I fed her and bathed her at 21:00 and she fell asleep. I took shower and at [illegible] I went to sleep.

[illegible text on margins]

I got up at 8 and fed Nastya [illegible] Anya called in the morning [illegible].

IFCD001482

! Doctor said that the <u>bumps are not a diathesis, it's reaction on a heater, it is drying skin.</u> I have to put a cream on. <u>She had a problem in her ears, she has an inflammation there.</u> It is all from Big Bear, remnants of her cold. We are going to her in a week, and if it doesn't go away, we will be doing drops. ! Again 3 vaccines (but it is 4, the same ones that at 2 months). Her birth marks are not going away yet. She can't sleep on a pillow yet till she's one years old. Her lungs are ok, they gave us a cream from rash and irritations on her neck, vitamins after a year, from constipation juices, or glycerin suppositories, a baby cream <u>Aveeno</u>. I think we put on a lot of weight, although a doctor is saying this is normal.

[Text on margins: 15.10 pounds = 6.9 almost 7 kg, height 25.5 inches = 65 cm. Nastya moved to a 5 times a day meal schedule again]

But all clothes say 9 months, and they fit her now. She weighs 15.1 = 6.9, height is 25.5 = 65 cm, Anka's Melanie is so skinny and graceful and her head is twice smaller than my baby's, and her head is awfully flat. <u>Now I can start feeding her pureed baby food</u>, juices… They gave Nastya vaccines and we went home, I fed her there at 14, we came home at 15:20. I called Veronika, then to Larisa and Olga, Mariana, Skirma – her and Robert went to visit Mariana in the evening. Robka said Jura flew to London, and I looked like a complete fool. <u>At 17:00 Jura came with presents, alive, but not very healthy, he has a flu,</u> Jura's Olya met them and brought him home. I was so happy, but for some reason I wasn't ready, I wasn't expecting him. He gave me a ring, white gold with [illegible] (it's too big, I have to make it smaller),

IFCD001483

a leather jacket (striped one, too big again and I didn't like it too much). A leather dress, a knitted blouse-cardigan. A black coat, a peacoat, a colorful robe. He bought a sweater for himself, Adidas track suit, and nothing for Nastya. She was scared of him and cried. Their business seems to be doing ok, Jura made money, now he doesn't have to give him back $8000+credit cards. Now I need $3000 debt. He went to shower, didn't tell me much, they went to a Turkish bath, but with whom and did he fuck, he didn't tell me. Nastya cried in the evening, at 17:00, then at 20 I fed her. First a quick BJ, then to shower and we made love, Jura has some new moves (like he told me everything new is well forgotten old), we made love and at 22:00 we went to sleep. Then I went to internet, I called Mariana in the morning, she ordered me a leopard poncho from Fingerhut, it was on sale for 49.99, and I will refuse [illegible]. I did drops and went to bed at 24.

[11.18.00 Saturday]

Jura woke up at 5 and was watching TV, I was sleeping. Then at 6:30 he went to the office and came back at 7:30. I had a dream, that I left him, that he told me who he fucked, and I sent him to hell, as to speak. I fed the baby at 8 in the morning, then I made breakfast for Jura, again I washed baby's clothes. Jura called and I talked to him, then he talked to Jura.

IFCD001484

Ex. 82 pg.147 of 436

My Jura went at 10 to a Gold Fish to clean aquarium. I am sorting clothes at home, I unpacked his suitcases yesterday. Skirma called, I told her that Jura came. Then I started to make soup. Jura came at 11:30, he washed his car as well, I made soup, called Olya, she is working, I wanted to come to her, then to Alyona, we gathered at 13:00 and went to her store. I fed Nastya at 11, then at 14:00. We bought from her for Jura 2 pairs of glasses and for myself. Then a coffee maker, a hand blender, electric tooth brush. Alyona gave me few things for Nastya and face creams for me. That's it, we left, I went to Ripa's parents and took staff, lots of [illegible]. Mariana came during the day, she brought a net, she [illegible] well, but nothing for the baby. But Ripa has few things, I have to iron them tomorrow. Then I made a ring my size – pointing finger 5 or 6, it used to be 7.5 for $15.00. Jura bought a fish for dinner, I took his shirt to a dry cleaners. I bought a juice and a cream at RITE AID and we went home. We got home at 16:00 and we were home all evening. Robert called him and then he was watching TV. Nastya didn't eat much at 17:00. <u>She had a fever at 17:30 in the evening, 38.5ºC, I</u> called Marina, she said to give her Tylenol first or Advil for kids, if she has a rash, vomit or [illegible] wake up, to page her. Nastya is all hot, I gave her Tylenol, she probably got infected from her dad, she is also salivating a lot.

IFCD001485

I put her to sleep at 18, she went to sleep, probably feels better from the pills and drops. I started sorting kids clothes out. Jura prepared fish, we ate, drank, he told me ! to cooperate with Olya on how she's making money on internet. I have to lose weight till May, I have to go on vacation on a liner with [illegible]. Then at 20:00 he went to sleep, I was still sorting, writing, and at 23:30 I took shower and went to sleep, a quick BJ and to bed.

[Text on margins: periods finished]


[Text on margins: 11.19.00 Sunday]

We got up at 7:00 in the morning, Jura woke up earlier, at 8:00 I fed the baby, Jura cleaned aquariums at home. I washed baby clothes, then I made oatmeal, then after breakfast we made love, I went to shower. He left to Luda to clean an aquarium, at 12:00 I called him, he is already at Jura's. I fed the baby at 11:30, I washed our clothes, finished at 14:00. Jura and Jura came home for dinner at 14:00, I fed the baby at 14:30. I gave her Tylenol in the morning and in the evening, her temperature is 37.5°C. Then Jura was watching TV, I baked cake and donuts for tea for them. When TV card turned off, we gathered and at 16:00 we took Jura home, and then to JONS for produce. We got home at 17:00, I fed her, then I washed bed sheets. Jura was watching "Pesnya – 99". I made a salad with chickpeas and I roasted the beefsteak.

IFCD001486

Ex. 82 pg.149 of 436

At 20 I fed Nastya and put her to sleep, I didn't bathe her again today. Then we ate and at 22:00 I went to shower, then we went to sleep, today we went to bed early.

[Text on margins: 11.20.00 Monday. J.Kadamovas@aol.com E-mail address]

I woke up early in the morning and gave Nastya a juice, but she didn't drink it, we made love, then Jura went on Internet, I fed Nastya at 8, made breakfast, later Jura went to sleep, I was reading a newspaper. At 9 Jura called, at 10 he went to a bank, then to the office to meet with Jura. I started to cook kholodets, I called Mariana, wanted to return a coat, but Jura has to cancel himself.  I am at home, at 10 I fed the baby, I will wash baby clothes now and I have to iron and clean in the apartment. I washed and did nothing else. I called mom, she sent me a package. Jura came by at 14 and went to "Versailles" together with Jura. At 13:30, then at 17:00 I fed the baby, I called Veronika, I made a kholodets and put it in fridge. I read a newspaper, cleaned my feet. I called Jura at 16:00, he is taking Jura home and he came after me at 16:30, we went to doctor Jura at 17:30. He told me to exercise and to eat less, took a pap smear again, I checked for pregnancy and I am not. I also filled out papers for Health Family Insurance program for a baby. Now I will find out in two weeks blood work and in January I have an appointment for $50.

IFCD001487

We went by, I looked at buttons, I have to go with a suit and then home, we got at 19:00. When Jura was talking with Tema on the phone, I heard that he is going with Jura again to Jamaica, to make aquariums, he signed a contract with Gucci, and he's not telling me anything, asshole, and again he will go alone and will leave me here, and he will be having fun alone, assholes, both him and Jura, I hate him so much. He went to Garik right away, I was in tears. At 20:00 I bathed the baby, fed her and put her to sleep. He came at 20:30, I made dinner, and I am not eating myself. He is watching TV in the evening, I am preparing bottles and I have to iron. At 22:00 I went to sleep and did nothing.

[Text on margins: 11.21.00 Tuesday]

I woke up at 6, we made love in the morning, then got up. At 8 I fed the baby, Jura went with Garik at 8 to a wholesale. I am at home, on Internet, then called Olya, Mariana, Skirma. Nothing special, general stuff, I fed the baby at 11. At 12 Jura came, I ironed jeans for him, he brought a new fish to an aquarium. Jura, Tema came at 12:30 and they went to "Russian Roulette", a restaurant at 13:00 to talk to an owner, to install aquariums. I started to iron clothes, at 14, then at 17 I fed Nastya. Jura came at 15:40, Jura bought oranges, he squeezed the juice, other Jura left, I was ironing, at 17:00 Jura went to Garik and somewhere else. At 19 Mishka came with Olya, they brought a tea as a present. Then Leshka and Mishka came, they exchanged telephones, [illegible]

IFCD001488

Ex. 82 pg.151 of 436

they left, I bathed the baby, at 21:00 I fed her and put to sleep. Also, Larisa called in the afternoon, we chatted, she gave me a lawyer's phone for me to talk about my issues, I have to be legalized. Jura was at home in the evening. <u>I told him about the lawyer, that I have to go and do something about my papers</u>. He promised after he's back from Jamaica, when he signs a contract, makes business and will have money, but now we won't go anywhere. ! Also, he will probably go around the New Year and will leave me alone, asshole, God forbid. <u>I also told him about my debt $3000.</u> He didn't believe that I owe it to a girl, because first I told the him I owe to Chechen, now something else, he doesn't believe me, which made me mad, he will not give me money as a result and now I will be making money myself, I didn't expect this from him, if he doesn't give me money, everything will change for me towards him, that's it, I will leave him, if he only thinks about himself, but me and my issues, ignore my debts, well, let him go to hell, that means it's not the man that I need, that I love. He brought me to tears.

[Text on margins: 11.22.00 Wednesday]

We woke up at 7, quick BJ, then breakfast, he left at 9:00 to the office, I am at home, fed the baby at 9, and I'm not doing anything yet.

IFCD001489

Now I will get on Internet. There is nothing interesting on internet. Then I washed the baby clothes, I am home all day, doing nothing. Jura spent all day will Jura, he came only at [illegible] 19:00, he went to Santa Monica, to a carpenter, I don't know for what, and I don't know what are they doing at all, lately he is quiet, says nothing, they have secrets and I am afraid if they are connected with criminals. At 12 Nastya slept a little, then at 14:30, 18, I showered, made myself blinis. I haven't called Jura all day, but couldn't resist in the evening and I called, he is still at Jura's, God know what are they doing there. I went for a walk with Nastya at 18:30, took a blouse from dry cleaners and went to a 99 cents. I came home at 19:30, Jura was already home, he is sick again. I fed Nastya at 21:00, bathed her and put her to sleep, then I went and made soup for Jura, he went to bed. I went a little later at 23.

[Text on margins: 11.23.00 Thursday]

Today is Thanksgiving. We got up at 7:30 and at 8 I fed Nastya and went to make blinis with cottage cheese, we had breakfast, then at 9 Jura called him and at 10:00 he flew to him. I called Olya, Alyona but they are busy with their stuff. I ironed clothes, then again, I made a cake at home, I called Jura and asked him to buy yogurt. I started cleaning, when I cleaned the dust, Jura called and said that he is coming with Jura for lunch to us, I was very "happy", I had to postpone cleaning and started to cook dinner.

IFCD001490

Ex. 82 pg.153 of 436

[Text on margins: visiting Robert with Jura]

They came at 14, we ate and then I am going at 15:30, we are going to visit Robka. There they were drinking, first everything was good, then I thought Jura will spend time with me, but he was spending time with everyone, but me, he is always busy with business talk, this upset me very much, I am very mad at him. Jura was trying to calm me down and I see more attention and care from him (I don't know, maybe it is pretend), than from Jura, he is very rude and he is not treating me like a woman, also at home we had a talk who and where, who is he having fun with, Jura told me in Turkey they offered them sex for money, but they refused, but I don't believe them, no matter what they say, I know they were having fun, and not playing chess. God, how I am upset and sad, but it's ok, I think everything will change at the end, this cannot last forever. Afterward I walked outside with Skirma, then at 19:00 I fed Nastya (at 12 afternoon and at 16:00 I fed her). And at 20 we went home. I took a pillow from Skirma and a walkie-talkie, but she didn't find the pictures.

[Text on margins: she gave me few things]

On the way home they went to Metelitsa to talk with Dima, there I met Sergey. Then they took me home, and they went to Jura's at 21:00, they need some fax to send and something else.

IFCD001491

Ex. 82 pg.154 of 436

I put Nastya to sleep at 22. Again Jura came at [illegible]. I am going to sleep [illegible]. He told me you don't love me. [illegible] that it is not real [illegible]. His wife called him [illegible].


[Text on margins: 11.24.00 Friday]

We woke up at 7:30 [illegible]. I fed Nastya at 8, then we ate and watched a movie. Jura called him, they solved their problems on a phone and today Jura was at home. I did nothing again. I fed Nastya at 11:45 and around 12:30 we went to the store and I bought buttons for the suit, then Jura [illegible] and we went to Ralphs for diapers, I bought [illegible] and a puree. We came home at 14:40, we talked on the way about when we are going to move, and he told me that nothing, everything will stay for other people, Jura's friends, they will be living here, and he is quiet, he is not telling me, keeping a surprise. Then Jura made dinner at 15:00 I fed Nastya and ate myself as well. Then we laid and watched TV. In the evening I washed baby clothes in a big washing machine. At 19:00 I fed Nastya and put her to sleep. Jura at 19:[illegible] to watch TV. [illegible] called me, we talked. Then [illegible]

IFCD001492

Ex. 82 pg.155 of 436

and as soon as [illegible], will have money, I have to pay my debt, I will call her later. Jura came at 20:30, I was just talking to her. We went to sleep at 22:00 and what else I don't remember.

[Text on margins: 11.25.00 Saturday]

I woke up at 8, I fed Nastya, she woke up earlier. Then a quick BJ, breakfast and at 10:00 Jura went to Jura for work, and all day they are driving around, [illegible] and I don't know what else. I was at home, around 11 Mariana came by with her mom, she found address on internet, she brought stuff from Alyona, later they left and I was sorting and ironing them.

[Text on margins: it's been 2 years since I was in America]

I called [illegible] and said I am l leaving, will be at home later. I did nothing, at 12:45 I fed Nastya and by 14:00 we went to a manicure and pedicure to Titi. I paid by card and I met [illegible] an Armenian – owner of "Versailles", she was also getting her pedicure there, we talked to her a little bit. Nastya was behaving. We went home at [illegible]. I vacuumed a living room in the morning, and in the evening a small room with "R". I called [illegible], she said she will come later, I called Jura, he is driving around. I was sorting clothes, vacuuming. At 16:45 I fed Nastya and <u>called mom, because I receive mail from her today! With baby staff and video tapes.</u> Everything is as usual with them.

IFCD001493

Ex. 82 pg.156 of 436

Jura came at 20, brought [illegible] Luba called, they won't come to visit any more, maybe next week. Olya called – Mishka's girlfriend, she gave me a saying from ear ache, a soup recipe for losing weight, I'll try it. I talked with Mariana, about nothing special, Alyona called, I said thank you for clothes. I fed Nastya an apple puree before milk at 21:00 and bathed her, she ate puree Zlotki and 7 ounces of milk and still seemed to be hungry, she played with daddy, I put her to sleep and then I went to a shower, cleaned the kitchen and that's it, spend evening at home, Jura's watching TV.

[Text on margins: first time I gave an apple sauce]

Anya-X called, we talked about nothing. I did my writings, it's 24:30 now, we'll go to sleep and today for the first time this week I couldn't resist and ate a sandwich with salami after 7 in the evening, this is bad. Love before bed and then to sleep.

[Text on margins: 11.26.00 Sunday]

We woke up at 8 and made love, then at 9 I fed Nastya, Jura had breakfast and went to Jura at 10:00, again they are driving around the stores, to the office and somewhere else.

[Text on margins: Nastya has big gaps between feeding, 4 hours]

At 10:30 I went with Nastya, exchanged coins for laundry, then I took the video tapes, copied them and went to Melrose/Fairfax on a river, nothing good there and back home, I am tired, I can hardly walk. At 13:30 as soon as I came, I fed the baby and started to do laundry, I washed all clothes.

IFCD001494

At 18:00 I called Jura, they came both at 18:30 and <u>we went to a parade on Hollywood, walked around, took pictures, Nastya was in a "kangaroo".</u> Then we came, I made them dinner, they ate at 22:00 and left again, I mean Jura took the other Jura home. I washed clothes in the evening till 22:30. Skirma called, we chatted with her, then I talked with Ripa, I wanted to go with her to a parade. Nastya slept on the street. In the evening, when I was putting her to sleep, she woke up, I bathed her at 23:00, fed her and gave her puree a little bit and put her to sleep. Jura came at 23:20. I went to a shower and at 24 I went to sleep, I was very tired, Jura came later. P.S. I talked to Alyona in the morning, their store got robbed today, what a pity, and Jura brought me weights.

[Text on margins: 11.27.00 Monday]

I woke up at 9, I fed Nastya right away, we had breakfast at 10:30 and <u>went to a baby doctor, Nastya's ears are ok, she has nothing,</u> and we paid $45, we went to Ralphs and I bought a puree for her and went home. Jura went somewhere to the store at 12:00 and came back at 13:00, had a snack and went to Jura's office. We are home, I fed Nastya at 13:00, washed baby clothes and nothing much, I read newspapers. <u>We ordered two textbooks in the morning for learning English for $159 and for $149, they will arrive in a week.</u> I fed Nastya at 16:00 and go on Internet. Skirma called, we talked about nothing.

IFCD001495

Then I ironed baby clothes, vacuumed, I am awfully lazy, I don't want to do anything. At 17 I fed the baby and that's it, I was at home. Jura came at 21:00, I already fed Nastya, bathed her and put her to sleep. I fed him and what else, I don't remember. We went to sleep at 23, a quick BJ in the evening.

[Text on margins: 11.28.00 Tuesday]

Jura got up at 8 and at 8:30 he already went to Jura, and they are going to his house, Andrey will also be there, they will be breaking and taking everything old from there. I got up at 9 and fed the baby. Then I went and made a diet soup and today I am starting my 7 day diet.

[Text on margins: I started a 7-day soup diet]

Then Leshka called, he had his Green Card interview today, good job, now he has documents. And tonight, the plan is to celebrate this event. I ironed clothes, vacuumed, washed my head. I called Masha, I wanted to ask her to watch Nastya in the evening, but she is not home, she's not calling back. I called Leshka, I asked her to talk to Kristina for her to watch a baby. I called Mariana and we chatted. At 13, then at 17 I fed the baby. Leshka called and said, that Kristy doesn't want to and I decided that I am not going anywhere, I will stay at home. I called Jura and told him about this. Then I called Mariana and talked about this topic, what should I do, she advised me to talk to Jura, he came at 18:30, he said I should go, it's not a big deal and he will not be drinking much.

IFCD001496

I called Mariana again and asked her what should I do. He went for 30 minutes to a meeting, I am going to go with Nastya. He came at 19 and at 19:40 we went to a place where I was pregnant the last day, they were playing pool there, nothing great basically, I could have stayed at home and not torture my baby. I can say that Jura didn't drink anything and we left at 23:00, I fed Nastya there at 21:00, we went by Jura's and took money and came home at 23:40, I changed her and put her to sleep. I boiled her bottles and went to sleep, but first love and then we went to sleep at one in the morning. P.S. On the way home I told him what I still have to do documents, he got mad again and we fought a little, but everything is ok. <u>P.S. An English textbook came with 7 audiotapes.</u>

[Text on margins: 11.29.00 Wednesday]

We got up at 9, Jura got up a little earlier, at 9:30 I fed the baby and at 10:30 we went to DMV, but I only took a telephone number for appointments and we went home, ate and Jura at 12:00 went to Jura again for his house work and aquariums. I went at 12:30 and took tapes for recording and paid $30, then I went to a kid's clothes store, Gosh, it is so expensive. On the way home we went to the park, I fed her at 13:30, we went to JONS, I bought produce for my diet and I went home. I did nothing, did my writing, ate

[Text on margins: second day on a diet. Internet sent a bill one month free expired.]

IFCD001497

At 17:30 I fed the baby. Ira-Vegas called, I will call her back and I have to write bills. I called Mariana, she is making me an appointment at DMV for tomorrow. I called Ira, she may come to me tomorrow, I called Mariana, she will make her appointment tomorrow. I wrote out the bills. Jura came at 19:30, I made him dinner. Nastya is constipated, I was helping her to poop. At 21:30 I bathed, fed and put her to sleep at 22, I boiled the bottles, went to shower, I have to read the DMV rules and go to sleep, I am very tired. I sat in the bathtub and at 23:30 I went to sleep, Jura came a little later. P.S. Secretly from me Jura sent $200 home, asshole, God, when will I send money home.

[Text on margins: 11.30.00 Thursday]

When I woke up at 8:30, I made breakfast for Jura, he went to a bank at 9 and to Jura's chores. I called Mariana, she made an appointment for me for 10:[illegible]. I called a telephone company, I found calls to Khabarovsk for 13 cents, and for 30 cents to Lithuania, not so cheap. I washed my hair and at 10:30 I fed Nastya, today I gave her little bit of a carrot puree, but she still not pooping, yesterday she was constipated and hardly pooped and today also not so good. I was studying the rules, I called Ira, she couldn't come. I called Masha, she is not answering. I prepared a soup in the afternoon, at 14:30 I fed Nastya, I did nothing much. I received a poncho from Fingerhut, I don't like it very much, it's looks better on a picture.

IFCD001498

Ex. 82 pg.161 of 436

It costs $67.00, but I cannot refuse it, it is good for my credit history, I will wear and will pay for it. Jura came at [illegible]. Ira called, she couldn't come [illegible] for New Year [illegible].

[text on margins: 2.  144 pounds]

I fed her at 18:00, then at 22:00 and put her to sleep. Jura was watching TV and nothing much, I want to sleep a lot! We made love before bed at [illegible] we went to sleep.

[Text on margins: 12.01.00 Friday]

I got up at 8:30, I am getting ready, at 10:00 I'm going to get my driver's permit. We came, a Russian woman was there, she saw that my passport is expired and that I need to extend it. I paid $12 fee, took pictures and went to pass exam for permit, but unfortunately I couldn't pass it, because I made a mistake. Now only on Monday. We went home, it was 12, we ate. Then Jura called Jura, they are going to a Chinese restaurant this evening, where they cook right in front of you. Also, Jura has a stamp from Russian Consulate and he will extend my passport. Then Jura went to the store for food and I called Mariana and talked to her, she ordered Adidas shoes for me for $29.99 on internet, he came at 14:00 and at 14:30 I fed Nastya, then a quick BJ. Robka called he is going to Lithuania and Jura [illegible] son [illegible]

IFCD001499

Ex. 82 pg.162 of 436

[illegible text]

IFCD001500

Ex. 82 pg.163 of 436

[Text on margins: 12.02.00 Saturday]

I woke up at 9 (I saw grandma in my dreams, rest in peace), may my grandpa be healthy. Jura ate breakfast and at 10:30 he went to Jura to take diving classes. At 10 I fed Nastya and we stayed at home, I did nothing special, I called Mariana, she is busy, Alyona, she is going to work. I went on internet, I saw how to extend the passport, that is, I did nothing else. I fed Nastya at 14, then at 18 and we are going to the store. Jura came at 19, I prepared food for him, he was watching a movie, I went to Ralphs, bought a puree "Gerber" for $5 – 10 jars of mixed and [illegible] at JONS with WIC, we walked and went home at 20:30. Skirma called, she went to Herbalife lectures, then to a casting with girls, selection, she told me that money that she earns will go to a baby's account and parents have no right to use it. Olga-S called, we chatted, then at 22 I bathed, fed Nastya, she ate banana puree and one ounce of milk today and that's it, yesterday she ate blackberry puree and today she pooped. We watched a movie and at 23 we went to sleep. I told him to watch the baby, and I am going to a night club, he said I am crazy, and that he is going with me.

IFCD001501

Ex. 82 pg.164 of 436

We fell asleep, I fooled around a little bit and that's it.

[Text on margins: 12.03.00 Sunday]

We woke up at 8, a quick BJ in the morning, then breakfast. I starter to do laundry at 10 to wash everything, I fed Nastya at 9:00, at 10:30 Jura went to Jura again for classes. I finished laundry at 12:30, Skirma called, they went for a visit to Mariana yesterday, then Masha called, she appeared finally, she left her new phone. At 13 I fed the baby, ate and now at 14:30 I am beginning to iron and then to wash floors. I ironed clothes, helped Nastya to poop. Robka called, he wants to talk to Jura, I am calling him, I mean calling Jura's home, it turns out they are not studying, but going somewhere, as it turned out later, they went to Gold Gym to work out, I was mad at him for it, he is spending his days off with some Jura, and not me. I ironed clothes, didn't wash floors, first of all because I finished ironing at 15:30, and second Juras are coming over for dinner.

[Text on margins: 145 pounds. I stopped my diet without finishing it]

I fed Nastya at 17:30, I called Olya and talked to her. Juras came at 18:10, I made them potatoes, made salad, I ate my soup and finished my diet, didn't even finish it, next time.

IFCD001502

Ex. 82 pg.165 of 436

[Text on margins: to his wife]

Today I found out that he sent money $200 and I got little bit upset. Jura left at 19:00, we were at home, I am mad at Jura about the money, he is so stringent, when it comes to himself and his needs, he spends money, only promises for me, and sometimes not even that. He was watching a movie, he gathered electric toys for his son, when Robert goes, he will take them. It's 20 now, I think I will take a bath, if I have enough time of course. I have to feed Nastya at 21:00. But no, I roasted sunflower seeds for him, at 21:30 I fed Nastya, today she almost finished the whole jar, but didn't drink milk. Then I went to a shower, a movie in the evening at 23:00 and went to sleep, made love and bye-bye.

[Text on margins: 12.04.00 Monday]

I woke up at 9:30, we ate breakfast, I fed Nastya at 10:00, we gathered and went to DMV to take an exam. I made 4 mistakes there, and you can't make more than 4, but the examiner felt sorry for me, so everything is ok. I don't know how I would have felt if I didn't pass it again, it is embarrassing.

[Text on margins: I passed the oral exam]

Now I have to learn how to drive and to pass it quickly. That's it, then we went at 11:30 to gynecologist Jura, my results are normal, now after six months again on a checkup. Jura took documents for diving, he was boasting, what he will do and where he will go and what kind of money he will make, I didn't like it, I had a feeling that he was showing off, he paid $50, my Jura wanted to install an aquarium in his office and they were sitting and talking about it.

IFCD001503

Ex. 82 pg.166 of 436

We received a parking ticket $40, we got home at 13:00 we ate, he left at 13:30 to Century City, he said it's about his order, to register aquariums, and then to the office, I know Robert will go there. I called him to the office at 17:00. I didn't do anything at home. I called Mariana, she is not answering, Skirma called and we chatted, then Masha called, she needs to find her friends some jobs. I receive packages today, video tapes for learning English language and from Fingerhut I only got a hat + free gift, 2 picture frames. It means they accepted cancel about the shawl. I called Olya-L and chatted with her. Then I made an appointment for driving a car at 8:30 in the morning, it costs $32. That's it, I have to start. Also, Jura called Jura to find out if I passed or not. I fed Nastya at 14 and now at 18:00 I will feed her again and at 18:30 I will go to get a manicure and to walk with her at the same time. Jura came at 18:15 and I am just going for a walk. I got a manicure, I paid with Household card $5+2 tips and back to home. I came at 20:00, ate, I put Nastya on a balcony and she stayed there till 24:30. We got on Internet and looked at CD and DVD catalogues. Jura called Moscow and he also has an appointment tomorrow at [illegible], that's why I am calling tomorrow to cancel my appointment. We were watching TV till 24:30, then [illegible]

IFCD001504

Ex. 82 pg.167 of 436

Put her to bed, she woke up around 24:30, I fed her, gave her Puree and put her to sleep. A quick BJ and we went to sleep at one 30 in the morning.

[Text on margins: 12.05.00 Tuesday]

We woke up at 7:30, Jura is getting ready and leaving at 8, I called and postponed the lesson till 10:00. I fed Nastya at 8 and I am getting ready. Jura came late and <u>at 10:15 I drove for the first time with driving instructor.</u> First a nervous tremor, a heart is beating and then I even liked it.

[Text on margins: first driving lesson]

I drove first two hours, I came home at 12:00, Jura already fed the baby at 12 and at 12:30 he went to the office, for work. I ate. Mariana called in the morning, she is not in mood, that's why we didn't talk much. At 13:00 I started cleaning, washing floors and when I finished in living room, at 14:00 Jura called and they came for dinner at 14:20, as always not on time. Jura gave $100 for driving lessons. I told them that they need to take their shoes off and respect my labor, I just washed floors. As a result we had a fight, or I mean a conversation on this subject, they left at 15:20 and I continued, wiped the dust, at 16:00 I fed Nastya and continued to clean our room. Ripa called, Veronika, we chatted.

IFCD001505

I finished at 17:00 and at that time guests came, Leshka and Olya, they brought a tea and a prayer book for illnesses + a diet. We drank the tea and at 18:00 together we went out to the street. They went home and I went to Ralphs, I bought diapers, rice and all kinds of small things for $35 and back home at 19:00. At 20:00 I bathed, fed Nastya a puree and put her to sleep. Jura came at 20:20, he is not hungry, he ate at "Chinese" and he was at Jura's, taking a diving lesson. We were at home in the evening, I wrote, did nothing and at 23:40 I am going to sleep. We made love and at 24 bye-bye.

[Text on margins: 12.6.00 Saturday]

I woke up at 7:15 and I am going to a driving lesson, Jura got up a little later, at 8 I went to a class, and he stayed with Nastya. I drove around till 10 in the morning and went home, today I think I drove worse, that yesterday and went to a downtown. I came at 10:30, Jura is leaving to the bank, money came and he went for work, I don't know where to. I fed Nastya at 10:30, I ate myself and I was at home.

[Text on margins: 25.12.  $2280 Elena 60% @ April KXV [illegible]

I sat down to type a paper to mom, then I called her to talk, then I called Rassepnova, I owe her $2250 it turns out, it means $750 is not enough, I want to ask Jura $250 and send her, and I can sent it through Shikan, he comes here for a New Year and I will give him, and there in Khabarovsk Dima [illegible] will give to Natashka. We'll see, there is only a matter of

IFCD001506

Ex. 82 pg.169 of 436

[illegible text]

Nastya has a fever.

[illegible] terrible depression. Then Anya-X called, I found out the e-mail address is written and I called back [illegible] and we talked till 2 [illegible]. It's 21:30 and Jura still not home, asshole, his "working". I [illegible] got on internet. Jura came at 22, I don't remember exactly, they ate at "Hibachi" [illegible]. I am mad at him. We did nothing in the evening. I laid down, I read and went to sleep at [illegible], first love and then to sleep. We went to sleep at one thirty.

[Text on margins: J.Kadamovas@aol.com [illegible] ate three times a day for the first time]

IFCD001507

Ex. 82 pg.170 of 436

[Text on margins: 12.7.00 Thursday]

Jura pushed me roughly at 8, I have to get up and go to WIC. I have a headache since morning. At 9:00 I fed Nastya and at 9:40 we went to WIC, I spent an hour there, got vouchers till February, i.e. including. Then we went, I took a leather jacket and we went to Alyona to the store, but first I went to the office, I looked at how they are doing. Then I went to Alyona, we bought a mat from them again for me to do the exercise $80, he bought a shirt for himself for $60, glasses for $60, a feather blanket and a big leather bag a gift for Jura the partner $230. Then he left at 11:30, and I stayed at Alyona, I went to pluck my eyebrows for $15+3 tips. Then I left a leather jacket to make it smaller, she can ask how much and if it is more than $100, it's better to sell it. I fed Nastya at 13:00 at a store, then Jura drove by there with his people that are doing his renovation at his new apartment and at 14:00 we went to eat at a restaurant to eat soup and salad, Nastya was sleeping. Then after Jura, we went to the store again and spent some money at Alyona's, Jura was taking everything as a present, but I don't know for who, because my Jura was also actively involved. Then we went to open up a checking account for me, or for the family, which I can also use. But because I have no passport or ID, the procedure is postponed till next week. We went to a [illegible] Citibank, then we went to carpenters and at 16:30 went home,

IFCD001508

Ex. 82 pg.171 of 436

we went by and bought bread, I asked for a biscuit, but he said I have to lose weight. <u>And Alyona said she is pregnant and she may have a son, now there is someone to give clothes to.</u> We got home at 17:30, I fed the baby quickly at 18:00 and changed her and at 18:00 I went to learn how to drive, Jura was home. Anya-X called, we talked about nothing, I was driving badly today, I made many mistakes and almost got into an accident, it was a nightmare, my mood got spoiled immediately and my headache got even worse. Then we went to the Airport. I came home at 20:20, <u>Andrey from moving came to us, and he told him the news, him and Mariana got divorced three days ago</u>, that's the whole story, now he is looking for apartment and he wants to move into ours, but we are not leaving yet. At 21:00 Jura went to Slava for a CD, I am at home, I put baby and I am writing, I will write checks. Skirma called and she has good news, they are going tomorrow to a casting, they will be taking pictures with girls, maybe they will take me with them, that would be great, she will call me tomorrow and tell me what and how. Jura came at 22:15 and brought 4 CD+2 DVD and a photo film. We were at home in the evening, Robert called, he will be doing tiling the floor at Jura's office from Saturday. I took shower, went to bed, we made love and went to sleep at 24:00.

[Text on margins: Nastya ate three times]

IFCD001509

[Text on margins: 12.8.00 Friday]

I woke up at 7 for my driving lessons and at 7:50 he called, when I was getting ready and he cancelled the lesson, what a disappointment. Then we sat and watched a movie, at 8:30 I fed the baby. Jura left at 9:00 to the bank, then to the office, he went by Alyona's store and I don't know where else. I called Mariana at home, chatted with her, she is standing strong, good for her. Then I got the baby ready and at 10:30 we went to a manicure, I bought candy while I waited, then I bought fish food. I did manicure and pedicure, as always paid my Household card and at 13:30 I went home, Alyona called me and we chatted, Jura came to her and told her that he has a surprise for me, but she cannot tell me, basically everyone knows except for me, but I think it will be for New Year. Masha called in the morning, I found out the schedule, the store's work hours, where she works, maybe Jura will go there tomorrow, I want to go with him as well, but we'll see. In the afternoon at home I called Skirma, she will pick me up. We gathered and at 17:40 she came by and we went to Burbank for a casting, they looked at my baby and said OK, and about me as well, I have to prepare portfolio for me and for the baby for $380. Skirma is going tomorrow to take pictures of babies. She took me home at 19:30 and came in as well. I gave then tea with sandwiches. Later Robert came and they left at 20:40. I called Jura, they have an exam today at 18:30 for diving.

[Text on margins: 142 pounds]

IFCD001510

Ex. 82 pg.173 of 436

Andrey called him, then Vitya and he came in the evening for money – a debt $500. Me at 17:30, then at 21:30 fed Nastya and at 22:00 she fell asleep. I called Olya – quickly about a puree and that's it. It is 22:30 now, I want to sleep, and Jura is not here yet, and he is not answering the phone. I got on internet, there were letters from cdcom. Vitya came at 22:40 and was waiting for Jura, he came at 23:00, gave him money and that's it. Bought a gift a statue of a horse for $220, it is a present for Jamaica. Then I typed a list of a CD video, what kind we want and Jura was talking to him over the phone an hour to order, then a quick BJ and sleep at 1:30. P.S. Gaar from school called, told me to come.

[Text on margins: 12.9.00 Saturday  First time on a freeway]

Jura woke me up at 7:15 and I am going to a driving lesson, Nastya, then Jura also got up, I left at 8, they are home. I went to Valley, it is quiet on the street, few cars, I speeded up a little, then we went far and came back on a freeway 118, 170, 101 and home, cool, but scary. I came at 10, and he went to Jura right away and where and for what all day I don't know. I fed her at 10, laid down, but first I ate, but after I wanted to sleep a lot. I got up at 11, fed Nastya and I am going to the store, first at 99 cents, then for newspapers and JONS. Back home at 16:30, I forgot keys, I had to take from a manager.

IFCD001511

Ex. 82 pg.174 of 436

At 17:30 I fed the baby and started making cutlets and Olivier salad, I finished at 20:00. I called mom, then Skirma, she went to take picture with girls.  I went to wash myself and now I am relaxing, it is 22:00, Jura's not home and he didn't even call. Nastya is sleeping, also I think a denial of insurance came for the baby, I have to find out tomorrow. I wrote and that's it. To shower and then at 23:00 I called Jura, but answered not my Jura, but the other, and said he is busy now, and he will be free soon. I got mad and went to sleep. I woke up when Jura got home at 2 in the morning, he drank, and played guitar for a long time, then he came to me. It turns out he was in "Versailles" and saw Romka there, he pretended they don't know each other, and they were discussing the buying of a share with the owner. Jura became upset and decided that Romka was his friend before, but now he is an empty space. We laid and talked about life and future and at 3:40 went to sleep. P.S. Jura bought a diving equipment for himself today for $7000, they are living a life, assholes.


[Text on margins: 12.10.00 Sunday]

I got up at 7 and I am going to the lesson, I left at 8, they were still sleeping. I only have an hour today and we were learning to park. I came home at 9:20 and they are watching TV already, at 9:30 I fed Nastya, then Jura. At 10:00 Jura called him and he left at 10:30. We were at home, I called Anya-R, talked about nothing, then Larisa called, she left a message, I called Misha, I asked him to come and teach me to use [illegible] email. Then I called [illegible]

IFCD001512

Ex. 82 pg.175 of 436

I took Samsonova's home phone and called her back, I took her email and we will write to each other. Then I called Sivash Julia, I said happy birthday, she gave me her mom's address, I have to call her. I called Svetka Semenova, but she wasn't home. I called Luba, she promised to come visit in the evening. At 13:30 I fed Nastya, I gave her puree + cereal, and in the morning I recorded her. Then in the afternoon I was reading newspapers. That's how the day passed and I didn't do anything useful for me. I called Jura and asked him to buy food, he called me back at 18:00 and asked me what I want.

[Text on margins: I gave her puree and cereal for the first time]

I fed Nastya at 17:30, Jura came at 18:30, I made potatoes, he bought a smoked fish and we went at 19:30 had dinner. Luba didn't come. At 21:00 I bathed Nastya, gave her puree and put her to sleep. We also went to bed, first we made love and at 22:30 we went to sleep. His wife called in the evening, he also called someone, also Skirma called in the afternoon, nothing special.

[Text on margins: 12.11.00 Monday]

We woke up at 9:00, Jura left at 9 to the office, then to Palm Springs with Jura, for his work, as he told me, and what else I don't know. I had breakfast, at 9:00 I fed Nastya, wrote.

IFCD001513

Ex. 82 pg.176 of 436

Now I will get on internet and then I have to go to school. It's quiet on the internet, I went to school at 13:00, there at 13 I fed Nastya and I was studying. After school at 16 I went home, I had a snack, at 17:00 I fed Nastya, Anya-R called, we just chatted, she will probably change her baby doctor. Then at 17:30 I called Jura, they are still in Palm Springs. I bought a professional juicer, it is extracting juice at first try, he said he will come late.

[Text on margins: today Nastya is five months old, but she still can't roll around   142 pounds]

At 18:00 I went to JONS and bought baby food, then to Ralphs – puree, and then went to ROSS and for the last $35 I bought myself a turtleneck shirt and then I went home and came at 21:00. At 21:30 I fed the baby and put her to sleep. Then I went on internet, I was looking at microphones – karaoke + cartridges, if only I had money, I would have given it to Jurka. Alyona called, they will alter my jacket, I have to go to try it on. Jura came at 22:30, we watched CD videos with him on internet and at one in the morning, first love, then at 1:30 we went to sleep. Jurka woke up at night at 3 and couldn't go to sleep.

[Text on margins: 12.12.00 Tuesday]

Jura woke up at 8, Leshka came to him and he was learning from him all about aquariums, how to clean and so on. I got up at 9, he brought new pictures, and I ordered more for him. They left at 10 to a wholesale. I fed Nastya at 9:30 then I called Skirma, but she is busy.

IFCD001514

Ex. 82 pg.177 of 436

I called Mariana, I sent letters from Fingerhut, I have to send them a check, and then I can make another order. I have to wait for an answer from insurance or call them later.  Then UCLA is sending me the same bill again. Mariana called them, they have to figure out themselves and they will call her back later. Hopefully everything will be ok, God save and help me! And also, I think they will get together with Andrey. Jura came at 11:30, he brought fish and they went to clients to clean aquariums.

[Text on margins: my period started in the evening]

I did my writing and I am going to school. We had a language test at school, at 14:00 I fed Nastya. We went home at 16:00, I ordered a microphone karaoke + cartridges from Direct Merchants card for $470. Then Anya-R called and then I fed Nastya at 17:30 and I began to do laundry of baby clothes and underwear. I called Jura, he is still at the office doing something and not telling me. Jura called in the evening, I gave him his pictures, he told me that the passport is ready and they extended it. Also Robert called, I talked to him for an hour, to Andrey. I finished laundry at 21:30, at 21:00 I fed Nastya and put her to sleep. Also, when I called Jura, I found out that he is busy tomorrow from 8 in the morning. That's why I called and cancelled my driving lesson. It's 23:00 now, Jura is still not home,

IFCD001515

Ex. 82 pg.178 of 436

I wrote, I did my homework then I have to get on internet and choose a free CD together with the microphone. Basically, I did nothing, I wanted to go to sleep, that's why I went to wash myself and just at that time Jura came home, he brought my passport, extended. I made him tea, today he was with Leshka all day. At 24 we went to sleep, first a quick BJ and bye.

[Text on margins: 12.13.00 Wednesday]

Jura got up at 7 in the morning and at 8 he went to work to Jura's house, and to his apartment, and to the office, or somewhere else probably, I don't know. I woke up at 9:30, at 10 I fed the baby, Then I called Mariana, it's quiet from UCLA, I might still leave Nastya with her, we'll see. Then I called to find out when I will be able to take driving lessons, I called Jura, then Vitalya, I asked Alyona to watch the baby on Friday morning, I am going in the morning and Jura will be home. I went to school at 13:00, tomorrow and on Friday school is closed. I came home from school at 16:20, I ordered CD and about two days I will receive the order. At 14:00, then at home at 18:00 I fed Nastya and started to wash the bedsheets. I called Jura, I don't know where he is or what's he doing. I called Lenka Rotik and then to Samsonova's work in the evening at 10-10-629. I finished laundry, at 21:30 I bathed Nastya and at 22 I fed her. Jura came at 23:30, he drank tea, and he called Moscow about his CD video, to send it to

IFCD001516

[illegible text]

[Text on margins: 12.14.00 Thursday]

Jura woke up [illegible] we got up, I fed Nastya [illegible] I ate breakfast. I called Mariana about UCLA [illegible]. I am going to get a haircut. We met at 12 and went for a walk and chores. First I went to get a manicure, then [illegible] I paid $25, we'll see, [illegible].

IFCD001517

Ex. 82 pg.180 of 436

That he is worried where I am, asshole, he was talking badly with me, and told me he will come too late, they are going under water today for the first time. I am mad at him. Olya [illegible] called, we chatted with her for an hour. Then at 20:30 Mishka came, we figured out the email issue, what to do to read a Russian text, unfortunately we have to change a provider. I got an email from Lenka, cool, I have to write to her. I fed Nastya at 21:00 and nothing much in the evening. I called Rityk Lenka and we chatted with her, it's 23:15 now and I am going to shower and to sleep. I don't remember what time Jura came, but late as usual, for sure.

[Text on margins: 12.15.00 Friday  06506505 N]

We got up at 7:15 and went to a driving lesson at 8, I drove till about 10:00, I took $40 to Rita and we drove today on Laura [illegible]. I came and fed Nastya right away. Jura got ready and then he went as he told me to pick up the table and to the stores. I am going to the house warming party, for Nastya, Jura came at 11:30, I prepared to eat, Jura came, we ate and at 13:00 we went, when we got there, we entered the apartment, it turns out it is a surprise – it is our apartment, a new two-bedroom apartment. I was in shock, somehow, I was expecting it but I was still in a shock.

IFCD001518

Ex. 82 pg.181 of 436

I should have guessed, that we get there and there were no hosts, Jura is opening the doors himself and he is letting in the toy cat. And only then my Jura says – give the hostess key from the apartment, that's when I got it, that it is our apartment. They tried of course, all the furniture, in the kitchen there is almost all appliances and other small stuff, two balconies, 1400 square feet.

[Text on margins: housewarming, new apartment, surprise Kaporkina]

And it costs $1400 a month, Jura paid for one year in advance, $19,000. He bought himself a TV with SS-sound for $15,000, Rainbow $2000, so for everything he spent $50,000, a bed in baby's room and furniture in a bedroom, lots of shelves and mirrors. And the most important thing, there is a washing machine, and also there is a pool in the building, Jacuzzi, sauna, but there is no gym, so the machines will be on a balcony. Now I understand why he was going so early and coming so late these days. They hung out and then left to do their stuff, and I stayed at home to sort things out, to unpack boxes. Nastya wasn't feeling well, was whining, she thought we were guests. My Jura went by our old apartment, bought food and came home at 20:00, I started to cook. Jura came at 21:00, he brought flowers, I mean as a present, and they came with vases. By 22:00 Skirma and Robert came by with family. She gave me a red potted flowers, Poinsettia, just in time for Christmas.

IFCD001519

We sat and ate, I thanked Jura for a surprise. Boys were talking about their business, and girls were talking about their business.

(We also went to the bank and opened an account for me and for Jura, he deposited $5000, so we can use it, and then they brought me home).

[Text on margins: we opened an account]

Jura left at 23:30, Robert and Skirma only at one in the morning. I put Nastya to sleep at 22:00. I didn't bathe her for many days now. Also, Jura showed me documents for a ship ride, for 05/22/01, so I have to lose weight quickly and for sure. They left and me and Jurka hung out and talked and at 2 we went to sleep, also there is a dishwasher.

P.S. We went to the office in the afternoon, to see how things are going.


[Text on margins: 12.16.00 Saturday]

I woke up at 9, we are gathering, I fed Nastya at 10:00 and Jura took me to our old apartment. And he went to work. I washed the floors in old apartment, called Mariana, we chatted, then to Alyona, Veronika, Skirma. I took shower and started to pack to move. I fed Nastya at 14, 18, 21. I only packed things in kitchen, I am very tired and I want to sleep. Jura came at 20:00, we gathered and left first to Ralph for a puree + diapers, then to [illegible] for VCR for $70 and home, we unloaded and [illegible] home. I made him dinner, [illegible]

IFCD001520

Ex. 82 pg.183 of 436

I don't remember, we went to sleep at 24, but a quick BJ before bed.

[Text on margins: 12.17.00 Sunday.  Period ended]

I got up at 7:15 for a driving lesson, drove around the city, I came home at 11:00, Jura was there already. I gathered with Nastya, I fed her and <u>we went to Sherman Oak Mall, to a big store, there Jura bought everything for himself,</u> I just bought myself shoes for $30 and few things for Nastya. I was mad at Jura, that he brought me for nothing. We ate and bought few things for home. I fed Nastya at 15. They brought me home at 17:30, and they went again for diving. I was at home, sorting his things, that he bought. I called Mariana and chatted with her. I fed Nastya at 19, then at 22 and put her to sleep. I went to shower and I am waiting for Jura, he came at 23:30, went shopping. We made love in the evening, TV and went to sleep.

[Text on margins: 12.18.00 Monday]

We woke up at 9, I fed the baby at 10:00, then Jura went to the office with Robka to buy tiles, I am at home waiting for a carpet.

IFCD001521

Ex. 82 pg.184 of 436

Skirma called, I talked to her, she turned on a new phone to call to Russia. I filled out the blanks for address change with Mariana. The carpet came at 11:00, I am waiting Jura. He came at 13:00 and took us to the old apartment. He went to his work, I am gathering my stuff again all day. At 14, 18 and then in the evening at 21:30 I fed Nastya. Jura came at 21:00, we gathered and wrote a note for UPS, our microphone with karaoke should arrive. And then we went home, I was driving, for the first time, our car is so big, but I will get used to it. I called Rassipnova in the evening and congratulated her with birthday. We got home, and there was standing a Christmas tree, ornaments and an ironing board – he bought everything, was a good boy. And which is the most important, he gave me today (like for Christmas) a bracelet with small diamonds, white gold, and small earrings for Nastya. After, I cooked dinner for Jura and then to bed, a quick BJ, and to sleep, we also watched TV. P.S. Jura came by in the afternoon, he sent $100 to Lithuania, and he told her that he is going to San Francisco to install an aquarium.

[Text on margins: 12.19.00 Tuesday]

We woke up at 10:00, and at 11:00 I fed Nastya. I didn't hang up the phone properly and the other Jura couldn't call. At the end Jura called him [illegible] mad, that this happened and [illegible]

IFCD001522

Ex. 82 pg.185 of 436

To pick up stuff, and pack the gifts, they went to Alyona. I am ironing his clothed at home. I called Veronika, Anya-R, we chatted. Jura came by in the afternoon, took few things for other Jura and left again. At 21 in the evening Robert came to Jura, I just fed Nastya, I fed her today at 15 and 19, she stayed little bit on a balcony, and put her to sleep in the evening. I called Larisa, then to instructor to have a driving lesson for Thursday, then to Olya and Lesha, they will take me tomorrow to our old apartment. Jura came at 21:30, I made them dinner, they drank shots, chatted, then Robert left as well, and we started to get ready.

[Text on margins: Jura flew with Jura to Jamaica at night]

We were gathering till 1:30 at night, then love, stayed in bed and watched TV. <u>Jura got up at 3:30 and he is getting ready to go to Jamaica,</u> I am very sad and upset, that I am staying alone at home, and he is going to have fun. Rubik came after him, then they are going to pick up Jura, at 7 they have to fly, Rubin brought keys and closed the doors, I was sleeping.

[12.20.00 Wednesday]

I woke up at 10:30, and I fed the baby, did my writings, called Skirma, then Larisa. It's 13 now, I have to gather and go to the old apartment to gather stuff. Leshka and Olya came at 13:30, they brought

IFCD001523

Ex. 82 pg.186 of 436

[illegible text]

IFCD001524

Ex. 82 pg.187 of 436

I wrote checks. At 17:00 we went to a bank, I deposited the check for $5000 and got $4000 cash, by the way, I hardly found parking space. Then I went to the old apartment. On the way we dropped by Alyona's store, I figured out the headlights. Slava was there, hanging out there. I bought a diet pills from them for $185. I fed Nastya at 19:00 and we left together. I got to the apartment at 19:45 and I am packing the remaining clothes. Jura called at 22:00, I was just feeding Nastya, we chatted. I came home at 22:30, everything is ok, I got home, put Nastya to sleep, ate myself, I called mom, I told her my latest news. I did my writing and at 2:15 I went to sleep.

[Text on margins: 12.22.00 Friday     First day of diet pills]

I woke up at 9:30, at 10 I fed the baby. Skirma called, asking to borrow money, I have to talk to Jura. Mariana called, we filled out papers for medical and sent today. At 14 and then at 17:00 I fed Nastya. I will go to Alyona tomorrow. I called my sister, I have to send her $100. I called Anya-X and we chatted with her. At 18:00 we went for a walk with Nastya, to 99 cents for $16.00 and to Ralphs for $35, it is cold the street, back home, Nastya was crying, a man helped me closer to home, he is also Russian, there are many Russians here.

IFCD001525

Ex. 82 pg.188 of 436

Today I got cards and checks from a bank. They misspelled my name, I have to go and change it, I will do it tomorrow. I called Vitaly, on Sunday at 10 I have to go to the lesson. Then I called Anya-R about nothing. Shikan called in the evening, he is leaving and will come on Monday. Almost on time. I put Nastya to sleep at 22. Today I took the diet pills for the first time, first is cleaning for 10 days. Jura didn't call today. I will unpack bags today and will go to sleep. Veronika called, we chatted. I went to. Sleep at one in the morning.

[Text on margins: 12.23.00 Saturday]

I woke up at 9:30, I fed Nastya at 11:00, I ate myself. I washed clothes today. At 14:00 I went to a bank, disappointment, it's open only till 13:00, only after the holidays. I took Jurka's jacket to the dry cleaners, it will be ready on Wednesday. I went to Alyona, I filled up with gas on the way, they helped me, I'm afraid I wouldn't be able by myself. I came to her, I fed Nastya at 15:00, a seamstress girl Luda took my measurements for altering my leather jacket, we sat there, chatted and then we went to the old apartment. I sent $100 to my sister Anka by Western Union, I called her in the evening, there is no one. I will call back tomorrow. I went by RITE AID, I bought few Christmas tree ornaments for $20, then to JONS for food for $45 and I went to the apartment at 19:00, I fed Nastya, fish and at 20:00 I went home.

IFCD001526

Ex. 82 pg.189 of 436

Jura didn't call today either, asshole is having too much fun. I washed the bedsheets in the evening. I was sorting stuff. Today I finally bathed Nastya, at 22 I fed her and put her to sleep. I was cleaning till 2 in the morning. Then to shower, I called Zayats and we chatted, I am going to sleep at 3:30.

[Text on margins: 12.24.00 Sunday]

I got up at 9, getting ready for a class. I woke up Nastya at 10:00, fed her and went driving with her. We went to DMV and were driving around there, where I will be taking an exam. We got home and did nothing, gathered and at 12 we went to a Party Store, Olya-M told me about this store and I bought all the Christmas tree decoration there. Then I went to [illegible] store, bought few picture frames for home and so on for $200, got home at 19:00 and was making myself a dinner. Jurka didn't call. Shikan called, he will be on 101 soon. I bathed Nastya and put her to sleep at 22:00 and they just got in. Cool, we had dinner, sat and chatted. They stayed overnight, I made them bed in the living room floor. We chatted with Sergey, remembered the past, about Khabarovsk stories and we went to sleep at 4 in the morning.

IFCD001527

[Text on margins: 12.25.00 Monday. Christmas!]

I woke up at 10:[illegible]. Nastya wanted to eat. Then at 10:30 Jurka called and we chatted with him, he went diving already and he has lots of impressions, he doesn't know when he is going to be back. My guests went for a walk around. Then we ate at 14:00 I fed Nastya and we are getting ready and we are going to the ocean together to Santa Monica. I am driving, getting used to. I fed Nastya at 14:30 and went for a walk on the beach. Today is Christmas in America. We went to the S.M pier, we went on rides, remembering our childhood and at 19:30 we went home, I am driving again. We had dinner at home, I bathed Nastya, fed her at 22:00 and put her to sleep. We decorated the Christmas tree and sat and chatted. Then I decided to take them to our old apartment and Sergey agreed. I left Nastya home for the first time and I took them there, Jurka left a message there about his impressions. Then back home, everything is ok, I went to sleep at 3 in the morning.

P.S. I called Anka and told her a Western Union number.

[illegible] Nastya at 9:30 [illegible].

IFCD001528

Ex. 82 pg.191 of 436

he called to Pacific Bell and paid for the phone, for the one that I lost the bill, and now everything is OK. I called the Shikans, they are going for a walk to Hollywood Street. I called Mariana and we chatted. Then at 14 I fed Nastya, we gathered and went to the bank, I mean I went to change the name on the card, my correct name and last name. I bought a cake and went to the old apartment. There we met at 16:00, we sat and chatted, ate. Leshka called, he needs salty water and cleaning equipment for aquariums. We were deciding about tomorrow. At 18:00, then at 22:00 I fed Nastya, yesterday I went to RITE AID and bought Nastya a puree. I came home at 23:00, I put her to sleep, did nothing much. Jurka called but I wasn't home. I went to sleep at 24:00.

[Text on margins: 12.27.00 Wednesday.  Disappointment at the exam]

! I got up at 7 in the morning, I am getting ready for the driving exam, did nothing, I got there at 8:40 and was 20 minutes late, I left the baby with Sergey and Mishka, they will feed her and change the diaper. And then we flew to the driving exam with the instructor. We came at 9:25 and it turned out we weren't on the list. Which means we came in vain. But not quite, while we were (deciding) waiting on a wait list I [illegible] for an ID card.

IFCD001529

Ex. 82 pg.192 of 436

And at 11:00 we left and we <u>made an appointment for a driving exam for January 17th.</u> We got home, Leshka came already, cleaned the aquarium at Versailles and came back at 12, we mixed water and he also went to duplicate the apartment keys and he will come to pick them up tomorrow. I ate, then I went to get the fish food, then I fed Nastya at 13:30, Alyona called, about nothing. <u>And at 14:00 we went to Universal Studio</u>. We paid $43 for the entrance + $7 for parking + I also paid $9 for the year. We walked around, but didn't have enough time to see everything and with a baby they don't allow you everywhere. I was tired and her too. I fed her at 17:00, we also ate, walked and at 21:00 went home. I called Larisa, I wanted her to watch Nastya tomorrow, but a bummer, also Vitaly said, that there is an amnesty for illegals, so I need to do it. Then I called Mariana's mom, she can't, then Mashka and we agreed with her, cool, I will pick her up tomorrow. I fed the baby at 21:30, gathered and went home. I got home at 23:00 and put her to sleep. I did my writings, I called Skirma, no news from Jurka, I left him a message. I gathered a little bit and at 2 at night I am going to sleep. I am not sleeping enough, it's a nightmare!

IFCD001530

[Text on margins: 12.28.00 Thursday.  Disney Land]

I got up at 6:15, gathered for the trip, and I left at 8 to pick up Mashka. I picked her up and we went to the old apartment, we came at 9:00 and woke them up. I went to the store, bought sausages, back home, I gave instructions to Mashka how to watch Nastya. I left her today all day. I called Mariana and took directions and at 11:00 we, Shikan, his son and me, went to a Disneyland. Tickets were $43, like at a studio city. We got home late at 12:00, but we saw few things, you need 2 or 3 days to see all the rides. We went on rides, the rides were so cool. Then we had dinner $15, I called Masha and they are ok, she fed Nastya at 10, 14, 18 and that's it. We saw a laser show and at 23:00 we went home. We got home at 24:00, Mashka and Zhanik left and I thought she would come overnight to my place, but they left unfortunately and I paid her $30. I called mom, Kaperkin can only give her $200 through Samsonova, the rest 800 later in January. I went home, I put Nastya to sleep at one in the morning. I called Samsonova, then Rassipnova, Nadya is coming here to Los Angeles on January 17. Rassipnova will give Dima money in January. I talked to Shikan, did my writing, I am very tired and I want to sleep, it's 3:20 now, and Jura didn't call, asshole.

[Text on margins: I called  [illegible] she wasn't home]

IFCD001531

[Text on margins: 12.29.00 Friday]

I got up when Nastya woke me up at 9:00, I fed her and I tried to go to sleep, but no success, she didn't let me. I got up at 11 and I started to do some chores, I washed myself and stayed home all day. I washed few baby things and mine. Jura called at dinner time, he is in Cuba now, resting, asshole, having fun, and again, he only has a minute for me. He is not coming back for New Year, asshole. I was very, very upset, I cried and then I called, thinking where to go. I called Skirma, Ripa, Mashka. I started to make borsch, made blinis. I fed Nastya at 12:30, then at 16:00 and then I ate myself. Sergey came with his son at 18:00, I left Mashka to watch Nastya, and went with Serioga to a mafia store, but it was too late, they are not there and we went home. I washed their clothes, they ate and Sergey was dealing with the phone, and with a video after. We remembered the old times in the evening. I called Mary, we wanted to go to Vegas, but she says it is unreal, there is no space and there will be lots of people. So, I don't know what to do for New Year. I called Skirma, Anya-X, we chatted. My guests left at 24:30, I wrote checks, did my writings and at 2 in the morning I am going to sleep.

IFCD001532

[Text on margins: 12.[illegible]00 [illegible]]

[illegible] I got up at 8 in the morning [illegible] and fed at 9:00. [illegible] came and then to the store. [illegible]. We went to the old apartment to pick up mail then I went to Ventura [illegible]. I bought mainly for the baby for $[illegible] clothes and toys. At 15:00 [illegible] for $45 and we went to Ralphs, I bought a [illegible], I picked up the jacket from the dry cleaners and went home at 16:00. [illegible] came at 17:00, we ate, Nastya [illegible]. Then Mashka was watching Nastya and we went to the Mall, [illegible] I bought a sweater and went to [illegible] for food and then home. I fed Nastya at 21:00 and went to sleep. We prepared dinner, they left at 23:00, I called mom to say happy New Year.

[Text on margins: 12.31.00 [illegible]

Nastya woke up at 8 in the morning, I fed her and then Jura called, [illegible] didn't say Happy New Year [illegible].

IFCD001533

Ex. 82 pg.196 of 436

[Text on margins: 8 36 [illegible]]

He left us alone and he is having fun. I tried to go to sleep, but couldn't. Sergey called at 10:30 and they came over at 11:30. I bathed meanwhile, we gathered and at 12:00 (by the way I tried to feed her, but didn't work out) and went to the Long Beach. Sergey was driving. We came there, partied a little bit and at 14:30 we decided to go on a ship to Catalina island, ticket was $40. I met a family there Olya-Sasha, doctors and two kids. We were walking around with them the whole evening, they seem to be good guys. We didn't have enough time for the island tours, that's why we just walked around, then we went to eat at a restaurant for $20. And at 20:30 back home. I called Skirma and told her, that we are not coming for New Year. I fed Nastya at 15:00, at 19:00. We exchanged telephone numbers and went home. We got home at 23:00, they went there right away. I called Skirma, Olya -N, left Mashka a message. Jura didn't call back after all. Nastya went to bed, she was so tired. I was alone on a New Year, God, it is so sad, upsetting and unfair, this asshole is having fun. At one I am going to sleep.

P.S. Jurka's wife left him a message, that she loves him, is waiting and hoping to meet the New Year together next time.

IFCD001534

[Text on margins: 01.01.01. Monday]

We got up at 8:00, I called Sergey, I gathered and at 9:30 I left, I got to the old apartment at 10:00. They are leaving. I gave Seryozha $3250=2250 Natashka's debt, and $1000 for mom, Dima already gave mom $200 for New Year. Finally I paid all my debts.

[Text on margins: New Year of snake. I paid all my debt to Natasha]

Guests left at 11:00, I stayed there a little bit, cleaned up. I fed Nastya at 10:00, then at 14:00. I washed the dishes in the apartment, wiped the dust off, tidied up a little bit and at 14:00 I went home, but first I bought a puree for the baby. I came home, I called Anya-R, Skirma. Then we cleaned on one balcony. I prepared to eat, I called Slava, Alla-R, we chatted. At 16 I fed her and put her to sleep at 19, she was tired these days, didn't sleep enough. I called Masha in the evening, [illegible] the second she wasn't home, Tsekola – she was rushing, Zayats – they are not home. I did my writings and went to sleep.

[Text on margins: 01.02.01 Tuesday]

Jurka didn't call, total silence for the second day, he doesn't have time for me, asshole, I am so mad at him, cheater. I got up at 10:30 today, I slept enough. I called Nastya at 11:00 and we were at home in the afternoon.

IFCD001535

Ex. 82 pg.198 of 436

I did nothing special, I was looking at magazines, I was trying to do an order, but it didn't work out. Skirma called, then Alyona. At 14 I fed Nastya, I got a card and check on my name by mail. At 17:30 I went to a bank and took out $2000 in cash. I bought products in VANS, then in Lucky Drugs, as a result I spent $100. I fed Nastya at 19, I got home at 20:30, Olya called, to find out when is Andrey's birthday, we chatted.

[Text on margins: I started taking other pills]

I put Nastya to sleep at 21:00, I [illegible] and went to sleep at 24:00. I called Makekha, she's not home.

[illegible text on margins]

P.S. I started taking other pills to clean my liver. It is for a month.

[Text on margins: 01.03.00 Wednesday. I started exercising]

I got up at 10:00, I fed the baby, I did an exercise today, then to shower. I was at home all day, I was doing laundry all day. I called Shikan, everything is OK, they arrived there safely. Jura called. In the afternoon, they are in Jamaica, they will come on 10th, he postponed, he has some business there, he is acting as a busy dog over there. I am very upset again, asshole. At 13:30, then at [illegible] I fed Nastya. I called Skirma, [illegible]. Today I met [illegible].

IFCD001536

Ex. 82 pg.199 of 436

[illegible] <u>Victory Secret</u> and <u>Newport News</u>, I will do a money order tomorrow. That's it, I am going to sleep at 2 in the morning.

[Text on margins: 01.04.01 Thursday]

I woke up at 9 and fed Nastya and back to sleep. We got up at 12:30. I was doing the house chores and was cleaning the kitchen. I called Skirma, Luba, going to visit her on Saturday. Olya got sick and I'm not going to visit her. At 13 and 17 I fed the baby, at 17:00 I went to get a money order for Victory Secret, then I bought food for fish, diet food at JONS, went home and took mail, fed the fish and at 20:00 went back.

[Text on margins: ~~to call Manekha 4.01 at 18:00, didn't call~~]

I bathed Nastya at 21:00, fed her and bathed her. I was looking at maps, I bought them today to know where to go and how. I went to sleep at 24:00, I woke Nastya up and put her with me. As a result I woke up at night at 2 and put her back.

[Text on margins: 01.05.01]

Nastya woke up at 8, I fed her and put her with me, she was lying uncovered and cold. I slept till 10:00 and then got up. I was making myself a diet soup. <u>Today again I'm on diet for a week.</u>

IFCD001537

Jura called [illegible]

Skirma found out [illegible] and a sofa, I have to wait more. At 12:30 [illegible] I fed the baby, she is eating slowly, she still not eating vegetables, puree [illegible]. At [illegible] I gathered and went to Target and gave frames, and again spent $220.00, then I went to return the microwave, because it doesn't work and they don't have any more like this, maybe after [illegible]. I fed Nastya at 20:40 and back home, I got little bit lost looking at a map, but everything is ok. At home Nastya went to sleep, I cleaned up in the kitchen a little bit and at 24 I am going to sleep.

[Text on margins: [illegible]]

I woke up at 8, Nastya wanted to eat and I fed her. [illegible text]

IFCD001538

Ex. 82 pg.201 of 436

[illegible] stuff and I went to Skirma, there I did laundry and walked a little bit on the beach, I wrote a check for Robert and at 17:00 I went home. There I fed Nastya again. We got home at 18:[illegible]. Jurka called, we chatted, he says he misses me, I don't know, I don't know. I bathed Nastya with a new seat, I fed her at 20:30 and I put her to sleep. I called [illegible] Sasha and said Happy Birthday, I talked to mom there. Then I called Zayats and chatted with her. I was sorting clothes again all evening, cleaning up. Nastya was crying after 23:00, she was waking up after 30 minutes, something is definitely bothering her, hurting. God, I am so worried. I called Olya-S, she calmed me down, but Nastya is still crying. I am going to sleep at 2 in the morning, I am terribly tired.

[Text on margins: 01.7.01 Sunday]

Today is Russian Christmas. Nastya woke me up again at 8, I fed her and put her with me. I slept a little longer and then got up, I worked out and started to clean the living room today. I'm working all day at home. Jurka didn't call. I fed Nastya at 12, 16 and 19. She is not eating well, eating little bit on a puree and basically not eating enough. Today she also ate a piece of paper.

IFCD001539

Ex. 82 pg.202 of 436

At 19:30 in the evening I put her to sleep and she woke up again and was crying. <u>I called mom, we chatted</u>. At 2:40 I washed up and going to sleep.

[Text on margins: 01.8.00 Monday]

Nastya got very bold, she woke up 5 in the morning. I fed her and went back to sleep. Then she woke up at 9, I fed her again and then I didn't sleep enough. I got up, worked out and started to clean, today is a small room. I called Mariana in the afternoon, her son has a birthday, and tomorrow her husband's. Jura called, we chatted. <u>Nastya is misbehaving all day, crying, whining, wants to be held all the time</u>. I called a doctor, made an appointment and talked about Nastya. At 14, and then at 17:30 I fed her. I gave her TYLENOL today, she had a fever of 100.3F° or 37.9°C. At 20:00 we went to VONS, I made a card for Jura as well, I bought few things and went to the old apartment, I mixed the salt in water for Leshka tomorrow, fed Nastya at 22:00. <u>I received a Medical today for her, thank God</u>. I bought products at WIC and at 23:00 I went home. There was a message from his wife, she loves him and is waiting for him. <u>Jura called me back at 19:00 again</u>, said he loved me, I think he found out what's going on. I put Nastya to sleep and made myself a diet soup and at 2:00 I am going to sleep.

IFCD001540

[Text on margins: 01 [illegible] Tuesday]

Nastya woke me up again at 8, I fed her and we went back to sleep. Lately she has everything according to schedule. Jura woke me up at 9:30, he called to tell me the flight number, I am meeting them tomorrow at 20:00. I got up, did exercise, breakfast and started to clean the apartment all day again, working. Leshka called, he cleaned our aquarium, but didn't change the water. Mariana, Skirma called, but I don't have time to talk to them now, I fed Nastya at 12, 16, 20, she was behaving better today, she wasn't crying as much. I put her to sleep at 2:00. I went to sleep at 2:30. I need one more day to finish everything, but unfortunately I will be doing the rest with [illegible].

[Text on margins: 01.10.01 Wednesday.  Mashka started]

I got up at 7, fed Nastya, laid down and slept. Then to shower, I started to [illegible], washed the bedsheets, floors. I did nothing else. It is raining hard today. Olya-S called. I left at 16:00 to Alyona, but she is already left, traffic was bad.

IFCD001541

Ex. 82 pg.204 of 436

Then I went to the office, Robert was there and went home, I took the poncho and went to the airport to meet Jura at 18:00. The traffic on the way was horrible. I got there at 20:15, he got in at 20:05, I thought I will not find him. By the way, I fed Nastya in the car, or I mean I gave it to her and she ate herself, it was at 19:00, and at 15 and 11 in the morning as well.

[Text on margins: I met Jurka]

I came to the airport, I hardly found the place where to meet them, but they were not there, I was scared, worried I went to the baggage claim, and Jura found me there. He looked do different, made himself a new beard, got a tan, so business-like. I don't know, I have a feeling he was having lots of fun there, asshole. One bag was lost, it is coming on a different plane. We left at 22:00, Rubin came to pick up Jura. We talked on the way home, of course he met lots of people, proposals, projects, business. Casino and a hotel – in Jamaica and a forest factory in Russia and so on. They had some business with the French princess. And he was so enthusiastic. Jura gave him a watch. We got home, I put Nastya to sleep at 23:00 and Jura started saying I am this and that, did nothing around the house, that I had 3 weeks and what was I doing, that [illegible]

IFCD001542

Ex. 82 pg.205 of 436

He was very upset, and that upset me so much and that I spent money for nothing and so on and so forth. But we made love anyways, but it was upsetting anyways, he was having fun and I should have been working hard here. We went to sleep at one in the morning.

[Text on margins: 01.11.01 Thursday    Nastya at 6 months old]

Nastya wanted to eat at 6:30 and after we had a quick BJ, and we got up, Jura called. They brought a sofa and an armchair, Jura came at 9, they got ready and left all day doing work. I was home cleaning away, unpacking, washing clothes. I wrote a check for the remaining of the car. I fed Nastya at 11, 15. I called Mariana and cried to her, then to Skirma, Alyona, Veronika, like that, about nothing. Jura called, they were finding out about the luggage, I finished at 18 I fed Nastya, gathered and went to Alyona, I took the leather jacket $80 and I left Jura's to fix, I took clothes to the dry cleaners and at 19:30 I went home. Jura is already at home, his second bag arrived. We unpacked his stuff together, I fed her at 21 and put her to sleep, we made love in the evening and at 24:30 we went to sleep.

IFCD001543

[Text on margins: 01.12.01 Friday]

We got up at 8 in the morning, I fed Nastya, Jura gathered and went to the old apartment in Jura's car, and then to his job. I am also going to the store, I have to buy something for the restaurant. I called Skirma, Victoria agreed to watch the baby for $5 an hour in the evening. We left at 10, it is raining again today and all week it is going to be raining. I went to Sherman Oaks mall. I bought a skirt there, a blouse, a t-shirt for $300.00, then a perfume Moschino and others, but it is not working, I have to exchange it. I was there till 15, I fed Nastya at 12:00 and then I went to Luba-the hairdresser, it is Jurka's acquaintance, I called her in the morning and agreed to come, I got there at 16:05. A Russian girl Lena was there, she is watching Larisa's daughter sometimes, small world. We chatted, an interesting woman, she plucked my eyebrows and did my hair. I left at 17:40 and at 17 Lena fed Nastya and watched her. Then I went home, Jura was already at home, he is not in mood, a microphone is not setting up

IFCD001544

Ex. 82 pg.207 of 436

[illegible]

At 19:00 Vika the nanny came to sleep with Nastya and we gathered and <u>at [illegible] to meet with Jura and Olya and we are going to the restaurant "Saint Petersburg" for Andrey's birthday</u>. There [illegible] we ate and danced. Jura showed how he was drinking vodka with glasses, he got drunk and was acting not so nice. I talked to Olya, she took my phone, we'll be calling each other. There [illegible], that Jura went once to "Rasputin", there [illegible] on Jura, and he told me nothing. Also, he [illegible] and almost got into a fight. Basically, he has his own private life, which doesn't concern me. We were there till 24:30, Jura had so much fun, he didn't want to leave, he got drunk like a pig and he wanted to continue having fun, I asked the other Jura to take us back, but he [illegible] with Jura and we went home. Why he ripped his shirt off, I don't know, he was so drunk and stupid, a high speed, how I hate him, he doesn't care, asshole. We came home at 1 in the morning, I paid $30 and we talked yesterday. Jura kept talking why do you need me, you don't love me, you don't need us and so on [illegible]. He got me to tears again, at the end of the month the situation is again crappy [illegible].

IFCD001545

Ex. 82 pg.208 of 436

I don't believe. We talked that he doesn't need us and at 2 we went to sleep. God, how tired I am from these talks.

[Text on margins 01.13.01 Saturday]

We got up at 8:30 in the morning, I fed Nastya, I wanted to sleep so much. At 9:00 Jura came with a guy, that was setting up a new DVD, I made them breakfast. At 12:00 they left, I fed Nastya. Juras went to get alcohol, I started to cook a little bit.  He came and went to "Karabakh' to get meat. Then at 15:00 I fed Nastya and went to Vons for ducks and salads in Hollywood, I spent about $250, I went home at 19:00, <u>at this time was an earthquake, which I didn't feel</u>

[Text on margins: Earthquake]

What a nightmare. I got home at 19:30, and Jura and Jura already came to us.

I started to move things around and clean. Luba is great, she helped me a lot, what would I do without her. Guests started arriving. <u>My hair stayed put, so I looked good on a second day as well</u>. I fed Nastya 20:00 and at 21:00 I put her to sleep. Alyona and Ainar came with kids, Volodya-Tanya that are making website for them, I'm seeing her for the first time, Mariana-Andrey, Leshka and Skirma – Robert.

IFCD001546

Ex. 82 pg.209 of 436

! <u>And we started celebrating a new apartment and to celebrate a New Year according to a new calendar.</u> Everything was ok an ordinary house party, nothing great, I drank a little. We celebrated the coming of New Year and people started to leave. The last one to leave was Leshka at 2 at night, I cleaned a little and we went to sleep. This was the whole celebration, not great and not too much fun. I haven't been doing an exercise for the third day. P.S. <u>I called mom, we talked about nothing</u>.

[Text on margins: 01.14.01 Sunday]

I woke up at 8, because Nastya wanted to eat, I fed her and back to sleep. Jurka woke up earlier, took shower, then we made love and we got up, I cleaned up in kitchen. We had breakfast, at 12 I fed Nastya and we went to Jura at 12:30 to downtown for a car exhibit. My Jura wants to buy a Mercedes SUV, but he didn't tell me anything about that before, they have a lot of money after all, but not for me, but for themselves. <u>They didn't have it there and we went at 15:00 to a far-away dealership to buy a Mercedes.</u> We filled out paperwork there, but the bank needs to give permission to buy in credit. He is paying 50%

IFCD001547

Ex. 82 pg.210 of 436

It is $40,000 – a pretty good money. Everything for himself and about himself, but when I asked for document, only promises. I fed Nastya at 16:00 and at 17 we went home. <u>We came, ate dinner, there was a lot of food left, I don't want to throw it away, it's money</u>. They hung out, they talked about their stuff, business, secrets, that is hidden and masked from me pretty well. Jura took Jura at 20:00, I went to bathe a baby, fed her and put her to sleep. I cleaned up a little. The other Jura made it so that you can leave a message, so the phone is ok. Jura came at 21:30 and started asking me who is Sergey and where was I missing, and about the exam, he thinks I am lying to him. No, he is wrong, it is him who is lying and telling me nothing. He was watching TV, I am going to shower and I have to go to sleep. I didn't do the pills and exercises today. He came to me at 23 and we made love and went to sleep, we didn't look at photos again.

[Text on margins: 01.15.01 Monday]

We got up at 9, he waited for Robka and they went to a bank, Jura landed him money. Then he got back, changed and at 11 he went to an old apartment, and somewhere else, I don't know, he had to go to Jura as well. I am at home, fed Nastya at 10, 14, 18, I was sorting [illegible] and I stumbled upon his tickets to [illegible]

IFCD001548

Ex. 82 pg.211 of 436

I found that they bought tickets on December 12, and they left on 20 from here and January 10 from there, which means he lied to me that there are no tickets, and he knows nothing, he knew everything, that asshole and he was doing everything according to his plan, and the most upsetting is the fact that he told me nothing and lied to me. That's it, my mood is deteriorated, so to speak. Juras came to me at 18:00 for dinner, I was just feeding Nastya, and I didn't prepare him food, you see, I mean I didn't put it on the table and he is mad, what a bitch, he is so dear to me. I am so mad at him, he is not talking to me. At 20:15 he went to take Jura home. <u>I was calling to work to TsUZP, Kedya is flying to US on the 17th, I also called mom, she will send me children's books</u>. I called Shikan, I think my debt to [illegible] will give to Natashka and money to my mom. I spoke to Mariana, Jura came, he doesn't talk to me. Andrey came in the evening, they were talking about him borrowing money, my Jura has money now. I don't know exactly what and how. He left and we're still not talking, I should be mad at him. We went to sleep, he is mad at me, asshole. P.S. We threw the Christmas tree away.

IFCD001549

Ex. 82 pg.212 of 436

[Text on margins: 01.16.01 Tuesday]

We got up in the morning, he still not talking to me. He left at 9 in the morning, I think to the old apartment, to Versailles, and somewhere else, I don't know, he didn't tell me. I fed Nastya at 9:30 and started to clean. <u>I received a package today from Victory Secret, a complete nonsense and I have to send back.</u> I vacuumed and started to do laundry of bedsheets. At dinner time at 14:00 I <u>fed Nastya a meat puree.</u>  Jura came at 17:00 and is not talking to me, he bought spotlights and a pot for flower. Then he left at 18 again, I don't know where. I am cleaning all day, I am very tired. They came at 20:00, both Juras, mine is not eating, the other one ate, and Jura gathered food for Robka and took it to him in the evening. The other Jura left at 22:00, I went to shower and I have to go to sleep. Jura is sitting and watching TV. We laid down and now I started the conversation with him, I want to sort it out. As a result, it turns out I have changed, became very untidy, not like I was before, I am doing nothing around the house, not calling him, not cooking for him. We talked and talked and made up again. Something like love at night and we went to sleep.

IFCD001550

[Text on margins: 01.17.01 Wednesday]

We got up at 7 in the morning, I fed the baby at 8, we are gathering, I am making him breakfast and by 9 we first went to the office, then to DMV to take the driving exam, but unfortunately I didn't pass, I missed the yellow light.  So now another time, I made an appointment for February 9th.

[Text on margins: 136 pounds]

Jura of course yelled at me, that I am so dumb and so on, like always, of course I am upset, but what can I do. I paid $65 to the instructor for nothing, very upsetting. We went home, he was whining that you cannot give a car to me, Jura called me, and he said we can go to the other DMV on 7 in Valley. We went by the home, then to the car shop, he moved to Jura's SUV and went to his work. And at 12, or right away I went to the airport to meet E.A. Kedya. I came and was looking for her for a long time, waiting, without result, and left at 15:30 back home. I went by the old apartment, then to Alyona's store, I picked up Jurka's jacket for $25 and some for myself, I took the wallet, 2 belts, razor, blanket for $140, I will take it to her tomorrow. That's it, we went home, I came at 18:00, Jura is at home, not in a mood. Kedya called right away, we agreed that I would go to her hotel.

IFCD001551

Ex. 82 pg.214 of 436

I quickly prepared dinner. We went to Jura and we ate ourselves and at 20:00 we went to the hotel by the airport to see Kedya, we waited for her a little bit there. She hasn't changed, she is the same, mom sent me books, certificate and a dress for Nastya. And she brought a bottle of vodka and candy, we talked quickly and we went back home. At home we put the baby to bed and watched a movie, love and to sleep at 24:00.

[Text on margins: 01.18.01 Thursday]

We got up at 8, I fed Nastya, Jura went to the office at 9. I fed Nastya at 12 and at 13 we left, I went by the old apartment, fed the fish and <u>we went to the doctor for vaccines at 14:15</u>. She weighs 17.4 pounds, 27 is height. Basically, everything is ok, Medi-Cal is working for her. Then I went by Alyona's store, I wanted to give her $140, but as a result I ended up owing her more, they just got new stuff in and I took few things for me, I called Jurka, he came by, took an Armani suit for himself, he went to Slava, and I stayed with her a little longer and at 18:30 I went to Longs [illegible], I bought few things for myself, I went by the house and took the package and went to Target to return things and bought few thing for a baby and for me and went home at 22:00, Jura is not happy at home, that I wasn't home and that I came so late. I fed Nastya at 16, 20 and to sleep

[Text on margins: to vaccines]

IFCD001552

We forgot when was the last time we bathed. We were at home in the evening, I was cooking him dinner. Then we made love and went to sleep at 24. P.S. <u>I also called mom, told her that I received a package and I called aunt Olya and said Happy Birthday to her and Romka</u>. Jura said that in our old apartment something is written on a mirror, by guests, and he got jealous of me.

[Text on margins: 01.19.01 Friday. Today is the baptism]

We got up at 8 and I fed Nastya, Jura went to the office at 9. I am still at home, today he asked me for the first time what I am going to do. I washed bedsheets, I was busy, I fed Nastya at 12. At 15:00 I left, first to the bank, I took the last money, then I went to Jura's office, I fed Nastya at 16:00 and then I went to Alyona, gave her $1690 for things, I bought myself a dress, a jacket, a coat – leather, Jurka bought himself a suit + I paid her my debt. After that I went to the mall, I exchanged perfume and I bought another one, "Allure", <u>then I went to Babies R Us and bought Nastya a playpen with last money</u>, the cheapest one for $100.00. I called Jura, he is mad, he is at home, there is nothing to eat, I went by and bought bread and vegetables for a diet soup and went home. I came at 20:00, Robka is here, Leshka, Jurka is making dinner, <u>it turs out today was a baptism, he was at Slava's and at the church</u>.

IFCD001553

Ex. 82 pg.216 of 436

And now Slava and his wife will come to visit us. I fed Nastya at 20:30 and barely put her to sleep. They came and we sat, ate, the men drank vodka. Everyone left at 23:30, I cleaned the table, went to shower, love and went to sleep at one at night.

[Text on margins 01.20.01 Saturday]

I woke up at 7 and fed Nastya and back to sleep. Jura got up at 9, ate and left at 10 to the office. I washed the remaining clothes at home. I called everyone, nothing new. At 16:00 me and Jura agreed to meet with the seamstress to cut off our jackets. I left at 16:00, I bought Jura the syringe and the dropper and went to his office. We went to Mishka from there and to the old apartment. We didn't have enough time to go to Luda the seamstress. I also called Luba in the afternoon, we agreed on a manicure and a haircut for 02.28. I fed the fish there, I picked up the mail and we went back, first to Slava, we met with Jura there, then to the office, he got in his car and went home. I made dinner for them. I am on a first day of a soup diet. Then we watched a movie. Nastya couldn't sleep for a long time. Jura left at 22:00, Nastya is sleeping and I am very tired, I want to sleep. First love and then sleep. Nastya woke up at night at 24:30, at 2.

IFCD001554

I am also not feeling well. I took pills and went to sleep.

[Text on margins: 01.21.01 Sunday]

Nastya woke up at 7 in the morning, she wanted to eat. I fell ill, I don't feel well, I am taking the pills and a special tea from cold. Love in the morning. Jura had breakfast and he was doing small things around the house. I called the seamstress, she might come in the evening. Jura left at 14:30 to the office, he will go to Jura in the evening, and somewhere else, I don't know, by the way, today he had a dream again, that I am cheating. I am in bed at home, copying the tapes. I'm taking pills, healing. I fed Nastya at 12, 16, she is not eating well for some reason. I recorded the cartoons. At 19:00 I bathed Nastya, I fed her and back to sleep. She has a fever of 37.7 today and a white coating on her to tongue, it might be a thrush. Jura called at 19 and asked what to buy, he went to eat with Jura. I went to bed at 21:00 to sleep, he came at 22:00, he was doing something, I was already sleeping and didn't hear when he came.

[Text on margins: 01.22.01 Monday]

We got up at 9, Jura gathered and went to the office and somewhere else for his work at 10. I fed Nastya, she fell asleep again at 11, I don't feel well.

IFCD001555

Ex. 82 pg.218 of 436

I called Tema and reminded about the $200, Skirma is home, she has all the information to call to Victoria, Newport News, Fingerhut and also to Union 76. I have to lie down, but I have many things to do around the house. I was recording the videos, Juras came to dinner at 14:00, he turned it on for me, but the other video player is not working. They stayed a little, Jura bought skis for himself, and a ski suit, boots, jacket, and everything that he need, <u>again just for himself</u>! How selfish. He left and I was laying, recording and feeling sick. The other Jura called in the morning to find out how I am feeling, and mine doesn't even care, he bought pills because of Jura, he wouldn't buy himself, I was supposed to go and buy it myself while being sick. He came at 20:30 in the evening, I was just feeding Nastya, he wasn't hungry, he says he had Chinese with Jura. We watched a movie in the evening and at 24:00 we went to sleep. Nastya woke up twice at night. I am mad, that Jura know I am sick, he hears, that Nastya is crying, but he wouldn't come to calm her down, asshole, he expects me to get up, I hate him so much for that, there is no way I'm having another baby with him, he can forget it, with no help from him at all.

[Text on margins: 01.23.01 Tuesday]

Nastya woke up again at 9 in the morning, not him, but a sick me is getting up, it is too hard for him to feed her, asshole.

IFCD001556

Ex. 82 pg.219 of 436

I had a tea with honey, now I have a sore throat and I am coughing. Jura got ready in a hurry and at 10 he left to Jura on some urgent matter, he is not telling me anything. I started to clean the apartment, I am sick, but they don't care about it. I did laundry. They came at 11:30 with a man, he changed the DVD and connected something again. They left at 12:30, I fed Nastya and put her to sleep. I ended cleaning and washing and I called Skirma, she still hasn't found out yet, I called Alyona, the seamstress, no luck. I will do to W. Hollywood in dinnertime to the old apartment to run arrands and I will pick up the tapes, go to the seamstress. Jura came by at 14:00 and changed, went back to the office. Alyona called, a seamstress will come to her at 19:00. I gathered and at 16:00 I went out, first dry cleaners, then at 16:00 to W.H. post office, but it was closed, went by to pick up tapes for $26 and to the old apartment, I fed fish and back to Alyona, Jura was already there, then home. By 20:00 Jura and Vova came, I made then dinner, I fed Nastya. They left at 21:30, they said to Slava for a computer. I put Nastya to sleep, I cleaned, took shower and watched a tape, the girls only recorded 20 minutes for me. Jura came at 23:00, I was just watching, then I went to bed, and he was still dealing with TV. He came, we made love and to sleep.

IFCD001557

Ex. 82 pg.220 of 436

[Text on margins: 01.24.01 Wednesday]

I woke up at 8, fed Nastya, gathered and went to the store VONS for $45 worth of food. Then I called Marianna, Mashka called. Jura went to the office at 11. I called Skirma, it's quiet so far. I called Fingerhut they will send the sneakers later. I called Shikan, !!! then to mom, they gave money to Natashka!  Now I will pay the bills and will go to W.H. At 12, 16 I fed Nastya, gathered and we went to Saks Fifth Avenue store on Wilsher in Beverly district, I came late, I didn't have time to buy anything, and the prices were o-la-la. Then I went to the next store and at 19:00 I went back, I paid for parking $7, went to Video, I wanted to sort out the recordings, but unfortunately, it's only with the manager. I fed Nastya in a car and we went home. I came at 20:20, I just met Luba, she gave me a salad platter, I picked up Jura and they went to have dinner, and we were at home, it turns out they are going skiing anyways tomorrow, they could care less about me. I am feeling bad, I got up early. Then I fed Nastya and at 22:00 I put her to sleep. Jura went at 21:30 for a computer and to whoever he needs to take it to. I went to sleep, took a bunch of pills. He came at 23:00, he bought himself clothes again, but for me he has no money.

IFCD001558

Ex. 82 pg.221 of 436

I am so mad at him for this, asshole, he only thinks about himself. We went to bed at 24:30. P.S. I called to school, I promised to come tomorrow, but unfortunately, I am feeling sick.

[Text on margins: 01.25.01 Thursday]

I woke up at 7, <u>he is going skiing</u>, I was sweating all night, where should I go, and also, I have nothing to wear. Basically he is getting ready and he could care less about me, and he went to Jura's at 8. I am home all day, laying being sick. I called Mariana, Mashka, Skirma, we chatted. <u>Then I congratulated Shikan</u>. Nikisheva had a baby girl, also named Nastya. I called Skirma, it turns out Robert also went, good for them, they are having fun, assholes, we'll see when Jura gets sick, I will also go somewhere for vacation. We'll see how he feels about that. Or maybe he doesn't care about that as well. <u>I called mom</u>, <u>Newports denied me in credit, what a bummer.</u> I fed Nastya at 9:30, then at 13:30 and now at 18:00 I will be feeding her. Jura is still not here, he is good… At 19:00 he came, he says nothing about his trip, he is not talking to me. Then at 19:30 he gathered and left to have dinner with Jura at a restaurant. Damn, this upset me most of all. You have to be such an asshole, he was away all day, skiing, and in the evening, he left without me, left me alone, sick. It would be better if he spent this evening with Nastya.

IFCD001559

But no, he could care less about her or me. God, how I hate him, no empathy, no feelings towards us. I will <u>remember this</u>! I called Mariana, working with her. He came at 22 and to bed right away, I washed the dishes and also went to bed. We went to sleep without talking.

[Text on margins: 01.26.01 Friday]

I woke up at 8 and fed Nastya, Jura got up at 9 and at 10 he went to the office. I am home all day, I am sick, today it is raining hard. I watched movies. I called Mariana, she found out about Elton John, I called Jura, he is not going to see this faggot, so what, I will go without him. The other Jura called, he wants to go to the concert, OK, let him buy tickets. He came after at 18, brought pills, and vinegar, he sat a little bit longer and left. I did nothing much, I was just lying down. I fed Nastya at 11, 15, and at 18, I put her to sleep at 21. Jura came at 22, I made him dinner, they were connecting a phone today, love, first time there and to sleep, I took pills, I did the vinegar socks, but I took them later, nothing good. Nastya wanted to eat at one, I fed her and at 1:30 we went to sleep.

[Text on margins: 133, last day of a diet, I lost few pounds this time!]

IFCD001560

[Text on margins: 01.27.01 Saturday]

I got up at 8:30, first I fed Nastya, she went back to sleep again. I paid the bills, Jura left the office at 10:00, he has to take our stuff from the seamstress from Alyona. I called Skirma, Alyona, Lena, I refused her services, Vika will watch Nastya tomorrow, she will drive the car herself, it is better for me. That's it, I am home all day, I am lying, watching TV, Jura is in the office, I don't remember anything else. He took stuff, I don't like the black suit any more, I will sell it. A package from Newport news came. Only a coat is ok, the rest is not. Olya and Kristina came, they set with me, I gave her "R", they let me sleep for an hour. They left at 19:00, Jurka came at 20:30.

[Text on margins: 01.28.01 Sunday]

We got up early, I fed Nastya at 9, Jura gathered and went to the office. I am gathering too and at 11:30 I went with Nastya to Bloomingdales with Mariana, we met to buy clothes, shoes. I spent $679, she left, I bought tights at Ross, I took money out, $160 and then to Luba by 16:30 for a haircut, she cut a little, everything was together with the hair styling and makeup $50+manicure, pedicure $32.00.

IFCD001561

Ex. 82 pg.224 of 436

Jura came there, the other one, and then he went to our house. I called Jura and he was home at 18:00. I came at 19:00. And we are gathering, dressing for Alyona's birthday. A nanny came, we went on our car, I was driving, two Juras and Robert. We went in and bought flowers and gave $200. Their guests were already sitting down. The restaurant was empty. We sat, we drank, we ate. I was drinking vodka, then I was dancing, I was drunk. We met Tanya there, Jura's black client's girlfriend (which took Jura's aquarium without paying), took a number, I met a girl Sveta, Sasha. That's it, we went home at 24:30. I paid my nanny $35, I am drunk, I am sick, we went to sleep at one 30 in the morning.

[Text on margins: 01.29.01 Monday]

We got up at 8:30, ~~I fed Nastya~~ Leshka came, Jurka made fried eggs and I am feeling sick, I threw up, I drank tea and I am a little better. I fed Nastya at 9:30. They left at 10 to a wholesale. I went to sleep. I got up. I got up at 12:30, I called school, told them I will be there tomorrow. I cleaned up a little. Jura came at 14, I made dinner and we were at home, I fed Nastya at 14, 18. Nothing much, we lied down. Then I gathered and at 19:00 I went to Alyona, I met with Luda,

IFCD001562

Ex. 82 pg.225 of 436

I gave her few things to alter and I left her a suit to sell back. I went home Jura is not home, he went to Slava for DVD and to the office. I washed the bedsheets, I went to buy food, I made soup. Jurka came at 22:30. Nastya is already sleeping. We ate. Love all day and in the evening. I've been eating all day, a nightmare, I put on 6 pounds. We went to sleep at 2 in the morning.

[Text on margins: 138]

[Text on margins: 01.30.01 Tuesday]

We got up at 8:30, Leshka came and then they went for work at 9:30. I fed Nastya and also going to run some arrands and I have to go to school. I called Skirma and Alyona, nothing new so far, I have to go to a bank to find out about the withdrawal of $400. I left at 11:30 first to the bank, I can't wait there, I met a man, Dima, a massage therapist, he offered a job, a Swedish massage, no, no, thank you. Then I left, found out about tickets, a bummer, all tickets to a concert already sold out. Then I am going to find out about the video recording, they need an original tape, ok, I will bring them tomorrow. I went to the post office, I took an application about change of address and went to a children's doctor Marina Burstein at 14:30. Nastya got sick, she has a thrush on her tongue and a butt, runny nose, ear is not good, head is flaky.

IFCD001563

She prescribed <u>antibiotics for 10 days</u>, I bought them right here, MediCal covered it all and I went to school, before I went by and bought milk at JONS and to school #16:00. I fed Nastya at 12:30, at 16:30. <u>They gave us lots of homework at school</u>, they are practicing on a computer. Then to the old apartment, I picked up few thigs from there, Ainar came by and took the baby's bassinet. I fed the fish and at 18:40 I went to Valley, to Victory, to return DVD, I called Jura, he is working all day. I returned DVD and went back home at 20:20, Jura was already at home. I gave Nastya bunch of pills, fed her and put her to sleep at 21:00. We ate dinner, watched TV and at 23 we went to sleep. But we couldn't, he started to argue if I love him or not, and to talk about our relationships, that I am unfair about the skis, and in general, also on Thursday we are going with Jura and his girlfriend Marianna (she flew in today from London) skiing. I called Marianna's mom, we agreed on $5 an hour. Basically, we agreed that I am jealous of him, and so on. Then love, and at 2 in the morning we went to sleep. I also told him about the baby, but he is right about everything.

IFCD001564

Ex. 82 pg.227 of 436

[Text on margins: 01.31.01 Wednesday]

I woke up at 7:30, I fed Nastya and back to sleep. Jura got up and left at 10 to the office and to run errands, he took my car. I am home all day, Nastya is sick, I gave her pills. I got a package form Victory, everything is garbage, I will be returning.

[Text on margins: first day of Nastya's antibiotics]

I ate and didn't do much at home. At 11:30, 15:30, 19:30 I fed Nastya. Veronica called, Alyona, Mariana, Skirma, nothing much. Jura is in the office and they are driving around with Leshka. The other Jura called, he offered dinner at Hibachi in the evening, I am going to gather now. Jura came at 19, we are gathering and together we are going at 20:00 to have dinner at Hibachi. I met Jura's girlfriend there, Marina. We sat, we ate and at 22:00 we went back home. We put Nastya to sleep, and we watched TV, I gathered my stuff for tomorrow, love and at 24:00 I went to sleep.

[Text on margins: 02.01.01 Thursday]

I woke up at 5:30, I gathered and at 6:30 I left, or I mean I took Nastya to Mariana's mom. I gave her full instructions and at 7:30 I went back.

IFCD001565

Ex. 82 pg.228 of 436

I came at 8:00, Jura and Mariana were already there, Volodya and <u>at 8:30 we went to mountains, I mean for skiing</u>. Me and Mariana were trying for the first time, they taught us, gosh, how it is painful and difficult.  I only found out at the end. I went back at 16:30, I went to sleep on the way, I was tired. We went by home, we ate soup and picked up the baby, I paid $60 for 12 hours, everything is good, Nastya seems to be ok. Then I went by and dropped off video tapes to fix. I went to Mariana, Jura was already there. We stayed there, ate dinner and at 22 we went home. I sorted out my clothes at home, I put Nastya to sleep. God, how tired I am, my face burnt, everything hurts. We bathed, TV and at 24 to sleep.

[Text on margins: 02 [illegible] 01]

I woke up at 7:30, I fed Nastya and back to sleep, Jura got up and at 9:30 drove my car to the office, for chores, what and where I don't know. I slept till 11:00, <u>a call woke me, Redvanovsky called, we talked about nothing</u>. That's it, we got up, I called Jura, he is still driving, busy, by the way the things I wanted to do, it's not going to work out. I called Skirma, the other Jura should come. I am at home, my arms and legs hurt, butt, basically I am broken and my lips and face hurt, burning.

IFCD001566

Ex. 82 pg.229 of 436

I fed Nastya at 11:30, 15:30, 20:00. I was at home, I washed baby's clothes. My Jura called, he said he will go to the "Versailles" in the evening for dinner. I called the nanny, the other Lena, and she will come at 19:00. Jura and Mariana came at 16:00 and they sat, they ate a little and they stayed with us till the evening. What is not making me happy is the fact that I cannot do my chores. My Jura came at 18 and we are getting ready, Lena came and at 19:50 we drove to "Versailles". Roma was there, he is not talking. We sat and ate, danced, there are few people, Serega was there. We drank wine with Julia, Dima's wife, the restaurant hostess. And at 24:00 we went home. I paid Lena $23, I still owe her $5, Jura took her home, I waited for him, made him fried eggs and we talked again. ! It turns out Roma already told everything about me, the baby and Jura to his mom, and she told everything to Jura's wife, and it happened at Andrey's birthday, such an asshole, this Roma. But frankly I was expecting this from him, and my Jura told me about it only today, he told his wife the truth. Basically, we talked about it and went to sleep at 2:30 in the morning.

P.S. I went to pick up the video tapes, it turns out there is a recording there.

IFCD001567

Ex. 82 pg.230 of 436

[Text on margins: 02.03.01 Saturday]

I woke up at 8:30, I fed Nastya and I turned on the side, but not for long. Jura woke up, we made love, then I called Mariana to meet with her earlier, because at 11:00 we have to go to the ocean to Robert for breakfast. But unfortunately, first I have to go to the store. I left the baby with Jura and at 10:20 I went to the store, I met with Mariana, we picked up things, we bought few shoes, everything quickly and at 12 I came home, Jura is mad, everything is my fault. I gathered quickly and we left at 12:30, on the way I fed Nastya. Today it is the first day after winter, very hot. We got to the ocean, swam, took pictures, walked and went back home at 15:30, we got there at 16:00, love. Then I fed Nastya at 17:30 and we went, me and Nastya met Mariana at the store again to get sales for things that I bought, Jura went to the office.

[Text on margins: 135. I started taking the 3rd part of diet pills]

As a result I forgot the receipt and then I had to go back alone and I had trouble getting it, I came home at 20:00, at 20:30 I fed Nastya and put her to sleep. I made dinner, Jurka came at 20:30, we ate, TV, love and went to sleep at 24. I did a little bit of laundry.

IFCD001568

[Text on margins: 02.04.01 Sunday]

I woke up at 8:30, I fed Nastya and got up. I made blinis, we had breakfast and Jura went to the office at 10:30. I got ready and at 11:15 I went to Mariana's, I picked her up from her mom and we went to Beverly Center store. Then we looked around, I bought a blouse, bought a skirt. Then we ate and at 15 we went back, I dropped Mariana, I went to the old apartment, it turns out people are feeding fish there. And that's it, I dropped Andrey to [illegible] Marianna's and then went home. I came at 16:20, there was a message from Jura, I am calling and a very bad news, his mother died, my God, it is very unpleasant, to say the least, I feel sorry for him. Of course he is not in the mood and he started arguing with me, that I wasn't at home, and he got back in 15 minutes in the morning and he needed me. This is the deal. This is a tragedy. He was working, he came at 19. I fed Nastya at 16:30 and at 12:30 to the store. We were at home, I was washing again. I called mom to find out how she is doing, everything is ok. I called Mariana, Skirma, I told them about Jura's mom, it's too bad Jura didn't have time to call. She had a birthday in 2 days, too bad. He will send money tomorrow, he can't go, I called Olya-S, we chatted. Jura came, we ate dinner, he said a toast on her name, Nastya has been sleeping since 19, she fell today from my knees, right on her nose, but everything seems to be fine.

IFCD001569

Ex. 82 pg.232 of 436

We stayed in bed, TV, love and at 24:00 we went to sleep.

P.S. I didn't say happy birthday to Luba, tomorrow, and I didn't find the video recordings with his mom, strange, they should be somewhere.

[Text on margins: 02.05.01 Monday]

I woke up at 8:30, I fed Nastya, then we had a quick BJ, we got up, breakfast. He left, took money and send home $1500 for mother's funeral. He came, drank coffee and left at 11 to the office and for work. I was washing bedsheets from morning till 12. At 12:30 I fed Nastya and put her to sleep. I am starting to do my chores. Mariana called, we found out with her about Medi-Cal program, I chose Blue Cross and sent papers. And I sent statement with new address to Bloomingdale. Then we gathered and at 15:00 I left, I changed the oil in a car and they checked it, there are lots of things that need to be fixed, it cost $25. I bought a flower in a pot for $30 and we went to Luba the hairdresser. It turns out I caught her by accident, they don't work on Mondays; I gave her flowers and we carried on, I took clothes to the dry cleaners, I went to Jura's office, from there I took R, the things are moving there. I fed Nastya at 17:00 and I went to the old apartment. First I bought food, then to [illegible] I bought fish, then to JONS for WIC and there few things and spent $60 as a result.

IFCD001570

Ex. 82 pg.233 of 436

I went by the old apartment, talked and at 20:00 I went home. At 21 I fed Nastya and put her to sleep, I ate and I was at home. I called Jura, he is not working, he came at 24:30. I called my sister Anka, we talked about life. I fed Jura, took shower and to sleep. Love and sleep.

[Text on margins: 02.06.01 Tuesday]

I got up at 8:30, I fed, we had breakfast. Jura went to the office at 10 and for errands. I called Mariana, I sent photos to her album. Then we gathered and went to the bank, to find out about $400, they will find out who withdrew it in a week. The car didn't start, I went home carrying Nastya, I took the stroller, I called Jura, he explained what and how, everything is ok as a result. I went to stores, Russian ones, then to VONS for food, I walked Nastya. I fed her at 12:30, 16:30, I came home at 17:00 and I am starting to get ready for dinner. People will come to us, they will remember Jura's mom, the funeral is today, on her birthday. At 20:00 they started gathering, Jura with Marina, Mariana with Andrey, the girls helped me a lot. Boys also were cleaning the table.

IFCD001571

Ex. 82 pg.234 of 436

Then Leshka, Skirma with ! Robert and children, and also Robka showed up. He found out from Dima "Vers" and came to pay respect.

We sat, we remembered, we talked and ate, and later there was something funny as well, basically life goes on. Roma sat for a little bit Leshka and Jura with Marina stayed the longest, by the way she was helping me clean the table. Then at night at 2 I went to buy drops from a toothache for Jura, he is feeling a little better and at 3 we went to bed, also we had a quick BJ. I also called mom.

[Text on margins: 02.07.01 Wednesday]

I woke up at 10, Jura left to wholesale. I fed Nastya and I started to call dentists to find out prices for tooth extraction. The other Jura called, Marina is flying today back home to London. Mariana called, I am gathering and going now at 14:00 to walk and to the children's store, I will look for clothes for Nastya, Jura will come soon for dinner and then to the dentist to remove the tooth. I went to the children's store at 15:00, I bought two dress-shirts for a crazy amount of money and socks for $45.00, a nightmare, and went home. Today it is cool and it was raining in the afternoon.

IFCD001572

Jura came at 18:00, today he went by himself and had the tooth removed for $30. Dima from "Versailles" advised him a doctor. I fed her at 19:00 and then he went to sleep, I ironed few things. At 21:00 Jura came, gave few pictures form nature [illegible], he stayed, he ate and he went home. We watched TV, I fed Nastya at 14, 18, 21 and put her to sleep at 22:30. We went to bed, at 23:30 love and sleep. Jura kept his tooth as a memory.

[Text on margins: 02.08.01 Thursday]

I woke up at 10, Jura already got up and is getting ready to leave. We exchanged cars today, I was on SUV, I have to get used to it, because tomorrow I am going for a driving test. He left, I fed Nastya at 10:30, I ate myself, I called Mashka, Skirma, Mariana. We gathered and left at 12:20 first to Mashka to pick up the video camera to record, then to Skirma to the ocean. I fed Nastya there at [illegible] then we [illegible] DVD [illegible]. A microphone, then [illegible] Fingerhut, Victory Secret and Newport News, that's it finally, Jura called, he is working at an office. I fed Nastya at 18 and went home, [illegible] traffic, I didn't go anywhere else, I was at home at 20,

IFCD001573

Ex. 82 pg.236 of 436

Jura called [illegible] not long in the office, then he will go to have dinner with Jura. I ate, washed up. I fed Nastya at 21 and put her to sleep. I myself did few things. Jura came at 22:50, now I will be going to bed. A quick BJ in the evening and we went to sleep.

[Text on margins: Mashka started.  139 a nightmare]

[Text on margins: 02.09.01 Friday. I passed the exam]

I got up at 9, I fed Nastya, Jura had coffee and wanted to go to the office, but Jura called and he was sitting and waiting for him. I made breakfast, potato pancakes. He left at 11:30, we ate and at 12:00 we went together for my driving exam. Jura and Nastya went by a van, I went with the other Jura on SUV around the streets, we were driving and talking who is cheating on whom, basically about life, and about me, that I need to lose weight, or I am very fat and ugly, that's it. We got there at 13, registered, Jura told her that I already rode, there was another woman. I was so worried, she took me on a usual route. That's it, hooray, I passed the exam, now I have to wait 6-9 months, it all goes through [illegible], God, I am so afraid, help and protect me. After we exchanged the cars, Jura went to the office. Me and the other Jura went to our home. He finished the breakfast and went for movie tickets.

IFCD001574

Ex. 82 pg.237 of 436

I was at home, on the way home I fed Nastya at 14. Then at 15 I went to pick up the dry cleaning and went to Marshalls. I bought shoes and baby clothes [illegible] dress, a bag for $105. That's it, and back home. I fed Nastya at 18, then I started to make dinner, the other Jura came at [illegible]. He was sitting and watching a movie, my Jura came at 20, we ate and he left at 20:30 to a movie theater to stand in line.

[Text on margins: Nastya finished taking antibiotics.  First time with Jura]

Vika the nanny came at 21:00, I put Nastya to sleep and gave her a little bit of food. We left, it's cold all day and cloudy, it rained in the evening. In the afternoon I went on a freeway and in the evening to the movie theater.  The movie [illegible] was ok, nothing great. We came home at one in the morning, I gave her $20, went to bed, a quick BJ at one in the morning to sleep. P.S. The thrush in Nastya's mouth didn't go away.

[Text on margins: [illegible] 10.01 Saturday]

I woke up at 8:30, sorted the baby clothes, Nastya was sleeping on her belly for the first time with her mouth open, daddy is still sleeping. I fed her at 9:00 and I gathered to go to the store. Jura got up at 10, we had breakfast and left together. Jura went to the office, I went to the [illegible] and Bloomingdales at 10:35. We met with Mariana. I returned [illegible] $98.00, [illegible] I bought a powder,

IFCD001575

Ex. 82 pg.238 of 436

foundation, eyeshadows, blush, mascara, pencil, cream from Chanel, Este Louder and a Japanese company, I don't remember, for $280.00. We ate with her. I fed Nastya at 13, 17, she was very tired. We went home at 17:00, I went to the old apartment, I bought fish food, picked up mail, fed the baby and went home. I called Jura, he is at the office, the other Jura and Leshka are also there. I was at home at 18:30 and Jura came back quickly with everybody. I cooked dinner for them fast. Olya came in the evening, we chatted with her. I fed Nastya at 21 and put her to sleep. Olya-Lesha left, Olya came to pick up Olya. We are at home, I cleaned the table and in the evening I watched a movie. We went to sleep at 1:30.

[Text on margins: 02.11.01 Sunday.    Nastya is 7 month old]

I woke up at 9 and fed Nastya, went back to sleep till 11:00 until a phone woke me up. Then I got up, had breakfast and Jura is leaving with Jura and Leshka at 12 to shoot, they have a day off today. I am home all day, I am sorting my purchases and doing nothing. I fed Nastya at 12:30, 16:20, she is rolling and turning all the way now, around her axis. Mariana called, she said I received a gift for buying a blush, so we are doing this tomorrow. I called Jura at 17, he is at the ocean with Robert, he said he will be home soon.

IFCD001576

Ex. 82 pg.239 of 436

I am home now [illegible], I am lazy, maybe I go do the baby's laundry. I started doing the laundry and I vacuumed in the baby's room and a bedroom. Jura came at 20:00, he is not hungry. We went to sleep at 1:30.

[Text on margins: 02.12.01 Monday   Raining all day]

I woke up at 9 from a call, gave Nastya food, Jura got ready and at 9:30 he went to a wholesale and to run some errands, he gave me $100, because I have no money on my account. I fed Nastya at 10, then I put her to sleep. I vacuumed in the living room, I called Mariana. At 12:30 I fed Nastya, we gathered and at 13:00 we left, I returned the blush, but I didn't buy a new one at Macy's, because they don't have that color, too bad! Then I left, returned the play pen and bought another one, bought [illegible]. I fed Nastya at 16:30 and I went home, I took money and went to Ross. I bought Nastya a denim sundress and overalls, then to VONS to buy food for $45 and came home at 18:30, I made soup, chatted with Larisa. [illegible] with Mariana, Veronika, I fed Nastya at 21 and put her to sleep. I called Jura in the afternoon, he is working, he went to Slava in the evening, he bought [illegible] for DVD from him [illegible]

IFCD001577

Ex. 82 pg.240 of 436

He came at 22:30, ate and was dealing with equipment. I want to sleep so much. I was lying and reading, it is 23:50 now. Then TV and at one in the morning we went to sleep, a quick BJ.

[Text on margins: 02.12.01 Tuesday]

We woke up at 9:30, at 10 I fed Nastya, Jura went to the office, with Jura somewhere for work. I am gathering and at 12 I took a freeway on Sapoda Park to the store to find a present for Jurka for lovers' day. I looked a lot, I was at a mall, I finally bought him a denim jacket for $40, then for myself I bought a jacket from Cashe on sale for $60, I have to show it to Mariana, then the remaining half a day I was looking for a box to put the present in.

[Text on margins: Mashka is finished]

I went by Jura's office, he wasn't there, it was around 17. Or 18, he left somewhere with Jura, Leshka gave me $10 and I went to Alyona, she wasn't there, Ainar gave me clothes from seamstress, I bought a balloon there and I continued to look where I could buy a present box, it's a nightmare, when you need something, there's nothing anywhere. At the end I bought a bag and a wrapping paper and went home at 20:00, I called Jura, he will be a little later. I wrapped the gift quickly, hid it and now I am with Nastya. ! I fed her today at 13, 17, 21; I bathed her finally and I put her to sleep.

IFCD001578

Ex. 82 pg.241 of 436

Jura came at 22, he says nothing much, his business doesn't concert me. We watched a movie and then made love and at one 30 we went to bed.

[Text on margins: 02.14.01 Wednesday [illegible]]

<u>Today is the lovers' day [illegible] Valentine's day.</u>  At 8 in the morning I put a present in front of his nose, he didn't have reaction, he forgot about this holiday. I woke up at 9:30 in the morning, he looked at the present, didn't show his emotions, I was expecting more, I spent so much time on this. Then Mariana called and offered to go together to a restaurant to celebrate, I told Jura and he agreed. Then he gathered and left to the office, his shirt is too big, I will exchange it quickly. I fed Nastya at 10, she left a little longer, I made a hair appointment. I am getting fat, I can't fit in a red skirt. I gathered at 15:00 and left, I changed the shirt to Medium and went to Luba to do my hair by 17:00, I fed Nastya there, while I was waiting, I got a manicure $12 +3 tips and had my hair done for $40+8 tips. I am late, Luba was distracted, but the hair looks great, I like it.

IFCD001579

Ex. 82 pg.242 of 436

I came home at 19:20, Jura was already at home, he gave me potted roses. I am getting ready in a rush. Nastya is sleeping and at 19:40 we are leaving, first we took Nastya to Mariana's mom, and then to "Versailles", we were the first ones. Jura seems to make up with Roma. Then Mariana and Andrey came, then Jura with Olya, and later Skirma with Robert. Then Juras disappeared with Robert, they have their own business. Roma came to us, everything is different now. We sat, ate. Mariana and Andrey left first. Jura made up, now you won't keep him from a restaurant, he ate so much, I barely took him away at one in the morning. He was mad at me, he kept his hurt feeling, because I refused to dance with him, but when my favorite song started to play, he didn't want to, I took Robka and this upset him very much. Basically, he is not talking to me, also Robka is going to Lithuania tomorrow. We picked up Nastya at 1:30 and I am driving home. At home he, as usual, was acting up, I will be sleeping in a living room, watch TV, I talked him out again, - we went to sleep at 2 in the morning.

[Text on margins: 02.15.01 Thursday]

We woke up at 10:00, talking in the morning again, the conversation is not pleasant, that he is not dancing with me any longer.

IFCD001580

Ex. 82 pg.243 of 436

We made love. I ironed his denim shirt, Jura came by and they left. I chatted with Alyona. Jura came with Andrey at 14, they drank coffee, he left. I am gathering and me and Nastya went for a walk, we went to VONS to buy food, Jura is at home, watching TV. I came and all day and all evening we were watching Russian movies at home. <u>I also called a lawyer today for me, it's either getting married or financing. This is the deal. God, save and help me!</u> We made love before bed and nothing new. ! P.S. I called a pediatric doctor, Nastya still had a mouth thrush, on Monday we have an appointment.

[Text on margins: 02.16.01]

I fed Nastya in the morning at 10, Jura went to the office. I gathered, I washed the car, I sent candy for Alyona, then went to the old apartment, I bought myself a set of underwear and a bra for $151.00. I came home at 19:00, Jura just called, he is going home and is inviting to a restaurant. I fed Nastya at 19:30, he went to a shower, we gathered and at 20:00 went to pick up Jura and to the restaurant, we stayed, I thought they did me a favor, it turns out my Jura offered to go , but as usual we couldn't go without the other Jura, everywhere he is with us, it is too much sometimes.

IFCD001581

We sat till 23:00 and paid $120 and went home. We made love after, watched a movie and at 1:30 we went to sleep. P.S. Today Kedya arrived.


[Text on margins: 02.17.01 Saturday]

We woke up at 9:30, I fed Nastya at 10. Jura called Robka, Jurka and so on for business. I still don't know. Kedya called, she is here till 19:20 in the evening, we'll probably meet tomorrow, I have to prepare packages for her. Jura went to the office at 12, I put Nastya to sleep, after I went to the store for food. I made them dinner, cutlets, I fed Nastya at 14. Skirma called, we talked about nothing, I picked up one packet of photos. At 16:30 I drove on a freeway to Jura's office, we ate there, Leshka, me, Jura. The other Jura was there as well with Olya, they didn't eat. I fed Nastya and at 18 we went to Ralphs for products, I fixed the wheel, I had a bolt there for $10 and went home. We are at home in the evening, Juras and Leshka came at 20:00 and we watched TV all evening, I took Russian movies. Nastya couldn't sleep today till 24:00, Jura left at 24, and Leshka at 2 in the morning. We made love and at 4 we went to sleep. Nastya was waking up frequently and crying.

IFCD001582

Ex. 82 pg.245 of 436

[Text on margins: 02.18.01 Sunday]

I woke up at 10, I fed Nastya and put her to sleep again, I got up myself, small chores and I have to gather a package. Jura got up and we watched the tape in the morning, he called Jura and went to him at 13:00, and then I don't know where, he didn't tell me, it doesn't concern me, well OK, I will also be doing that and will not even ask him where he is going. It is 13:30 now, I fed Nastya and ahead is important things. I took pictures of the apartment, I got Nastya ready and we are going to Keda's hotel, she called me, at 17 we are there (Zhenya was also there) and we went to the store, but unfortunately it was too late, they are closed. And we went to our home at 19, she took pictures of my apartment, we looked at photos. I called Jura, he is with the other Jura and we are going to visit them. My Jura is already drunk and watching a movie. They went to the stores today, Jura bought DVD, home and where else I don't know. The other Jura made dinner, we ate and drank, took photos and at 22:20 I took them to the hotel, and Jura with Nastya went to home. I came at 23:20, he was watching TV, and I was gathering stuff for Natashka and mom, then I was sorting photos, I was dealing with it till 4 in the morning. A quick BJ for Jura and to sleep, I also called Mom.

IFCD001583

Video for her is still not ready, so as always everything is the last minute for me. I went to sleep at 4:30, I was tired like a dog. Nastya was waking up at night, crying.

[Text on margins: 02.19.01 Monday]

I woke up at 8:30 and I have to gather, I want to sleep so bad. I left at 10:30 with Nastya, by the way I fed her at 10, Jura was still at home, and then he went somewhere with the other Jura for business, I don't know. At 11:00 I picked up Kedya and Zhenya from the hotel and we went to "Beverly Center" store. Today it is cold and it is raining. I left them there, and I went to the policlinic to a children's doctor, Nastya still has a thrush in her mouth, they prescribed stronger pills, she weighs 17.3 pounds, everything is ok with ears. I went back to the store at 12:30 and we were there till 18:00, I only bough a powder for myself + I received a free gift. Kedya was buying stuff with my money, and there in Khabarovsk she will give cash to my mom $260. When we ate, we met Roma and the whole family Alyona Ainar. We walked around, I fed Nastya at 13:30 and 18, she is very tired and we went, I took them to a grocery Ralphs and I went to the old apartment, a computer is turned off there and I couldn't do anything, I am mad that I leave everything till the last minute, and as a result I didn't do papers for mom, I don't know if this works or not.

IFCD001584

That's it, then I took them at 20:00 to the hotel and she was gathering her suitcases, I stuffed everything for mom in there. <u>I stayed there till 21 in the evening, I saw them off and went home</u>. Nastya went to sleep quickly at home, she is very tired, poor girl. Jura came right after, I called him at 16:00 and he told me, that he is buying pills and going home, but as it turns out he went to Jura, he watched TV and slept a little. At home in the evening I unpacked, took shower and watched TV, made love after and we went to sleep at 1.

[Text on margins: 02.20.01 Tuesday]

I woke up at 10:30, I fed Nastya and put her to sleep again at 11:20, it is 14:00, she is still sleeping. I ate breakfast, I am watching movies, I have to take them back today. Mariana called, Ripa, yesterday also Mashka. Jura left at 12 with Jura somewhere for work, not a word to me, he says he is going to the office. That's it, I watched till the end, now I am getting ready and perhaps at 15 I will go to Skirma to the ocean, I will pick up the check for Jura and I will deposit it. I got ready, I fed Nastya at 14:30 and we went, first to VONS for pictures, I didn't pay, I just took it (a thief), then I returned video tapes and took new and I went to Skirma, I didn't take check to the bank, because I need his signature.

IFCD001585

Ex. 82 pg.248 of 436

I ate at her and I fed Nastya, I stayed with her, we chatted. I left from her at 19:00, I called Jura, he is already at home. I came at 20:00, I changed Nastya and put her to sleep, she didn't eat for the 4th time. We all ate and watched a movie. We made love during the break and went to sleep at 2 in the morning.

[Text on margins: 02.21.01 Thurs. Wednesday]

I woke up at 9:30, I fed Nastya and put her to sleep again. Jura left at 10:30 on my car to the shop to find out what's going on. At home I started to watch movies, the other Jura called and said I would better do something useful, it is none of his business. He was at our place yesterday and he says that it was dirty, so he told me, that I need to vacuum or study a language. He spoiled my mood, basically. Mariana called, I complained to her about him, we also found out about UCLA, they still send me a very expensive bill, that they will put me on record. In the evening I was talking with Jura, that my Medi-Cal doesn't cover Nastya's stay at the hospital (Mariana found this out) and that I need to pay for Nastya, but my Jura said forget it, we will not pay anything, but I am afraid, God help me and protect me. That's it, I started to do the cleaning, I vacuumed in the living room, cleaned up, I didn't have time to clean anywhere else, because Jura called and I have to make dinner, the other Jura is coming.

IFCD001586

Ex. 82 pg.249 of 436

I fed Nastya at 12:30, then at 18:00. And I started to cook, they came at 20 one after the other, I made chicken steaks and we ate. They were talking about their things, they are going on Wednesday to London, Paris and somewhere in Europe for the whole month, he tells me nothing, it's so upsetting, sad, frustrating and I am jealous of everything, that he is going everywhere, and I will be at home for another month, and maybe for more, I am very, very sad. Jura left at 22:30 and we continued to watch a movie. At 21:30 I bathed Nastya, I fed her and went to sleep. We made love and went to bed at 3 in the morning. Also I was told to lose weight urgently. P.S. I called Olya-S, they are coming to visit us tomorrow, I also talked with Masha, she needs a video tape.

[02.22.01 ~~Fri~~ Thursday]

We woke up at 10:30, Jura left at 11:00, he took my car to a shop, it is for about a week. I fed Nastya at 11:00 and we are going for a walk and to the grocery store for the evening. Jura came, he took the phone, he is picking on me about movies, that I am watching and I didn't buy him stamps, he can go to hell. First I went to the Russian store, then to RITE AID, I bought her a jumper, she will be jumping in it now and to Ralphs for food, back home.

IFCD001587

Ex. 82 pg.250 of 436

At 15:00 I fed Nastya, I unpacked and I started to cook. Jura came at 16:00 and then he went and took the video cassettes and took the new ones. He came and he was already at home. Guests were late for the whole hour, they came at 19:30, they brought a jumping car, we took pictures, chatted. Jura with Serioga, and me with Olya and our friends were walking, being crazy. They left at 22:00, and we started watching movies, we made love and at 2 we went to sleep.

[Text on margins: 02.23.01]

We got up at 10:00, I fed Nastya at 11:00, Jura got ready and at 11:00 he went to the office and to Jura and I don't know where else. I am home all day, nothing special. I called mom, she received everything except for the photo, that asshole Kedya left it at the center. Then I called Raasipnova Natashka, she also received everything, we chatted with her, Kedya is terribly jealous of me, but her talks are just talks, God save and protect me from her evil eye. Then I chatted with Mariana, Ripa called, Alyona, about nothing, my jacket is not selling, too bad, I don't like it any longer, it costs lots of money, who should I stick it to. I washed few baby things, I received a shirt from Victory Secrets and check for $180. I fed Nastya today at 15; [illegible] fed her. She didn't eat the fourth time, she fell asleep. I ordered Leshka to buy diapers. I called Jura in the afternoon, he is all busy.

IFCD001588

Ex. 82 pg.251 of 436

I made dinner in the evening, I am sitting and waiting for him, I am not eating, he came at 21:30 and he ate at Jura's, and he told me nothing when I called him the last time. I was waiting for him forever, to eat together, and he stood me up like that. I am very upset and I will not do that again. That's it, I ate, Nastya woke up at 22, I gave her milk while she is sleeping. Jura was recording from CD to CD, he gathered himself all the best mixes.  I put Nastya to sleep at 23:30 and we watched a movie, love and at 1:30 went to sleep.

[Text on margins: 02.24.01 Saturday]

We woke up at 10, I fed Nastya. Jura left at 11:00 for a car. I was at home, nothing new. Then around 12:30 Jura left with the other Jura. Jura came to eat with the other Jura and brought my car, he paid $1100 from his account. They ate and left at 13:40, I am home, getting ready, Nastya ate at 14:30 and is still sleeping, I woke up; we gathered and we met Jura in a garage, he came home already, I left Nastya with him, I ordered a camera, I brought back video tapes and took some new ones. Then to Ralphs for food for $105 and medicine for Nastya at RITE, Medi-Cal covered it and to home. A bad news today, I got a refusal from DMV for my Driver's license and ID, what a bummer for me.

IFCD001589

Ex. 82 pg.252 of 436

God, help me and save me. That's it, I am very upset and I don't know what to do now and how to get out of here. Jura said we will be solving this. I called Rassipnova, maybe he has any acquaintances for me to buy a diploma of completion, then I called Redvanovsky, of course he has connections, we decided what I need for these days and I have to call him. I made a stew and we were at home in the evening, watching movies. We went to sleep at one in the morning. I fed Nastya at 19 and put her to sleep. P.S. I called mom to find out what is 9 days and 40 days after the funeral.

[Text on margins: 02.01.25 Sunday]

I woke up at 9:30, I fed Nastya, I put her to sleep again. Jura got up, we ate breakfast and stayed home. Jura has a day off today, we watched movies. Then I wanted to meet with Mariana, but I changed my mind, second day it's been raining. I fed Nastya at 13 and put her back to sleep. I called Skirma, I told her about my problem and asked her to find a Herbalife, then Olya-L about lawyers. Jura left at 15 to meet with Jura, Andrey, to move some furniture to the office. I sorted my shoes at home, I vacuumed a little. Jura came at 18, I just fed Nastya, he brought some food from Russian store. Later I made dinner and we were at home, we ate, and watched TV, that's it, nothing new.

IFCD001590

Ex. 82 pg.253 of 436

Nastya woke up at 23, I made her to eat and then I put her back to sleep at 24. A quick BJ with Jura and we went to sleep at one in the morning.

[Text on margins: 02.26.01 Monday.  Car accident]

I got up at 8, I fed Nastya and back to sleep, at 9:30 I got up, Jura is getting up and at 10:00 he took my car for repair. I am at home, he called me at 11:00, he didn't make it to the Freeway and he got into an accident, someone hit him from behind and then he collided in front too, this is how unfortunate is my car, we just fixed it. Everything seems to be ok with Jura, thank God. I called Mariana, Skirma. And at 11:00 I fed Nastya, at 12:30 they both came, Juras, to eat at home. We almost got into a fight again, I am with my problems, they brought me to tears, I was upset and he got upset as well, he was solving it, calling the lawyer, the insurance, they ate and left at 13:30. I called Roma, he didn't come, he is [illegible]. Then I called the lawyers, two of them tomorrow at Pasadena and Rose (Jura's first lawyer), today I made an appointment about my case. I called Jura, he is taking the car. I fed Nastya at 15 and we went to take video tapes and I took photos and went home. Jura came at 16:00, I left Nastya and went to the lawyer, to tell him my problems.

IFCD001591

Ex. 82 pg.254 of 436

She wrote everything for me and all of these costs about $5000 - $8000. I came home from her, I picked up the mail, a microphone arrived today, we ate dinner and stayed at home. I have to call Russia, I need an academic reference. I put Nastya to sleep at 19. We watched TV in the evening, we ate dinner. Nastya woke up at 23:00. We made love and went to sleep at one in the morning. P.S. During the car accident he called his wife in Lithuania.

[Text on margins: 02.27.01 Tuesday]

Jura woke up at 9, I made him breakfast and at 9:30 he went to the doctor after the accident, he will be having a treatment and he will get money. I got up, I fed Nastya at 10 and I called and chatted. Jura came at 12:30, I washed up, got ready, I put Nastya to sleep. Jura was at home with Nastya and I went to the lawyer at 13:30 in Pasadena, the lawyer is American, I have to think about his $3500 services. Then at 15:00 I went to the other lawyer Masha, I went to her before about student visa. I found out everything and I have to call her back and she says it is better to do it for cheaper, she is asking $3500 [illegible]. I came home at 18:00. Jura left at 18:30 to the office and then he went to Jura with Leshka to do finals chores. I am home, I fed Nastya at 19, Jura came at 20:00, we had dinner and stayed at home, we watched TV. Love in the evening, Nastya was waking up often and at 5 in the morning even all of us went to sleep at one.

IFCD001592

But Nastya got me. P.S. <u>I called mom and asked her to do an academic reference.</u>

[Text on margins: 02.28.01  Wednesday]

We woke up 10:00, I made breakfast, we ate in bed, we made love, watched TV. Jurka fed Nastya at 11 in the morning, he told me that I will take them to the airport, but when he came he said, that Leshka is an asshole, this upset me, made me mad, he doesn't want me to see him off, or if I do, that means I hate him. As if there is little space in a car with us, so go to hell. He went at 12 to Jura's office. I started to do laundry, ironing, and gathering suitcases. He came at 13:30 and we gathered his suitcases. Alyona called, Mariana cried to her. That's it, Jura got ready, at 16:00 Leshka came, they had dinner and at 16:30 they left. I am at home, Leshka brough back the car and at 18:30 I gathered and went to West Hol, I took 5 things to my seamstress for alteration [illegible], then to Mariana, I left Anastasia with her, I went to the old apartment, I picked up the computer, money for apartment, mail, then to JONS for food $67 and to Mariana. I fed Nastya and at 22:30 I went home, at home at 23:00 I put her to sleep. I sorted out the mail myself, I did my writings and at 2 in the morning I went to sleep.

IFCD001593

Ex. 82 pg.256 of 436

[Text on margins: 03.1.01 Thursday]

I woke up at 8, I am gathering, I fed Nastya. At 9 we went to WIC, I received coupons on a new address, then I went and exchanged the underwear and bought $20, next to WIC I bought lots of small things for 99¢, socks, hangers and so on for $15.00 and a set of bedsheets in the other store, a blanket for Nastya's bed for $45 + a bag $12 total of $68. After the underwear I got a manicure for $15, I fed Nastya, then I washed a car for $28, then I sent back Jura's shoes by mail and we went home. I went by Ralph's on the way home and bought a soap, coffee for $45 and bought Nastya cereal on coupons, they didn't have Enfamile, only on Saturday. I ate at home, I fed Nastya at 15:30, I called an accountant, then I also called lawyers, at 17:00 we gathered and went for a walk on a stroller, I took Jura's papers from Luba the accountant (we met and Olya-Sergey) she is also pregnant, there I met Lena, we met through Anya-Khab at an American school, we went to stores, walked, ate dinner and we got home at 19:00. I fed her at 20:00, I washed baby clothes, I put her in bed at 22:00, ate.

IFCD001594

Then I recorded a video, because I am giving Masha her camera back tomorrow. At 2:30 I went to bed.

[Text on margins: 03.2.01 Friday]

I got up at 8:45, I am going to a meeting with Masha to go to Medi Cal and find out what's going on, but Masha called at 9:30 and said that she can't. I also called my lawyers, I have two appointments today. I washed my head, Jura called, they flew in ok, everything is good. I am still at home, I fed Nastya at 11:00, then before leaving at 15:00, we went to the lawyers, first at Wilsher Robert, his services are $4000+ he is giving an employer for $3000-6000, + diploma for $1000 + penalty $1000 + federal taxes $475, basically I like him and his offer, the only thing left is money, but I don't have it now, I have to talk with Jura, from there, after feeding Nastya at 17:30 I went to the second lawyer on Santa M., I didn't like it there, because I waited for 40 minutes and the lawyer is a Jew, hairy and ugly, basically when I saw him I didn't want to talk with him. ! I also found there about bracelet sale, I was looking for it but I lost it, Gosh, how sad, upsetting, I don't know how to tell Jura, how he is also,

IFCD001595

Ex. 82 pg.258 of 436

but I think he is also doing this business on the side, he had a good practice. I fed Nastya at 17:30 and at 19 she went to sleep. I turned on the computer, <u>I called Tsekalo we chatted the whole hour, a nightmare, then to Redvanovsky for diploma</u>, he is asking $1200, it's better if Robert the lawyer will do it. <u>I called my sister Anka</u>. I did my writings and at 24 I am going to sleep. Also, O-U called, we may meet these days.

[Text on margins: 03.04.01 Sunday]

I woke up at 9 and fed Nastya and we went back to sleep till 12:30 we were sleeping. Then we got up and we stayed all day at home. I fed her at 13, I made video recordings, finally I sorted the pictures. Skirma called, about nothing. That's it, basically nothing much was happening during the day, at 17 I fed Nastya and at 21:00 I put her to sleep. Nothing much, I went to sleep at 24.

[Text on margins: 03.05.01 Monday]

I got up at 8, washed my head, Jura called at 9:00, I told him about my situation. He is [illegible], he says everything is ok.

IFCD001596

Ex. 82 pg.259 of 436

Maybe it is for me, but he will not tell me the truth. We chatted and that's it. I fed Nastya at 9:30 and at 10:00 we left. First to the bank, I deposited the checks from Victory Secret, then to Office Depot I bought a cartridge for $35.00. And then we went to L. [illegible] to Toy's R US, I bought her a pillow for a car to keep her head from falling while sleeping and a toy for $12.00, I was looking for it for a long time. Then I went and we took pictures for $3.00 for me and Nastya $3.00, but she didn't come out, as a result I also didn't look good, because it should have been on a light background. That's it, I went to a lawyer on Wilsher, I fed Nastya at 13, I gave him papers for Nastya's passport, for me 1D and D4 international and all this pleasure + his services were $25 total of $295.

[Text on margins: I started doing documents for me. I cut Nastya.  I bought Herbalife]

I also wrote a check for $1000 for diploma, i.e. we are doing my documents, God help to finish it only in a day. From there I went straight home and I was at home at 15:00, I called Slava, he cannot come, because it is raining, and basically this year the winter is so rainy, it's a nightmare. I fed Nastya at 16 and put her to sleep. I was preparing myself to eat, I called Mariana and we chatted. Then Leshka came and brought bills and I wrote him [illegible] $1000 and 50 for expenses.

IFCD001597

Skirma called, she gave me Herbalife's phone number, I called her and she came at 20:00, I bought her complete products for $230.00. She left an evil eye on my daughter. <u>I saw her a first tooth today</u>. She said I have to rip her clothes off that she was in when I found the tooth, it's a wisdom, and I cut Nastya's big toe.

[Text on margins: first tooth]

I called doctor Marina, she said I have to go to an emergency room, they may have to stitch it up. I called Olya-S and I asked her to go with me, Larisa called, Vitaly wasn't there. Everything was ok at the hospital, I fed her at 21:30 before leaving, also Mariana called. They took Nastya's Medi-Cal at the hospital, she seems to be all right, thank God, God help and protect her from any infections. Everything will be all-right. Thanks to Olya, she helped me a lot, I am a crow, an idiot, to subject my baby to such pain. That's it, I came home at 23:30, she fell asleep on my arms, I put her in bed. I wrote and at 24:30 went to sleep.

IFCD001598

[Text on margins: 03.06.01. Tuesday]

I woke up at 9, I fed [illegible] Jurka, I think they are living tomorrow for Europe, I don't know if he is sleeping around, cheating on me or not, I don't know, but the truth will come out.

I found out about the car, they are totaling it. I called a lawyer, now I will be waiting for an answer about a car. Jura called back, I told him everything. I called a doctor, Mariana, Slava. I fed Nastya at 13:00 and we are going first to an old apartment, I picked up the mail, then for CD player for a car, I paid $120 and I took all out stuff to a Booly Shope where our car is parked, and I went home.

[Text on margins: first day of Herbalife]

I came at 16:30, called Slava, he came with a friend, we went to the roof and saw, that the antenna is standing, we asked how to receive permission, I will write a letter. They left, I fed Nastya at 17:00, Skirma called, then Alyona. Olya-S came with her son and stayed with me till 20:00. Mishka came and I write him a check for $480, and Jura didn't tell me anything about Mishka and money. At 20:20 I fed Nastya and put her to sleep, her toe seems to be all-right. I made myself to eat and at 23 I went to sleep. P.S. weight 141.5-64 kg, b-34-86.3 cm, h.42-106.68 cm, w.-30-76.2 cm, a.11-27.9, l.24-60 sm.

IFCD001599

Ex. 82 pg.262 of 436

[Text on margins: 03.07.01 Wednesday]

I woke up at 9, I fed Nastya at 9:00 and we gathered and I went to give the video tape to record for mom. I went to RITE AID and I bought Band-Aid and tape, Neosporin, a shoe shelf and cleaning supplies for the kitchen for $60. Then I gave photos to be printed and went home at 13, I fed Nastya, I prepared to eat. I ate in dinner time, then Larisa called and went to visit her at 16:30, when Nastya woke up, I also picked up the photos. We sat with her, chatted, at 18 Nastya fed, then at 19:00 we went for a walk till 21:00 and we went home. I bathed her and fed her and at 22:30 I put her to bed. Nothing much in the evening and at 23:30 I went to sleep myself. I also called mom, sister, aunt Olya, said happy 8th of March.

[Text on margins: 03.08.01 Thursday]

It is 8th of March here. I woke up, at 9 I fed Nastya, then I put her to sleep again. I called Slava, he is not here again, did nothing during the day, I fed Nastya at 13, and at 14 we went to stores. [illegible] at Cost Plus I bought a photo frame and all kind of things for $43.10 with card, then at Toy's R US I bought toys, so heavy, for $70.00,

IFCD001600

Ex. 82 pg.263 of 436

at 17:30 I fed Nastya, then went to Vons, bought puree for Nastya for $10, and to Long's for 6.00. Then I went to Sherman/DeSoto to a store for $18.00 I bought few things. And at 19:30 I went to Target and bought a home dry cleaning, a baby toy rug for $28.00 and I went home, at home at 20:30 I bathed Nastya, fed her and put her to sleep. I was dealing with my purchases. Masha called, Veronika said happy March of 8th. In the morning, i.e. sometime around 11 I called Mariana and then <u>Jura called and congratulated me with the March 8th</u>, I called him back, he was in Germany, and then where he didn't say, this is a secret for me and he gave a Belgian telephone as a contact. That is, at one I went to sleep.

[Text on margins: 03.9.01 Friday.  140 pounds]

I got up at 9, I fed Nastya, then I called Slava and we went and took the tapes. I went by Target and exchanged the toy and spent another $28.00, I prepared papers for mom, I ate, fed Nastya and at dinnertime we went for a walk in a stroller <u>to the post office, I sent mom a package</u>.  Then I went home and did nothing much, I don't feel well, and I want to eat, I am very tired.

IFCD001601

Ex. 82 pg.264 of 436

I fed Nastya at 17 and I was dealing with papers in the evening. Then at 20 I fed Nastya and put her to sleep and I went to sleep at 22:30, but I could not sleep for long.

[Text on margins: 03.10.01 Saturday]

I woke up at 9, as always, I fed Nastya. And I began to do laundry of all the dirty clothes, all day till 22 in the evening. Then I didn't want to and I cleaned the whole apartment, again without wanting, I did everything till 23:00. I put Nastya to sleep at 12:00 and I went to dinner myself. At 14:00 Jura called, to find out how we are doing, nothing new for him. We are home all day, cleaning. I am not losing weight. At 16:30 and at 20:30 I fed Nastya, I put her to sleep at 21:30. That's it, when I finished everything, I am going to shower and sleep. At 24 I will call Zayats now and back to sleep.

[Text on margins: 03.11.01 Sunday]

Today Nastya is 8 month old. I woke up at 9 and we ate again. They blocked our Lindley street and built a children's entertainment town.

IFCD001602

Ex. 82 pg.265 of 436

It is a Jewish holiday today. We ate at home, I put Nastya to sleep till 12:00, then at 13:00 I fed her, I made myself dinner, Skirma called and took a recipe of [illegible]. Then I called Veronika and at 15:00 I went for a walk on the streets to see the celebration, then at 16:00 I went to Mariana and took socks from her, pictures and went to visit Veronika, I fed Nastya at 17:30, her son was scared of Nastya and we didn't go anywhere. I went home at 18, and also when I was moving the car, I almost hit it, but it was only a scratch. I am at home, I bathed Nastya, fed her and put her to sleep at 20:30. I took shower and went to sleep. <u>Mashka started. I called Miller, he talked to me very dry, I will not be calling him any longer.</u> I called Anka-X. I have to meet her some time. It is 22:20 now, I will try to sleep, I might read.

[Text on margins: 03.12.01 Monday]

I woke up at 9 and fed, I called the lawyer-Robert, there is still nothing for me. Nastya slept a little longer. Then at 12:00 I fed her more and we went. I took the check to our bank, then on Woodman Jurka's bank check for 70.00 [illegible] I dropped a letter for Leshka, I walked around the stores and I went home,

IFCD001603

Ex. 82 pg.266 of 436

I ate, I called Olya-Serg, then to Larisa about the gym, to go exercise with her. Also the lawyer called, they will be fixing my car after all and they will write a check on Andrey. Then I fed Nastya, i.e. this was already at 16:30, and at 15:00 I went to Ralphs, I bought a puree, ground meat for $59.00 and home. I fed and put her to sleep at 18:30, she was very tired and she slept till morning. I called Ian, the lawyer, I will send him papers tomorrow. I called Jura and as a result I got into trouble he [illegible], that it is a night there and that he will not be doing it now, he played well as if he was sleeping, although the other Jura got the phone up and was very alert. This upset me so much. I called Skirma, then to Mariana. We agreed with Olya-U for tomorrow to find out about Medi-Cal. Then I talked to Olya-S. She said that they have a sale on puree in Vons, I will go there tomorrow. I ordered from Newport on Jura's behalf, they approved his credit. That's it, I went to sleep at 23:00. I woke Nastya up at 24:00, I wanted to adjust her, as a result I couldn't sleep, I was waiting when she will go to sleep till 2 in the morning, I was reading a book.

[Text on margins: 03.13.01 Tuesday]

I woke up at 8 and I am gathering, I called a lawyer  Ian, I sent him papers, then my lawyer, it's still quiet about my documents.

IFCD001604

Olya-U came by at 10:00, she brought me old mail from the other apartment, and we went to Medi-Cal at 10:20, I fed Nastya before that at 9:00. I didn't find out anything particular in Medi-Cal, I took my worker's phone and I have to call her, if not I will forget about it and will not be paying.

[Text on margins: flight 269]

We came home at 12:30, Olya left, I ate, I fed Nastya and at 14:00 we went to VONS, I bought a puree on sale, I deposited a check in our bank. Then I went to Larisa. We exercised at the gym there, chatted, walked, we slept a little, we fed at 17:30, I took a video from them and went home. I came home at 19:00, there were 5 messages, including from Jura, he will probably arrive tomorrow, I didn't have time to do anything. I bathed Nastya at 21, I fed her and gave her medicine form cough and put her to sleep, I cleaned her room and our wardrobe, I was doing it till 1:30, I didn't have time to iron again. I have to cook dinner tomorrow.

[Text on margins: 03.14.01 Wednesday]

I woke up, I mean Nastya woke me up at 7:30, and at 8 I fed her. I began to vacuum quickly, I washed the floors, I washed my hair, Nastya slept a little longer, till 12:00

IFCD001605

Ex. 82 pg.268 of 436

I started to cook. Mariana called, Lariska, Skirma, about nothing. I fed Nastya at 12:00 and we went to the store, I bought few things for the table and at 13:00 I was already home and I am continuing to cook zeppelins. I asked Leshka to find out if the flight is delayed, it turs out yes, it is arriving at 18:20.

[Jura flew in]

It works for me, I have time to make zeppelins. I fed at 16:00, we gathered and at 16:40 we left earlier to meet daddy, we came quickly, we sat about one and a half hour, when he arrived. We met and at 19:40 we went home. I fed Nastya at 20:30 and put her to sleep. We also had dinner, he gave me perfume. Love in the evening and a movie and at 24:00 we went to sleep, he is a little suspicious in sex, maybe he had something. Nastya woke up at 24:00, she was coughing and she drank a little bit of milk, medicine and I put her to sleep.

[03.03.15 Thursday]

Jura woke up early in the morning, he is not sleeping and me as well, I had a headache, we had a quick BJ in the morning and I continued to sleep, he was watching a movie. I woke up at 9, Nastya woke me up, I fed her and we got up, I unpacked his suitcases.

IFCD001606

He left at 11 to Andrey, so that he signs the car papers and Jura found out what's going on, then at 12 he went to the doctor for treatment. I am at home, I was washing his stuff, Nastya almost ate the sleeping pills, God save and protect me. Alyona called, then a lawyer Robert, at 15:00 we are going to him to pick up my documents and we will talk. But we moved the meeting till tomorrow, Jura came at 16:30, we ate and stayed home all day, watching TV. We went to bed and 22, first love and then to sleep.

[Text on margins: 03.16.01 Friday]

I got up at 8, fed Nastya, we gathered, Jura made me breakfast, it is so sweet, but unfortunately, I am not eating. At 9:00 we left, first to the bank, I deposited money, then at 10:00 Robert, the lawyer took my international DL and ID, we talked, he found [illegible] for $4000, Jura looked at him, found out what he wanted, now it is a question of money. Then we went about our car, he found out, they are beginning to fix it, it will be like new. Then we went to a wholesale for fish. I fed Nastya at 12:00, we went to the office, I left him there at 13:30, I went home myself, I fed the baby at 15:00. Me and Nastya left, I bought her a medicine from cough and I took video tapes to Lariska, I took the new ones. That's it, I went after Jurka to the office at 17:00

IFCD001607

Ex. 82 pg.270 of 436

I drove and but like on purpose I drove badly in his presence, here and there, basically he made a conclusion that I am driving badly, but like on purpose this happens only when he is with me, but that is ok, I don't care about his opinion, he just spoiled my mood. That's it, I fed him, then Nastya. Ainar came in the evening, he also needs legal papers, he has a depression. Vova-comp. called, he gave a telephone number of the other lawyer, he made a green card for $4000, we will go on Monday, we'll see. Movie and love in the evening and to sleep at 22:30.

[Text on margins: 03.17.01]

Jurka got up from Robka's phone, he came, brought a package from his wife, tapes and so on. They were sitting down and chatting. I got up at 8:00. Nastya wanted to eat, I fed her. They left at 8:45 first to the office, then Jurka went to the doctor, and then back to the office. I put her to sleep again, I washed my hair and daddy is at home. I was ironing clothes almost all day, I was watching "Gorodok", I fed Nastya at 13 and 17, and 20:30. At 18:00 I went for a walk with Nastya, I brought in Larissa's video tapes, I took a walk and came home at 19:30. Jura came at 21:30, I called him at 20:00, he was still at the office.

IFCD001608

Jura brought my suit from Ainar and bought a suitcase from him. I made him dinner, he says nothing and he is silent about his wife, he read letters and said nothing. Then in the evening we were watching "Gorodok" and we went to sleep at 24:30, love and sleep, it is just ok today.

[Text on margins: 03.01.18 Sunday]

I got up at 8, Nastya wanted to eat and I got up. We got up, I made breakfast for Jura and he left at 9:00 to the office. I washed few things, cleaned up my apartment, Nastya went to sleep. Then I came at 12:00, Olya with Christina were sitting and eating, we gathered Nastya.

[138 pounds, it's been hot like in summer for the 2nd day]

Alyona called, they are going to the ocean. We gathered and at 14:00 we went to a lake in our local park Balbolo, we had fun there, it was very hot, Nastya liked it. I called Jura, he is in the office, then he went and picked up Jura's mail and bought blank video tapes and we came home almost at the same time, he came 5 minutes earlier at 16:00, Olya was leaving, and we were at home, it is hot. Mariana called, she offered to go to the store, but I don't have money. I made dinner to Jurka and we played with Nastya, I watched tapes, I fed her at 17:00 and I put her to sleep at 18:30 and she is still sleeping, maybe till the morning.

IFCD001609

I called Olya-S, about nothing. Then at 20:30 Jura went to Slava to give video tapes for recording and DVD to sell. I am sorting his accounting at home. I called Rosa, she has to bring pills tomorrow, mine are gone. Jura came at 22:20, watched a movie, love and at 24 to sleep.

[Text on margins: 03.19.01 Monday          137]

Getting up at 7, Nastya slept well, I fed her at 7:30, then Jurka, he left at 8:30 to a wholesale and to the store. Nastya slept a little longer, Olya-S called, she was offering to go to the store. Robert the lawyer called, we are not giving money to him, we are waiting for meeting with the other lawyer, I was calling him all day, it's quiet. I got a check for the car repair. It is hot again today. Jura came at 10:00, I started to make borsch, he ate and went to the office at 12. I ate myself today at dinnertime, I made my order to the Spiegel magazine on Jura's name, they gave his credit, Rosa brought me more pills for $20, mine are gone, and I am not losing weight. I called Olya-U, tomorrow she might come for a visit and I have to start working. I called Skirma, I asked her to deal with Fingerhut. I chatted with Mariana. I fed Nastya at 12,

IFCD001610

Ex. 82 pg.273 of 436

I will call her now at 16:00, maybe I'll go to tan. Our pool is not ready for a beach season. We were at home, I did our accounting job. I put Nastya to sleep at 19:00. Jura came at 20:30, ate and we watched a movie, then love and at 24 went to sleep.

[Text on margins: 03.20.01 Tuesday]

Nastya woke me up at 7:30, I gave her breakfast, then we made love, i.e. a quick BJ in the morning. A breakfast in the morning and I got up at 8:30, I washed floors, a lawyer Sergey called and we went to meet him at 10:30. He is offering to make document under a different last name, but I don't know how this will look with a baby, I have to think, this costs $5000 and all. Jura already caught this, and I don't know, God help me and save me. After him we went. Jura went to the doctor for treatment, and I think to the office. I fed Nastya at 12:30 on the way, Jura stayed in the office, I took a car and went home. Skirma called, she did the cancellation and they will send me money for sneakers. Olya-U called, she left a message, we chatted with Rosa, she will give me a sale for 25% for products. <u>I called mom, they received a package, they watched a tape and so on. Aunt Olya and uncle Sasha were also there, everyone is in shock and in delight.</u> I went and gave my clothes to dry cleaners and to the Russian store for food and home.

IFCD001611

Ex. 82 pg.274 of 436

I bathed Nastya, fed her and at 19:30 I put her to sleep. I washed few baby things. Jura came at 20:45, he had dinner and was watching a movie, I went to shower and basically nothing much. Love before going to sleep.

[Text on margins: 03.21.01 Wednesday.     It is already hot today]

We woke up early again, at 7:30 Nastya wanted to eat, then we stayed and started doing chores. Jura was at home since morning, he was sorting CDs and making mixed tapes. I washed the bedsheets, I called Sergey the lawyer, we agreed to go to him after 15:00. I called Robert-the lawyer, it is bummer about Nastya's passport, he is returning documents and money, I have to go there myself. We had dinner and at 15:00 we left, first at Wilsher we took Jurka's mail, then to Tatiana and Rita, they pick up our mail, we went to the lawyer's office by 16:00, he still wasn't there, I fed Nastya and we went back. Jura again stayed in the office, and I went home. I called Olya -S and Alyona and we agreed to go to nature tomorrow for barbeque. Jura came at 20:00, i.e. Leshka brought him again, I went to the local meeting, they allowed us to leave antennae there, pool is opening for a new season soon.

IFCD001612

Ex. 82 pg.275 of 436

At 21:00 in the evening I put Nastya to sleep. I sorted the other Jura's mail out, a movie, then a quick BJ and at 24:00 to sleep.

[Text on margins: 03.22.01 Thursday]

I got up at 7:00, I fed Nastya and back to sleep, and at 9:40 Ainar called, the weather is not very good, that's why we were gathering for a long time and deciding, everyone was scared of weather, as a result we waited till 13. The other Jura called in the morning, something is not right with their work stuff, that's why mine is mad and nervous and it is still unknown whether he is going or not. Then he left at 11:00 to the doctor, then they met with Ainar, they bought meat and products and that's it, by 13:00 they came to us and we went to Malibu. We got there, we ate, my Jura drank on an empty stomach and at the end he is mad at me, that I didn't take care of him, didn't give him food. Children breathed, we ate and at 17:30 back home, i.e. we visited Sergey and Olya. We sat there, watched a movie, she gave me few things again and at 21:30 we went home and Leshka left from us home. I put Nastya to sleep at 22 and I wanted to watch a movie, but Jura didn't wait for me and watched alone,

IFCD001613

Ex. 82 pg.276 of 436

I was mad at him and I was doing my chores, I unpacked. Then to shower. He watched a movie and we are going to sleep at 23:30 without talking.

[Text on margins: 03.23.01 Friday]

I got up at 8 in the morning, although no, Nastya ate at 7, then we are getting ready in the morning and at 9:00 we are leaving, we are going to a lawyer Sergey, there we gave him 50% in advance out of $2500 and they are beginning to work on a case, i.e. political asylum and we are going as one whole family, and Nastya is like not a US citizen, I don't know if this is good or bad, I don't know, God protect and save me. That's it, we went home after, I made a dinner, we ate, I fed Nastya and we were at home, a quick BJ in the morning.

[Text on margins: we are applying for political asylum as one family]

Olya-S called, just like that. We are home all day, we watched "Policemen" till about 16:00. I sorted the baby clothes, but not everything. Jura went at 20:30 and took the video tapes. I put Nastya to sleep at 19:00. I called Mara in the evening, to Ira in Vegas, they bought a restaurant half and half, all business now. Love in the evening, he came at 21:30 and we went to sleep at 24:00.

IFCD001614

Ex. 82 pg.277 of 436

[Text on margins: 03.24.01 Saturday]

Nastya woke up at 7 in the morning, ate and back to sleep. Jura got up and at 8 called, and was doing his own business, I think he is going with Leshka on Cyprus, just in time for a birthday for other Jura, and I am again staying alone and going nowhere, I want to see the world so much, but he doesn't need me, me and the baby are a burden for him, but it's ok, there will be a holiday on my street as well. I got up at 9:30, I called a lawyer Robert, he told me, that he will be in the office till 15:00, and I am gathering quickly, so that together with Jura to go and take my documents from him. We left at 10:15 and first we went to meet with Mariana, Andrey at a bank, they gave checks from insurance company for a car repair $5650, then we drove to a lawyer-Robert, but unfortunately, he wasn't there, what a dog. Jura is saying something is not right here, he doesn't believe in him. That's it, we went to the office, he stayed there and together with Kristina we went home, but first I picked up staff from dry cleaners $51.00 and to VONS for food $43.00 from [illegible]. We went home and an unpleasant thing happened, I opened the door, and I left the keys in apartment, and the door locked when I was unloading. It's a good thing that Nastya brought it home. I called Jura and Mishka came, they called a master, he came in an hour and broke the door, but everything was neat.

IFCD001615

Ex. 82 pg.278 of 436

I paid him $45.00. I fed Nastya at 15:00, we got home at 15:30. I started to make stuffed cabbage, Leshka left, and Kristina was playing with Nastya, then she slept a little. We ate with Kris and soon at 18:00 Jura came with Leshka. We also ate, drank, they left at 20:00 and we were at home, nothing much, Jura was watching TV, I was doing nothing. Yes, I bathed, fed and at 20:00 I put Nastya to sleep. I am going to shower, he came later, there was no love, I wanted to go to sleep. I went to sleep at 23:00.

[Text on margins: 03.25.01 Sunday]

I got up at 7:30, Nastya woke me up, I fed her and when I was cleaning the dishes, our daddy woke up from noise and told me as it is, he is unhappy, it turns out, that yesterday we didn't have sex. Then we went back to bed till 9:30, Nastya woke up again. Jura got up and called Jura, they are whispering something, and I think he is flying to Cyprus with Leshka and on other Jura's birthday, basically they are having fun. Then he left, he sent $300 by Western Union to guys in Ukraine, they are also going with them to Cyprus. I am at home, nothing much. Olya called, she is inviting us over, Jura came and stayed at home, he has a headache,

IFCD001616

Ex. 82 pg.279 of 436

he went to IKEA, he wanted to buy a shelf, but they don't have it. I fed him and Nastya. At 16 I gathered and went to Olya to watch Oscar awards. The daddy was at home, I don't know what he was doing, maybe he was recording CD. I stayed with Olya till 21:00, I fed Nastya there and I went home, put her in bed, later at 23:00 we made love and went to sleep.

[Text on margins: 03.26.01 Monday]

I got up at 8, I fed Nastya and started to make soup, now I have to do laundry and finish sorting out Nastya's stuff. Jura got up at 9, he was making calls and at 10 he left to deposit money on a bank and somewhere else. At home I started washing the baby clothes, I made soup. Rosa called, she came by at 13:00 to me with a package, so that I can get 28% sale form Herbalife. I just had dinner, I called Jura to find out when is he coming, he said he's coming in an hour, I invited Rosa, but unfortunately while we were chatting, he came and caught us red-handed, but later I denied it, and said that Skirma sent her to me. He bought a flower pot and a shelf. Olya-U called, she cannot come today yet, Jura ate and was making a shelf for computer.

IFCD001617

I finished washing, I fed Nastya at 12, 16:00, we fixed the computer table, papers. At 16:30 Olya called and we gathered and going to visit her at 18:00. Jura and Sergey sorted the music out, I fed them later, we fed children and at 20:00 we went with them for a walk, and they were recording. We chatted, we walked. Nastya slept and at 23:00 we went home. I put Nastya to sleep at 24:00, I boiled the bottles and we went to sleep at 24:40. At 3 in the morning Kastas woke me up, they with Leven were drinking and decided to call me, we chatted about nothing. Then I called home, mom left today to Komsomolsk for uncle Volodya's funeral, so sad, rest in peace, God save me and help me. That's it, after that I went to sleep.

[Text on margins: 03.27.01 Tuesday]

I got up at 8 and fed Nastya and went to sleep again, till 10:40, Jura was already calling around about his work. Then at 12:00 he went by home. Now at 13:20 I fed her and may go to tan. I called a lawyer Robert, he is not answering at all, what a nightmare. I went to get a tan at 14:00 to 16:00, Nastya was sitting and playing. Then we came home and she slept right away.

IFCD001618

Ex. 82 pg.281 of 436

I ate myself, I made Jura potato pancakes. Jura came at 18:00. Today Nastya fell from her table face down, she was crying a lot, she ate and went to sleep at 18:40 till morning. I am very worried. Jura ate and we watched a movie that he rented. I finally sorted out the baby stuff. I chatted with Alyona, Mariana. Movie in the evening and to bed, a quick BJ and sleep at 24:30.

[Text on margins: 134.5    03.28.01]

Nastya woke up in the morning, everything seems to be all-right, she is feeling ok, I fed her and put her to sleep, I cleaned myself, put out the boxes and at 6 I went to sleep. I woke up at 10:00, Jura is calling again about his work. At 11:00 Leshka came to him and they went to downtown for artificial flowers and somewhere else for work. I am getting ready and at 12 I am going to a pediatrician. They took Nastya's blood for whooping cough, everything seems to be normal. After that we went to Robert the lawyer, he escaped again, he wasn't at the office for some excuse, an asshole. I didn't go to another lawyer, I went to the old apartment, there is no one there. Then I came by 15:00 to Jura's office, they are still not there and then I went to get a manicure.

IFCD001619

They came at 16:00, I fed Nastya and we went to Lariska, I gave her video tapes and back home. An accident happened to me on a freeway, when I was changing the lane to the right, I hit a car in front, there was traffic. I got scared and took the first exit on Tampa. God, I am so scared. I went to Vons and bought food and came home at 18:00. Veronika called, I spoke to Mariana, she says it is important for them not to remember the car plate number. That's it, I started to cook dinner, Jurka came at 20:00, I already bathed, fed Nastya. We ate dinner and he went to Slava right away to take the recorded tapes. He came at 22 and we watched movies, love and went to sleep at 1:30 in the morning. I ironed all baby clothes. P.S. I called my sister Anka, we chatted, dad wasn't home.

[text on margins: 03.29.01 Thursday]

I got up at 8, fed Nastya and nothing much in the morning, I washed bedsheets. Jura called for business, with Jura, he sent 8500 to some Natasha in Cannes. He left at 11:30 to a doctor and for business to the office. I was home doing nothing. I ordered Newport track suit. I talked to Olya-S, Olya-U, told about yesterday's accident.

IFCD001620

I fed Nastya at 17:00 and we went for a walk. I changed the video tapes from rental and took the new ones, I met Allan there. Then I went Michael for flower decorations, and pacifiers for Nastya, different kids for a bottle, orthodontal, because her second tooth is growing crooked. We walked and we came home at 19:30, Jura was already at home, he came at 18:00, he watched his mom's funeral, he is very upset, I fed him. Nastya pooped a lot in the evening, she was very soiled, I bathed her at 20:30 and fed her, but she couldn't sleep for a long time, till 23:00. We were watching a movie in the evening. Alyona called – they were robbed again. A quick BJ in the evening and we went to sleep at 2 in the morning.

[Text on margins: 03.30.01 Friday]

We woke up at 8 in the morning, a master of air conditioner came, that's why I got up at 8:30, fed her and put her back to sleep. I took shower, master has left, he needs to change a ventilator and this will be in several days. Jura went to sleep, it is 10 now, I will make him breakfast. He got up, ate breakfast, I went to the store, bought mushrooms, I made myself dinner, we watched a movie in the afternoon.

IFCD001621

Ex. 82 pg.284 of 436

Olya-U called, she came at 16:30, Jura just went to the office. She connected my internet and we sat in the morning, sorting mail. Jura came at 18:30, and Olya left at 19:00, we didn't finish with her yet about work on internet, maybe on Monday. We watched Russian movies again today. I fed Nastya at 12:30, 16:30, 20:30 and at 21:20 I put her to sleep. Then we made love and at 1 in the morning we are going to sleep.

[Text on margins: 03.31.01 Saturday]

Nastya woke me up at 8, then we slept a little longer, then at 12:00 I fed her. We got up at 11, Jura is calling about work. Then we are getting ready and at 12:40 going out, I dropped Jura off at the office, and I am going to an auto service, I dropped off the tape recorder, then I met with Rosa and took out the cash $200 from Household Bank, I took a new one, it's only been a month, and I lost only six pounds. Let's see what the second month will show. Then I went to Western Union, I sent money to Turkey from Jura $400, then to the second apartment, I picked up the mail and money for apartment. Then at Chinese I bought food and went to Jura's office, came at 16:30,

IFCD001622

we ate, I fed Nastya on the way, then we went by Vons, I picked up pictures and gave back video tapes, took others and we went home. At home at 18:30 I sorted clothes, I fed Nastya at 19:30, Jura came at 20:00, we watched Russian movies, I put Nastya to sleep at 21:30, and we went to our Jacuzzi at 22:00, we sat there for about 15 minutes and then home, then he had dinner, love, he was watching a movie, I went to bed at one.

[Text on margins: 09.01.01 Sunday]

Nastya woke me up at 7, I fed her and slept till 10:00, she woke me up again, but we got up this time. Jura got up a little later and left at 11:00 to the office. I fed Nastya at 11:30 and I am going to the store for food.

[Text on margins: laughter day]

We went, I bought for $60 and back home. We came at 13:30, I started to cook dinner and I finished at 17:00. I fed Nastya, she slept in the afternoon. Jura came at 18:00, I also bought few things in a Russian store and later Leshka came with beer. And after Mariana with Andrey came, we had dinner, they left at 20:30, today they are moving a clock forward an hour. Later Robert came and they went to a sauna all men, at 21:30, they came at 23:00.

IFCD001623

Ex. 82 pg.286 of 436

Robert left at 23:50, Leshka left at one thirty. We watched Kamenskaya, then a quick BJ and we went to bed at 2 in the morning.

[Text on margins: 04.2.01 Monday]

Nastya ate at 8, we got up at 10, Jura called Jura and he is flying to London at 6, at 8 to Cyprus, just like that, and three weeks like a song. All day together, Leshka came to pay for other Jura's apartment, money is catastrophically low. I watched Kamenskaya in the afternoon, I found out, that I cannot have insurance on a car with international driving license. Mariana called, nothing much, all day passed like that. Jura left at 18 to the office. I washed few things. I fed Nastya at 19 and now we are gathering and going for a walk. We went out at 20:00 and till 21:30 Nastya fell asleep, I bought her formula with WIC. Shower at home in the evening and nothing else. Jura came at 23:00, he was there with Robka. We made love, a movie after, and at 2 o clock to sleep. P.S. I sorted out the Russian email.

IFCD001624

[Text on margins: 04.3.01 Tuesday]

I got up at 7 and fed her and went back to sleep till 10:00, then I got up, Jura called again for his work stuff and left at 11:00 to the office, then probably to the doctor. I am at home, I fed Nastya at 11:00, she slept, I called Olya-S, I wanted to congratulate her with birthday, but they are not home. Mariana called, we chatted, Skirma, Luba the accountant, I have to give her baby clothes. A lawyer Robert called, he already has a diploma, I will go by tomorrow, pick it up. Now at 14:00 I will go to the bank and I have to return tapes. I called mom, it is quiet there. I also called a children's doctor, there is nothing new there. I called mom, I chatted with her. I also called school, they are off next week, I was just getting ready to study. At 15:30 I went to run errands, I did everything, photos again came out bad, I came home at 16:40, Jura was at home and we left right away for a car. Olya-S didn't call, it means she will not invite me to a birthday party, Luba called her, she is going there, well ok. The car wasn't ready, wasn't painted all the way, so we will pick it up tomorrow, back home, at 19:00 I fed Nastya, we ate and watched a movie about Stalin. Nastya at 20:00 fell asleep, nothing much with us. A quick BJ and at one in the morning we went to sleep.

IFCD001625

[Text on margins: 04.4.01 Wednesday]

I fed Nastya at 6:30 and went back to sleep, but at 10 I woke up from renovation noise on the street. I fed Nastya at 10:30. Jura called and at 11:30 he left, first to get the tickets, and then to the office. I am washing baby clothes at home, and nothing much yet. I called Anya-R, but she wasn't there, Roma talked dry, I congratulated him for her birthday, I called her later, we chatted, I also chatted with Alyona, nothing much all day. Jura picked up the car with Leshka during the day. I fed Nastya at 13:30, and 16:30; I wasted all day. Jura came at 21:00, first he brought one car, then the other, I ate dinner, we are watching TV and at 24:00 we went to sleep.

[Text on margins: 04.5.01 Thursday]

I woke up at 8, I fed Nastya, and I am going to school, Jura was till sleeping, and Nastya was also sleeping, I went to a shower, a cellulite cream is not helping. I gathered, Nastya also went at 10:15, Jura was still at home. I went to the old apartment first to pick up the mail, there was a package from Newport on Jura's name, it's strange that it came to an old address and just jeans.

IFCD001626

Then I went by the <u>lawyer Robert, I pick up documents and a diploma</u>, why did he put the wrong birth date for me there. Then at 12:00 I fed Nastya and I went to take pictures quickly for $3.00 (twice). And by 13:00 I went to school, there I took new assignments, Nastya was making too much noise. As a result, I don't want to go to school, it is too hot. After at 15:00 I went to a lawyer Sergey, but there I was disappointed as well, he needs a professional photo, now probably only on Monday. That's it, I went home after; it was about 17:00 and I met Jura in a garage, he also came by, bought Nastya diapers. We ate dinner at home, I fed Nastya at 14:00, then at 17:00. I was watching TV at home, I put Nastya to sleep and we made love, and we are going to sleep at 24:00. Olya-S called, she needs to find some babysitter to write a check.

[Text on margins: 04.6.01 Friday]

I got up at 6, Nastya wanted to eat, then back to sleep, but unfortunately I didn't sleep for long, they were fixing the air conditioning and woke me up. I am mad as hell and I couldn't go back to sleep. Jura got up at 9:30, master left to change something, Nastya also got up, Robert came, they were doing their business with Jura, saying something about the Cyprus, I think Jura is going there on business.

IFCD001627

Ex. 82 pg.290 of 436

I called Masha and offered her [illegible] a babysitter, I have her, i.e. Olya-S Masha's telephone, let them call and decide how to do everything, I washed few things. Jura left at 11:00 for tickets and came at 13:00 and started to gather, we had dinner and gathered. I fed Nastya at 10, 14:00, we left at 16:40 on Nissan, I took it back home, I'm not used to it any more. We got into traffic on the way back, as a result we came to the airport at 18:30, and flew out at 19:00, but he didn't come back, it means he made it, I don't know, he didn't want me to go with him to the airplane. I fed Nastya and we went home, nothing much in the evening, Nastya's pipi is red and it is irritated and creams are not helping. I called Olya-S, Olya-U, Veronika, Mariana, Lariska, maybe tomorrow I will go to study with her. I put Nastya to sleep at 22:00, I wrote, I will call Zayats and I am going to sleep at 23:30.

[Text on margins: Jura went to London, maybe also to Cyprus.     30-28-41 Chuchman's phone mumber]

IFCD001628

Ex. 82 pg.291 of 436

[Text on margins: 04.07.01 Saturday]

It is raining, I got up at 6:30, then at 9:00, Nastya is not sleeping, we are home all day. I washed bedsheets and the rest. Jura called, he arrived safely and he made it to the airplane! I made soup and all day nothing much.

[Text on margins: 133 pounds]

I did it again, I filled out the application on address change in post office, I told them I am moving from April 10th. We'll see what happens. Jura got a credit card for $1000 Visa. I bathed Nastya in the evening, at 20:00 I fed and put her to sleep. I went to shower myself and did my homework till 24:00, I lied down after and slept. Everything is boring and lonely, I miss Jura very much. P.S. I called Rosa and chatted with her.

[Text on margins: 04.08.01 Sunday]

Nastya wanted to eat at 8, then sleep. And I got up at 10:00, I ironed clothes. I fed Nastya at 12:00 and we went to a food market on Victory, but we got there late, it is working till 13:00, I had time to buy oranges and flowers for $20. Then we went to Ralphs I made a card for Jura for keys, I bought baby stuff for $16.00 and then to a Russian store for $15.00 + cookies $5.00 and as a result the first 100 is almost gone. That's it, we went home, at 14:00 I ate and fed Nastya at 16:00, I put her to sleep.

IFCD001629

Ex. 82 pg.292 of 436

I called Larisa, she is busy, Olya-S, they are sick, I left a message for Olya-U. I talked to Alyona about nothing. With Mariana, she is inviting, but it is late. Nothing much during the day, went by in vain. At 20:00 I fed Nastya and put her to sleep. I called mom and we chatted, Chuchke, she wasn't home. Luba Blokhina gave birth about a week or two ago, I need to call her. That's it, nothing else, I will watch tapes and go to sleep, again I miss Jura very much in the evening, good luck to him, God save and protect. I went to sleep at 24:30.

[Text on margins: 04.09.01 Monday]

Nastya woke me up at 5 in the morning, I fed her and back to sleep, but I couldn't sleep much, I was lying down and suffering, and then in the morning I had a dream, that Jura cheated on me, first he told me himself, and then in the second version, I saw it myself, God forbid, I kick him out immediately, I will not tolerate to mock me like that. I got up 10:00, I fed Nastya at 11:00 and we left at 12 to the bank – I deposited $200 and took $40 from a check-book from a lawyer. Then I took a letter to Luba to the office and went to Wal Market,

IFCD001630

Ex. 82 pg.293 of 436

I wanted to take pictures there for a passport, but they are not doing it, I bought Nastya a toy telephone. We stayed there till 14:30, and I fed Nastya in a car and we went home. I ate and Leshka came right away, called to a Union, they refused a VIP card and $29.00 payment from Newport News, as I found out, it will come later. They left, I called Larisa, she cannot go to Olya-S in the evening and with Mariana tomorrow to visit her. We went for a walk at 17:15 till the post office, Nastya fell asleep, but I couldn't, she is working till 17:30, we went back for a walk and home at 19:00, I fed her and we went to Olya-S, I gave CD, we sat and chatted and at 20:30 we went home. I bathed, I fed and at 21:00 I put her to sleep. I washed baby clothes, I took a bath, I took a book from Olya "The Thorn Birds", writing in the evening and at 24:00 I am going to sleep, I am tired and I want to go to sleep. I gave Leshka our 4 video tapes. I also called to London and congratulated Jura with birthday at 10:00. It is 17:00 there, they just went to a restaurant to celebrate there, Marina is there, and who else I don't know. I talked to Jura and I think this is it.

IFCD001631

Ex. 82 pg.294 of 436

[text on margins: 04.10.01 Tuesday]

I woke up at 7 and fed Nastya and went to sleep till 10:00. Jura called, he will call back tomorrow and he will tell me exactly if he is flying on Friday or not. I went to shower and remembered that I have to wait for a cable TV, but it turned out to be on the 12th, I will call tomorrow and cancel. I fed Nastya at 11:00, she slept a little. I talked to Mariana and Skirma. I roasted the chicken, ate, I gathered, at 15:00, I fed Nastya and we left, I wanted to go to the post office, but there is a big line, that's it, I ate and took pictures for $8, I met Masha there, an actress' daughter, I gave her my telephone, I took the telephone from Rita for apartment, I've been in this plaza and then I took photos to a lawyer-Sergey and went to the old apartment, picked up mail and a blanket. I took a dress at 17 from Mariana's mom, I will show it to Jura, maybe I will buy it for $40. Then I went to visit Mariana, we stayed with her, at 19 I fed Nastya and at 20:00 we went, I dropped off the keys to Rita, they activated Sears cards for Mariana, we sorted VS, they will send $35. I came home 21:00, I gave milk to Nastya and put her to sleep. Olya-S called, took Mashka's telephone. That's it, I want to sleep.

IFCD001632

Ex. 82 pg.295 of 436

[Text on margins: 04.11.01 Wednesday]

Nastya woke me up at 6, then at 9:30, I fed her at 11:00. Jura called at 10:00, they are flying in tomorrow at 14:00. I called Skirma, she cancelled the installation of a cable TV. I talked to Mariana, Leshka, Olya has a birthday today. I said happy birthday to Anna-R. I left a message to Sergey the lawyer. I spent the day and nothing much, I played with Nastya, and at 14:00 I started the cleaning form bedroom, at 15:00 I fed Nastya, I washed the balcony, wiped the dust and it was too late to clean. At 19:00 I went to the store Ralphs and bought products, I was walking with Nastya, then at 21 I fed and put her to sleep, I cleaned in bathroom, I washed my hair and at 24:00 I am going to sleep. I am afraid I will not have time to clean till tomorrow, I still have to prepare dinner or supper.

[Text on margins: 04.12.[illegible] Thursday]

I got up at 8 and fed Nastya, got up. I started cleaning, I vacuumed in baby's room, then the living room, I cleaned everywhere, I only didn't have time to wipe the dust in living room, I made dinner quickly, I fed Nastya at 12:00, and at 13:50 I went out to meet Jura, I did nothing much at home,

IFCD001633

didn't have time and I got into a terrible traffic, I was worried that I will not have enough time. I came to the airport at 14:45, Jura was waiting for me already about 10 minutes. The other Jura will fly in an hour and Olya will meet him. We are flying home, we came, ate dinner and stayed at home, he brought a box of Orbit chewing gum, great.

[Text on margins: Jura arrived]

I fed Nastya at 16:00 in a car and at 20:00 I am already at home. A quick BJ, we watched a movie, nothing special. We went to sleep at 22:00, a quick BJ before bed. Alyona called, that's it, it is already tomorrow.

[Text on margins: 04.13.01 Friday]

I got up at 8, I fed Nastya, Jura woke up earlier and was recording a CD for himself. I called Alyona, Marianna in the morning. I unpacked the suitcases, ironed his stuff, Jura left at 10:00 with Jura to the office, then to the old apartment, on his business etc. I was at home till 13:00. I was talking to Luba, [illegible] about nothing. I fed Nastya at 12:00 and at 13:00 I went to Jura to the office, I came and he is not there and I went to the new apartment to Jura and from there I took the mail, returned jeans to Newport news, I went by the dry-cleaners, took the video tapes and home at 16:00.

IFCD001634

I fed Nastya and I started to cook. Juras came at around 18:00. We were at home in the evening, watching TV, I made them dinner and nothing interesting. The other Jura took his SUV and left from us at 22, I put Nastya down at 21:00, I fed her, I called Rita, Rosa, nothing yet. No, Jura didn't take his car, Jura drove him after they watched movies. Took shower in the evening, I braided my hair, love, a movie and went to sleep and Lariska called.

[Text on margins: 04.14.01 Saturday]

Getting up in the morning, feeding time, then back to sleep.  Jura got up at 8, his stuff, without telling me anything, he left at around 10:00 after Jura and for his errands, i.e. he is not telling me anything. I am at home, Rosa came and brought, I ran out, for $45. I fed Nastya at 11, 14:30, 18:30. Tonight is Easter. I dyed the eggs, called Olga-S, she also bought Pasca, I mean an Easter panettone.

[Text on margins: Easter tonight]

Jura called me in the afternoon, he told me he is going to the restaurant in the evening. I called Masha, Vika, May, Mikh. no one can, the last one [illegible]. As a result, I chose Olga-S. At 15:00 we gathered and I went to Target, bought few presents for Vanka, baskets and home.

IFCD001635

Ex. 82 pg.298 of 436

I came at 17:00, Jura is already at home. We are gathering slowly. I fed Nastya and we went out at 19:30, first to Olga-S, we left Nastya to her, I took the panettones and by 20:00 we went to the church to bless the eggs, panettone and wine. And at 21:30 we were already at a restaurant "Versailles". That's it, we sat there, ate, after drinking the shots, Jurka was acting up again. The other Jura came. First everything was ok, but then I called Olya to ask how is Nastya, she wasn't going to sleep. At 23:00 I was pulling Jura and we are going, we are fighting, i.e. as usual he could care less about me or the baby, I spoiled his vacation, he was going to leave me and have fun by himself asshole, a beast. He doesn't care about the baby, just about himself and how to have fun. At the end we came to Olya, Nastya was sleeping, she sends us back to the restaurant, to continue partying. He is saying you stay, he didn't want me to go, I am bothering him there, a dog, I will show him a sweet life, no treat me like that. But I went anyways, but I should have rather went home, hell with him. We took the other Jura home and back home at one in the morning. (I gave all my eggs to Jura by mistake, it is his fault). They are already having fun there.

IFCD001636

We danced, we ate panettone, eggs, I took the leftovers. And at 2 in the morning when the singers stopped to sing Sergey and I, I was driving, we went to them, we took pictures. There for $20. Olya was already sleeping, we picked up Nastya, I will pick up few things later, I paid her $40 and we went home, he fell asleep right away and at 3 in the morning we went to sleep. A track suit arrived from NewP. But the summer jacket from Cashe, Jura didn't like, so I will send it to my sister Anka. P.S. Love before the restaurant [illegible].


[Text on margins: 09.15.01 Sunday]

Nastya woke me up at 8:30 and then we slept till 10. Olya-S called, she told me how she was watching her yesterday. We were watching a movie in the morning. Then at 12:00 we went by Jura and went to a restaurant for dinner. I fed Jura there and at 14:30 we went to the other Jura's home, we drank tea, and at 15:30 first we went to Vons for food, and then back home. Here he was again teasing me with zero attention, just thinking about himself all the time.

[Text on margins: Easter holiday]

He started to watch Russian movies without me. And this upset me very much, I will remember this, although I don't hold grudges, I will not be doing anything on purpose, but as it works out. That's it, I got mad at him and started to cook cutlets, because as you see, Jura is coming to have dinner with us, and I want to sleep so much and to watch a movie,

IFCD001637

but no, he didn't even offer help, selfish. And towards the end, we also had guests, which I wasn't happy about. I made them dinner and at 19:00 Ainar, Alyona, Raymond came with kids, later Jura with Olya, I asked them to buy a cake for the table. Although Alyona was helping me, and men were just whispering about their private business, they didn't include us in it. That's it, they had fun, just not me, I wanted to go to sleep and I didn't want guests, no matter how much I like them. They all left at 23:00, and I went back to the kitchen to clean, screw this, I am so tired of it. Jura helped me a little and then he went to watch a movie again without me, I was so mad and I got mad at his. I clean and went to a shower and I stayed in the living room to watch a movie by myself, without him, he came to tell me to go to sleep. i.e. to fuck, but I didn't go, I watched till 2 in the morning and then I went to sleep.

[Text on margins: 04.16.01 Monday]

Nastya woke me up at 5 in the morning, I fed her and went back to sleep. Jura got up at 9:00 and left at 9:30 for work with Jura. I didn't sleep well after that.

IFCD001638

I fed Nastya at 10:30 and we are home all day, I called Sergey the lawyer, he is quiet, only next week. We are saying no to the old apartment, I disconnected the phone, I asked Skirma about the natural gas, but she didn't call back. I talked with Mariana, I didn't go to school, I started to do baby's laundry all day and also ours. And all day I watched a Russian series "Bourgeoise's birthday". I called Jura, he is all busy. The came for dinner at 18:30, I didn't understand why the other Jura always here, did he move in with us, it makes me so mad. We sat in the evening and watched a movie till the end. At 20:30 Jura took him home and came back at 21:30. They bought a dirt, a live plant for the office and a pool table, life treats them well, and he is crying to me that he has no money, looks like he has no money for me, but they are doing well. Alyona called in the morning, she is flying to Riga tomorrow. I fed Nastya and put her to sleep at 21:00. Jura was recording a CD, I was doing my chores, took shower after and we are going to sleep at 23:30.

IFCD001639

[English text: MEAD

70 SHEETS WIDE RULED 10 ½ x 8in/26.6 x 20.3cm

1 SUBJECT NOTEBOOK

Value quality

[Bar code: 0 43100 05510 5]

IFCD001640

11.06. – 1 month height

15.06 – 1 month tabl.

20.01 – month Jura

3.06 – month Jura

11  117  7

18002911127

Silhouette  [illegible]

Wait- [weit] – to wait

Come here [kam] – to come here

200 190  220   200 180  100 120

It's time for me to leave – it's time for me to leave

I have no time – I have no time

~~I can't~~

I can't wait any longer – I can't wait any longer

It's time to begin – it's time to begin

Finish – to finish

Get up – to get up

Grease the palm – grease [illegible]

Hit or miss

1-800-291-11-27

[illegible] 29$^{95}$  119$^{95}$

56$^{90}$

LDA 527  3 ave.  #299

NY. NY. 10016

A note [illegible]

IFCD001641

[Text on margins: Saturday   03.13.99]

We drove with Razminek and Mukhtar to Hollywood to the book store. We bought books for $54

[Text on margins: Sunday   03.14.99]

Today we were visiting George, Mukhtar was swimming in pool, we took pictures. At 15:00 we met with Edward, we are going to a casting. Models, actresses, dancers, girl selection, we are sitting like judges, (nothing good). There I saw Sam for the first time. We are sitting at a café, with Nadya, Edward, and the rest.

[Text on margins: Monday   03.15.99]

With George to an agency in Hollywood, I met journalists there, name [illegible] (wears glasses) at Karen's office (this is first meeting with him). After we went to an Italian restaurant and ate dinner (terrible). Sunset gym in the evening, Gokor has lots of friends, famous athletes (I don't know them all).

[Text on margins: Tuesday   03.16.99]

To the Embassy with Ararat, [illegible] for Mukhtar, visa, a TV appearance…But a disappointment after. In the afternoon with George to the editorial office, Mukhtar on Kung-Fu magazine shoots.

IFCD001642

Ex. 82 pg.305 of 436

[Text on margins: 03.17.99 Wednesday]

With Ararat to a professional studio with Mukhtar's photo, just a face. We still live in the same crappy apartment, about 13-15 people, smoke, scream, a nightmare [illegible].

[Text on margins: Thursday. 03.18.99]

This morning we went to Gold's Gym (a gym) in Venus beach. They know an actor Balo Yong, a Chinese, (Dragon Island). I went to Karen in the evening and stayed overnight with them.

[Text on margins: Friday. 03.19.99]

All day at home

[Text on margins: Saturday. 03.20.99]

Nothing new. I went to Hollywood with George.

[Text on margins: 03.21.99 Sunday]

We tanned on a roof in the morning. We had plans to go to George's wife's birthday in the evening, but a bummer. Mukhtar is going together with Edward to Oscars. But I think I am going anyways, they have to pick me up, Karen and Natasha. I bought flowers 20$, ~~I'm cooking~~ I am ready. But no one came (they had a tummy ache), this was a blow for me, I was very upset, Mukhtar came late, later we watched what he recorded at Oscars.

IFCD001643

Ex. 82 pg.306 of 436

[Text on margins 03.22. Monday]

Nothing good in the afternoon, except that we went with Karen to get driving license for Mukhtar. Gym in the evening by Jukor. We spent the night at Karen's, or at Natasha's apartment. She is at the same hallway. Serrano Loma Linda street [illegible] # 5347

[Text on margins: 03.23 Tuesday]

Meeting with Jacques, Razmik together with Mukhtar, we are going to him to downtown to work. Later we are having dinner at a restaurant in Burbank (Burbank) on a favorite street San Fernando. We went with Razmik to YMCA in the evening for the first time: a pool, Jacuzzi, sauna, weights, shaping and so on. Everything you want, so cool. I liked it. We spent the night at Karen's in Hollywood.

[Text on margins: Wed 03.24]

We went to the Gold Gym in the morning (Gold Gym) with Karen, Mukhtar. We met Dan. We sat at a café, in the evening Leva gave Mukhtar an old Toyota Camry. We still live in the terrible smoked apartment, i.e. in a prison.

[Text on margins: Thursday 03.25]

Rain. We went for the first time with Mukhtar through the city, later to Edward. Mukhtar has left, I stayed in a car, I am washing it.

IFCD001644

Ex. 82 pg.307 of 436

Out of nowhere there comes <u>a police car</u>!

I am screaming hysterically that I don't speak English, I said few words, I getting out, they aimed bunch of "guns" at me, it is so scary I can't explain it. I am in handcuffs and to the car. In broken English I explained that the car is Mukhtar's, he is at Edward's, they went home to him, they got off and are laughing at me. There are 5 police cars, they all have machine guns, it is raining, a nightmare, a fear, that "goat" neighbor thought that there were stealing a car and something else and she called police. But everything seems to be all right. We are going to Glendale studio in the evening with Mukhtar about school. Meeting with Edward at a ballet school. Later we went to visit Karen, then home.

[Text on margins: 03.26.99 <u>Friday</u>]

We went to wash a car. We are going to a mountain Glendale. We went for a visit to Karen at 1 o'clock in the morning.

[Text on margins: 03.99.28 [illegible] Sunday]

I am calling Edward at 13:00 I have a meeting with him, because Mukhtar left with Karen to meet Bolo. We are driving around, then we are going to their second house on Chevy Chase and also, we are dragging the furniture [illegible], later he is calling Sam, I am leaving with him, then to his home, meeting, a watch as a present. I am going home at 12 in the morning. Mukhtar is sometimes with Karen, sometimes at Edward's. We are going to the restaurant together on a central and [illegible] we are sitting till 1:30, then home, we are still taking pictures. I already know that I am pregnant. P.S. In the afternoon Edward gave the rest of 60$ [illegible] on a card, I am calling home in the evening. To tell Arthur that we are going to meet him.

IFCD001645

Ex. 82 pg.308 of 436

[Text on margins: 03.27.00 Saturday]

We went to YMCA with Karen, bummer, it was closed. Nothing new. We went over to Karen's.

[Text on margins: 03.29.99 Monday]

They took Jeep Wrangler from Edward (Wrangel). Armond (the tadpole) gave 100$ for my problem. We are going to Karen and Natasha in the evening. She found about the doctor, just 350$. I am still going to San Francisco to meet Arthur.

[Text on margins: 03.30.99 Tuesday]

In the morning I'm going to a doctor to Hollywood. They gave me a shot first. Razmik gave 100$. Service at a doctor's office was great, not like in Russia, but it costs money. Then we went to Edward, Sam was there. We went with him, it seems like they have a job for me, a lawyer Steve. But I ruined everything by mentioning San Francisco. As a result, nowhere to go, we went to visit him. [illegible] then we went to the restaurant [illegible] Afisha magazine.

Then we went home. And Mukhtar at the same time went with Edward and they had an unpleasant conversation. Finish.

[Text on margins: 03.31.99 Wednesday]

I am home all day with George and Mukhtar, went to Hollywood to a Russian agent, in the evening we went to the YMCA pool. Arthur called in the morning, he arrived ok, he will fly to New-York in the evening, unfortunately we will not meet him. It's a pity. We went home in the evening.

IFCD001646

Ex. 82 pg.309 of 436

[Text on margins: 04.1.99 Thursday]

Today we were driving around on Edward's car around mountains till the ocean. It is raining all day. Then with George to Oleg Takhtarov (Russian bear [illegible])

Nothing new in the evening, as always fights, drug addicts, it's a living hell. Tanka called home at night.

[Text on margins: 04.2.99]

Sam called, offered to meet. OK, we drove to his house and then went to a Russian restaurant "Russian Village", there I met with Grigory Makarov (an editor of a Russian magazine "Afisha", a bold uncle). Marina Zhuravleva is singing at this restaurant and two Russian girls as backup dancers. (later I met with them).

We went to an American night club for young people (a nightmare), then to "Rasputin" restaurant, there we danced a little + we talked and Sam took me home.

It was crowded all night, playing cards, noise, smoke, walking all night.

[Text on margins: 04.3.99  Saturday]

We went to Hollywood to Karen, after we went to Gold's Gym. They were working out with [illegible], I was sitting and reading in a car, then we went to have dinner to Kari [illegible]. Then we went to drive around the night city. We ate at McDonalds. Sam called me at this time. They wouldn't let me sleep all night, Armenian Easter is at 04.4, that's why there were lots of people, they have a holiday, we have a hell.

[Text on margins: 04.4.99 Sunday]

I went to Karen in the morning. Then to Senguricity to a rehearsal with Mukhtar, it's a restaurant. In the morning a black's brother gave me 20$ for a kiss – asshole! But he got nothing, and I did. After the rehearsal we went to the Russian restaurant. We had a soup in Hollywood.

IFCD001647

Ex. 82 pg.310 of 436

Sam called, I wanted to get money for a doctor from him 150$, but he is a scrooge. He is offering me to go spend a night with him, and go to the doctor in the morning, he may talk to the doctor to wait with payment. A scrooge. I said no. I spent a night at Mukhtar's, last night before the procedure a ding-ding. At home as usual a smoke and a noise.

[Text on margins: 04.5.99 Monday]

To the doctor at 9:00 in the morning, but he was very busy, postponed the meeting till tomorrow. The weather is good, we are going to Palm Springs. On the way we stopped by the mountains, desert, "bang" in nature and we continued, about 2 hours there and 2 hours back. Gas is running out, we met Sos in the evening, I introduced him with Mukhtar, I told him about my problem, he gave me 100$. After we went to a drug addicts' apartment, notice, voice, fight, Mukhtar was fighting and we are gathering stuff and at 12 am we going to Natasha and Karen to live in Hollywood. It's cool here, a separate (single) apartment. You are your own boss. Everything that happens, happens for the best. Hooray, we are living like human beings. The first calm night.

[Text on margins: 04.6.99 Tuesday]

The weather is crap. To the doctor, he put pills in me. Blood work is OK. No sex for two weeks. All day at home, I have a stomachache. Mukhtar was working out at the gym in the evening.

[Text on margins: 04.7.99 Wednesday]

It's pouring. We are going to an old apartment to Glendale, picking up products and the remaining stuff, through the window. We walking on Hollywood blvd. in the afternoon, no money, only for four bananas and that's it. Razmik gave me 30$ in the evening.

I called Sos, he was inviting me for work, to come for a visit.

IFCD001648

[Text on margins: 04.8.99 Thurs]

We are going to downtown with Mukhtar to Sos's work in the afternoon (I am hoping), we don't even have money for parking. Sos introduced us with Olya (his girlfriend) and someone else. He gave me 210$ (10 for [illegible] and gave me another pair of golden earrings and a cross to Mukhtar. He is just <u>Gold!</u> When we were going home, we hit a Russian car, everything is ok thank God. Then I called Levik, he introduced me with Leva right away and offered to meet (it's clear for what). I went to do laundry at night, hooray I have money now. Then I made food and at 11 I went for a walk with Leva and someone else. Walking is not fun of course and he was harassing, go to hell, I took 2 cards for a phone from him. We went to a "white" restaurant with candles. It's all good, but he is so fat, scary and ugly. Not to mention I cannot. Go to hell. He brought me home at night, I called home, that's it.

[Text on margins: after Sos in the afternoon we went to the letters HOLLYWOOD we walked by foot, but we didn't get to it. We took pictures and we fought a little with Mukhtar]

[Text on margins: 04.9.99]

I called home and talked to mom, then I called Armen [illegible] to Cairo. Sam called me, we talked about nothing. At 9:30 in the evening I went to a restaurant on an ocean with Leva. We didn't eat, I told him everything and ok, he understood everything. In the morning we drove to the doctor, everything is ok with me, the process is going on. But no sex. I told this to Leva and he was upset of course, what a bummer.

It is fall in the street like in Russia (7 [illegible]). That's it, he brought me home and told me to call him whenever I decide, he is [illegible], he will not be calling me.

[Text on margins: 04.10.99]

Today we went to Venus beach, Mukhtar was performing there, although today is a good weather, he made almost 80$ for 2 [illegible]. We got lost while we were going there, we got a ticket on a Freeway.

IFCD001649

Ex. 82 pg.312 of 436

As always, we were scared that we don't have enough for gas, when we were going there, we don't even have money for parking. But after we are rich, we even went to a supermarket and spent 35$ for food. At home in the evening.

[Text on margins: 04.11.99 Sunday]

Today is Easter our style! A holiday, a rain all day. We went to the gym at 12:00 to a Hollywood with Natasha, Mukhtar, Karen and me. We worked out for an hour. Then we went with Mukhtar to a restaurant for rehearsal. In the evening I called Edward, he asked me to give back his car. In the evening we sat a little with Natasha and Karen, we celebrated Easter. Luba and Denis were there and their friends.

[Text on margins: 04.12.99 Monday]

I went to a doctor in the morning, but a bummer, we didn't get there soon enough, he is busy, for tomorrow. Rain. We decided that the last day with a car, we will go to Santa-Barbara.  Gas as usual is finished, money is zero. There we took photos. In the evening Mukhtar took a car to Edward. I called Levik. Natasha told us "a happy" news at 9 in the evening, we are being evicted. Our happiness didn't last long. We have to do to Las Vegas this week. Me and Mukhtar were gathering suitcases all evening.

[Text on margins: 04.13.99 Tuesday]

In the morning Nellya came for me and we went to the doctor (because we don't have a car) on the way back I took the bus by myself, and then walked. Everything is ok for me there. They gave me free birth control pills. The rest of the day I am home without [illegible] on suitcases. Today I restore my balance (I mean sex) I called Sos, a disappointment this week, we are not going to Las Vegas.

IFCD001650

Ex. 82 pg.313 of 436

[Text on margins: 04.14.99 Wednesday]

We were walking around Hollywood boulevard and Sunset, because Mukhtar received money. We did photos. He cut his hair. I called Sos in the evening and we talked about Las Vegas, and I called Leva, he is still in New York, later Mukhtar gave me massage.

[Text on margins: 04.15.99 Thursday]

Sos called in the morning, he went today to Las Vegas. In the daytime we drove with Levon, Ramik, Mukhtar to pay his debts (tickets and telephone). We had breakfast at Razmik's home, later we went to the old apartment, where we drank with Mukhtar (what a snake hole, from the walls in the apartment to its residents). These are rusty, good for nothing, nomadic Armenians, how I hate them. Then together with Mukhtar we went to on Rasm. Car chevy to Hollywood boulevard, we bought him a bag, we mainly buy things for him. And at 19:00 we went to YMCA pool, sauna. I worked out a little bit. In the evening, when we went to Razmik, Mukhtar went by the apartment (I stayed in a car), and Seto is there (asshole), he told him everything on his mind about me, but I am not an Armenian. I will live according to my rules. Who is he, what did he do for me personally.  Go to hell. Mukhtar told me all of these later, when I was at his home. It hurt my feelings. That's how today's day ended, ended terribly. I will read a little bit of Konchalovsky now and I will go to sleep. And tomorrow I will have a very, very good day. Ciao.

[Text on margins: 04.16.99 Friday]

Razmik came by in the morning and we went to downtown. We paid Mukhtar's remaining ticket, he bought himself a suede jacket. In the afternoon Razmik gave us a car, we went to Observatory, and then we went by foot, we lay down a little in Nature.

IFCD001651

Ex. 82 pg.314 of 436

At 19:00 we went to the pool, bank, in the evening after the pool we went to a birthday party (Razmin's relatives or friends. I drank tequila. At night I stayed at home (I was so upset, I cannot express with words), and Mukhtar also went on another birthday. He didn't want to take me. At night I called Edward (I cried like a dummy). No one cares about me. I am so tired. I want to go to Russia, but unfortunately I have no money! I also called Leva and Sam. And I went to bed drunk. Mukhtar came around 2:00 at night.

[Text on margins: 04.17.99 Saturday]

I feel so sick (I have a headache, I am nauseous). Hangover. Mukhtar left with Karen to the airport to meet someone, later they will go to meet with Bolo. I called Serzh, Leva, Gevik, Edward. But no one, nothing. No one cares about me. In addition to everything Razmik was harassing me, and when I said no, he told me everything that he thinks about me (that the whole Glendale slept with me, but I said no to him). This sort of gossiping are going around here. But this is not true. As soon as you say no to someone, he will throw it in dirt, like this one, and others are worse. That's how they ruined my mood. I will be packing my suitcases now. Tomorrow morning (at 6 o'clock) we are going to Las Vegas. Sam called, we are going to meet. He gave me 50$. Later I met with Leva. He is promising a lot, but unfortunately nothing. I called Edward. As always we talked about nothing. In the evening we transported things to George's home and we spent a night at his house. We went to bed at one in the morning. Today is two months since I met with Mukhtar.

IFCD001652

Ex. 82 pg.315 of 436

[Text on margins: 04.18.99 Sunday]

We got up at five and at 6 we had a bus to Las Vegas. We drove 4 hours and the first stop was an hour before Las Vegas at a hotel-casino (this is how it is, because the bus is free and you have to gamble 6 hours in a casino). From there we left and at 6 in the evening and in an hour to Las Vegas we came to a casino in Arizona... and now he lives in [illegible], it's so-so. I called Sos, he is not answering. I am very tired today.

[Text on margins: 04.19.99]

Early in the morning Sos called and we met by the hotel, we met with Tigran. Ovik came by and we went to his house, all four of us. Sos flew to Los Angeles today for two days. We sat at Ovik's house and drank tea and went to Bellagio to give tape to Mukhtar. From there Igor (show) has picked us up and took us to another place, where there is work for Mukhtar. At 16:00 we went to a store Ross, I bought myself few things. I wanted to go tanning, but it is too late. Ovik with Tigran came by in the evening and we went to visit Tigran. I swam there in his pool. We sat with him and he took us home at 11. And this is how the day finished.

[Text on margins: 04.20.99 Tuesday]

We went in the morning to eat at McDonald's. At 13 Tigran came and we went to his house, I swam there with him and tanned. At 20 in the evening we went to Bellagio with Mukhtar, he had a performance there. I called Edward, he promised to take me to Washington, but unfortunately a bummer. At 23 Tigran picked us up and we left to MGM to his friends, we sat there somewhere till 2 in the morning. Igor and <u>Jura</u>! are calling friends. I am going to sleep now (3:30), tomorrow I have to get up early at 8 in the morning. Mukhtar has a performance on TV.

IFCD001653

[Text on margins: 04.21.99 Wednesday]

At 8:00 in the morning we went with Edwardo Murino (it's Mukhtar's impresario) we went with him to the shooting. We had breakfast on TV's expense. Later Mukhtar went to the shooting, we stayed there till 13:00, Murilo took us to the hotel. We had dinner with Mukhtar at a hotel. In the evening Tigran took us to the center to Las-Vegas boulevard. We walked there with Mukhtar around different casinos, took pictures. At 24:00 Tigran took us back to the hotel. I called home today and congratulated my dad. I called Sos.

[Text on margins: 04.22.99 Thursday]

We had a fight with Mukhtar in the morning. (As usual I started to gather suitcases at 13:00, we are going to Tigran's home (Tropicana street). Today Mukhtar probably flew to the shootings to [illegible], and from there home to Moscow. And I was left alone, without money, I don't know what to do. I am so sad and upset, that nothing works out for me. I don't know how to get home, on what, I have no money. A nightmare. At 14:00 Sos came by with Tigran [illegible] Jura. They went to drop off Jura, with Gegor (he is a bearded khokhol [Ukrainian]) they came to Los Angeles. Tigran took us to his home. At 20:00 in the evening he took us with him, Sos was there, Ovik and girls, Tanya (Odessa) and twins Marina (Mara) and Ira - Armenians. We went to someone's new home, we looked at a restaurant, we stayed and ate there, later we went to Tigran's home and we sat somewhere till 5 in the morning. Me and Mukhtar went to sleep, and they stayed a little.

[Text on margins: 04.23.99 Friday]

They woke me up at 11:00, because Mukhtar was going to his impresario. Then I went to sleep and woke up at 15:00, Mara woke me up. We sat with her till 18:00 and chatted about how should I be and what to do here. I think she said she will help me, but I don't know, all of this is illegal and I am afraid. Well, we'll see. Ovik and Tigran came in the evening, I am gathering, we agreed. With Mara and others, that we'll go to a club. But later she called and said other time.

IFCD001654

Ex. 82 pg.317 of 436

[illegible], then I went with Ovik and Tigran, I met Olya (it is Sosa's girlfriend) and later we drove around with Tigran. When we came home, a cow licked Mukhtar, he went to have fun, what a dog.

[Text on margins: 04.24.99 Saturday]

Today is five months since I am in America. Nothing new, all day at home. Only in the evening Mar[illegible] came for us and we went to different casinos. Sos called in the evening again, he is offering to introduce me with someone, but all of these are moved to tomorrow. Later we watched a video with Mukhtar and went to sleep.

[Text on margins: 04.25.99 Sunday]

At 8 in the morning Mukhtar flew to [illegible], I feel so terrible and sad!!! I don't know what to do now. Today I died my hair beige, I had breakfast and cried, I miss Mukhtar. Sos didn't introduce me with anybody, only promises, disappointments. We went with Tigran and drove around the city, we ate dinner at a restaurant and went home. I want to sleep so much. But I can't, I am alone, I miss him so much, Mukhtar!!!

[Text on margins: 04.26.99 Monday]

We went to a new house in the morning, I don't know who bought, Sos was there and Tigran, I helped them to clean up. I talked with Sos, nothing good is waiting for me here. We came home, I went to get a tan, to bathe, and Tigran left, I miss Mukhtar so much. Then I made borsch. I called Leva, he promised me to call back. I called Muralo, I think we have meeting at 7 o'clock in the evening. I want to go with him tomorrow to meat Mukhtar. We didn't meet with Murilo, we postponed the meeting till tomorrow. I went with Tigran in the evening to Stratosphere, I was scared to ride it (it's a ride on the 106th floor. Later we sat at a bar in Rio (5th floor).

IFCD001655

Ex. 82 pg.318 of 436

[Text on margins: 04.27.99 Tuesday]

I had a disappointment with airport. Muralo probably pissed on me for yesterday. So, I am not going to meet Mukhtar. I called Edward, I promised to come on Thursday with a friend [illegible] as if for me. Mukhtar didn't arrive today, he has to come tomorrow. I called Leva, we talked about nothing. I called the girls Mari and Ira. Today I am all day at Tigran's without leaving. Only in the evening I have plans. I went for a walk at 18, I sat in a bus and left. Later at 10:30 we went with Tigran to a show to MGM (special effects) it's cool! In the evening he introduced me with Suren. We went to a bar in the evening, Mara was waiting for me there with her girlfriend, we sat down, nothing much and went home.

[Text on margins: 04.28.99 Wednesday]

Today Mukhtar arrived from Chile, unfortunately I didn't meet him. Together with Tigran we went to an immigration, they extended my visa for 6 months (120$). But I don't want to stay so long. I called Mukhtar in the afternoon, Lera has to come by now and we will go home with Murilo, then we will drive around. Mukhtar is flying tonight to Los Angeles at 8 in the evening. And tomorrow at 16 to Moscow. He is so lucky. I want to go home so much. Lera came and we went to Muralo, we took Mukhtar, I am so glad to see him, but I don't know about him, he is still has an eye on Mara. I gave him photos. We went for his errands first, then we went to Mara's house. We sat a little longer, then later we left, me and Ira to see him off at the airport. We almost got late for the plane, we ran like crazy 5 minutes before the flight, they got Mukhtar on a plane. His goodbye to me was cold, he said a better goodbye with Ira and Mara, with me just like that, he is mad. I almost cried when we were coming back together with Ira, God how terrible I am, and bored, sad, lonely. We came home in the evening and later we went with Mara, Mona (it is his girlfriend) to the restaurant casino mirage. We ate there. Later a black girl Elsi came, a pretty girl.  We sat and ate, then we went to another casino Art… I don't remember. And that's it, we went home at night to Mara. I stayed there overnight. We chatted a little, she was mainly telling me about her life, and at 3 in the morning we went to bed.

IFCD001656

Ex. 82 pg.319 of 436

[Text on margins: 04.29.99 Thursday]

I woke up late, it's a bad weather, rain, my soul is sad. We did nothing, all day we sat at home. At 16:00 Mukhtar called from the airport. He is flying to Moscow today, so lucky. I talked to him and again I got upset. I wonder when I will see him again. I wonder when I'll see him again. I called later at 20:00. Edwardo has to come today and we will meet. At 12:00 we went at night with Mara to Mirage, there we first met with Elsy, and later at 2 in the morning they came, Edward and Tarkhan (Kazak, a bun), so ugly, it's not easy to find one. We went and ate at a restaurant all together. Tarkhan later went for a sleep, he got tired of our company, and this cadre is for me. Edward decided that he will help me, but I doubt it. And then all four of us got up to Edwards room, later Elsy left. And the three of us stayed till morning, although it was already 6 o'clock. We lay down a little and at 8 o'clock in the morning me and Mara went home. I sort of moved to her, I don't want to go to Tigran's to sleep. He is harassing me, I am disgusted by him and I cannot forget Mukhtar.

[Text on margins: 04.30.99 Friday]

Around 10 in the morning I fell asleep, because I didn't sleep all night till dinner. At dinnertime I called Leva, we talked. Edward sort of invited us to his show, but it is quiet. We were home today, didn't go anywhere. At 23:00 in the evening first we went to Tigran to take my stuff, because parents are coming tomorrow. Later we met at MGM with Edward and Tarkhan. I wanted to go to a night club, but unfortunately no one wants to. We went to a bar, Leana came, but she didn't stay long, then she left. They lied to us about the show. Then I went to [illegible] to Mirage. We separated in pairs, when I came to then in the morning without warning, he yelled at me and cursed, I said he doesn't want to see me again.

IFCD001657

Ex. 82 pg.320 of 436

That I ruined everything for him, what an asshole. Basically, I will not have anything to do with him any longer, go to hell, freaking "king" with a fat gut. It's a good thing I had time to take a picture of him in memory. I will be looking at it and hell with this animal. That's it, we had a fight. In the morning together with Mara we went home, Ira came with us. This asshole Edwardo didn't even let us stay in a room till 12 o'clock, it is paid for. Because Mara disappointed him first, and then me with my visit. He got mad and [illegible]. Screw him…. A simple asshole. He also talked shit about Mukhtar, he might want to look in the mirror.

[Text on margins: 05.1.99 Saturday]

I don't want to sleep, we started to do the cleaning an apartment at 10 in the morning. Then I went to get a tan and decided to sleep in the afternoon, maybe today we'll go to Los Angeles. I don't know yet. That's it, we slept all evening and slept at night.

[Text on margins: 05.2.99 Sunday]

IFCD001658

Ex. 82 pg.321 of 436

[Text on margins: 05.23 Sunday]

Mara and Tigran didn't go. I worked from morning till evening. During the day Mara came to drink coffee. Jurka picked me up in the evening, I got my 2nd salary 220$. We have guests at home [illegible] some Slava, [illegible], Robka.

We sat for about till 2 in the morning. Then I was talking with Mark till about 2 in the morning. Then I talked to Mark around 4, Jurka fell asleep, and I fell asleep with Mara. In the morning I came to Jurka's [illegible].

[Text on margins: 05.24. Monday]

We slept till dinner on a day off, then we went to dinner to Alenka with Vovka, we ate [illegible], then with Alenka we went to ROSS and other stores, Mara's friend Leana came to her and they are leaving. He picked us up at 20:00 from store, I was with Caroll[illegible] baby (Tigran took Alenka to school). [illegible] and brought home. Mara and Tigran were already gone, there was no dinner, they left. Serioga called in the evening. Tomorrow I have a day off, hooray I am resting. We watched a movie in the evening and I think that's it. I bought shoes today and [illegible].

[Text on margins: 05.25 Tuesday]

Today is a second day off, we slept till 13:00, then cleaning, washing was yesterday, then Alenka came with a baby and we went to another ROSS on sunset. Then I went to visit them for a short time, and then home. I was sorting clothes at home. That's it.

[Text on margins: 05.26 Wednesday]

I went to work today, there was little work, not an all day. I got home early in the evening at 9:30 in the evening. I don't know what to do, maybe we will go and take suitcases, that's it. We went for a suitcase with Romka and Jurka, home in the evening and sleep.

[Text on margins: 05.27 Thursday]

To work in the morning. No news. In the evening to the restaurant, Leva called, we talked, he promised to call tomorrow. At 10:00 in the evening we went home and we are home together with Jurka, we watched TV.

[Text on margins: 05.28 Friday]

Nothing new yet, work all day. I got Jurka's clothes from dry-cleaners and photos. That's it for now, we went to the movies in the evening, saw "Mummy" with Alenka and Vovka.

IFCD001659

[Text on margins: 05.29. Saturday]

Nothing new, usual day and usual evening. Only in the evening Romka came to visit us with his friend Anka. She is nothing great. They were siting till morning and I went to sleep.

[Text on margins: 05.30. Sunday]

Today is a terrible day, starting from morning, because I didn't sleep enough, because Jurka went to take out the garbage at 6 in the morning, and when he came back, I didn't hear, only when I woke up, I saw that he is not with me and I started to worry. But he was just sleeping in another room. Then a crazy day at work, there were a lot of people. And they were offering another job. But that's ok, we'll see. We were at home in the evening.

[Text on margins: 05.31. Monday]

It is a holiday today. Jurka went in the morning with Romka to clean an aquarium. I decided to wash window bars. Then they came and made dinner. A day later we went to the ocean to Malibu with Alenka. When we were taking pictures, I got covered by a wave, that was great, but it was cold. We went in the evening with Jurka to a sauna and Jacuzzi "Splash". It was great. That's it, we went home in the evening, watching TV. I called at night and congratulated Dimka with birthday, I was talking with Chernitsova and Zayats. That's it, we went to sleep.

[Text on margins: 06.1 Tuesday]

I am home all day, it's cleaning in the afternoon. Ainar and Alenka came in the evening. And that's it, I called Pashka Radchenko. And nothing much.

[Text on margins: 06.2 Wednesday]

To work in the morning. I worked all day. Jurka picked me up. In the evening. But today sort of a happy news, that in two weeks in a restaurant where I am working, they will be shooting a movie, where Robert De Niro is playing. Last night Romka stayed with us. Today is a month since me and Jurka met, but something is not right.

[Text on margins: 06.3. Thursday]

Work. I called Leshka Rytik, I talked to her, and that's it. I went home in the evening. Nothing new, bad and good.

IFCD001660

[Text on margins: 06.4 Friday]

It is a usual day in the morning. Jurka with Marik came to me in the evening. Then I saw Surik. We talked, we decided everything. I worked till late today. Jurka is sitting at a party and drinking vodka. At night Romka and Anka came for a visit. We stayed till 5 in the morning.

[Text on margins: 06.5 Saturday]

We woke up at 9 in the morning. I prepared, and I refused to work tomorrow. And we went to a nature with Romka and Anka. Everybody were there already. Again we are talking about old connections. I called Zayats, Jurka went to the Valley in the evening. He got home late. He didn't eat, maybe he ate somewhere. That's it, we are going to sleep.

[Text on margins: 06.6. Sunday]

I went to work in the morning. I was running around all day. In the afternoon Khamik and Vadik came. And then they came with Jurka. In the evening Jurka and Vadik picked me up. There was an incident with Sergey about a change of 20$, when Khamik paid. I received my salary in the evening. 160$, because I didn't work on Saturday. Jura was drunk as usual. We went to sleep, Romka came at night.

[Text on margins: 06.7 Monday]

At 10:00 in the morning Anka came and we went to DMV, I wanted to take a permit. But there were lots of people and we took an appointment for another Tuesday. We went and bought a telephone, card, mail, we wanted to go to the church, but it was closed. That's it, she brought me home. For dinner me and Jurka went to Alyona and Vovka. Then we went home to watch TV, crack sunflower seeds. Romka came in the evening. At 2 o'clock at night Tigran came. I was doing laundry in the afternoon. I was going to the store in the evening and I met uncle Sergey.

[Text on margins: 06.8 Tuesday]

We woke up in the morning, I called Alenka and we went with her to the store, bought t-shirts and blouses for work. Then I went to visit Alenka, I stayed there a little. In daytime, Jurka and Tigran bought meat and in the evening they made shashlik. At Alenka's I got very upset about our relationships with Jurka, when I came I told him about this.

IFCD001661

Sos came in the daytime, Igor and someone else in the evening, Alyona and Vova came for shashlik, Khamik. Later. Romka, Jurka invited Igor with Leshka for shashliks, they did not come and he went to them to home, he was talking with them. We stayed till about 3 in the morning. Jurka was drunk and he also smoked weed. A nightmare, he wants to be a bad boy, so that I would live him myself in three days.

[Text on margins: 06.9 Wednesday]

I am going to work in the morning. At 2 in the afternoon Jurka came with Vadik. Jurka ate. I called Alyona. They sort of have plans for the evening. Uncle Seriozha came to eat in the afternoon with his friend. Also, they were here for the opening of a restaurant, they game me $10 personally, but Sergey saw it and said this is all restaurant's money. I called Sos, we talked to him in the evening, Jurka picked me up from work, we didn't go anywhere. I made dinner and that's it, we went to sleep.

[Text on margins: 06.10 Thursday]

To work in the morning, everything is without a change in daytime. Jurka is busy with work, sometimes with Tigran, sometimes with Igor. That's it, nothing new so far. In the evening, Jurka came to pick me up. Later Romka came and we sat down for a while and went to sleep. Tigran left at night.

[Text on margins: 06.11. Friday]

To work in the morning. In the evening Karen and Natashka came to eat. We talked. They don't understand why I disappeared. I promised to call and soon we will see each other. Jurka came to pick me up in the evening on Vovka's car. They were visiting us in the evening. In the afternoon I talked with Alenka. Jurka is drunk as always. Today it's been a month that I am working at a restaurant. Today I worked till 12:00 in the morning.

[Text on margins: 06.12. Saturday]

I've been running all day. Lots of work.

IFCD001662

Ex. 82 pg.325 of 436

I called to congratulate Chernitsova. I called Alenka, we chatted. I called Anka, Natashka, I left a message. I called Makekha, she is not there, I talked to Vovka. Leva called me in the evening, he thinks there is something for me. We'll make an appointment for Monday. At 11:00 in the evening Jurka picked me up I took a walk with him. He had a fight with Alyona (Igor's). We watched a movie at night and went to sleep.

[Text on margins: 06.13. Sunday]

Jurka left at 9 in the morning with Vovka, Alyona and [illegible] to Vovka's sister, it is in old Las-Vegas. I am going to work as usual. In daytime there is lots of work, what will be in the evening, I don't know. Ovin picked me up from work in the evening, Jurka wasn't at home yet. Then we watched TV together and went to sleep. He told me where they went, what kind of house. I got my salary 200$.

[Text on margins: 06.14. Monday]

Today is a holiday, we slept till 11:00, then cleaning, washing, going to the store. I went to work in daytime, took clothes to dry-cleaners. Then to RITE AID I bought all kinds of junk for $50. Raymond came, then came Vadik with a work friend for Jurka. I called Leva, Natashka in the afternoon. They came to visit us with Natashka and Karen. Anka and Roma came. Me and Anka were filling out documents. Also, Igor/An came in the afternoon. They found out everything with Jurchik and went apart. I went to Alenka, I bought tea from her. I sort of read traffic rules and went to sleep. P.S. In the afternoon when I was going home, a black man was harassing me, he was offering to shoot a video, I don't know if it is bullshit or not.

[Text on margins: 06.15 Tuesday]

At 8 in the morning, I got up to pass a permit exam (it's a theory of driving rules). They took pictures of me and fingerprints, I paid $12 and I went to take it, but unfortunately, I couldn't, I made 8 mistakes, but there was only 5 allowed, but none in road signs. I was so upset, I went home by foot, then I bought fruit by Alexis' house, but they had no blackberries. In the afternoon I went with [illegible], to laundry and around the stores. Then they left for their business, and I went to Ross,

IFCD001663

Ex. 82 pg.326 of 436

I bought pants there and a blouse for 50$. In the evening I had no time to mail letter. In the evening Romka came for a visit, then Anka, Vovka. In the evening they invited us Kabashka with Karen. But Jurka didn't want to and we didn't go. Also, George called with Ripa, we chatted. Evening, house, getting ready for tomorrow, ironing. Ripa said that if needed she will call me for the shooting extras with Robert De Niro. That would be cool!

[Text on margins: 06.16. Wednesday]

In the morning Jurka went with Vovka for his business. I washed the floors and went to work. It was quiet in the afternoon, I called Jurka, he will go with Vovka, there are lots of banquettes in the evening, I don't know yet how it is going to be. In the evening Jurka picked me up, I was learning traffic rules at night and to sleep.

[Text on margins: 06.11 Thursday]

In the morning at 8:00 I went to get a permit, I passed it. At 10:00 Mara with Razmik came and we went with them to get my social security. But it was a disappointment, from Monday there is a new law that forbids having a driver's license for people with tourist visas. I have no luck and how should I fight this. I called different offices, it's a bummer everywhere and I went to work at 11:45. There was little work today. I called Samsonova today about sending money. About Zhenka from Europe plus we chatted. Then I called Armen to Vegas, Polina Radchenko, then I called Anka, I talked about medicine from cuts. And at home are Mesra, Khachik, Juras are eating, drinking. At 10:00 in the evening, Hurka and Khachik picked me up from work. Later me and Margo went to a billiard club to talk to a host about me, and my employment. I will call tomorrow and it will be clear, but there also they pay little. At night Mara went home with Razmik.

[Text on margins: 06.18 Friday]

Today at 7 in the morning Jurka went to work, and I also went later at 11. Work is work. I called Alenka. It's just another day.

IFCD001664

Ex. 82 pg.327 of 436

[Text on margins: 06.19 Saturday]

I worked all day. In the evening Jurka came to pick me up. He went with Vovka and Alenka to find the car. Today Jura moved things around, it is much better now. Bedroom and a showroom, I called Tanka, but she is not home. I called home and talked to dad. We went to bed at night. Today I found a very cheap telephone card to call Russia in a store called Shalom.

[Text on margins: 06.20 Sunday]

I am going to work in the morning, it's a crazy house at work from 12 to 12 I am running. Today is father's day. I called Jurka and congratulated him, Andrey and him went today and celebrated. In the afternoon he went to Vovka with Alyona to celebrate buying of a new car, and in the evening we were sitting at home with Khamik. This evening Jura lost his wallet. He was very drunk, he is drinking all day. They tricked me pretty well in the evening, as if Jurka cut his finger off. And I am naïve, believed it. Khamik picked me up from work, and at home Jurka pretended to be sitting and dying. In the evening Khazanov came to us, but I excused myself, because [illegible] has an emergency, but thank God everything is ok. This was an evil joke. Then Romka came, they stayed in bed later. I got $220 today.

[Text on margins: 06.21 Monday]

Jurka went to work in the morning, I slept till 11, and then I washed floors, laundry, cooking. In the afternoon Jurka slept after work, later Romka came, Raymon, they were solving Jurka's problems in connection to a lost wallet. I am home all day, there was no sun. In the evening I sorted my clothes, suitcases. No more news.

[Text on margins: 06.22. Tues]

Basically, we woke up early with Jurka, at 9 then at 12 we went with Khamik to DMV on Jurka's business, after we went and ate on Hollywood with Armenians.

IFCD001665

Ex. 82 pg.328 of 436

I called Irka, I wanted to come to her to see her blouse, maybe buy, but unfortunately because we don't have money yet, it is not worth it. Then at 15:00 we went to a billiard to talk about work, but unfortunately everywhere you have to know the language. Then we went to a studio, where I worked Al was so ugly. Then we went to a post office, I finally sent a letter, Rytik, Sivash, Zayatz and mom, but on Sivash's address I paid $16.  Then I bought a telephone card. Later I called home and talked to mom, I called a firm where I got my visa to find out Sveta Semenova's phone number. Mara called, then I called Ripa, we talked and I think that's it, then Khamin left. I called Alyona. I went to sleep in the evening.

[Text on margins: 06.23 Wednesday]

I stayed with Jura little bit in the morning, then I went to work, there was very little work. I talked with Alyona, they are going to Disneyland on Sunday. If I manage, I want to go too. I called Tsekalki, she changed her phone number. I found out from her mom. I called [illegible]. Better late than never. I said happy birthday. I called Natashka, I think we will meet next weekend. I called Anka, I want to go to Gold's gym to work out, I am getting so fat, I bought one month membership and we'll go together. At 9 in the evening there was no work, Jurka and Khamik picked me up. I think that was it.

[Text on margins: 06.24. Thursday]

Jura worked in moving from 7 in the morning till 9 in the evening. I was at my place. I worked till 11 in the evening, Ovek took me home, because Jurka was tired and was at home. Romka came by in the evening, no news, I talked with Vovka about a package to [illegible]. I think it is a problem and it is expensive and it will take a long time to get there. Jura was so tired, that he went to bed right away.

IFCD001666

Ex. 82 pg.329 of 436

[Text on margins: 06.25 Friday]

I went to work in the morning. I think there was no news. Jurka came to pick me up in the evening.


[Text on margins: 06.26 Saturday]

This evening Armenians gave me flowers. Jurka picked me up in the evening. He was having fun at Disneyland today, I didn't go. I decided to work. Maybe someday we'll go with Jurka.


[Text on margins: 06.27 Sunday]

There was a lot of work today, but at 9 pm in was quiet. I myself went home today, because Jurka was very tired, mood is crappy. I received $200. There were guests in the evening, and nothing at night. I called aunt Olya today, I talked to Romka.


[Text on margins: 06.28 Monday]

Arthur called me this morning, it was unexpected for me. Then I called Alenka, Mara. Jurka is not talking to me at work. We are not good. I cleaned, did laundry in the afternoon. Then I went to get a tan to Alenka. In the evening Romka and Anka came. Jura [illegible] me about the flowers. He is not talking to me. Nothing in the evening. In the evening we went to the store with him, but it was closed, a bummer.


[Text on margins: 06.29. Tuesday]

In the morning, even in the afternoon, Jurka didn't kiss me, basically the things are not good. At 11:00 I went to [illegible] to buy fruit. We sat and chatted and I bought $15 worth of fruit. Then we went with her to Ross, I bought shoes $15 and underwear. After I gave the shoes to Alenka, I didn't want for Jurka to see that I bought it.

IFCD001667

I came home a little earlier than Jurka, Jurka says nothing to me, we went together for fish and I bought myself lots of creams (also from cellulite) for $100. Jurka [illegible] didn't buy, we went home. That's it, Khamik came in the evening, I couldn't sleep at night. We watched the movie Mimino, later we sort of made up, but we couldn't sleep anyways. Then Jurka apologized and I felt better. We fell asleep at 5 in the morning.

[Text on margins: 06.30. Wednesday]

The only thing that is bothering me today is the strange feeling below the waist. Jurka went to work in the morning and later I did as well. At work as usual I came back myself. Jurka is tired. Then came [illegible], [illegible], Maks and they stayed a little. Later we went to sleep. Today I bought telephone cards for $40 and different newspapers, I am sending to Khabarovsk account. Today I took my necklaces to me fixed.

[Text on margins: 07.1. Thursday]

I went to ROSS in the morning, I want to buy a pearl pendant, but there is nothing. I came to work at 11:45. In the morning I went [illegible] to Alyonka and gave her a tape and took my shoes. In the afternoon I called Makekha (letters didn't come yet) [illegible] (I have to call 07.03) Anka and about the gynecologist, tomorrow I have an appointment, I think all of this is free. I picked up my necklaces – cool! In the evening we worked till 11, Sergey took me home, because Jurka was very tired and he is laying down resting, tonight he is leaving to San Francisco. We stayed a little bit, Jurka has left, and I forgot to give the necklace; God, please let everything to be all right, I called home and went to sleep, I have to get up early in the morning and walk a lot to a gynecologist.

IFCD001668

Ex. 82 pg.331 of 436

[Text on margins: 07.2. Friday]

I didn't go to a gynecologist in the morning. Today I had too much work till 1 in the morning. Jurka came in the evening from San Francisco. [illegible]. Sergey took me home.

[Text on margins: 07.3. Saturday]

Jurka went to work in the morning, I went later, I was on diet today till 3 by Veronika's method. In the evening Jurka picked me up. Nothing new, I think.

[Text on margins: 07.4. Sunday]

Today is a holiday in America, an Independence Day. Jurka worked in the morning, thank God today there was little work. In the evening Jurka picked me up. They were already celebrating Cot's (Vova) birthday at a Troika restaurant. Later I went there. I receive $240 today. We sat at a restaurant, danced, later we went to a strip bar with Romka, but it was a bummer. Then we came home. They also drank at home and went to sleep. I have a celebration today, Mashka started (a three-day shift). [illegible].

[Text on margins: 07.5. Monday]

Today is a holiday all over America. But I am going to work instead of Ovik, he is in Vegas. Jurka is in bed at home, he didn't go to work today, he has a hangover. Romka also stayed with us overnight, he also slept late in the morning.

IFCD001669

During the day Jurka and Max came to me to the restaurant to eat. Today there were few people. I wasn't hungry the third day. I called mom, Natasha, Tamara [illegible] is coming on the 20t. bummer, I need money.

In the evening Jurka picked me up and we went to the store, and then I went home. I think that's it. Tonight Lenka called, she got a letter.

[Text on margins: 07.6. Tuesday]

I have a holiday today. Today is laundry, cleaning, cooking, re-arranging. On 15th Jurka's friends have to come from Vilnius and they will be living here. Andrey came by, we ate, drank wine and they left with Jurka. Anka came, she brought a tanning cream. I slept a little in the evening. In the evening they left with Andrey to a casino, I am finding this out by phone and I am very upset, that I am telling him everything on a phone, he turned it off later, and I am very upset, mad and nervous. Anka called, tomorrow we are not going anywhere, I think. At 11:00 Jurka came, and I started to fight with him in the heat of the moment. He didn't like this a bit and everything turned against me. I turned out to be the most guilty and as always he held a grudge against me. Romka came at night and he probably told him everything. Jurka also asked me not to use this cream, it's very unattractive. I ironed bedsheets in the evening.

[Text on margins: 07.7. Wednesday]

We woke up together, we are both resting, nothing is working out today about going somewhere and having fun. We spent a day in bed, watched TV, we ate and slept. Then Andrey came, they stayed for a while. Then we went to BIG K with Jurka to buy a fan.

IFCD001670

Ex. 82 pg.333 of 436

Then we went to get a Chinese food and went home to eat, then we went to a Home Depot to buy everything for a waterfall fountain. Jurka was buying, I went to a grocery store to buy food. Later we went home and I think that's it. I called mom, I wanted to find out how to make a salad from crabs. Then we went to sleep, to watch a movie.

[Text on margins: 07.8. Thursday]

I went to work in the morning. Jurka is resting today. At 12 Tamara Pavlovna called, it turns out she is here just for one day and she needs money. They are leaving tomorrow morning, what a bummer, I don't have money. I called Jurka, he is walking around all day, sometimes he is drinking with Andrey or Khamik. I finally called him at 18 in the evening. He said he will give his money. I called Leva, I wanted to borrow from him, but a bummer. In the evening Tamara Pavlov came to me at 11 in the evening, I gave her $520 as a loan and $200 for mom. We met someone with [illegible]. Ovik took me home. At home at night Jura ruined my mood, drunk as always, Romka came, later Robca called, Jurka's friend. He is coming tomorrow or the day after tomorrow. Today just disappointing news, I don't know how we'll live. Well, that's all-right we live tightly but happily. Jurka told me today that he doesn't love me – that's it.

[Text on margins: 07.9. Friday]

We woke up together in the morning, did our morning routine. He is going to run errands with Khamik, then to work at 2 o'clock. Khamik took me to work in the morning. There is no news yet. At work I met with Edik (he looks a lot like a Chechen), but he is an Armenian. He is offering a job, well, we shall see. I called Natashka Rassipnova, Zayats in the afternoon, we talked. Zayats promised to send a video tape. And she still didn't receive letters. In the evening at 11:30 Edik picked me up from work and took me home. We agreed that on Monday I will call him.

IFCD001671

Ex. 82 pg.334 of 436

We sat and chatted with Jurka in the evening and went to sleep. At home they are building a waterfall, a fountain and so on.

[Text on margins: 07.10. Saturday]

In the morning shower, tea, wine and to work, I didn't win a lottery. Jurka said Robka was late for his plane and he will fly on Monday. It is a lot of work today, I hope to God there will be little work. That's it for now. At 20:00 Jurka is calling and is say I should ask for a day off. I did and we (Khamik, someone else, Jurka, me) are going to Santa Monika to a walking street, we sat at a restaurant, had dinner, a drunk Jew, I have a headache. We got home at 1 in the morning. Jurka is sick, I went to sleep around 2 in the morning.

[Text on margins: 07.11. Sunday]

Shower in the morning and I went to sleep. I didn't win the lottery. Jurka is building all day. It is hot in the street, unbearable. Work all day. In the evening Jurchik with Romka went to Anka's parents. He promised to pick me up and drive to Jacuzzi. I finished early in the evening at 9. Jurka didn't pick me up, he has no time.  Ovik took me home. I got my salary $200. Jurka and Romka came at 11 and drank beer all evening. And then we went to sleep.

[Text on margins: 07.12. Monday]

We got up in the morning, I have a day off, Jurka went to work, and I cleaned, then they came to have dinner and went to meet Robert with Skirma. I finished washing floors, laundry. Today is a horrible heat. They all came at 5 in the evening. Then Romka and the other Andrey. We were drinking for his friends' arrival. They went to get some sleep in the evening and then Romka came, they were sitting and watching video recording from Lithuania. Then we decided to sleep, but at 2 in the morning Robert and Sergey woke up and we went to sleep to another room, and they were walking all evening, eating and so on. At 2 Lenka [illegible] called me.

IFCD001672

[Text on margins: 07.13. Tuesday]

We woke up. Skirma and Robert went for a walk with kids, and to stores. I started to clean, wash floors, then they came and we started to cook (Zeppelins). Jurchik was at work from morning till dinner for 4 hours was at work. Then we all started to eat, they drank, then they went. Then at home it was too humid and guests went for a walk to the street, and we stayed. Jurchik left in the evening to Andrey to fix TV and I was alone. By the way, in the afternoon I called Edward, but unfortunately, he flew to New York. So, it is a disappointment with work. Robert's kids don't speak Russian. I gave my money to Jurka. The guests didn't come home to sleep. Anya called today, Anya and Sasha (it is Dalkoy with Tamara Pavl.) they agreed to meet next week, Jurka came and we all went to sleep.

[Text on margins: 07.14 Wednesday]

At night or in the morning at 6 o'clock Robert came and then he left. Jurchik went to work in the morning, but not for long, he already came at 11, and I went to work, on the way I met our guests, they were going home. That's it, I was at home all day. In the evening I finished at 10 and I went home by myself, because Jurchik was waiting his accountant. I saw Leva in the afternoon, he went over to my neighbors. We talked about nothing. I came home. Our guests were also visiting Andrey for shashlik. Then in the evening Jurka, Skirma and I went to get a watermelon. We ate and went to sleep.

[Text on margins: 07.15. Thursday]

Jurchik is at work in the morning, he went to Las Vegas with Andrey. Before work I simply went by the post office, I sent Jura's letters. And then back to work, I don't have any work all day. In the evening we finished at 10.

IFCD001673

Ovek took me home. I called Mara, Jurka. They are at a casino at 2 in the morning. I did laundry at night. Our guests are sleeping already. I called Jurka, he says he is coming tomorrow morning. My things are still in Vegas (the skirt, by the way Mara doesn't remember about it. Is it time to say bye-bye to her?). I went to sleep at one in the morning.

[Text on margins: 07.16 Friday]

Jurchik came at 9 in the morning. He had breakfast and he went to sleep till dinner, and then he will go to work. Kids woke up early, Robert went for a walk in the morning, but he came at 11. Before work I talked with him a little bit and I went to work. On the way home an Armenian was harassing me, he says he sees me all the time how I walk to work. I will take pants for hemming today, this costs $14. I am at work all day, today probably I will have lots of work. I finished at 11 in the evening, Serioga took me home. We chatted a little bit with Jurchik and went to sleep.

[Text on margins: 07.17. Saturday]

Jurka has a holiday today, I am going to work in the morning and today is an awful day. There were lots of people. And in the evening a banquette with musicians. I called Makekha today, I said happy birthday. She received a letter. In the evening we finished work at 2 o'clock in the morning. Jurka, Robert, Khamik came to me and took me. Jurik is upset, he is very unhappy about something, he is talking to me through teeth. I went at night and bought myself a shampoo for $30. Today I bought a telephone card, I dropped off Jurka's pants $8, I received photos $11. I picked up my pants, they are ready. Jurka went to bed, he didn't even say good night. We all got drunk again together. I received $100, the rest tomorrow.

IFCD001674

Ex. 82 pg.337 of 436

[Text on margins: 07.18.  Sunday ]

Jurchik is going to work in the morning. And me too. I want to go to sleep a lot. I've been running all day. I called mom and Tanka Zaika, but I didn't get through. In the evening Jurchik came to pick me up on Robert's car (they rented it on Friday for a week). We went to the store, bought a watermelon and went home. Today I received the rest of the money $100 and gave it to Jurchik.

[Text on margins: 07.19 Monday]

Today is a holiday, I woke up, we ate. We, Skirma, Robert, kids and I went to a Long Beach to find and look at the apartment for them. We ate in the afternoon, we rode on barf-inducing rides all day and all night. And Jurechka stayed at home. We went to the store in the evening for food and went home. Jurka went and paid for apartment. We ate, he made food, we sat down and watched TV and went to bed. Today I should have gone to the weight losing, but Dorka talked me out ~~today~~ . Also today Romka came, then Igor, they sorted out their relationships. I don't know what they were saying about me. [illegible] he wasn't in the mood, it turns out he was upset about it on Saturday, and our TV is not showing Russian programs.

[Text on margins: 07.20 Tuesday]

Today Jurchik is working. And we slept till lunch, then I went to do laundry, and they went to see an apartment. Then they picked me up, and took me home, I stayed with kids at home and I was washing floors. Jurchik came not at 4, but at 7 in the evening (as it turned out, he was just drinking all this time, and I didn't even notice, that he is drunk). I am at home in the evening, Robka and Skirma came. Men were sitting and drinking wine. All evening at home. I called Anka with Sasha, I wanted us to meet today, but they can't they postponed it to Thursday or Friday.

IFCD001675

Jurka got drunk and as usual he got on my nerves. He was sick from wine, he vomited and went to sleep. And today he told me that he loves me, but I don't believe him.

[Text on margins: 07.21. Wednesday]

I woke up in the morning, they disturbed us. Jurka is not working today. Romka came in the morning and I went to work, and they continued. Today was little work. I called Zayats. They also all received photos. I called Edik, but it is some kind of nonsense. I worked till 10 in the evening. Jurka came for me and we went to "Splash" to a Jacuzzi. He was all day at home, if he is not lying to me. I saw a writing in his journal, that he was without me at [illegible].  How to believe him, after leopard changes his spots. We came home, watched a movie and went to sleep. I picked up Jurka's pants, not very good.

[Text on margins: 07.22. Thursday]

I went to work in the morning. I took my pants to dry-cleaners. Jurka is at home, he is resting today. I have doubts about Splash, should I ask or not, I don't know? But it is hard to [illegible], you can see the traces. There was little work in the afternoon, we called in the evening with Jurka, he is home all day, or drinking with Andrey, or with Khamik in the evening. God, how to do and who to ask and how to talk to Jurechka not to drink. I am so tired from this drunkenness. I called mom and talked to her, I think everything is all-right. Jura picked me up from work, our guests are also visiting someone. We came at one in the morning. Anya called in the evening about tomorrow. [illegible]. Jurka is sick, it's either a heart or a heartburn or [illegible] wants to punch him in face. Ainar brought stolen goods and we were looking at it, nothing for me. But everything is very cheap.

[Text on margins: 07.23 Friday]

I am going to work, but everyone else still stayed at home, Andrey came and Jurka is sitting at home, and what else is unknown, he will not tell me anyways. From morning we were looking at goods together.

IFCD001676

Ex. 82 pg.339 of 436

It is little work during the day, I hope to God that there is also little work in the evening. Leva called, we agreed to meet for Monday. I am calling Edik everywhere, it is pointless to [illegible] him, they lied to me again. Jurka knows how to ruin my mood. That's it, I will not call him today, let him walk [illegible]. Anya and Sasha called about tonight, I don't know if it is still happening. We postponed meeting with Anya till Monday. Edik is still in New York. I called Jurka, he is drinking beer with Khamik. As a result, I am calling him again. He is saying come from work and we will go to mountains. I ask for a day off, they are coming to pick me up at 8:30 in the evening, there were also Alenka and Vovka and we all went together to the restaurant in Burbank (I've been there already), it has a beautiful view. We sat there, talked, I drank a little bit of "[illegible] cocktail". We sat till 11 in the evening and we went home. In the evening at home we took shower and went to sleep and here everything started. Cats are scraping my soul about Jacuzzi, I also told him leopard can never change its spots and so on. Basically, that is how we fought. I didn't sleep all night, I was suffering.

[Text on margins: 07.24. Saturday]

I woke up at 5 in the morning and I can't go to sleep. Jurchik was also suffering, suffering till 6 in the morning and then we made up. I think everything worked out and it is easier now to sleep peacefully. Jurka has to go to work at 8. Basically, we didn't sleep much. I brought to work few things for sale, Ainar's stuff is $30 and that's it. A lot of work in the evening at work. Jurchik worked till evening 6 or 7 I don't know. Our guests are looking for apartment, nothing so far. In the evening Jurchik was with Andrey, I don't know where they are going, I think to a casino, or perhaps somewhere else. ?? But in the evening, at 9 in the evening they came to us to a restaurant for dinner with a bottle. We had many people, they sat, then Andrey left, leaving $40 for dinner, and Jurchik stayed to wait for me. And as we found out later, Andrey called him with him to [illegible] TV, because he has no wife at home. But he didn't go, he stayed with me.

IFCD001677

Ex. 82 pg.340 of 436

Then Jurchik left an unfinished bottle of vodka for Serega, because he [illegible] like that, they let me go [illegible] with Jurka at 11 in the evening (and people were still there), and he even dropped me off in a car. We washed up and went to sleep, but first we talked about us, about him, about me. What will happen further, if there is love, if there is cheating??? Romka called at night, found him back up singers. Also today mom called, said they broke a phone wire at their house, it is not working today.

[Text on margins: 07.25.07 Sunday]

Jurchik went to work in the morning and me too at 11 o'clock, because at 12 there are already banquettes. Arthur also bought for $20 for his wife. There is lots of work in daytime. I took pants yesterday, but gave it back, they didn't clean it well. At 6 pm. Serega left, he has some problems at home. And Ovik and I worked together. In the evening a Jew came with his family. I saw him at 4 at a restaurant with Jurka. There is a lot of work, but at 10 in the evening I was already free. Jurchik worked all day till evening. Ovik took me home. I received a salary $200. We stayed at home, talked and went to sleep. Today I finished taking pills. And zero results from them. I was taking them for 2 months.

[Text on margins: 07.26. Monday]

It's a holiday, we woke up, we ate potato pancakes. I made them and blinis, but it turned out bad. We were all together during the day. Jurka is not working today, first we went to look at the apartment for Robert and Skirma, and then to a Venus Beach to the ocean. I have a headache all day. We took a walk, I am very tired. We went home at 6 pm, went to the 99 cents store and bought napkins, and then to the Russian store for produce. We prepared everything and rested. And in the evening Jurchik went at 10 o'clock in the evening to the studio to record his first song. I went to wash up and sleep. At 12 in the morning Jurchik came happy, we listened to his first song, but it is just a beginning, just music. We stayed, listened and went to sleep.

IFCD001678

[Text on margins: 07.27 Tuesday]

Jurchik went to work in the morning. We woke up, had breakfast and went about the apartment. And I stayed home with [illegible], to clean, wash. Sos called, we talked about nothing. We all gathered about 5 in the evening, and me at 6 pm together with Anya went to school on Sunset and Highland. We registered and I went to a different class, I stayed for an hour, it is not the same of course, and I decided to leave. By the way, Jurchik was upset about something. And when I said that I called Sos, he got even more upset. Also, it turns out Igor told him something, that I call Sos time to time. And I don't know what else they are saying. Oh God, please save and protect me! I came home at 8 in the evening, I rented a video tape for learning English language. I paid $5+$10 in advance. We have guests at home, Ainar with Alyona, Raimond. They were sitting and chatting all evening. Me and Jurka bought a toaster for $15 and maybe a man's leather gloves for $10. Then later Khomic came, they went somewhere with Jurchik. Closer to the night they all went their separate ways and we went to sleep. That's it I think.


[Text on margins: 07.28. Wednesday]

I went to work today. Jurchik as well. But he has a little work today, he worked hard till 2. All day and all evening I've been running around like crazy. Leva called, we had a fight with him, he told me let's meet, talk about work, but can't we talk over the phone what's going on? Basically, I didn't call him and that was it, all of these just empty talks. I bought a telephone card for $20. I saw today an advertisement about other job. Nothing so far. During the day Jurka was with Andrey. And in the evening a small accident happened, Gabby's mom broke her lip and they went to a hospital to stitch it up. After work in the evening at 11 pm Seriozha took me home. Because Jura was at home with Sylvia and Skirma was still at the hospital. They came at 12 pm. That's it, let's wash and go to bed. Today Robert was unhappy about me and was complaining, and he also asked what I can cook. It is not a coincidence. God, when will I be able to work less and study, I mean to learn how to cook. I also got upset, because I remembered that Jurchik never wipes with napkins after pi-pi, only after the exercise.

IFCD001679

Ex. 82 pg.342 of 436

But there were instances when he has pieces of napkins. What do you call this. Gosh, I don't know, what can I do. Should I say or not? He noticed, that I got upset, but I told him it is about my visa. Today I gave him $2[illegible], but when it is time for me to pay my debts, I don't know what to do, there is none left. I am giving him everything, I'm not even buying me anything, it's so unlike me. But I know what will happen and soon a day will come when I will give all my debts back and begin to live without the need of money.

[Text on margins: 07.29. Thursday]

It is a madhouse in the morning. I didn't sleep enough, sometimes kids are screaming, or Serioga called about the Aeroflot. Jurka has a day off today. Skirma told me today, that it is better if I don't eat in the evening, it's a hit about my size. And all of them are very unusual, what are they thinking about me and talking among themselves I don't know. I went to work and I wasn't in the mood. In the afternoon Jurka and Robert went to look for a car. And I am working. But at least today there are few people, God, let this be the case in the evening and I'll go home earlier. I want. To go to the movies so much, but unfortunately there were lots of people, work, errands. Jurchik picked me up from work. Robert and everybody are acting weird, [illegible], something is not right with their car. Basically no one is in mood. We cracked some sunflower seeds and went to bed. At night his wife called, by the way, when an accident with [illegible] happened, at this time his son also broke a beard, mouth and teeth, lips and so on.

[Text on margins: 07.30]

Jurchik went to work in the morning and me too, Robert went to send money $100 to Jura's wife. This is what's going on. I don't know when I will be sending it, I don't even save anything, I am giving Jurka everything. I don't even buy anything for myself. In the afternoon and evening a crazy day.

IFCD001680

Ex. 82 pg.343 of 436

Lots of running around. In the evening our guests are going to another apartment. Jurchik is loading and unloading [illegible]. Perhaps he is very tired today, me too by the way. Serega took me home at 12 o'clock in the morning I was home. I came and started to clean the house, or more accurately only a bedroom, I did the laundry and washed floors. We went to sleep with Jurchik at 2:30 in the morning. What a blessing, it is so quiet, no one is screaming. [illegible] is happy when they are coming and going – that what Jurchik said.

[Text on margins: 07.31 Saturday]

I woke up at 9 in the morning, I have a headache, I took a pill, I called work, I told them I will be by dinnertime and I went to bed. Jureichik went to work in the morning. I woke up at 12:30, I washed the remaining of floors. I cleaned everywhere, [illegible] and to work. I thought I had time to go until Jurka arrived, but I didn't have time. He told me I am pretending. We left together, he went to record music. I met Skirma and Robert on the way (they were coming to us to take the rest of stuff), they took me to a restaurant. I came, there is no one, i.e. no clients. Blessing. We ate dinner and we started to work. I called mom, I told her about lots of work in the evening. I called Jurka to tell him to respect my labor (this is about washing the floors). He was very mad at me. He told me he is not going anywhere and he is going to sleep. I called him later. He is not picking up the phone. I am going home, alone, by foot. I came and he is mad at me, but it is ok, we made up. I made food and went to sleep.

P.S. I went to work in the evening, Veronika called, she was offering me to rest, and she will work for me. But I also need money.

[Text on margins: 08.1. Sunday]

We got up in the morning. Jurchik is working today till dinnertime. I made potatoes, pancakes and ran to work. I had brunch at 12, Andrey's wife Mariana was there with her family (he wasn't there, because he [illegible] to San-Diego). In the morning I hurt my pinky. Then Mashka came.

IFCD001681

Then I scalded my hands with hot soup. It is not my fault, it is our new Mex, he pushed me. I am calling Jurka, he told me you are so absent-minded, clumsy – basically he felt sorry for me. I called Veronica, she is going to work in my place, and I am leaving. Ovik will drive me first to RITE AID. I bought a gel for burns, and then I went home. I called Mara, she promised to come, but as it turned out later, she is not going. A goat. Jurka came, then Khamic came, and then we went together to a musician Aleks (where Jureichik is recording his songs). We sat there till 1 in the morning. I went to the store, bought a little bit of food. They sat down and ate, drank. Romka couldn't pick us up and he took us home drunk. It was too hard to drive around mountains. They sat a little longer with us and that's it, then shower and sleep. I receive $200 today.


[Text on margins: 08.2. Monday]

A day off. I woke up, we ate, Andrey came – they were finding out about money and work. Then he came again later with beer, they sat a little and went to work. Money is not enough, just for the apartment, and nothing else! Serioga called, asked how was my health and said yesterday was lots of work. Khamik called and nothing else. I also called Edik, there is no work for me. Such a bad situation! We agreed to meet tomorrow and look at his work. Jurchik is sleeping. I am washing, ironing, then bedsheets. He is calling Romka and they are fighting a little bit about Arkady's TV. As a result Jurchik is going to move this TV at 6 o'clock. Late at 8 in the evening Khamik came, I sorted out things in the closet. Robert came by, I gave him the rest of the stuff. And at 9 in the evening, it was a surprise for me. Shikan, Seriozhka called, he is in Canada now, has been there for 2 weeks, he immigrated with the help of our firm, I was so stunned, happy, but Jurchik seemed to be in a bad mood. I talked to him till 9:20, I would still talk, but we gathered till 10 in the evening to go to a movie. We went to a movie, I don't remember in English, it was something about the house with ghost. It will finish at 12:00 am.

IFCD001682

Ex. 82 pg.345 of 436

That's it, we came home, talked some more and went to sleep.

[Text on margins: 08.3. Tuesday]

When I woke up, I came and bathed, Jurchik came at 12 in the afternoon to Aleks to record his songs further. Andrey took him and I washed the floors, we called with Edik, and we agreed that he will pick me up at 2 o'clock and we went to him to work in Downtown. I saw what I needed to do at a jewelry workshop. I think nothing much, but it is just a sitting job and it is unknown, if everything will go honestly here. Then I went to walk on Broadway. I saw cheap things, perfumery and also Mary Kay. I called Jurka at 4. He is still recording and I think he is drinking what is left from another time. Edik brought me home and we agreed to meet the next week. I am going to work. I came home and made myself a toaster and sat and waited for Jurka. At 6 in the evening Andrey came, Jurka, they took a barbeque maker and went to Robert's housewarming. I think my camera is broken, because it fell hard. We came, an apartment is so-so, nothing great and nothing bad. The men were sitting and drinking. Later we went and swam in the pool. Around 10:30 Mariana and Andrey left, and we stayed till 12:30. Then. Skirma took us. Robka was sleeping already, he was very drunk. We listened on the way his recorded song. We came home, Jurka was drunk, he went right to sleep. P.S. I bought a sample perfume for $1.00, it's dazzling (dazzling).

[Text on margins: 08.4. Wednesday]

We woke up, Jurka is not working today. He has a hangover. I made him a tester and went to work. I spilled perfume that I bought in a bag. I talked to Veronika today, she seems to be going to work instead of me temporarily. Jurka went to a bank and paid for apartment. He went to the store and bought a net for [illegible]. And I think he was at home. Nothing new at my work. In my thoughts I am already in another job.

IFCD001683

In the afternoon Romka came to Jurka, and in the evening, he brought Charlie. Now this doggie will be living with us. At 10 in the evening when Jurka was walking with them and then he came to me. And then all of a sudden Andrey. It all misunderstanding. Maybe I shouldn't keep this close to my heart. We came home, Jurka ate borsch (I took from work) and that's it, we went to sleep. I also tried to read before bed. But Jurka didn't let me.

[Text on margins: 08.5. Thursday]

Jureichik went to work in the morning. I got up a little later. I washed the floors, it is terribly dirty because of the dog. I came to work late. I am working all day. I think Jureichik as well. He finished at 5 in the evening and I think he stayed at home. We rested. I worked till 10 in the evening. He picked me up in the evening, Skirma and Robert were with us, children, and then Romka came. They were sitting and talking. Then Mara called at night, she says she will come tomorrow. We all went to sleep. P.S. As I later found out together with Romka they went to a singer [illegible] and they agreed for tomorrow. I have horns on my forehead for nothing. I'm rubbing… and rubbing… and rubbing…

[Text on margins: 08.6. Friday]

We woke up in the morning. Jurka is not working, he is going to a recording. Robka came, they were talking about their things. At 12 Aleks has to pick up Jurka to his home, there will be a saxophone player and girls. I went to work. Then at 13:00 Mara came to my work, she was with Irka… And we went home, chatted, she told me about Alenka Vovkina, that she know Sosa (through Tigran and they were talking about work. He is inviting her to work, then to visit Vegas (I already found that out from her personally when I was talking to her). Basically, it is working according to the same scheme. We talked about Jurka and Mukhtar. We sat for about 2 hours and they took me with Khamik to work. And they went to do their business. We'll call each other in the evening. I called Samsonova at work, she is in Vladik. I called George and Ripa, I think Mukhtar called him. I also called Alenka Vovkina, talked to her.

IFCD001684

Ex. 82 pg.347 of 436

She also was friends with that group (she doesn't say anything much). Then Sos introduced her with Gevik and Leva (God, let everything be ok). Basically, the world is round here as well. At 6 in the evening I called Jurka, he is free already, how in the evening, I don't know. Jurka is not in the mood yet, this bitch from Cali, as he was saying, doesn't sing very well. And what else is unknown, I called Natasha with Karen, I left a message. Later I talked with Ripa, she says Mukhtar called, that he was surprised that I stayed in America. But later he didn't take interest what and how I am doing. What an asshole. Thank God that I met Jurka and left him. And my guests, Mara, Ira, Khamik and Jurka are sitting for a long time. They are drinking vodka and beer. They didn't go anywhere, so that I didn't feel bad. I worked till 12 am, I called Jurka and he picked me up. In the morning he wanted to go without me to [illegible] for tapes. But we went later together, he went in and quickly came out. What is going on, I don't know. We sat at home and went to sleep at 2 in the morning. Mara, Ira and Khamik were spending the night with us. AT night Jura told me that before he [illegible] many girls, and now only 2 or 3, and now [illegible].

[Text on margins: 08.4. Saturday]

Jurka went to work in the morning. We woke up and at 11 they took me to work, and they went to extract Mara's tooth and [illegible]. They came to me for dinner, we had dinner, then we went home (I brought soup to Jurka). He finished at 3 o'clock and went (maybe) home. I called him, he is not answering, he says he was sleeping. They came, I gave soup, and then went to a pharmacy bought a cream for burn (because it is not going away and my hand looks so bad). Then Jurka took me to work, and he went to work further. Mara, Ira, Khamik went to stores, then they had to fly to Las Vegas at 9:30. They didn't come in to say goodbye, there was no time, I am calling them, they are probably late. Khamik will bring keys. Today I have little work. I called mom today, talked to her, I shouldn't have told her about the burn, she will be worried now. I will send her money, I called Tanka, congratulated her lightly [illegible] with anniversary.

IFCD001685

I told her I will send her $40 for a sundress. She promised me Chanel watch and a video tape. Tomorrow perhaps I will call Chernitsova. Jurka was tired in the evening, and said it would be better if Ovik picks you up. That's how it was, we worked till 11pm. I called that I already finished and I am going out. But first we went with Ovik and Veronika to exchange a cream to another one. Because this doesn't cure. We stayed long as a result, I came home and Jurka wasn't there. I'm calling and he is at a restaurant, worrying about me and went after me. He was mad, upset, and worried about me very much. But then everything was good. We went to sleep.

[Text on margins: 08.8. Sunday]

I went to work in the morning. I told them that I am not working with them from next week. I called Chernitsova, we talked about news (about Slava, about her new Korean and so on). In the afternoon Khamik brought my keys, then he went to Jurka and they had dinner with us. Then he took him to a studio. I received a salary today for the burnt Sunday, at the end I was paid $240. I finished work early at 10 and Serioga took me home. Jurka came at 12:00, he was recording at Alex's studio. Also in the evening I called Chernitsova and mom. That's it, I think. We went to sleep. I also drank wine in the evening, then Romka came, they were sitting there and also drinking. And I got drunk, without waiting for Jurka and went to sleep drunk.

[Text on margins: 08.9. Monday]

Today is a holiday and I am nauseous today, I have a headache and I feel bad after wine, although I only drank 2 glasses. I threw up and at 9:30 I went with Veronika to a gynecologist (for free) on Wilsher blvd. We sat there with her till 2 o'clock. I was dying there. They took pap smear and blood. We'll have a result on August 23. Then we went to the 99 cents store. I bought all kinds of trinkets, a tanning cream and a dog shampoo and food. At dinnertime Jurchik left to work at 3, I came home around 3:30, I ate, washed the floors.

IFCD001686

When Jurka came, he then went to the store. Later Andriukha came with Chinese food.  They ate and drank. Then in the evening me and Veronika were cutting dog's hair, but didn't finish, it is a very difficult work. We cut till 12 in the morning, then we went and saw her off to her house [illegible] and to sleep.

P.S. I got free birth control pills and condoms from gynecologist.

[Text on margins: 08.10. Tuesday]

Jurka went to work in the morning, I was still sleeping, he came, I woke up recently, we took shower, he went to bed, I cleaned up, did laundry, ironed. Then at 4 o'clock Alenka brought the traffic rules (they turned out to be Jurka's, Robka took them). Then I went to a manicure and pedicure on Farfaks, this costs $18 + tips + transportation = $23.  I sent Jurka's letters and $40 home to mom in an envelope. Then I went to school to exchange the video tapes. I talked to Anka, she has a situation as well. He was also married and all the corresponding problems. Then I came home and in the evening, we were at home together. I called Edik, he will take me to work tomorrow. I have a feeling. That today we made a baby. P.S. A dangerous day in regards to conception.

[Text on margins: 08.11. Wednesday]

It's the morning, getting up at 7:30, because I will be picked up at 8:30. Robka called in the morning. Skirma will be giving birth today. He took the children to Jurka. They took me and brought me to work. Today is a first day (it's the 11th again) on my second new job. Work from 9 in the morning till 6 in the evening. Lunch at 12 and 10 in the morning, at 2 and at 4 is a 10-minute break. My job is to sit and to carve wax figures for golden jewelry. By the way, today is a solar eclipse at 4, but not here, in Europe and Russia, we didn't see anything. Skirma gave birth to a boy, in the evening they have his [illegible] at Robka's home. Unluckily, today work is till 7 pm, then Edik took me home.

IFCD001687

Veronika is working for me at a restaurant. Jurka and Robka were at home with kids and they were waiting for me. Then we went to his house, Romka and Andrey should be coming, but they didn't come. We sat there for a long time. Jurka and Robka got very drunk form happiness. Jurka is very jealous of me (that means he loves me) to my new work, new boss. They were talking about the baby or me. We left at 9:30 pm. Jurka was drunk and driving horribly, he wanted to show me that he can speed, but I don't need this, and in all, he is very upset and jealous. That's it, we came and went to bed. P.S. For dinner we went to the restaurant, we ate sushi and drank, a cake, and in the morning on a break we celebrated Diana's son's birthday. Not a bad beginning.


[Text on margins: 08.12. Thursday]

In the morning we woke up together, Jurka first took Robka's car to him, then they are going to the stores to buy everything for a baby, Edik picked me up in the morning (by the way today he saw him and his car). When I called him he was very jealous. Work in the afternoon, at lunchtime I went to buy myself test perfumes for $12. I didn't eat much, maybe I will lose weight this way (I want to watch it all day) I don't know. Today I almost fought with Jurka because of new work. Today I ate Armenian pizza for dinner. I finished working at 6 in the evening, Edik took me home. Jurka with Robka went to the stores, to Skirma's hospital, and then to eat somewhere, then Jurka unloaded the sofa at his place and came a little later than me. I had time to wash the floors. We ate. Evening, we are at home. Robka later took Skirma home by himself. In the evening ~~Khamik~~ Romka came, ~~stayed~~, I was in my room and I was waiting when they finish talking, but I couldn't wait and fell asleep. Then Jurka was sort of waking me up about (giving him a baby-girl), he was saying something and ate and then we all went to sleep. They drank the whole bottle of tequila.

IFCD001688

Ex. 82 pg.351 of 436

[Text on margins: 08.13. Friday]

They are taking me to work in the morning. I am working during the day. I ate 2 bananas for dinner, I went to the stores and searched for a baby bath tubs. But at the end I found out that they bought everything themselves. Jurka was at home all day. He has no work today. By the way today Shikan flew back to Khabarovsk, and I didn't even call him. Today they polished my necklace. That's it, in the evening Edik took me home, but I got delayed an hour. When we were leaving, I called Jurka, that I am leaving, that I am alone (he said he will make me a dinner, but we went just for an hour, because he was waiting for his friend. I am coming as a result, Jurka is upset, jealous and pouting. He says there is a" traffic jam" on the road, that's the name of it now. But everything was good. We ate. In the evening we went to the store for watermelon and then we went to sleep. I called Veronika today, I don't even feel like going there to the restaurant.

[Text on margins: 08.14. Saturday]

It's a day-off. At this job they are paying me salary every 2 weeks, or from the next one. Jurka went to work in the morning, I was sleeping. Yesterday I wanted to go downtown for a holiday, but I wanted to sleep so much. I woke up at 10 in the morning, I called Jurka, he is in trouble, he might have broken his arm, he told me so. But at the end, it turns out he only hurt a thumb on his right hand. He came home and he was sick. Khamik came, then Robka. Then they went to a store together. I called mom. Then in the evening Andrukha came, but I said Jurka took a sleeping pill and is sleeping. They wanted to drink so much. I am home all day with Jurka. In the morning we went to RITE AID, I bought an ice packet with my last money – it is for Jurka's hand.

IFCD001689

And when I went to walk a dog in the evening, I took traffic laws to Alyonka. [illegible]. Then home in the evening and sleep.

[Text on margins: 08.15. Sunday]

No money at all. It's a second holiday. Jurka is feeling better. He is going to work today, good thing it's not too early. I also got up and starting to do the house chores. I am making borsch, then laundry, cleaning, washing floors. Then I am taking care of myself, I put a tanning cream. It works a little, it is getting yellow. I am writing my journal in the evening. I called Edik, he cannot pick me up tomorrow morning. Jurka is coming from work at 7 in the evening. I am making him potato pancakes. Then in the evening I am going to a restaurant to say I cannot come next week to work. But at the end we didn't go, but we went to walk with them to Hollywood and [illegible] to see how long will it take me to commute till metro. It takes about 50 minutes on the way. In the evening, I am calling to a restaurant, I told them I will come tomorrow. Anya called me, I was told, she told me about the library in downtown, they have English Language courses. Then we are watching a movie and to sleep. Jurka's hand is better, thank God.

[Text on margins: 08.16. Monday]

I woke up early, I took metro to work in the morning, of course it was the first time and I got a little confused. But everything is good as a result. I was working all day. Jurka is not working at home. In the afternoon Andrukha came to him, they went somewhere. I stayed till 7 pm at work today. I called Jurka, he is cooking dinner. Then Sipulia took me from work. We ate and I decided to go to a restaurant.

IFCD001690

Ex. 82 pg.353 of 436

[illegible]

Because of her me and Jurka had a little fight (as he told me later, he feels like you scolded us). Because while I was talking, they were standing on the street. As a result, they left (they got upset), I stayed longer and talked. At the end we decided that I am giving an answer yes or no on Saturday and I am going to work at a restaurant on a holiday. Because Serioga will not be there yet, either Ovik will not be later. It turns out this week I am working without a day off. (By the way, on August 21 Luba has a birthday. I came home later. I apologized and not at once, but everything was all-right eventually. Everything is ok, I called Veronika.

[Text on margins: 08.17. Tuesday]

I got up early today. Edik came after me at 8 in the morning, I was at work at 8:30. Jurka is working today since 9 in the morning. I am at work all day, working hard, and him too. He finished at 6:30 and then went to Aleks for recording, to finish his first song. I was working till 7 pm, then I went to metro myself. Again, I got confused, but it's ok, I will know another time. I ironed clothes in the evening and I think that's it. I called Anya during the day, asked her to extent my video tapes. Veronika called in the evening. Jurka was with Aleks and he told me he'll be there longer, don't wait for him. I am going to bed at 12, ciao.

[Text on margins: 08.18. Wednesday]

I am going to work in the morning on metro again by myself, it's a walk and exercise at the same time. I am at work all day. Jurka is also working today at a carpet cleaning together with Kot.

IFCD001691

In the evening, towards the end of the working day (I have a finish at 6 in the evening), we have problems again, they are telling just me to fulfill the plan and until I do it, I will not be leaving. This Luba is holding onto me. She is a nasty woman, I don't like her for some reason, and Edik is on her side. But either he wants or not, his son picked me up from work at 7 pm on his sports car. I was praying to God to get home safely, we got home in 15 minutes with heavy traffic. I got home, Jurka wasn't here. Instead, the dog pooped in the house. He came later and we went to [illegible] to load with products. I cooked dinner in the evening, watched TV and went to sleep. Also Robka came in the evening, They sat down and drank beer.

P.S. This morning is also dangerous in regards to getting pregnant.

[Text on margins: 08.19 Thursday]

At 8 am to work on metro. I was carving figures all day. Luba, the bitch is yelling at me to make them quicker and better quality. But it doesn't work out, no matter what I do, and as a result I think I will not be working here for much longer (and I have a feeling this might happen tomorrow). In the evening, closer to the work day they put me in a "tree planting", but this is easier. I finished work at 6 and I went straight to metro to the restaurant. Veronika asked me to replace her from 7pm to 9 pm. Jurka is at work. In the evening, from the restaurant I came home at 9:30 by myself. Jurka was cooking for himself. Then we talked about his wife and me. We went to bed and that's it.

[Text on margins: 08.20. Monday]

I went to work on a Metro. Jurka is not working today. During the day he was with Andrey.

IFCD001692

Ex. 82 pg.355 of 436

He was drinking and so on. I was on "tree planting" today. All day seemingly nothing. But he knows again, that if it wasn't for the work on weekends at the restaurant, they would order me to come to work. I finished at 6 in the evening and went first to a library and a bummer, it was closed (Friday and Saturday it works till 6, but otherwise till 8 in the evening). That's why I went home on Metro. I cooked soup in the evening, we ate and went to sleep.

P.S. They are paying the salary at a new job on 15th and 30th. I am waiting for the 30th.

[Text on margins: 08.21. Saturday]

I have a day off from one work, and a working day in another. Serioga asked me to work this weekend, and from Monday they will take a new girl. So, I am without a day off this week. We stayed in bed with Jurka in the morning, we had enough sleep, we watched a movie. I went to a restaurant at 2 pm and he will go to work at 9. I worked till 11 pm. Jurka finished at 9. There is no news yet. Ovik took me home, sleep in the evening as usual.

[Text on margins: 08.22. Sunday]

I woke up, washed the floors, cleaned up and then at 2:30 I went to work. Jurka is also working today till evening. I called Luba, I said happy birthday… I called Skirma and Anka, I talked to them. I've been running around during the day. We finished at 10:00 pm, Serega took me home. For these two days I received $70, and not $80, assholes, because yesterday and today I came at dinnertime. These Armenians are assholes. In the evening I washed up and went to sleep.

IFCD001693

Ex. 82 pg.356 of 436

[Text on margins: 08.23. Monday]

I went to work in the morning, today I will try to take a bus #420 according to Serezha's methods, I took the bus and was riding for half an hour. I got confused with the bus, cursed Serioga and I decided that I will only take Metro or the car. Jura was at work in the morning, then he went to Alex in the afternoon for recording. I was working all day, I finished at 5 pm. Edik took me to a gynecologist for analysis at 6 pm. (Robka called in the morning, he invited us to his son's birthday party). I called Jurka, he is going home, but he has no time to go for gifts, and as a result I have to ask Edik to take me to the store to buy a present. We went to a [illegible] for a kid's store. He took me first to a gynecologist Jurka (I didn't even have time to show him a photo of aquariums). The results are great, no HIV and other diseases. Cholesterol is 157, glucose is 86. Liver is normal, basically everything is ok. Then me and Edik drove to a kid's store. There is everything there. I took the pillows (I called Skirma and asked he what she wanted), I bought one head pillow, another one around the body, so that it is convenient to feed the baby, also a big stuffed dog. All of these cost $124 and Edik paid for everything. I am better from one hand, [illegible] will be goals. Then he took me home and at that moment, when we got there, Jurka saw me and was very mad, upset and got very jealous. He didn't talk to me all evening (as if he has a headache) Andrey came to pick us up and all four of us went to Robka. Jurka is not in mood, we sat, ate and drank. The baby is just adorable. Jurka got drunk (he says we will talk tomorrow, but now right now. But he asked what kind of relationships we have so that he is taking me to a gynecologist and so on). At 12 am we went home, all four of us. He is not talking to me at night. That's it, I am very tired and easily fell asleep (also because I am not at fault), and he didn't sleep well.


[Text on margins: 08.24. Tuesday]

In the morning he went earlier, didn't even kiss me, [illegible]

IFCD001694

Ex. 82 pg.357 of 436

Also, he didn't ask that it is me who is having privileged relationships, that I am going to work at 11. Simply today there is nothing for me to do, might as well get enough sleep. I told everything to Edik at work (Jurka doesn't know yet, that Edik paid for all presents, I can imagine how unhappy he will be, to say the least, but it is good, that we are not paying). I called him, he is barely speaking to me. He finished dinner and was probably sleeping. I also tried to come earlier, I want to talk, because I cannot stay calm. I came and Robka is visiting us. They are sitting and drinking beer. Then he left and we stayed and started to talk. At the end I understood, that I shouldn't have asked him (Edik) to drive me. Basically, Jurka brought me to tears, and then he apologized. But for some reason I was in a bad mood. That's it, we went to sleep and everything is ok. I called Anka in the evening, we talked about this and that. Today I found out that he is leaving on September 9th for 2 days to Seattle. Jurka has washed everything with Andrey today, what a good boy.

[Text on margins: 08.25 Wednesday]

I went to work at 10. Jurka is not working today, at 4 pm he went to Aleks to record his first song with a bitch from Astoria restaurant (I think it is his acquaintance, her name is Larisa). I am at work, nothing new, I am working all day. Sipulya took me home in the evening. I came, and Jurka is not there. I washed floors and nothing else, I don't remember. Jurka came at 12 o'clock, he gave his last money for the song, he bought me a watermelon. I listened to his song, with a bitch of course. It's even better. Today he was recording suspiciously long. We ate a watermelon and went to sleep.

[Text on margins: 08.26 Thursday]

Jurka is working today from 8 am till 5 in the evening. I am also working in the morning.

IFCD001695

Ex. 82 pg.358 of 436

I think Edik came to pick me up, I don't remember exactly. At work as usual I have this Lubka. We went home in the evening and stayed home with Jurka. I wanted to drag him to a movie, but he says there is no money. So, we are home all evening. Today I think Ainar arrived in the evening, he brought new things, we bought dishes, towels and a gift for Robka.

[Text on margins: 08.27. Friday]

[illegible]

Jurka is not working today, and I am as usual to work in the morning. Everything is as usual at work, I am "planting trees". At lunchtime I went to a library and took what I wanted (an audio course of English Language), but unfortunately, I cannot take it on my name, because I don't have a confirmation that I live in this address. So now I can only take on Jura's name. I worked till late in the evening. Edik took me home. I don't remember, I did something at home, perhaps everything as usual, spent evening at home. I called Anka, I talked with her.

[Text on margins: 08.28. Saturday]

Basically, I have a day off today, but at 11 o'clock Luba called and asked where I am. I lied to her that I am going to a Notary at 12, and then to work (indeed I was going to, I have to do a power of attorney), but a bummer, I am going to work at 1 pm. Jurka is also at work today from morning till 8 pm. Edka was inviting me today to ride a boat, but I cannot and he took me home at 6:30 pm. He paid me $300 today, the rest he says he will give me on Monday, when Luba counts. In the evening I started to cook a mushroom soup. Then Jurka came and later Andrey with Sashka. They stayed for dinner and drank. Then Jurka gave me a Chanel bag. We are home for the rest of the time.

P.S. I called home today, I talked to dad, he said that mom and uncle Sasha went to Komsomolsk to grandpa. They receive a letter.

IFCD001696

Ex. 82 pg.359 of 436

[Text on margins: 08.29 Sunday]

Today I forgot about my work, told them I am not coming. I woke up in the morning, I washed floors. Jurka is at work from morning till 4 pm. I came to Rita at 2 o'clock for a haircut. I cut my hair short and then I got a manicure and pedicure, for all of these I paid $52 plus tips. I wanted to go to the stores, but unfortunately, I had a headache and I went straight home. Just at that time Jurka came. In the evening I washed floors, we stayed and cracked sunflower seeds and stayed in bed watching a movie. And around 8 or 9 pm, I don't remember, Andrey called, and invited me over. Sasha came over already drunk, and we left, we bought some more vodka. They sat down and talked, drank some vodka. Jurka didn't like, that Mariana wasn't fussing around, she didn't give us anything good to smoke. We were sitting till 12 in the evening, then Mariana took us home. We washed up and went to bed, everything was good, but suddenly Jurka lost it. Every time he drinks, he will probably lose it about my past relationships (God, I so regret that I was with Igor, I am ready to kill him). Then Jurka reminded me about Sos. And everything started with perfume, that he used (like in the first night when we met). I let him have it and he didn't like it, when Armenians were talking shit about me. And this Sos is such an asshole and yes, all Armenians, I hate them so much, perhaps the same way as Jurka hates Jews. So this Sos is saying that I am such a [illegible], I'm living with one and calling another and so on.  But I am calling just like that, to find out how things are, how is the health, but it turns out everything is different. I haven't called him for a long time, and not recently. Let them all go to hell, I only need Jurka and he means a lot to me and I love him very much. As a result, he went to sleep in a very bad mood and fell asleep. P.S. Romka came in the evening, but Jurka was already asleep and didn't come out to talk.

IFCD001697

Ex. 82 pg.360 of 436

[Text on margins: 08.30. Monday]

Jurka is feeling sick since this morning, he is working today till lunchtime. I am at work since morning, working all day. I went home in the evening, we ate. Then Romka came with Alenka, they invited us to their wedding and at 7 in the evening on September 17th to [illegible]. I have nothing to wear, except for a golden dress.

[Text on margins: again, I gave all the money to Jurka for apartment rent, I left nothing for myself]

They have a registration this week, they went to Vegas. So, in the evening came their friends as well and we all sat, drank and congratulated them. Then they left at 2 o'clock and we went to sleep. I almost ruined Jurka's mood again. I don't even know what to do for him not to remember all of that. P.S. they paid the rest of the money today $260 and as a result I received $560, very little!!! They promised one, but they got the other, ~~5$ an hour~~, we'll see what will happen in future.

[Text on margins: 08.31. Tuesday]

Jurka went to work in the morning, and till lunchtime. I as usual am also at work, first by foot, then Metro, all in all one hour on a road. Nothing new at work. In the evening Edik took me home. Jurchik went to Aleks to record the second song in the evening. We came in the evening, I listened to it and I liked this one more. Cool…"

In the evening I also called home, mom was telling me how she went to Komsomolsk. Basically, everything is good and wonderful. They called Jurka from home. Today his son went to school (he is around 15 years old). I think this is it.

[Text on margins: 09.1. Wednesday and Thursday 09.2]

To exchange the half for 09.2.

Today the school children have a holiday, and I have it on September 7th. I am going to work in the morning and till 9 pm. Edik took me and other women home. Jurka is also working, I think he came home late as well. I don't even have time to wash the floors and do laundry. I am so tired and I want to sleep so much. (At 9 in the evening Sasha came with her acquaintances and they took out Charlie to them. Because in our building you can't have dogs, and in addition we have a parquet floor, a neighbor is tired of it – it is 09.2).

IFCD001698

A. 09.1  We are alone in the evening and nothing new. We came late and went to sleep.

A. 09.2 First in the evening Jurka and Andrey had dinner with a bottle, and then I think Sasha came. I also received a letter for a magazine subscription. I have to send a check. I called Veronika at work, they are all busy, God, I am so glad I'm not there any longer!

09.2 In the evening we went to sleep and that's it. By the way, this month for the first time I had Mashka for three days, it started at 08.29 and finished 08.31, i.e. [illegible], but there is nothing, cool, and now my stomach will not be hurting, miracle, but I have a lot of pimples. This week Jurka cannot come to me in the evening, to go to the library with me. The promised credit is not coming, but I got a letter from another bank to the second credit. But nothing yet, there is no money from anybody.


[Text on margins: 09.3. Friday]

I am going to work, Jurka is also, but [illegible], I put on my striped sundress. At work as usual "I am planting trees", till late, till 10 pm. Jura worked, then till 6 in the evening he went to record with Aleks, together with Larisa as a backup singer. Then they came to us to drink vodka and cognac. Edka took me at 10:00. They are staying with us till 11:30 and then we went to bed, they said they will be waiting for our visit tomorrow. I think we agreed. Everything [illegible]. I think no more news and we went to sleep.

IFCD001699

[Text on margins: 09.4. Saturday]

Today is sort of a holiday, but everyone is working. Edka came to pick me up at 9:30. At work as usual we were working hard. I told them I am working till 6 pm, [illegible] we are going tonight to Vegas for a marriage registration. He called in the morning. He said he will come later and this caused [illegible] Jurka, although I understand him perfectly, I am not doing anything terrible, or this and that. The work today is as usual. And I think Jurka told me that he is working today, I'm not sure exactly, but he didn't write it in his notebook, in his work [illegible]. I am working till 6 pm (as if I am going to Vegas, I am going to Metro and home, today is so cold on the street, and I am very cold. I came home, I don't want to go anywhere, I am not feeling well. But Lariska called, she said that they are already cooking and waiting for us. Then she came by around 9:30 and all evening till 2 am we were at their party. We ate, they sang songs and so on. They took us home. And we went to bed.

[Text on margins: 09.5. Sunday]

I woke up at 9 am, because we are going to the lake today to celebrate Robka's birthday. I want to sleep and cannot. I had to go to a manicure, but first of all I don't have any money, second, we are leaving. Andrey, Mariana and their friends came. A married couple Oleg and Vika. And of course Robka and Skirma with kids. We went where Jurka is always going with [illegible] Alenka and that group. I was there for the third time. We came late at 11 am, there were lots of people. Robka and Skirma weren't prepared to have a meal in Nature, it was very, very little food, and the men had no snacks, as if it was their first time eating outside in nature, and they don't know what to take. Because of this everyone was in a bad mood. Jurka got drunk and fell asleep in the afternoon. Then Oleg and Vika had to go somewhere at 3 in the afternoon and they are leaving, Andrey, Mariana and others.  We are staying, all four of us + kids.

IFCD001700

Jura and Robka are mad, they are remembering about the Jews, that this is not how things are done. Then Jurka told Andrey when he was mad, that this is his last month working and he is leaving him on the 20th. Then we went from the other side of the lake, where people are swimming, and we stayed there till they closed at 6 pm. Jurka was drunk and he went to swim in his underwear with Robka. Then I took his wet ones and he went to sleep. I have a headache. Robka told me, that when his travelling life starts (Jurka's), I will not be the first one or the last one, or he destroyed me. But I don't want this to be the way. That's it, at 6pm we went home, we all got very tired, Jurka was hungry. Then we all sat at home, I fed Jurka, Robka was telling him something about his friends, acquaintance from Vilnius, they were remembering something and fighting. As a result, when they left Jurka got depressed for no reason. He started crying, remembering something, but told me nothing. Basically, he is so drunk and plus depressed. Afterwards more [illegible], it was for the first time and I don't know what to do. As a result, when I went to take a bath, he called his mom, his mom said a prayer and he got better, thank God. He also told her about us, that we love each other. I think everything is ok. Then we went to sleep, again very late.


[Text on margins: 09.6. Monday]

God, I am not sleeping enough. I am going to work from 8 am. Today is labor's day in America. No one is working, just us. Jurka is also working today till about 6pm. Then at 8 or 9 he is going to Aleks to record his song. I am working as an idiot till 10 pm. Then Edik is driving us home. Jurka is still not home. I am doing laundry and washing the floors till 2 am. And he came at 1 am. I listened to his song, cool, he will go very far. We went to sleep at 3 am.

IFCD001701

Ex. 82 pg.364 of 436

P.S. By the way, today we moved to a new office, we are all girls, like in Harlem. Also, according to Jurka's records, he didn't work today, what's going on?

[Text on margins: 09.7 Tuesday]

Edik called me in the morning, he told me he will pick me up, Jureichik got upset about this again. Today he worked from 10 to 2 pm. Then he went to Aleks for recording and stayed there till 7 pm, because Anka should have been in another place. A fridge fixer didn't come today. Work is as usual, today I have to go to school, that's why I am leaving early, Luba is very unhappy, she gives me too much work towards the end on purpose. I got home, passed the test, they accepted me, but thank God, it is a different teacher – she is black. Basically, it is OK.  We are learning from 6:15 till 9 pm. Jurka and Romka picked me up in the evening. We got home, he prepared dinner, we ate and went to sleep. I was very tired and not much sleep.

[Text on margins: 09.8. Wednesday]

I went to work in the morning by 8:30, didn't sleep enough. Jura is not working today, around 2 pm he started drinking first with Andriukha, then I don't know where, he mentioned something about the video today, TV and New-York. This evening, out of drunk, he told me that I encouraged him, he started singing and writing songs thanks to me. The work is usual, at 6 I went to school. From school at 9 Jurka and Khamik picked me up, they are so drunk, they came and bought a bubble and went home, they sat and drank, but there was an incident. It turns out Khamik came to us 10 days ago in the evening, but he says I came to the door and didn't open it, and I whispered to Jurka, it is Khamik, what a nonsense, I know for sure that this didn't happen.

IFCD001702

I don't understand, why Khamik purposefully lying and gossiping or something. Basically, Jurka believed me and him and Khamik almost got into a fight. Then in the evening Romka came, he took the monitor and Skirma and Robka came to fill in the documents for Jurka. When they all left, we went to sleep.

[Text on margins: 09.9 Thursday]

Edik came after me in the morning, to take me to work. I think Jurka doesn't know and I don't want to upset him about this, there is nothing bad here. At work as always everything as usual, everyone is unhappy that I am leaving early. Jurka is working today from 10 to 5 pm. Then he went to ROSS, he bought a jacket for a baby. He wants to give together with Robka. In the evening Jurka met me at school, today we are walking. I came home, Jurka is saying try on the clothes, he both them long time ago from Ainar, several blouses and a black overall. I tried on a golden dress, it's a crap. Jurka didn't like, neither did I. I called mom, talked to her. My back is stiff today, I think it's my kidneys. I think these are all the news, we went to sleep at 12 pm.

[Text on margins: 09.10. Friday]

Today Jura is going to work at 6 to load a truck, and then they are going to Seattle with Andrey. They left at 4 pm, they will be going there for twenty-four hours, they will be there at 4 pm on Saturday. Today I dressed up in a new blouse, that Jurka gave me. In the afternoon my back bothered me, I called Jurka the gynecologist, to take a urine test, kidney checkup. Work is usual in the afternoon. I am not studying today. Edik took me to the doctor at 7 pm. He told me it is not kidneys, it's just a back muscle. Then I went home anyways. I went to the store 99 cents, I bought few things, including a lipstick [illegible] for 99 cents.

IFCD001703

Ex. 82 pg.366 of 436

Then I was waiting for a bus for a long time, I got home, I was worried that I don't have time, but Robka didn't come today. I ironed in the evening and watched a movie. Jurka called before going to bed, he is still on his way, about half way. Then I went to sleep.


[Text on margins: 09.11 Saturday]

To work. Edka came after me, I worked as always till 7 pm. Lubka is unhappy that I am leaving at 5:30 on a workdays to school, she says I have no one to replace you with. A goat, I hate her so much. Edik took me home, because during lunchtime I picked up groceries for cheaper, to cook in the evening, to wash the floors, fridge. I called Romka about RITE AID cards. I talked to Anka, we decided to meet tomorrow. Today at work I got $300, to go to the store tomorrow. I need a dress for the wedding. Then I was talking to Anka Khab. for about 40 minutes. Jurka called, we have a connection, I called him with my phone before going to bed. But perhaps they will also go to sleep [illegible] motel. He is already in Seattle, they will be home in the morning around 7 am on Monday. That's it, I went to sleep. P.S. Today it's been a month since I'm working at the jewelry store.


[Text on margins: 09.12 Sunday]

I woke up in the morning by myself at 10:30 and I called Anya right away, and they came at 11, we went to the church. There I met Anka's friend Natasha. It's some kind of a holiday at the church [illegible] perhaps. Then we went to ROSS on the [illegible]th street. I stayed and they left. Natasha sked me to buy her pants for $10. I picked up all kinds of trash for me, and not an evening dress as I planned. Or I did buy one, but it looks too cheap. Tomorrow Jurka will take a look and tell me, I bought shoes for $130 and I stole a black jacket for $60.

IFCD001704

Ex. 82 pg.367 of 436

Then I got on bus and we went home, I was so tired and I don't feel well. Whatever I planned, nothing worked out. I spent $50 in RITE AID on all kinds of shampoos and so on, and from Anya's card. Then I went to Jons, gathered produce there. I came home and called Jurka, he is not answering. I prepared soup and salad, I did laundry. Robka didn't come today yet, he is postponing his departure. As a result I spent $200, and nothing much, and most importantly I didn't buy a dress. Manicure and pedicure in the evening, I read a newspaper. Jurka called at 12 am, he is saying he'll be there in the morning. And that's it, I went to sleep.

[Text on margins: 09.13.  Mon.]

Jurka called in the morning, he says he is already in LA. I am going to work by 9:00. At work as usual only after the dinner we had [illegible], because immigration was walking around the building, if anyone is working without documents, they are caught. I worked till 5:30, then to school. After school Jurka met me with Romka on a car, we went to us, we had dinner, Romka left. Jurka said he liked how I prepared soup with meatballs. We talked all evening, I missed him so much. Today I bought a book for $13 at school. He looked at dresses that I bought at ROSS, everything is trash except for the black dress. At night I called Samsonova, said happy birthday, but first I called to work, talked with Kedya, Jurka is already celebrating at home. And also, a dangerous or not dangerous moment about getting pregnant, I don't know yet.

[Text on margins: 09.14. Tuesday]

I woke up in the morning, went to work by 8:30. Jurka is also working today with Andrukha on a carpet till 5:30 pm. I am working till 5:30 and today I am not going to school, I'm going to the store Macy's on 7 St. I was looking at dresses. Then on a metro back home. In the evening Kot brought the car and I with Jureichik went to ROSS to return that dress I didn't like.

IFCD001705

Ex. 82 pg.368 of 436

Natasha called, she asked about pants, she will be taking them for sure. She wants them for sure, I will bring her for the wedding for sure. They gave money back, $63 without a problem and we went home. I feel terrible. I took the pills and went to bed. Jurka is suspiciously not changing, he is saying he'll bring a car to Kot, we couldn't do it together? He says I am sick, where will I go after on foot. As a result, Robka came in the evening for Jurka's son's clothes, he is flying tomorrow. Jurka woke me from up, I prepared a light snack for them, they decided to drink a little and I went to sleep. Jurka woke me up at 11:30, he wanted love. It was on autopilot and then to sleep.

[Text on margins: 09.15. Wednesday    black one.  At 8 pm]

Jurka didn't take Kot's car, he will pick it up himself, today he took me on a truck to work by 8 o'clock, it is on his way, he will take it for fixing. I was working and as usual I received the remaining $205 of a salary and I also borrowed $150 from Edka, and after work at 4:30 I pretend to go to school, but indeed I am going to Macy's to buy a dress. Jurka went to Aleks at 1 pm to record, and then I don't know where. He is not telling me. Today he called Khamik about the lawyer for Vitya and Larisa. I bought two dresses for $350, in the evening I tried on the black one for Jurka, I showed him the other one, the good one, but we chose one, we'll give back the second one tomorrow. I came home at 7 pm, he is not here, he is recording. I called everyone I could, no one is available. I called Anka in the afternoon, I asked her to tell the school that I got sick and I will come next week. Then I cooked the saltwort, Jurka came and made rice. I called mom, I talked to her. We ate dinner, I took shower and went to bed. At 10 pm Khamik came for about 15 minutes, they talked quickly and then they all went to bed at 12 am.

[Text on margins: 09.16. Thursday]

Jurka is at work in the morning till 6 pm with Andrey. I am also going to work in the morning.

IFCD001706

I paid Edka my debt, it's as usual at work. I called Anka, everything is ok at school, I am working till 5:30, then I am going to Macys' to return a white dress, I got $181, I am going to buy perfume right away for $43 "Climat". I went home, but before I went to ROSS to buy stockings for $13, then home. The remaining $100 for present for Anka and Romka's wedding.  I came home and Jurka is mad, drunk and little bit upset, because I didn't warn him where I was and what I was doing, according to him I should have been home a long time ago. He lied to me, when I called him, he said he was, he said he had an urgent work. And now he is with Andiukha, they are going there. But in reality, they went to his home to drink, why lie, I'm asking. We were sorting out where was he and what was he doing, we are all-right. Ainar came in the evening, he talked to him about the green card, he asked for money, and we don't have it to pay him. We ate, [illegible] said I am a good cook. I took shower after and went to sleep. We went to bed early, somewhere around 12.

[Text on margins: 09.17. Friday]

Today Romka and Anka have a wedding at a restaurant "Kashtan" at 7 o'clock. We woke up in the morning, first love, then I went to work. He is also getting ready. Gau[illegible] brought me accessories, but at the end I didn't put them on yesterday. I worked till 2, then Sipulia took me to the hairdresser from the ad. But it would have been better if I went to Rita, I already know her, but the scrooge always pays twice , and me as well, she did such a horrible job, it cannot be any worse, and make up also was trash. She is also very far, I paid $25, I wasted 3 hours and nerves. I went back by myself by bus, I left and right away I washed everything off and combed my hair. I came home at 6 pm. It's a good thing that I had time, I ironed our clothes first, then to shower, I did my own hair, simple and modest. And I did my own makeup. I am learning on my own mistakes. When I was leaving in the afternoon, Luba was yelling and was very unhappy, that I am always leaving early,

IFCD001707

according to her, and that Edik is covering for me, this makes her very mad. Jurka is not working today. He is at home. When we got dressed, he took a picture of me by the aquarium. Andriukha came late to pick me up and we went to the restaurant. There are few people and the beginning is not very good. I've never seen a wedding like that. Some dude [illegible] years old is a toast master, basically a nightmare, boring. Now the groom and the bride are fighting, they are running all evening, it's not a wedding, but a bazar and a drinking fest. When we came, Igor and Alyona were there, their photographer took a picture of us for $20. But it was cool! All evening a camera was following me, I was dancing and eating and Jura was jealous. At first everything was ok, but afterwards Igor came to Jurka and they went out to talk, and of course Igor couldn't leave me out of it. Basically, he want to hit where it hurts, he said something about me, about Sos, that I am seeing him, that he is talking smack about Jurka and then he mentioned the restaurant, that I acted wrong. Basically, he said a lot of lies, to separate us and make us fight. I hate him so much, I'm ready to kill him. The other part of the evening he was mad, he wouldn't talk to me and so on. I was dancing with Raimokha. Then, when it was time to catch a bouquet, Aliona came out, caught it and started to jump around like a stupid person. Then he gave it [illegible] and wished me and Juirka the best. This was all such an act and not sincere. Whoever catches the bouquet, has to dance with the groom. As a result, I danced with Romka, we talked about me and Jurka and in general. All evening they were filming me everywhere, as if it was my birthday. Andiukha and Mariana left early, he has to work, we left later by foot at 2 am. Jurka is mad and drunk, he is mumbling that everything will be clear on Sunday, it will be confirmed if it is true or not, what Igor lied about. Someone should confirm that.

IFCD001708

On the way home he told me nothing, if this is the truth. First, he will send me to hell, then he will kill me and that kind of things. My soul disappeared, my heart is broken, and I know that I am powerless, this asshole can talk bad about me to anyone, and this will not be in my benefit. But I am sure there is God in the world. He sees that this asshole is lying about me, making up stories about me. I have an inner voice, that everything will be ok. Because I am clean and I did nothing bad to Jurka. God will punish him for it. We talked at home all night till 4 am, Jurka at the end said that it is about Sos, I told him this is wrong. I. am so afraid to lose him. I love him very much and this is for the first time, God save and protect me. Then we went to sleep, I am crying all night, my soul hurts and heart is crying. At the end I fell asleep somehow. P.S. I know that this wedding will not end good with Igor's presence. That's exactly what happened. God, please don't let me lose him, and protect us from evil and jealous people.

[Text on margins: 09.18. Saturday]

We woke up early in the morning at 8 am. He is still mad, I am hugging him and saying that I love him and please believe me. We made love in the morning, then he told me that he believes me, he is asking to forgive him, but I am still crying, how long will this last. He told me, that he will not go to anyone to check if this is true. We got up, Jurka has a bad hangover, I make him fried eggs. He told me that Gegor is trying to be friends with him again, he wants their sons to be friends. He also told me that he will make cards [illegible]. God, how I wish they don't make friends, or for this asshole to come to our house. Then I went to Jons, I bought beer for Jurka, he is not feeling well. Then Edik called from work (I wanted to ask to go home, but no). He started to tell me off, where I've been and why I am missing. Then Lubka picks up the phone and starts, maybe I need a special time for work, maybe I need to take work home. At the end I gathered and at 12 I am already at work. By the way, Jurka gave me Armani watch for all my yesterday's sufferings.

IFCD001709

Ex. 82 pg.372 of 436

By the way he stayed at home and was there till 5 pm, he drank all beer. I called him in the afternoon and he didn't answer. Why on a photo. Then in the evening I saw it, he made a kiss and wrote that love me very much. Basically, I don't know where he's been all day. Romka picked him up at 5 pm and they went to their house to celebrate their second day of wedding. Romka brought my broken bracelet, I [illegible] it yesterday and as a result it is good for nothing. I worked as usual, only in the evening I was getting ready to go home, planning to finish at 20:00, but Luba went nuts, she told me everything she thinks, that she is unhappy (when we stayed alone). That I am leaving early, going to school, that I am always asking to go, basically she brought me to tears. Then I cried to Edik. He told me that Lubka doesn't like that he is covering for me, that it is driving her crazy, she is just jealous and envious. He said he will take care of it, but I still cried a lot. Nothing is good enough for her, I'm doing everything badly, she is criticizing me with passion. Work till 9:30, then Edik took me home, I came and Jurka is not home yet, I'm calling him, he says he is coming, but after several minutes Romka is calling. Anka will come and take me to them. That's how it happened. There everyone was saying that Jurka loves me so much (I feel sorry. For Romka, because he doesn't have it, it's a pity, he is such a good guy. Anya is stupid to act like that). We are sitting there till 12 am, then they called us a taxi and me and Natashka went home, we paid $20 from Valley. Jurka is drunk, he's been drinking since morning. It turns out he called Mara today, Tigran and someone else. We talked at night [illegible] and went to sleep.

P.S. What an apartment Anka's parents have.

IFCD001710

[Text on margins: 09.19. Sunday]

Today is a holiday, we are sleeping, I am lazy, Jurka has a bad hangover. When we woke up, I made a canned soup (around 10 am), he ate a little bit and went back to sleep, love. Today Natashka wanted to come with a movie "The Pokrovsky Gate", but nothing happened. Mara called in the afternoon, but we were sleeping, she said she will call later, but didn't call. We slept again very well in the afternoon, then I made potatoes and meat, we ate. Khamik called, but he didn't call back later. Natashka called in the evening, she wanted to come visit us, but we are resting today and we want to be alone. I washed my clothes. Then Tigran called, they came with friends at 10 am. I have little chances about extending my visa, I have to try something different. They were sitting and drinking, I was getting a manicure, I'm going to work tomorrow. Love in the evening and sleep.


[Text on margins: 09.20. Monday]

I woke up in the morning and went to work by 8:30, Jurka is sleeping, he is not working today. Nothing changed at work. Jurka went to the 99 cents store, then I asked him to buy me a tea for cold, I worked till 5:30, then I went to school, the school was closed. Today is a big Jewish holiday. I came home early. Jurka and Andriukha is celebrating this holiday, it doesn't matter to them, they just want to drink, I ate, Andriukha brought the Chinese, but we have no money, nothing to buy food with. Then they went to the office to find Kot, he said something about Jurka, long time ago he snitched to Max, basically he is crap. I called a restaurant in the evening, I wanted to talk with Veronika, but she was busy and Serega is talking to me. As it turned out, Igor didn't come and that Serega doesn't think bad about us.

IFCD001711

Ex. 82 pg.374 of 436

Basically, this asshole lied about everything, then Jureichik talked to him. So, everything worked out. Jurka said he will talk to Sos and find out everything. God save and protect me. By the way Sos called him today, they agreed to meet these days. He will help him about video cameras and so on, I don't know exactly. They left, I washed the floors. I receive the first magazine today, I didn't pay for it. We were home in the evening, talks, dinner, love and sleep. Jurka is drunk. P.S. I found out why Khamik and Vova became friends (he put money down, now they are a company).

[Text on margins: 09.21. Tuesday]

Jurka went to work in the morning, first instead of Kot for painting, then he went to a moving. I am going to work at 8:30 in the morning. Jurka is feeling very sick, he is hungover and a poisoning. After painting, Andriukha ate soup. Then they went to work, they finished at 12 and he stayed longer, and he has no news. Today I showed photos of me and Jurka at work. I worked as always and till 5:30, then to school, I am registered there officially. Then Jurka met me, and we went home, we ate the leftovers at home, we put tags on a dress, I have to return it. Then a bubble bath. I took a picture of Jurka and after I went to sleep.

[Text on margins: 09.22. Wednesday]

I slept in the morning, I got up at 7 instead of 8, Jurka already woke me up, this is perhaps from a tea, that I drank yesterday. I went to work quickly, I came at 9:10, Luba yelled at me. Jurka is resting today, Jurka bought some food with his last money and said he will prepare dinner. In the evening he and Khamik went to a lawyer on Vitka's stuff. It is unknown what he's doing at home or some other place. I am working as usual. I called Anka, we agreed to meet today, I don't know how, after school, or how? She will bring video tapes from wedding and my blouse.

IFCD001712

Ex. 82 pg.375 of 436

I left work with scandal [illegible] Luba. I understand her perfectly, she said until we plant all the trees, we will not go anywhere. But I told her I have a school, but she could care less. I am going to a [illegible] and telling him all my problems, he said no problem and he will solve everything. Gosh, Luba will be so mad. When I told her that I am leaving, she didn't even say good-bye. I told everything to uncle, he was still under [illegible], Gaspar and Arthur seem to support me. God save me and protect me. Gaspar even saw me off till Metro. Edik wasn't there, perhaps Luba got advantage of it. Now I am going to school. Jurka took me to school, we had dinner at home, everything was delicious, fish and soup with meatballs. He has no news, whether I ask or no, he will not say. Anka and Romka will come tomorrow with video tapes. I called Anka in the evening, we talked with her for about 30 minutes. I was telling Jurka about work and Lubka. We'll see, but everything that happens, happens for the best. We went to sleep in the evening, I am so tired, I want to sleep and I am also sick, I took a pill and nothing. Jurka even noticed this. I have no energy for love, barely and finish.

[Text on margins: 09.23. Thursday]

I woke up early in the morning, so that by 8:30 to be at work, but half way there a strong rain caught me, I called Jurka, asked him to bring me an umbrella, I waited for 30 minutes, but his truck is not starting. I waited until rain is not so strong and went by myself. I called uncle and said this and that and it's a good thing that Edik wasn't there. I came to work, but it's a war there.

IFCD001713

Luba said either 20 trees a day or leave. That's it, she doesn't care. Then Edik came and told me the same with twice the force. I didn't expect this from him. Basically, they are all mad at me, and I am at fault, which means soon I have to look for a new job. That's it, how should you trust people. Marina and I worked till 12 today, because there is no gold, no rubber. There is nothing to plant. We will be resting on Tuesday with her. It's good from one hand, and bad from the other. I need money. I returned my dress, received $171 and then went to a downtown and went home. Before I called Jurka, he is at work today, and I told him that I am going home. I went and bought newspapers, at home Jurka and Anndriukha are eating with vodka, something strange, either they have no work, or I don't understand something, he is lying somewhere. That's it, home in the afternoon and school in the evening. Jurka went I think to his second job and at 9 he will come pick me up at school. He didn't pick me up, I came home, he is sitting drunk already and is drinking with Aleks. Anya was already here, we ate dinner, she cannot leave tapes, Romka came in the evening and they left soon. I am very mad at Jurka, alcoholic, when did this end. Aleks left at 11, Jurka is dressed (he even didn't take shower after work), he went to bathroom, sat there, and then to sleep. I haven't seen him so drunk, he is simply nothing. He is trying to tell me again, you don't love me, go away, and something like that.


[Text on margins: 09.24. Friday]

Jurka has to go to work at 7:30 in the morning. It turns out they drank yesterday 2 bottles of vodka with Andriukha, and someone else that they were transporting. And then he came home drunk and here he drank another bottle. He paid his debt to Ainar yesterday.

IFCD001714

Basically, he is very sick now, but he has to work. He left, I also woke up and started to clean the house. Wash floors, laundry, ironing. I was gathering packages for my parents. But I don't know when I will be sending it. Skirma called, I talked to her in the morning. We'll probably see each other tomorrow. It's been 3 days I really want to sleep, I took pills. Jurka came at 5. Love, dinner, we lied down a little and at 7 I am going to the doctor, but at a stop I waited for 30 minutes, I froze and I didn't go anywhere, I postponed till Monday at 12:45. We came home, then we went to the store, bought products and in the evening went home. I called Natasha, she will come tomorrow to visit us for a pea soup. Love in the evening and sleep.

[Text on margins: 09.25. Saturday]

Jurka went to work in the morning, I also don't want to sleep. I called home, I couldn't get through. I called Skirma. I went for a walk at 10 to Santa Monica. I wanted to go to a notary, but no luck, I found out about sending packages home, then I went to the 99 cents store, I bought products there and few small things. Then I came home at 12:30. Jurka came at [illegible]. I started to cook soup, but Jurka spoiled my mood and now he is cooking himself. I took newspapers after, then we ate. At 3 in the afternoon Skirma came with kids. They were calling about cars. Then at 5 pm we went to look at 2 cars, then at 8 pm we came home. We disappointed Natasha, she wanted to come so bad, but it is too late. We ate and went to sleep. P.S. I called Zayats this evening.

[Text on margins: 09.26. Sunday]

I am still resting. I woke up, Jurka made breakfast, first he asked me, but I refused, so he made himself. He is also resting today.

IFCD001715

Ex. 82 pg.378 of 436

I am home all day. At around 11 am in the morning we went to RITE AID with him, we bought video tapes, audio, detergent and pipe cleaning solution. Our sink is clogged. And all of these for $50. Then we are home. At 3 he was going for a car, but a bummer, that guy sold it in the evening. Jurka was very upset. Then he went to Home Depot for building materials for a fountain and was building it in the evening. I was watching a video in the afternoon, I was studying English Language. Then at around 5 Anka Khab. called and I chatted with her (that is when Jurka left) for about 30 minutes. Then in the evening I went to Natashka for video tapes at 7:30 pm. Then I called Ripa and talked to her, there are no news. That's it, a manicure in the evening, then we watched a movie "The Pokrovsky Gates" and went to sleep. Love in the afternoon and at night. And Mashka is not coming. This week towards the evening I am feeling bad!?

[Text on margins: 09.27. Monday]

Jurchik is at work in the morning. I woke up at 9 and watched tapes and at 12 I went to the doctor. But before that we had a verbal fight with Jurka about dinner. He says prepare something, but we have everything at home and when I called before leaving, he asked if I made anything, I told him no, and he was very upset. As a result, I went to a doctor, everything is ok, I weigh 122 lbs. and 64 height. I took a pregnancy test, I am not pregnant. I asked about labor, Jura the doctor said that everything will be free – that's great!!! Everything is covered by the state program. Then I went to a 99¢ and bought hotdogs, nail polish, then I went where Skirma advised me. It's all crap there, it is 3 St. and Farfax, next to ROSS. Then I came home! I called Jurka, asked why didn't they come to eat.

IFCD001716

He says I didn't prepare anything, and then very rudely he says I don't need it now, I'll see you in the evening. This is what's going on. I am at home till 6, then to school. I got there myself in the evening. Jurka is still working. I called him, he was very cold to me, then he called back, said he will be somewhere till 1 or 2 am. Again, he spoiled my mood. Luba called, tomorrow to work by 9 o'clock. I called Chernitsova, they are leaving in October to Japan, no news, I went to take shower and take pills, watch a movie and sleep. Jurka came at 2:30, went to bed at 3:30. He didn't kiss me properly, didn't hug. P.S. Romka came in the afternoon.

[Text on margins: 09.28. Tuesday]

I went to work at 9 in the morning. Jurka is still sleeping, he didn't kiss me, basically nothing. It turns out at work Marina was working these days and talked to Edik. He told me, by myself in the evening, but I need food. If I have time to do it before 6, then go to school, if not, then not. That's is what's going on. Gayana didn't come today for some reason. It's like a volcano at work. You don't know when it is going to explode. We worked till 5:30. Edik went to Las Vegas in the afternoon. But his dad wanted to go, that's why he let everyone go at 5 o'clock, so cool. Jurka is working today till 8 pm. Then he picked me up from work, we ate at home. Veronika brought our video tapes. We went to wash in the evening, we watched "You can't change the place for meeting", love and that's it. No Mashka, I am very worried, I wish it didn't start tomorrow. I called mom, she was at work by accident, she couldn't talk to me, I will call her tomorrow. At home we have a damaged cable and telephone is not working.

[Text on margins: 09.29. Wednesday]

I went to work at 9 in the morning. Jurka also at 10 am. There is little work at work, and I was working till 11 pm, then I went home. Jurka also finished work, although he is saying he has a lot of work, when I came, Jurka and Andriukha were drinking beer.

IFCD001717

Ex. 82 pg.380 of 436

Then we went to [illegible] Romka and Anka. Jureichik gave him his 260 debt. Then they [illegible] went to get more beer. They left tapes for us from wedding. I told Jurka that I had an abortion. He said I cannot lie, because everything is written on my face. I went to school at 6 pm. Also, Romka and Anka today said that their child is 3 months old. They left I don't know when. Jurka met me from school with Kot. Again, he doesn't have an optimistic mood on future, it is because of Skirma, he asked her to call everywhere, to find out about the car, but she didn't call and Jurka caught her himself. That's why he was mad. So, everything is ok. (P.S. I left from work, but Mariana stayed. Luba said she will call back about tomorrow. I went to the restaurant "Robert Cuisine" just in time for opening. I sat there and talked with Serioga, Arthur, Veronika, I called Jurka, he said that he will be free by 2 in the afternoon, I went home, I made soup-pickle. I called mom, I talked to her, she sent me letters. Jurka came around 3 pm with Andriukha [illegible] and so on.) I called back Lubka, tomorrow at 9 to work. Today we had a new teacher at school. Nothing normal. A movie in the evening, love and sleep. Mashka started at night 5 minutes before 12. This is what's going on. Next day I checked the test again, I am not pregnant.

[Text on margins: 09.30 Thursday]

I am going to work in the morning by 9, Jurka is going by 10. The work is as usual, nothing new. We worked till 5, that's it, when I was going to leave, Luba told me to sweep, or I am the only one special here. Edik was making jokes with me about this. Jurka came by at 5 to work, he was going with Khamik to look at cars, but it didn't work out.

IFCD001718

Ex. 82 pg.381 of 436

I went to school after work. Today we had a new teacher again, but it was a man. We repeated everything we learned yesterday. I was sitting till 8, then I went home. I came, but Jurka wasn't at home. He went to the store to buy fruit. Then we ate and I think that's it. In the evening I think Romka came and they were reading letters from a friend. Then love and sleep. P.S. I was going to Natasha's, but she says she will come herself tomorrow. Then Jurka went to Home Depot. At that time Mara called, I told her about the wedding. Jurka came and we went to sleep.

[Text on margins: 10.1. Friday]

I went to work in the morning at 9 am. Jurka went to work at 7 and till 2 pm. At work Luba is pressing on me since morning, yelling at me about what to do and what not to do. Screw her. Edik knows, I think he had a fight with his dad, but it is their problems. I received a salary in the afternoon $420. Today we worked till 2 o'clock. I worked till 3, I called Jurka, he also free from work. I came home, they are drinking wine with Andriukha. I made photos today for Robka's birthday. Around 6 pm I went to buy products for soup and a cold borsch at the store. I met the shit Igor on the way, asshole, he dares to talk to me. At 6:30 in the evening Andrey left, Jurka was finishing the waterfall. Khamik came briefly, they agreed for tomorrow to go look at the cars. I am not feeling well, I want to sleep, I have a headache, it's been three days. It is hot, everyone is saying it is before the earthquake. God, save and protect me. Natasha called in the evening, she says she will come in an hour, I made a pea soup. Then to shower. She came around 10 pm, they sat with Jureichik, drank wine. He left earlier. She left around 11:30. I moved everything to fridge after on a balcony, because it doesn't work. And I went to sleep at 12:30.

IFCD001719

Ex. 82 pg.382 of 436

[Text on margins: 10.2. Saturday]

I woke up at 7 am, love. We are going to see the cars. Khamik is coming by at 8. We found a cool car, but Jurka had to receive credit. We drove and looked. Then at 12 o'clock we went to Burbank [illegible] and Neverland restaurant, a cool place, it's like sitting outside, the spring is bubbling, birds are singing. It's a cool place. But food is crap. We paid $50. Then he took us home. It's dirty at home, but I am resting today. Love, then to sleep. Then Jurka was finishing his waterfall. Love. Then around 5 or 6 we went to the store next door to "Kashtan". But it is closed. Back home by foot. Romka has a birthday today. He is working. Jurka left him a message, congratulation. We came home, Jurka went to Home Depot and I stayed at home. I found out from Khamik today that Ira and Mara had a birthday on 09.12, I called and told them they are bad for not telling me, then said happy birthday. We made a cold borsch in the afternoon. I read and finished the book in the evening. Jurka got a letter, where for 2001 they have a lottery, it's a big money, we filled it out. Tomorrow I will send the letter. In the evening he finished the waterfall, love and sleep.


[Text on margins: 10.3. Sunday]

Jurka went to work in the morning till 5 pm. I got up around 10 and finished watching a wedding. Then I did the cleaning. I finished at 4 pm. Laundry is later. Then Andriukha came, a new worker and they sat down and drank vodka. As Jurka is saying, Andriukha [illegible]. Anya called in the afternoon, Aleks. Nothing much. I am home all day. Laundry in the evening till 10:30. They left at 9 pm.

IFCD001720

Ex. 82 pg.383 of 436

Jurka is drunk and upset, that Andriukha is hesitating, tomorrow everything will be clear. We fooled around in the evening little bit. Then he went to sleep and me too, but later.

[Text on margins: 10.4. Monday]

Jurka got up in the morning at 7 and me too, love, breakfast (I made him a sandwich), and he went to work on carpet, painting and something else with Andriukha. I called [illegible], I think there is no work today, or just for me, I don't know. So I am home today. I went in the morning and washed blankets. Then I went to a notary, but because I didn't do the papers at home, she didn't certify it. I came home to Jurka, he is not there, I called him, I think Andriukha agreed, tomorrow they might buy a car. But they are still working. I called Timur in Canada, then I called Lenka Rytik in the afternoon, we talked about money, Natashka and so on. I don't know if I will go to school in the evening or not. Today is also Romka's birthday. Jurka came around 5:45 with Andriukha, we are not going to a birthday party to Romka, I am going to school. And they sat down and drank wine, and I don't know further. Jurka met me from school and we went home. I called work, I am not going tomorrow. Natasha didn't come to school today and she will not be coming. We ate and we went to sleep.

[Text on margins: 10.5. Tuesday]

Jurka went to work in the morning with the new moving company. He came at 2 o'clock. I slept till 10:30, I washed up, ate and I was leaving in the morning, but Jurka came and we waited when Andrey and I will go for a car. I went to the post office. I sent a letter. Then we received a DVD, it's cool, movies on CD. The sound quality [illegible]

IFCD001721

Ex. 82 pg.384 of 436

Andrey came by at 3 and we went to a dealership for a car. There we stayed till 6. Again, I am having bad thought in my head, and ruin my mood and Jurka's. I didn't go to school, we came home at 7 pm. He had time to send money home. Then we went to Larisa, gave her a book and took another one. CD is not working in our car. Then we had dinner, talked, found out.  Again, who is right and who is at fault. He said if he wasn't to cheat, he will cheat, no one will stop him and no one will know. That's the deal. Everything seems to be ok. I called work at 10 pm, I am not going to work tomorrow, I will go with Andriukha to wash the apartment. I called Natasha, she gave me a phone of Dominique's TV show. I have to call and go to work with him. At 10 pm Aleks came, they drank a bottle of whiskey. They separated at 1 am. Jura is very drunk, when he left, Jurka doesn't remember anything. He vomited, hurt his arm and told me that I am a witch, because he is getting to all kinds of trouble. Then he went to sleep, but not right away. Then again got on my nerves and went to sleep.

P.S. We bought a car for $8000 for 4 years and at the end it will cost us $12000.


[Text on margins: 10.6. Wednesday]

I am going to work at 8 am, to wash an apartment with Andrey. Jurka went to a moving by 9 am, with another man, I think Tolik and we came home almost at the same time. I was washing from 8 till 2, then went to the bus myself and came around 3 o'clock. Jurka came and we had dinner together and went to the agent about the car insurance, this luxury costs $1500 a year and we also got a health insurance. Again, when Jurka was waiting, I tried to go to the notary, but she wasn't there. Then I went to Rita and we chatted with her. She already knows, that Romka had a wedding, Alenka told her. We finished all of these procedures around [illegible].

IFCD001722

Then Jurka dropped me off around the 99¢ store, then he went to the shop to find out about the car. I bought cookies and few other things for $10 and I went home. At home I drank tea and went to school. At 9 pm Jurka took me in his car. We came home, shower, love, snack and went to the airport to meet Robka, he is flying in at 11 pm. Then we met Skirma and later met Robka, we went to his house with suitcases. They sat a little bit and drank quickly. When we were waiting for them it was already 12:05 and Jurka said happy birthday to me. Then Skirma and Robka said happy birthday to me verbally. I told Skirma about Dominique TV Show, she said no problem, she will call when they come back. Tomorrow they are going to Mexico, because Skirma's visa expires on October 11. They are going for 2 days. I told them to leave the children to us, and it turns out tomorrow they are bringing them to us. Then at 1 am we went home. Jurka gave me a night gown (leopard, it is too big for me), tights and a Versace perfume, love and we went to sleep at 2 am.

[text on margins: 10.7.Thursday]

Today I have a birthday. As soon as I woke up, Jureichik congratulated me right away. He went to work at 8. Then I woke up around 10 and later [illegible]. They had dinner with Andriukha. They went to work, I think moving. Skirma called and said she'll bring Gabilo and Thomas for dinner, but she'll bring Silvia with her later. I don't know how this babysitting will work for me. But that's ok, in the afternoon it is quiet at home.  Jurka finished at 3:30.

IFCD001723

[illegible], changed and went to the bank to pay for apartment and to a shop about his car and then came back around 6 pm. Skirma called and said, that she will bring kids in the evening. I did nothing special, I was reading, then love with Jurka in the evening, we watched a movie. Around 7 pm they brought Thomas and Gabia. Drunk Timur called around 9 pm and said congratulated me and Lenka sent congratulations by fax. Aleks called, they talked with Jurka, he said happy birthday. Basically, my birthday was nothing, we didn't even celebrate it at home together. This is the first time, horrible! Kids were ok in the evening, I fed them and put them to sleep. I didn't sleep at night. Thomas woke up about 4 times, I fed, changed, when I was changing a diaper, he pooped in bed. Can you imagine. Jurka has a bad backache. Today he wasn't sleeping well, he pulled or tore the muscle.


[Text on margins: 10.8. Friday]

We woke up in the morning early, basically no one slept well. Jurka went to work at 11, something just popped up, he was going to work on advertisement. I made a sandwiches for us, we ate breakfast, Gabi has a fever all day, and sometimes not. Jurka left, I washed the floors and bedsheets. Thomas acted good, he was waking up and wanting to eat. We were going together to the store, I bought fruit. Then I called Jurka, he asked to call the newspaper and to say that it will not work out today. He brought a new furniture for bed [illegible], it's ok, cool that it is free. FREE. He finished work around 5 pm, shower, love, then he went to Home Depot. Gabi had a high fever and I put her to sleep and Thomas is sleeping. Skirma came around 7 pm, we sat down and talked and they left at 8. We ate, finished the pond, Then we went to watch a movie, I read, Anka called, we talked to her. That's it, love after and sleep.

IFCD001724

Ex. 82 pg.387 of 436

[Text on margins: 10.9. Saturday]

Jurka is at work in the morning by 8, I am sleeping. I woke up at 10, breakfast, staying in bed. Then I went to the store and I have to cook. I was home all day, first I went to the store and bought products, at RITE AID I bought weight loss pills, needs to be translated. Then I came home and from 4 pm till 7 pm I was cooking. I called Skirma and talked to her. Then I called Russia to aunt Olya, we talked, we sighed, we cooed. Jurka is working till 8, maybe later, I am resting after 7. Jurka finished work at 10 pm. I. had time to wash up, I am reading now. Then we had dinner, he was still making a waterfall, love and sleep.

[Text on margins: 10.10. Sunday]

Jurka went to work in the morning at 8:30. I woke up, washed the car, then slept longer, then to shower and getting ready. Jurka finished at 1:30 and we went together to the car shop right away to change the wheels. We met Max there [illegible]'s husband and as a result all of this gang will know everything, and also because Vovka-the-bull has a birthday as well. We sat there from 2 to 4, I was reading a book, then new went to Home Depot, we bought something for the waterfall, then products and went home. Dinner, then Jurka made a waterfall. At 9 pm Skirma and Robka brought a baby to us and they went to Mexico with girls. We watched a movie and went to sleep. Thomas woke up twice at night. But it is ok.

[Text on margins: 10.11. Monday]

I didn't sleep enough in the morning, Thomas didn't let me. Jurka started working on his waterfall in the morning and all of the aquariums. Then he went somewhere to get fish. I was washing aquariums. Thomas was behaving. As a result, we [illegible] almost all with fish.

IFCD001725

I fed Jurka for dinner he was doing everything himself, I went around 3 and I lied down to sleep. I woke up, Romka came at 4 and I didn't sleep much. Then Mara called and congratulated me with birthday. I called mom, she is not answering again. They are not calling me work at the jewelry store, as if there is no work for me. But I need money so bad. Then we stayed home all day, me with Thomas, Jurka and Romka were finishing work, staging everything for a photographer. Today there is some holiday in America, Columbus. Jurka called about his visa, only a student visa, needs [illegible]. All day long I either was reading or babysitting. I skipped school today. I called Anka and talked to her, Romka left around 8. Jurka had dinner. By 10:30 in the evening he went to Aleks for recording, he will come later; perhaps around 1 am, I will probably be sleeping. Robka and Skirma came at 10:30 and took Thomas, they had adventures, their car broke down, at the customs they had big problems. But everything sort of worked out.  I read at night and went to sleep. I read a book "Lawyer", I waited for Jurka, love and sleep at 2 am.


[Text on margins: 10.12. Tuesday]

Jurka went to work at lunchtime, they came at 2, drank tea and went back to work and he worked till 7 pm. I slept till 12, then I got up, started to wash fans, and after dinner I washed windows and blinds, I was washing till 5, then I took shower, made dinner and went to school at 6:30. At school they gave me present (it's small, but pleasant). Jurka picked me up, we went to the store, bought a watermelon and went home. We had dinner, they called me about work. Luba is going to work tomorrow at 8, and Andriukha is working, but I am going to a jewelry store.

IFCD001726

Ex. 82 pg.389 of 436

Then someone called me from Khabarovsk, but Jurka picked up the phone and said that I am not here. Tigran called in the afternoon, I am sick of him. Shower in the evening, love and sleep. P.S. We took pictures in the evening.

[Text on margins: 10.13. Wednesday   P.S. During lunchtime (when I'm eating soup) I was offered a part-time job for $5. I don't know if it is a yes or no yet]

We woke up at 6:30, Jurka took me to metro, and he went to develop a film, then at [illegible] he has a meeting with Galya about the ad, and to Vadik in the afternoon (he picked up different soups there). At work [illegible] about me, but I don't care. Mosya is saying it's a good thing you came back and she is also saying, that they are talking behind my back, but I knew it anyways. There was almost no conversation with Edik, he said I got fat. Then it turned out, that Luba said I often ran to the other room and I am not working at all. That's it, I am not going there anymore, and I am not talking with Edik. I worked till 5:30. I went to school. Metro broke on the way and I had to move to a bus. At school they appointed me to sell tickets for Halloween on September 28. Jurka picked me up from school (and that's when my mood started to deteriorate). We went to la Coengo (In Beverley center), in Good Boys, there I took a picture for green card and for visa for $[illegible], a quick photo, then we went to the store and watched TV. There I saw my doctor Jura and we met Bobochka. Then we went home, had dinner, at the end I ruined his mood and mine, first the fact that he is going to pay for one more song. I am telling him no, first visa ($1500), then song, this upset him very much (he says it is sacred and he will get money for it). Then I looked at his photos, I took shower (again my back hurts and I was frozen at school) and sleep. There is bed at 6 we made up, love and sleep.

[Text on margins: 10.14. Thursday]

Jura is at work in the morning. I am also going by 9 o'clock. A manager came in the morning, I think we flooded our neighbor and now we have a problem.

IFCD001727

Ex. 82 pg.390 of 436

I called Jurka during the day and told him about that. Nothing at work, everything is the same. I ate soup. Today Edik said hello from Veronika, he had a dinner at Robert Cuisine, I have to call her today. I finished work at 5:45 and I am going to school. Today at work I put on a new black [illegible] dress (a sundress), and I understood that this is too fancy for this work and Luba hinted to Gayane something and what are they saying about me, - uncle, Edik and the rest. Jurka took me from school, took me home and went to Aleks for recording of the third song. He wants to send his 3 songs to New York for a competition. I came home, cried, ate my food. Washed up and I was going to sleep. Khamik came about 10 pm. I was talking to Skirma, I found out her news, everything is as usual with adventures, Jurka finished work today at 5 pm, and what else I don't know. Basically, Khamik came drunk and is saying let's go, I will give you flowers. I was refusing, but without luck. But all stores around the district are closed and we returned home, I gave him coffee, beer, I called Jurka and told him that Khamik is visiting us and is waiting for him, and Jurka came at 12:30, I went to sleep right away, they sat for 20 minutes and Khamik left. Then made love half asleep and again around 1:30 we went to sleep.


[Text on margins: 10.15. Friday]

Jurka is not working today, he is sleeping. I am going to work at 9 am. Nothing new at work, I called Jurka in dinnertime, he woke up in the morning for manager's knock, then he went somewhere far to the plant store, where they sell plants for ponds. At 2 he went to Alex to continue his recording. I was working today till 8 pm. I received a salary for 3 days $100. Jurka came and picked me up in a car. I listened to his third song, it's ok, but a little bit sad. Then I bought a Chinese food and we went home. Romka was waiting at the entrance.

IFCD001728

They sat and talked, and then we went to Natasha to pick up our tapes and debt $10. Then we went to Home Video and took two Russian cassettes for rent. Romka drove with us and then went home. When they were going in a car, they didn't say that next week they will go to Splash to clean aquariums and that the next week Jurka is meeting Khamik. We came home and watched a stupid movie, love and went to sleep at 1 am.

[Text on margins: 10.16. Saturday]

Jurka is waking me up at 3 am, because there is an earthquake, I got scared, I was sleeping naked, I don't know what to do. But it didn't last long and in about 20 minutes we went to sleep. Nothing was damaged, but it was 7 magnitude. Then Jurka woke up, he had to get up early. At 8 to work, I woke up at 8 and went to work at 10. I paid for Glamour magazine $15 by money order. At work everyone is talking about the earthquake. Today I worked till 7. Jurka came and picked me up at 7:20, we went home. He is working till 1 pm, then we went to the store to buy fasteners for aquarium and so on, when we came, he was finishing it. I made potato pancakes. We ate dinner, we watched the second cassette, it is also trash, and at 10:30 we took it back, paid $3 with change. Then home to wash, love, I'm scared to fall asleep, what if it continues.

[Text on margins: 10.17. Sunday]

Jurka went to work at 7 am and was working till 7 pm. I woke up at 10, breakfast, I washed floors, did laundry, washed up myself, made food, I ironed.

IFCD001729

Ex. 82 pg.392 of 436

In daytime I called aunt Olya and found out, that there are no phones that work that start with 39. In the evening at 12 am I called, Masha will come to us. I talked to Skirma, they bought a car and they wanted to think of something, drinking in the evening, but I don't know, now Jurka will come and we will decide. I am home all day. Jurka came very tired at 7:30, he took a bath, ate and went to bed, we watched a movie and love. I called aunt Olya, Romka said that our phone started to work. I talked to Anka and dad, mom is working. And then I went to sleep.

P.S. Today I hid $40 from Jurka for mom, if I tell him, he will not allow me anyways. But I cannot do that, I know how bad they are there and that's why I didn't tell him, he was sending [illegible] $100 home, his wife called in the evening and asked to send $200, she owes it to someone there. It's ok that this year I sent only $40 for the second time.


[text on margins: 10.18. Monday]

I went to work at 9 am, Jura took me to a metro. It is usual at work, an accident happened in the afternoon, a lamp suddenly exploded above the head. It's fortunate, that I was sitting with a head down, I could have had a glass in my eyes. We finished work at 5 pm, I went to school. I called Jurka. He went to Splash in the morning before lunch with Jurka, we were cleaning aquariums. At home they were moving stuff around. In the evening he took me from school. We ate dinner and went to the movie about sharks at 10 pm. It was trash, I didn't like the movie. We came home, shower, love and sleep.

IFCD001730

Ex. 82 pg.393 of 436

[Text on margins: 10.19. Tuesday]

I went to work in the morning, Jurka took me [illegible] by 8:30, he is not working today. He will be calling Khamik and run errands, it is ok, but he is always drinking with Khamik. I worked as always, no news. I called Jurka, he didn't go anywhere with Khamik today. He was home all day, building aquariums, he bought food. And something else. I finished work at 5 and now I am going to school. I also took pictures at work today. Jurka picked me up from school, he came over and took cassettes, we came come, ate. He made stuffed peppers – it is very delicious. He is such a good boy, doesn't drink coffee. Then we watched porn, we washed up, love and sleep.

[Text on margins: 10.20. Wednesday]

Jurka took me to metro as usual and he has work at 11. At my work we are celebrating Gayane's kid's birthday at lunchtime, I was taking pictures of everything. We were working till 5 pm. They took 5$ from me for the gift. Before school I went home, I left a few items at home. Jurka was working till 5 pm and when I came he was recording a movie "The irony of fate". At school as usual I have to learn a lot. Jurka picked me up, he came home, we ate dinner. Then we took video tapes and later a book to Lariska. Later at home shower, love, I studied a little bit and went to sleep at 1 am. I called Lariska, I told her thank you, she told me she will give me another book and also Jurka will probably invite them to his birthday. I don't have money for his gift.

[Text on margins: 10.21.Thursday]

As usual I am going to work in the morning, Jurka took me to metro. He is not working today, he will be doing his work, he will probably meet with Khamik, I just don't want him to drink. I worked today till 12, because there is nothing to plant.

IFCD001731

I called Jurka, he is not home and he is not answering a cellphone. I went myself, on the way. Home I was walking on Hollywood Blvd. around the stores, I came home, Jurka is copying a wedding. Then love, he fell asleep, I was sorting newspapers, recipes, I called mom, on 23 it will be a month since she sent me a letter and it is still not here. At 4 Mara called, she says she is going to LA with Razmik. Then we went downtown to the library with Jurka, we took English Language cassettes and he took me to school. He picked me up at 9, we came home, dinner, love, and went to bed to watch a movie "The irony of fate". At 11 first Khamik came and later Mara with Razmik. We sat down, talked and they left at 12. We went further to watch a movie, then love and sleep around 2 am. At night I told them happy birthday, and later his wife and sister as well.

[Text on margins: 10.22. Friday]

Luba called at 7 am and said that I am going to work by 8, I congratulated Jurka once again. There is no money, I can't buy a present. He took me to a metro. At work I worked till 3 pm. Then I went home. I called Jurka at 12, he said that he is recording with Aleks till about 5 pm. He is not working and in the morning at 11:30 he is drinking with someone, he drank 1.5 of huge bottle of vodka, I don't know yet with whom, something doesn't add up. They bought booze at 11:30, and at Aleks's he was supposedly at 12:09, at the same time 1.5 bottle is missing. I don't get it. I called Mara, she will pick me up at 5 and we will go to the store to buy gifts. In the evening Skirma and Robka will come, they will be drinking again. Jurka hasn't been drunk for a long time according to his standards, but now it is till Monday.

IFCD001732

Ex. 82 pg.395 of 436

Later I cleaned the potato, made a salad. Mara didn't come as promised at 5, but at 7 pm with presents. Khamik gave flowers, Jurka came 5 minutes earlier. They gave us Armani perfumes, male and female, cool smell. Skirma and Robka didn't come. Then Mara seduced us for adventure, to gather produce on [illegible] card. Raima came in the evening and we agreed, he is going shopping tomorrow to his store at "Beverly Center". Razmin left around 1 am. And we went to Hollywood at 12 with Mara, we got money from [illegible]. That's it, love after and sleep around 1:30.

P.S. The things are different with booze, Jurka poured it into a bottle of water and prepared for Nature. And only in the evening he drank beer.

[Text on margins: 10.23. Saturday]

Andriukha disappointed Jurka in the morning about work. We woke up at 10. [illegible] went home. We went to RITE AID, we bought shampoos, a hair dye for Mara, and then few products. We went together with Jurka, again we prepared stuffed peppers, Mara dyed her hair. [illegible], we ate dinner and at 2 pm we went to Raimokha's store. There was little choice at the store, at least for girls. Jurka gathered for himself a lot of stuff, about 2000$ worth, and me not too much, for 1000$. I didn't buy myself perfume, underwear and shoes, what a pity. Larisa also didn't buy herself much. Mara also bought herself few things. The only thing we bought is a bag, I liked it. Altogether we gathered about $6000, we left the store around 6 pm. We went home, gassed up the car, unpacked clothes. Then Mara put away clothes, presents for [illegible] we took her about 7 pm to the hotel "Jazz Inn". Then we went home with Jurka, then we went home with Jurka, I took the last money and we went to the store, we bought meat for tomorrow for shashliks and chocolate candy. And right away we went back to Mara.

IFCD001733

Ex. 82 pg.396 of 436

While we stayed and waited for her, I told Jurka in brief how I used to live, that I lived in this hotel and how I met with Mukhtar and so on [illegible]. Then we went home. I just met Sos. We looked at stuff, later at about 10:30 Raima came, he took his stuff and they agreed to repeat for tomorrow. Andriukha and Sasha came drunk, later Sasha stayed, but not for long, Jurka kicked him out. At 3 am Khamik came from Marika's wife's birthday, we went to bed around 12 am. During dinner Jurka and Mara drank vodka, and later Jurka drank beer.

[Text on margins: 10.24. Sunday]

We woke up in the morning at 8, love and getting ready for nature, a lake. Mara and Khamik are sleeping and they will go to Beverly for produce. We got ready for 9, Andriukha didn't come and didn't give money to Jurka. We borrowed $50 from Mara. Larisa and Vitalik came at 9, and later Skirma and Robka and us, and we went. There was no one on the spot, it was very cool, we chose a very good spot, took photos, grilled meat, we sat till 5 pm. We slept in the afternoon. Khamik and Mara didn't come. We left because Lar and Vit needed to go to work urgently at 6:30, Jurka got upset, Jews ruined everything again. We came home. They went to the restaurant and said [illegible] will call and we will go to the restaurant to continue celebration. But this is all empty talks, because they didn't call. Skirma and Robka stayed with us till 7 pm. I wiped the dust and washed the floors in our room, then Jurka took shower, then me. At 8 Raima came and told us about today's troubles, how they [illegible], disappointment everywhere, they didn't take anything much. Basically, now Raima is careful, and Mara is disappointed. Later about 9 pm Khamik came with Mara, they talked about today, but then they drank for Jurka's health. At 10 they left, Khamik went home, and Mara with Raimond to "Jazz inn" [illegible] to do further.

IFCD001734

We went to see the movie, love and went to sleep around midnight. Mara came at 11 and we went to sleep.

[Text on margins: 10.25. Monday]

I am going to work at 9 in the morning, Jurka took me to Metro. It's as usual at work, but at lunchtime Edik showed his true face. Basically, I [illegible] and he said that I will be till 8 pm. It turned out to be true and I left work at 7:30. Jurka is at home all day, he just sent a tape to New York and bought a newspaper with advertisement and that's it, as he told me. Mara was sleeping till 1 pm probably, as Jurka said, and then someone came after her and she left. I called Jurka at 12 and at 5 pm. He came at 7:30 and took me and we went home, it's a disappointment with school today. No, I have to find a different job. We came home, dinner and we sat down and chatted. Then at 9 Aleks came. I roasted yesterday's meat for them and they sat down and drank vodka till? Mara called, said that she will come late, around 1 am. I will still be working and I am not fussing yet, because I need money, and I will see further. That's it, I bathed and I am going to sleep, and Jurka is unknown. I went to sleep at 12:30, Jurka came and went to sleep at 1:30, Mara came and they were drinking, then Khamik came. Basically, they were drinking all night till 6 am.

P.S. Jurka said that Vitaly called, apologized for yesterday and for restaurant disappointment. Raima didn't come. I saw our advertisement, it is not very good. Skirma and Robka came in the afternoon.

[Text on margins: 10.26. Tuesday]

I woke up, our guests are sleeping, Khamik is not here, Aleks was harassing Mara while drunk, and then he left at 8. I am going to work at 9, Jurka took me to Metro.

IFCD001735

Ex. 82 pg.398 of 436

At work Luba was sick and didn't come. Edik is not talking to me, only with Marinka. We worked till 5 pm. I called Jurka in the afternoon, he was at Khamik's house, he didn't go (he said he was busy). So he was home in the afternoon, he boiled potatoes. Mara was sleeping. In the afternoon Jurka around 4 went to Aleks to record his song and then to me to school right away, I went to school after work. Mara is at home all day. I don't know what they were doing, but they are smiling suspiciously. We went to the store in the evening, we bought food and took video tapes for rent. We came home and had dinner, Khamik came and Raimokha. He took his pants from Mara. They sat down and left. Then we went with Jurka to watch movies and I lied down in my robe, this upset him and we had a little fight and we went to bed without love. I am very tired today and I am like [illegible]. Mara is at home in the evening.


[Text on margins: 10.24. Wednesday]

We woke up early, because at 8 we went to a doctor for vaccines, but because I didn't have appointment, they weren't there yet. Jurka took me to work. Today Mara and Marishka didn't come and Edik had to talk to me, in the evening everything was sort of normal. We worked till 5 pm, then I went to school. I called home at 4 pm, Mara is waiting for Razmik, they have to come. Jura was driving around his clients today. He was offering aquariums. It's silence so far, by the way about the advertisement, he went to Lariska's work at the nursing home in the morning. At 9 pm he took me from school, we ate diner and finished watching the movie. Then he went at 10:30, he took the tape back, and I called the girls at work and talked to them. Then Jurka came, Ainar came, did faxing and left. I went to a shower. Mara came at this time, Ira and Tanya.

IFCD001736

We stayed a little and girls went to take Mara to the appointment, and they returned to us and stayed overnight. But I didn't hear when they came. We already were sleeping, me and Jurka after love.

[Text on margins: 10.28. Thursday]

Jurka is going to work today by 8 o'clock and me too by 9. At work everything is normal, I developed a photo film today and made photos. I worked till 5 pm, then I went home to Anka, we are going to a party tonight at school, before that we went to my place to pick up a camera, then we bought beer, drank in a car next to school, later came Masha (actress Glagoleva's daughter and her step-sister. Then we went to a disco, what a nightmare, Mexican music and terrible atmosphere, full of Mexicans, zero organization. I had pizza, I didn't win a lottery, I only received a certificate of appreciation for organizing the evening. I danced with Masha from Moscow a little bit, I took one picture and that's it. I called Jurka during the day, he is working and not going to school. Mara is sleeping, she was drinking all day, she came only in the morning, girls left today, when I came home at 6, Mara was still sleeping. Jurka was working till 8 pm. The evening lasted till 9:15, Jurka picked me up at 9:30, we went home, we had dinner. Then Raimokha came and they went to [illegible] with Mara for some errands. Jurka was going to get cigarettes with Mara and he filled up the car with the left [could mean: illegal] card, full tank. They left, we made love, no Mashka, we went to sleep at 12.

[Text on margins: 10.29 Friday]

Mara didn't come at night again, she is drinking somewhere, or she stayed at Tsets overnight. Jura went to work at 7 am, I got up too,

IFCD001737

I washed up and by 9 I went to the doctor for vaccines, I was getting there and to work on a bus. I was at work at 10:30 and I finished at 12, there is no gold, as Luba is saying. That's why I am going home. I came home, I made myself a fried egg with [illegible], then I rested. Jurka came around 2. I also made him fried eggs. We ate, love and went to sleep till 5pm. Then we went to run errands. Jurka went to aunt [illegible], then went to get video tapes, then to 99¢ for napkins and so on. Then we bought produce, we also bought a pumpkin and towards the end I went to Lariska to pick up a book form her. We came home, Jurka made a pumpkin according to instructions that they gave me at school, I made dinner. We ate and went to watch TV, love and sleep.

[Text on margins: 10.30. Saturday]

Jurka went to work at 8, I am resting, if you can call this a rest. I got up at 10 am, I washed, ironed, cleaned, mopped, made borsch. I called mom, at home someone called, either the customs or police about some firm we registered. As a result, mom went and gave them my address. I told Jurka and he said this is bad, I called mom back and told her not to give anyone our address or a phone number. Hopefully everything will be all-right. God, help and protect me. I am home all day working. Jurka finished at 7 pm, Anka called in the morning, maybe we will go to stores with her tomorrow. I called Samsonova, she wasn't at home. I talked to Lariska, today is a holiday in America, Halloween, when they dress up in costumes and we carved a pumpkin.

IFCD001738

Ex. 82 pg.401 of 436

In the evening we ate borsch, then I went and washed blankets. Jurka took back tapes, brought new ones. We came home, and later Andrey, Sasha, Arthur came to us and they were sitting and drinking vodka. They were drinking till 12 am new time, today we are moving clock back one hour. We watched half of a movie. Jurka is drunk, he was saying all kinds of nonsense about me and him and that I need someone else, not him and so on. Then he fell asleep.

[Text on margins: 10.31. Sunday]

Jurka went to work at 9 am. I woke up with him, then I stayed in bed and got up, I stitched everything that was ripped, I watched a movie "I want to go to a prison". Jurka is working, he was transporting Raima in the afternoon. I called Natashka Rassipnova, I talked to her about my illegal firm and that they were looking for me. She said she will call me back and tell me how things are going. God, protect and save me!!! At 2 me and Anka went to Bloomingdales at Century City, I wanted to return dresses and get money. Bummer, I need labels. We came around 6, I called Raima, he said he will give them to me. When I wasn't there, Jurka came for dinner. He finished work at 7 pm. I came and called [illegible], talked to her (i.e. I called her in the morning). I prepared dinner, vinaigrette, then Romka came and sat with us till 10 pm, around 8:30 they went for stamps with Jurka, then they were sitting and drinking vodka. All evening kids were coming with costumes and I was giving out candy according to rules. I want to sleep so much. Evening turned out to be not so good. Jura and Roma went to get stamps at 8:30 and came back at 9:30, they didn't buy stamps.

IFCD001739

Ex. 82 pg.402 of 436

To whom they went about Jurka's songs. We came and everything started for it. I asked if we will go to Hollywood Blvd. They are having a costume show there because of the holiday. He told me he doesn't want to, he better sit down and drink with Romka. I got mad at him, he does everything he wants to, whatever is good for him, but he could care less about me. It doesn't matter is [illegible] asks him. Anya is calling later, they agreed that they will take me to Natashka, and they will be drinking themselves. When they told me, I got mad and Jurka did also later, but it is his fault. God, I have no patience. I am starting to think often, do I need all of these?! As a result, their evening is broken, Anka is going with Romka, then they are arguing by our house till 12 am. All this time Jurka was sitting, then he decided to go somewhere at 11:00 am. Not a single word to me, as if he is holding a grudge, he treats me like I'm nothing. I should be mad at him, he is getting so bold and is starting to boss me. As he says to Romka, he will teach me a lesson and do as he pleases. Asshole. As a result, at 12:15 Natashka came, we are sitting with her, my head is spinning, I don't know what to do and how to be. We sat and chatted, Jurka came home at 1:30 drunk, he went to take shower and sleep. Not a word to me. Natashka left at 2:15, I also went to bed.

IFCD001740

[Text on margins: 11.1. Monday]

I woke up at 8 am, I have a headache, I want to sleep, I have to go to work, I gathered and at 9 I went to metro myself. I didn't even wake Jurka up, screw them both, I'll treat him like he treats me. God, I am so tired. I came to work at 10, bummer, there is no work, I got a salary, remaining $245 and I went home. I came and Jurka wasn't there, he has work at 11, he didn't take a cellphone with him, perhaps so that I will not call him, naive, I am not going to call him. I am at home now, I am watching TV. I called Skirma, she is not home. Jurka appeared at 1:30, no hello or good-bye, he went somewhere else. He was working with Romka today. Then they came around 3 with beer, at that moment when they came I was sitting in a car with Anka, we were chatting about our men. Then they ate and watched a movie, Jurka is not talking to me.  They are in a living room, and I am in a bedroom. I wanted to ask Jurka to take me to the hospital, but no he cannot, he is watching a movie. I was even more mad at him. I went to school at 6, during break I talked to Anka. She is also very upset and is saying I am stupid, I have to gather money. By the way, I will not give him this, this is for my visa. He came by at 9, then as I found out, he didn't want to come by me (then it would have been the end). But at the same time, he is not talking to me. I called Luba, there is no work for tomorrow. I called Natasha, I asked her to call Dominique about the show. And good, I will go tomorrow to the TV show with her. I went to bathroom and then to bed. I am still not talking with Jurka. When in bed, he started to press his foot on mine, kissed and said good night. And that's when I lost it, I told him everything, and so on, to figure out who is right and who is wrong. Of course he is always right.

IFCD001741

Ex. 82 pg.404 of 436

Good or bad, we discussed our relationship, I told him everything that I'm thinking. I think we made up, love and sleep. I called Anka, she wants Jurka to help on Wednesday or to bring the mattresses.

[Text on margins: 11.2. Tuesday]

We woke up together in the morning, first love then Jurka went to work at 9, I ate and gathered. A handyman came in the morning and fixed the tap in the bathroom, now it is not running, they will fix the fridge tomorrow. [illegible] came to pick me up and we went to Cower and Melrose by 10:15, Paramount Picture. Show was at 6. We had lunch at 2 o'clock, we went and ate a hamburger and we sat till 5 o'clock. Nothing special, it was just too cold. They put me in the first row for the first time and the camera was almost by my face. For this show I got $33 and then moved to the other in CBS Farfax and Beverly and we went there with Natashka at 5:15 [illegible]. I called Jurka, left him a message and we sat there till 7:30. I liked this show more, they don't even shoot you. Orchestra is playing, very cool music and all kinds of celebrities. This is same type of a show as our "Good evening with Ugolnikov".

For this show I received $11. Natashka took me home. At home Jurka finished work at 6. We ate, I told him what and how. Skirma called, I told her everything too. She wants it too, maybe tomorrow. I didn't go to school today. Luba didn't call. I have a schedule of shows for this week, I will be going everywhere. They didn't call me from work, which means I will not be going there, which is fine. In the evening a hot tub, and at dinnertime a shot of brandy, because I am very cold and went to bed, love and sleep. Something strange with Mashka, it is not coming, although [illegible] today.

IFCD001742

[illegible]. I am very scared. I have to go to a doctor. Jurka stole a two-cassette player. We listened to the music in the evening, there were candles, we were relaxing. So that now we have something to listen to.

[Text on margins: 11.3. Wednesday]

We woke up in the morning together. Jurka went to work at 9, but before that love, then he left, I also got up, washed my hair, ate. Today I have one show at 15:15, where I was yesterday evening. I want to take Jurka with me. I will not go to school again. Now I have to clean, cook soup. And then I don't know what, basically I cleaned and made soup. I went to the store and bought products, took clothes to dry-cleaners. I came home and right away in 10 minutes Jurka came. He was working till 3:30 today. Then love (Mashka's still not here) and we started to gather for a show. Natashka will go there right away, Anka left her car with us and we went to our show, it was cool, together we made $22. They shot us well this time. Show was finished at 7:30 and Jurka took us to school right away. I was dressed very warm today in a short poncho we bought from Raima. Then in the evening at 9 Jurka took up, we came home, Anka went in her car and we decided to go to Splash. But unfortunately, everything was busy, we went home. In the evening we watched Martin Show, then love and sleep.

P.S. In the evening I receive a horoscope fax from Natashka.

[Text on margins: 11.4. Thursday]

We woke up together, love and started to gather, Jurka went in the morning about the car, thank God the renovation cost $10. I took shower in the morning, breakfast at 10:30, Anka came after me and we went to the show. Jurka came at that time. They fixed our fridge at 10.

IFCD001743

Ex. 82 pg.406 of 436

The show was boring and we were sitting till 3 pm. There is nothing else, just on Saturday. Next week Dominique is on leave. Only for another week. They didn't call from the other work. I called Marina, she is working there a little, but it is quiet for me. Natashka brought me home. I ate at home and watched TV. Jurka was driving around his work today. He came around 4:30, I prepared his food. Then he took me to school at 6:15, and he went to take a mirror to a Valley. We were studying today till 7:30, I called Jurka (a teacher gave me a phone, I don't have keys from the apartment, it's a good thing that a manager has). I came from school by foot, but Jurka came right away. We were sitting at home and cracking sunflower seeds till 9 pm. We went to transport mattresses. Anka and Sashka are moving to another apartment. Then at 10:15 we went to wash cars ourselves and went home. At 11 we recorded a show where they showed us and then to sleep. Jurka went to sleep little earlier, he has to go to work tomorrow.

[Text on margins: 11.5. Friday]

At 6 Jurka woke up and went to work. Skirma woke me up at 9, we chatted with her for about 30 minutes. Then breakfast, I washed a fan, then I wiped a car window, it's been a month since we bought it. I sent a fax to Skirma about the Glamour magazine. Anka called, Natashka. Jurka asked me to go to the offices, to offer aquariums, but I am scared. I had dinner. Now I will probably to the post office and stores. I sent a letter to mom and at 150 I went to ROSS, walked around there. Then at 5 pm I went to JONS, bought products and went home.

IFCD001744

Ex. 82 pg.407 of 436

I called Jurka, he is still working. When I came, I had a message from Natashka, at 5:15 there was a job on a show, but unfortunately it was late, I came around 6 pm. I prepared dinner, chicken, rice, soy. I read a newspaper, at 9 pm I called Jurka, he is still working, then I ate by myself. I took shower at 10 and went to sleep. At 11 pm a knock at the door woke me up, this was Khamik drunk, I let him in. He started to hug me and squeeze me, he wanted to feel a woman's touch. Basically, I am sick of him, I sat on the couch, he sat next to me hugging, I'm in a chair, he is pupping me to himself, and Jura is still not home. Basically, he got me really mad and I kicked him out of the house. I called Jurka right away, he is still working, and he will be there till 2am. [illegible] will be for sure, I told him about Khamik and I told him that I am going to sleep. He woke me up when he came. It was around 1 or 2 o'clock, I don't know for sure. I gave him everything to eat whatever I made, love and sleep.


[Text on margins: 11.6. Saturday]

Jurka went to work at 7:30 in the morning, I slept till 9:30, then I got up for breakfast. Jurka called, said he will bring cigarettes from 11 to 13. I went to the store, bought t-shirts for him and me for $30, and a video tape for mom. I took clothes form dry-cleaners and went home. At 12 Jurka came, I washed up and we are going to a TV show, we ate at [illegible], left, we went to pick up Anka and to work. We sat at the show "Smell" till 4:30 and went home. Natashka went herself, but we took Anka. We earned $15. We wanted to visit Skirma, but Sylvia was sick. We went to buy an ice cream and went home.

IFCD001745

Ex. 82 pg.408 of 436

I warmed up dinner, we ate, then a man came to him from advertisement, and by 6 pm they sat and chatted about aquariums and business together. Yesterday Jurka told me that they came at the beginning of 3 yesterday, because if it had been 2, they would have bought a bubble and drank. But I think the clock is not changed in the car and thank God. I called Raima in the evening about labels and Anka (Romka's) but she wasn't at home. Jurka sat with this Jack till 7 pm. Then we roasted the sunflower seeds and we watched a movie, love and sleep around 12 am.

P.S. Jurka was looking at his wardrobe in the evening.

[Text on margins: 11.7. Sunday]

We woke up in the morning, love, breakfast. And started to do chores. Robka called in the morning, they invited us over at 2 o'clock. We went to RITE AID to exchange $1. I was doing laundry at home and was making pickled soup. Jura was washing aquariums and re-arranging a little. Then Jack called him at 1. They talked for about 40 minutes. We went to Robka at 2 o'clock, we are well there. Jurka and Robka were drinking, they sat till about 7 pm. Robka was drunk, he was talking all kinds of nonsense, like touch me, my underwear is not wet, and touch my belly too. As a result, he was going to come to us drunk. Skirma got mad, gave one box of cookies. We went to Romka's "Kashtan", Jura has a meeting with Arkady there about aquariums, before I came, I lost a padding from bra. Robka went somewhere drunk. We didn't stay long, restaurant was closed. As a result, we were looking for Robka for 30 minutes.

IFCD001746

Ex. 82 pg.409 of 436

We didn't find him, called Skirma and told her everything. Then they came to us. Jurka and Romka were still drinking in the evening till 11:30. Anka came at 10:45, they sat down a while and left. Skirma called at 10:30, Robka was walking home on an autopilot and came home safely, Jurka is upset about Anka and Romka. She just hates her. That's it, at 12 we went to sleep.

P.S. Jurka borrowed $1000 from Romka for my visa and we agreed on tomorrow.

[Text on margins: 11.8. Monday]

In the morning when you don't have to go to work, for some reason you wake up early. We woke up at 8 am, we ate breakfast. I washed Jurka's robe, then I ironed the remaining underwear. And wait for Romka's call about visa. Then they came to us with Anka about 12 in the afternoon. Jurka has a light hangover. They left and said that they will call about visa and something else. Romka is lying about money, that we wanted to borrow. We were home all day. Then Jurka went to a woman in a furniture store, she wasn't there and he returned quickly, took video tapes we watched with him in the evening. When he wasn't there, I washed floors. Then we lied down and watched movies, me till 6 pm, then I went (Jurka took me) to school, and he watched movies till 9 pm. Romka called and said that he is raising the price to $1500, it's already 2000-2500, and now I don't know when they will do my visa, because there is no [illegible], and it is unknown when it's going to be. Also, Jurka's visa is expiring on the 23rd, and mine on the 15 [illegible], but it is already considered invalid. Basically, I am so afraid and nervous. Jurka took me from school at 9. Also, Anka has a birthday today. I just congratulated her verbally, and they [illegible] were drinking at Anka's home. We went to JONS bought meat and produce,

IFCD001747

and also beer and we went to Splash right away, but it was the second time disappointment. Everyone is busy. We came home, I roasted potatoes with mushrooms, we ate, drank beer and went to sleep, love and bye – bye.


[Text on margins: 11.9. Tuesday]

In the morning Jurka went to work at 9. I slept till 10:30, then breakfast. Skirma called, we talked to her, it turns out Robka was mad at us, that we left him. Then I watched a tape. Then I started to cook [illegible] with mushrooms. We cooked till 2 am. I called mom, talked to her. Jurka finished work at 3 o'clock. We ate, then he went to the furniture store. I started to study lessons. I also called [illegible], I wanted to say happy birthday, but he wasn't there, [illegible] cell phone is silent. Too bad. I called work. I talked to Irka. I also called Zayats and talked to her. Basically, today was a day of conversations. At 10 pm Jura's wife called. At [illegible] Jura came and took me to school, we had a test today. He picked me up at 9 pm and we went to JONS, bought beer and again to Splash, thank God it is free today. We sat in a Jacuzzi and went home. We ate at home and went to sleep. Romka called in the evening, they also went to Splash, but only after us. In the evening Jurka found out, that from his electronic note book, notes and telephone numbers disappeared, and of course he suspects me, because I am using a dictionary. But I didn't do anything and I don't know how all of these happened. He had a valuable number there. We almost had a fight because of this.

IFCD001748

[Text on margins: 11.10. Wednesday]

We woke up in the morning, Jurka went to work at 8, I was still sleeping till 9. Then I got up, ate breakfast, watched a movie, I called Anka, I wanted to go somewhere with her, but they went with Masha to look at the furniture. I stayed home. I washed stairs leading to home. I called one again to Pashka, but he is not at home. I called mom again, she told me that Makikha came, I will call her later. In the afternoon closer to 4 I fried eggplant. Jurka was working till 4:30, he came, ate and went to the lawyer about his visa documents. I made eggplants – roasted them with tomatoes and at 6 I am going to school. Jurka came and took me to school. And he went to the furniture store or somewhere else. And then at 8, together with Romka, they took the fridge and then they picked me up from school at 9 in a truck. At school we had a new teacher. Then we went to visit Romka. There we ate, I drank a shot of cognac, because I was very cold. Jurka again was in a bad mood because of Anka, he hates her so much and he feels sorry for his friend. Then I called Anka and told her, that we have furniture and it needs to be picked up. We are going home, at twelve thirty Sasha is coming, I gave him a fan, because we have another one, they gave it to us, and also two pictures. Basically, we were transporting things back and forth till around 1:20. I went together with Jurka, because he is in a bad mood. I don't want it to get worse. They talked about business visa, Sasha was doing it himself. Everyone is at home, Jurka ate and we went to sleep.

IFCD001749

[Text on margins: 11.11. Thursday]

Jurka went to work at 8 am, he has a light hangover, love and I am continuing to sleep. He called me around 10:30 and told me that he is doing home, that he finish work. He came, we ate and he went to bed, I washed the fan and took shower. I called Anka, I found out about Sasha, we are planning to go to her. At 1 pm I woke Jurka up, love and we are getting ready. He called Jack and we went to him, then we went to Melrose to an exhibition hall about aquariums. Then we dripped him off again in his district around 4 pm and went to exchange video tapes, he took a newspaper from Galya [illegible], he went to [illegible] to work, they talked, then to the store JONS, bought products and at 6 pm he went home. In the evening we watched a movie, cracked sunflower seeds. Later we made a [illegible], drank tea and sated in bad. I am not feeling well, I have a sore throat. We went to sleep, but first love.

P.S. Today is a holiday is America, something about veterans, perhaps like our May 9th, that's why I didn't go to school, today is a day off.


[Text on margins: 11.12. Friday]

I woke up in the morning at 9, Jurka is gathering to work at 10 and me too, he ate breakfast and at 11:20 I left, went to a downtown to the library. Anka called, she wasn't at home. I exchanged books at the library, I met a grandma who speaks a very good Russian at 70, but she was born in Bulgaria and she's never been in Russia, just her parents. I stayed there till 1:30 and then went home. I have to call Jurka at 2, go to the bank and an insurance agent and at 4 to the doctor about Mashka or the pregnancy.

IFCD001750

Ex. 82 pg.413 of 436

I came home at 2:30, I called Jurka, he is still working till about 5 pm. Jack didn't call him. I called Anka, she is not coming, Sasha has a car.

I ate dinner and at [illegible] I left, first I went to the bank to deposit money, gave. Then [illegible] insurance about the car, I have to find out something and we went to the doctor. I was there at 4:30, they tested me again and it showed that I am pregnant, I was happy, they took my blood right away and urine, pap-smear, checked my boobs. They filled out all the papers and gave them to me. I am about one month pregnant, that's it, I left happy at 6 pm and it I walked from home to Willsher, to home. There was no bus, simply, and on the way, I was thinking. I came home at 7 pm. Jurka was already at home, he made soup and cutlets. I told him about my adventures and news. He was very happy and celebrated right away. In the evening Anka called. I told her about myself, because as a result on Monday I will need her help. She was also very happy, no one else so far. That's it, we had dinner and went to sleep. But first love, at the same time I am very afraid, what if I have a miscarriage. Jurka is saying all of this is nonsense, but I had a bad feeling. Well, we made love and went to sleep.


[Text on margins: 11.13. Saturday]

We woke up in the morning, Jurka went to work by 8:30. At night and in the morning I had a strong bleeding with blood clots, this is not good.

IFCD001751

Ex. 82 pg.414 of 436

I don't understand, I was very late, or this is a miscarriage, or who knows, but this is bad, because I was bleeding all day, and today is a Saturday and doctors are not working. At 9 Anka called, we met her at 10 and first went to Bloomingdale to return my stuff.  On the way we were talking about me and she said I am stupid, that I cannot start marathons and such exercises, people are in bed first 2 months, and I am an idiot, did such a mileage and that's why it showed. Basically, this is the first bad news. Later a disappointment at the store, they will not give me money, I can only buy something in return, no more that $100. As a result, I took my dress back and we went to [illegible] Galleria. This was a second disappointment. There we looked around, Anka was looking for boots, I found cool boots for $129, leather, a beauty, but I don't have money. I am bleeding hard, just have time to change. We are wandering till 3 o'clock, without buying anything. And the third bummer, I lost 2 important letters (I was holding them), I needed to drop off one (it's our credit), and the second one is also about credit. I had to give it to Anka to translate for me. As a result, I blacked out and don't even remember where and when I lost it. Such bad news. We went to the grocery store with Anka, she bought herself products, then she took me home at the beginning of 4 o'clock. Jurka was still working, I called him, he was interested that I had bad news. He came about 5 pm, I told him, he was very upset about the letter and he went back to work to help Andriukha. I was at home in the evening.

IFCD001752

I called Lenka Rytik, she was saying [illegible], that it was too early for me to plan a baby. Jurka came at about seven o'clock. Jurka is upset about my absent mindedness. We had dinner, we watched tapes and went to sleep.

[Text on margins: 11.14. Sunday]

We woke up in the morning at about 9 am. Breakfast, I am home, I called Natashka in the afternoon, she is going to work at a new restaurant, [illegible] Glendale, it's 7-10$ an hour. And I think Romka is also going there. Jurka said he would like to go there as well to play or to sing songs. And I as a waitress. I made a waffle cake with condensed milk. Jurka was going somewhere, I didn't go. Then we went with him. I called Veronika at home to a restaurant, promised to come to us. In the evening Jura took me there and he went to Sashka (Anka's). I chatted there and ate. Then he took me and we went to the restaurants "Black Sea" and "Metelitsa" with him. He wanted to see Aleks, but his restaurant was closed. Basically, we drove around and went home. We called Sasha from home and then went to him. Jurka was talking with Sashka, and I with Anka. Jurka took documents form him about his visa, and then we went home. At home, at 11:30 Aleks called, but Jurka is not here for him. We watched a movie and went to sleep. P.S. In the afternoon they brought 2 weight machines, yesterday's dudes. And in the evening before we left Andrey came with someone.

Also, Dominique called, there is work, but I don't know yet what and how. We went to see printers.

[Text on margins: 11.15. Monday]

We woke in the morning at 8:30 and we started to gather to a new restaurant. I called Natashka, to go together, but she is going to Lubka.

IFCD001753

Ex. 82 pg.416 of 436

We are gathering ourselves and at 9:30 we are leaving. We came at 10:00 and talked to Anatoly. He sort of took. Then we sat and waited for a common gathering of all waitresses. But this restaurant is better, because it has music, show and it is dark. Basically, you never know what is better, and what is not. [illegible] and Natashka came with a dog. They are talking about discipline during the meeting. [illegible] so on and so forth. We finished at 1:30. We went home. We ate, I called doctor Jura and told him about news, my bleeding. He said it is miscarriage. Then he called a doctor (the one that gave me abortion before) and we are going to him in the evening. In the afternoon we slept till 5 pm. Then we are getting ready to go to a gynecologist at 6. He said I am pregnant and that there is even 2 heartbeats, which was a miracle for me. Because neither me nor Jura have any twins. I paid $50 for it. Then me and Jura went to Good Guys to look at printers. There came Romka and we were together. We went to Strounds and bought pillows there and feather blankets for $295. Then we went home. They drank tea with cake. Then we went to watch a new movie. Anka came, we watched together. They sat with us till 10:20 and left. We went to bathe and sleep. P.S. I didn't go to school today and at 4:45 there was Marlin Show, I didn't go either. Anka called, I talked to her. Also, Veronika called. I told her about myself as well. Also today is the end of my visa, I am illegal tomorrow.

[Text on margins: 11.16. Tuesday]

Jurka went to work at 8 in the morning. I got up a little later at 8:30 and I was also going to work, this show. Anka came for me at 9:15 and we went to [illegible] show, where it is very gold. We sat there for three hours, we paid $17 there.

IFCD001754

At that time Anya lectured me about my pregnancy and how lightly I am taking it. That I am an idiot if I go to work at a restaurant and so on and so forth. Basically, she got to me. Then there was a continuation. At 1 we went for our papers about Medical. We were going around and around and finally found it on 6th street, we came and registered and I think we have to stay and wait, because it is already 3. Anka has a meeting at 3:30 and she has to go home. And also to Martin Show. As a result I decided to go with her, and this organization was working till 3. They almost brought me to tears. I became too weak. Also Anya made me mad. We went home, they were [illegible] that he is late. As a result she is dropping me off in the corner of Western and Santa M. and is leaving, saying don't get mad. But I was so mad. Asshole, no one cares.  Simply, after that I remembered. I took a bus home, I didn't [illegible] there, casher was broken. I came home and Jurka was already home, he finished at 3. We ate dinner and I told him everything about Anya. He said I should not see her again and so on. He was very upset. Then in the afternoon I called Jura, I gave him another story. He made an appointment for me with my physician, which will be monitoring my pregnancy and then delivery. Then I called Skirma and told everything about myself and my pregnancy. Basically, she calmed me down and confirmed my thoughts. We also agreed, that tomorrow she will go with us and help me to translate. Basically she calmed me down.

IFCD001755

Ex. 82 pg.418 of 436

Then I took shower. First Jurka went to ROSS to look at flat sheets, but there is none. Then at 6 pm we went to the restaurant. Jurka gave his tape to listen and [illegible] aquariums. We sat and chatted till 9 pm. All about work organization. Then we went home. I roasted potatoes. We ate dinner. They called Jurka from home, his mom is really bad. We watched a movie and went to sleep. P.S. I didn't go to school today.

[Text on margins: 11.17. Wednesday]

Jurka got up early I the morning, then I took shower and we went to Skirma at 9:30, we picked her up and went to the doctor – gynecologist appointment at 10:30, but first we went to the furniture store. Skirma was my interpreter at the doctor, he looked at me, told me I am in 6 weeks of pregnancy, to walk less and lay down more, and not to work for 2 weeks. He will do an ultrasound in 2 weeks and he will tell me what I can and cannot do. Meanwhile he needs to find out about my blood. My bloodwork is good. They also gave me vitamins there. Jurka was waiting an hour for us. Then we took Skirma home, they also stayed at home and translated documents [illegible] till 12:30. Then we went home, I cooked dinner quickly, we ate and Jurka left further, first of all to look at the printer, second to the restaurant Stars, they called them from there and they wanted aquariums and palms. I was at home, wrote his papers and at 3:30 I went to take them to the interpreter, but he wanted $60. I called Jurka, but he agreed with his friend Jurka a lawyer. Me and Jurka met and went to him and gave him, and then home. Jurka started to transport aquariums to a furniture store.

IFCD001756

Then at 6 pm he went to the store to buy a printer, then he went to a restaurant to install a palm and he has to tell them, that I cannot work yet, only after 2 weeks. Because that's what doctor said. We'll see if they will take me or not. I would like to. I was at home and made a pea soup, washed clothes. Then at 9 I was laying down. I called Skirma. Jurka came at 10 pm, he made $200. I didn't go to school again today. I called Anka, talked to her. I installed a printer. In the evening again we [illegible] because of visa. His mood changed. We went to sleep at 11 and then in bed we made up. Everything is ok.

[Text on margins: 11.18. Thursday]

We woke up in the morning at 9, Jurka ate yesterday's dinner, this is his breakfast. I also ate breakfast and I am going to a show in 11 days. Jurka also went to work in the morning. First to a restaurant to make a palm, then to take the rest of aquariums to the store, to pick up the translation, to take pictures and print them. And what else he did, I don't know. Me and Anka (she picked me up from home) stayed in the street 2.5 hours, there was no place for us at the show, but we received money. Then at 2 in between shows we had a break and we went to Anka to drink tea. Then at 3 we went to another show and stayed there till 7:30. Today I received $33. Anka took me to school at 8 pm. There they took $5 from me right away for a teacher. At 23 we are finishing to study and at 23 we will have a party. I went from school by myself, because I didn't warn Jurka that I am at school. He was at home gathering documents for visa.

IFCD001757

We ate and I sat down to print his papers. We were printing till 1 am. Then we went to bed.

P.S. At a restaurant we worked today, the first day.

P.S. I also called Mara and asked her to pick up my shampoos from work.


[Text on margins: 11.19. Friday]

Jurka woke me up in the morning at 9, he gave me an order what to [illegible], and he went to work. I didn't wash, I was sitting and printing invoices for him in English, it is so hard. [illegible] on break. Then at 1 pm Robka brought Thomas, I was sitting with him. I didn't go to the show today. I was doing invoices and babysitting. I finished at 4 pm. Robka came and took a baby at 4. And Jurka came and took a letter himself to the post office, it is around 4:30. That's it, I rested a little bit. Jurka came, we ate, he took shower and went to the furniture store, loaded our car and at 7 pm we went to San Diego to send someone $100 worth of stuff. I took shower before that and also we didn't go right away, [illegible] a battery died in our car, he was charging it for 30 minutes. I called Skirma, I asked her about the posts on a road, and wouldn't that be a problem for me. But everything was ok like Skirma said. We were going there for 2 hours and back. We were at home at 12 am. On the way Jurka bought himself a [illegible]. Today there was no blood. But I had a headache and I took pills. And also, I am very cold. That's it, while Jurka was eating, I went to sleep, he came later. That's it.


[Text on margins: 11.20. Saturday]

We woke up at 9 in the morning. Jurka was walking around the apartment already.

IFCD001758

Ex. 82 pg.421 of 436

I was still staying in bed, I have a headache. Jurka went to work. At 11 I got up and ate breakfast, ironed clothes, washed the floors, cleaned up just in time and Jurka came at 3 pm. We moved a wardrobe from the bedroom to the living room, because it is empty now, nothing but weight machines. We ate and went to the furniture store and then to JONS to load up on food for $50. Then Jurka is going to the restaurant at 6 pm, Romka called him, there was a vacancy of projector manager. I have to work at [illegible]:30. During the show, at 9 am, it costs $30. He left at 6 pm and called me at 7:30, told me that show is beginning at what time, and that he will be come home late. Anka called me, I didn't go to a show because of her, she switched of the phone, you see, she wasn't in a car, she was late, and I don't want to call, that's ok. I called Anka (Romka's) today and told her about my pregnancy. She said I am stupid that I am having Jurka's baby, he is no one to me and so on. That I am making a risky step. We'll see. I went to home alone, I called home, I talked to mom. She told me that grandma Nadya, aunt Olya's second aunt died), everything is as usual there. I called Dedashko and talked to her, she gave birth to a baby girl 09.10.99, called Elvira. I called Sadonova, but she wasn't at home. I called Judochkins and they are also not there. I called Semenova, she's not there. And I called Radchenko, he's also not there. Today I wrote a letter to Komsomolsk. Later I called Sazanova and talked to her. Jurka came at 12 and we went to sleep right away.

IFCD001759

[Text on margins: 11.21.Sunday]

We were sleeping well, until Anya woke us up at 9pm. We got up and started to gather to go to the store. We left at 10:15, first we went to ROSS, but it was still closed. There we met Anka. We went to our house, we left a car there and all three of us went to a century city. There I finally returned my dress and a blouse and bought a sundress for pregnancy. At Macy's Jurka bought me boots for $160. He also bought himself jeans, underwear and a tie clip. Then Jura left and we stayed, walked, Anka bought herself boots. We later ate Chinese and then we went to a bus. Today it is very windy outside. We came home. Anka also went home. Jurka wasn't there, he was at ROSS, he came later and bought himself pants, shirt, underwear and he went to a restaurant right away to work on a projector. He left at 5, he dropped me off at ROSS, I wondered around 6:30, I bought a dress, shirt and tights. I bought a flat sheet. I came home after 7 pm. I called Jurka, he finished at 8, he will be home soon. I am home in the evening. I am tired today. I came at 9. We were home. We didn't do anything, we went to sleep at 12.

[Text on margins: 11.22. Monday]

In the morning Anka woke us up again. We are going to a show, first we went to Ross at 9:15, we wanted to return a flat sheet, it doesn't fit, but it was closed. We went to Anka and at 9:30 we were already there, but a bummer, show was postponed till tomorrow. We went to Ross, returned items and went to another Ross on the 3th St. They didn't have any jackets. I bought slippers and that's it. We took Anka to Sashka, and went home. We ate and went to take video tapes, around 2:[illegible]. And we went to watch. We watched till school. I went to school at 6:15. Jurka went to the furniture store and somewhere else.

IFCD001760

Ex. 82 pg.423 of 436

It's the last school day. Tomorrow we are having a party. I bought books there for $5, I borrowed from Pavla, I will give back on Monday. Jurka picked me up at 9, we went home, we drank tea, we lied down to watch a movie, then love and sleep. All day nothing. Everything [illegible].

We also took pants for hemming. And nothing much, I am home in the afternoon, I did nothing and we made love. That's it, now a movie and sleep.

[Text on margins: 11.23. Tuesday]

We woke up again in the morning at 9, I am going to work to a TV show, I went by Anka, she was [illegible]. We came at 9:45. Jurka is mad at Anka. We went to a show, there were 20 people together. We were sitting all day. They let us go for lunch at 12:10, we went to eat a chicken kebob, it was crap. Anka is such an ass. I have such people. We stayed on a show till 7:30. I called Jurka around 5. I don't know what is he doing, but when I asked him to pick me up, he said that a handyman is coming at 6 pm to watch TV and he can't come. OK, Dominique paid us $42+5 for yesterday's disappointing day. Me and Anka got on a bus and went home. I was so tired in the evening all day, that I didn't go to the party. I came home and a handyman was already leaving. We have to buy a new TV. We ate in the evening, did nothing and went to sleep, but first love.

P.S. There is no work in a show, and perhaps [illegible], also they called from a restaurant, they agreed about me.

[Text on margins: 11.24. Wednesday]

I did nothing till 10. I went to take shower. When I took shower, Andriukha and Lekha came. I am going to a restaurant with Jurka for rehearsal.

IFCD001761

Ex. 82 pg.424 of 436

Today we sent a letter about returning money for [illegible] Andriukha sat for a while and they left. We went to a restaurant "Stars" in Glandale. We were there till 4 pm. Then we went home. We had a snack. We went to bed till 6, and Jurka was still sleeping. He is not feeling well. I started to make a mushroom soup. Then around 7:30 Romka came. Skirma called and we chatted, she gave me [illegible]'s phone about my student visa. We gathered and at 8 we went to the restaurant. Romka was with us by the computer till 11 pm. Today I worked on a canon-light for the first time, I was worried. But everything went ok. The show is starting at 9 till 1:30. We stayed to see who is singing. I didn't like the show and the rest. We came home at 11:30. Jurka ate, I had tea, love and sleep.

[Text on margins: 11.25. Thursday]

Today is a holiday in America, Thanksgiving, or the day of gratitude. We woke up and stayed in bed a little, the we went to the store, we bought products for $100, we came home. Jurka wanted to make a zeppelin and to invite somebody over. But Romka is not drinking, Anka is at work. Skirma is at [illegible] with kids. He wants Aleks, but he wasn't at home. As a result, I talked him to go to [illegible] to eat. We spent $50 there and nothing was delicious, we brought leftovers home. Natashka called me, she came already, she left her phone. Aleks called, but it was late. We made love in the afternoon and went to sleep. We woke up at 5:30. Romka came for a little bit and went to work. We went to Skirma at 6, I took video tapes and we came home, ate ribs and by 8 we went to work to the restaurant. At work I stayed till 11, then went home. A movie at home, shower, love and sleep.

IFCD001762

Ex. 82 pg.425 of 436

[illegible scribbles]

681000

City of Komsomolsk. Amur, 17 Komsomolskaya street,  [illegible] Khapsol

To E.M. Udinsky, Luda, Zhenya, Irka

IFCD001763

Ex. 82 pg.426 of 436

[illegible]

[blank page]

IFCD001764

Ex. 82 pg.427 of 436

180 Sheets

5 subject ▪ Wide Ruled

NOTEBOOK

▪ 10-1/2" x 8" ▪ 26.7 x 20.3cm

perforated pages


[Logo] APP

ASIA PULP & PAPER CO. LTD.

Holmdel, NJ 07733 USA.


SP03373

[Barcode: [illegible]]

PRODUCT OF INDONESIA

IFCD001765

Ex. 82 pg.428 of 436

[Text on margins: 04.17.01 Tuesday]

Nastya woke up at 7:30 and then we got up at 10:00. Jura left for work. I am at home, I washed the bedsheets, cleaned up, vacuumed. Nastya was misbehaving, whining, she is sick, runny nose, cough. She didn't sleep in the afternoon. I ironed the bedsheets. I fed her, but she is not eating well.

[Text on margins: Nastya is sick, runny nose, cough]

At 18:30 I gathered and we went, I did video tapes, I picked up dry-cleaning, and because Nastya fell asleep I went to Mariana, took a video camera and back home. I called Jura, they went to have dinner with [illegible] to Hibachi, they invited me, but I already had dinner. We came home at 20:30, I fed her and put her to sleep. I called mom, Olya -S. Nothing new. Jura came at 21:20. We took shower in the evening, movie, quick BJ and at 23:30 to sleep.

[Text on margins: 04.01.18 Wednesday]

Nastya is not feeling well, she is suffering from a runny nose. She ate at 7,

IFCD001766

Ex. 82 pg.429 of 436

Jura left at 8:[illegible] and came back at 10:[illegible] to install, to change something with equipment. I am getting up and going to the doctor by 12. They left at 11:00, I gathered and we came at 12:15, we sat down, waited, they gave a vaccine to Nastya, took blood from a finger. She weighs 18 pounds, almost 19 and 28 inches tall. She has an ear ache, bronchitis, terrible runny nose, cough and her eye is infected, everything. They prescribed antibiotics, and maybe today's visit is not covered with Medical, I have to call and find out, I took the pills. I fed her in a car at 14:00, I bought Chinese food in a car, I ate and we went to Marshalls, I bought present for the home there and pants for myself with credit card for $145.00, I fed her in a car again at 17:00, then at Smart Final I bought products for about $50.00 and we went home. I also fell ill, together with Nastya. I called Jura, he left a message, he will be at Jura's soon. He came at 19:30, I was busy with Nastya. He made me really mad and I am upset because of this, I asked him to watch Nastya, she is sick, crying, she wants attention, but he is busy, doesn't have time. He put on his headphones, what kind of father is he after this, he can't drop it and spend some time with a baby.

IFCD001767

Ex. 82 pg.430 of 436

No compassion. I was so nervous because of his behavior, it's a total crap. Dads, one word and that's it. I fed her and put her to sleep. Him too, to shower, bed, sort of love, I am not in a mood, he ruined it, he is silent, not saying anything. We went to sleep at 24:30.

[Text on margins: 04.19.01. Thursday.  First day of antibiotics. First day she is crawling well, and standing up by herself already]

At 8:00 baby ate and went to sleep. Jura left in the morning at 10:00, the other Jura came and they took vapa to the shop, breaks are not working and then they are going to Big Bear, to look at houses for their needs. I washed a few baby clothes. I am home in the afternoon, she is a little better, her eye is better. She was crawling today. I called Veronika, and nothing much. At 17:30 I called the office, Jura is not there, it is very suspicious that they already came back from Big Bear, because it is three hours there and back, and they need to go there. I think he is lying to me, I don't believe him. I went for a walk at 18:00, I wanted to send money, but it is in another Ralphs. I bought products and back home, it is cold, windy, I met Jura at home, they were going home at 19:30. I made them dinner, although I am feeling sick,

IFCD001768

but they don't care about that, then I fed Nastya and at 21:00 I put her to sleep. I shouldn't have gone walking. I am very sick. We went to sleep at 23:00, he was watching a movie, and I went to sleep.

[Text on margins: 04.20.01 Friday]

They disappointed me with a car, it is still in a shop, I am not going to school. Nastya wanted to eat at 8 and sleep further. I am feeling horrible, I was waking up at night often, my whole body is aching. Jura went to buy pills in the morning, thank him. Then he left at 10:40 for work. I am home and we are sick. Rosa brought missing pills in the morning for $28. I called Mariana, she figured out Nastya's Medical and Blue Cross, I asked Leshka, he came and sent them a letter urgently, so that in May, Nastya would have a Blue Cross. That's it, we are home, Nastya fell asleep at 17:00 for the day. Nothing much with me, I am sick. I got a package from mom, it's ok. I laid down a little bit to sleep. I called Jura, he is all busy, they are installing a pool table. He was at Jura's in the evening, they snacked something there, he came home at 21:30. I fed Nastya and at 22 I put her to sleep. He was watching a TV, I was reading, basically we don't have any relationship, love in the evening was so-so and at 24 to sleep. I called my sister Anka.

IFCD001769

Ex. 82 pg.432 of 436

[Text on margins: 04.21.01. Saturday]

Nastya wanted to eat at 9 and we got up. He left to work at 11:00, he took a car, and together with Jura, he is more interested in him, he doesn't need us even on weekend, he is going to the gym with him, playing, having fun and not even interested in us, what and how, well screw him, let him rest, and we are sick. I called Veronika, Mariana, Larisa, we chatted. I called Mom, I wanted to say happy birthday to dad, but he wasn't there. I called office during the day at 15:00, it was busy, and later it was quiet, where is he and what is he doing, he will not tell me anyway. We are sick at home. Now it is 18:30 and it is still quiet. He came at 19:00, they were at the gym, he is not telling me anything. Then Jura called and later he came to us for dinner. I went to read and they were watching a movie. I put Nastya at 21:00.

[Text on margins: 04.22.01 Sunday]

We are sick, Jura left at 10:00 in the morning again with Jura, we went to ROSS. He called me at dinnertime, we are going to a restaurant for dinner. We are sick during the day, nothing special, I took shower, went to the store for food.

IFCD001770

Ex. 82 pg.433 of 436

At 16 Jura came, [illegible] half athletic clothes. He went to bed and slept till 18:30, then we gathered and went to the office, they are meeting an accountant there, with Ainar, and at 20:30 went next door to an Italian and ate. Home, and in the evening before bed we had a fight again, I mean he yelled at me for not learning a language, I am lazy, I didn't give him massage and that I am not interesting for him and so on. I was very upset, but there is a little bit of truth there. Later we made up, but I couldn't sleep long. P.S. On Saturday Ruben invited for engagement.

[Text on margins: 04.01.23 Monday]

Almost all day I was dealing with his checks, accounting. He left and he told me yesterday I shouldn't ask where he is at, what and how, with whom and so on. I will do like that. I went for products in the afternoon. And at 19:00 I went to his office, from there they left and ate at a restaurant. Later to Bora-accountant and I took my car home. He took Jura home, and later he came himself. Love in the evening, Nastya is feeling better, but not great.

IFCD001771

Ex. 82 pg.434 of 436

[Text on margins: [illegible] Tuesday]

At 10:00 Jura left, and by 11:00 I went to the office and together with Leshka we went to the old apartment to pick up aquariums and few things, Robert came, he took few things. We stayed there till 16:00, very hot, Nastya was tired, Leshka made two [illegible]. Then we went home. At 17:00 we ate and Leshka went to the office, Jura was there, helping him unload. I made dinner, he came at 21:00, I called Ripa, we chatted. At 22 I went to the seamstress Ema, Nastya was sleeping. Jura was with her, I gave my clothes for altering and went home. A quick BJ and at one o'clock to sleep. P.S. I washed few baby clothes.

[Text on margins: 04.25.01. Wednesday]

Jura woke me up in morning with bad news, something is not working with their business, they will probably go to London. He came to us at 10:00 and they left later for the whole day. Jura has to go to the dentist today, and what else I don't know.

[Text on margins: 138.5 pounds]

I went at 12, did a manicure for $50+pedicure, got terribly fooled, I am not going there again. I am not losing weight, I don't know what to do.

IFCD001772

Came home at 14:00, I ate, Nastya slept till 16, then she ate and we went to ROSS, nothing much, then I sent mom $100 by Western Union, it was in West Hollywood, I came and bought sunflower seeds, I took few things from an old apartment and took Jura's pants to Emma the seamstress and something else for $20. I called Jura at 20:00, I wanted to go to the office with them, but they, Ainar, Jura, maybe Leshka and who else, I don't know, are going somewhere for dinner and now it is already 23:30 and he is still not here. Nastya got a remote control from car alarm wet, good thing a man helped, I came and fed her and put her to sleep at 22, I called mom. That's it, to shower and I am waiting for Jura, and he is not even calling, tell me how he is, asshole.

Today is May 29, it's been a month since I wrote. Now I will read something and remember briefly.

IFCD001773

Ex. 82 pg.436 of 436