## Declaration of Thomas Tynan

I, Thomas Tynan declare and state the following:

1. I am over 18 years of age and competent to make this declaration.

2. In July 2002, I was incarcerated in the Metropolitan Detention Center in Los Angeles, California (MDC). In November 2002, I returned to my cell to find that a Russian inmate named Iouri Mikhel had been placed in it.

3. I learned that Mikhel had co-defendants in the MDC: Jurijus Kadamovas and Petro Krylov. I got to know Krylov well after I was transferred to his range.

4. Not long after Mikhel was moved to my cell, I learned that he was planning to escape from the MDC.

5. My wife, Sabrina, was caring for our infant son. She told me that she was down to her last $20. Mikhel promised me $1,000,000 if I helped him with his escape plan. At first I said no, but then I agreed to help.

6. I told Sabrina about the plan and asked her to help. We decided to also get my brother Mike, who lived in Chicago, to help.

7. Mikhel was the mastermind of the escape plan. It was his idea, and everyone acted at his direction.

8. Neither Kadamovas nor Krylov could have ever thought of the escape plan that Mikhel came up with. Neither would have gotten as far as Mikhel got in putting the plan into motion. They were Mikhel's pawns.

9. Mikhel was a very charismatic guy and also very scary.

10. Mikhel told me that he would have me, Sabrina, and our son killed if I refused to help him. I believed that he would carry out this threat.

IFCD002776

Ex. 83 pg.1 of 2

11. I am certain that staff members were involved in the escape planning.

12. Once I walked into the cell that I shared with Mikhel, and I saw guards sitting on the bunk. They looked surprised to see me and covered up what they were looking at.

13. I don't recall the names of the guards I saw sitting on the bunk, but I think I could identify them from pictures.

14. Mikhel also told me that he had MDC staff on his payroll. Five or six staff members were getting money sent to them for their help.

15. I saw a correctional officer shake Mikhel's hand and thank him, saying something to the effect that Christmas would be better at his house thanks to Mikhel.

16. I also saw an employee named Johnson hand Mikhel a napkin. Later in the day I saw Mikhel remove an Allen wrench from the napkin. It was a special type of Allen wrench, not the kind you can buy in the hardware store.

17. Sabrina, Mike, and I were charged in federal court with conspiracy to escape. I pled guilty and was sentenced to 41 months in prison.

18. At the time of this declaration, I am incarcerated on a federal bank robbery conviction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed by me this 10 day of July, 2022, in Hazelton, West Virginia.

Thomas Tynan

2

IFCD002777

Ex. 83 pg.2 of 2