FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    07/14/2003

Thomas Edward Tynan, date of birth ████/60, was interviewed at the United States Attorney's Office at 312 N. Spring Street in Los Angeles, California, ████████████████████████ ██████████████████████████ —Tynan, Bureau of Prisons registration number 21281-112, is currently an inmate custody at the Metropolitan Detention Center (MDC) in Los Angeles. Also present during the interview were Tynan's Public Defender, Anthony Alexander, and Assistant United States Attorney, David Vaughn. Tynan then provided the following information:

Tynan was arrested on July 15, 2002 and held in custody at MDC. He was eventually assigned a cell on 5 South and in late October or early November 2003, Iouri Mikhel was assigned as his cellmate. Before they were cellmates, Tynan had already seen Mikhel on 5 south and heard that he was "waiting to get the needle". Mikhel told him that if he got a life or a death sentence that he was going to escape or kill himself. Tynan once asked Mikhel if what he'd heard about Mikhel killing people was true and Mikhel nodded in the affirmative.

Mikhel told Tynan his plan was for he and his two co-defendants, Petro Krylov and the "other Iouri", to escape from MDC. Krylov had a cell directly above Mikhel 6 South and "the Iouri" also had a cell directly above on 9 South. Mikhel said he needed tools so that they could all dig holes in their walls, which lead to a stairwell, where they would all meet. They would all go to a window on the third floor and use a pump to separate the bars on the windows and then leave. Mikhel wanted motorcycles and/or cars to be waiting outside to them take him to a safehouse, where he and his co-defendants would stay. Mikhel wanted the safehouse to be in a busy area in either Orange County or the inland empire and not in a cul-de-sac. Mikhel said that he needed computers at the safehouse so they he could hack into an escrow companies' accounts. Mikhel planned on eventually fleeing to Costa Rica to cultivate coffee beans. Mikhel wanted to escape before he and his co-defendants had been incarcerated for a year because the "other Iouri" would lose custody of his child after one year. Iouri also wanted guns and ammunition in case the escape did not go as planned. Mikhel's alternate plan was to use bolt cutters to

Investigation on    7/11/03    at  Los Angeles, CA

File # ████████████████████    Date dictated _____

by    SA Ingerd Sotelo
      SA Alex D. Meriano

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

38338

Ex. 84 pg. 1 of 4

FD-302a (Rev. 10-6-95)

90C-LA-233614

Continuation of FD-302 of ___Thomas Edward Tynan_____ ,On 7/11/03_____ .Page __2__

separate the rebar, which surrounds the cell window, making it wider to escape from.  Mikhel also wanted to videotape his escape and send it to his attorney, Victor Sherman, who was provide it to a television show along with an interview of Mikhel, after he'd escaped.

Mikhel told Tynan that a black Correctional Officer, who was retiring in May, had told him about video surveillance and other security measures at MDC.  Mikhel wanted to escape on a rainy night just in case there were any surveillance cameras on the outside that he didn't know about.  Mikhel offered Tynan $1,000,000 if he would help in the escape plan and Tynan intially declined the offer.

During an attorney visit one day, Tynan told his attorney, Stephen Riggs, about Mikhel's escape plan.  Riggs told him to just "play along" with it and feel Mikhel out.  Tynan also told his wife, Sabrina Tynan (Sabrina), about Mikhel's offer, sometime near Thanksgiving 2002 and Sabrina declined the offer too.

Sometime around Thanksgiving 2002, during a visit with Sabrina, she told Tom that she had spent all of the proceeds from the sale of their house, approximately $50,000, and was down to her last $20.  Tynan reminded Sabrina of Mikhel's offer, and she replied that they should see if Iouri is for real.  Tynan later told Mikhel that they would participate but not with anything having to do with the guns.  Mikhel and Tynan sat down one day and Mikhel hand wrote a 30 page list of what he needed for the escape, including tools, cellphones, and the videocamera.  He also made drawings of some of the tools.  Tynan then put the list in an envelope and gave it to his attorney, Steven Riggs, during a visit and Riggs later gave the list to Sabrina.  Riggs did not know what was in the envelope when Tynan gave it to him.  Tynan and Mikhel set up the escape plan in stages and Mikhel promised to pay $25-50,000 per stage to Sabrina's bank account.  Mikhel said that he had 13 bank accounts across the world, including England, Cypress, and Zurich.

The first stage of the plan was to purchase cellular telephones.  Tynan told Sabrina what kinds of phones to get and she purchased them.  Sabrina also bought the tools and video camera that Mikhel had put on the 30 page list.  It was Sabrina's idea for Mikhel to wear FBI or security guard uniforms after escaping so that they would be less likely to draw attention.  Tynan was going to buy the uniforms himself when he got out of jail, but he was

38339

Ex. 84 pg. 2 of 4

FD-302a (Rev. 10-6-95)

90C-LA-233614

Continuation of FD-302 of ___Thomas Edward Tynan___ .On 7/11/03 .Page 3

never released in time.  As far as Tynan knows, uniforms were never purchased.  It was also Sabrina's idea for Mikhel to use rappelling rigs to lower himself when he escaped.  Sabrina had been mountain climbing before and was familiar with the riggs.  It was also Sabrina's idea to refer to Mikhel as Bob when they talked on the telephone.  Tynan stated that he used to work for Bob Binder and that may be where Sabrina got the idea to refer to Mikhel as "Bob".  Tynan stated Sabrina was fully aware that "Bob" and Mikhel were the same person and that Mikhel was in jail for killing people.

Tynan then called his brother, Michael Tynan (Michael), in Chicago, Illinois.  Tynan confirmed that he told Michael that he was being hired for "his welding abilities and bike riding abilities".  Michael agreed to come to California but was arrested several times and Sabrina bailed him out of jail at least two of those times.  Sabrina then arranged for Michael to get to California and then Michael bought some tools for the escape plan too.  Sabrina coordinated Michael's trips to MDC where he passed off all of the supplies to Mikhel.  Tynan stated that he and Sahbrina had discussed arranging for Mikhel's safehouse somewhere in Huntington Beach but the house was never obtained.  The plan was for Michael to live at the house with Mikhel and his co-defendants so that he could run errands for them and "babysit".  Tynan had even discussed with Sabrina about the possibility of moving to Costa Rica and staying there with Mikhel and running his coffee business.

Before Michael arrived in California, Tynan was moved from 5 South to 6 South.  Tynan stated that Mikhel had already begun digging the hole in their cell wall behind the mirror before Tynan was transferred.  When Tynan arrived on 6 South he met Petro Krylov, Mikhel's co-defendant.  Mikhel and Krylov communicated through the ventilation system and Krylov was be the middle man for Tynan and Mikhel to communicate.  Tynan learned through Krylov that Michael was successful twice in passing tools to Mikhel through the cell windows.  Tynan does not know who's cell windows they used.  Tynan already knew from Mikhel that the plan was for Michael to come to MDC at night and to wear a cap and light a cigarette so that Mikhel would know who he was.  Michael would then leave the area for 30 minutes so that Mikhel could remove the cell window and throw down the rope.  Michael would then return to the outside of MDC, attach the supplies to the rope, and Mikhel would pull the supplies up to the 5th floor.

38340

Ex. 84 pg. 3 of 4

FD-302a (Rev. 10-6-95)

90C-LA-233614

Continuation of FD-302 of __Thomas Edward Tynan_____ .On 7/11/03 .Page __4__

In early December 2002, Tynan met with Mikhel's attorney, Victor Sherman, after having already met with his assistant, Reed Amos. Sherman asked Tynan if he was going to do business with Mikhel. After Tynan told Mikhel that he needed to come up with some money before he and Sabrina would help with the escape, Sabrina received a $6,500 check from Victor Sherman. The check arrived via Federal Express from Victor Sherman and which was a down payment from Mikhel to start buying supplies for the escape plan.

Tynan stated that the only money he received for his services to Mikhel, was the $6,500 from Victor Sherman and $19,000 from Mikhel's account in England. Tynan stated that he felt pressure from Mikhel to provide services once the money had been paid to him. He said that Sabrina could not have afforded to pay the money back to Mikhel if she had decided not to go ahead with the escape plan.

Meanwhile, Tynan saw that Mikhel had a screwdriver, allen wrench and a drill bit in the cell. Tynan asked Mikhel where he had gotten the tools, and Mikhel pointed to the maintenance man, Mr. Johnson. Mikhel also showed Tynan scaled down blueprints of MDC that he had. Mikhel doesn't know whatever happened to the blueprints but knows that Mikhel ripped up a lot of things and flushing them down the toilet. Mikhel said he also had photographs of the exterior of MDC, but Tynan never saw them. Tynan also saw an Armenian Cadre inmate from 5 North, bring Iouri something wrapped inside of a towel once. Mikhel later told Tynan that it was tools and that the same inmate was going to pass the tools to Petro Krylov and the other Iouri. Mikhel said that he had previously paid another Armenian man to help him escape, but the Armenian took exterior photos of MDC and then took his money and never helped again.

Tynan stated that some people have problems with drugs or sex, but with himself and Sabrina, it is greed.

38341