FD-340 (Rev. 3-8-01)

Universal Case File Number ___90C - LA-233614-1A00___

Fle.  Jffice Acquiring Evidence ___LA___

Serial # of Originating Document _____

Date Received ___7/11/03___

From _____
(Name of Contributor)

_____
(Address of Contributor)

_____
(City and State)

By ___ALEX D. MERIANO___

To Be Returned  ☐ Yes      ☒ No
Receipt Given   ☐ Yes      ☒ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
                ☐ Yes      ☒ No
Federal Taxpayer Information (FTI)
                ☐ Yes      ☒ No

Title.
        IOURI MIKHEL, ET EL;
        IFPI - ESCAPE

Reference _____
(Communication Enclosing Material)

_____

Description:   ☒  Original notes re interview of
___THOMAS E. TYNAN on 7/11/03___

_____
_____
_____

40491

Ex. 85 pg.1 of 8

7/11/03                                                                ①

Thomas E. Tynan

START :   July 15, 2002  Tynan goes to MDC   9s
          Sept 3   PIA - Detainer For Violation
          Oct 7              Late Oct Early Nov
          — To 5S  -   Iouri moves into Tynan Cell
          - Talk about him "waiting for the needle"
            Iouri showed pics of cars, vacations
            Saw CO. in Iouri's cell
          ✓ Iouri said if got life/death would
          ✓ escape or kill self.
          ✓ Tom asked about Escape - Iouri asked
          ✓  if Tom wanted to go
          ✓ I:  Iouri & 2 Def (65 ; 9s) to escape
               Plan started long before I met Tom
          ✓ - Paid Armenian for tools — he took money.
          ✓ - Were trying to achieve before other Yuri (9s,
          ✓      Lost child @ 1 yr Anniversary.
              - Wanted Cell phones / Tools / Uniforms
          ✓      had asked for guns/ammo
          ✓   - Tom saw pics of MDC blueprints
          ✓ / - I said would remove mirrors in cells to
           /    hide tools  or behind cabinets.
          ✓  - wanted to hide  cell phones in Lotion bottles
          v  - black employee (retiring may 2003) would
          ✓     give security details of MDC.
          ✓  - Weekend night escape w/ distraction
          ✓  - Yuri (9s), Petro & Iouri would make way
          ✓     to stair well to 3RD Floor.
          ✓ if 3RD Floor Impossible - would go back up & exit cell window.

                                                              ￡

                                                              40492

②

✓- Cars & 4-6 motorcycles to go to
 ✓  safe house
✓- would set up computers, food etc
 ✓  at safe house & would not go out.
✓- Wanted to hit title Co.s for 10%
 -  had 13 accounts around world to
    wire money to
✓ (ZURICH, London, Cypress, etc.)
✓- Peter's wife/child would go to Russia.
 - louri's Marina also to Russia.
✓ - louri would go to Mex & then Costa Rica.
✓ - wanted to cultivate coffee in C.R.
 - Had tried to make arrangements they
    Russia
✓ - CamCorder : (T w/ louri's Atty Victor Sherman)
✓   implied - knew people @ CBS & would
✓   give phone interview from Russia & send
 /  tape to make $
✓- louri had legal visits Tues/Thurs. w/V.S.

Plan w/ Tom Started around Thanksgiving
 2002 to about Dec 2002.

✓ Tom told Sabrina around thanksgiving - she said no.
✓ Tom Ran by Steven Riggs - said "play along"
✓ Tom noticed I had screwdriver, L tool for mirror
     & drill bit. (I said from Maintenance guy -
     B/m; "MR JOHNSON")
✓ Tom also saw Armenian guy from SN w/ magazine
  ↑ (for carrying kites)

40493

③

✓ When sold house – Sabrina kept some $ – other
✓      sent to her mom.
  Steve Riggs kept missing court dates – delaying case.
✓ I offered $1 mil to Tom for help.
✓ /Tom met w/ "Reed Amos" 1st time on I's urgings
  /Tom met w/ V.C. later (early Dec) ↴
  Tom decided didn't need V.C.
  Tom talked to Sabrina to get acc't # to
    WIRE money - total of $1 mil
  Sabrina gave acc't #.
  Set up plan in Stages
✓ 1) Cell phones
✓ 2) tools
✓ 3) clothing
✓ 4) Repelling gear
      - would get $25 - 50K per stage.

I sent messages through legal mail. (Richard
  Callahan's letterhead.)

✓ I said needed "white boy from O.C." - not suspicious.
✓ I asked I if did what was charged – I
    replied "Uh, huh"
✓/I said Peter was getting screwed. - Didn't have
    /much to do with it other Russian escaped
    to Russia.

∿ Sabrina said wanted to see if guy was real.
  - money not arriving.

*(margin, right side, rotated: V.C. "did ask if was going to do business w/ Towel")*

40494

Ex. 85 pg.4 of 8

④



✓ Sabrina said was out of money.
✓ Tom not believing there was $.
✓ T confronted I & said needed to come up w/ $
✓ I said V.S. would overnight check - $6500
In Jan 2003, T still not getting out.
T said we got money - need to do something
   S.R. said to take $ & then turn them in.
✓ T & I sat down & made 30 pages of notes
   Regarding escape plan & had S.R. send
   the package to Sabrina. (S.R did not know)
✓ T called Mike to come out - got himself arrested.
 I said once had cellphone, could make calls
✓ w/out having to rely on Marina.
✓ Sabrina bailed out Mike (2X) & got him to CA
✓ Sabrina bought cell phones. to get to I.
 - knew from mailed notes & discussions w/ Tom.
 - I drew pics of tools he wanted.
 - I made lists of tools
Took 3-4 tries to get tools into MDC window.
$ came from I
✓ Sabrina bought most tools / Mike others.
 COORDINATION of pass-off:
 Mike would show up @ MDC w/ cap on
 pass 2-3 break & signal w/ cig.
 Sabrina picked "Bob" for IOURI (code name)
 - Tom worked for BOB BINDER.
 > left for 30 minutes would come back &
 find Rope to send stuff up.

40495

Ex. 85 pg.5 of 8

⑤

√T ; S   received 2 payments : $6,500 & $19,000+

2 deliveries made , escape party grew
I wanted "the pump"
T wanted more $ before continuing.
3/7 building (MDC) locked down.

√ Sabrina bought video camera
√ Uniforms not purchased. Tom would have bought
     when he got out.
√ Sabrina wanted Security type uniforms
"Not actual Safe houses looked at. — no
   cul-de-Saes , relatively Susy
√ - H.B. , O.C. or Inland Empire.
√ - Mike would be babysitter

√ Joe nichson's Uncle was going to lend $
  Called Mertice to pass messages for J.N.

   SJCC  ; New CCTV  - Bob Binder's Co. s

√ DUBYASH = Mike (polish for idiot)
  Playhouse 90 = car business talk for Acting.
                  spin or Lying

√ MR P = Dino Perez
√ Nothing done w/ motorcycles - did not get that far.
  Robert Oaguerra - not contacted.

40496

Ex. 85 pg.6 of 8

⑥

Escapees:
Iouri
Yuri No. 2
Peter
Harold Wilson
Mike Cook                     } Numo
Randy Marino (Blackbird)
Kizzee

✓ Marina got money from I every month —
   used it to buy house in England

✓ Not blueprints — reduced size parts of blueprint.
✓ I said had pics of exterior of MDC
✓ I spent a lot of time ripping up papers &
✓   flushing down toilet.

✓ SN cadre inmate (ARMENIAN) handed I a
✓ tool wrapped in ToiPaper (allen wrench & screwdriver
✓   I said would send to Peter on 9

✓ I said C.O. "ESQUEVIEL?" H/m Tall, heavy-set
✓   would distribute tools to other floors.
✓ C.O. Freez when would avoid going by I's door.
✓   "He knows to stay away"

✓ I said Armenian guy (who took $) had spent a
✓ lot of time looking / checking MDC exterior.

✓ Tom & Sabrina discussed going to C.R. also w/ I - if all
✓   went well & got $. - would run I's business

40497

⑦

Sabrina saw I during visiting time
S knew I in for murders.
I wanted computers to hack Title Cos &
to distribute to his accounts.

Fedex package from V.G. was check
Tom sent instructions by mail to Sabrina thru S.R.

Sabrina "had fun w/ this"
Sabrina & Tom are "greedy"

I had mentioned using guns / C4 to blow out
wall in visiting Room Wall.

I said Russians like to throw battery acid
to disfigure women.
Bolt cutters were to cut lip of windows in cell
(Re-bar) would exit throug 5 if 3 not poss.

40498

Ex. 85 pg.8 of 8