DECLARATION OF ERIC MASON

I, Eric Mason, declare:

1.      I am a private investigator licensed in California, PI # 15411. I have been working with attorney Timothy J. Foley and the Indiana Federal Community Defenders office on the Kadamovas matter.

2.      In 2021, I was asked to locate and interview a witness I will refer to as Jose A, a prosecution witness at the 2006-2007 trial of Kadamovas and Mikhel in the federal District Court in Los Angeles. This witness testified about his time in the Metropolitan Detention Center and attributed statements to Kadamovas indicating knowledge of the alleged escape plan. Jose A was a former federal prisoner who had been released from prison in 2006. My review of the case materials and databases revealed that Jose A was not an American citizen at the time of his incarceration and at the time of the Kadamovas/Mikhel trial. The documents I reviewed indicated that he was and is a citizen of Mexico. His lack of citizenship suggests that he was eligible to be deported after his federal sentence was served.

3.      Through databases, I was able to locate an address in Corona, California, associated with Jose A, and also associated with a female, S.R. I visited the address. Though I sensed that people were inside the house, I got no answer after knocking.

4.      In July of 2021, I telephoned S.R. at a domestic number with a 818 area code, leaving a message and asking to speak with Jose A. A few minutes later, S.R. called me back, using the 818 number, asking why I wanted to speak with Jose A. After I explained my role, a male came on the line and identified himself as the witness I was attempting to interview.

5.      During our telephone call, I confirmed that was speaking with Jose A. However, he declined to be interviewed, threatened to call the FBI, and told me not to call him again.

6.      Based upon these interactions, it is my opinion that Jose A resides in the United States, not in Mexico.

7.      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21st day of February, 2023, in Berkeley, California.

_____
Eric Mason

IFCD002796

Ex. 86 pg.1 of 1