FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    04/11/2003

On April 11, 2003, ███████████████████ also known as ██████████" date of birth███████████████████████████████, Metropolitan Detention Center (MDC) Los Angeles inmate number ████████ was interviewed on the third floor of the Edward R. Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012. Also present during the interview were (1) U.S. Department of Justice (DOJ) Office of Inspector General (OIG) Special Agent (SA) Paul J. Leonard, office address 330 North Brand Boulevard, Suite 655, Glendale, California 91203, office telephone number 818/543-1172, and (2) DOJ Federal Bureau of Prisons (BOP) Special Investigative Agent (SIA) Marvin J. Battley, office telephone 213/485-0439, extension 240. ████████ was advised of the identities of the interviewing agents and the nature of the interview, and he voluntarily provided the following information:

████████ said that on the Saturday or Sunday after he was last interviewed (Tuesday, March 25, 2003), he was approached by Metropolitan Detention Center (MDC) Los Angeles Correctional Officer MCKINNON, whom ████████ commonly referred to as "MAC." MAC, according to ████████, was working the 6:00 a.m. to 2:00 p.m. shift in the Special Housing Unit (SHU) at the time, and ████████ said it was the only day MAC was scheduled to work in the SHU.

████████ said MAC was bringing the trays, i.e. serving the meals, on the range when MAC approached him. MAC, according to ████████, did not say too much because there were others around, but ████████ said MAC did ask him how he was doing and how long ████████ was going to be in the "hole." ████████ said he advised MAC that he ████████ lost his visiting privileges for a year, was going to spend 30 to 60 days in the hole, and was referred to a Disciplinary Hearing Officer (DHO). ████████ said MAC asked him what was going on with the 11 grams of heroin found on ████████, and ████████ said he told MAC he ████████ did not get caught with the 11 grams. ████████ said the heroin was not found on his person but in his "drawers," i.e. underwear, in his cell. ████████ further stated it was common knowledge that ████████ was caught with heroin. ████████ said that during his conversation with MAC, he also asked MAC for some "weed," but MAC looked at ████████ and laughed before pushing

Investigation on    04/11/2003    at    Los Angeles, California

File #    58A-LA-233773        90C-LA-233614        Date dictated

by    SA Steven G. Noh

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

39108

FD-302a (Rev. 10-6-95)

58A-LA-233773        90C-LA-233614

Continuation of FD-302 of ███████████████████ .On 04/11/2003 .Page  2

his cart away. ██████ said he has not seen MAC in the SHU since that time.

██████ advised the interviewing agents that his attorney, ████████████ a public defender, advised him not to speak to the interviewing agents. ██████ however, said he still agreed to speak to the interviewing agents.

██████ said he had not spoken to MAC's roommate and fellow MDC Los Angeles Correctional Officer LINARES since ████ was last interviewed (on Tuesday, March 25, 2003). ████ however, stated he (██████) did talk to MDC Los Angeles Correctional Officer SIMS.

██████ said he believed SIMS was going to bring drugs into MDC Los Angeles from the street in a couple of weeks. According to ██████, SIMS was probably going to bring them in on a Saturday. ██████ said he based his belief, in part, on information he received from an MDC Los Angeles inmate identified by ████ only as "RICHIE" (phonetic). ██████ said RICHIE, whom ██████ said was a member of the Nazi Low Riders, told him the day before (Thursday, April 10, 2003) that there were going to be drugs in the SHU in approximately two weeks. ██████ said RICHIE "fell out," i.e. tried to commit suicide by drug overdose, twice during the last month or so, and ██████ said there has not been any drugs in the SHU since RICHIE fell out the second time. ██████ said his belief that SIMS was going to bring drugs into the prison was also based on his observations during the last quarter. SIMS, according to ██████ was off on Sundays and Mondays, and ██████ further stated that during the last quarter, SIMS worked the 2:00 p.m. to 10:00 p.m. shift. ██████ said the guard shift began at 2:00 p.m., and by 2:30 p.m., everybody, according to ██████ got "dope."

██████ said SIMS did not like to be called "officer" or "sir." SIMS, according to ██████, wanted to be called "SLIM SHADY" (phonetic).

██████ said that about three weeks before he was sent to the hole, MAC told him to ask around Seven North to determine whether anyone needed cellphones, ropes, hack saw blades, or mini-bolt cutters. ██████ said MAC told him he (MAC) could get anything, but according to ██████, MAC did not tell him how he was going to get the items into MDC Los Angeles. ██████ further stated MAC was looking for some money and wanted cash in exchange for those items.

39109

Ex. 87 pg.2 of 3

FD-302a (Rev. 10-6-95)

●

58A-LA-233773     90C-LA-233614

Continuation of FD-302 of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , On 04/11/2003 , Page 3

▓▓▓▓ said he asked the "foreigners" on Seven North, including some Russians. The Russians, ▓▓▓▓ said, were interested in bringing items into MDC Los Angeles, but ▓▓▓▓ said he did not know the names of any of the Russians and was not in Seven North long enough to see what kind of response there was to MAC's offer. ▓▓▓▓ said MAC never dealt with the Russians directly. ▓▓▓▓ further stated that at the time, MAC was working for the trash group, which according to ▓▓▓▓ enabled MAC to hang-out on Seven North on the weekends after MAC completed his job.

▓▓▓▓ agreed to advise MAC that ▓▓▓▓ needed to hire a lawyer. ▓▓▓▓ further agreed to advise MAC that his ▓▓▓▓ sister was willing to buy dope from MAC so she could sell it and use the profit from her drug sales to hire a lawyer for ▓▓▓▓ ▓▓▓▓ said he would discreetly contact BOP SIA Battley after he advised MAC.

●

●

39110