

**U.S. Departu. .nt of Justice**

*Federal Bureau of Prisons*
*Metropolitan Detention Center*

*535 N. Alameda Street*
*Los Angeles, California 90012-1500*

**April 29, 2003**

MEMORANDUM FOR MICHAEL L. BENOV, WARDEN

FROM: M. J. BATTLEY, SPECIAL INVESTIGATIVE AGENT, (Acting)

SUBJECT: Planned Escape Attempt

<u>Friday March 7, 2003</u>

On March 7, 2003 at approximately 1:15 p.m., Officer Trujillo transferred a telephone call to me from FBI Agent James Elliott of the West Covina office #626-917-3434. Agent Elliott stated ▉▉▉▉▉▉▉, an informant of his on the streets state there is an escape plan in progress and an escape may be attempted shortly. ▉▉▉▉▉▉▉ the informant, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ stated that ▉▉▉▉▉ found some rocks, dirt and concrete in his toilet during a flood earlier this week. ▉▉▉▉▉▉ stated, some guys are planning an escape. They have FBI uniforms, possible guns and BOP staff are involved. An inmate known as "Yuri" told ▉▉▉▉▉ they(the inmates involved) are in the process of digging out:

1:20pm  OIC confirmed the identity of Agent Elliott through FBI Agent Ingerd Sotelo. ▉▉▉▉▉▉▉▉ identity and location were confirmed through sentry.

1:25pm  OIC reported incident to Tereser A. Banks, Acting Warden.

1:40pm  Officer Trujillo escorted ▉▉▉▉▉▉▉▉ to the 3rd floor Lieutenant's office to be interviewed by the OIC.

1:55pm  OIC ordered day watch staff to remain in the institution.

2:05pm  ▉▉▉▉▉▉▉▉ confirms planned escape attempt. He states, "They have all kinds of tools, a 4 ft. bolt cutter, hammers and a couple of wrenches. ▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ I've heard digging for about a week. The cell has a Russian Mafia and an Asian guy. I'm not sure how many more are involved. On the day of the planned escape they want me

*"Sensitive Limited Official Use Only"*

**38762**

Ex. 88 pg.1 of 9

to meet them in the stair well.  They know there are cameras in the stairwells on the second and tenth floor only.  They plan to leave through the third floor.  They plan on just walking out.  There's a lot more to this plan, I don't know everything.  When the unit flooded, I saw concrete and rocks in my toilet.  I went upstairs and told the guys what I had found and asked them in a joking manner if they were breaking out.  They looked startled and glanced at each other.  Later that day, Yuri told me what was happening and asked if I wanted in...  These guys are dangerous ███████████████████████████████ ████████████████  This escape will not take place for another week or two.  I have to start digging, so they are supposed to bring the tools to my room this weekend. We have time to find out who's bringing in this stuff." At this point ████████████████ asked us to call his attorney ██████████

2:20pm   Two additional perimeter officers posted. Officers Lopez and Rodriguez

2:40pm   Officer Cervantes initiated review of telephone calls
  --        place by ████████████████

3:00pm   Available staff assembled on third floor.

3:05pm   North stairwell searched by Officer Pedroza.

3:20pm   South stairwell searched by Officer Pedroza.

3:30pm   Visiting Room closed.  All visitors removed from visiting, all visitor's removed from the lobby per T. Banks, Acting Warden. Front Lobby secured

3:35pm   Available staff converged on unit 5 south.  Unit lockdown began.

3:40pm   Five(5) inmates removed, inmates Mikhel #23675-112 and Kim #21365-112 from the unit cell #518 and placed them in administrative detention.  Removed inmates Chapman #60565-097 and Beltran #28415-008 from cell #516 to administrative detention.  ██████████████████████ ██████████████████████████████████████

3:45pm   Unit search/wall tap  began on unit 5 South.

4:00pm   Institution Emergency count began.

4:15pm   Escape paraphernalia located behind mirror on wall.

"Sensitive Limited Official Use Only"

38763

Ex. 88 pg.2 of 9

4:30pm   FBI/US Marshals notified.   Unit search/wall tap continued.

4:55pm   Institution count cleared, unit remained on lockdown.

5:35pm   Twenty (20) Blankets located in cell #515 by Ruth Smith, Food Service Administrator.   Two(2) inmates Avalos #64255-008 and Stokes #21698-112 placed in administrative detention.

6:30pm   FBI second notification(Agent Aimaro, Frank) Associate Warden Gregory arrived

6:40pm   Captain Wanamaker arrived.

7:00pm   Officer Foster conducted a search of the south side stairwell.

7:10pm   Additional tools located under the inmate locker.

8:00pm   One(1) inmate Bennett #20536-112 placed in administrative detention, associated with cell phones.

8:30pm   Mass interviews completed on 5 south. Wall tap completed on 5 North.

8:45pm   Wall tap completed on 5 South.

9:45pm   Wall tap completed on 6 north

9:31pm   Two(2) inmates from unit 6 south Recinos #18655-112 and Krylov #21081-112 placed in administrative detention.   2 hacksaw blades found in cell #616.

10:00pm  Two(2) inmates from 9 south cell #913, Kadamovas #21050-112 and Morgan #95092-012 placed in administrative detention pending investigation for being involved in a planned escape attempt.

### Saturday March 8, 2003

12:45am  Three FBI Agents, Wilson, Aimaro and Davidson arrived.

12:53am  Completed search behind each mirror of each cell in the institution.

1:15am   FBI interviewed ▆▆▆▆▆▆▆▆▆▆

---

*"Sensitive Limited Official Use Only"*

**38764**

Ex. 88 pg.3 of 9

2:20am   FBI Agents departed the institution with all evidence collected by BOP staff relevant to the incident.

4:06pm   Institution count cleared, end of lockdown.   Institution returned to normal activities(no visiting).

**Sunday March 9, 2003**

7:00am   Acting AW(C) Wanamaker observed the opening of unit 5 south.

8:00am   Visiting resumed.

8:30am   ████████████████████████████████ entered the front lobby to visit ████████████. Asks Officer Datur, "Did you lock ███████████ up because he told about the escape?"

9:00am   Ensured all relevant cells remained secure.

**Monday March 10, 2003**

9:00am   FBI Jim Davidson advises that Mikhel had money orders sent to five different inmates:

#21051-112 Krylov     $100.00
#21050-112 Kadamovas  $150.00
#64255-008 Avalos      $100.00
#19976-112 Avila       $200.00
#23306-112 Cook        $120.00

These transaction were verified through the business office.   Monies matching the amounts above were placed on each inmate's account on March 6, 2003.

1:55pm   FBI Agents James Davidson, Steve Gomez and Steven Noh with Assistant US Attorneys Beverly Reed O'Connell, Susan J. Dewitt, Karen Mayer arrived.

2:00pm   Conducted briefing in warden's conference room, toured unit 5 south, 6 south and south side stairwells.

3:00pm   Information was received from an interview with Inmate Avila #19976-112 that the escape paraphernalia had been brought into the institution through the windows in cells 533 and 541 of unit 5 South.

5:00pm   Per the Captain's instructions, Lt. Hollett inspected the window in cell #533.   He discovered evidence of window tampering.

*"Sensitive Limited Official Use Only"*

38765

Ex. 88 pg.4 of 9

5:30pm   Inmates Michael Cook and Paul Schults #81464-012 placed in special housing under investigation for being part of the escape plot.

6:15pm   Lt. Hollett discovered 75 feet of string in the flowers, inside the planter box located on top of the wall separating the Roybal courtyard from MDCLA.
Note: From the Roybal Courtyard the location of the string was vertical to cell #533. From the south side flower garden adjacent to the lobby the location of the string was perpendicular or on a steep slope from cell #533 of unit 5 south.

Note:   The string discovered by Lt. Hollett matched the spool of string found inside cell #518 on March 7, 2003.

## Tuesday March 11, 2003

6:30am   CMS began tack welding the nuts and bolts inside the bottom of each locker in each unit beginning with unit 5 south. CMS began tack welding every other security screw in each window of each cell, beginning with unit 5 south.

7:00am   Inspected cell #541, window tampering evident, screws were not torque. Screws were removed using a bit only. No wrench was necessary.

Inmate assigned to the cell #541 are Preciado #16053-112 and Diaz 212232-112

7:45am   Placed window glass from cells #533 and #541 into evidence to be tested for finger prints.

8:00am   Contacted Lt. George E. Santos, Watch Commander, Federal Police Services. Visited the control center of the FPS to determine if any activity possibly related to the incident was recorded. A camera in the entrance — of the federal building was aimed at the targeted area. However, there was no clear visual recording beyond 10 feet after exiting the building.

12:30pm   Interviewed inmate Schults in special housing

1:00pm   FPS reports first confiscating camera film from one Russian female and one Russian male. Shortly thereafter 3 Russian males who were photographing the south side of MDC, Los Angeles were detain. One is identified as a former inmate.

1:10pm   Interviewed inmate Avalos in special housing.

*"Sensitive Limited Official Use Only"*

**38766**

2:30pm   Interviewed inmate Kim in special housing.

**Wednesday March 12, 2003:**

10:00am  Attorney, Steven Riggs, AUSA, Beverly Reed O'Connell, FBI
         Agent J. Davidson, FBI Agent S. Noh and FBI Agent I.
         Sotelo in to interview ██████████.

11:00am  FBI Agents Sotelo and Noh toured incident scene.

1:00pm   SIA/SIS interviewed inmates Beltran, Chapman, Cook,
         Stokes and Morgan in special housing.

130pm    Tack welding nuts and bolts in lockers and every other
         window security screws completed on unit 5 north and unit
         5 south.

**Thursday  March 13, 2003:**

8:30am   FBI Agent S. Noh and FBI Agent I. Sotelo in to interview
         ██████████.

10:00am  Began interview with ██████████ then ██████████.

11:00am  Began interviews with inmates Krylov and Mikhel.

2:00pm   Released evidence window panes from cell #533 and #541 to
         FBI Agent I. Sotelo.

**Friday  March 14, 2003:**

8:30am   FBI Agents S. Noh, I. Sotelo, V. Medrano, D. Knight and
         D. Kice enter institution to conduct search warrants of
         cells 518, 533, 541, 616, 913 and the property of Inmates
         Mikhel, Krylov, kadamovas, Bennett, Schultz and Cook.

9:30am   FBI found a paint brush and various types of string in
         Mikhel's cell #518.

10:00am  Found Maribal's phone number in cell #533 (Shults & Cook)

11:00am  Found Maribal's phone number and grey paint in a small
         container in cell #517 (Wilson)

1:00pm   Found one(1) three inch standard screwdriver in cell #616
         (Krylov & Recinos) The screwdriver was located hidden
         inside of a peanut butter jar.

2:00pm   Searched personal property of inmates Mikhel, Kim and
         Bennett stored on 2nd floor AW conference room.  Found
         two small containers of grey paint in Mikhel's personal
         property.

---

*"Sensitive Limited Official Use Only"*

38767

Ex. 88 pg.6 of 9

2:30pm   Swept perimeter with metal detectors.

3:30pm   FBI Agents departed institution.

7:00pm   Officer Cervantez located security allen wrench and cellular phone receipts dated August 2001, in Mikhel's personal property.

**Monday March 17, 2003:**

12:30pm Interviewed inmate Kadamovas

2:45pm   Located additional contraband on unit 9 south inside the shower per Kadamovas. Specifically, string rope made from dental floss and two bit pieces of metal.

**Tuesday March 18, 2003:**

8:00am   Contacted Marc Wilson, FBI for status update on the case. He advised that Agent I. Whittington is designated as the lead agent on this case.

Contacted Ingerd Whittington, FBI who states the AUSA Beverly Reed O'Conner has requested that the FBI receive permission from each attorney of record for the primary inmate's involved prior to conducting further interviews.

**Wednesday March 26, 2003:**

Letter recovered by Officer Schneider being passed from Inmate Mikhel to Inmate Kadamovas.  Letter references Inmate Tom Tynan on unit 6 South.

**Tuesday April 1, 2003**

11:00am On Tuesday April 1, 2003, I contacted FBI Agent, Ingerd Sotelo who states ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ According to the FBI, that may be an indication that staff might be involved. ▮▮▮▮▮▮▮▮▮▮▮▮

According to the FBI ▮▮▮▮▮▮▮▮▮ attorney states, ▮▮▮▮ will tell all only if all charges against him are dropped and he is set free.

The FBI is currently waiting for the return of two rolls of film confiscated from the Russians outside of the institution.  The film was sent to San Francisco.

The Portion of the case concerning Maribal Bennett,

---

*"Sensitive Limited Official Use Only"*

38768

spouse of inmate Corey Bennett, has been turned over to Special Agent, Alex Mariano.  This will assist the lead agent with this particular interview.  This week he will proceed with a photo spread to the store where the cell phones were purchased.  He will attempt to identify the purchaser of the cell phones.

The FBI has submitted a subpoena to the telephone company for toll records of possible calls made using the cell phones.  Th telephone company has an April 5th deadline. This subpoena will provide only numbers.  Another subpoena must be submitted which would link the numbers to a particular person.

The FBI is currently attempting to obtain a subpoena for all calls made by the Russians during the past 180 days.

**Thursday April 03, 2003:**

8:00am    Based on information received during an interview with ██████████████████████████, FBI Agents Sotelo and Medrano interviewed Inmate Tynan #21281-112  for possible connection to the escape attempt. Inmate Mikhel also interviewed (first interview by FBI)

**Tuesday April 08, 2003:**

10:00am    Notified by Agent Sotelo that positive identification was made by merchant at store where cell phones were purchased.  Inmate Tynan's wife purchased cell phones.

**Friday April 18, 2003:**

9:00am    FBI Agents Sotelo and Moreno interview ████████████ Received information about Inmate Tynan's involvement in escape attempt.  Brother Mike Tynan delivered tools and cell phones to institution)

**Monday April 21, 2003:**

8:00am    Notified by Agent Sotelo that████████████████████ ████████████████████████████████ He verified that Inmate Tynan was involved in the attempt.  He stated Tynan's brother brought tools and phones to the institution four times and sent them up through the windows in unit 5 South.  He brought the tools into the window of his cell.  He can positively identify Mike Tynan as the person who delivered the items.  He stated Mike Tynan purchased a hydraulic pump from Orange County Hydraulics.

---

*"Sensitive Limited Official Use Only"*

---

38769

Ex. 88 pg.8 of 9

**Tuesday April 22, 2003:**

11:00am    Pre-recorded call of Inmate Tynan from March 08, 2003
at 5:30pm monitored by Officer De La Mora.  In the call
he tells his wife to get his brother Mike on a bus and
out of town.  There is trouble involving him and his
old room mate from 5 South (the Russian guy)

**Wednesday April 23, 2003:**

12:00pm    Pre-recorded calls of Inmate Tynan from February 26,
27, 28 and March 01, 2003 monitored by Officer Medina.
In the calls Inmate Tynan is talking to his wife
(Sabrina) discussing transferring money to her account,
his brother delivering the tools to the institution,
getting the cars ready for the escape, etc.

**Thursday April 24, 2003:**

10:30am    Contacted by FBI Agent I. Sotelo.  She has verified
funds in the amount of $19,500.00 was transferred to
Sabrina Tynan's bank account (Navy Federal Credit
Union) on February 13, 2003.  The account number had
been located in the note book of Inmate Mikhel that was
recovered during the search of his personal property on
Friday March 14, 2003.

**Friday April 25, 2003:**

10:00am    Contacted by FBI Agent I. Sotelo.  She informs that the
roll of film confiscated from the Russians male on
the perimeter of the institution is blank, the other
roll was verified as an art project for a Russian
female college student.

**Monday April 28, 2003:**

9:00am    Contacted by FBI Agent I. Sotelo.  Informed Inmate
Tynan's wife Sabrina was monitored loading a moving
truck at her apartment on Sunday April 27, 2003.  Agent
Sotelo believes Sabrina Tynan has left the state and
fled to the state of Washington.  Arrest warrants will
be issued today for Thomas Tynan and Sabrina Tynan.
The arrest warrant for Mike Tynan is pending positive
identification by merchant at location were a hydraulic
pump was purchased.

*"Sensitive Limited Official Use Only"*

38770