

U. S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

---

*535 N. Alameda Street*
*Los Angeles, CA 90012*

July 15, 2003

## MEMORANDUM FOR FILES

**FROM:**        M. J. Battley
                 MDC Los Angeles

**SUBJECT:**     Mikhel, Iouri #23675-112

On March 13, 2003 at approximately 11:00 a.m., Lieutenant Harlien and I interviewed inmate Mikhel in the Lieutenant's Office of the Special Housing Unit. The purpose of this interview was to obtain information from Mikhel concerning his participation in the escape plan discovered on March 7, 2003.

Inmate Mikhel asked that some of his personal property confiscated on March 7, 2003, be returned to him. He specifically asked for hand written notes with addresses referencing his case and an address book. After informing Mikhel that the property was being searched by the FBI, he began to talk about the escape plan as well as other experiences.

Inmate Mikhel talked about other inmates. He states he was imprisoned in Russia where things are much different. According to Mikhel inmates would never tell on a fellow comrade. He states the inmates here are weak, that is why he was sitting in the office being interviewed today. He stated, if you plan something and you do something to help someone and somehow it is determined that the action was wrong and they are questioned, then each person involved should take responsibility for his part. Don't just tell what the other person did or said. When asked if he was going to attempt to escape? Mikhel responded "Yes, and I was going to take my comrades Kyrlov and Kadamovas. They had nothing to do with the planning. It was my plan".

Mikhel stated there may have been staff involvement. However, he didn't know who they would be because he simply ordered what he wanted and paid the money. Someone else orchestrated delivery or who would do this or that.

Ex. 89 pg.1 of 2

Mikhel stated they planned to escape through the third floor. After escaping he would settle a disagreement with a person who did not take responsibility for his action or involvement in a business plan. Mikhel would not tell how he became knowledgeable about the institution layout and floor plan. When discussing the tools and other contraband, Mikhel stated that he intended to video the escape and send a copy to Lieutenant Harlien. Mikhel stated that we found all of the tools located in the wall and beneath the locker. When Mikhel was asked about staff involvement he stated, "Follow the drugs and you'll find who was involved". There were two comrades from Russia assisting on the outside. If there was no communication within a twenty-four hour period they had instructions to leave the United States and return to Russia.

38160

Ex. 89 pg.2 of 2