```
   LOSE5   531.01 *                INMATE HISTORY              *      03-08-2003
PAGE 001 OF 001 *                  QUARTERS                    *      11:26:22

   REG NO..: 23675-112 NAME....: MIKHEL, IOURI GHERMAN
   CATEGORY: QTR          FUNCTION: PRT            FORMAT:

FCL    ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP   DATE/TIME

LOS    Z07-838LAD HOUSE Z/RANGE 07/BED 838L AD    03-07-2003 1629 CURRENT
LOS    Z03-808LAD HOUSE Z/RANGE 03/BED 808L AD    03-07-2003 1616 03-07-2003 1629

LOS    E05-518U   HOUSE E/RANGE 05/BED 518U       11-04-2002 0752 03-07-2003 1616

LOS    E05-536L   HOUSE E/RANGE 05/BED 536L       05-22-2002 1328 11-04-2002 0752

LOS    E07-507U   HOUSE E/RANGE 07/BED 507U       03-08-2002 1338 05-22-2002 1328

LOS    E07-505L   HOUSE E/RANGE 07/BED 505L       03-08-2002 1209 03-08-2002 1338

LOS    E05-502L   HOUSE E/RANGE 05/BED 502L       03-08-2002 1155 03-08-2002 1209

LOS    R01-001L   HOUSE R/RANGE 01/BED 001L       03-08-2002 0950 03-08-2002 1155
```



GOVERNMENT EXHIBIT 900

39478

Ex. 90 pg.1 of 1