```
   LOSE5  531.01 *                  INMATE HISTORY              *       03-08-2003
PAGE 001 OF 001 *                     QUARTERS                 *       11:26:37

   REG NO..: 21050-112 NAME....: KADAMOVAS, JURIJUS
   CATEGORY: QTR          FUNCTION: PRT          FORMAT:

FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME

LOS    Z03-819LAD HOUSE Z/RANGE 03/BED 819L AD   03-08-2003 0244 CURRENT
LOS    Z03-807LAD HOUSE Z/RANGE 03/BED 807L AD   03-07-2003 2202 03-08-2003 0244

LOS    I07-913L   HOUSE I/RANGE 07/BED 913L      10-22-2002 0838 03-07-2003 2202

LOS    I07-913U   HOUSE I/RANGE 07/BED 913U      10-15-2002 1435 10-22-2002 0838

LOS    Z07-835UAD HOUSE Z/RANGE 07/BED 835U AD   10-11-2002 1041 10-15-2002 1435

LOS    I07-913L   HOUSE I/RANGE 07/BED 913L      05-06-2002 1323 10-11-2002 1041

LOS    I08-955U   HOUSE I/RANGE 08/BED 955U      03-25-2002 1308 05-06-2002 1323

LOS    I08-935U   HOUSE I/RANGE 08/BED 935U      03-22-2002 1345 03-25-2002 1308

LOS    G08-763L   HOUSE G/RANGE 08/BED 763L      03-05-2002 0828 03-22-2002 1345

LOS    G05-704U   HOUSE G/RANGE 05/BED 704U      03-04-2002 2128 03-05-2002 0828

LOS    R01-001L   HOUSE R/RANGE 01/BED 001L      03-04-2002 2007 03-04-2002 2128

LOS    I08-943U   HOUSE I/RANGE 08/BED 943U      02-20-2002 1043 02-20-2002 1929
```



GOVERNMENT EXHIBIT

901

PENGAD 800-631-6989

39481

Ex. 91 pg.1 of 2

```
LOS   I05-904L    HOUSE I/RANGE 05/BED 904L       02-19-2002 1937 02-20-2002 1043
LOS   R01-001L    HOUSE R/RANGE 01/BED 001L       02-19-2002 1549 02-19-2002 1937
```

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

Ex. 91 pg.2 of 2

39482