07/21/2004 13:23 FAX  2132539505        Los Angeles CLC                    ☒003/020

```
LOSE8  531.01 *            INMATE HISTORY           *     07-20-2004
PAGE 001 OF 001 *             QUARTERS              *     08:32:32

REG NO..: 19976-112 NAME....: A██████, JOSE MANUEL
CATEGORY: QTR          FUNCTION: PRI         FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|------------------|-----------------|
| LOS | R01-001L | HOUSE R/RANGE 01/BED 001L | 03-19-2004 0553 | 03-19-2004 0830 |
| LOS | F07-609L | HOUSE F/RANGE 07/BED 609L | 09-03-2003 0849 | 03-19-2004 0553 |
| LOS | F07-609U | HOUSE F/RANGE 07/BED 609U | 04-02-2003 0910 | 09-03-2003 0849 |
| LOS | F05-600L | HOUSE F/RANGE 05/BED 600L | 04-01-2003 1323 | 04-02-2003 0910 |
| LOS | Z03-818LAD | HOUSE Z/RANGE 03/BED 818L AD | 03-27-2003 1229 | 04-01-2003 1323 |
| LOS | Z03-820LAD | HOUSE Z/RANGE 03/BED 820L AD | 03-20-2003 1812 | 03-27-2003 1229 |
| LOS | E07-501L | HOUSE E/RANGE 07/BED 501L | 02-19-2003 0929 | 03-20-2003 1812 |
| LOS | E05-502L | HOUSE E/RANGE 05/BED 502L | 02-11-2003 0956 | 02-19-2003 0929 |
| LOS | G07-719L | HOUSE G/RANGE 07/BED 719L | 12-25-2002 1132 | 02-11-2003 0956 |
| LOS | G08-765U | HOUSE G/RANGE 08/BED 765U | 12-13-2002 1721 | 12-25-2002 1132 |
| LOS | F04-663L | HOUSE F/RANGE 04/BED 663L | 11-01-2002 1341 | 12-13-2002 1721 |
| LOS | F04-653L | HOUSE F/RANGE 04/BED 653L | 10-17-2002 0801 | 11-01-2002 1341 |
| LOS | F04-653U | HOUSE F/RANGE 04/BED 653U | 10-10-2002 0859 | 10-17-2002 0801 |
| LOS | F03-601L | HOUSE F/RANGE 03/BED 601L | 10-04-2002 1101 | 10-10-2002 0859 |
| LOS | I07-915L | HOUSE I/RANGE 07/BED 915L | 09-16-2002 0818 | 10-04-2002 1101 |
| LOS | I07-917U | HOUSE I/RANGE 07/BED 917U | 09-13-2002 1543 | 09-16-2002 0818 |
| LOS | Z05-827LAD | HOUSE Z/RANGE 05/BED 827L AD | 09-10-2002 2131 | 09-13-2002 1543 |
| LOS | E07-533L | HOUSE E/RANGE 07/BED 533L | 04-24-2002 1109 | 09-10-2002 2131 |
| LOS | E07-501U | HOUSE E/RANGE 07/BED 501U | 12-20-2001 1627 | 04-24-2002 1109 |
| LOS | E06-538L | HOUSE E/RANGE 06/BED 538L | 12-13-2001 1033 | 12-20-2001 1627 |
| LOS | I05-922U | HOUSE I/RANGE 05/BED 922U | 12-11-2001 1334 | 12-13-2001 1033 |
| LOS | I08-941U | HOUSE I/RANGE 08/BED 941U | 12-10-2001 0706 | 12-11-2001 1334 |
| LOS | I08-943L | HOUSE I/RANGE 08/BED 943L | 12-06-2001 1508 | 12-10-2001 0706 |
| LOS | R01-001L | HOUSE R/RANGE 01/BED 001L | 12-06-2001 1214 | 12-06-2001 1508 |
| OKL | C09-310U | HOUSE C/RANGE 09/BED 310U | 09-06-2001 1700 | 09-07-2001 0800 |
| ATL | J01-160L | HOUSE J/RANGE 01/BED 160L | 03-20-2001 2241 | 03-21-2001 0616 |
| ATL | R01-001L | HOUSE R/RANGE 01/BED 001L | 03-20-2001 2033 | 03-20-2001 2241 |
| OKL | E09-515U | HOUSE E/RANGE 09/BED 515U | 03-19-2001 1700 | 03-20-2001 0815 |

3/2003 ↓



GOVERNMENT EXHIBIT 907
PENGAD 800-631-6989

62029

Ex. 92 pg.1 of 1