November 28, 2006

**VIA FACSIMILE DELIVERY**
Ms. Kim Meyer
Assistant United States Attorneys
United States Courthouse
312 N. Spring Street
Los Angeles, California 90012

In re:   **United States of America v. Jurijus Kadamovas**
         CR No. 02-220-DT

Dear Ms. Meyer:

I am hereby requesting that you provide us with the following additional discovery materials:

1.   Complete copies of all records related to Jose A████'s involvement in the assault of a government witness in Ohio. See bates 76918-76919

2.   Please provide a copy of the report related to Jose A████'s meeting with the government in October of 2002, during which he was not completely forthcoming and wherein he refused to give information unless he was promised he would not be deported upon his release.

3.   Please advise whether Mr. A████ remains in custody or whether he has been released on bond.

Ms. Kim Meyer

Ex. 93 pg.1 of 2

November 28, 2006
Page 2


   If he has been released on bond, please advise whether he has been granted some type of immigration status in this country during the pendency of these proceedings and whether any representations have been made to him whether he will continue to be permitted to remain in the United States after his testimony in this case.


        I thank you in advance for your prompt attention to these matters.

                              Sincerely,


                              Sonia E. Chahin
                              Attorney At Law

Ex. 93 pg.2 of 2