

**U. S. Department of Justice**

**United States Attorney**
**Central District of California**

Kim Meyer
Assistant United States Attorney
(213) 894-8559
(213) 894-3713 (facsimile)

1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

December 14, 2006

VIA HAND DELIVERY

To Attached Distribution List

   Re:  **United States v. Iouri Mikhel, et. al., CR 02-220(B)-DT**

Dear Counsel:

   DEA Agent Polski recalls interviewing Jose A███ three to six months prior to the discovery of the escape attempt.  He recalls Mr. A██ telling him that "Russians" on his floor (Agent Polski does not recall what floor) were involved in an escape attempt and that they had dental floss and cell phones.  Agent Polski remembers Mr. A██ mentioning "Russians" because when he later read about the escape attempt in the newspapers, the article caught his eye because it mentioned Russians being involved as well.  Agent Polski does not recall whether Mr. A███ requested to be moved out of the institution during this interview, but assumes that Mr. A███ asked for assistance with his immigration status, because this was a common request from deportable aliens.  However, he does not specifically recall whether Mr. A██ made such a request.

   Agent Polski does not remember one way or another whether Mr. A██ mentioned tools or bars on the windows.  He does not believe that Mr. A██ told him about the Russians' plans to blow up the visitors' room wall.

   Agent Polski reported this information to the U.S. Marshal, who said that he would search the unit where Mr. A██ and the Russians were housed.  Approximately the next day, the

Ex. 94 pg. 1 of 4

TF46- 01-000235

U.S. Marshal contacted Agent Polski and told him that the search only revealed dental floss and other random contraband, but nothing that could be used for an escape attempt.

Agent Polski did not document his interview with Mr. A█████

Very truly yours,

GEORGE S. CARDONA
Acting United States Attorney

KIM MEYER
Assistant United States Attorney

TF46-01-000236

<u>SERVICE LIST</u>

*Mikhel*

Richard Callahan, Esq.
230 E. Colorado Blvd., Suite 1200
Pasadena, CA 91101
(626) 202-4060
fax: 626-794-4676

Dale Rubin, Esq. (capital counsel)
2275 Huntington Drive, Suite 902
San Marino, CA 91108
(800) 695-3717
fax: 413-228-0521

*Kadamovas*

Sonia Chahin, Esq.
2222 Foothill Blvd. #E278
La Canada, CA 91011
(818) 549-0149
fax: 818-549-0990

Richard Lasting, Esq. (capital counsel)
White & Lasting
1717 Fourth Street
Third Floor
Santa Monica, CA 90401
(310) 576-6242
fax: 310-626-9677

*Krylov*

George Buehler, Esq.
350 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
(213) 625-3900, x128
fax: 213-625-1600
     213-626-5800

Ex. 94 pg. 3 of 4

TF46- 01- 000237

David Evans, Esq. (capital counsel)
600 South Lake Avenue
Suite 506
Pasadena, CA 91106
(626) 432-5100
fax: 800-330-7893

*Solovyeva*

Michael M. Crain, Esq. (capital counsel)
P.O. Box 3730
Santa Monica, CA 90408
(310) 571-3324
fax: 310-626-9983

Ex. 94 pg. 4 of 4

TF46-01-000238