FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    04/14/2003

    Iouri Mikhel, date of birth ██/65, Bureau of Prison registration number 23675-112, was interviewed at the Metropolitan Detention Center in Los Angeles, CA. After being advised of the identity of the interviewing agents and the purpose of the interview, Mikhel was advised of his Miranda rights from the FD-395, Interrogation; Advice of Right form. Mikhel said that he understood his rights and wanted to talk to the interviewing agents. Mikhel waived his rights and signed the FD-395. Mikhel provided the following information:

    Mikhel is currently housed alone in cell #832 in the Special Housing Unit (SHU). He said that all of the tools, telephones and video camera that were found in his former cell were his. He said that he brought them all in through two cell windows but said that those inmates, whose cell windows he used were not involved. He said that he asked inmate Preciado to leave his cell so that he could talk to somebody through the vent and that Preciado did not know what Mikhel was doing in there. He said that he only removed and used two cell windows. He said that the people on the outside of MDC who sent the tools up to him through the windows were friends from Russia who flew in to help him and when they did not hear from him in 48 hours they left the United States. Mikhel said that these people helped him out of their loyalty to him and that loyalty goes both ways and he would not identify them. He said that he did not even know all of them because they were arranging everything.

    Mikhel said that when he dug through his cell wall he knew that it lead to the stairwell. He was then going to walk down to the third floor and to a large window with big bars on it that he had seen from the outside while taking the bus to court. Mikhel said that he has lived in that cell long enough to know when the Correctional Officer (C/O) makes his rounds from that stairwell so that he wouldn't be seen by a C/O. Mikhel said that if he did get caught by a C/O in the stairwell then he would be "screwed". He said that it was going to be a peaceful operation and that he would not hurt anybody while trying to escape. When Mikhel reached the big window with bars he said that he would use a metal cutting saw to get through the bars. Mikhel said that he never had a hydraulic

Investigation on    4/11/10    at Los Angeles, CA

File # ███████████████

Date dictated

SA Ingerd Sotero
by    SA Vikki Motala Medrano

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency.

38532

Ex. 96 pg.1 of 2

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___Iouri Mikhel_____ , On 4/11/10 _____ , Page ___2___

pump or acid and he never intended to. He said that he would need a highly corrosive acid to get through the bars and that you could not touch it with your skin. Mikhel said that he used to sell metal but does not have any kind of degree in metalurgy but instead has a degree in interior design.

Mikhel was asked how he would avoid being seen on the surveillance camera and he said that he assumed nobody could watch every camera at one time. He denied that FBI jackets or uniforms were ever part of the plan and that his escape plan had turned into a fairy tale story.

Mikhel said that he got all of the tools and equipment through the cell windows but when asked how he got the very first tool into his cell he said that he could not answer that question. Mikhel said that he was going to use the video camera to videotape his escape and then he was going to send the tape to Lt. Harlien at MDC. Once Mikhel escaped he said that he had unfinished business to do. He was going to go to Brighton Beach, New York, and find the friends of the person who told on him. He said that he only knows their first names and what they look like so it would take him 3-4 weeks to find them in the small Russian community there. He was then going to make them confess to everything while he videotaped them and then he was going to let them go. Mikhel said that he was not going to do anything to the person that told on him and stated that person is in custody. Mikhel was asked if he had any unfinished business with anybody in law enforcement or any prosecutors. He said that he did not and that this is all a big chess game and they are just doing their jobs.

Mikhel said that there were no staff members involved in his escape plan. Mikhel was told that the two notes that he handed the C/O in a GQ Magazine last week were intercepted. Mikhel said that he handed the magazine to the C/O without saying anything because another inmate told him to do it and that the C/O would know to look inside and see who the notes were for. Mikhel refused to identify Jessie and Tom, who were mentioned in the notes.

Mikhel said that he was going to escape alone and that Krylov and Kadamovas were not involved. When the interviewing agents asked him if he was going to escape and leave Krylov and Kadamovas behind, he said that he could not answer that question.

38533

Ex. 96 pg.2 of 2