UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE S. JAMES OTERO, JUDGE PRESIDING

UNITED STATES OF AMERICA,       )
                                )
                                )
                                )
              Plaintiff,        )     **COPY**
                                )
                                )
                                )
       Vs.                      )   No. CR 02-220 (B) SJO
                                )
                                )
                                )
PETRO KRYLOV,                   )
                                )
                                )
              Defendant.        )
                                )
_____)


REPORTER'S DAILY TRANSCRIPT OF TRIAL PROCEEDINGS

A.M. SESSION, VOLUME I

LOS ANGELES, CALIFORNIA

THURSDAY, APRIL 26, 2007


LEANDRA AMBER, CSR 12070, RPR
OFFICIAL U.S. DISTRICT COURT REPORTER
312 NORTH SPRING STREET, # 442
LOS ANGELES, CALIFORNIA 90012
(213) 613-0179

UNITED STATES DISTRICT COURT

Ex. 97 pg.1 of 2

25

Section 1956(h), we find Petro Krylov:  Guilty.

Count 6:  With respect to the charge of conspiracy to escape from custody, in violation of 18 U.S.C. Section 371, we find Defendant Petro Krylov:  Not guilty.

Signed by the juror -- Jury Foreperson Number 32.

Your Honor, that concludes the reading.

THE COURT:  Okay.  Would the clerk please poll the jury.

THE CLERK:  Juror Number 64, is this your verdict as presented and read?

JUROR NUMBER 64:  Yes.

THE CLERK:  Juror Number 35, is this your verdict as presented and read?

JUROR NUMBER 35:  Yes.

THE CLERK:  Juror Number 77, is this your verdict as presented and read?

JUROR NUMBER 77:  Yes.

THE CLERK:  Juror Number 50, is this your verdict as presented and read?

JUROR NUMBER 77:  Yes.

THE CLERK:  Juror Number 66, is this your verdict as presented and read?

JUROR NUMBER 66:  Yes.

THE CLERK:  Juror Number 84, is this your verdict as presented and read?

UNITED STATES DISTRICT COURT

Ex. 97 pg.2 of 2