UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

*HONORABLE S. JAMES OTERO, U.S. DISTRICT JUDGE*

- - -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. |
| | ) | |
| vs. | ) | CR-02-220(B)-SJO |
| | ) | |
| PETRO KRYLOV, | ) | **CERTIFIED COPY** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

*REPORTER'S DAILY TRANSCRIPT OF*
**JURY TRIAL**
*MONDAY, APRIL 16, 2007*
*2:50 P.M.*
*VOLUME II (AFTERNOON SESSION)*
*LOS ANGELES, CALIFORNIA*

**VICTORIA L. VALINE, CSR 3036, RMR, CRR**
FEDERAL OFFICIAL COURT REPORTER
312 NORTH SPRING STREET, ROOM 440
LOS ANGELES, CALIFORNIA  90012
PHONE:  (213) 625-1580
victoria.valine@sbcglobal.net

A.    And then I been placed on Six South.

Q.    Did you ask to be placed on Six South?

A.    No.  I asked to be placed on Six North because I have still two or three Russians right there -- I mean, Ukrainians, and I don't know that there was nobody on Six South, and I know that Mikhel going to be there and Kadamovas.

Q.    So, even though you didn't request it, they put you on Six South?

A.    They put me on Six South anyway.

Q.    And what happened then when you were on Six South?

A.    Fifteen minutes later somebody say let's go, somebody called.

Q.    Somebody calls you?

A.    Yes.

Q.    You say fifteen minutes later --

A.    Or half an hour later.

Q.    Half an hour later after what?

A.    After I walks into the Six South.

Q.    Okay.

A.    Separate unit.  That's a unit.

Q.    And they said somebody's calling you?

A.    Yes.  They said that I have to follow him and that somebody on the ventilation system calling me, wants to talk to me.

**UNITED STATES DISTRICT COURT**

Q.      And who was that?

A.      Mikhel.

Q.      So, did you talk to him?

A.      Yes.

Q.      And this is like calling through the ventilation pipes?

A.      Yes.

Q.      And what did he tell you?

A.      That we know everything's all right, try to move into this cell right here, into the corner.

Q.      By "the corner" do you mean the cell next to the stairwell?

A.      Yes.

Q.      So, he suggested that you move into the cell next to the stairwell?

A.      Yes.  I said I don't know, I just walking into the floor and seems to me that people live here already.

Q.      People live here?

A.      Usually they put me in whatever's empty.  They said don't worry, we'll take care of that.

Q.      So, there were already persons assigned to the corner cell next to the stairwell, correct?

A.      Yes.

Q.      And so where -- what cell were you put in?

A.      Like six cells away from that cell on the same

side.

Q.     And then what happened with respect to your -- what cell you were going to be in?

A.     Then I move to the other cell with white men on the --

Q.     So, you moved to --

A.     Yeah, because he was supposed to leave over there, and there was one Armenian guy on the floor who didn't speak no English, so the staff decided to put us together so I can translate to him.  My English was not good also, but at least I would explain to him something.

       So, they put me and Armenian man into the cell on the bottom floor but on different side from Mikhel.

Q.     Okay.  So, you were reassigned to a cell with this Armenian --

A.     Yes.

Q.     -- person.

       And were you happy in that cell?

A.     Yeah.  I can talk to him.  I can play cards. Domino, and nardyh, and shesh-besh and stuff like that.

Q.     So, did anything happen that caused you to be switched again in your cell?

A.     Yeah.  Mikhel keep calling me and tell me I have to move, and I keep saying look, there is people right here, what can I do?  If I'm going to get in fight, they going

UNITED STATES DISTRICT COURT

to put me on the other floor.  They said okay.  Don't worry, when time is come, we'll take care of it.

Q.    And did something eventually happen?

A.    Yeah.

Q.    What happened?

A.    Somebody shows up at my door says you moving, your cell is there now.

Q.    And which cell was that that they moved you to?

A.    Right above Mikhel.

Q.    So, the cell that Mikhel had been warning you to move to, correct?

A.    The cell that Mikhel want me to move into.

Q.    Now, how long did you -- were you in that cell before you were moved again?

A.    Three or four days.

Q.    And what -- why did you get moved out of that cell?

A.    Because Mikhel wants me to.

Q.    No.  No.  Why --

A.    Oh, why did I move out?

Q.    You got moved into the cell next to the stairwell, right?

A.    Yes.

Q.    You were only there for three or four days?

A.    Yes.

Q.    And why did they move you out of that one?

**UNITED STATES DISTRICT COURT**

A.    Because it was discovered tools and escape attempt.

Q.    So, they discovered the escape attempt and put you back up into the segregated housing unit, correct?

A.    Yes.

Q.    Which is where you've been ever since, correct?

A.    Hmmm?

Q.    Which is where you've been ever since, correct?

A.    Yes.

Q.    Now, did you get involved in the escape attempt?

A.    I was doing what I was told, but --

Q.    Told by whom?

A.    By Mikhel.

Q.    What did he tell you to do?

A.    To patrol the line and pick it up some tools from him.

Q.    How did you --

A.    To open a -- hmmm?

Q.    How did you pick up tools from him?

A.    Through the -- through the toilet system.

Q.    So, he sent you tools through the toilet?

A.    Yes.

Q.    And your cell was now right above his cell; is that correct?

A.    Yes.

Q.    And what tools did he send to you?

**UNITED STATES DISTRICT COURT**

A.    Two pieces of jigsaw that six-inch long.

Q.    Jigsaw blade?

A.    Yeah.  Two blades -- jigsaw blades like six, seven inch long and one little screwdriver that like three, four -- four or 5 inch long with the handle, and two special keys one for the window and one for the mirror, they're different sizes.

Q.    And when you say a special key, what do you mean by that?

A.    A special security key to unscrew the special security screw.  They have a special star with a hole inside.  It's not like you can go and buy that on the street or any tool shop.

Q.    So, he sent you a tool that you could use to unscrew the windows, correct?

A.    Yes.

Q.    The window.

A.    Yes.

Q.    And did you use that tool?

A.    No.

Q.    And he also sent you a key that you could use to unscrew the mirror?

A.    Yes.

Q.    Did you use that one?

A.    Yes.

**UNITED STATES DISTRICT COURT**

Q.    And did he give you any other instructions then of what to do with the tools?

A.    He told me to hide them under a box.  We have a locker in the -- in the room and it bolted down to the floor with two nuts -- two bolts, but I could have -- I unscrewed them with my hands, they weren't -- they weren't that tied up.  So, he told me to keep that in there, that's a good location to hide stuff.

Q.    Now, did he give you any instructions on what he wanted you to do with these tools now?

A.    Yeah.  He want me to start digging a hole behind the mirror.

Q.    Did you start doing that?

A.    Yes.

Q.    Did you want to dig a hole behind the mirror?

A.    If I'm done -- if I'm not, he will know about it.

Q.    I'm sorry, say that again.

A.    If I'm not, he will know about that.

Q.    How would he know about you, he's the floor below you?

A.    He will know he have somebody, plus Tom Tynan move in on the floor.

MR. DUGDALE:  I'm going to object in so far as it calls for speculation.

THE WITNESS:  Somebody told him that.

**UNITED STATES DISTRICT COURT**

THE COURT: One second.

The response will stand. Ask your next question.

MR. BUEHLER: Thank you.

BY MR. BUEHLER:

Q. You made reference to Tom Tynan?

A. Yes. Yes.

Q. And where was Tom Tynan this period? Where was he housed?

A. On -- in the same unit.

Q. As you?

A. Yes.

Q. And where had he been before he was moved to Six South?

A. He was on Five South.

Q. With Mikhel?

A. He's with Mikhel cellee.

Q. Now, did Tynan communicate anything to you about the escape?

A. Yes.

Q. What did he tell you about the escape?

A. That he want to help us to do that and he doing it for money.

Q. For money?

A. Yes.

Q. So, he said he was helping Mikhel?

**UNITED STATES DISTRICT COURT**

A.      Yes.

Q.      Now, did -- did anybody tell you or communicate to you how the escape was supposed to work?

A.      Tynan kind of tried to explain me, but I know it just impossible.

Q.      Well, did Mikhel explain to you how it was supposed to work?

A.      Tynan, he explained to me, but I know for one hundred percent it was not -- it will not work, it's...

Q.      You didn't think the plan would work in any event?

A.      No.  I was sure the plan will not work.

Q.      Okay.  But what did you do now?  Did you dig behind your mirror?

A.      Yes.

Q.      How -- how much did you dig?

A.      A little bit, maybe one inch.

Q.      Just one inch and --

A.      Like two or three holes or four holes one inch deep.

Q.      And --

A.      But the thing is the wall is not concrete.  The wall, if you punch it, you can go through with your fist and it's only one inch tall -- thick, but it have mesh behind it -- metal.

Q.      Metal mesh?

A.      Yes.

Q.      Okay.

A.      So -- but see if I want to make a big hole, what I was actually doing I was making a hole to hide some tools, but if I would want to make a big hole, I would go and get a -- we have bicycles on the floor --

Q.      Bicycles?

A.      Yes.

Q.      Stationary bicycles?

A.      Yes.  And you allowed to take it -- bicycle into your cell on the lockdown for a night or during a lockdown in the middle of the day.  I would take a bicycle into my cell and I will remove a chair and with two or three punches, I would make a hole this big (indicating).

Q.      Okay.

A.      But because of the chair when you remove the chair, they have a metal bar -- square metal bar with the chair itself, if I want to make a hole, I would use that not -- not a little --

Q.      Screwdriver?

A.      Screwdriver, yes.

        But, on the other hand, I know that Mikhel's cellee right there and I have to show him that I'm doing something, so I was letting him see that I'm doing what Mikhel told me to do.

Q.    When you say him -- let him see, you mean Tynan?

A.    Yes.

Q.    So, is that the reason you made the whole behind your mirror to make Tynan think that you were going along with the escape?

A.    Yes.

Q.    Did you intend to try to escape?

A.    No.

Q.    Did you tell Mikhel that you were going to try to escape?

A.    Yes.

Q.    Did you mean that when you told him?

A.    No.

Q.    Why did you tell him?

A.    If I'm not, then he have somebody stab me or --

Q.    Stab you?

A.    Stab me, or taking care of my family, so you cannot say no to him, especially when you see what happen in the jail.

Q.    What -- what kind of things did you see happen in the jail?

A.    Like I said, I was trying to move into the cell for three or four months because he told me to and then one day, because he say so, somebody shows up and move me into.

Q.    So, that made you think that there were people doing things for him?

MR. DUGDALE:  Objection, leading, your Honor.

THE COURT:  Overruled.

THE WITNESS:  I was sure that somebody doing things for him.  Because there is no way out --

THE COURT:  There's no question.

THE WITNESS:  Okay.

BY MR. BUEHLER:

Q.    Now, Mr. Krylov, let me ask you about -- we'll go back to the subject of money.

A.    Yes.

Q.    You described earlier the funds that were received in the account of Gurevich?

A.    Yes.

Q.    And was there also another account that you got for the same purpose?

A.    Yes.

Q.    And did you do that at -- because Mikhel asked you to?

A.    Yes.

Q.    And who was it -- whose bank account did you get on this occasion?

A.    Akopnik.

Q.    Akopnik?

**UNITED STATES DISTRICT COURT**