GEORGE BUEHLER, SBN 060701
Geragos & Geragos
350 S. Grand Ave., Suite 3900
Los Angeles, CA 90071
Telephone: (213) 625-3900, x128
Facsimile: (213) 625-1600
E-Mail: Buehler@Geragos.com

DAVID R. EVANS, SBN 89119
600 South Lake Avenue, Suite 506
Pasadena, California 91106
Telephone: (626) 432-5100
Facsimile: (800) 330-7893
E-Mail: dre@drelaw.org

Attorneys for Defendant
PETRO KRYLOV

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-02-0220(B)-SJO |
| Plaintiff, ) | **DEFENDANT PETRO KRYLOV'S** |
| ) | **PROPOSED JURY** |
| ) | **INSTRUCTION** |
| v. ) | |
| ) | (ANNOTATED) |
| PETRO KRYLOV, ) | |
| Defendant. ) | |

Defendant Petro Krylov by and through his undersigned attorneys David R. Evans and George W. Buehler, do hereby submit his proposed jury instruction.

Dated: March 23, 2007

Respectfully submitted,
GEORGE W. BUEHLER
DAVID R. EVANS


By:_____/s/_____
DAVID R. EVANS
Attorneys for Defendant
PETRO KRYLOV

COURT'S INSTRUCTION NO.____

DEFENDANT'S PROPOSED INSTRUCTION NO.____

The defendant does not act [willfully] [intentionally] [voluntarily] if the defendant acts under [duress] [coercion] [compulsion] at time of the offense charged. If the government fails to prove the absence of duress beyond a reasonable doubt, then you must find the defendant not guilty.

A defendant acts under [duress] [coercion] [compulsion] only if at the time of the offense charged:

1. there was an immediate threat of death or serious bodily injury to [the defendant] [a family member of the defendant] if the defendant did not [commit] [participate in the commission of] the crime; and

2. the defendant had a [well-grounded fear] [well-founded fear] that the threat of death or serious bodily injury would be carried out; and

3. the defendant had no reasonable opportunity to escape the threatened harm.

If you find that each of these things has been proved by a preponderance of the evidence, your verdict should be for the defendant.

2

Ex. 100 pg.2 of 2