UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

*HONORABLE S. JAMES OTERO, U.S. DISTRICT JUDGE*

- - -

UNITED STATES OF AMERICA,                    )
                                             )
                        Plaintiffs,          )    Case No.
                                             )
              vs.                            )    CR-02-220(B)-SJO
                                             )
PETRO KRYLOV,                                )    **CERTIFIED COPY**
                                             )
                        Defendant.           )
_____ )

*REPORTER'S DAILY TRANSCRIPT OF*
**JURY TRIAL**
*THURSDAY, APRIL 19, 2007*
*1:00 P.M.*
*VOLUME II (AFTERNOON SESSION)*
*LOS ANGELES, CALIFORNIA*

**VICTORIA L. VALINE, CSR 3036, RMR, CRR**
FEDERAL OFFICIAL COURT REPORTER
312 NORTH SPRING STREET, ROOM 440
LOS ANGELES, CALIFORNIA  90012
PHONE:  (213) 625-1580
victoria.valine@sbcglobal.net

UNITED STATES DISTRICT COURT

Mr. Kadamovas drove Muscatel's body up north and they left Mr. Altmanis behind to clean. And he did some cleaning, but what he really did then is he went over and got his family and brought his wife and little children over and they spent time going through Mikhel's house and oohing and ahhing and what a nice house it was and the furniture and everything and making a video of it. And we showed you parts of the video.

I mean, that says a lot about Mr. Altmanis and how significant it was to him that someone had just gotten killed in that building that day -- in that house. Someone had been murdered in that house and he participated in it and it was -- now that Mikhel was gone and the house was empty, it was a time for him to run and get his family and show them what a wonderful house this was that he was getting to spend time in. That's how important it was to him that someone got murdered there.

And remember also the tattoos all over Mr. Altmanis's body and what that might indicate about his criminal connections.

Now, I want to talk about the escape attempt. And I really think that the escape attempt just provides further evidence of the fear factor in this case and what's going on with Mr. Krylov and the reasons why anybody would be afraid of Mr. Mikhel. Because that

**UNITED STATES DISTRICT COURT**

escape attempt shows that Mikhel was capable of extraordinary things.  I mean, remember -- just think now about what Mikhel accomplished there.  He had over 85 tools -- implements, pieces of equipment in his cell.  He managed to smuggle that much stuff into his cell. Including the special tool that was necessary in order to undo the window so that he could bring stuff up.

He managed to get money moved on the outside in order to pay off people who were then willing to come buy the stuff he needed and help bring it and so that he could -- he could pull it up the side of the Metropolitan Detention Center into a window after he managed to get the tool to remove the window.

Now, how did he do that?  He got cell phones up there.  He had a video camera up there.  He had all of his equipment up there, and he managed to do it with the knowledge -- obviously you couldn't be bringing that kind of equipment in.  He was using the window not in his cell, but in somebody else's cell.  I think the evidence was there were actually two cells where the windows had been tampered with.

So, he's recruiting other inmates to participate in this which means he maybe paying off inmates, so he's got money coming in from some source.  It would certainly look like he's managed to corrupt some staff in the

*UNITED STATES DISTRICT COURT*

prison, because remember that he's digging at night. He's making noise -- that's what the one witness who was in the cell below him said, he could hear all this digging at night above him. And then he's flushing concrete down the toilet system such that it creates problems in the plumbing system. And they have multiple floods, including one that floods the whole tier -- the whole Five South tier.

Now, you would think that the noise of digging all night and then concrete in the plumbing system and floods would have brought a rather quick response from the staff at MDC to figure out what's going on here. I mean, without even being trained in running a prison, I think it would all occur to us that there might be an escape attempt going on.

And Mr. Wilson, I think he was -- I think I'm remembering that name correctly, whether it was Wilson or Williams, also known as Billy Parker, the person who was in the cell below Mikhel's, and he came and testified and he testified to how he got scared when he saw that there was no response to this flooding that was going on. And when he eventually, through his attorney on the outside, informed on the escape attempt, they put him up in another floor where he was in a cell on -- by himself on suicide watch. And the reason for suicide watch was not that he

UNITED STATES DISTRICT COURT

was suicidal, but when you're on suicide watch, you have one officer always watching you.  And the reason they were doing that was in case there was staff of the MDC that had been corrupted, they wanted to make sure someone was watching him all the time so that somebody wouldn't get to him.  And he was scared.

Now, who wouldn't be scared of somebody who manages to get all this equipment smuggled into MDC, who manages to do these things without there being any -- you know, fairly obvious things where there's no reaction from the MDC staff which suggests that Mikhel has somehow gained some power over staff members.  Some power or cooperation from staff members.

Again, Mr. Wilson testified that when he went up and talked to Mikhel, Mikhel wanted him to join the escape.  And at one point he said well, I can't really do that because I've got a roommate -- a cellmate and then the next day the cellmate was gone.  That also bothered him.  How did that happen?  Mr. Mikhel seems to know how to get things done.  He seems to know how to gain power over people.

So, Mr. Krylov is in the same facility.  And as Mr. Krylov explained to you, for a lengthy period of time he was not on south he was on north.  Mikhel was on Five South.  Mikhel -- Krylov was on Six North.  So, there was

no way, since they weren't on the same sides of the building, they couldn't communicate directly through the toilets or through the air shafts or whatever, so -- but he still got messages from Mikhel.  The messages came through the library.  It came through messages that would be brought on his food plate, that sort of thing, which is there was testimony that those are ways that communications are passed within the prison system.  So, he knew Mikhel was saying come, try to get over where I am.

Eventually Krylov was sent to administrative segregation, the hole so-to-speak, because there was this fight with his cellmate on Six North.  And while he's up there he says I want to go back to Six North.  They send him to Six South, which troubled Krylov because he thought who engineered that?  Not clear.

Now he's on Six South which means he's on the unit above Mikhel.  Mikhel's on Five South, he's on Six South.  And now, as soon as he -- he says within 15 minutes of being brought into Six South someone comes to him and says there's someone that wants to talk to you, come down to my cell.  And sure enough Mikhel is calling up to him and saying you need to get moved to the cell over me.  And Krylov doesn't want to do that, but Krylov has a problem.  His problem is that Tynan who was Mikhel's

cellmate on Five South has now been moved to Six South and Tynan is helping Mr. Mikhel in the escape attempt.  And so now Tynan knows what Krylov is doing on Six South and Krylov's worried about having Tynan reporting to Mikhel if Krylov is attempting to avoid getting moved.

So, Krylov's in the position where he doesn't want to be closer to Mikhel, he doesn't want to be part of whatever Mikhel's doing, but if he resists in any obvious way, he's got the same problem he's always got, that Mikhel concludes that Krylov is not with them and, in fact, may be getting ready to turn and to start cooperating with the government against him.  And so it's the same problem being played out.

Now Krylov was already afraid before he got arrested, and now he's sitting in a government-run prison and who seems to be in control?  I mean, who seems to be getting people moved around?

Who's managed -- managing to smuggle all these things into the prison?

Who's managing to make all this noise at night and cause floods and not have anybody interfere with it?  Wouldn't it, maybe, make you think that I have every reason -- wouldn't this validate in your mind all the fears that you've had about Mikhel?

And wouldn't it certainly tell you I better keep

towing the line?  I wish I could get back to Six North and have that distance between me and him, but here now I find myself on Six South and I'm being called to move down to the corner next to the stairwell so I'll be right over Mr. Mikhel's cell and he can shoot some tools up to me. So, eventually, sure enough he ends up in that corner cell above Mikhel and Mikhel sends him some tools.

Now, the government's -- and that happens three days before the escape attempt is exposed.  And I gotta tell you, if Krylov wanted to be part of that escape attempt, and given all the control that Mikhel seemed to be able to exert over -- over aspects of this institution, do you really think that if Krylov was cooperating, he wouldn't have gotten in that cell a heck of a lot sooner?

I mean, eventually the cell opened up, he complied because he didn't want it to appear that he was trying to go against Mikhel, so there he is and for three days he's sitting in the spot Mikhel wants him to be in.  And because in those three days he takes a screwdriver and puts a hole about that big in his wall, the government says he was just raring to go to escape.

All he's doing is taking little steps so he can maintain an appearance of going along with Mikhel.  He doesn't want to escape.  He doesn't want to be with Mikhel.  He doesn't want to be subject to Mikhel's

Ex. 101 pg.8 of 14

commands.  He doesn't want to be under his thumb, but the one thing he's not going to do is the same thing he wouldn't do before, is go against Mikhel because he's afraid of Mikhel and what Mikhel can do.  And that fear of Mikhel and what Mikhel can do has been validated by his experience at MDC.  It's been validated by the power that Mikhel shows he can exercise within a federal penal institution.

And the government points out that Mr. Wilson -- I'm sorry if I'm forgetting his name, Billy Parker, AKA Mr. Wilson or Mr. Williams who testified here.  The government says look -- or they ask him on cross-examination, well, you didn't -- you know, you were afraid, maybe then but you did go ahead and report the escape attempt and, you know, nobody's come after your family or nobody's retaliated against you or anything like that.  Well, maybe nobody has.  Good.  But does that mean that Krylov was supposed to trust that no one was going to retaliate against him?

After all Krylov's got a different sort of relationship with Mikhel.  It's one thing to go against Mikhel on the escape attempt.  It's another thing to be part of Mikhel's case and have all this information about what Mikhel was doing.  I mean, Krylov was subject to much more scrutiny and concern in Mikhel's world than this

other prisoner.

Furthermore, this other guy, Mikhel doesn't know where he's from, doesn't know where his family lives. He uses two different names. Doesn't know how to get at his children or his family. And furthermore, you can see the guy, he's obviously spent substantial time in custody, he's big, he's strong. But the question here always is, not after the fact did somebody get retaliated against, the question is always how did it appear to Mr. Krylov with the information available to him, what he knew about Mr. Mikhel, that's the question of whether or not he had a reasonable fear of retaliation if he had gone to the police or had refused to cooperate with what Mikhel wanted him to do.

The government also says Mikhel -- Krylov never had his wife move from the apartment. But think about that. So here Krylov is, he's terrified of this guy of what might happen, he's been drawn into these horrible things, and his main concern, his overriding concern is to not do something that would cause Mikhel to harm him or his family. Where's he going to send his family? And what message is that going to send to Mikhel?

I mean, the whole point is -- is for life to go on normal and it to appear to Mikhel that you are, in fact, part of the team now. And we don't have to worry

about you revealing what you've learned about us.  He's going to put his wife in hiding and then if he could do that -- how he would do that, I don't know, without that being an obvious signal to Mikhel that there's something going on here, that Krylov somehow has a plan to get away from Mikhel and Mikhel's power to strike at him.

And furthermore, where would he move his wife that she couldn't be readily found?  He can send her back home, I suppose, to Odessa, but that's not -- that's not a safe place, not when he's dealing with Russian organized crime and not when he knows that Mikhel has various associates in Russia.

The government has also, at times, pointed out that Markovskis has cooperated, Solovyeva cooperated -- in other words, they sat down and they talked to the government, as if to suggest well, why hasn't Krylov cooperated?

Well, I don't -- one difference between Markovskis and Solovyeva and Krylov is that Krylov was in custody in close proximity to Kadamovas and Mikhel.  They weren't.  They cooperated after they were aware of the bodies being discovered.  And in all events what happened to them is not relevant to what happens to Mr. Mikhel.  If other defendants in this place -- in this case plead guilty, that's -- that doesn't -- there's an instruction

to that effect that's not relevant to your consideration of Mr. Krylov. You're to consider Mr. Krylov's case on the merits of Mr. Krylov. You don't know what considerations may have gone into the cases of other defendants and what ultimately happened in them or why they did what they did. You know that they were afraid and in many cases have received protection. But, Mr. Krylov's case is to be judged on the situation he was in, his perceptions and motivations and your judgment as to whether they were reasonable. And you're not to be influenced by the fact that other defendants have pled guilty.

Now, you've -- you will have instructions -- you do have instructions on duress. And you'll consider those instructions very carefully. And there's obviously, you might say, competing considerations in a situation like this because there's horrible crimes and then you've got the question of a motivation of fear and self-protection and protection of family, and the law provides that when crimes have been committed under certain circumstances, which are defined for you in the instructions, duress can serve as an excuse, a justification, and it's your job to understand those legal principles as best you can. To read them and to apply them to this case according to your good judgment.

UNITED STATES DISTRICT COURT

And part of that judgment is the word "reasonable". It's sort of giving some responsibility to you to make the judgment of whether in this case, under these circumstances, duress applies -- the justification of duress. It's obviously not something one would ever do lightly. It's not a justification that one would ever apply lightly, particularly in a case like this.

There's a question of protection of society and doing the right thing that we all value highly. There's also the question of justice and what really is justice in the particular case when you've got these very unusual circumstances of a man who was subject to a person like Mikhel and the dangers -- the very real dangers involved in Russian organized crime. The very real dangers demonstrated in this case by the actions of Mikhel and Kadamovas and Altmanis, and that's a judgment for you to make, and I ask you to really consider what Mr. Krylov was going through.

I ask you to consider what it means for a young man to be here with his bride wanting to make a good life with a 1-year-old baby, the kinds of things that were said to him by Mikhel, the ways in which his emotions were played upon and manipulated by Mikhel, and the fear that he had for his family members. He didn't initiate any crimes here. He didn't want these crimes to happen and

these crimes are horrible, but he didn't want any crimes happening to his baby, to his wife, to his mother, to his father. He was caught up in something really, really horrible and fear is disabling. Fear goes on and on. Every day the fear of living with this and putting up the front. It's ruined his life. He carries an enormous guilt for what he's been involved in here.

The law recognizes that sometimes people are caught in really horrible circumstances, and we don't say that just because someone was afraid that automatically is a reason to justify what happened, because we can't say that every pathological condition of mind, every person who's simply weak or neurotic and overly anxious about things, that therefore that becomes an excuse. We can't say that.

We hold people to a standard of what's reasonable. What a reasonable person in those circumstances would have done, and that's the judgment for you to make looking at all of the circumstances, looking at the situation that Mr. Krylov was in, looking at his experiences, who he was, how this played upon his knowledge of Russian organized crime, of what his own family had experienced in the past and played upon his deep love for his wife and his child.

If I could have just a moment, your Honor.

**UNITED STATES DISTRICT COURT**