Case 2:02-cr-00220-MCS-SJO   Document 2471-102   Filed 10/02/23   Page 1 of 3   Page ID
#:18064
Case 2:02-cr-00220-SJO   Document 2465   Filed 06/25/2009   Page 13 of 66

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE S. JAMES OTERO, JUDGE PRESIDING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | No. CR 02-220 (B) SJO |
| | ) | |
| PETRO KRYLOV, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS

LOS ANGELES, CALIFORNIA

TUESDAY, MAY 22, 2007; 8:30 A.M.

LEANDRA AMBER, CSR 12070, RPR
OFFICIAL U.S. DISTRICT COURT REPORTER
312 NORTH SPRING STREET, # 442
LOS ANGELES, CALIFORNIA 90012
(213) 613-0179

UNITED STATES DISTRICT COURT

Ex. 102 pg.1 of 3

Case 2:02-cr-00220-SJO Document 2185 Filed 06/25/2009 Page 27 of 68
Case 2:02-cr-00220-MSS-J Document 2471-102 Filed 10/03/23 Page 2 of 3 Page ID
#:18065

27

who is more culpable than the Defendant Krylov, has his own motive to fabricate evidence, and in order to help his own case has cooperated with the Government.

Number of jurors who found this mitigating factor is four.

Number 13:  Defendant Krylov did not personally participate in the actual killing of Nick Kharabadze.

The number of jurors who found this mitigating factor, three.

Number 14:  The only direct evidence of Defendant Krylov's participation in the actual killing of George Safiev comes from testimony of Ainar Altmanis, who is more culpable than Defendant Krylov, has his own motive to fabricate evidence, and in order to help his own case has cooperated with the Government.

The number of jurors who found this mitigating factor, two.

Number 15:  Defendant Krylov did not personally participate in the actual killing of George Safiev.

Number of jurors who found this mitigating factor, two.

Number 16:  Defendant Krylov was under unusual and substantial duress, regardless of whether the duress was of such a degree as to constitute a defense to these charges.

The number of jurors who found this mitigating

UNITED STATES DISTRICT COURT

Ex. 102 pg.2 of 3

factor, six.

Number 17:  Organized crime in the Republic of the former Soviet Union, parenthesis, or in Russian Mafia, close parenthesis, is organized internationally and has contacts throughout the world.

Number of jurors who found this mitigating factor is six.

Number 18:  Organized crime in the Republic of the former Soviet Union, parenthesis, or the Russian Mafia, close parenthesis, is ruthless in its actions, not hesitating to kill women or children to establish a point.

The number of jurors who found this mitigating factor is five.

Number 19:  Iouri Mikhel and Jurijus Kadamovas were actively involved with the Russian Mafia.

The number of jurors who found this mitigating factor is five.

Number 20:  Defendant Krylov believed, whether or not you agree that his belief was reasonable, that Iouri Mikhel and Jurijus Kadamovas were actively involved with the Russian Mafia.

The number of jurors who found this mitigating factor is eight.

Number 21:  Defendant Krylov believed, whether or not you agree that his belief was reasonable, that if he did