

MARCIA J. BREWER, ESQ.
STATE BAR NO. 74208
300 CORPORATE POINTE
SUITE 330
CULVER CITY, CA 90230
TELEPHONE (310) 670-5325

RICHARD P. LASTING, SBN 53950
1717 FOURTH STREET, THIRD FLOOR
SANTA MONICA, CA 90401-3319
TELEPHONE: (310) 576-6242
FACSIMILE: (310) 576-6247

ATTORNEY FOR DEFENDANT
JURIJUS KADAMOVAS

FILED
CLERK, U.S. DISTRICT COURT

JUN -4 2003

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DENIED
BY ORDER OF
NORA M. MANELLA
United States District Judge

ON 6/3/03

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　v.

JURIJUS KADAMOVAS,

　　　　Defendant.

CASE NO. CR-02-220-NM

ORDER APPOINTING
EXPERT AND AUTHORIZING
TRAVEL OUTSIDE CENTRAL
DISTRICT OF CALIFORNIA

[FILED UNDER SEAL]

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that M.E. "Max" Hadley is appointed as a defense mitigation investigator in the above-entitled matter at an amount not to exceed $15,000.00, unless by further order of this Court.

IT IS FURTHER ORDERED that M.E. "Max" Hadley is authorized to travel outside the Central District of California to conduct her investigation at government expense.

DATED:

HONORABLE NORA M. MANELLA
United States District Judge

DENIED
BY ORDER OF
NORA M. MANELLA
United States District Judge

ON _____

*DENIED as premature.*

*N. Manella — 6/3/03.*

Ex. 104 pg.2 of 3

2:02CR00220-S0333



MARCIA J. BREWER, ESQ.
STATE BAR NO. 74208
300 CORPORATE POINTE
SUITE 330
CULVER CITY, CA 90230
TELEPHONE (310) 670-5325

RICHARD P. LASTING, SBN 53950
1717 FOURTH STREET, THIRD FLOOR
SANTA MONICA, CA 90401-3319
TELEPHONE: (310) 576-6242
FACSIMILE: (310) 576-6247

ATTORNEY FOR DEFENDANT
JURIJUS KADAMOVAS

ORIGINAL

FILED
CLERK. U.S. DISTRICT COURT

JUN - 4 2003

CENTRAL DISTRICT OF CALIFORNIA
BY                        DE

DENIED
BY ORDER OF
NORA M. MANELLA
United States District Judge

ON 6/3/03

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JURIJUS KADAMOVAS,

Defendant.

CASE NO.  CR-02-220-NM

ORDER APPOINTING EXPERT AND AUTHORIZING TRAVEL OUTSIDE CENTRAL DISTRICT OF CALIFORNIA

[FILED UNDER SEAL]

ENTER ON ICMS

JUN 5 2003

Ex. 104 pg.3 of 3