GEORGE S. CARDONA
Acting United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Section
ROBERT E. DUGDALE (California State Bar No. 167258)
Deputy Chief - Organized Crime and Terrorism Section
SUSAN J. DE WITT (California State Bar No. 132462)
KAREN I. MEYER (California State Bar No. 220554)
Assistant United States Attorneys
Organized Crime and Terrorism Section
        1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:  (213) 894-4685/4496/8559
        Facsimile:  (213) 894-3713
        e-mail:    robert.dugdale@usdoj.gov
                   susan.dewitt@usdoj.gov
                   kim.meyer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | DECLARATION OF SPECIAL AGENT |
| | ) | LOUIS PEREZ FILED IN SUPPORT |
| v. | ) | OF THE GOVERNMENT'S OPPOSITION |
| | ) | TO DEFENDANT JURIJUS |
| IOURI MIKHEL and | ) | KADAMOVAS' SUPPLEMENTAL MOTION |
| JURIJUS KADAMOVAS, | ) | FOR A NEW TRIAL |
| | ) | |
| Defendants. | ) | Hearing Date:  3/12/07 |
| | ) | Time:            1:30 p.m. |
| | ) | |
| _____ | ) | Courtroom of the Honorable |
| | ) | Dickran Tevrizian |

Ex. 107 pg.1 of 9

Case 2:02-cr-00220-DT Document 1578-2 Filed 09/03/2007 Page 2 of 9

<u>DECLARATION OF SPECIAL AGENT LOUIS PEREZ</u>

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and I have served as the case agent in the investigation and prosecution of the defendants in <u>United States v. Mikhel</u>, 02-220(B)-DT, since the inception of the case.

2. On January 19, 2007, Assistant United States Attorney Robert Dugdale forwarded me an e-mail message from Richard Lasting, counsel for defendant Kadamovas. In that e-mail message, Mr. Lasting requested, for the first time, the government's assistance in obtaining visas for three of Kadamovas' relatives who he abandoned in Lithuania years ago -- Kadamovas' wife, his sister, and his son -- to allow them to travel to the United States for the trial. (A copy of this e-mail is attached hereto at Exhibit A). The next day, I advised Mr. Lasting that these individuals would have to make an appointment to come to the United States Embassy in Lithuania to start the process involved in applying for visas to travel to the United States. I further advised Mr. Lasting that there would be a charge for processing the visas. (My e-mail message to Mr. Lasting concerning these subjects is attached hereto at Exhibit B).[1]

3. Four days later, on January 24, 2007, Mr. Lasting

---

[1] On January 19, 2007, I forward the names and information concerning Kadamovas' family members to an FBI Legal Attache covering the territory of Lithuania so he could inform the United States Consulate in Lithuania of the situation and attempt to expedite the process of obtaining visas for defendant Kadamovas' family members.

Ex. 107 pg.2 of 9

informed me that Kadamovas' family lacked the funds to pay for the visas and that he would have to wire transfer these funds to them. I informed Mr. Lasting that these family members needed to put in their visa applications immediately, and I informed him that money for the visas would not be due until the visas were issued. Finally, I encouraged Mr. Lasting to contact me immediately if he ran into any problems with this process using a phone number I had provided to him earlier.

4. On January 25, 2007, I asked Mr. Lasting if Kadamovas' family members had applied for their visas yet. Mr. Lasting told me that they had not, but that he planned to wire them the money for the visas and to advise the family to apply for the visas. On January 27, 2007, I sent an e-mail to Mr. Lasting, again asking him if Kadamovas' family members had ever applied for their visas to travel to the United States. I reminded him in this e-mail that his prospective witnesses in Lithuania needed to establish contact with someone at the U.S. Consulate if they hoped to obtain a visa. (My e-mail message to Mr. Lasting concerning these subjects is attached hereto at Exhibit C).

Mr. Lasting responded to this e-mail that same day. In his response, he informed me that he anticipated that these prospective witnesses had not yet applied for visas to travel to the United States but that he anticipated that they would be going to the United States Embassy that upcoming Monday (January 29, 2007) to do so. (This e-mail message from Mr. Lasting is attached hereto at Exhibit D).

3

Ex. 107 pg.3 of 9

Case 2:02-cr-00220-DT Document 1578-2 Filed 09/05/2007 Page 4 of 9

5. Based on the information that was provided to me by the FBI Legal Attache covering Lithuania, I am aware that the witnesses from Lithuania who defendant Kadamovas wished to come to the United States to testify did not apply for visas to travel to the United States until February 5, 2007, two and one-half weeks after they were advised of the process that would be required before they could travel to the United States and one day before defendant Kadamovas ultimately started his penalty phase presentation. Their delay in applying for these visas did not afford the Consulate with enough time to conduct the background checks that were required to issue the requested visas, and their applications to travel to the United States were denied as a result.

6. It is my understanding that Kadamovas' family members in Lithuania were well aware even before this trial began of the procedures necessary to apply for a visa to the United States and the difficulty in obtaining such a visa. Kadamovas' wife, Jurate Kadamoviene, has applied for visas twice in the past to travel to the United States, and she has been denied permission to travel on both of these occasions.

7. On the day this Court told defense counsel Lasting that he could have Kadamovas' family members in Lithuania testify via video conference to the Court, I asked Mr. Lasting if he intended to use this method. I told Mr. Lasting that I could help him with the video conference since it might be difficult to obtain visas for his witnesses on such short notice. Mr. Lasting

4

Ex. 107 pg.4 of 9

replied that he was not interested in using the videoconference method suggested by the Court.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on March 5, 2007, in Los Angeles, California.

SPECIAL AGENT LOUIS PEREZ
Federal Bureau of Investigation

5

Ex. 107 pg.5 of 9

Case 2:02-cr-00220-MCS-DT Document 2471-107 Filed 10/03/23 Page 6 of 8 Page ID
Case 2:02-cr-00220-DT Document 1578-2 Filed 09/03/2007 Page 8 of 9 Page ID
#:18092

**Dugdale, Robert (USACAC)**

| | |
|---|---|
| **From:** | Richard P. Lasting [richardplasting@sbcglobal.net] |
| **Sent:** | Friday, January 19, 2007 4:36 PM |
| **To:** | Dugdale, Robert (USACAC) |
| **Subject:** | Request for Assistance |

Bob
I am trying to arrange for JK's sister, son and wife to attend and testify at the penalty trial. I believe that they will  all need assistance in obtaining a visa to travel to USA. If you could assist in this process I would appreciate it.
His sister is Svetlana Kadamova, her passport # is ███████, DOB: 1971 ██ ██ address is Vilnius, Lithuania.
Wife is Jurate Kadamoviene, her passport # is ███████, DOB: 1966 ██ ██ address is Vilnius, Lithuania.
Son is Gabrielius Kadamovas, passport # is unknown, DOB: ████ █ 1989, address is Vilnius, Lithuania.
Thanks.
Richard

EXHIBIT A

1

Ex. 107 pg.6 of 9

**Dugdale, Robert (USACAC)**

| | |
|---|---|
| **From:** | Perez, Louis (LA) (IC) [Louis.Perez@ic.fbi.gov] |
| **Sent:** | Saturday, January 20, 2007 9:36 PM |
| **To:** | Dugdale, Robert (USACAC); richardplasting@sbcgloba.net |
| **Subject:** | RE: Request for Assistance |

Get me contact telephone numbers for the witnesses. They need to be contacted to tell them when to go to the embassy. I believe there is a charge for processing the visa. Our witnesses have to pay it as well. Since this information was sent Friday evening, Saturday morning Lithuania time, our office will not get this request until Monday. I will send this out Sunday night our time. This one might be a little tough because of the lateness in the request. I'm sure the office will do their best. No promises.

Louie
(310) 502-1051

_____

From: Dugdale, Robert (USACAC) [mailto:Robert.Dugdale@usdoj.gov]
Sent: Fri 1/19/2007 8:35 PM
To: Perez, Louis (LA) (IC)
Subject: FW: Request for Assistance


 Per our discussion.

-----Original Message-----
From: Richard P. Lasting [mailto:richardplasting@sbcglobal.net]
Sent: Friday, January 19, 2007 4:36 PM
To: Dugdale, Robert (USACAC)
Subject: Request for Assistance

Bob
I am trying to arrange for JK's sister, son and wife to attend and testify at the penalty trial. I believe that they will  all need assistance in obtaining a visa to travel to USA. If you could assist in this process I would appreciate it.
His sister is Svetlana Kadamova, her passport # is ███████, DOB: 1971 ██ ██, address is Vilnius, Lithuania.
Wife is Jurate Kadamoviene, her passport # is ████████, DOB: 1966 ██ ██ address is Vilnius, Lithuania.
Son is Gabrielius Kadamovas, passport # is unknown, DOB: ███ █ 1989, address is Vilnius, Lithuania.
Thanks.
Richard

# EXHIBIT ß

1

Ex. 107 pg.7 of 9

## Dugdale, Robert (USACAC)

| | |
|---|---|
| **From:** | Perez, Louis (LA) (IC) [Louis.Perez@ic.fbi.gov] |
| **Sent:** | Saturday, January 27, 2007 11:48 AM |
| **To:** | richardplasting@sbcglobal.net; Dugdale, Robert (USACAC); DeWitt, Susan (USACAC); Meyer, Kim (USACAC) |
| **Subject:** | Visas |

Richard, Let us know if your witnesses ever applied.  We will still make the call to the Consulate, but your witnesses have to establish some type of contact with the Consulate, specifically, an application.  Our agent left Vilnius, but he will still request the expedited process.  No promises, but our office will still try.

Louie
(310) 502-1051



EXHIBIT C

Ex. 107 pg.8 of 9

**Dugdale, Robert (USACAC)**

| | |
|---|---|
| From: | Perez, Louis (LA) (IC) [Louis.Perez@ic.fbi.gov] |
| Sent: | Saturday, January 27, 2007 7:29 PM |
| To: | Dugdale, Robert (USACAC); DeWitt, Susan (USACAC); Meyer, Kim (USACAC) |
| Subject: | FW: Visas |

FYI: This will probably be a lost cause, but I will give it a shot just to be thorough.

---

From: Richard P. Lasting [mailto:richardplasting@sbcglobal.net]
Sent: Sat 1/27/2007 8:14 PM
To: Perez, Louis (LA) (IC)
Subject: Re: Visas

Louie
I appreciate the efforts. I thought they had applied, but apparently they were told that in order to apply each had to pay a fee of $100 for submission of the application. They did not have the money, so we wired them $300 today to cover the cost of the applications. I anticipate they will go to the embassy on Monday and submit their applications for the visas. We have also forwarded them the travel authorizations and subpoenas so that the embassy can verify the reason for the issuance of the visas. Please advise the embassy that time is critical. I anticipate that we we will get to our case on Thursday.
Richard

Perez, Louis (LA) (IC) wrote:
> Richard, Let us know if your witnesses ever applied. We will still make the call to the Consulate, but your witnesses have to establish some type of contact with the Consulate, specifically, an application. Our agent left Vilnius, but he will still request the expedited process. No promises, but our office will still try.
>
> Louie
> (310) 502-1051
>
>

EXHIBIT D

1

Ex. 107 pg.9 of 9