*Lodged order*

RICHARD P. LASTING, SBN 53950
1717 Fourth Street, 3rd Floor
Santa Monica, California 90401-3319
Telephone:  (310) 576-6242
Facsimile:  (310) 576-6247
email:      rplasting@aol.com

Attorney for Defendant
JURIJUS KADAMOVAS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br><br>JURIJUS KADAMOVAS,<br><br>                              Defendant. | Case No. CR 02-220 (B) -NM<br><br>NOTICE OF MOTION FOR COURT ORDER FOR DAILY USE OF COMPUTER  AT METROPOLITAN DETENTION CENTER<br><br>Hearing Date:  ~~TO BE SET~~ DECEMBER 5, 2005 1:30 PM |

TO: UNITED STATES ATTORNEY DEBRA W. YANG; ASSISTANT

UNITED STATES ATTORNEYS SUSAN J. DEWITT, ROBERT E. DUGDALE

AND KAREN I. MEYER; AND MICHAEL BENOV, WARDEN

METROPOLITAN DETENTION CENTER:

PLEASE TAKE NOTICE that  as soon as counsel may be heard, in the

courtroom of the Honorable Nora Manella, United States District Judge, the

defendant, Jurijus Kadamovas, by and through his counsel of record, will move

this Honorable Court to Order the Warden at the Metropolitan Detention Center,

Los Angeles to make such arrangements as necessary to provide Mr. Kadamovas

with daily access to his laptop computer for a minimum of ten hours per day to

assist counsel in case preparation

Ex. 118 pg.1 of 5

NOV 18

824

Defendant's motion will be made upon the grounds that an Order of the Court is necessary to guarantee his constitutional rights to effective assistance of counsel and due process of law.

Defendant's motion will be based upon this notice of motion, declarations of defendant and counsel, memorandum of points and authorities, all files, pleadings and records in this case, and upon such other oral and documentary evidence as may be permitted at a hearing of this motion

Dated: November 15, 2005     Respectfully submitted,

Richard P. Lasting
Attorney for Defendant
Jurijus Kadamovas

Ex. 118 pg.2 of 5                    2



Ex. 118 pg.3 of 5

RICHARD P. LASTING

ATTORNEY AT LAW

1717 FOURTH STREET, THIRD FLOOR

SANTA MONICA, CALIFORNIA 90401

TELEPHONE (310) 576-6242

FAX (310) 576-6247

April 25, 2004

Michael Benov
Warden
Metropolitan Detention Center
P.O. Box 1500
Los Angeles, CA 90053-1500

Re: United States v. Jurijus Kadamovas
    No. CR 02-220(B)-NM

Dear Warden Benov:

I am capital counsel for Mr. Kadamovas who continues to be confined in the segregated housing unit at the Metropolitan Detention Center. His capital case is set for trial on February 7, 2006.

I am writing you again in an attempt to resolve critical issues relating to Mr. Kadamovas and his pressing need to have the ability to have meaningful access to the voluminous discovery in his case. I wrote to you in December 2004 (a copy of that letter is attached) regarding this problem. I have since conferred with your legal advisor, Mr. Ben-Shmuel, in an effort to solve our concerns and yours.

My previous proposal that counsel provide Mr. Kadamovas with a small battery operated electronic translator for converting the text of English sentences into Russian has been rejected due to the existence of games encoded into the translation software. The games cannot be disabled by the manufacturer.

In my discussions with Mr. Ben-Shmuel, I have suggested that the problem of Mr. Kadamovas not having continuous and meaningful access to the relevant discovery can be accomplished by providing him a laptop computer. This should not present any security issues as I have been informed that defendants in other cases have been allowed laptops by the Bureau of Prisons. Likewise this will eliminate any concern about non case related activities.

I have located a computer and a translation program that counsel is willing to provide to Mr. Kadamovas at no cost to the government. This solution will permit Mr. Kadamovas and his counsel to move forward with required trial preparation.

Ex. 118 pg.4 of 5

The computer will allow a simple cost effective means for Mr. Kadamovas to continually access relevant data including documents written in English as well as the viewing of photographs, videos, and prior deposition testimony contained on dvd. It will permit the careful review of eight computer hard drives seized by the FBI and provided to the defense. It will facilitate the storage of a sizeable amount of case related material in a small space such as Mr. Kadamovas housing location on 8-north.

I am enclosing a copy of the specifications of a laptop computer and a Russian/English translation program for your consideration.

I also believe that financial considerations favor this proposal. To date the defense has obtained court authorization for the translation of 222 pages of English language documents. The cost for this translation is in excess of $13,000.00 dollars. As you can imagine with the written discovery alone in excess of 50,000 pages the continued cost of translation would be expensive.

I remain willing to meet with you if that would assist in a resolution of this issue. We need to resolve this problem very soon; I appreciate your consideration of our concerns and look forward to your response.

Yours truly,


Richard P. Lasting

cc:     Susan J. DeWitt, Assistant United States Attorney
        Eliezer Ben-Shmuel, MDC Legal Advisor

Ex. 118 pg.5 of 5