Jurijus Kadamovas
Federal # 21050-112
METROPOLITAN DETENTION CENTER
P.O. Box 1500
Los Angeles, CA 90053

April 30, 2002

U.S. District Judge, Ms. Nora M. Manella
**U.S. DISTRICT COURT**
312 N. Spring Street
Los Angeles, California 90012

Re:   **CR 02-220**
      **United States of America v. Mikhel, Kadamovas, Krylov & Altmanis**

*Honorable Nora Manella;*

I was arrested more than two months ago and my lawyer has only come to meet me twice, the last time was more than one month ago. I have not received any updates on my case from my lawyer. I have not received any discovery whatsoever.

I am a native of Russia and my English is limited, therefore, I pray that this Honorable Court will *ORDER* the discovery material to be translated into Russian, which will enable me to assist in preparing my defense.

Since I do not have effective assistance of counsel, I pray that this Honorable Court will *APPOINT* a competent attorney under the Criminal Justice Act. I have heard good praise about CJA-Attorney, Mr. Paul Potter and appreciate if this Honorable Court will consider appointing Mr. Potter as my Attorney. I have been told that Mr. Paul Potter has tried several homicide cases and Capital-cases.

I ask for the Court's forgiveness for addressing the Court directly. I greatly appreciate your Honor's consideration and assistance.

Respectfully and sincerely,

*JURIJUS KADAMOVAS*

AF21-01-000009