Newspapers
by ancestry

https://www.newspapers.com/image/19332802

The Los Angeles Times (Los Angeles, California) · Thu, Jan 18, 2007 · Page 21

Printed on Apr 5, 2022



Copyright © 2022 Newspapers.com. All Rights Reserved.

Newspapers
POWERED BY

Ex. 123 pg.1 of 1