**DEPARTMENT OF JUSTICE** | OFFICE OF THE INSPECTOR GENERAL

September 30, 2022

SENT VIA EMAIL
Italia Patti
Italia_patti@fd.org

Subject:          Freedom of Information/Privacy Act Request 21-OIG-014

Dear Ms. Patti:

This is in response to your request under the Freedom of Information Act (FOIA) for access to records maintained by the Office of the Inspector General (OIG).  Specifically, you are seeking records concerning:

> (1) from any date, and are records pertaining to any attempted or completed escape(s) from MDC Los Angeles reported or discovered on March 7, 2003;
> (2) dated from 2002-2003, and are records pertaining to trafficking contraband (including but not limited to illegal drugs) at MDC Los Angeles; and
> (3) dated from 2002-2003, and are records pertaining to investigations into MDC Los Angeles staff members for trafficking contraband (including but not limited to illegal drugs) at MDC Los Angeles.

This final response is to notify you that the OIG has processed 13 pages of material.  In particular, the OIG has referred nine pages of material to the Bureau of Prisons (BOP) for their review, processing and direct response to you.  Four pages have been processed for release to you are enclosed herewith.  We have determined that certain portions of the records should be withheld from disclosure pursuant to FOIA exemptions (b)(6), which protects information about individuals that would constitute a clearly unwarranted invasion of personal privacy and (b)(7)(C), which protects information compiled for law enforcement purposes the release of which could reasonably constitute an unwarranted invasion of personal privacy.  Please find enclosed that information which can be released pursuant to your request.

Because this matter is in litigation, if you have any questions, your attorney may contact Assistant United States Attorney Erika Oblea at 202-252-2567 or Erika.oblea@usdoj.gov.

If you are not satisfied with OIG's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track- request-or-appeal.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  See 5 U.S.C. § 552 (2012 & Supp. V 2017). This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact our FOIA Public Liaison, Deborah Waller, at (202) 616-0646 for any further assistance with your request.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at 1-877-684-6448.

Sincerely,

Ofelia C. Perez
Government Information Specialist
Office of the General Counsel

OIG - INVESTIGATIONS DIVISION  -  Complaint Form                    OIG NO.: LA-101-1994-002992-R

Date Rec'd: 05/16/1994                                   How Rec'd: FAX (not agency initiated or hotline)

SUBJECT: (b) (6), (b) (7)(C)                              Key: 211845   SSNO: (b) (6), (b) (7)(C)
Title: (b) (6), (b) (7)(C)          Pay Plan: (b) (6), (b) (7)(C)       D.O.B.: (b) (6), (b) (7)(C)
Component: BOP                      EOD Date: (b) (6), (b) (7)(C)       Alien No.:
Misc:                                                                  F.B.I.No.:
Home: (b) (6), (b) (7)(C)                                              B.O.P.No.:
Phone: (b) (6), (b) (7)(C)                 ZIP: (b) (6), (b) (7)(C)    D/L No.:
Work:  150 PARK ROW, NEW YORK, NY                                     Offenses: 101
Phone: (b) (6), (b) (7)(C)                 ZIP: 10007

COMPLAINANT: (b) (6), (b) (7)(C)                         Key: 224617   SSNO:
Title: INMAT                        Pay Plan:                          D.O.B.:
Component: BOP                      EOD Date:                          Alien No.:
Misc: BOP ID # (b) (6), (b) (7)(C)                                     F.B.I.No.:
Home:  C/O USBOP, MDC, LOS ANGELES, CA                                B.O.P.No.: (b) (6), (b) (7)(C)
Phone:                                     ZIP: 90012-                 D/L No.:
Work: UNKNOWN,
Phone:                                     ZIP:
Confidential: Y                     Revealed:                          Authority:

```
Details:

Complainant was caught attempting to escape from BOP custody by cutting  a large hole in his
cell.  When questioned by OIG Special Agent, complainant alleges that he paid someone who
works in the facility to allow the hole to be cut into        the cell.
```

ALLEGATIONS:   101 INS Document Bribery - (old)
Occurrence Date:                           TIME:
CITY: LOS ANGELESD                         State: CA                         Zip:

DISPOSITION DATA:   Disposition:  R      Date:06/23/1994      Approval:

Referred to Agency:  BOP          Date Sent:  06/23/1994      Reviewer:

OGC/FBI Whistleblower:         Qui Tam:        PREA:           Init Ackno:

Claims Whistleblower:       Patriot Act: N   Recovery Act:    Component: BOP

Sensitive:N      Civil Rights: N

Consolidated Case Number:                        Component Number:

```
Remarks:

REFERRED TO BOP
CLOSED SOLVED:  NO ACTION TAKEN
```

```
OIG - INVESTIGATIONS DIVISION  -  Complaint Form        OIG NO.: LA-605-2009-008134-M
```

| | |
|---|---|
| Date Rec'd: 08/03/2009 | How Rec'd: Received from DOJ Components |

```
SUBJECT: Unidentified, BOP                              Key: 365675    SSNO:
Title: UNID                     Pay Plan:                       D.O.B.:
Component: BOP                   EOD Date:                    Alien No.:
Misc:                                                        F.B.I.No.:
Home:                                                        B.O.P.No.:
Phone:                               ZIP:               D/L No.:
Work:                                                     Offenses: 605
Phone:                               ZIP:                           415
```

```
COMPLAINANT: (b) (6), (b) (7)(C)                        Key: 481455    SSNO:
Title: INMAT                    Pay Plan:                       D.O.B.:
Component: BOP                   EOD Date:                    Alien No.:
Misc:                                                        F.B.I.No.:
Home:                                                        B.O.P.No.: (b) (6), (b) (7)(C)
Phone:                               ZIP:               D/L No.:
Work:
Phone:                               ZIP:
Confidential:                   Revealed:                    Authority:
```

> **Details:**
>
> In a letter dated July 23, 2009, inmate (b) (6), (b) (7)(C) (BOP# (b) (6), (b) (7)(C), claims that while incarcerated at MDC Los Angeles, members of the Aryan Brotherhood and the Nazi Low Riders threatened to assault him. (b) (6), (b) (7)(C) states he is now housed at USP Florence, and staff are investigating the threats that was initiated at MDC Los Angeles in 2003. (b) (6), (b) (7)(C) claims staff were involved in the alleged threats against him, and staff were also involved in drug trafficking and assisting in the escape of inmate members of the Russian Mafia.

```
ALLEGATIONS:   605 Threatening/Harassment
Occurrence Date:                      TIME:
CITY: Los Angeles                     State: CA                      Zip: 90012
```

```
DISPOSITION DATA:   Disposition:  M      Date:08/06/2009      Approval: (b) (6), (b) (7)(C)

Referred to Agency:  BOP          Date Sent:  08/06/2009      Reviewer:

OGC/FBI Whistleblower: N       Qui Tam:         PREA:         Init Ackno:

Claims Whistleblower:       Patriot Act: N    Recovery Act:     Component: BOP

Sensitive:N      Civil Rights: N

Consolidated Case Number:                         Component Number:
```

> **Remarks:**
>
> In accordance with the IG Manual-Vol III, Ch. 100-General Administration, SAC Gunn authorized the destruction of this complaint, which was completed on 10/20/14.

Ex. 125 pg.4 of 6

OIG - INVESTIGATIONS DIVISION  -  Complaint Form                    OIG NO.: LA-412-2018-008375-M

Date Rec'd: 04/11/2018                                    How Rec'd: Received from DOJ Components

SUBJECT: (b) (6), (b) (7)(C)                         Key: 594466    SSNO: (b) (6), (b) (7)(C)
Title: (b) (6), (b) (7)(C)              Pay Plan: (b) (6), (b) (7)(C)          D.O.B.: (b) (6), (b) (7)(C)
Component: BOP                          EOD Date: (b) (6), (b) (7)(C)       Alien No.:
Misc:                                                                       F.B.I.No.:
Home: (b) (6), (b) (7)(C)                                                   B.O.P.No.:
Phone: (b) (6), (b) (7)(C)              ZIP: (b) (6), (b) (7)(C)         D/L No.:
Work: 535 NORTH ALAMEDA STREET, LOS ANGELES, CA                              Offenses: 412
Phone: (b) (6), (b) (7)(C)              ZIP: 90053

SUBJECT: (b) (6), (b) (7)(C)                         Key: 164978    SSNO: (b) (6), (b) (7)(C)
Title: (b) (6), (b) (7)              Pay Plan: (b) (6), (b) (7)(C)          D.O.B.: (b) (6), (b) (7)(C)
Component: BOP                          EOD Date: (b) (6), (b) (7)(C)       Alien No.:
Misc:                                                                       F.B.I.No.:
Home: (b) (6), (b) (7)(C)                                                   B.O.P.No.:
Phone: (b) (6), (b) (7)(C)              ZIP: (b) (6), (b) (7)(C)         D/L No.:
Work: 535 NORTH ALAMEDA STREET, LOS ANGELES, CA                              Offenses: 412
Phone: (b) (6), (b) (7)(C)              ZIP: 90053

SUBJECT: (b) (6), (b) (7)(C)                         Key: 167297    SSNO: (b) (6), (b) (7)(C)
Title: (b) (6), (b) (7)              Pay Plan:                            D.O.B.: (b) (6), (b) (7)(C)
Component: BOP                          EOD Date: (b) (6), (b) (7)(C)       Alien No.:
Misc:                                                                       F.B.I.No.:
Home: (b) (6), (b) (7)(C)                                                   B.O.P.No.:
Phone: (b) (6), (b) (7)(C)              ZIP: (b) (6), (b) (7)(C)         D/L No.:
Work: 535 NORTH ALAMEDA STREET, LOS ANGELES, CA                              Offenses: 412
Phone: (b) (6), (b) (7)(C)              ZIP: 90053

SUBJECT: (b) (6), (b) (7)(C)                         Key: 401865    SSNO: (b) (6), (b) (7)(C)
Title: (b) (6), (b) (7)              Pay Plan: (b) (6), (b) (7)(C)          D.O.B.: (b) (6), (b) (7)(C)
Component: BOP                          EOD Date: (b) (6), (b) (7)(C)       Alien No.:
Misc:                                                                       F.B.I.No.:
Home: (b) (6), (b) (7)(C)                                                   B.O.P.No.:
Phone: (b) (6), (b) (7)(C)              ZIP: (b) (6), (b) (7)(C)         D/L No.:
Work: 3600 GUARD ROAD, LOMPOC, CA                                            Offenses: 412
Phone: (b) (6), (b) (7)(C)              ZIP: 93436

SUBJECT: (b) (6), (b) (7)(C)                         Key: 444233    SSNO: (b) (6), (b) (7)(C)
Title: (b) (6), (b) (7)(C)              Pay Plan: (b) (6), (b) (7)(C)          D.O.B.: (b) (6), (b) (7)(C)
Component: BOP                          EOD Date: (b) (6), (b) (7)(C)       Alien No.:
Misc:                                                                       F.B.I.No.:
Home: (b) (6), (b) (7)(C)                                                   B.O.P.No.:
Phone: (b) (6), (b) (7)(C)              ZIP: (b) (6), (b) (7)(C)         D/L No.:
Work: 47 SOUTH DERRICK AVENUE, MENDOTA, CA                                   Offenses: 412
Phone: (b) (6), (b) (7)(C)              ZIP: 93640

SUBJECT: (b) (6), (b) (7)(C)                         Key: 212502    SSNO: (b) (6), (b) (7)(C)
Title: (b) (6), (b) (7)              Pay Plan: (b) (6), (b) (7)(C)          D.O.B.: (b) (6), (b) (7)(C)
Component: BOP                          EOD Date: (b) (6), (b) (7)(C)       Alien No.:
Misc:                                                                       F.B.I.No.:
Home: (b) (6), (b) (7)(C)                                                   B.O.P.No.:
Phone: (b) (6), (b) (7)(C)              ZIP: (b) (6), (b) (7)(C)         D/L No.:
Work: 535 NORTH ALAMEDA STREET, LOS ANGELES, CA                              Offenses: 412
Phone: (b) (6), (b) (7)(C)              ZIP: 90053

```
OIG - INVESTIGATIONS DIVISION  -  Complaint Form           OIG NO.: LA-412-2018-008375-M
```

Details:

"On April 3, 2018, inmate (b) (6), (b) (7)(C)  (b) (6), (b) (7)(C) reportedly attempted to escape. A review
of the video surveillance revealed (b) (6), (b)(7)(C) was able to leave the Food Service department,
where he was assigned to work, due to the Food Service door being left unsecured. (b) (6), (b) (7)(C)
allegedly took the elevator to the ground floor, where he pressed the button on the wall to
get to the Facilities department, and staff in the Control Center opened the door for the
inmate to enter the Facilities department even though he was not being escorted by a staff
member. (b) (6), (b) (7)(C) was reportedly discovered minutes later by (b) (6), (b) (7)(C)
(b) (6), (b) (7) attempting to open the ground floor south stairwell door. "

```
ALLEGATIONS:   412 Job Performance Failure
Occurrence Date:  04/11/2018          TIME:
CITY: Los Angeles                 State:  CA                    Zip: 90012
```

```
DISPOSITION DATA:    Disposition:   M       Date:05/25/2018       Approval:

Referred to Agency:            Date Sent:             Reviewer:

OGC/FBI Whistleblower:        Qui Tam:        PREA:        Init Ackno:

Claims Whistleblower:     Patriot Act: N    Recovery Act:     Component: BOP

Sensitive:N     Civil Rights: N

Consolidated Case Number:                  Component Number:
```

Remarks: