(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                    **Date:** 06/25/2003

**To:** Criminal Investigative    **Attn:** SSA ▮▮▮▮▮▮▮▮
                                    Public Corruption Unit                    b6 -1
                                    ▮▮▮▮▮▮▮▮ (office)                          b7C -1
                                                                              b7E -2,-3

**From:** ✓ Los Angeles
          Squad WCC-4, ▮▮▮▮▮▮▮▮
          **Contact:** SA ▮▮▮▮▮▮▮▮ (office)
                                                                              b6 -1
**Approved By:** ▮▮▮▮▮▮▮▮                                                     b7C -1
                                                                              b7E -3
**Drafted By:** ▮▮▮▮▮▮▮▮

**Case ID #:** 58A-LA-234601 (Pending)

**Title:** ▮▮▮▮▮▮▮▮                                                          b6 -4
          CORRECTIONAL OFFICER,                                              b7C -4
          FEDERAL BUREAU OF PRISONS,
          METROPOLITAN DETENTION CENTER (MDC)
          LOS ANGELES;
          CFPO - EXECUTIVE BRANCH;
          OO:LA

**Synopsis:** Los Angeles initiated captioned Full Investigation on 06/25/2003.

**Administrative:** True name of "source" referenced in enclosed FBI
Letterhead Memorandum (LHM), dated 06/25/2003, is ▮▮▮▮▮▮▮▮              b6 -2
▮▮▮▮▮▮▮▮ (PROTECT                                                           b7C -2
IDENTITY), date of birth ▮▮▮▮▮▮▮▮ Additional descriptive data              b7D -5
set forth below.

**Enclosures:** For Criminal Investigative, original and one copy of
LHM, dated 06/25/2003.

**Details:** On 06/25/2003, Los Angeles initiated a Full
Investigation of captioned subject ▮▮▮▮▮▮▮▮ date of                       b6 -4
birth ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ is a correctional officer assigned to              b7C -4
the U.S. Department of Justice Federal Bureau of Prisons facility           b7D -5
known as MDC Los Angeles. According to a source, whose
reliability is currently being evaluated, ▮▮▮▮▮▮▮▮ smuggled
contraband into MDC Los Angeles, including two knives, marijuana,
at least one cellular telephone, food, and comfort items such as
cigarettes and shampoo.

(FBI)22-cv-997-30

58A-LA-234601-3