<u>DECLARATION OF GRIGOR BEDIRIAN</u>

I, Grigor Bedirian, state as follows:

1. I am over 18 years of age and am competent to make this declaration.

2. I speak and write the English language, as well as Russian, Armenian, and German.

3. I also go by the name "Gary."

4. I am from Gyumri, the second largest city in Armenia.

5. Armenia was a republic within the Soviet Union when I was born and gained independence in 1991. As *Glasnost* and other changes occurred under Mikhail Gorbachev, I was able to move to the United States in 1989. But my entire life in Armenia was spent under Soviet rule.

6. I studied engineering and law under the Soviet Union system. We learned Russian in school. We also learned German because our enemies spoke German.

7. I worked as an engineer for the Gyumri City Hall while living in Armenia.

8. I recall learning about life in the United States and catching glimpses of Western life here and there. Richard Nixon visited Moscow in 1972 to meet Leonid Brezhnev, the leader of the Soviet Union at the time. There were displays of beautiful, classic American cars and I wondered why we could not have such things in the Soviet Union. It seemed like the country had so much land and natural resources, but everyone seemed to struggle.

9. I was very educated but despite my advanced degrees, I earned the same income as everyone else. We all received 120 Rubles each month.

10. I had entrepreneurial aspirations and ideas for businesses, but I learned quickly that I should not pursue those dreams in the Soviet Union. I had a few books about American business in my possession. I was warned that I should hide them; the KGB would become very suspicious of me. Any interest in a trying to improve one's financial status or just starting a business outside of your occupation was frowned upon. In fact, it could be considered illegal. Being entrepreneurial or desiring a better life was not embraced by most people in the Soviet Union.

11. I wanted to move to the United States and did as soon as the opportunity arose. I eventually landed in California. My degrees and academic diplomas were not honored by employers in the United States, because I earned them in the Soviet Union. So, I started

1

Declaration of Grigor Bedirian

IFCD002951

Ex. 127 pg.1 of 3

driving a taxi. Eventually, I earned enough money to purchase limousines and was able to start a limousine service. I sold my limousine business and started a construction business. I am now a licensed contractor and get to pursue my joy of building.

12. I met Jurijus "Yuri" Kadamovas in 2000 through mutual friends in the Russian community in Los Angeles. He told me about his new aquarium business and was looking for customers. I was interested in installing an aquarium in my home, so I proceeded to do business with him.

13. As he installed the aquarium, we became friendly with each other. He was very passionate about his craftsmanship in building the aquarium as well as the fish.

14. He came once a month to clean the tank and help me figure out what to do to maintain everything. He taught me which fish do well with other fish. I like clownfish and Yuri told me that I should get a sea anemone because two species are beneficial for each other. I also bought some coral and other aquarium accessories based on Yuri's suggestion.

15. Yuri had knowledge about the health and maintenance of the fish as well. He was able to walk in the door and immediately tell if a fish was sick just by looking at it. He would see a small white spot on the fish and be able to recognize it as a sign of sickness. He also knew the different fish that required saltwater or freshwater environments and helped educate me on which fish to pick for my specific aquarium. We went to a fish wholesale market, and I saw his love of the different varieties and colors. Everyone has a passion in life, and he certainly found his.

16. I also recall Yuri's love of music and playing his guitar. I recall gatherings with friends; someone would hand Yuri a guitar and would start singing songs.

17. I never saw Yuri drunk; I recall seeing him at parties and he was more interested in the music than drinking.

18. I was shocked when I heard about the crimes. I was surprised that Yuri was involved.

19. Yuri was a passionate businessman who was just getting started when we met. I wish I was able to mentor him and help him navigate the challenges of starting a life and a business in the United States as a person from the former Soviet Union.

20. I was interviewed by the trial team at some point. I attended one day of the trial. I would have testified and told the jury all the information included in my declaration.

2

Declaration of Grigor Bedirian

IFCD002952

Pursuant to 28 U.S.C. §1746, I, Grigor Bedirian, declare under penalty of perjury under the laws
of the United States that the above is true and correct.

03-07-2023   Los Angeles

Date and Place                                          Grigor Bedirian

Declaration of Grigor Bedirian

3

IFCD002953

Ex. 127 pg.3 of 3