**U.S. Department of Justice**

**Federal Bureau of Prisons**

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: KALAMOVAS JURIJUS          21050-112     SCU     TERRE HAUTE
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A - REASON FOR APPEAL  I AM TIMELY RESUBMIT MY APPEAL IN PROPER FORM AS DIRECTED IN REJECT REASON, RECEIVED ON 12/1/2018. I AM DISSATISFIED WITH REGIONAL DIRECTOR'S RESPONSE.

1) I DO NOT SERVING A SENTENCE OF DEATH, BUT WORKING ON MY APPEALS WHICH BOP PREVENTING ME FROM, BY DESTROYING MY LEGAL MATERIALS AND NOT ALLOWING ME MININGFUL ACCESS TO MY DISCOVERY MATERIALS AND COURT TRANSCRIPTS.

2) IN SOLITARY CONFINEMENT BOP PREVENTING ME FROM OBTAIN A LEGAL HELP FROM JAIL HOUSE LAWYER OR OTHER INMATES.

3) MEDICAL DEPARTMENT OFTEN IGNORS MY MEDICAL NEEDS SEE REMEDY IN # 504596.

4) I HAVE BEEN DENIAL A MENTAL HEALTH TREATMENT. SEE REMEDY # 503318 #520216, # 520220 AND 901874, SEE ONE PAGE ATTACHMENT.

12.20.2018
DATE

SIGNATURE OF REQUESTER

Part B - RESPONSE

USPS TRACKING #
& CUSTOMER
RECEIPT

**9114 9014 9645 1481 0163 90**
For Tracking or Inquiries go to USPS.com
or call 1-800-222-1811.

_____
DATE

ORIGINAL: RETURN TO INMATE

Part C - RECEIPT

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL

SUBJECT _____

_____
DATE

UPN LVN

GENERAL COUNSEL

CASE NUMBER: _____

CASE NUMBER: _____

REG. NO.     UNIT     INSTITUTION

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
JUNE 2002

Ex. 128 pg.1 of 2

ONE PAGE ATTACHMENT FOR RENEAY ID #911810-A2.

5) BOP HAVE FAIL TO PROTECT MY RIGHTS TO A SAFE, CLEAN AND HEALTHY ENVIRONMENT, INCLUDING SMOKE FREE LIVING AREAS. I HAVE DEVELOPED VERY BAD ASTHMA, AND BOP CONTINUE TO TORTURE ME IN SOLITARY CONFINEMENT BY USE GAS AROUND ME FAILURE TO PROTECT ME FROM INMATES WHO SMOKING AND SETING FIRES AROUND MY CELL. SEE GRIEVANCES ID # 857, 865 #855 112, #855220, # 861415, #850070 # 907545 AND OTHER, AS WELL LAWSUITS # 2:17-CV-00050, AND 2:14-CV-173.

6) ALSO SEE ABOUT 260 OTHER GRIEVANCES AND LAWSUITS.

7) BECAUSE CONDITIONS OF MY CONFINEMENT WAS SO HORRIBLE — TWICE HAVE ATTEMPT TO WITHDRAW MY APPEALS FOR DEATH SENTANCE. SEE ATTACHET EXHIBIT #1 ABAND C. (4 PAGES OF EACH ATT.)

8) THE CONTINUOUS EXPOSURE TO THE CONDITIONS OF SOLITARY CONFINEMENT FOR 16 CONSECUTIVE YEARS HAS EXPOSED ME TO AN UNDULY HIGH RISK OF PSYCHOLOGICAL HARM AND, IN FACT CAUSED ME ACTUAL MENTAL ANGUISH AND SUFFERING, INCLUDING INCREASED STRESS, HEIGHTENED ANXIETY, SEVERE DIFFICULTY CONCENTRATING, SHORT-TERM MEMORY PROBLEMS, CHRONIC DEPRESSION, AGORAPHOBIA, UNFATHOMABLE EMOTIONAL PAIN AND SUFFERING, CAUSED TO ME INJURY AND PAIN, INCLUDING DURING MY FOURTH HUNGER STRIKE MY RIGHT KNEE WAS DAMAGED. AS WELL I GOT ARTHRITIS, HIGH BLOOD PRESSORE ANEMIA, CROHN's DISEASE, ASTHMA, EYES PROBLEMS.

9) AS A RESULT OF BOP ACTS AND OMISSIONS, I HAVE BEEN DEPRIVED OF NUMEROUS BASIC HUMAN NEEDS, INCLUDING ENVIRONMENTAL STIMULATION, SOCIAL INTERACTION, PSYCHOLOGICAL HEALTH, EMOTIONAL WELLBEING, PHYSICAL HEALTH, SLEEP, EXERCISE, NUTRITION AND FUNDAMENTAL HUMAN DIGNITY.

10) CONTINUING TO KEEP ME IN SOLITARY CONFINEMENT IS IN VIOLATION OF CONTEMPORARY STANDARDS OF HUMAN DECENCY AND CONSTITUTES CRUEL AND UNUSUAL PUNISHMENT AND TORTURE PROHIBITED BY THE EIGHT AMENDMENT AND INTERNATIONAL LAW.

11) I AM ASKING THAT MY SOLITARY CONFINEMENT STATUS BE TERMINATED AND BOP COMPENSATE FOR 15 YEARS OF TORTURE.

DECEMBER 1, 2017