7L 3.11.20 (4/92)  DOH (11-12-94)

| Type No.<br>--- | STATEMENT FORM | | | | | | | | | Page 1 of 1 |
|---|---|---|---|---|---|---|---|---|---|---|

| Wit.<br>No. --- | | | | | | | | | DR No.<br>02-09-14049 | |

| Name<br>Faktorovich, Ninel | Date/Time of Interview<br>03/06/02; 1145 Hours | Location of Interview<br>Business Address | | |
|---|---|---|---|---|

| esid. Add.<br>Care of Investigating Officer | City<br>--- | Zip Code<br>--- | Phone<br>--- |
|---|---|---|---|

| Bus. Add.<br>--- | City<br>--- | Zip Code<br>--- | Phone<br>--- |
|---|---|---|---|

| Sex | Desc | Hair | Eyes | Hgt. | Wgt | DOB | Age | Drivers Lic. No./Other ID | | State |
|---|---|---|---|---|---|---|---|---|---|---|
| F | Wht | --- | --- | --- | --- | --- | 43 | --- | | -- |

| Interviewing Officer(s)<br>Mosher, E. | Serial No(s)<br>30115 | Division<br>RHD/HSS-1 |
|---|---|---|

| Other Person(s)<br>Berchem, M. | 23465 | RHD/HSS-1 |
|---|---|---|

Statements: Use third person  Include who, what, where, when, why and how

Ninel Faktorovich, AKA "Nelly", was shown photographic "six pack" line-ups of Jurijus Kadamovas, (line up A) and Ainar Altmanis, (line up B). These line-ups were shown in reference to the kidnap and murder of Rita Pekler. While viewing the photos, Faktorovich was very hesitant. She looked at the line-ups quickly and was unable to identify anyone. She did say that the person who came in to see Rita had a Russian accent, which she thought was from the Moscow area/Russian Federation.

281H-LA-239714-LAPO - 16

31123

Ex. 129 pg.1 of 1