

**U. S. Department of Justice**

*United States Attorney*
*Central District of California*

Kim Meyer
*Assistant United States Attorney*
(213) 894-8559
(213) 894-3713 (facsimile)

1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

October 22, 2002

VIA FACSIMILE and FEDERAL EXPRESS

Re:  **United States v. Iouri Mikhel, et. al, CR 02-220(A)-NM**

Dear Counsel:

Pursuant to the government's ongoing obligation to produce discovery, enclosed you will find FBI memoranda of interview, inventory of search results, and victim Meyer Muscatel materials (bates numbers 15289 - 15663).  Please be advised that the first document is a report from SA Louis Perez in which he describes notes that were retrieved from the trash at Designed Water World.  These notes were not available for your inspection previously because they had been ripped up into small pieces and had to be reconstructed.  These notes are scheduled to be sent for forensics testing on Monday, October 28, 2002, so if you would like to look at them before then, please contact SA Perez **by no later than this Friday, October 25, 2002,** at (310) 502-1051 to arrange an appointment.

Also be advised that in the search of Altmanis' residence, we recovered his personal diary and other papers containing telephone numbers and addresses that we have not produced to you.

TF49- 01- 000033

Ex. 132 pg.1 of 2



u would like to review these documents as well, please contact Susan DeWitt or me to set up appointment.

Please contact me if you have any questions about any of the matters raised above.

Very truly yours,

DEBRA W. YANG
United States Attorney

JACQUELINE CHOOLJIAN
Assistant United States Attorney
Chief, Criminal Division

KIM MEYER
Assistant United States Attorney

Enclosures

TF49- 01- 000034

Ex. 132 pg.2 of 2