Remedy No.: 1043358-F1                                      FCC Terre Haute, IN

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted August 27, 2020, in which you allege your legal mail was not processed appropriately. For relief, you request your legal mail be opened in your presence.

A review of your request reveals the example you provided was processed as legal mail. It is clearly marked with the special/legal mail stamp and was processed appropriately. The example you provided with your BP-8 was opened in error. The issue has been identified and corrected as stated in the BP-8 response.

Therefore, this response to your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Suite 800, Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.

9/11/20
Date

Ex. 133 pg. 1 of 4

Attachment A

## FCC Terre Haute
### BP-8 - Informal Resolution

| NAME | NUMBER | UNIT |
|---|---|---|
| KABAMOUAS | 21050-112 | SCU |

Notice to Inmate: Be advised, ordinarily, prior to filing a Request for Administrative Remedy, BP-229 (13), you should attempt to informally resolve your complaint through your Correctional Counselor. Please refer to P.S. 1330.18, Administrative Remedy Program and the FCC Terre Haute Institutional Supplement thereto (both available via the Law Library).

1. Briefly state Inmate's complaint (One complaint/issue per Form): ON OCT. 25 2021 THE LEGAL MAIL FROM MY TRIAL ATTORNEY RICHARD P. CASTING WAS OYENED NOT IN MY PRESEN. SEE ATTACHED COP OUT AND E-MAIL

2. Requested Resolution: STOP OPENING MY LEGAL MAIL OUT OF MY PRESENT.

Inmate Signature: [signature]

Staff Printed Name/Signature/Date: ▮▮▮

| Dept. Assigned for Response: | Corr Sys | Due Date: | 11/17/21 |
|---|---|---|---|

3. Staff Response:

A Review of Your Complaint Reveals Your Legal mail was opened In error. This Issue Has Been Addressed And Has Been Corrected.

Section 4: ☐ Informally Resolved/Complaint Withdrawn    ☐ No Informal Resolution/Progress to BP-9

Inmate's signature: ▮▮▮          Date: 11/17/2021

THX-1330.18D          Page 5

Ex. 133 pg. 2 of 4

Remedy No.: 1136959-F1                          FCC Terre Haute, IN

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted October 12, 2022, in which you allege your legal mail was not opened in your presence. For relief, you request for your legal mail to be handled appropriately.

A review of your request reveals the stamp on your envelope shows the legal mail was opened in error in the mailroom. The Correctional Systems Department staff make every effort to identify all legal mail and process accordingly. Your issue has been addressed and has been remedied.

Therefore, this response to your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Suite 800, Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.

_____ 11/29/22 _____
Date

Ex. 133 pg. 3 of 4

Remedy No.: 1115376-F1                                                    FCC Terre Haute, IN

**PART B - RESPONSE**

This is in response to your Administrative Remedy receipted March 31, 2022, in which you allege your legal mail was not processed appropriately. For relief, you request your legal mail be opened in your presence.

A review of your request reveals the example you provided was processed as legal mail. It is clearly marked with the special/legal mail stamp and was processed appropriately. The example you provided with your BP-8 was opened in error. The issue has been identified and corrected as stated in the BP-8 response.

Therefore, this response to your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Suite 800, Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.

_____5/18/22_____
Date

Ex. 133 pg. 4 of 4