**USA V. MIKHEL et al.**
**CASE # 2:02-000220-002**

**Discovery Documents Translated from English into Russian to date:**

| DATE OF SUBMISSION TO COUNSEL | DOCUMENT | # OF PAGES | BATES STAMP # | BILLED |
|---|---|---|---|---|
| 7/22/03 | 302/Todd Provencio | 2 | 00011- 00012 | |
| | 302/Todd Kellis Owen | 1 | 00015 | |
| | 302/Gary Manuel Touzjian | 2 | 00016-00017 | |
| | 302/ Krylov 12/17/01 | 2 | 00024-00025 | |
| | 302/Zoya Bartel | 1 | 00030 | |
| | 302/Lydia Phillips | 2 | 00031-00032 | |
| | 302/ "Source" 1/14/02 | 1 | 00199 | |
| | 302/ Mikhaylov | 6 | 00205-00210 | |
| | 302/Olga Preiss | 1 | 00215 | |
| | 302/Svetlana Safiev | 2 | 00328-00329 | |
| | | Total: 20 | | $1050.60 |
| 1/23/04 | 1st Superceding Indictment | 17 | n/a | $593.47 |
| 4/9/04 | 302/Altmanis | 15 | 03687-03701 | $972.57 |
| 4/15/04 | 302/ Altmanis | 23 | 03702 – 03724 | |
| | 302/Altmanis | 7 | 03735-03741 | |
| | 302/Altmanis | 1 | 03744 | |
| | | Total: 31 | | $1897.20 |
| 1/24/05 | 302/ Solovyeva 2/26/02 | 2 | 00647-00648 | |
| | 302/Kadamovas 2/19/02 | 8 | 00528-00535 | |
| | | Total: 10 | | $650.93 |
| 2/21/05 | 302/ Solovyeva 2/19/02 | 2 | 00543-00544 | |
| | 302/Markovskis 3/22/02 | 4 | 01665-01668 | |
| | 302/Tezhik 7/24/02 | 2 | 17983-17984 | |
| | | Total: 8 | | $430.27 |
| 3/4/05 | Second Superceding Indictment | 40 | n/a | $1409.64 |
| 3/15/05 | 302/ Gary Paronyan | 3 | 00335-00337 | |
| | 302/ Devital 1/29/02 | 3 | 00409-00411 | |
| | 302/Tezhik 7/24/02 | 2 | 17987-17988 | |
| | 302/Tezhik 1/29/02 | 1 | 00412 | |
| | 302/Tezhik 1/29/02 | 1 | 00420 | |
| | 302/Tezhik 1/31/02 | 1 | 00433 | |
| | 302/Tezhik 2/4/02 | 1 | 00456 | |

Ex. 134 pg.1 of 2

TF65- 14- 000030

| | | | | |
|---|---|---|---|---|
| 3/15/05 (cont-d) | 302/Tezhik 2/1/02 | 1 | 00460 | |
| | 302/Tezhik 2/5/02 | 1 | 00476 | |
| | 302/Tezhik 2/6/02 | 1 | 00477 | |
| | 302/Tezhik 2/8/02 | 1 | 00487 | |
| | 302/Tezhik 2/11/02 | 1 | 00507 | |
| | 302/Tezhik 2/13/02 | 1 | 00511 | |
| | 302/Tezhik 2/15/02 | 1 | 00512 | |
| | 302/Tezhik 2/17/02 | 1 | 00521 | |
| | | **Total: 20** | | **$771.29** |
| 3/27/05 | 302/ Jeffrey Dabbs 3/4/02 | 2 | 00679-00680 | |
| | 302/ Shy Cohen  3/21/02 | 3 | 01662-01664 | |
| | 302/ Zadoyen  2/19/02 | 3 | 00553-00555 | |
| | 302/ Alex Shabun  2/21/02 | 2 | 00589-00590 | |
| | 302/ Olga Preiss 3/12/02 | 1 | 00862 | |
| | 302/Mark Rabinovich | 2 | 00551-00552 | |
| | 302/ Highway 49 Search | 2 | 00673-00674 | |
| | 302/ Devital  2/28/02 | 1 | 00649 | **$884.68** |
| | | **Total: 16** | | |
| 4/5/05 | 302's/Altamnis 5/14/04: | | | |
| | - tattoos | 3 | n/a | |
| | - Ruben | 2 | n/a | |
| | - insurance fraud | 10 | n/a | |
| | - $100,000 | 3 | n/a | |
| | | **Total: 18** | | **$1028.33** |
| | | **Total Pages:** 163 | | **Total Billed:** $9688.98 |

In production (to be submitted by 4/25/04):

| | | |
|---|---|---|
| 302/ Devital | 18266 | 1 page |
| Toulumne County Sheriff's Report | 35555 | 1 page |
| Notice of Intent to Seek the Death Penalty | n/a | 8 pages |
| Summaries of Markovskis' phone calls | 57734-57738 | 5 pages |
| 302/Markovskis | 57680-57707 | 28 pages |
| 302/Michael Chernykh | 36510-36512 | 3 pages |
| 302/Paniouchkine | 18246-18248 | 3 pages |
| 302/Paniouchkine | 18226-18235 | 10 pages |
| | Total Pages: | **59 pages** |
| | Estimated Cost: | **$3,911.70** |

Ex. 134 pg.2 of 2

TF65- 14- 000031