Case: 07-99009, 09/09/2016, ID: 10119015, DktEntry: 321, Page 888 of 893

## TABLE 1

## Racial Makeup of the Venire

| Race/ Ethnicity | Total Number | % of Venire |
|---|---|---|
| Black/African-American | 53 | 18.4% |
| White | 124 | 43.2% |
| Native Hawaiian/ Pacific Islander | 0 | 0% |
| American Indian | 1 | 0.3% |
| Asian | 30 | 10.45% |
| Other | 9 | 3.1% |
| Multi-Race | 7 | 2.4% |
| Unknown | 51 | 17.7% |
| No Response | 12 | 4.2% |

## TABLE 2

## Peremptory Strikes

| Round | Government | | Defendants | |
|---|---|---|---|---|
| 1. | 30 | HF | 231 | MM |
| 2. | 112 | BF | 101 | WM |
| 3. | 2 | HM | 110 | WF |
| 4. | 164 | AM | 3 | HF |
| 5. | 10 | HF | 16 | WF |
| 6. | 172 | AM | 53 | WM |
| 7. | 115 | BF | 4 | MF |
| 8. | 174 | AF | 48 | BM |
| 9. | 193 | BF | 270 | BF |
| 10. | 90 | WF | 246 | WF |
| 11. | 241 | HF | 242 | WF |
| 12. | 116 | WM | 73 | WM |
| 13. | **PASS** | - | 261 | HF |
| 14. | 285 | BF | 218 | HF |
| 15. | **PASS** | - | 191 | WM |
| 16. | **PASS** | - | 34 | AM |
| 17. | 142 | MM | 120 | WM |
| 18. | 217 | OF | 202 | BF |
| 19. | **PASS** | - | **PASS** | - |
| 20. | 100 | BF | 205 | WF |
| 21. | 206 | AM | **PASS** | - |
| 22. | 216 | BF | **PASS** | - |
| 23. | **PASS** | - | | |

2

## TABLE 3

## Racial and Ethnic Makeup of Jury

| Race/ Ethnicity | Total Number | % of Venire | % of Jury |
|---|---|---|---|
| White | 5 | 43.2% | 41.7% |
| Hispanic | 3 | 21.6% | 25% |
| Black | 2 | 18.4% | 16.67% |
| Asian | 1 | 10.45% | 8.3% |
| Multi-Race | 1 | 2.4% | 8.3% |

3

Ex. 135 pg.3 of 3