# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| USA<br><br>PLAINTIFF(S),<br><br>v.<br><br>JURIJUS KADAMOVAS , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:02−cr−00220−MCS<br><br><br>**NOTICE OF ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE RE: HABEAS CORPUS PETITION OR 28 U.S.C. §2255 MOTION** |

__ A Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 was filed and assigned case number _____. Please refer to this case number in all future communications.

_X_ A Motion pursuant to 28 U.S.C. § 2255 was filed in criminal case number ____2:02−cr−00220−MCS−2____ and also assigned civil case number ____2:23−cv−08289−MCS____. Please refer to both of these case numbers in all future communications.

Pursuant to Pursuant to this Court&#39s General Order in the Matter of Assignment of Cases and Duties to the District Judges, this action has been assigned to the calendar of the Honorable _____Judge Mark C. Scarsi_____, United States District Judge.

Pleadings, motions for extension of time, and all other matters to be called to the District Judge's attention must be formally submitted through the Clerk of the Court.

The Court must be notified within fifteen (15) days of any address change. If mail directed by the clerk to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the petition, with or without prejudice, for want of prosecution.

Subsequent documents and all other matters to be called to the District Judge's attention should be mailed to the following location:

Western Division
255 East Temple Street, Suite TS−134
Los Angeles, CA 90012

Clerk, U.S. District Court

_October 5, 2023_
Date

By _/s/ *Luz Hernandez*_
     Deputy Clerk