E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KAREN I. MEYER (Cal Bar No. 220554)
Assistant United States Attorney
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8559
     Facsimile: (213) 894-3713
     E-mail:    kim.meyer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 02-220-MCS |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING REQUEST FOR BRIEFING SCHEDULE |
| IOURI MIKHEL and JURIJUS KADAMOVAS, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Karen I. Meyer, and defendant Iouri Mikhel ("defendant Mikhel"), by and through his counsel of record, Deputy Federal Public Defender Pamela Gomez, and defendant Jurijus Kadamovas ("defendant Kadamovas"), by and through his counsel of record Timothy Foley, Esq., hereby stipulate as follows:

1.    Pursuant to 28 U.S.C. § 255(f)(1), defendants were required to file their motions to vacate, set aside, or correct

1

their sentences ("2255 petitions") on or before October 7, 2020, one year following the date on which their judgments of conviction became final.

2.    Through letters to defense counsel, the government agreed to waive the October 7, 2020 statutory deadline through and including October 7, 2023, and not to invoke the timeliness bar so long as defendants filed their motions by October 7, 2023.

3.    On October 3, 2023, defendant Kadamovas filed his 2255 petition, which is 427 pages in length, with 135 exhibits.  (CR 2471.)

4.    On October 4, 2023, defendant Mikhel filed his 2255 petition (CR 2472), but filed a corrected 2255 petition on October 5, 2023, which is 273 pages in length with 180 exhibits.  (CR 2474, 2475.)

5.    The parties have conferred and jointly request the Court to set the following briefing schedule:

a.    Government oppositions due: October 7, 2025

b.    Replies (if any) due: October 7, 2026

IT IS SO STIPULATED.

Dated: November 2, 2023

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

*Karen I. Meyer*

KAREN I. MEYER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: November 2, 2023

*Pamela Gomez per email authorization*
PAMELA GOMEZ
Deputy Federal Public Defender
Attorney for Defendant
IOURI MIKHEL

Dated: November 2, 2023

_____
TIMOTHY FOLEY, ESQ.
Attorney for Defendant
JURIJUS KADAMOVAS

3

IT IS SO STIPULATED.

Dated: November 2, 2023

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

_____
KAREN I. MEYER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: November 2, 2023

_____
PAMELA GOMEZ
Deputy Federal Public Defender
Attorney for Defendant
IOURI MIKHEL

Dated: November 2, 2023

_____
TIMOTHY FOLEY, ESQ.
Attorney for Defendant
JURIJUS KADAMOVAS

3