E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KAREN I. MEYER (Cal. Bar No. 220554)
Assistant United States Attorney
        1300 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-8559
        Facsimile: (213) 894-3713
        Email:    kim.meyer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 02-220-MCS |
| Plaintiff, | [PROPOSED] ORDER SETTING BRIEFING SCHEDULE |
| v. | |
| IOURI MIKHEL and JURIJUS KADAMOVAS, | |
| Defendants. | |

The Court has read and considered the Stipulation Regarding Request for Briefing Schedule filed by the parties in this matter on November 2, 2023.  The Court hereby sets the following briefing schedule in response to the parties' stipulation:

1.  The government's oppositions shall be filed on or before October 7, 2025.

2.   Defendants' replies shall be filed on or before October 7, 2026.

IT IS SO ORDERED.

_____                    _____
 DATE                                               HONORABLE MARK C. SCARSI
                                                    UNITED STATES DISTRICT JUDGE

Presented by:

_Karen I. Meyer_
_____
KAREN I. MEYER
Assistant United States Attorney

2