E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KAREN I. MEYER (Cal. Bar No. 220554)
Assistant United States Attorney
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8559
     Facsimile: (213) 894-3713
     Email:    kim.meyer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　　　v.<br><br>IOURI MIKHEL and<br>JURIJUS KADAMOVAS,<br><br>　　　　　Defendants. | Nos. CR 02-220-MCS<br>　　　CV 23-08289-MCS (Kadamovas)<br>　　　CV 23-08403-MCS (Mikhel)<br><br>ORDER ON STIPULATION SETTING<br><u>BRIEFING SCHEDULE (ECF No. 2480)</u> |

The Court has read and considered the Stipulation Regarding Request for Briefing Schedule filed by the parties in this matter on November 2, 2023.  The Court hereby sets the following briefing schedule in response to the parties' stipulation:

1.  The government's oppositions shall be filed on or before October 7, 2025.

2.   Defendants' replies shall be filed on or before October 7, 2026.

IT IS SO ORDERED.

*Mark C. Scarsi*

November 8, 2023
DATE

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

Presented by:

*Karen I. Meyer*

KAREN I. MEYER
Assistant United States Attorney

2