Timothy J. Foley
tfoley9@earthlink.net
Attorney at Law
California State Bar No. 111558
1017 L Street, #348
Sacramento, CA 95814
Tel: (916) 599-3501

Jean E. Giles
jean_giles@fd.org
Indiana State Bar No. 21643-49
F. Italia Patti
italia_patti@fd.org
Indiana State Bar No. 34725-02
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Tel: (317) 383-3520
Fax: (317) 383-3525

Attorneys for Defendant Jurijus Kadamovas

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>IOURI MIKHEL, and )<br>JURIJUS KADAMOVAS, )<br><br>Defendants. ) | Case No.    2:02-cr-00220-MCS<br><br><br><br>NOTICE THAT CLEMENCY VIDEO HAS BEEN SUBMITTED TO THE GOVERNMENT |

1

Pursuant to the procedures set forth in the Court's August 1, 2023 order (Doc. No. 2468), Jurijus Kadamovas hereby provides notice that on December 6, 2023, the video created in support of his application for executive clemency was delivered to Assistant United States Attorney Karen I. Meyer.

Dated December 18, 2023                    Respectfully Submitted,

                                           */s/ Timothy J. Foley*
                                           TIMOTHY J. FOLEY
                                           Counsel for Defendant
                                           Jurijus Kadamovas

2