KAREN I. MEYER (Cal. Bar No. 220554)
Assistant United States Attorney
United States Attorney's Office
312 N. Spring Street, 13th Floor
Los Angeles, CA 90012

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br><br>JURIJUS KADAMOVAS<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 02-220-MCS<br><br>**NOTICE OF MANUAL FILING**<br>**OR LODGING** |
| --- | --- |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged:  (**List Documents**)

Government's Response to Kadamovas Clemency Video, Declarations of Karen I. Meyer, Jonathan Schmalensee and Adin Rodgers

**Reason:**

☑  Under Seal and/or In Camera

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Electronic versions are not available to filer

☐  Per Court order dated: _____

☐  Administrative Record

☑  Other:

Prior related filings were filed under seal.

January 22, 2024
Date

AUSA KIM MEYER
Attorney Name

United States of America
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)                              NOTICE OF MANUAL FILING OR LODGING