JEAN E. GILES (Bar No. 21643-49)
jean_giles@fd.org
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:02-cr-00220-MCS |
| v. JURIJUS KADAMOVAS, et al., | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged:  (**List Documents**)

-Ex Parte Application to file Documents Under Seal
-Proposed Order on Application to Seal
-Sealed Document

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

| February 5, 2024 | F. Italia Patti |
|---|---|
| Date | Attorney Name |
| | Jurijus Kadamovas |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                    NOTICE OF MANUAL FILING OR LODGING