UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.    2:02-cr-00220-MCS-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | KADAMOVAS' *EX PARTE* APPLICATION |
| | ) | FOR LEAVE TO FILE DOCUMENTS *IN* |
| IOURI MIKHEL AND | ) | *CAMERA* (ECF No. 2487) |
| JURIJUS KADAMOVAS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This Court grants Kadamovas' *Ex Parte* Application to Seal Document (filed on 2/5/2024) and orders that counsel retain the documents until final disposition of an appeal, entry of a stipulation waiving or abandoning the right to appeal, expiration of the time for appeal (where no appeal is taken), or order of the Court, whichever occurs first.

Dated February 5, 2024

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE