JEAN E. GILES (Bar No. 21643-49)
jean_giles@fd.org
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br>JURIJUS KADAMOVAS, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:02-cr-00220-MCS<br><br>**NOTICE OF MANUAL FILING**<br>**OR LODGING** |
| --- | --- |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  (**List Documents**)

-Ex Parte, Sealed, and In Camera Application to file Documents In Camera
-Proposed Order on Application to File In Camera
-In Camera Document

**Reason:**

☐  Under Seal

☑  In Camera

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Per Court order dated: _____

☐  Other:

September 12, 2024
Date

Jean E. Giles
Attorney Name

Jurijus Kadamovas
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING