E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KAREN I. MEYER (Cal Bar No. 220554)
Assistant United States Attorney
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8559
     Facsimile: (213) 894-3713
     E-mail:    kim.meyer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>                v.<br><br>JURIJUS KADAMOVAS,<br><br>           Defendant. | Nos. CR 02-220-MCS-2<br>       CV 23-08289-MCS (Kadamovas)<br><br>GOVERNMENT'S EX PARTE APPLICATION REQUESTING MOTIONS BRIEFING SCHEDULE AND EXTENSION OF TIME TO FILE OPPOSITIONS TO DEFENDANT'S MOTION FOR DISCOVERY, MOTION FOR JUROR NAMES, AND MOTION FOR ACCESS TO LEGAL MATERIALS |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Karen I. Meyer, hereby submits this ex parte application to request a briefing schedule and an extension of time for the government to oppose three motions filed by defendant Kadamovas ("defendant") on October 31, 2024, including Notice of Motion and Motion for Discovery (CR 7), Notice of Motion and Motion for Limited Release of Juror Names (CR

1

8), and Notice of Motion and Kadamovas' Motion for Access to Legal Materials (CR 9).

The ex parte application is based upon the attached Declaration of Karen I. Meyer.

Dated: November 12, 2024          Respectfully submitted,

                                  E. MARTIN ESTRADA
                                  United States Attorney

                                  MACK E. JENKINS
                                  Assistant United States Attorney
                                  Chief, Criminal Division

                                  _____
                                  KAREN I. MEYER
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

2

<u>DECLARATION OF KAREN I. MEYER</u>

I, Karen I. Meyer, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California and represent the United States of America in this matter.

2.    On October 31, 2024, defendant Jurijus Kadamovas ("defendant") filed three motions, including a Notice of Motion and Motion for Discovery (CR 7), Notice of Motion and Motion for Limited Release of Juror Names (CR 8), and Notice of Motion and Kadamovas' Motion for Access to Legal Materials (CR 9).

3.    Based on the local rules, government counsel believes that her oppositions to defendant's motions are due today, November 12, 2024.

4.    Government counsel has been caring for a deathly ill elderly relative in Reno, Nevada, since June 2024.  The relative is in an institutional setting.  Government counsel has been traveling back and forth since that time because her relative has no other family nearby.  Government counsel recently left Reno on November 2, 2024, to return to Los Angeles.  The following day, the relative's home was burglarized.  Last week, government counsel returned to Reno to secure the home and work with law enforcement in its investigation.  As a consequence, government counsel did not work on the government's oppositions to defendant's filings.

5.    A couple of weeks ago, government counsel was initially advised by her relative's doctor that her relative had six months to

3

live.  Last week, she was advised that her relative now has one month to live.  As a consequence, government counsel is seeking an extended continuance to respond to defendant's motions.

6.   Government counsel spoke to defense counsel Tim Foley, Esq., today to determine if Mr. Foley would be amenable to a briefing schedule in early 2025.  Mr. Foley agreed.

7.   Government counsel and defense counsel propose the following briefing schedule:

a.   Government oppositions due: January 17, 2025

b.   Replies due: January 31, 2025

c.   Hearing date (should the Court find it necessary): February 10, 2025

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: November 12, 2024

_____
Karen I. Meyer
Assistant United States Attorney