E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KAREN I. MEYER (Cal. Bar No. 220554)
Assistant United States Attorney
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-8559
    Facsimile:  (213) 894-3713
    E-mail:     kim.meyer@usdoj.gov

Attorneys for Plaintiff
United States of America

                    UNITED STATES DISTRICT COURT

               FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 02-220-MCS-2 |
|---|---|
| Plaintiff, | CV 23-08289-MCS (Kadamovas) |
| v. | [PROPOSED] ORDER FOR BRIEFING SCHEDULE AND EXTENSION OF TIME TO FILE OPPOSITIONS TO DEFENDANT'S MOTION FOR DISCOVERY, MOTION FOR JUROR NAMES, AND MOTION FOR ACCESS TO LEGAL MATERIALS |
| JURIJUS KADAMOVAS, | |
| Defendant. | |

     The Court has read and considered the Ex Parte Application Requesting Motions Briefing Schedule and Extension of Time to File Oppositions to Defendant's Motion for Discovery, Motion for Juror Names, and Motion for Access to Legal Materials, all filed October 31, 2024.  The Court hereby finds that the ex parte application and declaration of Karen I. Meyer demonstrate sufficient facts to support granting the government's request.

THEREFORE, FOR GOOD CAUSE SHOWN, the government's request is GRANTED and it is hereby ordered that the government's oppositions are due January 17, 2025, defendant's replies are due January 31, 2025, and if necessary, any hearing is set for February 10, 2025.

IT IS SO ORDERED.

Dated: November 12, 2024

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

Presented by:

KAREN I. MEYER
Assistant United States
Attorney

ii