UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | 2:02-cr-00220-MCS-2 |
| v. | |
| Mikhel, et al | NOTICE OF CLERICAL ERROR |
| DEFENDANT(S), | |

TO:    U. S. District Judge(s)
       U. S. Magistrate Judge(s)
       Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☑ the following scanned document ☑ docket entry   have/has been corrected as indicated below.

Title of Scanned Document:   EXECUTIVE GRANT OF CLEMENCY

Filed Date:  12/23/2024                                        Document Number:   2500

☐   Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐   Case number has been corrected.  The correct case number is _____

☐   Incorrect judge's initials were indicated on this ☐ action ☐ document.  The correct judge's initials are _____

☐   Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document.  The correct  magistrate judge's initials are _____.

☐   Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____.  The initials of the new judge(s) are _____

☐   Case was assigned  to ☐ Western ☐ Southern ☐ Eastern division.  Pursuant to General Order ☐ 349, ☐ 07-09, ☐ 98-3, ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division.  The former case number _____ has been reassigned to new case number _____

☐   Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.

☐   Case title is corrected from _____ to _____

☐   Document has been re-numbered as document number _____

☐   Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document.  The correct date is _____

☐   Document is missing page number(s): _____

☐   To ensure proper routing of documents, all documents filed  with the court must reflect the following case number and judge's initials: _____

☑   Other:  The stated document above was docketed with an incorrect image attached. The document will be re-docketed. Please disregard document no. 2500.


CLERK, U.S. DISTRICT COURT

Date   January 6, 2025                              By:  J. Lam (Jenny_Lam@cacd.uscourst.gov)
                                                                    Deputy Clerk

*cc: Intake Supervisor / Deputy In Charge*

G-11 (04/09)                                    **NOTICE OF CLERICAL ERROR**