UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. 2:02-cr-00220-MCS-1, 2:02-cr-00220-MCS-2, 2:23-cv-08289-MCS, 2:23-cv-08403-MCS |
| Plaintiff/Respondent, | |
| v. | |
| IOURI MIKHEL and JURIJUS KADAMOVAS, | **ORDER REQUIRING STATUS REPORT** |
| Defendants/Petitioners. | |

1

Defendants Iouri Mikhel and Jurijus Kadamovas filed motions to vacate, set aside, or correct their sentences under 28 U.S.C. § 2255. On December 23, 2024, Joseph R. Biden Jr., President of the United States of America, issued an executive grant of clemency to Messrs. Mikhel and Kadamovas. The Court orders the Government and the movants to meet and confer and to file within 21 days a joint status report stating the parties' positions concerning the effect of the grant of clemency on the § 2255 motions and proposing a plan for further proceedings.

**IT IS SO ORDERED.**

Dated: January 13, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2