JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
KAREN I. MEYER (Cal. Bar No. 220554)
Assistant United States Attorney
Violent and Organized Crime Section
        1300 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-8559
        Facsimile: (213) 894-3713
        E-mail:    kim.meyer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cv-08403-MCS |
| | 2:23-cv-08289-MCS |
| Plaintiff, | (Related Case No. 02-220-MCS) |
| v. | |
| IOURI MIKHEL, JURIJUS KADAMOVAS, | JOINT STATUS REPORT |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Karen I. Meyer, hereby files the parties' joint status report in response to this Court's order filed in both cases dated January 13, 2025.  (CV 23-08403, Dkt. 11; CV 23-08289, Dkt. 13.)

Dated: February 3, 2025          Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

KAREN I. MEYER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**JOINT STATUS REPORT**

On October 5, 2023, defendant (and petitioner) Iouri Mikhel ("defendant Mikhel") filed a Motion to Vacate, Set Aside, or Correct Sentence, Pursuant to 28 U.S.C. § 2255 ("2255 petition").  (CV 23-08403, Dkt. 1.)  On October 3, 2023, defendant (and petitioner) Jurijus Kadamovas ("defendant Kadamovas") filed a Motion to Vacate, Set Aside, or Correct Sentence, Pursuant to 28 U.S.C. § 2255 ("2255 petition").  (CV 23-08289, Dkt. 1.)  Defendants were able to do so after the government granted multiple multi-year timeliness waivers. As the Court noted in its January 13, 2025 order, on December 23, 2024, Joseph R. Biden Jr., then-President of the United States of America, issued an executive grant of clemency to both defendants. In response, this Court ordered the parties to file a joint status report concerning the effect of the grants of clemency on the 2255 petitions filed by both defendants and proposing a plan for further proceedings.

The parties believe it appropriate for the government to respond to both 2255 petitions as filed, identifying in its responses those claims that are no longer at issue because they pertain to the death penalty aspect of the case.  Defendants can then file their replies. The parties believe that the current briefing schedule ordered by the Court (cv 23-08403, Dkt. 10; cv 23-08289, Dkt. 5) remains

appropriate, but will inform the Court if any further extensions are needed.

Date: February 3, 2025                Respectfully submitted,

                                      JOSEPH T. MCNALLY
                                      Acting United States Attorney

                                      LINDSEY GREER DOTSON
                                      Assistant United States Attorney
                                      Chief, Criminal Division


                                      _____
                                      KAREN I. MEYER
                                      Assistant United States Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

Date: February 3, 2025                *Ajay Kusnoor, per email authorization*
                                      AJAY KUSNOOR
                                      Deputy Federal Public Defender
                                      Attorney for defendant IOURI MIKHEL


Date: February 3, 2025                *Timothy Foley,per email authorization*
                                      TIMOTHY FOLEY, ESQ.
                                      Attorney for defendant
                                      JURIJUS KADAMOVAS

2