# EXHIBIT A

```
LOSB7             *      INMATE DISCIPLINE DATA        *      05-20-2025
PAGE 001          *   CHRONOLOGICAL DISCIPLINARY RECORD   *      12:54:14


REGISTER NO: 21051-112 NAME..: KRYLOV, PETRO
FUNCTION...: PRT      FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 05-20-2025


-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2998800 - SANCTIONED INCIDENT DATE/TIME: 06-14-2017 1715
UDC HEARING DATE/TIME: 06-20-2017 0805
FACL/UDC/CHAIRPERSON.: ALP/III/STACKHOUSE
REPORT REMARKS.......: GREATER WEIGHT OF EVIDENCE FINDS I/M GUILTY OF PROHIBITE
                       D ACT
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2665705 - SANCTIONED INCIDENT DATE/TIME: 12-29-2014 1230
DHO HEARING DATE/TIME: 01-14-2015 0815
FACL/CHAIRPERSON.....: ALP/CERNEY
APPEAL CASE NUMBER(S): 809760
REPORT REMARKS.......: 5 1/2 INCH SHARP METAL HIDDEN IN COOKIE BOX.
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DIS GCT    / 40 DAYS / CS
        COMP:010 LAW:P
        DS         / 60 DAYS / CS
        COMP:    LAW:
        LP COMM    / 6 MONTHS / CS
        COMP:    LAW:    THRU 7/13/15.
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1843915 - SANCTIONED INCIDENT DATE/TIME: 03-13-2009 0110
UDC HEARING DATE/TIME: 03-18-2009 1800
FACL/UDC/CHAIRPERSON.: ALP/III/J. VITALE
REPORT REMARKS.......: UDC SANCTIONS INMATE TO 30 DAYS LOSS OF COMMISSARY
   321  INTERFERING WITH TAKING COUNT - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1708609 - SANCTIONED INCIDENT DATE/TIME: 03-10-2008 1215
DHO HEARING DATE/TIME: 03-20-2008 0945
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: ADMITS POSSESSING PART OF A PAPER CLIP, STATES IT WAS
                       NOT A LOCK PICK
   331  POSSESSNG A NON-HAZARDOUS TOOL - FREQ: 1
        DIS GCT    / 14 DAYS / CS
        COMP:010 LAW:P
        LP VISIT   / 90 DAYS / CS
        COMP:    LAW:




G0002       MORE PAGES TO FOLLOW . . .
```

```
LOSB7            *       INMATE DISCIPLINE DATA        *       05-20-2025
PAGE 002         *    CHRONOLOGICAL DISCIPLINARY RECORD  *       12:54:14


REGISTER NO: 21051-112 NAME..: KRYLOV, PETRO
FUNCTION...: PRT       FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 05-20-2025


---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1629840 - SANCTIONED INCIDENT DATE/TIME: 08-08-2007 0630
DHO HEARING DATE/TIME: 08-20-2007 1225
FACL/CHAIRPERSON.....: LOS/WILEY
REPORT REMARKS.......: I/M ADMITS BREAKING WINDOW IN CELL W/SINK PIPE - PIPE
                       WAS NOT DAMAGED - CODE 299 NOT SUPPORTED
   329  DESTROY PROP $100 OR LESS - FREQ: 1
        DIS GCT    / 13 DAYS / CS
        COMP:000 LAW:    DISALLOW 13 DAYS IF CONVICTED OF FEDERAL SENTENCE
        DS         / 15 DAYS / CS
        COMP:    LAW:    CONSECUTIVE TO PREVIOUS SANCTIONS
        LP COMM    / 90 DAYS / CS
        COMP:    LAW:    LOSS OF COMMISSARY FROM 11-20-07 TO 02-19-2007
        MON REST   / 41.00 DOLLARS / CS
        COMP:    LAW:    INMATE TO PAY FOR BUSTED SHU WINDOW
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1629459 - SANCTIONED INCIDENT DATE/TIME: 08-07-2007 1310
DHO HEARING DATE/TIME: 08-20-2007 1220
FACL/CHAIRPERSON.....: LOS/WILEY
REPORT REMARKS.......: I/M ADMITS BREAKING WINDOW IN CELL W/BATTERY IN A SOCK
                       BECAUSE THEY TOOK HIS HOOTCH-REDUCED FROM 218 TO 329
   329  DESTROY PROP $100 OR LESS - FREQ: 1
        DIS GCT    / 13 DAYS / CS
        COMP:000 LAW:    DISALLOW 13 DAYS IF CONVICTED OF FEDERAL SENTENCE
        DS         / 15 DAYS / CS
        COMP:    LAW:    CONSECUTIVE TO PREVIOUS SANCTIONS
        LP VISIT   / 90 DAYS / CS
        COMP:    LAW:    LOSS OF VISITING FROM 11-24-07 TO 02-23-2007
                        CONSECUTIVE TO PREVIOUS SANCTIONS
        MON REST   / 41.00 DOLLARS / CS
        COMP:    LAW:    INMATE TO PAY FOR BUSTED SHU WINDOW
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1629463 - SANCTIONED INCIDENT DATE/TIME: 08-07-2007 1015
DHO HEARING DATE/TIME: 08-20-2007 1215
FACL/CHAIRPERSON.....: LOS/WILEY
REPORT REMARKS.......: INMATE ADMITS TO POSSESSION OF INTOXICANTS IN SHU CELL
   222  POSSESSING INTOXICANTS - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:000 LAW:    DISALLOW 27 DAYS IF CONVICTED OF FEDERAL SENTENCE
        DS         / 30 DAYS / CS
        COMP:    LAW:
        LP COMM    / 90 DAYS / CS
        COMP:    LAW:    LOSS OF COMMISSARY FR OM 08-20-07 TO 11-19-2007
        LP VISIT   / 90 DAYS / CS
        COMP:    LAW:    LOSS OF VISITING FROM 08-23-07 TO 11-23-07



G0002      MORE PAGES TO FOLLOW . . .
```

```
LOSB7           *          INMATE DISCIPLINE DATA           *      05-20-2025
PAGE 003 OF 003 *    CHRONOLOGICAL DISCIPLINARY RECORD       *      12:54:14


REGISTER NO: 21051-112 NAME..: KRYLOV, PETRO
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 05-20-2025


-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1584011 - SANCTIONED INCIDENT DATE/TIME: 04-02-2007 0810
DHO HEARING DATE/TIME: 05-24-2007 1215
FACL/CHAIRPERSON.....: LOS/WILEY
REPORT REMARKS.......: INMATE WAIVED DHO HEARING - INMATE WAS FOUND TO BE IN
                       POSS. OF A SHARPENED INSTR. ATTACHED TO AN INK PEN
   104   POSSESSING A DANGEROUS WEAPON - FREQ: 1
         DIS GCT    / 20 DAYS / CS
         COMP:000 LAW:    DISALLOW 20 DAYS IF CONVICTED OF FEDERAL SENTENCE
         DS         / 30 DAYS / CS
         COMP:    LAW:
         LP VISIT   / 90 DAYS / CS
         COMP:    LAW:    LOSS OF VISITING FROM 05-24-07 TO 08-23-07
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1109916 - SANCTIONED INCIDENT DATE/TIME: 03-07-2003 1615
DHO HEARING DATE/TIME: 06-13-2003 0845
FACL/CHAIRPERSON.....: LOS/WILEY
REPORT REMARKS.......: INMATE REFUSED TO APPEAR BEFORE DHO - INMATE WAS INVOLVE
                       IN SERIOUS ESCAPE ATTEMPT WHILE AT MDC LA
   102A ESCAPE - FREQ: 1 ATI: ??? RFP:
         DIS GCT    / 40 DAYS / CS
         COMP:000 LAW:    DISALLOW 40 DAYS IF CONVICTED OF FEDERAL SENTENCE
         DS         / 60 DAYS / CS
         COMP:    LAW:
         LP PHONE   / 1 YEARS / CS
         COMP:    LAW:    LOSS OF PHONES FROM 06-13-03 TO 06-12-04
         LP VISIT   / 1 YEARS / CS
         COMP:    LAW:    LOSS OF VISITING FROM 06-13-2003 TO 06-12-2004




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```