# EXHIBIT B

```
LOSB7  531.01 *            INMATE HISTORY            *      05-20-2025
PAGE 001         *            FIRST STEP             *      12:56:09

REG NO..: 21051-112 NAME....: KRYLOV, PETRO
CATEGORY: FSA        FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
CAA    AWARD      EBRR INCENTIVE AWARD        02-02-2025 0958 CURRENT
CAA    FTC INELIG FTC-INELIGIBLE-REVIEWED     12-14-2019 1051 CURRENT
CAA    INELIG AUT FTC-INELIGIBLE OFF CODE - AUTO 12-17-2019 1430 CURRENT
CAA    N-ANGER Y  NEED - ANGER/HOSTILITY YES  02-02-2025 0958 CURRENT
CAA    N-ANTISO Y NEED - ANTISOCIAL PEERS YES 02-02-2025 0958 CURRENT
CAA    N-COGNTV N NEED - COGNITIONS NO        02-02-2025 0958 CURRENT
CAA    N-DYSLEX N NEED - DYSLEXIA NO          05-28-2021 2232 CURRENT
CAA    N-EDUC N   NEED - EDUCATION NO         02-02-2025 0958 CURRENT
CAA    N-FIN PV Y NEED - FINANCE/POVERTY YES  02-02-2025 0958 CURRENT
CAA    N-FM/PAR N NEED - FAMILY/PARENTING NO  02-02-2025 0958 CURRENT
CAA    N-M HLTH N NEED - MENTAL HEALTH NO     02-02-2025 0958 CURRENT
CAA    N-MEDICL N NEED - MEDICAL NO           02-02-2025 0958 CURRENT
CAA    N-RLF N    NEED - REC/LEISURE/FITNESS NO 02-02-2025 0958 CURRENT
CAA    N-SUB AB N NEED - SUBSTANCE ABUSE NO   02-02-2025 0958 CURRENT
CAA    N-TRAUMA Y NEED - TRAUMA YES           02-02-2025 0958 CURRENT
CAA    N-WORK N   NEED - WORK NO              02-02-2025 0958 CURRENT
CAA    R-MIN      MINIMUM RISK RECIDIVISM LEVEL 02-02-2025 0958 CURRENT
CAA    N-FIN PV N NEED - FINANCE/POVERTY NO   02-02-2025 0958 02-02-2025 0958
CAA    R-LW       LOW RISK RECIDIVISM LEVEL   07-12-2024 0814 02-02-2025 0958
CAA    N-WORK Y   NEED - WORK YES             07-12-2024 0814 02-02-2025 0958
CAA    N-TRAUMA Y NEED - TRAUMA YES           07-12-2024 0814 02-02-2025 0958
CAA    N-SUB AB N NEED - SUBSTANCE ABUSE NO   07-12-2024 0814 02-02-2025 0958
CAA    N-RLF N    NEED - REC/LEISURE/FITNESS NO 07-12-2024 0814 02-02-2025 0958
CAA    N-M HLTH N NEED - MENTAL HEALTH NO     07-12-2024 0814 02-02-2025 0958
CAA    N-MEDICL N NEED - MEDICAL NO           07-12-2024 0814 02-02-2025 0958
CAA    N-FIN PV N NEED - FINANCE/POVERTY NO   07-12-2024 0814 02-02-2025 0958
CAA    N-FM/PAR N NEED - FAMILY/PARENTING NO  07-12-2024 0814 02-02-2025 0958
CAA    N-EDUC N   NEED - EDUCATION NO         07-12-2024 0814 02-02-2025 0958
CAA    N-COGNTV N NEED - COGNITIONS NO        07-12-2024 0814 02-02-2025 0958
CAA    N-ANTISO Y NEED - ANTISOCIAL PEERS YES 07-12-2024 0814 02-02-2025 0958
CAA    N-ANGER Y  NEED - ANGER/HOSTILITY YES  07-12-2024 0814 02-02-2025 0958
CAA    R-LW       LOW RISK RECIDIVISM LEVEL   01-11-2024 1331 07-12-2024 0814
CAA    N-WORK Y   NEED - WORK YES             01-11-2024 1331 07-12-2024 0814
CAA    N-TRAUMA Y NEED - TRAUMA YES           01-11-2024 1331 07-12-2024 0814
CAA    N-SUB AB N NEED - SUBSTANCE ABUSE NO   01-11-2024 1331 07-12-2024 0814
CAA    N-RLF N    NEED - REC/LEISURE/FITNESS NO 01-11-2024 1331 07-12-2024 0814
CAA    N-M HLTH N NEED - MENTAL HEALTH NO     01-11-2024 1331 07-12-2024 0814
CAA    N-MEDICL N NEED - MEDICAL NO           01-11-2024 1331 07-12-2024 0814
CAA    N-FIN PV N NEED - FINANCE/POVERTY NO   01-11-2024 1331 07-12-2024 0814
CAA    N-FM/PAR N NEED - FAMILY/PARENTING NO  01-11-2024 1331 07-12-2024 0814
CAA    N-EDUC N   NEED - EDUCATION NO         01-11-2024 1331 07-12-2024 0814




G0002        MORE PAGES TO FOLLOW . . .
```

```
 LOSB7  531.01 *             INMATE HISTORY          *    05-20-2025
PAGE 002        *             FIRST STEP             *    12:56:09


 REG NO..: 21051-112 NAME....: KRYLOV, PETRO
 CATEGORY: FSA        FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
CAA    N-COGNTV N NEED - COGNITIONS NO         01-11-2024 1331 07-12-2024 0814
CAA    N-ANTISO Y NEED - ANTISOCIAL PEERS YES  01-11-2024 1331 07-12-2024 0814
CAA    N-ANGER Y  NEED - ANGER/HOSTILITY YES   01-11-2024 1331 07-12-2024 0814
CAA    R-LW       LOW RISK RECIDIVISM LEVEL    07-21-2023 0839 01-11-2024 1331
CAA    N-WORK Y   NEED - WORK YES              07-21-2023 0839 01-11-2024 1331
CAA    N-TRAUMA Y NEED - TRAUMA YES            07-21-2023 0839 01-11-2024 1331
CAA    N-SUB AB N NEED - SUBSTANCE ABUSE NO    07-21-2023 0839 01-11-2024 1331
CAA    N-RLF N    NEED - REC/LEISURE/FITNESS NO 07-21-2023 0839 01-11-2024 1331
CAA    N-M HLTH N NEED - MENTAL HEALTH NO      07-21-2023 0839 01-11-2024 1331
CAA    N-MEDICL Y NEED - MEDICAL YES           07-21-2023 0839 01-11-2024 1331
CAA    N-FIN PV N NEED - FINANCE/POVERTY NO    07-21-2023 0839 01-11-2024 1331
CAA    N-FM/PAR N NEED - FAMILY/PARENTING NO   07-21-2023 0839 01-11-2024 1331
CAA    N-EDUC N   NEED - EDUCATION NO          07-21-2023 0839 01-11-2024 1331
CAA    N-COGNTV N NEED - COGNITIONS NO         07-21-2023 0839 01-11-2024 1331
CAA    N-ANTISO Y NEED - ANTISOCIAL PEERS YES  07-21-2023 0839 01-11-2024 1331
CAA    N-ANGER Y  NEED - ANGER/HOSTILITY YES   07-21-2023 0839 01-11-2024 1331
CAA    R-LW       LOW RISK RECIDIVISM LEVEL    01-27-2023 1047 07-21-2023 0839
CAA    N-WORK Y   NEED - WORK YES              01-27-2023 1047 07-21-2023 0839
CAA    N-TRAUMA Y NEED - TRAUMA YES            01-27-2023 1047 07-21-2023 0839
CAA    N-SUB AB N NEED - SUBSTANCE ABUSE NO    01-27-2023 1047 07-21-2023 0839
CAA    N-RLF Y    NEED - REC/LEISURE/FITNESS YES 01-27-2023 1047 07-21-2023 0839
CAA    N-M HLTH N NEED - MENTAL HEALTH NO      01-27-2023 1047 07-21-2023 0839
CAA    N-MEDICL Y NEED - MEDICAL YES           01-27-2023 1047 07-21-2023 0839
CAA    N-FIN PV N NEED - FINANCE/POVERTY NO    01-27-2023 1047 07-21-2023 0839
CAA    N-FM/PAR N NEED - FAMILY/PARENTING NO   01-27-2023 1047 07-21-2023 0839
CAA    N-EDUC N   NEED - EDUCATION NO          01-27-2023 1047 07-21-2023 0839
CAA    N-COGNTV N NEED - COGNITIONS NO         01-27-2023 1047 07-21-2023 0839
CAA    N-ANTISO Y NEED - ANTISOCIAL PEERS YES  01-27-2023 1047 07-21-2023 0839
CAA    N-ANGER Y  NEED - ANGER/HOSTILITY YES   01-27-2023 1047 07-21-2023 0839
CAA    N-WORK Y   NEED - WORK YES              08-31-2022 1352 01-27-2023 1047
CAA    N-TRAUMA Y NEED - TRAUMA YES            08-31-2022 1352 01-27-2023 1047
CAA    N-SUB AB N NEED - SUBSTANCE ABUSE NO    08-31-2022 1352 01-27-2023 1047
CAA    N-RLF Y    NEED - REC/LEISURE/FITNESS YES 08-31-2022 1352 01-27-2023 1047
CAA    N-M HLTH N NEED - MENTAL HEALTH NO      08-31-2022 1352 01-27-2023 1047
CAA    N-MEDICL Y NEED - MEDICAL YES           08-31-2022 1352 01-27-2023 1047
CAA    N-FIN PV N NEED - FINANCE/POVERTY NO    08-31-2022 1352 01-27-2023 1047
CAA    N-FM/PAR N NEED - FAMILY/PARENTING NO   08-31-2022 1352 01-27-2023 1047
CAA    N-EDUC N   NEED - EDUCATION NO          08-31-2022 1352 01-27-2023 1047
CAA    N-COGNTV N NEED - COGNITIONS NO         08-31-2022 1352 01-27-2023 1047
CAA    N-ANTISO Y NEED - ANTISOCIAL PEERS YES  08-31-2022 1352 01-27-2023 1047
CAA    N-ANGER Y  NEED - ANGER/HOSTILITY YES   08-31-2022 1352 01-27-2023 1047




G0002        MORE PAGES TO FOLLOW . . .
```

```
  LOSB7  531.01 *                INMATE HISTORY         *      05-20-2025
PAGE 003        *                  FIRST STEP           *      12:56:09
                                        #:22678

  REG NO..: 21051-112 NAME....: KRYLOV, PETRO
  CATEGORY: FSA         FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
CAA    R-LW       LOW RISK RECIDIVISM LEVEL     08-31-2022 1352 01-27-2023 1047
CAA    N-WORK Y   NEED - WORK YES               01-15-2022 2322 08-31-2022 1352
CAA    N-TRAUMA Y NEED - TRAUMA YES             05-18-2022 1129 08-31-2022 1352
CAA    N-SUB AB N NEED - SUBSTANCE ABUSE NO     01-15-2022 2322 08-31-2022 1352
CAA    N-RLF Y    NEED - REC/LEISURE/FITNESS YES 01-15-2022 2322 08-31-2022 1352
CAA    N-M HLTH N NEED - MENTAL HEALTH NO       01-15-2022 2322 08-31-2022 1352
CAA    N-MEDICL Y NEED - MEDICAL YES            01-15-2022 2322 08-31-2022 1352
CAA    N-FIN PV N NEED - FINANCE/POVERTY NO     01-15-2022 2322 08-31-2022 1352
CAA    N-FM/PAR N NEED - FAMILY/PARENTING NO    01-15-2022 2322 08-31-2022 1352
CAA    N-EDUC N   NEED - EDUCATION NO           01-15-2022 2322 08-31-2022 1352
CAA    N-COGNTV N NEED - COGNITIONS NO          01-24-2022 1850 08-31-2022 1352
CAA    N-ANTISO Y NEED - ANTISOCIAL PEERS YES   01-24-2022 1850 08-31-2022 1352
CAA    N-ANGER Y  NEED - ANGER/HOSTILITY YES    01-15-2022 2322 08-31-2022 1352
CAA    R-LW       LOW RISK RECIDIVISM LEVEL     03-04-2022 1011 08-31-2022 1352
CAA    N-TRAUMA R NEED - TRAUMA REFUSE          01-15-2022 2322 05-18-2022 1129
CAA    R-LW       LOW RISK RECIDIVISM LEVEL     09-08-2021 1447 03-04-2022 1011
CAA    N-COGNTV R NEED - COGNITIONS REFUSE      01-15-2022 2322 01-24-2022 1850
CAA    N-ANTISO R NEED - ANTISOCIAL PEERS REFUSE 01-15-2022 2322 01-24-2022 1850
CAA    N-WORK Y   NEED - WORK YES               05-28-2021 2232 01-15-2022 2322
CAA    N-TRAUMA R NEED - TRAUMA REFUSE          05-28-2021 2232 01-15-2022 2322
CAA    N-SUB AB N NEED - SUBSTANCE ABUSE NO     05-28-2021 2232 01-15-2022 2322
CAA    N-RLF Y    NEED - REC/LEISURE/FITNESS YES 05-28-2021 2232 01-15-2022 2322
CAA    N-M HLTH N NEED - MENTAL HEALTH NO       05-28-2021 2232 01-15-2022 2322
CAA    N-MEDICL Y NEED - MEDICAL YES            05-28-2021 2232 01-15-2022 2322
CAA    N-FIN PV N NEED - FINANCE/POVERTY NO     05-28-2021 2232 01-15-2022 2322
CAA    N-FM/PAR N NEED - FAMILY/PARENTING NO    09-15-2021 0845 01-15-2022 2322
CAA    N-EDUC N   NEED - EDUCATION NO           05-28-2021 2232 01-15-2022 2322
CAA    N-COGNTV R NEED - COGNITIONS REFUSE      05-28-2021 2232 01-15-2022 2322
CAA    N-ANTISO R NEED - ANTISOCIAL PEERS REFUSE 05-28-2021 2232 01-15-2022 2322
CAA    N-ANGER Y  NEED - ANGER/HOSTILITY YES    09-15-2021 0845 01-15-2022 2322
CAA    N-FM/PAR R NEED - FAMILY/PARENTING REFUSE 07-24-2021 0000 09-15-2021 0845
CAA    N-ANGER R  NEED - ANGER/HOSTILITY REFUSE 07-24-2021 0000 09-15-2021 0845
CAA    R-LW       LOW RISK RECIDIVISM LEVEL     04-28-2021 1308 09-08-2021 1447
CAA    N-FM/PAR N NEED - FAMILY/PARENTING NO    05-28-2021 2232 07-24-2021 0000
CAA    N-ANGER Y  NEED - ANGER/HOSTILITY YES    05-28-2021 2232 07-24-2021 0000
CAA    N-WORK Y   NEED - WORK YES               07-22-2020 1317 05-28-2021 2232
CAA    N-TRAUMA R NEED - TRAUMA REFUSE          07-25-2020 0000 05-28-2021 2232
CAA    N-RLF Y    NEED - REC/LEISURE/FITNESS YES 09-30-2020 1911 05-28-2021 2232
CAA    N-M HLTH N NEED - MENTAL HEALTH NO       07-25-2020 0000 05-28-2021 2232
CAA    N-MEDICL Y NEED - MEDICAL YES            09-18-2020 1605 05-28-2021 2232
CAA    N-DYSLEX N NEED - DYSLEXIA NO            07-22-2020 1317 05-28-2021 2232




G0002       MORE PAGES TO FOLLOW . . .
```

```
 LOSB7  531.01 *            INMATE HISTORY       *      05-20-2025
                                      #:22679
PAGE 004 OF 004 *              FIRST STEP          *      12:56:09


  REG NO..: 21051-112 NAME....: KRYLOV, PETRO
  CATEGORY: FSA         FUNCTION: PRT       FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
CAA    N-COGNTV R NEED - COGNITIONS REFUSE     07-25-2020 0000 05-28-2021 2232
CAA    N-ANTISO R NEED - ANTISOCIAL PEERS REFUSE 07-25-2020 0000 05-28-2021 2232
CAA    N-ANGER Y  NEED - ANGER/HOSTILITY YES   12-19-2019 0946 05-28-2021 2232
CAA    N-FIN PV Y NEED - FINANCE/POVERTY YES   03-18-2021 1140 05-28-2021 2232
CAA    R-LW       LOW RISK RECIDIVISM LEVEL    03-18-2021 1136 04-28-2021 1308
CAA    N-FIN PV N NEED - FINANCE/POVERTY NO    09-17-2020 0940 03-18-2021 1140
CAA    R-LW       LOW RISK RECIDIVISM LEVEL    09-17-2020 0946 03-18-2021 1136
CAA    R-LW       LOW RISK RECIDIVISM LEVEL    07-10-2020 1014 09-17-2020 0946
CAA    R-LW       LOW RISK RECIDIVISM LEVEL    12-14-2019 1050 07-10-2020 1014
CAA    UNREVW HIS UNREVIEWED OFFENSES          10-06-2019 1458 12-14-2019 1051
CAA    UNASSG RSK UNASSIGNED RISK LEVEL        10-06-2019 1458 12-14-2019 1050




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```