# EXHIBIT C

```
LOSB7  531.01 *         INMATE HISTORY           *        05-20-2025
PAGE 001 OF 001 *          LEVEL                  *        12:56:35
                                     #:22681

  REG NO..: 21051-112 NAME....: KRYLOV, PETRO
  CATEGORY: LEV        FUNCTION: PRT      FORMAT:


FCL     ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIME
CAA     HIGH       SECURITY CLASSIFICATION HIGH  01-23-2008 0541 CURRENT
LOS     UNASSG     UNASSIGNED                    02-19-2002 1752 01-23-2008 0541
```

```
G0000         TRANSACTION SUCCESSFULLY COMPLETED
```