# EXHIBIT D

U. S. Department of Justice
Federal Bureau of Prisons
USP Canaan, Pennsylvania

---

Name: KRYLOV, Petro
Register No.: 21051-112
Unit F-2
Page 1

---

### Inmate Request to Staff Response

This is in response to your Request to Staff, wherein you request a Compassionate Release based upon you serving more than 22 years of your sentence and your mother's health conditions.

A review of your concerns related to your sentence has revealed your request does not meet the requirements as set forth in policy. In accordance with Program Statement 5050.50, Compassionate Release/Reduction in Sentence, you do not meet the requisite criteria for extraordinary or compelling circumstances. The Bureau of Prisons does not have the authority, through its compassionate release/reduction in sentence procedures, to reduce an inmate's sentence based on your claim that you have served over 22 years of your Life sentence for Conspiracy to Take Hostages Resulting in Death. Furthermore, you currently have a detainer with Immigration and Customs Enforcement that was lodged on March 31, 2008.

Accordingly, your request for a Compassionate Release/Reduction in Sentence is denied. If you are dissatisfied with this response, you may appeal this decision through the Administrative Remedy Process.

_____ for

F. Garza, Warden

4/12/24
Date

**\*\*\*Request to Staff\*\*\* KRYLOV, PETRO, Reg# 21051112, CAA-F-B**

~^! KRYLOV, ~^!PETRO <21051112@inmatemessage.com>
Fri 3/29/2024 5:19 PM

To: Warden
Inmate Work Assignment: Electric

\*\*\*ATTENTION\*\*\*

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
ddc96d21-16b5-42c8-b884-67a0701d009e
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

\*\*\*Inmate Message Below\*\*\*

I am writing to submit a formal petition for the Compassionate Release / Reduction in Sentence. I have been in continuous custody since 2/19 2002 more than 22 years and have demonstrated exceptional conduct and rehabilitation during my time in FBOP. I have completed more than 95 programs and continuously kept employment / work assignment. My conduct serves as a person growth and redemption.
I am a Ukrainian citizen currently incarcerated in federal prison, and according to Final Administration Removal Order from homeland security offices. my return to my home country is inevitable upon my completion of my sentence. however the passage of time and my demonstrated of rehabilitation suggest that i pose no threat to safety or security to the united states. granting me reduction of sentence will not only recognize my substantial time served and positive conduct but also i acknowledge my potential for contributing positively to society upon release. more over it will elevate the burden of prolonged separation from my family and loved ones who eagerly await my return. My mother is diabetic and currently under going all the chemotherapy for stomach and body cancer and metastasis of the right lung and needs for pertain care. People of Ukraine suffering unprovoked and unjustified invasion by Russian military forces and desperately in need of any available body in order to defend their country. i am requesting warden of USP CANAAN to reduce my sentence under compassionate release in order to be deported to Ukraine. upon arrival i would like to volunteer to help defend my native born country to the best of my ability against Russian invasion. I have inherited a house in Ukraine in city of Odesa-65033 21 Gastelo street. which is where i was born and where i would live. Also if i were to be released from priosn in the untide states i intend to reside at my siblings and her husbands address. Pomerko Ganna and Pometko Victor 176 Oxford street Brooklyn, NY 11235 phone number (917)-968-8877. I have employment secured. I worked there before my incarceration and my employer will hire me. Address of the business Guaranteed Alarm and glasses 3029 Coney island ave. Brooklyn, NY 11235 phone number is (718)-646-4110 Ester Eikhilevsky.
I work as installer of radios and car alarms, remote start, window tinting and replacement of car windows. upholster and electrical wiring and trouble suiting. Also as an electrician and mechanic.
Thank you for your attention to this matter i have copies of my certificates and diplomas feel free to ask if you need more information in consideration of this matter.

Sincerely, Petro Krylov # 21051-112