# EXHIBIT E

June 2, 2025

From: Michael Umansky

To: The Honorable District Judge Mark C. Scarsi
United States District Court for the Central District of California
350 W. 1st Street, Los Angeles, CA 90012

Re: Opposition to Compassionate Release Request of inmate Petro Krylov

Dear Honorable District Judge Scarsi,

 I understand that you have a received a motion for compassionate release filed by defendant Petro
Krylov.  I understand that the government is filing an opposition to this motion.

I am writing to respectfully express my strong opposition to the request for compassionate release
filed by Petro Krylov who is currently serving a life sentence for extremely violent premeditated
murder of my brother, Alexander Umansky, and of several other victims.

The severity of his actions caused irreversible harm to our family, and justice was served when the
Court imposed a life sentence – though we would have preferred a death sentence.  Petro Krylov
is directly responsible for the death of my brother Alexander because Krylov was the one who
specifically targeted my brother for abduction, ransom extortion, and subsequent killing.

As I understand it, compassionate release is intended for truly positively extraordinary and
compelling circumstances. In my opinion, with absence of such circumstances, no justification can
outweigh the permanent impact of Krylov's crimes on those affected.  I believe that releasing this
convicted murderer of multiple victims would undermine the seriousness of the crimes committed
and the sentence rightfully imposed by the Court.

Releasing serial murderer Krylov would reopen painful emotional wounds for our still-grieving
family, as well as for other victims and their families.  There's also a possibility of physical threat
from the released convict to cause harm to his victims' families.

I respectfully urge the Court to deny the motion for compassionate release and uphold the original
sentence imposed in this case.

Thank you for your time and consideration.

Sincerely,
Michael Umansky