## CERTIFICATE OF SERVICE

I, **KAREN I. MEYER**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; that I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on **June 2, 2025,** I caused to be deposited on **June 3, 2025,** in the United States mail at the United States Courthouse in the above-titled action, in an envelope bearing the requisite postage, a copy of:

**GOVERNMENT'S OPPOSITION TO DEFENDANT PETRO KRYLOV'S MOTION FOR COMPASSIONATE RELEASE; EXHIBITS A THROUGH E**

service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:
**Inmate Petro Krylov #21051-112**
**USP Canaan**
**U.S. Penitentiary**
**P.O. Box 300**
**Waymart, PA  18472**

☐ By hand delivery, addressed as follows:

☐ By email as follows:

☐ By messenger, as follows:

☐ By Federal Express, as follows:

at his last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on **June 2, 2025,** at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

_____
KAREN I. MEYER
Assistant United States Attorney

2