UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JURIJUS KADAMOVAS,<br><br>Defendant. | Case No. 2:02-cr-00220-MCS-2<br><br>**ORDER RE: MOTION TO UNSEAL COURT ORDERS (ECF NO. 2519)** |

1

Defendant Jurijus Kadamovas moves for an order unsealing the Court's orders relating to his clemency video. (Mot., ECF No. 2519.) The Government filed a response indicating that it does not oppose the motion. (Non-Opp'n, ECF No. 2522.)

The Court agrees with Defendant that there is no compelling reason or good cause to maintain the orders under seal. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006). Given the "strong presumption in favor of access to court records," *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003), the Court grants the motion and directs the Clerk to unseal the orders, ECF Nos. 2468 and 2491.

**IT IS SO ORDERED.**

Dated: September 22, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2