BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
KAREN I. MEYER (Cal. Bar No. 220554)
Assistant United States Attorney
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8559
     Facsimile: (213) 894-3713
     E-mail:    kim.meyer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>          v.<br><br>JURIJUS KADAMOVAS,<br><br>        Defendant. | Nos. CV 23-08289-MCS<br>      CR 20-220-MCS<br><br>*EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE EXHIBITS IN SUPPORT OF GOVERNMENT'S MOTION TO DISMISS AND OPPOSITION TO DEFENDANT'S MOTION UNDER 28 U.S.C. SECTION 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE; DECLARATION OF KAREN I. MEYER; [PROPOSED] ORDER LODGED UNDER SEPARATE COVER |

     Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Karen I. Meyer, respectfully requests a 10-day extension of time, up to and including October 17, 2025, to file the government's exhibits (including under seal exhibits) in support of its motion to dismiss and opposition to defendant's Motion Under 28 U.S.C. Section 2255 to Vacate, Set Aside, or Correct Sentence, filed October 3, 2023 (CR 1 in 23-08289 civil matter).)  This extension is based on the attached declaration of Karen I. Meyer and the files and records of this case.

Dated: October 7, 2025                  Respectfully submitted,

                                        BILAL A. ESSAYLI
                                        United States Attorney

                                        CHRISTINA T. SHAY
                                        Assistant United States Attorney
                                        Chief, Criminal Division

                                        _____
                                        KAREN I. MEYER
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

2

DECLARATION

1.   I, Assistant United States Attorney Karen I. Meyer, hereby declare and state as follows:

2.   On October 3, 2023, defendant filed a Motion Under 28 U.S.C. Section 2255 to Vacate, Set Aside, or Correct Sentence.

3.   The government filed a proposed briefing schedule that required the government's motion to dismiss and/or opposition to be due October 7, 2025.  This Court entered the order.

4.   The government filed its 207-page motion to dismiss today, October 7, 2025.  However, the government is requesting a 10-day continuance up to and including October 17, 2025, to file its 74 exhibits in support of its motion to dismiss.  This is the first request from the government for a continuance.

5.   The government's exhibits consist largely of trial and motion transcripts from this lengthy case, each of which is approximately 200 pages.  Government counsel did not want to attach each transcript in full, so has taken the time to extract relevant portions of the transcripts for each exhibit.  That has been an extremely time-consuming process.

6.   Government counsel is also scheduled to be out on pre-paid leave for the remainder of this week, October 8 through 10, 2025.  Thus, government counsel seeks a 10-day continuance in which to file its exhibits in support of its motion to dismiss and opposition to defendant Kadamovas's 2255 petition.

7.   Because of the lateness of the hour (after 9:45 p.m.), government counsel did not attempt to reach out to defense counsel to determine his position on this ex parte application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of October, 2025, in New York.

_____
KAREN I. MEYER