BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
KAREN I. MEYER (Cal. Bar No. 220554)
Assistant United States Attorney
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8559
    Facsimile: (213) 894-3713
    E-mail:    kim.meyer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Nos. CV 2:23-08289-MCS |
|---|---|
| Plaintiff, | CR 02-220-MCS |
| v. | [PROPOSED] ORDER |
| JURIJUS KADAMOVAS, | |
| Defendant. | |

[PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, THE COURT HEREBY GRANTS the government's request for a 10-day extension of time to file the exhibits in support of the government's opposition to and motion to dismiss defendant's motion pursuant to 28 U.S.C. § 2255, up to and including October 17, 2025.

_____          _____
DATED                             HONORABLE MARK C. SCARSI
                                  UNITED STATES DISTRICT JUDGE

Presented by:

*Karen I. Meyer*
_____
Karen I. Meyer
Assistant United States Attorney