BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
KAREN I. MEYER (Cal. Bar No. 220554)
Assistant United States Attorney
        1300 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-8559
        Facsimile: (213) 894-3713
        E-mail:    kim.meyer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:02-cr-00220-MCS-2 |
|---|---|
| Plaintiff, | |
| v. | ORDER [2527] |
| JURIJUS KADAMOVAS, | |
| Defendant. | |

ORDER

FOR GOOD CAUSE SHOWN, THE COURT HEREBY GRANTS the government's request for a 10-day extension of time to file the exhibits in support of the government's opposition to and motion to dismiss defendant's motion pursuant to 28 U.S.C. § 2255, up to and including October 17, 2025.

10/08/2025
DATED

*Mark C. Scarsi*

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

Presented by:

*Karen I. Meyer*

Karen I. Meyer
Assistant United States Attorney