KAREN I. MEYER (Cal. Bar No. 220554)
Assistant United States Attorney
312 N. Spring Street, 13th Fl.
Los Angeles, CA 90012
Telephone: (213) 894-8559

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>JURIJUS KADAMOVAS,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:02-CR-00220-MCS-2<br><hr>**NOTICE OF MANUAL FILING OR LODGING** |
| --- | --- |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed  ☐ Lodged:  (**List Documents**)

GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS; [PROPOSED] ORDER SEALING DOCUMENTS; UNDER SEAL EXHIBITS

**Reason:**

☑  Under Seal

☐  In Camera

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Per Court order dated: _____

☐  Other:

October 17, 2025
Date

KAREN I. MEYER
Attorney Name

United States of America
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                    NOTICE OF MANUAL FILING OR LODGING