BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
KAREN I. MEYER (Cal. Bar No. 220554)
Assistant United States Attorney
Major Crimes Section
      1300 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-8559
      Facsimile: (213) 894-3713
      E-mail:    kim.meyer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cv-08289-MCS (Related Case No. 02-220-MCS) |
|---|---|
| Plaintiff, | |
| v. | GOVERNMENT EXHIBITS IN SUPPORT OF GOVERNMENT OPPOSITION TO AND MOTION TO DISMISS DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT THE CONVICTION AND SENTENCE PURSUANT TO 28 U.S.C. § 2255 |
| JURIJUS KADAMOVAS, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Karen I. Meyer, hereby files its exhibits in support of the government's previously filed opposition to and motion to dismiss the motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 filed by

defendant Jurijus Kadamovas ("defendant").  (Dkt. No. 26; CV 23-08289.)

Dated: October 17, 2025          Respectfully submitted,

                                 BILAL A. ESSAYLI
                                 Acting United States Attorney

                                 JOSEPH T. MCNALLY
                                 Assistant United States Attorney
                                 Acting Chief, Criminal Division

                                 _____
                                 KAREN I. MEYER
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

**GOVERNMENT EXHIBITS IN SUPPORT OF GOVERNMENT OPPOSITION TO DEFENDANT'S PETITION PURSUANT TO 28 U.S.C. § 2255**

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 1 | RT 10/10/06 (Trial Day) |
| 2 | RT 10/24/06 (Trial Day) |
| 3 | RT 10/11/06AM (Trial Day) |
| 4 | RT 10/11/06PM (Trial Day) |
| 5 | RT 11/09/06 (Trial Day) |
| 6 | RT 10/12/06PM (Trial Day) |
| 7 | RT 10/25/06 (Trial Day) |
| 8 | RT 11/02/06 (Trial Day) |
| 9 | RT 10/26/06 (Trial Day) |
| 10 | RT 10/12/06AM (Trial Day) |
| 11 | RT 11/08/06 (Trial Day) |
| 12 | RT 12/01/06 (Trial Day) |
| 13 | RT 10/27/06 (Trial Day) |
| 14 | RT 10/31/06 (Trial Day) |
| 15 | RT 10/13/06AM (Trial Day) |
| 16 | RT 12/05/06 (Trial Day) |
| 17 | RT 09/14/06 (Trial Day) |
| 18 | RT 11/15/06 (Trial Day) |
| 19 | RT 11/14/06 (Trial Day) |

| 20 | RT 10/13/06PM (Trial Day) |
|---|---|
| 21 | RT 09/06/06PM (Trial Day) |
| 22 | RT 09/07/06 (Trial Day) |
| 23 | RT 10/20/06 (Trial Day) |
| 24 | RT 01/10/07 (Trial Day) |
| 25 | RT 11/29/06 (Trial Day) |
| 26 | RT 11/30/06 (Trial Day) |
| 27 | RT 09/08/06 (Trial Day) |
| 28 | RT 09/15/06 (Trial Day) |
| 29 | RT 10/17/06 (Trial Day) |
| 30 | RT 10/18/06 (Trial Day) |
| 31 | RT 10/19/06 (Trial Day) |
| 32 | RT 11/03/06 (Trial Day) |
| 33 | RT 12/08/06 (Trial Day) |
| 34 | RT 12/06/06 (Trial Day) |
| 35 | RT 12/07/06 (Trial Day) |
| 36 | RT 06/12/06 |
| 37 | RT 07/11/06 (Trial Day) |
| 38 | Juror Questionnaire (under seal, filed separately) |
| 39 | RT 08/15/06 (Trial Day) |
| 40 | RT 08/17/06 (Trial Day) |
| 41 | RT 09/05/06 (Trial Day) |

| 42 | RT 08/22/06 (Trial Day) |
|---|---|
| 43 | CR Dkt. No. 2360 (Giles Declaration) (under seal, filed separately) |
| 44 | RT 08/16/06 (Trial Day) |
| 45 | RT 02/13/07 (Trial Day) |
| 46 | RT 11/16/06 (Trial Day) |
| 47 | RT 02/01/07 (Trial Day) |
| 48 | RT 08/18/06 (Trial Day) |
| 49 | RT 08/31/06 (Trial Day) |
| 50 | RT 08/25/06 (Trial Day) |
| 51 | RT 08/30/06 (Trial Day) |
| 52 | RT 05/31/06 |
| 53 | RT 09/06/06AM (Trial Day) |
| 54 | September 22, 2005 letter from AUSA Robert Dugdale to counsel for defendants Mikhel, Kadamovas, Krylov, and Natalya Solovyeva |
| 55 | RT 01/24/07 (Trial Day) |
| 56 | RT 01/31/07 (Trial Day) |
| 57 | RT 07/05/06 (motions hearing under seal) (under seal, filed separately) |
| 58 | RT 08/24/06 (Trial Day) |
| 59 | RT 09/21/06 (Trial Day) |
| 60 | RT 12/15/06 (Trial Day) |
| 61 | RT 12/12/06 (Trial Day) |
| 62 | RT 01/09/07 (Trial Day) |

| 63 | RT 11/01/06 (Trial Day) |
|----|-------------------------|
| 64 | RT 11/07/06 (Trial Day) |
| 65 | RT 12/13/06 (Trial Day) |
| 66 | RT 11/28/06 (Trial Day) |
| 67 | RT 12/14/06 (Trial Day) |
| 68 | RT 01/05/07 (Trial Day) |
| 69 | RT 05/03/06 |
| 70 | CR 52, filed May 23, 2002 (under seal, filed separately) |
| 71 | Meyer December 5, 2006 Letter |
| 72 | RT 01/11/07 (Trial Day) |
| 73 | RT 01/12/07 (Trial Day) |
| 74 | RT 10/18/05 |