# GOVERNMENT EXHIBIT 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Tuesday, October 24, 2006 |
| JURIJUS KADAMOVAS, | ) | (9:38 a.m. to 11:56 a.m.) |
| | ) | (1:31 p.m. to 4:14 p.m.) |
| Defendants. | ) | |

JURY TRIAL (30th DAY)
(VOLUME XXX)

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

Aoki - Direct / By Mr. Dugdale          7

present.  All jurors are in the jury box.

Mr. Dugdale?

**MR. DUGDALE:**  Yes, your Honor.

The United States of America calls Christina Aoki as its next witness.

**THE CLERK:**  Would you please raise your right hand.

**(Witness sworn)**

**THE CLERK:**  Would you please have a seat.  And would you state your name for the transcript please.

**THE WITNESS:**  Christina Aoki.

**THE CLERK:**  Would you spell your last name?

**THE WITNESS:**  A-o-k-i.

**THE CLERK:**  Thank you.

**DIRECT EXAMINATION**

**BY MR. DUGDALE:**

Q    Good morning, Ms. Aoki.

Ms. Aoki, what do you do for a living?

A    I work at Home Depot.  I'm a computer room supervisor.

Q    And how long have you worked at Home Depot?

A    Fifteen and a half years.

Q    And do you work at a particular Home Depot store now?

A    Yes.

Q    And where is that store located?

A    In Camarillo.

Q    And back in the year of 2001, did you work at a different

Aoki - Direct / By Mr. Dugdale                    8

store?

A     Yes, I did.

Q     And where was that store located?

A     It was located in Woodland Hills.

Q     And what was the address of that store?

A     6345 Verille (phonetic) Avenue.

Q     And when you worked at that Home Depot in Woodland Hills back in 2001, what did you do at the store?

A     I was computer room bookkeeping supervisor.

Q     And what did your job involve as a computer room supervisor?

A     Maintain the computer equipment and also maintain all the cash flow through the store.

Q     And in your capacity as a computer room supervisor at Home Depot, were you familiar with the products that Home Depot sold?

A     Yes.

Q     And were you also familiar with the records that Home Depot kept to memorialize the sale of its products?

A     Yes.

Q     And can you explain to the jury how such records are kept? When a person goes to Home Depot to buy some items, what kind of documents are generated as a result of that sale?

A     With the results we have all of our records are maintained in the computer database that communicates to our Atlanta home

EXCEPTIONAL REPORTING SERVICES, INC

Aoki - Direct / By Mr. Dugdale                    9

office.  And it keeps track of all of the inventory and transactions that take place.

MR. DUGDALE:  Ms. Aoki, at this point in time I'd like Special Agent Perez to hand you what's been marked for identification as Government's Exhibit Number 1201.

THE COURT:  1201 for identification.

BY MR. DUGDALE:

Q    And, Ms. Aoki, do you recognize exhibit 1201?

A    Yes.  It's a copy of a signed -- a signed media -- credit media slip.

Q    Okay.  And how is a document like Government's Exhibit Number 1201 created?

A    This was done -- this copy of it, it's done through a signature capture pad that transmits to our office. And it's kept in a microfiche database.

Q    Okay.  And does that document memorialize a particular sale that occurred at your Home Depot store?

A    Yes, it does.

Q    And is that document the type of document that's maintained in the regular course of business by Home Depot?

A    Yes, it is.

Q    And is it the type of document that Home Depot relies upon to conduct its business?

A    Yes.

MR. DUGDALE:  Your Honor, at this time the Government

Aoki - Direct / By Mr. Dugdale                10

would offer into evidence Government's Exhibit Number 1201.

THE COURT:  Any objection?

MR. CALLAHAN:  No.

THE COURT:  Received, 1201, in evidence this date.

(Government's Exhibit Number 1201 was received in evidence)

MR. DUGDALE:  And your Honor, can you please turn on the Elmo mode for this thing?

Okay.  I'm sorry, your Honor.  This is falling off.

BY MR. DUGDALE:

Q    Okay.  I've published on the screen Exhibit Number 1201.

Does exhibit 1201 memorialize a particular sale that occurred at the store?

A    Yes.

Q    And you mentioned a document like this is generated as a result of a pad.

Can you explain how that happens?

A    Yes.  The signature pad, when someone pays with any kind of credit card then it comes up on the signature pad.  And that's what the customer uses to sign for the sale that took place.

Q    And then this is a copy of that that's kept by Home Depot; is that right?

A    Yes.

Q    And can you tell by looking at exhibit 1201 where this

Aoki - Direct / By Mr. Dugdale                11

sale took place?

A     Yes.

Q     And where did it take place?

A     It took place at the Home Depot store 6632.  It's 6345 Verille Avenue in Woodland Hills, California

Q     And can you tell by looking at this document when this sale took place?

A     Yes.

Q     And when did it take place?

A     It took place on 10/11/2001 at 11:31 a.m.

Q     And can you tell from this document how much the customer spent at Home Depot in this particular purchase?

A     Yes.   $50.40.

Q     Can you tell how the customer paid for the items that he purchased at Home Depot on this occasion?

A     Yes.  It was paid by a MasterCard.

Q     And there is a -- in the middle of the document, right here, it says Visa MasterCard.

         How do you know it's a MasterCard?

A     The numbers on a Visa -- on the MasterCard are different than the numbers on the Visa.  MasterCard starts with 5424.

Q     And what was the credit card number that was used to pay for this purchase?

A     It was 5424 1804 2541 4411.

Q     And I'm circling a number here.

Aoki - Direct / By Mr. Dugdale                12

Is this the credit card number just to the left of the notation "Visa MasterCard"?

A    Can you repeat the question?

Q    Sure.  Is what I circled here just to the left of the Visa MasterCard notation, is that the credit card number for the credit card that was used for this purchase?

A    Yes.

Q    Ms. Aoki, does Home Depot track the sales of the items that it makes --

A    Yes, it does.

Q    -- during every purchase that it does?

A    Yes, it does.

        **MR. DUGDALE:**  And I'd now like Special Agent Perez to hand you what's been marked for identification as Government's Exhibit Number 1202.

        **THE COURT:**  1202 for identification.

**BY MR. DUGDALE:**

Q    And, Ms. Aoki, do you recognize Government's Exhibit Number 1202?

A    Yes.

Q    And what is exhibit 1202?

A    It's an electronic journal that states the items that are purchased.

Q    And what is the purpose of that document?

A    We use that for inventory purposes and also to assist

Aoki - Direct / By Mr. Dugdale            13

customers when, you know, they misplace a receipt or if we have any fraudulent activity on credit cards.

Q    And how is a document like exhibit 1202 generated?

A    It's generated during the time of the sale when it takes place.  Once the sale's complete then it stores it in our database.

Q    And is that the type of document that Home Depot maintains during the regular course of its business?

A    Yes, it is.

Q    And is it a document that Home Depot relies upon in order to conduct its business?

A    Yes.

        MR. DUGDALE:  At this time, Your Honor, the Government would move into evidence Government's Exhibit Number 1202.

        THE COURT:  Any objection?

        MR. CALLAHAN:  No objection, your Honor.

        THE COURT:  Received 1202 this date.

    (Government's Exhibit Number 1202 was received in evidence)

BY MR. DUGDALE:

Q    Now, 1202 is a column, a column of three different transactions; is that correct?

A    Yes.

Q    And the top two have been x'd off.  The bottom one has not

Aoki - Direct / By Mr. Dugdale                    14

been x'd off.

Does the bottom transaction reflected on exhibit 1202, does that relate to the credit card receipt that we just saw?

A    Yes.

Q    How can you tell that Government's Exhibit Number 1201 relates to Government's -- the purchase made in Government's Exhibit 1202?

A    The transactions on the first item, it shows all of the register information and transaction number, time of sale, and also the credit card information and the dollar amount.

Q    Okay.  And or all of those pieces of information that you just mentioned including the credit card number, the time of sale, are those all the same for exhibit 1201 and 1202?

A    Yes.

Q    Now using Government's Exhibit Number 1202, can you determine what items were purchased during this particular transaction?

A    Yes.

Q    And how can you do that?

A    By the description.

Q    Okay.  And what were the items that were purchased during this particular transaction on October 11th, 2001?

A    48-inch gray cable ties, 34-inch natural cable ties, gloves, tape, more gloves, and boot covers.

Aoki - Direct / By Mr. Dugdale                15

Q    Now, you previously mentioned that these items were purchased with a credit card, specifically a 16 digit credit card ending with the last four numbers 4411.

          MR. DUGDALE:  At this time I'd like Special Agent Perez to hand you what has been previously admitted as Government's Exhibit Number 145, which is a wallet.  And I would ask you to reach inside the wallet or open the little bag.

          THE COURT:  All right.

          MR. DUGDALE:  Inside the wallet and there are two credit cards that are marked with red tabs.

          THE COURT:  145 has been received into evidence on September the 7th.

          MR. DUGDALE:  And, Ms. Aoki, could you please pull out of the wallet the credit card that has been marked as Government's Exhibit Number 145-B, which has previously been received into evidence.

          And I will publish that for the jury.

BY MR. DUGDALE:

Q    And, Ms. Aoki, what kind of credit card is that that you pulled out of the wallet there that we published?

A    MasterCard.

Q    And what is the 16 digit credit card number for this particular credit card?

A    5424 1804 2541 4411.

EXCEPTIONAL REPORTING SERVICES, INC

Aoki - Direct / By Mr. Dugdale          16

Q     And does that credit card number and the type of credit card that we have on the screen here that was taken from that wallet does that match the credit card number for the sale that was made at Home Depot that's memorialized in Government's Exhibits Number 1201 and 1202?

A     Yes.

Q     And whose name is on that credit card that we have on the screen here?

A     Iouri Mikhel.

          **MR. DUGDALE:**  As this time I'd also like Special Agent Perez to hand you what's been previously admitted as Government's Exhibit Number 156-E

          **THE COURT:**  156-E was previously admitted.

          **MR. DUGDALE:**  D, your Honor.

          **THE COURT:**  D?

          **MR. DUGDALE:**  Yes.

          **THE COURT:**  Previously admitted.

          **MR. DUGDALE:**  And this is a Citibank platinum select Card statement.

**BY MR. DUGDALE:**

Q     And, Ms. Aoki, is there anything on the statement that coincides with the sale that's memorialized in Government's Exhibit Number 1201 and 1202?

A     Yes.

Q     And can you -- using your finger can you circle the

Aoki - Direct / By Mr. Dugdale                17

notation that shows that it's consistent with the sale

memorialized in Government's Exhibits Number 1201 and 1202?

And let me pull that one up.

A    (Marking exhibit) Oops.  Sorry.

Q    Now, moving on to -- moving back to Government's Exhibit

Number 1202, are you familiar with something that's called a

Universal Product Code?

A    Yes.

Q    And can you explain to the jury what a Universal Product

Code is?

A    The Universal Product Code is the --

Yeah.  Okay.

The Universal Product Code is what the manufacturers

put on their product.

Q    And is every different item at Home Depot is it given a

unique, Universal Product Code?

A    Yes.

Q    And can you identify on this Government's Exhibit Number

1202 where the Universal Product Code is located?

A    Yes.  In this area.

Q    And, Ms. Aoki, by using the Universal Product Codes for

these particular items, is it possible to replicate what the

sale looked like that occurred when the person bought these

items?

A    Yes.

Aoki - Direct / By Mr. Dugdale                18

Q    In other words is it possible to go back to Home Depot --
or would it be possible to go to Home Depot and show the jury
all the items that were purchased?

A    Yes.

Q    And did you go through such an exercise with Special Agent
Perez in preparation for this case?

A    Yes, I did.

        MR. DUGDALE:  At this point in time I'd like Special
Agent Perez to hand what have been marked for identification as
Government's Exhibits Numbers 1203 and 1204.

        THE COURT:  1203 and 1204 for identification.

        (Pause)

BY MR. DUGDALE:

Q    And, Ms. Aoki, do you recognize what Exhibits Number 1203
and 1204 are?

A    Yes.

Q    And what are they?

A    They're 48-inch gray cable ties.

Q    And do the 40-inch gray cable ties that you have in front
of you, do they contain the same Universal Product Code as the
product code memorialized in Government's Exhibit Number 1202?

A    Yes, they do.

Q    So would Government's Exhibits 1203 and 1204 would they be
identical to two of the items that were purchased on this
occasion?

Aoki - Direct / By Mr. Dugdale                    19

A     Yes.

          MR. DUGDALE:  Your Honor, at this point in time, the

Government would move for the admission of Government's

Exhibits Numbers 1203 and 1204.

          THE COURT:  All right.  Same ruling as before, that

unless I hear an objection it will be admitted.

          MR. CALLAHAN:  That's fine, your Honor.

          THE COURT:  1203, 1204 admitted this date.

     **(Government's Exhibits Numbers 1203 and 1204 were received**

**in evidence)**

          MR. DUGDALE:  And, Ms. Aoki, could you please hold it

up so the jury can see those two packages of 48-inch gray

colored cable ties.

          I'm sorry.  I guess you don't have 48-inch arms.

          THE WITNESS:  No, I don't.

          MR. DUGDALE:  Okay.  Thank you, Ms. Aoki.

          THE WITNESS:  Uh-huh.

          MR. DUGDALE:  At this time I'd like Special Agent

Perez to hand you what's been marked for identification as

Government's Exhibits Number 1205 and 1206.

          THE COURT:  1205 and 1206 before the witness.

**BY MR. DUGDALE:**

Q     And, Ms. Aoki, do you recognize Government's Exhibit

Number 1205 and 1206?

A     Yes.

Aoki - Direct / By Mr. Dugdale                    20

Q     So you have 1205 in front of you.

A     12 -- yeah.

Q     Okay.  Do you recognize exhibit 1206 as well?

A     Yes.

Q     And do Exhibits Number -- Well, what are exhibits 1205 and 1206?

A     They are 34-inch cable ties.

Q     And what color are they?

A     They're natural.

Q     And what does that mean?  They're natural color is --

A     White.

Q     Okay.  And do Exhibits 1205 and 1206, do they have a Universal Product Code that coincides with the product codes noted on Government's Exhibit Number 1202?

A     Yes.

Q     And can you just briefly circle the items on Government's Exhibit Number 1202 that coincide with those particular ties?

A     (Marking exhibit) whoops, I crossed them out.  Sorry.

Q     So do Government's Exhibits Number 1205 and 1206, do they accurately reflect what the plastic ties that were purchased with this transaction what they would have looked like?

A     Yes.

          MR. DUGDALE:  Your Honor, at this point in time, the Government would to admit Government's Exhibits Number 1205 and 1206.

Aoki - Direct / By Mr. Dugdale                    21

THE COURT:  1205, 1206 admitted this date.

(Government's Exhibits Numbers 1205 and 1206 were received in evidence)

MR. DUGDALE:  And, Ms. Aoki, these are a little shorter, but you might have the same problem.  But can you hold those up and show the jury what they look like.

Okay.  Thank you, Ms. Aoki.

I would now like Special Agent Perez -- take a short breather -- but to hand you what's been marked for identification as Government Exhibit Number 1207.

BY MR. DUGDALE:

Q    And, Ms. Aoki, do you recognize Government's Exhibit Number 1207?

A    Yes.

Q    And what is Government's Exhibit Number 1207?

A    A pair of gloves.

Q    And does that Exhibit 1207 does that coincide with any of the items that are noted on Government's Exhibit Number 1202?

A    Yes.

Q    And which item does that coincide with?

A    It would be the gloves, the gloves ending in 378.

Q    So there were actually two of what you have in your hand, Government's Exhibit Number 1207, that were purchased?

A    Yes.

Q    In this transaction; is that right?

EXCEPTIONAL REPORTING SERVICES, INC

Aoki - Direct / By Mr. Dugdale                    22

A     Yes.

Q     But does that glove does that represent what one of these gloves looked like that was purchased --

A     Yes.

Q     -- In this transaction here?

          **MR. DUGDALE:**  Your Honor, at this time the Government would move to admit Government's Exhibit Number 1207.

          **THE COURT:**  Admitted this date, 1207.

          **(Government's Exhibit Number 1207 was received in evidence)**

          **MR. DUGDALE:**  And, Ms. Aoki can you please hold that up to the jury and show the jury what it looks like.

          **(Pause)**

          At this point, I'd like Special Agent Perez to hand you what's been marked for identification as Government's Exhibit Number 1209.

**BY MR. DUGDALE:**

Q     And, Ms. Aoki, do you recognize that item?

A     Yes.

Q     And what is it?

A     It's red tape.

Q     And is that item, that red tape, does that have a Universal Product Code that's reflected on this receipt -- or I'm sorry on this document Government's Exhibit Number 1202?

A     Yes.

Aoki - Direct / By Mr. Dugdale          23

Q    And where is this noted on exhibit 1202, a UPC code that's identical to the one on that roll of tape that you have?

A    On the description, the tape description.

Q    And what color is the tape that you have in your hand right there?

A    Red tape.

Q    And are different Universal Product Codes given for different colors of tape --

A    Yes.

Q    -- at Home Depot?

A    Yes.

Q    So is it the case that red tape has a different Universal Product Code then let's say blue tape or some other color tape?

A    Yes.

Q    And does that tape -- and that tape reflects one of these purchases here; is that right?

A    Yes.

        **MR. DUGDALE:**  Your Honor, at this time the Government would move to admit Government's Exhibit Number 1209.

        **THE COURT:**  Received this date, 1209.

    **(Government's Exhibit Number 1209 was received in evidence)**

        **MR. DUGDALE:**  And, Ms. Aoki, can you just briefly hold that up and show the jury what it looks like.

        **(Pause)**

Aoki - Direct / By Mr. Dugdale          24

At this point, I'd like Special Agent Perez to hand you what's been marked for identification as Government's Exhibit Number 1210.

**BY MR. DUGDALE:**

Q    And, Ms. Aoki, do you recognize Government's Exhibit Number 1210?

A    Yes.

Q    And what is Exhibit Number 1210?

A    Vinyl gloves.

Q    And does that have a UPC code number on it that coincides with one of the UPC code numbers on Government's Exhibit Number 1202?

A    Yes.

Q    And can you identify for the jury which UPC code number is identical on this, 1202, to what you have in your hand, exhibit 1210?

A    Gloves ending in 205, UPC code.

     MR. DUGDALE:  Your Honor, at this -- I'm sorry.

**BY MR. DUGDALE:**

Q    So those gloves that you have in your hand there, Government's Exhibit Number 1210, does that accurately reflect what the gloves on this item, 1202, looked like at the time that they were purchased?

A    Yes.

     MR. DUGDALE:  Your Honor, at this time, the

Aoki - Direct / By Mr. Dugdale          25

Government would move to admit Government's Exhibit Number 1210.

            THE COURT:   Received 1210 this date.

        **(Government's Exhibit Number 1210 was received in evidence)**

            MR. DUGDALE:   And, Ms. Aoki, again could you please hold those up and publish that to the jury.

            THE WITNESS:   Pull it out.  Okay.

            MR. DUGDALE:   And, lastly, I'd like Special Agent Perez to hand you what's been marked for identification as Government's Exhibit Number 1211.

**BY MR. DUGDALE:**

Q    And, Ms. Aoki, do you recognize Government's Exhibit Number 1211?

A    Yes.

Q    And what is Government's Exhibit Number 1211?

A    Boot covers.

Q    And do those have a unique, Universal Product Code number on them?

A    Yes.

Q    And does that Universal Product Code number on Government's Exhibit Number 1211, the boot covers, does that match one of the Universal Product Code numbers that memorialized in Government's Exhibit Number 1202?

A    Yes.

**EXCEPTIONAL REPORTING SERVICES, INC**

Aoki - Direct / By Mr. Dugdale                26

Q    And as a result can you tell the jury whether that item, Government's Exhibit Number 1211 is identical to an item that was purchased in this transaction memorialized in Government's Exhibit Number 1202?

A    Yes.

MR. DUGDALE:  At this time the Government would move to admit Government's Exhibit Number 1211, your Honor.

THE COURT:  1211 admitted this date.

**(Government's Exhibit Number 1211 was received in evidence)**

MR. DUGDALE:  And, Ms. Aoki, can you please take that boot cover out of the package and can you unfold it and can you show it to the jury.

**(Pause)**

**BY MR. DUGDALE:**

Q    And, Ms. Aoki, how many different pairs of boot covers were purchased using the credit card that we previously discussed?

A    Four.

MR. DUGDALE:  At this time I have no further questions, your Honor.

THE COURT:  Mr. Callahan?

MR. CALLAHAN:  Thank you, your Honor.

//

//