# GOVERNMENT EXHIBIT 5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# DRAFT COPY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Thursday, November 9, 2006 |
| JURIJUS KADAMOVAS, | ) | (9:41 a.m. to 11:58 a.m.) |
| | ) | (1:31 p.m. to  4:06 p.m.) |
| Defendants. | ) | |

JURY TRIAL (40th DAY)
(VOLUME XL)

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

Markovskis - Direct / By Ms. DeWitt          104

state your name for the record.

THE WITNESS:  Aleksejus Markovskis.

(Witness previously sworn)

DIRECT EXAMINATION (CONTINUED)

BY MS. DeWITT:

Q    Mr. Markovskis, when we stopped at lunch we were talking about the second that you were at the house, as you described it the house on the hill, and in fact at that point Mr. Kharabadze and Mr. Safiev had been put back in the rooms and back in the closets.  And after that what did you do, Mr. Markovskis, that evening?

A    Everybody left and I initiated a long conversation with Mr. Kadamovas.

Q    Okay.  And just to be clear when you say everybody left, everybody but you and Defendant Kadamovas were there?

A    Yes.

Q    When you say you had a long talk, what do you mean?

A    I was trying to find out what was going on and what's the plan, what's the outcome of all this.

Q    How long did this conversation continue?

A    Several hours.  I don't remember the exact time, but several hours, a long conversation at night.

Q    Where were you when you had this long talk with Defendant Kadamovas?

A    In the living room, in the big living room.

**DRAFT COPY**

Markovskis - Direct / By Ms. DeWitt          105

Q    And what did you talk about with Defendant Kadamovas during this long talk that you had that night?

A    I was trying to find out what is actually going on and what's going to happen to these two people, to Mr. Kharabadze and Mr. Safiev, and there were lots of things that Mr. Kadamovas explained to me.

Q    Okay.  So you asked him what was going to happen?

A    Yes.

Q    And what did Defendant Kadamovas tell you was going to happen to Nick Kharabadze and George Safiev when you asked him that question?

A    At first he told me, as he told me prior, that they will be put on a plane and they will go back to Russia.  To which I explained that these two people live in America and they can't be going anywhere.  He explained to me that yes, but they probably will send them to Las Vegas, they will put them on a plane, they will go to Las Vegas, and they're going to get drunk and stay there.  Which I said that it can't be true, because again, as I knew Nick Kharabadze he was living in America and he would have probably reported what happened to him, he should have, and basically they knew, Mr. Kharabadze and Mr. Safiev, where the office was and they knew people involved and they could have easily pointed out.  To which Mr. Kadamovas replied yes, but basically they have a bridge, as he said, they have a big bridge somewhere six hours up north in

**DRAFT COPY**

Markovskis - Direct / By Ms. DeWitt          106

California and that's what they intend to do, they intend to take people, at least Mr. Kharabadze and Safiev, to that bridge and as he put it "dump them off the bridge."

Q    Did Defendant Kadamovas -- so basically when he told you that they were going to take them to Las Vegas and -- take them to Russia then to Las Vegas and you told him that didn't make sense, that's when he told you about taking them to this bridge?

A    Yes, because I was telling him that I saw their IDs, I know that they are Americans and I asked them, and I was basically pressing him for the information that I (***)

Q    And what did Defendant Kadamovas tell you about this particular bridge?

A    About this bridge, he said that it's six hours up north in California.  It's in a secluded area.  It's some kind of a lake or water reservoir.  He said that they took people previously there.  It's not the first time; they took people there before. And that's what he said they were doing.

Q    And just to be clear, what did he say he was going to do at the bridge with respect to Mr. Safiev and Mr. Kharabadze?

A    He said they're going to dump them off the bridge, or throw them off the bridge.

Q    What was your response when Defendant Kadamovas told you they were going to dump Mr. Kharabadze and Mr. Safiev off the bridge?

**DRAFT COPY**

Markovskis - Direct / By Ms. DeWitt          107

A     I asked him why for instance something's supposed to happen to Mr. Kharabadze.  I talked to him, I didn't have a chance to talk to Mr. Safiev, but I said that Mr. Kharabadze, he doesn't even understand what is going on, he's basically just a bystander, he's scared, so why is something supposed to happen to him.  To which Mr. Kadamovas explained that he said that they're going to kill anybody just so they can sleep peacefully.

Q     And when Mr. Kadamovas told you that they would kill anybody so you could sleep peacefully, what was your response to that?

A     I was scared.  He meant that they would kill anybody who knows anything.  So I was in a position to find out that there is a bridge that the people would be killed and I asked so what about me?

Q     And what was his response when you said to him "What about me?"

A     He said, "You're with us, aren't you, so you have nothing to fear."

Q     Now, during this conversation, Mr. Kharabadze (sic), what, if anything, did Defendant Kadamovas say -- else did he say about his future plans to use this bridge?

A     That's his words, but he said that basically he liked that place so much that he will be taking people there and throw them off the bridge as long as necessary and as long as the

**DRAFT COPY**

Markovskis - Direct / By Ms. DeWitt          108

bodies would be showing up on the surface, basically on top of the water.

Q    Mr. Markovskis, can you explain what you mean -- what he meant or what you understood he meant when he said until they go up to the surface?

A    Surface of the water or the top, so the bodies will be piling up on top of the other until they would be seen from the top of the bridge on the surface.

Q    Defendant Kadamovas told you he was going to continue dumping bodies off the bridge until they piled up to the top of the surface of the water?

A    Yes, that's --

        MR. RUBIN:  Objection.  Asked and answered.

        THE COURT:  No, overruled.

BY MS. DeWITT:

Q    You can answer.

A    Yes, that's what he said.

Q    Did Defendant Kadamovas tell you how long he intended to continue to use this bridge?

A    During this conversation he told me that he had plans to collect a big sum of money, he said $50 million he needed personally for himself, that he needed money for legitimate businesses which he was planning to establish, he needed a plane so they can move around easily -- more easier, that he would be continuing to doing what he's doing until he would

DRAFT COPY

Markovskis - Direct / By Ms. DeWitt          109

collect that necessary amount of money.

Q   Okay.  And just to be clear, Mr. Markovskis, when he said that he needed to make this $50 million, what did you understand he intended to do to make that $50 million?

A   His intention was, as I understood, to continue to abduct and extort money from people and kill them.

Q   And did Defendant Kadamovas explain to you what he wanted to use this $50 million for?

A   Yes.  He told me, like I said, he needed money for different companies.  He wanted to establish a legitimate money base, basically legalized money.  He needed to renovate or make a bigger house.  He wanted to make a music album.  He needed money to establish, as he said, a base in Europe.  He needed money for the phases.

Q   And I think you said to buy a jet, to buy a plane?

A   Yes.  I was saying his intention was to buy a plane.

Q   And, Mr. Markovskis, when Defendant Kadamovas told you that he intended to continue killing people and dumping their bodies and making this $50 million, what was your response to that?

A   I was scared.  Like I said, the only thing I said that -- I was listening to what he was explaining.  I was really scared.

Q   Mr. Markovskis, during this long conversation that you had with Defendant Kadamovas did he tell you anything about any

**DRAFT COPY**

Markovskis - Direct / By Ms. DeWitt          110

particular victim that had been thrown off the bridge?

A     Yes.  He was mentioning a person and it was, as he said --
to him it was a funny story, he was laughing and describing
this particular event.  He didn't mention the name of the
person, he described him only as a fat Jew, fat, heavy person,
which he was throwing, as he said, over the rails of the bridge
and what was funny to him when he was describing it that the
person was heavy plus there were lots of weights on him, put on
his body, and while they were throwing him off the bridge or
were putting him over the rails, as he said, that person
"crapped his pants."  That's how he said it.  So that's -- it
was very funny to him.

Q     At some point, Mr. Markovskis, did you leave the house on
the hill?

A     Yes, I did.

Q     And what time did you leave the house on the hill?

A     Early in the morning, around maybe 7:00, 6:00.

Q     When you left the house on the hill had Ainar Altmanis
come back to relieve you at that time?

A     Yes, he did.

Q     And, Mr. Markovskis, did you ever see Nick Kharabadze or
George Safiev again after that?

A     No.

Q     When you left the house at that time what did you think
was going to happen to Nick Kharabadze and George Safiev?

**DRAFT COPY**