# GOVERNMENT EXHIBIT 7

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Wednesday, October 25, 2006 |
| JURIJUS KADAMOVAS, | ) | (9:30 a.m. to 11:57 a.m.) |
| | ) | (1:33 p.m. to  4:24 p.m.) |
| Defendants. | ) | |

JURY TRIAL (31st DAY)
(VOLUME XXXI)

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

Muscatel - Direct / By Mr. Dugdale          31

that night?

A    Because my husband was very predictable and was extremely timely with me.

Q    And what did you do when your husband didn't show up that evening?

A    I called my daughter Jennie.  I absolutely panicked, because I did try to call Myer on his cell.  And the cell went into the answer mode, which that to me was indicative that something was weird.

        And I called my daughter and said would she go with me to the chess club and just see, you know, what's going on, see if he was there.

Q    And did you go look for your husband that night?

A    Yes, I did.

Q    And were you able to find him?

A    No.

Q    And did you ever see your husband again after you parted from him on the evening of October 11th of 2001?

A    No.

Q    I have a few other brief questions about Mr. Muscatel.

        First of all, was he a religious man?

A    Yes, he was.

Q    And what religion did he practice?

A    Judaism.

Q    And as a result of practicing Judaism, did he have any

Faktorovich - Direct / By Ms. Meyer          155

**MS. DeWITT:**  Your Honor, can I just please have one second to get someone?

**THE COURT:**  All right.

**(Pause)**

**MS. DeWITT:**  Thank you, your Honor.

**MS. MEYER:**  Your Honor, at this time the Government calls Ms. Nelli Faktorovich to the stand.

**THE COURT:**  Please come forward.

The clerk as stepped out so I'm going to swear you as a witness.

**MS. MEYER:**  Your Honor, this witness is going to use a Russian language interpreter.

**THE COURT:**  All right.

Please raise your right hand.

**(Witness sworn)**

**THE COURT:**  Please have a seat on the witness stand.

State both your first and last name and spell both.

**THE WITNESS:**  Ninel Faktorovich.  N-I-N-E-L.  Last name Faktorovich, F-as in Frank-A-K-T-O-R-O-V-I-C-H.

**MS. MEYER:**  Thank you, your Honor.

**DIRECT EXAMINATION**

**(Testimony translated through interpreter)**

BY MS. MEYER:

Q    Good afternoon, Ms. Faktorovich.

A    Hello.

Korogodska - Direct / By Ms. Meyer          186

THE CLERK:  Would you please spell your name?

THE WITNESS:  In Russian?

THE COURT:  No, not in Russian.  Well, if you do it in Russian you'll translate it.

THE WITNESS:  S-v-i-t-l-a-n-a K-o-r-o-g-o-d-s-k-a.

THE INTERPRETER:  Interpreter's spelling: K-o-r-o-g-o-d, as in "David," s, as in "Sam, k-a.

**DIRECT EXAMINATION**

**(Testimony Translated Through Interpreter)**

BY MS. MEYER:

Q    Ms. Korogodska, what do you do for a living?

A    I help my husband in a business.

Q    Where is that business located?

A    It's outside of the United States.

Q    In the Ukraine?

A    Yes.

Q    In December 2001, Ms. Korogodska, where did you work?

A    I worked at Pekler Group here in the United States.

Q    When did you start working at the Pekler Group?

A    Sometime in August of 2001.

Q    And what was your position there?

A    Bookkeeper.

Q    Ms. Korogodska, back in December of 2001, do you recall a Russian gentleman coming into your offices to see Ms. Pekler?

A    Yes.

EXCEPTIONAL REPORTING SERVICES, INC

Korogodska - Direct / By Ms. Meyer          187

Q    When did that occur?

A    This was a couple of days prior to her disappearance.

Q    Do you remember the date?

A    Yes.  December 3rd.

Q    Is there a reason you remember that date?

A    Yes.

Q    Why?

A    It's my -- it was my father's birthday and I, generally, go to church on that day.

Q    Ms. Korogodska, do you remember about what time that Russian gentleman came into the offices on December 3rd, 2001?

A    It was after lunch.

Q    Did he have an appointment?

A    No.

Q    Did he give you his name at that time?

A    When he walked into the office, no.

Q    Did he speak Russian?

A    Yes.

Q    Can you be specific about what kind of accent he had, what kind of Russian accent he had?

A    Yes.  I immediately determined that he was from Russia.

Q    Can you be more specific?  A town?

A    He was speaking, or at least trying to fake, the way somebody speaks from Moscow.

Q    Ms. Korogodska, was Ms. Pekler in the offices when this

Korogodska - Direct / By Ms. Meyer          188

person stopped by on December 3rd?

A     No.

Q     Did someone else speak to him, then?

A     Yes.

Q     Who?

A     Nelli Faktorovich.

Q     Approximately how long did this Russian gentleman stay in the office that day?

A     I can't say exactly.  But I would say 20 minutes to half an hour.

Q     Ms. Korogodska, did you ever speak to this man on the phone?

A     Yes.

Q     When?

A     The following day.

Q     So that would be December 4th, 2001?

A     Yes.

Q     When he spoke to you, what did he say?

A     He cancelled the appointment that he set for that day.

Q     Did you take down a written message of this phone call?

A     Yes.

Q     Could you please take a look at what Agent Davidson is going to hand you as Government's Exhibit 1276, which has already been admitted into evidence?  And I'll ask Ms. DeWitt to please publish Page 58 of that exhibit.

Korogodska - Direct / By Ms. Meyer          189

A     Yes, this is our book.

Q     What do you mean by "our book"?

A     It has our address listed here, plus I remember it.

Q     Ms. Korogodska, can you turn to the page that's marked with a post-it, please?

A     Okay.

Q     And at the top of that page, is that the message that this person left when they called back?

A     Yes.

Q     When he called did he give his name?

A     Yes.

Q     And what was it?

A     This is Volodia.

Q     Ms. Korogodska, how did you know that the person who called and identified him as Volodia on December 4th, 2001 was the same Russian gentleman who had come into the offices on December 3rd, 2001?

A     On December 4th, he was the only one who had an appointment for that day who had the name Volodia.

Q     And you said that when you took down this message that he called to cancel that appointment; is that right?

A     Yes.

Q     Let's take a closer look at that message.

      What's the date on that message?

A     The date that's listed here says "11-04."

EXCEPTIONAL REPORTING SERVICES, INC

Korogodska - Direct / By Ms. Meyer          190

Q    Is that a mistake, Ms. Korogodska?

A    Yes.  This is an automatic mistake.  When you write a lot of messages in the course of one month, you automatically put down the same -- especially the -- specifically in the beginning of the month you automatically put down that same month.

Q    So when did the call actually come in?

A    It was the 12th of December -- no, I mean December 4th.

Q    And in that message Volodia left his phone number.

Did he tell you why he was leaving his phone number?

A    He said that he was running late and he said that he wasn't going to make it, he had an appointment somewhere else and that's why he asked.  He asked Rita to call him back on this number.

Q    Ms. Korogodska, what did you do when you finished taking down this message?

A    I ripped out the original of this message.  I attached it to a clean sheet of paper and I put it on Rita's desk.

Q    So was Ms. Pekler in the office when this call came in on December 4th?

A    No, she was not in the office.

Q    Did you ever see Ms. Pekler retrieve the message that you left on her desk?

A    Yes, yes.

Q    When?

EXCEPTIONAL REPORTING SERVICES, INC

Korogodska - Direct / By Ms. Meyer            191

A     The next day.

Q     When she saw the message did she say anything to you?

A     She took the piece of paper in her hand.  And I'm the one who started saying, "Volodia called."  And she said, "I see it, I see it."  And that was it.

Q     While she was holding this piece of paper did you see her place a phone call?

A     Yes.

Q     Now, you said this was the next day.

Do you mean December 5th, 2001, the day of her disappearance?

A     Yes.

Q     Did you overhear this conversation that she placed while holding this note in her hand?  At least what Ms. Pekler was saying.

A     I wasn't trying to eavesdrop on purpose.  But we're in a small office, so I did hear some things.

Q     And what did you hear?  Can you describe that for the jury, please?

A     She was being invited to a meeting -- I mean, no.  Just a moment.  I am actually quoting her right now.  "So we're going to go there without a broker?  Do you have the keys?"

Then, there was a conversation.  He was saying something.  And then she was explaining to him that in the United States what needs to be done with the bank when

Korogodska - Direct / By Ms. Meyer        192

purchasing real estate.  The last thing that I recall her saying was, "And then we'll return to the office but you'll go to lunch without me."

Q    So, Ms. Korogodska, do you recall whether Ms. Pekler made this call before lunch sometime?

A    Yes, before lunch.

Q    Do you recall her saying the name of the person she was talking to?

A    I don't recall, no.

Q    Ms. Korogodska, did she then say where she was going to be going for this meeting?

A    During the conversation with him -- you see, I live in the Valley and I realized that she -- that this was going to take place in the Valley.  Rita was getting directions of where to go.  And the streets that were being described were streets that I was familiar with.

Q    And do you have -- did she say a general area where she was going for this meeting?

A    I heard the street -- I heard "Ventura" as one of the streets.

Q    During this phone call was Ms. Pekler speaking English or Russian?

A    In Russian.

Q    After the call was over, did Ms. Pekler leave the office?

A    Not immediately after the telephone conversation but

EXCEPTIONAL REPORTING SERVICES, INC

Korogodska - Direct / By Ms. Meyer          193

eventually, yes.

Q    Did you ever see Ms. Pekler again?

A    No.

Q    Ms. Korogodska, in March of 2002, were you shown two series of photos by law enforcement?

A    Yes.

Q    Did members of law enforcement speak to you in English?

A    Yes.

Q    Ms. Korogodska --

A    Yes.

Q    -- do you understand English?

A    Yes.

Q    Did you understand it at the time?

A    Yes.  They spoke very slowly and very clearly.  I asked them to.

Q    When they showed you one of those series, what did they ask you?

A    I can't tell you word for word.  But the gist of it was whether or not I know somebody, whether or not somebody is familiar to me on those photographs.

Q    And did you?

A    Yes, I did.

Q    So after you identified somebody did you tell law enforcement who this person was?

A    Yes.

Korogodska - Cross / By Mr. Lasting                194

Q    Could you tell the jury what you told to law enforcement about this person?

A    I told them that this man came to our office; that he had an appointment that he scheduled for the following day, December 4th; that he called on December 4th and cancelled the appointment; and that this gentleman introduced himself as Volodia.

Q    Ms. Korogodska, did you provide this answer in English?

A    Yes.  I spoke English.

Q    Ms. Korogodska, did members of law enforcement show you a second series of photographs?

A    Yes.

Q    Were you able to pick anyone out of that series of photographs?

A    No.

        MS. MEYER:  No further questions, your Honor.

        MR. CALLAHAN:  No questions, your Honor.

        THE COURT:  Mr. Lasting?

        MR. LASTING:  Yes.  Thank you, your Honor.

                    CROSS EXAMINATION

BY MR. LASTING:

Q    Ms. Korogodska, good afternoon.

        On the date when the Russian gentleman first came into the Pekler Group's office, where were you located?

A    Should I tell you the address?

EXCEPTIONAL REPORTING SERVICES, INC