# GOVERNMENT

# EXHIBIT 9

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Thursday, October 26, 2006 |
| JURIJUS KADAMOVAS, | ) | (9:37 a.m. to 11:54 a.m.) |
| | ) | (1:32 p.m. to  4:17 p.m.) |
| Defendants. | ) | |

JURY TRIAL (32nd DAY)
(VOLUME XXXII)

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

Berchem - Direct / By Ms. Meyer                27

A    That's the six-pack.  It's six -- we call them six-packs. There's six pictures in a framed environment.

Q    Is that the one containing the photograph of Mr. Kadamovas?

A    Yes.

        MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibit 1272 into evidence.

        THE COURT:  Received this date.

    **(Government's Exhibit Number 1272 was received in evidence)**

        MS. MEYER:  And if I could have Ms. DeWitt please publish -- oh, already published.

**BY MR. MEYER:**

Q    Detective Berchem, can you tell the jury what happened when you showed Ms. Koragotska this six-pack?

A    Yes.  She identified Mr. Kadamovas as the person that came to the office known as Velodia.

Q    Did she point him out immediately?

A    Yes.

Q    Now, you said you showed Ms. Koragotska --

        THE COURT:  Let's stop a minute.

        Which one of these specific six photographs on Exhibit 1272 did she pick out?

        THE WITNESS:  Photo number two.

        THE COURT:  Can you circle that?

Berchem - Direct / By Ms. Meyer                28

**MS. MEYER:**  Thank you, your Honor.

**BY MS. MEYER:**

Q    Now, you said you showed her a second six-pack; is that right?

A    Yes.

Q    Who was in that six-pack?

A    Mr. Altmanis.

Q    And what did she do when you showed her that six-pack?

A    Nothing.

Q    She didn't identify anybody?

A    No.

Q    Now, after Ms. Koragotska picked out Mr. Kadamovas in this six-pack, did you prepare a report to that effect?

A    Yes.

Q    When?

**THE COURT:**  In which six-pack?  Exhibit -- "this," "that," doesn't make sense.

**MS. MEYER:**  Correct, your Honor.  I'm sorry.

Exhibit 1272 on screen.

**BY MS. MEYER:**

Q    When Ms. Koragotska identified Mr. Kadamovas in place two in that six-pack, Exhibit 1272, did you prepare a report of that I.D.?

A    Yes.

Q    When?

**EXCEPTIONAL REPORTING SERVICES, INC**

Berchem - Cross / By Mr. Lasting                40

In total, how many pictures did you show her?

A    Twelve.

Q    So you showed her two different six-packs.

A    Yes.

Q    Did she tell you that she was surprised that only two of the persons depicted in those photographs appeared to her to be Russian?

A    No.

Q    Did she tell you that she recalled that the individual known as Velodia had reddish hair or red hair?

A    No.

Q    Did -- these six-packs, the two six-packs, the 12 photographs:  Did you show them to anybody else on the same date, that is, March the 6th, 2002?

A    Yes.

Q    Who else did you show them to?

A    Nellie.  The lady I referred to as Nellie.

Q    And did she make any identification when she looked at these pictures?

A    No.  She wasn't going to make an identification.

        MR. LASTING:  Your Honor, I'd move to strike everything after the word "no."

        THE COURT:  All right.  Everything after the word "no" will be struck.

        MR. LASTING:  Thank you.