# GOVERNMENT

# EXHIBIT 12

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# DRAFT COPY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Friday, December 1, 2006 |
| JURIJUS KADAMOVAS, | ) | (12:04 p.m. to 3:55 p.m.) |
| | ) | |
| Defendants. | ) | |

JURY TRIAL (47th DAY)
(VOLUME XLVII)

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

Posey - Direct / By Ms. DeWitt                    34

Q    Okay.  And now, Mr. Posey, can you direct your attention specifically to Government's Exhibit 1438?

A    Okay.

Q    And for the record I'm now showing that to the jury on the overhead.

What does this report relate to?

A    It's a report on samples that were submitted on a Rita Pekler.

Q    And what specimens were sent to you for testing with respect to the body identified as that of Rita Pekler?

A    I received chest fluid, heart blood, granular substance from the stomach, kidney, liver and brain.

Q    Who requested that you conduct that testing?

A    Again, Dr. Isel through the Yosemite Pathology Medical Group.

Q    When were those specimens sent to you?

A    I received them 27 March of 2002.

Q    And these specimens were recovered from a body found in the New Melones Reservoir on March 19th, 2002; is that correct?

A    Yes.

Q    What tests did you conduct with respect to these specimens?

A    A complete drug screen looking for over 250 compounds, as well as alcohol.

Q    Can you tell the jury what the results of your toxilogical

**DRAFT COPY**

Posey - Cross / By Mr. Callahan                35

testing on these specimens was?

A    I found ethyl alcohol at a level of .03 grams percent.
There was the presence of Dyphenhydromine in the blood.  It was
.91 milligrams per liter.  And in the liver it was present at a
level 5.39 milligrams per kilogram.

Q    And, Mr. Posey, what effect would you expect from the
combination of the level of Dyphenhydromine and alcohol
contained in this particular body?

A    There would be a combined effect with the two drugs.  The
individual would be more impaired with the central nervous
system than they would be with an alcohol of just an 03.

          MS. DeWITT:  No further questions, your Honor.

          THE COURT:  Mr. Rubin?

          MR. RUBIN:  I'm sorry, it's Mr. Callahan.

          THE COURT:  Well, you objected.  See, yesterday I let
it slide.  But only one attorney per --

          MR. RUBIN:  I said I get excited, your Honor.  I'm
sorry.

          THE COURT:  Well.  Mr. Callahan?

                    CROSS EXAMINATION

BY MR. CALLAHAN:

Q    Mr. Posey, before your involvement in the investigation of
this case, had you had previous experience with the drug
Dimedrol?

A    With Dyphenhydromine, yes.

**DRAFT COPY**

Davidson - Direct / By Mr. Dugdale          106

**BY MR. DUGDALE:**

Q    And Special Agent Davidson, do you recognize Government's Exhibit Number 1215?

A    I do.

Q    And what is it?

A    This is an application for a phone with the telephone number 818-585-8468.  And the name of John Miller is given as the customer name.

Q    And was that number up in the corner that's in the right-hand --

A    This is the number up here of this phone.  And this is the name that the phone was under.

Q    Okay.  And is that the number that Shy Cohen provided law enforcement concerning his contact with Myer Muscatel on October 12th of 2001?

A    It was.

Q    And prior to today, did you have an opportunity to obtain phone records for this particular phone, this John Miller phone?  I'm going it the call the John Miller phone.

A    I did.

Q    And I'm going to have Special Agent Perez now hand you what's been marked for identification as Government's Exhibit Number 711.

        And, Special Agent Davidson, do you recognize Government's Exhibit Number 711?

**DRAFT COPY**

Davidson - Direct / By Mr. Dugdale          107

A       I do.

Q       And what is it?

A       This is subscriber information and call detail for the John Miller phone.

Q       What are call detail records?

A       They're like toll records.  It's just a record of the calls that were made on this phone.

Q       And you say they're like toll records.

        What are toll records?

A       Toll records, it's the -- toll records are calls that are tolled.  That's generally the bill that the customer gets.

        These are generated from the internal systems of the phone company.  So they provide those calls and sometimes a few more calls then would actually be billed.

Q       And are those records that you used to conduct your analysis of the use of the John Miller prepaid phone?

A       They are.

Q       And were these records produced to the FBI pursuant to a subpoena with an accompanying business records declaration?

A       They were.

        **MR. DUGDALE:**  Your Honor, these were the subject of a prior motion.  At this time the Government would move to admit Government's Exhibit Number 711.

        **THE COURT:**  711 admitted this date.

        **(Government's Exhibit Number 711 was received in evidence)**

                              **DRAFT COPY**

Davidson - Direct / By Mr. Dugdale                126

phone calls Roman, Rita's husband, Roman Khayumov.

Q    And was there any significance to that call in your mind as a result of your investigation?

A    Again, I think that because Rita was the person using the Victor Polockie phone that she was in fact in contact or had had contact with the user of the Victor Polockie phone, the original user that called her prior to her abduction.

Q    Now, in addition to looking at the John Miller phone and the Victor Polockie phone, did you also analyze a prepaid cell phone that you believed or you determined it was associated with the Alex Umansky kidnapping?

A    I did.

Q    And how did you make a determination that a prepaid cell phone was associated with the Alexander Umansky kidnapping?

A    A few ways.  One, Michael Umansky and Irina Prishedko provided me with that number.  And then during the time that we intercepted the calls that came in from Alex Umansky, through personal observation, I observed that number on the caller ID feature of their phones.

Q    Okay.  So these were calls, following the abduction, that were made to request ransom; is that right?

A    That's right.

Q    And these were phone calls and you saw the number that was being called; is that correct?

A    Exactly, yes.

**DRAFT COPY**

Davidson - Direct / By Mr. Dugdale          127

Q     And did you determine, through your investigation, who the subscriber was to this phone that was calling Irina Prishedko and Michael Umansky during the course of the abduction?

A     I did.

Q     And who was the subscriber to that phone?

A     This phone was subscribed to Ian Polack, P-o-l-a-c-k.

Q     And what was the number of that phone?

A     The phone number was 818-259-1740.

Q     Special Agent Davidson, I'm now going to publish what's previously been received as Government's Exhibit Number 1293.

        **MR. DUGDALE:**  And, your Honor, if we could briefly switch back to the computer mode now.

        **THE COURT:**  All right.  Let's take our next afternoon recess, approximately 10 minutes.

    **(Jury exits at 3:00 p.m.)**

    **(Recess taken from 3:00 p.m. to 3:11 p.m.; parties present)**

    **(Outside the presence of the jury)**

        **THE COURT:**  Outside the presence of the Jury.

        The record will indicate all parties and Counsel are present.

        Any Counsel want to address the Court?

        **MR. SPEAKER:**  No, sir.

        **THE COURT:**  All right.

        I'll bring the Jury in.

**DRAFT COPY**

Davidson - Direct / By Mr. Dugdale          134

Ms. Prishedko and the family members of Alexander Umansky's

call and receiving those calls from the Ian Polack phone?

A     That is what I spoke about earlier.  Yes.

Q     Now lastly, in the course of your investigation, did you

analyze the use of a fourth pre-paid cell phone during the

period of time covering the abductions of Nick Kharabadze and

George Safiev?

A     I did.

Q     And what particular cell phone number did you investigate

in connection with their disappearance?

A     It was 818 268 9422.

Q     And can you explain to the Jury what led you to

investigate that particular cell phone?

A     We received information that this phone was involved in

Nick's disappearance.  And that information came from Gary

Paronyan, who had accessed or was able to access Nick's voice

mail subsequent to the time that he disappeared.

        And he listened to a voice mail message from somebody

purporting to be Natalya, who left that number as a contact

number for her on Nick's voice mail.

Q     And was a pre-paid phone using that phone number, 818 268

9422, ultimately seized in this case?

A     It was.

Q     And where was that phone seized?

A     At defendant Mikhel's residence.

**DRAFT COPY**

Davidson - Direct / By Mr. Dugdale               135

Q    At this point in time, I'm going to have Special Agent

Perez hand you what's been previously admitted as Government's

Exhibit Number 138.

Q    And Special Agent Davidson, do you recognize Government's

Exhibit Number 138?

A    I do.

Q    And what is it?

A    It's a cell phone that was seized at defendant Mikhel's

residence.

Q    And what is the phone number that is used to utilize that

cell phone?

A    818 268 9422.

Q    Okay.  And is that the same phone number that was left on

that Gary Paronyan message from Natalya from Moscow?

A    It was.

Q    Now, during the course of your investigation, did you

obtain and review telephone toll records for this particular

phone, for the phone that is in your hand that was seized from

defendant Mikhel's residence?

A    I did.

Q    I'm now going to have Special Agent Perez hand you what's

been marked for identification as Government's Exhibit Number

714-B.

            THE COURT:  What happened to 729?

            MR. DUGDALE:  One moment, your Honor.

**DRAFT COPY**

Davidson - Direct / By Mr. Dugdale          136

That will be introduced next, your Honor.

THE COURT:  Okay.

MR. DUGDALE:  Actually after 720-B, it will be introduced.

THE COURT:  All right.  714-B is?

MR. DUGDALE:  Is before the witness, your Honor.

BY MR. DUGDALE:

Q    And Special Agent Davidson, do you recognize Government's Exhibit Number 714-B?

A    I do.

Q    And what is Exhibit 714-B?

A    These are cell phone records for 818 268 9422.

Q    And is that the cell phone that was seized from defendant Mikhel's house?

A    It was.

Q    And were those records produced to the FBI pursuant to a subpoena and returned with a business record declaration?

A    They were.

MR. DUGDALE:  Your Honor, at this point in time the Government would move for the admission of Government's Exhibit Number 714-B.

THE COURT:  Admitted this date, 714-B.

**(Government's Exhibit Number 714-B was received in evidence)**

//

**DRAFT COPY**

Davidson - Direct / By Mr. Dugdale          137

BY MR. DUGDALE:

Q    Special Agent Davidson, did you also obtain and review toll records for a cell phone subscribed to Nick Kharabadze to ascertain any contacts that he may have had to that phone that was found at defendant Mikhel's residence?

A    I did.

Q    Can you please take a look now at Government's Exhibit Number 720-B.

And Special Agent Davidson, do you recognize Government's Exhibit Number 720-B?

A    I do.

Q    And what is Exhibit 720-B?

A    These are cell phone records for Nick Kharabadze's cell phone.

Q    And were those records that were produced to the FBI pursuant to a subpoena and returned with a business records declaration?

A    They were.

MR. DUGDALE:  Your Honor, at this time the Government would offer Government's Exhibit Number 720-B into evidence.

THE COURT:  Received this date.

(Government's Exhibit Number 720-B was received in evidence)

//

//

DRAFT COPY

Davidson - Direct / By Mr. Dugdale          138

**BY MR. DUGDALE:**

Q    Now Special Agent Davidson, we talked about these two new sets of phone records, the phone records for the phone that was found at defendant Mikhel's residence, and the phone records for Nick Kharabadze's cell phone.

What did you do with those records after you received them?

A    Again, I combined them into a chart similar to this chart that's on the screen right now and the previous charts that we've talked about.

**MR. DUGDALE:**  Your Honor, at this point in time I'm going to have Special Agent Perez hand Special Agent Davidson Government's Exhibit Number 729 for identification.

**THE COURT:**  729.

**BY MR. DUGDALE:**

Q    And Special Agent Davidson, do you recognize Government's Exhibit Number 729?

A    I do.

Q    And what is it?

A    This is calls leading up to the abductions of Nick Kharabadze and George Safiev.

And the calls occurred between 1/17 and 1/20, 2002, inclusive of those dates.

Q    And does this chart accurately reflect calls and when they were made and who they were made to based upon the phone

**DRAFT COPY**

Davidson - Direct / By Mr. Dugdale          139

records that we've just talked about?

A     This chart does.  Yes.

Q     And do you believe that this chart would assist the Jury

and the Court in following along on when those phone calls were

made and who they were made to?

A     I do.

Q     And does it accurately summarize the information that you

have in the phone records before you?

A     I believe it does.  Yes.

          **MR. DUGDALE:**  Your Honor, at this time the Government

would move for the admission of Government's Exhibit Number

729, and request permission to publish it on the ELMO.

          **THE COURT:**  729 is received this date.

          And I've switched to the ELMO mode.

          **MR. DUGDALE:**  Thank you, Your Honor.

     **(Government's Exhibit Number 729 was received in evidence)**

**BY MR. DUGDALE:**

Q     On the screen we have Exhibit 729 now.

          Special Agent Davidson, were there any contacts

between - Well, first of all, on this chart here, there is a

reference to something called the 'Affordable Portables' phone.

          What is that?

A     That phone is the name that we gave 818 268 9422.  That's

the pre-paid phone that we were just discussing.

Q     And why was it named the 'Affordable Portables' phone?

**DRAFT COPY**

Davidson - Direct / By Mr. Dugdale          140

A    There was no subscriber information provided associated with that phone.

And since the phone was purchased at an Affordable Portables store, we decided that we would call it either the 'Affordable Portables' phone, or the 'Portables' phone, as you'll see on a different chart.

Q    Okay.  And is that - Just to be clear, was it a phone or something else that was purchased at Affordable Portables?

A    I'm sorry.  It was not a phone.  It was actually what you call a 'SIM' card.

Q    And what is a 'SIM' card?

A    It's a small chip which is essentially the brains of the phone.  It contains the telephone number and stores other important information.

Q    And is that SIM card - The SIM card stores the number for phone, is that right?

A    It does.

Q    Okay.  And is that SIM card in Government's Exhibit Number 138, the phone that was seized from defendant Mikhel's residence?

A    It is.

Q    Okay.  So when we're referencing the Affordable Portables phone, we're referencing that phone number associated with that SIM chip, is that right?

A    That's exactly right.  Yes.

**DRAFT COPY**

Davidson - Direct / By Mr. Dugdale          141

Q    Okay.  And were there any contacts between what we'll call the 'Affordable Portables' phone and numbers associated with Nick Kharabadze prior to his disappearance on the late afternoon or afternoon of January 20th of 2002?

A    There are.

Q    And can you identify on this chart where those contacts are noted?

A    I can.  (Witness reviewing and marking chart)

Q    Okay.  You're circling a red line there.

A    And I'll just read the dates.

From 1/17, and this is a little blurry.  I've got it in front of me here.  1/17 at 2:48 p.m. through 1/20 at 12:56 p.m., these are calls that are associated - the calls between the Affordable Portables phone and numbers that are associated with Nick Kharabadze prior to his disappearance.

Q    Okay.  Where did the first five of these phone calls go?

A    They went to Matador Media, which is the production company that Nick was associated with.

Q    And where did the subsequent five calls go from that phone after that?

A    To Nick Kharabadze's cell phone; 818 731 4324.

Q    And after this series of calls from the phone that was seized from defendant Mikhel's residence to Matador Media and Nick Kharabadze, was there a return phone call from Nick Kharabadze to that phone?

**DRAFT COPY**

Davidson - Direct / By Mr. Dugdale          142

A    There was.  And that call is depicted right there (indicating).

At 2:52 p.m., Nick Kharabadze's cell phone called the Affordable Portables phone on January 20th, 2002.

Q    And were there any additional phone calls from the Affordable Portables phone that date to anyone?

A    There was.

Q    And who was the additional phone call to that day?

A    Alex Gutenmakher.

Q    Okay.  And was there any significance to the fact that the Affordable Portables phone called Alex Gutenmakher at that time?

A    There was.

Q    And what was that?

A    That was actually Nick using that phone to call Alex Gutenmakher.

Q    So again, like the case of Meyer Muscatel, who had contacts to Shy Cohen and Angel Kehianian and Rita Pekler to Roman, her husband, and the Ian Polack phone, to the loved ones concerning the ransom payment, this is another instance where the victim is contacting somebody, is that right?

A    That's right.  Using the phone that was involved with his abduction prior to his abduction.

THE COURT:  Who was Alex Gutenmakher, one more time?

THE WITNESS:  Alex Gutenmakher is a friend of Nick

**DRAFT COPY**

Davidson - Direct / By Mr. Dugdale          143

Kharabadze's.

**BY MR. DUGDALE:**

Q    Okay.  Who testified earlier in this trial, is that right?

A    Yes.

Q    Now, in addition to the evidence that you found showing these contacts between Nick Kharabadze and the Affordable Portables phone and then to Alex Gutenmakher subsequently on January 20th of 2002, did you find other records showing the use of that phone that was seized from defendant Mikhel's house after January 20th of 2002?

A    I did.

Q    And what, specifically, did you find through your review of the records for the Affordable Portables phone about the use of that phone after January 20th, 2002?

A    We found, specifically, that the Affordable Portables phone was used to call Konstantinos Tezhik, who is a business associate of George Safiev's.

Q    And did the use of the Affordable Portables phone to contact Konstantinos Tezhik, did that mirror the use of the Ian Polack pre-paid phone in any sort of way?

A    It did.

Q    How so?

A    It was used to discuss or demand ransom payments.

Q    I'm now going to have you take a look at what's been marked for identification as Government's Exhibit Number 732.

**DRAFT COPY**

Davidson - Direct / By Mr. Dugdale          144

And, Special Agent Davidson, do you recognize Government's Exhibit Number 732?

A    I do.

Q    And what is it?

A    This is calls placed by the Affordable Portables pre-paid cell phone that was seized at defendant Mikhel's residence, and the dates of the calls, 1/27/2002 through February 17th, 2002.

Q    And does this chart that you created, does this accurately reflect everything from the records that you were able to determine concerning the use of that phone during that time period?

A    Yes.

MR. DUGDALE:  Your Honor, at this point in time the Government would move for the admission of Government's Exhibit Number 732.

THE COURT:  Received into evidence this date.

(Government's Exhibit Number 732 was received in evidence)

BY MR. DUGDALE:

Q    And how many pages long is Government's Exhibit Number 732?

A    It's two pages.

Q    I'm going to put the first page down.

And before we go through the information on this chart, or some of the information on this chart, I'm going to ask you how many records did you have to review in order to

DRAFT COPY