# GOVERNMENT EXHIBIT 15

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

---

THE HONORABLE DICKRAN TEVRIZIAN, JUDGE PRESIDING

United States of America,            )

                    Plaintiff,       )

                                     )

vs.                                  )    Case No.

                                     )    CR 02-220(B)-DT

Iouri Mikhel and Jurlius             )

Kadamovas,                           )

                    Defendants.      )

_____    )


REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS

Day 25

(Morning Session)

Los Angeles, California

Friday, October 13, 2006

Pamela A. Seijas, CSR, FCRR
Official Reporter
Roybal Federal Building
255 East Temple Street
Room 181-I
Los Angeles, California  90012
(213) 687-0446

3

APPEARANCES CONTINUED:

FOR DEFENDANT            RICHARD P. LASTING

JURLIUS KADAMOVAS:       1717 FOURTH STREET

                         THIRD FLOOR

                         SANTA MONICA, CA  90401

                              - AND -

                         SONIA E. CHAHIN

                         2222 FOOTHILL BOULEVARD

                         SUITE e-278

                         LA CANADA, CA  91011


THE RUSSIAN              ALEX J. LEVOFF

INTERPRETERS:            LUDMILLA GENN

                         ZOYA SPIVAKOVSKY

                         VARVARA OLSON

21

A.   Yes.  In two parts.

Q.   And how much money did you receive in cash as a result of your role in assisting the defendants in the kidnapping of Mr. Umansky?

A.   $14,500.

Q.   Can you explain how you received that cash.

A.   Yes.  First time, Mikhel and Krylov came to my apartment and personally brought me $5,000, and explained to me that the second part of $10,000 is not going to be exactly $10,000 because they said if I want to receive the money in cash, I have to agree to lose $500 out of that money.

Because the person who cashes the check and that converts the check into cash takes $500 of the thousand as his fee.  I don't know whether it's true or not.

Q.   So in total, what was the amount of cash that you received as a result of assisting in the kidnapping?

A.   $14,500.

Q.   Yesterday you testified about a conversation you had with defendant Mikhel where he told you that someone in Russia was going to try to get more money from the Umansky family after Mr. Umansky was killed.  Do you recall that testimony?

A.   Yes.  Mikhel explained -- yes.  Mikhel explained that to me after my objections regarding the -- the amount of money.

Q.   And did Mr. Mikhel tell you what story was going to be told to the Umansky family in order to convince them to pay more

22

money?

A.    Yes.  He told me that they were going to tell the same story, that Umansky been drunk, run over a child, and there are more money needed for the treatment.

Q.    Now, you testified earlier about a failed plan to use Ms. Pekler to lure Mr. Safiev to you.  And -- to you and the defendants so he could be kidnapped.  Do you know, did the defendants give up their efforts to kidnap Mr. Safiev after this effort to use Ms. Pekler to lure him to them failed?

A.    No.  They didn't abandon the plan.

Q.    And how did you find out -- what did -- what did you find out to indicate to you that that plan had been reinitiated to kidnap Mr. Safiev?

A.    I received a call from Kadamovas.  In that call he said they found out that Safiev came back to Los Angeles, and they have another plan to kidnap him.

Q.    Were you told what this plan was?

A.    Yes.  Same date for the kidnapping.

Q.    Where were you told was this plan was?

A.    In the office of Water World.

Q.    Who was present when this plan was explained to you?

A.    When I came to the office at 10:00 in the morning, there were -- there were Kadamovas, Mikhel, Krylov there, a new person, Alex Markovskis, and Natalya Solovyeva.

Q.    Who explained the plan to you?

42

Q.   And where did the handcuffs come from that were used to cuff Mr. Kharabadze's leg to the barstool?

A.   Could you clarify, please, whether they appeared in the office or appeared in that moment.

Q.   How did they get to the office?  Do you know how the handcuffs were there?

A.   Same way as the rest of the weapons, in the -- in the black sport bag.

Q.   Now, after Mr. Kharabadze entered Design Water World and was handcuffed to the chair and the items were taken from him, did somebody say something to Mr. Kharabadze?

A.   After that, he was given opportunity to smoke, and he ordered whatever he wanted to drink.  And after that, we explained to him what was the problem why he was there.  Mikhel and Kadamovas told him.

Q.   And what did defendants Mikhel and Kadamovas tell Mr. Kharabadze at this time?

A.   Told them that he wasn't careful in choosing his friends and acquaintances.

Q.   Did they explain to him what they meant by that?

A.   After a while, they explained to him that they meant Safiev.

Q.   And what did they tell Mr. Kharabadze about Mr. Safiev?

A.   That Safiev was a crook and stole a lot of money from somebody in Russia.  And he had a very good life using that

43

money.

Q.    And did they tell Mr. Kharabadze what they wanted to do with Mr. Safiev?

A.    Yes.  We told them that myself, Markovskis, Kadamovas, Mikhel, Petro and Natalya were there to collect the money from Safiev and send it back to Russia.  That we were sent by a person whom he sent money from.

Q.    Did they explain where your group was from?

A.    Yes.  It was explained to Kharabadze that we are -- we were from Russia.

Q.    Did anybody explain to Mr. Kharabadze what they wanted him to do?

A.    Yes.  Mikhel and Kadamovas explained to him that he made a mistake having Safiev for a friend.  Because he was his closest associate and co-owner of the business, he would have to play a rather simple role.

Q.    Did they explain what that meant?

A.    After Kharabadze asked several questions, they explained to him that Kharabadze would have to call Safiev for a meeting.

Q.    And what was the purpose of having Mr. Kharabadze call Safiev for this meeting?

A.    It was done so Safiev would come and be trapped.  Because they didn't have anything against Kharabadze because Kharabadze was just friend.  And it was explained to Kharabadze that after he -- he fulfilled that request, he would be freed because there

44

were nothing against him personally.

Q.   And did the defendants explain to Mr. Kharabadze where they wanted him to lure Mr. Safiev to?

A.   Yes.  Kadamovas and Mikhel explained Kharabadze the workings of the trap which was supposed to trap Safiev.  The most important thing was which way Kharabadze would present the whole thing, how would he attract Safiev.

Q.   Okay.

A.   In the place.

Q.   What location did they want Mr. Kharabadze to attract Safiev to?

A.   The same place where we all were in Water World.

Q.   Did they tell Mr. Kharabadze what they would do to him if he cooperated with this plan?

A.   Yes.  Mikhel and Kadamovas explained to him that after Kharabadze does the thing that they ask him to do, he would be freed.  And Kharabadze asked what's going to happen to Safiev.

MR. RUBIN:  Objection, Your Honor.  Non-responsive.

THE COURT:  Overruled.

BY MR. DUGDALE:

Q.   When Mr. Kharabadze asked what was going to happen to Mr. Safiev, what did the defendants tell him would happen to Mr. Safiev if Mr. Kharabadze cooperated with them?

A.   Same thing that -- with Kharabadze.  They needed money. The person who hired them wanted his money back.

45

Q.   And so what did they tell Mr. Kharabadze would happen to
Mr. Safiev if they got that money back?

MR. RUBIN:  I am going to object to "they" again,
Your Honor.

THE COURT:  I will sustain an objection as to the term
"they."

MR. DUGDALE:  That's fine, Your Honor.

THE COURT:  Just ask who the speaking party or parties
were, who was present.  You are going to get this objection, and
it's technically correct each time.

MR. DUGDALE:  I understand but -- yes.  The testimony has
been -- I will specify for this, Your Honor.

Q.   First of all, Mr. Altmanis, who was present around
Mr. Kharabadze when these things that we have been talking about
were told to him?

A.   Mikhel and Kadamovas talked directly to Kharabadze.  Myself
and Markovskis didn't pay any attention.  We kept playing pool.
I don't remember what Krylov was doing at that time, where he
was.  Because several times, Mikhel stopped us because we were
playing too noisily.

Q.   Is it the case that during this entire conversation, that
both the defendants were explaining these things to
Mr. Kharabadze?

MR. RUBIN:  Objection.  That's leading.  Also there is a
problem with his ability --

46

THE COURT:  I will sustain the objection as to form.

BY MR. DUGDALE:

Q.   Who was speaking to Mr. Kharabadze when all of this was going on?

MR. RUBIN:  Again, objection, Your Honor.  It's speculation.  He said he wasn't paying attention.  He was playing pool.

THE COURT:  But he can see who was speaking.  He doesn't necessarily have to know what was said.  Remember, you know, statements of a co-conspirator in the course of a conspiracy are admitted against all co-conspirators.

MR. RUBIN:  Yes.

BY MR. DUGDALE:

Q.   So, Mr. Altmanis, you described several statements that were made to Mr. Kharabadze.  Who were the people -- who made these statements to Mr. Kharabadze?

MR. RUBIN:  Objection, Your Honor.  No foundation.

THE COURT:  No.  I am going to overrule the objection.

THE WITNESS:  Mikhel and Kadamovas.

BY MR. DUGDALE:

Q.   And were you present in Design Water World when this was happening?

A.   Yes.  I was next to them.

Q.   And could you hear what was being said?

A.   Yes.  I heard very well what was being said.

47

Q.   How far away is this pool table away from the bar area where this -- these conversations were taking place?

A.   One step.  Very close.

Q.   Did you hear either of the defendants talk to Mr. Kharabadze about what they were going to do to Mr. Safiev in the event he returned the money they wanted?

A.   As soon as -- as soon as the entire amount that he had stolen would be returned, he will be -- he would be set free, together with Kharabadze.

Q.   And who told this to Mr. Kharabadze?

A.   Mikhel did.

Q.   Now, at this point in time, did Mr. Kharabadze provide the defendants with any information concerning Mr. Safiev's whereabouts that night?

A.   Yes.  He provided the information that Safiev was at the meeting with an important person.

Q.   And did either of the defendants ask Mr. Kharabadze to do anything after he provided this information that Mr. Safiev was at this meeting?

A.   Yes.  Mikhel and Kharabadze asked -- I'm sorry.

THE INTERPRETER:  Interpreter's correction.

THE WITNESS:  Mikhel and Kadamovas asked Kharabadze what would be the best way to make Safiev come to the Water World.

BY MR. DUGDALE:

Q.   How did Mr. Kharabadze respond to that question about what

48

the best way would be to get Mr. Safiev to come to Design Water World?

A.   He asked for a moment to think.  And he said that there was a possibility to make Safiev interested with events that were taking place regarding Golden Globe.  And because Safiev and Kharabadze were partners in the motion pictures business, that would be a good excuse to bring Safiev to meet new actors and new producers and new people.

Q.   Who did Mr. Kharabadze tell this information to?

A.   Both to Mikhel and Kadamovas.

Q.   And as a result of this discussion that occurred between Mr. Kharabadze, Mr. Mikhel, and Mr. Kadamovas, was there a specific plan formulated as to how to get Mr. Safiev to Design Water World that day?

A.   Yes.  All three of them -- Mikhel, Kadamovas, and Kharabadze -- created a plan of how to get Mr. Safiev interested and make him come to the Water World.

Q.   What was that plan?

A.   Yes.  Kharabadze was supposed to say to Safiev that there was a possibility for them to get to the Golden Globe event, and that he will introduce him to a producer there, and also that there will be a chance for him to meet some other people.

And that -- and that Kharabadze was going to wait for him in one of the private bars, and he gave him the address of the Water World.

49

Q.   Now, after coming up with this story to tell Mr. Safiev, did Mr. Kharabadze make a phone call to Mr. Safiev?

A.   Yes.

Q.   Did you hear Mr. Kharabadze make this phone call?

A.   Yes.  It was heard very well because Mikhel told everyone to shut up, and it was complete silence.

Q.   Can you explain to the jury what happened when Mr. Kharabadze called Mr. Safiev on this occasion.

A.   He got to Safiev, and he explained to him the story that it was possible to get to the Golden Globe.

But Safiev told him that he was unable to come because he was right in the middle of very important meeting and dinner.

Q.   And is this information that Mr. Kharabadze shared to your group, that Mr. Safiev was not going to go along with this plan?

A.   Yes.  He told -- he said that there was no way Safiev would be coming, and Kharabadze looked a little bit upset and at a loss.

Q.   And did the defendants, either of the defendants, respond to Kharabadze looking this way, upset and distraught as a result of the failure to get Mr. Safiev there at that time?

A.   Yes.  Mikhel told him, "Well, think, think.  What are all the possibilities to bring him here?  It's in your interests."

Q.   And after defendant Mikhel told Mr. Kharabadze it was in his interests to come up with a new plan to get Mr. Safiev there, did Mr. Kharabadze propose a new plan to lure Mr. Safiev

50

to that location?

A.    Yes.  He said that it would be possible to bring him here by using a tradition that after the Golden Globe event, there were always after-parties, and maybe Safiev would be interested in it and would come.

Q.    And what was -- how did defendant Mikhel react to this suggestion by Mr. Kharabadze as a way to lure Mr. Safiev to them?

A.    He liked this version.  Everyone liked it.  We just clarified a little bit how it would happen.  And Kharabadze said that a very good thing would be to have invitations to the party.

Q.    And did Mr. Kharabadze eventually call Mr. Safiev with this new proposal to lure him to Design Water World?

A.    Yes, he did.  He called him again.

Q.    When did that phone call take place in relationship to the first phone call that was made to Mr. Safiev by Mr. Kharabadze?

A.    About 40 minutes later, half an hour, yes.  Half an hour.

Q.    Okay.  And did Mr. Kharabadze -- did you hear this phone call that Mr. Kharabadze placed to Mr. Safiev?

A.    Yes.  I heard it very well.

Q.    And can you describe for the jury what happened during this phone call to Mr. Safiev from Mr. Kharabadze?

A.    Kharabadze again apologized for bothering Safiev during such an important meeting and dinner, but he said that again

51

there were two invitations to that party.

Q.   And did Mr. Kharabadze tell the people present at Design Water World what Mr. Safiev's response was to this phone call?

A.   Yes, he did.  He said that Safiev said that he was at a party, and that he couldn't, and whether it was possible to wait a little bit.  But Kharabadze was insisting, and he said that, "Well, listen.  You see, we have two invitations, and you understand how important it is for our business."

And Kharabadze -- and Kharabadze managed to talk Safiev into it, and Safiev asked him for the address of the place where he was supposed to go.

Q.   Did Mr. Kharabadze give Mr. Safiev this address?

A.   Yes.  They gave him -- I don't remember.  Either Kadamovas or Mikhel wrote down on a piece of paper the address and how to find it.  And also so that Safiev would know what it is, Kharabadze had to tell Safiev that it was a private bar.

Q.   And did Mr. Kharabadze pass on this information to Mr. Safiev that you discussed here?

A.   Completely.  Whatever have been -- had been said and whatever had been written, he passed it on to Safiev.

Q.   And just so we're clear here, who was present at Design Water World when this second attempt was made to lure Mr. Safiev to that location?

A.   I was there personally, Markovskis, Kadamovas, Mikhel, and Krylov.

52

Q.   Now, after this phone call in which Mr. Safiev agreed to come to this location provided by Mr. Kharabadze, did the people inside Design Water World formulate a plan in anticipation of Mr. Safiev's arrival?

A.   Yes.  The only concern was that it was possible that Safiev would come not by himself, but that he would bring a friend or someone else.  That's why a small plan was worked out to back up.

Q.   And what was this plan that was worked out concerning -- to take into account the contingency of whether Mr. Safiev showed up alone or with someone else?

A.   Krylov was told to place himself across from the Water World on the street on Ventura and Woodman so that he would be able to see who would arrive.

Q.   And what would occur if Mr. Safiev arrived alone?

A.   He would have -- he would have to give a sign that Safiev came by himself, and everything would have been the same.  The door would have been open and Safiev -- and --

THE INTERPRETER:  Interpreter's correction.

THE WITNESS:  Markovskis and myself would be playing pool. Kadamovas would be standing behind the bar as a barman, and Mikhel would be sitting at the bar as a visitor, and Kharabadze would be also sitting at the bar as a visitor.

BY MR. DUGDALE:

Q.   Under the plan that was formulated at this time, what would