# GOVERNMENT EXHIBIT 17

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Thursday, September 14, 2006 |
| JURIJUS KADAMOVAS, | ) | (9:29 a.m. to 12:19 p.m.) |
| | ) | (1:33 p.m. to  4:38 p.m.) |
| Defendants. | ) | |

JURY TRIAL (21st DAY)
(Volume XXI)

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

Konstantinos Tezhik - Video Deposition                89

THE COURT:  All right.  Ladies and gentlemen of the jury, exhibits 36 through 65 are admitted.  Some of them are duplicate exhibits.  And this will be used during the deposition of Konstantinos Tezhik.  And that will be the next tape that will be played for you.

MR. DUGDALE:  Thank you, your Honor.  At this time the government will play the last of the three depositions that the jury will have to hear at trial, which is the deposition of Konstantinos Tezhik.

**(Start playing of video deposition of Konstantinos Tezhik at 1:54 p.m.)**

EXAMINATION

"MR. DUGDALE:   Please place the witness and the interpreter under oath.  Can we also swear the interpreter in Los Angeles?

"QUESTION:  (By Mr. Dugdale)  Mr. Tezhik before we start, I want to remind you that you're under oath and that even though we're not in the courtroom your testimony has the same effect as if you were testifying --

THE COURT:  You're going to have to do better than this.

MR. DUGDALE:  We're working on it, your Honor.

THE COURT:  The sound is not –

MR. DUGDALE:  I understand it.  We have it all the

EXCEPTIONAL REPORTING SERVICES, INC

Konstantinos Tezhik - Video Deposition                90

way up there.  For some reason it's not working.

**(Resume playing of video deposition at 1:55 p.m.)**

"MR. DUGDALE:  Please place the witness and the interpreter under oath.  Can we also swear the interpreter in Los Angeles as well?

"Good morning, Mr. Tezhik --

**MS. MEYER:**  Your Honor, we did test this last night, and it was fine.

**THE COURT:**  Let me give the jury a break.  And then you get these

**MR. DUGDALE:**  Thank you.

**THE COURT:**  Technical difficulties solved.

**(Jury exits)**

**(Recess taken from 1:56 p.m. to 3:02 p.m.; parties present)**

**(Outside the presence of the jurors)**

**THE COURT:**  All right.  Let's go back on the record.  Outside the presence of the jury.

It appears you've got your technical problem solved?

**MR. DUGDALE:**  Yes, your Honor.

**THE COURT:**  I'll bring the jury out.

**MR. DUGDALE:**  Thank you.

**THE CLERK:**  Okay.  We're ready to start.

**THE COURT:**  Now, we may not finish playing this deposition tomorrow.

MR. DUGDALE:  No, I think we're going to be an hour short anyway, but it probably is in the neighborhood of an hour and a half.  That's right.

**(Pause)**

**(Jurors enter the courtroom at 3:03 p.m.)**

**(All jurors, parties, and counsel present)**

THE COURT:  All right.  The record will indicate that all jurors are present, all parties are present, counsel are present.

I think the technical problems have been solved. We'll thank the technical staff, Mr. Laurel, Mr. Hardy, and the Three Stooges.

**(Laughter)**

MR. DUGDALE:  Okay.  The gremlins are gone now, your Honor, and this will work.

THE COURT:  All right.

MR. DUGDALE:  Before we start, your Honor, there is one correction.  I spoke with Mr. Rubin about this.  The date on the video appears as October 3rd, 2002.  It actually was October 3rd of 2005, and it will go over to October 4th of 2005 as well.

**(Resume playing of video deposition at 1:55 p.m.)**

MR. DUGDALE:  Can you please place the witness and the interpreter under oath?

(Witness and interpreter sworn)

**EXCEPTIONAL REPORTING SERVICES, INC**

Konstantinos Tezhik – Video Deposition                    92

MR. DUGDALE:  Can you also swear the interpreter in Los Angeles as well?

(Los Angeles interpreter sworn)

BY MR. DUGDALE:

"QUESTION:  Good morning, Mr. Tezhik.

"ANSWER:  Good morning.

"QUESTION:  Mr. Tezhik, before we start, I want to remind you that you're under oath, and that even though we're not in a courtroom, your testimony has the same effect as if you were testifying in a court of law before a judge.

Do you understand that?

"ANSWER:  Yes.

"QUESTION:  Mr. Tezhik, what is your native language?

"ANSWER:  Russian.

"QUESTION:  And are you testifying with the assistance of an interpreter today?

"ANSWER:  Yes.

"QUESTION:  How old are you, Mr. Tezhik?

"ANSWER:  I'm 41 years old.

"QUESTION:  And what do you do for a living?

"ANSWER:  I work in a company as a consultant selling clothes.

"QUESTION:  What is the name of that company?

"ANSWER:  The company is called Caesar.

Konstantinos Tezhik – Video Deposition                    93

"QUESTION:  Did you know a man by the name of George Safiev?

"ANSWER:  Yes.

"QUESTION:  And how did you know Mr. Safiev?

"ANSWER:  We met through mutual friends some quite time ago.

"QUESTION:  Do you have an estimation as to when you first met Mr. Safiev?

"ANSWER:  At the beginning of the '90s.

"QUESTION:  And did you eventually start a business with Mr. Safiev?

"ANSWER:  We worked together starting from 1994.

"QUESTION:  Mr. Tezhik, I'm handing you what has been marked for identification as Government's Exhibit Number 36.

Do you recognize the person in that photograph?

"ANSWER:  Yes.

"QUESTION:  And who is the person in that photograph?

"ANSWER:  Georgy Safiev.

"QUESTION:  Now, you mentioned that you started a business relationship with Mr. Safiev in the mid '90s; I believe you said 1994.  Is that the Caesar's business where you currently work?

"MR. RUBIN:  I'm going to object.  That's a leading question.

Konstantinos Tezhik – Video Deposition                    94

"THE WITNESS:  Yes.

BY MR. DUGDALE:

"QUESTION:  And what role do you play in that business?

"ANSWER:  Currently I am a consultant and the person who organizes contracts, who arranges contracts to purchase the product.

"QUESTION:  And that product is clothes; is that correct?

"ANSWER:  Clothes and footwear.

"QUESTION:  And what role did Mr. Safiev play in that business?

"ANSWER:  He created this company.

"QUESTION:  Is there a time where you became aware that Mr. Safiev started a business in California?

"ANSWER:  He organized a company there.

"QUESTION:  And what was the name of that company?

"ANSWER:  Matador Media.

"QUESTION:  And did you play a role in Matador Media in addition to Mr. Safiev?

"ANSWER:  I was a secretary in the company.

"QUESTION:  And where was that company based?

"ANSWER:  In Los Angeles.

"QUESTION:  And when Mr. Safiev started that company in Los Angeles, did he live in Los Angeles at some

Konstantinos Tezhik - Video Deposition                    95

point in time when he started the company?

"ANSWER:  Both; in Los Angeles and in Moscow.

"QUESTION:  And can you give an estimation on the
time when this business was started with you and
Mr. Safiev, Matador Media?

"MR. RUBIN:  Objection.  That assumes facts not in
evidence.

"MR. DUGDALE:  Let me restate the question.

BY MR. DUGDALE:

"QUESTION:  When did Matador Media start its
business?

"ANSWER:  The company was registered in the year of
2000.

"QUESTION:  And when did Mr. Safiev come to Los
Angeles to start that company?

"ANSWER:  Also in 2000.

"QUESTION:  Are you generally familiar with what type
of business Matador Media engaged in?

"ANSWER:  Yes.

"QUESTION:  And what type of business did Matador
Media engage in?

"ANSWER:  The company was engaged in preparation to
shoot movies.

"QUESTION:  In addition to yourself and Mr. Safiev as
people who worked in this company, is there another

EXCEPTIONAL REPORTING SERVICES, INC

Konstantinos Tezhik - Video Deposition                96

principal in the company, meaning another director or

executive in the company?

"ANSWER:  Yes.

"QUESTION:  And what was his name?

"ANSWER:  Nick Kharabadze.

"QUESTION:  Mr. Tezhik, I'm handing you what has been

marked for identification as Government's Exhibit

Number 37.

Do you recognize the person in that photograph?

"ANSWER:  Yes.

"QUESTION:  And who is that person?

"ANSWER:  Nick Kharabadze.

"QUESTION:  And what role did Mr. Kharabadze play at

Matador Media?

"ANSWER:  He was one of the directors of the company.

"QUESTION:  Are you aware of the nature of his

relationship with Mr. Safiev?

"ANSWER:  They had business relationship and they

were friends.

"QUESTION:  Mr. Tezhik, I would now like to turn your

attention to the date of Monday, January 21st, 2001.

Do you have that date in mind?  2002.

"ANSWER:  Yes.

"QUESTION:  And where were you that day?

"ANSWER:  I was in the city of London.

Konstantinos Tezhik - Video Deposition                    97

"QUESTION:  And what were you doing in the city of London that day?

"ANSWER:  I was having a vacation.

"QUESTION:  Did you receive a telephone call from Mr. Safiev that day?

"ANSWER:  Yes.

"QUESTION:  And what telephone did you have over which you received that call, meaning what was the telephone number of the telephone that you had that received this call?

"ANSWER:  That was an English telephone, and the number of it was 077 11 244348.

"QUESTION:  And can you explain the circumstances under which you received this call from Mr. Safiev while you were in London?

"ANSWER:  It was in the morning around 8:00 a.m.

"QUESTION:  And during this telephone call did Mr. Safiev ask you to do anything?

"ANSWER:  He wanted to know how I was doing, and also he asked me what available balance we had in our account.

"QUESTION:  And what account did he refer to?

"ANSWER:  We were talking about the account of the company Albury Trade.

"MR. RUBIN:  I'm sorry; could we spell it?

Konstantinos Tezhik - Video Deposition                98

"MR. DUGDALE:  Sure.  It's A-L-B-U-R-Y Trade.

"MR. RUBIN:  "Thank you.

BY MR. DUGDALE:

"QUESTION:  Did he explain to you why he wanted to know the account balance for that account?

"ANSWER:  No.

"QUESTION:  Did you give him an account balance for that account?

"ANSWER:  Yes.

"QUESTION:  And what did you tell him was the account balance in that account?

"ANSWER:  I did not know the exact amount, so I gave him an estimated number, which was around one million dollars.

"QUESTION:  Did Mr. Safiev say anything else to you during this telephone call?

"ANSWER:  He said that he needed a transfer to be done but that the amount of the transfer and the address he will tell me later.

"QUESTION:  Did you, in fact, receive an additional phone call from Mr. Safiev?

"ANSWER:  Yes.

"QUESTION:  And when did that telephone call occur?

"ANSWER:  Approximately two hours after the first one.

Konstantinos Tezhik - Video Deposition                    99

"QUESTION:  And what did he tell you during the second telephone call?

"ANSWER:  He dictated to me the name of the company, he gave me the bank account, the number of the bank account of this company, and he told me the amount.

"QUESTION:  Okay.  Let's take those things one at a time.

What was the name of the account he told you to send the money to?

"ANSWER:  The company was called Capital Solutions.

"QUESTION:  Was there a name that he gave you that was attached to that company?

"ANSWER:  Yes.

And the name was Thomas Noms.

"QUESTION:  And you mentioned that he also gave you an amount that he wanted transferred to that company.

What amount did he ask you to transfer to that company?

"ANSWER:  He gave me the amount of 969,000 American dollars.

"QUESTION:  And where was this money going to come from that was going to the Capital Solutions account?

"ANSWER:  We were talking about the account of the company Albury Trade.

"QUESTION:  Where is that bank account located; what

Konstantinos Tezhik - Video Deposition          100

bank?

"ANSWER:  In UBS Bank in Singapore.

"QUESTION:  During this phone call did Mr. Safiev ask you any additional questions about this wire transfer and how it could be accomplished?

"ANSWER:  He asked me to do it as soon as possible, and also he asked me how soon he will be able to get the confirmation number.

"QUESTION:  And what did you tell him about those subjects?

"ANSWER:  I told him that I hoped that the transfer could be performed that day or the following day, but the confirmation of the transfer we would be able to receive not sooner than next day.

"QUESTION:  Now, Mr. Tezhik, after you received these instructions from Mr. Safiev concerning transferring the money to the Capital Solutions account, what did you do?

"ANSWER:  I called the manager of the company to Moscow and asked him to send the fax with all the instructions to Singapore.

"QUESTION:  And when you talk about the manager of the company, who exactly is the person who you contacted?

"ANSWER:  I am talking about Mihael Protopopov.

Konstantinos Tezhik - Video Deposition                    101

"QUESTION:  And does Mr. Protopopov, does he have a nickname?

"ANSWER:  Misha.  M-I-S-H-A.

"QUESTION:  And what company does he manage?

"ANSWER:  He didn't manage it, but he was working in the company Caesar's.

"QUESTION:  Now, the conversations that you testified about with Mr. Safiev occurred on January 21st, 2002. Did you hear from Mr. Safiev the following day?

"ANSWER:  Safiev and I did talk the following day.

"QUESTION:  And when you talked on that day, Tuesday, January 22nd, what did Mr. Safiev tell you?

"ANSWER:  He asked me whether the transfer had been performed, and I confirmed that it had, and he thanked me.

"QUESTION:  Did you tell Mr. Safiev who had helped you with the transfer by faxing the information to the bank in Singapore?

"ANSWER:  Yes.

"QUESTION:  And what did you tell him in that respect?

"ANSWER:  I told him that I asked Misha to help me to do this transfer because I did not have the fax machine at my disposal, and that as soon as I got the referenced confirmation number I would be able to let

Konstantinos Tezhik - Video Deposition                    102

him know this number where we will find it out from Misha.

"QUESTION:  And by the way, Mr. Tezhik, were you still in London when this phone call happened?

"ANSWER:  Yes.

"QUESTION:  And did this phone call occur over the same telephone as the calls the day before?

"ANSWER:  Yes.

"QUESTION:  Mr. Tezhik, I'm now going to play you a track from a recorded conversation from a disk that has been marked -- it's a mini disk -- that has been marked as Government's Exhibit 47.

And for counsels' benefit, as well as the Court and the jury, I'm playing Track 11.  And there's a transcript of this conversation that's been marked as Government's Exhibit 48.  And the transcript for Track 11 is on page 12 of Government's Exhibit 48.

So, Mr. Tezhik, I would like for you to turn to Government's Exhibit 48.

THE INTERPRETER:  Forty-eight or 47?

MR. DUGDALE:  Forty-eight.  And page 12.  And I would like you to follow along when we play Track 11.

And, for the record, this is a conversation which occurs in Russian, and Exhibit 48, page 12, contains the English transcript of that conversation.

Konstantinos Tezhik – Video Deposition        103

And I would now ask that Track 11 of Exhibit 47 be played.

(Recording played back)

BY MR. DUGDALE:

"QUESTION:  Mr. Tezhik, did you recognize any of the voices in that tape that we just listened to?

"ANSWER:  Yes.  One of the voices is that of Georgy Safiev.

"QUESTION:  And which -- and how is that designated in the transcript?  Which voice did you hear that is Mr. Safiev's voice?

"ANSWER:  GS.

"QUESTION:  So it is the words that follow the designation "GS" on the transcript; is that correct?

"ANSWER:  Yes.

"QUESTION:  And in this transcript Mr. Safiev discusses Albury Trade and Finance S.A.  How did that company relate to your discussions with Mr. Safiev that you testified about that occurred on January 21st and 22nd of 2002?

"ANSWER:  This is the name of the company from the account of which the money was transferred on his request.

"QUESTION:  And during this tape of Mr. Safiev's voice he says, "Thank you very much, Misha."  Did

EXCEPTIONAL REPORTING SERVICES, INC

Konstantinos Tezhik – Video Deposition            104

somebody named Misha play a role in this transfer?

"ANSWER:  Yes.  This is the nickname of Mihael

Protopopov, the one who helped to send the fax.

"QUESTION:  And after Mr. Safiev speaks, a person

says, "Singapore."  Did the country of Singapore have

some sort of connection to this transaction as well?

"ANSWER:  Yes.  The account of this company is

located in Singapore.

"QUESTION:  Mr. Tezhik, the last conversation that

you talked about with Mr. Safiev occurred on January

22nd of the year 2002.  Did you ever hear from

Mr. Safiev again after that date?

"ANSWER:  No.

"QUESTION:  After January 22nd of 2002, did you

receive any telephone calls concerning Mr. Safiev's

whereabouts?

"ANSWER:  Yes.

"QUESTION:  And when did the first of these telephone

calls occur?

"ANSWER:  On the 26th.

"QUESTION:  And where were you on the 26th when you

received this call?

"ANSWER:  In Austria.

"QUESTION:  And do you recall the telephone over

which you received this call?

Konstantinos Tezhik - Video Deposition                    105

"ANSWER:  On one of two of my telephones.

"QUESTION:  And which one of two would this be?

"ANSWER:  I think it was my French number.

"QUESTION:  Do you recall what the phone number is for that?

"ANSWER:  Yes.

"QUESTION:  And what is the telephone number for this phone?

"ANSWER:  377 607 935688.

"QUESTION:  And did the caller who called about Mr. Safiev's whereabouts in this time give you a name?

"ANSWER:  Yes.

"QUESTION:  What did he tell you his name was?

"ANSWER:  He said that his name was Raul.

"QUESTION:  And what did this person who told you his name was Raul tell you about Mr. Safiev?

"ANSWER:  He said that Georgy was having problems and he was in Mexico.

"QUESTION:  Did he tell you about anything about -- well, strike that.

Did you ask him who Georgy was with?

"ANSWER:  Yes.  I asked him what kind of problems Georgy was having, whether with the police or not.

"QUESTION:  And when you asked whether the problems

Konstantinos Tezhik - Video Deposition                    106

were with the police, what did Raul tell you?

"ANSWER:  He said no, not with the police, but with
other people.

"QUESTION:  And did you have any understanding at
that time of what that meant?

"ANSWER:  No.

"QUESTION:  Did Raul tell you anything else about
Mr. Safiev's circumstances at that time?

"ANSWER:  I'm not sure because he called again and I
talked to him several times.

"QUESTION:  Well, in this conversation on January
26th, did he give you any information about calling
you back?

"ANSWER:  Yes.  He told me that he would call me back
the following day.

"QUESTION:  And did he, in fact, call you back the
following day?

"ANSWER:  Yes.

"QUESTION:  So this was January 27th, 2002, correct?

"ANSWER:  Yes.

"QUESTION:  And where were you when you received this
telephone call?

"ANSWER:  In Austria.

"QUESTION:  And is this person who called on this
occasion the same person who called you the previous

Konstantinos Tezhik - Video Deposition                    107

day?

"ANSWER:  Yes.

"QUESTION:  And is this person called on this occasion the same person who called you the previous day?

"ANSWER:  Yes.

"QUESTION:  In other words, did the person have the same voice?

"ANSWER:  Yes.

"QUESTION:  On this occasion did Raul provide you additional information concerning Mr. Safiev?

"ANSWER:  Yes.

"QUESTION:  And what did he tell you?

"ANSWER:  He said that Georgy was having problems -- Georgy was having problems and that a deal, some kind of a deal -- and he didn't mention what deal -- fell through and that some people very unhappy.  He mentioned the words '200 pounds.'  He was talking in a roundabout way but he was trying to let me understand that it was some kind of a very important deal.

"QUESTION:  And was it your understanding that this deal was why Mr. Safiev was being held?

"ANSWER:  Yes.

"QUESTION:  Did you make any requests insofar as

Konstantinos Tezhik - Video Deposition                    108

Mr. Safiev was concerned to Raul during this conversation?

"ANSWER:  Yes.  I asked him whether if he was able to talk to him -- to me.

"QUESTION:  And when you asked Raul if Mr. Safiev was available to talk you what did Raul tell you?

"ANSWER:  He said in English, 'This is not an option.'

"QUESTION:  And did he also explain where Mr. Safiev was being held at this time; what did he tell you about Mr. Safiev's location and where he was?

"ANSWER:  He said that Mr. Safiev was in Mexico and that some people were unhappy.

"QUESTION:  Did Raul tell you anything about any communications from Mr. Safiev at that time?

"ANSWER:  He said that it was impossible to contact him because telephones were not working there?

"QUESTION:  Did he mention any written communication from Mr. Safiev?

"ANSWER:  He said that he had a document written by Mr. Safiev in the Russian language that he was going to send this document to me but first he wanted to find a translator.

"QUESTION:  Now this telephone call that you're testifying about took place on January 27th; where

Konstantinos Tezhik - Video Deposition          109

were you when this phone call occurred?

"ANSWER:  In Austria.

"QUESTION:  Did you leave Austria after this phone call?

"ANSWER:  Yes, the following day.

"QUESTION:  And when did you hear from Raul again?

"ANSWER:  In January on the 29th.

"QUESTION:  And what did you discuss in this conversation with Raul?

"ANSWER:  He said that he was still looking for a translator and that soon he was going to fax this document to me and that from that document everything will become clear to me.

"QUESTION:  And did you eventually receive that document?

"ANSWER:  Yes, in a day.

"QUESTION:  So this is January 30th of 2002; is that right?

"ANSWER:  Yes.

"QUESTION:  Before you received that document from Raul on January 30th, did Raul call you that day?

"ANSWER:  Yes.

"QUESTION:  And where were you when you received this call from Raul?

"ANSWER:  In Moscow.

Konstantinos Tezhik - Video Deposition                110

"QUESTION:  And what did Raul tell you when he called this time?

"ANSWER:  He said that when I received the document I would understand everything.

"QUESTION:  Did you tell him where he could send the document?

THE INTERPRETER:  Say it again.

"MR. DUGDALE:  Yes.

"BY MR. DUGDALE:

"QUESTION:  Did you tell Raul where he could send this document that would explain everything?

"ANSWER:  Yes, I gave him a fax number.

"QUESTION:  What fax number did you give him?

"ANSWER:  Of a friend of mine in London.

"QUESTION:  And what's that friend's name?

"ANSWER:  Bashir.

"QUESTION:  And what's his last name?

"ANSWER:  Dalla.

"QUESTION:  And why did you give Raul the fax for this friend to have him send the fax to that friend of yours?

"ANSWER:  I was not in my office.  And I was not next to a fax machine and in order not to lose this document the first thing that came to my mind was to give this fax number of a friend of mine.

Konstantinos Tezhik - Video Deposition                    111

"QUESTION:  Do you recall the fax number that you gave him?

"ANSWER:  44-207-589-790.

"THE INTERPRETER:  Interpreter's correction:  The last three numbers -- the last four numbers would be 7090.

"MR. CALLAHAN:  Can we just have the whole number again?

"THE INTERPRETER:  Yes.  442075897090.

"MR. CALLAHAN:  Thank you.

"BY MR. DUGDALE:

"QUESTION:  And prior to this conversation about the fax did you reinitiate your request to speak with Mr. Safiev?

"ANSWER:  Yes.

"QUESTION:  And what were you told when you did?

"ANSWER:  That it was not possible at that time.

"QUESTION:  Did Raul explain why it wasn't possible?

"ANSWER:  He said that Georgy was in Mexico far away and that he, Raul, was not together with him but that he was going to be with him at some time -- some time later.

"QUESTION:  Now Mr. Tezhik, after this telephone call where you gave this person identifying himself as Raul the fax number to fax this document from

Konstantinos Tezhik - Video Deposition          112

Mr. Safiev to, did you ultimately receive a document?

"ANSWER:  Yes.

"QUESTION:  I would now like to have you take a look

what has been marked for identification as

Government's Exhibit 64 --

"MR. DUGDALE:  And for the record, this is a document

that is written in Russia -- Russian and there is a

translation of this document at Government's Exhibit

64-A.

BY MR. DUGDALE:

"QUESTION:  Mr. Tezhik, do you recognize this

document?

"ANSWER:  Yes.

"QUESTION:  And what is that document?

"ANSWER:  This is the fax that I received.

"QUESTION:  And did you discuss this fax with Raul

before receiving it?

"ANSWER:  Yes.

"QUESTION:  And did you discuss this letter with Raul

after receiving it?

"ANSWER:  Yes.

"QUESTION:  And what language was this letter that

you received from Mr. -- or Raul?

"ANSWER:  Russian.

"QUESTION:  Now you testified before that you speak

Konstantinos Tezhik - Video Deposition                113

Russian, correct?

"ANSWER:  Yes.

"QUESTION:  Are you also proficient in the written and spoken English as well?

"ANSWER:  More or less.

"QUESTION:  I would like you to take a look at Government's Exhibit Number 64-A and have you reviewed that document prior to today's date?

"ANSWER:  Yes.

"QUESTION:  And does that document accurately depict an English translation of Government's Exhibit Number 64?

"ANSWER:  Yes.

"QUESTION:  Mr. Tezhik, is there a fax line in this document that indicates where the document came from?

"ANSWER:  Yes.

"QUESTION:  And what fax number did it come from?

"ANSWER:  1-818-884-1850.

"QUESTION:  And is there a place indicated where the fax came from?

"ANSWER:  Yes.

"QUESTION:  And what is that place?

"ANSWER:  It says, 'Kinko's, 2501 Woodland H.'

"QUESTION:  And is there a date and time for the fax as well?

Konstantinos Tezhik - Video Deposition          114

"ANSWER:  January the 30th, 2002, 11:31 is time.

"QUESTION:  Now, looking at this document -- first looking at the top right-hand where it begins with 24, what is the date that this documents purports to have been written on?

"ANSWER:  January 24, 2002.

"QUESTION:  And looking at the text of the document beginning with the word, 'I, Georgy Safiev, promise to pay the bearer of this original promissory note four million dollars U.S. dollars or the equivalent in Euros as of 1-24-2002 at least or in parts by 1-25-2003.'  Do you recognize the handwriting that the bottom of the document is written in up to the signature line?

"ANSWER:  I think it looks like -- looks like Georgy's handwriting.

"QUESTION:  And how do you recognize -- what is your basis for recognizing Mr. Safiev's handwriting?

"ANSWER:  I had seen documents -- I have seen documents written in his handwriting.

"QUESTION:  Is this part -- seeing these documents is this part of the business that you ran together?

"ANSWER:  Yes.  These were business plans and orders and directions.

"QUESTION:  All of them in Mr. Safiev's handwriting

EXCEPTIONAL REPORTING SERVICES, INC

Konstantinos Tezhik - Video Deposition                    115

that you've seen before?

"ANSWER:  Yes.

"QUESTION:  And do you recognize the signature after the body of the text?

"ANSWER:  Yes.

"QUESTION:  And do you know whose signature that is?

"ANSWER:  It looks very much like Georgy's signature.

"QUESTION:  And how are you familiar with the signature?

"ANSWER:  I've seen it on the bank documents.

"QUESTION:  And below the signature there are a couple of addresses and a number of phone numbers. Is that information written in Mr. Safiev's handwriting?

"ANSWER:  Looks like his hand.

"QUESTION:  The "12038 Crest Court B.H.," starting on that, is that in Mr. Safiev's handwriting?

"ANSWER:  Yes.

"QUESTION:  And the date at the top of the document the 24 -- that begins with 24 -- is that in Mr. Safiev's handwriting?

"ANSWER:  It doesn't look like his.

"QUESTION:  Going to the bottom of the document that address 12038 Crest Court B.H., do you recognize that address?

Konstantinos Tezhik - Video Deposition                    116

"ANSWER:  Yes.

"QUESTION:  And whose address is that?

"ANSWER:  This is Georgy's address in Los Angeles.

"QUESTION:  And below that address there are four --
immediately below there are four phone numbers
beginning with 310-247-1708; continuing with
310-264-6655 and then 310-908-9993 and then 7095-233-
6733; do you recognize those phone numbers?

"ANSWER:  Yes.

"QUESTION:  And what are those phone numbers?

"ANSWER:  This is the home and the mobile number of
George.

"QUESTION:  All are four of those numbers phone
numbers that Mr. Safiev had used?

"ANSWER:  Yes.

"QUESTION:  And below that is the words, '15/16, 5
Tverskoy (phonetic) Boulevard, Moscow,
Archangelakaya, Moscow, Region Dacha, Number 5; do
you recognize that information?

"ANSWER:  Yes.

"QUESTION:  And what does that information relate to?

"ANSWER:  This is George's home address in Moscow.

"QUESTION:  Now you testified earlier that Raul told
you that when you received this that you would
understand everything, when you received this letter

Konstantinos Tezhik - Video Deposition                    117

that stated it was a promissory note for four million dollars, what did you understand it to be?

"ANSWER:  I understood it neither like a promissory note nor as any kind of obligation promise, promise of obligation, because I had not known anything about this before.  And they considered it to be a fraud.

"QUESTION:  After you received this note, did Raul call you back?

"ANSWER:  Yes.

"QUESTION:  And did he explain why four million dollars had to be paid?

"ANSWER:  He said that some kind of a deal went through --

"THE INTERPRETER:  -- fell through -- interpreter's correction.

"THE WITNESS:  Georgy is being held as a hostage.  $1-million that was transferred before that was his bail and that the four million dollars that I requested to be transferred are supposed to cover all the losses that occurred in the result of this falling deal.

"QUESTION:  And you mentioned that you did not consider this to be a legitimate promissory note; what is the reasons why you didn't think it was a promissory note?

Konstantinos Tezhik - Video Deposition                118

"ANSWER:  First of all, I was not aware of any kind of a deal for the amount of 4-million.  Second, this amount was not given in -- in the writing in words and the writing as Georgy usually does.  The signature on this document looks like his signature on bank documents.  And it is written with a different pen and in a different time.  And the addresses, the telephone numbers beneath this signature looked like something that I saw on one of the documents on -- in George's office and it seemed that day they were just copied on this piece of paper.

"QUESTION:  Mr. Tezhik, you've testified briefly about a conversation that you had with Raul following the receipt of this document in which he explained why the four million dollars had to be paid; when did that conversation occur?

"ANSWER:  Before the receipt of this document?

"QUESTION:  After the receipt of this document?

"ANSWER:  On the second of February.

"MR. DUGDALE:  We have to stop?  Okay.

"THE VIDEOGRAPHER:  Going off the record.  This is the end of Disk One.  The time is 10:38 a.m.

(Recess taken)

"THE VIDEOGRAPHER:  Okay.  Back on the record.  This

Konstantinos Tezhik - Video Deposition          119

is the beginning of Disk Two in the continuing

deposition of Konstantinos Tezhik.  Today is the 3rd

of October 2005 and the time is 10:59 a.m.

"BY MR. DUGDALE:

"QUESTION:  Mr. Tezhik, right before we left off you

were talking about this fax that you received from

Raul and also a phone call that followed that

occurred in early February of 2002; when Raul called

you back after faxing the fax to you where were you

located?

"ANSWER:  In Moscow.

"QUESTION:  And when Raul called you in Moscow on

this occasion what you and he -- you and he discuss?

"ANSWER:  He did not discuss the reason why

Mr. Safiev was detained anymore.  He said that this

money had to be paid as ransom and that this money

has to be paid within ten days and then Mr. Safiev

would be set free.

"QUESTION:  And when you talk about this money that

had to be paid as ransom what money are you referring

to?

"ANSWER:  About four million dollars.

"QUESTION:  Is this the money that's referred to in

the fax you received?

"ANSWER:  Yes.

Konstantinos Tezhik – Video Deposition                120

"QUESTION:  and when Raul told you that the money had to be paid in ten days what did you tell him?

"ANSWER:  I said that the particular document in any case mentions 30 days.

"QUESTION:  And when you told Raul that it was 30 days not 10 days what did he tell you?

"ANSWER:  He said, 'All right within 30 days.'

"QUESTION:  and did Raul tell you what would happen if this four million dollars in ransom was not paid?

"ANSWER:  He said that if four million dollars would be paid nothing would suffer any harm and that if four million dollars would not be paid then Georgy would suffer harm.

"QUESTION:  Was there any other aspects of the deal that Raul had to happen before Mr. Safiev would be released?

"ANSWER:  In the following telephone conversations he said that he would need ten more days to make sure that no one is following or watching the money and only after these ten days Georgy would be released.

"QUESTION:  Was there also a discussion about getting something from someone's home?

"ANSWER:  Yes.  In the following conversations he also said that in order to set George and me free from Mexico, he had to their home addresses to pick

Konstantinos Tezhik - Video Deposition                    121

up their passports.

"QUESTION:  And you mentioned in that answer Nick Kharabadze.  What was your understanding based upon your phone calls with Raul as to what his situation was?

"ANSWER:  In the first conversations the name of Nick Kharabadze had not been mentioned and it was only when I asked him whether Nick Kharabadze was with George I received their answer.

"QUESTION:  And did this occur by the time of these phone calls in early February of 2002?

"ANSWER:  Yes.

"QUESTION:  Now, during this point in time, early February 2002, were you reporting your contacts with Raul to law enforcement?

"ANSWER:  Yes.  Starting with February 2nd, 2002, after conversation I would contact Special Agent Cloney and render him the context of the conversations.

"QUESTION:  And who is Special Agent Cloney affiliated with?

"ANSWER:  FBI.

"QUESTION:  In addition to reporting these contacts with the FBI, was there a point in time when you started recording your conversations with Raul?

Konstantinos Tezhik - Video Deposition                122

"ANSWER:  Yes.  Starting with the beginning of February, I began taping the conversations with Raul.  At first with the help of the recorder and then with the help of SIM card of the telephone.

"QUESTION:  Mr. Tezhik, I'm handing you first what's been marked as Government's Exhibit Number 38.  Do you recognize that item?

"ANSWER:  Yes.

"QUESTION:  And what is that item?

"ANSWER:  This is my tape recorder.

"(Government Exhibit 38 marked for identification and retained by counsel)

"BY MR. DUGDALE:

"QUESTION:  And is that the tape recorder that you used to tape some of your conversations with Raul?

"ANSWER:  Yes.

"QUESTION:  And when you taped your conversations with Raul what sort of medium were they recorded?

"ANSWER:  Sony memories two.

"QUESTION:  And how many memory sticks did you use to record your calls with Raul?

"ANSWER:  I used up two.

"QUESTION:  Mr. Tezhik, I'm handing you what's been marked for identification as Government's Exhibit Number 39.  What is that item?

Konstantinos Tezhik - Video Deposition                          123

"ANSWER:  This is one of my memory sticks.

"(Government Exhibit Number 39 was marked for

identification and retained by counsel)

"BY MR. DUGDALE:

"QUESTION:  Is that one of the memory sticks that you

used to record the conversations with Raul?

"ANSWER:  Yes.

"QUESTION:  And prior to today did you have an

opportunity to insert that memory stick into that

recorder and to listen to those conversations?

"ANSWER:  Yes.

"QUESTION:  And did you mark that exhibit in a way to

indicate to you that that, in fact, contains those

conversations?

"ANSWER:  Yes.  It contains my initials.

(Government Exhibit 39 marked for identification and

retained by counsel)

"MR. DUGDALE:  One moment please.

"QUESTION:  Do you know, Mr. Tezhik, how many tracks

are on that memory stick, how many different

recordings?

"ANSWER:  I think about 11 or more.

"QUESTION:  I'm now handing you what's been marked as

Government's Exhibit Number 41.  Do you recognize

that computer desk?

Konstantinos Tezhik - Video Deposition                    124

"ANSWER:  Yes.

"QUESTION:  And prior to today did you have an opportunity to listen to the tracks on Government's Exhibit Number 41?

"ANSWER:  Yes.

"(Government Exhibit Number 41 marked for identification and retained by counsel)

BY MR. DUGDALE:

"QUESTION:  And are the track in Government's Exhibit 41 the same as the 11 tracks on Government's Exhibit 39?

"ANSWER:  Yes.

"QUESTION:  And did you listen to them prior to today?

"ANSWER:  Yes.

"QUESTION:  And what is contained on tracks one through ten on that disk?

"ANSWER:  My conversations with Raul.

"QUESTION:  And specifically on -- if you could turn to Government's Exhibit -- it's transcript, 41-B.

Prior to today did you have an opportunity to review the transcript on Exhibit 41-B and compare it to the conversations on Tracks 1 through 10 on this disk?

"ANSWER:  Yes.

Konstantinos Tezhik - Video Deposition                    125

(Government Exhibit's 41-B was marked and bound separately)

"QUESTION:  You say that these are calls from Raul, Tracks 1 through 10, what specific kinds of calls were they?  This Exhibit 41-B, sir.  What kind of calls were they?

"ANSWER:  Am I looking at it correctly?

"QUESTION:  Correct.

Let's just strike that.  Let me just try and cut through this.  Was there an occasion when you received a number of consecutive calls that were hang up phone calls basically?

"ANSWER:  Yes.  Somewhere at the end of the first week of February after my insistent requests to listen to George's voice, I received a number of hang up calls and after that I heard some words to be pronounced.

"QUESTION:  So was Tracks 1 through 10 on Government's Exhibit 41 were those your efforts to tape these brief phone calls?

"ANSWER:  I was recording every telephone call from him to me even if there was no connection at all.

"QUESTION:  And you mentioned that you heard a voice on some of these calls.  Can you explain what that means?

Konstantinos Tezhik - Video Deposition                126

"ANSWER:  During one of the telephone calls I heard George's voice saying a few words.  It sounded like a recording of some of the excerpts of some of conversations without any address to me.

"QUESTION:  Mr. Tezhik, we are now going to play Track 3 from Government's Exhibit Number 41.  And this track is, at least there is an effort at a transcript of this track on Page 2.  And I'd ask that you pay attention to this phone call.

(Recording played back)

BY MR. DUGDALE:

"QUESTION:  Mr. Tezhik, did you hear that phone call?

"ANSWER:  Yes.

"QUESTION:  And did you hear any voice apart from your own voice that you recognize?

"ANSWER:  Yes.  There was one word that was pronounced in George's voice and that word was 'hello.'

"QUESTION:  And if you'd look at the transcript on Government's Exhibit 41-B, page 2, you see KT and then "Hello, hello," static.  Who is saying those words?

Page 2, Track 3, you see KT and then "hello, hello" static.  Who said those words?

"ANSWER:  That was George.

**EXCEPTIONAL REPORTING SERVICES, INC**

Konstantinos Tezhik - Video Deposition                    127

"QUESTION:  It says -- can we listen to the -- we're going to play this again.  I apologize.  Can we play Track 3 from Government's Exhibit Number 41?

And Mr. Tezhik, I'd ask that you follow along.

(Recording played back)

"BY MR. DUGDALE:

"QUESTION:  Okay.  Mr. Tezhik, who said the first "hello, hello" prior to the static in that call?

"ANSWER:  This is my voice.

"QUESTION:  And the voice that followed that said, "Hello" that is designated as "U.M." in this transcript, who said that hello?

"ANSWER:  George's.

"QUESTION:  And then there follows an additional hello and a hello in Russian.  Who said that?

"ANSWER:  That was again my voice.

"QUESTION:  I would now like to play Track 5 from the same exhibit, Government's Exhibit 41.  And turn to page 3 to follow Track 5.

(Recording played back)

"BY MR. DUGDALE:

"QUESTION:  Mr. Tezhik, did you recognize any of the voices in that recording?

"ANSWER:  Yes.  There are two voices recorded here. One is mine and one of Georgy.

**EXCEPTIONAL REPORTING SERVICES, INC**

Konstantinos Tezhik – Video Deposition                128

"QUESTION:  And does the K.T on this transcript does that indicate where you spoke?

"ANSWER:  Yes.

"QUESTION:  And UM does that indicate where you heard Mr. Safiev's voice?

"ANSWER:  Yes.

"QUESTION:  I'm going to ask that we can play this exhibit one more time, Exhibit 5.

(Recording played back)

"QUESTION:  Mr. Tezhik, could you understand what the second noted UM said?

"ANSWER:  Yes.

"QUESTION:  And what did that person say?

"ANSWER:  Are you alone?  Is it convenient for you to talk?

"QUESTION:  And whose voice said that?

"ANSWER:  That was Georgy's voice.

"MR. DUGDALE:  Mr. Tezhik, I'm now going to play you a track of a recorded conversation from a disk that we played from earlier.  It's Government's Exhibit Number 471.  And for the convenience of counsel, the court and the jury, a transcript of this recording is on Government's Exhibit Number 48.  And it's on page 12.  And I'm playing Track 12.

And Mr. Tezhik, I'd like you to listen to this and

Konstantinos Tezhik - Video Deposition                                    129

follow along on the transcript.

(Recording played back)

"BY MR. DUGDALE:

"QUESTION:  Mr. Tezhik, did you recognize the voice in that recording?

"ANSWER:  Yes.  This is George's voice.

"QUESTION:  And on the transcript, Government's Exhibit 48, page 12, is Mr. Safiev's voice indicated where it says GS on the transcript?

"ANSWER:  Yes.

"QUESTION:  And did you hear anything in this report that's identical to what you heard when you taped these brief -- these phone calls that you were receiving in early February?

"ANSWER:  Yes.

"QUESTION:  And what did you hear that was the same from this recording as the other recordings?

"ANSWER:  The words, 'Hello.  Are you alone?  Is it convenient for you to talk?'

"QUESTION:  So that was the same on both recordings?

"ANSWER:  These are the same words.

"QUESTION:  And was the intonation identical as well?

"ANSWER:  With the same intonation and that belongs to Georgy.

"QUESTION:  Mr. Tezhik, I'd now like to turn your

130

attention to Track 11 on Government's Exhibit 41.

Prior to today did you have an opportunity to review

that conversation?"

**(Pause video deposition of Konstantin Tezhik 4:32 p.m.)**

**THE COURT:**  All right.  We'll return tomorrow, 8:45. I'll take the bench at 9:00.  And we will break early tomorrow at 12:00 o'clock.

**(Jurors exit the courtroom at 4:32 p.m.)**

**(Outside the presence of the jury)**

**THE COURT:**  All right.  Outside the presence of the jury.  The record will indicate the parties and counsel are present.

Now, I received a report from Warden Benhouf which enclosed a forensic evaluation from Dr. Ihle Ph.D. Chief Forensic Psychologist, bottom line to the report -- and it is a very comprehensive report --

**MR. RUBIN:**  Your Honor, I'm sorry, isn't this confidential at this point?

**THE COURT:**  Well, bottom line is that he is competent to stand trial.  Now, if you want to discuss it, we'll do it outside the presence of the U.S. Attorney.

**MR. RUBIN:**  Very brief.  Very brief statement to make to the court.

**MR. DUGDALE:**  Do you want us to excuse ourselves?

**THE COURT:**  Please.