# GOVERNMENT EXHIBIT 19

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# DRAFT COPY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: CR-02-220(B)-DT |
| Plaintiff, | ) | CRIMINAL |
| vs. | ) | Los Angeles, California |
| IOURI MIKHEL, JURIJUS KADAMOVAS, | ) | Tuesday, November 14, 2006 (9:40 a.m. to 11:47 a.m.) (1:32 p.m. to 3:33 p.m.) |
| Defendants. | ) | |

JURY TRIAL (41st DAY)
(VOLUME XLI)

** SEALED PORTION FROM 9:42:29 to 10:16:40 WAS OMITTED **

(TECHNICAL DIFFICULTIES FROM 11:30:00 to 11:47:35)
(NOT TRANSCRIBED)

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

4

**<u>Los Angeles, California; Tuesday, November 14, 2006; 9:40 a.m.</u>**

**<u>(Sealed portion from 9:42:29 to 10:16:40 was omitted)</u>**

**(Call to Order)**

**(Outside the presence of the Jury)**

**THE CLERK:**  Please remain seated and come to order. This United States District Court is again in session.

**THE COURT:**  Outside the presence of the Jury, the record will indicate that all parties and counsel are present.

Couple of things I want to discuss with you.  I received a telephone call from one of the Juror's employers yesterday saying they're not going to pay the Juror anymore, so I'm discussing with the employer a solution to this issue so that I don't have to excuse this Juror for hardship.  So that's one issue.

The other issue is yesterday I received an ex parte filing by the Government for a mental health examination and penalty-phase discovery request for expedited hearing no later than November the 16th, 2006.  Now the counsel that are present here for the Government I'm going to have to have leave.

**MR. DUGDALE:**  That's fine.

**THE COURT:**  As well as the FBI agents.

**(Pause while parties leave courtroom)**

**MR. RUBIN:**  Your Honor, can we have the potential witnesses in the audience be excused as well.

**THE COURT:**  Who -- what witnesses do we have out

**DRAFT COPY**

5

there?

Any potential witnesses also should be excluded.

**MS. PETERSON:**  And I do think out of an abundance of caution, your Honor, I think there are some family members --

**THE COURT:**  Family members should be excluded to.

**MS. PETERSON:**  -- that are here.  Under the circumstances, I think it's probably a better idea that they be --

**THE COURT:**  What I'm going to do is I'm going to close the hearing.  So, everybody step out.

**(Judge converses with Clerk off record)**

**(Pause while courtroom is cleared)**

**(Sealed portion from 9:42:29 a.m. through 10:16:40 omitted from transcription; resume)**

**THE COURT:**  I'm going to bring the Jury in at this time.

**(Jurors enter courtroom at 10:16 a.m.)**

**THE COURT:**  Good morning, ladies and gentlemen of the Jury.  The record will indicate that all Jurors are present, all counsel are present, all parties are present.  I apologize to the delay but we had to take up a matter outside of your presence while you were in the jury room we were, in fact, working.

The record will indicate that Mr. Markovskis is here, present under oath.  Please state your name again for the

Saviev - Direct / By Mr. Dugdale          79

THE COURT:  1351 received this date.

**(Government's Exhibit Number 1351 was received in evidence)**

**BY MR. DUGDALE:**

Q     Now, Ms. Safiev, did you also know a man by the name of Nick Kharabadze?

A     Yes, I did.

Q     And how did you know Mr. Kharabadze?

A     He was my father's coworker and a friend of the family.

Q     You mentioned that he was a coworker.  Could you tell the jury the nature of the business relationship that he had with your father?

A     They had Matador Media together.  It's a production company they opened in order to make a movie they wanted to make.

Q     At this point in time I'm going to have Special Agent Davidson hand you what's been previously admitted as Government's Exhibit Number 1352, which I've also published on the screen.  And, Ms. Safiev, could you identify the people in this photograph?

A     On the left it's my father and on the right it's Nick.

Q     And, Ms. Safiev, at this point in time I'm going to show you some handwritten pieces of paper, handwritten documents, and I'm going to ask you some questions about those documents.  First I'm going to have Special Agent Davidson hand

DRAFT COPY

Saviev - Direct / By Mr. Dugdale          80

to you what's been previously admitted as Government's Exhibit

Number 56.

          MR. DUGDALE:  And for the record, your Honor, this

exhibit, Government's Exhibit Number 56, was seized at the

house of Defendant Mikhel.

BY MR. DUGDALE:

Q    And, Ms. Safiev, do you recognize the handwriting on this

document?

A    It looks like my father's handwriting and like his

signature.

Q    And can you explain to the jury how you are familiar with

your father's handwriting?

A    A lot of the times I saw it around the house and many

times he would write things for me, such as exercise routines

and diets and his thoughts on things.

Q    And if you could touch the screen that's in front of you

to your right, can you identify the portions of the document

that we have in front of us, Government's Exhibit Number 56,

that you believe were written by your father.

     (Witness complies)

          So for the record you have circled in red everything

on the top three quarters of the document, with the exception

of what appears to be the date on the top right-hand corner,

all the way down to what appears to be his signature, is that

right?

**DRAFT COPY**

Saviev - Direct / By Mr. Dugdale          81

A    Yes.  I'm not sure if the bottom is his handwriting, because I never saw him write in English.

Q    And what language is this document in?

A    The document is in Russian.

Q    And so you're familiar with your father's handwriting in Russian specifically?

A    Yes.

Q    And can you identify in this document where your father's signature is?

     **(Witness complies)**

          And for the record you're circling approximately three quarters of the way down at the bottom of the page.

A    Yes.

Q    Have you seen your father's signature before?

A    Many times.

Q    At this point in time I'm going to ask Special Agent Davidson to hand you what's been marked for identification as Government's Exhibit Number 1413.  And, Ms. Safiev, prior to today have you had an opportunity to review the documents that are included in Government's Exhibit Number 1413?

A    Yes, I did.

Q    And those are all handwritten documents, is that correct?

A    That's correct.

Q    And whose handwriting is on all those documents?

**DRAFT COPY**

Saviev - Direct / By Mr. Dugdale          87

**BY MR. DUGDALE:**

Q     And just to be clear about that, I'm now going to circle the first name here.  Is this the Russian name for Halit?

A     It has an English element.  In Russian we don't have such an alphabetical letter.  But the "H" is in Russian and the other "L" is in Russian and the "I" and the "T" are in English, so it's almost half English/half Russian.

Q     And who was Halit?  What relationship did he have with your father?

A     He is my father's cousin and he is my uncle.  And although he is a cousin I would say they were like brothers.

Q     And going back to the bottom reference here, what is that that I've circled there?  What is that name?

A     It says Bashir.  It's a name of a man that I heard my father mention many times on the phone.  It is possible that I met him, but I don't remember.  As far as I understood from the conversations he is a friend and an associate of my father in Moscow.

Q     I'm now going to have Special Agent Davidson hand you what has previously been admitted as Government Exhibit Number 61, which is another document that was seized from Defendant Mikhel's house.

And, Ms. Safiev, do you recognize any of the information in this document?

A     Yes, I do.

**DRAFT COPY**

Saviev - Direct / By Mr. Dugdale                    88

Q    I'm going to highlight here.  There are five numbers entered here, I'm going to highlight the first three.

First of all, at the top of the document it says Georgios Safiev.  Is Georgios a nickname or another name that your father has used?

A    Georgios is the European variation of the name George.

Q    And below your father's name are listed three different references, two to Bank of America and then one to something called CFM.  Do you recognize any of the bank accounts or the information that's referenced in this document in entries one through three?

A    I don't -- I never knew my father's pin codes or the exact numbers on his cards, but I do know that he had bank accounts in Bank of America.  We all did.  I still do.  And Yvlana Real Estate (phonetic) is a company which my father, my mother, and my little brother and I owned.  And this looks like it also has the dates of 2001 when those accounts were opened.  It looks approximately, although I do not recall exactly, like the amounts that my father would have in those bank accounts.  And CFM is Credit Foncier de Monaco, which is a bank in Monaco where my father also had a bank account.  And Georgios Safiev is his name.  Again, I don't remember any of the card numbers.

THE COURT:  Let's go back there again.

MR. DUGDALE:  Sure.

THE COURT:  You said these were bank accounts or are

DRAFT COPY

Saviev - Direct / By Mr. Dugdale          89

they credit cards?

THE WITNESS:  Well, they're credit card numbers by the look of them.  I don't know either the bank account numbers or the credit card numbers.

THE COURT:  All right.  And these numbers over here, it says 06/05.  Is that an expiration date, 2001?  Do you know?  And the same down here, 07/05/2001, is that an expiration date, if you know?  And this one over here is 06/03, is that an expiration date, if you know?

THE WITNESS:  I can't say I know, but I know that my Bank of America bank account has an expiration date in 2003, so I think it would be likely.

BY MR. DUGDALE:

Q   And just to go back to these accounts.  You have 16 digits on the account numbers here.  Do you know if these are ATM cards that are associated with these accounts or credit cards that are associated with these accounts?

A    I know that my father had his own account in Bank of America.  I think my mother was -- also owned some of that account.  I also know that he had an account in Bank of America in the name of, I think, Matador Media.  And Credit Foncier de Monaco, my father had a bank account in his own name in that bank in Monaco.

Q    Turning to the lower part of this document, in the --separating numbered accounts one through three and four through

**DRAFT COPY**

Saviev - Direct / By Mr. Dugdale        90

five there is the address 12038 Crest Court, Beverly Hills, California, 90210.  Is that again the address that you were living at?

A    It's the address where we were living at.  And on the right it's my father's date of birth.

Q    And is that Crest Court address, is that the address that you were living at at the time of your father's disappearance in January of 2002?

A    Yes, it's the address where we were living at at the time of my father's disappearance, since probably June -- since definitely June 2001.

Q    And at the very bottom of the document there is a reference of 22559 Margarita Drive, Woodland Hills, California. Do you recognize that address as well?

A    Yes, I do.  This is Nick Kharabadze's address, and this is where his parents still live.

Q    I'm now going to have Special Agent Davidson hand you what's been previously admitted as Government's Exhibit Number 62, another document seized from Defendant Mikhel's residence.

        And I'm not going to repeat information that we've already discussed, Ms. Safiev, but do you recognize some of the information that is contained on this document as well?

A    Yes, I do.  Nick Kharabadze is my father's coworker and our friend.  22559 Margarita Drive, California, 91364 is his

**DRAFT COPY**