# GOVERNMENT EXHIBIT 20

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

- - -

THE HONORABLE DICKRAN TEVRIZIAN, JUDGE PRESIDING

- - -

U.S.A.,                         )
                                )
                  Plaintiff(s), )
                                )
        vs.                     ) CR02-220(B)-DT
                                )
IOURI MIKHEL, JURIJUS KADAMOVAS,)
                                )
                  Defendant(s). )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL - DAY 25

LOS ANGELES, CALIFORNIA

FRIDAY, OCTOBER 13, 2006

GAIL PEEPLES,CSR
Contract Court Reporter
100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
(213) 894-3013

Page: 3 of 62

Also present:

LOUIS PEREZ, FBI Special Agent

JAMES S. DAVIDSON, FBI Special Agent

VARVARA OLSON, Russian Interpreter

LUDMILLA GENN, Russian Interpreter

ZOYA SPIVAKOVSKY, Russian Interpreter

ALEX J. LEVOFF, Russian interpreter

CHRISTINA LARSON GITS, paralegal

ELLEN BARRY, attorney for the Mr. Altmanis

Q.    I'm not so concerned about who was sent.

But do you know why those particular items were supposed to be purchased?

A.    Food and Vodka were purchased because Safiev and Kharabadze had been explained prior to that that they would be made drunk and that in this drunk condition they would be taken to a hotel and placed in a hotel.  And that will give us an opportunity, us all, to leave the country.

Q.    And who explained this to Mr. Safiev?

A.    It was told to Safiev and Kharabadze from the very beginning when they were arrested.

Q.    Now, you've testified that Mr. Krylov was sent to go buy Vodka and food and some clothing items.

Did defendant Mikhel send Mr. Krylov to buy anything else?

A.    Yes.  He was ordered to buy weight.

Q.    And were you present when defendant ordered Mr. Krylov to go by weight?

A.    Yes, I was present --

Q.    I'm sorry.

And can you explain to the jury what happened during that conversation.

A.    When this conversation took place, I had -- I was nearby and I had to show Krylov where to go and to buy weight.  It was the same place where I had purchased weight before for

know, and maybe he left them somewhere.

Q.   Later that evening did you see any of the -- any weights?

A.   Yes.  Especially at the moment when they were tying up the weights to the bodies.

Q.   Okay.  And which body did you see a weight attached to?

A.   Kharabadze.

Q.   And where was that weight at before it was attached to the body of Mr. Kharabadze?  Where did you see that weight at?

A.   In Kadamovas' car in his van.

Q.   Now, you testified that Mr. Krylov brought some Vodka, some food items, and some other items into the house.

What happened to the Vodka and food that Mr. Krylov brought into the house with him?

THE INTERPRETER:  Interpreter needs to ask a question.

THE WITNESS:  On the order of Mikhel, we laid small improvised tables for both Kharabadze and Safiev and we placed food and Vodka on these tables.  And Mikhel told them to drink this Vodka.

BY MR. DUGDALE:

Q.   Okay.  And did -- did you witness either Mr. Kharabadze or Mr. Safiev drink at defendant Kadamovas' house that day?

A.   I don't know about Kharabadze because I was in the room

with Safiev.  And I saw Safiev eating and drinking.

Q.   Did the manner in which Mr. Safiev was eating and drinking end up causing a problem?

A.   Yes.  Mikhel said that they shouldn't be drinking all at once and that they should be drinking and eating substantially.

And I was not paying attention to it and no one was paying attention.  And Safiev began drinking very often and more alcohol.  And he almost -- and he barely ate anything.

Q.   And did this upset defendant Mikhel the way that he was served this alcohol?

A.   Yes.  He came in and he said, "I told you not to drink all at once because you might become sick on the way there and you might vomit."

Q.   And do you know why Mr. Safiev and Mr. Kharabadze were being provided with this alcohol at this time?

A.   Because we were explained that they would drink and they would get drunk and being drunk they would be placed in a hotel.

Q.   And who told them this?

A.   Mikhel and Kadamovas both they explained to them.  From the very beginning.

And then sometime later Safiev was asking me the same thing.

And I told him, "yes, this is how it's going to

be."

And Kharabadze also asked me.  And I also told him the same.  Everyone was telling them the same.

Q.   And what kind of mood were Mr. Kharabadze and Mr. Safiev in at this point in time when they were in the house and they were drinking and believed they were going to be released?

THE INTERPRETER:  Mood?

MR. DUGDALE:  Yes.  Mood.

THE WITNESS:  They were in good uplifted mood.  And they cleaned themself and washed and shaved and dressed.

And it was our fault that they got drunk because we were the ones who were pouring and pouring more liquor in their glasses.  And it was not to them that Mikhel expressed his dissatisfaction but to me personally that I was giving them too much alcohol.

BY MR. DUGDALE:

Q.   And at the same time that Mr. Safiev and Mr. Kharabadze were drinking and under the belief that they were going to be released, did you know what was going to happen to them that evening?

A.   I knew that what was in store for them was the same thing as for the previous victims, that they would be taken to the lakes and killed there.

Q.   Now, Mr. Altmanis, did you leave Mr. Kharabadze -- I'm sorry.

Did you leave defendant Kadamovas' house that day?

A.   Yes.  After Mikhel saw that they were drinking too much, he said, "that's it.  That's enough.  Let's go."  They -- he said, "they going to drink on the way."  He told them, "you're going to drink on the way."

Q.   Okay.  And when defendant Mikhel said, "okay, let's go," did you know where you were going to be going?

A.   Yes.  To the lakes.

Q.   And how many cars were used to transport Mr. Safiev and Mr. Kharabadze up to the lake?

A.   Two cars.

Q.   And who drove up to the lake?

A.   I was driving my Navigator to the lakes and Kadamovas was driving his van.

Q.   And who did you take in your car up to the lakes?

A.   There were Krylov and Kharabadze in my car.

Q.   And who did defendant Kadamovas take up to the lakes that day?

A.   Kadamovas got into his car.  Next to him was Mikhel. And Safiev was there.

Q.   And what car did Kadamovas take up to the lake?

A.   His van.

Q.   Who left the house first?

A.   First we left the house, myself, Krylov, Kharabadze.

Q.   And where did Mr. Krylov sit in your car during this