# GOVERNMENT EXHIBIT 22

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Thursday, September 7, 2006 |
| JURIJUS KADAMOVAS, | ) | (9:24 a.m. to 12:04 p.m.) |
| | ) | (1:35 p.m. to  4:20 p.m.) |
| Defendants. | ) | |

JURY TRIAL (16th DAY)
VOLUME XVI

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

Medrano - Direct                                      29

A    Those are a pair of thumb restraints or thumb cuffs.

Q    Okay.  Now, after you were able to get the safe opened,
the locked safe opened at Defendant's Mikhel's house, and the
photographs were taken that we've just seen, were the items
removed from the safe?

A    Yes.

Q    And were photographs taken of these items after they were
removed from the safe?

A    Yes.

Q    I'd now like you to take a look at what's been marked for
identification as Government's Exhibits Number 102-K, L, and M.

          THE COURT:  K through M?

          MR. DUGDALE:  Yes.  For identification, your Honor,
K -- 102-K, 102-L, and 102-M.

          THE WITNESS:  Okay.

BY MR. DUGDALE:

Q    Do you recognize those photographs, Special Agent Medrano?

A    Yes.

Q    And what are they photographs of?

A    Photograph K is some of the contents of the safe that we
removed, as is L, and M is also some of the contents of the
safe, which are two boxes containing some ampules of fluid.

          MR. DUGDALE:  Your Honor, the Government would move
for the admission of Exhibits 102-K, L, and M.

          THE COURT:  Any objection?

Medrano - Direct                    30

MR. CALLAHAN:  No, your Honor.

THE COURT:  Received this date.

(Government's Exhibits Numbers 102-K, 102-L, and 102-M were received in evidence)

THE COURT (To Witness):  Please keep your voice up.

THE WITNESS:  Okay, sir.

MR. DUGDALE:  And I'm now publishing to the jury Exhibit 102-K, 102-L, and 102-M.

BY MR. DUGDALE:

Q    Let's talk more specifically about the items that were taken out of the safe.  Were there any items that were located in the Defendant's locked safe that could be used to restrain a person?

A    Yes.

Q    And what was located in his safe that could be used to restrain a person?

A    There were four pairs of handcuffs, the pair of thumb cuffs, and there were also the ampules, or the boxes that you see there on that picture, which possibly contained a drug substance.

THE COURT:  All right.  Referring to Exhibit 102-M.

BY MR. DUGDALE:

Q    Can you please take a look at what's been marked for identification as Government's Exhibits Number 103 and 103-A?

(Pause, witness complies)

EXCEPTIONAL REPORTING SERVICES, INC

Medrano - Direct                                           31

Do you recognize Exhibit 103?

A     Yes.

Q     And what is it?

A     This is one of the pairs of handcuffs that were removed from the safe.

Q     And is Exhibit 103-A essentially a picture of Exhibit 103?

A     Yes.

**MR. DUGDALE:**  Your Honor, the Government would move for the admission of Exhibit 103 and 103-A and request permission to allow Special Agent Medrano to hold it up to show it to the jury.

**THE COURT:**  Any objection?

**MR. CALLAHAN:**  No, sir.

**THE COURT:**  Received, 103 and 103-A.

**(Government's Exhibits Numbers 103 and 103-A were received in evidence)**

**BY MR. DUGDALE:**

Q     Ms. Medrano, can you hold that up and demonstrate to the jury what they look like?

**(Witness complies)**

Can you now take a look at what's been marked for identification as Exhibit 104 and 104-A?

**(Pause, witness complies)**

Do you recognize Exhibit 104?

A     Yes.

**EXCEPTIONAL REPORTING SERVICES, INC**

Medrano - Direct                                                    32

Q      And 104-A?

A      Yes.

Q      And what is Exhibit 104 and 104-A?

A      This is a second pair of handcuffs that were removed from the safe.

Q      And is Exhibit 104-A a photograph of Exhibit 104?

A      Yes.

        MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibit 104 and 104-A.

        THE COURT:  Any objection?

        MR. CALLAHAN:  No objection.

        THE COURT:  Received, 104 and 104-A.

    (Government's Exhibits Numbers 104 and 104-A were received in evidence)

        MR. DUGDALE:  And the Government would request permission to allow Special Agent Medrano to hold it up and show it to the jury.

BY MR. DUGDALE:

Q      Special Agent Medrano, can you hold that up?

    (Witness complies)

        Can you now take a look at what's been marked for identification as Exhibit 105 and 105-A?

    (Pause, witness complies)

        Special Agent Medrano, do you recognize Exhibit 105 and 105-A?

Medrano - Direct                                33

A     Yes.

Q     And what is Exhibit 105?

A     This is the third pair of handcuffs.

Q     And was that found in the Defendant's locked safe as well?

A     Yes.

Q     And what is Exhibit 105-A?

A     It is a photograph of this pair of handcuffs.

        MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibit 105 and 105-A.

        THE COURT:  Any objection.

        MR. CALLAHAN:  No objection, your Honor.

        THE COURT:  Received, 105 and 105-A.

    **(Government's Exhibits Numbers 105 and 105-A were received in evidence)**

        MR. DUGDALE:  And the Government would ask permission to allow Special Agent Medrano to --

        THE COURT:  Once it's submitted you don't have to ask permission.

        MR. DUGDALE:  That's fine.  I appreciate it, your Honor.

**BY MR. DUGDALE:**

Q     Can you please hold that up and show that item to the jury?

    **(Witness complies)**

        Can you now take a look at what's been marked for

Medrano - Direct                                          34

identification as Government's Exhibit Number 106 and 106-A?

**(Pause, witness complies)**

Do you recognize Exhibit 106 and 106-A?

A     Yes.

Q     And what is Exhibit 106 and 106-A?

A     This is another pair of handcuffs that were removed from the safe.  And 106-A is a photograph of these handcuffs.

**MR. DUGDALE:**  Your Honor, the Government would move for the admission of Exhibit 106 and 106-A?

**THE COURT:**  Any objection?

**MR. CALLAHAN:**  No, your Honor.

**THE COURT:**  Received, 106 and 106-A.

**(Government's Exhibits Numbers 106 and 106-A were received in evidence)**

**BY MR. DUGDALE:**

Q     Special Agent Medrano, can you hold that set of handcuffs and show it to the jury as well?

**(Witness complies)**

Can you now take a look at what's been marked for identification as Government's Exhibit Number 107 and 107-A?

**(Pause, witness complies)**

Do you recognize those items, Special Agent Medrano?

A     Yes.

Q     And what is Exhibit 107?

A     107 is the pair of thumb restraints that were removed from

Medrano - Direct                                              35

the safe.

Q    And what is Exhibit 107-A?

A    It's a photograph of the thumb restraints.

          MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibit 107 and 107-A.

          THE COURT:  Any objection?

          MR. CALLAHAN:  No.

          THE COURT:  Received.

     **(Government's Exhibits Numbers 107 and 107-A were received in evidence)**

**BY MR. DUGDALE:**

Q    Special Agent Medrano, can you please hold those up for a second to the jury?

     **(Witness complies)**

          Special Agent Medrano, can you explain how that item is used and how it's used differently from how you would use handcuffs?

A    Sure.  It's a similar principle to that of handcuffs, but instead of putting the wrists in the opening you would place someone's thumbs.  You can use them by themselves or in conjunction with handcuffs; it gives you more security that the person can't escape from the handcuffs.  It binds their hands more.

Q    So in other words, if you had handcuffs on a person -- I'm sorry -- what's the utility of using the thumb restraints in

EXCEPTIONAL REPORTING SERVICES, INC

addition to the handcuffs?

A    With handcuffs your hands are still -- you're able to move and your fingers are able to move, and handcuffs are not foolproof.  If you use the thumb cuffs in addition, it keeps the hands or the thumbs bound together so that they're -- you can't manipulate your hands as easily.

Q    Special Agent Medrano, you also mentioned that there were some suspected drugs that were found in the Defendant's locked safe as well; is that correct?

A    Correct.

Q    Can you please take a look at what's been marked for identification as Government's Exhibits Number 112 and 113?

**(Pause, witness complies)**

Do you recognize Exhibits 112 and 113?

A    Yes.

Q    And what are they?

A    These are the two boxes that were taken from the safe.

Q    And what's inside those boxes?

A    Inside the boxes are 10 vials or ampules and they're filled -- each is filled with a clear liquid substance.

**MR. DUGDALE:**  Your Honor, the Government would move for the admission of Exhibits 112 and 113.

**THE COURT:**  Any objection?

**MR. CALLAHAN:**  No, your Honor.

//

Medrano - Direct                    37

THE COURT:  112 and 113 admitted this date.

   (Government's Exhibits Numbers 112 and 113 were received in evidence)

BY MR. DUGDALE:

Q    And do Exhibits 112 and 113, do they look differently from when you seized them from the Defendant's locked safe?

A    The coloring on them is differently.  That's the only thing that I notice is different.

Q    And we looked at a photograph earlier which showed some boxes being laid out from the safe.  Was that photograph a photograph of what you have in your hand at the time and the condition it looked like when you seized it?

A    Yes.

Q    Can you please take a look now at what's been marked for identification as Government's Exhibit Number 102-M?

         THE COURT:  102…?

         MR. DUGDALE:  M.

         THE COURT:  M?  In evidence before the witness.

BY MR. DUGDALE:

Q    So 102-M, just look at it on the screen, this is in evidence already, Special Agent Medrano.  Is this what these boxes looked like at the time that you took them out of the safe?

A    Yes.

Q    In addition to locating these suspected drugs inside the

Medrano - Direct                                38

Defendant's locked safe, did you find anything that could be used to administer drugs inside the safe as well?

A    Yes.

Q    Can you please take a look at what's been marked for identification as Government's Exhibit Number 115 and 115-A?

**(Pause, witness complies)**

Special Agent Medrano, do you recognize Exhibit 115 and 115-A?

A    Yes.

Q    And what is Exhibit 115?

A    This is a syringe that was removed from the safe.  And 115-A is a photograph of that syringe.

**MR. DUGDALE:**  Your Honor, the Government moves to admit Exhibits 115 and 115-A.

**THE COURT:**  Any objection?

**MR. CALLAHAN:**  No, sir.

**THE COURT:**  115 and 115-A admitted this date.

**(Government's Exhibits Numbers 115 and 115-A were received in evidence)**

**BY MR. DUGDALE:**

Q    Now, in addition to the four sets of handcuffs, thumb restraints, the drugs, and the syringe that were found in the Defendant's locked safe, did you seize any other items out of that safe?

A    Yes.

Medrano - Direct                                    39

Q    Did you locate any weapons inside the safe?

A    Yes.

Q    At this time I'd like you to take a look at what's been marked for identification as Government's Exhibit Number 120 and 120-A.

        **(Pause, witness complies)**

          Special Agent Medrano, do you recognize Exhibit 120 and 120-A?

A    Yes.

Q    And what is Exhibit 120?

A    Exhibit 120 is an electric shock baton.

Q    And was that item found inside the Defendant's locked safe?

A    Yes.

Q    And is Exhibit 120-A a photograph of Exhibit 120?

A    Yes.

        **MR. DUGDALE:**  Your Honor, the Government would move for the admission of Exhibit 120 and 120-A.

        **THE COURT:**  Any objection?

        **MR. CALLAHAN:**  No objection.

        **THE COURT:**  Received, 120 and 120-A.

    **(Government's Exhibits Numbers 120 and 120-A were received in evidence)**

//

//

EXCEPTIONAL REPORTING SERVICES, INC

Medrano - Direct                                            40

**BY MR. DUGDALE:**

Q    You mentioned that this was an electric shock baton.  Are you familiar with how an item like this works?

A    Yes.

Q    And how does it work?

A    This operates with two 9-volt batteries, which you place in the unit, and there's an on switch, and when you touch someone with this it sends out an electrical charge which will incapacitate someone for a period of time, depending on how many volts is generated and how many -- or how long you apply it to the person.

Q    Was there a second electronic type stun gun that was found in the safe as well?

A    Yes.

Q    Can you please take a look now at Exhibit 121-A and 120-A -- and 121-A, which have been marked for identification --

        THE COURT:  Wait.  Wait.  Let's get the numbering straight now.

        MR. DUGDALE:  Yes.

        THE COURT:  Which numbers?

        MR. DUGDALE:  Exhibits 121 and 121-A for identification, your Honor.

        THE COURT:  All right.  121 and 121-A.

//

**EXCEPTIONAL REPORTING SERVICES, INC**

Medrano - Direct                    41

BY MR. DUGDALE:

Q    Do you recognize Exhibit 121?

A    Yes.

Q    And what is Exhibit 121?

A    This is another stun gun that was found in the safe.

Q    And what is Exhibit 121-A?

A    It's a photograph of this stun gun.

        MR. DUGDALE:  Your Honor, the Government would move
for the admission of Exhibit 121 and 121-A.

        THE COURT:  121 and 121-A admitted this date.

    **(Government's Exhibits Numbers 121 and 121-A were received
in evidence)**

BY MR. DUGDALE:

Q    And Special Agent Medrano, are you familiar with how this
item works, Exhibit 121?

A    Yes.

Q    And how does it work?

A    It's the same principle as the baton.  This one just
has -- the baton had contact devices on the end of it.  This
one generates a charge from tip to tip, so when you apply it to
someone it generates the electrical shock that can
incapacitate.

Q    Special Agent Medrano, I'd like now for Special
Agent Perez to hand you what have been marked for
identification as Exhibits 122 and 122-A.

Medrano - Direct                                    42

A      Okay.

Q      Special Agent Medrano, do you recognize Exhibit 122?

A      Yes.

Q      And what is Exhibit 122?

A      This item appears to be a silencer for a weapon.

Q      And was this also found in the Defendant's locked safe?

A      Yes.

Q      And is Exhibit 122-A a photograph of the same?

A      Yes.

          **MR. DUGDALE:**  Your Honor, the Government would move for the admission of Exhibits 122 and 122-A.

          **THE COURT:**  122 and 122-A admitted this date.

          I heard no objection?

          **MR. CALLAHAN:**  No objection.

          **THE COURT:**  Okay.

     **(Government's Exhibits Numbers 122 and 122-A were received in evidence)**

**BY MR. DUGDALE:**

Q      And Special Agent Medrano, can you please hold up that item and show it to the jury?

     **(Witness complies)**

          And I'd ask you to leave that somewhere handy on the stand for a moment.

          Special Agent Medrano, when the Defendant's safe was searched by the agents at the scene, did they find any handguns

Medrano - Direct                                    43

in addition to the items that we've already looked at?

A     Yes.

Q     And approximately how many handguns were found in the

Defendant's locked safe?

A     There were 12 handguns recovered from the safe.

Q     And did you recover handgun parts in addition to handguns?

A     Yes.

Q     And did you recover ammunition in addition to the handguns

and the handgun parts?

A     Yes.

Q     Please take a look at what has been marked for

identification as Government's Exhibits Number 123 and 123-A.

      **(Pause, witness complies)**

         Do you recognize Exhibit 120 -- oops, I'm sorry.

      **(Pause)**

         Do you recognize Exhibit 123?

A     Yes.

Q     And what is Exhibit Number 123?

A     This is a Colt handgun, .380 caliber.

Q     And is Exhibit 123-A a photograph of that?

A     Yes.

         **MR. DUGDALE:**  Your Honor, the Government would move

for the admission of Exhibit 123 and 123-A.

         **THE COURT:**  Any objection?

         **MR. CALLAHAN:**  No objection.

Medrano - Direct                                        44

THE COURT:  All right, 123 and 123-A admitted this date.

**(Government's Exhibits Numbers 123 and 123-A were received in evidence)**

THE COURT:  Unless I hear an objection I'll admit the exhibits.

MR. CALLAHAN:  That's fine.

**BY MR. DUGDALE:**

Q    I'd now like you to take a look at what has been marked for identification as Exhibit Number 126 and 126-A.

**(Pause, witness complies)**

Do you recognize Exhibit 126?

**(Pause)**

A    Yes, I recognize it.

Q    And what is Exhibit 126?

A    This is a barrel to a gun, .9mm barrel.

Q    And is 126-A a photograph of the same?

A    Actually there's not a photograph in this folder.  Shall I check the binder?

Q    Yes, if you could.

**(Pause, witness complies)**

A    Yes, 106-A -- or, sorry, 126-A is a photograph of that gun barrel.

Q    Thank you.

MR. DUGDALE:  Your Honor, the Government would move

Medrano - Direct                                              45

for the admission of Exhibit 126 and 126-A.

THE COURT:  126 and 126-A are admitted this date.

(Government's Exhibits Numbers 126 and 126-A were received in evidence)

BY MR. DUGDALE:

Q    Can you now take a look at what has been marked for identification as Government's Exhibits Number 127 and 127-A?

(Pause, witness complies)

Okay.  We'll go back.  Did you look at 127-A?

A    Yes.

Q    Is that a photograph of another weapon that was seized from the residence?

A    Yes.

MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibit 127-A.

THE COURT:  127-A only?

MR. DUGDALE:  Correct.  We'll go back with 127.

THE COURT:  All right.  127-A admitted.

(Government's Exhibit Number 127-A was received in evidence)

BY MR. DUGDALE:

Q    And what kind of firearm is this?

A    This is a Sig Sauer handgun.

Q    Can you now take a look at what's been marked for identification as Government's Exhibit Number 128 and 128-A?

EXCEPTIONAL REPORTING SERVICES, INC

Medrano - Direct                                    46

(Pause, witness complies)

        Do you recognize Exhibit 128?

A    Yes.

Q    And what is Exhibit 128?

A    This is a Beretta handgun.

Q    And was that also found in the Defendant's locked safe?

A    Yes.

Q    And is 128-A a photograph of that Beretta?

        (Pause)

A    Yes, it is.

        MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibit 128-A -- 128 and 128-A.

        THE COURT:  128 and 128-A admitted this date.

        (Government's Exhibits Numbers 128 and 128-A were received in evidence)

BY MR. DUGDALE:

Q    Can you take a look at what's been marked for identification as Exhibit 129 and 129-A?

        (Pause, witness complies)

        Do you recognize Exhibit 129?

A    Yes.

Q    And what is Exhibit 129?

A    This is an H&K .45 caliber handgun.

Q    And was this also a firearm seized from the Defendant's locked safe?

Medrano - Direct                                47

A      Yes.

Q      And is Exhibit 129-A a photograph of the same?

A      Yes.

        MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibit 129 and 129-A.

        THE COURT:  129 and 129-A admitted this date.

        **(Government's Exhibits Numbers 129 and 129-A were received in evidence)**

**BY MR. DUGDALE:**

Q      Can you please take a look now at what's been marked as Government's Exhibit Number 130 and 130-A?

        **(Pause, witness complies)**

        Do you recognize Exhibit 130?

A      Yes.

Q      And what is it?

A      This is a Walther handgun, 9mm.

Q      And was this item also seized from the Defendant's locked safe?

A      Yes.

Q      And can you take a look at Exhibit Number 130-A?  Is that a photograph of Exhibit 130?

A      Yes.  I'm sorry; the caliber is .380, not 9mm.

        MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibit 130 and 130-A.

        THE COURT:  130 and 130-A admitted this date.

Medrano - Direct                                48

(Government's Exhibits Numbers 130 and 130-A were received in evidence)

BY MR. DUGDALE:

Q    At this time I'd like you to take a look at what's been marked for identification as Exhibits 131 and 131-A.

(Pause, witness complies)

Do you recognize Exhibit 131?

A    Yes.

Q    And what is Exhibit 131?

A    This is an H&K 9mm handgun.

Q    And is Exhibit 131-A a photograph of that handgun?

A    Yes.

MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibit 131 and 131-A.

THE COURT:  Admitted, 131 and 131-A.

(Government's Exhibits Numbers 131 and 131-A were received in evidence)

BY MR. DUGDALE:

Q    Can you now take a look at what's been marked for identification as Government's Exhibits Number 132 and 132-A?

(Pause, witness complies)

Do you recognize Exhibit 132?

A    Yes.

Q    And what is Exhibit 132?

A    This is a Sig Sauer P226.

EXCEPTIONAL REPORTING SERVICES, INC

Medrano - Direct                                    49

Q    And was this another handgun that was seized from the Defendant's locked safe?

A    Yes.

Q    And is Exhibit 132-A a photograph of Exhibit 132?

A    Yes.

Q    Now, Special Agent Medrano, is there anything unique or unusual about Exhibit 132, that particular handgun?

A    Yes.

Q    And what is unique or unusual about that handgun?

A    It appears that the normal barrel in this weapon has been replaced with a threaded barrel, so there's a threading at the end of the barrel.

        **MR. DUGDALE:**  And, your Honor, the Government would move for the admission of Exhibit 132 and 132-A.

        **THE COURT:**  132 and 132-A admitted this date.

    **(Government's Exhibits Numbers 132 and 132-A were received in evidence)**

BY MR. DUGDALE:

Q    And you mentioned that there's a threaded barrel.  Can you describe for the jury what a threaded barrel is?

A    Sure.  A normal barrel does not have the grooving at the end, it's smooth and it stays flush with the end of the gun. This weapon has the threading at the end so it protrudes from the end of gun and basically it enables a silencer to be attached.

Medrano - Direct                    50

Q    And we have on the screen here, just so everybody can see what's going on here, a picture of 132.  Can you circle where this threaded barrel is?

A    Right there (indicating).

Q    Okay.  And you mentioned that this is something that could be used to attach a silencer; is that correct?

A    Correct.

Q    Is there any other use that you can think of for having a threaded gun barrel on a gun?

         MR. CALLAHAN:  Objection.  Speculation and lack of foundation.

         THE COURT:  I'll overrule the objection and allow it to come in subject to laying a foundation.

BY MR. DUGDALE:

Q    Well as an FBI agent do you have training in firearms?

A    Yes.

Q    And do you carry a firearm yourself?

A    Yes.

Q    And so you're familiar with how guns work; is that correct?

A    Correct.

Q    And are you familiar with how to put together a gun and take apart a gun for instance?

A    Yes.

Q    Are you familiar with how to change a barrel in a gun?

EXCEPTIONAL REPORTING SERVICES, INC

Medrano - Direct                                              51

A     Yes.

Q     And are you familiar with the different parts of guns and how they work?

A     Yes.

Q     And is there any use for a threaded barrel like this apart from attaching something to a gun?

A     No, not that I'm aware of.

Q     And we have on the screen here, just so everybody can see what's going on here, a picture of 132.

      Can you circle where this threaded barrel is?

A     Right there.

Q     Okay.  And you mentioned that this is something that could be used to attach a silencer; is that correct?

A     Correct.

Q     Is there any other use that you can think of for having the threaded gun barrel on a gun?

      **MR. CALLAHAN:**  Objection.  Speculation.  Lack of foundation.

      **THE COURT:**  I'll overrule the objection and allow it to come in subject to laying a foundation.

**BY MR. DUGDALE:**

Q     Well, as an FBI agent, do you have training in firearms?

A     Yes.

Q     And do you carry a firearm yourself?

A     Yes.

Medrano - Direct                                        52

Q    And so you're familiar with how guns work; is that correct?

A    Correct.

Q    And are you familiar with how to put together a gun and take apart a gun, for instance?

A    Yes.

Q    And are you familiar with how to change a barrel in a gun?

A    Yes.

Q    And are you familiar with the different parts of guns and how they work?

A    Yes.

Q    And is there any use for a threaded barrel like this, apart from attaching something to a gun?

A    No.  Not that I am aware of.

Q    And you mentioned earlier that one of the items that you seized from the safe was Exhibit 122.

        Do you still have that up there?

A    Yes.  It's right here.

Q    And that was the thing that you said looked like a silencer to you.

A    Correct.

Q    Okay.  And, just to be clear, you never tested that to see if that was, in fact, a silencer; it's just something that looks like one.  Is that correct?

A    Yes.  That's correct.

Medrano - Direct                                                53

Q    And prior to today did you have an opportunity to see if Exhibit 122, that thing that looks like a silencer, can be screwed on to Exhibit 132, that gun with a threaded barrel that was located in the defendant's locked safe?

A    Yes.

Q    And do they fit?

A    Yes.  They do.

Q    And can you demonstrate for the jury now how these things fit together?

A    Sure.

        **(Pause)**

        **MR. DUGDALE:**  And, just for the record, what's happening now is Special Agent Perez is removing a flex tie from the gun.

**BY MR. DUGDALE:**

Q    Special Agent Medrano, when you seized all these guns they didn't have those ties on them; is that correct?

A    Correct.  Those were added by us.

        **THE COURT:**  Those are added so the gun is not capable of being discharged in the courtroom.

        **(Pause)**

**BY MR. DUGDALE:**

Q    Okay.  Can you describe for the jury what you're doing now?

A    Sure.

Medrano - Direct                                    54

There is a threading inside this device that looks like the silencer, which --

THE COURT:  One twenty-two.

THE WITNESS:  -- excuse me -- which when screwed on has the capability of functioning as a silencer.

BY MR. DUGDALE:

Q   Okay.  And could you hold that up to the jury to show them what it looked like when 122 was attached to Exhibit one --

THE COURT:  Thirty-two.

MR. DUGDALE:  -- thirty-two?

Okay.  Thank you.

BY MR. DUGDALE:

Q   Can you now -- well, I'll give you a minute to unscrew that.

A   Okay.

(Pause)

THE COURT:  Go ahead, Mr. Dugdale.

MR. DUGDALE:  Thank you.  I was just giving Special Agent Perez a break there.

Special Agent Perez, I know you're doing something there, but can you please hand Special Agent Medrano what's been marked for identification as Government's Exhibit Number 133 and 133A?

(Pause)

//

EXCEPTIONAL REPORTING SERVICES, INC

Medrano - Direct                                          55

BY MR. DUGDALE:

Q     And, Special Agent Medrano, do you recognize Exhibit 133?

A     Yes.

Q     And what is Exhibit 133?

A     This is a Beretta handgun.

Q     And was that Beretta handgun also found in the defendant's locked safe?

A     Yes.

Q     And is Exhibit 133 -- is that a photograph of that Beretta?

A     Yes.

          MR. DUGDALE:  Your Honor, the Government moves to admit Exhibits 133 and 133A.

          THE COURT:  One thirty-three and 133A are admitted this date.

     **(Government's Exhibits Numbers 133 and 133-A were received in evidence)**

BY MR. DUGDALE:

Q     Can you now take a look at what's been marked for identification as Exhibit 134 and 134A?

          Do you recognize Exhibit 134?

A     Yes.

Q     And what is Exhibit 134?

A     This is a Raven .25-caliber.

Q     And was that also seized from the defendant's locked safe?

A    Yes.

Q    And is 134A a photograph of Exhibit 134?

A    Yes.

        MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibits 134 and 134A.

        THE COURT:  One thirty-four and 134A admitted this date.

     **(Government's Exhibits Numbers 134 and 134-A were received in evidence)**

**BY MR. DUGDALE:**

Q    Can you now take a look at what's been marked for identification as Exhibit 135 and Exhibit 135A?

        Do you recognize Exhibit 135?

A    Yes.

Q    And what is Exhibit 135?

A    This is a Taurus revolver, a .380.

Q    And was this also seized from the defendant's locked safe?

A    Yes.

Q    And is Exhibit 135A a photograph of Exhibit 135?

A    Yes.

        MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibit 135 and 135A.

        THE COURT:  One thirty-five and 135A admitted this date.

     **(Government's Exhibits Numbers 135 and 135-A were received**

Medrano - Direct                                              57

in evidence)

BY MR. DUGDALE:

Q    Special Agent Medrano, can you now take a look at what has been marked as Government's Exhibit Number 211?

And what is Government's Exhibit Number 211?

A    These are three additional threaded barrels.

Q    And were those items also located in the defendant's locked safe?

A    Yes.

MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibit 211.

THE COURT:  Exhibit 211 admitted this date.

(Government's Exhibit Number 211 was received in evidence)

BY MR. DUGDALE:

Q    And, Special Agent Medrano, you mentioned that those are three threaded barrels.  Are those three threaded barrels there identical to the threaded barrel that you found on the Sig Sauer handgun which was admitted as Government's Exhibit Number 132?

A    Yes.

Q    And would those three threaded barrels:  Would any of those also accept a silencer?

A    Yes.

Q    And could you -- we're not going to do this, but could you screw the silencer on those three threaded barrels in the same

Medrano - Direct                                        58

way that you did on the threaded barrel that was located on

Exhibit 132, the Sig Sauer?

A     Yes.

Q     Can you now take a look at what's been marked for

identification as Government's Exhibit Number 212 and 213?

     **(Pause)**

**BY MR. DUGDALE:**

Q     Do you recognize Exhibits 212 and 213?

A     Yes.

Q     And what are 212 and 213?

A     These are each Glock pistol conversion kits.

Q     And were those also found in the defendant's safe?

A     Yes.

          **MR. DUGDALE:**  Your Honor, the Government would move

for the admission of Exhibits 212 and 213.

          **THE COURT:**  Two twelve and 213 admitted this date.

     **(Government's Exhibits Numbers 212 and 213 were received**

**in evidence)**

**BY MR. DUGDALE:**

Q     Can you explain to the jury what Exhibit 212 and 213, how

those two items are used?

A     Sure.  These kits allow you to take a Glock handgun and

switch out the slide, the barrel, and the spring, and this will

convert what your other Glock -- if it was a .40-caliber or

what have you, this allows you to shoot .22-caliber ammunition

Medrano - Direct                                                59

rather than the standard that comes with the weapon.  So you're

basically switching out; you're using the stock or the pistol

grip the same, but you're switching out the remaining parts:

the spring, the barrel, and the slide.  And the barrel is

smaller, so it takes the .22-caliber ammunition rather than

whatever your standard ammunition is for that weapon.

Q    Now, Special Agent Medrano, in addition to seizing the

handguns that we described that were found in the defendant's

locked safe, were there any other weapons that were found in

his residence as well?

A    Yes.

Q    And where were those other weapons found in his residence?

A    There were two handguns found in the office area.

Q    Okay.  And if you could turn around -- well, you don't

have to do that actually.

          If we'd go back to Exhibit 101A, what room is the

office area that you're describing?

A    Room L.

Q    And so that's this area right here; is that right?

A    Correct.

Q    Can you please take a look now at what's been marked for

identification as Government's Exhibits 124 and 124A?

     **(Pause)**

          **MR. DUGDALE:**  Your Honor, if I could go back for a

second, there seems to be some dispute as to whether I moved

Medrano - Direct                                        60

for the admission of Exhibit 211.

          THE COURT:  Two eleven was admitted.

          MR. DUGDALE:  Thank you.

          THE COURT:  Two twelve and 213 were also admitted.

          MR. DUGDALE:  Thank you.

BY MR. DUGDALE:

Q    What is Exhibit two -- I'm sorry -- 124?

A    This is a Smith & Wesson 9-millimeter handgun.

Q    And where was that item found?

A    This was found in Room L near the desk area.

Q    And is Exhibit 124A a photograph of Exhibit 124?

A    Yes.

          MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibit 124 and 124A.

          THE COURT:  One twenty-four and 124A admitted this date.

     **(Government's Exhibits Numbers 124 and 124-A were received in evidence)**

BY MR. DUGDALE:

Q    And, lastly, can you take a look at what's been marked for identification as Government's Exhibits Number 125 and 125A?

     **(Pause)**

BY MR. DUGDALE:

Q    Do you recognize Exhibit 125?

A    Yes.

Medrano - Direct                                              61

Q     And what is Exhibit 125?

A     This is a Glock 23, which is a .40-caliber, and holster.

Q     And where was that item seized?

A     This was also found near the desk area.

Q     And is Exhibit 125A a photograph of Exhibit 125?

A     Yes.

        MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibit 125 and 125A.

        THE COURT:  One twenty-five and 125A admitted this date.

    **(Government's Exhibits Numbers 125 and 125-A were received in evidence)**

BY MR. DUGDALE:

Q     Okay.  Special Agent Medrano, now we're going to go back to Room H for a moment, this room right up here.

        In addition to the items that were seized from the safe, did you seize any other items from that room?

A     Yes.

Q     Can you please take a look at the photograph that's been marked as Exhibit 102N?

        THE COURT:  102 --

        MR. DUGDALE:  N.

        THE COURT:  Like "Nancy"?

        MR. DUGDALE:  Correct.

//

BY MR. DUGDALE:

Q    Do you recognize Exhibit 102N?

A    Yes.

Q    And what does 102N depict?

A    This is the credenza, and on the shelf you can see a roll of duct tape and rope.

Q    And where were these items located?

A    On the shelf of the credenza in Room H.

        MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibit 102N.

        THE COURT:  102N admitted this date.

    (Government's Exhibit Number 102-N was received in evidence)

    (Pause)

        MR. DUGDALE:  One moment.  I'm sorry, your Honor.

    (Pause)

BY MR. DUGDALE:

Q    All right.  This is the photograph that you've just looked at; is that correct?

A    Yes.

Q    And did you seize these two items that are in this photograph here?

A    Yes.

Q    Can you please take a look at what's been marked for identification as Government's Exhibit 109 and 109A?

Medrano - Direct                                    63

(Pause)

BY MR. DUGDALE:

Q    Do you recognize Exhibit 109?

A    Yes.

Q    And what is Exhibit 109?

A    This is the roll of duct tape that was taken from Room H.

Q    And is Exhibit 109A a photograph of that duct tape?

A    Yes.

        MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibit 109 and 109A.

        THE COURT:  109 and 109A admitted this date.

    **(Government's Exhibits Numbers 109 and 109-A were received in evidence)**

BY MR. DUGDALE:

Q    Can you now please take a look at what's been marked for identification as Government's Exhibit 110?

        And what is Exhibit 110?

A    This is the rope that was seized from the credenza in Room H.

Q    And can you take a look at Exhibit 110A?

        Is Exhibit 110A a photograph of Exhibit 110?

A    Yes.

        MR. DUGDALE:  Your Honor, the Government moves for the admission of Government's Exhibit 110 and 110A.

        THE COURT:  One ten and 110A admitted this date.

Medrano - Direct                                    64

(Government's Exhibits Numbers 110 and 110-A were received

in evidence)

BY MR. DUGDALE:

Q    Just to back up for one second, earlier when we were going

through the firearms, we talked about a photograph of

Exhibit 127, which was admitted.

        Do you have Exhibit 127 in front of you now?

    (Pause)

        MR. DUGDALE:  Maybe check the floor.

    (Pause)

        THE WITNESS:  I do now.

        THE COURT:  Now --

        MR. DUGDALE:  Do you recognize --

        THE COURT:  -- you may have made a mistake.  One

twenty-seven "A" was admitted; 127 was not admitted.

        MR. DUGDALE:  Was not admitted.  Correct, your Honor.

BY MR. DUGDALE:

Q    Do you have Exhibit 127 in front of you now?

A    Yes, I do.

Q    And what is Exhibit 127?

A    This is a Sig Sauer handgun.

Q    Okay.  And was Exhibit 127 another one of the firearms

that was seized from the defendant's locked safe?

A    Yes.

        MR. DUGDALE:  Your Honor, now the Government would

Medrano - Direct                    65

move for the admission of Exhibit 127.

THE COURT:  One twenty-seven admitted this date.

**(Government's Exhibit Number 127 was received in evidence)**

**(Pause)**

BY MR. DUGDALE:

Q    Special Agent Medrano, in addition to all of the items that were taken out of the safe that we've discussed, and the things that were on the credenza, did you find any other items in Room H in addition to those items?

A    Yes.

Q    Can you please take a look now at what have been marked for identification as Government's Exhibits Numbers 102O, 102P, 102Q, and 102R?

THE COURT:  O through R for identification.

**(Pause)**

THE WITNESS:  Okay.

BY MR. DUGDALE:

Q    Do you recognize what those photographs are photographs of?

A    Yes.

Q    And what are they photographs of?

A    102O is a duffle bag that we found on the floor of Room H, and P shows some of the contents laid out on top; Q shows a view in one of the zipper portions of the bag; and R shows some items that were removed from the bag.

**EXCEPTIONAL REPORTING SERVICES, INC**

MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibits 102O, P, Q, and R.

THE COURT:  O, P, Q, and R.  All right.  102O, P, Q, and R admitted this date.

**(Government's Exhibits Numbers 102-O, 102-P, 102-Q, and 102-R were received in evidence)**

**BY MR. DUGDALE:**

Q    Okay.  Exhibit 102O is on the screen.

What is Exhibit 102O?

A    That is the duffle bag that we found in that room, Room H.

Q    And was the duffle bag searched to see what was inside of it?

A    Yes.

Q    And 102P:  What does this depict?

A    That is some of the contents of what was found inside the bag.  On the top here, these are flex cuffs or flex ties, and there's a plastic bag.

Q    Okay.  Now, you called these flex cuffs or flex ties.  Are these something that you use in law enforcement occasionally?

A    Yes.

Q    And what are they used for?

A    They're used in place of handcuffs sometimes.  If we have -- typically if we have a large-scale arrest, we don't have enough handcuffs, we use these flex ties, which basically function in the same manner.  You strap it through, pull it

Medrano - Direct                                          67

tight, and it won't come off unless you cut it off.

Q    Moving on to Exhibit 102Q:  What is Exhibit 102Q?

A    This shows two rolls of duct tape that were found in the bag, along with a sharp-edge instrument or knife.

Q    And 102R:  What is 102R?

A    These are scuba fins that were taken out of the bag.

Q    Okay.  And they were in the same bag as the bag with the flex cuffs and the duct tape and the sharp tool that you talked about?

A    Yes.

Q    Did you seize any of the items inside this bag after they were photographed?

A    Yes.

Q    Can you please take a look at what's been marked for identification as Government's Exhibit Number 111?

     (Pause)

BY MR. DUGDALE:

Q    And what is Exhibit 111?

A    This is one of the rolls of duct tape that were taken from the bag.

Q    And can you also take a look at Exhibit 111A?

A    Yes.

Q    Is that a photograph of the same?

A    Yes.

          MR. DUGDALE:  Your Honor, the Government would move

EXCEPTIONAL REPORTING SERVICES, INC

Medrano - Direct                                68

for the admission of Exhibits 111 and 111A.

THE COURT:  One eleven and 111A admitted this date.

(Government's Exhibits Numbers 111 and 111-A were received in evidence)

BY MR. DUGDALE:

Q    Now, Special Agent Medrano, turning back to the diagram of the first floor, Exhibit 101A, and 101 on the screen, what room did you search next after searching Room H?

A    We searched Room L.

Q    Okay.  And is that the room located right here?

A    Yes.

Q    And could you please take a look now at what have been marked for identification as Exhibits 102S, 102T, 102U, and 102V?

THE COURT:  S through V; 102.

MR. DUGDALE:  And, Special Agent Medrano, those are also in the binder right there.  They may be more accessible that way.

(Pause)

THE WITNESS:  Okay.

BY MR. DUGDALE:

Q    Do you recognize those four photographs?

A    Yes.

Q    And what are they photographs of?

A    These are all photographs of Room L, which is the office

EXCEPTIONAL REPORTING SERVICES, INC

area, taken from different angles.

Q    And is that the way that the office area looked on February 19th when the FBI executed its search warrant?

A    Yes.

        MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibits 102S, T, U, and V.

        THE COURT:  Exhibits 102S, T, U, and V admitted this date.

        **(Government's Exhibits Numbers 102-S, 102-T, 102-U, and 102-V were received in evidence)**

        **(Pause)**

**BY MR. DUGDALE:**

Q    Okay.  Now, the last two photographs, Exhibits 102V and 102U, contain a shelving unit --

A    Yes.

Q    -- over here, along this whole wall.

        Did the FBI search that area to recover evidence from it?

A    Yes.

Q    Can you now take a look at what's been marked for identification as Government's Exhibit 102W?

        Do you recognize Exhibit 102W?

A    Yes.

Q    And what is Exhibit 102W?

A    These are two plastic bags that were found on one of the

Medrano - Direct                                   70

left-most shelves, where it's circled.

           MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibit 102W.

           THE COURT:  102W admitted this date.

      **(Government's Exhibit Number 102-W was received in evidence)**

BY MR. DUGDALE:

Q    And did you search the contents of these two plastic bags?

A    Yes.

Q    Can you please take a look now at what's been marked for identification as Government's Exhibit 102X?

           Do you recognize what's depicted in that photograph?

A    Yes.

Q    And what's depicted in that photograph?

A    This is the contents of the white plastic bag.

Q    Okay.  So we have two bags in 102W, the white one and the green one, and you looked through both of them; is that correct?

A    Yes.

Q    And this exhibit that we've just discussed here, 102X, is a photograph of the contents of the white bag; is that right?

A    Correct.

           MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibit 102X.

//

Medrano - Direct                                            71

THE COURT:  102X received this date.

**(Government's Exhibit Number 102-X was received in**
**evidence)**

BY MR. DUGDALE:

Q    Now, looking at Exhibit 102X here, can you describe for the jury what you found inside that plastic bag located in the defendant's office area?

A    Yes.  Inside this bag we found three cell phones, and there were two 711 calling cards, and there was a handwritten note.

Q    And did you seize all of these items from the defendant's residence?

A    Yes.

Q    Can you now take a look at what's been marked for identification as Government's Exhibit Number 136, 137, and 138?

**(Pause)**

BY MR. DUGDALE:

Q    Do you recognize those three items?

A    Yes.

Q    And what are they?

A    One thirty-six and 137 are both Erickson cell phones, and 138 is a Nokia cell phone.

Q    And where did you seize those three phones:  the two Erickson cell phones and the Nokia cell phone?

Medrano - Direct                                            72

A     These were all taken from that white plastic bag depicted in the photo.

        MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibits 136, 137, and 138.

        THE COURT:  Exhibits 136, 37 and 38 admitted this date.

     **(Government's Exhibits Numbers 136, 137, and 138 were received in evidence)**

**BY MR. DUGDALE:**

Q     Can you now take a look at what's been marked for identification as Exhibits 139 and 140?

     **(Pause)**

**BY MR. DUGDALE:**

Q     Do you recognize those items?

A     Yes.

Q     And what are they?

A     These are the two 711 calling cards that were seized from that bag.

        MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibits 139 and 140.

        THE COURT:  One thirty-nine and 140 admitted this date.

**BY MR. DUGDALE:**

Q     Special Agent Medrano, before you put those away, do you know what the purpose is of telephone cards like that, that

Medrano - Direct                          84

A     The coloring.

Q     I'm sorry?

A     The coloring due to the fingerprinting.

Q     And can you take a look at Exhibit 166?

What is Exhibit 166?

A     This is a photograph of the prior exhibit in the condition that we found it.

MR. DUGDALE:  Your Honor, at this time the Government would move for the admission of Exhibits 63 and 166.

THE COURT:  Exhibits 63 and 166 admitted this date.

**(Government's Exhibits Numbers 63 and 166 were received in evidence)**

MR. DUGDALE:  Covering the last piece of paper that was taken from that bag, can you look at Exhibit Number 61 and 164?

**(Pause)**

**BY MR. DUGDALE:**

Q     Do you recognize Exhibit Number 61?

A     Yes.

Q     And what is Exhibit Number 61?

A     This is a document that was seized from the green plastic bag.

Q     And is that document also in a slightly altered state as a result of the fingerprint testing?

A     Yes.

Medrano - Direct                                      85

Q    Could you take a look at Exhibit 164?

     What is Exhibit 164?

A    This is a photograph of the prior document in the condition that we found it.

     **MR. DUGDALE:**  Your Honor, the Government would move for the admission of Exhibits 61 and 164.

     **THE COURT:**  Exhibits 61 and 164 admitted this date.

     **(Government's Exhibits Numbers 61 and 164 were received in evidence)**

**BY MR. DUGDALE:**

Q    And, Special Agent Medrano, do you recognize any of the names that appear on this document here?

A    Yes.  I recognize the name of George Safiev and Nick Kharabadze.

Q    And what significance did those names have to your investigation?

A    Those were the victims of the most recent kidnapping.

Q    And could you describe in general what this exhibit is, 61 and 164?

A    Yes.  This appears to be bank information for both Mr. Safiev and Mr. Kharabadze, as well as address and phone information.

     **MR. DUGDALE:**  Your Honor, I'm going to switch topics now.

     **THE COURT:**  We'll take our morning recess.

EXCEPTIONAL REPORTING SERVICES, INC

86

MR. DUGDALE:  Is this an appropriate time for a break?

THE COURT:  Remember the admonition.  We'll take a ten-minute recess.

(Recess taken from 10:51 a.m. to 11:05 a.m.)

(Outside the Presence of the Jury)

THE COURT:  All right.  Outside the presence of the jury, the record will indicate all parties and counsel are present.

Anything the Government wishes to bring up?

MR. DUGDALE:  No, your Honor.  Thank you.

THE COURT:  Anything Defendant Mikhel wishes to bring up?

MR. CALLAHAN:  No, your Honor.

THE COURT:  Anything Defendant Kadamovas wishes to bring up?

MR. LASTING:  No, your Honor.

THE COURT:  All right.  We'll bring the jury out.

(Pause / Jurors enter courtroom at 11:05 a.m.)

All right.  The record will indicate all jurors are present, all counsel are present, all parties are present.

You're still under oath.  Please state your name for the record.

THE WITNESS:  Vikki Medrano.

THE COURT:  Mr. Dugdale, you may continue.

Medrano - Direct                                    87

**MR. DUGDALE:**  Thank you, your Honor.

**DIRECT EXAMINATION (RESUMED)**

**BY MR. DUGDALE:**

Q    Special Agent Medrano, when we left off we left off with Exhibit Number 61 and a photograph of Exhibit 164, which is on the screen here, (indicating).  You mentioned that it had two of the kidnapping victims' names on it, as well as some bank account information.

Were there also PIN numbers for different bank accounts contained on this piece of paper, as well?

A    Yes.

Q    And can you identify by touching the screen where the PIN numbers are located on this document?

A    There's one here, (indicating), above that; one here, (indicating); and one here, (indicating).

Q    Now, earlier you testified about finding two 7-Eleven phone cards in a bag that was in an office area of the Defendant's residence.

Did you find any other prepaid phone cards at the Defendant's residence during your search on February 19th, 2002?

A    Yes.

Q    Can you please take a look at what's been marked for identification as "Exhibit 142A"?

Do you recognize Exhibit 142A?

**EXCEPTIONAL REPORTING SERVICES, INC**

Medrano - Direct                                                      111

**BY MR. DUGDALE:**

Q    Okay, moving on to a separate area in Room L.  The photograph showed in addition to the shelving a desk.  Did you search the desk area as well?

A    Yes.

Q    And were there any items seized from that desk area?

A    Yes.

Q    Does that include items seized under the desk?

A    Correct.

Q    Can you please now take a look at what's been marked as Government's Exhibit Number 156?  It's a box.

     **(Pause, witness complies)**

          Do you recognize Exhibit 156?

A    Yes.

Q    And what is 156?

A    It's a plastic crate that holds hanging file folders.

Q    And was this an item also seized from the Defendant's office?

A    Yes.

Q    And within Exhibit 156 there are five folders that have been separately marked.  Let's very quickly go through those five folders.

A    Okay.

Q    Exhibit 156-A, what is Exhibit 156-A?

A    156-A is a folder labeled Cal Fed Bank and it contains

Medrano - Direct                                              112

banking documents related to an account held by Iouri Mikhel.

Q    What is the folder marked as Exhibit 156-B?

A    Citibank.

Q    And what is contained within that file folder?

A    It contains documents relating to an account held by Iouri Mikhel, it looks like a charge account.

Q    What is contained within the folder marked 156-C?

     **(Pause)**

A    It's labeled LA Cellular and it contains phone records for telephone number 310-993-6748 subscribed to by Iouri Mikhel.

Q    The fourth folder, Exhibit 156-D, what information is contained in that file folder?

A    This is labeled Citicard and it contains credit card statements from an account -- let me see, user holding it -- of Iouri Mikhel.

Q    And lastly, Exhibit 156-E, what's contained within that accordion file?

A    This is an accordion file labeled Cal Fed Bank and it contains banking documents related to an account held by Iouri Mikhel at Cal Fed.

     **MR. DUGDALE:**  Your Honor, at this time the Government would move for the admission of Exhibit 156, the box, and its contents, specifically 156-A, 156-B, 156-C, 156-D, and 156-E.

//

//

**THE COURT:**  All right, Exhibits 156, 156-A, 156-B, 156-C, 156-D, and 156-E admitted this date.

**(Government's Exhibits Numbers 156, 156-A, 156-B, 156-C, 156-D, and 156-E were received in evidence)**

**BY MR. DUGDALE:**

Q    Special Agent Medrano, can you now take a look at what's been marked for identification as Government's Exhibit Number 158?

**(Pause, witness complies)**

Do you recognize Exhibit 158?

A    Yes.

Q    And what is Exhibit 158?

A    These are documents relating to a -- it's labeled home loan and it's relating to an account at Indymac Bank for a loan in the name of Iouri Mikhel.

**MR. DUGDALE:**  Your Honor, the Government would move for the admission of Exhibit 158.

**THE COURT:**  158 admitted this date.

**(Government's Exhibit Number 158 was received in evidence)**

**BY MR. DUGDALE:**

Q    Can you please take a look at what's been marked for identification as Exhibit 159?

**(Pause, witness complies)**

What is Exhibit 159?

A    This is a document reflecting a loan held at Wilshire in

Medrano - Direct                              114

the name of Iouri Mikhel.

Q    Was this another item that you seized at the Defendant's residence on February 19th, 2002?

A    Yes.

MR. DUGDALE:  Your Honor, the Government moves for the admission of Exhibit 159.

THE COURT:  159 admitted this date.

(Government's Exhibit Number 159 was received in evidence)

BY MR. DUGDALE:

Q    Can you now take a look at what's been for identification as Exhibit 160?

(Pause, witness complies)

And what is Exhibit 160?

A    This is an invoice from Privacy Unlimited and it's addressed to a Mr. George Cont.

Q    Was this also found at the Defendant's residence, this item addressed to Mr. George Cont?

A    Yes.

MR. DUGDALE:  Your Honor, the Government moves to admit Exhibit 160.

THE COURT:  Exhibit 160 admitted this date.

(Government's Exhibit Number 160 was received in evidence)

BY MR. DUGDALE:

Q    Special Agent Medrano, in addition to searching under the desk, did you seize any items on top of the desk as well?

Medrano - Direct                                    115

A     Yes.

Q     Can you please take a look at Exhibit 196 and 196-A?

      **(Pause, witness complies)**

            **THE COURT:**  I have a question to ask.

            **MR. DUGDALE:**  Yes?

            **THE COURT:**  I don't have a 196.  I have a 196-A and a

196-B.

            **MR. DUGDALE:**  Yes.  It's 196-A and 196-B.  That's

correct, your Honor.  I may have misidentified them.

            **THE WITNESS:**  Okay.  I have 196-A here.  Okay.

**BY MR. DUGDALE:**

Q     Okay.  Do you recognize Exhibit 196-A?

A     Yes.

Q     And what is it?

A     It's the fax machine from on top of the desk in Room L.

            **MR. DUGDALE:**  Your Honor, the Government would move

for the admission of Exhibit 196-A.

            **THE COURT:**  196-A admitted.

      **(Government's Exhibit Number 196-A was received in**

**evidence)**

**BY MR. DUGDALE:**

Q     And what is Exhibit -- is that 196-B in front of you

there?

A     Yes.

Q     In your hands?

Medrano - Direct                                                     116

A      Yes.

Q      And what is Exhibit 196-B?

A      This is another fax machine that was seized from the desk of Room L.

          MR. DUGDALE:  Your Honor, the Government would move for the admission of Exhibit 196-B.

          THE COURT:  196-B admitted.

     **(Government's Exhibit Number 196-B was received in evidence)**

**BY MR. DUGDALE:**

Q      Special Agent Medrano, in addition to the fax machines did the Defendant have any computers in his office area?

A      Yes.

Q      How many computers did he have?

A      There were two Sony VIAO laptops.

Q      And were both of those items seized from his residence as well?

A      Yes.

Q      And you mentioned there was a computer specialist who was with you during the course of the search.  Who were the people that were with you that helped with the computer stuff during the search of the Defendant's house?

A      There is an agent who is a computer specialist; her name is Elizabeth Rios.  And there was also a non-agent computer specialist with us as well.

Medrano - Direct                                          117

Q    And after -- are you aware of what happened to these items, the computers, after they were seized from the Defendant's residence?

A    Yes.

Q    And what happened to them?

A    They would have been placed into our evidence and then sent to our computer analysis team for analysis.

Q    And in addition to the computers that were seized at his residence, were there any computer disks that were seized at his residence as well?

A    Yes.

Q    And approximately how many different computer disks were seized at his residence?

A    There were approximately 37 computer disks that were seized that day.

Q    And what happened to these 37 computer disks after they were seized from the Defendant's residence?

A    They would have been booked into evidence again and given to our computer experts for analysis.

Q    Did you also search through the drawers under the shelves? We saw the shelf area where you seized some evidence, including the piece of paper that had two of the victims' names on it. Did you search the drawers that were located underneath that shelf?

A    Yes.

Medrano - Direct                                          118

Q    And did you seize any items from that location as well?

A    Yes.

Q    I would now like you to have a look at what's been marked as Government's Exhibit Number 174-A and 174-B.

     **(Pause, witness complies)**

          Do you recognize those items, Special Agent Medrano?

A    Yes.

Q    And what are they?

A    These are two boxes which both contain stamps.

Q    And were those two boxes searched in the area that I described underneath the shelf area in the office of the Defendant?

A    Yes.

Q    And what is inside Exhibit 174-A?

A    174-A contains a number of stamps, as well as seals for corporate documents, government stamps, and passport information.

Q    And what is contained in the metal box that's been marked as Exhibit 174-B?

A    174-B are additional stamps for corporate documents, government agencies, and passport information.

Q    And can you please take a look now at what's been marked as Government's Exhibit Number 174-C?

     **(Pause, witness complies)**

          What is Exhibit 174-C?

**EXCEPTIONAL REPORTING SERVICES, INC**

Medrano - Direct                                    119

A     These are samples of some of the stamps that were transferred onto paper.

Q     And was this done -- you didn't find Exhibit 174-C at his residence; is that correct?

A     Correct.  This was done by agents after the fact.

        MR. DUGDALE:  Your Honor, at this time the Government would move for the admission of Exhibits 174-A, B, and C.

        THE COURT:  174-A, B, and C admitted this date.

        **(Government's Exhibits Numbers 174-A, 174-B, and 174-C were received in evidence)**

        MR. DUGDALE:  And I'm going to publish for the jury parts of 174-C, which are the ink stamps that were made from the stamps located in 174-A and B.

**BY MR. DUGDALE:**

Q     Now, you testified earlier that you found two Russian passports in the name of the Defendant that were located in the safe in Room L, the office.  Did you find any other passports during your search on February 19th, 2002 at the Defendant's residence?

A     Yes.

Q     Can you please take a look at what's been marked for identification as Government's Exhibit Number 180?

        **(Pause, witness complies)**

        Do you recognize Exhibit 180?

A     Yes.

EXCEPTIONAL REPORTING SERVICES, INC

Medrano - Direct                                    120

Q    And what is it?

A    This was a blue file folder that contained photocopies of passports with photographs and names of people other than Mr. Mikhel.

Q    And how many different photocopies of passports are located in that exhibit, Exhibit 180?

A    There are four different passport photocopies.

Q    And again, was this item, Exhibit 180, another item that you seized from the Defendant's residence?

A    Yes.

        MR. DUGDALE:  Your Honor, at this time the Government would move to admit Exhibit 180.

        THE COURT:  180 admitted this date.

    **(Government's Exhibit Number 180 was received in evidence)**

BY MR. DUGDALE:

Q    Now, you mentioned that there are four different copies of passports.  Was there any other item in that blue folder, Exhibit 180, as well?

A    Yes.

Q    And what other item was in there?

A    There are pages of what appears to be practice signatures, as if someone was practicing writing a signature.

Q    And you mentioned that there are four different passports. Where are these passports from?

A    There's Uzbekistan, three from Uzbekistan, and one from

Medrano - Direct                                    121

the former Soviet Union.

Q    And what names are they in?

A    The first Uzbekistan passport is in the name of Vladimir Adayev (phonetic), the second is in the name of Gregoryi Budagov (phonetic), and the third is --

Q    Just to back up for one second, please.  The first one in the name of Mr. Vladimir Adayev, and the second one is -- I'm sorry; what is the second one in the name of?

A    Gregoryi Budagov.

Q    And who's the third one in the name of?

A    Andre Pagolny (phonetic).

Q    And what about the fourth one?

A    The fourth is the USSR passport in the name of Vladimir Serov (phonetic).

Q    And even though there are four different photocopies of passports, do they all have different passport photographs on them?

A    Yes.

Q    And are any of the photographs photographs of the Defendant?

A    No.

Q    I'd now like you to take a look at what has been marked as Government's Exhibit Number 187.

        **(Pause, witness complies)**

        Do you recognize Exhibit 187?

Medrano - Direct                                              122

A     Yes.

Q     And what is it?

A     This is a metal box containing hanging file folders.

Q     And where did you locate this item?

A     This was in Room L, under the shelves.

Q     And in that file how many different file folders are there?

A     There are 26 total.

Q     And have each one of them been marked as a separate exhibit as well?

A     Yes.

Q     And can you describe in general what's located within those file folders?

A     In general primarily banking information, codes and accounts, and there's also a file containing passports with other people's names and photographs on them as well.

Q     Okay.  Now I'm going to very quickly go through these file folders with you and describe their contents, starting with 187-A.  What is contained within 187-A?

A     This is labeled "AEA Bank" and it contains bank documents relating to a company called Stenmark Ventures Limited and signed by an and signed by an Yves Claude Thonnerieux.

Q     Can you take a look at 187-B?

A     This is labeled "Aizkraukles Bank" and it contains bank documents relating to an account held by Glenstream Ventures

Medrano - Direct                                        123

and signed by I. Mikhel, Director.

Q    187-C, what's located in that file folder?

A    This is labeled "Glenstream" and it contains corporate
documents relating to the company, Glenstream Ventures.

Q    187-D, what's located in that file folder?

A    This is labeled "Transfers" and it has information
regarding wire transfer requests from a company called Sierra
Technologies Corporation.

Q    187-E, what's located in that file folder?

A    This is labeled "Statements" and it contains bank
statements for an account held at Northwest International Bank
by Sierra Technologies Corporation.

Q    187-F, what's located in that file folder?

A    This is labeled "Statements" and it contains bank
statements from AEA Bank for an account held by Stenmark
Ventures Limited.

Q    187-G, what's located in that file folder?

A    This is labeled "Bayshore Bank" and it contains wire
transfer instructions and correspondence relating to an account
held by Wilsoni Financiers Corp.

Q    187-H?

A    This is labeled "Northwest Bank" and it contains
correspondence relating to an account held by Sierra
Technologies Corporation.

Q    What is contained within Exhibit 187-I?

Medrano - Direct                                                    124

A     It is labeled "Statements" and it contains bank statements from Credit Agricole Indosuez Bank for an account held by Glenstream Ventures.

Q     187-J, what's located in that file folder?

A     This is labeled "Sierra" and it has a copy of a Bulgarian passport in the name of Bontcho Guentchev and other corporate documents relating to Sierra Technologies Corporation.

Q     Exhibit 187-K, what's located in that file folder?

A     This is labeled "Stenmark" and it contains corporate documents relating to a company called Stenmark Ventures Limited.

Q     Exhibit 187-L, what's located in that file folder?

A     This is labeled "Wilsoni" and it contains corporate documents relating to a company called Wilsoni Financiers Corporation.

Q     187-M, what's located in that file folder?

A     This is labeled "Transfers" and it contains wire transfer orders for an account held by Stenmark Ventures Limited.

Q     187-N, what's located in that file folder?

A     This is an unlabeled folder.  It contains a copy of a former Soviet Union passport in a name other than Mr. Mikhel's and also information relating to Bank of Cypress.

Q     And at this time can you please take a look at what's been marked separately as Exhibit 146?

          **(Pause, witness complies)**

Medrano - Direct                                                      125

Special Agent Medrano, do you recognize Exhibit 146?

A    Yes.

Q    And what is it?

A    This is a piece of paper relating to wire transfer requests from a Standard Chartered Bank in New York to a bank in Dubai.

Q    And where was this document found?

A    This was found in Folder N, 187-N Exhibit.

Q    So was this one of the documents that was found within that box marked as 187?

A    Yes.

        MR. DUGDALE:  Your Honor, the Government would move separately for the admission of Exhibit 146.

        THE COURT:  146 admitted this date.

    **(Government's Exhibit Number 146 was received in evidence)**

BY MR. DUGDALE:

Q    Now, you mentioned that this document discusses a bank in New York and a bank in Dubai.  What relevance did this have to the investigation that you conducted after the Defendant's arrest and the search of his residence on February 19th?

A    In our investigation of the Alex Umansky kidnapping the ransom request was requested in that fashion, to be wired to a bank in Dubai.

Q    And we continue with the last couple file folders here. Exhibit 197-O?

Medrano - Direct                                    126

A     This is an unlabeled folder and it contains correspondence for an account at Aizkraukles Bank in the name of J. Jameson.

Q     Can you take a look at Exhibit 187-P?

A     This folder is labeled "Alex" and it contains a billfold and a copy of a USSR passport with Mr. Mikhel's photograph on it, but it has the name Andre Pavlov attached to it.  It also contains Bank of America account statements in the name of Andre Pavlov.

Q     Exhibit 187-Q, what is contained in that file folder?

A     This is an unlabeled folder and it contains correspondence and banking information related to an account held by a Mr. G. Cont and it also contains a photocopy of a passport, a U.S. passport, in the name of Mr. George Cont with a photograph on it that is someone other than Mr. Mikhel and a U.S.A. driver's license in the name of George Cont.

Q     Can you take a look now at Exhibit 187-R?

A     This is labeled "P.O. Box" and it's an application to rent a post office box located at 22425 Ventura Boulevard and it's applied for by Sierra Technologies Corp. and in the name of Bontcho Guentchev, and there's also a photocopy of a passport in the name of Bontcho Guentchev.

Q     Can you take a look now at Exhibit 187-S?

A     This folder is labeled "Forms" and it contains forms for wire transfer orders.  They appear to be blank.

Q     Can you take a look at Exhibit 187-T?

Medrano - Direct                                            127

A     This is labeled "Codes" and it contains a list of test key codes for an account held by Stenmark Ventures Limited at Asia Europe Americas Bank.

Q     Exhibit 187-U, what does that file folder contain?

A     This is labeled "Statements" and it contains account information at Bayshore Bank & Trust for an account in the name of Wilsoni Financiers Corp.

Q     Exhibit 187-V, what does that file folder contain?

A     This is an unlabeled folder and it contains corporate information relating to Silex Holdings Limited (phonetic).

Q     187-W, what does that file folder contain?

A     This is unlabeled and it contains a photocopy of the Uzbekistan passport of Gregoryi Chvartsman and also more practice signatures.

Q     187-X, what does that file folder contain?

A     This is labeled "Codes" and it contains test key codes for an account held by Sierra Technologies.

Q     And lastly, Exhibit 187-Y?

A     This is unlabeled and it contains a photocopy of a U.S. passport in the name of Thomas Noms and practice signatures for Mr. Noms.

          **MR. DUGDALE:**  And before I move on to the very last file folder, at this time, your Honor, the Government would move to admit Exhibit 187 and its contents, specifically Exhibits 187-A through Y.

Medrano - Direct                                                    128

        THE COURT:  All right, Exhibit 187 and 187-A through Y admitted this date.

        (Government's Exhibits Numbers 187 and 187-A through 187-Y were received in evidence)

BY MR. DUGDALE:

Q    The final folder in there, it's been labeled as Exhibit 187-AA.  Apparently we didn't like the letter Z for some reason.  But AA, what is contained within 187-AA?

A    There are a number of passports and an inkpad and a Barclay's payment book.

Q    And how many different passports were located in this file folder found in the Defendant's residence?

A    Six.

Q    And those have been marked separately as 187-AA-1 through 187-AA-6.  Very quickly going through them, 187-AA-1, whose passport is that?

A    This is a U.S. passport in the name of George William Cone.

Q    187-AA-2, whose passport is that?

A    This is a U.S. passport in the name of Thomas E. Tomson.

Q    187-AA-3?

A    This is a U.S. passport in the name of Thomas Winslow Dickson.

Q    187-AA-4?

A    This is a U.S. passport in the name of Joseph Thomas

Medrano - Direct                                                129

Dameron.

Q    187-AA-5?

A    This is a Bulgarian passport in the name of Bontcho Guentchev.

Q    187-AA-6?

A    This is a French passport in the name of Yves Claude Thonnerieux.

MR. DUGDALE:  Your Honor, at this time the Government would move for the admission of the file folder 187-AA, as well as the six passports contained within it, 187-AA-1 through 187-AA-6.

THE COURT:  187-AA-1 through 187-AA-6.

**(Government's Exhibits Numbers 187-AA, 187-AA-1 through 187-AA-6 were received in evidence)**

THE COURT:  Now, what about 187-Z, 187-Z?

MR. DUGDALE:  There is no 187-Z, your Honor.  That was intentionally left blank.  Well unintentionally, but it's blank.

THE COURT:  You'd better look at your --

MR. DUGDALE:  I understand.  Actually there is a reason why it was removed.

THE COURT:  Okay.

All right, let's break for lunch then, returning at 1:25.  1:25.  We'll stand in recess.  Remember the admonition.

**(Jurors exit courtroom at 12:04 p.m.)**

Smith - Direct                                              184

A    Yes, I do.  It's additional tape that was removed from John Doe at the autopsy.  It's both the yellow and red tape.

Q    And is Exhibit 1257-A a photograph of that exhibit?

A    Yes, ma'am.

         MS. MEYER:  Your Honor, the government moves Government's Exhibits 1257 and 1257-A into evidence.

         THE COURT:  Admitted.

         **(Government's Exhibits Numbers 1257 and 1257-A were received in evidence)**

**BY MS. MEYER:**

Q    Mr. Smith, would you please publish 1257 to the jury? Mr. Smith, did anything come off with the tape when it was removed during the autopsy?

A    Yes, ma'am, large amounts of hair.

Q    Anything else?

A    Around the mouth, a small white piece of cotton and several teeth came off with the tape.

Q    Mr. Smith, what did you do with the tape after it was removed from John Doe during the autopsy?

A    Initially that day when I went back to the Sheriff's Office I entered it all into evidence.

Q    Did you later order that it be sent out for processing?

A    Eventually I did, yes, ma'am, I sent it to the California Department of Justice, latent fingerprints, in Sacramento.

Q    What about that wad of white cloth that you described

Smith - Direct                                                    185

coming off with the tape?

A    That went with the tape.  I never did remove it.

Q    Mr. Smith, did you book into evidence any parts of John Doe's body?

A    Yes, ma'am.

Q    Could you describe that for the jury?

A    Yes.  The pathologist, Dr. Cooper, severed the hands so we could send them also to the Department of Justice for latent fingerprints.  And there was also skin from the hands that had come off.  And we sent that up to Department of Justice also.

Q    You're referring to the Department of Justice; are you talking about the California Department of Justice?

A    Yes, ma'am.

Q    Mr. Smith, did you later conduct a search of the Parrot's Ferry Bridge on October 23rd, 2001?

A    Yes, ma'am, I did.

Q    Could you please describe that for the jury?  How did you end up going to the bridge that day?

A    One of the district attorney investigators, Mitch Herdlicka (phonetic) stopped by apparently on his way home and viewed a scene that he had warned me that he thought might be part of the crime scene.  So the next morning after he had been there, I went out to the bridge to process the bridge area as a crime scene.

Q    Take a look at what's been marked for identification as