# GOVERNMENT EXHIBIT 23

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Friday, October 20, 2006 |
| JURIJUS KADAMOVAS, | ) | (9:24 a.m. to 11:49 a.m.) |
| | ) | (1:15 p.m. to  4:00 p.m.) |
| Defendants. | ) | |

JURY TRIAL (29th DAY)
(VOLUME XXIX)

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

2

**APPEARANCES FOR:**

The United States:        DEBRA W. YANG, ESQ
                          United States Attorney
                          JACKIE CHOOLJIAN, ESQ
                          Assistant United States Attorney
                          Chief, Criminal Division
                          SUSAN DeWITT, ESQ
                          KIM MEYER, ESQ
                          ROBERT DUGDALE, ESQ
                          Assistant United States Attorney
                          312 North Spring Street
                          Los Angeles, CA 90012

Iouri Mikhel:             DALE MICHAEL RUBIN, ESQ
                          2275 Huntington Dr., Suite 902
                          San Marino, CA 91108

                          RICHARD M. CALLAHAN, JR, ESQ
                          230 E. Colorado Blvd., Suite 1200
                          Pasadena, CA 91101

Jurijus Kadamovas:        SONIA E. CHAHIN, ESQ
                          2222 Foothill Blvd., Suite E-278
                          La Canada, CA 91011

                          RICHARD P. LASTING, ESQ
                          1717 Fourth Street, Third Floor
                          Santa Monica, CA 90401

Russian Interpreters:     Ludmilla Genn
                          Alex J. Levoff
                          Zoya Spivakovsky
                          Varvara Olson

Courtroom Deputy:         Jake Yerke

Court Recorder:           Rose Yapundgian

Transcribed by:           Exceptional Reporting Services, Inc.
                          14493 S. Padre Island Drive
                          Suite A-400
                          Corpus Christi, TX 78418-5940
                          361 949-2988

3

**INDEX**

| WITNESSES FOR THE GOVERNMENT | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Ainar Altmanis | | | 65 | |
| By Mr. Lasting | | 5/42 | | 126 |
| By Mr. Rubin | | | | 102/113 |
| Terry Hamlin | 135 | -- | -- | -- |

| GOVERNMENT'S EXHIBITS | RECEIVED |
|---|---|
| Numbers 383, 384, 385 | 81 |
| Number  386 | 88 |
| Number  1258 | 146 |
| Numbers 1258-A, B | 147 |
| Number  1262 | 139 |
| Number  1263 | 140 |
| Number  1264 | 142 |

| DEFENSE EXHIBITS | MARKED | RECEIVED |
|---|---|---|
| Number 2017 | | 9 |
| Number 2018 | | 10 |
| Number 2019 | 18 | 18 |
| Number 2021 | 56 | 60 |
| Number 2022 | 63 | 63 |
| Number 2023 | 57 | 58 |
| Number 2024 | | 129 |

4

**Los Angeles, California; Friday, October 20, 2006; 9:24 a.m.**

(Interpreter Used for Translation)

(Call to Order)

(Outside the presence of the jury)

THE COURT:  All right.  We're going on the record. We're going on the record.  All right.

Outside the presence of the jury, the record will indicate all parties and counsel are present.

Anything the Government wishes to bring up?

MR. DUGDALE:  No, your Honor.  Thank you.

THE COURT:  Anything any defendant wishes to bring up?

MR. LASTING:  No, your Honor.

MR. RUBIN:  Not for Mr. Mikhel.

THE COURT:  All right.  Then I'll bring the jury out.

(Pause)

Do you need the document camera, or do you need the computer?

MR. LASTING:  I don't need either one yet, your Honor.  I think first I'm going to need the document camera.

(Jury enters at 9:26 a.m.)

THE COURT:  Good morning, ladies and gentlemen of the jury.

The record will indicate all jurors are present.  All parties and counsel are present.

Altmanis - Cross / By Mr. Lasting                    5

You're still under oath, Mr. Altmanis.

Please state your name for the record.

THE WITNESS:  Ainar Altmanis.

**CROSS EXAMINATION (CONTINUED)**

BY MR. LASTING:

Q    Mr. Altmanis, when was it that you first met

Mr. Kadamovas?

A    In 1996.

Q    And at that time, did you meet Mr. Kadamovas because he

shared an apartment with your brother Raymond and another

individual?

A    Yes.  My brother lived in the same apartment with him.

Q    And was this during the time when you were engaging in the

various crimes that we discussed yesterday?

MR. DUGDALE:  Objection, your Honor.

THE WITNESS:  No.

MR. DUGDALE:  It's -- ambiguity.

THE COURT:  It's ambiguous.

Sustain an objection.  Motion to strike will be

granted.

BY MR. LASTING:

Q    Were you engaging in criminal activities at the time  you

met Mr. Kadamovas?

A    What type of criminal activity?

Q    Any type.

Altmanis - Cross / By Mr. Lasting                    64

**BY MR. LASTING:**

Q    Is that the photograph that we've been discussing that was taken of you at a party, Mr. Altmanis?

A    Yes.

Q    Are you pleased with the deals you've made in this case?

          **MR. DUGDALE:**  Objection.  Argumentative, your Honor.

          **THE COURT:**  Sustained.

          **MR. LASTING:**  I have no further questions.

          **THE COURT:**  All right.  Mr. Dugdale, do you want to start now or do you want to start after lunch?

          **MR. DUGDALE:**  Your Honor, we could...

          **THE COURT:**  Let's take our lunch break, returning at 1:15.  We'll take the bench at 1:20.

     **(Lunch recess taken from 11:49 a.m. to 1:15 p.m.; parties present)**

     **(Outside the presence of the jury)**

          **THE CLERK:**  Please remain seated and come to order.  This Court is again in session.

          **THE COURT:**  All right, outside the presence of the jury.  The record will indicate that all counsel and parties are present.

          Anything the Government wishes to bring up?

          **MR. DUGDALE:**  No, your Honor.

          **THE COURT:**  Anything Defense counsel wishes to bring up?

January 26th of 2002.  It was Exhibit 2022.  Were the Defendants also at that party with you?

A    Yes, they were present.

MR. DUGDALE:  Thank you, your Honor.  I have no further questions.

THE COURT:  Mr. Rubin?

MR. RUBIN:  Yes, sir.  Thank you.

THE COURT:  Roughly how long do you think you will be?

MR. RUBIN:  I'd like to say an hour.

THE COURT:  All right.  We'll go 15 minutes and then we'll take our afternoon break.

MR. RUBIN:  That's fine.

**RECROSS EXAMINATION**

**BY MR. RUBIN:**

Q    On May 14th of 2004 do you remember a interview you had with Special Agent Louis Perez?

A    Which year?

Q    It would have been May 14th, 2004.

A    Yes.

Q    And your attorney, Ms. Barry, was there?

A    Yes.

Q    Mr. Dugdale was also there?

A    Yes.

Q    Ms. DeWitt was there?

Altmanis - Recross / By Mr. Lasting          126

Q    I'm sorry.  Only 12 years of back child support; I apologize; is that right?

A    Yes.

MR. RUBIN:  Thanks a lot, sir.

THE COURT:  Mr. Lasting?

MR. LASTING:  Yes.  Thank you, your Honor.

THE COURT:  Are you going to go on the computer-mode?

MR. LASTING:  Well I'm going to try to, but I'm -- I may have the opposite problem for Ms. Dewitt.  Hers was playing when she didn't want it to.

MS. DEWITT:  Sorry about that.

MR. LASTING:  No, no.  I think it will work in a minute or two.

**RECROSS EXAMINATION**

**BY MR. LASTING:**

Q    Mr. Altmanis, with regard --

THE COURT:  I want to get finished with this witness today.  And we have one short one.

MR. LASTING:  Oh, absolutely.  I'm going to be quick.

THE COURT:  Please.

**BY MR. LASTING:**

Q    Mr. Altmanis, you -- you said in answering some questions a moment ago that you demanded an attorney; who did you demand an attorney from?

A    From the agents that came to me.

**EXCEPTIONAL REPORTING SERVICES, INC**

Altmanis - Recross / By Mr. Lasting          131

paying money as of January 1st, 2002, you didn't do that; was this just another scheme of yours?

MR. DUGDALE:  Objection, your Honor, argumentative.

THE COURT:  Sustained.  No, no, there's no question pending.

BY MR. LASTING:

Q    With regard to Exhibit 383, Mr. Altmanis, if you'll take a look at that; what day were you supposed to start paying money back to Elena Maldova?

A    Starting February 2002.

Q    February 1st, 2002?

A    Yes.

Q    And you didn't pay her a dime either, did you?

A    No.  I didn't because we had a whole year ahead of us. This note it's just something from me so that people are at ease and they actually -- what they said was when I can I'll pay them back.  This is something to like trust so that they believe me, so they trust me.  They're my relatives.  They're people I'm close to.

MR. LASTING:  No further questions.

THE WITNESS:  They didn't even ask for it.

THE COURT:  Mr. Dugdale?

MR. DUGDALE:  No, your Honor.  Thank you.

THE COURT:  All right.  Let me give the jury about five minutes.  We have to take Mr. Altmanis out.  I'm going to

Hamlin - Direct                                    145

Mr. Muscatel's body?

A    Yes, they were.

Q    And are your initials placed on that duct tape to allow you to make that observation today almost more than five years later?

A    Yes.  The items are marked with our case number, the date of submission, and my initials.

Q    And when you received those items, the duct tape that's marked as 1256 and 1257, was there anything that was attached to that tape that had encircled Mr. Muscatel's head?

A    Yes, there was.

Q    And what was attached to the tape?

A    Recovered from the adhesive side of the tape was a rolled up -- what we refer to as a tie-back type material, bootie -- that was rolled up into a ball and stuck to the adhesive side of the tape.

Q    At this point in time, I'd like Special Agent Davidson to hand you what's been marked as Government's Exhibit Number 1258.

        THE COURT:  1258 for identification.

BY MR. DUGDALE:

Q    And Mr. Hamlin, do you recognize Government's Exhibit Number 1258?

A    Yes, I do.

Q    And what is it?

Hamlin - Direct                                  146

A     What I refer to as a tie-back-type bootie, basically a covering that goes over your shoes.

Q     Okay.  And where did you find that item?

A     This was attached to the adhesive side of what was submitted to us as "Item 8JS."

Q     Okay.  And was Item 8JS the number there was that one of the pieces of duct tape that was included in the two exhibits that you just looked at?

A     Yes, it was the --

Q     1256 and 1257?

A     -- part of the yellow and red tape that was submitted.

Q     Okay.

        MR. DUGDALE:  And your Honor, at this time the government would offer into evidence Government's Exhibit Number 1258.

        THE COURT:  Received 1258.

    (Government's Exhibit Number 1258 was received in evidence)

BY MR. DUGDALE:

Q     And again, what -- Mr. Hamlin, what is that item?  First of all, you mentioned that it was attached to the tape; how was it attached to the tape?

A     It was rolled up in a ball approximately two inches in diameter.

Q     Okay.  And after you saw it on the tape wrapped in that

Hamlin - Direct                               147

manner did you remove it from the tape?

A    Yes, I did.

Q    And after you removed it from the tape were you able to examine it to see what it was?

A    Yes, I was.

Q    And can you explain to the jury what it was?

A    It appeared to be a tie-back type material what we call a "bootie" which we often wear at crime scenes out in the field over -- as a covering over our shoes.

Q    And can you please display that item to the jury, Exhibit 1258, at this time?  Can you pick it up and just show the jury what it looks like?

      And at this point in time, I'd ask Special Agent Davidson to hand you what's been marked as Government's Exhibits Number 1258-A and 1258-B.  And Mr. Hamlin, are 1258-A and 1258-B, are those simply photographs of the front and backside of that boot-cover that you just held up and showed to the jury?

A    They would appear to be, yes.

      **MR. DUGDALE:**  Your Honor, at this time the government would offer into evidence Government's Exhibits Number 1258-A and 1258-B.

      **THE COURT:**  Received this date.

      **(Government's Exhibit Number 1258-A and 1258-B were received in evidence)**