# GOVERNMENT EXHIBIT 24

Case 2:02-cr-00220-MCS    Document 2530-24    Filed 10/17/25    Page 1 of 5   Page ID #:23810

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# DRAFT COPY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Wednesday, January 10, 2007 |
| JURIJUS KADAMOVAS, | ) | ( 9:31 a.m. to 12:00 p.m.) |
| | ) | ( 1:20 p.m. to  4:07 p.m.) |
| Defendants. | ) | |

JURY TRIAL (61st DAY)
(VOLUME LXI)

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

81

Defendant Mikhel purchased with his credit card at Home Depot just two days earlier, that he had first a layer of red duct tape around his head.  And around that he had a layer of orange -- I'm sorry -- yellow duct tape around his head.  And sure enough, when you look back at the items that Defendant Mikhel purchased with his credit card at Home Depot, one of the items he purchased, a roll of red duct tape.

In addition to the boot cover that was in his mouth, the red duct tape around his head below that layer of yellow duct tape, you also heard that there was black plastic bag that was used to suffocate Meyer Muscatel.  And Defendant Mikhel put that plastic bag over his head and twisted it until he couldn't breathe.  And you heard that even five days later, when they found that body, what did they find?  They found what Ainar Altmanis described.  They found a black plastic bag clinging to the corpse, clinging to the head of Meyer Muscatel.

Now, in addition to the items that were found around his head you also heard about another piece of evidence that was found on his hands.  You heard that when his body was recovered, after it was found by the fisherman who was out with his father and his five-year-old son, that he had a white plastic flex tie that linked his hands together.  And you can recall the photograph, it almost looked like the guy was praying.  He had his two hands strapped together with a white plastic tie.  And again, not surprisingly, this evidence also

**DRAFT COPY**

88

of the last witnesses the Government called before the break, she was a forensic examiner from the LAPD Crime Lab, she testified that even four years later when she tested these shoes that they tested presumptively positive for the presence of blood.  So they tested presumptively positive for the presence of blood even though it was four years later and even after Defendant Kadamovas had his girlfriend, after he ordered her to clean those shoes and scrub those shoes after he came back from the Parrot's Ferry Bridge that night and had blood on his shoes.

Now, in light of all of the other evidence you've seen in this case, including the map that I showed you earlier that showed Defendant Kadamovas was in that area, you know that this is all not just a coincidence.  It's not coincidental that his cell phone shows him 400 miles away from Los Angeles in the area of the Parrot's Ferry Bridge and a partial bloody shoeprint that's connected to him shows up there too.  You know why that happened.  It's because Defendant Kadamovas was with Defendant Mikhel when he threw Meyer Muscatel's body off the Parrot's Ferry Bridge and into the New Melones Reservoir.

And of course there's even more evidence.  There's witnesses.  There's three witnesses who testified about what happened that night, what they were told by the Defendants about what happened that night.  And these were the three people who were recruited by the Defendants to commit the

**DRAFT COPY**

168

**MR. LASTING:**  That's what it sounds like.

**THE COURT:**  Okay.  One of the Jurors sent a note in: 'Due to continuing family medical issues, I will need to have every Monday off even after the Jury deliberations begin. Thank you, Juror Number 5'.  I believe it's the lady in the top row.  And I don't think that's a problem, because I wasn't planning to have them come in on Mondays anyway because I have other matters to take care of.  And this Monday's a holiday anyway.

All right.  Let's bring the Jury out.

**(The Jury enters the courtroom at 3:10 p.m.)**

**THE COURT:**  All right.  The record will indicate all Jurors are present, all counsel are present.  Defendant Kadamovas is also present.

I received a note from Juror Number 5 regarding Mondays.  This Monday's a holiday, so that's not going to cause a problem.  Instead of coming in on Monday, we will come in on Tuesday, however.  So this Monday is not going to be an issue.

When the deliberations begin, and I believe the case will go to the Jury some time early Friday morning, I'm going to excuse all of the alternate Jurors except for alternate Juror Number 1 and Number 2.  The rest of you are not discharged; you just don't have to show up until the verdict is arrived at.  Then, depending on what the verdict is, we will see where we progress from there.  But during the deliberation

**DRAFT COPY**