# GOVERNMENT

# EXHIBIT 27

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Friday, September 8, 2006 |
| JURIJUS KADAMOVAS, | ) | (9:30 a.m. to 12:01 p.m.) |
| | ) | (1:41 p.m. to  4:05 p.m.) |
| Defendants. | ) | |

JURY TRIAL (17th DAY)

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

Rose - Direct                                                    108

we leave the residence.

Q    Do you take photographs of every single item that you

seize when you're in a residence?

A    Uh --

Q    Would you typically take a picture of every single item

you seize when you do a search?

A    Yes.

Q    Did you take photographs of every single item that you

seized that day?

A    Yes.

Q    Did you also seize certain items of evidence that day?

A    Yes, I did.

Q    Can you please take a look at what's been marked for

identification as Government's Exhibit 47?

     **(Pause, witness complies)**

         Do you have Government's Exhibit 47 in front of you?

A    Yes, I do.

Q    Okay.  Can you tell the jury what that is?

A    It's a mini cassette recorder.

Q    Are there some other items along with that exhibit?

A    There's also a case and a cassette.

Q    Okay.  And I think there's an envelope in there as well?

A    Yes.  This is our FD-504 envelope.

Q    Is there a mini disk in there?

A    I'm sorry?

Rose - Direct                                                                                                    109

Q      Is there a mini disk in there as well?

A      Yes.

Q      Okay.  So there's two mini disks, as well as the recorder and the black little bag that it came out of?

A      Yes.

Q      Did you seize those items from the Lindley residence that day?

A      Yes, I did.

Q      Where were those items found?

A      They were found at the computer desk.

        **MS. DeWITT:**  At this time, your Honor, I would move to admit Government's Exhibit 47.

        **THE COURT:**  Received into evidence this date.

    **(Government's Exhibit Number 47 was received in evidence)**

**BY MS. DeWITT:**

Q      Special Agent Rose, can you show those items to the jury, please?

    **(Witness complies)**

        In an investigation involving the abduction of people why would finding such an item be significant?

A      A recorder could be used -- it could have the subjects' voices on it.  It could also be used to record the victim and to verify that the kidnappers actually have the victim.

Q      Can you now take a look at what's been marked for identification as Government's Exhibit 304?

Rose - Direct                                                    110

(Pause, witness complies)

What is that?

A    This is a photograph of the mini recorder and the two

disks.

MS. DeWITT:  At this time I would move to admit

Government's Exhibit 304.

THE COURT:  304 received this date.

(Government's Exhibit Number 304 was received in evidence)

MS. DeWITT:  And for the record, I'm showing this to

the jury, Government's Exhibit 34.

BY MS. DeWITT:

Q    Special Agent Rose, can you now please take a look at

what's been marked for identification as Government's

Exhibit 304-A?

(Pause, witness complies)

What is that?

A    This is a photograph I took of the residence, and it

includes the computer desk.

Q    Can you now please take a look at what's been marked for

identification as Government's Exhibit 304-B?

Hang on to that for just one second.

Can you look at -- keep that exhibit in front of you

and please look at Government's Exhibit 304-B.

(Pause, witness complies)

What is that?

Rose - Direct                                                  111

A    This is a photograph of the computer desk when it's open.

Q    Okay.  So the difference between the first exhibit and the second is that one has the front of the desk closed and one has the front of the desk open?

A    That's correct.

Q    When were these photographs taken by you?

A    These photographs were taken the day of the search.

Q    That would be February 19th, 2002?

A    That's correct.

          MS. DeWITT:  I would now move to admit Government's Exhibit 304-A and 304-B.

          THE COURT:  304-A and B admitted this date.

     **(Government's Exhibit Numbers 304-A and 304-B were received in evidence)**

          MS. DeWITT:  And for the record, at this time I'll be showing the jury Government's Exhibit 304-A.

**BY MS. DeWITT:**

Q    Special Agent Rose, is that item in the back of that photograph, the brown item, is that the desk that you were referring to?

A    Yes, it is.

Q    Is that the location where you found this mini disk recorder and disks?

A    Yes, it is.

          MS. DeWITT:  And at this time I would to show the

Rose - Direct                                                          112

jury Government's Exhibit 304-B.

**BY MS. DeWITT:**

Q    And I realize that this picture's a little dark on this screen, but is the same desk what's depicted in the very back of that photograph with what looks like a white square box around it?

A    Yes.

Q    Okay.  And is that square box a computer -- what looks like the outlines of a square box a computer?

A    Yes, it is.

Q    That was in that desk?

A    Yes.

Q    And where was the mini disk relative to the computer?

A    As you're facing the desk, it's on the right-hand side, near the keyboard.

Q    And what's right in front of that that you can see in the front of the picture?

A    A drum set.

Q    Okay.  Special Agent Rose, referring back to Government's Exhibit 300 --

        MS. DeWITT:  Could you put 300 up?

**BY MS. DeWITT:**

Q    Can you just indicate where that particular item is located in the residence?  And just so you know, you can actually circle it on the screen with your finger, press hard,

EXCEPTIONAL REPORTING SERVICES, INC

Rose - Direct                                                      113

to indicate where.

    **(Witness complies)**

       And that's the computer desk that was depicted in Government's -- the two prior photographs we just saw?

A   That's correct.

Q   Okay.  And if you touch the bottom right-hand corner that will go away.

       Can you now please take a look at what's been marked for identification as Government's Exhibit 305?

    **THE COURT:**  We'll break for lunch at this time, returning at 1:25 in the jury room, 1:30 in the courtroom.

       We'll stand in recess.

    **(Lunch recess from 12:01 p.m. to 1:41 p.m.; parties present)**

    **(Outside the presence of the jury)**

    **THE COURT:**  All right.  Outside the presence of the jury.  The record will indicate all parties and counsel are present.  Anything government wishes to bring up?

    **MS. DeWITT:**  No, your Honor, just ready to go.

    **THE COURT:**  Anything Defendant Mikhel wishes to bring up?

    **MR. RUBIN:**  No, sir.

    **THE COURT:**  Anything Defendant Kadamovas wishes to bring up?

    **MR. LASTING:**  No, your Honor.

Sterle - Direct                                                        158

this -- this bank account or this bank Credit Agrigo (phonetic)

Indo Swiss in Zurich, Switzerland and the date, what kind of

piece of paper was it written on?

A     It was written on a -- like you know a hotel or whatever,

a little piece of paper that usually you find by the nightstand

or next to the phone to be able to jot down notes.

Q     Okay.  And what was the name of that place?

A     Snowmass Destination Resorts.

Q     Can you please take a look at what's been marked for

identification as Government's Exhibit Number 406; do you

recognize what's been marked for identification as Government's

Exhibit Number 406?

A     Yes, I do.

Q     And what is Exhibit 406?

A     Exhibit 406 is a Xeroxed copy of Thomas Brothers map.

Q     And how do you recognize that document?

A     I recognize the document from -- well you know working on

many a Thomas-guide page but I also recognize it as something

that I seized from my initials and dated on the back.

Q     Okay.  And is that a document you received from

Mr. Krylov's apartment?

A     Yes, it is.

Q     And do you recall where you found that document?

A     In the kitchen-dining room area.

          **MR. DUGDALE:**  Your Honor, the government would move

**EXCEPTIONAL REPORTING SERVICES, INC**

Sterle - Direct                                                 159

for the admission of Government's Exhibit Number 406.

        **THE COURT:**  Admitted this date.

    **(Government's Exhibit Number 406 was received in evidence)**

**BY MR. DUGDALE:**

Q    Can you also take a look at what's been -- strike that --

      Is Exhibit 406 much like the previous exhibit?  Is it in the same condition as it was in when you seized it on February 19th of 2002 or is it different?

A    No, it's a little different.

Q    And what's different about it now?

A    It definitely has the fingerprint powder residue on it.

Q    Can you take a look at what's been marked for identification as Government's Exhibits Numbers 406-A and 406-B?

A    Okay.

Q    First of all, what is Exhibit 406-A?

A    406-A is a photograph of the Thomas Guide Brothers page when we seized it.

Q    Okay.  Was there writing on both sides or things on both sides of the page?

A    Yes, there was.

Q    406?

A    Yes.

Q    And what does 406-A reflect?  What is that a photograph of?

Sterle - Direct                                              160

A    The writing on there was an "X" placed on Margarita Street right off of I think it's Mullholland Highway there.

Q    Okay.  We'll talk about that in one second.  But is 406-A is that the front page of Government's Exhibit Number 406 photograph; is that what that is?

A    Yes, it is.

Q    And again, does that reflect what 406 looked like at the time that you seized it on February 19th?

A    Yes.

          MR. DUGDALE:  Your Honor, the government would move for the admission of Government's Exhibit Number 406-A.

          THE COURT:  406-A admitted this date.

     **(Government's Exhibit Number 406-A was received in evidence)**

**BY MR. DUGDALE:**

Q    And can you take a look at 406-B now?  And what is Exhibit 406-B?

A    406-B is the reverse, the backside of 406-A, the backside of the Thomas Brothers page.

Q    And does 406-B reflect what the backside of that Thomas Brothers page looked like at the time that you searched it on February 19th?

A    Yes, it does.

Q    Okay.  What we have on the screen right now --

          MR. DUGDALE:  If we could blow it up, Ms. Canter?

EXCEPTIONAL REPORTING SERVICES, INC

Sterle - Direct                                             161

BY MR. DUGDALE:

Q     -- is the front page of Government's Exhibit Number 406;
do you see that?  Now I jumped the gun a little -- a little
while ago and I asked you if there were any markings on this
map; were there any markings on this map at the time that you
seized it?

A     Yes, there were.

Q     And what was marked on this map?

A     On the front there was an "X" placed on Margarita Street.

Q     And can you identify for the jury by touching it, this
time circling it --

A     Okay.

Q     -- where that "X" appears on this map?

        MR. DUGDALE:  And Ms. Canter, if you could, could you
blow up that area not too close or you won't be able to see it.
Oh, you've got to back up.

BY MR. DUGDALE:

Q     Okay.  Can you touch the screen, Special Agent Sterle?

        MR. DUGDALE:  Okay.  That's a little bit more -- can
we get a little tighter, Ms. Canter?  Okay, there.

BY MR. DUGDALE:

Q     Can you circle that and does that "X" mark a particular
location on the map?

A     Yes, it does.

Q     And what is the name of the street right next to where the

Sterle - Direct                                              162

"X" is?

A    Margarita.

Q    Okay.  Can you now take a look at --

         THE COURT:  Wait, wait, before you go there take your finger and just point exactly where the "X" is.

         THE WITNESS:  Exactly?

         THE COURT:  Yeah.  You covered now.  Okay.

         THE WITNESS:  Okay.

         MR. DUGDALE:  Okay.  The record should -- I guess should reflect that the "X" is now covered with a red dot.

BY MR. DUGDALE:

Q    Can you please take a look at Government's Exhibit Number 406-B which has been admitted, which is the backside of that map?

A    Yes, I am.

Q    Okay.  And was there writing on the backside of the map as well?

A    Yes, there was.

Q    And what was written on the backside of the map?

A    It looks like an address which was written as "222559 Margarita, W.H." which I guess Woodland Hills -- "California, 91364."

Q    Okay.  And was there anything else written in addition to that address?

A    Yes.  There was what believes to be automobile names makes

Sterle - Direct                                              163

or models, like, Trooper and then something written in Russian,

Audi-100, something written in Russian, Mitsubishi Galant and

underneath it something written in Russian.

Q   Now Special Agent Sterle, in addition to this map that was

seized from this kitchen-dining room area; did the agents there

seize any other paperwork as well?

        THE COURT:  Before you go on, you really never

officially offered 406-B into evidence.

        MR. DUGDALE:  Well I will do so at this time, your

Honor.  Thank you.

        THE COURT:  All right.  Received.

        MR. DUGDALE:  Yes.  The government would offer 406-B.

    **(Government's Exhibit Number 406-B was received in**

**evidence)**

**BY MR. DUGDALE:**

Q   Can you please take a look now what's been marked for

identification as Government's Exhibit Number 400-B; do you

recognize Exhibit 400-B?

A   Yes, I do.

Q   And what is Exhibit 400-B?

A   That's a photograph of the -- some of the papers that we

seized and it's the backside of the Thomas Brothers map with

the -- you can see part of the address written there.

Q   And was Exhibit 400-B was that a photograph that was taken

at -- I'm sorry -- at Mr. Krylov's residence at the time of the

Sterle - Direct                                                    164

search.

A     Yes, it was.

        MR. DUGDALE:  Your Honor, the government would move for the admission of Government's Exhibit Number 400-B.

        THE COURT:  400-B received this date.

        **(Government's Exhibit Number 400-B received in evidence)**

**BY MR. DUGDALE:**

Q     And you mentioned that this photograph included the items that -- some of the paperwork that had been seized does it include a photograph -- include them as photographs -- is Exhibit 406, the Thomas Guide map that we just looked at?

A     Yes, it does.

Q     And can you point out for the jury where that is located?

        THE COURT:  406 -- does it include 406-B in 400-B?

        MR. DUGDALE:  406 -- I'm asking if 406 is included in 400-B, that's correct, your Honor.

        THE COURT:  Okay.

        THE WITNESS:  Yes.

**BY MR. DUGDALE:**

Q     Okay.  Special Agent Sterle, in addition to seizing this map that you've circled in the kitchen-dining room area, did the agents seize any additional items in the kitchen-dining room area as well?

A     Yes, we did.

Q     Can we please take a look at what's been marked for

Sterle - Direct                                               173

Umansky due to seeing photographs of him prior.  He had the

long blond hair.  And then also with the "Get Wired" t-shirt,

which I believe was probably corresponding to "Hard Wired," his

company.

Q    Can you please take a look now at what's been marked as

"Government's Exhibit Number 407," for identification.

Special Agent Sterle, do you recognize Government's

Exhibit Number 407?

A    Yes, I do.

Q    And how do you recognize that item?

A    I recognize it from on the back where -- my initials and

21902.

Q    And what is Exhibit Number 407?

A    It is a receipt from Play It Again Sports, which is like a

used sports equipment store located at 12038 Ventura Boulevard

in Studio City.

Q    And where did you find Government's Exhibit Number 407?

A    That was in Mr. Krylov's vehicle, the Infiniti.

MR. DUGDALE:  Your Honor, the Government would move

for the admission of Government's Exhibit Number 407.

THE COURT:  407 admitted this date.

**(Government's Exhibit Number 407 was received in evidence)**

**BY MR. DUGDALE:**

Q    And what's on the screen right now, which is about ready

to disappear, is that the front and back of that receipt?

Sterle - Direct 174

A    Yes, it is.

Q    And I've had Ms. Canter (phonetic) put up the front of that receipt on the screen here.  You mentioned it was a receipt.

What was the name of the company it was a receipt from?

A    Play It Again Sports.

Q    And is there a date on the receipt?

A    Yes, there is.

Q    And what's the date?

A    The date is right down here, (indicating), and it's 01-24-2002, January 24th, 2002.

Q    And is there a time, as well, on the receipt?

A    Yes, there is.  The time is 13:50, which is military time, which would be, you know, 1:50 p.m.

Q    And does this receipt indicate what was purchased?

A    Yes, it does.  It --

Q    What was purchased?

A    What was purchased was a 50-pound new Olympic weight or plates, the kind that would go on, I guess, a barbell; and then a used 45-pound weight, which would be the 45-pound there, (indicating), and a 50-pound there, (indicating).

Q    Thank you.  I have no further questions.

THE COURT:  Mr. Callahan?

MR. CALLAHAN:  I have no questions, your Honor.

EXCEPTIONAL REPORTING SERVICES, INC