# GOVERNMENT EXHIBIT 28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Friday, September 15, 2006 |
| JURIJUS KADAMOVAS, | ) | (8:54 a.m. to 11:39 a.m.) |
| | ) | |
| Defendants. | ) | |

JURY TRIAL (22nd DAY)
(VOLUME XXII)

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

10

don't know what Mr. Evans had.  I really wasn't paying attention.  Mr. Evans didn't have a concussion.  Mr. Evans didn't have a skull fracture.

All I want to do -- if the Court has the doctor's report in front of it --

**THE COURT:**  No.  Here's what I'm going to do.  I'm going to grant you the continuance of one week.

**MR. RUBIN:**  Thank you.

**THE COURT:**  But at the end of that one-week period, that's where, you know, if there's any evidence that Mr. Callahan had been during the course of this trial consuming any alcohol or any other kind of medications that caused the fall, you know, I have an obligation and a duty to notify the panel that during a significant trial this is what he did and would recommend that he not be permitted to take any more cases and that he reimburse the CJA panel for what he caused with the negligence.  Now, I'm not coming to any conclusion; I'm just telling you that that is an issue out there that I have to face with Mr. Callahan.

**MR. RUBIN:**  And the only issue that I think needs to be addressed at this point is the fact that we have a capital case and I can't really go forward on my own and we need to know when Mr. Callahan can come back.

I spoke to Mr. Dugdale this morning.  He suggested instead of a week from Monday for a status conference to have

11

the status conference a week from today, which is next Friday.

THE COURT:  Well, remember, we're going to be dark next Friday.

MR. RUBIN:  Oh.  Okay.

MR. DUGDALE:  Thursday.

MR. RUBIN:  Do you want it on Thursday?

THE COURT:  Next Thursday.

MR. RUBIN:  That's fine.  And again, what I will be trying to do is track down the doctors to get the Court some understanding of the nature of his injuries and what his prognosis for recovery is.  But I'm not left-handed, so I can't throw left curves.

THE COURT:  Well, I've gotten every curve thrown at me since I have taken this case.  And I still can't understand why this case that was filed in the year 2002 has not been -- was not previously tried.

MR. RUBIN:  Well, I think we've been around that block several times.  All I can tell the Court is that I'm trying the best I can.  This is one of those results of life. I mean no one knew this was coming; no one planned it.  And I guarantee if Mr. Callahan had his druthers he would rather be healthy, have it not happen, and be here.

THE COURT:  I will tell the jury that we will not be meeting next week and that they will be informed as to when they will return -- well, they're going to return anyway,

Konstantinos Tezhik – Video Deposition                13

about five seconds from before where we stopped yesterday.

**(Resume playing of video deposition of Konstantinos Tezhik at 9:09 a.m.)**

"ANSWER:  These are the same words.

"BY MR. DUGDALE:

"QUESTION:  And was the intonation identical as well?

"ANSWER:  With the same intonation, and that belongs to Georgy.

"QUESTION:  Mr. Tezhik, I'd now like to turn your attention to Track 11 on Government's Exhibit 41. Prior to today did you have an opportunity to review that conversation?

"ANSWER:  Yes.

"QUESTION:  And is that one of the telephone calls with Raul that you recorded using your digital recorder?

"ANSWER:  Track 11?

"QUESTION:  No.  We're on Government's Exhibit Number 41 now.

"MR. BUEHLER:  Which track, Counsel?

"MR. DUGDALE:  Track 11.

"MR. BUEHLER:  I don't have a Track 11.  Exhibit 41?

"MR. DUGDALE:  Yeah, it's a different exhibit number, Mr. Buehler.  It's Exhibit 41 now Track 11.  It doesn't relate to the recording we just played.

Konstantinos Tezhik - Video Deposition                 14

"And the transcript for the record and for your

assistance is at Government's Exhibit 41-A.

"BY MR. DUGDALE:

"QUESTION:  Are you at Exhibit 41-A, Mr. Tezhik?

"ANSWER:  Yes.

"QUESTION:  And does this transcript reflect a

conversation that you had with Raul?

"ANSWER:  Yes.

"QUESTION:  And does this transcript accurately

reflect that conversation?

"ANSWER:  Yes.

"QUESTION:  And is this one of the recordings,

specifically Track 11, that's on Government's Exhibit

Number 39 and 41?

"ANSWER:  Yes.

"QUESTION:  And on this transcript where it's marked

KT and R, does that accurately reflect who was

speaking during the conversation?

"ANSWER:  Yes.

"QUESTION:  Mr. Tezhik, I'm now going to have

Ms. DeWitt play Track 11 on Government's Exhibit 41,

and I would ask that you pay attention to this

recording and follow with the transcript in front of

you.

//

Konstantinos Tezhik - Video Deposition                    15

(Government's Exhibit Number 41, Track 11, played on video; recording inaudible)

"BY MR. DUGDALE:

"QUESTION:  Now, Mr. Tezhik, I'd like to ask you some questions about this taped conversation.

"First of all, can you demonstrate with the recorder how you actually taped these calls?

"ANSWER:  I had the mobile -- well, I was holding a mobile phone with my right hand and in the left hand I was holding this tape recorder as close as I could, because unfortunately there were a lot of static.

"QUESTION:  Now, turning to the conversation itself, can you please turn to Page 3?  At the top of Page 3 Raul, the person who says his name is Raul, says, "All right, the question is when can we conduct the transaction?"  What is your understanding of what the transaction was the Raul was talking about?

"ANSWER:  The transfer of $4 million.

"QUESTION:  And was this the $4 million referred to in the fax that you received?

"ANSWER:  Yes.

"QUESTION:  And just going back to that fax for one second, you testified earlier that you gave Raul a fax number for a friend of yours in London, correct?

"ANSWER:  Yes.

Konstantinos Tezhik - Video Deposition                    16

"QUESTION:  And how did you ultimately receive the fax after that?

"ANSWER:  This fax was sent to London first to the fax number of Bashir, and then from London it was sent to Moscow.

"QUESTION:  And is that where you received it, was in Moscow?

"ANSWER:  Yes.

"QUESTION:  On Page 3 there is reference to you asked for a chance to talk to him.  Who were you asking to talk to?

"ANSWER:  Georgy Safiev.

"QUESTION:  And Raul replies -- he starts talking about a satellite phone and a cellular phone.  What is your understanding of what this portion of the conversation was about?

"ANSWER:  Raul tried to convince me that -- Raul told me that Georgy was in Mexico and he tried to convince me that it was impossible to organize the conversation on mobile phone and they are trying to arrange to have this conversation through the satellite telephone.

"QUESTION:  After that conversation -- well, strike that.

"Did Raul ever succeed in providing you with

Konstantinos Tezhik - Video Deposition          17

Mr. Safiev's voice?

"ANSWER:  No.

"QUESTION:  Following this portion of the

conversation, first you ask Raul some questions to

ask Mr. Safiev.  And then on Page 6 you say, "I mean

if you say ten or five or four now, it doesn't

matter, but just give me some idea if he's still

alive.  There's only one thing we need to know, if he

is alive or dead."  Who were you asking about to

confirm whether the person is alive or dead?

"ANSWER:  I was talking to Raul and I told him that

the conditions didn't matter and that the most

important thing was to hear Georgy's voice.

"QUESTION:  And when you say "the conditions didn't

matter," what did you mean by that?

"ANSWER:  I meant the amount of the money that had to

be paid as a ransom.

"QUESTION:  Mr. Tezhik, you testified earlier that

you'd used two memory sticks to record the telephone

calls that you received from Raul over the digital

recording device that you had; is that correct?

"ANSWER:  Yes.

"QUESTION:  Mr. Tezhik, I'm now handing you what's

been marked for identification as Government's

Exhibit Number 40.  Do you recognize that item?

Konstantinos Tezhik – Video Deposition                18

"ANSWER:  Yes.

"QUESTION:  And what is Government's Exhibit Number 40?

"ANSWER:  This is one of my memory sticks.

"QUESTION:  And prior to today did you have an opportunity to insert that memory stick into the recording device, Government's Exhibit Number 38, and listen to the tapes or the recordings on that item?

"ANSWER:  Yes.

"QUESTION:  And do the recordings on that memory stick, do they contain additional recordings that you made of phone calls involving this Raul situation?

"ANSWER:  Yes.

"QUESTION:  And approximately what period of time did these recordings cover?

"ANSWER:  Probably the first two weeks of February.

"QUESTION:  Did these recordings occur before the recordings over your cell phone?

"ANSWER:  Yes.

"QUESTION:  I'm now handing you a computer disk that has been marked as Government's Exhibit Number 42. Do you recognize Government's Exhibit Number 42?

"ANSWER:  Yes.

"QUESTION:  And how do you recognize that disk?

"ANSWER:  It has my initials.

Konstantinos Tezhik - Video Deposition                    19

"QUESTION:  And going back to the previous exhibit, did you also initialize this exhibit after listening to the recordings on it?

"ANSWER:  Yes.

"QUESTION:  And Government's Exhibit Number 42, does that contain an exact copy of the recordings on the memory stick that I just handed you earlier?

"ANSWER:  Yes.

"QUESTION:  And approximately how many tracks are on Government's Exhibit Number 42?

"ANSWER:  About 20.

"QUESTION:  Mr. Tezhik, first I would like to turn your attention to Track 2 of Government's Exhibit Number 42.  So can you turn to Government's Exhibit Number 42-A, which is the transcript?  Prior to today, did you have an opportunity to review this transcript?

"ANSWER:  Yes.

"QUESTION:  And does this transcript accurately reflect the recording that's on Track 2 of Government's Exhibit Number 42?

"ANSWER:  Yes.

"QUESTION:  And does this accurately reflect a conversation that you actually had with Raul?

"ANSWER:  Yes.

Konstantinos Tezhik - Video Deposition                    20

"QUESTION:  And on this transcript do the designations KT and the designation R, do they reflect who the speaker is during this conversation?

"ANSWER:  Yes.

"QUESTION:  Mr. Tezhik, I'm now going to have Ms. DeWitt play Track 2 on Government's Exhibit 42. I'd ask that you follow along in the transcript and I will have some questions concerning this conversation when it's completed.

**(Government's Exhibit Number 42, Track 2, played on video; recording inaudible)**

**(Video malfunction at 9:33 a.m.)**

**MR. DUGDALE:**  May I have a minute, your Honor?

**(Continued video malfunction)**

**MR. DUGDALE:**  Your Honor, I'm sorry, we have to switch tracks.  It's on a -- it ran out at the end.

**THE COURT:**  While you're searching that, let me give the jury an instruction here.

You're about to listen to a tape recording that was --

**(Indiscernible, overlap of video malfunction)**

-- and I should have given this a little earlier. You're about to listen to tape recordings that have been received into evidence.  Please listen to it very carefully. Each of you has been given a transcript of the recording to

Konstantinos Tezhik - Video Deposition                    21

help you identify speakers and as a guide to help you listen to
the recording.  However, bear in mind that the recording is
not -- I'm sorry -- however, bear in mind that the recording is
the evidence, not the transcript.  If you hear something
different from what appears in the transcript, what you heard
is controlling.  After the recording has been played the
transcript will be taken from you.  So in other words what is
on the recording is evidence, what is on the transcript is only
to aid you interpret the recording.

   **(Resume playing video deposition of Konstantinos Tezhik at
9:36 a.m.)**

       "ANSWER:  Yes.

       "QUESTION:  And approximately how many tracks are on

       Government's Exhibit Number 42?"

    **THE COURT:**  If you're going to be adjusting, I'm
going to have to let the jury out.

       "ANSWER:  About 20."

    **MR. DUGDALE:**  Okay.  This will take two seconds.

       "QUESTION:  Mr. Tezhik, first I would like to turn

       your attention to Track 2 of Government's Exhibit

       Number 42.

   **(Inaudible recording playing on video)**

       "-- in the transcript and I will have some questions

       concerning this conversation when it's completed.

   **(Inaudible recording playing on video)**

Konstantinos Tezhik - Video Deposition                22

"THE VIDEOGRAPHER:  Back on the record.

"This is the beginning of Disk 3 in the continuing

deposition of Konstantinos Tezhik.  Today's the 3rd

of October of 2005.  The time is 12:40 p.m.

"BY MR. DUGDALE:

"QUESTION:  Good afternoon, Mr. Tezhik.  Before we

move on, I want to make one correction or have you

clarify one thing, because I believe in my jetlag

state I may have misquoted an exhibit number.

"You have in front of you -- the exhibit you have in

front of you there is Exhibit 48 and you're on

Page 9, correct?

"ANSWER:  Yes.

"QUESTION:  And we played a portion of the

conversation that is attached to that transcript,

correct?

"ANSWER:  Yes.

"QUESTION:  And that's from the track on the mini

disk?

"ANSWER:  Yes.

"QUESTION:  And you testified that that voice was

George Safiev's voice and it involved this line about

him -- the voice said something about him being in

the mountains and him being unable to connect with

the caller; is that correct?

Konstantinos Tezhik - Video Deposition                    23

"ANSWER:  Yes.

"QUESTION:  And can you please turn to Exhibit 42-B? And can you look on Page 4 of that exhibit?  And specifically look at Track 13.

"Was it during that conversation that you heard the identical words that you heard on that portion of Government's Exhibit 48?

"ANSWER:  Yes.

"QUESTION:  Now, Mr. Tezhik, in one of the calls that we played prior to the break there was a discussion about a $1 million transfer, correct?

"ANSWER:  Yes.

"QUESTION:  And you testified that this related to the $696,000 that you had sent to arranged to have sent to this Capital Solutions account at Mr. Safiev's request, correct?

"ANSWER:  Yes.

"QUESTION:  And after making that -- arranging for that wire transfer, did you ever contact the bank in Singapore where the wire transfer was made from?

"ANSWER:  Yes.

"QUESTION:  And subsequent to doing that, did you have discussions with Raul about checking on that bank account?

"ANSWER:  Yes.

Konstantinos Tezhik - Video Deposition                 24

"QUESTION:  And what did Raul tell you about that?

"ANSWER:  He told us not to follow where the money went and not to send any requests to the bank.

"QUESTION:  Now, Mr. Tezhik, picking up where we left off, during one of the last recorded conversations we listened to you gave Raul your email address, correct?

"ANSWER:  Yes.

"QUESTION:  And Raul told you to expect an email from him, correct?

"ANSWER:  Yes.

"QUESTION:  And did you subsequently begin receiving emails from Raul?

"ANSWER:  Yes.

"QUESTION:  I'm now handing you what's been marked for identification as Government's Exhibit Number 50. Do you recognize that document?

"ANSWER:  Yes.

"QUESTION:  And what is that document?

"ANSWER:  This is one of the messages that was received to my email from Raul.

"QUESTION:  And is what is on this exhibit, the message, is that identical to the message that you received from Raul?

"ANSWER:  Yes.

Konstantinos Tezhik - Video Deposition                25

"QUESTION:  And after you received this message, what did you do with it?

"ANSWER:  I sent it to FBI agent.

"QUESTION:  Which FBI agent.

"ANSWER:  Mr. Cloney.

"QUESTION:  And where did this email that you received come from?  What email address did it come from?

"ANSWER:  From Raul's address, raul135@hongkong.com.

"QUESTION:  And what email address did you receive this message over?

"ANSWER:  I received it to my address gotlem@aol.com.

"QUESTION:  And what was the date on which you received this email?

"ANSWER:  February 7.

"QUESTION:  What was the year?

"ANSWER:  2002.

"QUESTION:  And approximately what time did you receive that email?

"ANSWER:  In the evening.

"QUESTION:  And was this the first email that you received from Raul?

"ANSWER:  Yes.

"QUESTION:  Using that February 7, 2002 date as a reference, the previous call, all the previous calls

Konstantinos Tezhik - Video Deposition                26

that we've listened to that you recorded, did those

calls come before or after this February 7th date?

"ANSWER:  They were before 7th.

"QUESTION:  And as for the message itself, it states,

quote, "Please advise when you are ready for the

transaction" end quote.  What did you understand that

message to mean?

"ANSWER:  I was supposed to send an email saying that

we were ready to transfer the money.

"QUESTION:  And what money was this?

"ANSWER:  Money that was to be paid to set George

free.

"QUESTION:  You previously testified that you used --

strike that.

"After you received this email message asking when

you'd be ready for the transaction, did you hear from

Raul over the phone again?

"ANSWER:  Yes.  We had several conversations.

"QUESTION:  And did you once again record these

conversations?

"ANSWER:  Yes, to my mobile phone.

"QUESTION:  You testified earlier that you used these

two methods to record, the digital recording device

that we have right here and now you're discussing

your mobile phone.  How did you use your mobile phone

**EXCEPTIONAL REPORTING SERVICES, INC**

Konstantinos Tezhik - Video Deposition                    27

to record these conversations with Raul?

"ANSWER:  In my telephone there is a recording device

that allows to record during the conversation.

"QUESTION:  I'm now handing you what's been marked

for identification as Government's Exhibit Number 43.

Do you recognize that item?

"ANSWER:  Yes.  This is my telephone.

"QUESTION:  And is that the telephone that you used

to record the calls to Raul that you mentioned in

your testimony?

"ANSWER:  Yes.

"QUESTION:  And you mentioned that there's a device

on your phone that allows you to make these

recordings.  What media are the phone calls then

recorded on?

"ANSWER:  This is one of the functions of the

organizer with the recording to the memory card.

"QUESTION:  I'm now handing you what has been marked

for identification as Government's Exhibit Number 44.

Do you recognize that item?

"ANSWER:  Yes.

"QUESTION:  And what is Exhibit Number 44?

"ANSWER:  This is one of the cards that I recorded it

to.

"QUESTION:  And prior to today did you have an

EXCEPTIONAL REPORTING SERVICES, INC

Konstantinos Tezhik - Video Deposition                28

opportunity to listen to the recordings on

Government's Exhibit Number 44?

"ANSWER:  Yes.

"QUESTION:  And did you confirm that there are

recordings on this card of your conversations with

Raul?

"ANSWER:  Yes.

"QUESTION:  And did you mark that exhibit in a way to

reflect the fact that those recordings exist on that

card?

"ANSWER:  Yes.  I put my initials there.

"QUESTION:  I'm now handing you what's been marked

for identification as Government's Exhibit Number 45.

Do you recognize that item?

"ANSWER:  Yes.

"QUESTION:  And what is that item?

"ANSWER:  This is the second memory card.

"QUESTION:  And prior to today did you have an

opportunity to listen to the conversations recorded

on that memory card?

"ANSWER:  Yes.

"QUESTION:  And were you able to confirm that there

are conversations that you recorded with Raul on that

memory card as well?

"ANSWER:  Yes.

Konstantinos Tezhik – Video Deposition                29

"QUESTION:  And did you mark it in a way that so you could identify that you had listened to it?

"ANSWER:  Yes.  I have put my initials here.

"QUESTION:  Now, you testified that your phone has a function that allows you to record phone calls over it.  Does that function allow or put a time stamp and date on when those calls are recorded?

"ANSWER:  Yes.  It marks automatically the date and the time of the conversation.

"QUESTION:  And do the phone calls that you recorded with Raul captured on the two memory cards we've discussed, did they accurate record the times and dates when these phone calls were received and recorded by you?

"ANSWER:  Yes.

"QUESTION:  You testified earlier that you handed certain items to Special Agent Perez when you came out to Los Angeles to be interviewed.  When you came out to Los Angeles to be interviewed, did you supply Special Agent Perez with these two memory cards, and this phone as well?

"ANSWER:  Yes.

"QUESTION:  I'm now handing you what's been marked for identification as Government's Exhibit Number 46. Do you recognize that disk?

Konstantinos Tezhik - Video Deposition                    30

"ANSWER:  Yes.

"QUESTION:  And prior to today did you have an opportunity to listen to the recordings on that disk?

"ANSWER:  Yes.

"QUESTION:  And did you mark the disk to indicate that you had listened to those recordings?

"ANSWER:  Yes.  There are my initials there.

"QUESTION:  And do the recordings on that exhibit, Government's Exhibit Number 46, are those identical copies of the conversations on the two memory cards, Government's Exhibit Number 44 and 45?

"ANSWER:  Yes.

"QUESTION:  And how many phone calls are recorded on that disk?

"ANSWER:  About ten, maybe seven.

"QUESTION:  Okay.  I'm going to play the first track. I believe there are four calls on there.  And we will play the four calls on that disk.

"Mr. Tezhik, I'm going to play the first of the four tracks on Government's Exhibit Number 46 and I'd like to turn your attention to Government's Exhibit Number 46-A.

"ANSWER:  47 or 46?

"QUESTION:  Yes, 46-A please.

"Mr. Tezhik, prior to today did you have an

Konstantinos Tezhik - Video Deposition                    31

opportunity to review Government's Exhibit Number 46,

and specifically Government's Exhibit Number 46-A,

this transcript?

"ANSWER:  Yes.

"QUESTION:  And does this transcript accurately

reflect the conversation recorded on Track 1 of

Government's Exhibit Number 46?

"ANSWER:  Yes.

"QUESTION:  And does it correctly designate by using

the abbreviations KT and R who the speaker is at the

relevant points in the conversation?

"ANSWER:  Yes.

"QUESTION:  Mr. Tezhik, I'm now going to have

Ms. DeWitt play Track 1 of Government's Exhibit

Number 46, and I would ask that you follow along the

conversation with the transcript.

**(Government's Exhibit Number 46, Track 1, played on video;**

**recording inaudible)**

"BY MR. DUGDALE:

"QUESTION:  Mr. Tezhik, you earlier testified that

your phone had this function on it that could record

the time and date of the recording or put a time

stamp on it.

"ANSWER:  Yes.

"QUESTION:  On Page 1 at the top of the transcript

Konstantinos Tezhik - Video Deposition                32

the date is indicated as 12/2/02 and the time is 9:10 and 38 seconds Moscow time.  Does that accurately reflect the date and time in which you received this call?

"ANSWER:  Yes.

"QUESTION:  On Pages 1 and 2 of this transcript Raul asked you if you've received the email.  What was your understanding of what he was talking about when he asked you if you'd received the email?

"ANSWER:  He wanted to make sure that the message came to my address.

"QUESTION:  And near the top of Page 2 again Raul says it's from raul135@hongkong.com.  What is he telling you there?

"ANSWER:  He double-checked the address to make sure that without --

"THE INTERPRETER:  The interpreter needs to clarify something.

"ANSWER:  He wanted to double-check the address not knowing whether I have received the message.

"QUESTION:  And near the bottom of Page 2 you ask him to tell you about the situation.  What is the situation that you were referring to?

"ANSWER:  That was the condition of Georgy and Nicky and when will they be able to let them go.

EXCEPTIONAL REPORTING SERVICES, INC

Konstantinos Tezhik - Video Deposition                    33

"QUESTION:  And what did he tell you about Mr. Safiev?

"ANSWER:  He said that his situation was not very good because Georgy began taking drugs.

"QUESTION:  On Page 3 of this transcript you ask -- you and Raul discuss the passports.  What is the conversation -- what is the relevance of the discussion concerning the passports?

"ANSWER:  In the previous conversations Raul mentioned that it was necessary to obtain their passports for the purpose of bringing them from Mexico to the United States.

"QUESTION:  At the bottom of Page you ask, near the bottom of Page 3, "How is the second one going?"  Who were you referring to or what were you referring to as "the second one"?

"ANSWER:  I meant Nick.

"QUESTION:  And why were you asking about him?

"ANSWER:  Because Raul mentioned that Georgy began taking narcotics and it was natural that I had the question about the other one.

"QUESTION:  And again who was that other one?

"ANSWER:  Nick Kharabadze.

"QUESTION:  Now, during this recorded conversation Raul discusses sending emails.  Did you receive

EXCEPTIONAL REPORTING SERVICES, INC

Konstantinos Tezhik - Video Deposition                    34

additional emails from Raul after this discussion?

"ANSWER:  Yes.

"QUESTION:  Mr. Tezhik, I'm now handing you what's been marked for identification as Government's Exhibit Number 51.  Do you recognize this document?

"ANSWER:  Yes.

"QUESTION:  And what is this document?

"ANSWER:  This is one of the messages that I received to my email address.

"QUESTION:  And after you received this message on your email address, what did you do with it?

"ANSWER:  I sent it to the Special Agent Cloney.

"QUESTION:  And on what date did you receive this email?

"ANSWER:  February 12.

"QUESTION:  Is that the same date of the conversation -- as the conversation that we just listened to?

"ANSWER:  Yes.

"QUESTION:  And approximately what time did you receive this email?

"ANSWER:  I think in the morning.

"QUESTION:  And what email address was this email sent from to you?

"ANSWER:  From the same address as the previous one,

Konstantinos Tezhik - Video Deposition                    35

raul135@hongkong.com.

"QUESTION:  Turning to the text of the email, in this text the email states, "We would appreciate if you would let us know your intention in regards to the Mr. Safiev financial obligations."  What did you understand that part of the message to mean?

"ANSWER:  Pay us the money.

"QUESTION:  When you say "us," who do you mean by that?

"ANSWER:  In the text they used it in plural.

"QUESTION:  And below that portion of the email it says, "Please advise us any way as we need to make some decisions as far as his further relocation in case if you are not in the position to make a transfer of the funds within the next three days."  What is your understanding of what portion of the email meant?

"ANSWER:  That was an attempt to accelerate the receipt of the money.

"QUESTION:  The money for what?

"ANSWER:  Ransom.

"QUESTION:  And in the P.S., the postscript, the message states, "Mr. Safiev, as well as Mr. Kharabadze, are well and looking forward to hear news from you."  What did you understand that portion

of the email to mean?

"ANSWER:  That was another attempt to confirm that as if everything was okay.

"MR. DUGDALE:  One moment, please.

"BY MR. DUGDALE:

"QUESTION:  Mr. Tezhik, I'm now handing you what's been marked for identification as Government's Exhibit Number 52.  Do you recognize that document?

"ANSWER:  Yes.

"QUESTION:  And what is that document?

"ANSWER:  This is another message that was received to my address.

"QUESTION:  And who did you receive this message from?

"ANSWER:  From Raul.

"QUESTION:  And after you received this message, what did you do with it?

"ANSWER:  I also forwarded it to the FBI address.

"QUESTION:  And what date did you receive this email message on?

"ANSWER:  The following, February 13.

"QUESTION:  And approximately what time of the day did you receive this email message?

"ANSWER:  I think it was also in the morning.

"QUESTION:  And in this message it reads in one

Konstantinos Tezhik - Video Deposition          37

sentence, "Please confirm receiving of the email."
What did you understand was the purpose of the
receipt of this email?

"ANSWER:  Since I was not answering to their emails,
that was another attempt to find out that their
messages are reaching me.

"QUESTION:  Mr. Tezhik, I'd now like to direct your
attention to Government's Exhibit 46-B.  It's a
transcript of another phone call and it's in the book
in front of you.  Prior to today, Mr. Tezhik, did you
have an opportunity to review this transcript?

"ANSWER:  Yes.

"QUESTION:  Does this transcript accurately reflect
the conversation that's recorded at Track 2 on
Government's Exhibit Number 46?

"ANSWER:  Yes.

"QUESTION:  And is this a recording of a portion of
the conversation that you had with Raul?

"ANSWER:  Yes.

"QUESTION:  And does the transcript accurately
reflect the speakers with the designations of R and
KT?

"ANSWER:  Yes.

"QUESTION:  With R being Raul and KT being yourself?

"ANSWER:  Yes.

Konstantinos Tezhik - Video Deposition                    38

"QUESTION:  I'm now going to ask Ms. DeWitt to play Track 2 of Government's Exhibit Number 46.

**(Government's Exhibit Number 46, Track 2, played on video; recording inaudible)**

"BY MR. DUGDALE:

"QUESTION:  Mr. Tezhik, at the beginning of that conversation, on Page 1, the person who identified himself as Raul tells you that there seemed to be a problem in establishing two-way communications.  What did you understand him to mean?

"ANSWER:  I understood that he didn't receive any answers to his emails.

"QUESTION:  And what did you tell him in response to his complaint about the lack of two-way communications?

"ANSWER:  I made it up that the emails are received by my secretary and that I would check on that later on.

"QUESTION:  And had you in fact received emails from Raul prior to this phone call?

"ANSWER:  Yes.

"QUESTION:  And why did you tell him that you had not?

"ANSWER:  For the purpose of avoiding to continue our contacts through the emails so that we would continue

Konstantinos Tezhik - Video Deposition                    39

talking on the telephones.

"QUESTION:  And on Page 3 of this transcript you give Raul the email address gotlem@aol.com.  Why did you give him that address again?

"ANSWER:  I used it as a trick to procrastinate.

"QUESTION:  Now, after you gave him your email address again in this conversation, did you receive additional emails from Raul?

"THE INTERPRETER:  After what?  Excuse me.

"QUESTION:  After you gave him your email address in this last recorded conversation that we played, did you continue to receive emails from Raul?

"ANSWER:  No.

"QUESTION:  Well, I'd like you to take a look at what's been marked as Government's Exhibit Number 53 first.  Do you recognize Government's Exhibit Number 53?

"ANSWER:  Yes.

"QUESTION:  And what is Government's Exhibit Number 53?

"ANSWER:  This is the hard copy of the email message that was received at my address.

"QUESTION:  And did you receive this email message after the phone call that we just listened to?

"ANSWER:  I think before.

Konstantinos Tezhik - Video Deposition                    40

"QUESTION:  Well, if you could take a look at the date line on Government's Exhibit Number 53.  What date and time does it reflect that that email was received?

"ANSWER:  February 15, 8:20 Eastern Standard Time.

"QUESTION:  8:20 p.m., correct?

"ANSWER:  Yes.

"QUESTION:  And do you understand Eastern Standard Time is the time in the time zone where New York City is, correct?

"ANSWER:  Yes.

"QUESTION:  And if you look back at Government's Exhibit Number 46-B, what time did that telephone call occur?

"ANSWER:  6:39 p.m. Moscow time.

"QUESTION:  And this was on the 15th of February as well, correct?

"ANSWER:  Yes.

"QUESTION:  So which event occurred first, the phone call or the receipt of the email?

"ANSWER:  Email was supposed to arrive before the telephone call.

"QUESTION:  What actually happened?  Did the email come after or before the telephone call?

"ANSWER:  Probably I read it later.  It's not that it

Konstantinos Tezhik - Video Deposition                41

was received later, but that I read it later.

"QUESTION:  Now, the email that you received on February 15th at 8:20 p.m. Eastern Standard Time, is this email identical to the email that you received earlier -- one of the emails you received earlier from Raul?

"ANSWER:  Yes.

"QUESTION:  And specifically, if you look in the book that's in front of you, can you compare Government's Exhibit Number 53 to Government's Exhibit Number 51?

"ANSWER:  Yes.

"QUESTION:  And are those emails identical?

"ANSWER:  Yes.

"QUESTION:  And just for clarification, is Government's Exhibit Number 53, is this exactly how the message looked when it appears on your computer screen?

"ANSWER:  Yes.

"QUESTION:  Can you now please turn to Government's Exhibit Number 54?  Do you recognize that document, sir?

"ANSWER:  Yes.

"QUESTION:  And what is that document?

"ANSWER:  This is the last message that I received from Raul to my address.

Konstantinos Tezhik - Video Deposition                    42

"QUESTION:  And is this email that you received at your address identical to a previous email that you received from Raul?

"ANSWER:  Yes.

"QUESTION:  And can you compare that email to Government's Exhibit Number 52, please?  Do both of those emails contain the same message?

"ANSWER:  Yes.

"QUESTION:  And Government's Exhibit Number 54, what time did you receive that email?

"ANSWER:  8:21 p.m. Eastern Standard Time.

"QUESTION:  And on what date did you receive it?

"ANSWER:  15th of February.

"QUESTION:  And as you've testified, both Government's Exhibit Number 53 and 54 are copies of -- or are identical to emails that you had received earlier.  Did you have the same understanding when you received these emails of what they meant as the understanding that you had when you initially received them?

"ANSWER:  Yes.

"QUESTION:  Sir, I'd like you now to turn to Government's Exhibit Number 46-C.  Do you recognize that document?

"ANSWER:  Yes.

Konstantinos Tezhik - Video Deposition                43

"QUESTION:  And is that a transcript of another conversation that you recorded with Raul?

"ANSWER:  Yes.

"QUESTION:  And does this transcript accurately reflect the conversation that's recorded on Track 3 of Government's Exhibit Number 46?

"ANSWER:  Yes.

"QUESTION:  And what date did you receive that call on?

"ANSWER:  February 18.

"QUESTION:  And what time did you receive that call?

"ANSWER:  8:43 a.m.

"QUESTION:  And both that date and time, does that reflect the time in Moscow at the time that you received this call?

"ANSWER:  Yes.

"QUESTION:  And is that in fact where you were when you received this call from Raul?

"ANSWER:  Yes.

"QUESTION:  I'm now going to ask Ms. DeWitt to play Track 3 in Government's Exhibit Number 46 and I would ask that you follow it with the transcript.

**(Government's Exhibit Number 46, Track 3, played on video; recording inaudible)**

//

Konstantinos Tezhik - Video Deposition                44

"BY MR. DUGDALE:

"QUESTION:  Mr. Tezhik, turning to Page 2 of that

conversation with Raul, Raul states, "How much more

time do you need?"  What is your understanding of

what he was referring to when he asked you how much

more time was needed?

"ANSWER:  How much time I needed to transfer the

money.

"QUESTION:  What money is this?

"ANSWER:  The ransom for Georgy.

"QUESTION:  And below that you discuss how you

collected some funds.  What are these funds that

you're talking about that you collected?

"ANSWER:  We did not raise money, but I told him that

we did.

"QUESTION:  And the money that you told him you were

raising, what was that money for?

"ANSWER:  It was the ransom for Georgy and Nicky.

"QUESTION:  I'd like you now to turn to the last part

of Exhibit 46, Exhibit 46-D.

**THE COURT:**  All right, this looks like a good time to

take our morning break.

"BY MR. DUGDALE:

"QUESTION:  Prior to today did you have an

opportunity to review Exhibit --

EXCEPTIONAL REPORTING SERVICES, INC

Konstantinos Tezhik - Video Deposition          45

"THE INTERPRETER:  Excuse me.

"MR. DUGDALE:  Please.

"THE INTERPRETER:  What number?

"MR. DUGDALE:  46-D."

**(Pause playing of video deposition of Konstantinos Tezhik at 10:30 a.m.)**

**(Jurors exit courtroom at 10:30 a.m.)**

**(Outside the presence of the jury)**

**THE COURT:**  All right, outside the presence of the jury.  On our hearing on September the 21st, 2006, it will be at 9:30 a.m.  And in the event that I'm requested and forced to declare a mistrial with regard to Mr. Mikhel, I would need Mr. Mikhel's oral and written consent to declare the mistrial since jeopardy is attached.  In the event that he refuses to consent, then you're going to have to go forward.  That's number one.

Number two, for the hearing I want the Government to subpoena each and every treating doctor of Mr. Callahan's to be present here in court so that I can personally examine them to get to the bottom of this issue.  And I also need subpoenaed all the medical records from these treating physicians.  That would be I believe from September the 10th up to and including whatever date they last treated him.  So make sure that you send somebody out with a subpoena.

**MR. SPEAKER (10:32:29):**  I don't believe your

Konstantinos Tezhik - Video Deposition          49

**(Off the record discussion)**

**THE COURT:**  All right.  The record will indicate all the jurors are present, all parties are present, counsel are present.

You may pick up with exhibit I think it's 46-D.

**MR. DUGDALE:**  Yes.  Thank you, your Honor.

**(Resume playing of video deposition of Konstantinos Tezhik at 10:48 a.m.)**

"QUESTION:  Prior to today, Mr. Tezhik, did you have an opportunity to review the transcript that's located in exhibit 46-D?

"ANSWER:  Yes.

"QUESTION:  And does this transcript accurately reflect the conversation that you had with Raul?

"ANSWER:  Yes.

"QUESTION:  And specifically does it accurately -- does it accurately transcribe the conversation that you had at track four of Government's Exhibit Number 46?

"ANSWER:  Yes.

"QUESTION:  I'm now going to ask Ms. DeWitt to play track four of Government's Exhibit Number forty-six. And I would ask that you listen to it and follow along the conversation with the transcript.

"(Recording played back)

Konstantinos Tezhik – Video Deposition           50

"QUESTION:  Mr. Tezhik, what date did you receive

this telephone call on?

"ANSWER:  February 17.

"QUESTION:  Well, if you look at the top of page 1,

under track 4, does that reflect when the phone call

was received?

"ANSWER:  Yes.

"QUESTION:  And when was that?

"ANSWER:  8:43 in the morning.

"QUESTION:  On what day?

"ANSWER:  February 18.

"QUESTION:  And this was one of the phone calls

recorded on your cellular phone, correct?

"ANSWER:  Yes.

"QUESTION:  And that's the cellular phone that has

the function on it that time stamps and date stamps

the phone calls you record, correct?

"ANSWER:  Yes.

"QUESTION:  On page 1 of this transcript, there's a

discussion about how something is going to take one

or two days.  What is the talk about one or two days?

How is that relevant to what's going on with Raul?

"ANSWER:  The transfer of the money.

"QUESTION:  And on page 2, Raul tells you that he has

evidence that federal people are trying to locate the

Konstantinos Tezhik - Video Deposition          51

-- where the people is.  What did you understand him to mean when he was telling you that federal people were trying to locate the people?

"ANSWER:  That the FBI was looking for the missing people as well as for the criminals.

"QUESTION:  And right below that Raul tells you, "You do know that the federal people from the state trying, that was the main reason we moved to Mexico."  What did you understand him to mean when he told you this?

"ANSWER:  There were two ways that I could interpret it.  Number one, that it can be truth that really the people are looking for him and that's why they had to move to Mexico, on the one hand.  On the other hand, that it could be just a trick.

"QUESTION:  And prior to this phone call that you recorded with Raul, did he discuss with you, or at least tell you, that the people were in Mexico?

"ANSWER:  Yes.  He mentioned several times that Georgy was held in Mexico.

"QUESTION:  Now, after this last recorded telephone call that you recorded on February 18, 2002, did you ever hear from Raul again?

"ANSWER:  No.  Not anymore.

"QUESTION:  And did the phone calls from him stop

Konstantinos Tezhik - Video Deposition          52

after this date?

"ANSWER:  Yes.

"QUESTION:  Mr. Tezhik, you've testified that you received telephone calls from Raul between January -- late January 2002 to February 18, 2002 and you made recordings of several of those calls.

During this time did you become familiar with what Raul's voice sounded like?

"ANSWER:  Yes.

"QUESTION:  At this time I'm going to have Ms. DeWitt play a computer disk which has been marked as Government's Exhibit Number 49.  And this computer disk has two tracks on it.  And for the convenience of counsel, yourself, the Court and the jury, the two tracks are transcribed at Government's Exhibit Number 49-A and 49-B.  And Mr. Tezhik, I'd like you to listen closely to these recordings.

"(Recording played back)

**THE COURT:**  Incidentally, where it says "Peter LNU," that means last name unknown.

"QUESTION:  (By Mr. Dugdale) Mr. Tezhik, do you recognize any of the voices in this recording that was just played for you?

"ANSWER:  Yes.

"QUESTION:  And what voice do you recognize?

Konstantinos Tezhik - Video Deposition        53

"ANSWER:  Of a person that presented himself as Raul.

"QUESTION:  And looking at the transcript, can you identify which of the people is the person that you identified as the voice of Raul.

"ANSWER:  Yes.  This is marked by the letters IM.

"QUESTION:  So in other words, when the person -- the person speaking next to the designation IM is speaking, that is the voice of Raul?

"ANSWER:  Yes.

"MR. DUGDALE:  I'm now going to have Ms. DeWitt play the second track on this exhibit, Government's Exhibit Number 49. And there's a transcript of this recording at Government's Exhibit Number 49-B, and I would ask you, Mr. Tezhik, to follow along with that transcript.

"(Recording played back).

"QUESTION: (By Mr. Dugdale)  Mr. Tezhik, did you recognize any of the voices in that conversation we just listened to?

"ANSWER:  Yes.

"QUESTION:  And what voice did you recognize?

"ANSWER:  Of the person who called himself Raul.

"QUESTION:  And looking at the transcript at Government's Exhibit 49-B, can you identify in the transcript where this person who you've identified as

Konstantinos Tezhik - Video Deposition          54

Raul is speaking?

"ANSWER:  With initials IM.

"QUESTION:  Mr. Tezhik, the next thing I'm going to do is to show you several documents and ask you some questions about those documents.  The first document that I'm handing you has been marked as Government's Exhibit Number 55.

Is there any information that's on that piece of paper that is familiar to you?

"ANSWER:  Yes.  Here is the number of my French telephone.

"QUESTION:  And what number is that?

"ANSWER:  It's 377 607 935688.

"QUESTION:  And did that telephone number relate in any way to your discussions with Raul?

"ANSWER:  Yes.  He called me to this number.

"QUESTION:  And below your French telephone number, there's an entry that reads fax, and then there is say number next to it, 44 207 5897090.

Is there anything about that information that is familiar to you?

"ANSWER:  Yes.  This is the fax number of my friend Bashir in London.

"QUESTION:  And how did that fax number, if it did, how did it relate to your discussions with Raul?

Konstantinos Tezhik - Video Deposition          55

"ANSWER:  I gave him this number to receive the fax.

"QUESTION:  And below that fax number is the -- is an item written out as gotlem@aol.com.  Do you recognize that e-mail address?

"ANSWER:  Yes.  This is my e-mail address.

"QUESTION:  And was that e-mail address used in any way during your contacts with Raul?

"ANSWER:  Yes.  He sent me e-mails to this address.

"QUESTION:  and below that entry is an entry that reads raul0135@hongkong.com.

Is that e-mail address familiar to you?

"ANSWER:  Yes.  I received the e-mails from this address.

"QUESTION:  And below that entry there are a serious of numbers that are written.  The first one is 44 771 124 4348.

Is that number a number that is familiar to you?

"ANSWER:  Yes.  This is the number of my British telephone.

"QUESTION:  And was that telephone number used at any point during the discussions with Raul?

"ANSWER:  Yes.  I received telephone calls from Raul to this number.

"QUESTION:  And turning to the back of this exhibit, Government's Exhibit Number 55, if you please look at

Konstantinos Tezhik - Video Deposition        56

the final number on that exhibit.  It's 095 139 9990.

Is that number familiar to you?

"ANSWER:  Yes.  This is the number of my Moscow

telephone.

"QUESTION:  And was that telephone number used at all

during your discussions with Raul?

"ANSWER:  Probably.

"QUESTION:  Turning next to Government's Exhibit

Number 56.  Okay.

Mr. Tezhik, can you please take a look at

Government's Exhibit Number 56.

Is that a document that is familiar to you?

"ANSWER:  May I open it?

"QUESTION:  Yes.  Actually I will open it.

Sir, is that document familiar to you?

"ANSWER:  Yes.

"QUESTION:  And how do you recognize that document?

"ANSWER:  It looks like the fax that I received.

"QUESTION:  And, Mr. Tezhik, I'm now showing you

Government's Exhibit Number 64, which you previously

testified is the fax that you received from Raul is

that document Government's Exhibit Number 64 and

Government's Exhibit Number 56, are they identical in

all respects with the exception of the existence of

the fax lines on Government's Exhibit Number 64?

Konstantinos Tezhik - Video Deposition        57

"ANSWER:  Yes.

"MR. DUGDALE:  Okay.  Can we stop?  I have to recover some more exhibits here.

"THE VIDEOGRAPHER:  We're going off the record.  This is the end of disk three.  The time is 2:00 p.m.

"(Recess taken)

**MR. DUGDALE:**  Okay.  Your Honor, I'm playing the last disk of the direct.  It's about 15 minutes long.

"THE VIDEOGRAPHER:  Back on the record.  This is the beginning of disk four in the continuing deposition of Konstantinos Tezhik.  Today's the 3rd of October 2005.  The time is 2:17 p.m.

"QUESTION:  (By Mr. Dugdale)  Mr. Tezhik, when we left off I was showing you some documents and asking you if there was information on those documents that was familiar to you.  I'm going to continue with that by handing you what has been marked for identification as Government's Exhibit Number 57. Is there information on Government's Number 57, Exhibit Number 57, that is familiar to you?

"ANSWER:  Yes.

"QUESTION:  And starting at the top, what information is familiar to you?

"ANSWER:  Here is the name and the address of Georgy Safiev; his telephone numbers in Los Angeles; his

EXCEPTIONAL REPORTING SERVICES, INC

Konstantinos Tezhik - Video Deposition          58

home address in Moscow; the last name and the

telephone number of Mihael Protopopov, the manager of

the company; my first name and last name, with the

wrong spelling; and my mobile telephone number; the

name and mobile telephone number of Georgy's cousin;

name and telephone number of --

"THE INTERPRETER: Interpreter needs to verify

something.

"THE WITNESS:  The name and the telephone number of

the same cousin; the name of my friend in London; and

across from it, the telephone number of Georgy's

cousin.

"QUESTION: (By Mr. Dugdale)  And when you refer to

Georgy's cousin, you're referring to Mr. Safiev's

cousin?

"ANSWER:  Yes.

"QUESTION:  And what is the cousin who is referenced

on this document, Government's Exhibit Number 57?

"ANSWER:  Haulit.

"QUESTION:  And you mentioned the name of one of your

friends in London is on this piece of paper as well.

What is the name of that friend?

"ANSWER:  Bashir.

"QUESTION:  And where does that name appear on this

document?

Konstantinos Tezhik - Video Deposition          59

"ANSWER:  In the last line.

"QUESTION:  And did your friend Bashir play some role in the interactions that you had with Raul?

"ANSWER:  The fax was received at his fax number.

"QUESTION:  And when you refer to the fax, what fax are you referring to?

"ANSWER:  The fax with Georgy's signature.

"QUESTION:  And to be clear about that, is that Government's Exhibit Number 64?

"ANSWER:  Yes.

"QUESTION:  I'm now handing you what's been marked for identification as Government's Exhibit Number 58. Is there information on this piece of paper -- there's actually several pieces of paper put together -- that is familiar to you?

"ANSWER:  Yes.

"QUESTION:  And what information on this piece of paper or this collection of pieces of paper is familiar to you?

"ANSWER:  Here is the name of my friend Mihael Protopopov, who is the manager, and his mobile telephone number and my name and my mobile phone number.

"QUESTION: I'm now handing you what's been marked for identification as Government's Exhibit Number 59.

Konstantinos Tezhik - Video Deposition        60

Can you please take a look at that document.

At the top of that document is written the word

Portio, P-o-r-t-i-o.  Does that name or does that

notation have any significance to you?

"ANSWER:  A little bit changed spelling of this word

was in the e-mail, in the messages that I received

through e-mail.

"QUESTION:  And I'm now handing you what's been

marked for identification as Government's Exhibit

Number 53.  And you previously testified this is an

e-mail that you received from Raul.

And is there information on that e-mail that connects

in some way to this Portio?

"ANSWER:  Yes.  This e-mail was signed by a made-up

name of Raul Ortego Partiyo.

"QUESTION:  So the last names are similar to each

other; is that the case?

"ANSWER:  Yes.

"QUESTION:  And on this piece of paper there are

several notations with numbers in front of them.  The

first one is the word "deal".

Did that word "deal" come up in your conversations

with Raul?

"ANSWER:  Yes.

"QUESTION:  And in what context did that word "deal"

EXCEPTIONAL REPORTING SERVICES, INC

Konstantinos Tezhik - Video Deposition          61

come up?

"ANSWER:  When it was mentioned that the deal didn't come through or that the deal failed.

"QUESTION:  And what deal are you referring to?

"ANSWER:  With some kind of a parcel with 200 pounds.

"QUESTION:  And is this parcel with the 200 pounds is this part of the story that Raul told you as an explanation for why Mr. Safiev was being held?

"ANSWER:  At first.

"QUESTION:  And below the word "deal" after the number two is written the word "Mexico".  Did Mexico have any sort of relevance or significance to your conversations with Raul?

"ANSWER:  Yes.  This country was mentioned as Georgy's whereabouts in our further conversations.

"QUESTION:  And below the notation Mexico, a notation that's scratched out, is the number three and the word "bail" followed by 1.0 M.

Did bail in $1 million have any relevance to the conversations you had with Raul?

"ANSWER:  Yes.  The word "bail" was mentioned several times by the person who called himself Raul during the conversations with me.

"QUESTION:  And in what context was the word "bail" mentioned?

**EXCEPTIONAL REPORTING SERVICES, INC**

Konstantinos Tezhik - Video Deposition          62

"ANSWER:  That this was the money to be paid to keep Georgy alive.

"QUESTION:  And below the word "bail" is the word "home" after the number four.  It's the word home, h-o-m-e.  Was there any discussion in your conversations with Raul about the need to receive -- retrieve something from a home?

"ANSWER:  Yes.  Raul told me that they were planning to obtain passports at home so that they would be able to send George and Nick from Mexico back home.

"QUESTION:  And below the word "home" is the word "Nick".  Did Nick have some connection to your discussions with Raul?

"ANSWER:  Yes.  I asked about the condition of his health and whether he was together with George.

"QUESTION:  Below Nick's name are two phone numbers. Do you recognize either of those phone numbers?

"ANSWER:  Yes.  One number is the number of my French telephone.  And the other is the fax number of my friend Bashir in London.

"QUESTION:  I'm now going to hand you what's been marked for identification as Government's Exhibit Number 60.

Do you recognize any of the information that's written on this collection of pieces of paper?

Konstantinos Tezhik - Video Deposition          63

"ANSWER:  Yes.  It shows the e-mail address of -- my e-mail address.

"QUESTION: The last thing I'm going to have you do today, Mr. Tezhik, is look at the transcript that has been marked for identification as Government's Exhibit Number 47 -- I'm sorry -- 48.

Prior to today, did you have an opportunity to review the recordings that went along with these recordings that are transcribed on this exhibit?

"ANSWER:  Yes.

"QUESTION:  And were you able to identify the voice of Mr. Safiev on any of these recordings?

"ANSWER:  Yes.

"QUESTION:  And does the notation GS on this transcript, does that indicate where you are able to identify Mr. Safiev's voice?

"ANSWER:  Yes.

"MR. DUGDALE:  okay.  Can we go off the record?

"THE VIDEOGRAPHER:  Off the record.  It's 2:32 p.m.

**(Pause playing of video deposition)**

**MR. DUGDALE:**  Your Honor, that concludes the direct examination of this defendant.

**THE COURT:**  All right.  Rather than start the cross examination which will last about two and a half hours; did you say?

64

MR. DUGDALE:  That's correct. (Indiscernible)

"THE VIDEOGRAPHER:  Back on the record.  It's 2:33. This is the end of disk four, the end of this volume.  The time is 2:33 p.m.

**(End playing of video deposition of Konstantinos Tezhik at 11:31 a.m.)**

THE COURT:  Rather than start that today and stop at midpoint, what we'll do is we'll recess at this point.  Allow the jury to leave; returning on Tuesday, September the 26th.

Leave your notebooks and exhibit books on the seat that you now occupy.

Regular time.  9:15 in the jury room, 9:30 in the courtroom.

**(Jury exits)**

THE COURT:  All right.  Outside the presence of the jury, a couple of observations by the Court in preparation for our hearing of September the 21st at 9:30.

On the eve of the testimony of Aleksejus Markovskis that's when Mr. Callahan had his fall.

Am I correct, Mr. Rubin?

MR. RUBIN:  I'm sorry.  What was the date?

THE COURT:  On the eve of the testimony that the government announced this week they were going to call one of the co-defendants, cooperating co-defendants in this case – Aleksejus is it?