# GOVERNMENT EXHIBIT 35

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# DRAFT COPY

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO:  CR-02-220(B)-DT |
| ) | |
| Plaintiff,  ) | CRIMINAL |
| ) | |
| vs.  ) | Los Angeles, California |
| ) | |
| IOURI MIKHEL,  ) | Thursday, December 7, 2006 |
| JURIJUS KADAMOVAS,  ) | ( 9:51 a.m. to 11:49 a.m.) |
| ) | ( 1:52 a.m. to  4:11 p.m.) |
| Defendants.  ) | |

JURY TRIAL (50th DAY)
(VOLUME L)

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

Sotelo - Direct / By Ms. DeWitt                    10

MS. DeWITT:  That's what my records say, your Honor.

THE COURT:  You have 875 listed here twice.

MS. DeWITT:  Actually, I think I have 876 listed twice but --

THE COURT:  Twice as well.

MS. DeWITT:  Okay.  That was just an oversight, your Honor.

THE CLERK:  Okay, we're ready.

THE COURT:  Agent Sotelo, please come forward.

**(Jurors enter courtroom at 9:57 a.m.)**

THE COURT:  Good morning, ladies and gentlemen.  The record will indicate all jurors are present, all counsel, all parties are present.

Ms. Sotelo, you're still under oath.  Please state your name for the record.

**(Witness previously sworn)**

THE WITNESS:  Ingerd Sotelo.

DIRECT EXAMINATION (CONTINUED)

BY MS. DeWITT:

Q    Good morning, Special Agent Sotelo.  I think yesterday when we left off we were just about to begin to look at Government's Exhibit 876 for identification.  And if Special Agent Davidson could set that in front of you, please.

A    Yes.

Q    Do you recognize that Exhibit?

**DRAFT COPY**

Sotelo - Direct / By Ms. DeWitt                11

A    Yes, I do.

Q    What is it?

A    It is a torn piece of white-lined paper with some names of Inmates with their registration numbers next to it.

Q    Is this an item that you seized?

A    Yes, it is.

Q    When did you seize it?

A    On March 14th, 2003.

Q    And where did you seize it from?

A    This was from the property that had previously been in cell 518 and now was locked in a closet.

Q    And whose cell was 518 again, just to remind the Jury?

A    Iouri Mikhel and Michael Kim.

        **MS. DeWITT:**  Your Honor, at this time, the Government would move to admit Government's Exhibit 876 into evidence.

        **THE COURT:**  Received this date.

    **(Government's Exhibit Number 876 was received in evidence)**

**BY MS. DeWITT:**

Q    And, Special Agent Sotelo, if you could show that to the Jury.

        **MS. DeWITT:**  And for the record, your Honor, I'm also showing a copy of this Exhibit on the overhead.

**BY MS. DeWITT:**

Q    Special Agent Sotelo, do you recognize the names that are listed on this piece of paper?

**DRAFT COPY**

Sotelo - Direct / By Ms. DeWitt                    12

A      Yes, I do.

Q      And there's some numbers listed underneath those names, specifically under David Avila, Juan Avalos and Michael Cook. Do you recognize what those numbers are?

A      Those are registration numbers assigned by the Bureau of Prisons.

Q      Does each inmate have a unique registration number?

A      Yes.  And that number follows them no matter what prison they go to.

Q      What are registration numbers used for?

A      Just identifying information, just to identify them.

Q      Just a way to track information relating to a particular inmate?

A      Yes.

          **MR. RUBIN:**  Objection, leading.

          **THE COURT:**  I'm going to overrule the objection. Technically, you're correct though.

          Go ahead.

**BY MS. DeWITT:**

Q      Ms. Sotelo, were these particular names that were listed on this piece of paper relevant to your investigation?

A      Yes, they were.

Q      How so?

A      I interviewed all three of them, if you'd like me to go into more specifics.

**DRAFT COPY**

Sotelo - Direct / By Ms. DeWitt          13

Q    Just, generally, if you can explain the relevance.

A    Okay.  All three of them, for one, received money into their bank accounts at the jail from Iouri Mikhel.  And they each had a different role in this escape plan.

Q    Ms. Sotelo, at this time, could you please take a look at what's been marked for identification as Government's Exhibit 877?

And if Special Agent Davidson could set that in front --

Before you do that, Ms. Sotelo, are you familiar with the number that's listed, this number, who that relates to? Whose registration number that is?

A    Yes.

Q    Whose registration number is that?

A    Inmate Petro Krylov.

        **THE COURT:**  Now, when you say "this number," we have no point of reference.

        **MS. DeWITT:**  I'm sorry.  I circled it on the overhead for the Jury to see.  And for the record, it is the number that's listed on the left side of Government's Exhibit 876. And the number is 21051-112.

**BY MS. DeWITT:**

Q    Ms. Sotelo, do you now have Government's Exhibit 877 in front of you?

A    Not yet.

**DRAFT COPY**

Sotelo - Direct / By Ms. DeWitt                14

**(Pause)**

Okay, now I do.

Q    Can -- do you recognize that, that item of evidence?

A    Yes, I do.

Q    What is it?

A    It is a photocopy of an identification card along with a photograph of Ainar Altmanis.

Q    Was this page with information relating to Ainar Altmanis an item that you seized?

A    Yes, it is.

Q    When did you seize it?

A    March 14th, 2003.

Q    Where did you seize it from?

A    The property that had formerly been in cell 518.

**MS. DeWITT:**  At this time, your Honor, the Government would move to admit Government's Exhibit 877 into evidence.

**THE COURT:**  Received this date.

**(Government's Exhibit Number 877 was received in evidence)**

**MS. DeWITT:**  And for the record, your Honor, I'm now showing a copy of 877 on the overhead for the Jury to see.

**BY MS. DeWITT:**

Q    Special Agent Sotelo, did this particular item cause you some concern?

A    Yes, it did.

Q    Why?

**DRAFT COPY**

Sotelo - Direct / By Ms. DeWitt                15

A    I know who Ainar Altmanis is and this was a safety concern that he had his name, address and phone number -- not phone number but photograph in his property.

Q    Ms. Sotelo, can you now please take a look at what's been marked for identification as Government's Exhibit 878?

A    Yes.

Q    Do you recognize that item?

A    Yes, I do.

Q    What is it?

A    It's a jar labeled as hair gel but inside of it, it appears more to be like spackling putty.

Q    Was this an item that you seized?

A    Yes, it is.

Q    When did you seize it?

A    March 14th, 2003.

Q    And where was this item found?

A    The property that had previously been in cell 518.

        MS. DeWITT:  Your Honor, at this time, the Government would move to admit Government's Exhibit 878 into evidence.

        THE COURT:  Received this date, 878.

    (Government's Exhibit Number 878 was received in evidence)

BY MS. DeWITT:

Q    And, Ms. Sotelo, if you could just hold that up so the Jury can see Government's Exhibit 878.

    (Witness complies)

**DRAFT COPY**

Sotelo - Direct / By Ms. DeWitt                16

And, Special Agent Sotelo, what was the significance of this item in connection with your escape investigation?

A    The contents are significant that it appeared to be spackling putty and that, once again, could be used to patch up things in their cells.

Q    And is spackling putty an item that you would consider contraband?

A    In prison, yes.

Q    Can you now please take a look at what's been marked for identification as Government's Exhibit 879?

A    I have 879.

Q    Do you recognize that item?

A    Yes, I do.

Q    What is it?

A    It is more fabric strips tied together to make a long chain-type rope.

Q    And is this an item of evidence that you seized?

A    Yes, it is.

Q    When did you seize it?

A    March 14th, 2003.

Q    And where did you find it?

A    In the property that had been in cell 518.

        **MS. DeWITT:**  At this time, your Honor, the Government would move to admit Government's Exhibit 879 into evidence.

//

**DRAFT COPY**

Sotelo - Direct / By Ms. DeWitt                17

**THE COURT:**  879 is received this date.

**(Government's Exhibit Number 879 was received in evidence)**

**BY MS. DeWITT:**

Q    And Ms. Sotelo, I recognize that that's a little bit hard the Jury to see but could you just show it to them?

**(Witness complies)**

And again, what was the significance of this particular item in connection with your investigation?

A    It's just like the other torn fabric strips.  It appears to be either sheets or an inmate's uniform.  And they're all tied together and it could be used to lower notes through the toilet plumbing or lower something out of a window --

Q    Now --

A    -- or to another tier.

Q    I'm sorry.  Ms. -- Special Agent Sotelo, you testified that you also searched cell 616 south and items take from that cell.  Is that right?

A    That's right.

Q    And whose cell was 616 south?

A    Petro Krylov and Juan Reysinos (phonetic).

Q    Did you seize any items of evidence in the search of that cell and the items taken from that cell?

A    Yes, I did.

Q    Showing you now Government's Exhibit 884, if Special Agent Davidson could please set that in front of you.

**DRAFT COPY**

Sotelo - Direct / By Ms. DeWitt                18

THE COURT:  874?

MS. DeWITT:  884, I'm sorry, your Honor.

THE COURT:  884.

THE WITNESS:  I have 884.

BY MS. DeWITT:

Q    Do you recognize that --

A    Yes, I do.

Q    -- item of evidence?

A    I do.

Q    What is it?

A    It's a short screwdriver.

Q    Is this screwdriver one of the items of evidence you seized?

A    Yes, it is.

Q    What cell did you seize it from?

A    Cell 616.

Q    And when did you seize this?

A    March 14th, 2003.

Q    Where, specifically, was this item of evidence found?

A    It was inside of a peanut butter jar buried inside of the peanut butter.

MS. DeWITT:  At this time, your Honor, the Government would move to admit Government's Exhibit 884 into evidence.

THE COURT:  884 received.

(Government's Exhibit Number 884 was received in evidence)

DRAFT COPY

Sotelo - Direct / By Ms. DeWitt          19

**BY MS. DeWITT:**

Q    And, Ms. Sotelo, if you could please show Government's Exhibit 884 to the Jury.

       **(Witness complies)**

          At this time, Ms. Sotelo, I'd ask you -- Special Agent Sotelo, I'd ask you to look at Government's Exhibit 884-A --

A    Yes.

Q    -- which is a photograph.

A    Yes, it is.

Q    Do you recognize what's depicted in this photograph?

A    Yes, I do.

Q    What's depicted in this photograph?

A    It is the open jar of peanut butter with the screwdriver buried inside the peanut butter.

Q    Does that accurately reflect the condition that the screwdriver was or the location where the screwdriver was found that you just testified about?

A    Yes, it does.

          **MS. DeWITT:**  At this time, your Honor, I would move to admit Government's Exhibit 884.

          **THE COURT:**  884 is admitted.

          **MS. DeWITT:**  A, excuse me.

          **THE COURT:**  A?

          **MS. DeWITT:**  884-A.

**DRAFT COPY**

Sotelo - Direct / By Ms. DeWitt                    20

THE COURT:  All right.  Received this date.

(Government's Exhibit Number 884-A was received in evidence)

MS. DeWITT:  And for the record, your Honor, I'm now showing that on the overhead for the Jury to see.

BY MS. DeWITT:

Q    And again, Ms. Sotelo, this was how the -- how that screwdriver was found?  It was in this jar?

A    Just like that.

Q    And Special Agent Sotelo, are inmates allowed to have screwdrivers in their cell?

A    Absolutely not.

Q    At this time, I'd like you to look at Government's Exhibit885 for identification.

A    Yes.

Q    Do you recognize that Exhibit?

A    Yes, I do.

Q    What is it?

A    More fabric strips tied together.

Q    Is this one of the items that you seized?

A    Yes, it is.

Q    Where did you seize it from?

A    Cell 616.

Q    And when did you seize it?

A    March 14th, 2003.

**DRAFT COPY**

Sotelo - Direct / By Ms. DeWitt                21

**MS. DeWITT:**  At this time, your Honor, the Government would move to admit Government's Exhibit 885.

**THE COURT:**  885 is admitted this date.

**(Government's Exhibit Number 885 was received in evidence)**

**BY MS. DeWITT:**

Q    And if you could please, Special Agent Sotelo, show that to the Jury as well.

**(Witness complies)**

And are these cloth strips significant for the same reason that you testified about the previous cloth strips?

A    Same reason.

Q    Special Agent Sotelo, can you now please take a look at what's been marked for identification as Government's Exhibit 893?

A    Yes.

**MS. DeWITT:**  And we're going to be skipping 892, your Honor.

**BY MS. DeWITT:**

Q    Do you recognize that Exhibit?

A    Yes, I do.

**MS. DeWITT:**  And, your Honor, for the record, this is a self-authenticating record.

**BY MS. DeWITT:**

Q    What is that?  What are those?  What is that Exhibit?

A    These are Pacific Bell telephone toll records.

**DRAFT COPY**

Sotelo - Direct / By Ms. DeWitt                        22

Q    And what number are those toll records for?

A    They're for telephone number 949-370-4833.

Q    For what time period do these records cover?

A    From February 6th of 2003 until April 7th, 2003.

Q    And Special Agent Sotelo, as a result of your involvement in the escape investigation, are you familiar with that particular phone number?

A    Yes, I am.

Q    What was the significance of that particular phone number?

A    That phone number was taped to a cellular telephone that was found in Iouri Mikhel's cell.

        **MS. DeWITT:**  At this time, your Honor, the Government would move to admit Government's Exhibit 893.

        **THE COURT:**  893 admitted.

        **(Government's Exhibit Number 893 was received in evidence)**

**BY MS. DeWITT:**

Q    And, Special Agent Sotelo, if you could now look at Government's Exhibit 510 for identification.

        **MS. DeWITT:**  And, your Honor, this is also a self-authenticating document.

        **THE WITNESS:**  1510?

**BY MS. DeWITT:**

Q    1510, 1-5-1-0.  I'm sorry.

A    Yes.

Q    Do you have that in front of you?

**DRAFT COPY**

Sotelo - Direct / By Ms. DeWitt                23

A    Yes, I do.

Q    Do you recognize that document?

A    Yes, I do.

Q    What is it?

A    It is subscriber information for a cellular telephone.

Q    And according to this subscriber record, whose telephone number -- whose telephone number is that for?

A    Ms. M. Karogodina.

Q    And what is the telephone number that that is -- that she is the subscriber for?

A    Oh, 020-7589-7090.

Q    I'm sorry, is it --

A    Well, there's two numbers on here.

        MS. DeWITT:  At this time -- let me just make this a little bit easier.  At this time, your Honor, I'd move to admit Government's Exhibit 1510.

        THE COURT:  1510?

        MS. DeWITT:  1-5-1-0, your Honor.

        THE COURT:  Admitted.

    (Government's Exhibit Number 1510 was received in evidence)

        MS. DeWITT:  For the record, I'm now showing 1510 on the overhead.

//

//

**DRAFT COPY**

Sotelo - Direct / By Ms. DeWitt                24

BY MS. DeWITT:

Q    Special Agent Sotelo, is the portion that's highlighted there one of the telephone numbers that the subscriber records relate to?

A    Yes.

Q    And for the record, can you just read what that number is?

A    011-8947-1902.

Q    And at this time, Special Agent Sotelo, I'd like you to look at Government's Exhibit 893-A.

A    Okay.

Q    Do you recognize that chart?

A    Yes, I do.

Q    What is that a chart of?

A    This is a typed summary of the toll records from the Pacific Bell toll records, which just shows incoming and outgoing telephone calls.

Q    And are those records from Government's -- that relate back to Government's Exhibit 893, the toll records that you just testified about?

A    Yes.

Q    And do those -- are there particular calls that are excerpted from those toll records?

A    Yes, all the summary is only for a certain phone number.

Q    And what is that one certain phone number?

A    44-11-89-47-1902.

**DRAFT COPY**

Sotelo - Direct / By Ms. DeWitt                25

Q    And is that the number that relates to Ms. Karogodina in the records that you just testified about?

A    Yes.

Q    Would this chart aid the Jury in understanding the information that's derived from those two documents, the two prior Government's Exhibits?

A    Yes.

        MS. DeWITT:  At this time, your Honor, I would move to admit Government's Exhibit 893-A.

        THE COURT:  893-A admitted this date.

    **(Government's Exhibit Number 893-A was received in evidence)**

        MS. DeWITT:  And for the record, I'm showing Government's Exhibit 893-A on the overhead for the Jury.

**BY MS. DeWITT:**

Q    Special Agent Sotelo, can you explain what is being reflected on this chart?

A    Well the first column, showing the day of the week.  And the date is the day the telephone call was made.  And then the time of day, Pacific Time, the call was made.  And the number is the numbers that were dialed.  And the duration would be in minutes, how long the telephone call lasted.

Q    So all of these calls were from that 949-370-4833 number?

A    Right.  Outgoing to the 4411 numbers.

Q    And do you know where that 4411 number was?  Where was the

**DRAFT COPY**

Sotelo - Direct / By Ms. DeWitt                    26

terminating number located?

A    What Country?

Q    Yes.

A    United Kingdom.

Q    And do you know who the subscriber was to that particular number?

A    M. Karogodina.

Q    And what is significance, Special Agent Sotelo, of these particular calls in terms of your escape investigation?

        MR. RUBIN:  Objection, speculation.

        THE COURT:  Sustained.

BY MS. DeWITT:

Q    Special Agent Sotelo, did the -- these particular calls that have been summarized in this chart have a particular significance with respect to the escape investigation that you were involved in?

        MR. RUBIN:  Objection, speculation.

        THE COURT:  The form of the question is bad.  Were you concerned about the information?  What was your concern?

BY MS. DeWITT:

Q    Special Agent Sotelo, were you concerned about the information that's reflected on this chart in particular?

A    Yes.

Q    And why was that?

        MR. RUBIN:  Objection, it's irrelevant.

**DRAFT COPY**

Sotelo - Direct / By Ms. DeWitt                    27

**THE COURT:**  No, overruled.

**BY MS. DeWITT:**

Q    Why was that?  Can you explain why?

A    Just this portion of the calls right here.  I didn't know the content of the conversation but that time frame is leading up to the actual day that the escape plan was discovered.  March 7th was the day it was discovered, so I thought that this was probably had something to do with the planning of an escape attempt.

**MR. RUBIN:**  Objection, your Honor.  After probably, it's speculation.

**THE COURT:**  No, I'm going to overrule the objection.  It's her state of mind based upon what she knew about the investigation that she was conducting.

**BY MS. DeWITT:**

Q    Special Agent Sotelo, was the timing -- other than the dates that you were familiar with in terms of when the escape attempt was -- investigation was ongoing, was there something in particular significant about these dates as it related to other evidence that you were aware of in the investigation?

A    For one, Sabrina Tynan received some substantial amount of money in her account in that time frame.

Q    So these were calls that were made at or around the time that you understood Sabrina Tynan had received money?

A    They're on the exact day, some of them.

**DRAFT COPY**

Sotelo - Cross / By Mr. Rubin                    28

Q    And where did you understand Sabrina Tynan had obtained money from?

A    From M. Karogodina, she did.

Q    So that's why these were significant, it's because they at least appeared to relate to the same time frame as the money you were aware of that had been sent to Sabrina Tynan from the United Kingdom?

A    Yes.

          MS. DeWITT:  No further questions, your Honor.

          THE COURT:  Mr. Rubin.

          MR. RUBIN:  Yes, thank you, your Honor.

          Your Honor, I don't think I'm going to be using the screen if we can turn up the lights.

          THE COURT:  All right.  Let me turn off the computer then.

          MR. RUBIN:  Thank you, your Honor.

          May I inquire?

          THE COURT:  You may.

          MR. RUBIN:  Thank you.

                    **CROSS EXAMINATION**

**BY MR. RUBIN:**

Q    Good morning, ma'am.

A    Good morning.

Q    You conducted a search pursuant to a search warrant of the certain cells in the Metropolitan Detention Center on what

**DRAFT COPY**

Sotelo - Cross / By Mr. Rubin                29

date?

A    March 14th, 2003.

Q    Now you just told us that you were concerned about the date of March 7th of 2003 because that was the date that the escape attempt was discovered.

A    Yes.

Q    And when did you first come on as part of an investigation team investigating this escape attempt?

A    Probably three or four days later.

Q    Were you aware that on March 7th of 2003, agents of the Metropolitan Detention Center had searched cell 518?

A    Yes.

Q    And numbers of items were removed by agents of the Metropolitan Detention Center on March 7th of 2003.

A    Yes, because they gave those items to me then.

Q    I'm sorry?

A    'Cause then they gave those items to me.

Q    Okay.  But the point is that the initial search was March 7th, 2003.

A    Yes, it was.

Q    The search that you've been telling us about was a search a week later?

A    Yes.

Q    And it was a search that you conducted after the Metropolitan Detention Center had already searched?

**DRAFT COPY**

Sotelo - Cross / By Mr. Rubin                30

A     Yes.

Q     And do you know if the items that you ended up seizing, forget about the property items, because as I understand it those items were removed from -- let's take the property from 518.  Those items were removed by MDC and put in a storage area from cell 518?

A     Yes.

Q     So those, in essence, had been located and taken by the Metropolitan Detention Center agent?

A     Yes.

Q     The other items that you've told us about that you actually found in cell 518, were those items hidden or were they in a location where it looked like they had been located and left out?

A     The room had totally been ransacked already by MDC staff, so I don't know how it looked on March 7th.  So everything was everywhere on the day we searched it.

Q     Well let's -- let's do a for instance.  Let's -- 866, Exhibit 866 is one of the mustard jars with grey paint.

A     Oh.

Q     Which you said came out of cell 518.

A     Right.

Q     Do you want the Exhibit?

A     No.

Q     Was that hidden in some way or was it sitting out in the

**DRAFT COPY**

Sotelo - Cross / By Mr. Rubin                    31

open?

A    Without seeing my evidence log, I don't recall where in the cell exactly it was.

Q    Okay, do you have your evidence log with you?

A    No.

Q    The -- perhaps we can -- I don't know if Agent Davidson is over there.  Can we get 866, please?  Thanks.

     Now, you mentioned that at times the staff of the Metropolitan Detention Center would provide paint and a brush to inmates to touch up areas in their cell?

A    Yes.

Q    In providing that, is 866 the manner in which it was provided by the MDC?

A    I don't know how it was initially provided.

Q    So you don't know when -- you are not aware whether MDC staff kept little touch-up paint and used mustard jars like this.  And when a cellmate or an inmate said, gee I have a big gash in my wall I'd like to touch it and they give it to them. Is that right?

A    I don't recall now, but I probably asked that in 2003.

Q    But you don't know what the answer is?

A    I don't.

Q    It would seem to me that the paint that is in there -- well, strike that.

     Is the paint that is in there actually the same paint

**DRAFT COPY**

Sotelo - Cross / By Mr. Rubin                    32

that the walls are painted with?

A    It's not the walls.  But I recall like the window frames are grey.  And it looks like the same paint.

Q    Is it lead based or water based, do you know?

A    I wouldn't know.

Q    Was -- when you found 866, was the paint in it still liquid or was it dried?

A    I believe it was still liquid.

Q    And it would appear, because there is a squeeze top on that mustard bottom, isn't that right?

A    Yes.

Q    And it turns and closes and then turns and opens?

A    Correct.

Q    So you could, with it closed, shake it up and then open it up and then put a little bit on wherever you want and paint it?

A    I wouldn't paint with a mustard jar, but you could.

Q    I'm just asking about how it was used, 866.

A    It could be.  It doesn't look like it even came out that way.

Q    I'm sorry.  And that's because?

A    I don't see any paint coming out of the top, dried or liquid.

Q    Okay.  And it could have been wiped off.

A    It could have been.

Q    Again, you found two, if I'm correct, mustard jars with

**DRAFT COPY**

Sotelo - Cross / By Mr. Rubin                    33

paint in them?

A     Yes.

Q     And the mustard jars, were they both similar?

A     I think they were exactly the same.

Q     Now do you know if when the guards at MDC on a tier would give out paint and a brush to an inmate to touch up parts of his cell, do you know if they kept a log?

A     I don't know if they kept a log.

Q     There's no log in any of the records here regarding checking in or checking out paint?

A     I never saw a log.

Q     So you don't know if MDC requires like an inmate to sign out the paint.  And then when they bring it back, they can sign it back in again?

A     I don't know of any log like that.

Q     Now the mustard jar, 866, was that submitted to any kind of forensic testing to your knowledge?

A     Not to my knowledge.

Q     Again, 867 is a paintbrush, perhaps we can give the witness 867 as well, Agent Davidson.

        Do you know if this paintbrush is actually the property of the Metropolitan Detention Center?

A     I don't.

Q     Do you know if it's similar to other paintbrushes that are on the tier that are handed out to inmates to touch up their

**DRAFT COPY**

Sotelo - Cross / By Mr. Rubin                    34

cell?

A    I'm sure I asked it then, but I don't know the answer to that.

Q    Do you have a report that you could use to refresh your recollection?

A    Regarding that paintbrush, no.

Q    The 869 is the creamer jar with fishing line attached to it.  Do you recall where you seized that from?  Where did you find it?  And I know it came from 518, but --

A    Oh, exactly where in the cell?

Q    Where in the cell, yes.

A    Without looking at the log, no.  It's a very small cell, but I don't recall exactly where.

Q    And you don't recall if that was just sitting out in the open?

A    I don't recall.

Q    That would -- whether there was -- strike that.

Are these, to your knowledge, are the cells at the Metropolitan Detention Center subject to occasional shakedown?

A    Yes.

Q    Can you tell me what a shakedown is?

A    When correctional officers, based on information they may have received or suspensions, can just search an inmate's cell any time, any day.

Q    In fact, they can search it without any suspension.

**DRAFT COPY**

Sotelo - Cross / By Mr. Rubin                    35

A      That's right.

Q      And the purpose of a shakedown is to kind of get a control over contraband that may be accumulating in a cell?

A      They're usually looking for contraband.

Q      And, again, the creamer jar with the fishing line attached would have been contraband?

A      The fishing line inside of it would have been.

Q      Oh, I'm sorry.  The fishing line inside of it.

A      Yes.

Q      And that would be the kind of thing that they would be looking for in any kind of a shakedown?

A      They wouldn't probably do a shakedown just for that, but yes.  They would take it if they saw it.

Q      Well, they can do a shakedown with no information at all.

A      I don't know their rules.

Q      Do you -- is there any kind of a record at the Metropolitan Detention Center of when a cell was searched by guards in a shakedown?

A      I don't know if they keep a record.

Q      You did not see any?

A      No.

Q      So you don't know if cell 518 had ever been subject to a shakedown?

A      I don't know that.

Q      And you don't know if it could have subject to a shakedown

**DRAFT COPY**

Sotelo - Cross / By Mr. Rubin                36

a week before?

A      I don't know.

Q      Not a week before you, because we know it was.

A      I know what you mean, right.

Q      But a week before March 7th?  Is that right?

A      I don't know.

Q      Did you ask anyone?

A      I don't recall.

Q      It was the honey jar, which is Exhibit 871; that had the floss string attached.  Is that right?

A      Yes.

Q      And, again, that would be considered contraband?

A      Not the honey jar 'cause they sell that in commissary, but the string is.

Q      And the string attached to it would be.

A      It was around the bear's neck, right.

Q      Do they sell dental floss in the commissary?

A      They probably do.

Q      So it's the dental floss is okay by itself and honey jar is okay by itself.  But when you put the two together, it now becomes contraband?

A      Well, it was no longer in the dental floss container.

Q      But is that right?  In other words, it's the attaching the dental floss to the honey jar that makes it --

A      Right.  The honey jar could have been used as the anchor

**DRAFT COPY**

Sotelo - Cross / By Mr. Rubin                37

to hold on to --

Q    The line?

A    So not necessarily contraband.  I don't know if the prison
would have considered it, but I did.

Q    There was the other mustard jar that we were talking
about, which is Exhibit 872.  Where was that located again?

A    The other one?

Q    Yes.

A    Was in the property that had been removed from his cell
already.

Q    And so you have no idea where that was located by members
of the MDC?

A    I have no idea.

Q    I'd like to direct your attention to Exhibit 878, which is
the hair gel jar.

A    Yes.

Q    And I see Agent Davidson looking for it.

       Anyway, that's the jar that you said had the
spackling putty.

A    That's right.

Q    Do you know if just like the paint to touch up in the cell
if the spackling was actually given out by MDC staff to make
repairs in the cell?

A    It could have been.

Q    And do you know if that spackling putty in the hair jar or

**DRAFT COPY**

Sotelo - Cross / By Mr. Rubin                38

the hair gel container originally came from a staff member at MDC?

A    It could have come.

Q    Okay.  And do you know -- again, is there any log checking some item like that in and out from the jail staff to an inmate?

A    I don't know that there is or not.

Q    Okay.  So it could very well be that an inmate goes to an MDC staff member and says, "I've got a nick in my cell.  I need to patch it up," then "Here take this and go to it"?

A    Yes.  But according to staff, it was not issued that day.

Q    Well, so someone told you that it had not been issued that day?

A    Yes.  I asked.

Q    Who?

A    I don't know what staff member.  Probably Harlien or Battley.

Q    And where did they get that information?

A    There's only one correctional officer for a whole floor of 110 inmates.  So it would be that officer.  You know there's three per day, one for each eight-hour shift.  So it would have been one of those three unit officers.

Q    Okay.  And did you speak to any one of them?

A    Not that I recall, no.

Q    Now, was this the first escape attempt that you had

**DRAFT COPY**

Sotelo - Cross / By Mr. Rubin                    39

investigated regarding the Metropolitan Detention Center?

A    No.

Q    You had previously investigated other escape attempts at the Metropolitan Detention Center?

A    Yes.

Q    Okay.  And can you tell me approximately how many?

A    Two maybe.

Q    Now, as part of your investigation, you told us that you interviewed several individuals, right?

A    Yes.

Q    And did you interview, on March 12th, 2003, Harold Wilson, also known as Billy Parker?

A    I interviewed him at least twice.

Q    Okay.  Do you know if you interviewed him on March 12th?

A    I think that was the day.

Q    Okay.  If I gave you a copy of your 302 report, would that assist you?

A    I believe you if it says March 12th.

Q    Okay.  Now, I just want to ask you a couple of things that you discussed with Mr. Parker on March 12th, 2003.

         And did he tell you that on March 2nd, 2003, is when he noticed a lot of rocks in his toilet?

A    Did he tell me on March 12th?

Q    No -- yes.

A    That he found rocks in his toilet?

**DRAFT COPY**

Sotelo - Cross / By Mr. Rubin                    40

Q    On March 2nd, 2003?

A    I don't remember exactly if it was March 2nd or not.  I'd have to see --

Q    Do you want your --

A    That would help.

        MR. RUBIN:  May I approach, your Honor?

        THE COURT:  You may.

        MR. RUBIN:  I think it's the third paragraph down on the first page.

        THE WITNESS:  Yes.

BY MR. RUBIN:

Q    And did he tell you that there was a bad flood on the floor or on the tier at that time?

A    Yes.

Q    And then maintenance came and repaired it; is that right?

A    Yes.

Q    Is that what he told you?

        And then he told you the following day there was another flood?

A    What paragraph would be the second flood?

Q    That's the last sentence of that paragraph.

A    Oh, the following day.

Q    Yes.

A    That's right.

Q    So in other words, there was -- he noticed on March 2nd,

**DRAFT COPY**

Sotelo - Cross / By Mr. Rubin                    41

2003, he noticed rocks in his toilet.  The toilet overflowed.

Maintenance was called to repair it.  And then the next day,

the toilets overflowed again?

A     Yes.

Q     Did he tell you that they had been timing the guard who in

the evening went in the stairwell next to the cell and what

time the guard got there?

A     He said that Iouri told him --

Q     Okay.

A     -- that a guard checked the stairwell every night.  And

sure enough every night at 10:30 or 10:45, he would hear a

guard come down.

Q     Okay.  And, again, he told you it was 10:45?

A     10:45.

Q     And that was -- I think he told you it was like

clockwork --

A     That's what he said.

Q     -- that that's when that occurred; is that right?

A     That's what he said, clockwork.

Q     Did he tell you that there was an inmate on the tier who

was responsible for allocating cellmates or individuals in

cells?

A     Yes, he did.

Q     Okay.  And that was an individual named Kizzy (phonetic)?

A     Yes.

**DRAFT COPY**

Sotelo - Cross / By Mr. Rubin                    42

Q    Okay.  And did you check up on that information and see if actually there was a Metropolitan Detention Center inmate who was assigning cells on the fifth floor?

A    Yes, I did.

Q    Or five south?

A    Yes, I did.

Q    And is that true?

A    Officially, inmates do not assign rooms at all.

Q    Well, unofficially was that occurring?

A    Yes.

Q    And you checked that through the guard on the tier or what?

A    It's not always known by the guard on the tier but among other inmates.

Q    Well, at some point an official record is created saying that a certain inmate is in a certain cell; isn't that right?

A    They quite often do not match the records.

Q    Okay.  So you're saying that although this inmate, whose name was Kizzy, was assigning individuals to different cells that it wasn't according to the official record?

A    It does not always match the record.

Q    No.  I'm asking in this specific situation.

A    Okay.

Q    Do you know if they cell assignments that were being assigned by this Kizzy in March of 2003 were the same as the

**DRAFT COPY**

Sotelo - Cross / By Mr. Rubin                    43

official assignments or not?

A    I guess I don't understand the question.

Q    Okay.  March 2003 on five south --

A    Yes.

Q    -- an inmate named Kizzy was assigning people to cells unofficially?

A    Correct.

Q    Okay.  Do you know if those assignments matched the official records at the time?

A    I don't know which inmates he had moved or told to move. And it's not required that the inmate move either.

Q    Okay.  Did you check any records between who is in the cell, who on March 7th, 2003, is inhabiting this specific cell on five south and compare it to the official records?

A    Yes.

Q    Okay.  For every inmate?

A    Not every inmate on the floor, no.

Q    Okay.  So you don't know if all of the official records matched Kizzy's records or not?

A    Only the cells I searched.

Q    And the cells you searched matched or didn't match?

A    Did.

Q    Okay.  So at least the cells that you -- how many cells did you search on five south on the 14th of March?

A    At least four.

**DRAFT COPY**

Sotelo - Cross / By Mr. Rubin                    44

Q    Okay.  And in those four cells whoever was assigned to that cell officially was supposed to be in that cell?

A    Yes.  Because I also interviewed every one of those inmates.

Q    Now, as far as any other cell, it's possible that every assignment that Kizzy made was then matched the official record?

A    There wouldn't -- Kizzy would not have made a change if it was already matching the official record.

Q    Well, again, do you know if there was any contact between Kizzy and the guard on duty or whoever reported this to say, "So and so doesn't want to be in that cell.  He wants to be in this cell.  And I told him he could change"?  And then they matched the -- then they changed the official record.

      Do you know if that was done?

A    That should not be done.

Q    That's not the question, ma'am.  The question was, was it done?

A    I don't know.

      **MR. RUBIN:**  May I have just a moment, your Honor?

      Thank you very much.  Thank you, ma'am.

      I have nothing further.

      **THE COURT:**  Mr. Lasting?

      **MR. LASTING:** Yes, very briefly, your Honor.

//

**DRAFT COPY**

Sotelo - Cross / By Mr. Lasting                45

**CROSS EXAMINATION**

**BY MR. LASTING:**

Q    Special Agent Sotelo, did you also conduct a search on March the 14th up on the ninth floor of cell 913?

A    Yes, I did.

Q    And did you do that by yourself or with others?

A    Four or five other agents.

Q    And were you looking for contraband in that cell?

A    Yes, I was.

Q    Were you looking for evidence that may show that some person in that cell was doing something in that cell to prepare to escape?

A    Yes.

Q    Did you seize any contraband?

A    I think I seized some things that -- written paper, but that's it.

Q    Okay.  You took some papers.

     But you didn't take any contraband items?  You didn't take any tools or --

A    I did not.

Q    -- or screwdrivers or anything like that?

A    I did not.

Q    Is that correct?

     Did you take any photographs in that cell?

A    Yes.

**DRAFT COPY**

Sotelo - Cross / By Mr. Lasting          46

Q    And so anything you saw that you thought might be suspicious you photographed?

A    It was -- no.  There shouldn't be, like, close-ups, but it's a picture of a cell from the inside and outside.

Q    You just took photographs to document this is the way the cell looked when I started and when I ended?

A    Yes.

Q    And how long were you involved in searching with the others that cell 913?  How long did that search take?

A    30 minutes maybe, at the most.

        MR. LASTING:  Thank you, ma'am.

        No further questions.

        MS. DeWITT:  No further questions, your Honor.

        THE COURT:  You may stand down.  Thank you.

        Your next witness?

        MS. MEYER:  Your Honor, at this time the Government calls Lieutenant Mark Harlien to the stand.

        MR. LASTING:  Your Honor, may we approach the bench while the witness is coming up?

        THE COURT:  All right.

    (Begin sidebar discussion at 10:42 a.m.)

        MR. LASTING:  I think that --

        THE COURT:  You have to speak into the microphone. I'm sorry.

        MR. LASTING:  I think that it was Lieutenant Harlien,

**DRAFT COPY**

47

although that's not completely clear yet.  I think he's the person who discovered what's described as some string roll made out of dental floss in the upper cell in unit nine south.  And I'm going to object to any testimony about that if he tries to relate it to Mr. Kadamovas, because the court suppressed Mr. Kadamovas' statement.  I'm assuming the Government's not going to bring that out.  But I just want to make sure before we --

MS. MEYER:  No, your Honor.

MR. LASTING:  -- get started that through some misadventure or something this witness doesn't --

MR. DUGDALE:  No, your Honor.  We're not going to see to introduce that.  And it was during the statement, Mr. Kadamovas' admitted his involvement in the escape and led Harlien to that.  But we recognize that the statement's been suppressed.  If Mr. Kadamovas testifies, that's a different story.

MS. MEYER:  I have not -- I'm not going to elicit anything along those lines, but I didn't specifically tell him not to mention it.  But if you don't refer to it, it won't come up.  I'm not eliciting it.

MR. LASTING:  Okay.  Just so he doesn't bring it up on his own or kind of stick it in an answer that's non responsive.

MS. MEYER:  We haven't even talked about it.

THE COURT:  All right.  Let's go to the --

DRAFT COPY

Harlien - Direct / By Ms. Meyer                48

(End sidebar discussion at 10:44 a.m.)

The Clerk has stepped out; so I'm going to swear you as a witness.

If you'll raise your right hand.

(Witness sworn)

Have a seat on the witness stand.

State your first and last name, spelling both.

THE WITNESS:  Mark Harlien.  M-a-r-k, H-a-r-l-i-e-n.

MS. MEYER:  If I may have just a moment, your Honor.

DIRECT EXAMINATION

BY MS. MEYER:

Q    Good morning, sir.

A    Good morning.

Q    Where do you work?

A    I work for the Federal Bureau of Prisons at the Federal Correctional Institution in Victorville, California.

Q    Doing what?

A    I'm a Unit Manager.

Q    In March of 2003, where did you work?

A    I worked at the Metropolitan Detention Center in Los Angeles, California.

Q    And what were your responsibilities at what's commonly referred to as the MDC?

A    I was the special investigative supervisor.

Q    And what's the role of special investigative services at

DRAFT COPY

Harlien - Direct / By Ms. Meyer                65

That is about it for now.  I hope that your little boy is okay and whole family is waiting for your return home. You finally will be free and happy to spend more time with them.  I'll be waiting for word from you and hope to hear only good.  I have enough bad news already.  Regards."

Q    Lieutenant Harlien, is there something written on the outside of that envelope?

A    Yes.

Q    Could you please read that to the jury?

A    It says, 'T, please make sure that envelope is originally sealed, as I want to send you some of my private thoughts'.

Q    Lieutenant Harlien, in the course of your investigation, did you obtain information about monies being transferred into different inmates' accounts?

A    Yes.

Q    Could you describe how you received that information?

A    Agent Sotelo contacted me on March 10th, 2003, and informed me that several inmates had received money from inmate Mikhel.

Q    Did she identify those inmates for you?

A    Yes.

Q    By their last names?

A    Yes.

Q    Can you name them?

A    Inmate Krylov, inmate Kadamovas, inmate Cook, inmate

**DRAFT COPY**

Harlien - Direct / By Ms. Meyer                66

Avelas, and inmate Avilla.

Q    Did she tell you the approximate amounts?

A    Yeah.  Between $100 and $200 in each account.

Q    And what did you do with that information?

A    I went to business office staff and pulled up the inmates' account statements and verified that they received funds on that date.

Q    And what was the date that the monies were received?

A    March 6th, 2003.

Q    Could you please take a look at what's been marked for identification as Government's Exhibit 908.

        MS. MEYER:  Your Honor, these are self-authenticating exhibits pursuant to motion.

        At this time the Government would move Government's Exhibit 908 into evidence.

        THE COURT:  All right.  908 received.

    (Government's Exhibit Number 908 was received in evidence)

BY MS. MEYER:

Q    Lieutenant Harlien, do you recognize Government's Exhibit 908?

A    Yes.  It's an inmate account statement for inmate Kadamovas.

        MS. MEYER:  And, your Honor, at this time I'm publishing that for the Jury.

//

**DRAFT COPY**

Harlien - Direct / By Ms. Meyer                67

**BY MS. MEYER:**

Q    Is inmate Kadamovas's reg number on that document?

A    Yes, it is.

Q    Now, is this a Bureau of Prisons document that's used to track, you know, monies coming in and out of inmates' accounts?

A    Yes, it is.

Q    And is this one of the inmates Agent Sotelo told you received monies from Mr. Mikhel?

A    Yes.

Q    Could you take a look at the second page of that exhibit.

        Referring you to the date of March 6th, 2003, do you see a deposit on that date?

A    Yes.

Q    In what amount?

A    A hundred and fifty dollars.

Q    Could you please take a look at what's been marked for identification as Government's Exhibit 909.

        **MS. MEYER:**  And again, your Honor, this is another self-authenticating exhibit.

        **THE COURT:**  909.

        **MS. MEYER:**  I'm sorry?

        **THE COURT:**  909 admitted.

        **(Government's Exhibit Number 909 was received in evidence)**

        **MS. MEYER:**  At this time, your Honor, I'm going to publish Government's Exhibit 909.

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer          104

Harlien and Tomas de la Mora, who were also staff members

assigned to the Special Investigative Section.

THE COURT:  You beefed up the staff?  You beefed up the personnel?

THE WITNESS:  Exactly, sir.

BY MS. MEYER:

Q    Now, did you and Agent Battley and the other SIS staff develop any plan as to how the unit was going to be searched?

A    Yes.

Q    What type of plan did you develop?

A    We formulated a plan where SIS staff would conduct its' specific cell searches, and additional staff would conduct general searches of the unit.

Q    And which unit are we talking about?

A    Five south.

Q    So, after the SIS officers developed this plan, did you go up to unit five south?

A    Yes, we did.

Q    Tell me what you did when you arrived at unit five south.

A    Upon arrival on five south, myself and Officer de la Mora approached cell 518 and took inmate Kadamovas and inmate Kim out of cell 518.

Q    And they were removed from cell 518 and put where?

A    They were placed in the Special Housing Unit.

Q    So, after inmates Mikhel and Kim were taken to the Special

DRAFT COPY

Trujillo - Direct / By Ms. Meyer                105

Housing Unit, what did you do?

A    At that point we began the search of cell 518.

Q    Now, when you say 'we', to whom are you referring?

A    Myself and Officer de la Mora.

Q    And I'll ask at this point Agent Davidson to place before you Demonstrative Exhibit 912.

     (Pause)

**BY MS. MEYER:**

Q    Lieutenant Harlien, have you had an opportunity to review the diagrams and schematics on Government's Exhibit Number 912?

A    Yes, I have.

Q    Now I'm displaying on the screen to your right the exterior of the MDC.

         Is that an accurate depiction of where cell 518 is located?

A    Yes, it is.

Q    Now, looking at a cross-section of cell 518, is it right next to a stairwell?

A    Yes, it is.

Q    Can you describe for the Jury how you and Officer de la Mora began your search of cell 518?

A    We began the search from the left of the cell, from top to bottom.

Q    And this means the left, the toilet area, starting there?

A    Beginning in the toilet area, yes.

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer                106

Q    Did you find anything unusual as you began your search?

A    Not near the toilet area, no.

Q    What about near the sink area?

A    Yes.

Q    Could you describe that for the Jury?

A    When we approached the sink area, Officer de la Mora noticed that there was a security screw missing from the mirror that's located above the sink.

Q    And when he noticed that the screw was missing, what did he then do?

A    Officer de la Mora removed the mirror.

Q    Did you see anything behind the mirror?

A    Yes, we did.

Q    What did you see?

A    We seen a very large hole cut in the wall.

Q    Is that a picture of that hole that you saw behind the mirror in cell 518, Lieutenant Trujillo?

A    Yes, it is.

Q    Now, what did you - Did you see anything in the hole?

A    Yes, we did.

Q    What?

A    We seen several items that were wrapped in what appeared to be inmate clothing and bed sheets suspended from some of the wiring in that hole.

Q    Could you take a look at, and at this time I'll ask Agent

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer          107

Davidson to place before you, Government's Exhibit 812.  I'm sorry, Agent Perez.

A    (Witness complying)

Q    Lieutenant Trujillo, do you recognize that exhibit?

A    Yes, I do.

Q    What is it?

A    There are three pairs of black Craftsman work gloves.

Q    Were these found in the hole behind the mirror?

A    Yes, they were.

         MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibit 812 into evidence.

         THE COURT:  Received.

         **(Government's Exhibit Number 812 was received in evidence)**

**BY MS. MEYER:**

Q    And Lieutenant Trujillo, could you please take a look at what's been marked for identification as Government's Exhibit Number 812-A.

A    (Witness complying)

Q    Do you recognize that exhibit?

A    Yes, I do.

Q    What is it?

A    It's a photograph of the three black Craftsman gloves.

Q    Lieutenant Trujillo, looking again at Government's Exhibit 812, the actual gloves, can you pull those out again and tell the Jury whether they're tied together by anything?

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer                108

A     Yes.   Two sets of the gloves are tied together by inmate bedding, bed sheets.

Q     Lieutenant Trujillo, can you name some of the other items that you found in the hole behind the wall?

          THE COURT:   Excuse me.   What do you want to do with 812-A?

          MS. MEYER:   Oh, I'm sorry, your Honor.

          The Government moves Government's Exhibit 812-A into evidence.

          My apologies.

          THE COURT:   Received.

     **(Government's Exhibit Number 812-A was received in evidence)**

**BY MS. MEYER:**

Q     Lieutenant Trujillo, could you just name some of the other items that you found behind the mirror in the wall?

A     We found a cellular phone.   We found a camcorder, video camera.   And an assortment of tools.

Q     Lieutenant Trujillo, taking a look at a photograph of items from the Demonstrative Exhibit 912, is this the video camera and equipment that was found behind the wall?

A     Yes, it is.

Q     And is picture 14 a picture of the cell phone and papers that were found in the hole behind the wall?

A     Yes, it is.

DRAFT COPY

Trujillo - Direct / By Ms. Meyer                109

Q    Lieutenant Trujillo, at this time, what was happening in the rest of unit five south?

A    While we were conducting the search in cell 518, the additional staff were conducting a mass search of the remainder of the unit.

Q    About how many inmates are housed on that unit?

A    Between 80 and 120 at any time.

Q    Lieutenant Trujillo, what did you and Officer de la Mora do with the tools that you were finding?

A    As we found the tools, we maintained them in the cell and placed them on top of the inmate locker or the inmate sink area.

Q    Lieutenant Trujillo, did you continue your search after examining the items in the hole behind the wall, or behind the mirror?

A    Yes, we did.

Q    Where did you search?

A    I then moved over to the right of the sink area and began searching the inmate bedding area.

Q    Now, is that the part that I've highlighted on the Demonstrative Exhibit, Exhibit 912?

A    Yes, it is.

Q    What type of items did you find in the bedding area?

A    I found a cellular phone, an assortment of escape paraphernalia, like D-rings, a screw driver.

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer                    110

Q    Lieutenant Trujillo, looking at picture 12 from cell 518, is that a photo of some of the items that were taken out of the bedding area in cell 518?

A    Yes, they are.

Q    Now, did you know at the time who occupied the upper bunk of that cell?

A    No, I did not.

Q    What about the lower bunk?

A    No, I did not.

Q    Did you learn later on who occupied which bunk?

A    Yes, I did.

Q    Can you tell the Jury who occupied which bunk?

A    Inmate Kim occupied the upper bunk, and inmate Mikhel occupied the lower bunk.

Q    And how did you find that out?

A    After reviewing the unit officer's bedding assignments.

Q    Now, these items that are depicted onscreen from Government's Exhibit 912, where were these items found in the bedding area?

A    Some of the items were found inside of the inmate pillow on the lower bunk.

Q    Uh-huh.

A    And some of the items were found in the same area.

Q    Could you please now, and I'll ask Agent Perez to place before you, what's been marked for identification as

**DRAFT COPY**

Trujillo – Direct / By Ms. Meyer          111

Government's Exhibit 806.

Lieutenant Trujillo, do you recognize that exhibit?

A    Yes, I do.

Q    What is it?

A    It's an inmate note.

Q    Where did you find that inmate note?

A    This was found on the lower bunk of cell 518.

    MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibit 806 into evidence.

    THE COURT:  Received this date.

    **(Government's Exhibit Number 806 was received in evidence)**

    MS. MEYER:  And, your Honor, for the record, at this time I'm publishing Government's Exhibit 806.

**BY MS. MEYER:**

Q    Now, for the record, Lieutenant Trujillo, could you just read that for the Jury?

A    It states: 'In order to stop the tension, please send $100 ASAP to the address above as you have promised to band it. About other things I will talk to you on the phone.'

Q    And above what you just read, is there a name and address?

A    Yes, there is.

Q    Could you read that into the record, please?

A    'Maribelle (phonetic) Bennett, 3878 South LaSalle Avenue, Los Angeles, California, 90062.'

Q    Lieutenant Trujillo, at this time could you please take a

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer                112

look at what's been marked for identification as Government's

Exhibit 807.

     MS. MEYER:   I'd ask Agent Perez to place that before

you, please.

BY MS. MEYER:

A     (Witness complying)

Q     Do you have that exhibit before you?

A     Yes, I do.

Q     Do you recognize that exhibit?

A     Yes, I do.

Q     What is it?

A     It's a paper with a PCS mobile telephone number and

password.

Q     Did you recover that item?

A     Yes, I did.

Q     From where?

A     From the lower bunk bedding area of cell 518.

     MS. MEYER:   Your Honor, at this time the Government

moves Government's Exhibit 807 into evidence.

     THE COURT:   Received this date.

   **(Government's Exhibit Number 807 was received in evidence)**

     MS. MEYER:   And, your Honor, at this time I'm going

to publish it for the Jury.

//

//

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer                113

BY MS. MEYER:

Q    Lieutenant Trujillo, when you saw this piece of paper, did you consider it contraband?

A    Yes, I did.

Q    Can you explain to the Jury why you considered it contraband?

A    Because having already found the cellular phone behind the wall, any telephone or cellular phone number in an institution is of concern.

Q    Lieutenant Trujillo, could you please now take a look at what's been marked for identification as Government's Exhibit 808.

A    (Witness complying)

Q    Do you have that exhibit in front of you?

A    Yes, I do.

Q    Do you recognize it?

A    Yes, I do.

Q    What is it?

A    They're two purchase receipts for some type of cellular transaction.

Q    And did you recover these receipts?

A    Yes, I did.

Q    From where?

A    From the inmate bedding area of cell 518.

        MS. MEYER:  Your Honor, at this time the Government

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer          114

moves Government's Exhibit 808 into evidence.

          THE COURT:  Received.

          (Government's Exhibit Number 808 was received in evidence)

          MS. MEYER:  And at this time, your Honor, I'm publishing that exhibit for the Jury.

BY MS. MEYER:

Q    Why did you seize those pieces of paper, or those receipts, Lieutenant Trujillo?

A    Because I considered them to be contraband.

Q    For the same reason you articulated with respect to that PCS number?

A    Yes.

Q    Could you please take a look at what's been marked for identification as Government's Exhibit 809.

A    (Witness complying)

Q    Do you recognize that exhibit, Lieutenant Trujillo?

A    Yes, I do.

Q    What is it?

A    It's an inmate handwritten note.

Q    Written in a foreign language?

A    It appears to be.

Q    And did you seize that item?

A    Yes, I did.

Q    From where?

A    From the inmate bedding area of cell 518.

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer          115

MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibit 809 into evidence.

THE COURT:  Received this date.

**(Government's Exhibit Number 809 was received in evidence)**

MS. MEYER:  And at this time the Government's going to publish for the Jury.

BY MS. MEYER:

Q    Lieutenant Trujillo, could you now take a look at what's been marked for identification as Government's Exhibit 846.

A    (Witness complying)

Q    Do you recognize that exhibit, Lieutenant Trujillo?

A    Yes, I do.

Q    What is it?

A    It's brown string wrapped around a pencil.

Q    And did you recover that item?

A    Yes, I did.

Q    From where?

A    From the pillow inside of cell 518, on the lower bunk.

Q    And when you say you found it 'from inside the pillow', what exactly do you mean?

A    I mean within the inmate pillow.  It was hidden toward the center area of the pillow.

MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibit 846 into evidence.

//

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer          116

THE COURT:  Received.

(Government's Exhibit Number 846 was received in evidence)

BY MS. MEYER:

Q    And, Lieutenant Trujillo, could you just take a look at what's been marked for identification as Government's Exhibit 846-A, if Agent Perez can place that before you.

Keep 846 there, please.

A    (Witness complying)

Q    Do you recognize Government's Exhibit 846-A?

A    Yes, I do.

Q    What is it?

A    It's a photograph of the string wrapped around the pencil.

MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibit 846-A into evidence.

THE COURT:  Received this date.

(Government's Exhibit Number 846-A was received in evidence)

MS. MEYER:  And, your Honor, at this time I'm going to publish Government's Exhibit 846-A.

BY MS. MEYER:

Q    Lieutenant Trujillo, if you would hold up Government's Exhibit 846 to the Jury so they can see it.

A    (Witness complying)

Q    Thank you.

Now, if you could take a look at what's been marked

DRAFT COPY

Trujillo - Direct / By Ms. Meyer          117

for identification, if Agent Perez could place before you,

what's been marked as Government's Exhibits 847 and 847-A.

A      (Witness complying)

Q      Do you have those two exhibits in front of you?

A      Yes, I do.

Q      What is Exhibit 847?

A      It is a black hacksaw blade.

Q      Did you recover that item?

A      Yes, I did.

Q      From where?

A      From the inmate bedding area in cell 518.

          MS. MEYER:  Your Honor, at this time the Government

moves Government's Exhibit 847 into evidence.

          THE COURT:  And 847-A?

BY MS. MEYER:

Q      And is 847-A just a photograph of 847?

A      Yes, it is.

          MS. MEYER:  Yes, your Honor.  Both exhibits at this

time.

          THE COURT:  Received.

     **(Government's Exhibit Numbers 847 and 847-A were received**

**in evidence)**

BY MS. MEYER:

Q      Lieutenant Trujillo, could you please hold up Government's

Exhibit 847 for the Jury while I simultaneously publish

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer                118

Government's Exhibit 847-A.

A      (Witness complying)

Q      Thank you.

       Now, could you take a look at what's been marked for identification as Government's Exhibits 848 and 848-A.

A      (Witness complying)

Q      Do you recognize Government's Exhibit 848, Lieutenant Trujillo?

A      Yes, I do.

Q      What is it?

A      It's a black hacksaw blade with a piece of masking tape around it.

Q      Did you recover that item?

A      Yes, I did.

Q      From where?

A      From the lower bunk in cell 518.

Q      Mr. Mikhel's bunk?

A      Yes, it is.

Q      And is Government's Exhibit 848-A just a photograph of Government's Exhibit 848?

A      Yes.

       **MS. MEYER:**  Your Honor, at this time the Government moves Government's Exhibit 848 and 848-A into evidence.

       **THE COURT:**  Received.

       **(Government's Exhibit Numbers 848 and 848-A were received**

DRAFT COPY

Trujillo - Direct / By Ms. Meyer          119

in evidence)

BY MS. MEYER:

Q    And, Lieutenant Trujillo, if you could please hold up Government's Exhibit 848 for the Jury while I publish Government's Exhibit 848-A for them.

A    (Witness complying)

Q    Thank you.

Lieutenant Trujillo, if you could please take a look at what's been marked for identification as Government's Exhibits 849 and 849-A.

A    (Witness complying)

Q    Lieutenant Trujillo, do you recognize Government's Exhibit 849?

A    Yes, I do.

Q    What is it?

A    It's a black hacksaw blade.

Q    Did you recover this item from cell 518?

A    Yes, I did.

Q    From where?

A    From inmate Mikhel's bunk area.

Q    And is Government's Exhibit 849-A a photograph of Government's Exhibit 849?

A    Yes, it is.

MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibit 849 and 849-A into evidence.

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer                    120

THE COURT:  Received this date.

(Government's Exhibit Numbers 849 and 849-A were received in evidence)

BY MS. MEYER:

Q    Lieutenant Trujillo, could you please publish 849 for the Jury while I publish Government's Exhibit 849-A for the Jury.

A    (Witness complying)

Q    Thank you.

And Lieutenant Trujillo, could you take a look at what's been marked for identification as Government's Exhibits 850 and 850-A?

A    (Witness complying)

Q    Do you recognize Government's Exhibit 850, Lieutenant Trujillo?

A    Yes, I do.

Q    What is it?

A    It's a red hacksaw blade.

Q    Did you recover this item?

A    Yes, I did.

Q    From where?

A    From the inmate bedding area of inmate Mikhel.

Q    And is Government's Exhibit 850-A a photograph of Government's Exhibit 850?

A    Yes, it is.

MS. MEYER:  Your Honor, at this time the Government

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer          121

moves Government's Exhibits 850 and 850-A into evidence.

THE COURT: Received this date.

**(Government's Exhibit Numbers 850 and 850-A were received in evidence)**

**BY MS. MEYER:**

Q    And Lieutenant Trujillo, could you publish Government's Exhibit 850 to the Jury while I publish Government's Exhibit 850-A?

A    (Witness complying)

Q    Thank you.

Now, could you take a look at what's been marked for identification as Government's Exhibit 851 and 851-A?

A    (Witness complying)

Q    Do you recognize Government's Exhibit 851?

A    Yes, I do.

Q    What is it?

A    It's the second half of the hacksaw blade.

Q    Where did you find this item?

A    In inmate Mikhel's bedding area.

Q    Is Government's Exhibit 851-A a photograph of Government's Exhibit 851?

A    Yes, it is.

MS. MEYER: Your Honor, at this time the Government moves Government's Exhibit 851 and 851-A into evidence.

//

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer          122

THE COURT:  Received.

(Government's Exhibit Numbers 851 and 851-A were received in evidence)

BY MS. MEYER:

Q    Lieutenant Trujillo, would you please hold up Government's Exhibit 851 for the Jury while I publish Government's Exhibit 851-A?

A    (Witness complying)

Q    Thank you.

Now take a look at what's been marked for identification as Government's Exhibits 852 and 852-A.

A    (Witness complying)

Q    Do you recognize those exhibits?

A    Yes, I do.

Q    What's Government's Exhibit 852?

A    It's a flathead screw driver.

Q    Did you recover that item?

A    Yes, I did.

Q    From where?

A    From inmate Mikhel's bedding area.

Q    And is Government's Exhibit 852-A a photograph of that screw driver?

A    Yes, it is.

MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibit 852 and 852-A into evidence.

DRAFT COPY

Trujillo - Direct / By Ms. Meyer          123

THE COURT:  Received this date.

**(Government's Exhibit Numbers 852 and 852-A were received in evidence)**

BY MS. MEYER:

Q    And Lieutenant Trujillo, would you please publish Government's Exhibit 852 for the Jury while I publish Government's Exhibit 852-A?

A    (Witness complying)

Q    Thank you.

Lieutenant Trujillo, if you could now take a look at these next two exhibits that are packaged together, Government's Exhibits 853 and 854.

A    (Witness complying)

Q    What is Government's Exhibit 853 first?

A    It's a cellular phone.

Q    Where was this recovered?

A    From inmate Mikhel's pillow.

Q    Does it have tape numbers on the back of it, Lieutenant Trujillo?

A    Yes, it does.

MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibit 853 into evidence.

THE COURT:  Received.

**(Government's Exhibit Number 853 was received in evidence)**

MS. MEYER:  Please keep that out, Lieutenant

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer          124

Trujillo.

**BY MS. MEYER:**

Q    And could you identify what Government's Exhibit 854 is?

A    It's a cell phone charger.

Q    Where was this recovered?

A    In inmate Mikhel's pillow.

        **MS. MEYER:**  Your Honor, at this time the Government moves Government's Exhibit 854 into evidence.

        **THE COURT:**  Received.

        **(Government's Exhibit Number 854 was received in evidence)**

        **MS. MEYER:**  Keep both those exhibits out.

**BY MS. MEYER:**

Q    Lieutenant Trujillo, can you take a look at what's been marked for identification as Government's Exhibit 854-A?

A    (Witness complying)

Q    Do you recognize that exhibit?

A    Yes, I do.

Q    What is it?

A    It's a photograph of the cellular phone.

Q    And the charger?

A    Yes.

        **MS. MEYER:**  Your Honor, at this time the Government moves Government's Exhibit 854-A into evidence.

        **THE COURT:**  Received this date.

        **(Government's Exhibit Number 854-A was received in**

**DRAFT COPY**

**evidence)**

**BY MS. MEYER:**

Q    Now, Lieutenant Trujillo, going back to Government's Exhibit 853.

Could you read the numbers that are on the back of that exhibit?

MS. MEYER:  And, your Honor, at the same time, the Government's publishing the second page of Government's Exhibit 852-A.

MS. SPEAKER:  Fifty-two?

MS. MEYER:  I mean 854-A.

**BY MS. MEYER:**

Q    Could you read the numbers that are on the back of that phone, Government's Exhibit 853?

A    The numbers are '949 370 4833'.

Q    And underneath that?

A    '168 919 424'.

Q    Okay.  Now, Lieutenant Trujillo, could you take a look at what's been marked for identification as Government's Exhibit 855 and 855-A?

A    (Witness complying)

MS. MEYER:  Your Honor, we'll come back to that one.

**BY MS. MEYER:**

Q    Take a look at what's been marked for identification as Government's Exhibit 856 and 856-A.

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer          126

A     (Witness complying)

Q     Do you have Government's Exhibit 856 in front of you, Lieutenant Trujillo?

A     Yes, I do.

Q     And what is it?

A     It's a cellular phone battery.

Q     And did you recover that item?

A     Yes, I did.

Q     From where?

A     From the bedding area of inmate Mikhel.

Q     And is Government's Exhibit 856-A a photograph of that battery?

A     Yes, it is.

        **MS. MEYER:**  Your Honor, at this time the Government moves Government's Exhibit 856 and 856-A into evidence.

        **THE COURT:**  856 and 856-A received this date.

    **(Government's Exhibit Numbers 856 and 856-A were received in evidence)**

**BY MS. MEYER:**

Q     Lieutenant Trujillo, would you please publish Government's Exhibit 856 to the Jury while I publish Government's Exhibit 856-A?

A     (Witness complying)

Q     Thank you.

        Now, going back, Lieutenant Trujillo, could you take

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer                127

a look at what's been marked for identification as Government's Exhibit 855 and 855-A?

A    (Witness complying)

Q    Do you recognize Government's Exhibit 855?

A    Yes, I do.

Q    Did you recover that item?

A    Yes, I did.

Q    From where?

A    From the bedding area of inmate Mikhel.

Q    And is Government's Exhibit 855-A a picture of Government's Exhibit 855?

A    Yes, it is.

        MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibits 855 and 855-A into evidence.

        THE COURT:  Received this date.

    (Government's Exhibit Numbers 855 and 855-A were received in evidence)

BY MS. MEYER:

Q    Lieutenant Trujillo, could you please publish for the Jury Government's Exhibit 855 while I publish Government's Exhibit 855-A?

A    (Witness complying)

Q    What are those items?

A    They're two bottles of Crazy Glue adhesive.

Q    Thank you.

DRAFT COPY

Trujillo - Direct / By Ms. Meyer            128

Lieutenant Trujillo, could you take a look at what's been marked for identification as Government's Exhibit 857 and 857-A?

A    (Witness complying)

Q    Do you recognize Government's Exhibit 857?

A    Yes, I do.

Q    What is it?

A    They are heavy-duty cutting blades.

Q    Did you recover these items?

A    Yes, I did.

Q    From where?

A    From the bedding area of inmate Mikhel.

Q    Is Government's Exhibit 857-A a photograph of Government's Exhibit 857?

A    Yes.

        MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibits 857 and 857-A into evidence.

        THE COURT:  Received.

    (Government's Exhibits Numbers 857; 857-A were received in evidence)

BY MS. MEYER:

Q    Lieutenant Trujillo, could you please publish for the jury Government's Exhibit 857 while I publish Government's Exhibit 857-A?

    (Witness complies)

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer          129

Thank you.

Lieutenant Trujillo, could you please take a look at what's been marked for identification as Government's Exhibits 858 and 858-A?

**(Pause / Witness examines exhibits)**

Do you recognize Government's Exhibit 858?

A    Yes, I do.

Q    What is it?

A    They are a set of cutting blades.

Q    Did you recover those items?

A    Yes, I did.

Q    From where?

A    From inmate Mikhel's bedding area.

Q    Is Government's Exhibit 858-A a picture of those blades?

A    Yes, it is.

**MS. MEYER:**  Your Honor, at this time the Government moves Government's Exhibits 858 and 858-A into evidence.

**THE COURT:**  Received.

**(Government's Exhibits Numbers 858; 858-A were received in evidence)**

**BY MS. MEYER:**

Q    Lieutenant Trujillo, would you please publish for the jury Government's Exhibit 858 while I publish Government's Exhibit 858-A?

**(Witness complies)**

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer          130

Thank you.

Lieutenant Trujillo, could you now take a look at what's been marked for identification as Government's Exhibits 859 and 859-A?

**(Pause / Witness examines exhibits)**

Lieutenant Trujillo, do you recognize Government's Exhibit 859?

A     Yes, I do.

Q     What is it?

A     It's a purple D-ring.

Q     Did you recover that item?

A     Yes, I did.

Q     From where?

A     From the bedding area of inmate Mikhel.

Q     And is Government's Exhibit 859-A a picture of Government's Exhibit 859, the purple D-ring?

A     Yes, it is.

Q     Could you please publish for the jury Government's Exhibit 859 while I publish Government's Exhibit 859-A?

**(Witness complies)**

Lieutenant Trujillo, can you describe what a D-ring can be used for?

A     It can be used for climbing or repelling.

**THE COURT:**  All right.  859 and 859-A received.

**(Government's Exhibits Numbers 859; 859-A were received in**

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer          131

evidence)

MS. MEYER:  Oh, I'm sorry, your Honor.  Thank you.

BY MS. MEYER:

Q    Lieutenant Trujillo, could you please take a look at what's been marked for identification as Government's Exhibit 860 and 860-A?

**(Pause / Witness examines exhibits)**

Do you recognize Government's Exhibit 860?

A    Yes, I do.

Q    What is it?

A    It's a green D-ring.

Q    Did you recover that item?

A    Yes, I did.

Q    From where?

A    From the bedding area of inmate Mikhel.

Q    And is Government's Exhibit 860 a photograph of -- I'm sorry -- is Government's Exhibit 860-A a photograph of Government's Exhibit 860?

A    Yes, it is.

MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibits 860 and 860-A into evidence.

THE COURT:  Received this date.

**(Government's Exhibits Numbers 860; 860-A were received in evidence)**

//

Trujillo - Direct / By Ms. Meyer          132

BY MS. MEYER:

Q    Lieutenant Trujillo, would you please publish Government's Exhibit 860 while I publish Government's Exhibit 860-A?

(Witness complies)

Thank you.

Lieutenant Trujillo, could you now take a look at what's been marked for identification as Government's Exhibits 861 and 861-A?

(Pause / Witness examines exhibits)

Do you recognize Government's Exhibit 861?

A    Yes, I do.

Q    What is it?

A    It's a metal L-shaped tool.

Q    Did you discover this item?

A    Yes, I did.

Q    Where?

A    In the bedding area of inmate Mikhel.

Q    And is Government's Exhibit 861-A a photograph of Government's Exhibit 861?

A    Yes, it is.

MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibits 861 and 861-A into evidence.

THE COURT:  Received.

(Government's Exhibits Numbers 861; 861-A were received in evidence)

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer          133

**BY MS. MEYER:**

Q    Lieutenant Trujillo, at this time would you please publish Government's Exhibit 861 for the jury while I publish Government's Exhibit 861-A?

        **(Witness complies)**

        Thank you.

        Lieutenant Trujillo, could you take a look at what's been marked for identification as Government's Exhibit 862 and 862-A?

        **(Pause / Witness examines exhibits)**

        Do you recognize Government's Exhibit 862, Lieutenant Trujillo?

A    Yes, I do.

Q    What is it?

A    It's an L-shaped metal tool.

Q    Did you recover this item?

A    Yes, I did.

Q    From where?

A    From inmate Mikhel's bedding area.

Q    And is Government's Exhibit 862-A a photograph of Government's Exhibit 862?

A    Yes, it is.

        **MS. MEYER:**  Your Honor, at this time the Government moves Government Exhibits 862 and 862-A into evidence.

//

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer                134

THE COURT:  Received.

**(Government's Exhibits Numbers 862; 862-A were received in evidence)**

**BY MS. MEYER:**

Q    Lieutenant Trujillo, could you please publish Government's Exhibit 862 for the jury while I publish Government's Exhibit 862-A?

**(Witness complies)**

Thank you.

Now, Lieutenant Trujillo, after you finished searching the bedding area, did you search another area of Cell 518?

A    Yes, I did.

Q    Which area?

A    I searched the inmate locker area.

Q    With Officer Delamora?

A    Yes.

Q    Now, looking at this aerial view of Cell 518, is the locker, this gray box here, (indicating), on the right-hand side?

A    Yes, it is.

Q    Can you give the approximate dimensions of that locker for the jury?

A    It's approximately three feet in height and about two feet wide.

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer                135

Q    And how deep?

A    It's about 12 to 18 inches deep.

Q    And what's it typically used for?

A    It's used to store inmate property.

Q    Now, is that locker secured to the floor of the cell?

A    Yes, it is.

Q    With what?

A    With bolts.

Q    Now, why did you and Officer Delamora begin searching this locker?

A    Well, initially we had already received information from Harold Wilson (phonetic) that there were tool items hidden underneath the locker.

Q    Now, did you examine the bolts to see if they had been tampered with?

A    Yes, we did.

Q    Could you tell?

A    Yes.  It was clear to us that the bolts had been tampered with.

THE COURT:  The bolts on what?

THE WITNESS:  The bolts to the locker.

THE COURT:  And where are those bolts located on the locker?

THE WITNESS:  There's four bolts, one on each corner of the locker.

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer          136

THE COURT:  What position?

THE WITNESS:  They're vertical.

THE COURT:  Are they on the floor?

THE WITNESS:  Yeah, they're attached to the floor.

THE COURT:  Holds the locker down to the floor?

THE WITNESS:  Yes, sir.

THE COURT:  Okay.

MS. MEYER:  Thank you, your Honor.

BY MS. MEYER:

Q    Lieutenant Trujillo, you said that you had information that there were tools under this locker.

Is the inside of the locker flush with the floor of the cell?

A    No, it's not.

Q    Can you describe that for the jury?

A    From the exterior it appears that it sits flush with the floor, but upon removal of the locker there's a large gap between the base of the locker and the floor.

Q    So did you and Officer Delamora remove this locker?

A    Yes, we did.

Q    Did you find anything?

A    Yes.

Q    Just generally, could you describe what you found?

A    We found a pair of bolt cutters, hacksaw blade attachments and a large assortment of tools.

DRAFT COPY

Trujillo - Direct / By Ms. Meyer            137

Q    Now, looking at some of the photographs, are these, (indicating), some of the items that were found underneath the locker?

A    Yes, they are.

Q    Is this, (indicating), one of the -- or a couple of the items that you found underneath the locker?

A    Yes.

Q    What's depicted in that photograph?

A    The bolt cutters, orange in color, and the hacksaw blade holder down toward the bottom.

Q    And looking at the next photograph, what is that a photograph of?

A    It's a photograph of the bolt cutter.

Q    About how big are these?

A    The bolt cutter was about two feet long.

Q    Looking at the next photograph, what is that a photograph of?

A    It's the hacksaw blade.

Q    Was that found underneath the locker?

A    Yes, it was.

Q    Now, this next photograph, were that assortment of tools found underneath the locker?

A    Yes, they were.

Q    Lieutenant Trujillo, about how long did this search of Cell 518 take?

**DRAFT COPY**

Trujillo - Direct / By Ms. Meyer          138

A     It took approximately two hours.

Q     And were you advising anyone of what you were finding along the way?

A     Yes, I was.

Q     Who?

A     Initially, I was advising Agent Battley of our findings. And upon arrival, Lieutenant Harlien (phonetic) was also advised.

Q     Now, what did you do with all these tools as you're recovering them or discovering them?

A     As we discovered them we kept them inside of the cell for evidence collection.

Q     Did you take photographs?

A     The SIS Department did take photographs.

Q     In fact, some of the photographs we've been looking at from the demonstrative exhibit are from the SIS photographer, right?

A     Correct.

          THE COURT:  SIS means?

          THE WITNESS:  Special Investigative Section.

BY MS. MEYER:

Q     Lieutenant Trujillo, after you were done with the search of Cell 518, did you report to any other cell in the institution?

A     Yes, I did.

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer                146

is put on top of that.  But it goes all the way down.  So you can easily -- I would say the distance from here, (indicating), to the floor is, roughly, about a good four feet; three-and-a-half feet, three-and-a-half, four feet.

Q    And what about from the part of the wall that's chipped away to the other wall behind the piping?

A    It's about six inches.

Q    Now, you said you saw string.  When you started pulling the string, what did you start seeing?

A    I started noticing inmates' socks with items, and they were bulging as though they were concealing something.  In addition to that, I also pulled up some black gloves that were tied together with exactly this right here, (indicating).  And that's the string that I pulled up right there, (indicating), that you see.

Q    And, Agent Delamora, I've published a picture of some gloves taken from the demonstrative exhibit.

     Those are some of the gloves you saw?

A    Correct.

Q    Can you name some of the other things that you were recovering from behind the wall?

A    Well, inside of the socks and these gloves were various tools.

Q    Did that include --

A    Correct.

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          147

Q    -- some of the tools depicted in Picture 11 from
demonstrative Exhibit 912?

A    Yes.

Q    What else?

A    That and other tools, as well.  We also discovered a
camcorder, a telephone and just a large assortment of tools.

Q    Agent Delamora, just so the jury has an idea, is this,
(indicating), a picture of the camcorder that you recovered
from behind the wall?

A    Correct.  Yes, it is.

Q    And the next photograph that I'm publishing, is this a
picture of the cell phone and some papers that were recovered
from behind the wall?

A    That's correct.

Q    Let's go through some of these items.

     If you could take a look at what's been marked for
identification as Government's Exhibits 800 and 800-A if Agent
Perez could --

     **THE COURT:**  I'm going to make a suggestion.

     We're going to do different exhibits at this time?

     **MS. MEYER:**  Yes, your Honor.

     **THE COURT:**  Okay.  These are not the same ones that
we went through with Agent Trujillo, is it?

     **MS. MEYER:**  No, your Honor.

     **THE COURT:**  Okay.

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          148

BY MS. MEYER:

Q    Please take a look at Government's Exhibit 800 and 800-A.

     **(Pause / Witness examines exhibits)**

        Now, Agent Delamora, do you recognize Government's Exhibit 800?

A    Yes.  This is the JVC digital camcorder that was inside the wall.

Q    And is Government's Exhibit 800-A just a photograph of Government's Exhibit 800?

A    That's correct.

        **MS. MEYER:**  Your Honor, at this time the Government moves Government's Exhibits 800 and 800-A into evidence.

        **THE COURT:**  Received this date.

     **(Government's Exhibits Numbers 800; 800-A were received in evidence)**

BY MS. MEYER:

Q    And, Agent Delamora, could you please publish for the jury Government's Exhibit 800?

     **(Witness complies)**

        Thank you.

        And, Agent Delamora, if you could take a look -- and these items are packaged together -- what's been marked for identification as Government's Exhibits 801 and 802, as well as Government's Exhibit 802-A.

     **(Pause / Witness examines exhibits)**

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          149

Agent Delamora, do you recognize Government's Exhibit 801?

A     Yes, I do.

Q     What is it?

A     801 is a -- basically, it's a battery charger for a camcorder.

Q     And what about Government's Exhibit 802?

A     It's the AC adapter which attaches to the charger for the camcorder.

Q     And, Agent Delamora, what about Government's Exhibit 802-A?

A     It's a photograph of said items.

        MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibits 801, 802 and 802-A into evidence.

        THE COURT:  Received.

    (Government's Exhibits Numbers 801; 802; 802-A were received in evidence)

BY MS. MEYER:

Q     Agent Delamora, could you just publish Government's Exhibit 801 and 802 for the jury while I publish Government's Exhibit 802-A for the jury?

    (Witness complies)

        So those are some of the items that were found behind the wall in the hole?

A     Correct.

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          150

Q    And, Agent Delamora, if you could now take a look at what's been marked for identification as Government's Exhibit 803 and 803-A.

THE COURT:  Let's do that when we come back from our recess, approximately ten minutes.

**(Recess taken from 2:57 p.m. to 3:12 p.m. / Parties present / Outside the presence of the jury)**

THE COURT:  All right.  Outside the presence of the jury anything any counsel wishes to bring up?

MS. MEYER:  No, your Honor.

MR. SPEAKER:  No, sir.

THE COURT:  All right.  We will bring the jury out.

**(Pause / Jurors enter courtroom at 3:13 p.m.)**

All right.  The record will indicate all jurors, counsel, parties are present.

Mr. Delamora, you're still under oath.  Please state your name for the record.

THE WITNESS:  Tomas Delamora.

THE COURT:  And when we broke you had marked for identification Exhibits 803 and 803-A.

MS. MEYER:  Thank you, your Honor.

DIRECT EXAMINATION (CONTINUED)

BY MS. MEYER:

Q    Agent Delamora, are those exhibits before you, Government's Exhibits 803 and 803-A?

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          151

(Pause)

Do you recognize Government's Exhibit 803?

A    Yes, I do.

Q    What is it?

A    It's an AC adapter for a JVC camera.

Q    And where did you recover that from?

A    That was also behind the wall.

Q    And what about Government's Exhibit 803-A?  Is that a photograph of Government's Exhibit 803?

A    That's correct.

MS. MEYER:  Your Honor, the Government moves Government's Exhibit 803 and 803-A into evidence.

THE COURT:  Received.

(Government's Exhibits Numbers 803; 803-A were received in evidence)

BY MS. MEYER:

Q    Agent Delamora, could you please publish Government's Exhibit 803 for the jury while I publish Government's Exhibit 803-A?

(Witness complies)

Thank you.

Now, at this time if Agent Perez could place before you what's been marked for identification as Government's Exhibits 804, 805 and 805-A.  These are packaged together.

(Pause)

DRAFT COPY

Delamora - Direct / By Ms. Meyer          152

Agent Delamora, do you recognize Government's Exhibit 804?

A     Yes, I do.

Q     What is it?

A     It's a small adapter for the same type of camera.

Q     Did you recover that item from the hole behind the wall?

A     That's correct.

Q     And what about Government's Exhibit 805?  What is that exhibit?

A     This is the wiring that's used to attach from a camera to like a laptop computer or something.

Q     And is Government's Exhibit 805-A a photograph of Exhibits 804 and 805?

A     That's correct.

          **MS. MEYER:**  Your Honor, at this time the Government moves Government's Exhibits 804, 805 and 805-A into evidence.

          **THE COURT:**  Received.

          **(Government's Exhibits Numbers 804; 805; 805-A were received in evidence)**

          **MS. MEYER:**  Thank you, your Honor.

**BY MS. MEYER:**

Q     Agent Delamora, could you please publish Government's Exhibit 804 and 805 for the jury while I publish Government's Exhibit 805-A?

          **(Witness complies)**

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer                153

Thank you.

Now, at this time I'd ask Agent Perez to place before you what's been marked for identification as Government's Exhibit 811 and 811-A.

**(Pause / Exhibits placed before witness)**

Do you recognize Government's Exhibit 811, Officer -- I mean Agent Delamora?

A    Yes, I do.

Q    What is it?

A    It's a Samsung cellular telephone.

Q    Where did you recover this item from?

A    This was also behind the wall.

Q    Is Government's Exhibit 811-A a photograph of Government's Exhibit 811?

A    That's correct.

     **MS. MEYER:**  Your Honor, at this time the Government moves Government's Exhibits 811 and 811-A into evidence.

     **THE COURT:**  Received.

     **(Government's Exhibits Numbers 811; 811-A were received in evidence)**

BY MS. MEYER:

Q    Agent Delamora, could you please publish Government's Exhibit 811 while I publish Government's Exhibit 811-A?

     **(Witness complies)**

Thank you.

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          154

MS. MEYER:  Agent Perez, could you please place before the witness Government's Exhibits 813 and 813-A?

**(Pause / Exhibits placed before witness)**

BY MS. MEYER:

Q    Do you recognize those exhibits, Agent Delamora?

A    Yes, I do.

Q    What's Government's Exhibit 813?

A    It's gorilla glue.

Q    And is Government's Exhibit 813-A a picture of Government's Exhibit 813?

A    That's correct.

Q    Could you please -- I'm sorry.

MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibits 813 and 813-A into evidence.

THE COURT:  Received.

**(Government's Exhibits Numbers 813; 813-A were received in evidence)**

BY MS. MEYER:

Q    Agent Delamora, could you please publish Government's Exhibit 813 for the jury?

**(Witness complies)**

Thank you.

MS. MEYER:  And, Agent Perez, if you could now please place before the witness what's been marked for identification as Government's Exhibits 814 and 814-A.

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          155

**(Pause / Exhibits placed before witness)**

**BY MS. MEYER:**

Q    Agent Delamora, do you recognize Government's Exhibit 814?

A    Yes.  It's a standard size screwdriver.

Q    Did you recover that during your search?

A    Yes, I did.

Q    From where?

A    From behind the wall.

Q    And is Government's Exhibit 814-A a photograph of Government's Exhibit 814?

A    Yes, it is.

MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibits 814 and 814-A into evidence.

THE COURT:  Received.

**(Government's Exhibits Numbers 814; 814-A were received in evidence)**

**BY MS. MEYER:**

Q    Agent Delamora, could you please publish Government's Exhibit 814 for the jury while I publish Government's Exhibit 814-A?

**(Witness complies)**

Thank you.

MS. MEYER:  Agent Perez, could you please place before the witness what's been marked for identification as Government's Exhibits 815 and 815-A?

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          156

(Pause / Exhibits placed before witness)

BY MS. MEYER:

Q    Agent Delamora, do you recognize Government's Exhibit 815?

A    Yes, I do.

Q    What is it?

A    It's a small standard screwdriver.

Q    Recovered from where?

A    Behind the wall.

Q    Is Government's Exhibit 815-A a photograph of Government's Exhibit 8155?

A    That's correct.

        MS. MEYER:   Your Honor, at this time the Government moves Government's Exhibits 815 and 815-A into evidence.

        THE COURT:   Received.

    (Government's Exhibits Numbers 815; 815-A were received in evidence)

BY MS. MEYER:

Q    Agent Delamora, could you please publish Government's Exhibit 815 for the jury while I publish Government's Exhibit 815-A?

    (Witness complies)

        Thank you.

        And at this time if Agent Perez could place before you what's been marked for identification as Government's Exhibits 816 and 816-A.

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          157

**(Pause / Exhibits placed before witness)**

Do you recognize Government's Exhibit 816?

A     Yes, I do.

Q     What is that, Agent Delamora?

A     This is what is referred to as a multi-head ratchet driver.

Q     Did you recover that item?

A     Yes, I did.

Q     From where?

A     From behind the wall.

Q     Is Government's Exhibit 816-A a photograph of Government's Exhibit 816?

A     Yes, it is.

**MS. MEYER:**  Your Honor, at this time the Government moves Government's Exhibits 816 and 816-A into evidence.

**THE COURT:**  Received.

**(Government's Exhibits Numbers 816; 816-A were received in evidence)**

**BY MS. MEYER:**

Q     Agent Delamora, could you please publish Government's Exhibit 816 while I publish Government's Exhibit 816-A for the jury?

**(Witness complies)**

Thank you.

Now, if Agent Perez could place before you what's

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer            158

been marked for identification as Government's Exhibits 817 and 817-A.

**(Pause / Exhibits placed before witness)**

Do you recognize Government's Exhibit 817, Agent Delamora?

A    Yes, I do.

Q    What is it?

A    It's wire cutters.

Q    Did you recover this item?

A    Yes, I did.

Q    From where?

A    Also behind the wall.

Q    Is Government's Exhibit 817-A a photograph of Government's Exhibit 817?

A    That's correct.

MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibits 817 and 817-A into evidence.

THE COURT:  Received.

**(Government's Exhibits Numbers 817; 817-A were received in evidence)**

BY MS. MEYER:

Q    Agent Delamora, could you please publish Government's Exhibit 817 while I publish Government's Exhibit 817-A?

**(Witness complies)**

Thank you.

Delamora - Direct / By Ms. Meyer          159

MS. MEYER:  Agent Perez, if you could please place before the witness what's been marked for identification as Government's Exhibits 818 and 818-A.

(Pause / Exhibits placed before witness)

BY MS. MEYER:

Q    Agent Delamora, do you recognize Government's Exhibit 818?

A    Yes, I do.

Q    What is it?

A    It's a pair of tin snips.

Q    Recovered from where?

A    Also behind the wall.

Q    Is Government's Exhibit 818-A a photograph of Government's Exhibit 818?

A    That's correct.

MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibits 818 and 818-A into evidence.

THE COURT:  Received.

(Government's Exhibits Numbers 818; 818-A were received in evidence)

BY MS. MEYER:

Q    Agent Delamora, could you please publish Government's Exhibit 818 for the jury while I publish 818-A?

(Witness complies)

Agent Delamora, what are tin snips used for?

A    Tin snips, you basically use them just to cut through

DRAFT COPY

Delamora - Direct / By Ms. Meyer          160

wire.  They're pretty strong and you can cut through pretty

thick wire or aluminum.

Q    Thank you.

Agent Delamora, could you please -- or could Agent

Perez please place before you what's been marked for

identification as Government's Exhibits 819 and 819-A.

**(Pause / Exhibits placed before witness)**

Do you recognize Government's Exhibit 819, Agent

Delamora?

A    Yes, I do.

Q    What is it?

A    It's what's called a "keyhole saw."

Q    Did you recover this item?

A    Yes, I did.

Q    From where?

A    Also behind the wall.

Q    And is Government's Exhibit 819-A a photograph of

Government's Exhibit 819?

A    That's correct.

**MS. MEYER:**  Your Honor, at this time the Government

moves Government's Exhibits 819 and 819-A into evidence.

**THE COURT:**  Received.

**(Government's Exhibits Numbers 819; 819-A were received in**

**evidence)**

**BY MS. MEYER:**

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          161

Q    Agent Delamora, would you please publish for the jury

Government's Exhibit 819 while I publish 819-A?

       **(Witness complies)**

            And what did you call that tool?

A    A keyhole saw.

Q    What does that mean?

A    Basically, whenever you install drywall and you want to

put like maybe an electrical socket or anything in there, you

use this to puncture through the drywall and then you cut this,

(indicating), and you get to shape your little hole that you're

going to use to remove and, basically, use to cut through

drywall.

Q    Now, if Agent Perez can place before you what's been

marked for identification as Government's Exhibits 820

and 820-A.

       **(Pause / Exhibits placed before witness)**

            Do you recognize Government's Exhibit 820, Agent

Delamora?

A    Yes, I do.

Q    What is it?

A    It's one-half of a hacksaw blade.

Q    And did you recover that item?

A    Yes, I did.

Q    From where?

A    Also behind the wall.

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer        162

Q    Is Government's Exhibit 820-A a photograph of Government's Exhibit 820?

A    That's correct.

          MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibit 820 and 820-A into evidence.

          THE COURT:  Received.

     **(Government's Exhibits Numbers 820; 820-A were received in evidence)**

**BY MS. MEYER:**

Q    Agent Delamora, could you please publish that for the jury while I publish -- I'm sorry -- Government's Exhibit 820 for the jury while I publish Government's Exhibit 820-A?

     **(Witness complies)**

          Thank you.

          Agent Delamora, could you please take a look at what's been marked for identification as Government's Exhibits 821 and 821-A.

     **(Pause / Witness examines exhibits)**

          Do you recognize Government's Exhibit 821?

A    Yes, I do.

Q    What is it?

A    It's a 9/16th crescent wrench.

Q    And is Government's -- I'm sorry -- did you recover that crescent wrench?

A    It's not a -- I'm sorry, just a regular wrench.  It's not

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          163

a crescent wrench.

Q     I'm sorry --

A     Yes, I did.

Q     -- you're out of my expertise when we get into tools.

Did you recover that item from behind the wall in the hole?

A     Yes, I did.  That's correct.

Q     And is Government's Exhibit 821-A a photograph of Government's Exhibit 821?

A     Yes, it is.

MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibits 821 and 821-A into evidence.

THE COURT:  Received.

(Government's Exhibits Numbers 821; 821-A were received in evidence)

BY MS. MEYER:

Q     And, Agent Delamora, could you please publish that, Government's Exhibit 821, while I publish Government's Exhibit 821-A for the jury?

(Witness complies)

Now, Agent Delamora, when you discovered this tool, did that lead you to search another place in Cell 518?

A     Yes, that's correct.  Inside the cell there is like a locker assigned to the inmates where they can put away their personal belongings and toiletries, et cetera.  This locker is

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer                164

bolted to the floor.  And the bolts that come up, they come up through the floor to the bottom of the locker.  And what's used to attach these bolts, it's a 9/16th bolt.  So when I seen that this was a -- when I saw that this fit on the locker, I figured it was for a reason.  So what I then decided to do was use this, (indicating), tool to remove the bolts and remove the locker from the floor.

Q    So did you do that?

A    Yes, I did.

Q    And when you removed the locker, did you find anything?

A    Yes.  The locker, the way the whole cabinet is set up it's approximately about three feet tall, about three feet wide and about 18 inches deep.  Now, the first floor of the locker it sits about a good four or five inches above the floor where the screws come out.  Well, underneath the locker in that area we discovered additional tools.

Q    Now, can you just describe, generally, what you found?

A    Generally, we found a large pair of bolt cutters, the handle for the hacksaw blades and numerous other screwdrivers and such.  For example, this, (indicating), is the bolt cutter, correct.  That's, (indicating), the hacksaw blade --

Q    Agent Delamora, the photograph --

        THE COURT:  Wait, wait, wait.  One at a time.

        MS. MEYER:  I'm sorry, your Honor.  Thank you.

//

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer                165

BY MS. MEYER:

Q    Just let me describe what I've published for the jury.

I've put on the screen a photograph from demonstrative Exhibit 912.  What is that depicting?

A    The bolt cutters are on top with the red handle.  Those are the bolt cutters.  And this picture right here, (indicating), is actually the handle for the hacksaw blades.

Q    Going on to the next picture, is that just a close-up of the bolt cutters?

A    That's correct.

Q    And the next picture is just a close-up of the hacksaw handle?

A    That's correct.

Q    And the next picture is the other tool -- a random assortment of tools that was found underneath the locker?

A    That's correct.

Q    Officer -- I'm sorry -- Agent Delamora, could you please take a look at what's been marked for identification as Government's Exhibits 822 and 822-A?

     **(Pause / Witness examines exhibits)**

Do you recognize Government's Exhibit 822, Agent Delamora?

A    Yes, I do.

Q    What is that?

A    This is the handle for the hacksaw blades.

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          166

Q    And is Government's Exhibit 822-A a photograph of Government's Exhibit 822?

A    That's correct.

MS. MEYER:  Your Honor, at this time -- I'm sorry.

BY MS. MEYER:

Q    And where did you discover 822?

A    This was underneath the locker.

MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibits 822 and 822-A into evidence.

THE COURT:  Received.

(Government's Exhibits Numbers 822; 822-A were received in evidence)

BY MS. MEYER:

Q    Agent Delamora, could you please publish that, Government's Exhibit 822, for the jury?

(Witness complies)

Thank you.

Agent Delamora, could you please take a look at what's been marked for identification as Government's Exhibits 823 and 823-A.

(Pause / Witness examines exhibits)

Do you recognize --

A    Yes, I do.

Q    What is Government's Exhibit 823?

A    Twenty-four-inch bolt cutters.

DRAFT COPY

Delamora - Direct / By Ms. Meyer          167

Q    And is Government's -- I'm sorry -- did you recover that item from underneath the cell?

A    Underneath the locker inside the cell.

Q    Thank you.

And is Government's Exhibit 823-A a photograph of Government's Exhibit 823?

A    That's correct.

MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibits 823 and 823-A into evidence.

THE COURT:  Received.

**(Government's Exhibits Numbers 823; 823-A were received in evidence)**

BY MS. MEYER:

Q    Agent Delamora, could you please publish Government's Exhibit 823 for the jury?

**(Witness complies)**

Thank you.

Agent Delamora, could you please take a look at what's been marked for identification as Government's Exhibits 824 and 824-A.

**(Pause / Witness examines exhibits)**

Do you recognize Government's Exhibit 824?

A    Yes, I do.

Q    What is it?

A    It's a crescent wrench.

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer                168

Q    That you discovered?

A    Correct.

Q    From where?

A    Underneath the locker inside the cell.

Q    And is Government's Exhibit 824-A a photograph of Government's Exhibit 824?

A    That's correct.

        **MS. MEYER:**  Your Honor, at this time the Government moves Government's Exhibits 824 and 824-A into evidence.

        **THE COURT:**  Received.

    **(Government's Exhibits Numbers 824; 824-A were received in evidence)**

**BY MS. MEYER:**

Q    Agent Delamora, could you please publish Government's Exhibit 824 for the jury?

    **(Witness complies)**

        Thank you.

        Agent Delamora, could you now take a look at what's been marked for identification as Government's Exhibits 825 and 825-A.

    **(Pause / Witness examines exhibits)**

        Agent Delamora, do you recognize Government's Exhibit 825?

A    Yes, I do.

Q    What is it?

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer                   169

A     It's the same type of a keyhole saw that we had earlier.

Q     And is 825 -- I'm sorry -- did you recover that from underneath the locker?

A     That's correct.

Q     And is Government's Exhibit 825-A a photograph of Government's Exhibit 825?

A     That's correct.

MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibits 825 and 825-A into evidence.

THE COURT:  Received.

**(Government's Exhibits Numbers 825; 825-A were received in evidence)**

**BY MS. MEYER:**

Q     Agent Delamora, could you publish Government's Exhibit 825 for the jury while I publish Government's Exhibit 825-A?

**(Witness complies)**

Thank you.

Agent Delamora, could you please take a look at what's been marked for identification as Government's Exhibits 826 and 826-A.

**(Pause / Witness examines exhibits)**

Do you recognize Government's Exhibit 826?

A     Yes, I do.

Q     What is it?

A     Metal rod with a pointed end.

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          170

Q    About how long?

A    Approximately 12 inches.

Q    Is this one of the items you recovered from under the locker in Cell 518?

A    That's correct.

Q    And is Government's Exhibit 826-A a photograph of Government's Exhibit 826?

A    That's correct.

          MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibits 826 and 826-A into evidence.

          THE COURT:  Received.

     (Government's Exhibits Numbers 826; 826-A were received in evidence)

BY MS. MEYER:

Q    Agent Delamora, could you publish that for the jury?

     (Witness complies)

          Does that look like it's hand made at the bottom?

A    Yes.  Right at the tip right here, (indicating), it looks like it's been fabricated.

Q    Could you now take a look at what's been marked for identification as Government's Exhibits 827 and 827-A.

     (Pause / Witness examines exhibits)

          Agent Delamora, do you recognize Government's Exhibit 827?

A    Yes, I do.

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer                171

Q     What is it?

A     It's a pair of tin snips.

Q     Did you recover those items -- or I'm sorry -- that item from underneath the locker?

A     Yes.  Inside the cell.

Q     And is Government's Exhibit 827 a photograph of -- or 827-A a photograph of Government's Exhibit 827?

A     That's correct.

        **MS. MEYER:**  Your Honor, at this time the Government moves Government's Exhibits 827 and 827-A into evidence.

        **THE COURT:**  Received.

        **(Government's Exhibits Numbers 827; 827-A were received in evidence)**

**BY MS. MEYER:**

Q     And could you publish those for the jury, Agent Delamora?

        **(Witness complies)**

          Now, what are "tin snips"?

A     Tin snips are also used to cut aluminum or metal.

Q     Now, could you take a look at what's been marked for identification as Government's Exhibits 828 and 828-A.

        **(Pause / Witness examines exhibits)**

          Do you recognize that exhibit?

A     Yes, I do.

Q     What is Government's Exhibit 828?

A     They're called "channel lock pliers."

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer            172

Q    And did you recover that from underneath the locker?

A    That's correct.

Q    And is Government's Exhibit 828-A a photograph of those pliers?

A    That's correct.

        MS. MEYER:  At this time, your Honor, the Government moves Government's Exhibits 828 and 828-A into evidence.

        THE COURT:  Received.

        **(Government's Exhibits Numbers 828; 828-A were received in evidence)**

**BY MS. MEYER:**

Q    Agent Delamora, could you publish those pliers for the jury?

        **(Witness complies)**

        Thank you.

        Could you now take a look at what's been marked for identification as Government's Exhibits 829 and 829-A.

        **(Pause / Witness examines exhibits)**

        Do you recognize Government's Exhibit 829?

A    Yes, I do.

Q    What is it?

A    I would call this like a utility knife, box cutter.

Q    Is that one of the items you recovered from underneath the locker?

A    That's correct.

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          173

Q    And is Government's Exhibit 829-A a photograph of Government's Exhibit 829?

A    Yes, it is.

         MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibits 829 and 829-A into evidence.

         THE COURT:  Received.

    **(Government's Exhibits Numbers 829; 829-A were received in evidence)**

**BY MS. MEYER:**

Q    Agent Delamora, could you please publish Government's Exhibit 829 for the jury?

    **(Witness complies)**

         Thank you.

         MS. MEYER:  If Agent Perez can now place before the witness what's been marked for identification as Government's Exhibits 830 and 830-A.

    **(Pause / Counsel confers off the record)**

**BY MS. MEYER:**

Q    Okay.  Take a look now at what's been marked as Government's Exhibit 833 and 833-A.

         THE COURT:  Wait, wait.  What are you doing with 830 and 830-A?

         MS. MEYER:  Your Honor, we'll come back to those.

         THE COURT:  We're going to 833 now?

         MS. MEYER:  Yes, your Honor.  Government's Exhibits

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          174

833 and 833-A.

(Pause)

BY MS. MEYER:

Q    Do you recognize Government's Exhibit 833, Agent Delamora?

A    Yes, I do.

Q    What is it?

A    A pair of channel lock pliers.

Q    And did you recover that from underneath the locker?

A    That's correct.

Q    And is Government's Exhibit 833-A a photograph of Government's Exhibit 833?

A    Yes, it is.

MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibits 833 and 833-A into evidence.

THE COURT:  Received, 833 and 833-A.

**(Government's Exhibits Numbers 833; 833-A were received in evidence)**

BY MS. MEYER:

Q    Agent Delamora, could you please publish for the jury Government's Exhibit 833?

(Witness complies)

Agent Delamora, could you now take a look at what's been marked for identification as Government's Exhibits 834 and 834-A.

(Pause / Witness examines exhibits)

DRAFT COPY

Delamora - Direct / By Ms. Meyer                175

Do you recognize Government's Exhibit 834, Agent Delamora?

A    Yes, I do.

Q    What is it?

A    The same type of channel lock pliers.

Q    Recovered from underneath the locker?

A    That's correct.

Q    And is Government's Exhibit 834-A a photograph of Government's Exhibit 834?

A    That's correct.

        MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibits 834 and 834-A into evidence.

        THE COURT:  Received.

    (Government's Exhibits Numbers 834; 834-A were received in evidence)

BY MS. MEYER:

Q    And at this time if Agent Perez could place before you what's been marked for identification as Government's Exhibits 835 and 835-A.

    (Pause / Exhibits placed before witness)

        Do you recognize Government's Exhibit 835, Agent Delamora?

A    Yes, I do.

Q    What is it?

A    It's a ten-inch crescent wrench.

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          176

Q    Did you recover that from underneath the locker in Cell 518?

A    Yes, I did.

Q    Is Government's Exhibit 835-A a photograph of Government's Exhibit 835?

A    That's correct.

        **MS. MEYER:**  Your Honor, at this time the Government moves Government's Exhibits 835 and 835-A into evidence.

        **THE COURT:**  Received.

        **(Government's Exhibits Numbers 835; 835-A were received in evidence)**

**BY MS. MEYER:**

Q    Agent Delamora, could you please publish Government's Exhibit 835 for the jury?

        **(Witness complies)**

        Now, take a look at what's been marked for identification as Government's Exhibits 836 and 836-A.

        **(Pause / Witness examines exhibits)**

        Do you recognize Government's Exhibit 836, Agent Delamora?

A    Yes, I do.

Q    What is it?

A    It's also a ten-inch crescent wrench.

Q    Taken from underneath the locker?

A    Inside the cell, correct.

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          177

Q    And is Government's Exhibit 836-A a photograph of Government's Exhibit 836?

A    Yes, it is.

         MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibits 836 and 836-A into evidence.

         THE COURT:  Received.

    **(Government's Exhibits Numbers 836; 836-A were received in evidence)**

         MS. MEYER:  Give me one minute, your Honor.

    **(Pause / Counsel confer off the record)**

**BY MS. MEYER:**

Q    Agent Delamora, could you please publish for the jury Government's Exhibit 836?

    **(Witness complies)**

         Thank you.

         Agent Delamora, could you now take a look at what's been marked for identification as Government's Exhibits 837 and 837-A.

    **(Pause / Witness examines exhibits)**

         Do you recognize Government's Exhibit 837, Agent Delamora?

A    Yes, I do.

Q    What is it?

A    They are $9/16^{th}$ wrenches.  There's three of them.

Q    Did you recover those from underneath the locker?

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          178

A     That's correct.

Q     And is Government's Exhibit 837-A a photograph of Government's Exhibit 837?

A     That's correct.

        **MS. MEYER:**  Your Honor, at this time the Government moves Government's Exhibits 837 and 837-A into evidence.

        **THE COURT:**  Received.

        **(Government's Exhibits Numbers 837; 837-A were received in evidence)**

**BY MS. MEYER:**

Q     Agent Delamora, could you now take a look at what's been marked for identification as Government's Exhibits 838 and 838-A.

        **(Pause / Witness examines exhibits)**

        Agent Delamora, do you recognize Government's Exhibit 838?

A     Yes, I do.

Q     What is it?

A     It's black electrical tape.

Q     Did you recover this from underneath the locker?

A     Yes, I did.

Q     And is Government's Exhibit 838-A a photograph of Government's Exhibit 838?

A     That's correct.

        **MS. MEYER:**  Your Honor, at this time the Government

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          179

moves Government's Exhibits 838 and 838-A into evidence.

THE COURT:  Received.

(Government's Exhibits Numbers 838; 838-A were received in
evidence)

BY MS. MEYER:

Q    Agent Delamora, could you just hold 838 up for the jury?

(Witness complies)

Thanks.  Now take a look at Government's Exhibit 839
and 839-A.

(Pause / Witness examines exhibits)

Do you recognize that exhibit?

A    Yes, I do.

Q    What is it?

A    It's also a set of black electrical tape, a roll.

Q    And did you find this underneath the locker?

A    Yes, I did.

Q    And is Government's Exhibit 839-A a photograph of
Government's Exhibit 839?

A    That's correct.

MS. MEYER:  Your Honor, the Government moves
Government's Exhibits 839 and 839-A into evidence.

THE COURT:  Received.

(Government's Exhibits Numbers 839; 839-A were received in
evidence)

//

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          180

BY MS. MEYER:

Q    Agent Delamora, could you please take a look at what's

been marked for identification as Government's Exhibits 840 and

840-A.

**(Pause / Witness examines exhibits)**

Do you recognize that exhibit, Agent Delamora?

A    Yes, I do.

Q    What is it?

A    It's a pair of channel lock pliers.

Q    Recovered from where?

A    Underneath the locker -- no, actually -- yeah, underneath

the locker inside the cell.

Q    Agent Delamora, is Government's Exhibit 840-A a photograph

of those pliers in Exhibit 840?

A    That's correct.

MS. MEYER:  Your Honor, at this time the Government

moves Government's Exhibits 840 and 840-A into evidence.

THE COURT:  Received.

**(Government's Exhibits Numbers 840; 840-A were received in**

**evidence)**

BY MS. MEYER:

Q    Agent Delamora -- oh, sorry.

**(Pause)**

Could you please take a look at what's been marked

for identification as Government's Exhibits 841, 841-A, as well

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          181

if Agent Perez can also place before you 842 and 842-A and 843

and 843-A.

**(Pause / Exhibits placed before witness)**

Agent Delamora, starting with Government's

Exhibit 841, do you recognize that exhibit?

A    Yes, I do.

Q    What is it?

A    They're called "tile blades."

Q    What does that mean?

A    This is, basically, used -- you could bend it or you could

use it straight to, basically, cut through tile.  It's got a

real rough, coarse material kind of like sandpaper.  And it's

used to cut --

Q    Did -- sorry.

A    And it could be used to cut like through tile or drywall,

as well.

Q    Did you find these underneath the locker?

A    That's correct.

Q    And is Government's Exhibit 841-A a photograph of that,

those tile blades?

A    That's correct.

MS. MEYER:  Your Honor, the Government moves

Government's Exhibits 841 and 841-A into evidence.

THE COURT:  Received.

**(Government's Exhibits Numbers 841; 841-A were received in**

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          182

evidence)

MS. MEYER:  And, your Honor, at this time I'm publishing Government's Exhibit 841-A for the jury.

BY MS. MEYER:

Q    Now, Agent Delamora, could you look at Government's Exhibits 842, 842-A and 843 and 843-A together?

**(Pause / Witness examines exhibits)**

Do you recognize Government's Exhibit 842?

A    That's correct, I do.

Q    What is it?

A    It's a glass cutter.

Q    And Government's Exhibit 842-A is a photograph of Government's Exhibit 842?

A    That's correct.

Q    And what's 843?

A    Also a glass cutter.

Q    And is Government's Exhibit 843-A a photograph of Government's Exhibit 843?

A    That's correct.

MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibits 842, 842-A, 843 and 843-A into evidence.

THE COURT:  Received.

**(Government's Exhibits Numbers 842; 842-A; 843; 843-A were received in evidence)**

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          183

**BY MS. MEYER:**

Q    Agent Delamora, could you just publish for the jury -- it's a little small -- but Government's Exhibit 842 while I publish Government's Exhibit 842-A?  And you're publishing, also, 843.

A    Oh, I'm sorry.

Q    Thank you.  No.  Just for the record I just want to know that you are publishing both exhibits.

A    Yes.

Q    Thank you.

**(Pause)**

Now, if you could take a look at what's been marked for identification as Government's Exhibits 844 and 844-A.

**(Pause / Witness examines exhibits)**

Do you recognize that exhibit?

A    Yes.

Q    What is it?

A    A pair of tin snips.

Q    Is Government's Exhibit 844-A a photograph of Government's Exhibit 844?

A    That's correct.

Q    Was this found underneath the locker?

A    That's correct.

**MS. MEYER:**  Your Honor, at this time the Government moves Government's Exhibit 844 into evidence.

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          184

THE COURT:  And 844-A?

MS. MEYER:  Yes.  Thank you.

THE COURT:  Received.

(Government's Exhibits Numbers 844; 844-A were received in evidence)

BY MS. MEYER:

Q    Could you please publish Government's Exhibit 844 for the jury?

(Witness complies)

Thank you.

Now take a look at what's been marked for identification as Government's Exhibit 845 and 845-A.

(Pause / Witness examines exhibits)

Now, Agent Delamora, do you recognize Government's Exhibit 845?

A    Yes, I do.

Q    What is it?

A    It's box cutters/utility knife.

Q    Found underneath the locker?

A    That's correct.

Q    And is Government's Exhibit 845-A a photograph of Government's Exhibit 845?

A    That's correct.

MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibits 845 and 845-A into evidence.

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          185

THE COURT:  Received.

**(Government's Exhibits Numbers 845; 845-A were received in evidence)**

**BY MS. MEYER:**

Q    Could you just publish, hold up 845 for the jury?

**(Witness complies)**

We've seen one of those before, haven't we, Agent Delamora?

A    That's correct.

Q    Now, going back, if Agent Perez could place before you what's been marked for identification as Government's Exhibit 830 and 830-A; and at the same time, if possible, Government's Exhibit 831 and 831-A and 832 and 832-A.

**(Exhibits placed before witness)**

Agent Delamora, taking a look at Government's Exhibit 830, do you recognize that exhibit?

A    Yes, I do.

Q    What is it?

A    It's a screwdriver with a removable head.

Q    Where did you find this item?

A    This was originally found behind the wall, I believe -- no, I'm sorry, I need to take that back.  It was actually found underneath the locker.

Q    And is Government's Exhibit 830-A a photograph of Government's Exhibit 830?

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer          186

A     That's correct.

          MS. MEYER:  Your Honor, at this time the Government moves Government's Exhibit 830 and 830-A into evidence.

          THE COURT:  Exhibits 830, 830-A, 831 and 831-A received.

     **(Government's Exhibits Numbers 830; 830-A; 831; 831-A were received in evidence)**

**BY MS. MEYER:**

Q     Agent Delamora, do you have 831 and 831-A before you, as well?

A     I do.

Q     And what about 832 and 832-A?

A     I do.

Q     And are those also the same type of screwdriver as reflected in 830?

A     That's correct.

          MS. MEYER:  Your Honor, the Government also moves into evidence Government's Exhibits 832 and 832-A.

          THE COURT:  Received.

     **(Government's Exhibits Numbers 832; 832-A were received in evidence)**

**BY MS. MEYER:**

Q     Agent Delamora, could you just hold up those three screwdrivers or one of them?

A     This is one of them right here, (indicating).

**DRAFT COPY**

Delamora - Direct / By Ms. Meyer                187

Q    So it's, basically, three of the same type of screwdriver?

A    That's correct.

Q    Agent Delamora, how long did this search take?

A    Approximately three hours, a little over three hours.

Q    And after all these tools were recovered, what was done
with them?

A    We inventoried them and then we took them down to the
evidence -- what we call our evidence storage room.

Q    After you were finished with the search of Cell 518, did
you report to another cell?

A    That's correct.  I reported to 6 South.  I believe it was
Cell 616.

Q    And when you got up to cell -- oh, well first, let me back
up.

     Where is 616 on 6 South?

A    Well, it's basically right above 5 South, Cell 518.

Q    So it's next to the stairwell?

A    That's correct.  Share the same wall.

Q    In Cell 616 when you arrived, what did you see?

A    The person that called me over there found two hacksaw
blades behind the mirror.  So I was called over there to go
search the cell.

Q    And was the mirror removed when you arrived?

A    Yes, it was.

Q    And what did you see behind the mirror?

**DRAFT COPY**