# GOVERNMENT EXHIBIT 36

ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 0 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO:  CR 02-220(B)-DT |
| Plaintiff, | ) | |
| | ) | CRIMINAL |
| vs. | ) | |
| | ) | Los Angeles, California |
| IOURI MIKHEL, | ) | |
| JURLIUS KADAMOVAS, | ) | Monday, June 12, 2006 |
| PETRO KRYLOV, | ) | (1:42 p.m. to 3:48 p.m.) |
| NATALYA SOLOVYEVA, | ) | |
| | ) | |
| Defendants. | ) | |

**SEE PAGE 2 FOR CALENDARED MOTIONS**

**BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT COURT JUDGE**

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988



DOCKETED ON CM

JUL  3 2006

BY _____ 184

testified.

MR. DUGDALE:  Okay.  What about the case with Mr. Altmanis, for instance, who testifies regarding all the victims and how they died?  I mean the Umansky family frankly is not going to be that concerned about what happened to the other victim family members in this case.  They're concerned obviously, but what interests them the most is what the Court is telling them they can't listen to.  And again, there's been nothing to show that their testimony would be influenced by hearing anything else.  So that's the problem, your Honor.

THE COURT:  Well it's going to be a problem that, you know, that I've got to work with and I think I've laid out the ground rules.

MR. DUGDALE:  Thank you, your Honor.

THE COURT:  All right, the next motion is the Government's Motion to Empanel an Anonymous Jury.

And I think that that is appropriate.  I've read the documentation that has been furnished and I think that we can utilize numbers and those numbers would be how the juror is referred to.  And then once the jury is put into the jury box, it would be Juror Number 1, Juror Number 2, Juror Number 3, all the way through 12, and then Alternate 1, Alternate 2, Alternate 3.

Anybody want to be heard?

MR. DUGDALE:  The Government will submit, your Honor.

Thank you.

THE COURT: All right. The motion then is granted.

The next motion is the Government's Motion to Admit at Trial Three Videotaped Depositions Authorized Pursuant to Federal Rules of Civil Procedure Rule 15. This is where Judge Manella set the ground rules for these depositions.

I'm prepared to grant the Government's motion and set dates for the objections to be ruled upon. Today is the 12th of June and I think we could do this by the 26th of June.

Anybody want to be heard?

MS. DeWITT: No, your Honor. Just could you clarify exactly what procedure you want us to? What we anticipated is that we would have a deadline and they would have a deadline to make any objections to any portions, and then we would meet and confer and then file something with the Court. Is that how you --

THE COURT: That's exactly right. What you would do is you would meet and confer and then those areas in which there were still ongoing disputes, you would highlight those in a transcript given to the Court and I would have you all come into court and I would look at those, allow you to argue those objections, and rule upon them so those would -- they would be done in advance.

MS. DeWITT: Okay. And so if you want the hearing on the 26th, your Honor, when would you like us to submit that so