# GOVERNMENT EXHIBIT 37

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO:  CR 02-220(B)-DT |
| ) Plaintiff, ) | CRIMINAL |
| vs. ) | Los Angeles, California |
| IOURI MIKHEL, ) | |
| JURLIUS KADAMOVAS, ) | Tuesday, July 11, 2006 |
| ) Defendants. ) | (9:22 a.m. to 12:38 p.m.) |

**JURY TRIAL 1ST DAY**

**BEFORE THE HONORABLE DICKRAN TEVRIZIAN,**
**UNITED STATES DISTRICT COURT JUDGE**

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

4

hooked up a closed circuit system to accommodate those jurors, those prospective jurors, that are unable to fit into the courtroom here in the --

MR. LASTING:  Excuse me, your Honor.

THE COURT:  -- Roybal Building.

MR. LASTING:  I hate to interrupt the Court, but apparently we've lost communication here.

THE COURT:  The translator, can you hear now?

THE TRANSLATOR:  Yes.

MR. LASTING:  Thank you, your Honor

THE COURT:  All right.  What I have done is I've hooked up the closed circuit TV.  It is not turned on at this point.  It will be turned on when we have this courtroom filled to capacity, and the overflow is in the jury assembly room. And we will broadcast there.

The purpose of today is to read the Indictment, the Second Superseding Indictment, the operative Indictment to the jury; give them some preliminary instructions; and have them fill out the jury questionnaire.

With regard to scheduling, I have talked to Judge Anderson.  Judge Anderson has indicated to me that his case that Ms. Chahin is engaged in will probably conclude in two, two and a half weeks from today.

So what I'm going to do is after the jury, prospective jury panel, fills out the questionnaire, we will

5

recess until August the 15th.  During that period of time, the U.S. Attorney will make copies of all the jury questionnaires.

There's approximately 330 questionnaires.  Each questionnaire contains 11 pages, and we will make 12 copies of the questionnaire.  Once the copies have been -- there's about 40,000 pages -- all the questionnaires will be brought here into this courtroom.

A set of questionnaires will be given to each defense attorney, as well as each prosecutor.  The Court will keep one. We will use one so that when the jurors are brought back in groups of 24, I can place before the juror the questionnaire that they filled out to make sure and confirm that it is in fact their questionnaire.

I'm going to have each juror write their juror number on each page of the 11-page questionnaire just to make sure that in case any of the pages are misplaced during the photocopying that we can reassemble them in the correct -- with the correct group.  But once the juror questionnaire is verified by the juror, then we will be able to the individual voir dire.

I anticipate that all the individual voir dire will be done and that I will bring the entire jury panel back on September the 5th.  That's the Tuesday after Labor Day.  And we will then commence our jury selection, and we will probably have a jury by the end of that week.  And either by the end of

9

And really --

THE COURT: Well, let me ask you this. The jury questionnaire will be only used during the jury selection.

MR. RUBIN: That's true.

THE COURT: Once the jury selection is done, you know, this trial I estimate is going to take three months.

MR. RUBIN: Yes, sir.

THE COURT: During that period of time, your copy of the jury questionnaire --

MR. RUBIN: Will come back to the Court.

THE COURT: No. You can give it to your expert, your mitigation specialist, and then he looks at it. Then he can return them to you, and then you can return them to the Court.

MR. RUBIN: I was hoping to use the services of the mitigation specialist in selecting the jurors, not for any other purpose after that. Once we get a panel, we get a panel. And we're stuck with it.

THE COURT: Well, you can share yours with him.

MR. RUBIN: Thank you.

THE COURT: Remember you get one, and Mr. Callahan gets one.

MR. RUBIN: Yes, sir. But we all have three different offices in three different parts of the city. And then we will be getting together --

THE COURT: My purpose -- I don't want a lot of these

67

the courtroom.  We will then pass out the jury questionnaire to you.

The same holds true for those jurors seated across the street.  You're going to be given a ten-minute recess.  You come back in, given a copy of the jury questionnaire.  And you'll be asked to fill it out.  You'll have to fill it out in pen, not pencil.

We are not going to be asking for your names.  We're going to ask you to put your jury number on each of the pages of the jury questionnaire.  I'm going to repeat this now several times so that we don't have any questions.

On the front of the questionnaire and on the last page or the last several pages, they ask you for your jury member.  Because this jury questionnaire consists of 11 pages, I want you, down at the bottom of each page, to place your jury number on that questionnaire.  Again, please your jury number on that questionnaire.

Say it all a loud.  Please your jury number on each page of that questionnaire.

**(Prospective Jurors repeating aloud)**

Now, from this point forward, you're not to discuss with any potential juror, anyone, any loved one, any friend, or any family member, anyone, about anything about this case.  If you do, I may have to start the case all over again.  And I don't want to do it.

68

We're going to go through a very stringent jury process in qualifying a fair and impartial jury in this case.

Now, you must not tell anyone what you are doing here in federal court for the next four to six months.  If anyone should inquire, you may tell them only that you are a juror in a federal criminal case and nothing, and I mean nothing, else.

Eventually 12 jurors and eight alternate jurors are going to be selected in this matter to sit in judgment.  You will then be the only ones who hear all the evidence at one time concerning this case.  You will eventually be given a court telephone number in case you have to call the Court for an emergency.

The questionnaire, again, is 11-pages long.  First thing you will do when you receive this questionnaire is to make sure that it consists of 11 pages.  Go through -- and each page is numbered -- but make sure that the photocopy service included 11 pages.

The next thing that you're going to do is that you're going to place your jury number on each page of that jury questionnaire.  If you're juror number, let's say 25, 220, or 175; you put those numbers down.  You'll use your designated number.

I will not be using your name.  You'll be known by a number and not a name throughout this entire trial.  We'll only refer to you by number that you were given when you were in the

**EXCEPTIONAL REPORTING SERVICES, INC**

69

jury room.

I'm going to dispense with reading the questionnaire, because I think it's self explanatory.  It consists of 11 pages.

Is that acceptable by the Government?

**MR. DUGDALE:**  Yes, your Honor.

**THE COURT:**  Mr. Lasting, is that acceptable by you?

**MR. LASTING:**  Yes, it is, your Honor.

**THE COURT:**  Acceptable by you, Mr. Callahan, on behalf of your client?

**MR. CALLAHAN:**  It is, your Honor.

**THE COURT:**  I'm going to tell you briefly what's going to happen so you understand a little bit about what we're doing here.

My staff is going to be set to work after you fill out these questionnaires that we get back from this courtroom, as well as the Jury Commissioner's courtroom.  Next Monday and Tuesday, we're going to start going over these jury questionnaires in your absence.

Each one of these jury questionnaires, as I said, is 11 pages.  There's approximately 285 of you.  And I'm going to make 14 copies of those jury questionnaires.  So that's almost 40,000 pages that we have to re-produce.

So after you fill out the jury questionnaire here today, I'm not going to give you a lunch break.  What I'm going