# GOVERNMENT EXHIBIT 40

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Thursday, August 17, 2006 |
| JURIJUS KADAMOVAS, | ) | (9:03 a.m. to 11:30 a.m.) |
| | ) | (1:36 p.m. to  4:31 p.m.) |
| Defendants. | ) | |

JURY TRIAL (4th DAY)
VOLUME IV

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

THE COURT:  Two:  Because of your attitude toward the death penalty, would you automatically vote to find any special circumstances not true?

PROSPECTIVE JUROR NUMBER 67:  No.

THE COURT:  Question 3:  Because of your attitude toward the death penalty, would you automatically vote to impose life without possibility of release regardless of any penalty phase evidence?

PROSPECTIVE JUROR NUMBER 67:  No.

THE COURT:  Question 4:  Because of your attitude toward the death penalty, would you automatically vote for the imposition of the death penalty regardless of any penalty phase evidence?

PROSPECTIVE JUROR NUMBER 67:  No.

THE COURT:  Now, look at Question Number 18.

PROSPECTIVE JUROR NUMBER 67:  Okay.

THE COURT:  In that question, you indicate that there was a DUI arrest in 1990.  Is that --

PROSPECTIVE JUROR NUMBER 67:  Approximately.

THE COURT:  Was that involving you?

PROSPECTIVE JUROR NUMBER 67:  Yes.

THE COURT:  Anything about that incident that you feel would prejudice you in any way from being a fair and impartial juror, either on behalf of the Prosecution or the Defense?

101

**PROSPECTIVE JUROR NUMBER 67:**  No.

**THE COURT:**  Can you put out of your mind whatever happened there in that incident, in that trial, and decide this case solely on the evidence that you hear in this courtroom and the law as I give it to you?

**PROSPECTIVE JUROR NUMBER 67:**  Yes.

**THE COURT:**  Now, in there you indicated that you decided that you -- that you testified in that trial; is that correct?

**PROSPECTIVE JUROR NUMBER 67:**  In the DUI?

**THE COURT:**  Yes.

**PROSPECTIVE JUROR NUMBER 67:**  If there was a trial did you -- oh.  I admitted guilt.

**THE COURT:**  So there was never a trial?

**PROSPECTIVE JUROR NUMBER 67:**  There wasn't a trial. I'm sorry.  Maybe I misread that.

**THE COURT:**  Okay.

**PROSPECTIVE JUROR NUMBER 67:**  Okay.

**THE COURT:**  So you admitted guilt and did not testify.

**PROSPECTIVE JUROR NUMBER 67:**  That's correct.

**THE COURT:**  All right.  Do you understand that under the American system of justice, the Defendant in a criminal case never has to offer any evidence nor does the Defendant have to testify?

102

**PROSPECTIVE JUROR NUMBER 67:** That's correct. Yeah, I have --

**THE COURT:** Would you -- you're not even allowed when you go back to the jury room to discuss whether or not a Defendant chose not to testify in a trial, because that's a constitutional right.

Do you understand that?

**PROSPECTIVE JUROR NUMBER 67:** Yes, I do.

**THE COURT:** All right. Ms. Meyer?

**MS. MEYER:** Thank you, your Honor. Just briefly.

Good morning, sir.

**PROSPECTIVE JUROR NUMBER 67:** Good morning.

**MS. MEYER:** With respect to your answer to number question -- I'm sorry -- to Question 10, you say you're retired.

**PROSPECTIVE JUROR NUMBER 67:** That's correct.

**MS. MEYER:** Retired from what?

**PROSPECTIVE JUROR NUMBER 67:** I was a technician for SBC, the telephone company.

**MS. MEYER:** Could you please turn to Question 26, which is on Page 6?

**PROSPECTIVE JUROR NUMBER 67:** Okay.

**MS. MEYER:** You wrote there, "Considering the number of murders in this country, the death penalty doesn't seem to deter many," right?

EXCEPTIONAL REPORTING SERVICES, INC

103

PROSPECTIVE JUROR NUMBER 67:  Yes.

MS. MEYER:  Can you tell me what you meant by that?

PROSPECTIVE JUROR NUMBER 67:  That I don't see the death penalty as a deterrent in stopping murders.

MS. MEYER:  Sir, do you either favor or disfavor the death penalty, or are you neutral on the death penalty?

PROSPECTIVE JUROR NUMBER 67:  I'm fairly neutral on it.

MS. MEYER:  So could you consider -- assuming there's a penalty phase in this case and you're picked as a juror, could you consider either life imprisonment or the death penalty as possible punishment?

MR. RUBIN:  Objection, your Honor.  The Court asked this question already.

THE COURT:  No, I'll permit it.

PROSPECTIVE JUROR NUMBER 67:  Would you state the question again?

MS. MEYER:  Assuming we get to a penalty phase in the case because the Court instructed you that there are two phases in the case, a guilt phase and a penalty phase, and assuming that you're selected as a juror, could you consider both the death penalty and life imprisonment as possible punishments depending on the evidence?

PROSPECTIVE JUROR NUMBER 67:  Certainly.

MS. MEYER:  No further questions, your Honor.

104

THE COURT:  Mr. Rubin?

MR. RUBIN:  No questions.

THE COURT:  Mr. Lasting?

MR. LASTING:  Yes.  Thank you, your Honor.

Good morning, sir.

PROSPECTIVE JUROR NUMBER 67:  Good morning.

MR. LASTING:  I just have a couple of questions to ask you.  As a technician for SBC you said?

PROSPECTIVE JUROR NUMBER 67:  Yes, sir.

MR. LASTING:  Did you have anything to do -- and I don't even know if SBC has these -- but with maintaining cellular telephone sites or --

PROSPECTIVE JUROR NUMBER 67:  No.

MR. LASTING:  Do you have any special expertise or knowledge about cell towers or cell sites or how those things operate or work?

PROSPECTIVE JUROR NUMBER 67:  No, I don't.

MR. LASTING:  You mentioned that your father, who's deceased, was a lieutenant with the New York City Police Department?

PROSPECTIVE JUROR NUMBER 67:  That's correct.

MR. LASTING:  Do you know what types of assignments he worked with the New York Police Department?

PROSPECTIVE JUROR NUMBER 67:  Through his career?

MR. LASTING:  Yes, sir.  I guess let me just be more

105

specific.

PROSPECTIVE JUROR NUMBER 67:  Okay.

MR. LASTING:  Did he ever work in investigation of homicides?

PROSPECTIVE JUROR NUMBER 67:  No.  He was never a homicide detective.

MR. LASTING:  And you mentioned that you've got a cousin that's a sergeant with the Los Angeles Police Department.

PROSPECTIVE JUROR NUMBER 67:  That's correct.

MR. LASTING:  Are you close to him?

PROSPECTIVE JUROR NUMBER 67:  Not that -- no.  I don't really -- I haven't spoken to him in at least a year or a year-and-a-half since my father died.

MR. LASTING:  Do you know what his assignment is with the LAPD?

PROSPECTIVE JUROR NUMBER 67:  No, I don't.

MR. LASTING:  Anything about your father's career or your cousin's occupation that would predispose you to favor one side or the other in a criminal case?

PROSPECTIVE JUROR NUMBER 67:  No.

MR. LASTING:  And finally, I just wanted to ask you: You mentioned that you -- after the Judge read the Indictment to all of the jurors, you put in the questionnaire that you had some recollection of what you thought this case was about.

106

**PROSPECTIVE JUROR NUMBER 67:** I thought I remembered a newspaper article about finding people in reservoirs. That's the only connection that came to mind, because it was mentioned, I think, in the Indictment.

**MR. LASTING:** Anything that you read that caused you to form a firm opinion about the situation?

**PROSPECTIVE JUROR NUMBER 67:** No. It's just that those two -- that just kind of popped into my head about the reservoir thing.

**MR. LASTING:** Thank you very much, sir.

**PROSPECTIVE JUROR NUMBER 67:** Okay.

**THE COURT:** All right. Thank you.

**PROSPECTIVE JUROR NUMBER 67:** Thank you.

**THE COURT:** Do not discuss any questions we may have asked or the answers that you gave.

**PROSPECTIVE JUROR NUMBER 67:** Certainly.

**(Prospective Juror Number 67 steps down)**

**THE COURT:** Ms. Meyer?

**MS. MEYER:** Pass for cause, your Honor.

**THE COURT:** Mr. Rubin?

**MR. RUBIN:** No cause, your Honor.

**THE COURT:** Mr. Lasting?

**MR. LASTING:** I pass for cause.

**THE COURT:** All right. That concludes the questions for this morning. We'll return at 1:30.