# GOVERNMENT EXHIBIT 41

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Tuesday, September 5, 2006 |
| JURIJUS KADAMOVAS, | ) | (9:05 a.m. to 12:06 p.m.) |
| | ) | (1:26 p.m. to  4:12 p.m.) |
| Defendants. | ) | |

JURY TRIAL (14TH DAY)
VOLUME XIV

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

17

THE COURT:  Do any of you know the defendants or any of the attorneys in this case?

**(All seated jurors answered negatively)**

THE COURT:  Do any of you know anything about the facts of this case?

**(All seated jurors answered negatively)**

THE COURT:  Are any of you acquainted with anyone in the United States Attorney's office?

**(All seated jurors answered negatively)**

THE COURT:  Are any of you or any member of your immediate family now employed or have ever been employed by the United States government?

**(Seated jurors answered both affirmatively and negatively)**

THE COURT:  All right.  There's a couple of hands. We'll pass the microphone down to you.

We'll start with Juror Number 3 first.  Please state your -- well, Juror Number 3, go ahead.

**PROSPECTIVE JUROR NUMBER 3**:  Husband works for the United States Small Business Administration.

THE COURT:  Anything about your husband's employment that you think would influence your decision at all in this case?

**PROSPECTIVE JUROR NUMBER 3**:  No, sir.

THE COURT:  Can you be a fair and impartial trial juror if you are selected?

18

**PROSPECTIVE JUROR NUMBER 3:**  Yes.

**THE COURT:**  All right.  We also have, I believe it was, Juror Number 5, Number 116?

**PROSPECTIVE JUROR NUMBER 116:**  Number 116.  My father worked for the Department of the Navy, Defense Department, for 25 years.

**THE COURT:**  Anything about that occupation that you feel would influence your decision at all in this case should you be selected as a trial juror?

**PROSPECTIVE JUROR NUMBER 116:**  No.

**THE COURT:**  Will you decide this case solely on the evidence that you hear in this courtroom and the law as I give it to you?

**PROSPECTIVE JUROR NUMBER 116:**  Yes.

**THE COURT:**  Anybody else?  All right.  I see no other affirmative responses.

Okay, you have to raise your hand.

**MS. SPEAKER:**  (***)

**THE COURT:**  Oh, okay.  No, keep it over there.

Are you or any member of your immediate family now employed or have ever been employed as a law enforcement officer?

**(Seated jurors answered both affirmatively and negatively)**

**THE COURT:**  Okay, we have a hand up.  Juror Number 8, 193.

the same standard?  Simply because somebody wears a black robe or a badge doesn't give that person any more credibility, nor does it give that person any less credibility than any other witness that takes the stand and testifies.  Do you all understand and accept that?

        **(All seated jurors answered affirmatively)**

        **THE COURT:**  Have you or any member of your immediate family ever been the victim of the type of offenses charged in this case?

        **(All seated jurors answered negatively)**

        **THE COURT:**  Have you or any member of your immediate family ever been charged with the type of offenses alleged in this case?

        **(All seated jurors answered negatively)**

        **THE COURT:**  Do each and all of you feel that you can give all sides in this case a fair and impartial trial if you are selected?

        **(All seated jurors answered affirmatively)**

        **THE COURT:**  Is there anything about the nature of the charges in this case which causes any of you to have some doubt as to whether you could give all sides in this case a fair and impartial trial?

        **(All seated jurors answered negatively)**

        **THE COURT:**  Do any of you have such strong feelings about the subject matter of the offenses that your judgment

22

might be duly affected?

**(All seated jurors answered negatively)**

THE COURT:  It may appear that one or more of the parties or their witnesses comes from a particular national, racial, or religious group.  Would this fact alone prejudice any of you or affect your judgment?

**(All seated jurors answered negatively)**

THE COURT:  I have some questions on the front board. Let me read them to you because sometimes it's hard to read.

We're going to start with Juror Number 1 and I want you to state your jury number; your county of residence; the years that you lived in that county; the years of schooling completed; your current employment and something about what you do; your marital status; your spouse or your former spouse's current employment outside of the home; if you have any adult children -- and by adult children, I'm talking about children over the age of 18.  If they're going to school, we want to know what their course of study is in college or trade school and if they are employed, what type of work they do.

Also, please tell us about your prior jury experience, whether it was criminal, civil, or both, state or federal, and whether or not you participated in deliberations and whether or not the jury arrived at a verdict.  I don't care which way they voted, just that they arrived at a verdict or they didn't arrive at a verdict.

23

And the last one is any contact with the criminal justice system that you may have had as a defendant, as a witness, a victim, or a suspect.

A lot of these have been covered during our individual voir dire examination, so we just want you to confirm some of this information with us.

So, we'll start with Juror Number 1, who is Juror Number 84.

**PROSPECTIVE JUROR NUMBER 84:**  Yes, my number's 84.

**THE COURT:**  We're going to give you the microphone.

**PROSPECTIVE JUROR NUMBER 84:**  Yes, my number's 84.  I live in L.A. County.  I've been here about 40 years.  I completed two years of college.  I now work for the United States Postal Service, mainly sorting mail.  I am married.  My wife works part-time at the school district.  I have two children, adult children.  My son is going to technical school and working and my daughter is working at a grocery store.  I was on a criminal trial that we did come to a verdict, about two years ago.  And I haven't had any contact with the criminal system other than that.

**THE COURT:**  Have you ever served as a postal inspector or worked in the postal inspector's department?

**PROSPECTIVE JUROR NUMBER 84:**  No.

**THE COURT:**  All right.  Juror Number 2.

**PROSPECTIVE JUROR NUMBER 3:**  Jury Number 3 and I live

32

PROSPECTIVE JUROR NUMBER 101:  No.

THE COURT:  And Juror Number 5, do you know Juror Number 12?

PROSPECTIVE JUROR NUMBER 116:  It's Los Angeles County.  I'm Los Angeles City.

THE COURT:  Okay.  All right.  Let me see counsel at the sidebar.

(Begin bench conference)

THE COURT:  All right.  That concludes my questioning.  Do you have any follow-up questions, Mr. Dugdale, you want me to ask?

MR. DUGDALE:  No, your Honor.

THE COURT:  MS. Chahin, do you have any follow-up questions you want me to ask?

MS. CHAHIN:  No, your Honor.  Thank you.

THE COURT:  Mr. Callahan, do you have any follow-up questions?

MR. CALLAHAN:  I do not, your Honor.

THE COURT:  Okay.  While you're up here, let me ask you.  Who's going to be the lead counsel for each side during this portion of the case?  I mean, Mr. Rubin was during the individual jurors, but I don't know who's doing what here.

MR. RUBIN:  If it's agreeable, what we had all planned was that Mr. Lasting and myself would be alternating the peremptory challenges for the defense and they would (***)

the defense challenges, unless we said otherwise, would be joint.

THE COURT:  Got it.

MR. LASTING:  I have a question, your Honor.

THE COURT:  Yes.

MR. LASTING:  Just in terms of the procedure.  Assume there's a pass.  If the government passes, are you then going to ask, "Does the defense pass?" (***)

THE COURT:  No, I just say -- no, I go to -- collectively.

MR. LASTING:  So each time it's collectively?

THE COURT:  Yes.

MR. LASTING:  Okay.

MR. DUGDALE:  I have one question.  I should have brought this up earlier.  Are there still jurors out of the first 70 or so who did not show up?

THE COURT:  A few.

MR. DUGDALE:  Is it possible at some sidebar in the future, perhaps, that we could get those numbers, because it may influence --

THE COURT:  I don't know whether or not I have any --

MR. DUGDALE:  Intelligence on that?

THE COURT:  (***)

THE CLERK:  Yes, I have.

THE COURT:  Who in the first 70 didn't show up?

34

I think there's just one.

MR. DUGDALE:  Okay.

THE CLERK:  Eighty-eight.

MR. DUGDALE:  Eighty-eight is the only one.

MR. SPEAKER:  (***)

THE COURT:  Juror Number 88.

THE CLERK:  That's correct.

THE COURT:  The slot number is what?

THE CLERK:  Twenty-two.

MR. DUGDALE:  Thank you, your Honor.

THE CLERK:  Your Honor, I have --

MR. RUBIN:  I was wondering if there's something we can do to try to contact that juror?

THE COURT:  They're gone.  They missed out on the questions and answers that the other jurors --

THE CLERK:  Your Honor, I have the complete list of absentees.  Did you wish for me to tell them --?

THE COURT:  At the break.

MR. LASTING:  Can I just ask a question about the scheduling?  It sounded like you said we're going to go straight through.  Is that the case or not?

THE COURT:  No, we'll break at lunch.  We have a lunch break.

MR. LASTING:  That's what I wasn't clear on.

THE COURT:  No, no, no.

35

MR. LASTING:  Thank you.

THE COURT:  Thank you.

**(End of bench conference)**

THE COURT:  All right.  The first peremptory challenge is with the government.

MR. DUGDALE:  Yes, your Honor.  The United States of America would like to thank and excuse Juror Number 30.

THE COURT:  Well, let's do it this way.  Seat number 4.

MR. DUGDALE:  Seat number 4, yes, that's fine.

THE COURT:  When you're excused, go back to the jury department across the street.

All right.  Next juror up is 164.  Juror 164?  We'll pass the microphone down to you.  All right, sir, you were present were you not when the Court asked prospective jurors certain questions concerning their qualifications?

PROSPECTIVE JUROR NUMBER 164:  Yes.

THE COURT:  If those questions were asked of you, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 164:  Yes.

THE COURT:  Do they differ in any material respect?

PROSPECTIVE JUROR NUMBER 164:  No.

THE COURT:  Will you be a fair and impartial trial juror if selected?

PROSPECTIVE JUROR NUMBER 164:  Yes.

THE COURT:  Any comments you want to make to me regarding any of the questions and answers made by the previous jurors here today in court?

PROSPECTIVE JUROR NUMBER 164:  No.

THE COURT:  Please answer the questions on the front board.

PROSPECTIVE JUROR NUMBER 164:  My number is 164.  L. A. County residence for the past five years; completed two years of college; am currently a optician.  I am divorced.  My spouse is a clerk and no adult children and no prior jury experience and no contact with the criminal justice system.

THE COURT:  All right.  The peremptory now is with the defense.

MR. RUBIN:  Thank you, your Honor.  Defense would thank and excuse Juror Number 231 in seat number 7.

THE COURT:  Juror Number 90.

In seat number 7.  Pass the microphone down to --

Were you present when the Court asked prospective jurors certain questions concerning their qualifications?

PROSPECTIVE JUROR NUMBER 90:  Yes.

THE COURT:  If those questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 90:  Same.

THE COURT:  Would they differ in any material

37

respect?

PROSPECTIVE JUROR NUMBER 90:  No.

THE COURT:  Will you be a fair and impartial trial juror if you're selected?

PROSPECTIVE JUROR NUMBER 90:  Yes.

THE COURT:  Any comments you want to make to me regarding any of the questions I asked of the other jurors this morning?

PROSPECTIVE JUROR NUMBER 90:  No.

THE COURT:  Please answer the questions on the front board.

PROSPECTIVE JUROR NUMBER 90:  I did live in Long Beach for 26 years.  I finished high school in Germany.  I been married twice and divorced the same man.  I mostly worked in United States as cashier.  I have daughter that had 4 years of college.  She worked mostly as clerk and she's not employed now.  She has health problems.  I don't have prior jury experience and I don't have any contact to the criminal justice system.

THE COURT:  Now, you say you worked for the United States as a cashier?

PROSPECTIVE JUROR NUMBER 90:  In United States as cashier, yes.

THE COURT:  What department do you work for?

PROSPECTIVE JUROR NUMBER 90:  No, no, nothing (***).

38

THE COURT:  Okay.  You work as a cashier.

PROSPECTIVE JUROR NUMBER 90:  Right.

THE COURT:  I thought you worked for the government. I was trying to find out.

PROSPECTIVE JUROR NUMBER 90:  No.

THE COURT:  Now, your spouse.  Your former spouse. You married the same man twice?

PROSPECTIVE JUROR NUMBER 90:  Right.

THE COURT:  What kind of work did he do?

PROSPECTIVE JUROR NUMBER 90:  He worked for the air industries of California.

THE COURT:  All right.  The peremptory is back with the government.

MR. DUGDALE:  The United States of America would like to thank and excuse Juror Number 112, who's seated in seat 10.

THE COURT:  Number 87.  Eighty-seven.  Who's Juror Number 87?

All right, sir.  You were present were you not when the Court asked prospective jurors certain questions concerning their qualifications?

PROSPECTIVE JUROR NUMBER 87:  Yes.

THE COURT:  If those questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 87:  Yes, they would.

39

THE COURT:  Would they differ in any material respect?

PROSPECTIVE JUROR NUMBER 87:  I do have family that has and currently works for the federal government.

THE COURT:  Which position?

PROSPECTIVE JUROR NUMBER 87:  It's a large family and scattered throughout the government, including CIA and FBI.

THE COURT:  Anything about those positions that your family works in that you feel would influence your decision at all in this matter?

PROSPECTIVE JUROR NUMBER 87:  No.

THE COURT:  Will you be a fair and impartial trial juror?

PROSPECTIVE JUROR NUMBER 87:  Yes.

THE COURT:  Any other comment you want to make to me regarding any other questions I may have asked of the other jurors this morning?

PROSPECTIVE JUROR NUMBER 87:  No.

THE COURT:  All right.  Please answer the questions on the front board.

PROSPECTIVE JUROR NUMBER 87:  Juror Number 87.  I live in Los Angeles County for the last, and have lived here for the last 13 years.  I've completed four years of schooling past high school.  I am currently visual effects supervisor at a computer graphics facility.  My duties are to manage a crew

40

and oversee the quality of work.  I'm not married.  No children.  No prior jury experience and I do have some contact with the criminal justice system from when I was 18 years old.

THE COURT:  And you told us about that --

PROSPECTIVE JUROR NUMBER 87:  I actually did not mention that in the paperwork because I was -- I'm led to believe that they had cleared my record, but not knowing the efficiency of the federal government, I thought maybe it was just best to mention it.

THE COURT:  All right.  Let me see you at sidebar.

PROSPECTIVE JUROR NUMBER 87:  I can -- I'm not --

MR. DUGDALE:  Your Honor, I believe this was in the questionnaire if it's the instance involving a fake ID?

PROSPECTIVE JUROR NUMBER 87:  Oh, I did, then I did do that.  Sorry about that.

THE COURT:  Okay.  Anything else?

PROSPECTIVE JUROR NUMBER 87:  No, sir.

THE COURT:  All right.  The peremptory is with the defense.

MR. LASTING:  Your Honor, we would ask the Court to thank but to excuse Juror Number 101, who I believe is in seat 12.

THE COURT:  101 in seat 12.

Juror Number 2?  Number 2?

PROSPECTIVE JUROR NUMBER 2:  All right.

41

THE COURT:  You were present were you not when the Court asked prospective jurors certain questions concerning their qualifications?

PROSPECTIVE JUROR NUMBER 2:  Yes.

THE COURT:  If those questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 2:  Yes.

THE COURT:  Would they differ in any material respect?

PROSPECTIVE JUROR NUMBER 2:  No.

THE COURT:  Will you be a fair and impartial trial juror if you are selected?

PROSPECTIVE JUROR NUMBER 2:  Yes.

THE COURT:  Any other comments you want to make to me regarding any questions I may have asked of the other jurors this morning?

PROSPECTIVE JUROR NUMBER 2:  No.

THE COURT:  All right, sir.  Please answer the questions on the front board.

PROSPECTIVE JUROR NUMBER 2:  Juror Number 2.  L.A. County resident 28 years; one year of college, I believe; unemployed; single; no children; no experience as a juror; and no contact criminal justice.

THE COURT:  What kind of work do you do?

42

PROSPECTIVE JUROR NUMBER 2:  Unemployed.

THE COURT:  What type did you do?

PROSPECTIVE JUROR NUMBER 2:  Never really worked.  I was a babysitter -- my sister.

THE COURT:  All right.  The next peremptory is with the government.

MR. DUGDALE:  Yes, your Honor, thank you.  The United States would like to thank and excuse Juror Number 2, who's seated in seat number 12.

THE COURT:  All right.  Juror 256?

You were present were you not when the Court asked prospective jurors certain questions concerning their qualifications?

PROSPECTIVE JUROR NUMBER 256:  Yes.

THE COURT:  If those questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 256:  Yes.

THE COURT:  Will you be a fair and impartial trial juror if you are selected in this case?

PROSPECTIVE JUROR NUMBER 256:  Yes.

THE COURT:  Any comments you want to make to me regarding any questions I may have asked of the other jurors?

PROSPECTIVE JUROR NUMBER 256:  No.

THE COURT:  Please answer the questions on the front

43

board.

**PROSPECTIVE JUROR NUMBER 256:**  I'm Juror Number 256. I'm a resident of L.A. County for about 20 years; high school education; currently unemployed, but worked as office duties most of the time; single; one adult child in college, works part-time; no prior jury experience; and no contact with the criminal justice system.

**THE COURT:**  The peremptory is with the defendants.

**MR. RUBIN:**  May I have a moment, your Honor?

**THE COURT:**  Certainly.

**MR. RUBIN:**  Thank you, your Honor.  Defense would thank and excuse Juror Number 11.  It's seat number 11, Juror Number 110.

**THE COURT:**  Juror 172.

You were present when the Court asked certain questions to the prospective jurors this morning?

**PROSPECTIVE JUROR NUMBER 172:**  Yes, sir.

**THE COURT:**  Were you present this morning when the Court asked certain questions of the prospective jurors?

**PROSPECTIVE JUROR NUMBER 172:**  Yes, sir.

**THE COURT:**  If those questions were asked of you on an individual basis, would your answers be substantially the same?

**PROSPECTIVE JUROR NUMBER 172:**  Yes, sir.

**THE COURT:**  Would they differ in any material

44

respect?

Would any of your answers be different from the answers of the majority of the answers given by other jurors today?

**PROSPECTIVE JUROR NUMBER 172:**  No, sir.

**THE COURT:**  Any comments you want to make to me regarding any questions I may have asked of the other jurors?

**PROSPECTIVE JUROR NUMBER 172:**  No, sir.

**THE COURT:**  All right.  Please answer the questions on the front board.

**PROSPECTIVE JUROR NUMBER 172:**  I'm Juror Number 172; live in L.A. County for about 20 years.  I have two years college education.

**THE COURT:**  Your current employment?

**PROSPECTIVE JUROR NUMBER 172:**  Current employment U.S. Postal Service.

**THE COURT:**  What do you do there?

**PROSPECTIVE JUROR NUMBER 172:**  Carrier, sir.

**THE COURT:**  Have you ever served as a postal inspector?

**PROSPECTIVE JUROR NUMBER 172:**  No, sir.

**THE COURT:**  Your marital status?

**PROSPECTIVE JUROR NUMBER 172:**  Married.

**THE COURT:**  Your spouse's current employment outside of the home?

45

PROSPECTIVE JUROR NUMBER 172:  Hospital.

THE COURT:  What?

PROSPECTIVE JUROR NUMBER 172:  In the hospital.

THE COURT:  What type of work in the hospital does she do?

PROSPECTIVE JUROR NUMBER 172:  (***)

THE COURT:  All right.  Do you have any adult children?

PROSPECTIVE JUROR NUMBER 172:  Four of them.  Two get married.

THE COURT:  What type of work do they do?

PROSPECTIVE JUROR NUMBER 172:  They work in the hospital, too.  One is information technology; one is in the medical records; one is in admitting; and the youngest going to college for nursing.

THE COURT:  Have you had any prior jury experience?

PROSPECTIVE JUROR NUMBER 172:  Twice.

THE COURT:  Was it a criminal case or civil case?

PROSPECTIVE JUROR NUMBER 172:  One was a criminal case.  We got a hung jury.  And civil case we got a decision.

THE COURT:  And any contact with the criminal justice system as a defendant, a witness, a victim, or a suspect?

PROSPECTIVE JUROR NUMBER 172:  No, sir.

THE COURT:  All right.  The peremptory is back with the government.

46

MR. DUGDALE:  Thank you, your Honor.  The government would like to thank and excuse Juror Number 164, who's seated in seat 4.

THE COURT:  Juror Number 53.  Fifty-three?  I have a seating chart.  I can't follow along with all these numbers without a seating chart, so you have to sit in the seat that I assign you to.

You were present were you not when the Court asked prospective jurors certain questions concerning their qualifications?

PROSPECTIVE JUROR NUMBER 53:  Yes, sir.

THE COURT:  If those questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 53:  Yes, sir.

THE COURT:  Would they differ in any material respect?

PROSPECTIVE JUROR NUMBER 53:  No, sir.

THE COURT:  Will you be a fair and impartial trial juror if you are selected?

PROSPECTIVE JUROR NUMBER 53:  Yes, sir.

THE COURT:  Any comments you want to make to me regarding any questions I may have asked of the other jurors?

PROSPECTIVE JUROR NUMBER 53:  No, sir.

THE COURT:  Please answer the questions on the front

47

board.

**PROSPECTIVE JUROR NUMBER 53**:  My number is 53.  I've lived in L.A. County all my life.  I've completed two years of college -- AA degree.  My current employment is a licensed vocational nurse.  My marital status is married.  My spouse is a registered nurse.  I have no adult children.  My prior jury experience -- in a civil trial, but I participated in the deliberations with a verdict.  I'm a former employee, a civilian employee, with the Los Angeles Police Department, but that is in my questionnaire.  I was employed as a clerk-typist.

**THE COURT**:  All right.  The peremptory is with the defense.

**MR. RUBIN**:  May I have a moment?

**THE COURT**:  Certainly.

**MR. RUBIN**:  Thank you, your Honor.

**MR. LASTING**:  Your Honor, we'd ask the Court to thank and excuse Juror Number 3, who's in seat 2.

**THE COURT**:  Juror Number 10.

You were present were you not when the Court asked prospective jurors certain questions concerning their qualifications?

**PROSPECTIVE JUROR NUMBER 10**:  Yes.

**THE COURT**:  If the questions were asked of you on an individual basis, would your answers be substantially the same?

**PROSPECTIVE JUROR NUMBER 10**:  Yes.

48

THE COURT:  Would they differ in any material respect?

PROSPECTIVE JUROR NUMBER 10:  No.

THE COURT:  Will you be a fair and impartial trial juror if you are selected?

PROSPECTIVE JUROR NUMBER 10:  Yes.

THE COURT:  Any comments you want to make to me regarding any questions I may have asked of the other jurors?

PROSPECTIVE JUROR NUMBER 10:  No comments.

THE COURT:  Please answer the questions on the front board.

PROSPECTIVE JUROR NUMBER 10:  I'm Juror Number 10. I'm a resident from L.A. County for 25 years.  Completed two years community college.  My current employment is a real estate agent.  I'm married.  I have two children under 18 years old.  My husband is a plumber.  I have no prior experience as a jury duty and I have no contact with the criminal justice system.

THE COURT:  The peremptory is back with the government.

MR. DUGDALE:  Thank you, your Honor.  The government would like to thank and excuse Juror Number 10, who's seated in seat number 2.

THE COURT:  Juror Number 16.

You were present when the Court asked prospective

49

jurors certain questions concerning their qualifications?

**PROSPECTIVE JUROR NUMBER 16:** Yes.

**THE COURT:** If those questions were asked of you on an individual basis, would your answers be substantially the same?

**PROSPECTIVE JUROR NUMBER 16:** Yes.

**THE COURT:** Would they differ in any material respect?

**PROSPECTIVE JUROR NUMBER 16:** No.

**THE COURT:** Will you be a fair and impartial trial juror if you are selected?

**PROSPECTIVE JUROR NUMBER 16:** Yes.

**THE COURT:** Any comments you want to make to me regarding any of the questions I may have asked of the other jurors?

**PROSPECTIVE JUROR NUMBER 16:** The only comment is that my brother is a police officer.

**THE COURT:** For which agency?

**PROSPECTIVE JUROR NUMBER 16:** A state agency in Minnesota.

**THE COURT:** Anything about that position that he occupies that you feel would influence your decision at all in this case?

**PROSPECTIVE JUROR NUMBER 16:** No.

**THE COURT:** All right. Please answer the questions

50

on the front board.

**PROSPECTIVE JUROR NUMBER 16**: Juror Number 16. I live in the Long Beach area -- three years. I graduated from college; currently self-employed; currently live with domestic partner. My domestic partner is a casino administrator. No children. No prior jury experience and no contact.

**THE COURT**: What kind of work do you do as self-employed?

**PROSPECTIVE JUROR NUMBER 16**: In the poker industry.

**THE COURT**: What do you do in the poker industry?

**PROSPECTIVE JUROR NUMBER 16:** Well, currently we make novelty -- poker novelty items, but also televise poker, too.

**THE COURT**: All right. Let me -- I'm sorry. The next peremptory is with defense.

**MR. RUBIN**: Yes, your Honor. May I have a moment?

Thank you, your Honor. Defense would thank and excuse Juror Number 16 that was in seat number 2.

**THE COURT**: Juror Number 88.

**MR. SPEAKER**: Absent.

**MR. SPEAKER**: Not present.

**THE COURT**: I need it from the Clerk.

**THE CLERK**: Absent, your Honor.

**THE COURT**: Juror 115.

You were present when the Court asked prospective jurors certain questions concerning their qualification?

51

**PROSPECTIVE JUROR NUMBER 115:**  Yes.

**THE COURT:**  If those questions were asked of you on an individual basis, would your answers be substantially the same?

**PROSPECTIVE JUROR NUMBER 115:**  Yes.

**THE COURT:**  Would they differ in any material respect?

**PROSPECTIVE JUROR NUMBER 115:**  No.

**THE COURT:**  Will you be a fair and impartial trial juror if you are selected?

**PROSPECTIVE JUROR NUMBER 115:**  Yes.

**THE COURT:**  Any comments you want to make to the Court regarding any questions I may have asked of the other jurors?

**PROSPECTIVE JUROR NUMBER 115:**  No.

**THE COURT:**  Please answer the questions on the front board.

**PROSPECTIVE JUROR NUMBER 115:**  I'm Juror Number 115. I live in Los Angeles County.  I've lived there for -- I just moved back for about two years now.  I am currently a student in school.  I've completed three years.  I am married.  My husband works at USC.  I have no adult children.  I have no prior jury experience and no contact with the criminal justice system.

**THE COURT:**  What is your course of study as a

52

student?

PROSPECTIVE JUROR NUMBER 115: Accounting.

THE COURT: The peremptory is with the government.

MR. DUGDALE: The government would like to thank and excuse Juror Number 172, who is in seat 11.

THE COURT: Juror Number 261.

You were present when the Court asked certain prospective jurors certain questions regarding their qualifications?

PROSPECTIVE JUROR NUMBER 261: Yes, I was.

THE COURT: If the questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 261: Yes.

THE COURT: Would they differ in any material respect?

PROSPECTIVE JUROR NUMBER 261: No.

THE COURT: Will you be a fair and impartial trial juror if you are selected?

PROSPECTIVE JUROR NUMBER 261: Yes.

THE COURT: Any comments you want to make to the Court regarding any questions I may have asked of the other jurors?

PROSPECTIVE JUROR NUMBER 261: No.

THE COURT: Please answer the questions on the front board.

53

**PROSPECTIVE JUROR NUMBER 261:**  Juror Number 261.  A resident of L.A. County for over 50 years; two years of college; currently work for the -- as a secretary for the Department of Children and Family Services, L.A. County; divorced, ex-husband was LAPD detective.  I have two adult children.  One works in the restaurant industry and one is a customer service representative, private industry; and three criminal trial jury experience.  Verdicts were reached in all.  And I have had contact with the criminal justice system.

**THE COURT:**  Did you put that in your jury questionnaire?

**PROSPECTIVE JUROR NUMBER 261:**  I believe so.

**THE COURT:**  Yes.

The peremptory is with the defendants.

**MR. RUBIN:**  May we have a moment?

**THE COURT:**  Certainly.

**MR. LASTING:**  Yes, your Honor.  We'd ask the Court to thank and excuse Juror Number 53, who's in seat 4.

**THE COURT:**  Juror Number 48.

Were you present this morning when the Court asked prospective jurors certain questions concerning their qualifications?

**PROSPECTIVE JUROR NUMBER 48:**  Yes.

**THE COURT:**  If those questions were asked of you on an individual basis, would your answers be substantially the

54

same?

**PROSPECTIVE JUROR NUMBER 48:**  Yes.

**THE COURT:**  Would they differ in any material respect?

**PROSPECTIVE JUROR NUMBER 48:**  No.

**THE COURT:**  Will you be a fair and impartial trial juror?

**PROSPECTIVE JUROR NUMBER 48:**  Yes.

**THE COURT:**  Any comments you want to make to me regarding any questions I may have asked of the other prospective jurors?

**PROSPECTIVE JUROR NUMBER 48:**  No, your Honor.

**THE COURT:**  Please answer the questions on the front board.

**PROSPECTIVE JUROR NUMBER 48:**  Juror Number 48. County residence 35 years -- Los Angeles County, sorry -- years in the county are 35 years; years of schooling, high school; completed -- have a diploma in technical machinery; currently employed:  Retired; married:  Yes; Spouse -- she used to work at Hughes, now she's part-time at Macy's, formerly May Company. We have three kids -- I have three adult kids and three step-kids.  Two of my boys is on the east coast.  The step-kids are here in the Los Angeles County.  Two of them work for Hostess; one has his own business.  Year prior jury experience:  I had two cases with the jury; one was civil and one was criminal.

55

The criminal, we had a conviction.  The civil, it was no conviction.  The jury was dismissed because of a hanged jury. No contact with a criminal case justice systems that I know of.

THE COURT:  You told me you had a degree in -- a technical degree in machinery.  What kind of work did you do prior to your retirement?

PROSPECTIVE JUROR NUMBER 48:  Oh, sorry.  I was a -- I retired from Teamsters Union Local Number 63, former 365.

THE COURT:  All right.  The peremptory is with the government.

MR. DUGDALE:  Thank you, your Honor.  The government would like to thank and excuse Juror Number 115 who's seated in seat number 2.

THE COURT:  Juror Number 4.

Were you present when the Court asked prospective jurors certain questions concerning their qualifications?

PROSPECTIVE JUROR NUMBER 4:  Yes, your Honor.

THE COURT:  If those questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 4:  Yes.

THE COURT:  Would they differ in any material respect?

PROSPECTIVE JUROR NUMBER 4:  No, sir.

THE COURT:  Will you be a fair and impartial trial

56

juror if selected?

PROSPECTIVE JUROR NUMBER 4:  Yes, sir.

THE COURT:  Any comments you want to make to me regarding any questions I may have asked of the other jurors today?

PROSPECTIVE JUROR NUMBER 4:  No.

THE COURT:  Please answer the questions on the front board.

PROSPECTIVE JUROR NUMBER 4:  I'm Juror --

THE COURT:  Try and hold the microphone up.

PROSPECTIVE JUROR NUMBER 4:  Sorry.  I'm number 4.  I've lived in L.A. County all my life.  I'm currently in school now.  I go to Bryan College of Court Reporting.  I'm currently employed as a branch manager for the City of L.A.  I'm currently separated.  My spouse works for City of L.A.  He's an electrical mechanic supervisor for LADWP.  I have two adult children, both in college.  I've been on three criminal cases.  We came to a decision.  And no contact with the criminal justice system.

THE COURT:  Now, how many years have you taken court reporting?

PROSPECTIVE JUROR NUMBER 4:  Since October.

THE COURT:  Since October of last year?

PROSPECTIVE JUROR NUMBER 4:  Yes.

THE COURT:  So you're just -- first year?

57

PROSPECTIVE JUROR NUMBER 4:  Yes.

THE COURT:  Anything about that, the job experience, that you feel would influence your decision at all in this case?

PROSPECTIVE JUROR NUMBER 4:  No.

THE COURT:  All right.  The peremptory is with the defense.

MR. RUBIN:  May I have a moment, your Honor?

Thank you, your Honor.  Defense would thank and excuse Juror Number 4 in seat 2.

THE COURT:  Juror Number 242.

You were present when the Court could ask prospective jurors certain questions concerning their qualifications?

PROSPECTIVE JUROR NUMBER 242:  Yes.

THE COURT:  If those questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 242:  Yes.

THE COURT:  Would they differ in any material respect?

PROSPECTIVE JUROR NUMBER 242:  Yes.

THE COURT:  Tell me.

PROSPECTIVE JUROR NUMBER 242:  I have a brother who is retired law enforcement.

THE COURT:  L.A. County or --

58

PROSPECTIVE JUROR NUMBER 242:  No, it was down in El Centro.

THE COURT:  Anything about that occupation that you feel would influence your decision at all in this case?

PROSPECTIVE JUROR NUMBER 242:  Not at all.

THE COURT:  Will you be a fair and impartial trial juror?

PROSPECTIVE JUROR NUMBER 242:  Yes.

THE COURT:  Any other areas in which your answers would be substantially different?

PROSPECTIVE JUROR NUMBER 242:  No.

THE COURT:  Any other comments you want to make to me regarding any questions I may have asked of the other jurors?

PROSPECTIVE JUROR NUMBER 242:  No.

THE COURT:  Please answer the questions on the front board.

PROSPECTIVE JUROR NUMBER 242:  Okay.  My number is 242.  County of residence, Los Angeles.  I've lived here a total of 57 years -- last time has been a straight 44.  I've gone to trade school.  I am retired at the current time.  Legally separated.  My spouse was a retired produce manager for the food industry.  I have an adult child living in my home who's disabled.  I've had prior jury experience in one criminal trial that we did -- that was completed -- we made a decision on.  And number 10 is yes and I answered that on my

questionnaire.

THE COURT:  What kind of work did you do prior to your retirement?

PROSPECTIVE JUROR NUMBER 242:  Most of the time I was a secretary.  I did work for the food program for the state of California for a short while for children in child care.

THE COURT:  All right.  The peremptory is with the government.

MR. DUGDALE:  Thank you, your Honor.  The government would like to thank and excuse Juror Number 174 who's in seat 3.

THE COURT:  Number 120.  Juror 120.

Were you present when the Court asked prospective jurors certain questions concerning their qualifications?

PROSPECTIVE JUROR NUMBER 120:  Yes.

THE COURT:  If those questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 120:  Yes.

THE COURT:  Would they differ in any material respect?

PROSPECTIVE JUROR NUMBER 120:  No.

THE COURT:  Will you be a fair and impartial trial juror if you are selected?

120 PROSPECTIVE JUROR NUMBER:  Yes.

60

THE COURT:  Any comment you want to make to me regarding any questions I may have asked of the other jurors?

PROSPECTIVE JUROR NUMBER 120:  No.

THE COURT:  Please answer the questions on the front board.

PROSPECTIVE JUROR NUMBER 120:  I'm Juror Number 120. I've lived in the County of Los Angeles for 50 years.  I graduated high school, some technical school; currently employed with the Los Angeles Unified School District as a mechanic; married, spouse works for L.A. Unified -- school nurse; no adult children; criminal:  I've had one criminal court.  We reached a decision.  And one civil.  We reached a decision.  And no contact with the criminal justice system.

THE COURT:  All right.  The peremptory is with the defense.

MR. RUBIN:  Thank you, your Honor.  Defense would thank and excuse Juror Number 48 in seat number 4.

THE COURT:  197.  Juror 197.

Were you present when the Court asked certain questions of prospective jurors?

PROSPECTIVE JUROR NUMBER 197:  Yes, your Honor.

THE COURT:  Anything about those questions that you feel would elicit a different answer from you?

PROSPECTIVE JUROR NUMBER 197:  No.

THE COURT:  Will you be a fair and impartial trial

61

juror if you are selected?

PROSPECTIVE JUROR NUMBER 197:  Yes.

THE COURT:  Any comments you want to make to me regarding any questions I may have asked of the other jurors?

PROSPECTIVE JUROR NUMBER 197:  My oldest boy is a police officer.

THE COURT:  For what agency?

PROSPECTIVE JUROR NUMBER 197:  Kinston, North Carolina.

THE COURT:  Anything about that occupation that you feel would influence your decision at all in this case?

PROSPECTIVE JUROR NUMBER 197:  No.

THE COURT:  Any other areas in which your answers would materially be different from any of the answers given by the prospective jurors in the box?

PROSPECTIVE JUROR NUMBER 197:  No.

THE COURT:  All right.  Answer the questions, sir, on the front board, please.

PROSPECTIVE JUROR NUMBER 197:  I'm juror 197.  I lived in the County of L.A. approximately 55 years; high school education.  I currently work for -- I'm a systems technician for AT&T.  My wife is also a systems technician for AT&T.  I have five grown children and, as I said, my oldest boy is a police officer.  My daughter is a homemaker.  My other son's a welder.  I have one son who's a senior at Pasadena Art Center

62

of Design and I had one just graduate from high school.  And I haven't had any contact with the criminal justice -- oh, I'm sorry, I also forgot, I've served on three juries and they came to a verdict, all three.

THE COURT:  Criminal, civil?

PROSPECTIVE JUROR NUMBER 197:  Criminal.

THE COURT:  All right.  The peremptory is back with the government.

MR. DUGDALE:  Thank you, your Honor.  The government would like to thank and excuse Juror Number 193, who I believe is in seat number 8.

THE COURT:  270.

Were you present when the Court asked prospective jurors certain questions concerning their qualifications?

PROSPECTIVE JUROR NUMBER 270:  Yes.

THE COURT:  If those questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 270:  Yes.

THE COURT:  Would they differ in any material respect?

PROSPECTIVE JUROR NUMBER 270:  No.

THE COURT:  Will you be a fair and impartial trial juror if you are selected?

PROSPECTIVE JUROR NUMBER 270:  Yes.

63

THE COURT:  Any comments you want to make to me regarding any questions I may have asked of the other jurors?

PROSPECTIVE JUROR NUMBER 270:  No.

THE COURT:  Please answer the questions on the front board.

PROSPECTIVE JUROR NUMBER 270:  My number is 2-7-0.  I live in Los Angeles City.  I've been here for about 47 years.  One year of junior college.  I'm retired.  I'm a widow.  My former husband -- my husband was a foundry worker and also a furniture -- worked in a furniture store.  I have one adult child, son, and he's unemployed at the time, at the moment.  I was on one jury trial, civil, and we reached a verdict.  And I haven't had personal contact with the criminal justice system, but family members have.

THE COURT:  And we discussed that and it's on your jury questionnaire.  What kind of work did you do before you retired?

PROSPECTIVE JUROR NUMBER 270:  I worked for the telephone company.

THE COURT:  What did you do there?

PROSPECTIVE JUROR NUMBER 270:  Telephone operator.

THE COURT:  All right.  The peremptory is with the defense.

MR. LASTING:  Your Honor, we'd ask the Court to thank and excuse Juror Number 270 in seat number 8.

64

THE COURT:  The Court thanks and excuses Juror Number 270 seated in seat 8.

Two forty-six.  Juror 246.

Were you present when the Court asked prospective jurors certain questions concerning their qualifications?

PROSPECTIVE JUROR NUMBER 246:  Yes, I was.

THE COURT:  If those questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 246:  Yes.

THE COURT:  Would they differ in any material respect?

PROSPECTIVE JUROR NUMBER 246:  No.

THE COURT:  Will you be a fair and impartial trial juror if selected?

PROSPECTIVE JUROR NUMBER 246:  Yes, sir.

THE COURT:  Do you have any comments that you want to make to the Court regarding any questions that I may have previously asked?

PROSPECTIVE JUROR NUMBER 246:  No, sir.

THE COURT:  Please answer the questions on the front board.

PROSPECTIVE JUROR NUMBER 246:  My number's 246.  I've been a resident of Los Angeles County for about 63 years; a high school graduate.  I'm currently working for a local school

65

district in the clerical field.  I've been widowed almost three years.  My spouse was retired for the last 15 years.  Before that, he just worked many general jobs.  I have two adult children, twin girls, and one is a mother of five and the other one works for another school district, clerical.  I've been on two criminal trials and we reached a jury -- reached a verdict in both of them.  And the contact -- my brother-in-law is a retired small-city police officer.

THE COURT:  All right.  The peremptory is with the government.

MR. DUGDALE:  Yes, your Honor, thank you.  The government would like to thank and excuse Juror Number 90, who is seated in seat number 7.

THE COURT:  Number 36.

Were you present when the Court asked prospective jurors certain questions concerning their qualifications?

PROSPECTIVE JUROR NUMBER 36:  Yes.

THE COURT:  If those questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 36:  Yes.

THE COURT:  Would they differ in any material respect?

PROSPECTIVE JUROR NUMBER 36:  I'm a U.S. government contractor.

66

THE COURT:  What kind of work do you do?

PROSPECTIVE JUROR NUMBER 36:  Aerospace.

THE COURT:  Anything about that position do you think would influence your decision at all in this case?

PROSPECTIVE JUROR NUMBER 36:  No.

THE COURT:  Will you be a fair and impartial trial juror?

PROSPECTIVE JUROR NUMBER 36:  Yes.

THE COURT:  Any other comments you want to make to me regarding any other questions I may have asked?

PROSPECTIVE JUROR NUMBER 36:  No.

THE COURT:  Please answer the questions on the front board.

PROSPECTIVE JUROR NUMBER 36:  I'm Juror Number 36. Lived in Los Angeles County for 50 years; high school education, working on a bachelor's degree.  I work in the aerospace industry as in the propulsion section.  I am married. My spouse tutors college and is a full-time college student.  I have two adult children.  Both have their associate degrees and are both working as electricians and I have no prior jury experience and no contact with the criminal justice system.

THE COURT:  All right.  The peremptory is with the defense.

MR. RUBIN:  Thank you.  May I have a moment?

THE COURT:  Certainly.

67

MR. RUBIN:  Thank you, your Honor.  Defense would thank and excuse Juror Number 246 in seat 8.

THE COURT:  All right.  The next juror will be 241. Where's 241?  All right.  When we come back from lunch -- we're going to break for lunch -- you'll sit in that seat, seat number 8.

All right.  Let's take a lunch break.  We will return at 1:20, 1:20.  You'll return to the courtroom from which you are now presently seated and the Court will give instructions to the other courtroom regarding sending some of them up to this courtroom, as well.  We'll now turn off the cameras.

THE CLERK:  All rise.  Court is in recess for lunch.

**(Prospective jurors exit courtroom)**

MR. LASTING:  Now that we are having the jurors in the courtroom -- without any disrespect to the Court -- but not to ask the parties to rise, because the defendants can't.

THE COURT:  I agree.

MR. LASTING:  And it appears as though they are being disrespectful.

THE COURT:  I don't do it, except in the morning. And once the trial started, I don't do it anymore.  I've got a new clerk and she's not used to it.

**(A recess was taken from 12:06 p.m. to 1:26:19 p.m.)**

THE COURT:  All right.  Let's go on the record outside the presence of the prospective jurors.  Let me

68

indicate all parties and defendants are present.

Anything the government wishes to bring up?

**MR. DUGDALE:**  No, your Honor.  I just want to reaffirm, and I'm sure this is correct, I heard the Court correctly on this.  A pass does not constitute a strike, but just a pass.  It's a strike that you thank, basically.

**THE COURT:**  Right.

**MR. DUGDALE:**  Thank you.

**THE COURT:**  All right.  Let me ask, anything from defendants?

**MR. RUBIN:**  No, your Honor.

**THE COURT:**  Anything from defendant Kadamovas?

**MR. LASTING:**  No, your Honor.

**THE COURT:**  All right.  I'll bring the jury in and once I bring the jury in, we'll go broadcast.

Each side now has used up 10 pre-emptive challenges.

**(Prospective jurors enter courtroom)**

**THE COURT:**  All right.  Let's turn on the video. We're back on the record.  The record will indicate all counsel and parties are present.  There are 12 jurors in the jury box. Let me just quickly take roll:  84, 242, 120, 197, 116, 239, 36, 241, 57, 87, 261, and 256.  All present.

All right.  When we broke for lunch we (***) number 241 to seat number 8.  The question I have of you is, were you present when the Court asked prospective jurors certain

69

questions concerning their qualifications?

PROSPECTIVE JUROR NUMBER 241:  Yes.

THE COURT:  If those questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 241:  Yes.

THE COURT:  Would they differ in any material respect?

PROSPECTIVE JUROR NUMBER 241:  Just a comment.  My husband now serves in the Air Force Reserves.

THE COURT:  All right.  Anything about that occupation that you feel would influence your decision at all in this case?

PROSPECTIVE JUROR NUMBER 241:  No.

THE COURT:  Will you be a fair and impartial trial juror?

PROSPECTIVE JUROR NUMBER 241:  Yes.

THE COURT:  Any other comments you want to make to me regarding any questions I may have asked of the other jurors?

PROSPECTIVE JUROR NUMBER 241:  No.

THE COURT:  All right.  The peremptory is with the government.

MR. DUGDALE:  Yes, your Honor.  The government would thank and excuse Juror Number 241 seated in seat 8.  Thank you.

THE COURT:  The Court thanks and excuses Juror Number

70

241.

Ninety-five.

Good afternoon.  You were present when the Court asked prospective jurors certain questions concerning their qualifications?

**PROSPECTIVE JUROR NUMBER 95:**  Yes.

**THE COURT:**  If those questions were asked of you on an individual basis, would your answers be substantially the same?

**PROSPECTIVE JUROR NUMBER 95:**  Yes, except my ex-wife works for Homeland Security.

**THE COURT:**  All right.  Is there anything about that position that you think would influence your decision should you be selected as a trial juror in this case?

**PROSPECTIVE JUROR NUMBER 95:**  No.

**THE COURT:**  Will you be a fair and impartial trial juror if selected?

**PROSPECTIVE JUROR NUMBER 95:**  Yes.

**THE COURT:**  Any other comments you want to make to me regarding any other areas I may have inquired into?

**PROSPECTIVE JUROR NUMBER 95:**  No.

**THE COURT:**  Please answer the questions on the front board.

**PROSPECTIVE JUROR NUMBER 95:**  My number is 95.  I've lived in Los Angeles County for 36 years.  I have a bachelor's

EXCEPTIONAL REPORTING SERVICES, INC

degree.  I'm currently a tax analyst.  I'm divorced -- I already said, "My ex-wife" -- have three grown children.  One's a public nurse, one is -- works for the city of Carson, the other one is in the mortgage industry.  Prior experience:  I was on a civil case before but it didn't come to trial.  And yes, I've had some contact with the criminal justice system.

THE COURT:  Did you report that in your jury questionnaire?

PROSPECTIVE JUROR NUMBER 95:  I believe so.  I'm sure I did.

THE COURT:  All right.

PROSPECTIVE JUROR NUMBER 5:  Your Honor?  I'm sorry --

THE COURT:  Juror Number 5, 116.

PROSPECTIVE JUROR NUMBER 116:  Could you -- could I ask you to repeat one of the questions that you asked earlier regarding our qualifications for service?

THE COURT:  What kind do you mean?  You'd have to give me a --

PROSPECTIVE JUROR NUMBER 116:  I can't remember the exact wording, something about the weight that we would give testimony from law enforcement officer one way or another?

THE COURT:  All right.  I know the question.  Do any of you have a bias or prejudice in favor of or against law enforcement officers?  That's the first question.

**PROSPECTIVE JUROR NUMBER 116:**  The question at the time, it sounded kind of harsh, and having given it more consideration, in Los Angeles the police have gotten a lot of bad press over the last decade and I feel it may have some way affected my perception.

**THE COURT:**  Has it affected it to such an extent that you could not be a fair and impartial juror?

**PROSPECTIVE JUROR NUMBER 116:**  I don't think so.  I'm reasonable and semi-intelligent, but it's just I had to let you know that it was there.

**THE COURT:**  Well, let me ask you this question.  And this was asked earlier.  Do you feel that the testimony of a law enforcement officer is entitled to either less weight or more weight merely because he or she is a law enforcement officer?

**PROSPECTIVE JUROR NUMBER 116:**  I'd have to say if it was -- and this is why I didn't say -- it's kind of embarrassing.  If it was along the Los Angeles police, I'd have to say that I might tend to give it a little bit less.  If it were of -- if it were very serious.

**THE COURT:**  That's it?

**PROSPECTIVE JUROR NUMBER 116:**  That's it.

**THE COURT:**  Thank you.

Now, the last one concluding question before I go on.  Will you be a fair and impartial trial juror if you are

73

selected?

PROSPECTIVE JUROR NUMBER 116:  Yes.

THE COURT:  All right.  Let's go back to Juror Number 95, who's sitting in slot, or seat, number 8.  I think the question that I asked you was, "Did you put down the incident on the jury questionnaire?"

PROSPECTIVE JUROR NUMBER 95:  Yeah, I believe so.

THE COURT:  All right.  The peremptory, then, is now with the defense.

MR. RUBIN:  Yes, may I have a moment, your Honor?

Thank you, your Honor.  Defense would thank and excuse Juror Number 2, number 242.

THE COURT:  Two forty-two, seat number 2?

MR. RUBIN:  Yes, sir.

THE COURT:  Number 73?

Were you present when the Court asked counsel (sic) questions concerning their qualifications?

PROSPECTIVE JUROR NUMBER 73:  Yes, I was.

If those questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 73:  Yes, except for -- in our last meeting I had a couple of county sheriffs that were -- one's a good close friend and one a family member.

THE COURT:  You brought that out, I believe, at the time.

EXCEPTIONAL REPORTING SERVICES, INC

74

PROSPECTIVE JUROR NUMBER 73:  Yes.

THE COURT:  I'm not covering that now.  I'm covering just what we talked about today.  Any other areas in which your answers would be materially different?

PROSPECTIVE JUROR NUMBER 73:  No.

THE COURT:  Will you be a fair and impartial trial juror?

PROSPECTIVE JUROR NUMBER 73:  Yes.

THE COURT:  Any other comments you want to make to me regarding any other questions I may have asked?

PROSPECTIVE JUROR NUMBER 73:  No.

THE COURT:  All right.  The peremptory is with the government.

THE COURT:  Oh, I'm sorry.  I forgot all about the questions on the front board.

(Laughter)

PROSPECTIVE JUROR NUMBER 73:  We can skip that. Juror Number 73; L.A. County for about 44 years.  I got a year and a half college.  Currently employed with the Department of Water and Power.  I am married one year; spouse is also a employee of Department of Water and Power.  I have three -- two adult children, one adult step-child.  The step-child is -- she's going to college for business.  My children, daughter, is -- she's a dentist assistant and an (***), and my son is in the banking business.  I have prior jury experience.  One trial is

a civil matter where we did reach a verdict.  And I have not had any contact with the criminal justice.

THE COURT:  All right.  Now the peremptory is with the government.

MR. DUGDALE:  Thank you, your Honor.  The government would thank and excuse Juror Number 116.

THE COURT:  Thirty-one.

Were you present when the Court asked prospective jurors certain questions concerning their qualifications today?

PROSPECTIVE JUROR NUMBER 31:  Yes, I was.

THE COURT:  If those questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 31:  Yes.

THE COURT:  Would they differ in any material respect?

PROSPECTIVE JUROR NUMBER 31:  No.

THE COURT:  Will you be fair and impartial if you are selected as a trial juror?

PROSPECTIVE JUROR NUMBER 31:  Yes.

THE COURT:  Any comments you want to make to me regarding any questions I may have asked of the other jurors today?

PROSPECTIVE JUROR NUMBER 31:  No.

THE COURT:  Please answer the questions on the front

board.

PROSPECTIVE JUROR NUMBER 31:  I'm Juror 31; lived in Los Angeles County 30 plus years.  I have a four-year degree in liberal arts.  I've spent over 30 years in civil corporate law firms in administrative duties.  I'm now kind of semi-retired, or hoping to be.  I'm married.  My husband works in telecommunications.  I have one 20-year-old son who's been in junior college but is going to culinary school.  I've been on four or five criminal superior court cases.  It's been quite a long time ago and we did arrive at decisions in those.  And I don't have any contact with the criminal justice system.

THE COURT:  Now, you indicated that you are an administrator for a civil law firm?

PROSPECTIVE JUROR NUMBER 31:  Yes, corporate.

THE COURT:  Corporate law firm?

PROSPECTIVE JUROR NUMBER 31:  Yes.

THE COURT:  All right.  Do you still have a relationship with that firm?

PROSPECTIVE JUROR NUMBER 31:  No, it's out of business.

THE COURT:  All right.  Do you do any research on the Internet regarding legal issues?

PROSPECTIVE JUROR NUMBER 31:  No.

THE COURT:  If I told you that if you do have access to the Internet you're not to look up any legal issues that may

77

or may not be relevant to this case, will you follow that admonition?

PROSPECTIVE JUROR NUMBER 31:  Certainly.

THE COURT:  All right.  The peremptory now passes to the defense.

MR. LASTING:  Your Honor, we'd ask the Court to thank and excuse Juror Number 73 in seat 2.

THE COURT:  Juror Number 73, which is Juror Number 2.

Number 205.

Were you present when the Court asked prospective jurors certain questions concerning their qualifications?

PROSPECTIVE JUROR NUMBER 205:  Yes.

THE COURT:  If the questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 205:  Yes.

THE COURT:  Will you be a fair and impartial trial juror if you are selected?

PROSPECTIVE JUROR NUMBER 205:  Yes.

THE COURT:  Any comment you want to make to me regarding any questions I may have asked of the other jurors today?

PROSPECTIVE JUROR NUMBER 205:  I am a federal employee.

THE COURT:  Anything about that that you feel would influence your decision at all in this case?

78

**PROSPECTIVE JUROR NUMBER 205:** No.

**THE COURT:** Please answer the questions on the front board.

**PROSPECTIVE JUROR NUMBER 205:** I'm number 205. I've been a resident of Ventura County for 20 years. I have a bachelor's of science degree. Current employer: I work for the Department of the Navy as a supervisor engineer. Marital status: I'm married; spouse is an operations analyst for Washington Mutual. I have no children; no prior jury experience; and no contact with the criminal justice system.

**THE COURT:** All right. The peremptory is with the government.

**MR. DUGDALE:** Thank you, your Honor. The United States at this point will pass and would take this jury as presently constituted.

**THE COURT:** Peremptory passes to the defense.

**MR. RUBIN:** May we have a moment?

Thank you, your Honor. Defense would thank and excuse Juror Number 261 in seat 11.

**THE COURT:** The Court thanks and excuses Juror Number 261.

Number 285.

Were you present this morning and this afternoon when the Court asked prospective jurors certain questions concerning their qualifications?

79

PROSPECTIVE JUROR NUMBER 285:  Yes.

THE COURT:  If the questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 285:  Yes.

THE COURT:  Would they differ in any material respect?

PROSPECTIVE JUROR NUMBER 285:  No.

THE COURT:  Will you be a fair and impartial trial juror if you are selected?

PROSPECTIVE JUROR NUMBER 285:  Yes.

THE COURT:  Any comments you want to make to me regarding any questions I may have asked of the other jurors?

PROSPECTIVE JUROR NUMBER 285:  No.

THE COURT:  Please answer the questions on the front board.

PROSPECTIVE JUROR NUMBER 285:  Okay.  Number 285. I've been a resident for 47 years here; two and a half years of college.  Right now I'm employed as -- in a supermarket as a -- one of the managers.  Divorced, I have my spouse -- ex-spouse, is also in the grocery business.  I have two adult children. One moved on the east coast; the other one just graduated. I've had prior jury experience, but was dismissed from the case.  And criminal contact, I've only -- I've had my house broken into once.  That's it.

THE COURT:  Anything about that incident you think

80

would influence your decision at all in this case?

PROSPECTIVE JUROR NUMBER 285:  No.

THE COURT:  And the child that's on the east coast, what does he or she do for a living?

PROSPECTIVE JUROR NUMBER 285:  She just works.

THE COURT:  All right.  The peremptory is with the government.

MR. DUGDALE:  Thanks, your Honor.  The government would thank and excuse Juror Number 285.

MR. RUBIN:  Yes, your Honor, may we approach?

THE COURT:  No (***).

(Pause)

THE COURT:  All right.  Now you may approach.

MR. RUBIN:  Thank you.

(Begin bench conference)

THE COURT:  Why do you want to come up here now?

MR. RUBIN:  I'm making a Batson motion.  This is every --

THE COURT:  Okay.  You made the motion.  Now tell me why you knocked her off?

MR. DUGDALE:  Sure.  Among other reasons, in her questionnaire she indicates her father is in prison on drug charges.  That caused some concern for the government.

THE COURT:  Okay.

MR. DUGDALE:  And I also believe she was lukewarm on

81

the death penalty issue.  In addition, I will note the defense has excused three black jurors themselves.  If they're so concerned about having black jurors, they've been striking them or also replacing a black juror with a Hispanic juror.  This has nothing to do with the color of anybody's skin.  It has totally to do with their attitudes concerning the death penalty and their ability to be a fair juror Court render the verdict that we think is appropriate in this case.

**MR. RUBIN:**  The three black jurors that we kicked, we had to kick because we challenged them for cause and the Court denied it.  Every juror that the government has kicked has been a juror of color, whether it's been black, Hispanic, or Asian.

**MR. DUGDALE:**  Now that is a bald-faced lie.

**MR. RUBIN:**  (***)

**MR. DUGDALE:**  That is a bald-faced lie.

**MR. RUBIN:**  The last juror was a white juror (***)

**THE COURT:**  Okay, let's run.

**MR. DUGDALE:**  Juror Number 90 was a white female --

**THE COURT:**  Okay.  Calm down here.

There's no Batson challenge.

**(End bench conference)**

**THE COURT:**  Two eighteen.

Were you present when the Court asked prospective jurors certain questions concerning their qualifications?

**PROSPECTIVE JUROR NUMBER 218:**  Yes.

THE COURT:  If those questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 218:  Yes.

THE COURT:  Would they differ in any material respect?

PROSPECTIVE JUROR NUMBER 218:  No.

THE COURT:  Will you be a fair and impartial trial juror if you are selected?

PROSPECTIVE JUROR NUMBER 218:  Yes.

THE COURT:  Any comments you want to make to me regarding any questions that I may have asked of the other jurors?

PROSPECTIVE JUROR NUMBER 218:  No.

THE COURT:  All right.  Please answer the questions on the front board.

PROSPECTIVE JUROR NUMBER 218:  I'm Juror 218.  I've been a resident of L.A. County for the last 30 years.  I don't have any college education.  I currently work as an insurance biller for a hospital.  I'm single, no children.  And I do have a criminal case with a jury experience.

THE COURT:  Did you arrive at a jury verdict?

PROSPECTIVE JUROR NUMBER 218:  No.

THE COURT:  Do you ever deliberate?

PROSPECTIVE JUROR NUMBER 218:  No.

83

THE COURT:  And, finally, number 10.

PROSPECTIVE JUROR NUMBER 218:  No prior contact with the criminal justice.

THE COURT:  All right.  The peremptory is with the defense.

MR. RUBIN:  May we have a moment?

THE COURT:  Certainly.

MR. LASTING:  Your Honor, we'd ask to thank and excuse Juror Number 218.

THE COURT:  I'm sorry?

MR. LASTING:  Number 218.

THE COURT:  Two eighteen?

All right.  Number 191.

You were present when the Court asked prospective jurors certain questions concerning their qualifications?

PROSPECTIVE JUROR NUMBER 191:  Yes, sir.

THE COURT:  If the questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 191:  Yes, sir.

THE COURT:  Would they differ in any material respect?

PROSPECTIVE JUROR NUMBER 191:  No, sir.

THE COURT:  Will you be a fair and impartial trial juror if you are selected?

PROSPECTIVE JUROR NUMBER 191:  Yes, sir.

84

THE COURT:  Any comments you want to make to me regarding any questions I may have asked of the other jurors?

PROSPECTIVE JUROR NUMBER 191:  No, sir.

THE COURT:  All right.  Please answer the questions on the front board.

PROSPECTIVE JUROR NUMBER 191:  I'm number 191.  I've lived in Los Angeles County for about 34 years; 16 years of schooling completed.  I'm retired from Lockheed Aircraft; single; no children.  I've been on prior juries for about, I don't know, 45 years or so.  The ones I can remember were mostly criminal, I think.  And I've had no contact with the criminal justice system.

THE COURT:  All right.  The peremptory is with the government.

MR. DUGDALE:  Yes, your Honor.  The government will pass and we will accept this jury as presently constituted.

THE COURT:  Peremptory passes to the defense.

MR. RUBIN:  Yes, thank you, your Honor.  Defense would thank and excuse Juror 191 in seat 11.

THE COURT:  We'll thank and excuse Juror Number 191 in seat 11.

Thirty-four.  Juror 34.

Were you present when the Court asked prospective jurors certain questions regarding their qualifications?

PROSPECTIVE JUROR NUMBER 34:  Yes.

THE COURT:  If those questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 34:  Yes.

THE COURT:  Would they differ in any material respect?

PROSPECTIVE JUROR NUMBER 34:  No.

THE COURT:  Will you be a fair and impartial trial juror if selected?

PROSPECTIVE JUROR NUMBER 34:  Yes.

THE COURT:  Any comments you want to make to me regarding any questions I may have asked of the other jurors?

PROSPECTIVE JUROR NUMBER 34:  No.

THE COURT:  Please answer the questions on the front board.

PROSPECTIVE JUROR NUMBER 34:  I'm Juror Number 34; live in L.A. -- County of L.A. for 29 years.  I've got four year college schooling and not currently employed.  I'm married.  My wife works for L.A. Unified.  We have one daughter.  She works for L.A. Medical Hospital.  I have one criminal jury experience and I don't have any contact with the criminal justice system.

THE COURT:  I missed it.  What was your employment?

PROSPECTIVE JUROR NUMBER 34:  I am unemployed.

THE COURT:  What kind of work did you do?

86

**PROSPECTIVE JUROR NUMBER 34:** I used to work for Minolta Copiers.

**THE COURT:** All right. The peremptory is with the government.

**MR. DUGDALE:** Yes, your Honor. The government would pass and would accept this jury as presently constituted.

**THE COURT:** Peremptory passes to the defense.

**MR. LASTING:** May we have a moment?

Your Honor, we'd ask the Court to thank and excuse Juror Number 34 in seat 11.

**THE COURT:** The Court thanks and excuses Juror 34, seat 11.

Number 142.

**PROSPECTIVE JUROR NUMBER 142:** Good afternoon.

**THE COURT:** Good afternoon. Were you present when the Court asked prospective jurors certain questions concerning their qualifications?

**PROSPECTIVE JUROR NUMBER 142:** Yes, sir.

**THE COURT:** If those questions were asked of you on an individual basis, would your answers be substantially the same?

**PROSPECTIVE JUROR NUMBER 142:** Yes, sir.

**THE COURT:** Would they differ in any material respect?

**PROSPECTIVE JUROR NUMBER 142:** I believe my aunt and

87

uncle work for the state in a job similar to number 5 --

previously the guy was number 5 --

THE COURT:  Inspector of construction?

PROSPECTIVE JUROR NUMBER 142:  Yeah, something like that.  I'm not really sure though.

THE COURT:  All right.  Anything about the fact that your relatives work for the state of California that would influence your decision?

PROSPECTIVE JUROR NUMBER 142:  No, sir.

THE COURT:  Will you be a fair and impartial trial juror?

PROSPECTIVE JUROR NUMBER 142:  Yes, sir.

THE COURT:  Any other comments you want to make to me regarding any other questions?

PROSPECTIVE JUROR NUMBER 142:  No, sir.

THE COURT:  You have to answer out loud.

PROSPECTIVE JUROR NUMBER 142:  No, sir.

THE COURT:  Please answer the questions on the front board.

PROSPECTIVE JUROR NUMBER 142:  I'm Juror Number 142.  I've lived in Santa Barbara County for 24 years.  I have a BA.  I currently work as a legal assistant at a worker's comp law firm.  I'm single.  I do not have any children.  I've no prior jury experience and I do have some contact with the criminal justice system that I did not mention on my questionnaire.

88

THE COURT:  All right.  Let's come forward and to the sidebar.

**(Begin bench conference)**

THE COURT:  When you speak, you have to speak here, okay?  Okay.  Tell me about it.

PROSPECTIVE JUROR NUMBER 142:  Five, six years ago I was charged with possession of alcohol and as well as marijuana and I did make 40 hours of community service.  It's my understanding it never made it on my records at all.  And about the same time I also got a misdemeanor assault charge and I actually -- it wasn't a big deal -- I left the country and I'm not really sure -- I'm sure it got thrown out of court.  It was -- didn't have much factual bearing.

THE COURT:  Was that while you were in college?

PROSPECTIVE JUROR NUMBER 142:  Yes, sir.

THE COURT:  Okay.  Anything about that incident you think would influence your decision to be fair and impartial?

PROSPECTIVE JUROR NUMBER 142:  No, sir.

THE COURT:  Will you be fair and impartial?

PROSPECTIVE JUROR NUMBER 142:  Yes, sir.

THE COURT:  Okay.  Thank you.

**(End bench conference)**

THE COURT:  All right.  The peremptory is with the government.

MR. DUGDALE:  Yes.  The government would thank and

excuse Juror Number 142.

THE COURT:  Thank and excuse Juror Number 142 in slot 11.

Number 67.  Sixty-seven?

Were you present when the Court asked prospective jurors certain questions concerning their qualifications?

PROSPECTIVE JUROR NUMBER 67:  Yes, sir.

THE COURT:  If those questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 67:  Yes, sir.

THE COURT:  Would they differ in any material respect?

PROSPECTIVE JUROR NUMBER 67:  No.

THE COURT:  Will you be a fair and impartial trial juror if selected?

PROSPECTIVE JUROR NUMBER 67:  Yes, sir.

THE COURT:  Any comments you want to make to me regarding any questions I may have asked today?

PROSPECTIVE JUROR NUMBER 67:  My father was a New York City policeman and my cousin is an LAPD policeman.

THE COURT:  Presently?

PROSPECTIVE JUROR NUMBER 67:  Yes.

THE COURT:  Anything about those two occupations that your relatives possess or have had that would influence your

90

decision at all in this case?

PROSPECTIVE JUROR NUMBER 67:  No, sir.

THE COURT:  If I tell you not to talk about your relative -- not to talk to your relative who is the LAPD officer during the course of this trial, will you follow my admonition?

PROSPECTIVE JUROR NUMBER 67:  Yes, sir.

THE COURT:  All right.  Anything else you want to tell me?

PROSPECTIVE JUROR NUMBER 67:  No, sir.

THE COURT:  Please answer the questions on the front board.

PROSPECTIVE JUROR NUMBER 67:  My number is 67; L.A. County, a resident 40 years.  I have a BA.  I'm retired.  I used to work for SBC as an outside technician.  I'm married.  My wife is a dental technician.  You want to know about previous wives?

THE COURT:  Not really, unless they're law enforcement or attorneys.

PROSPECTIVE JUROR NUMBER 67:  No.  I have no children.  I've had prior jury experience on a criminal trial and we reached a decision and I have had contact with the criminal justice system and it's in my paperwork.

THE COURT:  All right.  The peremptory now is with the defense.

EXCEPTIONAL REPORTING SERVICES, INC

91

MR. RUBIN:  Thank you, your Honor.  Defense would thank and excuse Juror Number 120 in seat number 3.

THE COURT:  Court thanks and excuses Juror 120, seat 3.

Two seventeen.

Were you present when the Court asked prospective jurors certain questions concerning their qualifications today?

PROSPECTIVE JUROR NUMBER 217:  Yes.

THE COURT:  If those questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 217:  Yes.

THE COURT:  Would they differ in any material respect?

PROSPECTIVE JUROR NUMBER 217:  No.

THE COURT:  Will you be a fair and impartial trial juror if selected?

PROSPECTIVE JUROR NUMBER 217:  Yes.

THE COURT:  Any comments you want to make to the Court regarding any questions I may have asked today?

PROSPECTIVE JUROR NUMBER 217:  Well, my brother is, or he was, an assistant to a sheriff for a couple of years and in community service.  That was his involvement.

THE COURT:  Anything else?

PROSPECTIVE JUROR NUMBER 217:  No, that's it.

92

THE COURT:  Anything about that position that your brother held that you feel would influence your decision at all in this case?

PROSPECTIVE JUROR NUMBER 217:  No.

THE COURT:  All right.  Please answer the questions on the front board.

PROSPECTIVE JUROR NUMBER 217:  My number is 217.  I reside in Los Angeles, California for about 46 years.  I have one year of college plus secretarial school way back and I've taken quite a few different kinds of classes, one in real estate and several art classes.  I'm having just a little trouble seeing.  I'm sorry.

THE COURT:  I'll help you.  Which --

PROSPECTIVE JUROR NUMBER 217:  Okay.  Oh, I'm retired from the MTA.  I was there almost 24 years.  I worked graveyard shift at the post office for almost seven years.  I'm divorced.  The next question I cannot see.

THE COURT:  Adult children's employment or education.  Do you have any adult children?

PROSPECTIVE JUROR NUMBER 217:  Could I get a little bit closer?

My former spouse was a restaurateur and an artist and was living in the Carmel area and is now in Tennessee.  My daughter -- I have one daughter -- she has a BA in English.  She's teaching ESL students and special education and she's an

artist and a photographer.  And yes, I have had jury experience.  And time has passed a few different years.  There is one that I -- one came to a conclusion and another was settled out of court and the last one that I had I became -- this is something that I did not write down -- I became concerned, sort of humiliated, over what a lawyer did and I put it on a piece of paper and sent it to the judge.  The bailiff took care of it and I met with the judge and the lawyers because a street person was -- a street lady who was all cleaned up and very sober, she was a witness and the lawyer had put, theatrically, a bottle of wine on her desk.  And I felt it was very disrespectable -- disrespective -- of women.  I could have handled it differently -- I did not -- by not saying a thing until later and possibly I would have stayed on the case if I had.  No contact with the criminal justice system.  I have been a victim.  I've been -- somebody broke into my home.  And that's it.

THE COURT:  All right.  The peremptory now is with the government.

MR. DUGDALE:  Thank you, your Honor.  The government would like to thank and excuse Juror Number 217 who's seated in seat 3.

PROSPECTIVE JUROR NUMBER 217:  Thank you.

MR. DUGDALE:  Thank you.

THE COURT:  The Court thanks and excuses Juror 217.

94

Number 202.  Juror 202.

Were you present when the Court asked prospective jurors certain questions concerning their qualifications?

**PROSPECTIVE JUROR NUMBER 202**:  Yes.

**THE COURT**:  If the questions were asked of you on an individual basis, would your answers be substantially the same?

**PROSPECTIVE JUROR NUMBER 202**:  Yes.

**THE COURT**:  Would they differ in any material respect?

**PROSPECTIVE JUROR NUMBER 202**:  No.

**THE COURT**:  Can you be a fair and impartial trial juror?

**PROSPECTIVE JUROR NUMBER 202**:  Yes.

**THE COURT**:  Any comments you want to make to me regarding any questions I may have asked of the other jurors?

**PROSPECTIVE JUROR NUMBER 202**:  No.

**THE COURT**:  Please answer the questions on the front board.

**PROSPECTIVE JUROR NUMBER 202**:  My number's 202.

**THE COURT**:  Could you put your microphone --?

**PROSPECTIVE JUROR NUMBER 202**:  Oh.  My number's 202. I reside in Los Angeles for 32 years; completed high school; worked at UCLA Hospital for 32 years; divorced.  I have a son that works for the Water and Power.

**THE COURT**:  What did your former husband do?

**PROSPECTIVE JUROR NUMBER 202:**  He worked for the county as an engineer in drafting.

**THE COURT:**  And did you have any prior jury experience?

**PROSPECTIVE JUROR NUMBER 202:**  Yes.  A criminal court, no verdict.

**THE COURT:**  And number 10, any contact with the criminal justice system as a defendant, a witness, a victim, or a suspect?

**PROSPECTIVE JUROR NUMBER 202:**  No.

**THE COURT:**  All right.  The peremptory is with the defense.

**MR. LASTING:**  Yes, your Honor.  Thank you.  We'd ask the Court to thank and excuse Juror Number 202 in seat 3.

**THE COURT:**  Thirty-nine.  Juror 39?

You were present when the Court asked prospective jurors questions concerning their qualifications?

**PROSPECTIVE JUROR NUMBER 39:**  Yes I was, your Honor.

**THE COURT:**  All right.  If those questions were asked of you on an individual basis, would your answers be substantially the same?

**PROSPECTIVE JUROR NUMBER 39:**  Yes, your Honor.

**THE COURT:**  Would they differ in any material respect?

**PROSPECTIVE JUROR NUMBER 39:**  No.

96

**THE COURT:**  Will you be a fair and impartial trial juror if you are selected?

**PROSPECTIVE JUROR NUMBER 39:**  Yes, I would.

**THE COURT:**  Any comments you want to make to me regarding any questions I may have asked today?

**PROSPECTIVE JUROR NUMBER 39:**  I can't think of any, no.

**THE COURT:**  Please answer the questions on the front board.

**PROSPECTIVE JUROR NUMBER 39:**  My number is Juror Number 39; a resident of Los Angeles County since 1952 -- I guess that's about 54 years.  Years of school completed: That's hard for me to answer that because I left school when I was 15 years old, but my education began when I quit high school and today --

**THE COURT:**  The school of hard knocks --

**PROSPECTIVE JUROR NUMBER 39:**  I'm a civil engineer but I'm self-educated.  I didn't reside anywhere for any number of years.  And my current employment -- I'm a consulting engineer, but I've got other things that I do, too.  I have a real estate license.  I'm a notary public.  I think that's some kind of an officer of the court also.  Marital status:  I have two spouses deceased.  They were just housewives.  I don't have any adult children at home, but I have one that's a mechanic and one that's a printer.  And prior jury experience:  I think

97

I have about six criminal and two civil and a verdict was reached in each one of them.  I don't have any close contact with anyone in law enforcement or the legal profession.

THE COURT:  All right.  The peremptory is with the government.

MR. DUGDALE:  Yes, your Honor.  The government would pass and will accept this jury as presently constituted.

THE COURT:  Peremptory is with the defense.

MR. RUBIN:  Yes, we need a moment, your Honor.

On behalf of Mr. Mikhel, we would accept the jury as presently constituted, your Honor.

THE COURT:  All right.  Let me see counsel at sidebar.

**(Begin bench conference)**

THE COURT:  All right.  That's a double pass, so you have a jury.  Now, I want to just make sure that we have the same jurors.

If we get the alternates picked today, which I think we will do, I have some instructions that I give them and then I send them home.  Would you like to make your opening statements and put your first witness on tomorrow?

MR. RUBIN:  Perfect, thank you.

THE COURT:  All right.  Here's who I have.  Juror Number 1, I have 84; Juror Number 2, 205; Juror Number 3, 39; Juror Number 4, 197; Juror Number 5, 31; Juror Number 6, 239;

103

MR. LASTING:  But you could do it if the other parties stipulate to it.

MR. DUGDALE:  Well, I'm not going -- I mean, he hasn't raised the issue yet.

THE COURT:  He hasn't raised the issue.  You can't do it that way.  You have to go one at a time.

MR. LASTING:  All right.  Against my better judgment, I'll stipulate.

THE COURT:  Well --

MR. DUGDALE:  (***)

THE COURT:  I know.  He works for the Department of Defense.

(***)

THE COURT:  Well, listen.  We're mixing apples and oranges right now.  We're talking about seat number, I believe it's 9.

You stipulate?  Okay.

**(End bench conference)**

THE COURT:  Number 10.

All right.  It will be stipulated we can thank and excuse you.

One hundred.

Were you present when the Court questioned prospective jurors regarding their qualifications today?

**PROSPECTIVE JUROR NUMBER 100:**  Yes.

104

THE COURT:  If those questions were asked of you, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 100:  Yes.

THE COURT:  Would you be a fair and impartial trial juror if you are selected?

PROSPECTIVE JUROR NUMBER 100:  Yes.

THE COURT:  Any comments you want to make to me regarding any questions that I may have asked of the other jurors?

PROSPECTIVE JUROR NUMBER 100:  No.

THE COURT:  Please answer the questions on the front board.

PROSPECTIVE JUROR NUMBER 100:  Number 100.  I live in the County of Los Angeles.  I've lived there for 52 years.  I have two years of college; current employment is the United States Postal Service.  I'm divorced.  My former spouse works for Firestone Tires.  I have two adult children.  One is married and she's a housewife, or homemaker.  I have another daughter in college.  I have prior jury experience, both civil and criminal.  They both came to deliberation.  And no contact with the criminal justice system.

THE COURT:  Your daughter that's in college, what is her course of study?

PROSPECTIVE JUROR NUMBER 100:  Political science.

THE COURT:  All right.  The peremptory is with the

105

government.

MR. DUGDALE:  Yes, the government would thank and excuse Juror Number 100.

THE COURT:  Two sixteen.

You were present when the Court asked prospective jurors certain questions concerning their qualifications?

PROSPECTIVE JUROR NUMBER 216:  Yes.

THE COURT:  If the questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 216:  Yes.

THE COURT:  Will you be a fair and impartial trial juror if you are selected?

PROSPECTIVE JUROR NUMBER 216:  Yes.

THE COURT:  Any comments you want to make to me regarding any questions I may have asked of the other jurors?

PROSPECTIVE JUROR NUMBER 216:  No.

THE COURT:  Please answer the questions on the front board.

PROSPECTIVE JUROR NUMBER 216:  My number is 216.  I lived in the state of California for 43 years.

THE COURT:  Years of school completed?

PROSPECTIVE JUROR NUMBER 216:  Completed two years of college.  I currently work for child support.  I'm divorced.  I have three children -- one adult -- he's in retail.  No criminal experience as an -- I've served on one traffic --

106

where they made a decision without going to court.

THE COURT:  What kind of work did your former spouse do?

PROSPECTIVE JUROR NUMBER 216:  Metrolink.  Supervisor for Metrolink.

THE COURT:  All right.  The peremptory is with the defense.

MS. CHAHIN:  We need a moment, your Honor.

MR. RUBIN:  Just a moment, your Honor.

MR. LASTING:  Thank you, your Honor.  Your Honor, we'd ask the Court to thank and excuse Juror Number 205 in seat 2.

THE COURT:  Number 206.

Were you present when the Court asked prospective jurors certain questions concerning their qualifications?

PROSPECTIVE JUROR NUMBER 206:  Yes, your Honor.

THE COURT:  If those questions were asked of you on an individual basis, would your answers be substantially the same?

PROSPECTIVE JUROR NUMBER 206:  Yes.

THE COURT:  Will you be fair and impartial if you are selected as a trial juror?

PROSPECTIVE JUROR NUMBER 206:  Yes, your Honor.

THE COURT:  Any comments you want to make regarding any questions I may have asked today to the other jurors?

**PROSPECTIVE JUROR NUMBER 206:**  No, your Honor.

**THE COURT:**  Please answer the questions on the front board.

**PROSPECTIVE JUROR NUMBER 206:**  I'm Juror two zero six.  I have lived in L.A. County for the past 15 years.  I've a bachelor degree.  I'm currently working as a branch manager, loan officer, in the retail banking industry.  I never been married; no children.  I don't have any prior jury experience and I don't have any contact with the criminal justice system.

**THE COURT:**  All right.  The peremptory is with the government.

**MR. DUGDALE:**  Yes, thank you, your Honor.  The government would thank and excuse Juror Number 206.

**THE COURT:**  Two twenty-seven.

Were you present when the Court asked prospective jurors certain questions concerning their qualifications?

**PROSPECTIVE JUROR NUMBER 227:**  Yes, your Honor.

**THE COURT:**  If those questions were asked of you on an individual basis, would your answers be substantially the same?

**PROSPECTIVE JUROR NUMBER 227:**  Yes.

**THE COURT:**  Would they differ in any material respect?

**PROSPECTIVE JUROR NUMBER 227:**  No.

**THE COURT:**  Will you be a fair and impartial trial

108

juror if selected?

PROSPECTIVE JUROR NUMBER 227:  Yes.

THE COURT:  Any comments you want to make to me regarding any questions I may have asked?

PROSPECTIVE JUROR NUMBER 227:  No.

THE COURT:  Please answer the questions on the front board.

PROSPECTIVE JUROR NUMBER 227:  I'm Juror Number 227. I've lived in Ventura County for three years.  I've a high school education and certificate from L.A. Trade Tech, pipefitter apprenticeship.  My girlfriend she's an executive secretary.  I have two adult children -- one's a sales manager at a Ford dealership and the other one is a manager for Target. And I have one prior jury experience, criminal case.  We reached a verdict.  And I have no contact with the criminal system.

THE COURT:  All right.  The peremptory is with the defense.

MR. RUBIN:  Thank you, your Honor.  Defense would accept the panel as presently constituted.

THE COURT:  The peremptory passes to the government.

MR. DUGDALE:  Thank you, your Honor.  The government would thank and excuse Juror Number 216.

THE COURT:  Juror Number 8.

Were you present when the Court questioned certain

109

jurors regarding their qualifications?

**PROSPECTIVE JUROR NUMBER 8:**  Yes.

**THE COURT:**  If those questions were asked of you, would your answers be substantially the same?

**PROSPECTIVE JUROR NUMBER 8:**  Yes.

**THE COURT:**  Would they differ in any material respect?

**PROSPECTIVE JUROR NUMBER 8:**  No.

**THE COURT:**  Will you be fair and impartial if you are selected as a trial juror?

**PROSPECTIVE JUROR NUMBER 8:**  Yes.

**THE COURT:**  Any comments you want to make to me regarding any questions I may have asked of the other jurors?

**PROSPECTIVE JUROR NUMBER 8:**  No.

**THE COURT:**  Please answer the questions on the front board.

**PROSPECTIVE JUROR NUMBER 8:**  I'm Juror Number 8 and a residence of L.A. County for over 50 years.  I have two years of college.  I'm currently a systems administrator, running a network.  Divorced.  I have three children -- a daughter who's a financial manager; a son who's in the film industry; and a son who's a systems administrator senior in college.  Prior jury experience was criminal and civil.  One criminal we reached a verdict.  The other one was a plea bargain.  And I did have a former contact with the criminal justice system.

110

THE COURT:  Did you report that on your jury questionnaire?

PROSPECTIVE JUROR NUMBER 8:  Yes, your Honor.

THE COURT:  What type of work did your ex-spouse do outside the home?

PROSPECTIVE JUROR NUMBER 8:  Film industry.

THE COURT:  All right.  The peremptory is with the defense.

MR. LASTING:  Your Honor, Mr. Kadamovas accepts the jury as constituted.

THE COURT:  How about --

MR. RUBIN:  Oh, yes, your Honor.  We would accept the panel as presently constituted.

THE COURT:  The peremptory passes to the government.

MR. DUGDALE:  May we have a few minutes, your Honor? A few seconds?

THE COURT:  A few seconds.

MR. DUGDALE:  Thank you.

The government would pass and accept the panel as presently constituted.

THE COURT:  All right.  Let me see counsel again at sidebar.  Bring your –

(Begin bench conference)

THE COURT:  All right.  You brought your diagrams up here.  All right.  Juror Number 1 is 84; Juror Number 2 is 227;

Juror Number 3 is 39; Juror Number 4 is 197; Juror Number 5 is 31; Juror Number 6 is 239; Juror Number 7 is 36; Juror Number 8 is 95; Juror 9 is 57; Juror 10 is 8; Juror 11 is 67; and Juror 12 is 256.

Agreed, Mr. Dugdale?

**MR. DUGDALE:** It is, yes.

**THE COURT:** Mr. Lasting?

**MS. CHAHIN:** Yes.

**THE COURT:** Okay. Mr. Callahan.

**MR. CALLAHAN:** Yes.

**THE COURT:** Okay.

**(End bench conference)**

**THE COURT:** All right. The Clerk will swear the jury.

**THE CLERK:** Would you all please rise and raise your right hands?

**(Jury panel sworn)**

**THE COURT:** All right. We're going to pick eight alternate jurors. The order in which the alternate jurors is selected is of importance under the Federal Rules of Criminal Procedure.

All right. Three people will sit in those seats: 192, that's Alternate Juror Number 1; 273, that's Alternate Juror Number 2; 21, Alternate Juror Number 3. There are five additional seats in that newly constructed portion that we put

130

quickly.

Replacing -- **(audio cuts off)** --

**(Per tag notes: "Replacing number 72 with 60 / will be alternate number 8; short break.")**

**(Jurors exit courtroom)**

**(A recess was taken; resume hearing)**

**(Jurors not present)**

**THE COURT:** All counsel and parties are present and we're not being videoed. Anything the government wish to bring up?

**MR. DUGDALE:** No, your Honor. Thank you.

**THE COURT:** Anything defense Mikhel wish to bring up?

**MR. RUBIN:** No, your Honor.

**THE COURT:** Anything defense Kadamovas wish to bring up?

**MR. LASTING:** No, your Honor. Thank you.

**THE COURT:** Okay. Now, once again, for the record. Alternate Juror Number 1 right now is 273; Alternate Juror Number 2 is 21; Alternate Juror Number 3 is 85; Alternate Juror Number 4 is 183; Alternate Juror Number 5 is 79; Alternate Juror Number 6 is 271; Alternate Juror Number 7 is 18; and Alternate Juror Number 8 is 60. And that's the one we're going to question when they come back in.

All right. I'm going to bring the jury in and once the jury comes in, we'll turn on the video and each side now

131

has exercised one peremptory with regard to the alternate

jurors.  There's a total of three each left.

**(Jurors enter courtroom)**

**THE COURT:**  All right.  We'll go on video now.  The

record will indicate all parties, counsel are present, all

jurors in the jury box.  Eight potential alternate jurors are

also present.

All right.  When we broke we had just pulled for

alternate seat number 8, Juror Number 60.

Were you present when the Court asked prospective

jurors certain questions concerning their qualifications?

**PROSPECTIVE ALTERNATE JUROR NUMBER 8:**  Yes, sir.

**THE COURT:**  If those questions were asked of you on

an individual basis, would your answers be substantially the

same?

**PROSPECTIVE ALTERNATE JUROR NUMBER 8:**  Yes, sir.

**THE COURT:**  Would they differ in any material

respect?

**PROSPECTIVE ALTERNATE JUROR NUMBER 8:**  No, sir.

**THE COURT:**  Will you be a fair and impartial trial

juror if selected?

**PROSPECTIVE ALTERNATE JUROR NUMBER 8:**  Yes, sir.

**THE COURT:**  Any comment you want to make regarding

any questions I may have previously asked?

**PROSPECTIVE ALTERNATE JUROR NUMBER 8:**  No.

161

recess.  The courtroom deputy clerk will take the jury into the jury deliberation room to explain the procedure and the process and I'll see you here tomorrow morning promptly at ten minutes 'til nine and I'll take the bench at 9:00 o'clock.

THE CLERK:  Okay, so if everyone will follow me into the jury room.  Please remember where you're sitting.

**(Jurors exit courtroom)**

THE COURT:  Mr. Dugdale?

MR. DUGDALE:  Yes, your Honor.  Just a brief matter. I may have given the Court a misimpression of this on Friday. I discussed an IRS agent had worked on the case and wanted to witness the opening statement.  I was not asking that he sit at counsel table.  We're crowded enough here as it is.  The agent has worked on the case for five years and is interested in seeing it.  The defense counsel have both indicated to me they have no objection to him sitting in the gallery.

THE COURT:  No, I have no problem with that in the gallery, either, but I don't want to load counsel table.

MR. DUGDALE:  Absolutely not, your Honor.

And that's it.  Oh, I'm sorry.  There are two members of the family -- family members -- who'll watch the opening. Both of them actually -- I don't believe we'll call either one of them ultimately as witnesses and they require headsets because they always speak Russian.  I will coordinate that with the clerk, your Honor.