# GOVERNMENT EXHIBIT 45

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Tuesday, February 13, 2007 |
| JURIJUS KADAMOVAS, | ) | ( 8:53 a.m. to 11:15 a.m.) |
| | ) | ( 2:38 p.m. to  3:18 p.m.) |
| Defendants. | ) | |


JURY TRIAL (75th DAY)
(VOLUME LXXV)


BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE


EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

50

allow yourselves to be influenced in any manner by such publicity.

You must also continue to be mindful of my earlier admonitions to avoid reading about the case in the newspapers, watching any news concerning the case on television, or listening to any radio accounts of the case. As stated above, you must limit the information you get about the case to what came to you in the courtroom through the Rules of Evidence.

In your consideration of whether the death penalty is justified, you must not consider the race, color, religious beliefs, national origin, except as it may bear on mitigation, or sex of either the defendants or the victims. You are not to return a sentence of death unless you would return a sentence of death for the crimes in question without regard to race, color, religious beliefs, national origins, or sex of either the defendants or the victims.

To emphasize the importance of this consideration, the Special Verdict Form contains a certification statement. Each Juror should carefully read the statement and sign it in the appropriate place if the statement accurately reflects the manner in which you reached your decision. And when you sign it, you put your Jury Number, not your name.

I have prepared a form entitled 'Special Verdict Form' to assist you during your deliberations. You are required to record your decisions on this form.

51

Section One of the Special Verdict Form contains space to record your findings on the defendant's age.

Section Two contains space to record your findings on the requisite mental state.

Section Three contains space to record your findings on statutory aggravating factors.

Section Four contains space to record your findings on non-statutory aggravating factors.

Section Five contains space to record your findings on mitigating factors.

Section Six contains space to record your determination of each defendant's sentence.

Section Seven is the Juror certification of the manner in which they reached their decision.

You are each required to sign the Special Verdict Form; again, in ink and not pencil, and by placing your Juror Number. And I want to go over these with you, these Special Verdict Forms.

There are two of them. There is one for defendant Mikhel, and there's one for defendant Kadamovas. I've highlighted Mr. Mikhel's in yellow marker, and I've highlighted Mr. Kadamovas's in a pink marker. We'll take defendant Mikhel's first.

Section One: Age of the defendant.

Instructions: Answer 'yes' or 'no'.

52

Do you the Jury unanimously find that the Government has established beyond a reasonable doubt that defendant Iouri Mikhel, the defendant, was 18 years of age or older at the time of the offenses charged in Counts One, Two, Three, and Four of the Second Superseding Indictment?

And there's a place to be filled in either 'yes' or 'no'.

And then instructions:  If you answered 'no' with respect to the determination of this section, then stop your deliberations, cross out Sections Two, Three, Four, Five, and Six of this form and proceed to Section Seven.  Each Juror should then carefully read the statement in Section Seven and sign in the appropriate place if the statement accurately reflects the manner in which you reached your decision.  You should then advise the Court that you have reached a decision.

If you answered 'yes' with respect to the determination in this section, then proceed to Section Two.

Section Two:  Requisite mental state.

Instructions:  For each of the following, answer 'yes' or 'no':

(a)  Do you the Jury unanimously find that the Government has established beyond a reasonable doubt that the defendant intentionally killed the following victim or victims?

Meyer Muscatel, 'yes' or 'no';

Rita Pekler, 'yes' or 'no';

Alexander Umansky, 'yes' or 'no';

George Safiev, 'yes' or 'no';

Nick Kharabadze, 'yes' or 'no'.

If you answered 'yes' to any of the above, you need not answer part (b) of this section and you should proceed to Section Three.

However, if you answered 'no' to all of part (a), go to part (b) of this section.

(b): Do you the Jury unanimously find that the Government has established beyond a reasonable doubt that the defendant intentionally participated in an act contemplating that the life of a person would be taken and/or that lethal force would be used in connection with a person other than one of the partici -

**THE CLERK:** Excuse me, your Honor; one of the Jurors has raised her hand.

**THE COURT:** Yeah.

**(A Juror confers with the Court)**

**THE COURT:** Quick break? All right. We'll come back and go over this again.

**(The Jury exits the Courtroom at 10:19 a.m.)**

**THE COURT:** All right, outside the presence of the Jury.

In the original Jury Instructions, on page 18, line 26, I changed it so it's 'proof than'; to prove something by a

54

preponderance of the evidence is a lesser standard of proof 'than' as opposed to 'that'. So, that should be changed on line 26. Please make that change on page 18.

And also on line (sic)28, on line 1 it reads: 'Person's death was an ordinary, comma, natural, and the probable consequence'. I added the word 'the'. Make the change.

**(Long Pause)**

**THE COURT:** While the Jury is outside, I'm going to ask the security officer not to allow anybody to come in to the courtroom during the reading of the Jury Instructions because it's very distracting. They're very complicated and people shouldn't come and go. In fact, in the state court they lock the doors.

**(Pause)**

**(The Jury enters the Courtroom at 10:25 a.m.)**

**THE COURT:** All right, the record will indicate all Jurors are present; all counsel are present; Mr. Kadamovas is also present.

I left off reading Section Two: Requisite mental state, part (b).

(b) Do you the Jury unanimously find that the Government has established beyond a reasonable doubt that the defendant intentionally participated in an act contemplating that the life of a person would be taken and/or that lethal

55

force would be used in connection with a person other than one of the participants in the offense, and that the following victim or victims died as a direct result of the act?

Meyer Muscatel, 'yes' or 'no';

Rita Pekler, 'yes' or 'no';

Alexander Umansky, 'yes' or 'no';

George Safiev, 'yes' or 'no';

Nick Kharabadze, 'yes' or 'no'.

If you answered 'no' with respect to each of the two determinations in this section for each of the five victims, then stop your deliberations, cross out Sections, Three, Four, Five, and Six of this form, and proceed to Section Seven.

Each Juror should carefully read the statement in Section Seven and sign in the appropriate place if the statement accurately reflects the manner in which you reached a decision.

If you answered 'yes' to one or more of the determinations in this section Two, then proceed to Section Three.

Section Three is entitled:  Statutory aggravating factors.

For each of the following, answer 'yes' or 'no'.

(1)  Do you the Jury unanimously find that the Government has established beyond a reasonable doubt that the victims' deaths or injuries resulting in death occurred during

56

the commission of an offense under 18 United States Code Section 1203; that is, conspiracy to engage in hostage-taking resulting in death or hostage-taking resulting in death?

There's a place to be answered 'yes' or 'no'.

(2)  Do you the Jury unanimously find that the Government has established beyond a reasonable doubt that the defendant procured the commission of the offenses charged in Counts One, Two, Three, and Four by payment and/or the promise of payment of anything of pecuniary value?

There's a place to be answered 'yes' or 'no'.

(3)  Do you the Jury unanimously find that the Government has established beyond a reasonable doubt that the defendant committed the offenses charged in Counts One, Two, Three, and Four of the Second Superseding Indictment after substantial planning and premeditation to cause the death of a person?

A place to be answered 'yes' or 'no'.

(4)  Do you the Jury unanimously find that the Government has proved beyond a reasonable doubt that the defendant killed or attempted to kill more than one person in a single criminal episode?

A place to be answered 'yes' or 'no'.

Instructions:  If you answered 'no' with respect to all of the statutory aggravating factors in this section, then stop your deliberations, cross out Sections Four, Five, and

57

Six, and proceed to Section Seven of this form.

Each Juror should then read the statement in Section Seven and sign in the appropriate place if the statement accurately reflects the manner in which you have reached a decision.  You should then advise the Court that you have reached a decision.

If you found the requisite age in Section One, the requisite mental state in Section Two, and answered 'yes' with respect to one or more of the statutory aggravating factors in this Section Three, then proceed to Section Four.

Section Four is entitled:  Non-statutory aggravating factors.

For each of the following questions, answer 'yes' or 'no' to the five enumerated questions below.  You need not answer 'yes' or 'no' to the lettered statements contained in question number one which merely describe the Government's allegation of how the existence of a non-statutory aggravating factor would be demonstrated.

(1)  Future dangerousness of defendant if confined to a federal prison for the rest of his life without the possibility of release.

Do you the Jury unanimously find that the Government has proved beyond a reasonable doubt that the defendant is likely to commit criminal acts of violence in the future that would constitute a continuing and serious threat to the lives

64

Based upon consideration of whether the aggravating factors found to exist sufficiently outweigh any mitigating factors found to exist, or in the absence of any mitigating factors, whether the aggravating factors are themselves sufficient to justify a sentence of death, and whether death is therefore the appropriate sentence in this case.

(a)  Death Sentence.

We determined by unanimous vote that a sentence of death shall be imposed.

There's a 'yes' or 'no'.

If you answer 'yes', the foreperson must sign here and you must then proceed to Section Seven.

If you answer 'no', the foreperson must sign and you must then proceed to Section Six (b).

(b):  Sentence of life in prison without the possibility of release.

We determined by unanimous vote that a sentence of life imprisonment without the possibility of release shall be imposed.

A 'yes' or 'no'.

If you answer 'yes', the foreperson must sign here and you must then proceed to Section Seven.

Section Seven is a certification.

By signing below, each Juror certifies that consideration of the race, color, religious beliefs, national

**EXCEPTIONAL REPORTING SERVICES, INC**

origin, or sex of the defendants or any victims was not involved in reaching his or her individual decision, and that the individual Juror would have made the same recommendation regarding a sentence for the crimes in question regardless of the race, color, religious beliefs, national origin, or sex of the defendants or the victims.

And there's a place for Juror Number 1 to sign his Juror Number; Juror Number 2 to sign his Juror Number; 3; 4; 5; 6; all the way up through 12.  You sign your Juror Number opposite the seat that you occupy.  Your Juror Seat Number is indicated as Juror Number 1, Juror Number 2, Juror Number 3.

And then there's a place for the foreperson also to sign and date this form for Mr. Mikhel.

All right, the Special Verdict Form for defendant Jurijus Kadamovas.

Section One:  Age of the defendant.

Answer 'yes' or 'no'.

Do you the Jury unanimously find that the Government has established beyond a reasonable doubt that defendant Jurijus Kadamovas, the defendant, was 18 years of age or older at the time of the offenses charged in Counts One, Two, Three, and Four of the Second Superseding Indictment?

A place to be filled in 'yes' or 'no'.

If you answered 'no' with respect to the determination of this Section, then stop your deliberations,

66

cross out Sections Two, Three, Four, Five, and Six of this form, and proceed to Section Seven.

Each Juror should then carefully read the statement in Section Seven and sign in the appropriate place if the statement accurately reflects the manner in which you reached your decision.  You should then advise the Court that you have reached a decision.

If you answered 'yes' with respect to the determination in this Section One, then proceed to Section Two.

Section Two is entitled:  Requisite mental state.

For each of the following, answer 'yes' or 'no'.

(a)  Do you the Jury unanimously find that the Government has established beyond a reasonable doubt that the defendant intentionally killed the following victim or victims?

Meyer Muscatel, 'yes' or 'no';

Rita Pekler, 'yes' or 'no';

Alexander Umansky, 'yes' or 'no';

George Safiev, 'yes' or 'no';

Nick Kharabadze, 'yes' or 'no'.

If you answered 'yes' to any of the above, you need not answer part (b) of this section and you should proceed to Section Three.

However, if you answered 'no' to all of part (a), go to part (b) of this section.

(b)  Do you the Jury unanimously find that the

67

Government has established beyond a reasonable doubt that the defendant intentionally participated in an act contemplating that the life of a person would be taken and/or that lethal force would be used in connection with a person other than one of the participants in the offense, and that the following victim or victims died -- There's a mistake on that.  It said 'victims or victims'.  It should be 'victim or victims'.  I've made the change --as a direct result of the act?

Meyer Muscatel, 'yes' or 'no';

Rita Pekler, 'yes' or 'no';

Alexander Umansky, 'yes' or 'no';

George Safiev, 'yes' or 'no';

Nick Kharabadze, 'yes' or 'no'.

If you answered 'no' with respect to each of the two determinations in this section for each of the five victims, then stop your deliberations, cross out Sections Three, Four, Five, and Six of this form, and proceed to Section Seven.

Each Juror should carefully read the statement in Section Seven and sign in the appropriate place if the statement accurately reflects the manner in which you have reached a decision.

If you answered 'yes' with respect to one or more of the determinations in this Section Two, then proceed to Section Three.

Section Three:  Statutory aggravating factors.

68

For each of the following answer 'yes' or 'no':

(1)  Do you the Jury unanimously find that the Government has established beyond a reasonable doubt that the victims' death or injuries resulting in death occurred during the commission of an offense under 18 United States Code Section 1203, that is, conspiracy to engage in hostage-taking resulting in death or hostage-taking resulting in death?

'Yes' or 'no'.

(2)  Do you the Jury unanimously find that the Government has established beyond a reasonable doubt that the defendants procured the commission of the offenses charged in Counts One, Two, Three, and Four by payment and/or the promise of payment of anything of pecuniary value?

'Yes' or 'no.'

(3)  Do you the Jury unanimously find that the Government has proved beyond a reasonable doubt that the defendants committed the offenses charged in Counts One, Two, Three, and Four of the Second Superseding Indictment after substantial planning and premeditation to cause the death of a person?

Answer 'yes' or 'no.'

(4)  Do you the Jury unanimously find that the Government has proved beyond a reasonable doubt that the defendant killed or attempted to kill more than one person in a single criminal episode?

Answer 'yes' or 'no.'

If you answered 'no' with respect to all of the statutory aggravating factors in this Section Three, then stop your deliberations and cross out Sections Four, Five, and Six and proceed to Section Seven of this form.

Each Juror should then read the statement in Section Seven and sign in the appropriate place if the statement accurately reflects the manner in which you have reached a decision.  You should then advise the Court that you have reached a decision.

If you found the requisite age in Section One, the requisite mental state in Section Two, and answered 'yes' with respect to one or more of the statutory aggravating factors in this Section Three, then proceed to Section Four.

Section Four is entitled:  Non-statutory aggravating factors.

For each of the following questions answer ''yes' or 'no' to the five numbered questions below.  You need not answer 'yes' or 'no' to the lettered statements contained in question one which merely described the Government's allegation of how the existence of a non-statutory aggravating factor would be demonstrated.

(1)  Future dangerousness of defendant if confined to a federal prison for the rest of his life without the possibility of release.

If you answer 'yes', the foreperson must sign here and you must then proceed to Section Seven.

Section Seven is a certification.

By signing below, each Juror certifies that consideration of the race, color, religious beliefs, national origin, except as it may bear on mitigation, or sex of the defendants or any victims was not involved in reaching his or her individual decision, and that the individual Juror would have made the same recommendation regarding a sentence for the crimes in question regardless of the race, color, religious beliefs, national origin, or sex of the defendants or the victims.

And again, Jurors Number 1 through 12, that's the seat that you occupy, and then your Juror Number, and then the foreperson must sign and date this as well.

And when you fill out the Verdict Vorm, again, it must be done in ink, not pencil.

If you want to communicate with me at any time during your deliberations, please write down your message or question and pass the note to the marshal who will bring it to my attention.  I will respond as promptly as possible, either in writing or by having you return to the courtroom so that I can address you orally.  I caution you, however, with any message or question you might send, that you should not tell me the details of your deliberations or how many of you are voting in

92

Zero.

(17)  Iouri Mikhel's family and friends, including the young and elderly, will be adversely affected if he is executed.

Number of Jurors who found this mitigating factor: Zero.

(18)  Iouri Mikhel is the father of a daughter and step-father of a son, both of whom will suffer is he is executed.

Number of Jurors who found this mitigating factor: Zero.

Section Six:  Determination.

Based upon consideration of whether the aggravating factors found to exist sufficiently outweigh any mitigating factors found to exist, or in the absence of any mitigating factors, whether the aggravating factors are themselves sufficient to justify a sentence of death, and whether death is therefore the appropriate sentence in this case.

(a)  Death Sentence.

We determined by unanimous vote that a sentence of death shall be imposed.  Yes.

Signed:  Seat 10, Juror Number 8, dated February 13th, 2007.

Under Section Seven:  Certification.

By signing below, each Juror certifies that

93

consideration of the race, color, religious beliefs, national origin, or sex of the defendants or any victims was not involved in reaching his or her individual decision, and that the individual Juror would have made the same recommendation regarding a sentence for the crimes in question regardless of the race, color, religious beliefs, national origin, or sex of the defendants or the victims.

Seat Number 1, Juror Number 84.

Seat Number 2, Juror Number 227.

Seat Number 3, Juror Number 39.

Seat Number 4, Juror Number 197.

Seat Number 5, Juror Number 31.

Seat Number 6, Juror Number 239.

Seat Number 7, Juror Number 36.

Seat Number 8, Juror Number 95.

Seat Number 9, Juror Number 57.

Seat Number 10, Juror Number 8.

Seat Number 11, Juror Number 67.

Seat Number 12, Juror Number 256.

Signed and dated February 13th, 2007.

Seat 10, Juror 8.

Ladies and gentlemen of the Jury, with regard to the Special Verdict Form for defendant Iouri Mikhel, are these your verdicts, so say you one, so say you all?

**ALL JURORS:** Yes.

EXCEPTIONAL REPORTING SERVICES, INC

94

**THE COURT:**  All right, at this time the Clerk will poll the Jury with regard to the Special Verdict Form for defendant Iouri Mikhel.

**THE CLERK:**  Is this your verdict as presented and read, Juror Number 1?

**THE COURT:**  Seat number 1; let's use Seat Number 1.

**THE CLERK:**  I'm sorry, Seat Number 1?

**SEAT NUMBER 1:**  Yes.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 2?

**SEAT NUMBER 2:**  Yes.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 3?

**SEAT NUMBER 3:**  Yes.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 4?

**SEAT NUMBER 4:**  Yes.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 5?

**SEAT NUMBER 5:**  Yes.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 6?

**SEAT NUMBER 6:**  Yes.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 7?

95

**SEAT NUMBER 7:**  Yes.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 8?

**SEAT NUMBER 8:**  Yes.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 9?

**SEAT NUMBER 9:**  Yes.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 10?

**SEAT NUMBER 10:**  Yes.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 11?

**SEAT NUMBER 11:**  Yes.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 12?

**SEAT NUMBER 12:**  Yes.

**THE COURT:**  All right, with regard to the Special Verdict Form for defendant Iouri Mikhel, the penalty phase, the Clerk is instructed to record and file the Special Verdict Form.

**(The Clerk complies)**

**THE COURT:**  All right, with regard to the Special Verdict Form for defendant Jurijus Kadamovas.

Section One:  Age of the defendant.

Do you the Jury unanimously find that the Government

**EXCEPTIONAL REPORTING SERVICES, INC**

104

Section Six:  Determination.

Based upon consideration of whether the aggravating factors found to exist sufficiently outweigh any mitigating factors found to exist, or in the absence of any mitigating factors, whether the aggravating factors are themselves sufficient to justify a sentence of death, and whether death is therefore the appropriate sentence in this case.

(a)  Death Sentence.

We determined by unanimous vote that a sentence of death shall be imposed.

Answer:  Yes.

Signed, Seat 10, Juror 8, dated February 13, 2007.

Section Seven:  Certification.

By signing below, each Juror certifies that consideration of the race, color, religious beliefs, national origin, except as it may bear on mitigation, or sex of the defendants or any victims was not involved in reaching his or her individual decision, and that the individual Juror would have made the same recommendation regarding a sentence for the crimes in question regardless of the race, color, religious beliefs, national origin, or sex of the defendants or the victims.

Seat Number 1, Juror Number 84.

Seat Number 2, Juror Number 227.

Seat Number 3, Juror Number 39.

105

Seat Number 4, Juror Number 197.

Seat Number 5, Juror Number 31.

Seat Number 6, Juror Number 239.

Seat Number 7, Juror Number 36.

Seat Number 8, Juror Number 95.

Seat Number 9, Juror Number 57.

Seat Number 10, Juror Number 8.

Seat Number 11, Juror Number 67.

Seat Number 12, Juror Number 256.

Signed, Seat 10, Juror 8, dated February 13th, 2007.

With regard to the Special Verdict Form for defendant Jurijus Kadamovas, penalty phase, are these your verdicts, so say you one, so say you all?

**ALL JURORS:**  Yes.

**THE COURT:**  All right, the Clerk will poll the Jury.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 1?

**SEAT NUMBER 1:**  Yes.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 2?

**SEAT NUMBER 2:**  Yes.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 3?

**SEAT NUMBER 3:**  Yes.

**THE CLERK:**  Is this your verdict as presented and

106

read, Seat Number 4?

**SEAT NUMBER 4:**  Yes.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 5?

**SEAT NUMBER 5:**  Yes.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 6?

**SEAT NUMBER 6:**  Yes.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 7?

**SEAT NUMBER 7:**  Yes.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 8?

**SEAT NUMBER 8:**  Yes.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 9?

**SEAT NUMBER 9:**  Yes.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 10?

**SEAT NUMBER 10:**  Yes.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 11?

**SEAT NUMBER 11:**  Yes.

**THE CLERK:**  Is this your verdict as presented and read, Seat Number 12?

107

**SEAT NUMBER 12:** Yes.

**THE CLERK:** Thank you.

**THE COURT:** All right, the Clerk is instructed to record and file the Special Verdict Form for defendant Jurijus Kadamovas with regard to the penalty phase.

**(The Clerk complies)**

**THE COURT:** Now, ladies and gentlemen of the Jury, you are still not discharged.  There is still one additional Count to be decided.  I'm going to bring you back on Tuesday at 9:15 in the Jury room, 9:30 in the courtroom.  The remaining Count is a short count; it should not take more than a day to complete.  Let me read you the Count, it's Count Seven; it was severed until the conclusion of the trial.

It's a violation of 18 United States Code Section 981(a)(1)(C); 21 United States Code Section 853; and 28 United States Code Section 2461(c), commonly referred to as 'Criminal Forfeiture'.

(1)  Pursuant to Title 18, United States Code Section 981(a)(1)(C); Title 21, United States Code Section 853; and Title 28, United States Code Section 2461(c), each defendant who is convicted of the offenses set forth in Counts One through Four of this Indictment shall forfeit to the United States the following property:

(a)  All right, title, and interest in any and all property, real or personal, which constitutes or is derived