# GOVERNMENT EXHIBIT 46

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


# DRAFT COPY


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Thursday, November 16, 2006 |
| JURIJUS KADAMOVAS, | ) | (9:34 a.m. to 11:56 a.m.) |
| | ) | (1:43 p.m. to  4:02 p.m.) |
| Defendants. | ) | |


JURY TRIAL (43rd DAY)
(VOLUME XLIII)


BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE


EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

74

**THE COURT:** Let's take our recess.  I want Juror number 57 to remain.

**(Jury exits at 10:48 a.m.)**

**(Pause)**

**(Outside the Presence of the Jury)**

**THE COURT:** All right.  Outside the presence of the jury.  The record will indicate that all counsel and parties are present.  Juror number 57 is in the courtroom.

**THE COURT:** I received your latest notes, sir.

Let me read it to the counsel so they understand what it says.

"Your Honor, yesterday you told me everything was fine. But last night I got a call from my superintendent saying they cannot pay me for jury service, that they have an agreement you", meaning myself, "to have me work on the days that I don't serve jury duty.  But those days are my free days for my family.  I understand that.  But still it is a hardship to me if I have no other choice.  I'll do whatever it takes.  Is this final, or are you aware of what the company is doing or what their final decisions are?  As far as I know, they are not paying me for being here."

**THE COURT:** All right.  That is correct.

They have told me that their policy is three weeks' pay.  They paid you for an extra one week, I think, up to 30 days.  We pay you $50.  So the difference between whatever we

75

pay you and they pay you is what they are obligated to pay you by law.

Yesterday, when I received the notes, it was that you wanted to go to work in the evening.  They also told me that you operate heavy machinery, and they felt that it was going to cause a problem with safety if you were to come here for jury duty and then go to work at night, because it could cause an accident.  I agreed with them.

I did explain to them my situation of having you remain on the jury.  They agreed to allow you to remain.

They will not pay you any more, except they will permit you to work on the days that you are not serving on jury, which would be Mondays, and then this week will be Friday and all of next week, and any time that we're off.  But that's the best I can do.

You have to, I guess, work on weekends.  They said that they would allow you to work on weekends.  They indicated to me that they may give you double time or whatever arrangements that you have with them, that you are a good employee.  But that's the best I can do.

We all have hardships here.  I don't have a hardship. I get a Government pension.  But, basically, I'm retired, but I still continue to work.  I could go out and play golf every day, but I come in and work for the Government for free.

That's the best I can do.

DRAFT COPY

Bennett - Direct / By Ms. Meyer          208

Bayshore Bank & Trust in Bridgetown, Barbados?

A    Yes.

Q    And is there an address reflected on this document for Wilsoni Financiers Corporation?

A    There is.  It's part of the letterhead for Wilsoni.  There is a 3940 Laurel Canyon Boulevard, Suite #112, Studio City, California, 91604.

Q    Now, is that similar to the address to George Cont as reflected on Government's Exhibit 450 on the right hand side of the screen?

A    Yes, it is.  The street address and suite number are the same.  The 'California' is the same, and then there appears to be a digit missing in the zip code, and then 'Studio' in one, 'Studio City' in the other.

          MS. MEYER:  Your Honor, I have no further questions for this witness.

          THE COURT:  All right.  Let me ask Mr. Callahan.  How long do you think you'll be?

          MR. CALLAHAN  I have no questions of him.

          THE COURT:  Mr. Lasting, how long will you be?

          MR. LASTING:  I don't have any questions either, Judge.

          THE COURT:  All right.  Then we'll break now.

          Before we go, though, let me advise the jury we're going to be returning on Tuesday, November the 28th, at 9:15 in

**DRAFT COPY**