# GOVERNMENT

# EXHIBIT 47

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# DRAFT COPY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Thursday, February 1, 2007 |
| JURIJUS KADAMOVAS, | ) | ( 9:21 a.m. to 11:38 a.m.) |
| | ) | (12:50 p.m. to  4:04 p.m.) |
| Defendants. | ) | |

JURY TRIAL (70th DAY)
(VOLUME LXX)

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

8

everyone needs to be here.

THE COURT:  Yeah.  Let everybody come in now.

THE CLERK:  Oh, Mr. Kadamovas we need too.

THE COURT:  He's coming out.  They're bringing him up.

(Pause)

(Off the record discussion)

All right.  Outside the presence of the jury, the record will indicate all counsel are present.

THE CLERK:  Mr. Kadamovas is not here.

THE COURT:  Mr. Kadamovas is being brought up.

(Pause)

All right.  Mr. Kadamovas has arrived.

(Pause)

All right.  Mr. Kadamovas is here.  And all counsel are present outside the presence of the jury.

Mr. Rubin, you have something you wish to bring up?

MR. RUBIN:  Yes, your Honor.

Yesterday, late afternoon, after we left court, Ms. Jackson, Mr. Felippiack (phonetic), and myself went over to the New Otani Hotel, because that is where our expert, Dr. Alana, the sociologist from Russia, is staying.  And she arrived yesterday afternoon while we were still in court, and we were going to have a meeting with her last night.

We arrived at the hotel, it was around five o'clock.

DRAFT COPY

We went -- because the hotel restaurants didn't open until 5:30, we went into the bar area of the hotel.  For the Court, we all had soft drinks.

We sat down at a table in the corner of the bar area. There were a few people in there, but it wasn't very crowded. And we started talking about the testimony that we had received yesterday in court.

As we were talking, we heard a whistle.  And when we looked up, sitting at the bar about, I would say, 10 to 15 feet with us was the gentleman, who I believe is in Juror Seat Number 11.  He looked at us.  And he was sitting with his back to the door; so there was no way we could have seen him when we walked in.

He looked at us and said, "Just give me five minutes."  We didn't say another word.  He finished whatever he was doing, and he walked out.

I don't know if he heard anything about what we were talking about or not.  I'm not aware that any of the jurors are in fact staying at the New Otani.  We were not told that anyone is being housed anywhere; so there was no way out of knowing. If I had been informed, I would have put a witness somewhere else.

But anyway, this happened yesterday afternoon.  And I --

**THE COURT:**  Well, I'll find out from -- you think

10

it's -- point to the seat that you're talking about.

MR. RUBIN:  I think it's the gentleman who's in this seat right here, who keeps his glasses up on his head.  I think it's this gentleman right here.

THE CLERK:  The second one?

MR. RUBIN:  Yes.

THE CLERK:  So the second seat in here?

MR. RUBIN:  I think so, yes.

THE COURT:  Okay.  One, two, three, four, five, six --

THE CLERK:  Juror Number 11.

THE COURT:  -- seven, eight, nine, ten.

Juror Number 11.  I'll bring Juror Number 11 out and make an inquiry.

But you remember the walls have ears.  You always have to understand that.

MR. RUBIN:  Well, I understand, your Honor.  I mean, we were in a public place.  But I --

THE COURT:  I know.  But you should not discuss strategy, witnesses, things like that in a public place.  You know, you use a room or something more private.

THE CLERK:  Should I get Juror 11?

THE COURT:  Yes.

THE CLERK:  Who's Juror Number 11?

(Juror Number 11 enters at 9:55 a.m.)

**DRAFT COPY**

11

Juror Number 11?

**JUROR NUMBER 11:**  Yes, sir.

**THE COURT:**  Yesterday afternoon were you at the New Otani Hotel?

**JUROR NUMBER 11:**  Yes, I was.

**THE COURT:**  Did you see Mr. Rubin, Mr. Callahan, and another person?

**JUROR NUMBER 11:**  I saw Mr. Rubin.

**THE COURT:**  Did you hear any conversation that Mr. Rubin may have been engaged in?

**JUROR NUMBER 11:**  No.  I only heard his voice.

**THE COURT:**  Were you able to decipher or interpret anything that was said?

**JUROR NUMBER 11:**  No. I was sitting too close to the television to hear a conversation.  It's just that I recognized his voice.

**THE COURT:**  All right.  Mr. Rubin, do you have any questions?

**MR. RUBIN:**  No, sir.

**THE COURT:**  Mr. Callahan?

**MR. CALLAHAN:**  No.

**THE COURT:**  Mr. Lasting?

**MR. LASTING:**  No, I don't have any questions.

**THE COURT:**  Ms. Chahin?

**MS. CHAHIN:**  No, thank you.

**DRAFT COPY**

12

**MR. RUBIN:**  Okay.  All right.

Just if I may, your Honor.

Other than my voice, did you hear anybody else's voice?

**JUROR NUMBER 11:**  No, not really.  I just -- it's just something that kind of -- from listening to your voice for so long, I could hear -- I recognized your voice.  And I thought, "Well, I need to stand up and say I'm here --

**MR. RUBIN:**  Sure.

**JUROR NUMBER 11:**  -- and leave.

**MR. RUBIN:**  And as soon as you heard that, that's when you whistled and called our attention --

**JUROR NUMBER 11:**  That's when I went over and gave you the timeout signal.

**MR. RUBIN:**  Right.  All right.  Thank you.

**THE COURT:**  I appreciate it.  You did the correct thing.

Anything the government wishes to ask?

**MR. DUGDALE:**  Not at all.  Thank you, your Honor.

**THE COURT:**  All right.  You may go out back in the room.  Do not discuss what we talked about here.

**JUROR NUMBER 11:**  Okay.

**THE COURT:**  All right.  I feel confident that he was candid with the Court.

All right.  Anything else anyone wishes to bring up?

**DRAFT COPY**