# GOVERNMENT EXHIBIT 48

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Friday, August 18, 2006 |
| JURIJUS KADAMOVAS, | ) | (8:50 a.m. to 11:14 p.m.) |
| | ) | (1:39 p.m. to  4:22 p.m.) |
| Defendants. | ) | |

**JURY TRIAL (5TH DAY)**
**VOLUME V**

**BEFORE THE HONORABLE DICKRAN TEVRIZIAN,**
**UNITED STATES DISTRICT JUDGE**

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

54

**MR. DUGDALE:** Would you be able to impose either punishment, life or death, after following that process?

**PROSPECTIVE JUROR NUMBER 57:** Yes.

**MR. DUGDALE:** Okay. So one way or the other, it would depend upon what the evidence was, is that right?

**PROSPECTIVE JUROR NUMBER 57:** Right.

**MR. DUGDALE:** Okay. Thank you.

I have no further questions.

**THE COURT:** Mr. Rubin?

**MR. RUBIN:** No questions.

**THE COURT:** Mr. Lasting? Or Ms. Chahin?

**MS. CHAHIN:** Thank you, your Honor.

Sir, good morning.

**PROSPECTIVE JUROR NUMBER 57:** Good morning.

**MS. CHAHIN:** Sir, in your questionnaire you described that your brother-in-law is a police officer, is that correct?

**PROSPECTIVE JUROR NUMBER 57:** Yes.

**MS. CHAHIN:** Can you describe the nature of your relationship, how often do you have contact with that person?

**PROSPECTIVE JUROR NUMBER 57:** Well I used to see him a lot. He used to live with me. But since he remarried and he's got his own life, I only see him like at gatherings.

**MS. CHAHIN:** A couple times a year or --

**PROSPECTIVE JUROR NUMBER 57:** Oh, maybe once a month.

**MS. CHAHIN:** Do you know what type of cases he would

55

work as a police officer?

PROSPECTIVE JUROR NUMBER 57:  No.  We don't discuss that --

MS. CHAHIN:  Is there --

PROSPECTIVE JUROR NUMBER 57:  -- he doesn't talk --

MS. CHAHIN:  I'm sorry.  Are you finished?

PROSPECTIVE JUROR NUMBER 57:  He doesn't talk to me about that.

MS. CHAHIN:  Is there anything about the nature of that relationship that would cause you to favor one side or the other in this case?

PROSPECTIVE JUROR NUMBER 57:  No.

MS. CHAHIN:  And you've told us that you really don't have any strong feelings one way or the other about the death penalty.

PROSPECTIVE JUROR NUMBER 57:  No.

MS. CHAHIN:  Do you understand that this is an unusual process, because we're asking you about the penalty before we've even had a trial in this case?  Do you understand that?

PROSPECTIVE JUROR NUMBER 57:  Yes.

MS. CHAHIN:  Okay.  And you wouldn't -- it's possible that, depending upon what the outcome of the first phase, the second phase might not even come to pass.  Do you understand that?

56

**PROSPECTIVE JUROR NUMBER 57:**  Yes.

**MS. CHAHIN:**  So when you reach the second phase of the trial you would have already found one or more Defendants guilty of one or more murders.  Do you understand that?

**PROSPECTIVE JUROR NUMBER 57:**  No.

**MS. CHAHIN:**  No.  Okay.  Did you understand the process as the Judge explained it to you?

**PROSPECTIVE JUROR NUMBER 57:**  Yes.

**MS. CHAHIN:**  Okay.  There's two phases to this trial.

**PROSPECTIVE JUROR NUMBER 57:**  Yes.

**MS. CHAHIN:**  Okay.  One's the guilt phase and one potentially, if we got to that point, would be the penalty phase.

**PROSPECTIVE JUROR NUMBER 57:**  Yes.

**MS. CHAHIN:**  Do you understand that?

**PROSPECTIVE JUROR NUMBER 57:**  Yes.

**MS. CHAHIN:**  Okay.  So before we could ever get to the second phase, where you will decide if the penalty should be life without release or the death penalty, there would already have been a trial where you would have found the Defendants guilty.  Do you understand that?

**PROSPECTIVE JUROR NUMBER 57:**  Correct.  Yes.

**MS. CHAHIN:**  And then just because we're talking about it, it doesn't mean that that necessarily will come to pass.

57

PROSPECTIVE JUROR NUMBER 57:  Correct.

MS. CHAHIN:  So at that point, after you've already heard the evidence of the guilt phase, would you at that point still be open to considering all the evidence and imposing either a sentence of life without release or death?

PROSPECTIVE JUROR NUMBER 57:  Yes.

MS. CHAHIN:  Nothing further, your Honor.

THE COURT:  All right.  Let me have your jury questionnaire back.  And do not talk about any questions that were asked of you or the answers you gave.  Thank you.

PROSPECTIVE JUROR NUMBER 57:  Thank you.

(Prospective Juror Number 57 exits courtroom)

THE COURT:  Mr. Dugdale?

MR. DUGDALE:  Pass for cause, your Honor.  Thank you.

THE COURT:  Mr. Rubin?

MR. RUBIN:  No cause, your Honor.

THE COURT:  Ms. Chahin?

MS. CHAHIN:  No, thank you, your Honor.

THE COURT:  All right.  Juror Number 57 will be invited back.

MR. RUBIN:  Your Honor, may I make an inquiry?

THE COURT:  Yes.

MR. RUBIN:  Were we going to talk to 212 at the end?

THE COURT:  No.  That's coming up next.

MR. RUBIN:  Oh.  Okay.  I just wasn't sure where they

**PROSPECTIVE JUROR NUMBER 83:**  No.

**MR. LASTING:**  Thank you.

I have no further questions.

**THE COURT:**  All right, let me have your questionnaire back.  Do not discuss the questions that were asked of you or the answers that you gave.  You can go back into the jury room now.

**PROSPECTIVE JUROR NUMBER 83:**  Thank you.

**(Prospective Juror Number 83 exits courtroom)**

**THE COURT:**  Ms. DeWitt?

**MS. DeWITT:**  Pass for cause, your Honor.

**THE COURT:**  With regard to Juror Number 83.

**MS. DeWITT:**  Pass for cause.

**THE COURT:**  Mr. Rubin?

**MR. RUBIN:**  No cause, your Honor.

**THE COURT:**  Mr. Lasting?

**MR. LASTING:**  Pass for cause.

**THE COURT:**  All right, he will be invited back.  83.

**(Pause)**

All right, let's bring out 84.

**THE CLERK:**  Number 84.

**(Prospective Juror Number 84 enters courtroom)**

**THE COURT:**  Have a seat, sir, on the witness chair. State your jury number for the record.

**PROSPECTIVE JUROR NUMBER 84:**  Number 84.

that?

PROSPECTIVE JUROR NUMBER 84:  Right.

MS. DeWITT:  Would you be able, if you found the aggravating factors to substantially outweigh the mitigating factors such that a penalty of death was justified, would you be able to vote in favor of the death penalty?

MR. RUBIN:  Objection, your Honor.  Attempt to predispose.

THE COURT:  Sustained.

MS. DeWITT:  Would you be able at that stage, sir, to weigh the aggravating and mitigating factors and reach a decision of either death or life without the possibility of release, depending upon the facts that were presented?

PROSPECTIVE JUROR NUMBER 84:  I believe so.

MS. DeWITT:  Nothing further, your Honor.

THE COURT:  Who's going to question on behalf of Defendant Mikhel?

MR. RUBIN:  Your Honor, I have no questions.

THE COURT:  All right.  Ms. Chahin?

MS. CHAHIN:  Just briefly, your Honor.

Good morning, sir.

PROSPECTIVE JUROR NUMBER 84:  Good morning.

MS. CHAHIN:  Sir, if I could ask you to take a look at Page 4 of your questionnaire, Question 20.

And there you describe a situation that happened when

I believe your father-in-law passed away and the sheriff helped your wife and your family in that situation.  Is there anything about that experience that would cause you to favor one side or the other in this case?

PROSPECTIVE JUROR NUMBER 84:  I don't think so.  I wasn't there, but my wife said that the sheriff helped them out a lot.

MS. CHAHIN:  So there's nothing about that experience that would cause you, let's say, to have a bias in favor of one side or the other?

PROSPECTIVE JUROR NUMBER 84:  I don't believe so.

MS. CHAHIN:  And with regard to making any penalty determination in this case if we got to that point, do you believe that you could be open to either penalties, the life without release or death?

PROSPECTIVE JUROR NUMBER 84:  I believe so, yes.

MS. CHAHIN:  Nothing further, your Honor.  Thank you.

THE COURT:  Thank you.

Let me have the questionnaire back and do not discuss any questions or answers that were given.

(Prospective Juror Number 84 exits courtroom)

MS. DeWITT:  Pass for cause, your Honor.

THE COURT:  Mr. Rubin?

MR. RUBIN:  No cause, your Honor.

MS. CHAHIN:  No cause, your Honor.

99

THE COURT:  On Page 10 you indicated you have some problems at work due to a deadline of October the 8th.

PROSPECTIVE JUROR NUMBER 87:  Correct.

THE COURT:  We're just going to start rolling in September and this thing's going to roll through September and maybe October.  Would that cause an undue hardship to you, or have things changed with respect to that explanation that you put on Page 10?

PROSPECTIVE JUROR NUMBER 87:  No.  If anything it's become worse, because my deadline is being extended even longer.  So I'm likely to go past October 8th.

THE COURT:  Now, if you're a juror you would have to report here every Tuesday through Friday from 9:00 in the morning to almost 5:00 every night.  Would that juror schedule interfere with any of the work that --

PROSPECTIVE JUROR NUMBER 87:  Yes.  I currently supervise a crew of more than 200 people.  We're on anywhere from 10 to 15 hour days, six/seven days a week currently and will continue that way on through October.

THE COURT:  All right, let me see counsel at sidebar.

(Begin sidebar conference at 10:56 a.m.)

THE COURT:  Any problem if I excuse him from this case and just have him go back to the jury pool?

MR. DUGDALE:  No, your Honor.

MR. LASTING:  Your Honor, I have somewhat of a

EXCEPTIONAL REPORTING SERVICES, INC

178

PROSPECTIVE JUROR NUMBER 95:  Yes.

THE COURT:  Thank you.

Mr. Dugdale?

MR. DUGDALE:  Yes, your Honor.  Briefly.

Good afternoon, sir.

PROSPECTIVE JUROR NUMBER 95:  Hi.

MR. DUGDALE:  You indicate in response to Question 15 that you worked for the IRS for four years, is that correct?

PROSPECTIVE JUROR NUMBER 95:  That's correct.

MR. DUGDALE:  Did you work at any point in time in the Criminal Investigation Division or did you work for some separate division?

PROSPECTIVE JUROR NUMBER 95:  No, not criminal investigations.

MR. DUGDALE:  What did you do for the IRS?

PROSPECTIVE JUROR NUMBER 95:  Several things.  I was in Audit, I was in Taxpayer Service, I was in Collections, I was in -- they sort of lent me out everywhere.

MR. DUGDALE:  All the popular divisions in the IRS.

PROSPECTIVE JUROR NUMBER 95:  Well, all the other divisions.

MR. DUGDALE:  Okay.  You indicated in response to Question 26 that you don't have any great feelings about it, referring to the death penalty, provided it is in a legal setting and a fair trial with rational jurors.  Is there

199

THE COURT:  Ms. Chahin?

MS. CHAHIN:  Just briefly, your Honor.

Good afternoon, ma'am.

PROSPECTIVE JUROR NUMBER 100:  Good afternoon.

MS. CHAHIN:  Ma'am, in your questionnaire you described that your sister worked for the Sheriff's Department?

PROSPECTIVE JUROR NUMBER 100:  Yes.

MS. CHAHIN:  Is there anything about -- first of all, she no longer works there, is that correct?

PROSPECTIVE JUROR NUMBER 100:  No, she's retired.

MS. CHAHIN:  Okay.  Is there anything about the nature of her employment with the Sheriff's Department that would cause you to have a bias towards one side or the other in this case?

PROSPECTIVE JUROR NUMBER 100:  Not really.  She worked in food service and I never associated with any of her coworkers.

MS. CHAHIN:  So you never really socialized with the Sheriff's officers themselves?

PROSPECTIVE JUROR NUMBER 100:  No.

MS. CHAHIN:  So you could be fair to both sides and that wouldn't cause you to have leaning in favor of one side or the other in this case?

PROSPECTIVE JUROR NUMBER 100:  No.

MS. CHAHIN:  Thank you, ma'am.