# GOVERNMENT EXHIBIT 49

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Thursday, August 31, 2006 |
| JURIJUS KADAMOVAS, | ) | (9:10 a.m. to 11:59 a.m.) |
| | ) | (1:42 p.m. to  4:51 p.m.) |
| Defendants. | ) | |

JURY TRIAL (12TH DAY)
VOLUME XII

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

270

THE COURT:  What facilities do you do it for?

PROSPECTIVE JUROR NUMBER 205:  All I know is the general areas which they fly in and out of, because I sign the travel orders.  Do you want those locations?

THE COURT:  Well, let me -- not all of them.  I just want to know whether or not any of the locations are the Metropolitan Detention Center here in Los Angeles.

PROSPECTIVE JUROR NUMBER 205:  No.

THE COURT:  You know, we never intended to hassle you around to bring you down here, but we do not accept letters from employers, so that's why you had to come down in person rather than taking your employer's letter.

PROSPECTIVE JUROR NUMBER 205:  I understand.

THE COURT:  All right.  Ms. Meyer?  Mr. Dugdale?

MR. DUGDALE:  Thank you.

Good afternoon, sir.

PROSPECTIVE JUROR NUMBER 205:  Hi.

MR. DUGDALE:  I just wanted to ask you just a few questions about your attitudes concerning the death penalty, which is why we're having the process here today.

Looking at your questionnaire, is it fair to say -- well, why don't you explain to me.  Are you a person who has leanings in favor of the death penalty, meaning you're a death penalty advocate, or you're a person who is against the death penalty, or you're a person who is somewhere in the middle?

286

Tuesday, because, obviously, I can't put all of the jurors that are going to report here in this courtroom.  I think I can put, oh, several in the jury box, 12 in the jury box, and I can put, I think, five in the platform that's going to be built over the weekend.  We can put about, I think, either 65 or 70 in this courtroom, and then we will use -- two other courtrooms will be made available to me, Judge Fischer's courtroom, and I believe Judge Feess's or Judge Morrow's old courtroom, because I think Judge Morrow took Judge Baird's courtroom.  And we will televise into those two rooms.  I haven't worked out the logistics yet, and we'll have them worked out by Tuesday morning.

So the further on down the list you go, the further, you know, you are from this courtroom.  There is going to be a total of 56 peremptories -- that's 28 per side -- utilized for the selection of the jury.  There will be a total of, I believe it's four each, or eight peremptories exercised for the alternate jurors.  So if we put 12 in the box, you have 8 alternates, 56 peremptories, and 8 peremptories for the alternate jurors, you have a total of 84 jurors that are going to be utilized.  So I think if I put 12 here and 70 in this courtroom, that should be enough to take care of getting the regular jury, but if we should run out, then we will bring in the jurors from the other courtrooms in the order in which they are randomly selected tomorrow.