# GOVERNMENT EXHIBIT 52

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 0 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR 02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Wednesday, May 31, 2006 |
| JURLIUS KADAMOVAS, | ) | (9:28 a.m. to 10:42 a.m.) |
| PETRO KRYLOV, | ) | |
| NATALYA SOLOVYEVA, | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANT MIKHEL'S MOTION TO MODIFY CONDITIONS OF CONFINEMENT

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT COURT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988



DOCKETED ON CM

JUL 3 2006

BY _____ 184

5

THE COURT: Well, deliver it to MDC.

MR. RUBIN: Okay.

THE COURT: Everything is to be -- that's going to be the clearing house.

MR. RUBIN: Thank you.

THE COURT: Now, I'm going to be on vacation June 26th through July fourth. So if there's any ex parte issues or motions, don't schedule anything during that period of time.

Now, with regard to restraints, I received a memo from the Marshal it reads as follows:

"The following is a brief description of the Defendants' appearance for the upcoming trial scheduled for July 11th. All Defendants will be dressed and ready for trial upon entering the courtroom. Defendants will be brought into court handcuffed behind the back and with leg restraints on. Defendants will then be seated one at a time in the wooden chairs provided by the Court. A lap restraint will be placed over the defendants' legs and then the handcuffs will be removed to allow Defendants movement of upper body. Any restraints worn during court proceedings will be covered in a thick plastic to prevent any metallic noise."

That's the way it's going to be, except if a Defendant is to testify in the trial. Then he will be completely unshackled and be placed in the witness chair prior to the jury coming into the room. All of the Defendants will

6

be brought into the courtroom outside the presence of the jury.

MR. RUBIN:  Your Honor, may I make comment about that?

THE COURT:  Yes.

MR. RUBIN:  Can I do it from here?

THE COURT:  Yes.  I have no problem.  The only thing is, you know, I don't have a court reporter.  I have a recording device.  When you talk from there, you're not going to be recorded as well as you would be at one of the lecterns.  Also that second microphone actually --

No.  The one I'm pointing to.

No, the other one.  Yes.

-- should be placed on the back table.  And that way you could be seated at counsel table and pick everything up.

MR. RUBIN:  They take everything from me, your Honor.  Thank you your Honor.  Dale Rubin on behalf on Mr. Mikhel.

We had an incident that occurred this morning.  Apparently for the first time since the beginning of case, Mr. Mikhel has been transported from the West Valley Detention Center in San Bernardino by the San Bernardino Sheriffs with his hands handcuffed behind him and using the black box handcuffs.  Every other time he has been brought to Court, it has been with his hands in front with the waist chains.

The reason that this is -- and I understand according to the U.S. Marshal that San Bernardino's policy -- sometimes

EXCEPTIONAL REPORTING SERVICES, INC