# GOVERNMENT EXHIBIT 54



**U. S. Department of Justice**

**United States Attorney**
**Central District of California**

Robert E. Dugdale
Assistant United States Attorney
Deputy Chief – Organized Crime and Terrorism Section
(213) 894-8559
(213) 894-3713 (facsimile)

1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

September 22, 2005

<u>VIA FACSIMILE AND REGULAR FIRST-CLASS MAIL</u>

To Attached Distribution List

Re: <u>**United States v. Iouri Mikhel, et. al., CR 02-220(B)-NM**</u>

Dear Counsel:

I am writing to discuss some of the logistics surrounding the upcoming deposition of Konstantin Tezhik in Athens, Greece.

As you know, the deposition will be taking place at the United States Embassy in Athens, Greece between Monday, October 3, 2005 and Wednesday, October 5, 2005. The United States Embassy in Athens is located at 91 Vasilissis Sophias Blvd., 100160 Athens, Greece. The telephone number at the embassy is [30](210) 721-8401 (after hours 729-444), and our point of contact at the embassy is FBI Acting Legal Attache Danny Joe Harrell.

Counsel attending the deposition in Athens should arrive at the embassy before 8:00 a.m. on each morning of the deposition. Please do not be late. We have informed the embassy that we intend to keep the hours of the deposition between 8:00 a.m. and 2:30 p.m., so we can complete the deposition in three days as agreed. Please bring your U.S. passport with you to the deposition, as you will need it to gain entrance into the embassy.

The defendants will be transported to the secure courtroom on the Eighth Floor at the Roybal Federal Building during the deposition to observe the deposition live via two-way videoconference. There is a 10 hour time difference between Los Angeles and Athens. Thus, counsel who wish to participate in the deposition from Los Angeles should arrive at the Roybal Federal Building at 10:00 p.m. on the evening before the deposition is scheduled to take place in Athens (i.e. Sunday at 10:00 p.m. for the first day of the deposition).

If you are planning to attend the deposition in Los Angeles, please contact AUSA Kim Meyer (213) 894-8559. She will make arrangements to make sure you get into the building.

The court personnel at Roybal have arranged to provide a telephone line that defense counsel in Athens can use during breaks in the deposition to confer with their clients and co-counsel in Los Angeles. We will make sure that you get the number for this telephone prior to the deposition.

Thank you for your continued cooperation and courtesy in this matter. Please call me if you have any questions.

Very truly yours,

DEBRA WONG YANG
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Deputy Chief – Organized Crime and Terrorism Section

## SERVICE LIST

*Mikhel*

Richard Callahan, Esq.
230 E. Colorado Blvd., Suite 1200
Pasadena, CA 91101
(626) 202-4060
fax: 626-794-4676

Dale Rubin, Esq. (capital counsel)
2275 Huntington Drive, Suite 902
San Marino, CA 91108
(800) 695-3717
fax: 413-228-0521

*Kadamovas*

Marcia Brewer, Esq.
300 Corporate Pointe, Suite 330
Culver City, CA 90230
(310) 670-5325
fax: 310-670-3706

Richard Lasting, Esq. (capital counsel)
White & Lasting
1717 Fourth Street
Third Floor
Santa Monica, CA 90401
(310) 576-6242
fax: 310-576-6247

*Krylov*

George Buehler, Esq.
350 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
(213) 625-3900, x128
fax: 213-625-1600
     213-626-5800

David Evans, Esq. (capital counsel)
600 South Lake Avenue
Suite 506
Pasadena, CA 91106
(626) 432-5100
fax: 626-432-5110

*Solovyeva*

Terry Amdur
1939 Rose Villa Street
Pasadena, CA 91107
(626) 449-9254
fax: 626-568-1277

Michael M. Crain, Esq. (capital counsel)
P.O. Box 3730
Santa Monica, CA 90408
(310) 571-3324
fax: 310-571-3354