# GOVERNMENT EXHIBIT 56

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# DRAFT COPY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Wednesday, January 31, 2007 |
| JURIJUS KADAMOVAS, | ) | ( 9:29 a.m. to 11:58 a.m.) |
| | ) | ( 1:27 p.m. to  4:12 p.m.) |
| Defendants. | ) | |

JURY TRIAL (69th DAY)
(VOLUME LXVIX)

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

Jackson - Direct / By Mr. Rubin                     205

**(Witness Sworn)**

Please have a seat on the witness stand.  State your first and last names, spelling both names.

**THE WITNESS:**  Holly Jackson, H-o-l-l-y J-a-c-k-s-o-n.

**DIRECT EXAMINATION**

**BY MR. RUBIN:**

Q   Ms. Jackson, can you just tell us what your function is in this case?

A   I'm a litigation specialist.  I'm someone who studies and investigates a person's life circumstances, the events that sort of shape and influence life.  And I meet with and interview people that knew him or her and who can recount about their life; and study a person's life history.

Q   Can I ask you to look at Exhibit 3153, please?

A   Yes.

Q   And can you tell me what Exhibit 3153 is?

A   These are two short family trees that I prepared in order to help identify the names and people who are in tapes that I -- videotapes that I'm involved with.

**MR. RUBIN:**  Your Honor, may I move -- I'd like to move 3153 into evidence.

**THE COURT:**  Any objection?

**MR. DUGDALE:**  No, your Honor.

**THE COURT:**  Received, 3153.

**(Defense Exhibit Number 3153 was received in evidence)**

DRAFT COPY