# GOVERNMENT EXHIBIT 58

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Thursday, August 24, 2006 |
| JURIJUS KADAMOVAS, | ) | (8:55 a.m. to 10:45 a.m.) |
| | ) | (1:43 p.m. to  3:40 p.m.) |
| Defendants. | ) | |

JURY TRIAL (8TH DAY)
VOLUME VIII

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

57

**PROSPECTIVE JUROR NUMBER 162:**  If they have gone into a store or into a gas station and cold blood murdered these people in front of witnesses and then they shot a couple of police officers to boot, I think I would return seriously of a death penalty.

**MR. RUBIN:**  Okay.  So in other words it's not only the intentional, premeditated, cold-blooded nature of the killing, but it includes the killing of peace officers as well?

**PROSPECTIVE JUROR NUMBER 162:**  Yes.

**MR. RUBIN:**  Okay.  Thank you.

**PROSPECTIVE JUROR NUMBER 162:**  And lawyers.

**MR. RUBIN:**  I'm sorry?

**PROSPECTIVE JUROR NUMBER 162:**  And lawyers.

(Laughter)

**MR. RUBIN:**  And lawyers.  Gee, you know I was just about to say thank you and sit down.  But I think I'll ask some more questions.

Ma'am, thank you very much.

**PROSPECTIVE JUROR NUMBER 162:**  You're entirely welcome.  Thank you.

**THE COURT:**  Ms. Chahin?

**MS. CHAHIN:**  Thank you, your Honor.

Good morning, ma'am.

**PROSPECTIVE JUROR NUMBER 162:**  Good morning.

**MS. CHAHIN:**  Ma'am, in your questionnaire you

58

indicate that you're retired.

PROSPECTIVE JUROR NUMBER 162:  Yes.

MS. CHAHIN:  Can you tell us what job you retired from?   What was your --

PROSPECTIVE JUROR NUMBER 162:  I was a cashier at Wal-Mart (***).

MS. CHAHIN:  And you also describe an incident where you had a positive experience when a CHP officer helped you when your car broke down.

PROSPECTIVE JUROR NUMBER 162:  Yes.

MS. CHAHIN:  Is there anything about that incident that would cause, let's say, to favor one side or the other in this case, or could you still be impartial?

PROSPECTIVE JUROR NUMBER 162:  No.  I'd still be impartial.

MS. CHAHIN:  In response to your answer to Question Number 26, you indicate that, in regards to what your feelings are regarding the death penalty, you state that you feel if someone's proven guilty they should answer for their wrongdoing.

PROSPECTIVE JUROR NUMBER 162:  If it's proven beyond a shadow of a doubt, yes, ma'am.

MS. CHAHIN:  And when you answered that, did you have any particular penalty in mind, either life imprisonment without release or death, when you answered that question?

59

PROSPECTIVE JUROR NUMBER 162:  No.

MS. CHAHIN:  Okay.  Can you tell us what your feelings are about the penalty of life without release?

PROSPECTIVE JUROR NUMBER 162:  Penalty without life -- what?  Without?

MS. CHAHIN:  Without release.

Do you believe that that is a severe penalty as well?

PROSPECTIVE JUROR NUMBER 162:  It depends, again, on the case.  And I know that they come up for renewals, and they come up to be pardoned and all kinds of different things.  But it still depends on what exactly the nature of the crime was.

MS. CHAHIN:  Ma'am, do you understand that the judge will instruct you that when he tells you that a penalty is life without release that -- that it exactly means that?  It means without release.

PROSPECTIVE JUROR NUMBER 162:  That's right.

MS. CHAHIN:  Okay.  And do you consider that to be a penalty which is as serious as the death penalty?

PROSPECTIVE JUROR NUMBER 162:  For some cases, yes.

MS. CHAHIN:  Do you think that if we were -- the Judge has explained to you that this trial could be in two phases.  One would be the guilt phase where we decide if the people are guilty of the crime.  And the second, if we get to that point, would be a penalty phase where the jury would have to decide what the appropriate penalty is, whether life without

60

release or death.

Do you understand that?

**PROSPECTIVE JUROR NUMBER 162:**  Yes.

**MS. CHAHIN:**  Okay.  And if you were to find the Defendant or one or more Defendants guilty at the first phase, when you were getting ready to go into the second phase, would you be predisposed to vote in one way or the other?

**PROSPECTIVE JUROR NUMBER 162:**  I would think very seriously of my vote.

**MS. CHAHIN:**  And would you go into that with an open mind --

**PROSPECTIVE JUROR NUMBER 162:**  Yes.

**MS. CHAHIN:**  -- and be impartial?

**PROSPECTIVE JUROR NUMBER 162:**  Yes.

**MS. CHAHIN:**  Thank you, your Honor.

**THE COURT:**  All right.  Thank you.  Let me have your jury questionnaire back.

**PROSPECTIVE JUROR NUMBER 162:**  Yes.

**THE COURT:**  You can go back into the room.  Do not discuss any questions or answers that you gave.

**PROSPECTIVE JUROR NUMBER 162:**  Thank you.

**THE COURT:**  Thank you.

**PROSPECTIVE JUROR NUMBER 162:**  You have a great day.

**THE COURT:**  All right.  With regard to Juror 162?

**MS. DeWITT:**  Pass for cause, your Honor.

87

MS. MEYER:  No further questions, your Honor.

THE COURT:  Mr. Rubin?

MR. RUBIN:  Thank you, your Honor.  I have no questions.

THE COURT:  Mr. Lasting?  Ms. Chahin?

MS. CHAHIN:  Just briefly, your Honor.

Good morning, ma'am.

PROSPECTIVE JUROR NUMBER 166:  Good morning.

MS. CHAHIN:  On Page 3 of your questionnaire you were asked about any relationships that you have with people in law-enforcement.  And you say that you have a girlfriend who is a contract employee with the FBI.

PROSPECTIVE JUROR NUMBER 166:  Yes.

MS. CHAHIN:  Can you tell us what she does?

PROSPECTIVE JUROR NUMBER 166:  I don't know her exact job.  I think she's in the paralegal department.

MS. CHAHIN:  Okay.

PROSPECTIVE JUROR NUMBER 166:  She used me as a reference.  And the FBI they called and was you know -- she was changing into a new job and so --

MS. CHAHIN:  Are you close with her?

PROSPECTIVE JUROR NUMBER 166:  Well, we've been friends since junior high school.

MS. CHAHIN:  Does she talk with you about her job with the FBI?

88

**PROSPECTIVE JUROR NUMBER 166:**  No.  No.

**MS. CHAHIN:**  Is there anything -- we may have some FBI agents testify in this case.  Is there anything about your relationship with this girlfriend of yours that would cause you to favor one side or the other in this case?

**PROSPECTIVE JUROR NUMBER 166:**  No.

**MS. CHAHIN:**  And also on your questionnaire you talk about an incident that you had when you were protected by law enforcement in a local mall.

**PROSPECTIVE JUROR NUMBER 166:**  What page was that?

**MS. CHAHIN:**  I think that's at Page 4, Question Number 20.  And it's in regard to any positive experiences with law enforcement.

**PROSPECTIVE JUROR NUMBER 166:** Yes.  I was approached by a young man.  And he asked me if I had any money.  And I told him no, and he followed me into the store, which was Sears department store.  And he said, "I said did you have any money."  And I said, "I told you I didn't have any money."

And so I was right by the jewelry counter.  And the manager that worked there asked me was he with me.  And I said, "No.  I don't know this man."  And so he just run out the back. And then they called mall security.  And they escorted me to my car and asked me to give a description of him, but they didn't find him.

**MS. CHAHIN:**  Is there anything about that experience,

you know the positive experience with law enforcement, that you think would cause you to -- would have any impact on how you do your job as a juror in this case?

**PROSPECTIVE JUROR NUMBER 166:**  No.

**MS. CHAHIN:**  In regards to the situation with your son, do you know -- is he's still incarcerated?

**PROSPECTIVE JUROR NUMBER 166:**  Yes, he's still in prison.

**MS. CHAHIN:**  And, again, you believe that you can set that aside and it's not going to affect your ability to judge this case?

**PROSPECTIVE JUROR NUMBER 166:**  No.

**MS. CHAHIN:**  And the Judge explained the procedure to you this morning, the fact that this trial could proceed in two stages.

**PROSPECTIVE JUROR NUMBER 166:**  Yes.

**MS. CHAHIN:**  Okay.  So you understand that you won't be called to -- I mean you may never be called to determine the question of penalty if the Defendants are not found guilty of either one or more murders in this case?

**PROSPECTIVE JUROR NUMBER 166:**  I understand.

**MS. CHAHIN:**  Okay.  Knowing that, would you be -- in the event the Defendants were found guilty of one or more murders, would you be able to go into that process with an open mind as to either penalty, either life without release or

death?

**PROSPECTIVE JUROR NUMBER 166:**  Yes, I would.

**MS. CHAHIN:**  Thank you very much.

**PROSPECTIVE JUROR NUMBER 166:**  Thank you.

**THE COURT:**  Let me have your jury questionnaire back.

**PROSPECTIVE JUROR NUMBER 166:**  Certainly.

**THE COURT:**  Do not discuss any of the questions or answers.

**PROSPECTIVE JUROR NUMBER 166:**  Okay.

**THE COURT:**  All right.  With regard to Juror Number 166?

**MS. MEYER:**  Pass for cause, your Honor

**MR. RUBIN:**  I have no cause, your Honor.

**MS. CHAHIN:**  Pass for cause, your Honor.

**THE COURT:**  All right.  166 will be invited back.

We'll recess at this time, returning at 1:30.

**MR. LASTING:**  Your Honor, could I briefly take up one matter?

**THE COURT:**  Yes.

**MR. LASTING:**  I wanted to thank the Court for sending the message for Mr. Kadamovas to get the shower and shave. Just to make sure it continues, you had mentioned yesterday that you would prepare an appropriate order to that effect.  I would just ask the Court to do that --

**THE COURT:**  For both of them.

104

it, yes.

MR. DUGDALE:  And, alternatively, if the evidence convinced you, combining that evidence with the instructions given by the Court, that life imprisonment was the appropriate sentence, is that a verdict that you could return as well?

PROSPECTIVE JUROR NUMBER 167:  Yes.

MR. DUGDALE:  And so would you go into this process with an open mind concerning whatever penalty it should be depending upon what the evidence is that you hear?

PROSPECTIVE JUROR NUMBER 167:  That's correct.

MR. DUGDALE:  All right.  Thank you, sir.

I have no further questions.

PROSPECTIVE JUROR NUMBER 167:   Thank you.

THE COURT:  Mr. Rubin?

MR. RUBIN:  Thank you, your Honor.  I have no questions.

THE COURT:  Ms. Chahin?

MS. CHAHIN:  Yes, your Honor.  Thank you.

Good afternoon, sir.

PROSPECTIVE JUROR NUMBER 167:  Good afternoon.

MS. CHAHIN:  You heard the Judge explain to you that this process is a two-step process or at least potentially so.

PROSPECTIVE JUROR NUMBER 167:  Yes, I have.

MS. CHAHIN:  Is that correct?

So before -- it's a little unusual we're talking

105

about punishment before there's ever been a trial in this case. Is there anything about the fact that you're being asked about punishment that would preclude you from rendering a fair and impartial decision as to whether or not these Defendants were guilty?

PROSPECTIVE JUROR NUMBER 167:  No.

MS. CHAHIN:  Okay.  And do you understand that if we were to get to a penalty phase in this trial at that point that you would have already found one or more of the Defendants guilty of one or more murders?

PROSPECTIVE JUROR NUMBER 167:  Yes.

MS. CHAHIN:  Okay.  And at that point, if there were a penalty phase, after having found one or more of the Defendants guilty of an intentional murder, could you still be open to the penalty of life without release considering the process that the Judge explained to you?

PROSPECTIVE JUROR NUMBER 167:  Yes.

MS. CHAHIN:  I have nothing further, your Honor. Thank you.

THE COURT:  All right.  Le me have your questionnaire back, sir.  Please do not discuss any questions or answers.

PROSPECTIVE JUROR NUMBER 167:  Okay.  Thank you.

THE COURT:  With regard to 167?

MR. DUGDALE:  Yes.  The Government would pass for cause, your Honor.