# GOVERNMENT

# EXHIBIT 59

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Thursday, September 21, 2006 |
| JURIJUS KADAMOVAS, | ) | (9:29 a.m. to 11:29 a.m.) |
| | ) | |
| Defendants. | ) | |


JURY TRIAL (23rd DAY)
(VOLUME XXIII)




BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE






EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

42

received $793,137.32.

MR. RUBIN:  Yes.  Over four years on a case that we worked on full time.

THE COURT:  What's the Government's position?

MR. DUGDALE:  Well, your Honor, obviously these are two not so good choices for the Government or the Court. Perhaps what we should do is wait a shorter amount of time than two weeks to figure out what Mr. Callahan's improvement is. Last week apparently he couldn't speak a sentence; today he's on the phone and talking relatively lucidly with the Court.

I realize there are problems in a continuance and the problems are probably to no greater detriment than to the Government, who, you know, was proceeding on this case in a quick pace in getting the evidence before the jury.  Now it's suddenly just at a halt, you know, for reasons that really aren't anyone's fault here, but that's the situation.  But there are two problems with the mistrial and having Mr. Mikhel taken later.  There's a huge waste of resources, both by the Court that will ultimately have to try that and by the Government.

I understand that Mr. Krylov's trial is out there and he could be joined with Mr. Krylov and tried with him.  But that is an entirely different case, having just Mr. Krylov standing alone as opposed to having Mr. Krylov with Mr. Mikhel. That case significantly would lengthen, the number of witnesses

43

significantly increases.  And were talking about duplicative witnesses, some of which have already been called in this case and wouldn't have to be called in Mr. Krylov's trial but would have to come back to trial and testify again.  For instance, in the Krylov case he's not being charged with any involvement in the murder of Meyer Muscatel, but the Defendant is.  So all of those witnesses from Calaveras County, some of which have already testified, will have to be flown down here again to testify.  And that, of course, is not a small matter for us. There's not even an airport that we can get these people from. We have to send an FBI plane to get these people up every time we do it.  So there's a huge waste of Government resources by having to duplicate those efforts if there's a mistrial declared here and the Government would like to try and avoid that.

In addition, the most appropriate way to try this case is to have these two Defendants joined together.

**THE COURT:**  No, I realize that.  And that's why when I severed Mr. Krylov out it wasn't as great a problem as severing one of these two Defendants out.

But, you know, statistically, from a statistical probability analysis, in almost 40 years of being on the bench I have never had two lawyers in any case come down, one on the eve of trial and the other during trial, with these kind of injuries.  I mean I have better luck at the lottery than I do

here.  Do you think you'll be ready on October the 10th?

MR. CALLAHAN:  I do believe I will, your Honor.  As the doctor said, I'm getting better every day.  The one thing that he pointed out, which is still embarrassing to me, is the real problem I have right now from a trial standpoint is, believe it or not, communication, which is not good for a trial lawyer.  But I periodically have time putting sentences together, even though I see them in my head they don't necessarily come out correctly.  It is getting better, however, and I do think I'm doing the best I can getting prepared and getting well.  And I think I will be ready by your date.

THE COURT:  All right, I'll continue this trial then over to 9:15 on October the 10th.  We will have a status conference on October the 6th at 9:30.  I'll notify the jury department to notify the jurors to report on Tuesday, October the 10th at 9:15.

MR. RUBIN:  Thank you, your Honor.

THE COURT:  Anything further from the Government?

MS. SPEAKER:  Just one inquiry.  Is the 10th Columbus Day?

THE COURT:  No.  It used to be.  They put holidays on either Fridays or Mondays.

MS. SPEAKER:  So the Monday's a holiday.

THE COURT:  And Monday, the 9th, is the holiday, as I understand it, and the 10th is the old Columbus Day and that is