# GOVERNMENT EXHIBIT 66

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# DRAFT COPY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Tuesday, November 28, 2006 |
| JURIJUS KADAMOVAS, | ) | (9:31 a.m. to 11:58 a.m.) |
| | ) | (1:34 p.m. to  4:22 p.m.) |
| Defendants. | ) | |

JURY TRIAL (44th DAY)
(VOLUME XLIV)

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

Mahli - Cross / By Ms. Chahin                    61

**CROSS EXAMINATION**

**BY MS. CHAHIN:**

Q    Ms. Mahli, in your direct testimony you described having participated in monitoring some wiretap lines, is that correct?

A    That is correct.

Q    Can you tell us what lines you participated in assisting to monitor?

A    Off the top of my head I could not tell you the phone numbers, but we had one, two, three, four lines that were connected to Mr. Mikhel.

Q    And do you know in what manner they were connected to Mr. Mikhel?

A    No.

Q    Okay.  For example, do you know if one of them was his home line?

A    Oh.  Correct.  You're right.  One was home line.  There were two cell phones.

Q    And is it correct that you did not participate or that there was no wiretap on Mr. Kadamovas's home line?

A    That is correct.

Q    And there was no wiretap on Mr. Kadamovas's cell phone?

A    Not directly, but he was intercepted.

Q    The question was was there a wiretap on his cell phone?

A    No, there was not.

Q    Okay.  Was there a wiretap to your knowledge on the

**DRAFT COPY**

Mahli - Cross / By Ms. Chahin                    62

Designed Water World line?

A     Not to my knowledge.

Q     And I'd like to ask you a question about a couple of the

transcripts that you discussed.  First if I could direct your

attention, please, to Transcript Number 652-A.

          Do you have that before you?

A     Just one second.

Q     Thank you.

A     Yes, I do now.

Q     And I believe that you indicated that this was a

conversation between Mr. Mikhel and Mr. Kadamovas, is that

correct?

A     That is correct.

Q     And I believe that you described this as in regard to

checking money in a bank account, is that correct?

A     Correct.

Q     Okay.  And if I could direct your attention, please, to

Page 3.  Is it your understanding that in this conversation

that Mr. Kadamovas was expressing that he did not -- he had

some confusion about how to go about checking a balance

electronically?

A     That's what the fourth line appears to state.

Q     And what he states there is that he has -- he was

uncertain how to do that, is that correct?

A     It does say "I accessed that unintelligible somehow

**DRAFT COPY**

Mahli - Cross / By Ms. Chahin                63

electronically."  So I don't know whether he's having trouble or he did access it.

Q    Okay.  If you look farther down on the conversation -- you listened to the entire conversation, correct?

A    Of course.

Q    Okay.  And you translated it, correct?

A    Of course.

Q    Now, if you look further down in the conversation where he indicates -- is it Mr. Kadamovas that indicates that "Yes, I tried but it didn't work.  I just didn't how to do that"?  Do you see that portion?

A    Yes, I do.

Q    Okay.  So is it your understanding that there he's expressing that he has some -- has had some difficulty or doesn't know how to check that balance electronically?

A    The words speak for themselves.  I guess -- I would assume that.

Q    Is that what you understood him to say when you were listening to the call?

        **MR. DUGDALE:**  Objection.  Relevance to what she understood.

        **THE COURT:**  Sustained.

**BY MS. CHAHIN:**

Q    If I could please ask you to look at --

        **THE COURT:**  There was a similar objection from the

**DRAFT COPY**

Mahli - Cross / By Ms. Chahin                    64

Defense.  She can't interpret, she can -- I mean she can't

characterize the testimony; she can only interpret the

conversation.

**BY MS. CHAHIN:**

Q    And, Ms. Mahli, were those words accurately translated?

A    Yes, with some unintelligibles.  The quality of the

recording was poor.

Q    So when it indicates JK says "Yes, I tried it all but it

didn't work.  I just didn't know," and then there's an "um" and

then "how to do that," is that what Mr. Kadamovas said?

A    It is, but again there's two unintelligibles in there and

a simultaneous conversation.

Q    From what --

A    It's a little bit --

Q    I'm sorry.

A    I don't know exactly what the whole complete sentence was.

Q    But from what you were able to understand, that is what

you translated, correct?

A    Correct.  Absolutely.

Q    Thank you.

     If I could please ask you to take a look at

Conversation Transcript 655?

A    655-A, correct?

Q    655-A, yes.  Thank you.  At Page Number 3.  And in this

transcript you indicated that one of the parties that you

**DRAFT COPY**

Mahli - Cross / By Ms. Chahin                    65

identified -- whose words you identified said "Drive to 7-Eleven," is that correct?

A    Correct.

Q    And who was the speaker that you identified as having stated that?

A    The speaker of "Drive to 7-Eleven" I identified as Defendant Iouri Mikhel.

Q    And you also identified one of the speakers as having said "I want to call him today in the morning."  Who is the speaker that you identified as having made that statement?

A    Defendant Iouri Mikhel.

        MS. CHAHIN:  Thank you.  I have nothing further, your Honor.

        THE COURT:  Mr. Dugdale?

        MR. DUGDALE:  No, your Honor.  Thank you.

        THE COURT:  You may stand down.  Thank you.

        THE WITNESS:  Thank you.

    (Witness excused)

        THE COURT:  All right, Government call Government's next witness.

        MR. DUGDALE:  Yes, your Honor.  The United States of America calls David Creps.

        MS. CHAHIN:  Your Honor, may I approach the clerk for one second?  May I --

        THE COURT:  Certainly.

**DRAFT COPY**