# GOVERNMENT

# EXHIBIT 68

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# DRAFT COPY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Friday, January 5, 2007 |
| JURIJUS KADAMOVAS, | ) | ( 9:35 a.m. to 11:59 a.m.) |
| | ) | ( 1:28 p.m. to  2:11 p.m.) |
| Defendants. | ) | |

JURY TRIAL (59th DAY)
(VOLUME LIX)

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

Mikhel - Direct / By Mr. Rubin                 31

statements of the Defendant.

**BY MR. RUBIN:**

Q    Was there any discussions between you and Mr. Altmanis as to when this was going to occur?

A    By that time I -- yes.

Q    Okay.  What were those discussions?

A    The discussion was that I provide him with the address, and that was a kind of confusion at the time, that he realized that the address is just next to his apartment building.

Q    Was there any discussion between you and Mr. Altmanis as to when this was going to occur?

A    At his convenience.

Q    So that's it?  That's the total of your discussions with Mr. Altmanis, or is there more?

A    Within a reasonable period of time, whenever he was so ready, at the -- any time he actually wish it.  However, he said that, "I need to scout one more time to understand what he is doing probably," so next time he returned he actually mentioned that he knows the person and he met him at the parking lot and had a conversation with him before in regards of the parking violation.

Q    What was the next occasion that something happened regarding Mr. Altmanis and Mr. Muscatel?

A    Altmanis said, "All I need is the convenience, where I can do it."  I said, "You do it yourself, whatever you do, and why

**DRAFT COPY**

Mikhel - Direct / By Mr. Rubin                    32

don't you call the person and arrange the meeting."  I provide him with the plan.

Q    What plan?  What was the plan?

A    I gave him telephone number, which we had plenty of those, and the prepaid phone numbers.  We were always buying those and those telephone numbers; we would always have about a dozen of them.  And I said, "Why don't you call the guy and say that you are interested in one of his properties or something like that and arrange the meeting with him at the time which you find convenient and arrive to that meeting and whatever you do there."  And that was the plan.

Q    Were you to have any involvement in this plan?

A    No, I did not.

Q    No; were you supposed to have any involvement in the plan?

A    No.

Q    What was the next thing that happened regarding Mr. Altmanis and Mr. Muscatel?

A    The next meeting -- no, the next thing is, what happened is that I knew that he arranged a meeting; he told me about that.  And that's the last thing I knew before Altmanis showed up at my door, at the door of my house.

Q    Do you know when this was?

A    I cannot -- now I can't remember the date, by that time, no.  I do believe, from my best recollection right now, it was 11th; October 11th.

**DRAFT COPY**

Mikhel - Direct / By Mr. Rubin                33

Q    Of what year?

A    Oh, of 2001.

Q    And what happened at that time that Mr. Altmanis showed up -- strike that.

       What time was it that Mr. Altmanis showed up at your house?

A    I can't remember; evening, dark.

Q    And was Mr. Altmanis alone?

A    No.  He was not alone.  On the back seat of his car there was a person lying.

Q    And who was that?

A    And as I found later, it was Muscatel.

Q    And what happened as far as Mr. Altmanis showing up at your house?

A    Well, my question, "What exactly are you doing here," Altmanis told that it was his -- so  that I may be -- I may be -- since I explained to Altmanis before why actually such request for -- I mean such a service is required, he said that he's thinking that why don't the -- why don't you try to maybe the -- some -- to find out why person not paying the money back.  That's --

Q    What --

A    That was --

Q    What car was --

A    That was his response on my question, "Why are you doing

**DRAFT COPY**

Mikhel - Direct / By Mr. Rubin                    34

this?  Why are you at my house right now?"

Q     What car was Mr. Altmanis using?

A     He was driving his Lincoln Town Car.

Q     What happened after that?

A     I said, "No, I'm not interested," because, first of all, I already knew that there is no money and wealth and as there could not be any money and wealth, as was asking for the person.  Second thing, it was not my business; and, the lastly, of the look of the guy, I was trying to reason with Mr. Altmanis and say, "Look at the person; he's just not the person to talk to about the money with."

Q     And then what happened?

A     And then he said that he will take care of this problem. The only thing he asked me is, "Can you possibly" -- can I -- can you -- can he leave the person there at the house and drive back to the place of the -- he explained to me this whole thing happened at the parking lot at the building, near the building, the office building, little office building there.  He wanted to drive there to make sure that there were no blood or any kind of marks left at the place of the occurrence of the beating.

Q     Did you suggest something for Mr. Altmanis to do at this point?

A     I can't -- it was quite a distressful event, so I can't remember exactly what else I did.

**DRAFT COPY**

Mikhel - Direct / By Mr. Rubin                    35

Q    All right.  What happened next?

A    What happened next, I put the chair at the central of the hall of my house, and I said -- the person was semiconscious. I said, "Put the person at the hall of the house."  He was bleeding.  However, I do not believe that he was bleeding out of his head.  I don't know where the blood comes from, because it was actually -- it was not enough blood to me to see where the blood is coming from.

Q    Okay.  So where do you place Mr. Muscatel?

A    I placed him in a chair at the hall of my house.

Q    And what does Mr. Altmanis do?

A    Mr. Altmanis left and said he will return directly after he makes sure that there is no evidence left at the place of the beating.

Q    At this point is there any reason why you just didn't call the police?

A    I do not call the police.

Q    Why not?

A    I am a professional criminal.

Q    What does that mean?

A    I do not call the police.  The police is off limits no matter what, under any circumstances.

Q    And did you call an ambulance?

A    No.

Q    So what happened next?

**DRAFT COPY**

Mikhel - Direct / By Mr. Rubin                36

A     I was expecting Altmanis to return, and whatever he meant when he said that he will take care of the problem, because I explained to him that there is no conversation about any kind of -- there is no point of -- I have no desire -- whoever asked for this service have no desire of the conversation with Muscatel as well.  He was not returning for quite a while. That was bothering me at the time.

Q     Did you do anything at that point to Mr. Muscatel?

A     At that point the --

Q     Let me ask you this:  Did you ever inject Mr. Muscatel with Dimedrol?

A     I did.  I did.

Q     When did that happen?

A     That happened a little later, but I did.

Q     Why did you do that?

A     He obviously was in pain.

Q     So what is it that you think Dimedrol is?

A     That's -- Dimedrol does what exactly everybody having that for.  This is plain, ordinary painkiller; nothing more.  He was coming around and he was moaning, so --

Q     What happened after that?

A     Upon the return of Altmanis, I said to him -- I had a conversation with him in regards that -- well, it was another dispute, basically, and the end of the conversation was that, "I'm going to treat it as a dream I never had, and I'm going

**DRAFT COPY**

Mikhel - Direct / By Mr. Rubin          37

upstairs right now to my bedroom, and when I go downstairs and I'll return downstairs, whatever, in the morning, whatever, I will treat everything what occurred, what I saw right now, as a dream.  And I don't want to know what happened, I don't want to know what's going to happen after you leave here, and I don't want you to even talk to me about that or mention this accident ever," because what he had done was completely out of proportions in my understanding.  I am not meaning the beating here; meaning what occurred next to that, his initiative to bring the --

        MR. DUGDALE:  Move to strike everything after -- well, basically everything after "yes."

        THE COURT:  Everything --

        MR. DUGDALE:  Or "no."  I lost track if it was a "yes" or "no" question.

        THE COURT:  Well, I'm going to overrule your objection and allow it to stand.

        MR. DUGDALE:  Fine, your Honor.  Thank you.

BY MR. RUBIN:

Q    Did you tell Mr. Altmanis to do something as far as Mr. Muscatel's presence in your house?

A    Yes, I did.

Q    What did you --

A    Told him --

Q    Okay.  What did you tell him?

**DRAFT COPY**

A    And I told him that when I clean up, I saw -- actually I didn't see the blood.  I did not see the blood on my floor.  I said, "I'm going upstairs.  Please take this man and do whatever you think you're supposed to do."

Q    Did you go upstairs?

A    Yes, I did.

Q    And when did you come downstairs next?

A    I cannot say I slept, but I came downstairs early in the morning.

Q    And what did you find?

A    That Altmanis -- no Altmanis, no Muscatel was there.

Q    Was Muscatel there?

A    No, he was not.

Q    Now, as a result of this incident, did you do something?

A    As a result of the incident I called Jurijus Kadamovas, and I told him what occurred, and I explained that my understanding, the reason of this happened, that the Altmanis was trying to show his capabilities, because I did not believe he would go as far as trying to intimidate me or something with the show of -- but I was very -- I was expressing to Jurijus the displeasure of the initiative that Altmanis took upon himself.

Q    Did you do anything else as a result?

A    Yes.  I expressed to Jurijus my concern, since the incident occurred in my house; I expressed the concern about

**DRAFT COPY**

having the money in the house.

Q    What money was in your house?

A    Oh, that was the money we brought from London just a couple of weeks before.

Q    Okay.  So you had cash?

A    Yes.

Q    So what did you do?

A    What I did, I said, "We need to drive the cars -- or drive the money to our safe house," however, I was saying that, "We cannot actually drive today because I haven't slept all night," so we arranged the -- not arranged; we came to the agreement we will do it next day.

Q    Okay.  So you were going to take the money where?

A    To our safe house.

Q    And where was that?

A    That's about Modesto.

Q    And when did you take the money to Modesto?

A    We agreed to drive there the next day, and the next day -- next day I was actually woken up by the doorbell.  We have -- I looked downstairs, and because the view from my bathroom of the master bedroom allowed me to see, and I saw Mr. Altmanis there. And I just refused to go downstairs.  And --

Q    Now, what day is this?  What date?

A    That was the day after.

Q    Do you have a date?

**DRAFT COPY**

Mikhel - Direct / By Mr. Rubin                    61

Q    So Mr. Altmanis was supposed to take her somewhere?

A    Wherever she needed to be taken, yes.

Q    And you left Weslin with who?

A    I left Weslin with Jurijus Kadamovas, and Altmanis actually didn't want to drive.  But we explained to him that we needed to go and pick up the money for Pekler.  And, therefore, it would be his job.  And we left.

Q    When you -- what do you mean you were going to go pick up the money for Ms. Pekler?

A    All the transactions of such sort is going be in cash and, therefore, we were planning with Jurijus to go and pick up the money from -- from the location I keep the money.

Q    Where is that?

A    That's Northern California.

Q    In what area?

A    That's the property I own in Northern California, at Modesto, Modesto area.

Q    So did you and Mr. Altmanis leave?  Strike that.

          Did you and Mr. Kadamovas leave?

A    Yes.  I and --

Q    Where did you go?

A    -- Kadamovas left.  We stopped by at the house, at my house.  I think we had dinner or something of that sort and, after that, we drove to pick up the money and return next day.

Q    What happened after that?

Safiev.  That was my understanding.

BY MR. RUBIN:

Q    Did you say anything -- this is when in relationship to the meeting with Ms. Pekler and nothing happened and you told Mr. Altmanis to take her wherever she wanted to go, how much time passed before you saw these articles?

A    Two days, maybe three days.

Q    Did you say anything to Mr. Altmanis about it?

A    Well, yes, we did.  I said what -- actually, I didn't.  I didn't ask.  I just mentioned the article, and he expressed the very same opinion.

        (Pause)

Q    What happened after the Pekler disappearance?  What happened next?

A    It was beginning of December of 2001.  At that time, the -- at that time, I was still trying to define -- while the -- remembering that the Pekler gone, I was trying to find another way how to get in touch with Safiev.

Q    Can you --

        THE COURT:  When was this?

        DEFENDANT MIKHEL:  It was in December of 2001.

BY MR. RUBIN:

Q    Can you describe to me the relationship between Mr. Altmanis and Mr. Krylov at this time, in December of 2001?

A    Yes.  At this particular time, it was a serious incident

THE COURT:  I have that down, I think --

MR. RUBIN:  -- I don't --

THE COURT:  -- 1287.1.

MR. RUBIN:  Yes, sir.  And I don't anticipate any more at this point.

(Jurors enter courtroom at 1:30 p.m.)

THE COURT:  The record will indicate all jurors are present and all counsel and parties are present.

You're still under oath, sir.  Please state your name for the record.

THE WITNESS:  Iouri Mikhel.

THE COURT:  Mr. Rubin?

MR. RUBIN:  Thank you, your Honor.

(Witness previously sworn)

DIRECT EXAMINATION (CONTINUED)

BY MR. RUBIN:

Q    Iouri, before we broke you told us that as far as Mr. Safiev was concerned you were working with Mr. Aleve (phonetic) and Mr. Tezhik.  Were there other individuals that you were working with on this plan as well?

A    They were not working on defining of the plan, but I involved some other individuals to help me out with it.

Q    Okay.  Who else did you involve to help you out with the plan?

A    Altmanis, Markovskis, and Jurijus Kadamovas.

Mikhel - Direct / By Mr. Rubin                    84

Q    Why did you involve these people?

A    The reason I involved Altmanis originally was to let him make some money, as a matter of fact, to make sure to encourage him -- he always claimed that the money was the only the -- only the subject which precluded him to leave right away back to Latvia.  I was trying to make sure that he leaves as soon as possible.

       Markovskis desperately needed the money at the time and I just gave him a job.

       And I didn't actually ask Jurijus Kadamovas to participate, but he was just there out at this place anyway.

Q    How much money were you planning on making off of this -- the plan dealing with Mr. Safiev?

A    A million dollars.

Q    And was Mr. Aleve or Mr. Tezhik supposed to make money?

A    $4 million.

Q    To who?

A    To them.

Q    To both Mr. Aleve and Mr. Tezhik?

A    No, Mr. Aleve was different, a little bit different.  But Tezhik, his share with who he represented, $4 million.

Q    And what was Mr. Aleve going to get?

A    I'm not sure.

Q    Now, you devised -- and again I think you mentioned before we broke that the plan was not to kidnap or ransom or kill

**EXCEPTIONAL REPORTING SERVICES, INC**

Mikhel - Direct / By Mr. Rubin                    91

Hotel at the -- may I have exhibit, Government exhibit, in front of me with the little drawing of Mr. Altmanis of the Columbia Hotel?

Q    I don't know what number that is.

Where did the -- where did it come up that this was supposed to be at the Columbia Hotel?  Who brought that up?

A    Altmanis.

Q    And what was supposed to happen at the Columbia Hotel?

A    Kharabadze and Safiev supposed to stay there until we obtained passports and -- not their, only for Safiev, and after that Safiev supposed to disappear.

Q    Were you present when Mr. Safiev and Mr. Kharabadze were taken to the Columbia Hotel?

A    Yes, I was.

Q    And did they check into the hotel?

A    I was not there during the checking in to the hotel.

Q    Who else was there?

A    It was Altmanis, it was Aleve, and it was Jurijus Kadamovas.

Q    And what was supposed to happen at this time?

A    That's what happened.  We left at the hotel Safiev, Kharabadze, and Aleve.

Q    And what happened to you and everyone else?

A    Uh --

Q    Where did you go?

Mikhel - Direct / By Mr. Rubin                    92

A    Jurijus Kadamovas drove to get some money from our place where we kept the money, which is the safe house, and I with Altmanis drove back to Los Angeles.

Q    And what was Mr. Kharabadze's condition the last time you saw him?

A    Drunk.

Q    What was Mr. Safiev's condition the last time you saw him?

A    Sick.

Q    Why was he sick?

A    Something wrong with his stomach.  Yes, he was exercising with weights, something happened.  Over-exercise.

Q    All right.  Iouri, did you kill Meyer Umansky -- excuse me -- did you kill Meyer Muscatel?

A    No.

Q    Did you kill Rita Peckler?

A    No.

Q    Did you kill Mr. Umansky?

A    No.

Q    Did you kill Mr. Kharabadze?

A    No.

Q    Did you kill Mr. Safiev?

A    No.

Q    Were you -- the individual in Turkey, the deal that went down in Turkey, is that person dead?

A    No.