# GOVERNMENT EXHIBIT 69



ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

JUN 20 2006

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR 02-220(B)-DT |
| Plaintiff, | ) | |
| | ) | CRIMINAL |
| vs. | ) | Los Angeles, California |
| IOURI MIKHEL, | ) | |
| JURLIUS KADAMOVAS, | ) | Wednesday, May 3, 2006 |
| PETRO KRYLOV, | ) | (3:47 p.m. to 5:56 p.m.) |
| NATALYA SOLOVYEVA, | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANT KADAMOVAS' MOTION TO CONTINUE TRIAL DATE;
JOINDERS BY DEFENDANTS MIKHEL AND KRYLOV

DEFENDANT KADAMOVAS' RENEWED MOTION FOR COURT ORDER
FOR DAILY USE OF COMPUTER AT MDC

BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT COURT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988



DOCKETED ON CM

JUL  3 2006

BY ____ 184

every day and that he would be immediately taken to use the toilet facilities.  I mean I can --

THE COURT:  But there's no pattern that, you know, he's in there, you know, the times that he's permitted to be in there.  You know, it seems that this is really not a good faith request.

MR. LASTING:  Your Honor, I don't know how it could be more good faith.  This is a request that we've been working on and I've been in contact with Mr. Benshmuel, I've talked to Dave Taylor, I've offered to meet with the warden, this has been an ongoing thing for years.  And the delay between April, the approval, which I think was the end of April, and August was to get the program, to get the documents that were OCR'd by CopyPro, to get the money from the Court.  The Court did pay for the conversion program.  The Court did pay for the discovery from CopyPro.  I mean I --

THE COURT:  It's not the Court that pays it; it's the funds that are available --

MR. LASTING:  I'm sorry --

THE COURT:  -- under the -- in the Justice Act.

MR. LASTING:  -- the Government.

THE COURT:  In the Justice Act.

MR. LASTING:  I compared the inmate requests with the dates that I told Warden Benoff in my letter of January 6th, and there are dates that Mr. Kadamovas had the computer that