# GOVERNMENT

# EXHIBIT 71



**U. S. Department of Justice**

**United States Attorney**
**Central District of California**

Kim Meyer
Assistant United States Attorney
(213) 894-8559
(213) 894-3713 (facsimile)

1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

December 5, 2006

VIA HAND DELIVERY

To Attached Distribution List

Re:  **United States v. Iouri Mikhel, et. al., CR 02-220(B)-DT**

Dear Counsel:

In response to a letter dated November 28, 2006, from defense counsel Sonia Chahin to government counsel, I am enclosing a letter dated October 22, 2001 from the AUSA in Ohio to the AUSA in this office that references possible threats made to a government witness by a member of Jose Avila's family (bates nos. 83622 - 83623). In a meeting with Mr. Avila that occurred on December 4, 2006, Mr. Avila advised that he knew Robert Walsh, Jr., a person involved in the drug trafficking to which Mr. Avila ultimately pled guilty, from the streets of Los Angeles. They had a dispute regarding alleged threats that Mr. Walsh was making toward one of Mr. Avila's friends who allegedly owed Mr. Walsh money. The dispute went unresolved, and when Mr. Avila and Mr. Walsh ended up in the same prison in Ohio, they got in a fight pertaining to this prior dispute.[1]  Mr. Avila was not aware that Mr. Walsh was a potential government witness in his case.

Ms. Chahin also requested a copy of the report related to Jose Avila's meeting with the government in October of 2002. After reviewing Mr. Avila's entire Rule 20 file, I cannot locate such a report.

Ms. Chahin also asked whether Mr. Avila remains in custody as a material witness or has been released on bond, and if he has been released, whether he has been granted some type of immigration status in this country and whether any representations have been made to him concerning whether he will be permitted to remain in the United States after his testimony in this case. Mr. Avila finished his custodial term for his underlying offense on November 25, 2006.[2] The government designated him as a material witness, and on November 29, 2006, he was

---

[1]      Mr. Walsh apparently refused to file a complaint.

[2]      As a consequence, the government withdrew its prior Rule 35 motion as moot.

released on bond pursuant to an order for designating and detaining a material witness with $10,000 appearance bond. Mr. Avila has not been granted any type of immigration status in this country, and no representations have been made to him concerning whether he will be permitted to remain in the United States after his testimony in this case. Mr. Avila has been expressly advised that once the material witness designation is lifted, he will be subject to deportation. In the December 4, 2006 meeting, Mr. Avila advised that he plans on contesting his deportation at his deportation hearing, currently scheduled for sometime in January 2007. I have produced some additional documents pertaining to these issues. I have also produced a BOP Trufacs report for Mr. Avila. The prior version that was previously produced was incomplete. (bates nos. 83624 - 83656). **Please be advised that the government considers pages 83624 through 83641 to be subject to the protective order and should not be turned over to your clients.**

Very truly yours,

GEORGE S. CARDONA
Acting United States Attorney

KIM MEYER
Assistant United States Attorney

SERVICE LIST

*Mikhel*

Richard Callahan, Esq.
230 E. Colorado Blvd., Suite 1200
Pasadena, CA 91101
(626) 202-4060
fax: 626-794-4676

Dale Rubin, Esq. (capital counsel)
2275 Huntington Drive, Suite 902
San Marino, CA 91108
(800) 695-3717
fax: 413-228-0521

*Kadamovas*

Sonia Chahin, Esq.
2222 Foothill Blvd. #E278
La Canada, CA 91011
(818) 549-0149
fax: 818-549-0990

Richard Lasting, Esq. (capital counsel)
White & Lasting
1717 Fourth Street
Third Floor
Santa Monica, CA 90401
(310) 576-6242
fax: 310-626-9677

*Krylov*

George Buehler, Esq.
350 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
(213) 625-3900, x128
fax: 213-625-1600
     213-626-5800

David Evans, Esq. (capital counsel)
600 South Lake Avenue
Suite 506
Pasadena, CA 91106
(626) 432-5100
fax: 800-330-7893

*Solovyeva*

Michael M. Crain, Esq. (capital counsel)
P.O. Box 3730
Santa Monica, CA 90408
(310) 571-3324
fax: 310-626-9983