# GOVERNMENT EXHIBIT 72

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


# DRAFT COPY


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  CR-02-220(B)-DT |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| IOURI MIKHEL, | ) | Thursday, January 11, 2007 |
| JURIJUS KADAMOVAS, | ) | ( 9:29 a.m. to 11:58 a.m.) |
| | ) | ( 1:32 p.m. to  4:07 p.m.) |
| Defendants. | ) | |


JURY TRIAL (62nd DAY)
(VOLUME LXII)


BEFORE THE HONORABLE DICKRAN TEVRIZIAN,
UNITED STATES DISTRICT JUDGE

EXCEPTIONAL REPORTING SERVICES, INC
14493 SOUTH PADRE ISLAND DRIVE
SUITE A-400
CORPUS CHRISTI, TX 78418-5940
361 949-2988

44

an explosive device in the visiting room at the MDC.  And you may think that sounds a little far-fetched until you hear what actually happens; then you know these defendants have every potential to do anything, given what happened in this case, the audaciousness of their underlying crimes, and then the escape attempt itself.

And you learned that that plan then morphed into a plan to escape through the south stairwell at the MDC.  They would all line up on their stairs, go down that stairwell and get out of a window that was located on the third floor.

And you heard that the plan, that they conspired to do this plan with different people, and that there were multiple witnesses to this plan, and you heard from several of them.  You heard from inmates that were inside the facility who witnessed what happened, including Billy Parker, who exposed the plan to the FBI.  And Jose Avila, who talked to both defendants about the plan.  And, of course, then there was Sabrina Tuinan who testified, who was part of the conspiracy from the outside, in helping them escape from the outside.

And Ms. Tuinan described the plan as a three-stage plan.  Stage one was to smuggle in cell phones to the MDC. Stage two was to smuggle in tools that defendant Mikhel would be able to request using that cell phone, and then the tools would be used to bore a hole in the walls that the defendants had that led to this adjacent stairwell that they all were

**DRAFT COPY**

48

girlfriend in London, Marina Karogodina, and that contact ultimately ended up in financing the escape charge, or the escape attempt. And you heard that he also used the phone to contact Michael Tuinan on the outside to order more tools, those tools which ultimately flooded his cell.

And the next slide shows what happened through the use of the cell phones and the relationship to the contact that defendant Mikhel had with his girlfriend, Ms. Karogodina. You heard that approximately $25,500 in unseized ransom proceeds from Safiev and Kharabadze's abduction were wire transferred. Nineteen thousand three hundred and forty-four dollars went to Sabrina Tuinan from Karogodina's bank account, and another $6,500 went from Karogodina to Mikhel's former counsel, and then in check form to Sabrina Tuinan. So, once he had that phone in his hand, he was able to finance his escape attempt, and finance it through ransom money of all things.

And again, you learned what happened when he had access to the outside world. When he had the gateway, as a result of the cell phones and the ability to open those windows, the tools started flooding in. He would drop a line down either one of those cells at different points in time, Michael Tuinan would be under there with a bag and the bag would be full of tools, and they would drag up the tools into the cell. And Jose Avila witnessed that first-hand, them bringing the tools in there as he stood guard. And Sabrina

**DRAFT COPY**

51

also this, the peanut butter that had the screw driver in it. He had followed defendant Mikhel's instructions to the 'T".

Now, before I leave from the escape, I told you I was going to be brief, I'm going to talk about the conspiracy insofar as it related to defendant Kadamovas. It's clear that he was aware of this plan and participated in it, and you know that for several reasons. First of all, one of the more obvious ones is where he was located. His desperate attempts to get into that cell, the fact he went into that cell even though it ended up costing him a couple of days in the hole. That's not a coincidence that he was lined up where he was. It's not a coincidence he was next to that stairwell.

The testimony of Sabrina Tuinan, who confirmed that the escape plan didn't only involve defendant Mikhel, but it involved his co-defendants as well. Do you think for a second defendant Mikhel was going to leave his co-defendants behind at MDC? He had already passed up the tools to Mr. Krylov. You know they were going to defendant Kadamovas as well.

There was the testimony of Jose Avila, who confirmed that he spoke with both defendants Mikhel and Kadamovas about the plan to escape. He was the one inmate who was on both floors and had an opportunity to speak to both of them, and confirmed that, in fact, they both were involved in this plan.

And finally, perhaps what makes this almost too crystal clear, is this intercepted letter. After the plan was

**DRAFT COPY**

54

consistent with the shoe print, the bloody shoe print found on the Parrott's Ferry Bridge.

The evidence seized at Mr. Krylov's place: the Play It Again Sports receipt showing the weights that were purchased on the day that Kharabadze and Safiev were transported up to the New Melonis Reservoir; that map showing victim Kharabadze's address that had handwriting on the back of it of defendant Kadamovas and defendant Kadamovas' fingerprints.

The things that were seized at Design Water World, including the computer files that you heard about.

All this evidence independently shows who's involved here.

You also had the cooperating witnesses, and there were a number of the cooperating witnesses in this case. There were three people who witnessed first-hand the hostage-takings that occurred here: Ainar Altmanis, Natalya Solovyeva, Aleksejus Markovskis. Vladimir Paniouchkine, who received those credit cards days after the victims were abducted in this case, and who turned them over to the FBI afterwards when he found out where they came from. Billy Parker and Jose Avila and Sabrina Tuinan, who confirmed what happened insofar as the escape attempt occurred.

And since all of these individuals, ladies and gentlemen, provided powerful evidence about the defendants' guilt for these serious, serious crimes, you know without doubt

**DRAFT COPY**