BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
KAREN I. MEYER (Cal. Bar No. 220554)
Assistant United States Attorney
Major Crimes Section
      1300 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-8559
      Facsimile: (213) 894-3713
      E-mail:    kim.meyer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>               v.<br><br>JURIJUS KADAMOVAS,<br><br>           Defendant. | Case No. 2:23-cv-08289-MCS<br>(Related Case No. 02-220-MCS)<br><br>GOVERNMENT'S NOTICE OF ERRATA RE: INCORRECT EXHIBIT CITATION IN FOOTNOTE IN GOVERNMENT'S OPPOSITION AND MOTION TO DISMISS DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 |

     Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Karen I. Meyer, hereby files its Notice of Errata regarding an incorrect exhibit citation in footnote 23 in the government's opposition and motion to dismiss defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, filed October 7, 2025.  (CV No. 23-08289, Dkt. No. 26; CR No. 02-220, Dkt. No. 2526.)  In footnote 23,

Exhibit 46 should instead be Exhibit 18.  The corrected version of the footnote should read as follows:

> Juror 57 was juror number 9 in the jury box.  (Ex. 18, RT 11/15/06 at 7.)

Dated: October 19, 2025          Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

_____
KAREN I. MEYER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2